**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No:  1:14-cv-14176 |
| | ) |
| PRESIDENT AND FELLOWS OF HARVARD | ) |
| COLLEGE (HARVARD CORPORATION) and | ) |
| THE HONORABLE AND REVEREND THE | ) |
| BOARD OF OVERSEERS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE**
**STATEMENT FOR PLAINTIFF, STUDENTS FOR FAIR ADMISSIONS, INC.**

In compliance with Fed. R. Civ. P. 7.1, Students for Fair Admissions, Inc., hereby states

as follows:

1.      Students for Fair Admissions, Inc. is an active Internal Revenue Code Section

501(c)(3) organization formed in Virginia.

2.      Students for Fair Admissions, Inc. does not have a parent corporation.

3.      No publicly held corporation owns 10% or more of Students for Fair Admissions,

Inc.'s stock.

Respectfully submitted,

STUDENTS FOR FAIR ADMISSIONS, INC.

By its attorneys


Dated:  November 17, 2014          /s/ Paul M. Sanford
                                   Paul M. Sanford (BBO No. 566318)
                                   Benjamin C. Caldwell (BBO No. 675061)
                                   Burns & Levinson LLP
                                   One Citizens Plaza, Suite 1100
                                   Providence, RI  02903
                                   Tel:  401-831-8330
                                   Fax:  401-831-8359

                                   William S. Consovoy, Esq.
                                   Thomas R. McCarthy, Esq.
                                   J. Michael Connolly, Esq.
                                   (*pro hac vice* motion forthcoming)
                                   Consovoy McCarthy PLLC
                                   3033 Wilson Boulevard, Suite 700
                                   Arlington, VA  22201
                                   Tel:  703-243-9423
                                   Fax:  703-243-9423


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon Defendants along with a copy of the Complaint which was filed contemporaneously herewith.

                                   /s/ Paul M. Sanford
                                   Paul M. Sanford


4829-3186-5888.1