UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION); and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS, <br><br> Defendants. | Civil Action No. _____ |

### CERTIFICATION OF WILLIAM S. CONSOVOY

William S. Consovoy, Esq., hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am a partner with the firm of Consovoy McCarthy PLLC at 3033 Wilson Boulevard, Suite 700, Arlington, Virginia 22201.

3. I am a member in good standing of the Virginia State Bar, the Virginia Supreme Court, the District of Columbia Bar, the United States District Court for the District of Columbia, the United States Courts of Appeals for the First, Third, Fourth, Fifth, Sixth, Eleventh, D.C. and Federal Circuits, and the United States Supreme Court.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Students for Fair Admissions, Inc., has requested that I be admitted *pro hac vice* for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct this 14th day November 2014.

William S. Consovoy
CONSOVOY MCCARTHY PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
Tel: 703.243.4923
Fax: 703.243.4923
will@consovoymccarthy.com