UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>       Plaintiff,<br><br>   v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION); and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>       Defendants. | Civil Action No.  1:14-cv-14176 |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO APPEAR *PRO HAC VICE***

Having considered Plaintiff, Students for Fair Admissions, Inc.'s Motion for Leave to Appear *Pro Hac Vice* filed on November 7, 2014, and for good cause shown, the Court finds that said motion shall be **GRANTED** and that William S. Consovoy, Thomas R. McCarthy and John Michael Connolly are hereby admitted to appear, defend and practice *pro hac vice* as counsel on behalf of Students for Fair Admissions, Inc. for purposes of this case only.

IT IS SO ORDERED.

DATED:_____          _____

                                                                     United States District Judge

4843-8237-5200.1