# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-14176-DJC |
| President and Fellows of Harvard College, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College.

Date: 12/19/2014

/s/ Felicia H. Ellsworth
*Attorney's signature*

Felicia H. Ellsworth, No. 665232
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

felicia.ellsworth@wilmerhale.com
*E-mail address*

(617) 526-6687
*Telephone number*

(617) 526-5000
*FAX number*

**CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on December 19, 2014.

                                          /s/ Felicia H. Ellsworth
                                          Felicia H. Ellsworth