# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>    Defendants. | Civil Action No.  1:14-cv-14176-DJC |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Pursuant to Local Rule 7.3, Defendant President and Fellows of Harvard College states that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Respectfully submitted,

PRESIDENT AND FELLOWS OF
   HARVARD COLLEGE

By its attorney,

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6687
Fax:  (617) 526-5000
felicia.ellsworth@wilmerhale.com
Dated: December 19, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on December 19, 2014.

                                                /s/ Felicia H. Ellsworth  
                                                Felicia H. Ellsworth