# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS, <br><br> Defendants. | Civil Action No.  1:14-cv-14176-DJC |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant President and Fellows of Harvard College moves this court for a thirty-day extension of time to respond to the complaint, to and including February 18, 2015.

Under Federal Rule of Civil Procedure 12(a), the responsive pleading would be due on January 19, 2015.  Defendant requires additional time to prepare a response to the allegations in this matter.  Plaintiff assents to this request.

WHEREFORE, Defendant respectfully requests that the court enter an order extending to February 18, 2015, the time within which Defendant may file a responsive pleading.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6687
Fax:  (617) 526-5000
felicia.ellsworth@wilmerhale.com
Dated: December 19, 2014

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), the undersigned conferred with counsel for Plaintiff on December 19, 2014, and Plaintiff consents to this motion.

      /s/ Felicia H. Ellsworth
      Felicia H. Ellsworth

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on December 19, 2014.

                                                          <u>/s/ Felicia H. Ellsworth</u>
                                                          Felicia H. Ellsworth