UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>Defendants. | Civil Action No.  1:14-cv-14176-DJC |

## MOTION FOR *PRO HAC VICE* ADMISSIONS

Pursuant to Local Rule 83.5.3(b), Defendant President and Fellows of Harvard College moves that attorneys Seth P. Waxman and Paul R.Q. Wolfson of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, D.C. 20006, and attorney Debo P. Adegbile of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, be permitted to appear *pro hac vice* (in association with the undersigned) to represent it in this matter.

1. Mr. Waxman is a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  He is a member in good standing of the District of Columbia Bar, as well as the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia Circuit, Federal Circuit, and First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, the U.S. Court of International Trade, and the U.S. District Courts for the District of Columbia and the Western District of Michigan.  There are no disciplinary proceedings pending against Mr. Waxman in any jurisdiction.

2. Mr. Wolfson is a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. He is a member in good standing of the District of Columbia Bar, as well as the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia Circuit, Federal Circuit, and First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, the U.S. Court of Military Appeals, and the U.S. District Courts for the District of Columbia and the Eastern District of Michigan. There are no disciplinary proceedings pending against Mr. Wolfson in any jurisdiction.

3. Mr. Adegbile is a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. He is a member in good standing of the New York Bar, as well as the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia Circuit and First, Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, and the U.S. District Courts for the District of Columbia and the Northern, Eastern, and Southern Districts of New York. There are no disciplinary proceedings pending against Mr. Adegbile in any jurisdiction.

4. Mr. Waxman, Mr. Wolfson, and Mr. Adegbile are familiar with the rules of this court.

5. Ms. Ellsworth is a member in good standing of the bar of this court and will continue to represent President and Fellows of Harvard College in this action.

**WHEREFORE**, Defendant moves that this court admit Mr. Waxman, Mr. Wolfson, and Mr. Adegbile *pro hac vice* for the purpose of representing it in this action.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
Dated: December 19, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on December 19, 2014.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), the undersigned conferred with counsel for Plaintiff on December 19, 2014, and Plaintiff consents to this motion.

    /s/ Felicia H. Ellsworth
    Felicia H. Ellsworth