UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS, <br><br> Defendants. | Civil Action No. 1:14-cv-14176-DJC |

## CERTIFICATION OF SETH P. WAXMAN
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSIONS

Seth P. Waxman certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admissions and have personal knowledge of the facts stated herein.

2. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, D.C. 20006.

3. Defendant President and Fellows of Harvard College has asked that I be admitted *pro hac vice* to appear in this matter on its behalf.

4. I am a member in good standing of the District of Columbia Bar, as well as the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia Circuit, Federal Circuit, and First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, the U.S. Court of International Trade, and the U.S. District Courts for the District of Columbia and the Western District of Michigan.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the rules of this court.

I certify under penalty that the foregoing is true and correct, this 19th day of December 2014.

/s/ Seth P. Waxman
Seth P. Waxman
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com