## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

        Plaintiff,

   v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE and THE HONORABLE AND
REVEREND THE BOARD OF OVERSEERS,

        Defendants.

Civil Action No.  1:14-cv-14176-DJC

## CERTIFICATION OF DEBO P. ADEGBILE
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSIONS

Debo P. Adegbile certifies as follows:

1.     I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admissions and have personal knowledge of the facts stated herein.

2.     I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007.

3.     Defendant President and Fellows of Harvard College has asked that I be admitted *pro hac vice* to appear in this matter on its behalf.

4.     I am a member in good standing of the New York Bar, as well as the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia Circuit and First, Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, and the U.S. District Courts for the District of Columbia and the Northern, Eastern, and Southern Districts of New York.

5.     There are no disciplinary proceedings pending against me in any jurisdiction.

6.    I am familiar with the rules of this court.

I certify under penalty that the foregoing is true and correct, this 19th day of December

2014.

Debo P. Adegbile
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel:  (212) 295-6717
Fax:  (212) 230-8888
debo.adegbile@wilmerhale.com