# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:14-cv-14176-AJB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE THE APRIL 23, 2015 INITIAL SCHEDULING CONFERENCE UNTIL APRIL 30, 2015

Pursuant to Local Rule 40.3, Defendant President and Fellows of Harvard College hereby moves this Honorable Court for an order continuing the Initial Scheduling Conference from April 23, 2015 to April 30, 2015 at 2:00 pm Eastern Standard Time. As grounds for this motion, Defendant states that counsel has a conflict on April 23, 2015, and is unable to attend the Initial Scheduling Conference as scheduled. This is the second request by any party for a continuance of the Initial Scheduling Conference, and the first request by Defendant. Defendant's counsel has conferred with Plaintiff's counsel, and Plaintiff does not oppose the relief requested in this motion. The proposed new date and time for the conference—April 30, 2015 at 2:00 pm—has been approved by all parties.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order continuing the Initial Scheduling Conference to April 30, 2015 at 2:00 pm.

                                Respectfully submitted,

                                PRESIDENT AND FELLOWS OF HARVARD COLLEGE

                                By its attorneys,

Date: March 16, 2015                /s/ Felicia H. Ellsworth_____
                                Felicia H. Ellsworth (BBO #665232)
                                WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                60 State Street
                                Boston, MA 02109
                                Tel: (617) 526-6687
                                Fax: (617) 526-5000
                                felicia.ellsworth@wilmerhale.com

                                Seth P. Waxman (*pro hac vice*)
                                Paul R.Q. Wolfson (*pro hac vice*)
                                WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                1875 Pennsylvania Ave. NW
                                Washington, D.C. 20006
                                Tel: (202) 663-6800
                                Fax: (202) 663-6363
                                seth.waxman@wilmerhale.com
                                paul.wolfson@wilmerhale.com

                                Debo P. Adegbile (*pro hac vice*)
                                WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                7 World Trade Center
                                250 Greenwich Street
                                New York, NY 10007
                                Tel: (212) 295-6717
                                Fax: (212) 230-8888
                                debo.adegbile@wilmerhale.com

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant conferred with counsel for Plaintiff, and Plaintiff does not oppose this motion.

/s/ Felicia H. Ellsworth_____
Felicia H. Ellsworth

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Felicia H. Ellsworth_____
Felicia H. Ellsworth