UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:14-cv-14176-ADB |
| | ) |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) | ) ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Defendant President and Fellows of Harvard College ("Harvard") and Defendant's Counsel hereby certify that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Ara Gershengorn
University Attorney
Office of the General Counsel
Harvard University
Smith Campus Center, Suite 980
1350 Massachusetts Ave.
Cambridge, MA 02138
ara_gershengorn@harvard.edu

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth BBO #665232
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
felicia.ellsworth@wilmerhale.com

Seth P. Waxman (admitted *pro hac vice*)
Paul R.Q. Wolfson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

1

Debo P. Adegbile (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel:  (212) 295-6717
debo.adegbile@wilmerhale.com

*Attorneys for Defendant President and Fellows of Harvard College*

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system on April 23, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                 /s/ Felicia H. Ellsworth
                 Felicia H. Ellsworth BBO #665232