UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. )<br>)<br>Plaintiff,                                         )<br>)<br>v.                                                          )<br>)<br>PRESIDENT AND FELLOWS OF HARVARD )<br>COLLEGE (HARVARD CORPORATION)  )<br>)<br>Defendant.                                      )<br>) | Civil Action No: 1:14-cv-14176 |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)**

Plaintiff, Students for Fair Admissions, Inc. ("SFFA") and Plaintiff's Counsel hereby certify that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | STUDENTS FOR FAIR ADMISSIONS, INC.<br>By its attorneys, |
| /s/ Edward J. Blum<br>Edward J. Blum<br>President<br>Students for Fair Admissions<br>3571 Far West Blvd. #17<br>Austin, Texas 78731 | /s/ William S. Consovoy<br>William S. Consovoy<br>Thomas R. McCarthy<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>(703) 243.4923<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>(admitted *pro hac vice*) |

/s/ Paul M. Sanford
Paul M. Sanford BBO #566318
Benjamin C. Caldwell BBO #675061
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
psanford@burnslev.com
bcaldwell@burnslev.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Paul M. Sanford
Paul M. Sanford BBO #566318