## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT COURT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br>     Plaintiff, <br><br>     v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br>     Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### <u>MOTION TO INTERVENE IN DEFENSE OF HARVARD'S ADMISSIONS POLICY</u>

Movants and Proposed Intervenors, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., and R.S., nine minority students intending to apply for Harvard College, as well as Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Libertad Vasquez-Rodriguez, and Keyanna Wigglesworth, five minority Harvard College students (collectively, "Movants"), respectfully move to intervene in this case, pursuant to Fed. R. Civ. P. 24, in defense of Harvard's right to consider race or ethnicity in admissions.  As detailed in the accompanying memorandum of reasons, Movants satisfy each of the requirements for intervention as of right under Fed. R. Civ. P. 24(a), but if the Court does not find that all of the Rule 24(a) elements have been met, Movants request in the alternative that they be allowed to intervene permissively under Fed. R. Civ. P. 24(b).

In addition to the memorandum, Movants have filed two additional supporting documents: (1)  pursuant to Local Rule 7.1(b)(1), a declaration from each Proposed Intervenor

setting forth facts upon which this motion is based,  *see* Ex. 1, and  (2) pursuant to  Fed. R. Civ. P. 24(c), a Proposed Answer.

**WHEREFORE**,  Movants  respectfully  request  that  this  Court  grant  this  Motion  to Intervene.


Dated: April 29, 2015                    Respectfully submitted,

                                         /s/ Rahsaan D. Hall
                                         Rahsaan D. Hall, BBO # 645369
                                         LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                         AND ECONOMIC JUSTICE
                                         294 Washington St. Suite 443
                                         Boston, MA 02108
                                         Tel: (617) 988-0608
                                         rhall@lawyerscom.org

                                         /s/ Jon M. Greenbaum
                                         Jon M. Greenbaum, DC Bar # 489887
                                         LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                         UNDER LAW
                                         1401 New York Avenue, NW, Suite 400
                                         Washington, DC 20005
                                         Tel: (202) 662-8600
                                         jgreenbaum@lawyerscommittee.org

                                         ATTORNEYS FOR PROPOSED DEFENDANT
                                         INTERVENORS


## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a), I hereby certify that I conferred with counsel for Plaintiff and counsel for Defendant.  Neither Plaintiff SFFA nor Defendant Harvard has decided its position on this motion and both wish to respond to it in accordance with the timeframe established by local rule.

                                         /s/ Jon M. Greenbaum
                                         Jon M. Greenbaum

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on April 29, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Rahsaan D. Hall</u>
Rahsaan D. Hall