UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant, <br><br> and <br><br> SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL LIBERTAD VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., AND R.S., <br><br> Proposed Defendant-Intervenors. | Civil Action No. 1:14-cv-14176-ABD |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Rahsaan D. Hall, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Jon M. Greenbaum, a member of the Bar of the District of Columbia, to this Court for the purpose of representing Proposed Defendant-Intervenors in the above-captioned matter, and states as follows:

1. Jon M. Greenbaum is the Chief Counsel at the Lawyers' Committee for Civil Rights Under Law. His business address is 1401 New York Avenue, NW, Suite 400 Washington, D.C. 20005 telephone number is (202) 662-8315.

2. Jon M. Greenbaum is a member in good standing of the Bar of the District of Columbia, as evidenced by the Certificate of Good Standing attached hereto as Exhibit A, and the Bar of the State of California. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. See Affidavit of Jon M. Greenbaum, attached hereto as Exhibit B.

3. Jon M. Greenbaum is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. Rahsaan D. Hall, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Proposed Defendant-Intervenors if this motion is granted.

5. Pursuant to Local Rule 7.1(a), Proposed Defendant-Intervenors have conferred with counsel for the Plaintiff and Defendant and they have no objection to granting this motion.

WHEREFORE, the Proposed Defendant-Intervenors respectfully request that Jon M. Greenbaum be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Proposed Defendant-Intervenors in the above referenced proceeding in accordance with the Rules of this Court.

                                                      Respectfully submitted,

Dated: April 29, 2015                      */s/ Rahsaan D. Hall*

                                                      Rahsaan D. Hall, BBO # 645369
                                                      rhall@lawyerscom.org
                                                      LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND ECONOMIC JUSTICE

294 Washington St. Suite 443  
Boston, MA 02108  
Tel: (617) 988-0608

Jon M. Greenbaum, DC Bar # 489887  
jgreenbaum@lawyerscommittee.org  
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW  
1401 New York Avenue, NW  
Suite 400  
Washington, D.C. 20005  
Tel: (202) 662-8315

ATTORNEYS FOR PROPOSED DEFENDANT INTERVENORS

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Rahsaan D. Hall, hereby certify that this document filed through the ECF system on April 29, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Rahsaan D. Hall*

Rahsaan D. Hall, Esq