# EXHIBIT B

UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant, <br><br> and <br><br> SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL LIBERTAD VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., AND R.S., <br><br> Proposed Defendant-Intervenors. | Civil Action No. 1:14-cv-14176-ADB |

### AFFIDAVIT OF JON M. GREENBAUM

I, JON M. GREENBAUM, depose and state as follows:

1. I am an attorney licensed to practice law in the District of Columbia and the State of California.

2. I am a resident of the Commonwealth of Virginia.

3. I am the Chief Counsel at the Lawyers' Committee for Civil Rights Under Law, located at 1401 New York Avenue, NW, Suite 400 Washington, D.C. 20005. The office telephone number is (202) 662-8315.

4. I am authorized to practice law in the following federal courts: United States Supreme Court; United States Court of Appeals for the First, Sixth, Ninth, and District of Columbia Circuits; and United States District Courts for the District of Columbia, Eastern District of California, Central District of California, and Northern District of Ohio.

5. I was admitted to practice law in the State of California on December, 6, 1993. My California Bar Registration number is 166733. I was admitted to practice law in the District of Columbia. My District of Columbia Bar Registration number is 489887.

6. I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

7. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Proposed Defendant-Intervenors in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury on this 29th day of April, 2015.

                                                            */s/ Jon M. Greenbaum*

                                                            Jon M. Greenbaum, Esq.