AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admission, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-14176-ADB |
| President and Fellows for Harvard College, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenors Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, et al.   .

Date:   04/29/2015

/s/ Rahsaan D. Hall
*Attorney's signature*

Rahsaan D. Hall BBO# 645369
*Printed name and bar number*

Lawyers' Committee for Civil Rights
and Economic Justice
294 Washington St. Suite #443
Boston, MA 02108
*Address*

rhall@lawyerscom.org
*E-mail address*

(617) 988-0608
*Telephone number*

(617) 482-4392
*FAX number*