AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:14-cv-14176 |
| President and Fellows of Harvard College, at al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Students for Fair Admissions, Inc.                                    .

Date:    5/13/2015

s/ Patrick Strawbridge
*Attorney's signature*

Patrick Strawbridge, BBO#678274
*Printed name and bar number*

Ten Post Office Square
Boston, MA  02109
*Address*

patrick@consovoymccarthy.com
*E-mail address*

617.227.0548
*Telephone number*

*FAX number*