IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I hereby certify that I filed my Notice of Appearance through the ECF system on May 13 (Docket Entry # 36), and that said notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted,

Dated: May 18, 2015

By: /s/ Patrick Strawbridge

Patrick Strawbridge
BBO #678274
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
Boston, MA 02109
Tel: 617.227.0548
patrick@consovoymccarthy.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*