# EXHIBIT B

UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>    Defendant,<br><br>  and<br><br>SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL LIBERTAD VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., AND R.S.,<br><br>    Proposed Defendant-Intervenors. | Civil Action No. 1:14-cv-14176-DJC |

## AFFIDAVIT OF LAWRENCE E. CULLEEN

I, LAWRENCE E. CULLEEN, depose and state as follows:

    1.    I am an attorney licensed to practice law in the District of Columbia.

    2.    I am a resident of the District of Columbia.

    3.    I am a partner at Arnold & Porter, LLP located at 555 Twelfth Street, NW, Washington, D.C. 20004. The office telephone number is (202) 942-5477.

4. I am authorized to practice law in the following federal court districts: United States District Court for the District of Columbia.

5. I was admitted to practice law in the District of Columbia on December 13, 1982. My D.C. Bar number is 366854.

6. I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

7. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Proposed Defendant Intervenors in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury on this 20th day of May, 2015.

*/s/ Lawrence E. Culleen*

Lawrence E. Culleen, Esq.