# EXHIBIT B

Case 1:14-cv-14176-ADB   Document 47-2   Filed 05/26/15   Page 1 of 3

UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant, <br><br> and <br><br> SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL LIBERTAD VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., AND R.S., <br><br> Proposed Defendant-Intervenors. | Civil Action No. 1:14-cv-14176-DJC |

### AFFIDAVIT OF NANCY L. PERKINS

I, NANCY L. PERKINS, depose and state as follows:

1. I am an attorney licensed to practice law in the District of Columbia.

2. I am a resident of the District of Columbia.

3. I am counsel at Arnold & Porter, LLP located at 555 Twelfth Street, NW,

Washington, D.C. 20004. The office telephone number is (202) 942-5065.

4. I am authorized to practice law in the following federal court districts: United States Supreme Court, the United States Court of Appeals for the Fifth, Sixth, Ninth, and Eleventh Circuits, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the District of Columbia, the United States District Court for the District of Columbia.

5. I was admitted to practice law in the District of Columbia on December 1, 1989. My D.C. Bar number is 421574.

6. I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

7. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Proposed Defendant Intervenors in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury on this 20th day of May, 2015.

*/s/ Nancy L. Perkins*

Nancy L. Perkins, Esq.