UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>       Plaintiff,<br><br>       v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>       Defendant,<br><br>    and<br><br>SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL LIBERTAD VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., AND R.S.,<br><br>       Proposed Defendant-<br>       Intervenors. | Civil Action No. 1:14-cv-14176-ADB |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Rahsaan D. Hall, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Steven L. Mayer, a member of the State Bar of California, to this Court for the purpose of representing Proposed Defendant Intervenors in the above-captioned matter, and states as follows:

1. Steven L. Mayer is senior counsel at Arnold & Porter LLP. His business address is 10th Floor, Three Embarcadero Center, San Francisco, CA 94111-4024 and his telephone number is (415) 471-3163.

2. Steven L. Mayer is a member in good standing of the State Bar of California, as evidenced by the Certificate of Standing attached hereto as Exhibit A. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. See Affidavit of Steven L. Mayer, attached hereto as Exhibit B.

3. Steven L. Mayer is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. Rahsaan D. Hall, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Proposed Defendant Intervenors if this motion is granted.

5. Pursuant to Local Rule 7.1(a), Proposed Defendant Intervenors have conferred with counsel for the Plaintiff and Defendant and they have no objection to granting this motion.

WHEREFORE, the Defendant Intervenors respectfully request that Steven L. Mayer be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Proposed Defendant Intervenors in the above referenced proceeding in accordance with the Rules of this Court.

Respectfully submitted,

Dated: May 20, 2015        /s/ Rahsaan D. Hall

Rahsaan D. Hall, BBO # 645369
rhall@lawyerscom.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
AND ECONOMIC JUSTICE
294 Washington St. Suite 443
Boston, MA 02108

Tel: (617) 988-0608

Steven L. Mayer, California Bar # 62030
Steven.Mayer @aporter.com
ARNOLD & PORTER LLP
10th Floor
Three Embarcadero Center
San Francisco, CA  94111-4024
Tel: (415) 471-3163

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Rahsaan D. Hall, hereby certify that this document filed through the ECF system on May 20, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Rahsaan D. Hall*

Rahsaan D. Hall, Esq.