UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civil Action No: 1:14-cv-14176 |
| ) | |
| PRESIDENT AND FELLOWS OF HARVARD ) | |
| COLLEGE (HARVARD CORPORATION) ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE JULY 9, 2015**
**STATUS CONFERENCE**

Pursuant to Local Rule 40.3, Plaintiff, Students for Fair Admissions, Inc., hereby moves this Honorable Court for an order to continue the Status Conference, scheduled for July 9, 2015, to a later date at the Court's convenience. Plaintiff states that its two primary attorneys assigned to this action both have a conflict on July 9, 2015, involving travel to the Western United States, and thus would respectfully request a minor adjustment to the date of the Status Conference. This is the first request by any party for a continuance of the Status Conference. Plaintiff's counsel has conferred with Defendant's counsel, and Defendant does not oppose the relief requested in this motion. Both parties are available for a rescheduled conference on July 16, before 3 p.m., or at any time on July 17, July 20, or July 21. If these dates are inconvenient for the Court, the parties are committed to making themselves available at alternative dates later in July that work for the Court.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order continuing the Stauts Conference to one of the dates listed above.

1

                        Respectfully submitted,

                        STUDENTS FOR FAIR ADMISSIONS, INC.

                        By its attorneys,

Date: June 30, 2015          /s/ Benjamin C. Caldwell
                                          Paul M. Sanford BBO #566318
                                          Benjamin C. Caldwell BBO #675061
                                          BURNS & LEVINSON LLP
                                          125 Summer Street
                                          Boston, MA 02110
                                          (617) 345-3000
                                          psanford@burnslev.com
                                          bcaldwell@burnslev.com

                                          Patrick Strawbridge BBO #678274
                                          CONSOVOY McCARTHY PARK PLLC
                                          Ten Post Office Square
                                          8th Floor South PMB #706
                                          Boston, MA 02109
                                          Tel: (617) 227-0548
                                          patrick@consovoymccarthy.com

                                          William S. Consovoy
                                          Thomas R. McCarthy
                                          J. Michael Connolly
                                          CONSOVOY McCARTHY PARK PLLC
                                          3033 Wilson Boulevard
                                          Suite 700
                                          Arlington, Virginia 22201
                                          (703) 243.4923
                                          will@consovoymccarthy.com
                                          tom@consovoymccarthy.com
                                          mike@consovoymccarthy.com
                                          (admitted *pro hac vice*)

**CETIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendant, and Defendant consents to this motion.

/s/ Benjamin C. Caldwell

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Benjamin C. Caldwell

4848-6440-0165.1