# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al

District Court Number: 14cv14176-ADB

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes _X_ No ____   Sealed documents  Yes ____ No _X_
*If yes, document #*  58             *If yes, document #*

*Ex parte* documents  Yes ____ No _X_   Transcripts  Yes _X_ No ____
*If yes, document #*                    *If yes, document #*  43

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent ____   Other: _X_

Appeal from:

#52 Memorandum and Order on Proposed Defendant-Intervenors' Motion to Intervene

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#52 and #60

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 60 filed on July 13, 2015.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 14, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**