IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION),

Defendant.

Civil Action No.
1:14-cv-14176-ADB

## DECLARATION OF PATRICK STRAWBRIDGE

Patrick Strawbridge, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am an individual over twenty-one years of age, and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and am fully competent to declare as to matters stated herein.

2. I am an attorney for the Plaintiff in this action, Students for Fair Admissions, Inc. ("SFFA").

3. I make this Declaration in connection with the motion to compel the production of certain documents that SFFA has requested from Defendant President and Fellows of Harvard College (Harvard Corporation) ("Harvard").

4. Attached hereto as Exhibit A is a true and correct copy of the executed Declaration of Peter Arcidiacono.

5. Attached hereto as Exhibit B is a true and correct copy of an excerpt from relevant portions of the preliminary transcript of the deposition of Marlyn E. McGrath, Harvard's Director of Admissions, taken on June 18, 2015.

6. Attached hereto as Exhibit C is a true and correct copy of Harvard's Objections and Responses to Plaintiff's First Set of Requests for Production, which accurately set forth the requests for production that SFFA served upon Harvard on May 12, 2015.

7. Attached hereto as Exhibit D is a true and correct copy of relevant excerpts from Harvard's Objections and Responses to plaintiff's First Set of Interrogatories, which accurately set forth the interrogatories that SFFA served upon Harvard on May 12, 2015.

8. Attached hereto as Exhibit E is a true and correct copy of an image captured from Harvard's publicly-available website, accessed at https://college.harvard.edu/admissions/application-process/transferring-harvard-college on July 14, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, July 16, 2015.

s/ Patrick Strawbridge
Patrick Strawbridge