# Exhibit B

As Defendant designated portions of this exhibit as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only," pursuant to the Stipulated Protective Order, those designated pages (i.e., pgs. 16, 56-57, 158-165, 172-173, 177, 180, 185, 190 and 193-198) were not publicly filed, but instead were delivered to the Court in a sealed envelope along with Plaintiff's Motion to File Under Seal.

The publicly filed portions of this exhibit constitute pages that Defendant approved for public filing (pgs. 1, 60 and 118) or approved for public filing subject to limited redactions (pgs. 50, 52 and 61).



Marlyn Elizabeth McGrath - June 18, 2015    1
Highly Confidential

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
                     BOSTON DIVISION


---------------------------------x

STUDENTS FOR FAIR ADMISSIONS, INC.,

                Plaintiff,           Civil Action No.
vs.                                  1:14-cv-14176

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION); and
THE HONORABLE AND REVEREND THE
BOARD OF OVERSEERS,

                Defendants.
---------------------------------x

            - HIGHLY CONFIDENTIAL -


       DEPOSITION OF MARLYN ELIZABETH
   McGRATH, a witness called by the Plaintiff,
   taken pursuant to the applicable provisions of
   the Federal Rules of Civil Procedure, before
   James A. Scally, RMR, CRR, a Notary Public in
   and for the Commonwealth of Massachusetts, at
   the offices of WilmerHale, 60 State Street,
   Boston, Massachusetts, on Thursday, June 18,
   2015, commencing at 9:00 a.m.
```

1    Q.    Is there anyone on the staff who has general
2  responsibility for alumni interviewers?
3    A.    Yes.
4    Q.    Who's that?
5    A.    Currently that role is in the hands of a
6          , who administers communications with alumni
7  interviewers.
8    Q.    Do you know when             took over that role?
9    A.    Two years ago.
10   Q.    Okay.  Who served in that role before              ?
11   A.    Her predecessor was a woman whose name is
12                , who left Harvard.
13   Q.    Is her departure the reason that            took
14  over --
15   A.    Yes.
16   Q.    -- that responsibility?
17   A.    Yes.
18   Q.    Do you know why            left the department?
19   A.    She went to graduate school.  Or she went -- she
20  went to another institution in Boston, and I think she was
21  working in graduate school.  To be honest, I'm not sure.
22  She left to go to another institution.
23   Q.    Do you know which institution that was?
24   A.    I think it may have been NEC, the New England

1    A.   Yes.
2    Q.   I'm completely lost here.  So let me --
3    A.   It's unusual.
4    Q.   And that committee identifies alumni interviewers
5 for the entire country or --
6    A.   No.
7    Q.   Okay.
8    A.   No.
9    Q.   So --
10   A.   They identify in their own local area for which
11 that person is responsible.  A responsibility is to
12 identify other Harvard alumni in the area who would be
13 helpful in recruiting and reaching out to and interviewing
14 potential candidates for admission and candidates for
15 admission.
16   Q.   And are the alumni they identify and provide, is
17 there a list provided to the admissions office?
18   A.   Yes.
19   Q.   Okay.  And this is presumably after the local
20 committee has solicited, you know, interest and gotten back
21 feedback that this person would be interested in serving as
22 an alumni interviewer?
23   A.   Yes.
24   Q.   Is that generally provided to           or to

```
 1    A.   I do not think so.  I am not aware of that factor.
 2    Q.   Do alumni interviewers provide -- do alumni
 3  interviewers provide feedback on the interview following
 4  its completion?
 5    A.   Do -- I'm sorry.  Would you mind repeating the
 6  question?
 7    Q.   Do alumni interviewers provide some sort of report
 8  or feedback --
 9    A.   Oh.
10    Q.   -- on the interview once it's completed?
11    A.   I'm sorry.  I should have understood the question,
12  the basic question.  Yes.  An interview report is
13  submitted.
14    Q.   Is that a formal document?  Is it a form?
15    A.   Yes.
16    Q.   Okay.
17    A.   Typically.
18    Q.   And is it typically submitted electronically?
19    A.   Yes.
20    Q.   Okay.  And is it like a form that you fill out
21  online, or is it a form that gets scanned in and sent in?
22  What's the format?
23    A.   Generally online, submitted directly online.
24    Q.   Okay.  So you log into a website and you fill out
```

```
 1  some fields and then you click "Send" --
 2       A.    Yes.
 3       Q.    -- and it goes?
 4       A.    What I was referring to earlier is the alumni
 5  website is designed heavily around that transaction.
 6       Q.    Okay.  And where do those formalized reports land
 7  in the admissions office?
 8       A.    They land in that database maintained by
 9
10       Q.    And does it essentially populate the comments from
11  the alumni interviewer?
12       A.    Yes.
13       Q.    And then is that made part of the admissions file
14  that is subsequently considered?
15       A.    Yes.  And -- yes.
16       Q.    Okay.
17             MR. WOLFSON:  Could we take a brief
18       break?  Would this be a good time?
19             MR. STRAWBRIDGE:  That would be fine.
20             MR. WOLFSON:  That would be great.
21             MR. STRAWBRIDGE:  Five minutes?
22             MR. WOLFSON:  Sure.
23             (Recess:  10:17 a.m. to 10:30 a.m.)
24  BY MR. STRAWBRIDGE:
```

```
 1  mail, and people regularly complain about not being
 2  admitted.  And they, as I said a minute ago, have various
 3  arguments to make about that.  And so it's hard for me to
 4  remember or distinguish one from another.
 5       Q.   What kind of a response do you give -- answer do
 6  you give when you receive those types of complaints?
 7       A.   We explain that the process is holistic and
 8  complex, and we have many fine applicants, and we have a
 9  committee process that can choose only a few.
10       Q.   Is there standard language that's used to respond
11  to any of those types of complaints?
12       A.   We do guide our staff in standard language,
13  various versions of which seem -- whichever one seems most
14  appropriate to what's being asked for.
15       Q.   So is there -- is there a sample letter or
16  language that's maintained electronically?
17       A.   Yes.  We have sample letters that we have shared
18  with them.
19       Q.   Do you recall receiving any of those complaints
20  from other faculty members?
21            MR. WOLFSON:  Objection.
22       A.   I don't remember receiving complaints from faculty
23  members, except general complaints about "Can you tell me
24  why you didn't take Mary Smith, who I wrote you a letter
```