# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## DEFENDANT'S MOTION TO FILE UNDER SEAL UNREDACTED [PROPOSED] REPLY MEMORANDUM OF LAW AND SUPPORTING MATERIALS IN SUPPORT OF MOTION TO STAY

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Defendant President and Fellows of Harvard College ("Harvard") hereby moves this Honorable Court for an order sealing (1) the unredacted version of Harvard's Proposed Reply Memorandum of Law in support of its Motion to Stay ("Harvard's Proposed Reply"), and (2) the Declaration of Felicia H. Ellsworth in support of Harvard's Proposed Reply ("Ellsworth Declaration"), including its exhibits, which contain certain interrogatory responses that Plaintiff Students for Fair Admissions, Inc. ("SFFA") has designated as Confidential and Highly Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 53).

Harvard is delivering unredacted courtesy copies of all of these materials to the Court in a sealed envelope. Harvard requests that the documents subject to this Motion be impounded until further order of the Court. In the event this Court has not previously ordered otherwise, Harvard's submission should be returned to its undersigned counsel upon resolution of this matter. Pursuant to Local Rule 7.1(a)(2), SFFA was made aware of this motion and assents to Harvard's request to

file Harvard's Proposed Reply and the Ellsworth Declaration, together with its exhibits, under seal.

WHEREFORE, Harvard respectfully requests that the Court grant this motion and allow Harvard's Proposed Reply, and the Ellsworth Declaration, together with its exhibits, to be filed under seal and to be viewed only by the Judge, her clerk(s), and Court personnel in conjunction with Harvard's motion to stay.

Respectfully submitted,

*/s/ Felicia H. Ellsworth*
Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Dated: July 21, 2015  *Counsel for Defendant President and Fellows of Harvard College*

### CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a), I hereby certify that Students for Fair Admissions' counsel was made aware of this motion before it was filed and assents to Harvard's request to file the unredacted Proposed Reply Memorandum of Law in Support of its Motion to Stay, and the Ellsworth Declaration and accompanying exhibits under seal.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system. The attachments to this motion were delivered to the Court in a sealed envelope.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth