# EXHIBIT A
## Filed Under Seal

## (Motion for Leave to File Under Seal Granted July 21, 2015 (Dkt. 77))