# EXHIBIT B
# Filed Under Seal

# (Motion for Leave to File Under Seal Granted July 21, 2015 (Dkt. 77))