UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF HARVARD )<br>COLLEGE (HARVARD CORPORATION) )<br>)<br>Defendant. )<br>) | Civil Action No:  1:14-cv-14176 |

**CERTIFICATE OF SERVICE**

In accordance with Local Rules 5.2(b) and 5.4(c), I hereby certify that the Declaration of Patrick Strawbridge (Doc. 95) which was filed through the ECF system on August 7, 2015, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell BBO #675061
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: 617-345-3000
Fax: 617-345-3299
bcaldwell@burnslev.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

4846-3986-1286.1