UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION); and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS, <br><br> Defendants. | Civil Action No. 1:14-cv-14176 |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO APPEAR *PRO HAC VICE***

Having considered Plaintiff, Students for Fair Admissions, Inc.'s Motion for Leave to Appear *Pro Hac Vice* filed on September 28, 2015, and for good cause shown, the Court finds that said motion shall be **GRANTED** and that Michael H. Park is hereby admitted to appear, defend and practice *pro hac vice* as counsel on behalf of Students for Fair Admissions, Inc. for purposes of this case only.

IT IS SO ORDERED.

DATED:_____                    _____
                                        United States District Judge

4817-1510-4041.1