**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

STUDENTS FOR FAIR ADMISSIONS, INC.,

                Plaintiff,

        v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION),

                Defendant.

Civil Action No.
1:14-cv-14176-
ADB

## DECLARATION OF PATRICK STRAWBRIDGE

Patrick Strawbridge, pursuant to 28 U.S.C. § 1746, declares the following:

1.     I am an individual over twenty-one years of age, and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and am fully competent to declare as to matters stated herein.

2.     I am an attorney for the Plaintiff in this action, Students for Fair Admissions, Inc. ("SFFA").

3.     I make this Declaration in connection with SFFA's opposition to the Emergency Motion for a Protective Order filed on September 31 by Defendant President and Fellows of Harvard College (Harvard Corporation) ("Harvard").

4.     Attached hereto as Exhibit 1 is a true and correct copy of an email exchange I had with counsel for Harvard regarding the availability of Caroline Weaver for a deposition in this matter.

5.      Attached hereto as Exhibit 2 is a true and correct copy of an email exchange I had with counsel for Harvard regarding the filing of its Emergency Motion for a Protective ORDER.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the parties' joint stipulation in *Students for Fair Admissions, Inc. v. University of North Carolina-Chapel Hill, et al.*, No. 1:14-CV-954 (M.D. N.C.) (Dkt. No. 64).

7.      Attached hereto as Exhibit 4 is a true and correct copy of the parties' joint stipulation in *Students for Fair Admissions, Inc. v. University of North Carolina-Chapel Hill, et al.*, No. 1:14-CV-954 (M.D. N.C.) (Dkt. No. 59).


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this day, October 1, 2015.


s/ Patrick Strawbridge_____

Patrick Strawbridge