# EXHIBIT 5


  

Home | Events | Call for Action | Projects | Public Release | Endorsement | Media | Video |

AB-1726在高教委员会通过后我们能做什么？

Home » Call For Action: Please Join SFFA to support law suit against Harvard

# Call For Action: Please Join SFFA to support law suit against Harvard

Posted by admin on Wednesday, 3 June 2015

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com



Summary: Students for Fair Admissions would like to have 1000 members by June 15, 2015. This will send an important message to Harvard and the judge hearing our lawsuit. We now have 400.

Please join(free) to send our voice out!
Http://www.Studentsforfairadmissions.org/apply-to-join


*********************************************

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com

Students for Fair Admissions

3571 Far West Blvd. #17

Austin, Texas 78731

[Studentsforfairadmissions.org](Studentsforfairadmissions.org)

(703) 505-1922

[eblum@aei.org](eblum@aei.org)


June 3, 2015


An Open Letter to All Asians Who Are Concerned

About the Quotas at Harvard University


Dear Friends,


My name is Edward Blum and I am the President of Students for Fair Admissions.


I need your help.


Students for Fair Admissions (SFFA) is a new, nonprofit membership group of students, parents, and others who believe that racial classifications and preferences in college admissions are unfair, unnecessary, and unconstitutional. Our mission is to support and

participate in litigation that will restore the original principles of our nation's civil rights movement: A student's race and ethnicity should not be factors that either harm or help that student to gain admission to a competitive university.

SFFA is engaged in two important federal lawsuits, both of which were filed on November 17, 2014: Students for Fair Admissions v. Harvard and Students for Fair Admissions v. Univ. of North Carolina-Chapel Hill.

In the Harvard case, SFFA alleges the school employs an unconstitutional quota that limits the number of Asians the college will admit. Our complaint highlights data which shows that the percentage of Asians admitted in 2012 was lower than in 1992 even though the number of Asian applicant to Harvard had more than doubled during this period.

The lawsuit against Harvard asserts that earlier case law that permitted the use of race and ethnicity in university admissions should be overturned. Going forward, colleges and universities would not be allowed to use a student's race as a factor in the admissions process.

SFFA needs more parents and other adults to join. Joining is free and our membership list will remain completely confidential. The website is [www.studentsforfairadmissions.org.](www.studentsforfairadmissions.org.) We need to tell the judge who is hearing our lawsuit that we have one thousand members. Today we have about 400.

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com

Additionally, we need students who were rejected from Harvard or any other competitive university to join and to "tell us their story." This is very important! The success of our lawsuit depends on the willingness of students to step forward to fight the Asian quotas. We anticipate that the names of each student will be "sealed" by the court so each student will remain anonymous. Feel free to call me at (703) 505-1922 to discuss this issue.

Thank you for helping end the discrimination at Harvard and the other Ivy League schools.

Sincerely yours,

Edward Blum

Log in  or  register  to post comments

Copyright © 2016, **SVCA**

open in browser PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com