# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF HARVARD )<br>COLLEGE (HARVARD CORPORATION) )<br>)<br>Defendant. )<br>) | Civil Action No:  1:14-cv-14176 |

## UNOPPOSED MOTION TO CONTINUE THE APRIL 25, 2016 STATUS CONFERENCE UNTIL APRIL 29, 2016

Pursuant to Local Rule 40.3, Plaintiff, Students for Fair Admissions, Inc., hereby moves this Honorable Court for an order to continue the status conference, scheduled for April 25, 2016, until April 29, 2016 at 2:30 PM.  Plaintiff's counsel, who will attend the status conference, has a conflict on April 25, 2016.  This is the first request by any party for a continuance of this status conference.  Plaintiff's counsel has conferred with Defendant's counsel, and Defendant does not oppose continuing the status conference to April 29, 2016.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order continuing the status conference to April 29, 2016 at 2:30 PM.

Respectfully submitted,

By: /s/ Benjamin C. Caldwell
    Benjamin C. Caldwell

| | |
|---|---|
| Paul M. Sanford BBO #566318<br>Benjamin C. Caldwell BBO #675061<br>BURNS & LEVINSON LLP<br>One Citizens Plaza, Suite 1100<br>Providence, RI 02903<br>Tel: 617-345-3000<br>Fax: 617-345-3299<br>psanford@burnslev.com<br>bcaldwell@burnslev.com | William S. Consovoy<br>Thomas R. McCarthy<br>Michael H. Park<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>Tel: 703-243-4923<br>Fax: 703.243.4923<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>park@consovoymccarthy.com<br>mike@consovoymccarthy.com |
| Dated: April 21, 2016 | Patrick Strawbridge BBO #678274<br>CONSOVOY MCCARTHY PARK PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>Tel: 617-227-0548<br>patrick@consovoymccarthy.com<br><br>*Counsel for Plaintiff Students for Fair Admissions, Inc.* |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendant, and Defendant does not oppose this motion.

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell