# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

# DECLARATION OF MICHAEL PARK

Michael Park, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am an attorney duly admitted to practice law in the State New York.

2. I represent Plaintiff Students for Fair Admissions, Inc. ("SFFA") in the above-captioned case and submit this Declaration in support of SFFA's opposition to Defendants' motion to compel dated April 15, 2016.

3. Enclosed with this Declaration are the following: (1) Letter from SFFA to Harvard dated April 15, 2016; (2) Declaration of Edward Blum; (3) Declaration of Abigail Fisher; and (4) Declaration of John Doe.

4. In particular, I have spoken to anonymous declarant John Doe several times and believe the statements in his Declaration to be true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, April 28, 2016.

/s/ Michael Park
Michael Park