## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MASSACHUSETTS
## BOSTON DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.<br><br>               Plaintiff,<br><br>               v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION)<br><br>               Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### NOTICE OF APPEARANCE

Pursuant to the United States District Court for the District of Massachusetts Local Rule 83.5.2(a), undersigned counsel hereby gives notice of his appearance as counsel for *Amici Curiae*, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S., Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, and Keyanna Wigglesworth, granted leave to participate in this action per this Court's order dated June 15, 2015.

               Respectfully Submitted,

/s/ Matthew M. Cregor
Matthew M. Cregor, BBO # 673785
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
AND ECONOMIC JUSTICE
294 Washington St. Suite 443
Boston, MA 02108
Tel: (617) 988-0609
mcregor@lawyerscom.org
Attorney for *Amici Curiae*, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S., Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, and Keyanna Wigglesworth

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on July 11, 2016 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Matthew M. Cregor</u>
Matthew M. Cregor