

Ten Post Office Square
8th Floor South PMB #706
Boston, MA  02109
617.227.0548
www.consovoymccarthy.com

August 11, 2016

**VIA ECF**

Hon. Allison D. Burroughs
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*,
      No. 1:14-cv-14176-ADB

Dear Judge Burroughs,

Plaintiff Students for Fair Admissions, Inc. ("SFFA") submits this letter to advise the Court of its availability for a telephonic or in-person conference to address disputed issues with respect to Harvard's production of various databases (or any other issues the Court would care to address). Both parties have indicated in recent filings that they are amenable to this process, and the Court indicated at the July 20 status conference that such a meeting may be helpful.

As the stay has been lifted—and nearly a month has already run on the negotiated discovery schedule—SFFA has a keen interest in resolving the pending disputes and moving forward with the case. With that in mind, SFFA is available for a telephonic or in-chambers conference any time in August, with the exception of August 17-19. Harvard has indicated that it is available "at the Court's convenience," *see* Doc No. 171 at 3 n.2, although the undersigned has been informed that counsel for Harvard is unavailable August 11-14.

SFFA appreciates the Court's attention to this matter.

Respectfully submitted,

/s/ Patrick Strawbridge
Patrick Strawbridge

cc:   ECF recipients