UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION)<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF APPEARANCE

Pursuant to the United States District Court for the District of Massachusetts Local Rule 83.5.2(a), undersigned counsel hereby gives notice of his appearance as counsel for *Amici Curiae*, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S., Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, and Keyanna Wigglesworth, granted leave to participate in this action per this Court's order dated June 15, 2015.

Respectfully Submitted,

/s/ Oren M. Sellstrom
Oren M. Sellstrom, BBO # 569045
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
AND ECONOMIC JUSTICE
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Tel: (617) 988-0608
osellstrom@lawyerscom.org
Attorney for *Amici Curiae*, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S., Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, and Keyanna Wigglesworth

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on September 1, 2016 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Oren M. Sellstrom
Oren M. Sellstrom