**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

STUDENTS FOR FAIR ADMISSIONS, INC.,

      Plaintiff,

    v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION),

      Defendant.

Civil Action No. 1:14-cv-14176-ADB

**STIPULATION TO ENLARGE TIME TO FILE
AN OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTIONS**

Plaintiff, Students for Fair Admissions, Inc. ("SFFA") and Defendant, President and

Fellows of Harvard College (Harvard Corporation) ("Harvard") have stipulated and agreed to

extend SFFA's deadline for submitting an opposition to Harvard's (1) Motion for Judgment on

the Pleadings on Counts IV and VI (Doc. 185) and (2) Motion to Dismiss for Lack of Subject

Matter Jurisdiction (Doc. 187) (together, the "Motions") to and including Friday, October 21,

2016.  The parties have also stipulated and agreed that SFFA will consent to any request by

Harvard for leave to file reply briefs in connection with the Motions, to be filed no later than

November 4, 2016.

SFFA enters into this stipulation without waiver to its pending letter request that the

Court stay briefing on the Motions until the Court rules on SFFA's procedural objections and

request that the Court order Harvard to withdraw the Motions or hold the Motions in abeyance

until after all factual and expert discovery is completed under the Amended Scheduling

Order (Doc. 189).

By their attorneys,

| STUDENTS FOR FAIR ADMISSION, INC. | PRESIDENT AND FELLOWS OF HARVARD COLLEGE |
|---|---|

/s/ Benjamin C. Caldwell

Patrick Strawbridge (BBO #678274)
CONSOVOY McCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

William S. Consovoy (*pro hac vice*)
Thomas R. McCarthy (*pro hac vice*)
Michael H. Park (*pro hac vice*)
J. Michael Connolly (*pro hac vice*)
CONSOVOY McCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Paul M. Sanford (BBO #566318)
Benjamin C. Caldwell (BBO #675061)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: 617-345-3000
psanford@burnslev.com
bcaldwell@burnslev.com

/s/ Felicia H. Ellsworth

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
1875 Pennsylvania Ave. NW
          Washington, D.C. 20006
Tel: 202-663-6800
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-295-6717
debo.adegbile@wilmerhale.com

William F. Lee (BBO #291960)
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6687
william.lee@wilmerhale.com
Felicia.ellsworth@wilmerhale.com