IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE (HARVARD<br>CORPORATION),<br><br>  Defendant. | Civil Action No.<br>1:14-cv-14176-ADB |

## **DECLARATION OF WILLIAM S. CONSOVOY**

1.  I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia. I am a partner at Consovoy McCarthy Park PLLC. I am one of the attorneys representing Plaintiff Students for Fair Admissions, Inc. ("SFFA") in the above-captioned matter. I submit this declaration in support of SFFA's Opposition to Harvard's Motion for Judgment on the Pleadings on Counts IV and VI.

2.  Attached hereto as Exhibit A is a true and accurate copy of excerpts of the Deposition of Marlyn Elizabeth McGrath, dated June 18, 2015, and filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, October 21, 2016.

/s/ William S. Consovoy

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
Tel: 703.243.4923
Fax: 703.243.4923
will@consovoymccarthy.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ William S. Consovoy

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
Tel: 703.243.4923
Fax: 703.243.4923
will@consovoymccarthy.com