IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. <br> 1:14-cv-14176-ADB |

## DECLARATION OF WILLIAM S. CONSOVOY

1. I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia. I am a partner at Consovoy McCarthy Park PLLC. I am one of the attorneys representing Plaintiff Students for Fair Admissions, Inc. ("SFFA") in the above-captioned matter. I submit this declaration in support of SFFA's Opposition to Harvard's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

2. Attached hereto as Exhibit A is a true and accurate copy of excerpts of the Deposition of Edward J. Blum as Rule 30(b)(6) Designee of SFFA, dated July 12, 2016, and filed under seal.

3. Attached hereto as Exhibit B is a true and accurate copy of Plaintiff's Supplemental Objections and Responses to Defendants' First Set of Interrogatories, dated July 1, 2016, and filed under seal.

4. Attached hereto as Exhibit C is a true and accurate copy of Harvard's Application Records of ███████, and filed under seal.

1

5. Attached hereto as Exhibit D is a true and accurate copy of the Declaration of ▬▬▬, dated June 24, 2016, and filed under seal.

6. Attached hereto as Exhibit E is a true and accurate copy of the Declaration of ▬▬▬▬▬▬, dated June 16, 2016, and filed under seal.

7. Attached hereto as Exhibit F is a true and accurate copy of the Certificate of Incorporation of Students for Fair Admissions, Inc., dated July 31, 2014.

8. Attached hereto as Exhibit G is a true and accurate copy of the Bylaws of Students for Fair Admissions, Inc., dated June 19, 2015, and filed under seal.

9. Attached hereto as Exhibit H is a true and accurate copy of the Application for Tax-Exempt Status of Students for Fair Admissions, Inc., dated October 8, 2014.

10. Attached hereto as Exhibit I is a true and accurate copy of the Determination of Tax-Exempt Status of Students for Fair Admissions, Inc., from the Internal Revenue Service, dated January 30, 2015.

11. Attached hereto as Exhibit J is a true and accurate copy of the Written Consent of the Board of Directors of Students for Fair Admissions, Inc. to Amend the Bylaws, dated June 19, 2015, and filed under seal.

12. Attached hereto as Exhibit K is a true and accurate copy of SFFA's Supplemental Response to Interrogatory Number 5, dated July 1, 2016, and filed under seal.

13. Attached hereto as Exhibit L is a true and accurate copy of the Declaration of ▬▬▬, dated June 29, 2016, and filed under seal.

14. Attached hereto as Exhibit M is a true and accurate copy of the Declaration of ▬▬▬▬▬, dated June 17, 2016, and filed under seal.

15. Attached hereto as Exhibit N is a true and accurate copy of the Declaration of ▇▇▇▇▇▇▇, dated June 21, 2016, and filed under seal.

16. Attached hereto as Exhibit O is a true and accurate copy of the Registration Statement for a Charitable Organization from Students for Fair Admissions, Inc., dated March 9, 2016, and filed under seal.

17. Attached hereto as Exhibit P is a true and accurate copy of the Declaration of ▇▇▇▇▇▇▇, dated June 24, 2016, and filed under seal.

18. Attached hereto as Exhibit Q is a true and accurate copy of the Declaration of ▇▇▇▇▇▇▇, dated June 17, 2016, and filed under seal.

19. Attached hereto as Exhibit R is a true and accurate copy of the Declaration of ▇▇▇▇▇▇▇, dated June 10, 2016, and filed under seal.

20. Attached hereto as Exhibit S is a true and accurate copy of the Declaration of ▇▇▇▇▇▇▇, dated June 21, 2016, and filed under seal.

21. Attached hereto as Exhibit T is a true and accurate copy of the Declaration of ▇▇▇▇▇▇▇, dated June 28, 2016, and filed under seal.

22. Attached hereto as Exhibit U is a true and accurate copy of the Bylaws of Conservation Law Foundation, Inc., dated June 18, 2008, available at http://www.charities.ago.state.ma.us/charities/index.asp.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, October 21, 2016.

/s/ William S. Consovoy

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
Tel: 703.243.4923
Fax: 703.243.4923
will@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ William S. Consovoy

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
Tel: 703.243.4923
Fax: 703.243.4923
will@consovoymccarthy.com