# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB <br><br> **Motion to File Exhibit Under Seal Granted November 3, 2016** <br> **[Dkt. 217]** |

## **DECLARATION OF FELICIA H. ELLSWORTH**

I, Felicia H. Ellsworth, hereby state under oath:

1.      I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court, and am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I am one of the counsel representing Defendant President and Fellows of Harvard College (Harvard Corporation) ("Harvard") in the above-captioned matter.  I submit this declaration in support of Harvard's Reply Memorandum in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction.

2.      Attached hereto as Exhibit A is a true and accurate copy of excerpts of the Deposition of Edward J. Blum as Rule 30(b)(6) Designee of Students for Fair Admissions, Inc. ("SFFA"), dated July 12, 2016, and filed under seal.  This document supplements the excerpts attached to my September 23, 2016 Declaration (Dkt. 188).

3.      Attached hereto as Exhibit B is a true and accurate copy of the Articles of Incorporation of Students for Fair Admissions, Inc., dated July 29, 2014.

4.      Attached hereto as Exhibit C is a true and accurate copy of excerpts of the NAACP's Annual Report for 2015, accessed November 1, 2016.

5.      Attached hereto as Exhibit D is a true and accurate copy of the Sierra Club's Mail-In Membership Form, accessed November 1, 2016.

6.      Attached hereto as Exhibit E is a true and accurate copy of the NAACP's mail-in membership form, titled "Join the Fight for Freedom," accessed November 1, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, November 4, 2016.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

*Counsel for Defendant President and Fellows of Harvard College*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth