# EXHIBIT C

Case 1:14-cv-14176-ADB   Document 219-3   Filed 11/04/16   Page 2 of 11



# 2015

NAACP ANNUAL REPORT



Pursuing *Liberty* in the Face of *Injustice*



*Injustice anywhere is a threat to justice everywhere.*

— Martin Luther King, Jr.

## Our Mission

The mission of the National Association for the Advancement of Colored People is to ensure the political, educational, social, and economic equality of rights of all persons and to eliminate race-based discrimination.

## Vision Statement

The vision of the National Association for the Advancement of Colored People is to ensure a society in which all individuals have equal rights without discrimination based on race.

# Table of Contents



| | |
|---|---|
| 2 | Introduction: Persuing Liberty in the Face of Injustice |
| 4 | Chairman's Letter |
| 6 | President & CEO's Letter |
| 8 | SCF Chairman's Letter |
| 9 | Our Programs in Action |
| 10 | Health Department |
| 12 | Education |
| 14 | Voting Rights |
| 16 | Criminal Justice |
| 18 | Environmental & Climate Justice |
| 20 | Economic Opportunity |
| 22 | Field Operations and Membership |
| 25 | Youth & College Division |
| 26 | Legal Advocacy |
| 28 | Hollywood Bureau |
| 30 | Washington, DC Bureau |
| 32 | Leadership 500 |
| 34 | NAACP Annual Convention |
| 36 | ACT-SO |
| 38 | Image Awards |
| 40 | Financials, Donors |

## Financials



### NAACP AND AFFILIATES

Consolidated Statements of Financial Position
as of December 31, 2015 and 2014

|  | 2015 | 2014 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 3,141,880 | $ 3,230,442 |
| Investments | 5,691,394 | 5,855,434 |
| Accounts receivable, net | 2,562,917 | 2,116,359 |
| Other current assets | 356,031 | 151,801 |
| Total Current Assets | $11,752,222 | $ 11,354,036 |
| **FIXED ASSETS** | | |
| Furniture and equipment, net | $   899,277 | $  1,041,647 |
| Land and building | 315,659 | 315,659 |
| Total Fixed Assets, net | $ 1,214,936 | $ 1,357,306 |
| **OTHER ASSETS** | | |
| Investment in affiliates | $          - | $          - |
| Due from affiliates | - | - |
| Other assets | - | 15,583 |
| Total Other Assets | $          - | $     15,583 |
| **TOTAL ASSETS** | **$ 12,967,158** | **$ 12,726,925** |
| **LIABILITIES AND NET ASSETS** | | |
| **LIABILITIES** | | |
| Accounts payable and accrued expenses | $ 2,237,322 | $ 2,903,807 |
| Due to affiliates | (0) | |
| Line of credit | 2,498,775 | 2,498,521 |
| Deferred revenue | 883,636 | 827,367 |
| Pension benefits | 7,854,565 | 5,592,675 |
| Total Liabilities | $13,474,298 | $ 11,822,370 |
| **NET ASSETS/SHAREHOLDER'S EQUITY** | | |
| Unrestricted | (6,776,696) | (5,372,702) |
| Temporarily restricted | 6,269,556 | 6,277,257 |
| Shareholder's equity | | |
|  | $ (507,140) | $    904,555 |
| **TOTAL LIABILITIES AND NET ASSETS** | **$12,967,158** | **$ 12,726,925** |

Consolidated Statements of Activities for
the years ended December 31, 2015 and 2014

|  | 2015 | 2014 |
|---|---|---|
| **SUPPORT AND REVENUE** | | |
| **Support:** | | |
| Grants and Contributions | $17,079,977 | $ 13,645,007 |
| Legacies and bequests | 361,436 | 189,570 |
| Total Support | $17,441,413 | $ 13,834,577 |
| **Revenue:** | | |
| Membership | $ 2,914,567 | $ 3,043,985 |
| Convention | 2,774,839 | 2,110,367 |
| Image Awards | 2,667,374 | 3,251,672 |
| Leadership 500 | 375,760 | 272,905 |
| Legal | 4,500 | 3,919,089 |
| Regional Offices & Conferences | 105,300 | 42,000 |
| Freedom Funds | 1,062,108 | 1,117,323 |
| Investment income | 198,998 | 428,166 |
| Disaster Relief | | |
| In-Kind Contributions | 971,393 | 169,392 |
| Gain on Sale of Asset | 6,301 | - |
| Subscriptions | 10,059 | 9,318 |
| Advertising | 34,400 | 36,228 |
| Other revenue | 776,550 | 571,113 |
| Total Revenue | $11,902,149 | $ 14,971,558 |
| **TOTAL SUPPORT AND REVENUE** | **$29,343,562** | **$ 28,806,135** |
| **EXPENSES** | | |
| **Program Services:** | | |
| Membership Services | $ 1,773,674 | $  1,933,984 |
| Field Operations | 4,253,690 | 4,383,464 |
| Convention | 3,200,725 | 3,192,130 |
| Image Awards | 1,992,802 | 1,812,283 |
| Leadership 500 Summit | 412,270 | 512,650 |
| ACT-SO | 1,164,388 | 981,527 |



### Consolidated Statements of Activities for
the years ended December 31, 2015 and 2014 *cont'd.*

|  | 2014 | 2013 |
|---|---:|---:|
| Civic Engagement | 563,706 | 369,690 |
| Legal Programs and Fellows | 781,845 | 1,907,315 |
| Direct Issue Education | 420,862 | 546,485 |
| Redistricting Project | 1,724,004 | 60,962 |
| Research and Policy | 1,033,312 | 1,038,400 |
| Education | 541,780 | 718,849 |
| Health | 931,616 | 817,715 |
| Economic Development | 1,523,507 | 2,428,733 |
| Disaster Relief | 307 | 422 |
| Climate Justice | 493,682 | 302,869 |
| Criminal Justice | 223,174 | 341,476 |
| Human Rights and Voting Rights | 149,484 | 441,148 |
| Cost of Sales - Crisis Magazine | 669,571 | 626,564 |
| Total Program Services | $21,854,399 | $22,416,666 |
| **Support Services:** | | |
| Management and general | $ 4,289,480 | $ 4,676,502 |
| Fundraising | 2,837,187 | 2,073,925 |
| Selling expense | 125,781 | 133,033 |
| Net Investment Loss | 204,318 | 165,858 |
| Total Support Services | $ 7,456,766 | $ 7,049,318 |
| **TOTAL EXPENSES** | **$29,311,165** | **$ 29,465,984** |
| Support and revenue over expenses | 32,397 | (659,849) |
| Change in defined pension plan obligation | (1,444,091) | (2,898,544) |
| CHANGE IN NET ASSETS | (1,411,694) | (3,558,393) |
| Net Assets/(Deficit), Beginning of Year | 904,554 | 4,462,948 |
| Net Assets/(Deficit), End of Year | $ (507,140) | $ 904,555 |

### Consolidated Statements of Cash Flow for
the years ended December 31, 2015 and 2014

|  | 2015 | 2014 |
|---|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Change in net assets | $(1,411,694) | $(3,558,393) |
| Adjustments to reconcile changes in net assets to net cash (used in) provided by operating activities | | |
| Depreciation | 186,230 | 388,759 |
| Donated Assets | - | - |
| Unrealized (gain) loss on investments | 212,587 | 165,859 |
| Changes in assets and liabilities: | | |
| Decrease (Increase) in Accounts receivable | (435,558) | 2,018,902 |
| Decrease (Increase) in other assets, net | (188,647) | 43,470 |
| (Decrease) Increase in accounts payable and accrued expenses | (666,485) | (702,331) |
| (Decrease) Increase in pension benefits | 2,261,890 | 2,889,318 |
| Increase in Deferred Revenue | 56,269 | 2,367 |
| Net cash (used in) provided by operating activities | 14,592 | 1,247,951 |
| **CASH FLOWS FROM INVESTING ACTIVITES** | | |
| Purchase/transfer of investments | (6,071,521) | (3,051,163) |
| Sale of investments | 6,223,428 | 3,239,623 |
| Reinvestment of interest and dividends | (162,428) | (426,381) |
| Purchase of property and equipment | (43,859) | (9,716) |
| Net cash (used in) provided by investing activities | (54,380) | (247,637) |
| **CASH FLOWS FROM FINANCING ACTIVITES** | | |
| Payments on Loan Management Account | (48,774) | (84,624) |
| Advances on loan management account | - | 469,943 |
| Net cash (used in) provided by financing activities | (48,774) | 385,319 |
| Net (decrease) increase in cash and cash equivalents | (88,562) | 1,385,633 |
| CASH AND CASH EQUIVALENTS, BEGINNING OF YEAR | 3,230,442 | 1,844,809 |
| CASH AND CASH EQUIVALENTS, END OF YEAR | $ 3,141,880 | $ 3,230,442 |
| **Supplemental Data** | | |
| Cash paid for interest | $ 44,659 | $ 44,659 |



*Our Donors*

The NAACP is grateful to all our donors who support and share our efforts to advance civil and human rights.  Our work would not be possible without their support.  The NAACP values the support of its many supporters and works to ensure that all contributions are properly recognized.  So, if your contribution has been inadvertently omitted or misrepresented, or for spelling errors, please contact the Development Office at 410.580.5777.

## CORPORATIONS

### $1,000,000 AND ABOVE
AT&T Corporation
Wells Fargo

### $200,000 - $999,999
Bank of America
JPMorganChase
United Parcel Service of America, Inc.
Hyundai Motor America
OCWEN Financial Corporation
McDonald's Corporation
Wal-Mart Stores, Inc.
Federal Express Corporation
Eli Lilly and Company
TV ONE

### $100,000 - $199,999
Dunkin Brands
Comcast Corporation
State Farm Mutual Insurance Companies
UAW International Union - Solidarity
PepsiCo, Inc.
Ford Motor Company
General Motors Corporation
Nissan North America, Inc.
Southwest Airlines
UAW - GM
Verizon

### $50,000 - $99,999
The Coca-Cola Company
ChevronTexaco Corporation
Walt Disney Company
Pfizer Inc.
BMW (US) Holding Corp
CVS
Heitech Services, Inc.
Rite Aid Corporation
Toyota Motor Sales, USA, Inc.

### $10,000 - $49,999
Professional Diversity Network, Inc.
American Honda Motor Company, Inc.
Anheuser-Busch Companies, Inc.
BBVA Compass Foundation Agency
NBC
AARP
CBS Corporation
Geico Direct
Hilton Worldwide
History Channel
Marriott International, Inc.
MillerCoors
The  Goldman Sachs Group, Inc.
The Hershey Company
Verizon Communications
MGM Resorts International
Pharmaceutical Research and Manufacturers of America
Sodexo, Inc. & Affiliates
Target
TD Bank
Citroen Wolf Communications
Caesars Entertainment
Covelli Enterprises, Inc.
Facebook
NPG Music Publishing, LLC
Starwood Hotels & Resorts Worldwide, Inc.
The Walt Disney Company
Time Warner, Inc.
Turner Construction Company

# Our Donors

## FOUNDATIONS

### $1,000,000 and above
Ford Foundation

### $500,000 - $999,999
The Atlantic Philanthropies, USA
W.K. Kellogg Foundation
The Coca Cola Foundation
The Open Society Institute
JPChase Morgan

### $100,000 - $499,999
The Robert Wood Johnson Foundation
The Marguerite Casey Foundation
Gilead Sciences, Inc.
Northwest Area Foundation
Ocwen Foundation
Walmart Foundation
Kresge Foundation
The Energy Foundation
Philip D. Murphy Foundation

### $50,000 - $99,999
Coalition for Public Safety
The William and Flora Hewlett Foundation

### $25,000 - $49,999
Diane and Dorothy Brooks Foundation

### $10,000 - $24,999
The Schwab Fund for Charitable Giving
California Community Foundation

## ORGANIZATIONS

### $50,000 - $99,000
Service Employees International Union

### $25,000 - $49,999
Christian Methodist Episcopal Church

### $5,000 - $24,999
Alpha Kappa Alpha Sorority, Inc.
American Federation of Teachers
Alfred Street Baptist Church
United Food and Commercial Workers Union
A.M.E. Church Connectional Lay Organization

# Our Donors: Individuals

## SECOND CENTURY DONORS

The Honorable James C. Hormel
Vernon R. Jordan
Thomas L. Kalahar
Howard Mintz
Chang K. Park
Peter Rose
James D. White

## CHAIRMAN CIRCLE

Ophelia Averitt
Hon. Fred Banks, Jr.
Dr. William Barber, II
Gary Bledsoe
Barbara Bollings- Williams
Julian H. Bond
Karen Boykin-Towns
Roslyn M. Brock
Dr. Amos Brown
Debra Brown
Jessica Butler-Grant
Cynthia Butler-McIntyre
Donald Cash
William E. Coefield
Carolyn Coleman
James W. Crowell, III
Michael A. Curry
Rev. Theresa A. Dear
Dedric L. Doolin
Minister Edward DuBose
Dr. Hazel N. Dukes
Katherine T. Egland
Scot X. Esdaile

James Gallman
John Gaskin, III
Dr. David E. Goatley
Bishop William H. Graves
George Gresham
Valeska Gutierrez
Ron Hasson
Aubrey C. Hooper
Arleya Horne
Antashe Howard
Alice Huffman
Leonard James, III
Howard E. Jefferson
Dr. Ernest Johnson
Derrick Johnson
Thomas L. Kalahar
Da'Quan Love
William Lucy
Bob Lydia
Lamell McMorris
Lorraine C. Miller
Brendien Mitchell
Gwen Moore
Obi Adora Nweze
Bishop Dennis V. Proctor
Peter Rose
Steven Ricard
Anita L. Russell
Leon W. Russell
Julius R. Scruggs Jr.
James Settles, Jr.
Gloria Sweet-Love
Rev. Oscar S. Tillman
Jesse H. Turner, Jr.
Michael T. Turner
Joshua Turnquest
Yvonne White
Robin Williams

Lillie Wilson
Richard G. Womack
Pamela Alexander
John E. Arradondo
Laura D. Blackburne
Larcine Bland
Zafar J. Brooks
Kevin Dedner
Georgette Dixon
Angela Dorn
Eugene J. Duffy
Miguel Foster
Ed Foster-Simeon
Patrick R. Gaston
Gerald Hudson
Roger D. Johnson
Tanya Leah Lombard
Marcella Maxwell
Nate Miles
Rev. Keith Norman
Esther Silver Parker
Eric Peterson
Dwayne C. Proctor
Dr. Lonnie Randolph
Barbara Sapp Davis
Julia Feliz Sessoms
Lewis Shomer
Stephanie Silverman
Ralph Smith
Hilton O. Smith
John Spinnato
Celois Steele
Roy Levy Williams
Kathleen Wilson-Thompson
Shariq Yosufzai
Carole A. Young
Neal B. Abraham
James Rodney Addison

## Our Donors: Individuals

Roger E. Ailes
Mr. & Mrs. Rufus S Anderson
Daniel Aronson
Muriel Ashie
James A. Attwood
Joseph B. Atuah
Clarence Avant
Leslie Baker
Dorria Ball
Lynn R. Baranco
J Keith Behner
Diana L. Bell
Lina M. Bensman
Laverne C. Billings
James & Barbara Block
Alan G Blush
Robert Book
Linda Bourque
Wilbert Briggs
Robert D. Brown
S Lori Brown
Linda Burnes-Bolton
Patrick Butler
Breck & Margaret Byers
Vincent A. Carrafiello
B. Caston
Elizabeth Chuang
Gregory L. Coleman
Rev. Alvis Collins
Willie M. Collins
Luis A. Cordero
Marthella Crawford
Sylvester Croom
Lillie Crowder
William & Eliz Cunningham
Ronald E. Daley
William Danforth

Dr. William H. Danforth
Linda Darling-Hammond
Sandra Davidson
Zelda Davis
Richard A. Debs
Leroy Dennis
Jennifer Derosa
Linda Dixie
Gary Douglas
Grace Driver
Prince Eagilen
R. K. Eagilen
Eddy L. Echols, Jr
Jon Edwards
Mary C. Elmore
Harold Epps
John R. Everett
Nancy Fetterman
Pat Flynn
Lynne Foote
Geraldine Ford-Brown
Frankie M Freeman
Ms. Alene Friedman
E. M. Gabel
Lekecia Glover
Helen R. Golden
Mark Goldman
Flora Grant
Edward L. Greer
Rev. Jan Griesinger
Rolfe Gudelsky
Jennifer Haddox-Schatz
Jeanne Hardebeck
Willie L Harkless, Sr
Leo Harris
Russell W. Hawkins
Cleon P. Hayes

J. Maxie & Eve M. Hemmans
Jack Hemmans
Kathryn Henry
Jeffrey Hesler
William J. Vanden Heuvel
Walt Higgins
James Hill
Dr. Gloria L Hobbs
Rosemary R. Hobson
Ira Holder
Raynald Holder
Carolyn Holloway-Dixon
Peter Jablin
Andrew and Lesa Jackson
Charles E. Jackson
Michael A. Jackson
Michael Jackson
Nancy M. Jackson
Shirley James
Charles G. Jenkins
Mr. Raymond A. Jeter
Annie L. Johnson
Bethany and Eri Johnson
Edward P. Johnson
James Johnson
Isiah Jones
Hon. Nathaniel R. Jones
Virgil Leroy Jones
Barbara Joshi
Miriam Kartch
Daniel Kenny
George W Krumme
Steven p. Kruvant
Rebecca Lambert
Pamela Lamont
Juan Lang
Jerry Lanier

## Our Donors: Individuals

Mary Lou Laprade
Shane Larson
Connie Lawson
Marvin Leibowitz
Gail Lerner
William E. Little
Dorothy Lockspeiser
Kevin E. Lofton
Kathryn Love
Michael Luey
Mikayla Lytton
Stewart Macaulay
Roderick MacNeal
Iqbal Mamdani
Paul Marshall
Daisy Martin
Eugene Martin
Kim R. Mc Cant
William Mc Neill
Thomas & Vanzetta McPherson
Sarah Mercedes
Sarah Merner
Marla Michalewicz
Thedola H. Milligan
Martha L. Minow
Dr. Charles Mitchell, Jr
Anne Modaressi
Thomas Monahan
Vickey Montgomery
Charles Moore
Nathaniel Moore
William Morkill
Dawn Newton
Scott Newton
Ben Niedermeyer
Ifeanyi Orizu
Deborah Palumbo
Mitchell Parks

Roger Paschke
Keith & Rhonda Patterson
Daniel Perlman
Mary A. Perry
Jeffrey Petrou
Carrick Pierce
Delia Pless
Dr. Edwin C Polk-Horne
General Colin Powell
Mr. & Mrs. Elton Price
William Quinn
Franklin D. Raines
Andrew Ransom
Frieda Rentie
Roberta L. Rubin
Paul Sack
Steve L. Safferstone
Kurt L. Schmoke
Fred Schreiber
J William Semich
Joe H. Shavers
Lee & Christine Shodiss
Linda Shubeck
Ruth Shuford
Chanda R. Simpson
Christina S. Singleton
Murali Sivarajan
Doug Smith
Anthony L. Snoddy
Ria Spencer
Thomas O. Stanley
Elizabeth Stanton
David J. Stern
Mark Stevens
James S. Stewart
Yvette Stokes
Lynn G. Straus
Betsy & Roger Strother

Else Talboys
Sulian M. Tay
Cedric D. Taylor
Gloria Taylor
Lillie J. Taylor
Sally C. Taylor
Augusta Y. Thomas
Carolyn Tillman
Herman Tolbert
Nettie A. Trail
Larry Tripplett
Melissa & Phili Urofsky
Rima Vargas-Vetter
Vivion Vinson
Eric Vittinghoff
Molli Wagner
Wilbert L. Walker
Kirk L. Waters
Bill Weiss
K. R. Westbrook
David Weyant
Terrence A. White
Howard S. Williams
Leslie K. Williams
Natalie Williams
Rodrick Williams
George Willie
Olivia Wise
Geraldine B. Wood
Mildred Yearby