# EXHIBIT D



**Mail-in Membership Form
for Sierra Club Membership**



**Join or Renew with the Sierra Club today and receive this free RuckSack!
Print this page, then fill out the information below.**

First Name: _____ Last Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Phone: _____ Fax:_____

Email: _____

**Please select a membership level:**

|  **Individual Membership** | **Joint Membership** |
|---|---|
| ___ Introductory $25 | |
| ___ Regular $39 | ___ Regular $49 |
| ___ Supporting $75 | ___ Supporting $100 |
| ___ Life $1000 | ___ Life $1250 |
| ___ Student $25 | ___ Student $35 |
| ___ Senior $25 | ___ Senior $35 |
| ___ Limited Income $25 | ___ Limited Income $35 |
| ___ Contributing $150 | ___ Contributing $175 |

**Please select a payment method: AMEX: ____    MasterCard: ____    Visa: ____**

**Credit Card Number: _____ _____ _____ _____**

**Expiration Date (mm/yy): _____ Signature_____**

**I'd like to make a special, additional gift, over and above my membership dues, to help in the following area(s):**

❑ **Sierra Club  $_____**       ❑ **The Sierra Club Foundation $_____**       ❑ **Environmental Law Program  $_____**
(lobbying and legislation)        (research and public conservation)              (environmental litigation)

____ Please do not send me the free rucksack. I prefer that all of my contribution goes towards protecting America's environment.

From time to time, we make our mailing list available to other worthy organizations.
If you prefer that your name not be included, please check here: ____

_____

**Mail this form to:      Sierra Club Member Services
2101 Webster St., Suite 1300
Oakland, CA 94612**

Contributions, gifts and dues to the Sierra Club are not tax deductible; they support our effective, citizen-based advocacy and lobbying efforts. Contributions to The Sierra Club Foundation and Environmental Law Program are tax-deductible. Your dues include $7.50 for your subscription to Sierra Magazine and $1 for your Chapter newsletter.

N03ZSCDM01