# EXHIBIT E



# Join the FIGHT FOR FREEDOM
## *DURING OUR MEMBERSHIP CAMPAIGN*

Membership is the life-blood of the NAACP. We depend on our members' generosity to insure the NAACP's independence. We depend on you to keep the flames of freedom burning bright!

## 1 MEMBER INFORMATION *(please print clearly)*

☐ Mr.   ☐ Mrs.   ☐ Ms.   ☐ Miss   ☐ Other

Date

First Name        M.I.   Last Name

Address                                        Apt./Suite

City                                    State   Zip

Unit Affiliation            Current Membership No. *(if renewal)*

Phone No.        Email Address

Are You A Registered Voter?   ☐ Yes   ☐ No

Solicitor's Name

Campaign _____

## 2 MEMBERSHIP TYPE *(please check one)*

| REGULAR ANNUAL MEMBERSHIP | LIFETIME MEMBERSHIP |
|---|---|
| ☐ **Regular Adult** *(Ages 21 & older)* . . . . . . . . . . . . . . . .$30* | ☐ **Junior Life** *(Payable in annual installments of $25 or more)* . . . . . .$100** *(Ages 13 & under)* ___/___/___ Date of Birth |
| ☐ **Youth with Crisis Magazine** *(Ages 20 & under)* . . .$15* | ☐ **Bronze Life** *(Payable in annual installments of $50 or more)* . . . .$400** *(Ages 14-20)* ___/___/___ Date of Birth |
| ☐ **Youth without Crisis Magazine** *(Ages 17 & under)* .$10 | ☐ **Silver Life** *(Payable in annual installments of $75 or more)* . . . . .$750** |
| ☐ **Annual Corporate** . . . . . . . . . . . . . . . . . . . . . . . .$5,000* | ☐ **Gold Life** *(Payable in installments of $150 or more)* . . . . . . . .$1,500** Only available to Silver or Regular Life Members |
| * Includes a 1-year subscription to The CRISIS Magazine | ☐ **Diamond Life** *(Payable in installments of $250 or more)* . . . . .$2,500** Only available to Gold or Golden Heritage Life Members |
| ** Fully-paid Life Memberships include a 10-year subscription to The CRISIS Magazine | |
| $6.00 per year of the membership fee will be applied toward your subscription to THE CRISIS | |

## 3 PAYMENT

Amount Paid $ _____   ☐ MasterCard   ☐ VISA   ☐ American Express   ☐ Cash

Credit Card Number _____   ☐ Check *(checks and money orders should be made payable to: NAACP)*

Name as it Appears on Card _____   Expiration Date_____

Authorized Signature _____   **Or Pay by Credit Card Online at: www.NAACP.org**

## THANK YOU FOR YOUR SUPPORT