UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Massachusetts Local Rule 83.5.3(b), Matthew Cregor, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Nicole K. Ochi, a member of the California Bar, to this Court for the purpose of representing Student *Amici Curiae*[1] in the above-captioned matter, and states as follows:

    1.    Nicole K. Ochi is the Supervising Attorney of the Impact Litigation Unit at Asian Americans Advancing Justice – Los Angeles. Her business address is 1145 Wilshire Boulevard, Los Angeles, CA 90017 and her telephone number is (213) 241-0211.

---

[1] Student *Amici Curiae* are a group of current and prospective students of Harvard whom the Court granted leave to participate in this action as *amici*. Order at 23, June 15, 2015, ECF No. 52.

-1-

2. Nicole K. Ochi is an active member of the California Bar with no record of discipline, as evidenced by the Certificate of Standing attached hereto as Exhibit A. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction. See Declaration of Nicole K. Ochi, attached hereto as Exhibit B.

3. Nicole K. Ochi is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. Matthew Cregor, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Student *Amici Curiae* if this motion is granted.

5. Pursuant to Local Rule 7.1(a), Student *Amici Curiae* have conferred with counsel for the Plaintiff and Defendant and they have no objection to granting this motion.

WHEREFORE, the Student *Amici Curiae* respectfully request that Nicole K. Ochi be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Student *Amici Curiae* in the above referenced proceeding in accordance with the Rules of this Court.

Dated: December 12, 2016

Respectfully submitted,

/s/ Matthew Cregor
Matthew Cregor, Esq. (BBO# 673785)
Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0609
mcregor@lawyerscom.org

ATTORNEY FOR *AMICI CURIAE*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on December 12, 2016 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<pre>                                        /s/ Matthew Cregor
                                        Matthew Cregor</pre>