# EXHIBIT B

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## **DECLARATION OF NICOLE K. OCHI**

I, NICOLE K. OCHI, depose and state as follows:

1. I am an attorney licensed to practice law in California.

2. I am a resident of California.

3. I am the Supervising Attorney of the Impact Litigation Unit at Asian Americans Advancing Justice – Los Angeles, located at 1145 Wilshire Boulevard, Los Angeles, CA 90017. The office telephone number is (213) 241-0211.

4. I am authorized to practice law in the following federal court districts: United States District Court for the Central District of California.

5. I was admitted to practice law in California on January 6, 2010. My California bar number is 268678.

6. I am an active member of the California Bar with no record of discipline or administrative actions.

-1-

- 2 -

7. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Student *Amicus Curiae* in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalty of perjury on this 2nd day of December, 2016.

/s/ Nicole K. Ochi

Nicole K. Ochi, Esq.