AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Students for Fair Admissions, Inc. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  1:14-cv-14176-ADB |
| President and Fellows of Harvard College | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College                                                                         .

Date:  02/08/2017

/s/ Andrew S. Dulberg
*Attorney's signature*

Andrew S. Dulberg, No. 675405
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

andrew.dulberg@wilmerhale.com
*E-mail address*

(617) 526-6352
*Telephone number*

(617) 526-5000
*FAX number*

Print    Save As...    Reset

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on February 8, 2017 will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Andrew S. Dulberg
Andrew S. Dulberg
