UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), | * * * * | |
| Defendant. | * | |

## [PROPOSED] ORDER

BURROUGHS, D.J.

It is hereby ORDERED that Harvard shall select and produce 80 redacted application files from the 2014-2015 admissions cycle.

**SO ORDERED.**

Dated: March __, 2017.

_____
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

1