UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> *    1:14-cv-14176-ADB <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

BURROUGHS, D.J.

It is hereby ORDERED that Harvard shall select and produce 80 redacted application files from the 2014-2015 admissions cycle.

**SO ORDERED.**

Dated: March 13, 2017.

                                               /s/ Allison D. Burroughs
                                               ALLISON D. BURROUGHS
                                               U.S. DISTRICT JUDGE