WILMERHALE

April 14, 2017

**Felicia H. Ellsworth**

+1 617 526 6687 (t)
+1 617 526 5000 (f)
felicia.ellsworth@wilmerhale.com

**By ECF**

Honorable Allison D. Burroughs
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*, No. 1:14-cv-14176

Dear Judge Burroughs,

I write in response to SFFA's April 12, 2017 letter requesting a status conference in the above-captioned matter.  Counsel for Harvard are available at the Court's convenience (including on May 2, 3, 5 or 8) should the Court choose to schedule a conference.

Harvard also has several pending matters (including two motions on which Harvard requested oral argument) before the Court that SFFA did not identify in its letter:

- Harvard's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 187)

- Harvard's Motion for Partial Judgment on the Pleadings (Dkt. 185)

- Harvard's Letter Requesting Reconsideration of Denial of Request to Compel Discovery of SFFA (Dkt. 154)

- Harvard's Letter Providing Additional Information in Support of Request for Reconsideration and Requesting Renewed 30(b)(6) Deposition (July 19, 2016 sealed letter, Motion to File Under Seal granted as Dkt. 165)

Harvard requests that if any appearance is scheduled, these matters be scheduled for hearing at that time as well.

Respectfully,

*/s/ Felicia H. Ellsworth*

Felicia H. Ellsworth


cc:   Counsel of record (via ECF)