

Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
www.consovoymccarthy.com

May 2, 2017

**VIA ECF**

Hon. Allison D. Burroughs
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*,
      No. 1:14-cv-14176-ADB

Dear Judge Burroughs,

Plaintiff Students for Fair Admissions, Inc. ("SFFA") writes to renew its request for a status conference to resolve important discovery motions that are pending before the Court.

The issues awaiting the Court's decision were outlined in SFFA's letter of April 12, 2017 (Doc. No. 288), but of particular importance are two fully-briefed motions to quash the depositions of SFFA members (filed March 15, 2017) and officers (filed March 22, 2017). The first of those depositions is currently scheduled for next Tuesday, May 9, so a prompt decision is of utmost importance. SFFA is available any day this week for a hearing in person or by telephone.

Absent a hearing or decision of the Court, SFFA will need to file an emergency motion for relief from those depositions later this week. Of course, SFFA would prefer to avoid burdening the Court with additional papers and requests for emergency relief. SFFA therefore urgently requests a status conference at the Court's earliest convenience.

Respectfully submitted,

*/s/ Patrick Strawbridge*
Patrick Strawbridge

cc:   ECF recipients