IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

[~~PROPOSED~~] ORDER

BURROUGHS, D.J.

After reviewing and considering the Joint Stipulation of the Boston Latin School (BLS) of the Boston Public Schools (BPS) and Students for Fair Admissions, Inc. ("SFFA"), which responds to the order issued by this Court granting in part and denying in part BLS's motion to quash a subpoena served on it by SFFA for testimony and documents (the "Prior Order" - Dkt. 307), it is hereby **ORDERED** as follows:

1. The custodians BLS are required to search for responsive documents are limited to the administrators (non-teachers) and guidance counselors at BLS, and BLS does not need to include as custodians other personnel at BLS, or personnel at any other BPS locations.

2. Because some of the responsive documents might contain personally identifiable information of students and would be subject to protection under the Family Education Rights and Privacy Act (FERPA), BLS may redact such documents to prevent or minimize the disclosure of "personally identifiable information" of students as defined by FERPA.

3. If BLS finds it needs additional time beyond the current fact discovery deadline of June 20, 2017 to produce responsive documents to SFFA, prepare for its deposition, or otherwise comply with the Prior Order, and if the Court has not already stayed the fact discovery deadline or extended the time period for fact discovery, BLS shall file a motion for extension of time on or before June 20, 2017 (the "Extension Request"). If an Extension Request is filed, BLS's discovery obligations arising from the Prior Order and this order are stayed until the Extension Request is ruled upon by the Court.

SO ORDERED.
May 30, 2017

_____
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

4845-1142-7145.1