# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## STIPULATION TO ENLARGE TIME TO FILE
## AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Plaintiff Students for Fair Admissions, Inc. ("SFFA") and Defendant President and Fellows of Harvard College ("Harvard") have stipulated and agreed to extend Harvard's deadline for submitting an opposition to SFFA's December 22, 2017 Motion to Compel the Production of Documents Withheld or Redacted (the "Motion") to and including Friday, January 19, 2018. The parties have also stipulated and agreed that Harvard will consent to any request by SFFA for leave to file a reply brief in connection with the Motion, to be filed no later than February 2, 2018.

| PRESIDENT AND FELLOWS <br> OF HARVARD COLLEGE | STUDENTS FOR FAIR ADMISSIONS, INC. |
|---|---|
| */s/ Felicia H. Ellsworth* <br> Felicia H. Ellsworth (BBO #665232) <br> William F. Lee (BBO #291960) <br> Andrew S. Dulberg (BBO #675405) <br> Elizabeth Mooney (BBO #679522) <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Tel: (617) 526-6000 <br> Fax: (617) 526-5000 | */s/ Patrick Strawbridge* <br> Patrick Strawbridge BBO #678274 <br> CONSOVOY MCCARTHY PARK PLLC <br> Ten Post Office Square <br> 8th Floor South PMB #706 <br> Boston, MA 02109 <br> Tel: 617-227-0548 <br> patrick@consovoymccarthy.com <br><br> William S. Consovoy <br> Thomas R. McCarthy |

1

| | |
|---|---|
| felicia.ellsworth@wilmerhale.com<br>william.lee@wilmerhale.com<br>andrew.dulberg@wilmerhale.com<br>elizabeth.mooney@wilmerhale.com<br><br>Seth P. Waxman (*pro hac vice*)<br>Paul R.Q. Wolfson (*pro hac vice*)<br>Daniel Winik (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>Tel: (202) 663-6800<br>Fax: (202) 663-6363<br>seth.waxman@wilmerhale.com<br>paul.wolfson@wilmerhale.com<br>daniel.winik@wilmerhale.com<br><br>Debo P. Adegbile (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 295-6717<br>Fax: (212) 230-8888<br>debo.adegbile@wilmerhale.com | Michael H. Park<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>Tel: 703-243-4923<br>Fax: 703.243.4923<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>park@consovoymccarthy.com<br>mike@consovoymccarthy.com<br><br><br>Paul M. Sanford BBO #566318<br>Benjamin C. Caldwell BBO #675061<br>BURNS & LEVINSON LLP<br>One Citizens Plaza, Suite 1100 Providence, RI 02903<br>Tel: 617-345-3000<br>Fax: 617-345-3299<br>psanford@burnslev.com<br>bcaldwell@burnslev.com |

Dated: December 27, 2017

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth