UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

HARVARD'S ASSENTED-TO MOTION TO FILE
UNDER SEAL HARVARD'S OPPOSITION TO SFFA'S MOTION TO
COMPEL THE PRODUCTION OF DOCUMENTS WITHHELD OR REDACTED

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Defendant President and Fellows of Harvard College (Harvard Corporation) ("Harvard") hereby moves this Court for an order sealing in its entirety Harvard's Opposition to Students for Fair Admissions, Inc.'s ("SFFA") Motion to Compel the Production of Documents Withheld or Redacted.  This document refers to information designated as Confidential or Highly Confidential–Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 55).  Harvard's Opposition will be filed in response to SFFA's Motion to Compel the Production of Documents Withheld or Redacted, which was filed under seal (Dkt. 366).  Pursuant to Local Rule 7.1(a)(2), SFFA was made aware of this motion before it was filed, and it assents to this motion.

Harvard requests that the document subject to this Motion be impounded until further order of the Court.  In the event the Court has not previously ordered otherwise, Harvard's submission should be returned to its undersigned counsel upon resolution of this matter.

WHEREFORE, Harvard respectfully requests that the Court grant this motion and allow Harvard's Opposition to SFFA's Motion to Compel the Production of Documents Withheld or Redacted to be filed under seal and to be viewed only by the Judge, her clerk(s), and Court personnel.

                                      Respectfully submitted,

                                      */s/ Felicia H. Ellsworth*
Felicia H. Ellsworth (BBO #665232)
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Elizabeth Mooney (BBO #679522)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717

Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Dated: January 17, 2018

*Counsel for Defendant President and Fellows of Harvard College*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a)(2), I hereby certify that Students for Fair Admissions, Inc.'s counsel was made aware of this motion before it was filed.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth