# WILMERHALE

Via Hand Delivery

January 29, 2018

Felicia H. Ellsworth

+1 617 526 6687 (t)
+1 617 526 5000 (f)
felicia.ellsworth@wilmerhale.com

Mr. Robert M. Farrell
Clerk of Court
United States District Court
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, MA  02210

Re: *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*, No. 1:14-cv-14176 (ADB) [**Submission *In Camera***]

Dear Mr. Farrell:

Pursuant to the Court's January 24, 2018 order (Dkt. 377), enclosed for Judge Burroughs's *in camera* review are the documents subject to plaintiff Students For Fair Admissions, Inc.'s December 22, 2017 Motion to Compel the Production of Documents Withheld or Redacted.

Please do not hesitate to contact me with any questions.

Very truly yours,

Felicia H. Ellsworth

Enclosures

cc: Counsel of Record