AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:14-cv-14176-ADB |
| President and Fellows of Harvard College (Harvard Corp.) | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New England First Amendment Coalition; Reporters Committee for Freedom of the Press; Massachusetts Newspaper Publishers Association; GateHouse Media, LLC

Date: 04/06/2018

*Attorney's signature*

Sigmund D. Schutz, Bar No. 56808
*Printed name and bar number*
Preti Flaherty Beliveau & Pachios, LLP
P.O. Box 9546
Portland, ME 04112

*Address*

sschutz@preti.com
*E-mail address*

(207) 791-3000
*Telephone number*

(207) 791-3111
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Sigmund D. Schutz, Attorney for proposed amici curiae, hereby certify that on the above date, I electronically filed the above Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) electronically to counsel of record.

/s/ Sigmund D. Schutz
Sigmund D. Schutz, BBO # 568608

PRETI, FLAHERTY, BELIVEAU,
  & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Tel: 207-791-3000
Fax: 207-791-3111