AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Case No. 1:14-cv-14176-ADB |
| President and Fellows of Harvard College (Harvard Corp) | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New England First Amendment Coalition; Reporters Committee for Freedom of the Press; Massachusetts
Newspaper Publishers Association; GateHouse Media, LLC                                                                    .

Date:      04/06/2018

/s/ Eric G. Penley

*Attorney's signature*

Eric G. Penley Bar No.  678920

*Printed name and bar number*

Preti Flaherty Beliveau & Pachios, LLP
60 State Street, Suite 1100
Boston, MA  02109

*Address*

epenley@preti.com

*E-mail address*

(617) 226-3800

*Telephone number*

(617) 226-3801

*FAX number*

**CERTIFICATE OF SERVICE**

I, Eric G. Penley, hereby certify that I filed this document through the Court's ECF system, which will cause electronic copies to be sent to the registered participants as shown on the Notice of Electronic Filing.  Paper copies will be sent to those indicated as non-registered participants on April 6, 2018.

/s/ Eric G. Penley
Eric G. Penley