# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF WITHDRAW OF APPEARANCE

Benjamin C. Caldwell of Burns & Levinson LLP hereby withdraws his appearance on behalf of Plaintiff in the above-entitled matter.

Moving forward Plaintiff will continue to be represented by Paul M. Sanford, as local counsel with William S. Consovoy, Thomas R. McCarthy, Michael H. Park, J. Michael Connolly, and Patrick Strawbridge continuing in their capacities as *pro hac vice* counsel for the Plaintiff.

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell (BBO # 675061)
**BURNS & LEVINSON LLP**
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel:  401-831-8330
Fax:  401-831-8359
Email:  bcaldwell@burnslev.com

Dated:  April ___, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2018 a copy of this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell (BBO # 675061)

4827-5943-8944.2

1