# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> Plaintiff, <br> v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**MOTION OF STUDENTS FOR FAIR ADMISSIONS, INC. FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, Students for Fair Admissions, Inc., by its attorney Patrick Strawbridge, a member in good standing of the bar of this Court and counsel for Students for Fair Admissions, Inc., moves this Court to admit attorneys Adam K. Mortara and John M. Hughes of Bartlit Beck Herman Palenchar & Scott LLP to appear, defend, and practice *pro hac vice* as co-counsel on behalf of Students for Fair Admissions, Inc.

1. Attorney Adam K. Mortara is a partner with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 54 West Hubbard Street, Suite 300, Chicago, Illinois 60654. He is a member in good standing of the Illinois State Bar, the Illinois Supreme Court, the Wisconsin State Bar, the United States District Courts for the Northern District of Illinois and Eastern District of Wisconsin, the United States Courts of Appeal for the Eleventh and Federal Circuits, and the United States Supreme Court. There are no disciplinary proceedings pending against Mr. Mortara in any jurisdiction.

2. Attorney John M. Hughes is a partner with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 1801 Wewatta Street, Suite 1200, Denver, Colorado 80202. He is a member in good standing of the Colorado State Bar, the Colorado Supreme Court, the United States District Court for the District of Colorado, and the United States Courts of Appeal for the Seventh, Eighth, Tenth, and Federal Circuits. There are no disciplinary proceedings pending against Mr. Hughes in any jurisdiction.

3. Mr. Mortara and Mr. Hughes are each familiar with the issues in this case and with the Local Rules of this Court.

4. Mr. Strawbridge is a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts and will continue to represent Students for Fair Admissions, Inc. if this motion is granted.

5. In support of this Motion, Students for Fair Admissions, Inc. relies upon the Certifications of Mr. Mortara and Mr. Hughes filed herewith.

WHEREFORE, Students for Fair Admissions, Inc. respectfully requests that this Court admit attorneys Adam K. Mortara and John M. Hughes to appear, defend, and practice *pro hac vice* as co-counsel on behalf of Students for Fair Admissions, Inc.

Dated: April 11, 2018                    Respectfully submitted,

/s/ *Patrick Strawbridge*
Patrick Strawbridge (BBO 678274)
CONSOVOY MCCARTHY PARK LLP
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

*Attorney for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Patrick Strawbridge*
Patrick Strawbridge