# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>  Plaintiff,<br>   v.<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>  Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## CERTIFICATION OF JOHN M. HUGHES

John M. Hughes, Esq., hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am a partner with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 1801 Wewatta Street, Suite 1200, Denver, Colorado 80202.

3. I am a member in good standing of the Colorado State Bar, the Colorado Supreme Court, the United States District Courts for the District of Colorado, and the United States Courts of Appeal for the Seventh, Eighth, Tenth, and Federal Circuits.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Students for Fair Admissions, Inc. has requested that I be admitted *pro hac vice* for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct on this 10th day of April, 2018.

/s/ John M. Hughes

John M. Hughes
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Tel: 303.592.3100
Fax: 303.592.3140
john.hughes@bartlit-beck.com