UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION); and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>　　　　　　Defendants. | Civil Action No.  1:14-cv-14176 |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO APPEAR *PRO HAC VICE***

Having considered Plaintiff, Students for Fair Admissions, Inc.'s Motion for Leave to Appear *Pro Hac Vice* filed on April 11, 2018, and for good cause shown, the Court finds that said motion shall be **GRANTED** and that Adam K. Mortara and John M. Hughes are hereby admitted to appear, defend and practice *pro hac vice* as counsel on behalf of Students for Fair Admissions, Inc. for purposes of this case only.

IT IS SO ORDERED.

DATED:_____　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　United States District Judge