**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## JOINT SCHEDULING MOTION

On May 23, 2018, the Court ordered the parties to propose a procedure for the Court to determine whether any summary judgment briefing or exhibits filed under seal should remain sealed. Dkt. 404. The parties have been meeting and conferring and have narrowed, but not eliminated, the areas of dispute on this topic. The parties therefore propose the following schedule for briefing these remaining disputes:

1. On or before June 15, 2018, each party shall file a motion to seal any materials to be filed in connection with its summary judgment motion that at least one party maintains must be filed under seal.

2. For those summary judgment materials that one party maintains must be filed under seal and the other party objects, the party seeking to have any portion of the filings remain under seal shall, by June 22, file a memorandum in support of the sealing of those summary judgment materials.

3. The party opposing the sealing of those summary judgment materials shall, by June 29, file an opposition.

4.     If the Court believes a hearing would assist it in resolving these disputes, the parties request a hearing on any motion to seal at the Court's convenience as soon as practicable after June 29, consistent with the Court's interest in resolving these disputes quickly.

Pursuant to the Court's order, the parties continue to meet and confer in good faith in an effort to narrow the scope of any confidentiality dispute.

Respectfully submitted,

| | |
|---|---|
| */s/ Felicia H. Ellsworth* | */s/ Patrick Strawbridge* |
| Felicia H. Ellsworth (BBO #665232) | Patrick Strawbridge BBO #678274 |
| William F. Lee (BBO #291960) | CONSOVOY MCCARTHY PARK PLLC |
| Andrew S. Dulberg (BBO #675405) | Ten Post Office Square |
| Elizabeth Mooney (BBO #679522) | 8th Floor South PMB #706 |
| WILMER CUTLER PICKERING | Boston, MA 02109 |
|    HALE AND DORR LLP | Tel: 617-227-0548 |
| 60 State Street | patrick@consovoymccarthy.com |
| Boston, MA 02109 | |
| Tel: (617) 526-6000 | William S. Consovoy |
| Fax: (617) 526-5000 | Thomas R. McCarthy |
| felicia.ellsworth@wilmerhale.com | Michael H. Park |
| william.lee@wilmerhale.com | J. Michael Connolly |
| | CONSOVOY MCCARTHY PARK PLLC |
| Seth P. Waxman (*pro hac vice*) | 3033 Wilson Boulevard, Suite 700 |
| Paul R.Q. Wolfson (*pro hac vice*) | Arlington, Virginia 22201 |
| Daniel Winik (*pro hac vice*) | Tel: 703-243-4923 |
| WILMER CUTLER PICKERING | Fax: 703.243.4923 |
|    HALE AND DORR LLP | will@consovoymccarthy.com |
| 1875 Pennsylvania Ave. NW | tom@consovoymccarthy.com |
| Washington, D.C. 20006 | park@consovoymccarthy.com |
| Tel: (202) 663-6800 | mike@consovoymccarthy.com |
| Fax: (202) 663-6363 | |
| seth.waxman@wilmerhale.com | Paul M. Sanford BBO #566318 |
| paul.wolfson@wilmerhale.com | BURNS & LEVINSON LLP |
| daniel.winik@wilmerhale.com | One Citizens Plaza, Suite 1100 |
| | Providence, RI 02903 |
| Debo P. Adegbile (*pro hac vice*) | Tel: 617-345-3000 |
| WILMER CUTLER PICKERING | Fax: 617-345-3299 |
|    HALE AND DORR LLP | psanford@burnslev.com |
| 7 World Trade Center | bcaldwell@burnslev.com |
| 250 Greenwich Street | |
| New York, NY 10007 | |
| Tel: (212) 295-6717 | *Counsel for Plaintiff Students for Fair* |
| Fax: (212) 230-8888 | *Admissions, Inc.* |
| debo.adegbile@wilmerhale.com | |

*Counsel for Defendant President and Fellows of Harvard College*

Dated: June 12, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth