# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>    Plaintiff, <br>v. <br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
adam.mortara@bartlit-beck.com

John M. Hughes
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303.592.3100
john.hughes@bartlit-beck.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence,
RI 02903
617.345.3000
psanford@burnslev.com

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703.243.9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
mike@consovoymccarthy.com

Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

Michael H. Park
CONSOVOY MCCARTHY PARK PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
212.247.8006
park@consovoymccarthy.com

June 15, 2018

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Students for Fair Admissions, Inc. ("SFFA") respectfully moves for summary judgment against Defendant President and Fellows of Harvard College ("Harvard") on Counts I, II, III, and V of the Complaint. *See* Doc. 1. As explained in more detail in the accompanying Memorandum of Law, the undisputed evidence shows that:

1. Harvard intentionally discriminates against Asian Americans.
2. Harvard engages in racial balancing.
3. Harvard is not using race to achieve critical mass.
4. Harvard neither gave serious, good faith consideration to nor took advantage of workable race-neutral alternatives.

Each of these actions violates Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.*

WHEREFORE, SFFA respectfully requests that the Court grant it summary judgment on Counts I, II, III, and V of the Complaint

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), SFFA respectfully requests oral argument.

Dated: June 15, 2018                                         Respectfully submitted,

/s/ *William S. Consovoy*

| | |
|---|---|
| Adam K. Mortara | William S. Consovoy |
| BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP | Thomas R. McCarthy |
| 54 West Hubbard Street, Suite 300 | J. Michael Connolly |
| Chicago, IL 60654 | CONSOVOY MCCARTHY PARK PLLC |
| 312.494.4400 | 3033 Wilson Boulevard, Suite 700 |
| adam.mortara@bartlit-beck.com | Arlington, Virginia 22201 |
| | 703.243.9423 |
| John M. Hughes | will@consovoymccarthy.com |
| BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP | tom@consovoymccarthy.com |
| 1801 Wewatta Street, Suite 1200 | mike@consovoymccarthy.com |
| Denver, CO 80202 | |
| 303.592.3100 | Patrick Strawbridge BBO #678274 |
| john.hughes@bartlit-beck.com | CONSOVOY MCCARTHY PARK PLLC |
| | Ten Post Office Square |
| | 8th Floor South PMB #706 |
| Paul M. Sanford BBO #566318 | Boston, MA 02109 |
| BURNS & LEVINSON LLP | 617.227.0548 |
| One Citizens Plaza, Suite 1100 Providence, RI 02903 | patrick@consovoymccarthy.com |
| 617.345.3000 | |
| psanford@burnslev.com | Michael H. Park |
| | CONSOVOY MCCARTHY PARK PLLC |
| | 745 Fifth Avenue, Suite 500 |
| | New York, NY 10151 |
| | 212.247.8006 |
| | park@consovoymccarthy.com |

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

2

## LOCAL RULE 7.1 CERTIFICATION

Counsel for SFFA hereby certifies that counsel for SFFA conferred with Harvard's counsel in a good faith attempt to resolve or narrow the issues involved in this motion.

/s/ William S. Consovoy
William S. Consovoy

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ William S. Consovoy
William S. Consovoy