# EXHIBIT 03

## Filed Under Seal