# EXHIBIT 04

Filed Under Seal