# EXHIBIT 05

Filed Under Seal