# EXHIBIT 06

Filed Under Seal