# EXHIBIT 07

Filed Under Seal