# EXHIBIT 08

## Filed Under Seal