# EXHIBIT 11

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   STUDENTS FOR FAIR
     ADMISSIONS, INC.,
 5
              Plaintiff,
 6
                                      CASE NO.
 7         vs.                        1:14-cv-14176-ADB
 8   PRESIDENT AND FELLOWS OF
     HARVARD COLLEGE (HARVARD
 9   CORPORATION),
10
              Defendant.
11
12   _____
13
14
15
16              DEPOSITION OF  ▮▮▮▮▮▮▮▮
17               Sacramento, California
18                  May 16, 2017
19
20
21
22   Reported by:
23   Carrie Pederson
24   CSR No. 4373
25
```

```
                                                      Page 47
 1           MR. PARK:  Objection.
 2           THE WITNESS:  Yes.
 3   BY MS. ELLSWORTH:
 4      Q.   All right.  Other than ▓▓▓▓▓▓▓▓, without
 5   giving me any names, do you know any other
 6   individuals who are members of SFFA?
 7      A.   Yes.
 8      Q.   How many people do you know who are members
 9   of SFFA?  Again, I'm not asking for names.
10      A.   Is this including or excluding ▓▓▓▓▓▓▓▓?
11      Q.   Other than ▓▓▓▓▓▓▓▓.
12      A.   One.
13      Q.   Have you ever attended a meeting or a
14   conference call of SFFA's members?
15           MR. PARK:  Objection.
16           You can answer.
17           THE WITNESS:  Do you mean all of the members
18   or some?
19   BY MS. ELLSWORTH:
20      Q.   A meeting or conference call that was open
21   to all of SFFA's members.
22      A.   Not that I recall.
23      Q.   Have you ever been made aware of a meeting
24   or a conference call that was open to all of SFFA's
25   members even if you didn't yourself participate?
```

```
                                                    Page 48
 1      A.   It's possible.
 2      Q.   How would you become aware of that?
 3      A.   It's possible that it was mentioned in an
 4   email.
 5      Q.   But when you say it's possible, do you --
 6   I'm just trying to understand whether -- the nature
 7   of your answer.  Do you have a memory of this or you
 8   just don't know?
 9      A.   I'm not sure.
10      Q.   So you don't know whether there's been an
11   advertised meeting or conference call open to all of
12   SFFA's members?
13      A.   Yeah.  I'm not sure.
14      Q.   But you didn't participate in one if it was
15   held?
16      A.   Correct.
17      Q.   Other than the regular email update --
18   strike that.
19           Other than the monthly -- every-few-month
20   email updates and talking with ██████████ and, from
21   time to time, Mr. Blum, any other involvement in
22   SFFA?
23      A.   I believe I'm involved in this lawsuit.
24      Q.   And that's because you are, again, what SFFA
25   has termed a standing member; correct?
```

1   of SFFA?
2       A.   My understanding was yes.
3       Q.   And explain or describe to me your
4   understanding of what your voting rights are as a
5   member of SFFA.
6       A.   My understanding is that there exists
7   positions that are elected which I can't vote for.
8       Q.   What positions can you vote for?
9       A.   I'm not too clear on that.
10      Q.   Have there been any votes that have been
11  held since you've become a member of SFFA?
12      A.   I believe so.
13      Q.   How many votes do you remember?
14      A.   I don't recall exactly.
15      Q.   Do you have a general sense of how many
16  votes?
17      A.   Yes.
18      Q.   Is it more than one?
19      A.   I'm not sure.
20      Q.   There's definitely one vote that you recall?
21      A.   Yes.
22      Q.   And you don't know if there was more than
23  that?
24      A.   Yes.
25      Q.   Did you in fact participate in the one vote

Page 56

1   that you recall?
2       A.   Not that I recall.
3       Q.   How did you learn that a vote was being
4   held?
5       A.   It may have been by email.
6       Q.   If it wasn't by email, how else would you
7   have learned of it?
8       A.   It's possible ▮▮▮▮▮▮▮ told me.
9       Q.   Do you have a memory as to whether you
10  learned about the vote from ▮▮▮▮▮▮▮ as opposed to
11  from an email?
12      A.   Not too clearly.  If I had to guess, I would
13  say email.
14      Q.   Do you recall seeing an email advertising
15  the fact that a vote was going to take place?
16      A.   I believe so, yeah.
17      Q.   And you didn't participate in the vote?
18      A.   Not that I recall.
19      Q.   What type of position was being elected?
20      A.   My understanding is some sort of leadership
21  position.
22      Q.   And was there more than one candidate for
23  that leadership position?
24      A.   It's possible.
25      Q.   I'm asking if you know.

```
                                                    Page 57
 1      A.   I don't know the number of candidates.
 2      Q.   Do you know whether there was more than one?
 3      A.   I don't know.
 4      Q.   Was ▮▮▮▮▮▮▮▮ a candidate for that
 5   position?
 6      A.   I believe so.
 7      Q.   And do you know whether ▮▮▮▮▮▮▮▮ was
 8   ultimately elected in connection with that vote?
 9      A.   My understanding is yes.
10      Q.   How did you learn that ▮▮▮▮▮▮▮▮ was
11   elected as a member of -- or to whatever position he
12   was running for?
13      A.   It may have been by email, or he told me
14   directly.
15      Q.   Do you know which of those two things it
16   was?
17      A.   I'm not sure.
18      Q.   Have you ever tried to resign from SFFA?
19      A.   No.
20      Q.   How would you resign if you wanted to?
21           MR. PARK:  Objection.
22           THE WITNESS:  I'm not sure.
23   BY MS. ELLSWORTH:
24      Q.   If you wanted to do it, what would you do to
25   try and effect that?
```

```
1   pursue?
2       A.   Master's or Ph.D.
3       Q.   In what disciplines?
4       A.   Computer science.
5       Q.   You've been at ▓▓▓▓▓▓ for three full years
6   now?  You've completed three full years of study;
7   correct?
8       A.   Yeah.
9       Q.   Have you enjoyed your time there?
10      A.   Yeah.
11      Q.   Have you ever looked into transferring to
12  another institution?
13      A.   I've considered it.
14      Q.   What have you considered in terms of
15  transferring?
16      A.   I've considered the possibility of
17  transferring to Harvard, for example.
18      Q.   What have you looked into in terms of
19  possibility of transferring to Harvard?
20           MR. PARK:  Objection.
21           You can answer.
22           THE WITNESS:  I believe as part of a
23  declaration I signed, I stated that I was ready to
24  apply for transfer to Harvard in the case that it
25  ceased its use of race in applications.
```

Page 111

1    could vote for the board of directors or to vote on
2    particular decisions.
3    BY MS. ELLSWORTH:
4        Q.   But you didn't vote on the board of
5    directors; right?
6        A.   Yes.
7        Q.   Did you vote on any other particular
8    decisions?
9        A.   No.
10       Q.   And before June of 2015, you couldn't vote
11   for anything; right?
12            MR. PARK:  Objection.
13            THE WITNESS:  I'm not sure.  I never tried.
14   BY MS. ELLSWORTH:
15       Q.   Why do you think having a vote for the board
16   of directors would provide you with the ability to
17   have a direct voice in decision making if you wanted
18   to have such a voice?
19       A.   I believe that being able to vote for the
20   people who steer an organization is one way to have
21   an input.
22       Q.   On what do you base that belief?
23       A.   Could you clarify your question?
24       Q.   You said you believe that being able to vote
25   for the people who steer an organization is a way to

Page 195

1  was that I was 17 up until September of that year,
2  2014, and then I turned 18 then, and then I -- yeah,
3  shortly -- a couple months before joining SFFA.
4      Q.   And so you were 18 when the November 2014
5  date at least, if that's the right date of your
6  membership?
7      A.   Right.  Yeah.
8      Q.   Anything else that you discussed with
9  Mr. Park during the break?
10     A.   No.  I think that's it; right?  Yeah.
11     Q.   Looking back at the Complaint, which is
12 Exhibit 8, I just want to ask you about a couple of
13 these specific paragraphs.
14          Paragraph 15 states "SFFA has at least one
15 member who applied for and was denied admission to
16 Harvard's 2014 entering class."
17          Do you have that in front of you?
18     A.   Page eight, you said?
19     Q.   Page eight, paragraph 15.
20     A.   Yes, I see that.
21     Q.   And you believe that that's you?
22     A.   Yes.
23     Q.   The next paragraph says "Applicant is Asian
24 American."
25     A.   Yeah.

1    Q.   Is that accurate as to you?
2    A.   Yes.
3    Q.   The next paragraph says "Applicant's parents
4  are first generation immigrants to the United States
5  from China"; correct?
6    A.   Yes.
7    Q.   Is that also accurate?
8    A.   Yes.
9         MR. PARK:  Let her finish the question
10 before you answer.
11 BY MS. ELLSWORTH:
12   Q.   And then paragraph 18 says "Applicant
13 graduated from high school ranked 1 out of 460
14 students by weighted and unweighted grade point
15 average."
16        Do you see that?
17   A.   Yes.
18   Q.   Were you in fact ranked first in your class
19 when you graduated from high school?
20   A.   Yes.
21   Q.   At the time you applied to Harvard, were you
22 ranked first in your class?
23   A.   I believe so.
24   Q.   Does your class assign class ranks?  I'm
25 sorry.  Strike that.

1            Did your high school assign class ranks?
2       A.   Yes.  It would say on the report card or
3    transcript.
4       Q.   Were there more than one valedictorians from
5    your high school?
6       A.   Yes.
7       Q.   How many valedictorians were there?
8       A.   Somewhere around six.
9       Q.   And does that mean that each -- strike that.
10           How was class rank determined for your high
11   school?  Do you know?
12      A.   My understanding is GPA.
13      Q.   And so there was a six-way tie for the
14   highest GPA; is that accurate?
15      A.   No.  The valedictorian was not determined by
16   rank.
17      Q.   How was valedictorian determined?
18      A.   If I remember the rules correctly, it was
19   people who had gotten straight A's throughout high
20   school and had taken -- who had met threshold on the
21   number of advanced placement classes which I think
22   was five.
23      Q.   Paragraph 19 says that "U.S. News and World
24   Report ranked applicant's high school in the top five
25   percent of all high schools in the United States."

1            Is that accurate?
2       A.   I believe so.
3       Q.   Have you checked U.S. News and World Report
4    to see whether your high school is ranked in the top
5    five percent of all high schools?
6       A.   I haven't verified this myself, no.
7       Q.   And, again, what is your high school?  What
8    was the name of your high school?
9       A.   ███████████████ .
10      Q.   Paragraph 20 says "Applicant achieved a
11   perfect score of 36 on the ACT."
12           Stopping there, is that accurate?
13      A.   Yes.
14      Q.   Is that an overall score or an individual
15   component score?
16      A.   Overall score.
17      Q.   Next sentence states "Applicant achieved a
18   perfect score of 800 for SAT II History and a perfect
19   score of 800 or SAT II Math."
20           Are both of those numbers correct?
21      A.   Yes.
22      Q.   Then indicates "Applicant was named an AP
23   Scholar with distinction, a National Scholar and a
24   National Merit Scholarship semi-finalist."
25           Is that accurate?

Page 199

1      A.    Yes.
2      Q.    Were all of those scholarships -- the three
3  listed scholarships here, were those all information
4  that you had at the time you applied to Harvard?
5            MR. PARK:  Objection.
6            THE WITNESS:  If I remember correctly, yes.
7  BY MS. ELLSWORTH:
8      Q.    The next paragraph has a sort of narrative
9  description of numerous extracurricular activities.
10 You can just read that to yourself.  Let me know if
11 everything in that is accurate.
12     A.    Yes.
13     Q.    Do you know how SFFA obtained this
14 information about you for purposes of including in
15 the Complaint?
16     A.    I believe it was partly provided by my
17 father, and then I gave him the information that he
18 didn't have already.
19     Q.    Which information did you provide to your
20 father that he didn't already have?
21     A.    May have -- if I remember correctly, it was
22 the transcript.
23     Q.    Was that your high school transcript?
24     A.    Yes.
25     Q.    But, again, you didn't review this Complaint

Page 200

1   before sitting here today?
2       A.   No.
3       Q.   Back to the summer of 2014 and the meeting
4   you described with ▮▮▮▮▮▮▮ and Mr. Blum at a
5   hotel near your home in ▮▮▮▮.  At that meeting,
6   were you asked to serve as a standing member for SFFA
7   in this litigation?
8            MR. PARK:  Objection.
9            THE WITNESS:  I don't recall the exact
10  wording "standing," but I do believe that my role was
11  to be somewhat similar to what you define as
12  standing.
13  BY MS. ELLSWORTH:
14      Q.   And was it at that meeting that it was
15  decided that you would serve in that role?
16           MR. PARK:  Objection.
17           THE WITNESS:  I don't know if it was decided
18  once and for all or if that was done later with the
19  lawyers, but certainly that was discussed just like a
20  strong possibility if not decided.
21  BY MS. ELLSWORTH:
22      Q.   And what were you informed about what
23  playing that role would entail for you personally?
24      A.   My understanding is that I would not be
25  filing the suit personally and that I would be

Page 201

1   someone that SFFA sort of represents in the suit as
2   someone who has applied to Harvard.
3       Q.   What were you told about what your
4   involvement in the litigation would be?
5       A.   I understood that they would be requiring,
6   like, my application profile to Harvard, which my
7   father and I provided, and it was either there or
8   later meeting with the lawyers that I think it was
9   mentioned that my name could be released to Harvard
10  but would not be released publicly.
11      Q.   Were you ever told that your name might, at
12  some point, be released publicly?
13      A.   Yes.
14      Q.   And what were you told about that?
15           MR. PARK:  Objection.
16           Just want to make sure you don't disclose
17  anything that you were told by lawyers.
18           THE WITNESS:  Right.  It was discussed as a
19  possibility.
20  BY MS. ELLSWORTH:
21      Q.   What was the nature of that discussion?
22      A.   I think the idea was that it was not going
23  to happen in the near future.
24      Q.   But that it might happen at some point in
25  the future?

1        I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4        That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12       Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review of
15   the transcript [  ] was [X] was not requested.
16       I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: May 26, 2017
23
              *Carrie Pederson* (signature)
24            CARRIE PEDERSON
              CSR No. 4373
25