# EXHIBIT 19

HIGHLY CONFIDENTIAL

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF MASSACHUSETTS
 3                  BOSTON DIVISION
 4
 5   ------------------------------------------X
 6   STUDENTS FOR FAIR ADMISSIONS, INC.,
 7              Plaintiff,
 8                              Civil Action No.
 9       vs.                    1:14-cv-14176-ADB
10
11   PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
12   (HARVARD CORPORATION),
13              Defendant.
14   ------------------------------------------X
15
16            ** HIGHLY CONFIDENTIAL **
17
18                 Deposition of
19              ████████  ████████
20              July 12, 2017
                  9:10 a.m.
21
22                  Taken at:
                    Jones Day
              901 Lakeside Avenue
23              Cleveland, Ohio
24
25           Wendy L. Klauss, RPR
```

Page 22

1    communication to SFFA members that you
2    received?
3         A.    Correct.
4         Q.    How many such general
5    communications have you received from Mr. Blum?
6         A.    I don't know the exact number, but
7    not very many, not more than one or two.
8         Q.    Do you receive all the
9    communications from Mr. Blum via email?
10             MR. PARK:  Objection.
11        A.    Yes.
12        Q.    You never received a hard copy
13   letter in the mail, or anything like that?
14        A.    I have not.
15        Q.    What is the nature of the
16   communications from Mr. Blum to the membership?
17             MR. PARK:  Objection.
18        A.    Something fairly general about a
19   sort of web phone conference type of thing
20   regarding the status of their efforts.  I don't
21   exactly know, because I didn't read the email
22   in its entirety, because it was a large -- it
23   was an email that I didn't read in its
24   entirety.
25        Q.    And have you only received that one

1  email, or do you recall receiving others?
2      A.   I recall receiving at least one
3  about the same conference, but nothing else
4  that I can recall.
5      Q.   And there was an invitation to a
6  conference call; is that right?
7      A.   I believe so.
8      Q.   What was the nature of the
9  conference call?
10     A.   That I don't know.  According to
11 the date and time of the conference call, I
12 could not be involved in it, so I didn't crowd
13 further into what the nature of the call was.
14     Q.   So you did not attend the
15 conference call?
16     A.   I did not.
17     Q.   Did you receive any summary of the
18 conference call?
19     A.   No.
20     Q.   Do you know whether other members
21 of SFFA were also invited to attend the
22 conference call?
23          MR. PARK:  Objection.
24     A.   I would assume so, but I obviously
25 don't know for certain.

Page 44

1  Q. Do you intend to transfer from
2  ▇▇▇▇ to any other institution?
3  A. I would be willing to consider the
4  option, were it to present itself.
5  Q. Under what circumstances would you
6  be willing to consider the option?
7  A. I mean, again, this is highly
8  speculative. You never know what the
9  circumstances are. Considering time period,
10 how far I am into my studies at ▇▇▇▇ all of
11 those would contribute to my decision to
12 transfer or not transfer.
13 Q. Do you think you would apply to
14 transfer to Harvard?
15 A. Yes.
16 Q. Under what circumstances would you
17 consider applying to transfer to Harvard?
18 A. If it was not a burden to transfer
19 from ▇▇▇▇ to Harvard.
20 Q. What do you mean by a burden?
21 A. Obviously they are different
22 institutions with different sets of
23 requirements, with different academic programs.
24 So if I'm well into my program at ▇▇▇▇ and
25 it is not practical to transfer to Harvard,

HIGHLY CONFIDENTIAL

Page 75

1   That was their original understanding of the
2   organization, so I understand why they do say
3   that.
4       Q.   Do you think they should be asked
5   for a donation?
6            MR. PARK:  Objection.
7       A.   Donation is obviously upon
8   suggestion, so there would be no harm in doing
9   that.
10      Q.   It also notes here, "The board has
11  expanded its size to five persons, one of which
12  is directly elected by the membership"; do you
13  see that?
14      A.   Where is that?
15      Q.   The second to the last sentence.
16      A.   Oh, yes, yes.
17      Q.   Were you aware that the membership
18  directly elected one member of the board?
19           MR. PARK:  Objection.
20      A.   I was not aware.
21      Q.   Have you ever voted in an election
22  for a board of director?
23           MR. PARK:  I'm going to instruct
24  the witness not to answer the question.
25           MS. MOONEY:  What grounds?

HIGHLY CONFIDENTIAL

Page 76

1           MR. PARK:  You are asking questions
2    about participation in the association
3    protected by the First Amendment, and the line
4    of questioning is going into corporate
5    governance, which we think is foreclosed by the
6    Court's order from last month which says that
7    indicia of membership test is not relevant to
8    this case.
9           MS. MOONEY:  And Harvard, of
10   course, objects, and we would note that we
11   don't think that the Court's ruling of indicia
12   of membership test forecloses discovery, nor do
13   we think that the privilege applies here, but
14   we won't continue to belabor the point.
15       Q.   Do you know whether an election for
16   the board of directors has taken place since
17   you have become a member?
18           MR. PARK:  Objection.
19       A.   To my knowledge, I don't know of
20   any such election.
21       Q.   You haven't received any
22   communications or anything like that?
23           MR. PARK:  I'm going to instruct
24   the witness not to answer.  Same basis as
25   before.

Page 77

1  Q. Are you going to follow your
2  counsel's instruction?
3  A. Yes.
4  Q. Going down to the next paragraph,
5  it notes SFFA has a total of -- had a total of
6  21,766 members as of April 30, 2017; do you see
7  that?
8  A. Yes.
9  Q. Were you aware that SFFA had
10 approximately 21,000 members in April 2017?
11       MR. PARK: Objection.
12 A. Not an exact number, but I was
13 aware of the fact that recently there had been
14 roughly 20,000 members.
15 Q. And it notes further that after the
16 membership was instituted, all new members have
17 paid the fee, and that 133 members have paid
18 the fee; do you see that?
19 A. Yes.
20 Q. So the 133 members paid $10 each to
21 join. Do you think that the membership fee is
22 funding the organization's operations in the
23 litigation?
24       MR. PARK: Objection. You can
25 answer.

Page 82

```
 1        Q.    Other than emails you have received
 2   from Mr. Blum and communications with ▮▮▮▮
 3   ▮▮▮▮▮▮▮ have you had any communications with
 4   any other SFFA members?
 5        A.    No.
 6        Q.    Do you know whether the composition
 7   of SFFA's standing members has ever changed
 8   during the course of this litigation?
 9              MR. PARK:  Objection.
10        A.    I'm not aware.
11        Q.    When you joined SFFA, were you
12   given any information about the voting rights
13   of SFFA's members with respect to the board of
14   directors?
15              MR. PARK:  Objection.  Instruct the
16   witness not to answer.  It goes to corporate
17   governance issues and indicia of member tests.
18   That's the basis.
19        Q.    But your testimony is that you
20   haven't during your membership voted to elect
21   any members of the board, correct?
22              MR. PARK:  Objection.
23        A.    Correct.
24        Q.    And to your knowledge an election
25   of the board of directors hasn't been held
```

Page 83

1      since you have become a member?
2          A.    To my knowledge, yes.
3          Q.    It hasn't been held, correct?
4          A.    Correct.
5          Q.    Have you ever attended or
6      participated in a meeting of the SFFA's board
7      of directors?
8              MR. PARK:  Objection.  Instruct the
9      witness not to answer that question.
10         Q.    Are you going to follow your
11     counsel's advice?
12         A.    Yes.
13         Q.    Do you know if ▮▮▮▮▮▮▮▮▮▮ has ever
14     attended or participated in a meeting of the
15     board of directors?
16             MR. PARK:  Same instruction.
17         Q.    Are you going to follow your
18     counsel's advice?
19         A.    Yes.
20         Q.    Ed Blum in SFFA's president,
21     correct?
22         A.    Correct.
23         Q.    Did you vote for him to become
24     president?
25             MR. PARK:  Objection.  I'm going to

HIGHLY CONFIDENTIAL

Page 149

1                REPORTER'S CERTIFICATE
2      The State of Ohio,    )
3                                   SS:
4      County of Cuyahoga.   )
5
6                I, Wendy L. Klauss, a Notary Public
7      within and for the State of Ohio, duly
8      commissioned and qualified, do hereby certify
9      that the within named witness, ███████████████,
10     was by me first duly sworn to testify the
11     truth, the whole truth and nothing but the
12     truth in the cause aforesaid; that the
13     testimony then given by the above-referenced
14     witness was by me reduced to stenotypy in the
15     presence of said witness; afterwards
16     transcribed, and that the foregoing is a true
17     and correct transcription of the testimony so
18     given by the above-referenced witness.
19                I do further certify that this
20     deposition was taken at the time and place in
21     the foregoing caption specified and was
22     completed without adjournment.
23
24
25

HIGHLY CONFIDENTIAL

Page 150

1    I do further certify that I am not
2    a relative, counsel or attorney for either
3    party, or otherwise interested in the event of
4    this action.
5            IN WITNESS WHEREOF, I have hereunto
6    set my hand and affixed my seal of office at
7    Cleveland, Ohio, on this 18th day of July, 2017.

13   *Wendy L. Klauss*
14        Wendy L. Klauss, Notary Public
15        within and for the State of Ohio

17   My commission expires July 13, 2019.