# EXHIBIT 21

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3

4

5    STUDENTS FOR FAIR ADMISSIONS, INC.,

6            Plaintiff,

7    vs.                                Case No.
                                        1:14-cv-14176-ADB

8

     PRESIDENT AND FELLOWS OF HARVARD

9    COLLEGE (HARVARD CORPORATION),

10           Defendant.

11   _____

12

13

14

15               DEPOSITION OF ██████████

16              Palo Alto, California

17             Thursday, July 20, 2017

18

19

20

21

22   Reported By:

23   TAVIA A. MANNING

24   CSR No. 13294, RPR, CLR, CCRR

25

```
                                                      Page 35
 1   forgot.
 2        Q.  Have you heard of the name "Abigail Fisher"?
 3        A.  That sounds familiar.
 4        Q.  Why do you think that sounds familiar?
 5            MR. PARK:  Objection.
 6            THE WITNESS:  I feel like I remember it
 7   starting with A, her first name.  But, yeah, something
 8   starting with A.  So I guess "Abigail" is a possibility.
 9   I am not entirely sure.
10   BY MS. TSAI:
11        Q.  Do you have an understanding of when SFFA was
12   first formed by Mr. Blum?
13            MR. PARK:  Objection.
14            THE WITNESS:  No, I don't know when exactly.
15   BY MS. TSAI:
16        Q.  Do you know -- do you have an idea generally of
17   when it was formed?
18            MR. PARK:  Objection.
19            THE WITNESS:  Not too sure.
20   BY MS. TSAI:
21        Q.  Do you know if your parents are members of
22   SFFA?
23        A.  Not sure.
24        Q.  Do you know if you've -- if you have ever met
25   any other members of SFFA?
```

1         MR. PARK:  Objection.

2         THE WITNESS:  Not that I know of.  Not that I

3    can remember.

4    BY MS. TSAI:

5         Q.  You can't remember meeting any other members of

6    SFFA?

7         A.  Yeah.

8         Q.  Have you heard of the Project on Fair

9    Representation?

10         A.  That sounds familiar to me, but I am not sure

11    if...

12         Q.  Why does it sound familiar to you?

13         A.  I feel like it's a name that I have heard or

14    read online somewhere.

15         Q.  Do you know if the Project on Fair

16    Representation has any affiliation with SFFA?

17         A.  I don't know.

18         Q.  Do you know what SFFA's governing structure is?

19         MR. PARK:  Objection.

20         THE WITNESS:  No.

21    BY MS. TSAI:

22         Q.  Do you know if SFFA has officers?

23         MR. PARK:  Objection.

24         THE WITNESS:  Not sure.

25    //

```
                                                     Page 74
```

1        A.   It was called the ███████ Seminar, something

2    like that.   So every week we would have a different

3    professor come in and present his or her research.   And

4    then towards the end we would also have some time to

5    prepare for our own research proposal, which we

6    presented at the end of the semester to the rest of the

7    class.

8        Q.   And around how many other students in your

9    class are in the Scholars Program?

10       A.   Including myself, there are 20.

11       Q.   That's a pretty select group.

12            And you've completed your freshman year so far

13   at ████████ is that right?

14       A.   Yes.

15       Q.   What were the classes that you took in your

16   first year at ████████?

17       A.   I can just list them all out.   So I had that

18   ████████ Seminar class, ████████ Research Seminar.

19   First semester I took data structures in Java, calculus

20   III, university writing.   I think, physics.   I think it

21   was called like "Introduction to Mechanics," and then

22   general chemistry.

23            Is that six?

24       Q.   Yes.

25       A.   Okay, yeah.

```
                                                    Page 81

 1        Q.  Have you thought about any schools you might

 2   consider applying to if you ultimately decide to apply

 3   to transfer?

 4        A.  Yeah.  I was thinking about Harvard, Stanford,

 5   and MIT.

 6        Q.  Have you looked into MIT's eligibility

 7   requirements for applying to transfer?

 8        A.  I believe so.

 9        Q.  Have you looked into Stanford's eligibility

10   requirements for applying to transfer?

11        A.  I believe so.

12        Q.  And have you looked into Harvard's eligibility

13   requirements for applying to transfer?

14        A.  Not that I can remember.

15        Q.  And you testified earlier that you're in this

16   █████████ Scholars Program; correct?

17        A.  Yes.

18        Q.  Do you believe that you would receive similar

19   benefits that you receive as an █████████ scholar if you

20   transferred to another school?

21        A.  No.  I believe I would lose those benefits.

22        Q.  Do you know if Harvard has a program similar to

23   the █████████ Scholars program?

24        A.  No, not that I am aware of.

25        Q.  Do you know the latest you could apply to
```

Page 82

1    transfer to another institution?

2         A.  I believe it would be this year -- this year.

3    So, like, in the spring of this year -- of this academic

4    year, sorry.

5         Q.  So knowing that -- understanding that the

6    spring of this upcoming academic year would be the

7    latest you could apply to transfer, will the thought of

8    deciding whether or not to transfer be a priority in

9    your mind as you head into the school year?

10             MR. PARK:  Objection.

11             THE WITNESS:  No.  I think it's something I

12   would consider after probably towards the end of first

13   semester, if not afterward.

14   BY MS. TSAI:

15        Q.  What do you think would help you decide to --

16   whether or not you wanted to transfer?

17        A.  I believe it would be offers for internships

18   that would be a deciding factor.

19        Q.  And do you mean offers from internships from

20   Columbia?

21        A.  No, from like outside companies, corporations.

22        Q.  Why would that affect whether or not you would

23   decide whether to apply to transfer?

24        A.  Because I feel that if I get an internship from

25   a company that I would like to work at further down the

1   point after they started adding members.

2   BY MS. TSAI:

3       Q.  And do you recall any other changes that SFFA

4   made regarding its members, aside from adding the

5   membership fee without -- before you read this document?

6       A.  No, I don't know of any.

7       Q.  It also says members also have the right to

8   elect one of SFFA's directors at its annual meeting.

9           Were you aware of a right to elect one of

10  SFFA's directors at its annual meeting?

11          MR. PARK:  Objection.

12          I am just going to instruct the witness not to

13  answer.

14          And I think this line of questions is the same

15  as the one I instructed the witness not to answer

16  before.  And I think just because you've put a document

17  in front of him doesn't change our basis for the

18  instruction.

19          He doesn't recognize this document.  He said he

20  hadn't seen it before, so having him read through these

21  things and asking him about it is just as inappropriate

22  as asking questions about SFFA's governance in the first

23  place.

24          MS. TSAI:  Well, Harvard disagrees.  This is a

25  document that SFFA prepared and attested to in this

1   litigation, and I think we're entitled to ask about

2   members' rights.  I know that you and I disagree on

3   this, so we'll just state that for the record.

4   BY MS. TSAI:

5       Q.  Are you taking your counsel's instruction not

6   to answer?

7       A.  Yes.

8       Q.  You can turn away from this document.

9           Are you aware of any conference calls that SFFA

10  has convened among its members?

11      A.  I am not aware.

12      Q.  Before reading this document today, were you

13  aware that SFFA had a Board of Directors?

14          MR. PARK:  Objection.

15          THE WITNESS:  I was not aware.

16          MS. TSAI:  Okay.

17          (Deposition Exhibit Number 4 was marked for

18          identification.)

19  BY MS. TSAI:

20      Q.  ███████, I have handed you what's been Bates

21  stamped SFFA-Harvard 1989 to 1991.

22          Have you seen this document before?

23      A.  I do not remember seeing this document.

24      Q.  Okay.  That's fine.

25          We can turn away from it.

Page 130

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4     before me at the time and place herein set forth; that

5     any witnesses in the foregoing proceedings, prior to

6     testifying, were placed under oath; that a verbatim

7     record of the proceedings was made by me using machine

8     shorthand which was thereafter transcribed under my

9     direction; that the foregoing transcript is a true

10    record of the testimony given.

11          Further, that if the foregoing pertains to the

12    original transcript of a deposition in a Federal Case,

13    before completion of the proceedings, review of the

14    transcript [] was [X] was not requested.

15          I further certify I am neither financially

16    interested in the action nor a relative or employee of

17    any attorney of any of the party to this action.

18          IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21          Dated: August 1, 2017

22

23

          TAVIA A. MANNING

24          CSR No. 13294, RPR, CLR, CCRR

25