# EXHIBIT 48

**For Entrance in Fall 2015 • Application Supplement**



Office of Admissions and Financial Aid
86 Brattle Street
Cambridge, MA 02138

Valid for entrance in September 2015 only. Please submit this form as well as the Universal College Application as soon as possible.

Please indicate under which timetable you are applying:

○ **Restrictive Early Action**
Please return this form to us as soon as possible, and by October 15, if possible. Final deadline is November 1.

○ **Regular Action**
Please return this form to us as soon as possible, and by December 15 if at all possible. Final deadline is January 1.

A completed application includes all portions of the Universal College Application, as well as the Harvard Application Supplement, required official testing results, a Secondary School Report, two Teacher Evaluations and a $75 application fee or fee waiver request.

Full legal name _____
Last/Family          First          Middle          Jr., etc.

Prefer to be called _____    Date of Birth _____ (MM/DD/YYYY)

Address _____
No. and Street          Apt./Unit

_____
City          State/Province          Country          Zip/Postal Code

Telephone Number (home) _____    (cell) _____

Secondary School _____    CEEB/ACT code _____

If you can be reached by fax or e-mail, please provide a fax number or e-mail address and name of the contact person.

Fax number _____    Contact person _____

E-mail address* _____    Contact person _____

*Please note: We will use your email address to be in contact with you during the year, including for notification of your admission decision.

If you have previously applied for admission to Harvard, please indicate when and for which program you applied.

○ College (first year)    ○ Summer School    ○ Extension School
Year(s) _____    Year(s) _____    Year(s) _____

Please arrange to have an official transcript(s) sent to us for any program in which you enrolled.

Are you applying for the joint degree program with the New England Conservatory?

○ Yes    ○ No

For the following questions, please place the letter or number indicating your choice in the space provided.

Of the following fields of study, which are you currently most likely to pursue?

A  Social Sciences          E  Engineering
B  Humanities               F  Mathematics
C  Biological Sciences      G  Computer Science          First Choice _____
D  Physical Sciences

CONFIDENTIAL
HARV00005429

| | | | | |
|---|---|---|---|---|
| **At this time, which two college activities or sports interest you most?** Our office may send you e-mail announcements about the activities you designate here. These e-mails will be delivered to your e-mail address as provided on page one of the Common or Universal Application. | 01 Arts, Visual Arts<br>02 Badminton<br>03 Band<br>04 Baseball<br>05 Basketball<br>06 Cheerleading<br>07 Community Service<br>08 Crew-Heavyweight<br>09 Crew-Lightweight<br>10 Dance<br>11 Debate<br>12 Dramatics | 13 Environmental Groups<br>14 Equestrian Sports/Polo<br>15 Ethnic Groups<br>16 Fencing<br>17 Field Hockey<br>18 Football<br>19 Frisbee<br>20 Golf<br>21 Hockey<br>22 Journalism<br>23 Lacrosse<br>24 LGBT Groups | 25 Martial Arts<br>26 MUN<br>27 Orchestra<br>28 Outdoor Activities<br>29 Political Groups<br>30 Pre-Professional Groups<br>31 Religious Groups<br>32 ROTC<br>33 Rugby<br>34 Sailing<br>35 Ski-Apline<br>36 Ski-Nordic Racing | 37 Soccer<br>38 Softball<br>39 Squash<br>40 Student Government<br>41 Swimming/Diving<br>42 Tennis<br>43 Track/Cross Country<br>44 Vocal Music<br>45 Volleyball<br>46 Water Polo<br>47 Wrestling<br>48 Writing/Literary Magazine |

First Choice _____        Second Choice _____        49 Other _____

**For a sport, indicate intended level of participation.**

○ Intercollegiate                                    ○ Intercollegiate

○ Club / Intramural / Recreational     ○ Club / Intramural / Recreational

While we recognize that many students' plans change during their college years, we ask you to respond to the following questions (please choose one rating per question):

**How definite do you consider your academic plans to be?**
Absolutely certain   1   2   3   4   5   Very likely to change

**How definite do you consider your vocational plans to be?**
Absolutely certain   1   2   3   4   5   Very likely to change

**How definite are your extracurricular and/or athletic interests?**
Absolutely certain   1   2   3   4   5   Very likely to change

**Please list the cities, states and countries where you have lived, with years of residence in each.**
_____
_____
_____

**OPTIONAL**

*We do not expect or require applicants to submit supplementary materials or additional essays. We simply want to be certain that you have every opportunity to tell us about yourself.*

**Supplementary Materials**

The required components of the application to Harvard provide ample basis to make our admission decisions. However, students with exceptional talents or achievements may submit music recordings, examples of artwork or selected samples of academic work or creative writing for us to consider as part of their application files. At the discretion of the Admissions Committee, submissions may be evaluated by faculty. Supplementary materials are not required or expected—and should be sent only if the applicant's work is unusually advanced. Check here if you are planning to send supplementary materials to be evaluated as part of your application.

For more information, please visit our website: https://college.harvard.edu/admissions/application-process/application-requirements/supplemental-application-materials

○ Academic work

Name of Research Advisor _____        Title (if any) _____

Name of Institution (if any) _____        Phone or E-mail _____

○ Music                                    ○ Artwork                                    ○ Other
  Instrument _____            Media _____             (Explain) _____

Harvard Supplement: Side 2 of 3

CONFIDENTIAL                                                                                                                                                              HARV00005430

**Additional Essays**  You may wish to include an additional essay if you feel the college application forms do not provide sufficient opportunity to convey important information about yourself or your accomplishments. You may write on a topic of your choice, or you may choose from one of the following topics:

- Unusual circumstances in your life
- Travel or living experiences in other countries
- A list of books you have read during the past twelve months
- How you hope to use your college education
- An intellectual experience (course, project, book, discussion, paper, poetry, or research topic in engineering, mathematics, science, or other modes of inquiry) that has meant the most to you
- What you would want your future college roommate to know about you

---

**FOR STUDENTS APPLYING FROM SCHOOLS OUTSIDE THE U.S. AND CANADA** (regardless of citizenship)

**When will your secondary school leaving or qualifying examination results be available to Harvard?**
Month/day/year

**What specific plan do you have, if any, for using the education you hope to receive?**

We encourage applicants to have an admissions interview when and where it is possible. Please see the international interview page on our website to determine whether interviews are available in your country. If an interviewer is not sufficiently close to you to make an appointment possible, the absence of an interview will not adversely affect your candidacy. If you live in an area where interviews are available, please contact *intlinterview@fas.harvard.edu* for information on how to schedule an interview.

**If interviews are available in your area, have you had or have you scheduled an admissions interview?**

○ Yes
   When?   Where?   With Whom?

○ No, but I plan to do so.
   When?   Where?   With Whom? (if known)

○ No, there are no interviews available where I live.

---

**Important Information about Early Admission**

- Students applying to Harvard under the Early Action program are not permitted to apply early elsewhere in the fall under Single Choice Early Action or Early Decision programs. Harvard will rescind any offer of admission to a student who does so.

  Students are allowed to apply in the fall to public institutions under rolling or other non-binding programs, and they may apply to colleges under Interim Decision programs, that inform applicants of admission after January 1. They may also apply to any institution under its Regular Action program and to foreign colleges and universities on any application schedule.

  After students receive notification from Harvard's Early Action program (around December 15), they are free to apply to any institution under any plan, including binding programs such as Early Decision II.

- Students admitted under an Early Decision program at another college must withdraw any pending application to Harvard and are not eligible for admission.

**Verification of Application Materials**  Please be aware that Harvard, like most schools, uses outside companies to help process, review and collect data for applications. For this purpose we share application materials and information with them. Examples of such outside companies include the Common Application and Universal College Application, transcript request services, and services that review materials for plagiarism. These companies in many cases will retain the application information in their databases. We also share application information with our alumni interviewers.

CONFIDENTIAL                                                          HARV00005431