# EXHIBIT 51

| REGULAR ACTION MEETING SCHEDULE - CLASS OF 2019 | | |
|---|---|---|
| Jan 22-26 | **C Docket (SCD)** BPW CSK KAH LLO NAJ | **G Docket (CGM)** BJG KLW PFB | **N Docket (SWH)** CJL MMS TJS |
| Jan 27-30 | **E Docket (JMK)** JAF MFE PFB TMR | **P Docket (WRF)** DLE HFS KAV KPR MBS MWM SWH | **U Docket (RMW)** JLI LLO MDD SHG TJS |
| Jan 31-Feb 4 | **A Docket (CGM)** EJB MDD RXB | **D Docket (RMG)** BJG CJL LLO REB | |
| Feb 5 - 9 | **I Docket (DLE)** CGM DLE KAH KLW | **K Docket (SWH)** GSC MMS TMR | **L Docket (KAV)** CAW DDM JAF JLI MWM |
| Feb 10-13 | **H Docket (DLE)** BJG BPW CAW KEC | **J Docket (MWM)** CSK JAF REB REJ TMR | **R Docket (DDM)** MDD RXB TJS |
| Feb 14-18 | **B Docket (MEM)** DDM IAN JAF JWG TMR | **F Docket (KAH)** CAW JRC MBS TJS | |
| Feb 19-23 | **S Docket (MBS)** BPW JRC MDD NAJ | **T Docket (MEM)** CGM KAH RXB | **Z Docket (GSC)** JWG KEC KPR REB |
| Feb 24-28 | **V Docket (RMW)** BJG EJB JCP JLI JMK JWG KLW MFE REJ | | |
| Mon, Mar 2 | Docket Prep for Review | | |
| Tue, Mar 3 | Athletics & General review | | |
| Wed, Mar 4 | C  G | | |
| Thu, Mar 5 | N  E | | |
| Fri, Mar 6 | U  P | | |
| Sat, Mar 7 | A  D | | |
| Mon, Mar 9 | I  K | | |
| Tue, Mar 10 | L  R | | |
| Wed, Mar 11 | J  H | | |
| Thu, Mar 12 | B  F | | |
| Fri, Mar 13 | S  T | | |
| Sat, Mar 14 | Z  V | | |
| Mon, Mar 16 | CLEAN UP | | |
| Mar 17 - 18 | Final Review Prep | | |
| Mar 19 - 21 | FINAL REVIEW | | |
| Mar 23-28 | FAO CALCS | | |
| Mar 23-30 | Ian & Co. | | |
| Tues, Mar 31 | **RA NOTIFICATION** | | |

7/22/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00000371