EXHIBIT 60

*Harvard Admissions Office*
*Undergraduate Minority Recruitment Program*
*Summer 2012*

# Coordinator Manual
*"Five Divisions, One Goal"*

Updated by:
Lucerito Ortiz '10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00036378

# Undergraduate Minority Recruitment Program
UMRP

## *The Basics*

### Our Role in Recruitment

The UMRP at Harvard College is not directly involved in the admissions process or any decisions concerning the acceptance of prospective students. The function of the UMRP is to attract and recruit potential applicants to further explore their possibilities at Harvard College. The program is a resource, which aids in fielding questions, hosting students, and welcoming interested students. As such a resource, the UMRP does not promise acceptance to the College or any other special treatment to any prospective students.

### Our Goal

The goal is to bring information to the most talented students of African-American, Asian American, Latino/a, Mexican American, and Native American heritage who might not ordinarily think of applying to schools such as Harvard. The UMRP seeks to maintain thriving communities at the college so that a diversity of cultures exists, in addition to extending access to information and support to students who may not ordinarily have it. The program supports the Admissions Office in an attempt to achieve diversity within Harvard College by doing the following:

➤ Contacting prospective students through direct mail, telephone, e-mail, and hosting
➤ Sending current undergraduates to their hometowns to speak with prospective students
➤ Responding to inquiries about student life at Harvard
➤ Serving as a liaison between prospective students and student organizations and the Admissions Office
➤ Creating and maintaining relationships with organizations geared towards furthering college access

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**<u>What We Do</u>**

1. Reach out to prospective students and respond to e-mails and phone calls
2. Field questions about Harvard, student life, academics, the application process, etc. that students and/or parents may have
3. Organize and oversee prospective student on-campus visits.
4. Outreach to cultural groups on campus about opportunities for involvement with the UMRP
5. Organize and execute information sessions and tours for visiting groups.
6. Organize and execute recruitment trips across the country.
7. Make calls to prospective and admitted minority students.

**<u>What We Can Do For Prospective Students</u>**

The UMRP can provide information concerning the minority experience at Harvard, as well as field questions concerning the application process, student life, student organizations, the visiting program, and plan on-campus visits and information sessions for groups.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00036380

# __INTRODUCTION__

Welcome to the Undergraduate Minority Recruitment Program (UMRP)!

As a UMRP Coordinator, you are undertaking an important task.  Our program aids the Harvard Admissions Office in maintaining the diversity of incoming classes by encouraging minority students to consider applying to Harvard College.  The UMRP provides information to the most talented students of African American, Asian American, Latino/a, Mexican American, and Native American heritage.  We are especially concerned with recruiting students who might not readily and ordinarily think of applying to schools such as Harvard, or who may not have the information or support necessary to do so.  In the process, we try to dispel myths about the College, reduce some of the anxiety students and parents feel about such schools, and share insights about academic and student life at Harvard and the application process.

___It is essential to remember that, although we are students, we also have the responsibility to treat this job in a thoroughly professional manner, especially since our efforts (successes AND failures) carry potential impact on this program, the Admissions Office, and the College.___

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00036381

# THE LOGISTICS

### Office

All coordinators are required to be in attendance from 9am until 5pm Mondays-Fridays, with one hour for lunch.

During your office hours, you will mainly be answering e-mails/phone calls and responding to questions from students, parents, and counselors. Please familiarize yourself with the Harvard brochure (known as the Murr) in order to offer accurate information to prospective students. Also be sure to visit the Harvard College Admissions web site (www.admissions.college.harvard.edu); It is a great source of information on the College, academics, extracurricular activities, financial aid, and the application process. You will have to field questions not pertaining to your division or specialty, so familiarize yourself at least broadly with various opportunities on campus and beyond. It may be helpful to keep a list of people specializing in different things that you can refer students to if a student wishes for more specific information. Be ready to share your experiences at the College. Remember to be honest, but keep in mind that the keyword is RECRUITMENT! Sometimes students will ask very specific questions, and if you do not know the answer, BE HONEST and admit it. Do not give out false information. If the inquiry concerns concentrations, you can refer them to the *Handbook for Students*.

## Office Protocol:

- **Check phone messages**
- **Call all students on the "Messages" spreadsheet in chronological order**
- **Check, label, and answer UMRP e-mails**
- **Take all incoming calls**
- **Clean up and organize office space**

# HOW TO

- **Log into computers**
  - ○ If there is a gray screen when the computer comes on, enter UMRPpassword into the text box, then press ENTER

- o Windows Log-in:
  - ▪ Username: the first part of your @college address
  - ▪ Password: will be given at log-in
- **Check phone messages**
  - o To check voicemail:
    - ▪ Dial [Redacted: PII/SPI]
    - ▪ Press the pound key (#)
    - ▪ Enter Mailbox number: [Redacted: PII/SPI]
    - ▪ Enter Password [Redacted: PII/SPI]
  - o Enter all message information in the Google spreadsheet accessible through the UMRP g-mail account.
    - ▪ Date
    - ▪ Caller Name
    - ▪ Phone number
    - ▪ Message
    - ▪ Division (If known)
    - ▪ Coordinator taking message
    - ▪ Notes
  - o Immediately call **all** students back in chronological order, unless they request to speak with a specific coordinator/division, in which case this should be written in the "Notes" section.
  - o Once a student is called back and any connection is made, even if a message is left, **highlight** the message from the spreadsheet and enter notes. Only leave messages blank when you do not have time or cannot attend to it. Any specific instructions may be written in the "Notes" section

- **Take all incoming calls**
  - o To transfer calls, if necessary:
    - ▪ Hold
    - ▪ Press another line
    - ▪ Press transfer
    - ▪ Press original call (blinking)
    - ▪ Transfer
    - ▪ Press second line (also blinking)
  - o To make calls:
    - ▪ Press 9
    - ▪ Press1, then area code + phone number

- **Check UMRP in-box on G-mail**
  - o user name: umrp.staff
  - o Password: [Redacted: PII/SPI]
  - • LABEL all e-mails in the inbox accordingly. Any e-mail that needs a response should be marked as **UNREAD**.  Make sure to

respond to all e-mails within no more than **<u>TWO DAYS</u>**. This will require than you constantly check e-mails even when not in the office.
- Archive labeled e-mails in the inbox and try to clear it as much as possible
- Attend to e-mails from your division, but also to e-mails marked as **GENERAL**, Once you respond to an e-mail in the "General" inbox, label it with your own division so the response goes more directly to you. Conversely, if an e-mail lands in the "General" inbox but is directed to a specific coordinator, label it with that coordinator's division regardless of the students' ethnicity.
- It is recommended that you keep an updated sheet of templates on googledocs for a variety of questions. There are many questions that are very common, and it is helpful to have a general template ready to cut and paste with modifications rather than re-writing answers every time

Keep the UMRP g-mail account open on your computer at all times for easy access

- ***<u>GROUP VISITS:</u>***
  - WE ARE UNABLE TO ACCOMMODATE **<u>ANY</u>** SPECIAL GROUPS OR SESSIONS THIS SUMMER DUE TO CONSTRUCTION AT OUR VISITOR CENTER

- **<u>Computer files and Documents</u>**
  - ○ Save all necessary files in their appropriate folder
  - ○ DO NOT leave any personal documents or forms on the computers- they will be DELETED
  - ○ Make sure the Computer desktop and folders are organized and delete all irrelevant, unnecessary, or personal documents
  - ○ If you need to make something accessible to all coordinators, be sure to save documents to the S:(student) Drive

# *PROFESIONALISM*

**Remember that you are acting as an agent of Harvard College. It is IMPERATIVE that you remain professional and responsible <u>at all times</u>. Although we are college students, we are working in a full time, professional office and are responsible for meeting certain standards. You are expected to be on-time to your office hours every day, and to remain present for the entirety of your hours. Timeliness is also expected for staff meetings, tours and information sessions, and any other meetings related to this office. Any time you are available, it is expected that you assist your fellow coordinators when needed. For many people you contact, their only encounter with Harvard College will be their interactions with you, so it is expected that you make them as pleasant and satisfactory as possible.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

While we have 5 divisions in order to more efficiently reach our goals, it is important to remember that our overall goal is minority student recruitment, which means:

**ALL COORDINATORS SHOULD ASSIST EACH OTHER THROUGHOUT THE YEAR:**

**WE ARE A TEAM!**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HARV00036386

# <u>*IMPORTANT INFORMATION*</u>

## People to know in the Admissions Office:

- Roger Banks, Senior Admissions Officer & Director of the UMRP
- Lucerito Ortiz, Admissions Officer & Assistant Director of the UMRP
- William Fitzsimmons, Dean of Admissions and Financial Aid
- Marlyn McGrath, Director of Admissions
- Sally Donahue, Director of Financial Aid
- David Evans, Senior Admissions Officer
- Precious Eboigbe, Admissions and Financial Aid Officer & Co-Director of HFAI
- Monica Del-Toro Brown, Admissions and Financial Aid Officer & Co-Director of HFAI
- Haley Frampton, Supervisor of the Mail Room
- Anthony Grant, Information Services Supervisor
- Marcia Morgan, Department Administrator
- Elizabeth Adams, Liaison to the Schools and Scholarships Committee
- Ian Anderson, Records Room Supervisor/Admissions Officer

## Important Phone Numbers:

Admissions office: (617) 495-1551
Financial Aid Office: (617) 495-1581
Harvard Financial Aid Initiative: (617) 384-8213
Lucerito Ortiz: (617) 495-3634
Transfer Office: (617) 495-5309

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## *Some Statistics:*

- Class of 2016 stats:
  http://www.admissions.college.harvard.edu/apply/statistics.html

### *Class Profile*

| Students | Total |
|----------|-------|
| Applicants | 34,302 |
| Admitted | 2,032 |

| Geographical Breakdown | | Ethnicity | |
|----------|-----|----------|-----|
| New England | 17% | African American | 10% |
| Middle Atlantic | 22% | Asian American | 21% |
| South | 19% | Hispanic or Latino | 11% |
| Midwest | 10% | Native American or Pacific Islander | 2% |
| Pacific | 21% | | |
| International | 11% | | |

**Average Financial Aid Package for Freshman Scholarship Holders 2012-2013**

| | |
|----------|-----|
| Total Budget | $59,200 |
| Parents' Contribution | $11,750 (20%) |
| Student Assets & Summer Work | $1,500 (3%) |
| Harvard, Federal & Outside Scholarships | $43,100 (73%) |
| Job Offer | $2,750 (4%) |

- SAT Scores
  - Most students score above 650 on each section of the SATs
- GPAs
  - Most students are at the top 15% of their graduating class
- For the incoming class of 2016:
  - 34, 285 applications total
    - 4,231 early
  - 2032 admitted total
    - 774 early
- Transfer stats
  - Usually about 1400-1500 applications for about 12 spots

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00036388

# Common Topics
## I. ACADEMIC LIFE

### The Curriculum

President Lowell once said, "Every educated person should know a little of everything and something well."

· On average, students take 4 courses per semester. We don't count credit hours or semester hours. By the time one graduates, he/she will have finished 32 courses.

### The Concentration: roughly 50% of the curriculum

· Lowell's "knowing something well."
· Over 45 concentrations in the liberal arts, with opportunities for joint and special concentrations. There are no "pre-med", "pre-law", "pre-business", or performance-based concentrations.
· Students declare their concentrations in the middle of the second year; about 1/3 of students will change their concentration at least once.
· On average, 12-16 courses per student will be in the chosen concentration
· Joint concentrators are required to write a senior thesis joining the two fields together
· Concentration advisers and tutors in each department assist with course choice, thesis advising, tutorials starting sophomore year

### The General Education Requirements: roughly 25% of the curriculum

· Lowell's "a little of everything."
· Introduces students to different ways of thinking about knowledge.
· Eight categories within the General Education Requirements; students must take one class in each category:
    · Aesthetic & Interpretive Understanding
    · Culture & Belief
    · Empirical & Mathematical Reasoning
    · Ethical Reasoning
    · Science of Living Systems
    · Science of the Physical Universe
    · Societies of the World
    · United States in the World
· There is a significant amount of choice within each requirement

### Electives: roughly 25% of curriculum

· Students can choose remainder of their courses from anything in the course catalog – the catalog has about 3,500 courses listed.
· Must take Expository Writing and Foreign Language (can be exempt with appropriate AP score of 5, IB score of 7, SAT II Subject Test Score of 700 or greater, or with the Harvard Placement Tests given at the beginning of Freshman Week).
· Students may take courses at MIT (if Harvard does not already offer the same course) and at all of Harvard's graduate schools except for the Business School.

### Courses and classes

· Median Class Size: 12, average class size: 17, student-teacher ratio: 8 to 1. Average

                          HARV00036389

amount of time spent in class, section, and lab: 12-15 hours per week, depending on your course selection.
·   Opportunities for tutorials, freshman seminars, independent reading and research, etc. Some courses are 2 on 1 – two professors and one student!
·   There are more than 140 Freshman Seminars offered currently. These seminars are capped at 12 students and are not letter-graded.
·   75% of courses enroll 20 or fewer students.

**Professors and teaching**
·   Professors teach vast majority of courses, with 3 exceptions: Expos (published authors), intro foreign language (native speakers/graduate students), and lower-level math (graduate students)
·   Teaching fellows **"supplement, not substitute."** If a course is over 36 students, it will break down into sections with a teaching fellow to lead discussion.
·   Many opportunities for interaction with professors: office hours, student-faculty dinners, research positions, house masters, tutorials, thesis advising, etc.

**Medical School Statistics for 2010:**
·   Most Harvard applicants to med school were alumni (n=214) rather than seniors (n=91)
·   Harvard seniors and alumni were accepted to med school at about twice the rate of national applicants: 87% of Harvard applicants (and 94% with an overall GPA above 3.5) were accepted to at least one med school, while nationwide, 46% of med school applicants were accepted to at least one med school
·   Harvard students were admitted to med school with lower GPAs (science and nonscience) than national applicants
·   Nonscience concentrators were accepted to medical school at a similar rate as science concentrators
·   32 Harvard seniors and alumni/ae applied to MD/PhD programs.  92% of Harvard senior applicants and 85% of Harvard alumni/ae applicants to MD/PhD programs were accepted.

**Miscellaneous**
·   Students can qualify for Advanced Standing with 5's on four or more full-year Advanced Placement exams or 7's on three higher-level International Baccalaureate exams (if earning the full diploma).  No credit for individual courses.
·   Advanced standing students may pursue a 4th year master's degree in some of our concentrations (most often in science or math-related fields).
·   Office of International Programs available to help students study abroad – many opportunities through other schools and programs.  Also, many students choose to use the summer rather than term time to travel and live abroad, because they do not wish to give up time here at Harvard.  About 60-70% of Harvard students integrate international experience into their undergraduate careers.
·   Largest university library system in the world, with about 17 million volumes housed in more than 70 libraries.

**_School of Engineering and Applied Sciences:_**

**Growth**

·   45% growth in SEAS over the last 5 years

- We have 575 undergraduate concentrators (12% of College class)
- Approximately 30 CS concentrators in Class of 2011 with only 3 women vs. approximately 60 CS concentrators in Class of 2013 with 30 women.

**Commonly Asked SEAS Questions:**
**What are the differences between engineering at Harvard vs. engineering at a specialized school, i.e. MIT?**

While you should not comment on MIT directly (as well, you don't go there), you can talk about why you picked Harvard and what engineering at Harvard is like. Unlike some programs in engineering and applied sciences, Harvard undergraduates who pursue the field are not enrolled in a separate school or college. Studying engineering is only one aspect of a student's experience.

**Why attend Harvard for engineering over a technical school, i.e. MIT?**

Harvard, MIT, and a lot of other schools are all fantastic. Ultimately where you go is all about fit. I cannot talk about other schools, but I can give you some information about how Harvard does engineering.

## You are immersed in Harvard College.
The "Harvard experience"—immersion in a multifaceted intellectual setting—is part of what makes learning engineering and applied sciences here a singular experience.

## You can enter the concentration at all levels.
Because of our emphasis on preparing broad-minded students we've designed programs and courses that meet the need of students at multiple levels. The concentration is open to those who might not have had opportunities for rigorous mathematics or exposure to engineering or computer science in high school. At the same time, the program caters to those who dream about taking Math 55 their first year. Unlike some engineering schools, all prospective undergraduate students apply and are admitted to Harvard College and enrolled students do not need to declare their intended concentration until the sophomore year.

## You will be part of a small school with big ideas.
Many of our classes are small, thanks to the 5:1 student/faculty ratio. Professors and administrators are accessible in and outside of class. And, collaborative courses and research with Harvard's world-class programs in the life and physical sciences expose students to the bigger picture, too.

## You can pursue either an A.B. and an S.B. degree.
We offer an A.B. degree option (which is relatively rare among our peers) as well as an ABET-accredited S.B. (in Engineering Sciences only). Moreover, 38% of the A.B. students at Harvard are women, almost double the national average in regular engineering programs.

## Our programs are flexible.
Our concentrations promote flexibility. That means you'll have time to indulge your passion for the yo-yo, push the pigskin down the turf, investigate the wacky world of quantum

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

science, or create the next great start-up in your dorm room. Although you can dig deep into specific areas of research, the goal is to train future leaders and thinkers in all fields as well as professionals in engineering and applied sciences.

**What do SEAS do students after college?**

Our curriculum offers excellent preparation, whether you are intending to practice as an engineer, researcher, or physician; are planning for a career in business, education, government, law, or medicine; or have no idea what you want to be when you grow up.

Students go on to be engineers and consultants; work in the software industry (Facebook, Microsoft, Google, IBM, etc.); go to graduate school in science, engineering, law, medicine, and business. Some graduate schools our recent graduates have attended include MIT, Stanford, Caltech, Berkeley, Cornell, etc.

**Can you double major or have a minor?**

Yes. That is called a joint concentration. Students also can pursue secondary fields (Harvard's version of a minor) in mathematical sciences, computer science, and a variety of other fields.

**What are your study abroad programs?**

Harvard offers both term-time and summer study abroad opportunities. Some students event go away during optional winter activities period---as did a group of engineering students who went to Brazil to study the country's energy systems.

**Can pre-med students concentrate in engineering?**

Absolutely. The biomedical engineering degree, in particular, is excellent preparation.

**Does Harvard offer a class that introduces a student to different types of engineering if he/she is not sure what type they are interested in? Alternatively, how easy is it to switch engineering tracks?**

Yes. ES 1 provide a broad-based introduction. CS50 offers the same for those in computer science, and AM 50, offers the same for those in applied math. Switching between engineering tracks is quite easy.

**How hard is it to start doing something, whether academic or extracurricular, that you've never done before?**

Harvard makes it easy, even in the sciences and engineering, to jump right in. The number of extracurricular activities is vast.

# II. RESIDENTIAL LIFE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Basic information**
· Housing guaranteed all 4 years; freshmen required to live on campus and 97% of students opt to live on campus all four years, unlimited board plan.
· Campus dorms, as well as the Co-op and off-campus options.
· No <u>residential</u> Greek system, no theme houses

**First Year**
· Housing application allows you to provide information on which your roommate match-up is based. First-year rooms/suites in <u>17 dorms</u> range in size from 1 to 6 people.
· Proctors: administrators and graduate students, one per entryway (advise about 16-40 freshmen), serve as residential and often academic advisors.
· Freshman Dean's Office ensures counseling and advising for all freshmen
· All freshmen take their meals in Annenberg
· Easy proximity to academic buildings

**Houses**
· <u>12 upper class houses</u> allow smaller communities within the larger Harvard community; 9 along the Charles River, 3 a few blocks away in the old Radcliffe Quadrangle
· Can choose roommates and blockmates (up to 8 in a group) at end of freshman year; randomly assigned to one of the houses.
· Each house has a dining hall, library, extra facilities, and its own administration headed by a full professor in residence with graduate student tutors, pre-med, pre-law advisors.

**Safety and Security**
· Harvard University Police Department (HUPD): primary resource for campus safety & security
· Walking and driving night-time escorts, shuttle bus services, emergency "blue lights"
· Students swipe into dorms using ID cards, doors to rooms are always locked.

**Commonly Asked Residential Questions**
· Are dorms/houses co-ed?
· Can students choose their houses? How do students pick their roommates?
· Is there a Greek system?
· How safe is the campus? And do you ever feel unsafe?

# III. EXTRACURRICULAR ACTIVITIES

You do not have to know all of them, but familiarizing yourself with the range and scope of activities available is a good idea. A full list is available at http://www.orl.fas.harvard.edu/icb/icb.do?keyword=k65178&pageid=icb.page305611. And remember that personal examples are great illustrators.
Some basic messages that are good to convey about extracurriculars are:

**A wide range of different activities**
· 5 full orchestras, > 75 plays and performances each year, >35 publications, ethnic groups, religious groups, political groups, community service is one of our most popular activities, etc.
· 41 varsity sports teams (NCAA Division I), largest division I program in the United States. Over 75% of our students participate in some level of athletic activity at the Varsity,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JV, Intramural or Club level.

**Depth in activities, beginner to expert**
· You do not have to have experience in an activity to be involved!  Example: varsity top-level sports, club sports, intramural sports.
· Vast number of activities means demand for participants – rarely limits on the number of people who can get involved.
· If there's not already an established club or activity, students are encouraged to start their own group with funding provided by the College.

**Hands-on experience in activities**
· Harvard Student Agencies, Harvard *Crimson*, managing a singing group or orchestra, etc. – these all give student hands-on experience in organizations that can be very useful in future careers.

**Commonly Asked Extracurricular Questions**
· Do you have to have a certain level of experience to participate in music and dance?
· Can freshmen participate in extracurricular activities?
· How difficult is it to start your own organization?
· How do you balance extracurriculars and academics?

## About Harvard's Financial Aid Initiative

· Harvard continues to be need-blind in admissions, completely need-based in financial aid.  No merit-based scholarships.
· 70% of families receive financial assistance of some kind
· Families with an income of <$60,000/year contribute nothing to the student's education; families making between $60,000 and $180,000 pay between 0-10% of the student's tuition.
· No loans included in Financial Aid packages (so students may graduate debt-free). However, student loans are available for those families who want them.

# **Cambridge/Boston**

**Basic Information**
· Ultimate college town   more than 50 colleges and universities in the Boston area.
· Cambridge combines the attractions of a cosmopolitan city w/ charm of a New England town.
· Shops, restaurants, bookstores, cafés, street performers, theaters, the grassy banks of the Charles River--all surround the College.
· Boston's inexpensive and convenient subway system:  The subway gives students easy access to the entire metropolitan area: cobblestone streets, colonial church spires, endless museums, shopping, diverse cultures, important arts centers, sports games, etc.
· Within easy reach of Cambridge and Boston are the beaches of the Atlantic – from Cape Cod to Maine – ski slopes, forests, and numerous historical sites.

# **Important Advice from Veteran Greeters**
Ø *Look like you care!  Be positive and show energy.*  Some visitors have traveled thousands of miles, and you may be the only student they see.  Sit up straight, dress neatly, and stay

HARV00036394

alert to make a positive impression. We're not trying to make Harvard look like a utopia, but we do want to convey a positive impression of the school. Smile and show energy and enthusiasm.

Ø *Be professional.* Avoiding too many "likes" and "ums," avoiding slang, and making sure your anecdotes and stories are concise and appropriate will help you come across as confident, professional, and believable.

Ø *Keep in mind these are prospective applicants!* Be mindful of bringing up topics that may lead the discussion to tangents. No need to defend topics that the audiences are unaware of (i.e. "The Quad isn't *that* far away"; "you'll always get the class the following year after you are lotteried out"…)

# TOUR GUIDELINES

*First, a few very important things to remember:*

- **You may be the only Harvard undergraduate with whom a family interacts. Each tour is extremely important. YOUR ROLE is extremely important.** A friendly, welcoming disposition will be appreciated. A negative attitude or snide remarks will be remembered…

- Make the tour personal. Talk about your own experiences as a student here and make statistics more interesting with specific examples about you, friends, and roommates. **Emphasize personal stories (those of your experience and of your friends).**

- Keep tour information relevant to the things that happen in the area that you are in for the stop. Don't feel pressured to talk about information covered in the session. The tour should be about how students live their lives, so tell them about the areas through which you are traversing.

- It is important that you talk to the people on your tour. Get a sense of what they already know, what they want to know more about, and always offer to answer any questions.

**Logistics:**
**Kindly ask people who have video cameras not to videotape the tour.**

**If the information session group before the tour is very large, figure out which guides will do Widener first then the Yard, versus the Yard then Widener.**

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HARV00036395

# Tour "Script"

While there is no precise script that you need to follow during the tour, this is a list of guidelines you should cover.  Depending on questions and the natural flow of the tour, include information when you think it most appropriate:

## Tour Outline

Memorial Hall: extracurriculars
Science Center: academics, SEAS
Canaday Courtyard: freshman life, residential advising

Tercentenary Theater: commencement, libraries, resources, security
Old Yard: history of Harvard
Lowell Courtyard: housing, conclusion

## First Stop, Memorial Hall

To be delivered on the green yard behind the building

Welcome everyone to Harvard College, and take a minute to introduce yourself again: hometown, graduation year, concentration, house, etc.  Even if you were the Greeter during the information session, re-introduce yourself, as there may be some people who did not attend the info session. Get a show of hands of those who attended the information session and those who did not, so you have an idea of how much detail you need to cover.

**Bit of historical information**:

- 1870, funded by the families of Harvard students who died fighting for the union in the American Civil War, Mem Hall + Annenberg house the largest collection of secular stained glass in North America (point out that that there are no religious figures, soldier and scholar are what the transept is memorializing, inside Annenberg: Shakespeare, Dante, Virgil, etc.)

**3 purposes of Memorial Hall**: War memorial, Annenberg Hall, Sanders Theater

- o  Annenberg is the freshman dining hall
  - ▪ What you liked about Annenberg (always finding someone you know, meeting new freshmen, fun study breaks like Valentine's Day card making, Halloween costume competition, Top Chef Harvard, etc.)
- o  Sanders Theater
  - ▪ Classroom in the day
  - ▪ Performance space at night including for Harvard groups

**Extracurriculars**

HARV00036396

- What I do and how/why I think extracurriculars are so important to students (avoiding too much factual detail about "there are x groups, y orchestras")
- Over 450 extracurricular groups: from ballet to gumboots, from the Crimson to the Lampoon, athletics (41 DI Varsity sports, largest DI program in country), pre-professional societies (pre-law, Harvard Women in Business, etc.)
- QUESTIONS ABOUT EXTRACURRICULARS?

## Second Stop, Science Center

To be delivered either at the intersection of Kirkland and Oxford or in front of the building

"Welcome to the Science Center!  This is one of the most commonly used spaces on campus; something like 10,000 people go in and out of this building every day of the week."

**Academics**

- Home of Math and Science Departments, such as the History of Science
- It's said that no student can go all 4 years without taking at least one course in this building, because of the General Education program (especially if people were not in info session, explain that, for example, non-science majors have to take SPU, SLS).

**SEAS**:
**Growth**

- 45% growth in SEAS over the last 5 years
- We have 575 undergraduate concentrators (12% of College class)
- Approximately 30 CS concentrators in Class of 2011 with only 3 women vs. approximately 60 CS concentrators in Class of 2013 with 30 women.

**Facilities**

- Observatory, computer labs (both PC and Mac), science labs, Mac store, IT services, Freshman Mail Center, Cabot Science Library, Greenhouse Café [mention Board Plus],
- Putnam Gallery of Historical Scientific Instruments (open to the public)
  - A rare mathematical instrument designed by Galileo and given by him to the Duke of Mantua in 1604 (before Galileo became world-famous for his telescopes)
  - Many instruments purchased by Benjamin Franklin on behalf of Harvard, after a great fire destroyed the college's apparatus in 1764
  - The control console of the Harvard cyclotron, which was both a physics research instrument and a pioneering tool for treating cancer

**Optional stories**

- The class of 2012 spent their first night in the Science Center, getting to know our roommates, playing cards with our president, Drew Faust, and getting free food.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Cool class you have taken in the Science Center (be aware that Science and Cooking is often mentioned in info session)
- Dedicated Professor or TF whom you brought to a Faculty Dinner, who held Office Hours that were helpful to you, etc.
- Professors who were especially helpful to freshmen


- Point out Oxford Street: science labs, Museum of Natural History, Geological Labs, Engineering, Computer Science, Chemistry Labs right behind you
- Lowell Lecture Hall: one of larger lecture halls, hosts classes such as Intro to Comparative Politics during the day, but performance space for student groups at night

*[Stop near base of ramp/tables outside Loker Commons for QUESTIONS ABOUT ACADEMICS. Then walk to back door of Memorial Hall, pointing out shuttle stop/talking about shuttles]*

- point out William James Hall (psychology, sociology, anthropology), mention undergraduate research
- "there are more research positions for undergraduates than undergraduates to fill them"

## Third Stop, Canaday Courtyard

**Freshman Dorms:**

- All building around us are freshman dorms with a couple exceptions: University Hall (office of Dean Evelyn Hammonds), Harvard Hall (a few lecture halls, mostly small classrooms), and Massachusetts Hall (top 2 floors house 30 lucky freshmen who get to say that the president of the university, Drew Faust, worked under them [her office is there])
- Conveniently near classrooms
- All freshmen together (building a sense of community among freshmen)
- Housing questionnaire, hand-picked roommates
- Only freshmen live together in these buildings, allowing first-year students to really get to know their classmates.
- **Talk about freshman experiences in general with PERSONAL stories.**
- Advising linked to residential life (proctor, peer advising fellow, academic advisor)
- At the end of freshman year, you are placed in an upper-class house, which we will see examples of at the end of the tour


## Fourth Stop, Tercentenary Theater

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Tercentenary Theater**

- Harvard career begins there with Convocation and ends there with Class Day and Commencement (Class Day speakers: from Mother Theresa to Seth MacFarlane, the creator of Family Guy. Amy Poehler in 2011 and Will Ferrell in 2003)
- Memorial Church - a nondenominational church that holds weekly services and daily morning prayers for those who wish to participate but also serves as a venue for various events on campus

**Harry Elkins Widener Memorial Library**

- Harry Elkins Widener was a student at Harvard, graduating in the class of 1907. Shortly after his graduation, Harry traveled to Europe with his family in search of rare books to add to his collection. After a successful trip, the Widener family wanted to travel back to US in style, so they bought two first-class tickets aboard the R.M.S. Titanic. As we all know, the Titanic struck an iceberg and began sinking, so the story goes that Harry and his Mother were able to secure spots on lifeboats. Harry, however, realized that his precious books were still on the sinking ship, so he went back aboard to retrieve them, but was never seen again. Upon her return to the US, Harry's grieving mother decided to honor her son by combining his two greatest loves - Harvard and books - by donating money to Harvard for a library to be built in her son's name. In donating this money, Mrs. Widener had a couple of stipulations. The first stipulation was that Widener Library contain an exact replica of Harry's study from home and that fresh flowers be placed in it every day, and also that a page would be turned in Harry's bible every morning. So there is in fact a room just like it in the library, right down to fresh cut flowers put in daily just as Mrs. Widener would have done in her son's study, and a new page is turned in Harvard's copy of the Gutenberg Bible every day. Lastly, Mrs. Widener feared that years later, someone with even more money would come and that her son's library might be demolished or renamed (ironic because she did just that, demolished a pre-existing library, to build hers), so she demanded that no piece of brick, stone, or mortar of the building ever be changed from the exterior of the building. While this condition at first seemed manageable, Harvard's library collection soon began to outgrow even this massive building, so, upon further investigation, we realized that Mrs. Widener had never mentioned the building's foundation. Thus, Widener library was extended down four stories, meaning that we are all standing on miles of bookshelves right now [if standing close to the library]. There are 55 miles of shelving, to be exact.

**Libraries and Other Resources**

- Biggest Private library in the United States and part of the largest University Library collection, 4th largest library system in the world (after US. Library of Congress, British Public Library, and National Library in France)
- Nearly 17 million volumes, part of system of Harvard's over 70 libraries
- Scan and deliver service allows you to use a chapter of a book without making the book inaccessible to other students, also can use it when not on campus like for summer work.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Bureau of Study Counsel – procrastinators anonymous group, peer tutoring, individual counseling with professional counselors, etc.
- Office of Career Services
  - Panels and information sessions for jobs, graduate school, fellowships, etc.
- Office of International Programs
  - Study abroad (term and summer)
  - Summer: study abroad, volunteer abroad, work abroad, research abroad, etc.
  - 250+ pre-approved programs to choose from for semester study abroad (and can find your own and get it approved)
  - funding available for summer experiences; financial aid carries over for semester study abroad
- QUESTIONS ABOUT RESOURCES?

*[Walk to the John Harvard statue, between University Hall and Weld. As you walk, talk about **security** (i.e., blue lights, HUPD, swipe access, escort system, van service]*

## Fifth Stop, Old Yard

**John Harvard Statue**
Statue of Three Lies: The front of the statue reads "John Harvard, Founder, 1638."

1. First, John Harvard was not Harvard's founder. Harvard was founded by the Massachusetts Bay Colony as the "Newtowne College." When he died, John Harvard donated half of his estate to the college, so they renamed it in his honor.
2. Second, Harvard was founded in 1636. 1638 was the year in the college was renamed Harvard.
3. Lastly, and perhaps most egregiously, that is not John Harvard. Nobody knows what John Harvard looks like because any known portraits of him burned in a fire when Harvard Hall was the school's library in the early 1700s. There are thus some competing stories about who exactly this man is.

One explanation is that when the sculptor, Daniel Chester French, came to Harvard to work on this statue, he plucked the "most Harvard looking" man from Harvard Yard to be his model. Another story relates to the fact that many of Harvard's upperclass houses are named after former University presidents. For example, Lowell House, where we are heading next, is named after former president Lowell. There was one president, though, that Harvard felt it could not name a house after, and that was president Hoar: H-O-A-R. Could you imagine the PR nightmare if Harvard freshmen excitedly called their parents to tell them they would be living in Hoar House next year? So Harvard chose to honor President Hoar in a different way, by allowing his descendant, Bernard Hoar, to sit for this statue.

*[Walk to the Lowell Courtyard, going down Holyoke Street on the side with UHS. Point out the T station, things you enjoy in the Square, HUHS (24-hour physical and mental health services, 365 days a year), Farkas Hall, the MAC]*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Last Stop, Lowell Courtyard

**Blocking (if this hasn't already been covered in the info session/at previous stop)**

- How it works, don't have to live with your blockmates within the house
- Stay in the house for 3 years, Housing is guaranteed for four years and 97% of students will live on campus all four years.
- Each of the twelve upper-class houses accommodates 300-500 students, and each House staff will include professors, tutors, advisers and visiting faculty.

**Who's in the house**

- House Masters ("parents" of the house), tutors ("big brothers and sisters" of the house, all academic fields and pre-professional), resident dean (academic and residential adviser), know dining staff, security guard, etc.
- re-emphasize residential advising

**What's in the house (facilities)**

- EVERY HOUSE: Dining hall, library, computer lab, laundry room, meeting rooms
- Other: gym, rock-climbing wall, pottery studio, darkroom, dance studio, band room, grille, etc.
  - open to students from all houses AND freshmen
- Athletic facilities are <10 minutes away from here

**House Life** /Why the houses add so much to a student's experience:

- What you love about your house, or what you are most looking forward to about house life
- Talk about what's special about your house (formals, traditions, opera, field days, house masters, etc.)
- You get your diploma at graduation in your house (house masters know you/care/ are proud of you)

## Wrap-Up

Example conclusion: "I'm so glad you're visiting Harvard. It's a really great place. We have amazing opportunities, both inside and outside the classroom, and incredible resources. But above all, pretty much any Harvard student would tell you that the best part of this school is the people (professors, tutors, staff, etc., but especially fellow students)."

- How to get back to the yard and to the square
- Final Questions?  I'll stick around for a few minutes so come talk to me afterward if you need anything.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY