# EXHIBIT 65

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**1**

# Admissions and Financial Aid at Harvard College

For Discussion

February 2013

Office of Institutional Research

HARV00031687

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Introduction

PRELIMINARY DRAFT **2**

- Nationally, there has long been interest in issues surrounding college access and affordability. In the last decade, the conversation has expanded to focus on college outcomes and achievement. Harvard College has a long tradition of promoting these goals.

- In order to signal its commitment to these goals, Harvard has made a series of public changes that amplify the scrutiny and attention already paid to its admissions and financial aid practices.  These include:

  - The recent reintroduction of early action admissions

  - Financial aid initiatives aimed at improving the affordability for most US families

- Externally, many continue to raise questions about Harvard's commitment to access and achievement.

- Internally, we are concerned about the effects of public and non-public changes on our ability to recruit students to Harvard, their experience at Harvard, and whether our investments are financially sustainable.

HARV00031688

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Recent admissions and financial aid questions raised

PRELIMINARY DRAFT   **3**

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Does the admissions process disadvantage Asians?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

HARV00031689

**Today's Goals**

PRELIMINARY DRAFT

4

- Review OIR work related to Part I: Access

- Discuss next steps

- Clarify priorities and timing

- Discuss additional data needed

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Contents

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HARV00031692

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Guiding questions

PRELIMINARY DRAFT

**7**

How do early action pools at Harvard compare to the regular action pools for the class of 2016 and the classes of 2007-2011?

How do the two early action pools compare to each other?

What is the relationship between early action and yield rates?

How much can we learn from only one admissions cycle with early action back in place?

HARV00031693

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Review of findings from Fall 2010 early action analysis

PRELIMINARY DRAFT

8

1. Access

- Yield rates for the most highly rated Hispanic, Black and White students declined after the end of early action.
- Yield rates for all Hispanic and White students declined after the end of early action.

### Yield Rates by Race Ethnicity, Fall 2003 to Fall 2010



Students with High Academic and Extracurricular Ratings

All Students

**Number of Admits**

| | High Ratings | All Admits |
|---|---|---|
| Asian | 2,033 | 3,131 |
| White | 3,462 | 7,432 |
| Hispanic | 411 | 1,581 |
| Black | 253 | 1,769 |

Ethnicities with statistically significant changes marked in crimson

| | 2003-2007 | 2008-2010 |
|---|---|---|
| **URM Yield Rate** | 64.5% | 54.5% |

Source: Office of Admissions and Financial Aid
"High" rating indicates a rating of 1 or 2.

HARV00031694

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## The new early applicant pools are smaller than prior early applicant pools in relative terms

9



Early Applicants as a Proportion of the Applicant Pool, by Class

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Applicants | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 | 35,022 |
| Early Applicants | 7,614 | 3,889 | 4,214 | 3,869 | 4,008 | 0 | 0 | 0 | 0 | 4,228 | 4,856 |

Students permitted to apply to multiple EA schools and one ED school

Return to single-choice EA program

EA program ends

Return of EA program

Source: Office of Admissions
Application from previous admits counted in total applicants.
The class of 2007 is the only year that allowed students to participate in multiple early action programs in addition to one early decision program.

HARV00031695

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Compared to regular applicant pool, new and old early action pools look similar

**10**



HARV00031696

*Significant difference *p*<0.001

The bars in these graphs represent differences for these years of early action as compared to the regular action pool.  See Appendix.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## The 2016 early action pool is more diverse than old early action pools

PRELIMINARY DRAFT          **11**



*Demographic Differences Between Early Applicant Pools*

\*Significant difference *p*<0.001
Figures in the chart above are the differences between the two early action pools.  See Appendix.
Early action was not in place  for the classes of 2012-2015.

HARV00031697

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Yield rates are higher in early action years

PRELIMINARY DRAFT    12



Early admissions was not in effect for the classes of 2012–2015.
Previous admits, who represent a small proportion of the overall applicant pool, are excluded.

HARV00031698

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**High admissions ratings sub-groups in 2016 appear to have higher yield rates than before**

13



Change in Yield Rates Between Classes of 2016 and 2012-2015

High ratings defined as having 1 or 2 for both academic and extracurricular admissions ratings
2016 yield rates for early action applicants = 93.5%
*Significant difference $p<0.05$

HARV00031699

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Profile of Class of 2016: Small Demographic Shifts

PRELIMINARY DRAFT    14

Race/Ethnicity of Matriculants, by Class

Legend: International, White, Asian, Unknown/Other, Hispanic, African American, Native American

Fee Waiver Status of Matriculants, by Class — Fee Waiver

URM Status of Matriculants, by Class — URM

Parent Education of Matriculants, by Class — Legacy, First Generation

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Summary of findings: Early action analysis

**How do early action applications at Harvard compare to regular action applicants? Are patterns similar for the class of 2016 and the classes of 2007-2011?**
- Both early action populations look demographically similar to one another, compared to the regular action populations. Compared to regular action, early action applicants have higher academic ratings, and include more male, Caucasian and Asian applicants.

**Are there any noticeable differences in the two early action populations?**
- The new early action applicants appear to be more diverse than the previous early action population, with higher percentages of African American, Hispanic, and International students.

**What is the relationship between early action and yield rates?**
- Yield rates are higher for early action applicants.
- African American and Hispanic applicants with high admissions ratings appear in this 2016 year to have had the largest increase in yield rates.

**How much can we learn from only one year of having early action back in place?**
- Not enough to be statistically confident in trends – it is worth revisiting the data annually, particularly in light small demographic shifts in the matriculating class of 2016.

HARV00031701

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031702

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031703

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031704

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031705

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031706

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031707

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00031708

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00031709

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031710

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031711

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031712

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00031713



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00031714

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031715

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HARV00031716

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Methods**

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models using data from classes of 2007-2016.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.

- The following analysis is **preliminary** and for discussion.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Models Used

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Model 1: Academic only | Model 2: Add Legacy and Athlete | Model 3: Add Personal and Extracurricular | Model 4: Add Demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | Legacy | Legacy | Legacy |
| | Athlete | Athlete | Athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Projected Admitted Student Pools

PRELIMINARY DRAFT    34



| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

HARV00031720

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Projected Admit Rates

35



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## What have we learned?

PRELIMINARY DRAFT

36

- Once we account for ratings and demographic factors, we can closely predict what the admitted class will look like.

- With current data, we explain a significant amount of the variation in admission, but further details (especially around the personal rating) may provide further insight.

- There are a variety of factors that quantitative data is likely to miss or ratings do not capture. We'd like to better understand:

  - Exceptional talent (music, art, writing)

  - The role of context cases

  - The role of the personal statement/essay

  - Measures of socio-economic status (HFAI Flag, Low Income Flag)

HARV00031722

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Next steps

- Determining priorities, timing, and audiences
  - Should this work be shared with additional audiences (e.g. President Faust, Dean Smith, Dean Hammonds)?
  - What are your priorities?
- The Finance Committee has expressed interest in a number of questions related to Harvard's affordability initiatives.

HARV00031723

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Next Steps: Addressing questions raised about admissions and financial aid

PRELIMINARY DRAFT

38

### Research Question

### Next Steps

*Part I: Access*

1.  What is the effect on our applicant pool and yield of reintroducing early action?

2.  Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3.  Is there bias against Asians in college admissions?

- Who else should see this work?
- To further address the question of bias, is there more data to elaborate our understanding of the role of the personal essay and other factors?

*Part II: Affordability*

4.  What is the effect of our financial aid policies on our applicant pools and yields?

5.  How affordable is Harvard to the "typical" family?

6.  How much growth in the aid budget can the FAS sustain?

- These questions were raised by the Finance Committee of the Corporation.
- How do we think about affordability in the current budget climate?
- Who are the audiences, beyond the Corporation?

*Part III: Achievement*

7.  How can we measure achievement among Harvard College graduates?

- OIR has gathered a variety of options for outcomes including National Student Clearinghouse data, AA&D data, and student surveys.
- How would you prioritize this question relative to others?

HARV00031724

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HARV00031725

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Compared to regular applicant pool, new and old early action pools look similar

40

| | 2007-2011 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Early Action | Regular | Total | Early Action | Regular | Total |
| **Gender** | | | | | | |
| Female | 49.0% | 50.6% | 50.2% | 47.4% | 48.5% | 48.3% |
| Male | 51.0% | 49.4% | 49.8% | 52.6% | 51.5% | 51.7% |
| **Parent Education** | | | | | | |
| Some College | 85.1% | 84.1% | 84.3% | 83.7% | 85.0% | 84.8% |
| Harvard Grad | 7.1% | 2.1% | 3.2% | 8.1% | 1.7% | 2.5% |
| No College | 7.8% | 13.8% | 12.5% | 8.2% | 13.3% | 12.7% |
| **Race Ethnicity** | | | | | | |
| African American | 4.7% | 8.4% | 7.6% | 8.9% | 9.9% | 9.8% |
| Asian | 24.2% | 20.5% | 21.3% | 21.4% | 20.3% | 20.4% |
| Hispanic | 6.5% | 9.4% | 8.8% | 9.0% | 10.3% | 10.1% |
| International | 11.3% | 16.0% | 15.0% | 14.0% | 19.1% | 18.5% |
| Native American | 0.8% | 1.1% | 1.0% | 1.1% | 1.0% | 1.0% |
| Other | 0.9% | 1.5% | 1.3% | 0.0% | 0.0% | 0.0% |
| Unknown | 7.7% | 7.4% | 7.4% | 7.0% | 7.2% | 7.2% |
| White | 43.9% | 35.8% | 37.5% | 38.7% | 32.2% | 33.0% |
| **Academic Rating** | | | | | | |
| Academic 1 | 2.1% | 0.5% | 0.8% | 1.6% | 0.3% | 0.5% |
| Academic 2 | 48.1% | 31.2% | 35.0% | 49.8% | 38.1% | 39.6% |
| Academic 3 | 41.3% | 48.9% | 47.2% | 35.9% | 41.1% | 40.4% |
| Academic 4 | 7.6% | 15.8% | 14.0% | 9.6% | 14.5% | 13.9% |
| Academic 5 | 0.9% | 3.6% | 3.0% | 3.1% | 6.0% | 5.6% |
| **Fee Waiver** | | | | | | |
| No | 95.2% | 88.9% | 90.3% | 92.7% | 87.6% | 88.2% |
| Yes | 4.8% | 11.1% | 9.7% | 7.3% | 12.4% | 11.8% |

HARV00031726

## 2016 early action pool is more diverse than old early action pools

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031727

|  | 2007-2011 | 2016 | All |
|---|---|---|---|
| **Gender** | | | |
| Female | 49.0% | 47.4% | 48.7% |
| Male | 51.0% | 52.6% | 51.3% |
| | | | |
| **Parent Education** | | | |
| Some College | 85.1% | 83.7% | 84.9% |
| Harvard Grad | 7.1% | 8.1% | 7.2% |
| No College | 7.8% | 8.2% | 7.9% |
| | | | |
| **Race Ethnicity** | | | |
| African American | 4.7% | 8.9% | 5.4% |
| Asian | 24.2% | 21.4% | 23.7% |
| Hispanic | 6.5% | 9.0% | 6.9% |
| International | 11.3% | 14.0% | 11.7% |
| Native American | 0.8% | 1.1% | 0.8% |
| Other Race/Ethnicity | 0.9% | 0.0% | 0.8% |
| Unknown Race/Ethnicity | 7.7% | 7.0% | 7.6% |
| White | 43.9% | 38.7% | 43.1% |
| | | | |
| **Academic Rating** | | | |
| Academic 1 | 2.1% | 1.6% | 2.0% |
| Academic 2 | 48.1% | 49.8% | 48.3% |
| Academic 3 | 41.3% | 35.9% | 40.5% |
| Academic 4 | 7.6% | 9.6% | 7.9% |
| Academic 5 | 0.9% | 3.1% | 1.2% |
| | | | |
| **Fee Waiver** | | | |
| No | 95.2% | 92.7% | 94.8% |
| Yes | 4.8% | 7.3% | 5.2% |

## Model Fit

### Admit Rates

|  | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 7.24% | 7.63% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.43% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

### Entering Classes

|  | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.11% | 8.09% | 0.02% |
| White | 44.08% | 43.21% | 0.87% |

## Model Fit

### Difference in Projected vs. Actual Admit Rate

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 0.002412 | 0.004282 | 0.002479 | 0.005113 | 0.012497 | 0.007495 | 0.004567 | 0.002473 | 0.000407 | 0.000752 |
| African Ar | 0.019531 | -0.00496 | -0.00075 | 0.003436 | -0.01049 | -0.01558 | -0.00816 | -0.01232 | 0.000682 | -0.01331 |
| Internatio | 0.015547 | 0.014264 | 0.010059 | 0.009594 | 0.002495 | 0.014182 | 0.011458 | 0.009821 | 0.006937 | 0.006522 |
| Hispanic | 0.003422 | 0.002778 | -0.01048 | -0.0116 | -0.00537 | -0.0097 | 0.00521 | -0.00038 | 0.00736 | -0.00927 |
| Native Am | 0.037838 | 0 | -0.00588 | -0.01415 | 0.031674 | 0.02381 | -0.00893 | 0.009494 | -0.0069 | -0.02667 |
| Unknown | -0.00079 | -0.00096 | -0.00564 | -0.00755 | -0.00792 | 0.007795 | -0.00067 | 0.038691 | 0.011152 | 0.00307 |
| White | -0.01003 | -0.00613 | -0.00169 | 0.001581 | -0.00476 | 0.002299 | 0.002692 | 0.005373 | 0.00121 | 0 |

### Difference in Projected vs. Actual Admitted Class Demographics

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asian | -0.0056 | -0.0083 | -0.0059 | 0.009 | -0.0272 | -0.0107 | -0.0054 | 0.0023 | 0.0063 | -0.0055 |
| African Ar | -0.01 | 0.0023 | 1E-04 | -0.0012 | 0.0078 | 0.0176 | 0.0122 | 0.0193 | 0.0037 | 0.0156 |
| Internatio | -0.0151 | -0.0134 | -0.0117 | -0.0096 | -0.0036 | -0.0175 | -0.014 | -0.0113 | -0.0108 | -0.0149 |
| Hispanic | -0.0028 | -0.002 | 0.0078 | 0.0106 | 0.0045 | 0.013 | -0.0025 | 0.0049 | -0.007 | 0.0119 |
| Native Am | -0.0034 | -0.0001 | 0.0005 | 0.0016 | -0.0034 | -0.002 | 0.0014 | -0.0005 | 0.0015 | 0.0037 |
| Unknown | 0.0001 | 0.0004 | 0.0049 | 0.0083 | 0.0069 | -0.0056 | 0.0053 | -0.0103 | -0.0042 | -0.0045 |
| White | 0.0369 | 0.021 | 0.0045 | -0.0006 | 0.0148 | 0.0052 | 0.0029 | -0.0044 | 0.0106 | -0.0063 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031729



Framing from Drew

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00031730

## Introduction

PRELIMINARY DRAFT   2

- Nationally, there has long been interest in issues surrounding college access and affordability. In the last decade, the conversation has expanded to focus on college outcomes and achievement. Harvard College has a long tradition of promoting these goals.

- In order to signal its commitment to these goals, Harvard has made a series of public changes that amplify the scrutiny and attention already paid to its admissions and financial aid practices. These include:

    - The recent reintroduction of early action admissions

    - Financial aid initiatives aimed at improving the affordability for most US families

- Externally, many continue to raise questions about Harvard's commitment to access and achievement.

- Internally, we are concerned about the effects of public and non-public changes on our ability to recruit students to Harvard, their experience at Harvard, and whether our investments are financially sustainable.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          HARV00031731

## Recent admissions and financial aid questions raised

PRELIMINARY DRAFT   3

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Does the admissions process disadvantage Asians?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031732

**Today's Goals**                                                    PRELIMINARY DRAFT    4

- Review OIR work related to Part I: Access

- Discuss next steps

- Clarify priorities and timing

- Discuss additional data needed

4





## Contents

PRELIMINARY DRAFT 5

Part I: Access

- A first look at the return of early action
- Shift in the gender balance and impact of concentration choice
- Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Contents**

PRELIMINARY DRAFT   6

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration of race

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031735

**Guiding questions**

PRELIMINARY DRAFT 7

How do early action pools at Harvard compare to the regular action pools for the class of 2016 and the classes of 2007-2011?

How do the two early action pools compare to each other?

What is the relationship between early action and yield rates?

How much can we learn from only one admissions cycle with early action back in place?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031736



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031737



The new early applicant pools are smaller than prior early applicant pools in relative terms

Source: Office of Admissions
Application from previous admits counted in total applicants.
The class of 2007 is the only year that allowed students to participate in multiple early action programs in addition to one early decision program.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00031738



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00031739



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031740



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031741



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031742



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00031743

**Summary of findings: Early action analysis** <span>PRELIMINARY DRAFT</span> <span>15</span>

**How do early action applications at Harvard compare to regular action applicants? Are patterns similar for the class of 2016 and the classes of 2007-2011?**
- Both early action populations look demographically similar to one another, compared to the regular action populations. Compared to regular action, early action applicants have higher academic ratings, and include more male, Caucasian and Asian applicants.

**Are there any noticeable differences in the two early action populations?**
- The new early action applicants appear to be more diverse than the previous early action population, with higher percentages of African American, Hispanic, and International students.

**What is the relationship between early action and yield rates?**
- Yield rates are higher for early action applicants.
- African American and Hispanic applicants with high admissions rat ngs appear in this 2016 year to have had the largest increase in yield rates.

**How much can we learn from only one year of having early action back in place?**
- Not enough to be statistically confident in trends – it is worth revisiting the data annually, particularly in light small demographic shifts in the matriculating class of 2016.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Contents**

PRELIMINARY DRAFT    16

Part I. Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031745



17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031747



19

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    HARV00031748



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    HARV00031750



22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



23

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031752



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



30

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031759



Contents

Part I. Access

A first look at the return of early action

Shift in the gender balance and impact of concentration of race

**Evaluating factors that play a role in Harvard College admission**

Appendix: Data Tables

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031760

## Methods

**Goal:**   Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models using data from classes of 2007-2016.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.

- The following analysis is **preliminary** and for discussion.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00031761

## Models Used

| Model 1: Academic only | Model 2: Add Legacy and Athlete | Model 3: Add Personal and Extracurricular | Model 4: Add Demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | Legacy | Legacy | Legacy |
| | Athlete | Athlete | Athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

33



| | Academics Only | Legacy and Athlete | Extracurricular and Persona | Demographics | |
| --- | --- | --- | --- | --- | --- |
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.17% | 10.46% |
| International | 7.27% | 5.86% | 7.94% | 7.60% | 8.90% |
| Hispanic | 2.47% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.29% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.00% |
| White | 38.27% | 48.03% | 50.63% | 44.08% | 43.23% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031763



## Projected Admit Rates

PRELIMINARY DRAFT    35

|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.68% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.87% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## What have we learned?

PRELIMINARY DRAFT · 36

- Once we account for ratings and demographic factors, we can closely predict what the admitted class will look like.

- With current data, we explain a significant amount of the variation in admission, but further details (especially around the personal rating) may provide further insight.

- There are a variety of factors that quantitative data is likely to miss or ratings do not capture. We'd like to better understand:

  - Exceptional talent (music, art, writing)

  - The role of context cases

  - The role of the personal statement/essay

  - Measures of socio-economic status (HFAI Flag, Low Income Flag)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Next steps**

PRELIMINARY DRAFT 37

- Determining priorities, timing, and audiences
  - Should this work be shared with additional audiences (e.g. President Faust, Dean Smith, Dean Hammonds)?
  - What are your priorities?
- The Finance Committee has expressed interest in a number of questions related to Harvard's affordability initiatives.

37

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031766

**Next Steps: Addressing questions raised about admissions and financial aid** PRELIMINARY DRAFT  38

| Research Question | Next Steps |
|---|---|
| **Part I: Access** | • Who else should see this work? |
| 1. What is the effect on our applicant pool and yield of reintroducing early action? | • To further address the question of bias, is there more data to elaborate our understanding of the role of the personal essay and other factors? |
| 2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS? | |
| 3. Is there bias against Asians in college admissions? | |
| **Part II: Affordability** | • These questions were raised by the Finance Committee of the Corporation. |
| 4. What is the effect of our financial aid policies on our applicant pools and yields? | • How do we think about affordability in the current budget climate? |
| 5. How affordable is Harvard to the "typical" family? | • Who are the audiences, beyond the Corporation? |
| 6. How much growth in the aid budget can the FAS sustain? | |
| **Part III: Achievement** | • OIR has gathered a variety of options for outcomes including National Student Clearinghouse data, AA&D data, and student surveys. |
| 7. How can we measure achievement among Harvard College graduates? | • How would you prioritize this question relative to others? |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031767



**Contents**

PRELIMINARY DRAFT 39

Part I: Access

A first look at the return on early action

Shift in the gender balance and impact of concentration of race

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

39

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031768

**Compared to regular applicant pool, new and old early action pools look similar**

| | 2007-2011 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Early Action | Regular | Total | Early Action | Regular | Total |
| **Gender** | | | | | | |
| Female | 49.0% | 50.6% | 50.2% | 47.4% | 48.5% | 48.3% |
| Male | 51.0% | 49.4% | 49.8% | 52.6% | 51.5% | 51.7% |
| **Parent Education** | | | | | | |
| Some College | 85.1% | 84.1% | 84.3% | 83.7% | 85.0% | 84.8% |
| Harvard Grad | 7.1% | 2.1% | 3.2% | 8.1% | 1.7% | 2.5% |
| No College | 7.8% | 13.8% | 12.5% | 8.2% | 13.3% | 12.7% |
| **Race Ethnicity** | | | | | | |
| African American | 4.7% | 8.4% | 7.6% | 8.9% | 9.9% | 9.8% |
| Asian | 24.2% | 20.5% | 21.3% | 21.4% | 20.3% | 20.4% |
| Hispanic | 9.5% | 9.6% | 8.8% | 9.0% | 10.3% | 10.1% |
| International | 11.3% | 16.0% | 15.0% | 14.0% | 19.1% | 18.5% |
| Native American | 3.8% | 1.1% | 1.6% | 1.1% | 1.0% | 1.0% |
| Other | 3.9% | 1.5% | 1.3% | 0.0% | 0.0% | 0.0% |
| Unknown | 7.7% | 7.4% | 7.4% | 7.0% | 7.2% | 7.2% |
| White | 43.9% | 35.6% | 37.9% | 38.7% | 32.2% | 33.0% |
| **Academic Rating** | | | | | | |
| Academic 1 | 2.1% | 0.5% | 0.8% | 1.6% | 0.3% | 0.5% |
| Academic 2 | 48.1% | 31.2% | 35.0% | 49.8% | 38.2% | 39.6% |
| Academic 3 | 41.3% | 48.9% | 47.2% | 35.9% | 41.1% | 40.4% |
| Academic 4 | 7.6% | 15.8% | 14.0% | 9.6% | 14.5% | 13.9% |
| Academic 5 | 0.9% | 3.6% | 3.0% | 3.1% | 6.0% | 5.6% |
| **Fee Waiver** | | | | | | |
| No | 95.2% | 88.9% | 90.3% | 92.7% | 87.6% | 88.2% |
| Yes | 4.8% | 11.1% | 9.7% | 7.3% | 12.4% | 11.8% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031769

**2016 early action pool is more diverse than old early action pools**

PRELIMINARY DRAFT  41

| | 2007-2011 | 2016 | All |
|---|---|---|---|
| **Gender** | | | |
| Female | 49.0% | 47.4% | 48.7% |
| Male | 51.0% | 52.6% | 51.3% |
| **Parent Education** | | | |
| Some College | 85.1% | 83.7% | 84.9% |
| Harvard Grad | 7.1% | 8.1% | 7.2% |
| No College | 7.8% | 8.2% | 7.9% |
| **Race Ethnicity** | | | |
| African American | 4.7% | 8.9% | 5.4% |
| Asian | 24.2% | 21.4% | 23.7% |
| Hispanic | 6.5% | 9.0% | 6.9% |
| International | 11.3% | 14.0% | 11.7% |
| Native American | 0.8% | 1.1% | 0.8% |
| Other Race/Ethnicity | 0.9% | 0.0% | 0.8% |
| Unknown Race/Ethnicity | 7.7% | 7.0% | 7.6% |
| White | 43.9% | 38.7% | 43.1% |
| **Academic Rating** | | | |
| Academic 1 | 2.1% | 1.6% | 2.0% |
| Academic 2 | 48.1% | 49.8% | 48.3% |
| Academic 3 | 41.3% | 35.9% | 40.5% |
| Academic 4 | 7.6% | 9.6% | 7.9% |
| Academic 5 | 0.9% | 3.1% | 1.2% |
| **Fee Waiver** | | | |
| No | 95.2% | 92.7% | 94.8% |
| Yes | 4.8% | 7.3% | 5.2% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031770

## Model Fit

PRELIMINARY DRAFT 42

**Admit Rates**

| | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 7.24% | 7.62% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.42% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

**Entering Classes**

| | Model 4 | Actual | Difference |
|---|---|---|---|
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.25% | -0.02% |
| Unknown | 8.13% | 8.06% | 0.02% |
| White | 44.08% | 43.21% | 0.87% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HARV00031771



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00031772