# EXHIBIT 66

1

PRELIMINARY DRAFT

# Admissions Part II
## Subtitle

February 14, 2012

Office of Institutional Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065741

# Summary

- Athletes and Legacies explain the difference in raw admit rates for Asian and White applicants.

- Asian applicants have higher average ratings and test scores (excluding the personal rating).

- Differences exist in the raw admit rates of Asian and White students with similar test scores and academic indices. Even top scores and ratings don't guarantee admission.

- Personal rating is important in models of the admissions process and drive some of the demographic differences we see.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



*Admit Rates by Ethnicity, Classes of 2007-2016*

Legend: Asian, African American, International, Hispanic, Native American, Unknown, White

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate - White | 7.60% | 9.39% | 7.72% | 7.71% | 8.56% | 7.72% | 6.57% | 6.36% | 5.45% | 6.02% |
| Admit Rate - Asian | 11.69% | 12.13% | 11.27% | 11.58% | 10.94% | 9.93% | 9.11% | 8.76% | 7.58% | 7.50% |
| Difference | 4.09% | 2.74% | 3.55% | 3.88% | 2.38% | 2.21% | 2.54% | 2.40% | 2.14% | 1.48% |

HARV00065743



**Non-Legacy, Non-Athlete Admit Rates by Ethnicity, Classes of 2007–2016**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate - White | 7.21% | 8.90% | 7.34% | 7.34% | 8.09% | 7.21% | 6.00% | 5.96% | 4.93% | 5.34% |
| Admit Rate - Asian | 8.75% | 8.79% | 8.30% | 8.26% | 7.46% | 7.17% | 6.46% | 6.25% | 5.32% | 5.09% |
| Difference | 1.54% | -0.12% | 0.96% | 0.93% | -0.64% | -0.04% | 0.46% | 0.29% | 0.38% | -0.25% |

Legend:
- Asian
- African American
- International
- Hispanic
- Native American
- Unknown
- White

PRELIMINARY DRAFT

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065744



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



*Admit Rates by Academic Index for White and Asian Applicants, Classes of 2007-2016*

Notes:
- Excludes legacies and athletes.
- Academic Index doesn't account for everything in admissions process.  Even top rated students barely have a 50% admit rate.

HARV00065746

7



*Admit Rates by Average SAT I for White and Asian Applicants, Classes of 2007–2016*

Notes:
• Excludes legacies and athletes.
• Spikiness in distribution due to rounding averages to integers.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



PRELIMINARY DRAFT

**Model**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065749

# Methods

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models.

- Generate fitted probabilities of admissions – given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.  N = , admit rate =

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065750

PRELIMINARY DRAFT

11

# Projected Admitted Student Pools



| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065751

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065752

PRELIMINARY DRAFT

12

# Projected Admit Rates



| | Academics Only | Legacy and Athlete | Extracurricular and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|---|
| | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

13

PRELIMINARY DRAFT

**Conclusions**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065753

14

PRELIMINARY DRAFT

# Possible Explanations

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065754

# The Personal Rating: Numeric value doesn't capture full picture of applicant

PRELIMINARY DRAFT

15



### Inputs

SAT Scores

GPA

Alumni Interview

Teacher Ratings

Guidance Counselor Ratings

**Application Essay?**

### Outputs

Reader classifies student → Academic Rating

Calculation performed → Academic Index

Reader classifies student → Personal Rating

| | | |
|---|---|---|
| Academic Index | SAT Scores + GPA | Accounts for 98% of the variation in Academic Index.  Academic Index is a weighted average. |
| Academic Rating | SAT Scores + GPA | Accounts for 70% of the variation in Academic Rating.  Can't explain some of the variation because Academic Rating data doesn't include the granuality provided by + and -.  Also potentially some noise due to readers |
| Personal Rating | School Support + Alumni Interviews | Accounts for 20% of the variation in Personal Rating.  Inputs of Teacher Evaluations, Guidance Counselor Evaluations, and Alumni Interviews don't fully explain how Personal Ratings are assigned.  Don't have any numeric rating of personal statement. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065755

# Dockets: Differences in Admit Rates by Region not Explained by Athletes and Legacies



*Admit Rates by Region for White and Asian Non-Athlete, Non-Legacy Applicants, Classes of 2007-2016*

Legend:
- Asian
- White
- Total

| | CA and Northwest | Texas | Northeast and Atlantic | Great Lakes | New York | Massachusetts | South | Midwest and Southwest |
|---|---|---|---|---|---|---|---|---|
| Percent Asian | 39% | 28% | 25% | 24% | 23% | 20% | 20% | 20% |
| Total Applicants | 42,033 | 12,165 | 31,706 | 22,000 | 21,373 | 17,161 | 31,135 | 15,733 |

Notes:
- Excludes legacies and athletes.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065756

16

DRAFT

PRELIMINARY DRAFT

## Other Possibilities

- Information lost by not recording plusses and minuses.

- Yield considered when admitting students?

- Other factors not used in models:
  - Children faculty/staff
  - Search for socioeconomic diversity
  - High school quality/opportunities open to student
  - Dockets

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Framing from Drew

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065758

**Summary**                                                      PRELIMINARY DRAFT   2

- Athletes and Legacies explain the difference in raw admit rates for Asian and White applicants.

- Asian applicants have higher average ratings and test scores (excluding the personal rating).

- Differences exist in the raw admit rates of Asian and White students with similar test scores and academic indices.  Even top scores and ratings don't guarantee admission.

- Personal rating is important in models of the admissions process and drive some of the demographic differences we see.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                     HARV00065759



Admit Rates by Ethnicity, Classes of 2007-2016

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate - White | 7.60% | 9.39% | 7.72% | 7.71% | 8.56% | 7.72% | 6.57% | 6.36% | 5.45% | 6.02% |
| Admit Rate - Asian | 11.69% | 12.13% | 11.27% | 11.58% | 10.94% | 9.93% | 9.11% | 8.76% | 7.58% | 7.50% |
| Difference | 4.09% | 2.74% | 3.55% | 3.88% | 2.38% | 2.21% | 2.54% | 2.40% | 2.14% | 1.48% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065760



Non-Legacy, Non-Athlete Admit Rates by Ethnicity, Classes of 2007-2016

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate - White | 7.21% | 8.90% | 7.34% | 7.34% | 8.09% | 7.21% | 6.00% | 5.96% | 4.93% | 5.34% |
| Admit Rate - Asian | 8.75% | 8.79% | 8.30% | 8.26% | 7.46% | 7.17% | 6.46% | 6.25% | 5.32% | 5.09% |
| Difference | 1.54% | -0.12% | 0.96% | 0.93% | -0.64% | -0.04% | 0.46% | 0.29% | 0.38% | -0.25% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065761



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065762



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065763



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065764



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065765



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065766

## Methods

10

Text

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**
• Fit a series of basic logistic regression models.

• Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

• For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

• Examine resulting demographics and admit rates by ethnicity.

**Notes:**
• Students with no academic index are excluded from this analysis.  N =  , admit rate =



| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065767



Projected Admitted Student Pools

|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065768



**Projected Admit Rates**                                                    PRELIMINARY DRAFT   12

|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.64% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.48% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              HARV00065769



Conclusions

PRELIMINARY DRAFT   13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065770

**Possible Explanations**

PRELIMINARY DRAFT

14

14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065771



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065772



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00065773



**Other Possibilities**                                              PRELIMINARY DRAFT   17

- Information lost by not recording plusses and minuses.

- Yield considered when admitting students?

- Other factors not used in models:
  - Children faculty/staff
  - Search for socioeconomic diversity
  - High school quality/opportunities open to student
  - Dockets

17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    HARV00065774