# EXHIBIT 70

SEARCH

NEWS    OPINION    FEATURES    MAGAZINE    SPORTS    ARTS    VIDEOS    BLOG    |    NEWSLETTER

TODAY'S PAPER



# Faculty Unanimously Endorse Student Diversity

By MELISSA C. RODMAN and LUCA F. SCHROEDER, CRIMSON STAFF WRITERS    February 3, 2016

?

Members of the Faculty of Arts and Sciences unanimously reaffirmed their commitment to a diverse student body at their monthly meeting Tuesday, voting to endorse a report supporting racial and ethnic pluralism at the College.

The report, developed by a small faculty committee in January 2015, reiterates Harvard's "long-held and oft-expressed view" that student body diversity—including racial diversity—is essential to our pedagogical objectives and institutional mission."



VIMAL S. KONDURI

The Faculty vote comes while Harvard faces a pending lawsuit alleging that the University uses an illegal quota to limit the number of Asian-American students admitted to the College. Filed by the anti-affirmative action group Project on Fair Representation, the lawsuit is currently on hold while the Supreme Court hears a similar case, Fisher v. University of Texas at Austin, for a second time.

"The diversity that we enjoy here at Harvard today is not simply something that we cultivate—we do—but something that has emerged with the new demographics of the United States," Comparative Religion professor Diana L. Eck said at the meeting, adding that Harvard has a "responsibility" to engage with diversity in and out of an academic context.

"I really feel that this is a very significant moment and one at which Harvard's voice…is very important," Eck said.

The issue of promoting diversity among undergraduates continued in the Faculty's subsequent discussion of a proposal to create a joint music program between Harvard and the nearby Berklee College of Music. Modeled after the existing College and New England Conservatory dual degree program, the proposed Berklee collaboration would enable students to pursue a fifth year master's degree in global jazz, film scoring, and music business, in addition to other offerings not emphasized in the Harvard-NEC program.

Several professors criticized the program for its potential to discriminate against economically disadvantaged students, citing possible thousands of additional dollars each student would pay to participate. Some faculty members said Harvard would likely not cover those costs.

Psychology professor Jason Mitchell, who sits on the Faculty Council—FAS's highest elected body—cautioned faculty against turning art and music into disciplines exclusively available to the privileged and wealthy.

Supporters of the legislation from the Music department asked their colleagues to consider the program independently of expense. Faculty will likely vote on the proposal at their next meeting.

Continuing their prolonged discussion of the College's General Education program, Faculty debated recommendations for a revamped system, on which they likely will vote later this semester.

History professor Andrew D. Gordon praised the proposal's focus on enhancing the intellectual rigor of Gen Ed, but he expressed concerns about removing the current "Study of the Past" requirement. Additionally, Gordon said he worried that combining categories currently labeled as "United States in the World" and "Societies of the World" into a singular category as proposed would make the new program parochially focused on the United States.

The proposed legislation would require students to take four Gen Ed courses, to fulfill a distribution requirement, and to enroll in an additional quantitative-based course.

Virginie Greene, who chairs the Romance Languages and Literature department, suggested FAS consider a preregistration system once the new Gen Ed system rolls out so professors could predict enrollment and assign teaching fellows to courses accordingly. FAS currently does not have a preregistration tool; it eliminated pre-term planning last year.

Responding to Greene, Dean of Undergraduate Education Jay M. Harris said he recognized the importance of more course enrollment estimations. He added that his office was studying various plans that would both preserve undergraduates' choice in course selection and give faculty a precise estimate of course size.

—Staff writer Melissa C. Rodman can be reached at melissa.rodman@thecrimson.com. Follow her on Twitter @melissa_rodman.

—Staff writer Luca F. Schroeder can be reached at luca.schroeder@thecrimson.com. Follow him on Twitter @lucaschroeder.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

READ MORE IN FACULTY NEWS        Ec 10b is Largest Course for Third Consecutive Spring ⟩

TAGS     FAS     FAS ADMINISTRATION     FACULTY     FACULTY NEWS

RECOMMENDED ARTICLES

### Semester's Final Faculty Meeting Focuses on Gen Ed Criticisms

While Faculty members largely said they agree with the founding principles of the program, they denounced the program for counting departmental courses for Gen Ed credit.



### Gen Ed's Future Uncertain, Faculty Wait To Propose Courses



### Faculty Hear Emerging Details on Renewed Gen Ed Program



### Faculty Praise Proposal To Overhaul Gen Ed Program

### FAS Stresses Smooth Gen Ed Transition

Once the Faculty approve a new program in General Education, all students will choose Gen Ed courses from the same, revamped offerings, according to Dean of the Faculty of Arts and Sciences Michael D. Smith.

## MOST READ

1. Harvard Rescinds Acceptances for At Least Ten Students for Obscene Memes

2. Admissions Rates at Record Low Across Ivy League, Stanford, MIT

3. Star Economics Prof Fryer Facing Harvard and State-Level Investigations, Barred from Lab He Heads

4. Straightening The Leftward Lean

5. Why I Don't Support Identity Politics Anymore

FROM OUR ADVERTISERS


SPONSORED


SPONSORED


SPONSORED



SPONSORED

SPONSORED

ADVERTISEMENT

ADVERTISEMENT



| Comments | Community | | 1 Login |
|---|---|---|---|

♡ Recommend     ⤴ Share     Sort by Best

Join the discussion…

**LOG IN WITH**     **OR SIGN UP WITH DISQUS** (?)

Name



**videmus** • 2 years ago

A very agreeable platitude. Like everyone agreeing to there being only one China -- we know what we want it to mean, we know what they want it to mean, and we know what we should sound like we mean so as to not anger the hardliners.

2 • Reply • Share ›



**Nancy Morris** • 2 years ago

Members of the Faculty of Arts and Sciences unanimously reaffirmed their commitment to a diverse student body. Now if only they had a clue what "diverse" means and how to obtain it.

2 • Reply • Share ›



**Casual Observer** • 2 years ago

I personally believe that U.S. Americans are unable to do so because, uh, some, uh, people out there in our nation don't have maps and, uh, I believe that our education like such as in South Africa and, uh, the Iraq, everywhere like such as, and, I believe that they should, our education over here in the U.S. should help the U.S., uh, or, uh, should help South Africa and should help the Iraq and the Asian countries, so we will be able to build up our future. For our children.

1 • Reply • Share ›



**malsatisfait** → Casual Observer • 2 years ago

Well said!

• Reply • Share ›



**Bob** • 2 years ago

The headline: "Faculty Unanimously Endorse Student Diversity"

What they really did: "Faculty Unanimously Endorse a Resolution Hoping to Keep 'Social Justice Warriors' Off Their Backs"

Harvard's faculty are stunning and brave.

1  •  Reply  •  Share ›



**cardcounter** • 2 years ago

This has become an era of political correctness among liberals in our country where it is a contest to see who can say the word diversity the most times.

Reaffirming diversity is so vague it is meaningless.

1  •  Reply  •  Share ›



**Vigilabo_Vigilum** • 2 years ago

"Members of the Faculty of Arts and Sciences unanimously reaffirmed their
commitment to a diverse student body at their monthly meeting Tuesday,
voting to endorse a report supporting racial and ethnic pluralism at the
College."

&lt;sarcasm&gt;**Wow, that took guts.**&lt;/sarcasm&gt;

1  •  Reply  •  Share ›



**boboadobo** • 2 years ago

asians need not apply (we got a quota for you)

1  •  Reply  •  Share ›



**ShadrachSmith** • 2 years ago

Unanimous votes are so...tidy :-)

•  Reply  •  Share ›



**George Watson** • 2 years ago

Perhaps had at least one faculty member voted against the report for the sake of diversity of opinions among the faculty...

Diversity does not exist, no matter one's "racial/ethnic" background ,if you do not have a significant number of students from lower income families. What percentage of students at Harvard come from families in the lower 15 % income bracket ?

As for Asian students not being admitted on par with their

As for Asian students not being admitted on par with their
Academic results in
High School - anyway you run the statistics Asians are discriminated against and,
for reasons Harvard might be able to explain, those of Jewish heritage are discriminated in favour of admission.

• Reply • Share ›

This comment was deleted.

**George Watson** → Guest • 2 years ago

As long as you are going that way,
ask them to pay 10 times Full Tuition,
after all they have plenty of money to spare.

• Reply • Share ›

✉ **Subscribe**    Ⓓ **Add Disqus to your site**Add DisqusAdd

ADVERTISEMENT

**SECTIONS**
News
Opinion
Features
Magazine
Sports
Arts
Videos
Flyby

**MORE**
About Us
Advertising
Subscribe
Journalism Programs
Photo Store

**RESOURCES**
Privacy Policy
Rights & Permissions
Contact Us
Corrections
Email Subscriptions
Print Subscriptions



Copyright © 2018 The Harvard Crimson, Inc.