# EXHIBIT 74

# Harvard College Admissions & Financial Aid 

# Application Requirements

## Details for Freshmen, Transfer, and Visiting Students

### Freshman applicants

All freshman applicants—both international and U.S. candidates—must complete the Common Application, the Universal College Application, or the Coalition Application along with the required supplements. You will need to submit:

- Common Application, Coalition Application, or Universal College Application
- Harvard College Questions for the Common Application, Coalition Application, or the Universal College Application Harvard supplement
- $75 fee (or request a fee waiver)
- ACT or SAT (with or without writing)
- 2 SAT Subject Tests (recommended, except in the case of financial hardship. International students in particular may wish to learn more here.)
- Optional: AP or other examination results
- School Report and high school transcript
- Teacher Report (2)

**REQUEST INFORMATION**

Join our mailing list to learn about the Harvard College experience.

**ADMISSIONS BROCHURE**

Download a PDF of the Harvard College Admissions brochure 🗎.

**FACTS ABOUT FINANCIAL AID**

**$0**

Amount that parents making **less than $65,000** are expected to contribute.

Ninety percent of American families would **pay the same or less** to send their children to Harvard as they would a **state school.**

**90%**

See the facts ▸

- Mid-Year School Report
- Final School Report

**View details and apply** ▶

**Application Deadline:**
November 1 (Early Action), January 1 (Regular Decision)

## Transfer applicants

All transfer applicants must complete an application, along with our Supplement and some special forms for transfers. This includes:

- Transfer application from the Common Application, Coalition Application, or Universal Application
- Harvard College Questions and Writing Supplement for the Common Application
- $75 fee or a fee waiver
- ACT or SAT (with or without writing)
- 2 SAT Subject Tests (recommended, except in the case of financial hardship. International students in particular may wish to learn more here.)
- Optional: AP or other examination results
- College/Dean's/Registrar's report
- College Transcript
- College Instructor Recommendation (2)
- High School Transcript

**View details and apply** ▶

**Application Deadline:**
March 1 for the fall term

## Visiting undergraduate applicants

There is a unique application for Visiting Undergraduate Students from another institution who spend a semester or year studying at Harvard. The requirements include:

**START YOUR APPLICATION FOR ADMISSION**

- **What we look for**
- **When to apply**
- **What you'll need to submit**

**VISIT HARVARD**



Stroll through Harvard Yard, ask Admissions staff all your questions, and feel the warmth of the Harvard community. See tour dates and times.

https://college.harvard.edu/admissions/application-requirements

- VUS Application
- $75 application fee
- TOEFL (if your native language is not English)
- Optional: ACT or SAT (with or without writing)
- Dean's Letter of Permission
- Faculty Recommendation (2)
- Resume or Curriculum Vitae
- Official high school transcript
- Official university transcript

**View details and apply** ▶

**Application Deadline:**
April 1 for fall term. October 1 for spring term.

**COLLEGE QUICK LINKS**

Applicant Login                         Contact Us
Faculty of Arts & Sciences              Harvard.edu
Maps & Directions                       Registrar

