# EXHIBIT 77



# Frequently Asked Questions

■   **NARROW BY TOPIC**

☐   Applying to Harvard

☐   Questions about Harvard

☐   Transfer Admissions

☐   Submitted Application

☐   International Students

☐   Visiting Undergraduate Students (VUS)

☐   Financial Aid: Application Questions

☐   Financial Aid: General

☐   Financial Aid: Study Abroad



# Applying to Harvard

## APPLICATION FEE

⊦ Is it possible to get a receipt for my application fee?

⊦ How do I pay my application fee?

⊦ Can transfer students receive an application fee waiver?

⊦ Paying the application fee is a hardship for my family. Can I get a waiver?

## CRITERIA

⊦ How important are extracurricular activities in admissions decisions?

⊦ Are there secondary school course requirements for admission?

⊦ Will it help me to take advanced, accelerated or honors courses?

⊦ Do I need certain grades or marks to be considered for admission?

⊦ Are my chances of admission enhanced if a relative has attended Harvard?

⊦ If my curriculum requires more than the 12-year U.S. curriculum, may I apply after my twelfth year?

⊦ Can I fulfill academic requirements with previous coursework?

## EARLY ACTION

⊦ I was deferred. Is there really any chance that I still can be admitted?

⊦ I was deferred. What can I do to improve my chances of admission?

⊦ Do I need to communicate directly with the admissions staff member who read my file about my deferral?

⊦ May I apply to another college under its Regular Decision plan before I receive Harvard's decision on my Restrictive Early Action application?

⊦ If I apply restrictive early action to Harvard, may I apply to another college's early decision program?

⊦ If I apply restrictive early action to Harvard, may I apply to another private college's early action program (restrictive or not)?

⊦ I am applying to colleges outside of the U.S. May I apply to them at the same time as I apply Early Action to Harvard?

⊦ Why was my application deferred?

## TESTING

⊦ Does Harvard consider scores from previous administrations of the SAT or ACT?

⊦ What if I cannot take the SAT or ACT in my country?

⊦ Does Harvard accept the redesigned SAT?

⊦ Can I self-report my test scores?

⊦ Which standardized tests does Harvard require?

⊦ Does Harvard superscore test results?

⊦ If I take the required tests more than once, which results does Harvard consider?

⊦ If I sit for GCE A-levels or other international credentials, must I submit SAT or ACT scores?

⊦ Do I need a minimum required SAT, ACT or Subject Test score?

## PROCESS

⊦ What admissions criteria do you use?

⊦ I have a bachelor's degree. May I apply to Harvard College?

⊦ How familiar is the Admissions Committee with secondary schools? Their rigor? What marks mean in a particular school or educational system?

⊦ Does Harvard rank secondary schools in the U.S. and abroad?

- Who should write my recommendations?

- Who reads applications?

- Is there a wait list?

- Does Harvard admit students to enter in the spring semester?

- Are there quotas for certain kinds of applicants?

- Are my chances of admission enhanced by submitting application materials before other applicants?

- May I defer my admission once admitted?

- May I apply to Harvard if I am admitted under a binding Early Decision program at another college?

- Is there an interview?

- Is there a separate admissions process for prospective athletes?

  No. We encourage students with athletic talent to contact our Athletic Department for information about any of Harvard's 42 varsity athletic teams.

- Are there quotas for international applicants?

- What should students know about visas?

- Does Harvard consider legal immigration status in the admissions process?

- Does Harvard offer admission application fee waivers to international students?

- I applied as a freshman or transfer applicant previously. Do I need to submit my standardized test scores again as a transfer applicant?

- What if English is not my first language?

## Questions about Harvard

### FACULTY

- What percentage of faculty members teach undergraduates?

How large are classes?

⊢ Is it possible to get to know my professors?

## CAMPUS LIFE

⊢ What security measures are in place at Harvard?

⊢ Is on-campus housing guaranteed?

⊢ Must I live on campus?

⊢ What will my room look like?

⊢ Where will I take my meals?

⊢ What extracurricular opportunities are available?

## COURSES

⊢ How easy is it to change my concentration?

⊢ What should I know about Harvard's science and engineering programs?

⊢ Can I concentrate in business, journalism, law or medicine?

⊢ Can I fulfill academic requirements with previous coursework?

⊢ Are there required freshman classes?

⊢ Must I register for courses before they begin?

⊢ How many courses does Harvard offer?

⊢ Are there exchange programs with other Greater Boston colleges?

## GENERAL

⊢ What is a "liberal arts" education?

⊢ What campus security measures are in place at Harvard?

⊢ What is Harvard's graduation rate?

✛

What is the difference between Harvard College and Harvard University?

## LIFE AFTER HARVARD

- Will attending Harvard College affect my chances of admission to Harvard University's graduate programs in business, medicine, or law?

- How successful are Harvard students in gaining admission to graduate schools or finding employment after graduation?

- What is Harvard's graduation rate?

## RESOURCES

- What advising and support services are available?

- Does Harvard provide services if I have a disability?

- Are there research opportunities for undergraduates?

- What sort of study abroad programs are available?

- Does Harvard provide specific resources for undocumented students?

# Transfer Admissions

## CRITERIA

- How do I know if I am competitive/ How hard is it to get in as a transfer student?

## FINANCIAL AID

- Do transfer students qualify for financial aid?

## CAMPUS LIFE

- Is there housing for transfer students on campus?

## PROCESS

- How long does it take for application materials I have submitted to appear as received in my transfer application status?

- What courses transfer to Harvard College? Is there a list of transferrable courses?

- Are there interviews for transfer applicants?

- How do I know if you received my transfer application materials?

- When can I apply as a transfer student?

- I applied as a freshman or transfer applicant previously. Do I need to submit my standardized test scores again as a transfer applicant?

- I received AP, IB or SAT Subject Test credits towards graduation at my current college or university. Does Harvard accept this credit and how does it affect my eligibility for transfer?

- I am an international prospective transfer student. What is the transfer application process for me?

## TESTING

- Can I self-report my test scores?

- What are the standardized testing requirements for transfer applicants?

- Are International Transfer Applicants required to take the SAT or ACT exam?

- I am a non-traditional student. Am I still required to submit a standardized test? What about my high school transcript?

- Is the TOEFL still required even if I have taken classes at a college or university in the United States?

# Submitted Application

## YOUR SUBMITTED APPLICATION

+

I reported my SAT scores to Harvard, but my status page says they haven't been received. Why?

- I did not receive an access code, or my access code for the application status page is not working. Can you give me a new one?

- I submitted something by mistake. Can you remove it from my file?

- I submitted the application, but I no longer want to be considered for admission to Harvard College. Can I withdraw my application?

- I submitted my application, but did not receive a confirmation from Harvard. How do I know if you received it?

- I applied under Early Action, but I would like to be considered under Regular Action. Can I change my application? (Or, I applied under Regular Action and would like to be considered under Early Action.)

- Have my application materials been received? (Including Common Application forms, or supplemental materials)

- My contact information has changed since I submitted my application. How can I correct it?

- Can I add to or change something I wrote on my Common Application forms?

- How can I add new accomplishments/awards/accolades to my submitted application?

- Paying the application fee is a hardship for my family. Can I get a waiver?

## International Students

### CRITERIA

- If my curriculum requires more than the 12-year U.S. curriculum, may I apply after my twelfth year?

- I am an international prospective transfer student. What is the transfer application process for me?

### PROCESS

- Is there an interview?

- Are there quotas for international applicants?

- What should students know about visas?

- Does Harvard offer admission application fee waivers to international students?

## TESTING

- What if I cannot take the SAT or ACT in my country?

- Are International Transfer Applicants required to take the SAT or ACT exam?

- If I sit for GCE A-levels or other international credentials, must I submit SAT or ACT scores?

- What if English is not my first language?

# Visiting Undergraduate Students (VUS)

## APPLYING TO BE A VISITING UNDERGRADUATE STUDENT

- Am I eligible to become a Visiting Undergraduate Student (VUS)?

- I am from another country but I speak English proficiently. Do I still need to take the TOEFL?

- Is there a minimum TOEFL score required?

- Am I eligible for Harvard Housing?

- Am I eligible for Financial Aid?

- When Should I Apply?

- What is a Visiting Undergraduate Student (VUS)?

- Do Visiting Undergraduate Students (VUS) have the same privileges as Harvard Degree Candidates?

- Are Standardized Tests Required as part of the Visiting Undergraduate Student (VUS) Application?

## Financial Aid: Application Questions

### APPLICATION CHANGES 2018-2019

- Will my financial aid package change?

- Will I get my award any earlier this year?

- How can I see what is missing/received and when?

- If I am usually eligible for a CSS Profile fee waiver, can I get it early?

- Is there an advantage to filling out my application earlier?

- What if my 2016 income is no longer representative of my financial situation?

- Do I have to submit my 2016 tax information again?

### CSS PROFILE

- Should I complete the PROFILE even if my family has not yet filed our current year tax returns?

- Can foreign students use the CSS Profile?

- Do I need to do both the CSS Profile AND the Financial Statement for Students from Foreign Countries?

- What do I do if I have already filed my CSS PROFILE, but other documents are missing from my financial aid application?

- How will I know that the PROFILE has been submitted correctly?

- What is Harvard's School Code for the CSS PROFILE?

- What should I do if I make a mistake on the PROFILE?

- What if I am a foreign citizen who is unable to submit a CSS Profile Online?

### FAFSA

- What is Harvard's Federal School Code for the FAFSA?

- What should I do if I make a mistake on the FAFSA?

https://college.harvard.edu/frequently-asked-questions

- Should I complete the FAFSA even if my family has not yet filed our current tax returns?

- How will I know that the FAFSA has been submitted correctly?

- I'm a Canadian citizen; do I have to file a FAFSA?

## FEE WAIVER

- I can't pay the Profile fee because the US won't accept credit card payments from my country.

- I can't afford the Profile fee and I'm foreign, so I can't get a College Board waiver.

- How can I get a financial aid fee waiver?

## OTHER

- How will I know if my financial aid application is incomplete?

- When will I find out about my financial aid award?

- What can I do if my family's financial situation is complicated?

- Do my documents have to be in English?

- Do I need to apply for a state scholarship?

- What if I am interested only in applying for federal loans (Stafford and PLUS)?

- Do transfer students qualify for financial aid?

- Can I email you my documents?

- How can I track material that I've sent your office?

- I am undocumented. Am I still eligible for financial aid?

- What is the deadline for applying for financial aid?

## IDOC

Case 1:14-cv-14176-ADB   Document 419-77   Filed 06/15/18   Page 13 of 16

What is the College Board Institutional Documentation Service (IDOC)?

⊩ How will I know that my IDOC materials have been submitted correctly?

## TAXES

⊩ What if my country doesn't have a tax return?

⊩ What if my parents are unemployed or did not file a tax return?

⊩ Can I send my tax returns directly to you?

⊩ What should I do if my parents or I will be requesting an extension for filing their federal taxes?

## DIVORCED/SEPARATED

⊩ What should I do if the Noncustodial PROFILE is missing?

⊩ If my parents are divorced or separated, do they both need to send in financial information?

⊩ What if I cannot ask one of my parents to send in their financial information?

## MISSING DOCUMENTS

⊩ What should I do if my CSS PROFILE Data is missing?

⊩ What if tax documents are missing and I have already sent my materials to IDOC?

⊩ What should I do if the CSS Business/Farm Supplement is missing?

⊩ What if my student tax return is missing but I didn't file a return?

⊩ What should I do if a Cash Flow Statement is missing?

## Financial Aid: General

### CHALLENGING CIRCUMSTANCES

- What if my family's financial situation changes while I am attending Harvard?

- Can I apply for Harvard's financial aid independently of my parents?

- What if my parents refuse to pay for my college education?

- What if I cannot ask one of my parents to send in their financial information?

## JOBS

- What is a Term-Time Work Expectation?

- Am I required to work if I am an international student and I qualify for financial aid?

- Is it easy to find a student job on or near campus?

- What is the Federal Work-Study Program (FWSP)?

## LOANS

- Where can I find parent financing information?

- Are loans available if I choose not to work?

## OUTSIDE AWARDS

- What happens to my financial aid award if I receive additional outside assistance?

- What do I need to do to Report Outside Award(s)?

- Where should I send outside award checks?

- Where should I send Cost of Attendance or Verification of Enrollment forms?

## REFUNDS

- Where do I request a refund from my term bill account?

## OTHER

- Is there financial aid available for foreign students?

- Are there any merit-based financial aid awards at Harvard?

- What are travel and personal expense allowances?

- What should I do if my permanent address changes?

- What should I do if I am returning from a leave of absence?

- Are deferred students still eligible for financial aid?

- Does applying for financial aid affect my chances for admission?

- Is it easy to qualify for financial aid at Harvard?

- Will Harvard provide travel expenses for international students who receive financial aid?

- How do you determine eligibility for Harvard Scholarships?

- Does Harvard participate in the Yellow Ribbon Program and/or ROTC?

# Financial Aid: Study Abroad

## PREPARING TO GO ABROAD

- What happens if my program's estimates differ from the standard amounts?

- How do you determine my study abroad personal expenses allowance?

- Do I have to pay for health insurance when I'm abroad? Is that the same thing as the Health Services Fee?

- When will I find out how much aid I will receive for my study abroad?

- What happens with the monthly Harvard Student Billing Statement?

- Who receives the bill from the study abroad program?

- What should I do if my program requires that I make a deposit prior to when my financial aid would ordinarily be disbursed? Does financial aid cover my air travel?

- Is it more expensive to study abroad?

- What should I do if I am planning to Study Abroad for academic credit for part or all of next year?

- Am I eligible to use financial aid for study abroad?

- How does the Financial Aid Office determine my study abroad budget?

- How do I know if I need to submit a Consortium Agreement?

- Where do I go for budgeting workshops?

- How do I notify the Financial Aid Office about my plans to study abroad?

## WHILE YOU ARE ABROAD

- How much financial aid will be sent to the program and how much to me?

- What if I feel like my living expenses are higher than were anticipated?

- What happens if I have questions or problems while I am abroad?

- What happens to my loans while I study abroad?

---

**COLLEGE QUICK LINKS**

Applicant Login                                    Contact Us

Faculty of Arts & Sciences                   Harvard.edu

Maps & Directions                              Registrar

     

https://college.harvard.edu/frequently-asked-questions