# EXHIBIT 78

HOME / ABOUT /

# What is FAS?

Founded in 1890, the Faculty of Arts and Sciences (FAS) is the largest division of Harvard University. The Faculty of Arts and Sciences is dedicated to being at the forefront of teaching and learning and fostering cutting edge research and discovery. FAS is redefining liberal arts education for the 21st century and is committed to an open Harvard and student aid by making a Harvard education accessible to students from all backgrounds.

FAS comprises **Harvard College** and the **Graduate School of Arts and Sciences**, including undergraduate and graduate admissions; the **School of Engineering and Applied Sciences**; and the **Division of Continuing Education**, including the Extension and Summer Schools. FAS also encompasses academic resources such as **libraries** and **museums**, as well as campus resources and **athletics**.

## Stories from around FAS:

### About: College

**Harvard yield highest since 1960s**

May 10, 2017

Nearly 84 percent of students admitted to the Class of 2021 have chosen to matriculate at Harvard College. The last time the yield reached this level was in 1969, when 83.1 percent of the Class of 1973 chose to attend.... **Read more**

### Continuing Education

**Harvard Extension School names 2017 Shattuck Award winners**

May 25, 2017

**Harvard Extension School** instructors **Kevin Madigan**, **Marcus Stern**, and **Evan Kleiman** have been awarded the Shattuck Award for their excellence in teaching.... **Read more**

## About: Athletics

**Women's basketball gets expert advice — and they win**

January 30, 2017
Harvard women's basketball continued its impressive run **Friday** by overcoming a feisty Cornell squad in the final minutes 62-59, bringing in its 15th consecutive win of the season.... **Read more**

## About: GSAS

**Centennial Medals awarded by GSAS**

May 24, 2017

The Graduate School of Arts and Sciences (GSAS) today awarded the Centennial Medal to four outstanding alumni whose contributions to knowledge, to their disciplines, to their colleagues, and to society have made a fundamental and lasting impact.... **Read more**

## About: SEAS

**Why weeping willows bend and poison ivy doesn't**

March 24, 2017

It is well known that as plants grow, their stems and shoots respond to outside signals such as light and gravity. But if all plants have similar stimuli, why are there so many different stem shapes? Why do a weeping willow branches grow downward while nearby poison ivy shoots upward?... **Read more**

## About: Museums

### The world in an exhibit

May 5, 2017

For every remarkable object displayed in the new exhibition celebrating the 150th anniversary of the **Peabody Museum of Archaeology & Ethnology**, visitors might be just as impressed by some other object they can't so readily see.... **Read more**