# EXHIBIT 80

# Harvard College Admissions & Financial Aid

# Fact Sheet



## Our Program at a Glance

Our long tradition of providing access to a Harvard education began with some of our earliest scholarship funds which were established in 1643. Today, alumni and other donors continue the tradition with generous contributions to the endowment and current use funds which allow us to maintain our long-standing and generous financial aid program. Visit the Harvard Gazette to read more about the historic gift from Ken Griffin '89.

## Guiding principles

- A lack of financial resources or need for financial aid are not impediments to your admission.

- Our aid is entirely need-based, and grant eligibility is determined in the same manner for all admitted students.

- Foreign students have the same access to financial aid funding as U.S. citizens.

- We meet your demonstrated financial need for all four years, based on information that we receive from your family each year. In awarding aid, we take into consideration your individual circumstances, the effectiveness of our aid program, the demand for aid from all students, and university resources.

## The Basics

**FACTS ABOUT FINANCIAL AID**

**$0**

Amount that parents making **less than $65,000** are expected to contribute.

Ninety percent of American families would **pay the same or less** to send their children to Harvard as they would a **state school**.

**90%**

See the facts 

**START YOUR APPLICATION FOR ADMISSION**

- What we look for
- When to apply
- What you'll need to submit

**HOW MUCH WILL HARVARD COST YOU?**

Our Net Price Calculator will give you a quick estimate.

- 55% of our undergraduates receive need-based Harvard scholarships.

- 20% of our parents have total incomes less than $65,000 and are not expected to contribute.

- Families with incomes between $65,000 and $150,000 will contribute from 0-10% of their income, and those with incomes above $150,000 will be asked to pay proportionately more than 10%, based on their individual circumstances.

- Families at all income levels who have significant assets are asked to pay more than those in less fortunate circumstances.

- Two-thirds of students work during the academic year.

- 16% of the roughly 6,600 current undergraduate students are Pell Grant recipients.

## Harvard Scholarship recipients' income levels



** There are several hundred families earning more than $200,000 who are receiving scholarship aid based on extenuating financial circumstances.

## Typical financial aid package

https://college.harvard.edu/financial-aid/how-aid-works/fact-sheet



**Above:** Typical Financial Aid package

## Meeting the term-time work expectation

- You may meet the entire expectation by working 10 to 12 hours per week.

- You may choose to borrow up to the entire expectation through a student loan that is credited directly to your term-bill account.

## Outside Awards

- Outside awards are used first to reduce or replace the term-time work portion of your award.

- Outside awards may also be used to replace your student summer earnings contribution, but not your parent contribution.

## Other features

- You could be one of the 1,300 undergraduates who shared about $6 million in funding, coordinated by The Office of Undergraduate Research and Fellowships and over 40 other departments, to do research with faculty.

- At your family's request, we can re-evaluate our financial aid decision if your financial circumstances have changed.

- If you are receiving Harvard Scholarship support and are studying abroad for academic credit, you may apply your financial aid toward your study abroad costs.

Apply for financial aid

**COLLEGE QUICK LINKS**

Applicant Login

Faculty of Arts & Sciences

Maps & Directions

Contact Us

Harvard.edu

Registrar

     

https://college.harvard.edu/financial-aid/how-aid-works/fact-sheet