# EXHIBIT 81

# Harvard College Admissions & Financial Aid

# Net Price Calculator

| | |
|---|---:|
| **YOUR ESTIMATED SCHOLARSHIP** | **$0** |
| **YOUR COST** | **$0** |
| Cost to Parents | $0 |
| Student Summer Work | $0 |
| Student Asset Contribution | $0 |
| Student Term-time Work | $3,000 |
| **TOTAL BILLED AND UNBILLED COSTS** | **$71,650** |
| Tuition & Fees | $50,420 |
| Room & Board | $17,160 |
| Estimated personal expenses (including books) | $4,070 |
| Estimated travel costs | $0 - $5,000 |

Less detail

## Family Information

| | | |
|---|---|---|
| Your citizenship ⓘ | : | --Select-- ▾ |
| Primary residence ⓘ | : | --Select-- ▾ |
| The number of children in college ⓘ | : | --Select-- ▾ |
| The number of people in your family ⓘ | : | --Select-- ▾ |

## Parental Income

| | | |
|---|---|---|
| Gross wages/salary ⓘ | : | $0 ▾ |
| Interest/Dividend income ⓘ | : | $0 ▾ |
| Business/Farm income ⓘ | : | $0 ▾ |
| Real estate income ⓘ | : | $0 ▾ |
| Other income ⓘ | : | $0 ▾ |

**Total income:**   $0

## Assets

**STUDENT ASSETS**

Student assets ⓘ    :    $0

**PARENTAL ASSETS**

Cash and investments ⓘ    :    $0

Business/Farm equity ⓘ    :    $0

Real estate equity (but not home equity) ⓘ    :    $0

Other assets ⓘ    :    $0

**Total assets:**    $0

Please ensure that you are using the latest version of your web browser.

**COLLEGE QUICK LINKS**

Applicant Login

Faculty of Arts & Sciences

Maps & Directions

Contact Us

Harvard.edu

Registrar

