# EXHIBIT 93

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),

    Defendant.

Civil Action No. 1:14-cv-14176-ADB

## DECLARATION OF ▮▮▮▮▮

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am an individual over eighteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2. I was born in China, adopted at birth, and raised in a Caucasian home. I am a citizen of the United States.

3. I attended ▮▮▮▮▮ I graduated high school in 2015.

4. In the fall of 2014, I applied for admission to Harvard College for the undergraduate class of 2019. In April 2015, I learned that Harvard College had placed me on the waiting list, so I decided to attend ▮▮▮▮▮ from which I received an offer of admission.

5. I am currently a student at ▮▮▮▮▮ where I recently completed my first year of studies.

1

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    SFFA-Harvard 0001955

6. I am able and ready to apply to transfer to Harvard were it to cease the use of race or ethnicity as an admissions preference and to cease its intentional discrimination against Asian Americans.

7. I became a member of Students for Fair Admissions ("SFFA") in June 2015 because I support its mission and believe that Harvard College and many other colleges and universities wrongly discriminate against Asian American applicants for admission.

8. I did not pay a membership fee because no fee was required for membership when I joined SFFA.

9. Since the time I agreed to participate in SFFA's lawsuit against Harvard, I have received updates about the status of the case from Mr. Blum, from my father, and from SFFA's attorneys. They have answered my questions and afforded me the opportunity to have input and direction on SFFA's case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, June 17, 2016.



2

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                      SFFA-Harvard 0001956