# EXHIBIT 94



- Office of the Secretary
- Faculty Meetings
- For Guests of Faculty Meetings
- Memorial Minutes
- Faculty Council
- Standing Committees
  - Standing Committees Listed Alphabetically
  - Standing Committees Listed by Category
- Other Committees
- Prize Office
- Academic Calendar

# Standing Committees Listed Alphabetically

## 2017–2018 Standing Committee membership listed in alphabetical order

**Admissions and Financial Aid in Harvard College** (Non-Curricular Undergraduate Committee) ... *is traditionally chaired by the Dean of Admissions and Financial Aid and its membership consists of College faculty members. Its primary responsibility is the determination of admissions and financial aid policy, as well as the representation of said policy to the faculty.*

> William Fitzsimmons *(Chair)*, Ali Asani, Paul Barreira, Peter Burgard, Thomas Dingman, Sarah Clark Donahue *(ex officio)*, Francis J. Doyle III, Guido Guidotti *(on leave fall term)*, Jay M. Harris, Joseph D. Harris, Maya Jasanoff *(on leave 2017–2018)*, Thomas Jehn, Nancy Kleckner, Harry R. Lewis *(on leave fall term)*, Ruth Lingford, Robert Lue *(on leave fall term)*, Marlyn McGrath *(ex officio)*, Catherine McKenna, Michael Mitzenmacher *(on leave 2017–2018)*, Eric M. Nelson, Jack Reardon, Robert Scalise, Anne Shreffler, Allison Simmons, Frans Spaepen *(on leave spring term)*, Clifford Taubes, Richard F. Thomas *(on leave spring term)*, James Waldo, Steven Wofsy, and Amir Yacoby

**American Studies, Higher Degrees in** (Graduate Curricular Committee) ... *oversees the graduate program leading to the Ph.D. degree in its field by recommending courses, both required and elective; by selecting candidates for the program and monitoring their progress; and by providing reading and research supervision and mentoring to students on an individual level.*

> Joyce Chaplin *(Chair)*, David Alworth *(on leave fall term)*, Sven Beckert, Robin Bernstein, Glenda Carpio, Christine Desan, Henry

Louis Gates, Jr., Evelynn Hammonds, David Holland, David S. Jones, Daniel McKanan, Julie Reuben, John Stauffer *(on leave fall term)*

**Archaeology** (Interdisciplinary Coordinating Committee) *… is primarily responsible for coordinating courses, seminars, and other academic events designed to advance knowledge of archaeological activity, research fieldwork, and scientific techniques, providing today's multidisciplinary scholars with a more complete understanding of past cultures and histories from around the world.*

> Rowan Flad *(Chair)*, Susanne Ebbinghaus, Ioli Kalavrezou, Peter Manuelian, Michael McCormick, Stephen Mitchell, Jerry Mitrovica, Laura Nasrallah, Michael Puett, Jeffrey Quilter, Daniel Lord Smail, Piotr Steinkeller, Jason Ur, and Gary Urton

**Architecture, Landscape Architecture, and Urban Planning, Degree of Doctor of Philosophy in** (Graduate Curricular Committee) *… is a joint committee with members from both the Faculty of Arts and Sciences and the Graduate School of Design, and is responsible for administering the doctoral program for students wishing to teach or continue advanced research in these fields. The committee reviews applications for admissions, provides counseling, administers examinations, supervises and reviews the thesis work of students within the program, and develops curricula and course offerings.*

> Erika Naginski *(Chair)*, Eve Blau, Neil Brenner, Giuliana Bruno, Joyce Chaplin, Diane Davis, Sonja Duempelmann, Edward Eigen, Peter Galison *(on leave spring term)*, K. Michael Hays, Sheila Jasanoff, Jerold Kayden, Ali Malkawi, Alina Payne, Antoine Picon, and Christine Smith

**Arts, Council on the** (Non-Curricular Undergraduate Committee) *… is constituted by faculty and undergraduates with a special interest in the performing and visual arts at Harvard and whose major task is to develop strategies and/or programs in support of arts-related issues, as well as to provide counsel to the Office for the Arts at Harvard on a variety of programmatic and administrative initiatives, including reviewing student applications for art-related grants.*

> Deborah Foster *(Chair)*, Diane Borger, Federico Cortese, Jorie Graham, Christopher Hasty, Jill Johnson, Sarah E. Lewis, Ruth Lingford, Cathleen McCormick, Jack Megan, Diane Paulus, Matthew Saunders *(on leave fall term)*, Elaine Scarry, and Marcus Stern

**Athletic Sports** (Non-Curricular Undergraduate Committee) *… is primarily responsible for matters of principle and the general oversight of operations for all the Faculty's athletic programs. Its membership includes faculty, students, and representatives from various concerned institutions across the University who meet regularly to discuss policy, consider league and association*

*memberships, hear reports, monitor the sports experience at the College, review utilization of facilities, provide input on staffing issues, and insure compliance with Federal statues related to sports activities.*

> Jerry Green *(Chair)*, Jennifer L. Allard, Paul Barreira, Lauren Brandt, Michael Brenner, Michael Burke, Verena Conley, Thomas Dingman, William Fitzsimmons, Paul Gompers, William A. Graham, Maya Jasanoff *(on leave 2017–2018)*, Alison Frank Johnson, Sean Kelly, Samuel Kunes, Daniel Lieberman, Timothy Murphy, Katherine O'Dair, Amanda Pallais, Jack Reardon, Ronald Sullivan, Latanya Sweeney, William Mills Todd III, Jasmine Waddell, and Jonathan Walton

**Biophysics, Higher Degrees in** (Graduate Curricular Committee) *… is comprised of senior members of the Faculty of Arts and Sciences and the Harvard Medical School; its primary responsibility is to administer the graduate program for the Ph.D. in Biophysics.*

> James Hogle *(Chair)*, Stephen Blacklow, Martha Bulyk, George Church, Adam E. Cohen, Rachelle Gaudet, Stephen Harrison, Venkatesh Murthy, Aravinthan Samuel, Eugene Shakhnovich, Gerhard Wagner, and Xiaowei Zhuang

**Business Studies, Higher Degrees in** (Graduate Curricular Committee) *… is comprised of members from both the Harvard Business School and the Faculty of Arts and Sciences. Its purpose is to supervise joint degrees between these two schools.*

> David Scharfstein *(Chair)*, Pol Antràs, John Beshears, Leemore S. Dafny, Frank Dobbin, Amy Edmondson, Francesca Gino, Robin Marc Greenwood, Scott Kominers, Robin S. Lee, Peter Marsden, Ariel Pakes *(on leave spring term)*, Jeffrey Polzer, Matthew Rabin, Lakshmi Ramarajan, Raffaella Sadun, and Aditya Sunderam

- **Business Economics, Degree of Doctor of Philosophy in** (Graduate Curricular Committee) *… is a subcommittee of the Standing Committee on Higher Degrees in Business Studies; it administers the degree program, establishes requirements and standards for admission and performance, counsels students on their plans and progress, and certifies students who have completed all requirements to the Governing Boards in order to receive their degree.*

    > Robin Marc Greenwood *(Chair)*, Pol Antràs, John Beshears, Leemore S. Dafny, Scott Kominers, Robin S. Lee, Ariel Pakes *(on leave spring term)*, Matthew Rabin, Raffaella Sadun, David Scharfstein *(ex officio)*, and Aditya Sunderam

- **Organizational Behavior, Degree of Doctor of**

**Philosophy in** (Graduate Curricular Committee) ... *is a subcommittee of the Standing Committee on Higher Degrees in Business Studies responsible for admitting new students to and administering the joint doctoral program in Organizational Behavior between the Faculty of Arts and Sciences and the Graduate School of Business Administration.*

> Frank Dobbin *(Chair)*, Amy Edmondson, Francesca Gino, Peter Marsden, Jeffrey Polzer, Lakshmi Ramarajan, and David Scharfstein *(ex officio)*

**Chemical and Physical Biology, Degrees in** (Undergraduate Curricular Committee) ... *oversees the concentration of the same name, which aims to provide students with the background needed to make new advances in the quantitative understanding of living systems.*

> Adam E. Cohen *(Co-chair)*, Rachelle Gaudet *(Co-chair)*, Michael Brenner, Michael Desai, Andrew Murray, Daniel Needleman, Pardis Sabeti, and Gregory Tucci

**Chemical Biology, Degree of Doctor of Philosophy in** (Graduate Curricular Committee) ... *oversees the graduate program leading to the Ph.D. degree in its field; its goal is biological discovery and its approach is the seamless integration of principles and experimental techniques drawn from both chemistry and biology.*

> Daniel Kahne *(Co-chair)*, Suzanne Walker *(Co-chair)*, Rachelle Gaudet, David R. Liu, Timothy Mitchison, and Stuart Schreiber

**Chemical Physics, Degree of Doctor of Philosophy in** (Graduate Curricular Committee) ... *provides an advanced program of study and research leading to the Ph.D. in the joint areas of physics and chemistry to students with an undergraduate degree in either discipline.*

> Eric Heller *(Chair)*, Alán Aspuru-Guzik, Adam E. Cohen, John M. Doyle, Mikhail Lukin, David R. Nelson, Kang-Kuen Ni, Eugene Shakhnovich, Xiaoliang Sunney Xie, and Xiaowei Zhuang

**Commencement Parts** (Administrative Committee) ... *is primarily responsible for choosing the three Commencement speakers and coaching their oratory skills.*

> Richard J. Tarrant *(Chair)*, David Ager, Marie Danziger, James Engell *(on leave spring term)*, Benjamin M. Friedman, Margot Gill, Sarah Jessop, Philip W. Lovejoy, and Catherine McKenna

**Continuing Education** (Administrative Committee) ... *oversees the formation and implementation of educational policy governing continuing education in the Faculty of Arts and Sciences.*

> Barry Mazur *(Chair)*, Harry R. Lewis *(on leave fall term)*, Robert Lue *(on leave fall term)*, Gregory Nagy, Elisa New, Latanya

Sweeney, Richard F. Thomas *(on leave spring term)*, and Dustin Tingley

**Data Science, Higher Degrees in** (Graduate Curricular Committee) *… administers the master's program leading to the S.M. degree in Data Science, including oversight of curriculum, advising, program assessment, administration, and student outcomes. It also oversees the secondary field in Data Science for Ph.D. students.*

David C. Parkes *(Co-chair)*, Neil Shephard *(Co-chair)*, Joseph Blitzstein, Finale Doshi-Velez, Mark E. Glickman, Rafael A. Irizarry, Efthimios Kaxiras, Brendan J. Meade, Susan A. Murphy, Hanspeter Pfister *(on leave 2017–2018)*, Natesh Pillai, Margo I. Seltzer *(on leave 2017–2018)*, Salil P. Vadhan, James H. Waldo, and Christopher Winship

**Dental Medicine, Higher Degrees in** (Graduate Curricular Committee) *… is comprised of members from the Harvard School of Dental Medicine, the Harvard Medical School, and the Faculty of Arts and Sciences and offers advanced study in dental medicine leading to a Ph.D. degree.*

Yingzi Yang *(Chair)*, Roland Baron, Randall King, Henry Kronenberg, Beate Lanske, Andrew Lassar, Yefu Li, Bjorn Olsen, Bruce Paster, Vicki Rosen, Gary Ruvkun, Charles Serhan, Jagesh Shah, Clifford Tabin, Nathaniel Treister, Matthew Warman, and Malcolm Whitman

**Education, Higher Degrees in** (Graduate Curricular Committee) *… is primarily responsible for administering the Ph.D. program in Education.*

Jon R. Star *(Chair)*, Danielle Allen, Roberto Gonzales, Nancy Hill, Jal Mehta, Eric Mazur *(on leave fall term)*, Meredith L. Rowe, Paola Uccelli, and Martin West

**Environmental Science and Public Policy, Concentration in** (Undergraduate Curricular Committee) *… includes representatives from the Faculty of Arts and Sciences as well as other schools within the University appropriate to the requisite breadth of the program; the concentration is designed to provide a multidisciplinary introduction to current problems of the environment.*

Paul Moorcroft *(Chair)*, William C. Clark, N. Michele Holbrook *(on leave fall term)*, Peter Huybers, Sheila Jasanoff, James McCarthy *(on leave fall term)*, Michael McElroy, Ann Pearson, Forest Reinhardt, Daniel Schrag, John H. Shaw, Robert Stavins, James Stock *(on leave fall term)*, Elynor Sunderland, Martin Weitzman, and Steven Wofsy

**Ethnicity, Migration, Rights** (Instructional Program Committee) *… focuses on the closely linked areas of ethnicity, migration, indigeneity, and human rights to provide curricular and co-curricular enrichment*

for Harvard College students.

> Mayra Rivera *(Chair)*, Glenda Carpio, Genevieve Clutario *(on leave 2017–2018)*, Sergio Delgado Moya, Lorgia García Peña, Roberto G. Gonzales, Lauren Kaminsky, Ju Yon Kim, Matthew Liebmann, Shelly C. Lowe, Francisco Moreno-Fernández, María Luisa Parra, Ajantha Subramanian, Todne Thomas, and Raquel Vega-Durán

**European Studies** (Interdisciplinary Coordinating Committee) ... *is the formal oversight body for the Minda de Gunzburg Center for European Studies. It offers an interdisciplinary program designed to enhance the knowledge and understanding of political, social, economic, and cultural developments in modern Europe.*

> Grzegorz Ekiert *(Chair)*, Alberto Alesina, Sven Beckert, Jason Beckfield, Jonathan Bolton, Bart Bonikowski, Peter Burgard, Peter Gordon *(on leave 2017–2018)*, Peter A. Hall, Torben Iversen, Maya Jasanoff *(on leave 2017–2018)*, Alison Frank Johnson, Michèle Lamont, Mary D. Lewis, Charles Maier *(on leave spring term)*, and Daniel Ziblatt

**Folklore and Mythology, Degrees in** (Undergraduate Curricular Committee) ... *consists of members appointed by the Dean of the Faculty whose special fields are offered within the concentration; its duties are to provide administration for the A.B. degree in Folklore and Mythology and to recommend candidates to receive it.*

> Stephen Mitchell *(Chair)*, Daniel Donoghue, David Elmer, Deborah Foster, Ruth Goldstein, John T. Hamilton, Michael Herzfeld *(on leave spring term)*, Catherine McKenna, Gregory Nagy, Joseph Nagy, Kimberley Patton, Michael Puett, Panagiotis Roilos, Natasha Sumner, Maria Tatar *(on leave spring term)*, Richard Wolf, and Jan Ziolkowski

**Freshman Seminars** (Instructional Program Committee) ... *is empowered to oversee the Freshman Seminar and House Seminar programs, and sponsor, under guidelines that the Committee develops, courses in General Education that, owing to their interdisciplinary nature or to other circumstances, are not appropriately offered within the regular departments of instruction.*

> Jay M. Harris *(Chair)*, Jerry Green, Andrew H. Knoll *(on leave fall term)*, John Kovac, Ofrit Liviatan *(ex officio)*, Erez Manela *(on leave fall term)*, Catherine McKenna, and Panagiotis Roilos

**General Education** (Instructional Program Committee) ... *aims to achieve four goals that link the undergraduate experience to the lives students will lead after Harvard: to prepare students for civic engagement; to teach students to understand themselves as products of, and participants in, traditions of art, ideas, and values; to enable students to respond critically and constructively to change; and to develop students' understanding of the ethical dimensions of what*

*they say and do.*

> Jason Mitchell *(Chair)*, Suzannah Clark, David Cutler *(on leave spring term)*, Peter Girguis, Jay M. Harris *(ex officio)*, Jane Kamensky, Stephanie Kenen *(ex officio)*, Marcyliena Morgan, Parimal Patil, and Jonathan Walton

**General Scholarships and the Sheldon Fund** (Administrative Committee) *… is responsible for overseeing the administration of slightly more than one hundred funds that have been assigned to the Committee without specific assignment by the donor to one particular school. These funds include scholarships, fellowships, traveling fellowships, a few trust funds, beneficiary aid funds, and a small number of loan funds.*

> The Dean of the Faculty of Arts and Sciences *(Chair)*, the Deans of the Graduate School of Arts and Sciences and of the School of Engineering and Applied Sciences, and the Deans of the Faculties of Business Administration, Dental Medicine, Design, Divinity, Education, Government, Law, Medicine, and Public Health

**Global Health and Health Policy** (Instructional Program Committee) *… a committee comprised of members of both the Committee on Health Policy and the Harvard Initiative on Global Health; it supports an undergraduate secondary field in Health Policy and Global Health in part by sponsoring courses relevant to the secondary field that cannot be supported by existing FAS departments.*

> David Cutler *(Chair)*, Allan Brandt, Daniel Carpenter, Colleen Cavanaugh, Amitabh Chandra *(on leave 2017–2018)*, Jean Comaroff, Christopher Duggan, David A. Edwards, Myron Essex, Paul Farmer, Susanne Goldie, Mary-Jo Delvecchio Good, Evelynn Hammonds, Daniel Hartl, Ashish Jha, David S. Jones, Stephanie Kayden, Arthur Kleinman, Jennifer Leaning, Robert Lue *(on leave fall term)*, Erez Manela *(on leave fall term)*, John Mugane *(on leave spring term)*, Joseph Newhouse, Meredith Rosenthal, Pardis Sabeti, Brittany Seymour, Daniel Shapiro, Doris Sommer, and David R. Williams

**Health Policy, Degree of Doctor of Philosophy in** (Graduate Curricular Committee) *… is primarily responsible for administering the Ph.D. Program in Health Policy, and its membership is drawn from the Faculty of Arts and Sciences, the Kennedy School of Government, the Medical School, and the School of Public Health.*

> David Cutler *(Chair)*, Sara Bleich, Robert Blendon, David Bloom *(on leave 2017–2018)*, Allan Brandt, Daniel Carpenter, Amitabh Chandra *(on leave 2017–2018)*, Michael Chernew, I. Glenn Cohen *(on leave spring term)*, Jessica Cohen, Benjamin Lê Cook, Leemore S. Dafny, Amy Edmondson, Arnold Epstein, Richard G. Frank, Laura Garabedian, Atul Gawande, Susanne Goldie, David Grabowski, James Hammitt, Laura Hatfield, David Hemenway,

John Hsu, Robert Huckman, Haiden Huskamp, Anupam Jena, Ashish Jha, Jane J. Kim, Gary King, Michael Kremer *(on leave spring term)*, Mariam Krikorian, Bruce Landon, Mary Beth Landrum, Timothy Layton, Nicole Maestas, Peter Marsden, Thomas McGuire, Barbara McNeil, John McWilliams, Nicolas Menzies, Joseph Newhouse, Sharon-Lise Normand, Jukka-Pekka Onnela, Ankur Pandya, Sherri Rose, Meredith Rosenthal, Donald Rubin *(on leave 2017–2018)*, Soroush Saghafian, Benjamin Sommers, Zirui Song, Stephen Soumerai, Ariel Stern, B. Katherine Swartz, Milton Weinstein, Alan Zaslavsky, and Richard Zeckhauser

**History and East Asian Languages, Degree of Doctor of Philosophy in** (Graduate Curricular Committee) *… is comprised of members from the Departments of History and of East Asian Languages and Civilizations. It primarily coordinates communication among students, faculty, and administration; coordinates placement efforts for current and former students; maintains records; and assists students in finding outside fellowships.*

Ian J. Miller *(Chair)*, Peter Bol, Carter Eckert, Mark Elliott, Arunabh Ghosh *(on leave 2017–2018)*, Andrew D. Gordon, David Howell, Sun Joo Kim, William Kirby, Shigehisa Kuriyama, Michael Puett, and Michael Szonyi

**History and Literature, Degrees in** (Undergraduate Curricular Committee) *… is primarily responsible for supervising the entire curriculum of the field of History and Literature and for making appointments within it. Members also may read senior honors essays or administer oral examinations as well as participate in other, less formal gatherings related to the field of study.*

Amanda Claybaugh *(Chair)*, David Alworth *(on leave fall term)*, David Armitage, Steven Biel, Ann Blair, Glenda Carpio, Genevieve Clutario *(on leave 2017–2018)*, Sergio Delgado Moya, Daniel Donoghue, Lorgia García Peña, Virginie Greene *(on leave 2017–2018)*, Maya Jasanoff *(on leave 2017–2018)*, Lauren Kaminsky, Ju Yon Kim, Deidre Lynch, Louis Menand, Mayra Rivera, Doris Sommer, John Stauffer *(on leave fall term)*, and Kirsten Weld *(on leave 2017–2018)*

**Information Technology** (Administrative Committee) *… oversees the Faculty's computer services and advises the Dean on information technology policies and priorities.*

Peter Manuelian *(Chair)*, Ann Blair, Peter Bol, Kathryn Davidson, Melissa Franklin, Peter Galison *(on leave spring term)*, Howard Georgi, Jay M. Harris, Eric Jacobsen, Gary King, Racha Kirakosian, Henry Leitner, Harry R. Lewis *(on leave fall term)*, Robert Lue *(on leave fall term)*, David Malan, Anne Margulies *(ex officio)*, Derek Miller, Ingrid Monson, Kelly O'Neill-Uzgiris, Sarah Richardson, and James Waldo

**Inner Asian and Altaic Studies, Higher Degrees in** (Graduate Curricular Committee) ... *coordinates all Inner Asian studies, ancient and modern, as well as instruction in the Turkic, Mongolian, and Tunguz languages and linguistics.*

> Leonard van der Kuijp *(Chair)*, Mark Elliott, Rowan Flad, Janet Gyatso, Cemal Kafadar, Terry Martin, Kelly O'Neill-Uzgiris, Michael Puett, David Roxburgh *(on leave 2017–2018)*, Michael Witzel, and Richard Wolf

**Latin American and Iberian Studies** (Interdisciplinary Coordinating Committee) ... *administers the activities of the David Rockefeller Center for Latin American Studies, which coordinates research, teaching, and public programs on Latin American and related fields such as the Caribbean, the Iberian peninsula, and the Latin American diaspora in the United States.*

> Davíd Carrasco *(Chair) (on leave spring term)*, Thomas B. F. Cummins, Alejandro de la Fuente *(on leave spring term)*, Brian D. Farrell, William L. Fash *(on leave spring term)*, Frances Hagopian, Tamar Herzog *(on leave 2017–2018)*, N. Michele Holbrook *(on leave fall term)*, Steven Levitsky, Doris Sommer, and Diana Sorensen

**Library** (Administrative Committee) ... *gathers information about the affairs of the libraries to discuss their problems and possibilities and to advise the Dean as to the most effective policies for their administration.*

> Carol J. Oja *(Chair)*, David Elmer, Jonathan Grindlay, Vinothan Manoharan, Ian J. Miller, Stephen Osadetz, and Leah Price

**Medical Sciences, Higher Degrees in** (Graduate Curricular Committee) ... *retains members from both the Harvard Medical School and the Department of Molecular and Cellular Biology and primarily serves as an executive decision-making body by discussing and approving policy changes or issues of great importance within the Division of Medical Sciences.*

> David Golan *(Chair)*, Thomas Bernhardt, David Cardozo *(ex officio)*, Constance Cepko, Susan Dymecki, David D. Ginty, Stephen Harrison, David Knipe, Isaac Kohane, Peter J. Park, Shiv Pillai, Rosalind Segal, Clifford Tabin, David Van Vactor, and Sean Whelan

**Medieval Studies** (Instructional Program Committee) ... *is designed to promote and coordinate work in the enlarging area of medieval studies, to publicize this work within and outside the University, and to sponsor occasional events and activities of interest to medievalists. More specifically, the committee develops undergraduate interdisciplinary courses in medieval studies, gives advice and support for both undergraduate and advanced degree programs, arranges conferences and seminars, and coordinates activities with*

*the Dumbarton Oaks research library in Washington, D. C., and the Villa I Tatti in Florence, Italy.*

> Daniel Donoghue *(Chair)*, Josiah Blackmore, Suzannah Clark, Charles Donahue, Khaled El-Rouayheb, Michael Flier *(on leave spring term)*, Sean Gilsdorf *(ex officio)*, Luis Girón-Negrón, Jeffrey Hamburger, Ioli Kalavrezou, Elizabeth Kamali, Racha Kirakosian, Justine Landau *(on leave fall term)*, Michael McCormick, Catherine McKenna, Stephen Mitchell, Joseph Nagy, Alina Payne, Ahmed Ragab *(on leave 2017–2018)*, Alexander Riehle, Panagiotis Roilos, Daniel Lord Smail, Christine Smith, Charles Stang, David Stern, Nicholas Watson, and Jan Ziolkowski

**Middle Eastern Studies** (Graduate Curricular Committee) *... administers the A.M. regional studies program and the joint Ph.D. program in Middle Eastern Studies and History, Anthropology, Fine Arts, and Economics.*

> William Granara *(Chair)*, Ali Asani, Steven Caton, Khaled El-Rouayheb, Luis Girón-Negrón, William A. Graham, Baber Johansen, Cemal Kafadar, Ousmane Kane, Tarek Masoud, Gülru Necipoğlu-Kafadar, Intisar Rabb, David Roxburgh *(on leave 2017–2018)*, Kristen Stilt, and Malika Zeghal *(on leave fall term)*

**Mind, Brain, and Behavior** (Instructional Program Committee) *... is an interdisciplinary group of scholars appointed to coordinate the teaching of neuroscience and related fields among Harvard's departments by administering course offerings, encouraging interdisciplinary interaction, and assisting students who wish to learn about opportunities for further study in fields allied with neuroscience.*

> Gennaro Chierchia *(Co-chair)*, Florian Engert *(Co-chair)*, George Alvarez *(on leave spring term)*, Paola Arlotta *(on leave fall term)*, Alfonso Caramazza, Susan E. Carey, David Cox, Fiery Cushman *(on leave fall term)*, Sandeep Robert Datta, Kathryn Davidson, Benjamin de Bivort, Bradford Dickerson, Alice Flaherty, Krzysztof Gajos, Howard Gardner, Samuel Gershman *(on leave fall term)*, Paul Gompers, Joshua Greene, Christopher Hasty, Takao Hensch, Hopi Hoekstra, Steven Hyman, Vijay Iyer, Sean Kelly, Gabriel Kreiman, David Laibson, Rebecca Lemov *(on leave 2017–2018)*, Jeff Lichtman, Margaret Livingstone, Jeffrey Macklis *(on leave fall term)*, Lakshminarayanan Mahadevan, Richard McNally *(on leave fall term)*, Jason Mitchell, Sendhil Mullainathan, Venkatesh Murthy, Charles Nelson, Bence Ölveczky *(on leave spring term)*, Naomi Pierce *(on leave fall term)*, Sarah Richardson, Stephen Rosen, Aravinthan Samuel, Joshua Sanes *(on leave fall term)*, Stuart Shieber, David Silbersweig, Alison Simmons, Maurice Smith, Jesse Snedeker, Elizabeth Spelke *(on leave fall term)*, Robert Stickgold, Tomasz Strzalecki, Naoshige Uchida *(on leave spring term)*, Leslie Valiant, Lisa M. Wong, Richard Wrangham *(on leave fall term)*, and Yun Zhang

**Neurobiology, Degrees in** (Undergraduate Curricular Committee) *... includes representatives from several departments of the Faculty of Arts and Sciences and from other Harvard schools. The concentration is designed to investigate how nervous systems organize behavior. It explores phenomena on vastly different scales, from molecules to societies, and draws on many of the classical disciplines for experimental tools and explanatory frameworks.*

> Jeff Lichtman *(Chair)*, Richard Born, Randy Buckner, David D. Cox, Florian Engert, Lisa Goodrich, Takao Hensch, Venkatesh Murthy, Bence Ölveczky *(on leave spring term)*, Aravinthan Samuel, Joshua Sanes *(on leave fall term)*, and Maurice Smith

**Oceanography** (Interdisciplinary Coordinating Committee) *... was established to discuss problems of mutual interest between departments whose fields encompass the basic scientific and mathematical disciplines fundamental to oceanographic study, to advise on issues of cross-departmental importance, and to make recommendations to the administration concerning course offerings, faculty appointments, research facilities, and inter-institutional arrangements with places such as the Woods Hole Oceanographic Institution.*

> Eli Tziperman *(Chair)*, Peter Huybers, James J. McCarthy *(on leave fall term)*, and Daniel Schrag

**Political Economy and Government, Higher Degrees in** (Graduate Curricular Committee) *... administers the Ph.D. program for students whose breadth of academic interests is not well served by doctoral studies confined to either economics or political science. Coursework includes an integrated program of economic theory, political theory, quantitative methods, and two additional fields selected from economics and political science.*

> Torben Iversen *(Chair),* Christopher Avery, Matthew Blackwell *(on leave spring term)*, Filipe Campante, Melissa Dell, Jeffry Frieden, Edward Glaeser, Horacio Larreguy Arbesú, Joseph Newhouse, Rohini Pande *(on leave fall term)*, J. Mark Ramseyer *(on leave spring term)*, Maya Sen *(on leave 2017–2018)*, Kenneth Shepsle *(on leave spring term)*, James Snyder, Robert Stavins, Dustin Tingley, and Richard Zeckhauser

**Professional Conduct** (Administrative Committee) *... advises the Dean and individual faculty members on problems involving conflicts of interest and commitment. It is also responsible for a first review of allegations of such matters as plagiarism or falsification of data by a member of the faculty or research staff.*

> Peter Ellison *(Chair)*, Cassandra Extavour *(on leave spring term)*, Alyssa Goodman, Maya Jasanoff *(on leave 2017–2018)*, Michael McElroy, John H. Shaw, and Mary C. Waters

**Public Health Sciences, Higher Degrees in** (Graduate Curricular Committee) *… oversees the existing Ph.D. programs in public health sciences. The committee works with its subcommittees to make policy decisions and ensure the continuing strengths of those programs.*

Karen Emmons *(Chair)*

- **Biological Sciences in Public Health, Doctor of Philosophy in** (Graduate Curricular Committee) *… is a subcommittee of the Standing Committee on Higher Degrees in Public Health Sciences, composed of members from the Faculty of Arts and Sciences, the Medical School, and the School of Public Health. It is primarily responsible for overseeing its Ph.D. program, including monitoring requirements and standards for the degree and standards for admission.*

  Brendan Manning *(Chair)*, Karen Emmons *(ex officio)*, Daniel L. Hartl, Susan Mango, Frank Sacks, Marianne Wessling-Resnick, and Dyann F. Wirth

- **Biostatistics**, **Doctor of Philosophy in** (Graduate Curricular Committee) *… is a subcommittee of the Standing Committee on Higher Degrees in Public Health Sciences, composed of members from the Faculty of Arts and Sciences, the Medical School, and the School of Public Health. It is primarily responsible for overseeing its Ph.D. program, including monitoring requirements and standards for the degree and standards for admission.*

  Xihong Lin *(Chair)*, Brent Coull, Karen Emmons *(ex officio)*, Jun S. Liu, and Neil Shephard

- **Population Health Sciences**, **Doctor of Philosophy in** (Graduate Curricular Committee) *… is a subcommittee of the Standing Committee on Higher Degrees in Public Health Sciences, composed of members from the Faculty of Arts and Sciences and the School of Public Health. It is primarily responsible for overseeing its Ph.D. program, including monitoring requirements and standards for the degree and standards for admission.*

  Lisa F. Berkman *(Chair)*, David M. Cutler, Karen Emmons *(ex officio)*, Wafaie W. Fawzi, Albert Hofman, Frank B. Hu, Ichiro Kawachi, Arthur Kleinman, Francine Laden, S. V. Subramanian, and Mary C. Waters

**Public Policy, Higher Degrees in** (Graduate Curricular Committee) *… administers the doctoral program in Public Policy.*

Robert Stavins *(Chair)*, Joseph Aldy, Matthew Baum, Iris Bohnet,

William C. Clark, Jeffrey Frankel, Joshua Goodman, Rema Hanna, William Hogan, Dale Jorgenson, David Keith, Asim Khwaja, Jennifer Lerner, Brigitte Madrian, Rohini Pande *(on leave fall term)*, Maya Sen *(on leave 2017–2018)*, Ryan Sheely, Kenneth Shepsle *(on leave spring term)*, Stephen Walt, and Richard Zeckhauser

**Public Service** (Administrative Committee) *... oversees all undergraduate public service and volunteer programs authorized by the Faculty of Arts and Sciences.*

James Kloppenberg *(Co-chair)*, Caroline Light *(Co-chair)*, Anya Bassett, Scott V. Edwards, Ieva Jusionyte, Rakesh Khurana *(ex officio)*, Laurence Ralph *(on leave 2017–2018)*, Doris Sommer, Dustin Tingley, and Christopher Winship

**Regional Studies—East Asia, A.M. Degree in** (Graduate Curricular Committee) *... administers the A.M. program in Regional Studies—East Asia, including admissions, advising, fellowships, and degrees. The program aims to make students broadly conversant with the societies of East Asia and also to give them a sound knowledge of one of the languages of the area.*

Xiaofei Tian *(Chair)*, Paul Y. Chang, James Robson, Eugene Y. Wang, and Alexander Zahlten *(on leave 2017–2018)*

**Regional Studies—Russia, Eastern Europe, and Central Asia, A.M. Degree in** (Graduate Curricular Committee) *... administers the A.M. program in Regional Studies—Russia, Eastern Europe, and Central Asia, including admissions, advising, fellowships, and degrees. The program aims to provide students with a firm grounding in the history, culture, language, politics, and economics of Russia, and of other countries of the former Soviet Union and Eastern Europe.*

Rawi Abdelal *(Chair)*, Jonathan Bolton, Julie Buckler *(on leave 2017–2018)*, Timothy Colton, Grzegorz Ekiert, Kelly O'Neill-Uzgiris, and Serhii Plokhii

**Religion, Study of** (Graduate and Undergraduate Curricular Committee) *... is composed of members from both the Faculty of Arts and Sciences and the Harvard Divinity School. It administers the undergraduate honors concentration in the Comparative Study of Religion and the Ph.D. program in the Study of Religion.*

Diana Eck *(Chair)*, Ali Asani, Giovanni Bazzana, Catherine Brekus *(on leave 2017–2018)*, Davíd Carrasco *(on leave spring term)*, Shaye J. D. Cohen, James Engell *(on leave spring term)*, Francis Fiorenza, Marla Frederick, Luis Girón-Negrón, William A. Graham, Janet Gyatso, Helen Hardacre, David Hempton, David Holland, Racha Kirakosian, Courtney Lamberth, David Lamberth, Anne Monius, Laura Nasrallah, Jacob Olupona, Parimal Patil, Kimberley Patton, Michael Puett, Ahmed Ragab *(on leave 2017–*

*2018)*, Mayra Rivera, James Robson, Elisabeth Schüssler Fiorenza, Charles Stang, Jonathan Walton, and Malika Zeghal *(on leave fall term)*

**Research Policy** (Faculty Research Committee) *… is primarily responsible for advising the Dean on matters of research policy and administration, specifically those regarding institutional grants or program grants cutting across departmental lines and involving large resources.*

Lee Rubin *(Chair)*, Alfonso Caramazza, Adam E. Cohen, Peter A. Hall, Frank Keutsch, Charles Langmuir, Richard Losick, Michael McElroy, Jeffrey Miron, David Mooney *(on leave spring term)*, Daniel Needleman, Bence Ölveczky *(on leave spring term)*, Hongkun Park, and Mary C. Waters

**Social Policy, Higher Degrees in** (Graduate Curricular Committee) *… is designed to admit and recommend candidates for advanced degrees in Government and Social Policy and in Sociology and Social Policy, providing these doctoral students with comprehensive training in either Government or Sociology, with a special concentration in Social Policy.*

Devah Pager *(Chair)*, David Deming, Jennifer Hochschild, Theda Skocpol, Bruce Western *(on leave 2017–2018)*, and William J. Wilson

**Social Studies, Degrees in** (Undergraduate Curricular Committee) *… is primarily responsible for the organization of curriculum, the appointment of faculty, and the securing of standards via oversight and review of the program for undergraduate degrees in Social Studies.*

James Kloppenberg *(Chair)*, David Armitage, Anya Bassett, Eric Beerbohm *(on leave fall term)*, Anya Bernstein *(on leave spring term)*, Lawrence Bobo, Jean Comaroff, Richard N. Cooper, Katrina Forrester, Peter A. Hall, Jonathan M. Hansen, Ieva Jusionyte, Steven Levitsky, Peter Marsden, Amanda Pallais, Michael Rosen *(on leave 2017–2018)*, Emma Rothschild *(on leave 2017–2018)*, Michael Sandel *(on leave 2017–2018)*, Brandon Terry *(on leave 2017–2018)*, Richard Tuck *(on leave spring term)*, Cheryl Welch, Christopher Winship, and Daniel Ziblatt

**Special Concentrations** (Undergraduate Curricular Committee) *… is empowered to approve and to recommend candidates for the A.B. degree, with and without honors, in Special Concentrations if the students' plans of study fall outside of the purview of any other of the College's regular concentrations. The Committee functions as a department to set academic policy for students granted the option of a special concentration and to maintain standards in the program. No faculty member serves as Special Concentrations advisor for more than two students.*

Joshua Greene *(Chair)*, Deborah Foster, Byron Good, Mary-Jo Delvecchio Good, David Haig *(on leave fall term)*, Jerold Kayden, Ruth Lingford, Stephen Marglin, Sandra Naddaff, Richard Wolf, and Richard Wrangham *(on leave fall term)*

**Systems Biology, Degree of Doctor of Philosophy in** (Graduate Curricular Committee) *… trains students to use experimental and theoretical approaches to develop physical and quantitative models of biological processes with the goal of reaching an integrated understanding of a particular process in the context of the whole cell, organism, or patient.*

Timothy Mitchison *(Co-chair)*, Andrew W. Murray *(Co-chair)*, Michael Desai, Galit Lahav, and Pamela Silver

**Theater, Dance, and Media** (Undergraduate Curricular Committee) *… oversees a concentration and a secondary field in Theater, Dance, and Media and recommends candidates for the degree of A.B.*

Sylvaine Guyot *(Chair)*, Robin Bernstein, Diane Borger *(ex officio)*, Glenda Carpio, Deborah Foster, Marjorie Garber, Andrew Gitchel *(ex officio)*, Jill Johnson, Ju Yon Kim, Dana Knox *(ex officio)*, Carrie Lambert-Beatty, David M. Levine, Sam W. Marks, Ryan McKittrick, Jack Megan *(ex officio)*, Derek Miller, Carol J. Oja, Diane Paulus *(ex officio)*, Martin Puchner *(on leave 2017–2018)*, Elaine Scarry, Doris Sommer, and Marcus Stern

**Ukrainian Studies** (Instructional Program Committee) *… is designed to facilitate the systematic study of Ukrainian subjects and coordinate work in these fields undertaken in the various departments of the University. It offers courses that allow the University's graduate students to fulfill the degree requirements of their respective departments (History, Slavic, Comparative Literature, and Linguistics) while becoming specialists in an area of Ukrainian studies.*

Serhii Plokhii *(Chair)*, Steven Clancy, Timothy Colton, Grzegorz Ekiert, Michael Flier *(on leave spring term)*, George Grabowicz, and Terry Martin

**Undergraduate Educational Policy** (Administrative Committee) *… is the general oversight body for the undergraduate curriculum.*

Rakesh Khurana *(Chair)*, Noël Bisson, Jeremy Bloxham, Emma Dench, Francis J. Doyle III, Claudine Gay, David A. Haig, Jay M. Harris, Robin Kelsey, Stephanie Kenen, Mary D. Lewis, Peter Marsden, John H. Shaw, Michael D. Smith, Karen Thornber, and Gu-Yeon Wei

**Women** (Administrative Committee) *… is responsible for monitoring all phases of the status of women in the University to insure that at all levels, from incoming freshman to full professor, women have the freedom, security, and respect needed to elicit their greatest personal*

*development and contribution to the community.*

Mary Brinton *(Chair)*, Joanna Aizenberg, Emily Balskus, Frank Dobbin, Lorgia García Peña, Howard Georgi, Karine Gibbs, Ewa Lajer-Burcharth *(on leave 2017–2018)*, Deidre Lynch, Susanna Siegel, Jesse Snedeker, Jocelyn Viterna, and Amy Wagers

**Women, Gender, and Sexuality, Degrees in Studies of**

(Undergraduate Curricular Committee) *… is responsible for overseeing the curriculum and tutorial program, voting on undergraduate degrees with honors, and recommending appointment and promotions of faculty in Studies of Women, Gender, and Sexuality. Members of the committee may directly advise students' academic work within the field, may read theses or administer oral exams, and are encouraged to teach courses, give lectures, and participate in other activities sponsored by the program.*

Robin Bernstein *(Chair)*, Josiah Blackmore, Michael Bronski, Peter Burgard, Stephanie Burt *(on leave spring term)*, Frank Dobbin, Lorgia García Peña, Evelynn Hammonds, Elizabeth Hinton, Alice Jardine *(on leave spring term)*, Mark D. Jordan *(on leave 2017–2018)*, Jane Kamensky, Rakesh Khurana, Alexandra Killewald *(on leave 2017–2018)*, Annabel Kim, Ju Yon Kim, Sarah E. Lewis, Caroline Light, Françoise Lionnet *(on leave 2017–2018)*, Deidre Lynch, George Paul Meiu *(on leave fall term)*, Durba Mitra, Marcyliena Morgan, Afsaneh Najmabadi, Parimal Patil, Ahmed Ragab *(on leave 2017–2018)*, Laurence Ralph *(on leave 2017–2018)*, Sarah Richardson, Mayra Rivera, H. Sophia Roosth *(on leave spring term)*, Regina Schouten, Susanna Siegel, Brandon Terry *(on leave 2017–2018)*, and Jocelyn Viterna

Copyright © 2017-2018 The President and Fellows of Harvard College · Harvard Wikis Terms of Use · iCommons Privacy Policy · Support · Atlassian Confluence 5.8.17