# EXHIBIT 95

# COALITION APPLICATION PROFILE



NAME
COALITION ACCOUNT ID
TRANSACTION ID
SUBMIT DATE
TYPE / TERM

## PERSONAL INFORMATION

**Name (Preferred)**

**Other Names**

**Date of Birth**

**Sex, Gender**

**U.S. Armed Forces**

## CONTACT INFORMATION

**Email, Phone**

**Mailing Address**

**Permanent Address**

## CITIZENSHIP

**Citizenship**

**Birth Place**

**SSN**

## DEMOGRAPHICS

**Hispanic/Latino**

**Race**


**Language Spoken at Home**

**Languages**

## ACADEMIC INTERESTS

**Academic Interests (Level)**

## PAYMENT & FINANCIAL AID

**Applying for Financial Aid**

**App Fee Paid**

# FAMILY



## HOUSEHOLD INFORMATION

**Number of Parents (Status)**

**Living With**

**Household Size**

**Number of Siblings**

**Is First Generation**

## PARENT/GUARDIAN 1

**Name, Relationship**

**Birth Country**

**Email, Phone**

**Address**

**Occupation, Employer**

**Education Level (Field)**

**Degree (Institution, Year)**

## PARENT/GUARDIAN 2

**Name, Relationship**

**Birth Country**

**Email, Phone**

**Address**

**Occupation, Employer**

**Education Level (Field)**

**Degree (Institution, Year)**

## SIBLING 1

**Name (Relationship, DOB)**

**Education Level (Field)**

**Degree (Institution, Year)**

## SIBLING 2

**Name (Relationship, DOB)**

**Education Level (Field)**

**Degree (Institution, Year)**

# HIGH SCHOOL INFORMATION



## SCHOOL INFORMATION

**Name**

**Address**

**School Code, Type**

**Start Date, End Date**

**Graduating School**

**Most Recent School**

---

**Name**

**Address**

**School Code, Type**

**Start Date, End Date**

**Graduating School**

**Most Recent School**

## CURRENT STATUS

**Expected Grad Date**

**Cumulative GPA / Scale, Type**

**Class Rank / Size, Type**

**Most Recent Grade**

## SCHOOL COUNSELOR AND CBO INFORMATION

**School Counselor Name**

**School Counselor Email**

**CBO Participation**

**CBO Contact**

**CBO Email, Phone**

# HIGH SCHOOL INFORMATION



## MIDDLE SCHOOL COURSEWORK

**School Name**

| Type | Course Name (Other Name) | Grade (Term) | Block | Other Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## 9TH GRADE COURSEWORK

**School Name**

| Type | Course Name (Other Name) | Grade (Term) | Block | Other Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# HIGH SCHOOL INFORMATION



## 10TH GRADE COURSEWORK

**School Name**

| Type | Course Name (Other Name) | Grade (Term) | Block | Other Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## 11TH GRADE COURSEWORK

**School Name**

| Type | Course Name (Other Name) | Grade (Term) | Block | Other Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# HIGH SCHOOL INFORMATION



## 12TH GRADE COURSEWORK

**School Name**

| Type | Course Name (Other Name) | Grade (Term) | Block | Other Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## 12TH GRADE COURSEWORK

**School Name**

| Type | Course Name (Other Name) | Grade (Term) | Block | Other Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# COLLEGE INFORMATION



## SCHOOL INFORMATION

**Name**

**Start Date, End Date**

**Highest Degree Earned**

---

**Name**

**Start Date, End Date**

**Highest Degree Earned**

## COLLEGE COURSEWORK

**School Name**

| Name | Grade | Course Number | Credits/Hours | Subject | Schedule Term - Year | Type | Optional Information |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## COLLEGE COURSEWORK

**School Name**

| Name | Grade | Course Number | Credits/Hours | Subject | Schedule Term - Year | Type | Optional Information |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

# HONORS & DISTINCTIONS



## HONORS & DISTINCTIONS

**Name**

Grade Received:

**Name**

Grade Received:

**Name**

Grade Received:

**Name**

Grade Received:

**Name**

Grade Received:

# ACTIVITIES



## ACTIVITIES SUMMARY

**Name**

description

| | Weeks/year | | Hours/week |

**Name**

description

| | Weeks/year | | Hours/week |

**Name**

description

| | Weeks/year | | Hours/week |

**Name**

description

| | Weeks/year | | Hours/week |

**Name**

description

| | Weeks/year | | Hours/week |

**Name**

description

| | Weeks/year | | Hours/week |

**Name**

description

| | Weeks/year | | Hours/week |

**Name**

description

| | Weeks/year | | Hours/week |

# TEST SCORES



## SAT / ACT (HIGHEST SCORE)

**Name (number of times taken)**

**Total Score (date)**

**Critical Reading/Writing (date)**

**Mathematics (date)**

**Essay Reading (date)**

**Essay Writing (date)**

**Essay Analysis (date)**

---

**Name (number of times taken)**

**Composite Score (date)**

**English Score (date)**

**Mathematics (date)**

**Reading (date)**

**Science (date)**

**Writing (date)**

## SUBJECT TESTS

**SAT Subject Test(s)**

**AP Exam(s)**

**IB Exam(s)**

**Predicted IB Exam(s)**

**Advanced Level Exam(s)**

**Predicted Advanced Level Exam(s)**

## ENGLISH PROFICIENCY

**Exam**