# EXHIBIT 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3               DISTRICT OF MASSACHUSETTS
 4               C.A. NO. 1:14-CV-14176
 5  - - - - - - - - - - - - - - - - -x
 6   STUDENTS FOR FAIR ADMISSIONS,   :
 7   INC.,                           :
 8                    Plaintiff,     :
 9       v.                          :
10   PRESIDENT AND FELLOWS OF        :
11   HARVARD COLLEGE (HARVARD        :
12   CORPORATION),                   :
13                    Defendant.     :
14  - - - - - - - - - - - - - - - - -x
15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          DEPOSITION OF MICHAEL CONTOMPASIS
17            30(b)(6): BOSTON LATIN SCHOOL
18             Boston, Massachusetts 02110
19                Thursday, July 27, 2017
20
21
22
23
24  REPORTED BY: Deanna J. Dean, RDR, CRR
25  JOB NO: 127102
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 49

1              Contompasis
2       A.     That's correct.
3       Q.     At some point is a guidance
4   counselor assigned to each individual student?
5       A.     Guidance counselors at Latin School
6   are assigned to freshman students who remain
7   with the individual counselor for four years.
8   The 7th and 8th graders have two counselors.
9   One has all of the 7th; the other has all of
10  the 8th.  But the high school is broken down
11  into -- for example, if you were entering 9th
12  grade, your counselor would remain the same
13  person all the way through to the time you
14  graduated.
15      Q.     And once a student is assigned a
16  specific counselor, does he or she meet with
17  that counselor a set amount of times throughout
18  the school year?
19      A.     I only wish it were more.
20      Q.     How -- approximately how much is it,
21  currently?
22      A.     It increases -- it increases from
23  freshman to senior year, obviously, again,
24  depending on specific needs and the -- and
25  the -- you know, the well-being of the student.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 131

C E R T I F I C A T E

1

2

3

4   I, Deanna J. Dean, a Registered Diplomate

5   Reporter, Certified Realtime Reporter, and

6   Massachusetts Notary Public, do hereby certify

7   that the foregoing, to the best of my

8   knowledge, skill and ability, is a true and

9   accurate transcript of my computer-aided

10  electronic stenographic notes of the deposition

11  of MICHAEL CONTOMPASIS, who was duly sworn,

12  taken at the place and under the circumstances

13  present on the date hereinbefore set forth.

14      I further certify that I am neither

15  attorney or counsel for, nor related to or

16  employed by any of the parties to the action in

17  which this deposition was taken, and further

18  that I am not a relative or employee of any

19  attorney or counsel employed in this case, nor

20  am I financially interested in this action.

21

22  _____

23           Deanna J. Dean, RDR, CRR

24        Signed this 8th day of August, 2017

25      My MA commission expires December 28, 2018