# EXHIBIT 6

# In The Matter Of:

*Students for Fair Admissions, Inc. v.*
*President and Fellows of Harvard College*

---

*Sarah C. Donahue*
*June 6, 2017*
*Highly Confidential - For Attorneys' Eyes Only*

---

*195 State Street • Boston, MA 02109*
*888.825.3376 - 617.399.0130*
*Global Solutions*
*court-reporting.com*



Original File Sarah Donahue 6-6-17.txt
Min-U-Script® with Word Index

1      A.   No.

2      Q.   And then the next year, did you return to

3  the Harvard College admissions office?

4      A.   I did in I think it was January of 2000.

5      Q.   Why did you make that change?

6           MS. ELLSWORTH:   Objection.

7      A.   It was -- I thought of it as a good

8  opportunity.  I missed working with undergraduate

9  students.

10  BY MR. STRAWBRIDGE:

11     Q.   So what was your title when you rejoined

12  the admissions office?

13     A.   Director of financial aid.

14     Q.   Is that the title you hold today?

15     A.   Today I am the Griffin director of

16  financial aid and a senior admissions officer.

17     Q.   When you initially rejoined the

18  admissions office as director of financial aid,

19  did you have any responsibility with respect to

20  reading admissions files that time?

21          MS. ELLSWORTH:   Objection.

22     A.   I did.

23  BY MR. STRAWBRIDGE:

24     Q.   Have you read admissions files

1  continuously since then?

2          MS. ELLSWORTH:  Objection.

3      A.  I have read admissions files since 2000.

4  BY MR. STRAWBRIDGE:

5      Q.  For each admissions cycle since you

6  rejoined the college?

7      A.  Yes.

8      Q.  Besides reading admissions files, can you

9  just tell me what your other duties as director

10  of financial aid entail?

11     A.  They are broad.  Generally I am

12  responsible for running the financial aid program

13  at the college and making sure we award financial

14  aid in accordance with institutional and federal

15  guidelines.

16     Q.  Who sets the institutional guidelines for

17  the award of financial aid at Harvard College?

18          MS. ELLSWORTH:  Objection.

19     A.  There is a financial aid committee.

20  BY MR. STRAWBRIDGE:

21     Q.  Is that a different committee than the

22  committee that oversees the admissions office?

23          MS. ELLSWORTH:  Objection.

24     A.  There is a faculty committee on

1   BY MR. STRAWBRIDGE:

2        Q.  Do you know -- do you recall when the job

3   was actually offered to Ms. Bever?

4        A.  No.

5        Q.  Do you know whether there was any period

6   of time that it took for Ms. Bever to accept the

7   job?

8        A.  I don't remember.

9        Q.  What are Ms. Bever's responsibilities in

10  that role within the admissions office today?

11            MS. ELLSWORTH:  Objection.

12       A.  I believe her title is director of

13  institutional research for admissions and

14  financial aid.

15  BY MR. STRAWBRIDGE:

16       Q.  And do you know who she reports to?

17       A.  I think she reports to Dean Fitzsimmons.

18       Q.  Has that been the case, as far as you

19  know, since she began in the office?

20       A.  I am not sure.  I think so.

21       Q.  You report to Dean Fitzsimmons as well?

22       A.  Yes.

23       Q.  Do you have any other reporting lines

24  that you report to in the office?

```
 1        Q.  Grandparents, aunts, uncles, they don't

 2   count for purposes of the legacy tip?

 3             MS. ELLSWORTH:  Objection.

 4        A.  They don't.

 5   BY MR. STRAWBRIDGE:

 6        Q.  Is race something that can sometimes be

 7   the basis for giving someone a tip?

 8             MS. ELLSWORTH:  Objection.

 9        A.  It is one of many things we look at.

10   BY MR. STRAWBRIDGE:

11        Q.  Is it sometimes a reason to give a

12   candidate favorable treatment at Harvard?

13             MS. ELLSWORTH:  Objection.

14        A.  It can be.

15   BY MR. STRAWBRIDGE:

16        Q.  What about gender?  Is gender something

17   that can be the basis for giving someone a tip in

18   the admissions process?

19             MS. ELLSWORTH:  Objection.

20        A.  Not to me.

21   BY MR. STRAWBRIDGE:

22        Q.  Why not?

23        A.  Because we view each file individually

24   based on achievement and areas of excellence.  I
```

1  are high achieving from a low-income family to

2  let them know about Harvard.

3      Q.  Have you talked about how to identify

4  students who may be able to succeed at Harvard

5  despite perhaps having lower standardized test

6  scores?

7          MS. ELLSWORTH:  Objection.

8      A.  Was the question have we talked about it?

9  BY MR. STRAWBRIDGE:

10     Q.  Yes.

11     A.  I haven't.

12     Q.  Do you know if other people in the office

13 have?

14         MS. ELLSWORTH:  Objection.

15     A.  I don't know.

16 BY MR. STRAWBRIDGE:

17     Q.  Do you recall in your time at Harvard

18 participating in any discussions as to

19 alternatives to Harvard's admissions process that

20 would not involve the consideration of an

21 applicant's race?

22         MS. ELLSWORTH:  Objection.  Harvard

23 College?

24         MR. STRAWBRIDGE:  Harvard College.

```
 1        A.  I don't.

 2   BY MR. STRAWBRIDGE:

 3        Q.  Do you recall ever having discussions

 4   with anyone in the admissions office about what

 5   would happen if Harvard's use of race in the

 6   admissions process was replaced with just simply

 7   the use of socioeconomic status?

 8            MS. ELLSWORTH:  Objection.

 9            I will remind the witness in answering

10   the question not to disclose any communications

11   with counsel or actions taken at the direction of

12   counsel.  If you can answer the question without

13   disclosing that information, you may.

14   BY MR. STRAWBRIDGE:

15        Q.  I will clarify.  The question is yes or

16   no.  Have you every participated in these

17   discussions at all?

18            MS. ELLSWORTH:  The instruction and

19   warning still stands, but you can answer if you

20   may.

21        A.  The discussions of what?  I'm sorry.  I

22   forget.

23   BY MR. STRAWBRIDGE:

24        Q.  What would happen if Harvard replaced its
```

1  financial aid would or would not be awarded?

2      A.   No.

3      Q.   What do you mean by "income threshold"?

4      A.   We had before then asked families to

5  contribute, on average, 10 percent of their

6  income up to $180,000 income a year.  And that

7  was scaled back to $150,000.

8      Q.   Let's turn the page actually and look at

9  page 3, which I think contains information

10  referring to the policy change you were just

11  describing.

12          So this slide appears -- would you agree

13  with me that this slide appears to show the

14  number of aided freshmen for 2012 through

15  projected 2017?

16      A.   That is what it looks like.

17      Q.   So this slide refers to the introduction

18  of the affordability initiative.  Do you see that

19  language, first bullet point?

20      A.   Yes.

21      Q.   What is the affordability initiative?

22      A.   The affordability initiative was an

23  extension of the bright line articulated

24  financial aid policy that was originally HFAI,

1   that happened a few years ago and from which we

2   are now reaping savings/potentially bad PR"?

3           Halfway in the second paragraph on this

4   e-mail.

5        A.  Yes.

6        Q.  Do you know what he is referring to?

7        A.  Yes.

8        Q.  What is he referring to when he says "the

9   rebalancing that happened a few years ago"?

10       A.  He is referring to the threshold change

11  from $180,000 a year to $150,000 a year.

12       Q.  How did that achieve savings?

13           MS. ELLSWORTH:  Objection.

14       A.  When the program was up to $180,000 a

15  year, we asked families to contribute on average

16  10 percent of that income, assuming typical

17  assets.  When that was reduced to $150,000, we

18  then asked more from families from $150,000 to

19  $180,000.

20  BY MR. STRAWBRIDGE:

21       Q.  And do you know approximately how much of

22  the admitted pool in a given year was affected by

23  that change?

24       A.  I don't know.

1      A.  I think the adjustments were made a bit

2  before this e-mail.

3  BY MR. STRAWBRIDGE:

4      Q.  In 2012?

5      A.  I think so.

6      Q.  So back to that, the affordability

7  initiative, which was intended to signal

8  affordability, how did that change from what had

9  previously been done in 2012?

10         MS. ELLSWORTH:   Objection.

11      A.  It reduced the amount that we were asking

12  families to contribute.

13  BY MR. STRAWBRIDGE:

14      Q.  And which families in particular saw a

15  reduction in the amount they were asked to

16  contribute?

17      A.  Families with incomes up to $180,000.

18      Q.  Before that, was there a limitation on

19  contributions for families making up to $180,000

20  a year?

21      A.  No.

22      Q.  So the affordability initiative was the

23  first time that there was a cap on family

24  contributions for that range?

1   BY MR. STRAWBRIDGE:

2       Q.   Income?

3       A.   Real estate.   Income is one stream,

4   assets are another.

5       Q.   Do both of them get taken into account in

6   determining what a family's contribution should

7   be?

8            MS. ELLSWORTH:   Objection.

9       A.   Yes.

10  BY MR. STRAWBRIDGE:

11      Q.   So with the new guidelines that were put

12  in place for 2016, was that also an average

13  contribution?

14           MS. ELLSWORTH:   Objection.

15      A.   Most families have that 10 percent

16  expectation unless there are atypical assets.

17  BY MR. STRAWBRIDGE:

18      Q.   And that is as true for the families

19  making up to $150,000 in 2016 as it was for the

20  families making up to $180,000 in 2012?

21      A.   Yes.

22      Q.   Was changes in the thresholds for the

23  HFAI program a part at all of the affordability

24  initiative in 2012?

1      Q.  Do you think it is a challenge to educate

2   the students who are on campus?

3           MS. ELLSWORTH:  Objection.

4      A.  In what way?

5   BY MR. STRAWBRIDGE:

6      Q.   In whatever way that they benefit from

7   socioeconomic diversity.

8           MS. ELLSWORTH:  Objection.

9      A.  Depends ow how you define "challenge."

10  BY MR. STRAWBRIDGE:

11     Q.  Let me ask you this.  Do you think that

12  Harvard would ever accept a similar

13  stratification of racial diversity on campus?

14          MS. ELLSWORTH:  Objection.

15     A.  I don't know.

16  BY MR. STRAWBRIDGE:

17     Q.  Do you think that students received an

18  educational benefit from the presence of legacy

19  students on campus?

20          MS. ELLSWORTH:  Objection.

21     A.  Yes.

22  BY MR. STRAWBRIDGE:

23     Q.  What do you think that the education

24  benefit that attending college with legacies

1   provides?

2           MS. ELLSWORTH:  Objection.

3       A.  Individually they are remarkable people.

4   BY MR. STRAWBRIDGE:

5       Q.  Does their remarkable features arise from

6   their status of legacies?

7       A.  No.

8       Q.  Just a coincidence?

9       A.  I don't know.

10      Q.  I guess I'm just trying to figure out if

11  it is the legacy feature that provides the

12  educational benefit or is it the actual

13  achievements or attributes of the individual?

14          MS. ELLSWORTH:  Objection.

15      A.  I think that it is the individual

16  attributes and achievements.

17  BY MR. STRAWBRIDGE:

18      Q.  Do you have -- if you have two people on

19  campus and one is a legacy and one is not, do you

20  think that you necessarily learn anything more by

21  interacting with the student who is a legacy, by

22  mere dint of their legacy status, than you learn

23  from interacting with the non-legacy student?

24          MS. ELLSWORTH:  Objection.

```
 1        A.   No.

 2                  (Exhibit 6, Article, A Classy Affair, by

 3             Elizabeth W. Green, dated 11-13-03, marked

 4             for identification.)

 5   BY MR. STRAWBRIDGE:

 6        Q.   Handing you what has been marked as

 7   Exhibit 6, which is an article printed from The

 8   Harvard Crimson magazine, originally published in

 9   November of 2003.  This is a lengthy article, and

10   I am actually only going to ask you about a few

11   pages of it.  I don't know if I have seen it

12   before or not, but take a moment to kind of skim

13   it.  And I will give you adequate time to study

14   the parts I am going to ask you about.

15                  (Witness viewing Exhibit 6.)

16             MS. ELLSWORTH:  So my version of this is

17   missing lines at the top and bottom of each page.

18             MR. STRAWBRIDGE:  Yes, we discovered this

19   morning that it appears to have cut off like the

20   first line of some of these pages.  I don't think

21   it actually is going to affect any of the things

22   I ask the witness about.

23             MS. ELLSWORTH:  Just for the record.

24             MR. STRAWBRIDGE:  But if that creates a
```

1      Q.  Model 2 that is listed on this chart

2   seems to indicate that OIR took the same two

3   academic indicators from Model 1 but then also

4   sort of mapped onto the analysis the legacy and

5   athlete characteristics?

6      A.  Yes.

7      Q.  And then Model 3 is those four

8   characteristics for Model 2 plus personal rating

9   and extracurricular rating.

10         Do you know what is meant by "personal

11   rating"?

12      A.  Yes.

13      Q.  What is "personal rating"?

14      A.  It's a numerical rating that the

15   admissions reader assigns to a candidate.

16      Q.  What factors go into the personal rating?

17         MS. ELLSWORTH:   Objection.

18      A.  It's a combination, really, of all of the

19   pieces of information in the file.

20   BY MR. STRAWBRIDGE:

21      Q.  So do like the academic characteristics

22   that we were just talking about, is that

23   accounted for in the personal rating?

24      A.  No.

1      Q.  So which of the pieces of information in

2   the file are accounted for in the personal

3   rating?

4          MS. ELLSWORTH:  Objection.

5      A.  What the student writes about herself or

6   himself, what the teachers say about that

7   candidate, what the guidance counselor may say

8   about the candidate's personal qualities, what

9   the interviewer will say about that student.

10  BY MR. STRAWBRIDGE:

11     Q.  Is it a fairly subjective rating?

12          MS. ELLSWORTH:  Objection.

13     A.  Yes.

14  BY MR. STRAWBRIDGE:

15     Q.  It is more subjective than, for example,

16  the academic rating?

17          MS. ELLSWORTH:  Objection.

18     A.  Probably.

19  BY MR. STRAWBRIDGE:

20     Q.  Does the personal rating, does that take

21  into account the race or ethnicity of the

22  applicant?

23     A.  No.

24     Q.  Not at all?

1      Q.  Do they have the kind of characteristics

2   that lead to lower personal ratings in any

3   disproportionate way compared to other

4   ethnicities in the docket?

5           MS. ELLSWORTH:  Objection.

6      A.  We read files one by one.  I don't think

7   so.

8   BY MR. STRAWBRIDGE:

9      Q.  In your experience, do Asian-Americans as

10  a whole tend to be less accomplished with respect

11  to extracurricular activities than other

12  applicants?

13          MR. STRAWBRIDGE:  Objection.

14     A.  I don't know.

15  BY MR. STRAWBRIDGE:

16     Q.  Do you recall ever coming to the

17  conclusion that Asian-Americans are generally

18  weaker on extracurricular activities than

19  applicants of other ethnicities?

20          MS. ELLSWORTH:  Objection.

21     A.  No.

22  BY MR. STRAWBRIDGE:

23     Q.  Given that, do you have any explanation

24  as to why this model appears to indicate that the

1      A.  No.

2    BY MR. STRAWBRIDGE:

3      Q.  Would it disqualify someone from

4    admission, in your view, for lack of sufficient

5    information about them?

6      A.  No.

7      Q.  So do you think in some cases you have

8    approved for admission a candidate who did not

9    indicate what their race was?

10         MS. ELLSWORTH:  Objection.

11     A.  I don't recall.

12   BY MR. STRAWBRIDGE:

13     Q.  What is it that you think you would be

14   missing if Harvard did not take race into account

15   as part of its admissions process?

16     A.  I think we would be missing information

17   about the racial background of our candidates.

18     Q.  Are you familiar with the term "critical

19   mass"?

20     A.  Generally, yes.

21     Q.  Are you familiar with it with respect to

22   ensuring a sufficient number of admitted students

23   with certain perspectives in the college

24   admissions process?

```
 1              MS. ELLSWORTH:  Objection.

 2         A.  No.

 3    BY MR. STRAWBRIDGE:

 4         Q.  Are you familiar --

 5              MR. STRAWBRIDGE:  Strike that.

 6    BY MR. STRAWBRIDGE:

 7         Q.  "Critical mass" has a scientific

 8    definition with respect to nuclear materials;

 9    correct?

10         A.  I don't know.

11         Q.  When you are familiar with the term

12    "critical mass," in what aspect have you heard it

13    used?  What is your understanding of the term?

14              MS. ELLSWORTH:  Objection.

15              I will just remind the witness not to

16    disclose any communications with counsel or

17    information learned from counsel.  If you can

18    answer the question without disclosing that

19    information, you may do so.

20         A.  Sorry.  You asked me what I think

21    "critical mass" means?

22    BY MR. STRAWBRIDGE:

23         Q.  Yes.

24         A.  I don't know.
```

1      Q.  Do you know whether the admissions office

2   has any definition of critical mass?

3      A.  No.

4      Q.  Apart from discussions with counsel, have

5   you ever participated in discussions within the

6   admissions office as to what critical mass looks

7   like?

8      A.  No.

9      Q.  Are you aware of any analysis Harvard has

10  done with respect to how it might obtain critical

11  mass?

12         MS. ELLSWORTH:  Objection.

13      A.  No.

14  BY MR. STRAWBRIDGE:

15      Q.  When you are reading a file, how often do

16  you make note of a candidate's race?

17         MS. ELLSWORTH:  Objection.

18      A.  I don't know.

19  BY MR. STRAWBRIDGE:

20      Q.  Do you think most of the time it is

21  information that you take note of?

22      A.  I think some of the time it is.

23      Q.  Do you know when or under what

24  circumstances you might take note of a

```
 1        A.   Same answer.
 2   BY MR. STRAWBRIDGE:
 3        Q.   In addition to the four component scores
 4   and the overall score that we have discussed, are
 5   applicants for admission, do they receive other
 6   scores; for example, scores that relate to their
 7   teacher recommendations?
 8             MS. ELLSWORTH:   Objection.
 9        A.   Yes.
10   BY MR. STRAWBRIDGE:
11        Q.   Who assigns those scores?
12             MS. ELLSWORTH:   Objection.
13        A.   The readers of the application.
14   BY MR. STRAWBRIDGE:
15        Q.   The readers of the application.  How do
16   they go about assigning the scores for the
17   teacher recommendations?
18             MS. ELLSWORTH:   Objection.
19        A.   You read the teacher recommendation and
20   you look at -- there is a grid where they can
21   check levels and variety of categories, and you
22   make a judgment about how strongly they are
23   recommending the student.
24   BY MR. STRAWBRIDGE:
```

 1        Q.   So is it an attempt to accurately capture

 2   the strength of the teacher recommendation?

 3        A.   Yes.

 4        Q.   Is there -- is the goal there to

 5   second-guess any of the teacher's assessment of

 6   the candidate or is it just to sort of accurately

 7   distill the teacher's recommendation to a number?

 8             MS. ELLSWORTH:   Objection.

 9        A.   It is the latter.

10   BY MR. STRAWBRIDGE:

11        Q.   And what is the scale for the teacher

12   recommendation score?

13        A.   Generally, it is that same four-point

14   scale.

15        Q.   1 to 4, 1 being the best score?

16        A.   Yes.

17        Q.   Are pluses and minuses applied for those

18   scores?

19        A.   Yes.

20        Q.   Are pluses and minuses today assigned for

21   all of the scores that we are discussing?

22        A.   Yes.

23        Q.   Was that always the case?

24             MS. ELLSWORTH:   Objection.

1      A.  Yes.

2   BY MR. STRAWBRIDGE:

3      Q.  Are there similar scores assigned for

4   guidance counselor recommendations?

5          MS. ELLSWORTH:  Objection.

6      A.  Yes.

7   BY MR. STRAWBRIDGE:

8      Q.  Is it the same process as the teacher

9   recommendation score?  Is it an attempt to sort

10  of accurately distill the strength of the

11  guidance counselor's recommendation to a

12  1-through-4 scale?

13     A.  Yes.

14     Q.  And are there also scores that are

15  assigned with respect to alumni interviewers?

16         MS. ELLSWORTH:  Objection.

17     A.  The alumni interviewers assign the

18  scores.

19  BY MR. STRAWBRIDGE:

20     Q.  Yes, that wasn't a great question.  I

21  will try to clarify.

22         Do the alumni interviewers themselves

23  assign scores for the applicants which they

24  interview?

1        A.   Yes.

2        Q.   And is that also on the four-point scale

3   or the four-number scale?

4        A.   Yes.

5        Q.   And is that supposed to be an overall

6   assessment as opposed to academic,

7   extracurricular, personal, or otherwise?

8             MS. ELLSWORTH:   Objection.

9        A.   The numbers that are recorded on the

10  applicant's profile are the overall and the

11  personal.

12  BY MR. STRAWBRIDGE:

13       Q.   Alumni interviewers assign an overall and

14  a personal?

15       A.   (Witness nodding her head.)

16       Q.   Occasionally are there staff interviews

17  of applicants for admission?

18       A.   Occasionally.

19       Q.   When there are staff interviews, does the

20  staff assign numbers in the same way that the

21  alumni interviewers do?

22            MS. ELLSWORTH:   Objection.

23       A.   They are the same two categories.

24  BY MR. STRAWBRIDGE:

1       Q.   And those numbers would be assigned

2   independent of the reader's scores of personal

3   and overall for the file as a whole.   Is that

4   correct?

5       A.   Yes.

6       Q.   There would be a separate interview score

7   as opposed to the application?

8            MS. ELLSWORTH:   Objection.

9       A.   Yes.

10  BY MR. STRAWBRIDGE:

11      Q.   Are you familiar with the term "ad dot"?

12      A.   Yes.

13      Q.   What is an ad dot?

14           MS. ELLSWORTH:   Objection.

15      A.   It is the admit dot.

16  BY MR. STRAWBRIDGE:

17      Q.   Is it a qualification of an admit score

18  or a subset of admit ratings?

19           MS. ELLSWORTH:   Objection.

20      A.   Yes.

21  BY MR. STRAWBRIDGE:

22      Q.   And there is also an ad star.   Is that

23  correct?

24      A.   Yes.

1          A.   Yes.

2     BY MR. STRAWBRIDGE:

3          Q.   Do you take your annotated docket from a

4     subcommittee meeting to a full committee meeting

5     in a given cycle?

6          A.   Yes.

7          Q.   And then at the full committee meeting,

8     might you take additional notes as to decision or

9     discussions regarding the candidates on that

10    docket?

11              MS. ELLSWORTH:   Objection.

12         A.   Yes.

13    BY MR. STRAWBRIDGE:

14         Q.   And is that --  are those notes and that

15    version of the docket then preserved as the

16    record of the admissions meeting process for that

17    given cycle?

18              MS. ELLSWORTH:   Objection.

19         A.   Yes.

20    BY MR. STRAWBRIDGE:

21         Q.   And to your understanding or in your

22    experience, is that equally true with respect to

23    the chairs of the other dockets?

24              MS. ELLSWORTH:   Objection.

1        Q.   This is an example of somebody who --

2             MR. STRAWBRIDGE:   Strike that.

3    BY MR. STRAWBRIDGE:

4        Q.   And then there is a "likely" next to "fee

5    waived."  What does "likely" refer to?

6        A.   That might refer to occasionally we offer

7    candidates "likely to be admitted" designation

8    and send them a letter.

9        Q.   Is that sometimes referred to as "a

10   likely letter"?

11       A.   Yes.

12       Q.   Who gets likely letters?

13            MS. ELLSWORTH:   Objection.

14   BY MR. STRAWBRIDGE:

15       Q.   Generally?

16       A.   Candidates who are likely to be admitted.

17       Q.   How are they identified?  Who determines

18   that they are likely to be admitted?

19            MS. ELLSWORTH:   Objection.

20       A.   The admissions committee.

21   BY MR. STRAWBRIDGE:

22       Q.   Are these ultracompetitive candidates who

23   the committee wants to try to ensure apply and

24   keep Harvard in mind?

1              MS. ELLSWORTH:   Objection.

2       A.  Yes.

3   BY MR. STRAWBRIDGE:

4       Q.  Is it the purpose of sending a likely

5   letter to protect against the candidate taking --

6   accepting an offer at another institution before

7   Harvard has a chance to make an official

8   admissions decision?

9              MS. ELLSWORTH:   Objection.

10      A.  No, not specifically.

11  BY MR. STRAWBRIDGE:

12      Q.  What's the goal of the likely letter

13  that's just not accomplished through the normal

14  admissions process?

15      A.  To let a very, very strong candidate know

16  that we are very likely to admit her or him.

17      Q.  Is it to generate an application?

18      A.  No.

19      Q.  Those are people who have already

20  applied?

21      A.  Yes.

22      Q.  If you go to the page that has Bates

23  suffix of 717 in the lower right corner, in the

24  upper left column, there is an annotation above





Sarah C. Donahue - June 6, 2017
Highly Confidential - For Attorneys' Eyes Only

219



 1      A.  Yes.

 2      Q.  So are you familiar with the term

 3  "one-pager"?

 4      A.  Yes.

 5      Q.  Does that describe the report that is

 6  attached here to this e-mail?

 7          MS. ELLSWORTH:  Objection.

 8      A.  Yes.

 9  BY MR. STRAWBRIDGE:

10      Q.  And so what --

11          MR. STRAWBRIDGE:  Strike that.

12  BY MR. STRAWBRIDGE:

13      Q.  Looking at the information that's

14  presented here on this report, is this the type

15  of overview that Dean Fitzsimmons might describe

16  or information he might provide at the beginning

17  of a full committee meeting?

18          MS. ELLSWORTH:  Objection.

19      A.  He might provide some of this

20  information, yes, at that time.

21  BY MR. STRAWBRIDGE:

22      Q.  Do you know whether he ever actually

23  provides all of this information?  Does he put

24  this up on the screen or hand it out?

1   specific full committee meetings where he did not

2   begin with the discussion of the racial breakdown

3   of the applicant pool to date?

4           MS. ELLSWORTH:  Objection.

5       A.  There are a lot of years that I have been

6   doing this.  I don't recall exactly.

7   BY MR. STRAWBRIDGE:

8       Q.  What else does he -- what else, if

9   anything, does he discuss in his overview of the

10  process or the overview of the class?

11      A.  Might be that we have some great

12  musicians, some other remarkable characteristics

13  of the students who have -- who are in the

14  applicant pool.

15      Q.  Does he sometimes bring up specific

16  students by name?

17          MS. ELLSWORTH:  Objection.

18      A.  I don't think so.

19  BY MR. STRAWBRIDGE:

20      Q.  Once he is done with his overview, how

21  does the process proceed?

22          MS. ELLSWORTH:  Objection.

23      A.  Usually the full committee process

24  proceeds in docket order.

1    BY MR. STRAWBRIDGE:

2        Q.   So a docket goes first?

3        A.   Usually.

4        Q.   Who presents from a docket?

5        A.   The committee members of that

6    subcommittee.

7        Q.   So whoever has responsibility for the

8    particular school or candidates that are being

9    discussed within the subdocket will stand up and

10   present the candidates that they think should be

11   admitted?

12            MS. ELLSWORTH:   Objection.

13       A.   Yes.

14   BY MR. STRAWBRIDGE:

15       Q.   Then the committee will go through each

16   of the candidates that is brought to their

17   attention and discuss the merits?

18            MS. ELLSWORTH:   Objection.

19       A.   The candidate who has been recommended

20   for admission will be reviewed.   They are

21   reviewed sometimes more quickly; sometimes it

22   takes longer.

23   BY MR. STRAWBRIDGE:

24       Q.   At that time after each candidate is

```
 1   reviewed, at that time is there a vote?

 2       A.   There can be.

 3       Q.   What determines whether there is a vote

 4   or not on a particular candidate who is

 5   presented?

 6            MS. ELLSWORTH:  Objection.

 7       A.   If it seems very clear and it is a

 8   remarkable candidate, we might just mention it

 9   and then move on.  If there is some reason to

10   talk about it, a star that people have questions

11   about, then we might have a vote.

12   BY MR. STRAWBRIDGE:

13       Q.   So there are some candidates who

14   essentially might be approved by consensus

15   without the need for a formal vote?

16            MS. ELLSWORTH:  Objection.

17       A.   Yes.

18   BY MR. STRAWBRIDGE:

19       Q.   And then other candidates might warrant

20   some discussion or some people might feel

21   requires a show of support or a vote by the

22   people in the room?

23            MS. ELLSWORTH:  Objection.

24   BY MR. STRAWBRIDGE:
```

1       Q.   Is that correct?

2       A.   Yes.

3       Q.   Are there some candidates who are kind of

4    tabled and no decision is made after the first

5    presentation?

6            MS. ELLSWORTH:   Objection.

7       A.   After the full -- the presentation in

8    full committee?

9    BY MR. STRAWBRIDGE:

10      Q.   Right.

11      A.   There are a number of different things

12   that could happen.

13      Q.   I am just trying to get a feel.  I have

14   never been in the room so I am just trying to get

15   a feel for what it is like.

16           Are there some people who say:  Well,

17   let's come back to this person.  Or does

18   everybody get sort of an up or down as they are

19   being presented?

20           MS. ELLSWORTH:   Objection.

21      A.   After discussion, sometimes the committee

22   might want more information.

23   BY MR. STRAWBRIDGE:

24      Q.   Is there any times like, well -- I mean,

1   competitiveness of dockets.

2   BY MR. STRAWBRIDGE:

3       Q.  We talked earlier about the targets for

4   the docket.  Does the subcommittee -- I mean do

5   you consider that to be a hard target?  Do you

6   have to come in with that number of people to

7   full committee?

8           MS. ELLSWORTH:  Objection.

9       A.  I do.  You need come in with that figure

10  going into full committee.

11  BY MR. STRAWBRIDGE:

12      Q.  This many admits and no more and no less?

13      A.  You could come in with less.

14      Q.  But you're not expected to come in with

15  more?

16          MS. ELLSWORTH:  Objection.

17      A.  Right.

18  BY MR. STRAWBRIDGE:

19      Q.  Is that because the process of full

20  committee is generally one of trying to cut down

21  from an oversubscribed class of admitted people?

22      A.  No.

23      Q.  How come you have to come in without more

24  from your target?

1      A.  My understanding is that we want to leave

2   room for the full committee discussion.  And

3   during the full committee, candidates will come

4   in and out of the class based on late

5   information.

6      Q.  So the target is a way to just kind of

7   keep the overall number of people for discussion

8   and to focus the decision-making process?

9          MS. ELLSWORTH:  Objection.

10  BY MR. STRAWBRIDGE:

11     Q.  Is that right?

12     A.  Yes.

13     Q.  Is there any occasion when someone is

14  admitted to the class outside of the full

15  committee meeting process?

16         MS. ELLSWORTH:  Objection.

17     A.  I don't think so.

18  BY MR. STRAWBRIDGE:

19     Q.  Everybody has to come through and

20  ultimately be approved one way or the other by

21  the full committee?

22     A.  Yes.

23     Q.  How long does it take in the full

24  committee process to get through the dockets?

Highly Confidential - For Attorneys' Eyes Only          283

```
 1    ATTACH TO DEPOSITION OF:   SARAH C. DONAHUE

 2    CASE:   STUDENTS FOR FAIR ADMISSIONS, INC.   vs.
      PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD
 3    CORPORATION)

 4    DATE TAKEN:   06/06/2017

 5                        ERRATA SHEET

 6    PAGE      LINE      CHANGE          REASON

 7

 8    Errata are listed on the attached pages.
      _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15           I have read the foregoing transcript of

16    my deposition and except for any corrections or

17    changes noted above, I hereby subscribe to the

18    transcript as an accurate record of the statements

19    made by me.

20           Executed this  24ᵗʰ day of

21    ____ July ____, 2017.

22

23    _____ Sarah C. Donahue _____
                    SARAH C. DONAHUE

24
```

O'Brien & Levine Court Reporting Solutions
888.825.3376 - mail@court-reporting.com

**June 6, 2017 Deposition of Sarah C. Donahue – Errata Sheet**

| Page | Line | Instruction | Reason for Change |
|------|------|-------------|-------------------|
| 7 | 20-21 | Change "director of financial aid" to "Director of Financial Aid" | Grammar |
| 13 | 6-7 | Change "director of student financial services" to "Director of Student Financial Services" | Grammar |
| 14 | 5 | Change "director of financial aid" to "Director of Financial Aid" | Grammar |
| 14 | 22 | Change "director of career services" to "Director of Career Services" | Grammar |
| 15 | 13 | Change "Director of financial aid" to "Director of Financial Aid" | Grammar |
| 15 | 15-16 | Change "director of financial aid" to "Director of Financial Aid" | Grammar |
| 16 | 19 | Change "financial aid committee" to "Financial Aid Committee" | Grammar |
| 16 | 24 | Change "faculty committee" to "Faculty Committee" | Grammar |
| 17 | 1 | Change "admissions and financial aid" to "Admission and Financial Aid" | Grammar |
| 17 | 2-3 | Change "committee on financial aid" and "committee on admissions" to "Committee on Financial Aid" and "Committee on Admissions" | Grammar |
| 18 | 6-7 | Change "dean of admissions and financial aid" to "Dean of Admissions and Financial Aid" | Grammar |
| 18 | 20-21 | Change "dean of the faculty of arts and sciences" to "Dean of the Faculty of Arts and Sciences" | Grammar |
| 19 | 1 | Change "president of the university" to "President of the University" | Grammar |
| 19 | 10 | Change "office of institutional research" to "Office of Institutional Research" | Grammar |
| 21 | 20 | Change "research in the financial -- on the financial aid" to "research on the financial aid" | Clarification |
| 22 | 19 | Change "school of education" to "School of Education" | Grammar |
| 22 | 20 | Delete "the" | Clarification |
| 26 | 12-14 | Change "director of institutional research for admissions and financial aid" to "Director of Institutional Research for Admissions and | Grammar |

| Page | Line | Instruction | Reason for Change |
|------|------|-------------|-------------------|
| | | Financial Aid" | |
| 28 | 5 | Change "oversee" to "oversees" | Clarification |
| 34 | 7 | Change "financial aid committee" to "Financial Aid Committee" | Grammar |
| 39 | 16-17 | Change "financial aid initiative" to "Financial Aid Initiative" | Grammar |
| 42 | 4-5 | Change "faculty of arts and sciences" to "Faculty of Arts and Sciences" | Grammar |
| 55 | 13 | Change "ability" to "inability" | Typographical error |
| 97 | 17 | Change "If" to "It" | Typographical error |
| 141 | 10-11 | Change "director of international admissions" to "Director of International Admissions" | Grammar |
| 160 | 7-8 | Change "on the level the – the level" to "on the level" | Clarification |
| 164 | 16-17 | Change "college" to "College" | Grammar |
| 191 | 21 | Change "and" to "in a" | Clarification |
| 194 | 23 | Change "They" to "There" | Typographical error |
| 201 | 6 | Change "dean" to "Dean" | Grammar |
| 204 | 4 | Change "dean" to "Dean" | Grammar |
| 217 | 15 | Change "dean" to "Dean" | Grammar |
| 218 | 11 | Change "dean" to "Dean" | Grammar |
| 219 | 1-2 | Change "dean or director" to "Dean or Director" | Grammar |
| 220 | 22 | Change "dean's" to "Dean's" | Grammar |
| 229 | 16, 19 | Change "d'Borgard [phonetic]" and "d'Borgard" to "Burgard" | Typographical error |
| 230 | 11 | Change "no" to "so" | Typographical error |
| 230 | 21 | Change "dean" to "Dean" | Grammar |
| 238 | 2, 4 | Change "a" to "A" | Clarification |
| 239 | 10 | Change "a" to "A" | Clarification |
| 248 | 1-2 | Change "a star, a dot, a" to "A star, A dot, A" | Clarification |
| 256 | 9 | Change "dean" to "Dean" | Grammar |