# EXHIBIT 10

```
 1            MARK HANSEN - HIGHLY CONFIDENTIAL

 2              UNITED STATES DISTRICT COURT

 3            FOR THE DISTRICT OF MASSACHUSETTS

 4            CIVIL ACTION NO:  1:14-cv-14176

 5

 6     STUDENTS FOR FAIR ADMISSIONS, INC.,      )
                                                )
 7                              Plaintiff,      )
                                                )
 8     VS.                                      )
                                                )
 9     PRESIDENT AND FELLOWS OF HARVARD         )
       COLLEGE (HARVARD CORPORATION),          )
10                                              )
                                Defendant.   )
11     ----------------------------------------

12
                         DEPOSITION OF
13
                         MARK HANSEN
14
                     BOSTON, MASSACHUSETTS
15
                   WEDNESDAY, JULY 19, 2017
16
                      HIGHLY CONFIDENTIAL
17                   ATTORNEY'S EYES ONLY

18

19

20

21

22

23

24     REPORTED BY: DENISE D. HARPER-FORDE

25     JOB NO: 127106
```

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2           (BY MR. CONNOLLY):

3      Q.  Did you ever interact with Dean

4  Fitzsimmons when you were at Harvard?

5      A.  I'm not sure what you're asking.

6      Q.  How can I clarify?

7      A.  I was present in meetings with

8  him.

9      Q.  Do you ever recall being in a

10  meeting with Dean Fitzsimmons and

11  discussing your analysis of race and the

12  admissions process?

13           MR. DULBERG:  Objection.

14           THE WITNESS:  I'm sorry.  Can you

15  repeat the question.

16           (Whereupon, the last question was

17            read back by the Court Reporter)

18           THE WITNESS:  I think that would

19  have been the subject of more than one

20  meeting.  So I don't have a specific

21  memory.

22           (BY MR. CONNOLLY):

23      Q.  Do you recall who else would have

24  been at these meetings with Dean

25  Fitzsimmons?

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2           MR. DULBERG:  Objection.

3           THE WITNESS:  In a general sense,

4    and to the best of my recollection, likely

5    Erica Bever and Erin Driver-Linn, and Dean

6    Fitzsimmons.

7           (BY MR. CONNOLLY):

8       Q.  Do you know approximately how many

9    meetings you had with Dean Fitzsimmons in

10   which your analysis of race and the

11   admissions process was a topic of

12   discussion?

13          MR. DULBERG:  Objection.

14          THE WITNESS:  I don't know that I

15   recall.

16          (BY MR. CONNOLLY):

17      Q.  More than one?

18          MR. DULBERG:  Objection.

19          THE WITNESS:  Yes.

20          (BY MR. CONNOLLY):

21      Q.  More than three?

22          MR. DULBERG:  Objection.

23          THE WITNESS:  I don't recall.

24          (BY MR. CONNOLLY):

25      Q.  Can you recall anything that was

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL

 2     discussed at these meetings?

 3              MR. DULBERG:  Objection.

 4              THE WITNESS:  I think only in very

 5     general terms.

 6              (BY MR. CONNOLLY):

 7          Q.  What do you remember generally?

 8              MR. DULBERG:  Objection.

 9              THE WITNESS:  The use of early

10     action.  Admissions preferences, and

11     admissions process, arbitration.  And some

12     question involving gender and people

13     majoring in science technology and stem

14     engineering mathematics.

15              (BY MR. CONNOLLY):

16          Q.  Do you recall ever being at a

17     meeting with Dean Fitzsimmons in which the

18     topic of discussion was whether Asians were

19     being disadvantaged in the admissions

20     process?

21              MR. DULBERG:  Objection.

22              THE WITNESS:  I don't know that I

23     remember a specific meeting, but I recall

24     that is a topic.

25              (BY MR. CONNOLLY):
```

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2       Q.  A topic that you had discussed at

3  one of these meetings?

4       A.  Yes.

5       Q.  Do you know approximately how many

6  meetings with Dean Fitzsimmons you attended

7  in which the topic was whether Asians were

8  being disadvantaged in the admissions

9  process?

10            MR. DULBERG:  Objection.

11            THE WITNESS:  I don't recall.

12            (BY MR. CONNOLLY):

13       Q.  More than one?

14            MR. DULBERG:  Objection.

15            THE WITNESS:  To the best of my

16  recollection, yes.

17            (BY MR. CONNOLLY):

18       Q.  When you had these discussions

19  about whether Asians are disadvantaged in

20  the admissions process, was it about

21  analysis that you had conducted?

22            MR. DULBERG:  Objection.

23            THE WITNESS:  The framing of the

24  question where you refer to -- so a lot of

25  our work in The Office of Institutional

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2    Research was very collaborative.

3           So anything discussed was usually a

4    joint project.  That would have been a

5    topic, but the "your" piece of the question

6    is problematic.

7           (BY MR. CONNOLLY):

8      Q.  Were you one of the individuals who

9    worked on this analysis?

10          MR. DULBERG:  Objection.

11          THE WITNESS:  Yes.

12          (BY MR. CONNOLLY):

13     Q.  Who else worked on the analysis

14    into whether Asians are disadvantaged in

15    the admissions process?

16          MR. DULBERG:  Objection.

17          THE WITNESS:  I don't recall

18    specifically.

19          (BY MR. CONNOLLY):

20     Q.  Did Erica Bever work on this

21    analysis?

22          MR. DULBERG:  Objection.

23          THE WITNESS:  I don't recall

24    specifically, but she likely would have

25    reviewed any work.

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2              (BY MR. CONNOLLY):
 3         Q.  Would Erin Driver-Linn have worked
 4    on this analysis?
 5              MR. DULBERG:  Objection.
 6              THE WITNESS:  I don't recall.  But
 7    she likely would have reviewed the work.
 8              (BY MR. CONNOLLY):
 9         Q.  Do you know approximately how many
10    months you worked on the analysis into
11    whether Asians are disadvantaged in
12    Harvard's admissions process.
13              MR. DULBERG:  Objection.
14              THE WITNESS:  I do not.
15              (BY MR. CONNOLLY):
16         Q.  More than one?
17              MR. DULBERG:  Objection.
18              THE WITNESS:  Yes.
19              (BY MR. CONNOLLY):
20         Q.  More than three?
21              MR. DULBERG:  Objection.
22              THE WITNESS:  Yes.
23              (BY MR. CONNOLLY):
24         Q.  More than six?
25              MR. DULBERG:  Objection.
```

 1          MARK HANSEN - HIGHLY CONFIDENTIAL

 2          THE WITNESS:  I don't recall.

 3          (BY MR. CONNOLLY):

 4      Q.  Do you recall ever doing any

 5  follow-up analysis into whether Asians were

 6  disadvantaged in Harvard's admissions

 7  process?

 8          MR. DULBERG:  Objection.

 9          THE WITNESS:  In a general sense,

10  yes.

11          (BY MR. CONNOLLY):

12      Q.  Do you know why you would have

13  conducted this follow-up research?

14          MR. DULBERG:  Objection.

15          THE WITNESS:  To incorporate

16  additional data analysis not originally

17  available to us in our original analysis or

18  exploratory work.

19          (BY MR. CONNOLLY):

20      Q.  Can you tell me who at Harvard was

21  aware of your analysis of whether Asians

22  were being disadvantaged in Harvard's

23  admissions process?

24          MR. DULBERG:  Objection.

25          THE WITNESS:  Sorry.  Could you

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2        Q.  Did you ever check your Harvard

3   E-mail on your iPod Touch?

4        A.  I can't recall.

5        Q.  Would it have been possible to

6   check your E-mail from Harvard on your iPod

7   Touch?

8            MR. DULBERG:  Objection.

9            THE WITNESS:  Yes.

10           (BY MR. CONNOLLY):

11       Q.  Do you know if it's possible that

12  your iPod Touch has any documents or E-mail

13  from your time at Harvard?

14           MR. DULBERG:  Objection.

15           THE WITNESS:  I don't know.

16           (BY MR. CONNOLLY):

17       Q.  Has anybody from Harvard searched

18  your iPod Touch?

19           MR. DULBERG:  Objection.

20           THE WITNESS:  No.

21           (BY MR. CONNOLLY):

22       Q.  Where did you go to College?

23       A.  Boston University.

24       Q.  And what did you major in?

25       A.  Pure and applied mathematics.

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2        Q.  Do you have any additional

3    education?

4            MR. DULBERG:  Objection.

5            THE WITNESS:  Yes, I have a Masters

6    Degree.

7            (BY MR. CONNOLLY):

8        Q.  Where is that from?

9        A.  The Harvard Graduate School of

10   Education.

11       Q.  Why did you attend the Harvard

12   Graduate School of Education?

13           MR. DULBERG:  Objection.

14           THE WITNESS:  In particular?

15           (BY MR. CONNOLLY):

16       Q.  Just generally?

17           MR. DULBERG:  Objection.

18           THE WITNESS:  I have worked in

19   Student Affairs for 2 or 3 years, and was

20   reaching a point where I needed further

21   education to advance my career.

22           (BY MR. CONNOLLY):

23       Q.  How did you work in Student Affairs

24   before that?

25       A.  Before attending Graduate school?

1          MARK HANSEN - HIGHLY CONFIDENTIAL



1            MARK HANSEN - HIGHLY CONFIDENTIAL

2       Q.  How so?

3       A.  It would be essentially polls of

4  students and faculty.

5       Q.  Do you recall any work of OIR ever

6  being shared with the governing boards?

7            MR. DULBERG:  Objection.

8            THE WITNESS:  I can't recall.  I'm

9  not sure.  Could you clarify "governing

10  boardS".

11            (BY MR. CONNOLLY):

12       Q.  I am looking at the second bullet

13  here where it says "the governing

14  boards"?

15       A.  I don't recall.  I'm not sure.

16       Q.  Do you recall any changes to

17  Harvard policy ever being made following

18  the work of The Office of Institutional

19  Research?

20            MR. DULBERG:  Objection.

21            THE WITNESS:  Yes.

22            (BY MR. CONNOLLY):

23       Q.  What are those policies?

24            MR. DULBERG:  Objection.

25            THE WITNESS:  To the best of my

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2    recollection, the reintroduction of early

3    action in admissions.

4              (BY MR. CONNOLLY):

5         Q.  Anything else?

6         A.  Modification to Harvard's financial

7    policy.

8         Q.  Anything else?

9         A.  Not that I can recall.

10        Q.  Do you recall generally the work

11   that OIR did regarding early action?

12        A.  Yes.

13        Q.  And what was that work?

14             MR. DULBERG:  Objection.

15             THE WITNESS:  I'm not sure what you

16   mean.

17             (BY MR. CONNOLLY):

18        Q.  What type of work or analysis did

19   OIR do with regard to early action?

20             MR. DULBERG:  Objection.

21             THE WITNESS:  I can only recall

22   essentially descriptive analysis of student

23   populations pre and post change.

24             (BY MR. CONNOLLY):

25        Q.  And do you recall the work that OIR

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2     The Office of Institutional Research and

3     it's functions.

4               (BY MR. CONNOLLY):

5          Q.  Would this have been possibly a

6     presentation?

7               MR. DULBERG:  Objection.

8               THE WITNESS:  I'm really not

9     sure.

10              (BY MR. CONNOLLY):

11         Q.  Turn to page 68154.  Have you ever

12    seen this type of chart before?

13              MR. DULBERG:  Objection.

14              THE WITNESS:  Yes.

15              (BY MR. CONNOLLY):

16         Q.  Can you describe for me generally

17    what this chart represents?

18              MR. DULBERG:  Objection.

19              THE WITNESS:  It would be an

20    organizational chart of our office, and it

21    looks like Erin Driver-Linn's other direct

22    reports.

23              (BY MR. CONNOLLY):

24         Q.  Sorry.  You said director

25    reports?

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2       A.  Direct reports.

3       Q.  Okay.  Can he tell me who Erica

4  Bever is?

5       A.  I'm not sure what you're asking.

6       Q.  Was she the person that you

7  directly reported to?

8            MR. DULBERG:  Objection.

9            THE WITNESS:  Yes.  I mean, for a

10  period of time.

11            (BY MR. CONNOLLY):

12       Q.  As a general matter, would you and

13  Ms. Bever collaborate on most of your

14  projects?

15            MR. DULBERG:  Objection.

16            THE WITNESS:  Most, but not all.

17            (BY MR. CONNOLLY):

18       Q.  Is there a reason you reported to

19  Ms. Bever?

20            MR. DULBERG:  Objection.

21            THE WITNESS:  I don't know.

22            (BY MR. CONNOLLY):

23       Q.  Can you describe the type of work

24  that Ms. Bever would do?

25            MR. DULBERG:  Objection.

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2           MR. DULBERG:  Objection.

3           THE WITNESS:  Yes.

4           (BY MR. CONNOLLY):

5      Q.  If you turn to page 74892, it says:

6  "The goal is using various admissions

7  ratings, how well can we approximate admit

8  rates by race/ethnicity and the demographic

9  composition of the admitted students pool."

10          Can you elaborate a little more by

11  what you meant by that statement?

12          MR. DULBERG:  Objection.

13          THE WITNESS:  I really don't

14  recall, and I have no way to know if these

15  were edited or not before being passed on

16  to Erica.  I'm not quite sure of the

17  source.

18          I don't know if I can elaborate if

19  I was the author of the full statement,

20  what I would have meant beyond what is

21  written on the page.

22          (BY MR. CONNOLLY):

23      Q.  What is a logistic regression

24  model?

25      A.  Keeping in mind that my statistics

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2     education is fairly rusty at this point, I

3     have not done any real statistics in some

4     time since, probably since I was at

5     Harvard.

6              In a very crude way, it's a model

7     that as an output gives you probabilities

8     based on predictors put into it.

9         Q.   Why would somebody use a logistical

10    regression model?

11             MR. DULBERG:   Objection.

12             THE WITNESS:   Generally to get

13    probabilities as an output.

14             (BY MR. CONNOLLY):

15        Q.   Do you remember why you were

16    conducting the analysis that is described

17    in this document?

18             MR. DULBERG:   Objection.

19             THE WITNESS:   Yes.

20             (BY MR. CONNOLLY):

21        Q.   And what is that reason?

22             MR. DULBERG:   Objection.

23             THE WITNESS:   In a general sense,

24    it would have had to do with projects

25    you're working on the prior winter, related

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2    the admissions process at Harvard?

3              MR. DULBERG:  Objection.

4              THE WITNESS:  Could you repeat the

5    question.

6              (BY MR. CONNOLLY):

7       Q.  Do you think these numbers provide

8    evidence that Asians are disadvantaged in

9    the admissions process at Harvard?

10             MR. DULBERG:  Objection.

11             THE WITNESS:  I don't know if there

12   is enough to reach a firm conclusion in

13   either direction.

14             (BY MR. CONNOLLY):

15      Q.  Do you recall ever showing any of

16   this information to anybody else?

17             MR. DULBERG:  Objection.

18             THE WITNESS:  Yes, in a general

19   sense.

20             (BY MR. CONNOLLY):

21      Q.  Who?

22      A.  Dean Fitzsimmons, and very likely

23   others in the office.

24      Q.  Anyone in particular that you can

25   think of?

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2    would have received this in advance.  So
 3    the meetings we are talking about may have
 4    been the first time.  I don't know.
 5              (BY MR. CONNOLLY):
 6         Q.  Do you remember more than one
 7    meeting in which you were with Dean
 8    Fitzsimmons, and the information in this
 9    report was discussed?
10              MR. DULBERG:  Objection.
11              THE WITNESS:  I don't have any
12    specific memory of more than one meeting
13    where this would have been discussed.  It's
14    likely, but I don't recall.
15              (BY MR. CONNOLLY):
16         Q.  You said it's likely, but you don't
17    recall?
18         A.  Yes.
19         Q.  Do you recall doing any additional
20    research into whether Asians were
21    disadvantaged in the admissions process?
22              MR. DULBERG:  Objection.
23              THE WITNESS:  Yes, in a general
24    sense.
25              (BY MR. CONNOLLY)
```

1    MARK HANSEN - HIGHLY CONFIDENTIAL

2 question.

3     (BY MR. CONNOLLY):

4   Q. Is it your testimony that you

5 remember multiple iterations into whether

6 Asians were being disadvantaged in the

7 admissions process?

8     MR. DULBERG:  Objection.

9     THE WITNESS:  Yes.

10     (BY MR. CONNOLLY):

11     MR. CONNOLLY:  Shall we break for

12 lunch.

13    (Off the record at 11:57 AM)

14     (Lunch break taken)

15    (Back on the record at 12:38)

16     MR. CONNOLLY:  I would like to mark

17 as Exhibit 5 a document Bates number 65741.

18    (Whereupon, Exhibit No. 5,

19     Admissions 2013 Presentation, was

20     marked for identification).

21    (BY MR. CONNOLLY):

22   Q. Please review this, and let me know

23 when you have finished.  Do you recognize

24 this document?

25   A. Only in a very general sense, and

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2          THE WITNESS:  I'm not sure.

3   Subject to the same caveats before.

4          (BY MR. CONNOLLY):

5      Q.  Turn to page 65743.  Can you

6   describe to me generally what this chart

7   represents?

8          MR. DULBERG:  Objection.

9          THE WITNESS:  Yes.

10         (BY MR. CONNOLLY):

11     Q.  What does it represent?

12         MR. DULBERG:  Objection.

13         THE WITNESS:  The admit rates by

14  ethnicity.

15         (BY MR. CONNOLLY):

16     Q.  Do you know why you were only

17  looking at Whites and Asians in this

18  chart?

19         MR. DULBERG:  Objection.

20         THE WITNESS:  Repeat the

21  question.

22         (BY MR. CONNOLLY):

23     Q.  Do you know why you were only

24  looking at Whites and Asians in this

25  chart?

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2           MR. DULBERG:  Objection.

3           THE WITNESS:  I believe for a

4    descriptive depth for our future

5    progression analysis.

6              (BY MR. CONNOLLY):

7       Q.  Is this document one of the

8    iterations that you described earlier into

9    whether Harvard's admissions process

10   disadvantages Asians?

11          MR. DULBERG:  Objection.  Objection

12   also to the extent that it mischaracterizes

13   the prior testimony.

14          THE WITNESS:  I'm sorry.  Can you

15   repeat the question.

16             (BY MR. CONNOLLY):

17      Q.  Is this document one of the

18   iterations you referenced earlier about

19   whether Harvard's admissions process

20   disadvantages Asians?

21          MR. DULBERG:  Objection.

22          THE WITNESS:  It seems likely,

23   yes.

24             (BY MR. CONNOLLY):

25      Q.  Do you recall whether this document

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2    was drafted in response to any questions

3    asked of you or OIR?

4              MR. DULBERG:  Objection.

5              THE WITNESS:  I don't recall.

6              (BY MR. CONNOLLY):

7         Q.  As a general matter, would it be

8    connected to the research you were doing

9    related to the Ron Unz article?

10             MR. DULBERG:  Objection.

11             THE WITNESS:  I think as a general

12   matter, yes.  At least it's likely.

13             (BY MR. CONNOLLY):

14        Q.  Can you turn to page 65745.  Can

15   you tell me what this chart shows?

16             MR. DULBERG:  Objection.

17             THE WITNESS:  It would be

18   standardized differences in test scores and

19   ratings for White and Asian applicants.

20             (BY MR. CONNOLLY):

21        Q.  And what does it show for academic

22   rating?

23             MR. DULBERG:  Objection.

24             THE WITNESS:  On average Asian

25   applicants have an academic rating that is

1                MARK HANSEN - HIGHLY CONFIDENTIAL

2    .245 standard deviations higher than White

3    applicants.

4                (BY MR. CONNOLLY):

5         Q.  What does it show for personal

6    rating?

7                MR. DULBERG:  Objection.

8                THE WITNESS:  On average Asian

9    applicants have a personal rating that is

10   .13 standard deviation over White

11   applicants.  This is also subject to the

12   caveats listed below in the bullet

13   points.

14               (BY MR. CONNOLLY):

15        Q.  That it excludes legacy and

16   athletes?

17        A.  Yes, and it looks like there is

18   maybe a year where there is no ratings

19   data.

20        Q.  Do you know why Asians had lower

21   personal ratings than Whites?

22               MR. DULBERG:  Objection.

23               THE WITNESS:  I do no.

24               (BY MR. CONNOLLY):

25        Q.  Did you ever hear anyone put forth

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2    the hypothetical as to why Asians have
 3    lower personal ratings than Whites?
 4              MR. DULBERG:  Objection.
 5              THE WITNESS:  I don't recall, no.
 6              (BY MR. CONNOLLY):
 7         Q.  Do you recall anyone at Harvard
 8    ever saying that Asians were less
 9    personable than Whites?
10              MR. DULBERG:  Objection.
11              THE WITNESS:  No.
12              (BY MR. CONNOLLY):
13         Q.  Do you have any explanation as to
14    why there would be such a big difference
15    between the personal ratings between Whites
16    and Asians?
17              MR. DULBERG:  Objection.
18              THE WITNESS:  I do not know.
19              (BY MR. CONNOLLY):
20         Q.  Do you recall ever discussing the
21    fact that Asians have worse personal
22    ratings than Whites?
23              MR. DULBERG:  Objection.
24              THE WITNESS:  Yes.
25              (BY MR. CONNOLLY):
```

```
 1            MARK HANSEN - HIGHLY CONFIDENTIAL
 2      Q.  Who did you discuss it with?
 3           MR. DULBERG:  Objection.
 4           THE WITNESS:  I don't recall.
 5           (BY MR. CONNOLLY):
 6      Q.  How do you know that you had this
 7  conversation?
 8           MR. DULBERG:  Objection.
 9           THE WITNESS:  I think we wanted
10  to -- "we" being -- I'm not sure who "we"
11  is, but in the OIR sense have a better
12  sense of what a personal rating is actually
13  evaluating, what inputs go into it.
14           (BY MR. CONNOLLY):
15      Q.  Do you remember having any reaction
16  to seeing this chart?
17           MR. DULBERG:  Objection.
18           THE WITNESS:  Yes.
19           (BY MR. CONNOLLY):
20      Q.  What was your reaction?
21      A.  Just curiosity.
22      Q.  Would you admit that this seems a
23  little strange?
24           MR. DULBERG:  Objection.
25           THE WITNESS:  I don't know that I
```

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2     could characterize it as "strange" or not

3     "strange".  I would characterize it as

4     something I would look into more to see

5     what it is trying to measure.

6              (BY MR. CONNOLLY):

7         Q.  Do you recall looking into it

8     more?

9              MR. DULBERG:  Objection.

10             THE WITNESS:  Only in the most

11    general sense.

12             (BY MR. CONNOLLY):

13        Q.  In what way?

14             MR. DULBERG:  Objection.

15             THE WITNESS:  I have a recollection

16    of asking how they are assigned.

17             (BY MR. CONNOLLY):

18        Q.  To someone in the admissions

19    office?

20        A.  I don't recall.

21        Q.  Turn to page 65746.  Can you

22    describe to me what this chart shows?

23             MR. DULBERG:  Objection.

24             THE WITNESS:  This is number 6?

25             (BY MR. CONNOLLY):

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2      Q.  Yes?

3      A.  So two things.  Number one, being

4  accounts of applicants by a standardized

5  academic index, and then admit rates

6  excluding legacy and athletes.

7      Q.  As an initial matter, do you know

8  why you excluded legacy and athletes?

9           MR. DULBERG:  Objection.

10          THE WITNESS:  Could you repeat the

11 question.

12          (BY MR. CONNOLLY):

13     Q.  Do you know why you excluded legacy

14 and athletes from this chart?

15          MR. DULBERG:  Objection.

16          THE WITNESS:  Generally yes.

17          (BY MR. CONNOLLY):

18     Q.  What was that reason?

19          MR. DULBERG:  Objection.

20          THE WITNESS:  The caveat being the

21 "you" piece.  It being OIR in general.

22 Those two attributes have been described as

23 on average favoring White students, because

24 there are preferences that may benefit that

25 particular group.  So it was an attempt to

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2   remove that preference from the
 3   comparison.
 4              (BY MR. CONNOLLY):
 5        Q.  Do you recall Dean Fitzsimmons ever
 6   discussing the effects of legacies and
 7   athletes on Asians?
 8              MR. DULBERG:  Objection.
 9              THE WITNESS:  Not on Asians, no.
10              (BY MR. CONNOLLY):
11        Q.  In general?
12        A.  Yes.
13        Q.  What did he say about the effect of
14   legacies and athletes?
15              MR. DULBERG:  Objection.
16              THE WITNESS:  I have a vague
17   recollection of him describing it as a
18   preference that typically benefits White
19   students.
20              (BY MR. CONNOLLY):
21        Q.  How would you describe the white
22   admit rate and the Asian admit rate on page
23   6?
24              MR. DULBERG:  Objection.
25              THE WITNESS:  Whites admit rate is
```

```
 1            MARK HANSEN - HIGHLY CONFIDENTIAL
 2    generally higher than the Asian admit rate,
 3    and both are -- even to the most qualified
 4    applicants, are just below 50 something
 5    percent, 52.
 6            (BY MR. CONNOLLY):
 7       Q.  Does this chart show that for
 8    Whites and Asians who have the same
 9    academic index, Whites are admitted at a
10    higher rate?
11            MR. DULBERG:  Objection.
12            THE WITNESS:  Yes.
13            (BY MR. CONNOLLY):
14       Q.  Do you have an explanation for that
15    finding?
16            MR. DULBERG:  Objection.
17            THE WITNESS:  I'm not sure what
18    you're asking; impossible or?
19            (BY MR. CONNOLLY):
20       Q.  Do you have any explanation for why
21    White students were being admitted at a
22    higher rate than Asian students when the
23    academic index was the same?
24            MR. DULBERG:  Objection.
25            THE WITNESS:  Only academic index
```

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2            MR. DULBERG:  Objection.

3            THE WITNESS:  I'm not sure I can

4    correctly.  There are odds ratios with mean

5    effect logistic progression model.

6            (BY MR. CONNOLLY):

7        Q.  How would you describe African

8    Americans as it appears on this chart?

9            MR. DULBERG:  Objection.

10           THE WITNESS:  I'm not sure what

11   your asking.

12           (BY MR. CONNOLLY):

13       Q.  Are you on page 65749?

14       A.  I'm on 8.  I'm sorry.

15       Q.  On page 65749, can you describe to

16   me generally what is happening on this

17   chart?

18           MR. DULBERG:  Objection.

19           THE WITNESS:  So these are

20   coefficients associated with various

21   predictors in the logistical progression

22   model, predicting admissions into Harvard

23   College.

24           (BY MR. CONNOLLY):

25       Q.  How would you describe what this

1         MARK HANSEN - HIGHLY CONFIDENTIAL

2    chart is indicating about African

3    Americans?

4              MR. DULBERG:  Objection.

5              THE WITNESS:  I'm not sure that my

6    memory is good enough to give you a correct

7    answer.

8              (BY MR. CONNOLLY):

9         Q.  Would you say that being an African

10   American is strongly correlated with the

11   likelihood of being admitted to Harvard?

12             MR. DULBERG:  Objection.

13             THE WITNESS:  I would use the term

14   associated with higher probability.  I

15   don't know if I characterize the

16   correlation as strong or weak.

17             (BY MR. CONNOLLY):

18        Q.  So strongly associated with?

19             MR. DULBERG:  Objection.

20             THE WITNESS:  I would say

21   associated with.  I would not make any size

22   characterization.

23             (BY MR. CONNOLLY):

24        Q.  Would you say it would be

25   positively associated with admissions?

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL

 2              MR. DULBERG:  Objection.

 3              THE WITNESS:  Yes, controlling

 4    various factors in this model.

 5              (BY MR. CONNOLLY):

 6       Q.  And is that the purpose of this

 7    type of model?  To control for various

 8    factors?

 9              MR. DULBERG:  Objection.

10              THE WITNESS:  Yes.

11              (BY MR. CONNOLLY):

12       Q.  How would you describe the effect

13    of being Asian according to this model?

14              MR. DULBERG:  Objection.

15              THE WITNESS:  Negatively associated

16    with the probability of admissions

17    controlling for other factors.

18              (BY MR. CONNOLLY):

19       Q.  Do you remember having a reaction

20    when you saw this chart?

21              MR. DULBERG:  Objection.

22              THE WITNESS:  I don't recall.

23              (BY MR. CONNOLLY):

24       Q.  Turn to page 65753.  It says

25    "conclusions" at the top?
```

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2    you to the bottom line of text next to

3    personal rating?

4            MR. DULBERG:  Objection.

5            THE WITNESS:  Could you repeat the

6    question.

7            (BY MR. CONNOLLY):

8        Q.  So the bottom text says:  "School

9    support and alumni interviews."  And to the

10   right it says:  "Accounts for 20 percent of

11   the variation in personal rating."

12           Do you know what you meant by

13   that?

14           MR. DULBERG:  Objection.

15           THE WITNESS:  So answering "you" in

16   the general OIR sense, I can interpret

17   that.  And I would interpret it as if you

18   viewed personal rating as a composite, only

19   20 percent of it variation in personal

20   ratings.  Only 20 percent of that variation

21   is accounted for, interviews et cetera.

22           There is 80 percent that is

23   unaccounted for.  However, we don't have

24   the numeric evaluation.  So we don't know

25   how that fits into the construction of

```
 1            MARK HANSEN - HIGHLY CONFIDENTIAL
 2   personal rating.
 3            (BY MR. CONNOLLY):
 4       Q.  Do you have any idea of what the
 5   other 80 percent is that could be effecting
 6   the personal rating?
 7            MR. DULBERG:  Objection.
 8            THE WITNESS:  No.
 9            (BY MR. CONNOLLY):
10       Q.  If you turn to page 65757.  Do you
11   know what is meant by other
12   possibilities?
13       A.  I don't know.
14       Q.  Do you remember ever providing the
15   information in this chart.  Do you ever
16   remember providing any of the information
17   in this document to anyone else?
18            MR. DULBERG:  Objection.
19            THE WITNESS:  I don't recall.
20            (BY MR. CONNOLLY):
21       Q.  Do you remember taking any action
22   in response to this document?
23            MR. DULBERG:  Objection.
24            THE WITNESS:  I don't recall.  I'm
25   not quite sure what this document is.
```

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2     more to see if there are other explanations

3     and co-founded factors.

4            (BY MR. CONNOLLY):

5         Q.  Do you believe that any of the

6     information in this document is evidence

7     that Asians are disadvantaged in the

8     admissions process by Harvard?

9            MR. DULBERG:  Objection.

10           THE WITNESS:  I don't know that I

11    agree with your characterization.

12           (BY MR. CONNOLLY):

13        Q.  How would you characterize it?

14           MR. DULBERG:  Objection.

15           THE WITNESS:  The use of "by

16    Harvard" I think would imply intent.  So

17    you could use this as evidence that Asians

18    are disadvantaged in the admissions process

19    at Harvard.

20           I don't know that you could say

21    they are intentionally disadvantaged by

22    Harvard in the admissions process.

23           (BY MR. CONNOLLY):

24        Q.  Do you know of anyone else who

25    would have seen any of the information in

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2    this document?

3              MR. DULBERG:  Objection.

4              THE WITNESS:  Specifically no, but

5    generally it's likely others on the OIR

6    team would have seen information in this

7    document.

8              (BY MR. CONNOLLY):

9        Q.  Dean Fitzsimmons?

10             MR. DULBERG:  Objection.

11             THE WITNESS:  Not knowing exactly

12   what this is, I couldn't say.  He certainly

13   seen a portion of this.

14             MR. CONNOLLY:  I will mark as

15   Exhibit 6 an E-mail with the Bates number

16   8791.

17             (Whereupon, Exhibit No. 6, E-mail

18              to Elizabeth Yong, was marked for

19              identification)

20             (BY MR. CONNOLLY):

21        Q.  Please review this, and let me know

22   when you have finished.  Do you remember

23   this E-mail?

24        A.  Generally no, but I believe a copy

25   of it was presented to me during

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2          THE WITNESS:  I do not, no.

3          (BY MR. CONNOLLY):

4      Q.  Do you remember Dean Fitzsimmons

5  ever asking you or anyone at OIR to look

6  into the admissions probabilities of low

7  income students to Harvard?

8          MR. DULBERG:  Objection.

9          THE WITNESS:  I can't recall.

10          (BY MR. CONNOLLY):

11      Q.  If you turn to page 4, Bates number

12  69813.  Can you describe to me generally

13  what this chart represents?

14          MR. DULBERG:  Objection.

15          THE WITNESS:  It looks like it's

16  comparing various subgroups of the

17  admissions population, the admit rates for

18  those with academic ratings of 1 or 2 to

19  those without.

20          (BY MR. CONNOLLY):

21      Q.  What does this chart show for

22  athletes?

23          MR. DULBERG:  Objection.

24          THE WITNESS:  So for the 501

25  students over the span of time that were

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2    flagged as being athletes and having an

3    academic rating of 1 or 2, their admit rate

4    was somewhere between 80 and 90 percent.

5    Versus about 16 percent for anyone who is

6    non-athlete, I think academic 1 or 2.

7              (BY MR. CONNOLLY):

8         Q.  How would you describe what this

9    chart shows about Asians?

10             MR. DULBERG:  Objection.

11             THE WITNESS:  So for Asian

12   applicants with an academic rating of 1 or

13   2, their admit rate is a little above 10

14   percent.

15             And for non-Asian students or

16   applicants, with academic ratings of 1 or

17   2, their admit rate is a little above 16

18   percent.

19             (BY MR. CONNOLLY):

20        Q.  Do you have any explanation for why

21   Asians with an academic 1 or 2 are admitted

22   at a lower rate than others?

23             MR. DULBERG:  Objection.

24             THE WITNESS:  I do not.

25             (BY MR. CONNOLLY):

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2            MR. DULBERG:  Objection.

3            THE WITNESS:  I would not qualify

4   it in anyway, but I would want to learn m

5   more.

6            (BY MR. CONNOLLY):

7       Q.  Would you describe it as

8   evidence -- some evidence that Asians are

9   disadvantaged in the admissions process?

10           MR. DULBERG:  Objection.

11           THE WITNESS:  Yes.

12           (BY MR. CONNOLLY):

13      Q.  If you could go back to Exhibit --

14   I believe it's 5, real quick.  This one.

15           Would you describe this document as

16   providing evidence that Asians were

17   disadvantaged in the admissions process,

18   but you were not sure whether it was

19   intentional?  Do I have that right?

20           MR. DULBERG:  Objection.

21           THE WITNESS:  I think so.

22           (BY MR. CONNOLLY):

23      Q.  For example, on page 9, Bates

24   number 65749, which shows that being Asian

25   is negatively associated with admissions to

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2               MR. DULBERG:  Objection.

3               THE WITNESS:  So it is output from

4    a logistical progression model.  The first

5    column is the variable.  The second column

6    would be the estimated coefficient, and the

7    third column would be a statistical

8    significance value.

9               (BY MR. CONNOLLY):

10        Q.  Could you describe to me what this

11   chart shows for legacies?

12               MR. DULBERG:  Objection.

13               THE WITNESS:  I'm not quite sure

14   what these coefficients are.  There is a

15   table where there are odd ratios, and then

16   some other numbers.  They are essentially

17   the same thing.  Generally it shows

18   positive association between admissions to

19   Harvard and being a legacy.

20               (BY MR. CONNOLLY):

21        Q.  Does this is show a positive

22   association between being African American

23   and being admitted to Harvard?

24               MR. DULBERG:  Objection.

25               THE WITNESS:  Yes.

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2              (BY MR. CONNOLLY):

3      Q.  What does it show for Asians?

4      A.  It would show what I think is a

5  negative association.  For all of these

6  statements, this is controlling for all of

7  the other factors involved.

8      Q.  Would you agree that this is some

9  evidence that Asians are disadvantaged in

10  the admissions process at Harvard?

11              MR. DULBERG:  Objection.

12              THE WITNESS:  Yes.

13              (BY MR. CONNOLLY):

14      Q.  Do you have any explanation for why

15  being Asian is negatively associated with

16  being admitted to Harvard?

17              MR. DULBERG:  Objection.

18              THE WITNESS:  I do not, but

19  although I did notice the memo pointed out

20  some caveats about this type of analysis.

21  So it was a progression in general.

22              I may note this analysis should not

23  be considered exhaustive.  So there are

24  other factors that could have been tested

25  that were not.  At least in what was

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2     positive relationship between being both

3     Asian and low income, and the probability

4     of admission into Harvard College

5     controlling for all of the elements in this

6     model.

7            (BY MR. CONNOLLY):

8        Q.  How would you describe what is

9     being shown by the variable Asians?

10           MR. DULBERG:  Objection.

11           THE WITNESS:  That it is associated

12    with -- so that variable is associated with

13    a lower probability of admissions to

14    Harvard College, controlling for all of the

15    other factors in this model.

16           (BY MR. CONNOLLY):

17       Q.  Would you say it's negatively

18    associated?

19       A.  I'm sorry -- yes.

20       Q.  Flip back to Exhibit 8 of the May

21    1st memo that we looked at, the Bates stamp

22    23550.

23           Would you agree that these two

24    charts are similar, except that the chart

25    on the most recent Exhibit is looking at

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2           (BY MR. CONNOLLY):

3      Q.  Maybe I'm not phrasing it right.  I

4  thought earlier we had discussed you

5  analyzing or trying to analyze how

6  admissions officers were reading files.

7  And you saying that you found the data not

8  useful.

9           Do you recall any of that

10  discussion?

11           MR. DULBERG:  Objection.

12  Mischaracterization of his testimony.

13           THE WITNESS:  I recall something to

14  that effect.

15           (BY MR. CONNOLLY):

16      Q.  Can you explain to me what that

17  analysis was that you were doing?

18           MR. DULBERG:  Objection.

19           THE WITNESS:  So first of all, to

20  the best of my knowledge, no analysis

21  occurred.  And I don't know that I would

22  characterize it as a behavior of specific

23  admission readers.

24           (BY MR. CONNOLLY):

25      Q.  So what type of information did you

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2     try to get?

3               MR. DULBERG:  Objection.

4               THE WITNESS:  Who reviewed what

5     files or what cases.

6               (BY MR. CONNOLLY):

7          Q.  And did you receive that

8     information?

9          A.  I believe we did, yes.

10          Q.  Was it helpful in understanding why

11     Asians were disadvantaged in the admissions

12     process?

13               MR. DULBERG:  Objection.

14               THE WITNESS:  The data received

15     wasn't useful in conducting any analysis.

16               (BY MR. CONNOLLY):

17          Q.  Did you conduct any analysis in

18     whether Asians are disadvantaged in the

19     admissions process that we have not looked

20     at today?

21               MR. DULBERG:  Objection.

22               THE WITNESS:  I'm sorry.  Nothing

23     comes to mind.

24               (BY MR. CONNOLLY):

25          Q.  Do you recall anyone at Harvard

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2    making any changes to admissions policies

3    based on your analysis?

4            MR. DULBERG:  Objection.

5            THE WITNESS:  I don't know.

6            (BY MR. CONNOLLY):

7        Q.  Is your answer that you are not

8    aware of any?

9            MR. DULBERG:  Objection.

10           THE WITNESS:  I have no insight

11   into the admissions process -- sorry.

12           I have no insight into any change

13   that occurred in the admissions process, if

14   any.

15           (BY MR. CONNOLLY):

16       Q.  So you're not aware of any

17   changes?

18           MR. DULBERG:  Objection.

19           THE WITNESS:  I'm not aware of any

20   changes.

21           (BY MR. CONNOLLY):

22       Q.  What is the last analysis that you

23   can recall -- strike that.

24           Do you recall ever finishing your

25   analysis into whether Asians were being

```
 1            MARK HANSEN - HIGHLY CONFIDENTIAL
 2   disadvantaged by Harvard's admissions
 3   process?
 4            MR. DULBERG:  Objection.
 5            THE WITNESS:  I do not.
 6            (BY MR. CONNOLLY):
 7       Q.  And why is that?
 8            MR. DULBERG:  Objection.
 9            THE WITNESS:  That I don't recall?
10            (BY MR. CONNOLLY):
11       Q.  Yes?
12       A.  I don't have any recollection of
13   any event that would have marked the
14   completion of the project.  So it would
15   have been delivery of the memo that kind of
16   thing.  I have no recollection of that.
17       Q.  Did anyone ever tell you to stop
18   analyzing this issue?
19            MR. DULBERG:  Objection.  Asked and
20   answered.
21            THE WITNESS:  No.
22            (BY MR. CONNOLLY):
23       Q.  Are you aware of anyone ever
24   criticizing the analysis that you did into
25   whether Harvard's admissions process
```

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2    disadvantaged Asians?
 3              MR. DULBERG:  Objection.
 4              THE WITNESS:  I'm not aware of
 5    anyone.
 6              (BY MR. CONNOLLY):
 7       Q.  Did you ever do any other analysis
 8    into racial preferences into the admissions
 9    process other than what we have discussed
10    today?
11              MR. DULBERG:  Objection.
12              THE WITNESS:  I don't know.
13              (BY MR. CONNOLLY):
14       Q.  Have you ever seen the initials
15    "CJ" used in the admissions context?
16              MR. DULBERG:  Objection.
17              THE WITNESS:  No.
18              (BY MR. CONNOLLY):
19       Q.  You ever heard the phrase that
20    someone is a "CJ-er"?
21              MR. DULBERG:  Objection.
22              THE WITNESS:  No.
23              MR. CONNOLLY:  I will mark as
24    Exhibit 11, a document with the Bates
25    number 74744.
```

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2    possible that bias against Asians is a

3    cause of this negative association?

4          MR. DULBERG:  Objection.

5          THE WITNESS:  So none of my work

6    involves establishing causality.  So I have

7    no way to comment either way.

8          (BY MR. CONNOLLY):

9      Q.  But you agree that it's possible?

10         MR. DULBERG:  Objection.

11         THE WITNESS:  It's possible, but

12   again none of the work is causal.  You're

13   asking me to speculate.  I would say

14   hypothetically possible?  It's possible, I

15   don't know.

16         (BY MR. CONNOLLY):

17     Q.  Do you have any explanation for why

18   being Asian is negatively associated with

19   being admitted to Harvard other than

20   intentional discrimination?

21         MR. DULBERG:  Objection.  Asked and

22   answered.

23         THE WITNESS:  Yes.

24         (BY MR. CONNOLLY):

25     Q.  And what are those possible

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2              (BY MR. CONNOLLY):

3         Q.  As a general matter, did you try to

4    gather all data that could be relevant to

5    your analysis into whether Asians are

6    disadvantaged in the admissions process?

7              MR. DULBERG:  Objection.

8              THE WITNESS:  To the best of my

9    recollection, yes.

10             (BY MR. CONNOLLY):

11        Q.  What is inter-rater data?

12             MR. DULBERG:  Objection.

13             THE WITNESS:  So in all this there

14   is some subjective component.  Essays are

15   read and some kind of evaluation is made of

16   them.

17             It's not clear that rater number

18   one is necessarily evaluating the essays

19   that he or she is reviewing the same way

20   that rater number 2 is.

21             (BY MR. CONNOLLY):

22        Q.  Okay.  And I believe your testimony

23   was that you looked at inter-rater data or

24   you attempted to gather data -- is your

25   testimony that you attempted to gather

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2    disadvantaged in the admissions process,

3    would you agree that the only other

4    explanation is bias against Asians by the

5    admissions office?

6              MR. DULBERG:  Objection.

7              THE WITNESS:  I think you're

8    getting into causality again.  So the

9    statement you made is causal.  So these

10   data and anything else we have done can

11   either prove or disprove kind of a causal

12   statement.

13             (BY MR. CONNOLLY):

14        Q.  Do you have any explanation other

15   than intentional discrimination for your

16   conclusions regarding the negative

17   association between Asians and the Harvard

18   admissions process?

19             MR. DULBERG:  Objection.  Asked and

20   answered.

21             THE WITNESS:  I don't.

22             MR. CONNOLLY:  Let's take another

23   break.

24             (Off the record at 4:30 PM)

25             (Back on the record at 4:42 PM)

1    NAME OF CASE:

2    DATE OF DEPOSITION:

3    NAME OF WITNESS:

4    Reason Codes:

5            1.   To clarify the record.

6            2.   To conform to the facts.

7            3.   To correct transcription errors.

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                          _____

**July 19, 2017 Deposition of Mark Hansen – Errata Sheet**

| Page | Line | Instruction | Reason for Change |
|------|------|-------------|-------------------|
| 3 | 4 | Change "PLAINTIFF" to "DEFENDANT" | Typographical error |
| 3 | 15 | Change "DEFENDANT" to "PLAINTIFF" | Typographical error |
| 6 | 24 | Change "analysis" to "analyses" | Typographical error |
| 6 | 25 | Change "aide" to "aid" | Typographical error |
| 7 | 17 | Change "action" to "early action" | Typographical error |
| 9 | 12 | Change "look" to "looking" | Typographical error |
| 9 | 14 | Change "College" to "college" | Typographical error |
| 10 | 24 | Change "initiatives" to "initiative" | Typographical error |
| 13 | 10-11 | Change "preferences, and admissions process, arbitration" to "preferences and admissions processes" | Typographical error |
| 13 | 13-14 | Change "science technology and stem engineering mathematics" to "STEM—science, technology, engineering, mathematics" | Typographical error |
| 13 | 24 | Change "is" to "as" | Typographical error |
| 18 | 16 | Change "data analysis" to "data and analysis" | Typographical error |
| 19 | 12 | Change "institutional research" to "Institutional Research" | Typographical error |
| 19 | 21 | Change "an admissions" to "someone in admissions" | Typographical error |
| 27 | 13 | Change "Harvard issued desk top" to "Harvard-issued desktop" | Typographical error |
| 30 | 18 | Change "have" to "had" | Typographical error |
| 30 | 19 | Change "Student Affairs" to "student affairs" | Typographical error |
| 30 | 25 | Change "Graduate" to "graduate" | Typographical error |
| 31 | 4 | Change "Resident" to "Residence Director" | Typographical error |
| 31 | 15 | Change "Fellows" to "Fellow" | Typographical error |
| 31 | 19 | Change "OIR's related" to "OIR-related" | Typographical error |
| 33 | 14 | Change "Federal" to "federal" | Typographical error |
| 33 | 15 | Change "Federal" to "federal" | Typographical error |
| 34 | 13 | Change "ED" to "Ed" | Typographical error |
| 37 | 8-9 | Change "Java Script" to "JavaScript" | Typographical error |
| 43 | 4 | Change "Federal" to "federal" | Typographical error |
| 43 | 16-17 | Change "Federal Government" to "federal government" | Typographical error |
| 43 | 18-20 | Change "The Office of Institutional Researches of Higher Education" to "institutions of higher education" | Typographical error |
| 43 | 20 | Change "Federal" to "federal" | Typographical error |
| 44 | 4 | Change "exist" to "existed" | Typographical error |
| 44 | 5 | Change "numbered" to "a number of" | Typographical error |

| Page | Line | Instruction | Reason for Change |
|---|---|---|---|
| 44 | 6 | Change "Some organizations" to "They are separate organizations" | Typographical error |
| 44 | 16 | Change "Federal Government" to "federal government" | Typographical error |
| 47 | 10 | Change "University" to "Universities" | Typographical error |
| 52 | 7 | Change "data collection" to "faculty data collection" | Clarification |
| 55 | 110 | Change "boardS" to "boards" | Typographical error |
| 56 | 6 | Change "financial" to "financial aid" | Typographical error |
| 58 | 25 | Change "it's" to "its" | Typographical error |
| 59 | 3 | Change "it's" to "its" | Typographical error |
| 65 | 6-7 | Change "Generally accounts and percentages describing numbers" to "Generally counts and percentages.  Describing numbers." | Typographical error |
| 80 | 14 | Change "decreases in" to "and the decrease in" | Typographical error |
| 80 | 25 | Change "Under Represented Minority" to "Underrepresented minority" | Typographical error |
| 82 | 7 | Change "access" to "assess" | Typographical error |
| 83 | 11 | Change "logistic models summary" to "logistic regression models" | Typographical error |
| 86 | 25 | Change "you're" to "we were" | Typographical error |
| 87 | 22 | Change "They" to "There" | Typographical error |
| 89 | 23 | Change "on race" to "of race or" | Grammar |
| 90 | 8 | Change "of" to "of the" | Typographical error |
| 91 | 3 | Change "mixed" to "admitted" | Typographical error |
| 91 | 15 | Delete "in the" | Typographical error |
| 92 | 21 | Change "are performing this analysis on, but some" to "we were performing this analysis on, over some" | Typographical error |
| 94 | 10 | Change "academic" to "factors" | Typographical error |
| 99 | 16 | Delete "The numbers come back out." | Typographical error |
| 104 | 14 | Change "advising" to "revising" | Typographical error |
| 106 | 2 | Delete "it" | Typographical error |
| 106 | 19 | Change "conventional" to "that convention" | Typographical error |
| 108 | 3-4 | Change "for a descriptive depth for" to "it related to our" | Typographical error |
| 108 | 5 | Change "progression" to "regression" | Typographical error |
| 110 | 10 | Change "deviation over" to "deviations lower than" | Typographical error |
| 110 | 23 | Change "no" to "not" | Typographical error |
| 111 | 18 | Change "know" to "agree that there is a big difference" | Clarification |
| 114 | 4 | Change "accounts" to "counts" | Typographical error |

| Page | Line | Instruction | Reason for Change |
|------|------|-------------|-------------------|
| 116 | 18 | Replace "; impossible or?" with "." | Clarification |
| 118 | 4 | Change "mean" to "main" | Typographical error |
| 118 | 5 | Change "progression" to "regression" | Typographical error |
| 118 | 11 | Change "your" to "you're" | Typographical error |
| 118 | 21 | Change "logistical progression" to "logistic regression" | Typographical error |
| 123 | 19 | Change "it" to "the" | Typographical error |
| 123 | 21 | Change "interviews" to "by interviews" | Clarification |
| 125 | 3 | Change "at some point in draft" to "it is some form of draft" | Typographical error |
| 129 | 3 | Change "co-founded" to "confounding" | Typographical error |
| 130 | 12 | Change "He" to "He has" | Typographical error |
| 139 | 3 | Change "qualify" to "characterize" | Typographical error |
| 139 | 4 | Change "anyway" to "any way" | Typographical error |
| 140 | 23 | Change "or none of this work" to "so none of this work establishes causality" | Typographical error |
| 141 | 4 | Change "explanations.  It would" to "explanations that would" | Typographical error |
| 144 | 5 | Change "inter-reliability" to "inter-reader reliability" | Typographical error |
| 147 | 22 | Change "to attempt" to "in attempting to prove" | Typographical error |
| 150 | 4 | Change "logistical progression" to "logistic regression" | Typographical error |
| 150 | 15 | Change "odd" to "odds" | Typographical error |
| 150 | 18 | Change "admissions" to "admission" | Typographical error |
| 151 | 18 | Delete "but" | Clarification |
| 151 | 21 | Change "analysis.  So it was a progression in general" to "analysis that apply to regression analyses in general" | Typographical error |
| 156 | 10 | Change "progression" to "regression" | Typographical error |
| 156 | 12-13 | Change "in direction" to "interaction" | Typographical error |
| 159 | 4 | Change "about" to "of" | Typographical error |
| 159 | 7 | Change "students by" to "students, who by" | Typographical error |
| 168 | 2-3 | Change "financial initiative" to "Financial Aid Initiative" | Typographical error |
| 169 | 18 | Change "look" to "looking" | Typographical error |
| 171 | 23 | Change "into" to "in" | Typographical error |
| 173 | 13 | Change "maybe" to "may be" | Typographical error |
| 175 | 21 | Change "within" to "with in" | Typographical error |
| 182 | 11 | Change "either" to "neither" | Typographical error |
| 182 | 11 | Change "kind" to "that kind" | Typographical error |
| 184 | 16 | Change "pieces" to "thesis" | Typographical error |
| 186 | 24 | Change "my" to "me" | Typographical error |

| Page | Line | Instruction | Reason for Change |
|------|------|-------------|-------------------|
| 189 | 2 | Change "process" to "analysis" | Typographical error |
| 193 | 20 | Change "I'm sorry." To "I'm sorry.  Is there a difference between the last two questions?" | Typographical error |
| 193 | 9 | "College of" to "College Office of" | Typographical error |
| 193 | 16 | Change "showed" to "show" | Typographical error |
| 193 | 22 | Change "There may or may not be?" to "There may or may not be, but I will ask a new question." | Typographical error |
| 193 | 25 | Change "showed" to "show" | Typographical error |
| 196 | 2 | Change "one" to "one's" | Typographical error |
| 196 | 8 | Change "social economics" to "socioeconomic" | Typographical error |
| 199 | 15 | Change "DULBERG" to "CONNOLLY" | Typographical error |