# EXHIBIT 16

## In The Matter Of:

*Students for Fair Admissions, Inc. v.*
*President and Fellows of Harvard College, et al.*

---

*Marlyn Elizabeth McGrath*
*June 18, 2015*
*Highly Confidential*

---

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



O'BRIEN&LEVINE
Court Reporting Services
*Making Your Case*

Original File Marlyn Elizabeth 6-18-15.txt
**Min-U-Script® with Word Index**

1    Q.   Does that include teaching?

2    A.   Yes, it did include teaching when I held it.

3    Q.   All right.  How long -- you said you served as

4  assistant dean until 1985?

5    A.   Of Harvard College, yes.

6    Q.   Okay.  And what was your next employment position?

7    A.   Next I was assistant dean of the faculty of arts

8  and sciences.

9    Q.   Can you tell me briefly what your responsibilities

10  were in that role?

11   A.   My responsibility was to oversee the

12  administration of the appointment system for teaching and

13  research appointments.

14   Q.   How long did you serve in that role?

15   A.   Until 1987.

16   Q.   Did that include interviewing and hiring

17  candidates for professors?

18   A.   No.  It included working with the -- it was

19  primarily working with department chairs and academic

20  planning and making certain that they had made good,

21  intelligent plans and that their searches were conducted

22  right and that the salary offers were negotiated properly.

23  Administrative aspects, not faculty-substantive aspects.

24   Q.   You said you did that until 1987?

1      A.    Yes.

2      Q.    What was your job after 1987?

3      A.    Then I became director of admissions for Harvard

4   and Radcliffe colleges, which was my title originally.

5      Q.    And have you essentially held that same job --

6      A.    I have.

7      Q.    -- through the present?

8      A.    Yes.

9      Q.    I know it's hard.  Just try to wait until I finish

10  the question before you answer.  It will just keep the

11  record a little bit cleaner.

12          And so what were your responsibilities when you

13  began as the role of director of admissions of Harvard and

14  Radcliffe colleges?

15     A.    To oversee the admissions office, the work of the

16  admissions office.

17     Q.    And has that general role changed during the time

18  that you've served as the director of admissions?

19     A.    The role has not changed.  The details of the work

20  of the office have changed.

21     Q.    Why don't we just -- obviously asking someone to

22  list all the details of their work is a tough question.  So

23  why don't we start with:  Can you tell me on a general

24  matter how it has changed over the time that you've served

1   in that role?

2       A.   The most obvious one is that we have more

3   applications, and we have worked hard to recruit more

4   applicants.  So the recruitment aspect of the work of the

5   office is larger.

6       Q.   When you say that you have more applications, can

7   you quantify that on a rough basis?

8       A.   I think that when I came to the office in 1987,

9   the first class that I was involved in was the admission of

10  the class of 1992, for which there were, I think, about

11  12,000 applicants, to the best of my recollection.

12      Q.   And what is the current level of applications?

13      A.   Last year it was just over 37,000, 37,300 some.

14      Q.   And you said that you've also increased the level

15  of recruitment that your office does?

16      A.   We have over those years greatly, yes, we have --

17  yes.

18      Q.   And why is that?

19      A.   For many years Harvard has sought to have more

20  effective outreach around the country and the world and to

21  attract students who, if they were not recruited by us,

22  might not consider Harvard College or a college like us.

23      Q.   Can you describe for me some of the recruitment

24  efforts that you have undertaken during your time as

1   director of admissions?

2     A.   One of them is what could be referred to as a mail

3   drop program, a search program, through which we write to a

4   large number of students identified as being academically

5   capable.

6     Q.   How are they identified to your office as being

7   academically capable?

8     A.   We purchase lists from the testing companies.

9     Q.   And which testing companies?

10     A.   The College Board and the ACT.  Now.  In the

11   beginning we didn't use the ACT.

12     Q.   Do you know when you began using the ACT

13   approximately?

14     A.   I'm not -- about late '90s, I think.

15     Q.   And do you purchase basically lists of people who

16   achieved certain minimum score on these tests?

17     A.   We do.

18     Q.   Do you know what the minimum score is?

19     A.   Not specifically.

20     Q.   When you say "not specifically," is that -- is it

21   just a matter of you don't recall it offhand and the office

22   is aware of the number somewhere, or they don't tell you?

23     A.   Yes.  The office is aware of the number somewhere.

24     Q.   And do you know when you began purchasing those

1   lists approximately?

2       A.    Before I became director of admissions.  I can't

3   tell you when it began.

4       Q.    Okay.  And you said you used the list for what you

5   called a mail drop?

6       A.    Yes.

7       Q.    Describe that for me.

8               MR. WOLFSON:  Objection.

9               You can answer.

10      A.    We write to the candidates on the list and

11  encourage them to consider Harvard College.

12      Q.    And that letter basically goes out to everybody

13  who achieves a minimum score and is on this list that you

14  receive from the testing companies?

15      A.    It goes out to everybody on the list.

16      Q.    Do you know when in their academic career,

17  presumably, high school students would be receiving these

18  letters?

19      A.    Typically in the spring of their junior year,

20  though some in the fall of their senior year.

21      Q.    And since you have served as the director of

22  admissions, has there been anything about that mail drop

23  program that has changed in terms of how you draft the

24  letters, how you send them out, what kind of yield it

Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

14



Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

15



Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

16



1   programs at Harvard?

2       A.   Yes.   They identified them themselves.   This is

3   not something they learn from us.

4       Q.   Are those specific to schools with large minority

5   student populations, or is this generally for any school

6   that they identified with strong choral programs?

7       A.   Any school they identified.   Not specifically.

8       Q.   So it may overlap sometimes?

9       A.   It may overlap.

10      Q.   Any other recruitment efforts?

11      A.   Not that come to mind right now.

12      Q.   As director of admissions, do you have

13  responsibility for the development of admissions policies?

14      A.   The very best way -- the best way I can think of

15  now to define policy is as the sum total of the decisions

16  made in a given year.   And in -- and I have some influence

17  over the process that produces those decisions.

18      Q.   Does the admissions office have any formal written

19  policies with respect to how it conducts the admissions

20  process?

21      A.   We have a number of procedures, but I would be

22  reluctant to call them policies.

23      Q.   Do you have written procedures?

24      A.   Yes.

1      Q.   Is there like a manual or a guidebook for

2   admissions officers?

3      A.   There are training manuals for people who are

4   learning how the office operates.

5      Q.   Are you responsible for the content of those

6   training manuals?

7      A.   Yes.  I have colleagues who administer them

8   directly.

9      Q.   How often are those updated?

10      A.   Annually, I would think.  I think annually.

11      Q.   Are there any other written guidelines or

12   materials that govern the admissions process at Harvard?

13      A.   Yes.

14      Q.   What are those?

15      A.   There is a document called "Reading Instructions"

16   which is -- is a document called "Reading Instructions."

17      Q.   And what is that document?  What does it describe?

18      A.   It is a key to the various notations that a reader

19   of a folder of an applicant would make as he or she goes

20   through the folder.

21      Q.   Are those updated annually?

22      A.   Yes.

23      Q.   And are you the primary person who is responsible

24   for updating or approving those documents?

1      A.    I am one of the people.

2      Q.    Are there other people in the office who have

3    responsibility for that document?

4      A.    Yes.

5      Q.    And who's that?

6      A.    The person -- the organizer of the document is

7    Elizabeth Yong, whom I mentioned, the person who oversees

8    the database.

9      Q.    Are there any other written instructions or

10   manuals that the admissions office maintains?

11     A.    We have a manual, handbook manual, for alumni

12   interviewers.

13     Q.    And what does that manual cover?

14     A.    Helpful tips on organizing interviews and

15   conducting interviews.  And suggestions about how to

16   recruit in the local area, how to visit schools.

17     Q.    Is that manual updated on an annual basis?

18     A.    Every few years.

19     Q.    Who has primary responsibility for maintaining

20   that instruction manual?

21     A.    At any given time, a member, or two sometimes, of

22   my staff has responsibility for that.

23     Q.    Okay.

24     A.    That's ...

1   knowledge.  We may have.  But we do not use that word now,

2   and I have not seen it in this context.

3       Q.   But the practice was basically to try to have an

4   alumni interview --

5       A.   Yes.

6       Q.   -- for every candidate?

7       A.   Yes.

8       Q.   How does the admissions office prioritize

9   candidates for alumni interviews?

10              MR. WOLFSON:   Objection.

11      A.   What we do in the admissions office, it's on the

12  basis of a candidate who seems strong enough to be

13  considered in committee.

14      Q.   What do you mean by "considered in committee"?

15      A.   Somebody who is what you might call a contender as

16  a candidate.

17      Q.   So you prioritize them on, based on credentials

18  that they have that suggests that they're competitive for

19  admission?

20      A.   Based on a reading of the folder.

21      Q.   Okay.  Does the admissions office provide

22  background information to alumni interviewers in advance of

23  the interview?

24      A.   Only the name, school, and contact information for

1   elsewhere.  Either -- have been elsewhere.

2      Q.   Are they generally Harvard graduates?

3      A.   I think more than half of our present new hires in

4   the past five or so years have been Harvard graduates.  But

5   not much more than half.

6      Q.   Does the admissions office make an effort to hire

7   admissions officers of varying races or ethnicities?

8      A.   We do.

9      Q.   And why does it do that?

10     A.   Because we recognize that we are reaching out to a

11  diverse population of potential students, and we think it's

12  more effective in the recruitment role particularly and

13  also in the selection role to have a variety of people,

14  backgrounds and viewpoints, on the team.

15     Q.   Structurally the admissions office reports to Mr.

16  Fitzsimmons as the head of admissions office?

17     A.   Yes.  He's the dean of the admissions and

18  financial aid.

19     Q.   And you directly report to him?

20     A.   Yes.

21     Q.   Does anyone else directly report to him basically

22  at the coequal level as you?

23     A.   Yes.

24     Q.   Who is that?

1    include associate director of admissions, assistant

2    director of admissions, director of recruitment, and senior

3    admissions officer.

4        Q.   So the senior admissions officers report directly

5    to you?

6        A.   Several of them do.

7        Q.   Okay.  Does Ms. Yong report directly to you?

8        A.   No.

9        Q.   Who does she report to?

10       A.   She reports to Dean Fitzsimmons, but there's a

11   dotted line, if that is an option, to me and perhaps to

12   Sally Donahue.

13       Q.   When you say there's a dotted line, are you

14   speaking metaphorically, or is there an actual chart for

15   the office?

16       A.   We once had a chart that had a dotted line on it.

17   I don't know if we have that chart anymore.  Her supervisor

18   should be regarded as Dean Fitzsimmons.

19       Q.   And who did the junior -- I keep saying "junior."

20   Who did the non-senior admissions officers report to?

21       A.   They report to one of my colleagues, whose title

22   is associate director of admissions, and she is the person

23   most directly involved in the hiring and training process,

24   and she supervises the -- the more junior members of the

1    Q.    And what is the Harvard supplement?

2    A.    It is the second part of the supplement to the --

3    either the Common Application or the Universal Application,

4    which people submit their data on.  So it's the -- it's the

5    Harvard-specific part of the application.

6    Q.    And how long has Harvard used the Common

7    Application or Universal Application as part of its

8    admissions process?

9    A.    We have used the Common Application since about --

10   I'm not going to have the year precisely, I'm not sure I

11   have the year exactly right, but something like 1996 or

12   early '90s.  It's about '95 or '96.  And the Universal

13   developed as a company and as a product some years after

14   that.  I would guess that it was in the -- around 2000, but

15   I -- but I don't remember what year.

16   Q.    And would it be fair to say that the Common

17   Application and the Universal College Application were

18   designed to essentially allow applicants to college to use

19   basically a common reporting form for some of their basic

20   information?

21   A.    Yes.

22            MR. WOLFSON:   Objection.

23            Go ahead.

24   A.    Yes.

1    Q.    Is there any other part in the admissions process

2   where an applicant is -- would be asked to identify their

3   race, apart from the universal applications and/or their

4   testing service information that's conveyed to Harvard?

5    A.    Not asked to be identified.

6    Q.    And I assume -- am I right to assume that your

7   distinction about being not asked, there may be occasions

8   for them to volunteer or provide that information?

9    A.    Yes.

10    Q.    If the person does not self-identify in one of the

11   universal applications but is later determined to, for

12   example, be African-American through other materials they

13   submit as part of their application, is that person's race

14   taken into account with respect to Harvard's conclusions

15   regarding the candidate's merits for increasing Harvard's

16   diversity?

17    A.    You know, every bit of information we have or are

18   told gets taken into account.

19    Q.    So that would include information about race

20   that --

21    A.    It could well, yes.

22    Q.    -- that may have arisen outside of the self-

23   identification?

24    A.    Yes.

1      Q.    I'd like to talk a little bit about how the office
2   basically goes through the admissions process.  And perhaps
3   why don't you tell me if this is correct.  The logical
4   starting point, from my perspective, might be to talk a
5   little bit about the early action program.  Is that -- in a
6   particular admissions cycle, is that essentially the first
7   wave of admissions decisionmaking?
8      A.    It is.
9      Q.    Can you describe to me how early applications are
10  handled in your office from the time they are received
11  until decisions are made?
12     A.    The -- the first person to read a completed folder
13  is the area person, the area officer in charge of
14  candidates from that geographic region and that group of
15  schools, who would review the folder, read all the material
16  it contains at that moment, and write comments about the
17  case and also make, for the purposes of clarity, certain
18  numerical annotations, which we call a profile, for various
19  elements, aspects, of the candidacy.  So as the area person
20  reads it, he would make ratings of various aspects of the
21  candidate.
22     Q.    What are the aspects of the candidate that are
23  rated numerically?
24     A.    There are -- for the candidate himself, there are

159

 1  four:  Academic, extracurricular, not including athletic,

 2  athletic, and personal.  And then there is reflecting some

 3  combination, not an average or anything, an overall, an

 4  overall rating made considering all of those elements.  But

 5  those are the four -- the four aspects, the four angles.

 6      Q.   And what are the numerical options that are used

 7  to rate those four categories?

 8      A.   We always -- the training materials, I suspect,

 9  say 1, 2, 3, 4, 5, 6.  The ones that we use to evaluate

10  degree of excellence or participation are 1, 2, 3, 4.  5 is

11  a special placeholder to indicate family responsibilities

12  at home or very limited resources that would make it

13  unlikely that the person could do extracurricular

14  activities or academic or athletic activities.

15          But the evaluation of what has been done is

16  typically 1 through 4, with 1 being very unusually strong

17  and 4 being either a negative or a blank.  A person who

18  participated in no athletics, it would be a 4, but that's

19  not necessarily a negative.  It's just the absence of

20  participation.

21      Q.   So each of the categories is typically rated 1

22  through 4?

23      A.   1 through 4.  1 through 4.

24      Q.   And a lower number is a stronger candidate?

1    A.    A lower -- yes, a lower number is a stronger

2    candidate, and yet a plus, which you might think takes you

3    closer -- well, a 1 plus is better than a 1, and a 1 minus

4    is more like a 2, even though 2 is a larger number, if you

5    see what I mean.

6    Q.    Yes.  Was this scoring system in place when you

7    took over the office?

8    A.    It was.

9    Q.    So a 1 plus is better than a 1?

10   A.    Yes.

11   Q.    In terms of a stronger candidate?

12   A.    Yes.

13   Q.    Are -- is the athletic category rated only for

14   people who are candidates for athletic scholarships?

15   A.    The reason we maintain that data cell is that we

16   want to be able to derive -- we don't have athletic

17   scholarships, by the way.

18   Q.    Thank you for correcting me on that.

19   A.    But we -- but we do generate at the end of the

20   process when the admissions thing is complete, among other

21   things, the list I told you about that we share with the

22   Ivy League, so we want to be sure we can report faithfully

23   all of the people who were technically recruited athletes.

24   And a 1 in the athletic column is by definition a recruited

1    athlete.  But a 2 could mean a really, really good athlete

2    in school, but not recruited by us.  And a 3 could mean

3    quite an active, good athlete.

4        Q.    So participation or accomplishments in athletics,

5    apart from being a recruited athlete at Harvard, are still

6    rated?

7        A.    Yes.  But a 1 means one thing, which is recruited

8    athlete, so you can root that out.

9        Q.    And no one would get a 1 if they're not a

10   recruited athlete regardless of --

11       A.    No, no one would get a 1.

12       Q.    So what goes into the academic category

13   assessment?

14       A.    So each of these assessments is made by an

15   individual reader.  Each reader gets -- at least each of

16   the scheduled, assigned readers gets to fill out that

17   rating himself.  The senior member and the -- what goes

18   into the academic one is all of the academically relevant

19   material we have in the folder, which would include grades

20   and scores and letters of recommendation.  There are two

21   typically from teachers.  And perhaps additional

22   information, such as winning physics prizes or being an

23   olympiad or winning mathematics prizes or winning a poetry

24   prize or something like that.  That may inform the academic

Marlyn Elizabeth McGrath - June 18, 2015          163
Highly Confidential

1   or may not have anything in writing about that, but that is

2   a topic for training people.

3       Q.   So what are some examples that you can give me of

4   things that would go into the extracurricular column?

5       A.   It might be poetry for some reader and some

6   candidate.  It might be debating.  It might be, you know,

7   any of the sort of nonathletic things that people often do,

8   musical activities, performance or participation in chorus

9   kinds of events.  Political -- political organizational

10  activities, you know, community service activities.  Being

11  president of the student body at a school that's bigger

12  than four would be typically a 2 extracurricular.

13  Otherwise, it might not be.  But that would be a

14  significant position of both trust and -- probably time,

15  time commitment.

16      Q.   Athletics, I take it, is fairly self-explanatory;

17  it's some kind of --

18      A.   It sounds as though it's self-explanatory, and it

19  is, as I said, the 1 is clear, which is recruited athlete

20  status.  If you know it at the time.  You may not.  And

21  most other sports are fairly common sports that we've heard

22  of, you know, fencing, maybe, and baseball, in someone.

23  But a student who is an equestrian person, a horseback

24  rider or something, there are -- for some people that will

1   turn up in the athletic column.  For many of the rest of

2   us, it would turn up in the extracurricular column.  Again,

3   it's a question of the judgment of the reader.

4           But generally speaking, that's -- athletic is

5   construed by the person reading it, and we have some

6   guidelines, again, about what would be a 3, what would be a

7   3 plus, perhaps, what would be a 2.  And we know what a 1

8   is and we know what a 4 is.

9       Q.   And then the last category was personal.

10      A.   Uh-huh.

11      Q.   Can you give me an example of what goes in the

12  personal column?

13      A.   Yes.  That can have various elements.  If the

14  student in writing about himself or herself presents a very

15  appealing personal picture, and that can mean -- appealing

16  can be a wide variety of appeal, you know, a sensitive

17  writer, a person with humor, a person who seems very

18  outward directed, and that's appealing, and if that or some

19  other attractive personal elements are echoed or

20  supplemented, reinforced by the other materials in the

21  folder, typically the SSR, the secondary school report, the

22  counselor letter, who may give us -- which may give us a

23  good deal of information or may not about the candidate's

24  personal style, personal affect, relationships to other

1  people, that could help, and so can the teacher letters.

2  And when we have an interview, that can help us too.

3      Q.   Would a person's race or ethnic identity be

4  included in one of the appealing factors that would weigh

5  into the personal category?

6      A.   That should not be part of it.

7      Q.   Does race or ethnic background play into any of

8  these categorical areas?

9      A.   Does it play into any of them?

10      Q.   Yes.  I mean is it considered in assessing the

11  score in any of these areas?

12      A.   I don't -- it's not supposed to.  It is supposed

13  to be what each of those aspects would be compared to other

14  applicants in general whom you've read.

15      Q.   You say it's not supposed to.  Are you aware of

16  occasions when it has been included in one of these

17  categories?

18      A.   No.

19      Q.   We discussed -- strike that.

20           On the personal category, is the essay a large

21  driver of where that score is going to come from?

22      A.   Well, it could be.  It may be, but only if it

23  echoes or reinforces things that we have from other

24  credible sources.

1      Q.   Would overcoming difficulty socioeconomic

2   circumstances be something that could be accounted for in

3   the personal category?

4      A.   Yes.  Yes, it could be.

5      Q.   Would navigating a new culture be something that

6   could be accounted for in the personal category?

7      A.   Yes.

8      Q.   If someone's ethnic identity played a factor into

9   their development as a person because of where they grew up

10  or where they moved to or something like that, could that

11  play into the personal category?

12     A.   Yes.

13     Q.   If someone's status as an immigrant to this

14  country or the children of the immigrants, could that play

15  into the personal category?

16     A.   Yes, if it was a successful managing of that

17  circumstance.

18     Q.   These categories, we talked a little bit about

19  athletics, but let's just start with academic.  What

20  influences the numeric score that's given to a person on

21  their academic profile?

22     A.   The basic ones are grades, test scores, and

23  teacher reports.

24     Q.   Are there cutoffs to determine who is a 4 and who

Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

167



1     Q.    And are the docket heads given any greater

2  significance than the first reader in terms of how it's

3  evaluated down the road?

4     A.    Not really.  Because our committee process is a

5  one-man/one-vote process.  People will vote -- first of

6  all, people don't tend to take other people's authorities

7  as a judgment.  They want to hear the case.  But I don't

8  think that it matters.  I don't think that either is

9  weighted in either direction, no.

10    Q.    And you said at the point that it goes to

11 committee, a physical docket is prepared?

12    A.    A physical docket is prepared.

13    Q.    And what does that look like?

14    A.    It has a list of names.  They're sorted by schools

15 within states.  And many dockets have several states, so

16 they're, you know, the region, and then states within it,

17 and then schools organized within that, and then a list of

18 the candidates alphabetically, a list of the candidates

19 from that school with certain salient information like test

20 scores, grades, parents alive/dead, college graduates from

21 when, parental occupation, ethnicity, citizenship, intended

22 field of concentration if we know it from the candidate,

23 intended extracurricular activities if we know it from the

24 candidate, and some coding, which I can also mention, of

1   the readers' estimates of the strength of the other

2   components of the folder, like the three letters I've

3   mentioned, the secondary school letter and the two teacher

4   letters, which are coded for strength of endorsement.

5      Q.   Is all this information drawn from the --

6      A.   Drawn from the folder and from the evaluations

7   made by the readers we've been talking about.

8      Q.   Okay.  Would there be any new information that

9   appears for the first time on the docket that wouldn't be

10  in the applicant file?

11     A.   Well, it would all be in the file, but it's

12  possible, for example, that the last time it was read by

13  one of the people on the docket, it's possible that after

14  that time, the music rating will have come in, and that

15  will be, we have a place for that, 1 or a 2, we have a

16  place for new information that's evaluated.

17     Q.   When you said --

18     A.   So music and dance --

19     Q.   Would send in an evaluation from a faculty member

20  or somebody who --

21     A.   Yes.

22     Q.   -- specializes in that area?

23     A.   Somebody who specializes in music or dance.  We

24  actually don't use a number to interpret the faculty

1   comment.  We use the commentary.  They don't typically use

2   numbers.

3       Q.   Why is the docket organized by school?

4       A.   Because that's the way that we present the cases.

5   We do it geographically.  And then we're comparing, you

6   know, teachers who may have seen all the same candidates,

7   we're comparing -- typically they have the same guidance

8   counselor or some number of guidance counselors who know

9   more than one candidate.

10      Q.   As part of the admissions process, does Harvard

11  take into account how students line up in an individual

12  school and how they compete with one another?

13      A.   We look at class rank, not as a determinant,

14  because we're not -- it doesn't determine anything, but we

15  like to see how people compared to other candidates.  We

16  also like to see when we're looking at extracurriculars, we

17  can see who the people were who were more significant in

18  the school's common life, perhaps.

19      Q.   So what happens as part of the committee process?

20           MR. WOLFSON:  Objection.

21           Go ahead.

22      A.   The area person presents the cases that he thinks

23  are strong or that anybody else in the committee wants to

24  hear about.

1    Q.   Let me actually stop right there.  Who is on the

2  committee?  Who constitutes the committee?

3    A.   So this committee we're describing, this

4  subcommittee, this regional committee, that's the same

5  thing, are the several members of our staff who have

6  admissions responsibilities for candidates from those

7  areas, including the area person or persons from that

8  docket, and the -- and the chairman of the docket who has

9  read all of the stronger cases, all of the cases sent by

10  any of the readers who thought that these were cases to

11  compare.

12    Q.   And is the docket head the one who actually

13  presents the cases to the group?

14    A.   The person who presents the cases is the first

15  reader, the person who really owns the relationship with

16  that school.

17    Q.   And are readers assigned to specific schools?  In

18  other words --

19    A.   Yes.

20    Q.   -- will the same first reader --

21    A.   Yes.

22    Q.   -- read all of the applicants from --

23    A.   Yes.

24    Q.   Just try to wait until I'm done.

1    A.    Yes.

2    Q.    -- from one high school?

3    A.    Yes.

4    Q.    The -- does this -- is this an actual meeting

5  around a table?  Is this how the committee does its

6  business?

7    A.    Yes.

8    Q.    And then what -- what is the consideration process

9  and/or outcome of the committee meeting and the

10 presentation?

11   A.    In a case that is appealing enough in that

12 committee's judgment to forward to the full committee,

13 which is the next stage, we take a series of votes to

14 see -- to see whether most people on the committee, which

15 could be this big, how many people would vote to admit this

16 person, as a tentative recommendation, and how many people

17 would not.  And if most people on the committee would vote

18 to forward this person to the full committee, then we make

19 notes on the docket and notes in the database that, at that

20 moment, this person is going to be recommended to be

21 considered by the full committee.  That's at this

22 presentation stage of cases.

23   Q.    I don't mean to go back in time, but let me just

24 jump back to the initial assessment in the four categories,

1    academic, personal.  In the academic category, is any of

2    that scoring altered on account of the race or ethnicity of

3    an applicant?

4                    MR. WOLFSON:   Objection.

5        A.    No.

6        Q.    You said that race or ethnicity is listed as an

7    attribute on the docket for part of the subcommittee

8    hearing?

9        A.    It is present on the docket that the students --

10   the applicant's choice of ethnicity is on the docket.

11       Q.    Okay.  Is that discussed during the subcommittee

12   meetings?

13       A.    It may be.

14       Q.    How would it be discussed?

15       A.    Depending on the case.  It may be that -- that a

16   feature of the case is actually what was unusual in some

17   sense about their ethnicity or their -- how that affected

18   their experience or their perception of their experience.

19   It may be in a case in which it seemed to be a plus factor.

20       Q.    What do you mean by "a plus factor"?

21       A.    A plus factor is where it seemed to be one of the

22   attributes that makes the case attractive, like along with

23   achievements or strong support from the school.

24       Q.    As part of the subcommittee process, would there

1   be discussion and/or assessment of a plus factor with

2   respect to the ultimate class that Harvard is trying to

3   build, as opposed to the individual applicant?

4       A.   It would be entirely about the individual

5   applicant.

6       Q.   At any point during the subcommittee presentation,

7   is there a discussion about the greater balance or makeup

8   of the class that Harvard is trying to admit?

9       A.   Not in the subcommittee phase.

10      Q.   Is there a new score that comes out of the

11  subcommittee phase?

12      A.   No.

13      Q.   It's just a question of advancement, essentially,

14  to the full committee?

15      A.   Yes.

16      Q.   Either go in or you don't?

17      A.   Yes.

18      Q.   And so the next step in the process is the full

19  committee?

20      A.   Yes.  But before we get to the full committee,

21  after the subcommittee has made its series of

22  recommendations, it may go back to the beginning and say,

23  you know, in the beginning of the, let's say -- well, it's

24  a one-day meeting, in early actions, we're describing early

```
 1    five years?
 2         A.    It's a higher percentage.  It's about, you know,
 3    25 percent.  I may have this wrong.  I'd have to check it,
 4    because it has varied from year to year, depending on the
 5    size of the pool and the strength of the pool.
 6         Q.    You think it's in the overall nature of about 25
 7    percent?
 8         A.    Actually, I think it's in the overall nature of
 9    something like 20 percent or 18 percent.  I don't remember
10    last year, actually.
11         Q.    As with the subcommittee, is there a docket, a
12    physical docket, prepared for the full committee meeting?
13         A.    Yes.
14         Q.    Does it contain all the same information?
15         A.    Yes.
16         Q.    Okay.  And how are -- how are the candidates
17    presented at the full committee meetings?
18         A.    In a way that's very similar to the presentation
19    at subcommittee.  We use screens that you can see things,
20    and you can also do this on your computer now.  We -- the
21    area person who's in charge of presenting these cases
22    determines, you know, which ones to talk about.  Other
23    people can raise questions.  And the chairman of the whole
24    thing, Dean Fitzsimmons, who runs that process of the
```

Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

194



Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

195



Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

196



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential



1      A.    Whatever the salient strengths of the case are,

2  the area person would want to be sure that they were

3  emphasized so that everybody could be aware of them in

4  making their own assessments.

5      Q.    And on at least some occasions, that includes the

6  race or ethnicity of the candidate?

7      A.    Yes, it may.

8      Q.    How are disagreements within the full committee

9  handled?

10     A.    By discussion, and disagreements on decisions are

11 made by vote.

12     Q.    And is there a time limit, other than 24 hours in

13 a day dictates --

14     A.    Well, that's pretty much --

15     Q.    -- the time for a vote?

16     A.    We don't have a limit, a time limit, on the amount

17 of time for the discussion of a case.

18     Q.    But obviously there's a need to get the process

19 moving toward whatever admissions deadline is in front of

20 you?

21     A.    Yes.

22     Q.    What -- once the full committee has voted, is

23 there further fine-tuning necessary, as there was in

24 subcommittee?

Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

199



Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

200



Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

201



1           Another example would be field of concentration.

2    If there are, you know, no engineers in the class and we

3    are used to having early action more engineers than that,

4    we would say the same kind of thing, which is "If there are

5    some strong ones, please let's look at those again and see

6    if they look any better or not."

7        Q.   The information available to the dean or director

8    regarding the race or ethnicity of the various pools at

9    this point in the process, is that made available in the

10   form of a document?

11       A.   Yes.

12       Q.   Okay.  And who prepares that document?

13       A.   The database administrator, Elizabeth Yong.

14       Q.   And that would be given to you and to Mr.

15   Fitzsimmons?

16       A.   Yes.

17       Q.   How is that typically given to you?

18       A.   In a document.

19       Q.   It would be an email or physical copy or --

20       A.   It's given by, you know, security-protected

21   document, and I -- Elizabeth often hands me a printout for

22   the committee.

23       Q.   By security-protected document, that means it

24   would be in electronic format?

```
 1    of concentration -- you know, some fields are competed
 2    for -- or athletic status, which we're very sensitive to,
 3    or other factors.  So we rely on the judgment of a big -- a
 4    big process.
 5         Q.   Stepping back to the --
 6         A.   Yeah.
 7         Q.   -- the full committee consideration, and we talked
 8    a little bit about some of the factors, race and ethnicity,
 9    geography, field of concentration, that might be observed
10    and/or raised by the director as the class is sort of
11    finalized, what about the status of an applicant as a child
12    or relative of a Harvard graduate?  Would that be
13    considered at that stage in the early action process?
14         A.   Yes, it may well be.
15         Q.   Okay.  Would that be influenced by the dean -- or
16    would that come from the dean or directors' observations,
17    or would that be part of the docket or information that was
18    presented at each stage of the process?
19         A.   It's available to the committee, the data that is
20    available in the docket.  If you're a member of the docket
21    and you've never read the folder before, you can see from
22    the -- you can see from the docket whether the person's
23    parents were Harvard College or Radcliffe College
24    graduates.  That's coded there.
```

1      Q.    Would the same be true with respect to a candidate

2   identified by the office of development as being related or

3   supported by a substantial donor to Harvard?

4                MR. WOLFSON:   Objection.

5                I'm sorry.  Go ahead.

6      A.    Yes, that might be mentioned.

7      Q.    Is it always mentioned or not always mentioned?

8      A.    Not always mentioned.

9      Q.    What influences whether it's mentioned or not, in

10   your experience?

11     A.    If the case -- if the case is a strong competitive

12   case, it may well be mentioned.  If the case is not strong

13   enough to be presented, it won't be mentioned, because the

14   case won't be presented.

15     Q.    Following the preparation of a financial aid

16   package, are there any other steps taken by the admissions

17   office other than communicating an offer of admission to

18   the early action applicants?

19     A.    You mean before -- do you mean before we notify

20   the candidate?

21     Q.    Yes.

22     A.    No.  The -- the step immediately after the

23   preparation of the letter containing financial aid would be

24   the sending of the information.

1    Q.   What is -- is there a deadline, then, for early

2    action candidates to accept?

3    A.   Yes.  Yes.

4    Q.   And what is that deadline?

5    A.   It's May 1st.

6    Q.   Okay.  And at what point does the -- does your

7    office turn to the evaluation of non-early action

8    candidates for admission?

9    A.   Which we call regular.

10   Q.   Regular, fair enough.

11   A.   Which is odd.  Immediately.  We may have -- the

12   deadline for applications is January 1.  We may do this, we

13   may immediately begin to read folders.

14   Q.   Is the reading process and subcommittee and

15   committee process any different with respect to regular

16   candidates than it was as you've just described for early

17   action candidates?

18   A.   No.

19   Q.   It's the exact same process?

20   A.   Yes.

21   Q.   Presumably it's a slightly broader pool of

22   applicants?

23   A.   It's a bigger pool of applicants, broader, and

24   more time to do it, more time to meet.

1    A.    We would be aware of that as well.

2    Q.    And when a document is prepared before the

3 committee meeting on -- for regular candidates, would that

4 include what the various statistics were with respect to

5 their early action round of admission?

6    A.    I think so.

7    Q.    And at what point do you complete the subcommittee

8 process for regular action candidates on the calendar?

9    A.    Two and a half or three weeks before the last day

10 of committee.  And the last day of committee is something

11 like March 20th or 22nd.

12    Q.    So you have to make a decision on who to offer

13 admission to on regular action before you know whether your

14 early action candidates have accepted?

15    A.    That's correct.

16    Q.    How do you account for that uncertainty?

17    A.    By careful projection.

18    Q.    And what's that projection based upon?

19    A.    It's based on a number of factors, including last

20 year's yield.  Yield is the percentage of admitted students

21 who choose to accept your offer.  So we look at last year's

22 yield; we look, in understanding last year's yield, at the

23 composition of the class, people who are farther away or

24 less likely to take up your offer.  There's some geographic

1  drop.  People who have -- athletes, although our numbers

2  seem similar from year to year, athletes yield at a very

3  high rate.  Humanities students have yielded at a very high

4  rate.

5         So we look at the various categories of aspects of

6  candidates and try to imagine what's the difference between

7  that pool and those characteristics that would contribute

8  to the -- be reflected in the yield, and this year's about-

9  to-be-admitted group, what we think is happening with it.

10  We don't know, because this is well before -- the number we

11  are shooting for is determined well before we have a final

12  class in mind.  But we know what the pool looks like, and

13  we know roughly where it might head.

14         But we consult our standing committee on

15  admissions, and we consult the dean of the faculty of arts

16  and sciences, and we make the very most conservative guess

17  we can make about what the highest possible yield would be,

18  and we admit a percent and a half, more or less, over

19  that -- I mean we -- we -- we admit fewer people than that

20  would require.  We want most of all not to overcrowd the

21  freshman class so we choose a number that, under any

22  realistic yield scenario, could not overcrowd us.  If you

23  were expecting, for example, a yield of 80 percent, you

24  would determine your target number as if you might have 82

Marlyn Elizabeth McGrath - June 18, 2015
Highly Confidential

1  1/2 percent yield, let's say.  So that you would not be

2  overcrowded.

3      Q.   All right.  You mentioned that yield is sometimes

4  analyzed not only on an overall basis but on a geographic

5  basis historically?

6      A.   Uh-huh.

7      Q.   Is it sometimes analyzed on the basis of ethnicity

8  or race of the offered applicants?

9      A.   Yes.  That can be a factor.  It's a minor factor.

10     Q.   How do you distinguish between a minor factor and

11 a non-minor factor?

12     A.   Well, I mean just in arithmetical terms.

13 Hispanic-Americans and African-Americans have historically

14 yielded at a lower rate.  Asian-Americans have yielded at a

15 slightly higher rate than whites.  And legacy candidates,

16 for example, sons and daughters of Harvard or Radcliffe

17 College graduates, have yielded -- it's not a large number,

18 but have yielded at a higher rate.  So we take into account

19 ethnicity and geography as a -- the other major factor,

20 field, to some extent.

21     Q.   Do you know why Hispanic and African-American

22 candidates have historically yielded at the lower rate?

23             MR. WOLFSON:  Objection.

24             Go ahead.

1    A.   My guess -- "know" is very difficult, because it's

2  the sum total of individual decisions, just like our

3  admissions process.  But we have expected and my -- my

4  expectation is that the fact that they are highly competed

5  for, often with very generous aid packages, which we may

6  not be able to match or choose to match, may account for

7  their lower yield.  And there may be some geography with

8  some of the ethnic groups, such as Hispanics.

9    Q.   Do you know why Asian -- or do you have any

10 opinion or understanding as to why Asian-Americans may have

11 traditionally yielded at a higher rate?

12   A.   That's hard to know.

13   Q.   Has Harvard ever embarked on a study to determine

14 why applicants of various ethnic rates yield at a

15 particular level?

16   A.   Not to my knowledge.  Not a study.

17   Q.   Has Harvard ever embarked on any study of

18 application or admissions data by a particular race or

19 ethnicity of the applicants?

20   A.   Not a study, to my knowledge.

21   Q.   Why does Harvard track the breakdown of yield by

22 race when it's attempting to project the size of the class

23 it's going to admit during the regular process?

24   A.   Because it's a variable that we can help -- will

1    help, may help us inform the target number.

2        Q.    When you say "target number," does that mean a

3    target number not only with respect to the overall class,

4    but also the constituent parts of the class by race or

5    ethnicity?

6        A.    No.   I mean the target number, the number that we

7    want to have admitted by the end of regular action, number

8    of people to whom we wish to make an offer at that point,

9    to have made an offer, including early action.

10       Q.    What is the degree of variance between the yield

11   rate of, say, African-Americans and Latinos versus whites?

12       A.    I won't be able to tell you exactly.   It's a few

13   points, a few percentage points, and I can't tell you

14   exactly.

15       Q.    I had earlier asked you if Harvard ever studied to

16   determine the relative yield application and admission

17   rates of minorities.   I want to make sure you understand.

18   Has Harvard ever attempted to conduct any analysis of

19   applications, admissions, enrollment, by an ethnic group

20   apart from some kind of formal study?

21       A.    We have those data, because we have the data in

22   our database.

23       Q.    Other than analyzing the data on an ongoing basis,

24   has there ever been a report or a white paper or any other

```
 1        A.    We may occasionally do that.

 2               MR. WOLFSON:  We've been going about

 3        an hour and a half.  Are you ready for a

 4        break?

 5               MR. STRAWBRIDGE:  Yeah.  We can take

 6        a break right now.

 7               MR. WOLFSON:  Okay.

 8               (Recess:  2:52 p.m. to 3:10 p.m.)

 9  BY MR. STRAWBRIDGE:

10        Q.    I want to just talk a little bit about the docket

11  that gets presented to the full committee.

12        A.    Yes.

13        Q.    Is it -- is it organized the same way that it is

14  for the subcommittee, by high schools and geographic

15  regions?

16        A.    Yes.

17        Q.    Okay.  And is that the way in which the names are

18  presented for a vote?

19        A.    The school is the organizing principle.

20        Q.    The high school?

21        A.    The high school.  So it would not be true -- it

22  would not be true to say that the votes are always taken in

23  the alphabetical order of which candidates are presented.

24  It's often the case that the strongest one will be
```

1    presented for the vote.  I mean I just don't want you to

2    think that we always discuss things only in the order in

3    which they appear in the docket.

4        Q.    Okay.  And when -- with respect to the full

5    committee -- I guess let me actually strike that.

6            In the subcommittee, when they're organized by

7    school, are the schools slotted by academic strength or

8    ranking?

9        A.    No, no, no.  Well, the -- so the ordering, since

10   you asked, the ordering principle of the schools within

11   states is the College Board-assigned numbers.  Every

12   secondary school, or every secondary school that the

13   College Board has ever heard of -- there are new ones every

14   year -- has a CEEB number, a College Entrance Examination

15   Board number.  And those are numbers, and they're listed in

16   ordinal order.  In most -- in many states, it bears some

17   relationship to the alphabetical order of the towns, but

18   not in all states.  So it's somewhat arbitrary.

19       Q.    As far as you know, it has nothing to do with any

20   perceived academic achievement of the school?

21       A.    I think I can assure you that it doesn't.

22       Q.    And you referred to in full committee there being

23   a series of votes.  When you said a series of votes, were

24   you talking about an applicant-by-applicant vote, or were

1      there --

2          A.   Yes.

3          Q.   -- or are there multiple votes per applicant?

4          A.   Well, there may be more than one vote per

5      applicant, because then after we -- say we have four

6      candidates from the school, and one of them is very strong,

7      and we've all agreed we're going to take him.  And then the

8      next one, who might not have seemed very strong at the

9      beginning, seems terribly strong, and we decide maybe we

10     want him too, and the other two we're not going to take.

11     Someone may say, "Can we go back and look at this first one

12     again?  Because he may not seem so strong."  So you're

13     always able to go back and reassess candidates.

14              But the question I thought you were asking me was

15     in the ordinary presentation of things and the assessment

16     of what the decision will be, it bears some relationship to

17     the school.  I mean it's done by school and may bear no

18     relationship to alphabetical order of the names of the kid.

19         Q.   In the full committee, are the schools

20     presented -- are the schools ordered by CEEB number

21     regardless of geography?

22         A.   Yes.  But there's some geography in the CEEB

23     number.  It takes account of geography.

24         Q.   Does it tend to still roughly correspond to

1    standards and its grading scale, when we assess how well a

2    student has performed.

3        Q.    So in that respect, the relative strength of a

4    high school may, in fact, influence the assessment of the

5    academic performance of a particular student?

6        A.    It helps us -- it helps us understand the report

7    from the school.  So, yes, it helps us and it helps us in

8    making the assessment of how strong, how absolutely strong

9    or strongly prepared this candidate was.

10       Q.    Apart from a listing on the docket, does the

11   admissions office track, you know, the top percentage of

12   high schools that send students to Harvard on an annual

13   or --

14       A.    We don't track it.  We've looked at it

15   occasionally.  We don't track it.

16       Q.    When you say don't track it, I mean the data

17   presumably is there in the database if you wanted to pull

18   it, but it's not something that you regularly request or

19   review?

20       A.    Yes.

21       Q.    How are the geographic dockets divided amongst the

22   admissions officers?

23       A.    By an annual tweaking of the system that is -- has

24   been in place for a very long time.  The -- there are

1   several organizing factors.

2        Q.    And what are they?

3        A.    One of them is that we want each area person to be

4   responsible for not more than a certain load, a certain

5   number as defined by folders, candidates.  We want them to

6   be assigned states or areas that will add up to a certain

7   load.  That's one principle, one objective.

8        Q.    Are the dockets attempted to be made roughly

9   equal?

10       A.    They have been, but they've grown unevenly.  And

11  so this year -- I mean we always look at it, but we're

12  looking at it again this year.  So every year we have -- in

13  most years we have rearranged it so as to make them more

14  equal, more comparable, at least by weight.

15       Q.    In addition to sort of file size or workload, what

16  are the other organizing principles with respect to how the

17  dockets are assigned?

18       A.    Well, you can't have a person assigned to a

19  committee that meets at the same time as another committee

20  to which he's assigned.  It's the one-body problem.  So you

21  have to make sure that that's down the road in the

22  assignment.  You want to make sure that the person serves

23  on a typical full admissions officer who had that as his

24  full obligation, basic obligation to the office.  And I'm

1  not talking about financial aid people, who are on one

2  docket or perhaps two dockets, but regular admissions

3  people are typically on three or four dockets.  And so

4  you'd have to make sure that those dockets didn't meet at

5  the same time.  So that's just a consideration both on

6  which dockets are meeting when and who's on which dockets.

7          And you may well take into account where a person

8  grew up.  You might find it helpful to have someone who

9  came from some rural or urban area and knew the schools;

10  you might say, "Let's try to put her on that docket."  You

11  might try to capitalize on familiarity and experience.  Or

12  you might try to respond to somebody's wish to be assigned

13  to that docket because it's in a part of the country or the

14  world that she'd like to go.  So you can take into

15  account -- we can take into account any number of things

16  that seem -- seem salient to us.

17      Q.    Would there be occasions when the race or

18  ethnicity of the applicants from a particular area might be

19  relevant in assigning an employee in the admissions office

20  to that particular docket?

21      A.    That's not a governing factor.  I mean it's always

22  nice when it coincides with a large source, but it really

23  can't -- it's really not a factor.

24      Q.    It's not a governing factor or not a factor at

1 all?

2     A.    Actually not a factor at all.  I should mention

3 something we just were able to do that it -- part of it

4 would be a yes answer.  We have a member of the staff who

5 is Hispanic and is fluent in Spanish, and we put her in her

6 home area, but it was -- we would have done anyway, because

7 she knew certain schools that we hadn't had a lot of

8 familiarity with, but she also spoke Spanish, and we found

9 that a positive feature of her service in Southern

10 California.  We might not have been able to achieve it in

11 some other case, but that was helpful there.

12     Q.    How are sort of the heads of the dockets assigned?

13     A.    Well, they're all senior people by definition.

14 Usually, but not always, a person who is newly named

15 chairman of a docket has some particular experience with

16 that -- that region.  So it's capitalizing on familiarity

17 with the docket.  But there have certainly been exceptions

18 to that.

19         And when we have spaces to fill in the docketing,

20 we may not want to make changes in the other dockets.  We

21 may simply assign the person who would be next to chair a

22 docket to the available docket, and that would be it, even

23 if she had no experience with it.  So there's no formula

24 for matching a docket chair with a docket.

1  us as a candidate.  And race or ethnicity is often -- I

2  mean is certainly part of our comprehension of that

3  candidate.

4      Q.    Besides the comprehension of an individual

5  candidate, to what extent, if any, does Harvard desire to

6  ensure that the overall makeup of a particular class

7  reflects a particular racial composition?

8      A.    We are not very interested -- we are not

9  interested in racial composition per se.  We are very

10  interested in, for each class, assembling a diverse group

11  of people along various ways you could measure that,

12  ethnicity being one, but also geography and -- things we've

13  talked about, geography, field of concentration.  We want

14  to make sure that in the final enrolling class that there's

15  a mix of -- a mix of people and a mix of experiences and,

16  we like to think, a mix of perspectives.

17      Q.    Is race a more or less important factor with

18  respect to diversity than geographic distribution?

19      A.    You know, I couldn't make a general statement

20  about that.  It really depends on the case.  In some -- for

21  some candidate, he may be a very rare example of a certain

22  kind of Alaskan candidate.  That context may be a feature

23  of the case that the area person will keep emphasizing and

24  the committee might keep responding to or not.  In another

1    A.    Really the thing I was describing before, that we

2   are concerned to provide an educational environment that

3   has a range of experiences, including ethnic perspectives,

4   and also we're mindful that we want to produce graduates

5   who represent the various ethnic backgrounds in this

6   country, as well as other elements of diversity.

7    Q.    Are you familiar with the term "critical mass"

8   when it comes to achieving racial diversity at a college?

9    A.    I've heard people use the term.

10   Q.    Okay.  What is your understanding of the term

11   "critical mass"?

12   A.    Well, I think the use of the word "critical mass"

13   usually means to the speaker who's using the term enough of

14   something.

15   Q.    And does Harvard -- does the personnel in the

16   admissions office at Harvard ever speak in terms of

17   achieving critical mass on campus of particular racial

18   groups?

19              MR. WOLFSON:  Objection.

20              Go ahead.

21   A.    In the admissions office, you said?

22   Q.    Yes.

23   A.    It's not a term of general use in our

24   deliberations, "critical mass."

1     Q.   What about the concept of achieving a desired

2  number of racially diverse students?

3     A.   The concept of it is certainly familiar to me and

4  to my staff.  It's not, to my knowledge, anybody's specific

5  goal, a critical mass per se.

6     Q.   Does the admissions office have any predetermined

7  idea as to what would be sufficient to create a racially

8  diverse campus?

9     A.   You know, we are guided, I think, in our thinking

10  about a sufficiently diverse class as it shapes up, as I

11  said, by previous years.  If there's a dramatic change, not

12  corresponding to a dramatic change in the number of

13  applicants, we would want to -- we would raise the question

14  of whether we were giving good, careful consideration to

15  those candidates from that group that seemed to be doing

16  less well this year than they were last year.  It might not

17  change anything.  But we're not ever -- and I think we're

18  clear with our staff about this, we're not ever looking for

19  a particular number or percentage.

20     Q.   Other than attempting to ensure that there's not a

21  large disparity from a prior year's experience, has the

22  admissions office attempted to increase the relative

23  enrollment of particular ethnic groups over a period of

24  time?

1      A.    We have certainly increased in every year for many

2   years our -- the intensity of our recruitment of the

3   candidates who we recruit, who include candidates from

4   minority groups.

5      Q.    How do you measure the success in those

6   recruitment efforts with respect to the actual enrollment

7   figures?

8      A.    Well, one way to look at it is how many people

9   apply.  But if they're not strong candidates, they're not

10  going to be admitted.  So you really have to think of this

11  as following the process of individual candidates through

12  the -- through the selection process.

13     Q.    Do you know whether or not any particular racial

14  groups have -- the numbers have increased in recent years

15  on the Harvard campus?

16              MR. WOLFSON:  Objection.

17              Go ahead.

18     A.    It bounces around a bit from year to year.  We

19  have more Hispanic-Americans than we did ten years ago.  I

20  can't tell you the numbers.  The numbers of small groups

21  like, naturally enough, like Native Americans, small

22  numbers vary more, percentages vary more among those

23  groups, because the small numbers are ...

24     Q.    When you're looking on a year to previous year

1  record that.

2      Q.    The sheets that Ms. Yong provides to you, do you

3  recall any other sort of subgroup identifiers besides

4  Puerto Rican that are included on that sheet?

5      A.    I think the others are Hispanic/Latino, and I

6  think Puerto Rican, as I say, is on that sheet, unless I'm

7  misremembering it.  And American Indian or Alaskan Native,

8  that's one.  Asian-American, black/African-American, Native

9  American, Native Hawaiian, and her sheet may or may not

10  include white.  I don't remember.  But, in other words, it

11  bears a relationship to the demographic categories here.

12      Q.    As far as you can recall, it does not, for

13  example, under Asian-Americans, though, necessarily include

14  Japanese-American?

15      A.    It does not on that sheet.  But the cases,

16  remember, the case when it's considered is a person with

17  all of these various characteristics.  And right there

18  available to the committee and often mentioned, in the case

19  of a Japanese person, it would be, I think, always

20  mentioned, because it's unusual, would be mentioned as part

21  of the potential plus factor of the case, at least as a

22  feature that the committee might want to consider.

23      Q.    Have you heard anyone from Harvard outside of the

24  admissions office talk about the importance of achieving,

1   either by name or by concept, a sufficient critical mass of

2   racial diversity on campus?

3      A.   I don't remember hearing other people at Harvard

4   talk or write about the importance of achieving critical

5   mass.

6      Q.   Is it your testimony that with respect to the

7   admissions office, critical mass is not -- is not a goal of

8   its consideration of race in assembling its individual

9   classes?

10              MR. WOLFSON:   Objection.

11              Go ahead.

12     A.   There is an interest clearly, as we've discussed,

13  in making certain that there's good representation of the

14  various groups whose numbers we track, yes.  I think that

15  there's -- and so somebody might call that critical mass

16  and somebody might not.  But the notion is certainly a

17  notion that is quite salient to the admissions committee.

18     Q.   I guess the question is what is -- what is the

19  sufficient level of specificity the office used to

20  constitute good representation in the class?

21     A.   What we say to people when there's, let's say, the

22  situation where some group seems to be very

23  underrepresented going into, let's say, the final part of

24  regular action, what we would say is, you know, "Last

1   year's numbers were X, you know; this year's numbers looks

2   like it's Y.  Let's look carefully at those people."

3       Q.    You said you weren't sure whether or not white

4   students were included on the sheet that Ms. Yong presents

5   to you?

6       A.    Yes.

7       Q.    Does Harvard make any effort to -- to track the

8   disparity with respect to prior year's admissions with

9   respect to white students?

10      A.    Well, white is, for the purposes of these

11  categories, the remainder.

12      Q.    So does -- does the -- do you or Dean

13  Fitzsimmons -- Fitzwilliams?

14      A.    Fitzsimmons.

15      Q.    Fitzsimmons, I'm sorry.  It's been a long day.

16           Do you or Dean Fitzsimmons ever raise any concern

17  about the relative level of white applicants given the --

18  compared to the prior year?

19      A.    I have never heard a concern about having too few

20  white people.

21      Q.    Does the -- have you heard a concern of having too

22  many white people?

23               MR. WOLFSON:  Objection.

24      A.    Not in those terms.

1   eligible for the program I referred to earlier as the HFAI

2   program.  And so we -- that we track that as well.

3       Q.   Does that report contain any information about

4   household income level?

5       A.   I'm referring now to data on the sheet of paper

6   that we get at the various touch points along the process

7   and at the end of the process.  And the answer's no, it

8   doesn't.  It doesn't have family income broken out, in part

9   because we don't usually have enough information from the

10  financial aid applications to -- to even make a cut at

11  that, except that the fee waiver is highly correlated with

12  students who are below $85,000 income.

13      Q.   Has the admissions office ever discussed the

14  possibility of going to a race-blind admissions system?

15              MR. WOLFSON:  And I just want to

16          counsel the witness not to -- again, not to

17          reveal anything you've discussed with

18          counsel or as part of this litigation.

19      A.   And I don't recall ever a discussion on the

20  admissions committee about that.

21      Q.   Do you have a view as to whether or not a race-

22  blind admissions process would be beneficial or detrimental

23  to diversity on campus?

24              MR. WOLFSON:  Objection.

1            Go ahead and answer if you can.

2      A.    As the director of admissions?

3      Q.    Yes.

4      A.    I don't know whether it would.  I can't -- I don't

5  have a hunch on that.

6      Q.    Have you ever reviewed reports or information

7  regarding the racial composition of classes at the

8  University of California system?

9      A.    I have seen some of that.

10     Q.    And specifically with respect to the racial

11  composition of the University of California system

12  following its decision to stop using race as a factor in

13  its admissions decision?

14     A.    Uh-huh.

15     Q.    And what have you reviewed?  What have you seen?

16     A.    Well, two or three years ago I was out talking

17  with people in the university system, and I was presented

18  with a certain amount of data.  I don't remember it very

19  well.  But I remember the concerns they had.

20     Q.    What were --

21     A.    I can't -- their concern was making certain that

22  they maintained two things at once, which is socioeconomic

23  diversity and also ethnic diversity.

24     Q.    And do you recall whether or not -- did you form

1  of?

2      Q.   Well, let me ask you this:  You mentioned that

3  following the final decision as to who to offer admission

4  to, Ms. Yong prepares a report that reflects the

5  characteristics of that class.

6      A.   Uh-huh.

7      Q.   Has some version of that report always been

8  prepared during your time as director of admissions?

9      A.   Yes.

10     Q.   Okay.  Do you know whether that report at any

11  point included information about the application rate among

12  various ethnic groups?

13     A.   As far back as I can remember, we have said only

14  very general things about increases or decreases, and we've

15  given -- the only time I'm aware and can remember, we have

16  given a specific number as the number of what we call the

17  pool story, the number of the reports, the number of

18  applicants, the story that reports the number of

19  applicants, total number of applicants.

20     Q.   But not broken down by --

21     A.   Not broken down, no.  Generalizations about growth

22  or not growth.

23     Q.   Do you know why Harvard hasn't, during the time

24  that you remember, made that information public?

```
 1              MR. WOLFSON:  Objection.

 2              Go ahead.

 3     A.   I think we feel that being able to calculate admit

 4   rates is never very helpful for us.

 5     Q.   And why is that?

 6     A.   Because we think there are variations from year to

 7   year that may be distracting.  That may be one reason.

 8   We're much more concerned with being able to report the

 9   class actually achieved.

10     Q.   In fact, are you required to report to the federal

11   government by racial category the number of students

12   offered admission to Harvard on an annual basis?

13     A.   I am not certain whether we report the admit

14   numbers or the enrollment numbers or both to the

15   government.

16     Q.   Do you know who's responsible in your office or at

17   Harvard for reporting those numbers to the government?

18     A.    We report the admit numbers, which include both

19   numbers and percentages admitted, and also the numbers and

20   percentages enrolling.  We report those numbers to the

21   registrar.

22     Q.   Is one of the reasons --

23     A.   I believe.  I'm sorry.  I believe that.

24     Q.   And then you believe it's the registrar who has
```

1   these other things like geography and field of

2   concentration.  But it would be -- you would have a total

3   number of applicants, and you'd have a total number -- you

4   would know how many and what the percentage of those were

5   in this or that category.

6         Q.    And am I wrong or did you testify earlier that in

7   fact that overall application rate on a year-to-year basis

8   is one way in which you measure the success of the

9   Undergraduate Minority Recruitment Program?

10        A.    One of the ways we measure it is -- yes.

11                   MR. STRAWBRIDGE:  Want to take just a

12            five-minute break here?

13                   MR. WOLFSON:  Sure.

14                   THE WITNESS:  Sure.

15                   (Recess:  4:14 p.m. to 4:30 p.m.)

16   BY MR. STRAWBRIDGE:

17        Q.    I just want to go back to a few more questions

18   about the extent to which the admissions office uses race

19   as part of its decision-making process.  One way in which I

20   believe you've testified that you use race is as part of

21   kind of the individual assessment of a particular

22   applicant; correct?

23        A.    Yes.

24        Q.    It's one factor that might influence how

1   attractive a candidate they are to the admissions office?

2      A.   Yes.

3      Q.   Okay.  And that is true with respect to the

4   assessment of each candidate?

5      A.   Each candidate who is a minority group member and

6   for whom that might be a form of difference, distinction

7   from a general population.

8      Q.   And specifically it's not -- it's not a question

9   that you consider only with respect to the final few seats

10  in a particular class.  It's something that's considered as

11  part of the assessment of each minority candidate?

12     A.   Yes, all along.

13     Q.   And then we talked a little bit about achieving a

14  representative class and whether or not that's the same as

15  "critical mass" as that term is used.  I believe that you

16  testified that some people would refer to the desire to

17  achieve a class that permits people at Harvard to feel like

18  they are attending a representative group among the

19  university body is critical mass.  My question -- and

20  that's a long lead-in; I'm sure that your counsel is going

21  to object.

22             MR. WOLFSON:  Yeah.  Right.

23     Q.   But my question would be:  Do you consider that to

24  be a form of critical mass?

1      Q.    But you've never attempted to do that?

2      A.    I have not myself, but I think that we have from

3   time to time discussed what it was like in the '80s, what

4   it was like in the '90s.

5      Q.    And do you recall any of those specific times that

6   that was discussed?

7      A.    Not in specific terms, no.

8      Q.    Do you recall who was involved in those

9   discussions?

10     A.    No.

11     Q.    Is there anything specific about last year's

12  statistics that makes sense, or is the goal to simply

13  ensure that there is not too great of a deviation from year

14  to year?

15     A.    The goal is just to make sure -- the goal is -- a

16  goal is to make sure that we're not having a dramatic

17  dropoff in some group who we did at a certain level with

18  last year, and because the numbers I referred to tell you

19  how many applicants that there are this year, if we're not,

20  you know, under-considering, as it were, applicants who

21  seem to be admitted or at a higher level this year than we

22  seem likely to do.

23          We're looking for dramatic differences in a short

24  period of time, just as we think about hearing cases at the

1    end.   We're talking about this in the context of individual

2    cases, just how members of his ethnic group are doing, is

3    this a strong case that was perhaps underweighted, or is it

4    just not a very good case.

5         Q.   But the goal at the end of the day is to avoid a

6    dramatic dropoff among minority representation within a

7    particular class on any given year?

8         A.   A goal would be to avoid it by inadvertence or

9    lack of care.   Some things can't be avoided.

10        Q.   Do you recall any situation during your time as

11   director of admissions where you had an unavoidable dropoff

12   in admitted students by racial category?

13        A.   You know, I don't recall specifically.   But I

14   recall, I remember -- I don't recall a specific year or a

15   specific group, for that matter, but I do know, remember,

16   that we've had some years in which we said, well, that was

17   just really not a very strong pool in that group.

18        Q.   Is race a factor in admissions decision for

19   individual candidates who come from a wealthy background?

20        A.   It may be.

21        Q.   And how may it be?

22        A.   Well, it depends on the details of the case.

23        Q.   And why would it be important?   Why would a

24   wealthy individual's status as a racial minority be

1   relative stability, for example, in the Asian-American

2   category, whereas over this ten-year period there were

3   never any fewer than 15 percent nor any more than 20

4   percent of Asian-American students who enrolled in a given

5   cycle?

6                   MR. WOLFSON:   Objection.

7       A.   And I wouldn't characterize that as stability.

8       Q.   How would you -- would you characterize that as

9   dramatic departures from the prior year?

10      A.   I would not either.

11      Q.   Okay.  So what would you characterize it as?  If

12  it's not stable and it's not a dramatic departure, what is

13  it?

14      A.   I would characterize it as normal variations year

15  to year, representing, if we have correct numbers in front

16  of you us, the sum total of individual decisions, which may

17  vary from year to year.  They tend to.

18      Q.   But you're not surprised that an effort to make

19  more than 1,000 -- strike that.

20           How many -- how many students does Harvard offer

21  admission to in any given year, roughly, total?

22      A.   About 2,000.

23      Q.   Okay.  So you are not surprised by the fact that

24  2,000 individual decisions each made every year over a ten-

Page 416

1    ERRATA SHEET

2    NAME OF CASE: SFFA v. Harvard College

3    DATE OF DEPOSITION: August 1, 2017

4    NAME OF WITNESS:  Marlyn McGrath

5    Reason codes: **SEE ATTACHED SHEET.**

6         1.  To clarify the record.

7         2.  To conform to the facts.

8         3.  To correct transcription errors.

9    Page _____ Line _____ Reason _____

10   From _____ to _____

11   Page _____ Line _____ Reason _____

12   From _____ to _____

13   Page _____ Line _____ Reason _____

14   From _____ to _____

15   Page _____ Line _____ Reason _____

16   From _____ to _____

17   Page _____ Line _____ Reason _____

18   From _____ to _____

19   Page _____ Line _____ Reason _____

20   From _____ to _____

21   Page _____ Line _____ Reason _____

22   From _____ to _____

23   Page _____ Line _____ Reason _____

24   From _____ to _____

25         Marlyn McGrath _____

**August 1, 2017 Deposition of Marlyn E. McGrath – Errata Sheet**

| Page | Line | Instruction | Reason for Change |
|---|---|---|---|
| 310 | 6 | Change "there were" to "there were such allegations" | Clarification |
| 320 | 4-5 | Change "with legal conclusion on that" to "with a legal conclusion on that" | Grammar |
| 322 | 7 | Change "can't without" to "can't answer without" | Clarification |
| 328 | 25 | Change "can't without" to "can't answer without" | Clarification |
| 330 | 12 | Change "any such" to "any such analyses" | Clarification |
| 361 | 25 | Change "that being true" to "it being true" | Mistranscription |
| 370 | 9 | Change "alternative" to "alternatives" | Grammar |
| 372 | 2 | Change "ammo, what I meant by ammo" to "'ammo,' what I meant by 'ammo'" | Grammar |
| 380 | 18 | Change "president's" to "President's" | Capitalization |
| 382 | 4 | Change "president" to "President" | Capitalization |
| 387 | 12 | Change "president's" to "President's" | Capitalization |
| 392 | 23 | Change "Would you mind repeating that." to "Would you mind repeating that?" | Grammar |
| 399 | 16 | Change "couple in" to "couple, and" | Mistranscription |