Nothing

# EXHIBIT 19

# FILED UNDER SEAL