# EXHIBIT 20

# In The Matter Of:

*Students for Fair Admissions, Inc. v.
President and Fellows of Harvard College*

---

*Tia M. Ray
June 7, 2017
Highly Confidential - For Attorneys' Eyes Only*

---

*195 State Street • Boston, MA 02109
888.825.3376 - 617.399.0130
Global Solutions
court-reporting.com*



Original File Tia Ray 6-7-17.txt
Min-U-Script® with Word Index

1    rating -- how do you go about determining a

2    student's academic rating?

3        A.   By looking at a student's academic

4    qualifications.

5        Q.   Is race taken into account when you

6    assign a student a rating based on his or her

7    academics?

8            MS. MOONEY:   Objection.

9        A.   No.

10   BY MR. CONNOLLY:

11       Q.   In your experience, does one group of

12   students admitted to Harvard --

13           MR. CONNOLLY:   Strike that.

14   BY MR. CONNOLLY:

15       Q.   In your experience, do one group of

16   admitted students tend to have different academic

17   scores based on their race?

18           MS. MOONEY:   Objection.

19       A.   Can you repeat your question?

20   BY MR. CONNOLLY:

21       Q.   In your experience, do students admitted

22   to Harvard tend to have different academic scores

23   based on their race?

24           MS. MOONEY:   Objection.

1        A.   We consider applicants individually on an

2    individual basis, looking at a variety of

3    factors.

4    BY MR. CONNOLLY:

5        Q.   Sure.  When you are rating students based

6    on their academic ratings, is it your experience

7    that one racial group has higher scores than

8    another racial group?

9             MS. MOONEY:   Objection.

10   BY MR. CONNOLLY:

11       Q.   For the academic rating?

12            MS. MOONEY:   Objection.

13       A.   No.

14   BY MR. CONNOLLY:

15       Q.   Do you also rank students in an

16   extracurricular category?

17       A.   Yes.

18       Q.   What are the considerations that go into

19   determining a student's extracurricular score?

20            MS. MOONEY:   Objection.

21       A.   For example, involved in different types

22   of activities at their high school, in their

23   community, term time work.

24   BY MR. CONNOLLY:

1      Q.   Is race taken into account when deciding

2    a student's extracurricular score?

3           MS. MOONEY:   Objection.

4      A.   No.

5    BY MR. CONNOLLY:

6      Q.   In your experience, do students admitted

7    to Harvard tend to have different extracurricular

8    scores based on their race?

9           MS. MOONEY:   Objection.

10     A.   No.

11   BY MR. CONNOLLY:

12     Q.   Do you also rank students on an athletic

13   category?

14     A.   Yes.

15     Q.   Is this only for recruited athletes?

16     A.   No.

17     Q.   So every student that applies to Harvard

18   gets an athletic rating?

19          MS. MOONEY:   Objection.

20     A.   Yes.

21   BY MR. CONNOLLY:

22     Q.   What materials do you use in deciding a

23   student's athletic rating?

24          MS. MOONEY:   Objection.

1     A.   For example, involvement in athletic

2  activities.

3  BY MR. CONNOLLY:

4     Q.   Do you take a person's race into account

5  when deciding their athletic rating?

6          MS. MOONEY:   Objection.

7     A.   No.

8  BY MR. CONNOLLY:

9     Q.   In your experience do admitted students

10  to Harvard tend to have different athletic rating

11  scores based on their race?

12          MS. MOONEY:   Objection.

13     A.   No.

14  BY MR. CONNOLLY:

15     Q.   Do you also rank students on a personal

16  category?

17     A.   Yes.

18     Q.   What are the considerations that go into

19  determining a person's personal rating?

20          MS. MOONEY:   Objection.

21     A.   For example, personal qualities and

22  character.

23  BY MR. CONNOLLY:

24     Q.   For example, would you ask, is this

```
 1   person a good person?

 2          MS. MOONEY:  Objection.

 3      A.  Yes.

 4   BY MR. CONNOLLY:

 5      Q.  What are the materials that you use --

 6   materials or considerations that go into

 7   determining this person's score?

 8          MS. MOONEY:  Objection.

 9      A.  For example, content in recommendation

10   letters, personal essays.

11   BY MR. CONNOLLY:

12      Q.  Do you take a person's -- a student's

13   race into account when determining his or her

14   personal rating?

15          MS. MOONEY:  Objection.

16      A.  No.

17   BY MR. CONNOLLY:

18      Q.  In your experience, do one group of

19   admitted students to Harvard tend to have

20   different personal scores based on their race?

21          MS. MOONEY:  Objection.

22      A.  No.

23   BY MR. CONNOLLY:

24      Q.  Do you also do a rating for school
```

1        Q.   Why do you take race into account when

2    determining a student's overall rating?

3            MS. MOONEY:   Objection.

4        A.   Again, for individual students in

5    individual cases.

6    BY MR. CONNOLLY:

7        Q.   For a student that you are taking his or

8    her race into account, why would you do it?

9            MS. MOONEY:   Objection.

10       A.   Because in our whole-person review

11   process, race is one of the many factors that we

12   are considering.

13   BY MR. CONNOLLY:

14       Q.   Why is it different -- why do you take

15   race into account in the overall rating but in

16   none of the other ratings?

17           MS. MOONEY:   Objection.

18       A.   It depends on the individual case.   And

19   we may take it into account in that overall

20   rating to reflect the strength of the case and to

21   provide a slight tip for some students.

22   BY MR. CONNOLLY:

23       Q.   Can you give me an example, without

24   telling the person's name, of how you have given

1    someone an admissions tip based on his or her

2    race?

3            MS. MOONEY:  I will remind the witness to

4    not -- A, not identify the student's name but

5    also not to reveal any information that could

6    identify a student, in addition to object to the

7    question.

8        A.   I cannot provide any examples that come

9    to mind immediately without revealing sensitive

10   information.

11   BY MR. CONNOLLY:

12       Q.   When you are determining someone's

13   overall ranking, do you take legacy status into

14   account?

15           MS. MOONEY:  Objection.

16       A.   It varies.

17   BY MR. CONNOLLY:

18       Q.   Have you ever taken a student's legacy

19   status into account for a student when deciding a

20   student's overall rank?

21           MS. MOONEY:  Objection.

22       A.   Yes.

23   BY MR. CONNOLLY:

24       Q.   Was that a plus factor or a negative

1    factor?

2           MS. MOONEY:   Objection.

3       A.   Plus factor.

4    BY MR. CONNOLLY:

5       Q.   Why did you do that?

6           MS. MOONEY:   Objection.

7       A.   We provide a slight tip to legacy

8    students.

9    BY MR. CONNOLLY:

10      Q.   Do you know why?

11          MS. MOONEY:   Objection.

12      A.   I don't know.

13   BY MR. CONNOLLY:

14      Q.   Do you think an individual's legacy

15   status is important to understanding the

16   student's qualifications for admissions to

17   Harvard?

18          MS. MOONEY:   Objection.

19      A.   I don't know.

20   BY MR. CONNOLLY:

21      Q.   Have you ever taken the fact that a

22   student's relatives donated to Harvard into

23   account when deciding a student's overall

24   ranking?

Tia M. Ray - June 7, 2017                                        31
Highly Confidential - For Attorneys' Eyes Only

1           MS. MOONEY:  Objection.

2      A.  No.

3  BY MR. CONNOLLY:

4      Q.  Do you ever do outside research on a

5  person on the Internet?

6           MS. MOONEY:  Objection.

7      A.  It varies.  Yes.

8  BY MR. CONNOLLY:

9      Q.  You have done it before?

10     A.  Yes.

11     Q.  Have you ever done outside research to

12 determine a student's race?

13          MS. MOONEY:  Objection.

14     A.  No.

15 BY MR. CONNOLLY:

16     Q.  Have you ever heard of anyone else doing

17 outside research to determine a student's race?

18          MS. MOONEY:  Objection.

19     A.  Yes, in one instance.

20 BY MR. CONNOLLY:

21     Q.  Without revealing the student's name, why

22 was someone doing outside research to determine

23 the person's race?

24          MS. MOONEY:  Objection.

1          And I will remind the witness not to

2     reveal the name and also any personally

3     identifying information on the student.

4          A.   I don't know.

5     BY MR. CONNOLLY:

6          Q.   Who did the outside research to determine

7     a student's race?

8          A.   Admissions officer.

9          Q.   What was the admissions officer's name?

10         A.   Jennifer Gandy.

11         Q.   So after you have done this rating

12    process, what is the next step that you take with

13    the student's application to move them along in

14    the admissions process?

15         MS. MOONEY:   Objection.

16         A.   Can you repeat your question?

17    BY MR. CONNOLLY:

18         Q.   What is the next step that you take after

19    you have rated a student based on these

20    categories in order to move them along in the

21    admissions process?

22         MS. MOONEY:   Objection.

23         A.   I don't understand your question.

24    BY MR. CONNOLLY:

1        Q.   What don't you understand?

2        A.   I don't understand what you mean by --

3        Q.   Where does the student's file go after

4    you have rated them?

5             MS. MOONEY:   Objection.

6    BY MR. CONNOLLY:

7        Q.   Do you ever send the student's file on to

8    what is called a third reader?

9        A.   Yes.

10       Q.   Do you ever send a student's file to what

11   is called a second reader?

12       A.   It depends.

13       Q.   Do you ever -- what considerations do you

14   take into account when deciding whether a student

15   should get what you guys call a third read?

16            MS. MOONEY:   Objection.

17       A.   The strength of the admissions case, for

18   example.

19   BY MR. CONNOLLY:

20       Q.   Okay.  Is it based on the overall rating?

21       A.   No.

22       Q.   What is it based on?

23       A.   It is based on if you would like the

24   third reader to have a look at the admissions

```
 1    file.
 2         Q.   In order to admit a student at Harvard,
 3    do you -- does the student typically need to
 4    receive a third read?
 5              MS. MOONEY:  Objection.
 6         A.   Typically, yes.
 7    BY MR. CONNOLLY:
 8         Q.   If a student is unqualified for admission
 9    to Harvard, will he or she receive a third read?
10              MS. MOONEY:  Objection.
11         A.   Typically, no.
12    BY MR. CONNOLLY:
13         Q.   If you find the student to be
14    unqualified, are any other actions taken with
15    regard to that student?
16              MS. MOONEY:  Objection.
17    BY MR. CONNOLLY:
18         Q.   Is that the end of the admissions process
19    for the student?
20         A.   They will still go through the committee
21    process.
22         Q.   Both subcommittee and full committee?
23         A.   Yes.
24         Q.   When you decide whether someone deserves
```

1  a third read, do you take the student's race into

2  account?

3         MS. MOONEY:  Objection.

4     A.  It depends.

5  BY MR. CONNOLLY:

6     Q.  Have you ever taken a student's race into

7  account when deciding whether a student should

8  receive a third read?

9         MS. MOONEY:  Objection.

10    A.  Yes.

11 BY MR. CONNOLLY:

12    Q.  When a student goes in for a third read,

13 does the third reader perform the same process

14 that you do?

15        MS. MOONEY:  Objection.

16    A.  Yes.

17 BY MR. CONNOLLY:

18    Q.  And so they give numerical ratings based

19 along these same categories.  Is that correct?

20    A.  Yes.

21    Q.  For the subcommittee process,

22 subcommittees are done by docket.  Is that

23 correct?

24    A.  Yes.

1      A.  Yes.

2  BY MR. CONNOLLY:

3      Q.  If you are the first reader for a

4  student, will you lead the discussion about that

5  student at the subcommittee?

6      A.  Yes.

7      Q.  Will you use, like, a projector of any

8  sort?

9          MS. MOONEY:  Objection.

10     A.  Yes.

11 BY MR. CONNOLLY:

12     Q.  What type of information do you put on

13 the projector?

14     A.  Components of the student's application

15 file.

16     Q.  Is race one of these components?

17         MS. MOONEY:  Objection.

18     A.  Yes.

19 BY MR. CONNOLLY:

20     Q.  And after everyone discusses the student,

21 what are the possible actions that you can take

22 with regard to that student?

23         MS. MOONEY:  Objection.

24     A.  Accept and reject and defer.

1   student's freshmen year.

2   BY MR. CONNOLLY:

3       Q.  When you are doing the subcommittee

4   process and you are deciding when to -- which

5   students to admit, do you have a target number of

6   students you are trying to admit by docket?

7           MS. MOONEY:  Objection.

8       A.  Yes.

9   BY MR. CONNOLLY:

10      Q.  Is that a range or is it a set number?

11          MS. MOONEY:  Objection.

12      A.  It is not a firm number.

13  BY MR. CONNOLLY:

14      Q.  Okay.  How much does an individual

15  student's rankings matter during the subcommittee

16  process when you are deciding which designation

17  to give them?

18          MS. MOONEY:  Objection.

19      A.  It is all about the case as a whole.

20  BY MR. CONNOLLY:

21      Q.  So it is not a mechanical process that

22  everybody over a 2 gets admitted?

23      A.  Yes.

24      Q.  Then how do you use the student's

1    of the class.

2    BY MR. CONNOLLY:

3        Q.   Would the racial composition of the class

4    be disclosed at this point?

5            MS. MOONEY:  Objection.

6        A.   Potentially, yes.

7    BY MR. CONNOLLY:

8        Q.   Has it ever been disclosed at that point?

9            MS. MOONEY:  Objection.

10       A.   Yes.

11   BY MR. CONNOLLY:

12       Q.   At this point, during full committee,

13   would you -- would the full committee review

14   every student that had been tentatively admitted

15   to Harvard?

16           MS. MOONEY:  Objection.

17       A.   Yes.

18   BY MR. CONNOLLY:

19       Q.   And if you were the first reader to

20   review that student, would you take the lead on

21   describing that student to the full committee?

22       A.   Yes.

23       Q.   Would you do the same process as you did

24   before as far as using a projection screen?

1              MS. MOONEY:   Objection.

2       A.   Yes.

3    BY MR. CONNOLLY:

4       Q.   And would the same type of information

5    about the student, including the student's race,

6    be on the screen?

7              MS. MOONEY:   Objection.

8       A.   Yes.

9    BY MR. CONNOLLY:

10      Q.   After you review a student, is a vote

11   taken?

12             MS. MOONEY:   Objection.

13      A.   It depends.

14   BY MR. CONNOLLY:

15      Q.   What does it depend on?

16      A.   The strength of the case, the feeling in

17   the room.

18      Q.   So sometimes would you say let's pause on

19   a student and we will come back to him or her?

20             MS. MOONEY:   Objection.

21      A.   Yes.

22   BY MR. CONNOLLY:

23      Q.   But typically after you are done talking

24   about a student, you would take a vote; correct?

```
1    list, do you ever take a person's geography into

2    account, where they are from?

3            MS. MOONEY:   Objection.

4        A.   Sometimes, yes.

5    BY MR. CONNOLLY:

6        Q.   Do you ever look at the composition of

7    your class to date when deciding who should come

8    off the wait list?

9            MS. MOONEY:   Objection.

10       A.   To my knowledge, no.

11   BY MR. CONNOLLY:

12       Q.   Do you ever take a student's race into

13   account when deciding whether he or she should

14   come off the wait list?

15           MS. MOONEY:   Objection.

16       A.   Potentially as one factor among the many

17   that we are considering in our whole-person

18   review process.

19   BY MR. CONNOLLY:

20       Q.   So yes?

21           MS. MOONEY:   Objection.

22       A.   Potentially.

23   BY MR. CONNOLLY:

24       Q.   Have you ever used race -- have you ever
```

1    considered a student's race when deciding whether

2    he or she should come off the wait list?

3            MS. MOONEY:  Objection.  Asked and

4    answered.

5        A.   Yes.  As one factor among the many as we

6    consider students in our whole-person review

7    process.

8            MR. CONNOLLY:  Okay.  Off the record.

9            (Recess taken at 10:00 a.m.)

10           (Recess ended at 10:13 a.m.)

11   BY MR. CONNOLLY:

12       Q.   So we were discussing previously the

13   admissions process.  Do you think that you could

14   adequately evaluate students without taking their

15   race into account?

16           MS. MOONEY:  Objection.

17       A.   I don't know.

18   BY MR. CONNOLLY:

19       Q.   Why don't you know?

20           MS. MOONEY:  Objection.

21       A.   It is one factor among many that we

22   consider as we assess an individual student.

23   BY MR. CONNOLLY:

24       Q.   So are there ever any students that you

1      A.   It depends.

2    BY MR. CONNOLLY:

3      Q.   Can you give me an example?

4      A.   For example, interactions with

5    prospective students.

6      Q.   Was the purpose of your presentation to

7    help admissions officers decide how to use race

8    in the admissions process?

9         MS. MOONEY:   Objection.

10     A.   No, not from my understanding.

11   BY MR. CONNOLLY:

12     Q.   Then what was the purpose of this

13   presentation?

14        MS. MOONEY:   Objection.

15     A.   From my understanding, to give admissions

16   officers and admissions office staff greater

17   context for the lived experiences, potentially,

18   of students.

19   BY MR. CONNOLLY:

20     Q.   Why would understanding -- who asked you

21   to give this presentation?

22        MS. MOONEY:   Objection.

23     A.   Lucerito Ortiz.

24   BY MR. CONNOLLY:

1       Q.   Did you give this presentation with her?

2       A.   Yes.

3       Q.   Who did you give the presentation to?

4       A.   Admissions and financial aid office

5   staff.

6       Q.   So all admissions officers?

7            MS. MOONEY:   Objection.

8       A.   All who were present at staff

9   orientation.

10  BY MR. CONNOLLY:

11      Q.   So is it fair to say that your

12  presentation was designed to help admissions

13  officers when those admissions officers are

14  deciding which students to admit to Harvard?

15           MS. MOONEY:   Objection.  Misstates the

16  testimony.

17      A.   Can you repeat the question?

18  BY MR. CONNOLLY:

19      Q.   I take it since you were giving this

20  presentation to admissions officers and one of

21  the admissions officers' primary jobs is to

22  admit -- is to decide which students are admitted

23  to Harvard that part of this presentation was

24  designed to help admissions officers in deciding

1  which students to admit to Harvard.  Is that

2  correct?

3           MS. MOONEY:  Objection.

4      A.  From my understanding, this presentation

5  was intended to help admissions officers

6  potentially in understanding some of the greater

7  contexts that students that they may be

8  interacting with or reading files from in their

9  whole-person review process.

10 BY MR. CONNOLLY:

11     Q.  And that whole-person review process

12 involves which students to admit to Harvard;

13 correct?

14     A.  Yes, ultimately.

15     Q.  Can you turn to Bates stamp -- you see

16 the number on the bottom left there, 13369?

17          So it says "Purpose," and "is to provide

18 statistics and data to give context to the

19 demographics and experiences of the students we

20 may see in our pool."

21          Did I read that right?

22     A.  Yes.

23     Q.  Why are demographics important for

24 admissions officers to understand?

1           MS. MOONEY:  Objection.

2       A.  In the context of this presentation, it

3   was to provide greater context that students may

4   be facing sociologically and demographically

5   within the greater United States.

6   BY MR. CONNOLLY:

7       Q.  And that was important for admissions

8   officers to understand?

9           MS. MOONEY:  Objection.

10  BY MR. CONNOLLY:

11      Q.  Is that correct?

12      A.  I think so, yes.

13      Q.  If you turn to page 13376, the title of

14  this slide is "Approximate Number of Students

15  Scoring Above 700."

16          Did I read that right?

17      A.  Yes.

18      Q.  Is that above 700 on the SAT?

19          MS. MOONEY:  Objection.

20      A.  Yes.

21  BY MR. CONNOLLY:

22      Q.  Why did you include these numbers in your

23  presentation?

24          MS. MOONEY:  Objection.

Tia M. Ray - June 7, 2017                                    73
Highly Confidential - For Attorneys' Eyes Only



O'Brien & Levine Court Reporting Solutions
888.825.3376 - mail@court-reporting.com

Highly Confidential - For Attorneys' Eyes Only

1    who are making the decision?

2            MS. MOONEY:   Objection.

3        A.   I don't know.

4    BY MR. CONNOLLY:

5        Q.   Would it be helpful for you when making

6    the decision?

7            MS. MOONEY:   Objection.

8        A.   Potentially.

9    BY MR. CONNOLLY:

10       Q.   Why?

11           MS. MOONEY:   Objection.

12       A.   As one factor to consider in an

13   individual's academic performance, both on this

14   test and within their high school, as one of the

15   many factors that we are considering.

16   BY MR. CONNOLLY:

17       Q.   Yes, but why do demographics affect an

18   individual's characteristics?

19           MS. MOONEY:   Objection.

20       A.   It does not.

21   BY MR. CONNOLLY:

22       Q.   So then why would you find the number of

23   African-American students in the country who have

24   scored above 700, why would that be helpful?

```
 1              MS. MOONEY:  Objection.
 2        A.  It could potentially be a piece of a
 3   larger contextual framework; however, we would of
 4   course pay attention to the individual students.
 5   BY MR. CONNOLLY:
 6        Q.  Sure.  Would it be helpful because you
 7   would know that an African-American student who
 8   had scored over 700 was coming from a pool of
 9   demographics with these characteristics?
10              MS. MOONEY:  Objection.
11        A.  Can you repeat your question?
12   BY MR. CONNOLLY:
13        Q.  I am trying to figure out why
14   demographics are helpful when reviewing an
15   individual's background and merit for admission
16   to Harvard.  And I am trying to figure out why
17   that would be helpful to you, because you
18   obviously included it on this slide for a reason.
19              So can you help -- can you give me an
20   example of how this context would help you or
21   another admissions officer in deciding whether to
22   admit an individual student?
23              MS. MOONEY:  Objection.
24        A.  It is another piece of larger contextual
```

Tia M. Ray - June 7, 2017
Highly Confidential - For Attorneys' Eyes Only

76



1  aggregated data for Asian-American student

2  populations."

3          What did you mean by that?

4          MS. MOONEY:  Objection.

5     A.   Well, "weary" is a typo; we meant "wary."

6          We wanted to be cognizant of the fact

7  that there are a variety of Asian-American

8  ethnicities, and there are larger sociological

9  implications in the United States.

10 BY MR. CONNOLLY:

11    Q.   In other words, is it true that you

12 wanted to convey to admissions officers not to

13 treat all Asian-Americans the same?

14         MS. MOONEY:  Objection.

15    A.   No.

16 BY MR. CONNOLLY:

17    Q.   Why wasn't that what you were conveying?

18    A.   I was conveying that we should take an

19 individual and nuanced approach as we evaluate

20 individual students and individual applicants.

21    Q.   In your experience -- was there a reason

22 based on past experience why you had to include

23 this first bullet?

24         MS. MOONEY:  Objection.

1   barriers to overcome in obtaining a quality

2   education."

3       Q.   What was the purpose of including this

4   bullet in your presentation?

5           MS. MOONEY:   Objection.

6       A.   To discuss larger contextual issues in

7   the United States.

8   BY MR. CONNOLLY:

9       Q.   The third bullet, can you read the third

10  bullet for me, please?

11      A.   Yes.   "Regardless of economic background,

12  black students' experiences are impacted by

13  racial bias both explicit and implicit."

14      Q.   Do you believe this bullet applies to all

15  African-American students?

16          MS. MOONEY:   Objection.

17      A.   I don't know.

18  BY MR. CONNOLLY:

19      Q.   Were you referring to all

20  African-American students --

21          MS. MOONEY:   Objection.

22  BY MR. CONNOLLY:

23      Q.   -- in this bullet?

24      A.   In the broad sense, yes.

```
 1        Q.   Do you think that Asian-Americans
 2   regardless of economic background are impacted by
 3   racial bias both explicit and implicit?
 4            MS. MOONEY:   Objection.
 5        A.   I think they can be, yes.
 6   BY MR. CONNOLLY:
 7        Q.   Why did you not include a similar
 8   statement in the implication section of the
 9   Asian-American slide?
10            MS. MOONEY:   Objection.
11        A.   I don't remember.  And I should also note
12   that I was not sole author of all of these
13   slides.
14   BY MR. CONNOLLY:
15        Q.   Okay.  Have you ever given an admissions
16   tip to an African-American student?
17            MS. MOONEY:   Objection.
18        A.   Yes.
19   BY MR. CONNOLLY:
20        Q.   Have you ever given an admissions tip to
21   an African-American student because of his or her
22   race?
23            MS. MOONEY:   Objection.
24        A.   I believe we discussed earlier that I
```

1    BY MR. CONNOLLY:

2        Q.   Please take your time to familiarize

3    yourself with this document.

4            (Witness viewing Exhibit 2.)

5        Q.   Do you recognize this e-mail?

6        A.   I don't remember it.

7        Q.   Do you see your name up in the top, Tia

8    Ray, in the "To" column?

9        A.   Yes.

10       Q.   Do you have any reason to believe you

11   didn't receive this e-mail?

12       A.   No.

13       Q.   Do you have a general understanding of

14   what the attached documents are being used for at

15   Harvard?

16           MS. MOONEY:   Objection.

17       A.   Yes.

18   BY MR. CONNOLLY:

19       Q.   What is that purpose?

20       A.   At that time, to assess the individual

21   communications that were sent to certain

22   students.

23       Q.   Do you know how the students were

24   selected to receive this e-mail?

1       A.   Based on our search list.

2       Q.   Do you know how those search lists are

3   obtained?

4            MS. MOONEY:   Objection.

5       A.   From The College Board or ACT.

6   BY MR. CONNOLLY:

7       Q.   Is it based on the student's test scores?

8            MS. MOONEY:   Objection.

9       A.   Yes, in part.

10  BY MR. CONNOLLY:

11      Q.   The year here was 2013.  Is this done

12  every year?

13           MS. MOONEY:   Objection.

14      A.   I don't know.

15  BY MR. CONNOLLY:

16      Q.   Since you have been at Harvard, has

17  Harvard sent out similar e-mails to prospective

18  students for admission?

19      A.   Yes.

20      Q.   Are you involved in determining which

21  students should receive these e-mails?

22      A.   No.

23      Q.   Who makes those decisions?

24      A.   I don't know.

1          A.   No.

2          Q.   And remind me, was <u>Exhibit 1</u>, what year

3     was that presentation given?

4          A.   Fall 2014.

5          Q.   And the exhibit in front of you, these

6     are notes for a presentation from 2013.   Is that

7     correct?

8          A.   Yes.

9          Q.   Did you give this presentation with

10    anyone else?

11         A.   Yes.

12         Q.   Who?

13         A.   Lucerito Ortiz.

14         Q.   Did Ms. Forti use these notes at well?

15              MS. MOONEY:   Objection.

16         A.   I don't remember.

17    BY MR. CONNOLLY:

18         Q.   Do you remember if she had her own notes

19    for the presentation?

20         A.   I don't remember.

21         Q.   So starting on top of the first page, can

22    you read that first bullet point for me?

23         A.   "Notice that there are many questions

24    around the way racial identity should play into

1   the admission process, and if we wanted to see if

2   we could provide some context to better situate

3   and understand the questions that we want to be

4   asking and not asking when evaluating

5   applicants."

6        Q.  So what did you mean when you said "there

7   are many questions around the way racial identity

8   should play into the admissions process"?

9             MS. MOONEY:   Objection.

10       A.  We wanted to help provide context as

11  admissions officers were evaluating applicants

12  who may have written about, for example, their

13  identity.

14  BY MR. CONNOLLY:

15       Q.  Can you give me an example of some of the

16  questions that were raised with you about how

17  racial identity should play into the admissions

18  process?

19            MS. MOONEY:   Objection.

20       A.  For example, asking if someone spoke

21  Spanish at home.

22  BY MR. CONNOLLY:

23       Q.  Was that the question that was asked as

24  to how that affected the admissions process?

1    BY MR. CONNOLLY:

2        Q.   How long would the presentation that

3    focused on race typically be?

4            MS. MOONEY:   Objection.

5        A.   Again, it would not typically be a

6    stand-alone portion of the reader training.

7    BY MR. CONNOLLY:

8        Q.   So in the year -- in the admissions year

9    of 2013, are you aware of any other presentations

10   to admissions officers addressing the use of race

11   in the admissions process -- that solely

12   addressed the use of race in the admissions

13   process?

14           MS. MOONEY:   Objection.

15       A.   No.

16   BY MR. CONNOLLY:

17       Q.   The second bullet under U.S. educational

18   context, starting with "Considering," do you see

19   that?

20       A.   Yes.

21       Q.   Could you read that bullet for me,

22   please?

23       A.   "Considering the limited amount of time,

24   we decided to focus on the populations that not

1       A.   Yes.

2    BY MR. CONNOLLY:

3       Q.   So was this presentation designed to

4    instruct admission officers on when to use race

5    in the admissions process?

6            MS. MOONEY:   Objection.

7       A.   No.

8    BY MR. CONNOLLY:

9       Q.   Have you ever received any other

10   instruction from individuals in the admissions

11   office about how to use race in the admissions

12   process?

13      A.   I have received instruction on how to use

14   race as part of our whole-person review process

15   and as part of that trainer reading process.

16      Q.   Flip to the next page, please.  Can you

17   read the bullet to me under "Testing

18   Distributions"?

19      A.   Directly below?

20      Q.   Yes.

21      A.   "Now, in terms of students who actually

22   take the SAT, narrowing to college bound more or

23   less, this is the demographic breakdown of SAT

24   test takers.  Asian-Americans overrepresented

1   relative to the population but otherwise

2   demographics relatively proportional."

3        Q.   What did you mean by "Asian-Americans

4   overrepresented relative to the population but

5   otherwise demographics relatively proportional"?

6        A.   I don't remember.

7        Q.   Sitting here right now, can you -- what

8   do you think it means?

9             MS. MOONEY:   Objection.

10       A.   I don't know.

11  BY MR. CONNOLLY:

12       Q.   These are notes for a speech you gave;

13  correct?

14            MS. MOONEY:   Objection.

15       A.   Yes.

16  BY MR. CONNOLLY:

17       Q.   Why do you think you would have said

18  this?

19            MS. MOONEY:   Objection.

20       A.   I don't remember.

21  BY MR. CONNOLLY:

22       Q.   Do you believe that Asian-Americans are

23  overrepresented relative to the population but

24  otherwise demographics relatively proportional?

1          MS. MOONEY:   Objection.

2      A.   I don't know.

3  BY MR. CONNOLLY:

4      Q.   Why don't you know?

5          MS. MOONEY:   Objection.

6      A.   Because I don't know specifically what

7  this was referring to.

8  BY MR. CONNOLLY:

9      Q.   Do you have any reason to believe that

10  you did not say this to admissions officers?

11          MS. MOONEY:   Objection.

12      A.   I don't know the precise way it was

13  potentially said.

14  BY MR. CONNOLLY:

15      Q.   Sorry.  I didn't catch that.

16      A.   Sorry.  I don't know the precise way it

17  was potentially said.

18      Q.   Do you believe Asian-Americans are

19  overrepresented at Harvard?

20          MS. MOONEY:   Objection.

21      A.   No.

22  BY MR. CONNOLLY:

23      Q.   Why not?

24      A.   I think we try to admit the best class of

1       A.   Yes, on occasion.

2   BY MR. CONNOLLY:

3       Q.   On the next page, can you read the

4   third -- or the second and third bullet from the

5   top?

6       A.   Starting with "If"?

7       Q.   No.   Starting with "Again."

8       A.   "Again very interesting data when

9   thinking about what applicants may or may not

10  choose to show and highlight in their

11  applications.   If half of Latinos see themselves

12  as typical American, it's likely that they may

13  not see their racial or ethnic background and

14  identity as anything 'special' or interesting."

15      Q.   Do you remember saying this to -- during

16  this presentation?

17           MS. MOONEY:   Objection.

18      A.   No.

19  BY MR. CONNOLLY:

20      Q.   Have you ever reviewed an application of

21  a Latino student where you thought that this

22  student viewed himself or herself as a, quote,

23  typical American?

24           MS. MOONEY:   Objection.

```
1        A.   I don't know.
2    BY MR. CONNOLLY:
3        Q.   Have you ever reviewed the application of
4    a minority student where that student did not see
5    anything special or interesting about their
6    racial or ethnic background?
7             MS. MOONEY:   Objection.
8        A.   I can't remember.
9    BY MR. CONNOLLY:
10       Q.   How would you review an application of a
11   student who does not see anything special or
12   interesting about their racial or ethnic
13   background?
14            MS. MOONEY:   Objection.
15       A.   As we review every student in a
16   whole-person review process.
17   BY MR. CONNOLLY:
18       Q.   Would you take that student's race into
19   account?
20            MS. MOONEY:   Objection.
21       A.   As one factor among the many that we
22   might considerer in our whole-person review
23   process.
24   BY MR. CONNOLLY:
```

1        Q.   So even though this student finds nothing

2   special or interesting about their race, you

3   would still take his or her race into account

4   when deciding whether to admit him or her.   Is

5   that correct?

6             MS. MOONEY:   Objection.

7        A.   It could be one factor that we are

8   considering as we look at race as one factor

9   among many in our whole-person review process.

10  BY MR. CONNOLLY:

11       Q.   So the answer is yes, it could be?

12            MS. MOONEY:   Objection.   Asked and

13  answered.

14  BY MR. CONNOLLY:

15       Q.   Is that correct?

16       A.   Yes.

17       Q.   If a student doesn't see anything special

18  or interesting about their race, why would you

19  take it into account when deciding whether to

20  admit him or her?

21            MS. MOONEY:   Objection.

22       A.   It is one factor among the many that we

23  might be considering.

24  BY MR. CONNOLLY:

```
 1        Q.   One factor to you as an admissions
 2   officer?
 3             MS. MOONEY:   Objection.
 4        A.   It is one factor that we may be
 5   considering in our whole-person review process.
 6   BY MR. CONNOLLY:
 7        Q.   Why would you take it into account if the
 8   student doesn't believe that has any effect on
 9   their characteristics as a person?
10             MS. MOONEY:   Objection.
11        A.   One reason might be contextual.
12   BY MR. CONNOLLY:
13        Q.   How so?
14        A.   For example, a student might grow up very
15   close to the border of Mexico and not realize
16   that not every individual has that lived
17   experience.
18        Q.   Is a student's race ever decisive in your
19   decision to recommend admission to Harvard
20   University?
21             MS. MOONEY:   Objection.
22        A.   No.   Race is one of many factors that we
23   consider in our whole-person review process but
24   is not a determining factor.
```

Tia M. Ray - June 7, 2017                                    150
Highly Confidential - For Attorneys' Eyes Only

```
 1    BY MR. CONNOLLY:
 2        Q.  So in your experience, have you ever
 3    admitted someone --
 4            MR. CONNOLLY:  Strike that.
 5    BY MR. CONNOLLY:
 6        Q.  If race is not -- is never decisive, in
 7    your view, do you think that you need to use it
 8    in the admissions process?
 9            MS. MOONEY:  Objection.
10        A.  I think it can be a helpful factor, as
11    many other helpful factors, as we consider
12    students in our whole-person review process.
13    BY MR. CONNOLLY:
14        Q.  Are any factors decisive when Harvard is
15    deciding -- when you are deciding whether to
16    recommend whether to admit or deny a student?
17            MS. MOONEY:  Objection.
18        A.  No.
19            MR. CONNOLLY:  Off the record.
20            (Luncheon recess taken at 12:43 p.m.)
21
22
23
24
```

1       A.   I don't know.

2   BY MR. CONNOLLY:

3       Q.   When you attended the -- the last time

4   you attended the round robin meeting, did anyone

5   else from Harvard go with you?

6       A.   I can't remember.

7       Q.   Has anyone from Harvard ever attended a

8   round robin meeting with you?

9       A.   Yes.

10       Q.   Who?

11       A.   Roger Banks.

12       Q.   Did you ever discuss these numbers with

13   anyone after the round robin meeting?

14           MS. MOONEY:   Objection.

15       A.   I can't remember.

16   BY MR. CONNOLLY:

17       Q.   Were these round robin meetings

18   confidential?

19           MS. MOONEY:   Objection.

20       A.   I don't know.

21   BY MR. CONNOLLY:

22       Q.   Would you bring -- you yourself bring

23   data from Harvard to the round robin meeting?

24       A.   Sometimes, yes.

1        Q.   Have you ever read the numbers aloud at

2   the round robin meeting?

3        A.   Yes.

4        Q.   Where did you get those numbers?

5             MS. MOONEY:   Objection.

6        A.   From the admissions office.

7   BY MR. CONNOLLY:

8        Q.   Who in the admissions office?

9        A.   Erica Bever.

10            MR. CONNOLLY:   Off the record.

11            (Recess taken at 2:22 p.m.)

12            (Recess ended at 2:36 p.m.

13  BY MR. CONNOLLY:

14       Q.   Can you briefly describe the activities

15  that the UMRP program undertakes to recruit

16  students to Harvard?

17       A.   Recruitment activities such as providing

18  information sessions and tours for groups,

19  sending e-mails, hometown recruiting trips.

20       Q.   Do you have divisions within the UMRP?

21            MS. MOONEY:   Objection.

22       A.   Yes.

23  BY MR. CONNOLLY:

24       Q.   What are those divisions?

```
 1    BY MR. CONNOLLY:
 2        Q.   Were any questions from white students
 3    ever sent to the UMRP?
 4            MS. MOONEY:   Objection.
 5        A.   I can't remember.
 6    BY MR. CONNOLLY:
 7        Q.   But you don't remember any right now?
 8        A.   Correct.  At the moment, I don't remember
 9    any.
10        Q.   Where would questions from white
11    students, where would those go?
12            MS. MOONEY:   Objection.
13        A.   Where the students submitted or asked
14    them.
15    BY MR. CONNOLLY:
16        Q.   What is Visitas?
17        A.   Our visiting student weekend for admitted
18    students.
19        Q.   When does that typically happen?
20        A.   April.
21        Q.   Is that open to all students?
22            MS. MOONEY:   Objection.
23        A.   All admitted students.
24    BY MR. CONNOLLY:
```

1      Q.   How are those calls divided up?

2      A.   By division.   So Asian-American students

3    would be called by Asian-American coordinators.

4    African-American students would be called by

5    African-American coordinators.

6      Q.   When those calls are made, do those

7    callers ask whether the admitted student would

8    like to stay with a person of their race?

9           MS. MOONEY:   Objection.

10     A.   We ask if students would like to be

11   hosted through the undergraduate minority

12   recruitment program.

13   BY MR. CONNOLLY:

14     Q.   If a student says yes, then how do you

15   assign -- how do you find that student housing?

16          MS. MOONEY:   Objection.

17     A.   By matching them with another -- with a

18   current undergraduate student who might have

19   similar interests, might be from the same

20   hometown, et cetera, who has volunteered to host

21   through the UMRP.

22   BY MR. CONNOLLY:

23     Q.   Is it typically -- are hosts typically

24   assigned on the basis of their race?

1          MS. MOONEY:  Objection.
2     A.  Yes.  As one consideration that our
3  students are looking at when finding who might be
4  a good host match for a prospective student.
5  BY MR. CONNOLLY:
6     Q.  Sure.  Does, for example, the
7  African-American division have a list of
8  African-American current undergraduate students
9  who have volunteered to host admitted students?
10    A.  Yes.
11    Q.  So if an African-American coordinator
12 called up an African-American admitted student
13 and that student requested housing, typically the
14 admitted student would be placed with another
15 African-American undergraduate student.  Is that
16 correct?
17         MS. MOONEY:  Objection.
18    A.  Yes.
19 BY MR. CONNOLLY:
20    Q.  When one of your coordinators is calling
21 this admitted student, do they inform them of
22 this process?
23         MS. MOONEY:  Objection.
24    A.  Yes.

```
 1        Q.  Of a similar race.  In this case, they
 2   could find another Mexican undergraduate student?
 3             MS. MOONEY:  Objection.
 4   BY MR. CONNOLLY:
 5        Q.  Is that what you are saying?
 6        A.  Yes.
 7        Q.  Does Harvard have a mechanism -- does
 8   Harvard offer hosting to white admitted students?
 9        A.  Yes.
10        Q.  How do they do that?
11        A.  Students sign up to be hosted.
12        Q.  It must be a different program from the
13   UMRP program.  Is that correct?
14        A.  Yes.
15             MS. MOONEY:  Objection.
16   BY MR. CONNOLLY:
17        Q.  Do you know what the program is?
18        A.  As far as I know for Visitas, there is no
19   specific name.
20        Q.  Do you know who would handle that?
21        A.  Yes.
22        Q.  Who would handle that?
23        A.  ███████████████
24        Q.  Who is he?
```

```
1        A.   An admissions officer.

2        Q.   So Mr. ████████ would be in charge of

3   finding hosting for white students.  Is that

4   correct?

5             MS. MOONEY:  Objection.

6        A.   For students who are not being hosted

7   through the UMRP.

8   BY MR. CONNOLLY:

9        Q.   Correct.  And white students can't be

10  hosted through the UMRP?

11            MS. MOONEY:  Objection.

12       A.   Unless they request to be so.

13  BY MR. CONNOLLY:

14       Q.   But typically not?

15            MS. MOONEY:  Objection.

16       A.   Typically in my experience, we have not

17  had that situation arise.

18  BY MR. CONNOLLY:

19       Q.   Has any student ever requested that he or

20  she not stay with a member of a particular race?

21            MS. MOONEY:  Objection.

22       A.   I don't know.

23  BY MR. CONNOLLY:

24       Q.   Would you accommodate that request if it
```

```
 1    BY MR. CONNOLLY:
 2         Q.   So the answer is yes, you have before.
 3              Have you ever before reviewed the housing
 4    assignments?
 5         A.   Yes.
 6         Q.   When you were doing this review, have you
 7    ever looked at a student's race, admitted
 8    student's race, and compared it with an
 9    undergraduate student's race they are being
10    hosted with?
11              MS. MOONEY:   Objection.
12         A.   Yes.
13    BY MR. CONNOLLY:
14         Q.   Why do you do that?
15              MS. MOONEY:   Objection.
16         A.   For some students, they request to be
17    hosted through UMRP to gain exposure to
18    particular cultural affinity groups.  So we would
19    like to make sure that we are able to accommodate
20    that desire.
21    BY MR. CONNOLLY:
22         Q.   Once a student is admitted, does the UMRP
23    program -- do your student coordinators call
24    admitted students?
```

1     A.   Yes.

2     Q.   What is the purpose of those calls?

3        MS. MOONEY:  Objection.

4     A.   To congratulate the student on being

5 admitted, ask if they have any questions.

6 BY MR. CONNOLLY:

7     Q.   Are those calls broken up by division?

8     A.   Yes.

9     Q.   And so is it typical that Asian-American

10 student coordinators will call Asian-American

11 admitted students?

12        MS. MOONEY:  Objection.

13     A.   Yes.

14 BY MR. CONNOLLY:

15     Q.   Is it typical that African-American

16 student coordinators will call African-American

17 admitted students?

18        MS. MOONEY:  Objection.

19     A.   Yes.

20 BY MR. CONNOLLY:

21     Q.   Why do you break it up by division like

22 this?

23        MS. MOONEY:  Objection.

24     A.   For some students, we are able to provide

1    connections with particular students or

2    organizations such as cultural affinity groups by

3    doing so, for example.

4    BY MR. CONNOLLY:

5        Q.  Do you look at a student's interests

6    before deciding which student within the division

7    will call him or her?

8        A.  I don't know.

9        Q.  You are the director of the UMRP program;

10   right?

11       A.  Yes.

12       Q.  And do you oversee this program?

13           MS. MOONEY:  Objection.

14       A.  Yes.

15   BY MR. CONNOLLY:

16       Q.  Do you help coordinate the process of

17   your student coordinators to reach out to the

18   these admitted students?

19       A.  Yes.

20       Q.  When you are assigning the admitted

21   students who should receive calls from student

22   coordinators, do you ever look -- do you ever

23   review a student -- do you assign an admitted

24   student to a student coordinator only because of

```
 1   what you have read on their student application?
 2            MS. MOONEY:  Objection.
 3       A.  I am confused.
 4   BY MR. CONNOLLY:
 5       Q.  Poorly worded.
 6            Will an Asian-American student, admitted
 7   student, receive a call from an Asian-American
 8   student coordinator only because you have
 9   reviewed that student's application file and
10   determined that he or she might be interested in
11   Asian-American culture or Asian-American affinity
12   groups?
13            MS. MOONEY:  Objection.
14       A.  No.
15   BY MR. CONNOLLY:
16       Q.  So would you say that the default
17   presumption is that an Asian-American admitted
18   student is going to receive a call from an
19   Asian-American student coordinator?
20            MS. MOONEY:  Objection.
21       A.  They will receive a call typically from
22   an Asian-American student coordinator or
23   volunteer.
24   BY MR. CONNOLLY:
```

1        MS. TSAI:  Objection.

2   BY MR. CONNOLLY:

3        Q.   Is the Z list determination made at the

4   very end of the admissions process?

5        MS. TSAI:  Objection.

6        A.   I don't understand.

7   BY MR. CONNOLLY:

8        Q.   Have you filled the entire -- have you

9   admitted everybody you are going to admit off the

10  wait list before you turn to the Z list?

11       MS. TSAI:  Objection.

12       A.   It depends.

13  BY MR. CONNOLLY:

14       Q.   Has it ever happened that you have

15  admitted everybody off of the wait list before

16  admitting anybody onto the Z list?

17       MS. TSAI:  Objection.

18       A.   Not that I can remember.

19  BY MR. CONNOLLY:

20       Q.   So typically the full committee admitted

21  everybody they are going to admit off the wait

22  list and then turns to people it placed on the Z

23  list.  Is that correct?

24       MS. TSAI:  Objection.

1      A.   From my understanding of what happens in
2   that process, it happens concurrently.
3   BY MR. CONNOLLY:
4      Q.   So during the wait list committee --
5   during a wait list committee, do you go by docket
6   when reviewing who should come off the wait list?
7      A.   Typically, yes.
8      Q.   And do you ever -- have you ever placed
9   someone on the Z list before you have gotten to
10   the end of the dockets?
11         MS. TSAI:   Objection.
12      A.   I don't understand.
13   BY MR. CONNOLLY:
14      Q.   What don't you understand?
15         In the wait list, you typically go docket
16   by docket such as A, B, C, D.   Is that correct?
17      A.   Yes.
18      Q.   Is the last docket you typically review
19   the Z docket?
20      A.   Yes.
21      Q.   Have you ever gotten -- have you ever
22   begun reviewing students on the Z docket and
23   already placed students onto the Z list?
24      A.   Yes.

1      A.   Yes.
2   BY MR. CONNOLLY:
3      Q.   In that situation, have you ever heard
4   any consideration of why that person should be
5   placed on the Z list instead of admitted off of
6   the wait list?
7      A.   Not that I can remember specifically.
8      Q.   Are students who are placed on the Z list
9   less worthy of admission to Harvard than students
10  who are admitted off the wait list?
11         MS. TSAI:   Objection.
12     A.   No.
13  BY MR. CONNOLLY:
14     Q.   And can you explain any factor that would
15  make any reason at all, other than luck, for why
16  this person would have got put on the Z -- aside
17  from someone who said they wanted to take a gap
18  year, can you think of any reason why that person
19  would be on the Z list instead of admitted?
20         MS. TSAI:   Objection.
21     A.   Not that I can specifically remember.
22  BY MR. CONNOLLY:
23     Q.   Do you know if any HFAI student has ever
24  been placed on the Z list?

1          MS. TSAI:  Objection.

2     A.  I don't know.

3  BY MR. CONNOLLY:

4     Q.  Do you know if any legacy students have

5  ever been placed on the Z list?

6          MS. TSAI:  Objection.

7     A.  Yes.

8  BY MR. CONNOLLY:

9     Q.  Do you know of any students whose family

10  members donated to Harvard have been placed on

11  the Z list?

12          MS. TSAI:  Objection.

13     A.  I don't remember.

14  BY MR. CONNOLLY:

15     Q.  In your experience, are students who were

16  placed on the Z list primarily of legacy status?

17          MS. TSAI:  Objection.

18     A.  It varies.

19  BY MR. CONNOLLY:

20     Q.  It varies year to year?  Or how does it

21  vary?

22     A.  It varies based on the individual

23  students and the individual cases that we are

24  considering in this whole-person review process.

Highly Confidential - For Attorneys' Eyes Only

267

```
1     ATTACH TO DEPOSITION OF:  TIA M. RAY

2     CASE:  STUDENTS FOR FAIR ADMISSIONS, INC. vs.
      PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD
3     CORPORATION)

4     DATE TAKEN:  06/07/2017

5                        ERRATA SHEET

6     PAGE      LINE      CHANGE         REASON

7

8     See attached sheet.

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16         I have read the foregoing transcript of

17    my deposition and except for any corrections or

18    changes noted above, I hereby subscribe to the

19    transcript as an accurate record of the statements

20    made by me.

21         Executed this 21st day of

22    July          , 2017.

23    _____
                    TIA M. RAY
24
```

**June 7, 2017 Deposition of Tia Ray – Errata Sheet**

| Page | Line | Instruction | Reason for Change |
|---|---|---|---|
| 6 | 17 | Change "Maria" to "Marie" | Typo |
| 10 | 1 | Change "stipulations" to "objection" | Typo |
| 19 | 21 | Change "involved" to "being involved" | Grammar |
| 29 | 6 | Change "object" to "objecting" | Grammar |
| 42 | 5 | Change "extracurricularly, commitment" to "extracurricular commitment" | Typo |
| 71 | 7 | Change "contexts that students" to "contexts about students" | Clarify statement |
| 104 | 12 | Change "I was not sole author" to "I was not the sole author" | Grammar |
| 147 | 22 | Change "considerer" to "consider" | Typo |
| 175 | 1 | Change "N7" to "N, 7" | Clarify statement |
| 205 | 11-12 | Capitalize "Undergraduate Minority Recruitment Program" | Grammar |
| 226 | 12 | Capitalize "Harvard College Connection" | Grammar |
| 226 | 12-13 | Capitalize "Harvard Financial Aid Initiative" | Grammar |
| 226 | 13-14 | Capitalize "Harvard First Generation Program" | Grammar |
| 227 | 4-5 | Capitalize "Harvard College Connection" | Grammar |
| 231 | 8, 18 | Capitalize "Undergraduate Admissions Council" | Grammar |
| 258 | 20 | Change "address" to "answer" | Clarify statement |