# EXHIBIT 27

Page 1

1           UNITED STATES DISTRICT COURT
2             DISTRICT OF MASSACHUSETTS
3
4  _____
                                  )
5  STUDENTS FOR FAIR              )
   ADMISSIONS, INC.,              )   Civil Action No.
6                                 )
           Plaintiff,             )   1:14-cv-14176-ADB
7                                 )
   vs.                            )
8                                 )
   PRESIDENT AND FELLOWS OF       )
9  HARVARD COLLEGE (HARVARD       )
   CORPORATION),                  )
10                                )
           Defendants.            )
11 _____ )
12
13
14          DEPOSITION OF FABIO E. ZULUAGA
15              As 30(b)(6) Designee of
16          THOMAS JEFFERSON HIGH SCHOOL
17            FOR SCIENCE & TECHNOLOGY
18                Washington, D.C.
19             Wednesday, July 19, 2017
20
21
22
23
24 Reported by:  John L. Harmonson, RPR
25 Job No. 126107

1                    F. ZULUAGA
2      Q.    Based on your experience with Thomas
3  Jefferson students --
4      A.    Right.
5      Q.    -- are Asian-American students any
6  less well-rounded than white students?
7           MR. WINIK:  Objection.
8           MR. PICKENS:  Objection; calls for
9      speculation.
10 BY MR. CONSOVOY:
11     Q.    I'm asking based on your experience
12 with them, not speculation.
13     A.    No.
14     Q.    Not less well-rounded?
15     A.    No.  They're phenomenal students.
16     Q.    Do Asian-American students exhibit
17 less leadership qualities than white students?
18     A.    No.  My experience is all the kids
19 exhibit different leadership qualities depending
20 on the context of the situation.  Yeah.
21     Q.    In your experience, do they
22 participate less -- they being Asian-Americans,
23 in extracurricular activities than white
24 students?
25     A.    No, not that I know of.

Page 1

NAME OF CASE: SFFA v. Harvard, No. 1:14-cv-14176-ADB (D. Mass)

DATE OF DEPOSITION: July 17, 2017

NAME OF WITNESS: Dr. Fabio Zuluaga

Reason Codes:

    1. To clarify the record.

    2. To conform to the facts.

    3. To correct transcription errors.

Page __17__ Line __19__ Reason __3__

From __"rule"__ to __"role"__

Page __30__ Line __7__ Reason __3__

From __"what"__ to __"that"__

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

*/s/ Fabio E. Zuluaga*

```
 1                    J U R A T
 2
 3     I, Fabio E. ZULUAGA, do hereby certify under
 4     penalty of perjury that I have read the foregoing
 5     transcript of my deposition taken on July 17, 2017;
 6     that I have made such corrections as appear noted
 7     herein in ink, initialed by me; that my testimony as
 8     contained herein, as corrected, is true and correct.
 9
10     DATED this 29 day of August, 2017,
11     at Falls Church, VA.
12
...
17     _____Fabio E. Zuluaga_____
18              SIGNATURE OF WITNESS
```