# EXHIBIT 28

Officer's initials → TJS
date → 7/4
time → 10 AM

CLASS OF 2017

INTERVIEW INFORMATION SHEET

Please Print   ← filled out by officer

Name (Last, First, MI)   [Redacted: Sensitive Personal Information]

Address                          City, State, (Country)

Zip/Postal Code                  (    ) Phone

Secondary School                 Year of Graduation

Academic Interests:

_____

_____

Extracurricular Interests:

_____

_____

{ filled out by student

| Acad | EC | personal | overall |
|------|----|----|----|
|  |  |  |  |

} Complete after the interview

Staff (print) _____

Staff signature _____   Date _____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      HARV00000008



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Class of 2014

INTERVIEW INFORMATION SHEET

Please Print

Name (Last, First, MI)

Address                                    City, State, (Country)

Zip/Postal Code                            Phone

Secondary School                           Year of Graduation

Academic Interests:

Extracurricular Interests:

| A | E | P | O |

Staff (print)

Staff signature

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     HARV00000010

CLASS OF 2016

INTERVIEW INFORMATION SHEET

Please Print

> Redacted: Sensitive Personal Information

Name (Last, First, MI)

> Redacted: Sensitive Personal Information

Address                                    City, State, (Country)

> Redacted: Sensitive Personal Information

Zip/Postal Code                            Phone

> Redacted: Sensitive Personal Information

Secondary School                           Year of Graduation

Academic Interests:

> Redacted: Sensitive Personal Information

Extracurricular Interests:

> Redacted: Sensitive Personal Information

| A | E | P | O |

> Redacted: Sensitive Personal Information

Staff (print)

> Redacted: Sensitive Personal Information

Staff signature                            Date  Redacted: Sensitive Personal Information

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                HARV00000011

**Redacted:
Sensitive Personal Information**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  HARV00000012



CLASS OF 2016

INTERVIEW INFORMATION SHEET

Please Print

Name (Last, First, MI): [Redacted: Sensitive Personal Information]

Address: [Redacted: Sensitive Personal Information]

City, State, (Country): [Redacted: Sensitive Personal Information]

Zip/Postal Code: [Redacted: Sensitive Personal Information]

Phone: [Redacted: Sensitive Personal Information]

Secondary School: [Redacted: Sensitive Personal Information]

Year of Graduation: [Redacted: Sensitive Personal Information]

Extracurricular In[terests]: [Redacted: Sensitive Personal Information]

A  E  P  O

Staff (print): [Redacted: Sensitive Personal Information]

Staff signat[ure]: [Redacted: Sensitive Personal Information]

Date: [Redacted: Sensitive Personal Information]

**Redacted:
Sensitive Personal Information**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       HARV00000014

**Redacted:
Sensitive Personal Information**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY