# EXHIBIT 30

ALL STAFF
Please find attached the following documents:

1. AREA ASSIGNMENTS
2. EARLY ACTION MEETING SCHEDULES
3. EARLY ACTION READING SCHEDULES
4. REGULAR ACTION MEETING SCHEDULES
5. REGULAR ACTION READING SCHEDULES
6. DOCKET / AREA PERSON / CHAIR COMPOSITION
7. GEOGRAPHIC DESCRIPTION OF DOCKETS
8. GREATER BOSTON SCHOOLS LIST w/ AREA PERSONS

IF CHANGES OCCUR, THEY WILL BE DATED ACCORDINGLY AFTER AUGUST 13th

THIS INFORMATION WILL ALSO BE POSTED ON THE INTRANET

IF ERRORS OF OMISSION /COMMISION ARE DETECTED ON ANY DOCUMENT, PLEASE NOTIFY DDM & EBY ASAP

## TRAVEL ASSIGNMENTS 2013-2014

| State | Code | Region |
|---|---|---|
| ALABAMA | CAW | |
| ALASKA | JAF | |
| ARIZONA | DDM | |
| ARKANSAS | TMR | |
| CALIFORNIA | BPW/CSK/KAH/ LLO/NAJ | Los Angeles |
| | REB | San Diego |
| | GSC | Marin, North Bay, San Francisco, San Mateo |
| | KPR/JWG | Orange County |
| | MDD | Monterey, South Bay |
| | KEC | Sacramento, Santa Barbara, San Joaquin Valley |
| | RXB | East Bay Area |
| COLORADO | JWG | |
| CONNECTICUT | CJL | Northern |
| | KAH | Fairfield County |
| | CAW | Southern |
| DELAWARE | KAH | |
| D.C. | DLE | |
| FLORIDA | PFB | Broward County |
| | BJG | Miami |
| | REB | Gainesville, Jacksonville, Tallahassee |
| | KLW | Orlando, Sarasota, Tampa |
| | BJG | Palm Beach |
| | CAW | Pensacola |
| GEORGIA | BPW/CAW | |
| HAWAII | NAJ | |
| IDAHO | IAN | |
| ILLINOIS | MBS/TJS | |
| INDIANA | JRC | |
| IOWA | MFE | |
| KANSAS | CSK | Lawrence & East |
| | REB | West of Lawrence |
| KENTUCKY | REB | |
| LOUISIANA | KEC | |
| MAINE | CAW | |
| MARYLAND | DLE | D.C. Suburbs |
| | KAH | |
| MASSACHUSSETTS | KPR | Quincy |
| | DLE | Cambridge |
| | JAF | North Shore |
| | JLI | Springfield, Western |
| | KAV | Hingham, Old Colony |
| | CAW | Andover, Lowell |
| | HFS | Cape Cod, Southeastern |
| | MWM | Concord, Lexington Groton, Norfolk |
| | TJS | Central, Worcester |
| GREATER BOSTON | DLE/KPR/HFS/KAV/MBS/SWH | |
| MICHIGAN | JAF | Eastern |
| | MFE | Central, Western |
| MINNESOTA | TMR | |
| MISSISSIPPI | TMR | |
| MISSOURI | CSK | |
| MONTANA | IAN | |
| NEBRASKA | MFE | |
| NEVADA | IAN | |
| NEW HAMPSHIRE | MWM | |
| NEW JERSEY | JRC/NAJ/MDD | North 07 |
| | BPW/JRC/MDD | South 08 |
| NEW MEXICO | DDM | |
| NEW YORK | CJL | Mid-Hudson, Utica |
| | MMS | Albany |
| | TJS | Western Long Island |
| | JAF | Buffalo, Rochester |
| | TMR | Binghamton, Ithaca, Syracuse |
| | MDD | Eastern Long Island |
| | RXB | Rockland County, Westchester County |
| NEW YORK CITY | CGM/KAH/RXB | |
| NORTH CAROLINA | BJG/CAW | |
| NORTH DAKOTA | MFE | |
| OHIO | JRC | Cincinnati, Columbus, Dayton |
| | CAW | Akron, Canton, Cleveland, Toledo, Warren |
| OKLAHOMA | TMR | |
| OREGON | JAF | |
| PENNSYLVANIA | MMS | Central, Western |
| | GSC | Philadelphia |
| | TMR | Northeastern |
| RHODE ISLAND | MMS | |
| SOUTH CAROLINA | CAW | |
| SOUTH DAKOTA | MFE | |
| TENNESSEE | TMR | Memphis |
| | REJ | Nashville |
| TEXAS | BJG | Dallas |
| | CJL | Austin, Midland |
| | LLO | Corpus Christi, El Paso, San Antonio |
| | KLW | Fort Worth |
| | REB | Galveston, Houston |
| UTAH | IAN | |
| VERMONT | JAF | |
| VIRGINIA | CGM/KLW | |
| WASHINGTON | JAF | Eastern |
| | TMR | Seattle, Western |
| WEST VIRGINIA | REB | |
| WISCONSIN | PFB | |
| WYOMING | IAN | |
| PUERTO RICO/VI | PFB | |
| CANADA | GSC | Toronto, Ottawa |
| | MDD | British Columbia Maritimes, Manitoba, Quebec, Saskatchewan |

TRANSFERS       CGM/DDM/RMG/RMW/RXB/WRF
OVERSEAS        RMW with: BJG/JCP/JLI/JMK/JWG/KAV/KLW/LLO/MFE/REJ/TJS

8/13/2013

CONFIDENTIAL                                                                                                             HARV00001479

CONFIDENTIAL

| | | EARLY ACTION MEETING SCHEDULE - CLASS OF 2018 | | | |
|---|---|---|---|---|---|
| Sat | 16-Nov | **E Docket** - JMK | **P Docket** - WRF | **S Docket** - DDM | **T Docket** - MEM |
| | | JAF, MFE, PFB, TMR | DLE, HFS, KAV, KPR, MBS, MWM, SWH | BPW, JRC, MDD, NAJ | CGM, KAH, RXB |
| Mon | 18-Nov | **B Docket** - MEM | **D Docket** - RMG | **F Docket** - KAH | |
| | | DDM, IAN, JAF, JWG, TMR | BJG, CJL, KLW, LLO, REB | CAW, JRC, MBS, TJS | |
| Tues | 19-Nov | **I Docket** - DLE | **L Docket** - KAV | **Z Docket** - GSC | |
| | | CGM, DLE, KAH, KLW | CAW, DDM, JAF, JLI, MWM | JWG, KEC, KPR, REB | |
| Wed | 20-Nov | **H Docket** - DLE | **K Docket** - SWH | **R Docket** - DDM | |
| | | BJG, BPW, CAW, KEC | GSC, MMS, TMR | MDD, RXB, TJS | |
| Thurs | 21-Nov | **J Docket** - CGM | **U Docket** - RMW | | |
| | | CSK, JAF, REB, REJ, TMR | GSC, JLI, LLO, MDD, TJS | | |
| Fri | 22-Nov | **A Docket** - DDM | **C Docket** - SCD | **G Docket** - CGM | |
| | | GSC, MDD, RXB | BPW, CSK, KAH, LLO, NAJ | BJG, KLW, PFB, REB | |
| Sat | 23-Nov | **N Docket** - SWH | **V Docket** - RMW | | |
| | | CAW, CJL, KAH, MMS, TJS | BJG, JCP, JLI, JMK, JWG, KAV, KLW, MFE, REJ | | |
| Mon | 25-Nov | Overview - Athletics, General Review, and E P S | | | |
| Tues | 26-Nov | Overview - T B D | | | |
| Wed | 27-Nov | **Thanksgiving Break** | | | |
| Thurs | 28-Nov | | | | |
| Fri | 29-Nov | | | | |
| Sat | 30-Nov | | | | |
| Mon | 2-Dec | Overview - F I L | | | |
| Tues | 3-Dec | Overview - Z H K | | | |
| Wed | 4-Dec | Overview - R J U | | | |
| Thurs | 5-Dec | Overview - A C G | | | |
| Fri | 6-Dec | Overview - N V | | | |

8/13/2013

HARV00001480

| | | EARLY ACTION READING SCHEDULE - CLASS OF 2018 | | | |
|---|---|---|---|---|---|
| | Date | Meetings Start | Prep Day | 1st Reader to 3rd reader | All folders to Computer |
| | | | | *10 am Sharp* | *10 am Sharp* |
| **Mon** | 11-Nov | | | E P S T | |
| Tues | 12-Nov | | | B D F I L Z | |
| Wed | 13-Nov | | | | |
| Thurs | 14-Nov | | | | E P S T |
| Fri | 15-Nov | | E P S T | A C G H K R | B D F I L Z |
| Sat | 16-Nov | E P S T | B D F | J U | |
| **Mon** | 18-Nov | B D F | I L Z | N V | H K R |
| Tues | 19-Nov | I L Z | H K R | | J U |
| Wed | 20-Nov | H K R | J U | | A C G |
| Thurs | 21-Nov | J U | A C G | | N V |
| Fri | 22-Nov | A C G | N V | | |
| Sat | 23-Nov | N V | | | |
| **Mon** | 25-Nov | Overview - Athletics, General Review, and E P S | | | |
| Tues | 26-Nov | Overview - T B D | | | |
| Wed | 27-Nov | | | | |
| Thurs | 28-Nov | **Thanksgiving Break** | | | |
| Fri | 29-Nov | | | | |
| Sat | 30-Nov | | | | |
| **Mon** | 2-Dec | Overview - F I L | | | |
| Tues | 3-Dec | Overview - Z H K | | | |
| Wed | 4-Dec | Overview - R J U | | | |
| Thurs | 5-Dec | Overview - A C G | | | |
| Fri | 6-Dec | Overview - N V | | | |
| | | | | | |
| **Fri** | 13-Dec | **Emails & Letters Sent** | | | |

8/13/2013

CONFIDENTIAL


CONFIDENTIAL

| REGULAR ACTION MEETING SCHEDULE - CLASS OF 2018 ||||||
|---|---|---|---|---|---|
| Jan 22 - 25 | **E Docket** - JMK | **P Docket** - WRF | | **S Docket** - DDM | **T Docket** - MEM |
| | JAF, MFE, PFB, TMR | DLE, HFS, KAV, KPR, MBS, MWM, SWH | | BPW, JRC, MDD, NAJ | CGM, KAH, RXB |
| Jan 28 - 31 | **B Docket** - MEM | **D Docket** - RMG | | **F Docket** - KAH | |
| | DDM, IAN, JAF, JWG, TMR | BJG, CJL, KLW, LLO, REB | | CAW, JRC, MBS, TJS | |
| Feb 3 - 6 | **I Docket** - DLE | **L Docket** - KAV | | **Z Docket** - GSC | |
| | CGM, DLE, KAH, KLW | CAW, DDM, JAF, JLI, MWM | | JWG, KEC, KPR, REB | |
| Feb 8 - 12 | **H Docket** - DLE | **K Docket** - SWH | | **R Docket** - DDM | |
| | BJG, BPW, CAW, KEC | GSC, MMS, TMR | | MDD, RXB, TJS | |
| Feb 14 - 18 | **J Docket** - CGM | **U Docket** - RMW | | | |
| | CSK, JAF, REB, REJ, TMR | GSC, JLI, LLO, MDD, TJS | | | |
| Feb 20 - 24 | **A Docket** - DDM | **C Docket** - SCD | | **G Docket** - CGM | |
| | GSC, MDD, RXB | BPW, CSK, KAH, LLO, NAJ | | BJG, KLW, PFB, REB | |
| Feb 25 - Mar 1 | **V Docket** - RMW | | | | |
| | BJG, JCP, JLI, JMK, JWG, KAV, KLW, MFE, REJ | | | | |
| Feb 26 - Mar 1 | **N Docket** - SWH | | | | |
| | CAW, CJL, KAH, MMS, TJS | | | | |
| Mar 3 | Athletics and General Overview | | | | |
| Mar 4 | E P | | | | |
| Mar 5 | S T | | | | |
| Mar 6 | B D | | | | |
| Mar 7 | F I | | | | |
| Mar 8 | L Z | | | | |
| Mar 10 | H K | | | | |
| Mar 11 | R J | | | | |
| Mar 12 | U A | | | | |
| Mar 13 | C G | | | | |
| Mar 14 | N V | | | | |
| Mar 15 | Cleanup | | | | |
| Mar 17 - 19 | Final Review | | | | |
| Mar 20 - 25 | FAO Calcs | | | | |
| **Mar 27** | Emails & Letters Sent | | | | |

HARV00001482

8/13/2013

| REGULAR ACTION READING SCHEDULE - CLASS OF 2018 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | **Date** | **Meetings** | **Prep Day** | **1st Reader to 3rd reader** | **All folders to Computer** |
| | | | | *10 am Sharp* | *10 am Sharp* |
| Fri | 17-Jan | | | E P S T | |
| **Mon** | 20-Jan | | | | E P S T |
| Tues | 21-Jan | | E P S T | B D F | |
| Weds | 22-Jan | E P S T | | | |
| Thurs | 23-Jan | E P S T | | | |
| Fri | 24-Jan | E P S T | | | B D F |
| Sat | 25-Jan | E P S T | | | |
| **Mon** | 27-Jan | | B D F | | |
| Tues | 28-Jan | B D F | | I L Z | |
| Weds | 29-Jan | B D F | | | |
| Thurs | 30-Jan | B D F | | | |
| Fri | 31-Jan | B D F | | | I L Z |
| Sat | 1-Feb | | I L Z | | |
| **Mon** | 3-Feb | I L Z | | H K R | |
| Tues | 4-Feb | I L Z | | | |
| Weds | 5-Feb | I L Z | | | |
| Thurs | 6-Feb | I L Z | | | H K R |
| Fri | 7-Feb | | H K R | J U | |
| Sat | 8-Feb | H K R | | | |
| **Mon** | 10-Feb | H K R | | | |
| Tues | 11-Feb | H K R | | | |
| Weds | 12-Feb | H K R | | | J U |
| Thurs | 13-Feb | | J U | | |
| Fri | 14-Feb | J U | | A C G | |
| Sat | 15-Feb | J U | | | |
| **Mon** | 17-Feb | J U | | V | |
| Tues | 18-Feb | J U | | | A C G |
| Weds | 19-Feb | | A C G | | |
| Thurs | 20-Feb | A C G | | N | |
| Fri | 21-Feb | A C G | | | V |
| Sat | 22-Feb | A C G | | | |
| **Mon** | 24-Feb | A C G | V | | N |
| Tues | 25-Feb | V | N | | |
| Weds | 26-Feb | V N | | | |
| Thurs | 27-Feb | V N | | | |
| Fri | 28-Feb | V N | | | |
| Sat | 1-Mar | V N | | | |
| **Mon** | 3-Mar | Athletics and General Overview | | | |
| Tues | 4-Mar | E P | | | |
| Weds | 5-Mar | S T | | | |
| Thurs | 6-Mar | B D | | | |
| Fri | 7-Mar | F I | | | |
| Sat | 8-Mar | L Z | | | |
| **Mon** | 10-Mar | H K | | | |
| Tues | 11-Mar | R J | | | |
| Weds | 12-Mar | U A | | | |
| Thurs | 13-Mar | C G | | | |
| Fri | 14-Mar | N V | | | |
| Sat | 15-Mar | Cleanup | | | |
| **Mon** | 17-Mar | Final Review | | | |
| Tues | 18-Mar | Final Review | | | |
| Weds | 19-Mar | Final Review | | | |
| | | | | | |
| **Thurs** | **27-Mar** | Emails & Letters Sent | | | |

8/13/2013

| DOCKET - AREA PERSON AND CHAIR ASSIGNMENTS | | |
|---|---|---|
| 2013-2014 | | |
| DOCKET | AREA PERSON | CHAIR |
| A | GSC, MDD, RXB | DDM |
| B | DDM, IAN, JAF, JWG, TMR | MEM |
| C | BPW, CSK, KAH, LLO, NAJ | SCD |
| D | BJG, CJL, KLW, LLO, REB | RMG |
| E | JAF, MFE, PFB, TMR | JMK |
| F | CAW, JRC, MBS, TJS | KAH |
| G | BJG, KLW, PFB, REB | CGM |
| H | BJG, BPW, CAW, KEC | DLE |
| I | CGM, DLE, KAH, KLW | DLE |
| J | CSK, JAF, REB, REJ, TMR | CGM |
| K | GSC, MMS, TMR | SWH |
| L | CAW, DDM, JAF, JLI, MWM | KAV |
| N | CAW, CJL, KAH, MMS, TJS | SWH |
| P | DLE, HFS, KAV, KPR, MBS, MWM, SWH | WRF |
| R | MDD, RXB, TJS | DDM |
| S | BPW, JRC, MDD, NAJ | DDM |
| T | CGM, KAH, RXB | MEM |
| U | GSC, JLI, LLO, MDD, TJS | RMW |
| V | BJG, JCP, JLI, JMK, JWG, KAV, KLW, MFE, REJ | RMW |
| Z | JWG, KEC, KPR, REB | GSC |

8/13/2013

CONFIDENTIAL                                                                                                  HARV00001484

| | DOCKETS - 2013 - 2014 | | | | |
|---|---|---|---|---|---|
| | | | | | |
| A | California | I | Delaware | S | New Jersey |
| | - San Francisco | | District of Columbia | | |
| | - Bay Area | | Maryland | T | New York City |
| | - Monterey | | Virginia | | |
| | | | | U | Australia |
| B | Alaska | J | Arkansas | | Canada |
| | Arizona | | Kansas | | Caribbean |
| | Colorado | | Kentucky | | Ireland |
| | Idaho | | Mississippi | | Latin America |
| | Montana | | Missouri | | New Zealand |
| | Nevada | | New York - Western | | South America |
| | New Mexico | | Oklahoma | | United Kingdom |
| | Oregon | | Tennessee | | |
| | Utah | | West Virginia | V | Africa |
| | Washington | | | | Asia |
| | Wyoming | K | New York - Upstate | | Europe |
| | | | Pennsylvania | | |
| C | Greater Los Angeles | | | Z | California |
| | Guam & US Possesions | L | Maine | | - Orange County |
| | Hawaii | | Massachusetts | | - Sacramento |
| | | | - Andover and Lowell | | - San Diego |
| D | Texas | | - North Shore | | - San Joaquin Valley |
| | | | - Western - Springfield and Berkshires | | - Santa Barbara |
| E | Iowa | | New Hampshire | | |
| | Michigan | | Vermont | | |
| | Minnesota | | | | |
| | Nebraska | N | Connecticut | | |
| | North Dakota | | Massachusetts - Central | | |
| | South Dakota | | New York | | |
| | Wisconsin | | - Central | | |
| | | | - Eastern | | |
| F | Illinois | | - Mid-Hudson | | |
| | Indiana | | Rhode Island | | |
| | Ohio | | | | |
| | | P | Massachusetts | | |
| G | Florida | | - Greater Boston | | |
| | Puerto Rico | | - South Shore | | |
| | Virgin Islands | | - Cape Code and Islands | | |
| | | | - Southeastern - New Bedford, Fall River | | |
| H | Alabama | | | | |
| | Florida - Pensacola | R | New York | | |
| | Georgia | | - Long Island | | |
| | Louisiana | | - Westchester County | | |
| | North Carolina | | - Rockland County | | |
| | South Carolina | | | | |

8/13/2013

CONFIDENTIAL                                                                                                                                        HARV00001485