# EXHIBIT 31

ALL STAFF
Please find attached the following documents:

1. AREA ASSIGNMENTS
2. EARLY ACTION MEETING SCHEDULES
3. EARLY ACTION READING SCHEDULES
4. REGULAR ACTION MEETING SCHEDULES
5. REGULAR ACTION READING SCHEDULES
6. DOCKET / AREA PERSON / CHAIR COMPOSITION
7. GEOGRAPHIC DESCRIPTION OF DOCKETS
8. GREATER BOSTON SCHOOLS LIST w/ AREA PERSONS


IF CHANGES OCCUR, THEY WILL BE DATED ACCORDINGLY AFTER AUGUST 13th


THIS INFORMATION WILL ALSO BE POSTED ON THE INTRANET

IF ERRORS OF OMISSION /COMMISION ARE DETECTED ON ANY DOCUMENT, PLEASE NOTIFY DDM & EBY ASAP

CONFIDENTIAL

HARV00001730

## TRAVEL ASSIGNMENTS 2013-2014

| State | Assignment | Region |
|---|---|---|
| **ALABAMA** | CAW | |
| **ALASKA** | JAF | |
| **ARIZONA** | DDM | |
| **ARKANSAS** | TMR | |
| **CALIFORNIA** | BPW/CSK/KAH/ | |
| | LLO/NAJ | *Los Angeles* |
| | REB | *San Diego* |
| | GSC | *Marin, North Bay, San Francisco, San Mateo* |
| | KPR/JWG | *Orange County* |
| | MDD | *Monterey, South Bay* |
| | KEC | *Sacramento, Santa Barbara, San Joaquin Valley* |
| | RXB | *East Bay Area* |
| **COLORADO** | JWG | |
| **CONNECTICUT** | CJL | *Northern* |
| | KAH | *Fairfield County* |
| | CAW | *Southern* |
| **DELAWARE** | KAH | |
| **D.C.** | DLE | |
| **FLORIDA** | PFB | *Broward County* |
| | BJG | *Miami* |
| | REB | *Gainesville, Jacksonville, Tallahassee* |
| | KLW | *Orlando, Sarasota, Tampa* |
| | BJG | *Palm Beach* |
| | CAW | *Pensacola* |
| **GEORGIA** | BPW/CAW | |
| **HAWAII** | NAJ | |
| **IDAHO** | IAN | |
| **ILLINOIS** | MBS/TJS | |
| **INDIANA** | JRC | |
| **IOWA** | MFE | |
| **KANSAS** | CSK | *Lawrence & East* |
| | REB | *West of Lawrence* |
| **KENTUCKY** | REB | |
| **LOUISIANA** | KEC | |
| **MAINE** | CAW | |
| **MARYLAND** | DLE | *D.C. Suburbs* |
| | KAH | |
| **MASSACHUSSETTS** | KPR | *Quincy* |
| | DLE | *Cambridge* |
| | JAF | *North Shore* |
| | JLI | *Springfield, Western* |
| | KAV | *Hingham, Old Colony* |
| | CAW | *Andover, Lowell* |
| | HFS | *Cape Cod, Southeastern* |
| | MWM | *Concord, Lexington, Groton, Norfolk* |
| | TJS | *Central, Worcester* |
| **GREATER BOSTON** | DLE/KPR/HFS/KAV/MBS/SWH | |
| **MICHIGAN** | JAF | *Eastern* |
| | MFE | *Central, Western* |
| **MINNESOTA** | TMR | |
| **MISSISSIPPI** | TMR | |
| **MISSOURI** | CSK | |
| **MONTANA** | IAN | |
| **NEBRASKA** | MFE | |
| **NEVADA** | IAN | |
| **NEW HAMPSHIRE** | MWM | |
| **NEW JERSEY** | JRC/NAJ/MDD | *North 07* |
| | BPW/JRC/MDD | *South 08* |
| **NEW MEXICO** | DDM | |
| **NEW YORK** | CJL | *Mid-Hudson, Utica* |
| | MMS | *Albany* |
| | TJS | *Western Long Island* |
| | JAF | *Buffalo, Rochester* |
| | TMR | *Binghamton, Ithaca, Syracuse* |
| | MDD | *Eastern Long Island* |
| | RXB | *Rockland County, Westchester County* |
| **NEW YORK CITY** | CGM/KAH/RXB | |
| **NORTH CAROLINA** | BJG/CAW | |
| **NORTH DAKOTA** | MFE | |
| **OHIO** | JRC | *Cincinnati, Columbus, Dayton* |
| | CAW | *Akron, Canton, Cleveland, Toledo, Warren* |
| **OKLAHOMA** | TMR | |
| **OREGON** | JAF | |
| **PENNSYLVANIA** | MMS | *Central, Western* |
| | GSC | *Philadelphia* |
| | TMR | *Northeastern* |
| **RHODE ISLAND** | MMS | |
| **SOUTH CAROLINA** | CAW | |
| **SOUTH DAKOTA** | MFE | |
| **TENNESSEE** | TMR | *Memphis* |
| | REJ | *Nashville* |
| **TEXAS** | BJG | *Dallas* |
| | CJL | *Austin, Midland* |
| | LLO | *Corpus Christi, El Paso, San Antonio* |
| | KLW | *Fort Worth* |
| | REB | *Galveston, Houston* |
| **UTAH** | IAN | |
| **VERMONT** | JAF | |
| **VIRGINIA** | CGM/KLW | |
| **WASHINGTON** | JAF | *Eastern* |
| | TMR | *Seattle, Western* |
| **WEST VIRGINIA** | REB | |
| **WISCONSIN** | PFB | |
| **WYOMING** | IAN | |
| **PUERTO RICO/VI** | PFB | |
| **CANADA** | GSC | *Toronto, Ottawa, Quebec* |
| | MDD | *British Columbia, Maritimes, Manitoba, Saskatchewan* |

**TRANSFERS**
  CGM/DDM/RMG/RMW/RXB/WRF

**OVERSEAS**   RMW with:
  BJG/JCP/JLI/JMK/JWG/KAV/KLW/LLO/MFE/REJ/TJS

8/13/2013

HARV00001731

CONFIDENTIAL

| EARLY ACTION MEETING SCHEDULE - CLASS OF 2018 | | | | |
|---|---|---|---|---|
| **Sat** | **16-Nov** | **E Docket** - JMK | **P Docket** - WRF | **S Docket** - DDM | **T Docket** - MEM |
| | | JAF, MFE, PFB, TMR | DLE, HFS, KAV, KPR, MBS, MWM, SWH | BPW, JRC, MDD, NAJ | CGM, KAH, RXB |
| | | | | | |
| **Mon** | **18-Nov** | **B Docket** - MEM | **D Docket** - RMG | **F  Docket** - KAH | |
| | | DDM, IAN, JAF, JWG, TMR | BJG, CJL, KLW, LLO, REB | CAW, JRC, MBS, TJS | |
| | | | | | |
| **Tues** | **19-Nov** | **I Docket** - DLE | **L Docket** - KAV | **Z Docket** - GSC | |
| | | CGM, DLE, KAH, KLW | CAW, DDM, JAF, JLI, MWM | JWG, KEC, KPR, REB | |
| | | | | | |
| **Wed** | **20-Nov** | **H Docket** - DLE | **K Docket** - SWH | **R Docket** - DDM | |
| | | BJG, BPW, CAW, KEC | GSC, MMS, TMR | MDD, RXB, TJS | |
| | | | | | |
| **Thurs** | **21-Nov** | **J Docket** - CGM | **U Docket** - RMW | | |
| | | CSK, JAF, REB, REJ, TMR | GSC, JLI, LLO, MDD, TJS | | |
| | | | | | |
| **Fri** | **22-Nov** | **A Docket** - DDM | **C Docket** - SCD | **G Docket** - CGM | |
| | | GSC, MDD, RXB | BPW, CSK, KAH, LLO, NAJ | BJG, KLW, PFB, REB | |
| | | | | | |
| **Sat** | **23-Nov** | **N Docket** - SWH | **V Docket** - RMW | | |
| | | CAW, CJL, KAH, MMS, TJS | BJG, JCP, JLI, JMK, JWG, KAV, KLW, MFE, REJ | | |
| **Mon** | **25-Nov** | Overview - Athletics, General Review, and E P S | | | |
| **Tues** | **26-Nov** | Overview - T B D | | | |
| **Wed** | **27-Nov** | | | | |
| **Thurs** | **28-Nov** | **Thanksgiving** | | | |
| **Fri** | **29-Nov** | **Break** | | | |
| **Sat** | **30-Nov** | | | | |
| **Mon** | **2-Dec** | Overview - F I L | | | |
| **Tues** | **3-Dec** | Overview - Z H K | | | |
| **Wed** | **4-Dec** | Overview - R J U | | | |
| **Thurs** | **5-Dec** | Overview - A C G | | | |
| **Fri** | **6-Dec** | Overview - N V | | | |

HARV00001732

8/13/2013

| | Date | Meetings Start | Prep Day | 1st Reader to 3rd reader | All folders to Computer |
|---|---|---|---|---|---|
| **EARLY ACTION READING SCHEDULE - CLASS OF 2018** | | | | | |
| | | | | *10 am Sharp* | *10 am Sharp* |
| **Mon** | 11-Nov | | | E P S T | |
| Tues | 12-Nov | | | B D F I L Z | |
| Wed | 13-Nov | | | | |
| Thurs | 14-Nov | | | | E P S T |
| Fri | 15-Nov | | E P S T | A C G H K R | B D F I L Z |
| Sat | 16-Nov | E P S T | B D F | J U | |
| **Mon** | 18-Nov | B D F | I L Z | N V | H K R |
| Tues | 19-Nov | I L Z | H K R | | J U |
| Wed | 20-Nov | H K R | J U | | A C G |
| Thurs | 21-Nov | J U | A C G | | N V |
| Fri | 22-Nov | A C G | NV | | |
| Sat | 23-Nov | N V | | | |
| **Mon** | 25-Nov | Overview - Athletics, General Review, and E P S | | | |
| Tues | 26-Nov | Overview - T B D | | | |
| Wed | 27-Nov | | | | |
| Thurs | 28-Nov | **Thanksgiving** | | | |
| Fri | 29-Nov | **Break** | | | |
| Sat | 30-Nov | | | | |
| **Mon** | 2-Dec | Overview - F I L | | | |
| Tues | 3-Dec | Overview - Z H K | | | |
| Wed | 4-Dec | Overview - R J U | | | |
| Thurs | 5-Dec | Overview - A C G | | | |
| Fri | 6-Dec | Overview - N V | | | |
| | | | | | |
| **Fri** | **13-Dec** | **Emails & Letters Sent** | | | |

8/13/2013

HARV00001733

CONFIDENTIAL

| REGULAR ACTION MEETING SCHEDULE - CLASS OF 2018 | | | | |
|---|---|---|---|---|
| Jan 22 - 25 | **E Docket** - JMK | **P Docket** - WRF | **S Docket** - DDM | **T Docket** - MEM |
| | JAF, MFE, PFB, TMR | DLE, HFS, KAV, KPR, MBS, MWM, SWH | BPW, JRC, MDD, NAJ | CGM, KAH, RXB |
| | | | | |
| Jan 28 - 31 | **B Docket** - MEM | **D Docket** - RMG | **F  Docket** - KAH | |
| | DDM, IAN, JAF, JWG, TMR | BJG, CJL, KLW, LLO, REB | CAW, JRC, MBS, TJS | |
| | | | | |
| Feb 3 - 6 | **I Docket** - DLE | **L Docket** - KAV | **Z Docket** - GSC | |
| | CGM, DLE, KAH, KLW | CAW, DDM, JAF, JLI, MWM | JWG, KEC, KPR, REB | |
| | | | | |
| Feb 8 - 12 | **H Docket** - DLE | **K Docket** - SWH | **R Docket** - DDM | |
| | BJG, BPW, CAW, KEC | GSC, MMS, TMR | MDD, RXB, TJS | |
| | | | | |
| Feb 14 - 18 | **J Docket** - CGM | **U Docket** - RMW | | |
| | CSK, JAF, REB, REJ, TMR | GSC, JLI, LLO, MDD, TJS | | |
| | | | | |
| Feb 20 - 24 | **A Docket** - DDM | **C Docket** - SCD | **G Docket** - CGM | |
| | GSC, MDD, RXB | BPW, CSK, KAH, LLO, NAJ | BJG, KLW, PFB, REB | |
| | | | | |
| Feb 25 - Mar 1 | **V Docket** - RMW | | | |
| | BJG, JCP, JLI, JMK, JWG, KAV, KLW, MFE, REJ | | | |
| | | | | |
| Feb 26 - Mar 1 | **N Docket** - SWH | | | |
| | CAW, CJL, KAH, MMS, TJS | | | |
| | | | | |
| Mar 3 | Athletics and General Overview | | | |
| Mar 4 | E P | | | |
| Mar 5 | S T | | | |
| Mar 6 | B D | | | |
| Mar 7 | F I | | | |
| Mar 8 | L Z | | | |
| Mar 10 | H K | | | |
| Mar 11 | R J | | | |
| Mar 12 | U A | | | |
| Mar 13 | C G | | | |
| Mar 14 | N V | | | |
| Mar 15 | Cleanup | | | |
| Mar 17 - 19 | Final Review | | | |
| Mar 20 - 25 | FAO Calcs | | | |
| | | | | |
| **Mar 27** | Emails & Letters Sent | | | |

HARV00001734

| | | | REGULAR ACTION READING SCHEDULE - CLASS OF 2018 | | |
|---|---|---|---|---|---|
| | **Date** | **Meetings** | **Prep Day** | **1st Reader to 3rd reader** | **All folders to Computer** |
| | | | | *10 am Sharp* | *10 am Sharp* |
| Fri | 17-Jan | | | E P S T | |
| **Mon** | 20-Jan | | | | E P S T |
| Tues | 21-Jan | | E P S T | B D F | |
| Weds | 22-Jan | E P S T | | | |
| Thurs | 23-Jan | E P S T | | | |
| Fri | 24-Jan | E P S T | | | B D F |
| Sat | 25-Jan | E P S T | | | |
| **Mon** | 27-Jan | | B D F | | |
| Tues | 28-Jan | B D F | | I L Z | |
| Weds | 29-Jan | B D F | | | |
| Thurs | 30-Jan | B D F | | | |
| Fri | 31-Jan | B D F | | | I L Z |
| Sat | 1-Feb | | I L Z | | |
| **Mon** | 3-Feb | I L Z | | H K R | |
| Tues | 4-Feb | I L Z | | | |
| Weds | 5-Feb | I L Z | | | |
| Thurs | 6-Feb | I L Z | | | H K R |
| Fri | 7-Feb | | H K R | J U | |
| Sat | 8-Feb | H K R | | | |
| **Mon** | 10-Feb | H K R | | | |
| Tues | 11-Feb | H K R | | | |
| Weds | 12-Feb | H K R | | | J U |
| Thurs | 13-Feb | | J U | | |
| Fri | 14-Feb | J U | | A C G | |
| Sat | 15-Feb | J U | | | |
| **Mon** | 17-Feb | J U | | V | |
| Tues | 18-Feb | J U | | | A C G |
| Weds | 19-Feb | | A C G | | |
| Thurs | 20-Feb | A C G | | N | |
| Fri | 21-Feb | A C G | | | V |
| Sat | 22-Feb | A C G | | | |
| **Mon** | 24-Feb | A C G | V | | N |
| Tues | 25-Feb | V | N | | |
| Weds | 26-Feb | V N | | | |
| Thurs | 27-Feb | V N | | | |
| Fri | 28-Feb | V N | | | |
| Sat | 1-Mar | V N | | | |
| **Mon** | 3-Mar | Athletics and General Overview | | | |
| Tues | 4-Mar | E P | | | |
| Weds | 5-Mar | S T | | | |
| Thurs | 6-Mar | B D | | | |
| Fri | 7-Mar | F I | | | |
| Sat | 8-Mar | L Z | | | |
| **Mon** | 10-Mar | H K | | | |
| Tues | 11-Mar | R J | | | |
| Weds | 12-Mar | U A | | | |
| Thurs | 13-Mar | C G | | | |
| Fri | 14-Mar | N V | | | |
| Sat | 15-Mar | Cleanup | | | |
| **Mon** | 17-Mar | Final Review | | | |
| Tues | 18-Mar | Final Review | | | |
| Weds | 19-Mar | Final Review | | | |
| | | | | | |
| **Thurs** | **27-Mar** | Emails & Letters Sent | | | |

8/13/2013

| DOCKET - AREA PERSON AND CHAIR ASSIGNMENTS | | |
|---|---|---|
| 2013-2014 | | |
| | | |
| DOCKET | AREA PERSON | CHAIR |
| A | GSC, MDD, RXB | DDM |
| B | DDM, IAN, JAF, JWG, TMR | MEM |
| C | BPW, CSK, KAH, LLO, NAJ | SCD |
| D | BJG, CJL, KLW, LLO, REB | RMG |
| E | JAF, MFE, PFB, TMR | JMK |
| F | CAW, JRC, MBS, TJS | KAH |
| G | BJG, KLW, PFB, REB | CGM |
| H | BJG, BPW, CAW, KEC | DLE |
| I | CGM, DLE, KAH, KLW | DLE |
| J | CSK, JAF, REB, REJ, TMR | CGM |
| K | GSC, MMS, TMR | SWH |
| L | CAW, DDM, JAF, JLI, MWM | KAV |
| N | CAW, CJL, KAH, MMS, TJS | SWH |
| P | DLE, HFS, KAV, KPR, MBS, MWM, SWH | WRF |
| R | MDD, RXB, TJS | DDM |
| S | BPW, JRC, MDD, NAJ | DDM |
| T | CGM, KAH, RXB | MEM |
| U | GSC, JLI, LLO, MDD, TJS | RMW |
| V | BJG, JCP, JLI, JMK, JWG, KAV, KLW, MFE, REJ | RMW |
| Z | JWG, KEC, KPR, REB | GSC |

8/13/2013

CONFIDENTIAL

HARV00001736

| DOCKETS - 2013 - 2014 | | | | | |
|---|---|---|---|---|---|
| A | California | I | Delaware | S | New Jersey |
| | - San Francisco | | District of Columbia | | |
| | - Bay Area | | Maryland | T | New York City |
| | - Monterey | | Virginia | | |
| | | | | U | Australia |
| B | Alaska | J | Arkansas | | Canada |
| | Arizona | | Kansas | | Caribbean |
| | Colorado | | Kentucky | | Ireland |
| | Idaho | | Mississippi | | Latin America |
| | Montana | | Missouri | | New Zealand |
| | Nevada | | New York - Western | | South America |
| | New Mexico | | Oklahoma | | United Kingdom |
| | Oregon | | Tennessee | | |
| | Utah | | West Virginia | V | Africa |
| | Washington | | | | Asia |
| | Wyoming | K | New York - Upstate | | Europe |
| | | | Pennsylvania | | |
| C | Greater Los Angeles | | | Z | California |
| | Guam & US Possesions | L | Maine | | - Orange County |
| | Hawaii | | Massachusetts | | - Sacramento |
| | | | - Andover and Lowell | | - San Diego |
| D | Texas | | - North Shore | | - San Joaquin Valley |
| | | | - Western - Springfield and Berkshires | | - Santa Barbara |
| E | Iowa | | New Hampshire | | |
| | Michigan | | Vermont | | |
| | Minnesota | | | | |
| | Nebraska | N | Connecticut | | |
| | North Dakota | | Massachusetts - Central | | |
| | South Dakota | | New York | | |
| | Wisconsin | | - Central | | |
| | | | - Eastern | | |
| F | Illinois | | - Mid-Hudson | | |
| | Indiana | | Rhode Island | | |
| | Ohio | | | | |
| | | P | Massachusetts | | |
| G | Florida | | - Greater Boston | | |
| | Puerto Rico | | - South Shore | | |
| | Virgin Islands | | - Cape Code and Islands | | |
| | | | - Southeastern - New Bedford, Fall River | | |
| H | Alabama | | | | |
| | Florida - Pensacola | R | New York | | |
| | Georgia | | - Long Island | | |
| | Louisiana | | - Westchester County | | |
| | North Carolina | | - Rockland County | | |
| | South Carolina | | | | |

8/13/2013

CONFIDENTIAL

HARV00001737



CONFIDENTIAL                                                                                      HARV00001738



Page 2

CONFIDENTIAL

HARV00001739



Page 3

CONFIDENTIAL

HARV00001740



Page 4

HARV00001741



Page 5

CONFIDENTIAL

HARV00001742



Page 6

CONFIDENTIAL

HARV00001743



Page 7

CONFIDENTIAL                                                                                    HARV00001744



Page 8

CONFIDENTIAL

HARV00001745



Page 9

CONFIDENTIAL

HARV00001746



Page 10

CONFIDENTIAL

HARV00001747



Page 11

CONFIDENTIAL

HARV00001748



Page 12

CONFIDENTIAL

HARV00001749