# EXHIBIT 34

2014 Harvard College Admissions and Financial Aid Staff

| Name | Title and Areas of Responsibility | Phone | ICM | Fax | E-mail |
|---|---|---|---|---|---|
| Ian Anderson (IAN) | Assistant Director of Admissions; Manager of Freshman and Transfer Mail and Records Operations<br>• Records Operations<br>• Freshman and Transfer Mail<br>• Equipment<br>• Building Operations and Access | 5-8637 | 23 | 8821 | ianders |
| Andrea Balian | Assistant to the Director of Admissions<br>• Faculty Standing Committee | 5-8638 | 39 | 8328 | balian |
| Roger Banks (RXB) | Director of Recruitment<br>• Visitor Services<br>• Tour Guide Program<br>• Undergraduate Minority Recruitment Program | 5-1572 | 27 | 8328 | rbanks |
| Caroline Boutte-Thompson | IT Operations Administrator for Financial Aid and Student Employment | 5-5458 | 75 | 6-0256 | boutte |
| Pharen Bowman (PFB) | Admissions and Financial Aid Officer<br>• Harvard Financial Aid Initiative and Outreach Program | 6-5119 | 36 | 8328 | bowman |
| Rachel Brown (REB) | Admissions Officer<br>• Publications<br>• Yield Activity<br>• Digital Communications | 5-5379 | 48 | 8328 | brown |
| Jessica Clark Bryan (JRC) | Assistant Director of Financial Aid and Senior Admissions Officer<br>• Harvard UpperClass Renewal Team | 6-5332 | 63 | 8328 | clark6 |
| Grace Cheng (GSC) | Associate Director of Admissions for Staff Development | 5-8866 | 07 | 8328 | gscheng |
| Katie Clagett (KEC) | Admissions and Financial Aid Officer<br>• Harvard Upperclass Renewal Team<br>• Study Abroad Funding | 5-2224 | 76 | 8328 | kclagett |
| Mollie Dickerson | Coordinator of Admissions Records Operations<br>• Liaison to the Music Department<br>• Liaison to the New England Conservatory | 4-7526 | 18 | 6-3229 | molliedickerson |
| Max Dikkers (MDD) | Admissions Officer<br>• Undergraduate Admissions Council<br>• Visitas Hosting<br>• Visitas | 6-6752 | 58 | 8328 | mdikkers |
| Sarah Clark Donahue (SCD) | Director of Financial Aid and Senior Admissions Officer | 5-1580 | 45 | 6-0256 | sdonahue |
| Mike Esposito (MFE) | Admissions and Financial Aid Officer<br>• Beneficiary Aid<br>• Harvard Summer School Funding | 5-1584 | 81 | 8328 | esposito |

Revised 01/14

CONFIDENTIAL

2014 Harvard College Admissions and Financial Aid Staff

| Name | Title and Areas of Responsibility | Phone | ICM | Fax | E-mail |
|---|---|---|---|---|---|
| David L. Evans (DLE) | Senior Admissions Officer<br>• Undergraduate Admissions Council | 5-5375 | 26 | 8328 | dlevans |
| Patricia DiCarlo Fagioli | Data Entry Coordinator | 6-2374 | 50 | 8821 | dicarlo |
| William R. Fitzsimmons (WRF) | Dean of Admissions and Financial Aid | 5-1557 | 29 | 8321 | wrf |
| Emily Foley | Reception Area Coordinator | 4-5853 | 85 | 6-0256 | efoley |
| Jake Foley (JAF) | Admissions Officer<br>• Undergraduate Admissions Council<br>• Survey Information<br>• Local Event Outreach<br>• Harvard Summer Institute<br>• Digital Communications – Oversight of Blogs | 5-2863 | 34 | 8328 | jakefoley |
| Cheryl Frodermann | Director of Financial Administration and Special Projects | 6-6635 | 16 | 8821 | cfroderm |
| Jennifer Gandy (JWG) | Senior Admissions Officer<br>• Joint Travel Program | 6-0079 | 91 | 8328 | jgandy |
| Stefanie Gambino | Staff Assistant III | 6-6438 | 92 | 6-0256 | gambino |
| Bryce Gilfillian (BJG) | Admissions Officer<br>• Tour Guide Program<br>• Digital Communications<br>• Visitas Events | 6-6692 | 46 | 8821 | gilfillian |
| Gabriella Goode | Admissions Information Area Representative | 6-6812 | 11 | 6-0937 | ggoode |
| Haining Gouinlock | Office Manager and Financial Aid Officer<br>• Freshman Application Team | 5-0786 | 09 | 6-0256 | gouinloc |
| Anthony Grant | Admissions Information Services Supervisor | 6-6728 | 12 | 6-0937 | acgrant |
| Rosemary Green (RMG) | Special Senior Admissions Officer | 6-6741 | 32 | 8821 | rgreen |
| Sally White Harty (SWH) | Senior Admissions Officer<br>• Boston Area Recruiting Program | 5-5349 | 59 | 8328 | swharty |
| Kaitlin Howrigan (KAH) | Associate Director for Recruitment and Senior Admissions Officer | 6-5239 | 42 | 8328 | howrigan |
| Janet Irons (JLI) | Senior Associate Director of Financial Aid and Senior Admissions Officer<br>• Financial Aid Statistics Reporting<br>• Liaison to International Office | 6-5163 | 33 | 6-0256 | irons |
| Kristen Izzo | Information Processing Specialist | 6-6778 | 51 | 8821 | kizzo |

Revised 01/14

CONFIDENTIAL

2014 Harvard College Admissions and Financial Aid Staff

| Name | Title and Areas of Responsibility | Phone | ICM | Fax | E-mail |
|---|---|---|---|---|---|
| Niki Applebaum Johnson (NAJ) | Senior Admissions Officer<br>Financial Aid Officer<br>• Liaison to Harvard Dance Programs<br>• Student Events Fund | 5-9708 | 31 | 8328 | applebaum |
| Robyn Jones (REJ) | Admissions and Financial Aid Officer<br>• Financial Literacy | 6-6786 | 30 | 8328 | rejones |
| Tanya Joyner | Senior Financial Aid Officer<br>• Leaves of Absence<br>• Loan Funding | 6-6188 | 71 | 6-0256 | tjones |
| Jake Kaufmann (JMK) | Associate Director of Financial Aid and Senior Admissions Officer<br>• Freshman Application Process<br>• Military Outreach | 6-5296 | 52 | 6-0256 | jmkaufm |
| Charlene Keating | Coordinator of Upperclass Renewal Process | 6-6189 | 69 | 6-0256 | ckeating |
| Charlene Kim (CSK) | Senior Admissions and Financial Aid Officer<br>• Harvard Financial Aid Initiative and Outreach Program<br>• Liaison for Arts/Music/ NEC Funding | 384-7819 | 89 | 8328 | cskim |
| Amy Lavoie | Director of Digital Communications | 6-6925 | 01 | 8328 | aalavoie |
| Kate Lebel | Accounting Assistant | 6-4372 | 40 | 8821 | klebel |
| Chris Looby (CJL) | Senior Admissions and Financial Aid Officer<br>• ROTC/Veterans Benefits Program<br>• GRE Waiver Program | 6-5134 | 54 | 6-0256 | looby |
| Ilya Luvish (IEL) | Manager of Federal Work Study Program | 5-2587 | 68 | 8422 | iluvish |
| Mary Magnuson (MWM) | Associate Director of Financial Aid and Senior Admissions Officer<br>• Officer of the Day Program | 6-5231 | 61 | 6-0256 | magnuson |
| Christine Gibbons Mascolo (CGM) | Associate Director of Admissions; Director of Transfer and VUS Admissions and Athletics Coordination<br>• Liaison to the Department of Athletics<br>• Transfer Admissions<br>• Visiting Undergraduate Student Program | 384-7629 | 88 | 8328 | mascolo |
| Victoria Marzilli | Manager of Social Media Recruitment | TBD | | | |
| Marlyn McGrath (MEM) | Director of Admissions | 5-5339 | 15 | 8321 | mmcg |
| Anne Marie McNamara | Information Processing Specialist | 6-6778 | 51 | 8821 | mcnamara |
| Dwight Miller (DDM) | Senior Admissions Officer<br>• Administrative Planning | 6-6779 | 17 | 8328 | miller16 |
| Justin Munio | Loan Coordinator | 6-1284 | 86 | 6-0256 | jmunio |
| Ben Norton | Human Resources Assistant | 6-4260 | 93 | 8821 | bnorton |

Revised 01/14

2014 Harvard College Admissions and Financial Aid Staff

| Name | Title and Areas of Responsibility | Phone | ICM | Fax | E-mail |
|---|---|---|---|---|---|
| Lucerito Ortiz (LLO) | Senior Admissions Officer<br>● Tour Guide Program<br>● Undergraduate Minority Recruitment Program | 5-3634 | 37 | 8328 | lortiz |
| Olesia Pacholok | Assistant to the Dean of Admissions and Financial Aid<br>● Cambridge Admissions Conference | 6-6785 | 20 | 8321 | pacholok |
| Judy Partington (JCP) | Admissions Officer and International Admissions Administrator | 5-9839 | 35 | 8328 | jparting |
| Christopher Plumb | Assistant Director of Financial Aid<br>● Freshman Application Process | 6-5173 | 77 | 6-0256 | ccplumb |
| Tia Ray (TMR) | Admissions Officer<br>● Undergraduate Minority Recruitment Program<br>● Visitas<br>● Non-Traditional Schooling | 384-7741 | 90 | 8328 | tiaray |
| Trudy Regan | Coordinator of VUS Program<br>● Liaison to the Freshman Dean's Office | 6-6775 | 49 | 8323 | gregan |
| Vicky Robson | Admissions Information Area Representative | 6-6747 | 13 | 6-0937 | robson |
| Jonathan Rossi | Outside Awards Coordinator | 6-5179 | 70 | 6-5179 | jonathanrossi |
| Kristen Ryan (KPR) | Admissions and Financial Aid Officer<br>● GRE Waiver Program<br>● Harvard Summer School Funding | 6-5117 | 60 | 6-0256 | kristenryan |
| Haley Frampton Shore (HFS) | Mail and Transfer Operations Coordinator<br>● College Nights and Publication Requests<br>● Office Social Events<br>● Transfer, VUS, and Freshman admissions reader | 6-6828 | 56 | 8821 | hframpt |
| Amy Staffier | Associate Director of Financial Aid<br>● Financial Aid for Federal Programs<br>● Financial Aid Operations Group | 6-5250 | 73 | 6-0256 | amymorse |
| Meghan Stetson (MMS) | Admissions and Financial Aid Officer<br>● Freshman Application Process | 5-1583 | 82 | 6-0256 | mstetson |
| Sage Suorsa | Financial Associate<br>● Admissions Phone Coordinator | 6-6628 | 24 | 8821 | suorsa |
| Meg Brooks Swift (MBS) | Associate Director of Financial Aid & Director of Student Employment/Senior Admissions Officer | 6-3190 | 84 | 8422 | mbswift |
| Dimity Thornton | Admissions Information Area Representative | 6-6842 | 10 | 6-0937 | dimity.thornton@gmail.com |
| Rick Van Rice | Director of Information Technology for Harvard College Admissions and Financial Aid | 6-1723 | 80 | 6-0256 | rice2 |
| Kathryn Vidra (KAV) | Associate Director of Financial Aid and Senior Admissions Officer<br>● Scholarship Stewardship and Funding | 6-5218 | 65 | 6-0256 | vidra |

Revised 01/14

CONFIDENTIAL

2014 Harvard College Admissions and Financial Aid Staff

| Name | Title and Areas of Responsibility | Phone | ICM | Fax | E-mail |
|---|---|---|---|---|---|
| Brock Walsh (BPW) | Admissions Officer<br>• Alumni/ae Network Officer<br>• Cambridge Admissions Conference<br>• Liaison to the Accessible Education Office<br>• Host Family Program | 5-5376 | 38 | 8328 | brockwalsh |
| Vaughn Waters | Administrative Director | 5-3260 | 44 | 8321 | vaughn_waters@harvard.edu |
| Caroline Weaver (CAW) | Admissions Officer<br>• Alumni/ae Network Officer<br>• Visitas | 6-5120 | 64 | 8328 | weaver |
| Kanoe Lum Williams (KLW) | Admissions Officer<br>• Joint Travel Program<br>• Visitas | 6-6875 | 43 | 8328 | klum |
| Eric Wong | Systems Administrator for Admissions | 5-8838 | 08 | 8821 | ericwong |
| Robin Worth (RMW) | Director of International Admissions | 6-6923 | 47 | 8323 | rworth |
| Elizabeth Yong | Special Projects Administrator for Admissions Policy, Research & Operations | 6-4519 | 41 | 8821 | yong |
| TBD | Data/Reporting Analyst | | | | |
| TBD | Program Manager for IT | | | | |

Revised 01/14

CONFIDENTIAL                                                                 HARV00003500