# EXHIBIT 50

**From:** Ortiz, Lucerito [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LORTIZ]
**Sent:** Saturday, August 24, 2013 8:57:49 PM
**To:** McGrath, Marlyn
**CC:** Fitzsimmons, William
**Subject:** Diversity Training

Hi Marlyn,

I know that you wanted an outline of our training session for the 6th. We're still filling in the data and exactly what we will talk about (lots of information to sift through), but at present, we plan to break up the 45 minutes we have into three main sections:

Testing/achievement data: drawn from the college board, looking at testing data and percentile breakdowns by race to provide context for casework, etc.

Demographic data: drawing from census data to look at demographic trends and breakdown in populations (specifically Hispanic and Native) to see what is happening demographically and geographically

On-Campus experience: We'd like to provide a breakdown of the cultural communities and involvements on campus, and provide some personal and anecdotal examples of how students may "translate" on campus from the kinds of questions we may or may not ask in committee.

Once we have a more detailed draft we'll send that to you for approval.

Best,

Lucerito

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY