# EXHIBIT 52

| | |
|---|---|
| **From:** | Grant, Anthony [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ACGRANT] |
| **Sent:** | Wednesday, January 09, 2013 7:57:45 PM |
| **To:** | Fitzsimmons, William; Pacholok, Olesia |
| **Subject:** | message |

[Redacted] originally '99 college, but [Redacted] graduated 11/2002) is working to debunk the Asian/Jewish article you mentioned in staff. She's comparing the stats from the Provost's office with our stats and according to her, they are very different. She has talked with someone in the Provost's office, but wants to chat with you about how the data is collected and why the numbers are different.

She lives in the Central time zone and says that it's best to reach her in the afternoon at [Redacted]

~A
Anthony C. Grant
Admissions Rep., Manager
Harvard College Office of Admissions
Visitor Center, Agassiz House
5 James Street
Cambridge, MA 02138

CONFIDENTIAL