# EXHIBIT 53

| | |
|---|---|
| **From:** | Manning, Colin [colin_manning@harvard.edu] |
| **Sent:** | Monday, April 07, 2014 6:41:54 PM |
| **To:** | Fitzsimmons, William; McGrath, Marlyn |
| **CC:** | Pacholok, Olesia |
| **Subject:** | College admissions policies under attack |

Hi All,

Jeff is out of the office today, so I wanted to call your attention to a piece in the NY Times, if you haven't already seen it, in regards to admissions policies at Harvard, UNC and Wisconsin:

http://www.nytimes.com/2014/04/08/us/politics/edward-blum-one-man-organization-keeps-watchful-eye-on-college-race-admissions-policies-.html?hpw&rref=education&_r=0

The link below is to a press release from this Project on Fair Representation which has targeted the three schools.

http://www.projectonfairrepresentation.org/wp-content/uploads/2008/08/POFR-Harvard-UNC-Wisconsin.pdf

Please let me know if you receive any media inquiries on this. I have gotten one call so far from the National Law Journal, but have not responded at this time.

Thank you,

Colin

Colin Manning
Senior Communications Officer
Harvard Public Affairs & Communications
(617) 496-0106 (office)
[Redacted: PII/SPI] (cell)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00005215