# EXHIBIT 54

*Harvard Admissions Office*
*Undergraduate Minority Recruitment Program*
*Summer 2013*

# Coordinator Manual

## *"Five Divisions, One Goal"*

Updated by:
Lucerito Ortiz '10

CONFIDENTIAL

HARV00005346

# Common Topics
## I. ACADEMIC LIFE

### The Curriculum
President Lowell once said, "Every educated person should know a little of everything and something well."

·   On average, students take 4 courses per semester.  We don't count credit hours or semester hours.  By the time one graduates, he/she will have finished 32 courses.

### The Concentration: roughly 50% of the curriculum
·   Lowell's "knowing something well."
·   46 concentrations in the liberal arts, with opportunities for joint and special concentrations.  There are no "pre-med", "pre-law", "pre-business", or performance-based concentrations.
·   Students declare their concentrations in the middle of the second year; about 1/3 of students will change their concentration at least once.
·   On average, 12-16 courses per student will be in the chosen concentration
·   Joint concentrators are required to write a senior thesis joining the two fields together
·   Concentration advisers and tutors in each department assist with course choice, thesis advising, tutorials starting sophomore year

### The General Education Requirements: roughly 25% of the curriculum
·   Lowell's "a little of everything."
·   Introduces students to different ways of thinking about knowledge.
·   Eight categories within the General Education Requirements; students must take one class in each category:
    ·   Aesthetic & Interpretive Understanding
    ·   Culture & Belief
    ·   Empirical & Mathematical Reasoning
    ·   Ethical Reasoning
    ·   Science of Living Systems
    ·   Science of the Physical Universe
    ·   Societies of the World
    ·   United States in the World
·   There is a significant amount of choice within each requirement

### Electives: roughly 25% of curriculum
·   Students can choose remainder of their courses from anything in the course catalog – the catalog has about 3,500 courses listed.
·   Must take Expository Writing and Foreign Language (can be exempt with appropriate AP score of 5, IB score of 7, SAT II Subject Test Score of 700 or greater, or with the Harvard Placement Tests given at the beginning of Freshman Week).
·   Students may take courses at MIT (if Harvard does not already offer the same course) and at all of Harvard's graduate schools except for the Business School.

### Courses and classes
·   Median Class Size: 12, average class size: 17, student-teacher ratio: 7 to 1.  Average

HARV00005357

- Bureau of Study Counsel – procrastinators anonymous group, peer tutoring, individual counseling with professional counselors, etc.
- Office of Career Services
  - Panels and information sessions for jobs, graduate school, fellowships, etc.
- Office of International Programs
  - Study abroad (term and summer)
  - Summer: study abroad, volunteer abroad, work abroad, research abroad, etc.
  - 250+ pre-approved programs to choose from for semester study abroad (and can find your own and get it approved)
  - funding available for summer experiences; financial aid carries over for semester study abroad
- QUESTIONS ABOUT RESOURCES?


*[Walk to the John Harvard statue, between University Hall and Weld. As you walk, talk about **security** (i.e., **blue lights, HUPD, swipe access, escort system, van service***]*


## Fifth Stop, Old Yard

**John Harvard Statue**
Statue of Three Lies: The front of the statue reads "John Harvard, Founder, 1638."

1. First, John Harvard was not Harvard's founder.  Harvard was founded by the Massachusetts Bay Colony as the "Newtowne College."  When he died, John Harvard donated half of his estate to the college, so they renamed it in his honor.
2. Second, Harvard was founded in 1636.  1638 was the year in the college was renamed Harvard.
3. Lastly, and perhaps most egregiously, that is not John Harvard.  Nobody knows what John Harvard looks like because any known portraits of him burned in a fire when Harvard Hall was the school's library in the early 1700s.  There are thus some competing stories about who exactly this man is.

One explanation is that when the sculptor, Daniel Chester French, came to Harvard to work on this statue, he plucked the "most Harvard looking" man from Harvard Yard to be his model.  Another story relates to the fact that many of Harvard's upperclass houses are named after former University presidents.  For example, Lowell House, where we are heading next, is named after former president Lowell. There was one president, though, that Harvard felt it could not name a house after, and that was president Hoar: H-O-A-R.  Could you imagine the PR nightmare if Harvard freshmen excitedly called their parents to tell them they would be living in Hoar House next year?  So Harvard chose to honor President Hoar in a different way, by allowing his descendant, Bernard Hoar, to sit for this statue.


*[Walk to the Lowell Courtyard, going down Holyoke Street on the side with UHS. Point out the <u>T station, things you enjoy in the Square, HUHS (24-hour physical and mental health services, 365 days a year), Farkas Hall, the MAC</u>]*

HARV00005368

## **Last Stop, Lowell Courtyard/MAC Quad**

**Blocking (if this hasn't already been covered in the info session/at previous stop)**

- How it works, don't have to live with your blockmates within the house
- Stay in the house for 3 years, Housing is guaranteed for four years and 97% of students will live on campus all four years.
- Each of the twelve upper-class houses accommodates 300-500 students, and each House staff will include professors, tutors, advisers and visiting faculty.

**Who's in the house**

- House Masters ("parents" of the house), tutors ("big brothers and sisters" of the house, all academic fields and pre-professional), resident dean (academic and residential adviser), know dining staff, security guard, etc.
- re-emphasize residential advising

**What's in the house (facilities)**

- EVERY HOUSE: Dining hall, library, computer lab, laundry room, meeting rooms
- Other: gym, rock-climbing wall, pottery studio, darkroom, dance studio, band room, grille, etc.
    - open to students from all houses AND freshmen
- Athletic facilities are <10 minutes away from here

**House Life** /Why the houses add so much to a student's experience:

- What you love about your house, or what you are most looking forward to about house life
- Talk about what's special about your house (formals, traditions, opera, field days, house masters, etc.)
- You get your diploma at graduation in your house (house masters know you/care/ are proud of you)

## **Wrap-Up**

Example conclusion: "I'm so glad you're visiting Harvard. It's a really great place. We have amazing opportunities, both inside and outside the classroom, and incredible resources. But above all, pretty much any Harvard student would tell you that the best part of this school is the people (professors, tutors, staff, etc., but especially fellow students)."

- How to get back to the yard and to the square
- Final Questions?  I'll stick around for a few minutes so come talk to me afterward if you need anything.

CONFIDENTIAL

HARV00005369