# EXHIBIT 62

# Report of the College Working Group on Diversity and Inclusion



Harvard University
November 2015



HARV00007944

HARV00007945

# Table of Contents

## Introduction
Working Group Members     2
The Mission of Harvard College     4
Historical Context     5
Working Group Charge     7

## Findings
Evaluation of Peer Institutions     7
Experiences of Diversity and Inclusion     15
Curricular Offerings at Harvard College     22
Administrative Entities Concerned with Diversity     22

## Summary of Recommendations     27

## Recommendations for Immediate Action
Student Life     28
Teaching and Learning     30
Administrative Structures     31

## Recommendations for Long-Term Interventions
Student Life     32
Teaching and Learning     34
Administrative Structures     35

## Conclusion     36

## Bibliography     37

## Appendices
Appendix A: Model Dashboard of Peer Institutions
Appendix B: Summary Chart of Diversity Offerings by Department and Percentage of Total Courses Offered
Appendix C: FAS Curricular Offerings Related to Diversity
Appendix D: Curricular Offerings Related to Diversity in Other Harvard Schools

HARV00007946

# Introduction

## Members of the Working Group on Diversity and Inclusion



**Tommy Amaker**
The Thomas G. Sternberg '71 Family Endowed Coach for Harvard Men's Basketball and Special Assistant to the President



**Olivia Castor**
Student Representative '17



**Emelyn dela Peña**
Assistant Dean of Student Life for Equity, Diversity, and Inclusion



**Martha Franco**
Graduate Research Assistant



**Anne Harrington**
Franklin L. Ford Professor of the History of Science; Director of Undergraduate Studies; House Co-Master of Pforzheimer



**Jennifer Hochschild**
Henry LaBarre Jayne Professor of Government and Professor of African and African American Studies



**Kimiko Matsuda Lawrence**
Student Representative '16



**Robert Mitchell**
Assistant Dean of Diversity Relations and Communications



**Fadhal Anthony Moore**
Student Representative '15



**William Oh**
Student Representative '18



**Mayra Rivera Rivera**
Associate Professor of Theology and Latina/o Studies, HDS



**Sheehan Scarborough**
Graduate Research Assistant



**Kay Kaufman Shelemay**
G. Gordon Watts Professor of Music and Professor of African and African American Studies



**Brandon Terry**
Prize Fellow in Economics, History, and Politics



**Dorothy Villarreal**
Student Representative '15



**Jasmine Waddell**
Resident Dean of Freshmen for Elm Yard



**Jonathan L. Walton, Chair**
Plummer Professor of Christian Morals, FAS; Professor of Religion and Society, HDS

HARV00007948

**The Mission of Harvard College**
Harvard College is committed to a broad-based liberal arts education. A quality, well-rounded education combines the best of the philosophical and rhetorical traditions. The philosophical tradition, with its emphasis on inquiry and developing critical skills, cultivates ways of thinking that can expand knowledge through research and analysis. The rhetorical tradition complements the philosophical by fostering an understanding of the past and present through literature, art, music, history, religion, and ethics. As a leading research as well as teaching university, Harvard derives its mission from our motto, *Veritas*, literally "truth." Harvard is committed to expanding both knowledge and ways of knowing; students not only explore subject areas and acquire fresh insights into them but also learn about the ways in which they are part of larger human communities of interest and interdependence and how their membership in these communities affects how it is that they "know."

Thus, Harvard College aims to provide an education that nurtures the whole person while fostering the development of civic-minded, socially engaged, creative, and critical thinkers in an increasingly interconnected world. Of particular relevance to this report, Harvard fosters the ability to see the world through the eyes of others. That ability will position Harvard graduates to serve the broader society in many fields of human endeavor.

Harvard cultivates these abilities in its classrooms and residential environments. The classroom exposes students to innovative perspectives as well as to both new and traditional ways of knowing and understanding. Diverse living environments situate students among peers and elders studying in different fields, who come from different walks and stages of life, and whose developing identities interact with others. This sort of character formation, nurtured by Harvard's heterogeneous campus environment and pedagogical emphasis on intellectual cross-pollination, is intended to inform the choices and habits Harvard graduates will carry into their respective spheres of influence. Therefore, Harvard embraces, and must constantly reaffirm, the notion that a richly diverse student body is essential to its pedagogical objectives and institutional mission.

Harvard College is neither a finishing school nor a luxury good for America's elites. Its primary work does not end with the admissions process but, rather, begins the moment its students enter its gates.

4

**Historical Context**
A pledge to diversity can be traced to Harvard's founding. The charter of the President and Fellows of Harvard College, authorized by Governor Thomas Dudley in 1650, describes the purpose of the institution as "the education of the English and Indian [male] youth of this country." Harvard established its Indian College, where five American Indians received their education, in 1655. This reveals that Harvard's earliest commitments were informed by a belief in the transformative power of education, even as this education was premised upon what we now recognize as cultural bias regarding who and what was "civilized."

As such an educational paradox shows, Harvard College's aspirations have always run ahead of its realities, for both cultural and structural reasons. Culturally, Harvard College has always been limited by the context and ruling beliefs of its society, even as it has continually tried to push and challenge itself and the world. Thus Harvard's Indian College pedagogy reflected an almost universal European belief in cultural hierarchy, as well as prejudicial notions to the effect that knowledge was to be transmitted to Indian students rather than produced in dialogic exchange. Meanwhile, despite the existence and aims of the Indian College, Harvard remained, for three centuries, committed primarily to educating the sons of New England's elite. Although Radcliffe College traces its origins to 1879, women did not gain full access to Harvard until nearly a century later. Under the presidency of Abbott Lawrence Lowell (1909–1933), the Harvard administration restricted the numbers of Jewish students and barred the handful of African American men at the College from residing in freshman dormitories. (Painter 1971) Sexual minorities, in the meantime—whatever their racial or class origins—were deemed unfit to be members of the Harvard College community: in the 1920s, students believed to have same-sex attraction were tried in secret courts and expelled from the College.

Harvard law professor Randall Kennedy best summarizes the history of Harvard's relationship with students of color when he writes, in *Blacks and the Race Question at Harvard*, "Harvard, too, has been indelibly scarred by slavery, exclusion, segregation, and other forms of racist oppression." The University enrolled few students of color before the 1970s, and even those as talented and ultimately accomplished as Clement Morgan, W.E.B. Du Bois, Alain Locke, William Monroe Trotter, Countee Cullen, and Eva Dykes (among others) experienced isolation and marginalization. As Du Bois described his time at Harvard, he was "in it, but not of it." And it was not until 346 years after Joel Iacoome and Caleb Cheeshahteaumuck completed their studies at the Indian College that another Wampanoag, Tiffany Smalley, graduated from Harvard College, in 2011.

HARV00007950

Just as Harvard's culture has been closely linked to its societal context, so have its structural inequities. Both survey findings and personal accounts suggest that a gender gap deters potential female math concentrators at Harvard, even as women, and especially women of color, are underrepresented in STEM fields nationally. (Kim 2015) Today's wealth gap in the United States is the widest in three decades, and most wealth gains since the Great Recession of 2007 – 2009 have gone to upper-income families. (Fry 2014) As Harvard University's Robert Putnam argues in *Our Kids: The American Dream in Crisis*, wealth inequality hardens social divisions by diminishing opportunities for youth to interact across social lines. Such inequality also concentrates educational resources and cultural capital.

Harvard College is now committed to cutting against the grain of both structural and cultural sources of inequality. In an *amicus curiae* brief submitted when the Supreme Court addressed affirmative action in the 1978 case *Regents of the University of California v. Bakke*, Harvard argued that, "A primary value of the liberal education should be exposure to new and provocative points of view, at a time in the student's life when he or she has recently left home and is eager for new intellectual experiences." In a subsequent affirmative action case, *Grutter v. Bollinger* (2003), Harvard made a similar argument:

> Diversity helps students confront perspectives other than their own and thus to think more rigorously and imaginatively; it helps students learn to relate better to people from different backgrounds; it helps students to become better citizens. The educational benefits of student diversity include the discovery that there is a broad range of viewpoints and experiences within any given minority community—as well as learning that certain imagined differences at times turn out to be only skin deep.

Underscoring its commitment to diversity that includes both racial and socio-economic background, Harvard, in 2004, launched one of the most generous financial aid initiatives in the nation. Students from households earning less than $65,000 per year pay nothing toward room and board, and students from households earning $65,000 to $150,000 pay ten percent or less of their yearly incomes. Around seventy percent of Harvard students receive financial assistance and over twenty percent pay no tuition at all. Capacious admission standards that take a range of life experiences and fluid identities into consideration, coupled with generous financial aid plans, enable Harvard College to expand opportunity for a widening cross section of students. This is essential for creating the conditions in which Harvard students can learn to be at home in an increasingly interconnected world.

HARV00007951

**The Charge of the Working Group on Diversity and Inclusion**
Mindful of the mission and aspirations described above, the Working Group on Diversity and Inclusion, in consultation with the Office of the Dean of the College, drafted a charge in May of 2014. The Working Group was to "assess Harvard College's learning environment in order to ensure that all students benefit equally from its liberal arts educational and service mission." The task included consulting with stakeholders across the University, incorporating research at the intersections of race, ethnicity, socioeconomic status, and other frames of identity and difference, and examining approaches at peer institutions in order to recommend models that might be applied or reimagined on Harvard's campus.

# Findings

**Evaluation of Diversity-Related Practices at Peer Institutions**
Members of the Working Group visited Ivy League campuses between September and December 2014. We met with student leaders and administrators at Brown, Columbia, Princeton, University of Pennsylvania, and Yale, and with administrators at Cornell and Dartmouth. Our goals were to assess pre-orientation programs, mentoring, mental health programs, administrative structures, bias reporting procedures, residential support, multicultural spaces, curricular offerings, and special initiatives. Our findings in these areas provide much food for thought:

Pre-Orientation
Pre-orientation programs tend to function in one of three ways, with some overlap. They provide academic support and advising (Penn's Pre-Freshman Program); instill cultural capital through campus orientation, fostering relationships with faculty, and raising awareness about campus resources for promoting social and academic success  (Yale's Cultural Connections); or develop cultural competency (Brown's Third World Transition Program).

The experiences of these schools show why pre-orientation programs are vital to the success of all students. They provide a shared institutional vocabulary and robust engagement with issues of diversity and cultures of inclusion. They also enable attention to the needs of underrepresented students, especially those who are first generation and socio-economically disadvantaged, while fostering community for the entire population across lines of difference.

HARV00007952