# EXHIBIT 63

| | |
|---|---|
| **From:** | Yong, Elizabeth [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YONG] |
| **Sent:** | Tuesday, January 08, 2013 8:25:18 PM |
| **To:** | Waters, Vaughn |
| **Subject:** | RE: Reconfirming meeting, Wednesday January 9th |

Especially if he's serious about strong arming the common app.

-----Original Message-----
From: Waters, Vaughn
Sent: Tuesday, January 08, 2013 3:21 PM
To: Yong, Elizabeth
Subject: Re: Reconfirming meeting, Wednesday January 9th

should be...we're only meeting with them from 4 to 5, so we should be ok...I told Fitz it would be good to have him in the meeting.




-----Original Message-----
From: <Yong>, Elizabeth <yong@fas.harvard.edu>
Date: Tuesday, January 8, 2013 3:22 PM
To: Vaughn Waters <vaughn_waters@harvard.edu>
Subject: RE: Reconfirming meeting, Wednesday January 9th

OK.   I have a 2pm with Fitz at Mass Hall about this Asian American issue.
I'm sure it will be over by then.   Right?

-----Original Message-----
From: Waters, Vaughn
Sent: Tuesday, January 08, 2013 3:18 PM
To: Yong, Elizabeth
Subject: FW: Reconfirming meeting, Wednesday January 9th

This may be just me and you...but I figure it's still "political" that we need to meet...

VW




-----Original Message-----
From: "<Joshua J. Reiter>", "Ed.D." <reiter@applicationsonline.com>
Date: Tuesday, January 8, 2013 8:37 AM
To: Vaughn Waters <vaughn_waters@harvard.edu>
Subject: Re: Reconfirming meeting, Wednesday January 9th

Vaughn,

Terrific.   Thank you.   I also have 4pm to 5pm.   We have a meeting in Andover, MA prior to the meeting at Harvard.

I look forward to hearing from you and meeting you tomorrow.

CONFIDENTIAL
HARV00009110

Josh

Joshua J. Reiter, Ed.D.
President
ApplicationsOnline, LLC
reiter@applicationsonline.com
www.applicationsonline.com

This transmission contains information from ApplicationsOnline, LLC which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

-----Original Message-----
From: "Waters, Vaughn" <vaughn_waters@harvard.edu>
Sent: Tuesday, January 8, 2013 8:33am
To: "Joshua J. Reiter, Ed.D." <reiter@applicationsonline.com>
Subject: Re: Reconfirming meeting, Wednesday January 9th

Hi,

Happy New Year to you as well.

I have 4pm to 5pm...but will confirm with everyone today the time and agenda.

Thanks,

Vaughn

-----Original Message-----
From: "<Joshua J. Reiter>", "Ed.D." <reiter@applicationsonline.com>
Date: Monday, January 7, 2013 4:35 PM
To: Vaughn Waters <vaughn_waters@harvard.edu>
Subject: Reconfirming meeting, Wednesday January 9th

Vaughn,

Happy New Year!

I wanted to reconfirm the meeting for this Wednesday, January 9th. I had it on my calendar for 4pm but Elizabeth thought 3:30, so let me know.

My team and I are prepared to discuss UCA, VUS, Industry Issues, and any other items on your agenda. Do you have any agenda items you would like us to discuss? Please let me know and let me know who will be in attendance.

I look forward to meeting with you on Wednesday.

Thank you.

Josh


Joshua J. Reiter, Ed.D.

CONFIDENTIAL
HARV00009111

President
ApplicationsOnline, LLC
reiter@applicationsonline.com
www.applicationsonline.com

This transmission contains information from ApplicationsOnline, LLC which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

CONFIDENTIAL
HARV00009112