# EXHIBIT 64

| From: | admiss_fin_aid_all_staff-list-bounces@lists.fas.harvard.edu on behalf of Waters, Vaughn |
|---|---|
| Sent: | Tuesday, August 26, 2014 1:46:06 PM |
| To: | AdFin All Staff List AdFin All Staff List |
| Subject: | [To All Admissions and Financial Aid Staff:] September 4 and 5 Orientation Agenda (below and attached) |
| Attachments: | FINAL Admissions Staff Orientation Fall 2014 08 26 2014.pdf; ATT00001.txt |

**Audience**
The primary audience for this orientation is for those staff who perform admissions and financial aid related duties. However, all staff are encouraged to attend any session if interested.

**Orientation – Day 1,** Thursday, September 4, 2014, Agassiz Lyman Room

| 9:00 AM to 12:00 PM (3 hours) Note: This can also be done on Tuesday, September 3 or Wednesday, September 4 | Suggested Activity: <br>· Every officer attend a morning class on Thursday 9/4 and then meet up for the coaches' lunch. <br>· Courses and course locations can be found at the following address: <br>  ○ http://www.registrar.fas.harvard.edu/node/107918 |
|---|---|
| 12:00 PM to 2:00 PM (2 hours) | Coaches Lunch |
| 2:30 PM to 3:30 PM (1 hour) | The Experience of HFAI and First Generation Students at Harvard College <br>· Erica Bever, Director of Research for Admissions and Financial Aid and Senior Admissions Officer |
| 4:00 PM to 5:00 PM (1 hour) | Special Jolly Up for Pattie DiCarlo Fagioli <br>(Gilman Room) |

**Orientation – Day 2,** Friday, September 5, 2014, Agassiz Lyman Room

| 9:30 AM to 9:45 AM (15 mins) | Welcome & Mission/Vision <br>· Bill Fitzsimmons, Dean, Harvard College Admissions and Financial Aid <br>· Sally Donahue, Director of Financial Aid, Harvard College Admissions and |
|---|---|

| | |
|---|---|
| | Financial Aid<br>· Marlyn McGrath, Director of Admissions, Harvard College Admissions and Financial Aid |
| 9:45 AM to 11:00 AM<br>(1 hour, 15 mins) | The College Board - The New SAT<br>· Joe Bellavance – Senior Program Manager, Admissions and Enrollment Services, The College Board |
| 11:00 AM to 12:00 PM<br>(1 hour) | Considerations in the Admissions Process: Reading Online<br>· Robert Iuliano, Vice President and General Counsel, Harvard University<br>· Bill Fitzsimmons, Dean, Harvard College Admissions and Financial Aid |
| 12:00 PM to 1:30 PM<br>(1 hour, 30 mins) | LUNCH BREAK (on your own) |
| 1:30 PM to 2:00 PM<br>(30 min) | Information Security in the World of Reading Online<br>· Miguel Sanchez, Information Security Specialist, Harvard University Information Technology<br>· Rick Van Rice, Director of IT, Harvard College Admissions and Financial Aid |
| 2:00 PM to 2:30 PM<br>(30 mins) | Recruiting and the Humanities at Harvard<br>· Louis Menand, Anne T. and Robert M. Bass Professor of English; Member of the Faculty of Education |
| 2:30 PM to 3:00 PM<br>(30 mins) | Selected Topics and Casework - Diversity and Initiatives<br>· Lucerito Ortiz, Senior Admissions Officer, Harvard College Admissions and Financial Aid<br>· Tia Ray, Admissions Officer, Harvard College Admissions and Financial Aid |
| 3:00 PM to 3:30 PM<br>(30 mins) | Selected Topics and Casework - Diversity of Gender Identity and Sexual Orientation<br>· Bryce Gilfillian, Admissions Officer, Harvard College Admissions and Financial Aid |
| 3:30 PM to 4:15 PM | Sexual Assault/Title IX |

CONFIDENTIAL

| (45 mins) | · Mia Karvonides, Title IX Officer/Director of the Office of Dispute Resolution, Harvard University |
|---|---|

Vaughn M. Waters
*Administrative Director*

Harvard College Admissions and Financial Aid
P 617 495 3260
86 Brattle Street
Cambridge, MA 02138

CONFIDENTIALITY NOTICE:  This transmittal is a confidential communication or may otherwise be privileged.  If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.

CONFIDENTIAL

---

admiss_fin_aid_all_staff-list mailing list
admiss_fin_aid_all_staff-list@lists.fas.harvard.edu
https://lists.fas.harvard.edu/mailman/listinfo/admiss_fin_aid_all_staff-list

CONFIDENTIAL
HARV00010031

**Audience**
The primary audience for this orientation is for those staff who perform admissions and financial aid related duties. However, all staff are encouraged to attend any session if interested.

**Orientation – Day 1,** Thursday, September 4, 2014, Agassiz Lyman Room

| 9:00 AM to 12:00 PM (3 hours) Note: This can also be done on Tuesday, September 3 or Wednesday, September 4 | Suggested Activity: <ul><li>Every officer attend a morning class on Thursday 9/4 and then meet up for the coaches' lunch.</li><li>Courses and course locations can be found at the following address:<ul><li>http://www.registrar.fas.harvard.edu/node/107918</li></ul></li></ul> |
|---|---|
| 12:00 PM to 2:00 PM (2 hours) | Coaches Lunch |
| 2:30 PM to 3:30 PM (1 hour) | The Experience of HFAI and First Generation Students at Harvard College <ul><li>Erica Bever, Director of Research for Admissions and Financial Aid and Senior Admissions Officer</li></ul> |
| 4:00 PM to 5:00 PM (1 hour) | Special Jolly Up for Pattie DiCarlo Fagioli (Gilman Room) |

**Orientation – Day 2,** Friday, September 5, 2014, Agassiz Lyman Room

| 9:30 AM to 9:45 AM (15 mins) | Welcome & Mission/Vision <ul><li>Bill Fitzsimmons, Dean, Harvard College Admissions and Financial Aid</li><li>Sally Donahue, Director of Financial Aid, Harvard College Admissions and Financial Aid</li><li>Marlyn McGrath, Director of Admissions, Harvard College Admissions and Financial Aid</li></ul> |
|---|---|
| 9:45 AM to 11:00 AM (1 hour, 15 mins) | The College Board - The New SAT <ul><li>Joe Bellavance – Senior Program Manager, Admissions and Enrollment Services, The College Board</li></ul> |
| 11:00 AM to 12:00 PM | Considerations in the Admissions Process: Reading Online |

| | |
|---|---|
| (1 hour) | • Robert Iuliano, Vice President and General Counsel, Harvard University<br>• Bill Fitzsimmons, Dean, Harvard College Admissions and Financial Aid |
| 12:00 PM to 1:30 PM<br>(1 hour, 30 mins) | LUNCH BREAK (on your own) |
| 1:30 PM to 2:00 PM<br>(30 min) | Information Security in the World of Reading Online<br>• Miguel Sanchez, Information Security Specialist, Harvard University Information Technology<br>• Rick Van Rice, Director of IT, Harvard College Admissions and Financial Aid |
| 2:00 PM to 2:30 PM<br>(30 mins) | Recruiting and the Humanities at Harvard<br>• Louis Menand, Anne T. and Robert M. Bass Professor of English; Member of the Faculty of Education |
| 2:30 PM to 3:00 PM<br>(30 mins) | Selected Topics and Casework - Diversity and Initiatives<br>• Lucerito Ortiz, Senior Admissions Officer, Harvard College Admissions and Financial Aid<br>• Tia Ray, Admissions Officer, Harvard College Admissions and Financial Aid |
| 3:00 PM to 3:30 PM<br>(30 mins) | Selected Topics and Casework - Diversity of Gender Identity and Sexual Orientation<br>• Bryce Gilfillian, Admissions Officer, Harvard College Admissions and Financial Aid |
| 3:30 PM to 4:15 PM<br>(45 mins) | Sexual Assault/Title IX<br>• Mia Karvonides, Title IX Officer/Director of the Office of Dispute Resolution, Harvard University |

CONFIDENTIAL
HARV00010033