# EXHIBIT 65

| | |
|---|---|
| **From:** | admiss_fin_aid_all_staff-list-bounces@lists.fas.harvard.edu on behalf of Cheng, Grace |
| **Sent:** | Wednesday, September 04, 2013 10:49:12 PM |
| **To:** | admiss_fin_aid_all_staff-list@lists.fas.harvard.edu |
| **Subject:** | [To All Admissions and Financial Aid Staff:] REVISED: Friday Orientation Schedule begins at 9:15AM! |
| **Attachments:** | Fall 2013 Final Admissions Orientation Schedule.docx; ATT00001.txt |

Dear staff,

Please note the change in start time for Friday's all-day orientation.  See you in Agassiz at 9:15AM!

Thanks!
-GSC

CONFIDENTIAL HARV00010315

---

admiss_fin_aid_all_staff-list mailing list
admiss_fin_aid_all_staff-list@lists.fas.harvard.edu
https://lists.fas.harvard.edu/mailman/listinfo/admiss_fin_aid_all_staff-list

CONFIDENTIAL



# Admissions Staff Orientation
Friday, September 6, 2013
Location: Agassiz Lyman Room

| Time | Session |
|---|---|
| 9:15 AM to 9:30 AM (15 mins) | Welcome & Mission/Vision<br>• Bill Fitzsimmons, Dean, Harvard College Admissions and Financial Aid<br>• Marlyn McGrath, Director, Harvard College Admissions |
| 9:30 AM to 10:15 AM (45 mins) | Selected Topics in Casework and Diversity<br>• Lucerito Ortiz, Senior Admissions Officer<br>• Tia Ray, Admissions Officer |
| 10:15 AM to 11:00 AM (45 mins) | Considerations in the Admissions Process: Fisher vs. Texas<br>• Robert Iuliano, Vice President and General Counsel, Harvard University<br>• Bill Fitzsimmons, Dean, Harvard College Admissions and Financial Aid |
| 11:15 AM to 12:00 PM (45 min) | Results of the Class of 2016 New Student Survey: How does this affect the way we greet and orient new students?<br>• Karen Pearce, Director of Institutional Research |
| 12:00 PM to 1:15 PM (1 hour, 15 mins) | BREAK |
| 1:15 PM to 2:15 PM (1 hour) | Financial Aid and Undergraduate Student Research<br>• Sally Donahue, Director, Harvard College Financial Aid<br>• Meg Brooks Swift, Director, Student Employment Office and Undergraduate Research Programs |
| 2:15 PM to 2:45 PM (30 mins) | Information Security<br>• Christian Hamer, Chief Security Officer, Harvard University Information Technology<br>• Rick Van Rice, Director of IT, Harvard College Admissions and Financial Aid |
| 2:45 PM to 3:30 PM (45 mins) | BREAK |
| 3:30 PM to 4:30 PM (1 hour) | House Renewal at Harvard<br>• Merle Bicknell, Assistant Dean, FAS Physical Resources |
| 5:00 PM | Office BBQ |

CONFIDENTIAL
HARV00010317