# EXHIBIT 72

NBER WORKING PAPER SERIES

THE MISSING "ONE-OFFS":
THE HIDDEN SUPPLY OF HIGH-ACHIEVING, LOW INCOME STUDENTS

Caroline M. Hoxby
Christopher Avery

Working Paper 18586
http://www.nber.org/papers/w18586

NATIONAL BUREAU OF ECONOMIC RESEARCH
1050 Massachusetts Avenue
Cambridge, MA 02138
December 2012

For inspiration, generous help with data, and numerous useful suggestions, we thank the ACT and The College Board. These two organizations' dedication to providing students with well-informed college application advice is the reason that this research exists. We have been especially helped by Connie Betterton, Michael Matthews, Anne Sturvenant, Ryan Williams, Robert Ziomek. For useful comments and suggestions, we thank Sarah Turner, Eric Bettinger, Scott Carrell, Charles Clotfelter, Susan Dynarski, Bridget Long, Bruce Sacerdote, Douglas Staiger, and Jacob Vigdor. The views expressed herein are those of the authors and do not necessarily reflect the views of the National Bureau of Economic Research.

NBER working papers are circulated for discussion and comment purposes. They have not been peer-reviewed or been subject to the review by the NBER Board of Directors that accompanies official NBER publications.

© 2012 by Caroline M. Hoxby and Christopher Avery. All rights reserved. Short sections of text, not to exceed two paragraphs, may be quoted without explicit permission provided that full credit, including © notice, is given to the source.

HARV00010595

The Missing "One-Offs": The Hidden Supply of High-Achieving, Low Income Students
Caroline M. Hoxby and Christopher Avery
NBER Working Paper No. 18586
December 2012, Revised December 2012
JEL No. I21,I23,I24

## ABSTRACT

We show that the vast majority of very high-achieving students who are low-income do not apply to any selective college or university. This is despite the fact that selective institutions would often cost them less, owing to generous financial aid, than the resource-poor two-year and non-selective four-year institutions to which they actually apply. Moreover, high-achieving, low-income students who do apply to selective institutions are admitted and graduate at high rates. We demonstrate that these low-income students' application behavior differs greatly from that of their high-income counterparts who have similar achievement. The latter group generally follows the advice to apply to a few "par" colleges, a few "reach" colleges, and a couple of "safety" schools. We separate the low-income, high-achieving students into those whose application behavior is similar to that of their high-income counterparts ("achievement-typical" behavior) and those whose apply to no selective institutions ("income-typical" behavior). We show that income-typical students do not come from families or neighborhoods that are more disadvantaged than those of achievement-typical students. However, in contrast to the achievement-typical students, the income-typical students come from districts too small to support selective public high schools, are not in a critical mass of fellow high achievers, and are unlikely to encounter a teacher or schoolmate from an older cohort who attended a selective college. We demonstrate that widely-used policies–college admissions staff recruiting, college campus visits, college access programs–are likely to be ineffective with income-typical students, and we suggest policies that will be effective must depend less on geographic concentration of high achievers.

Caroline M. Hoxby
Department of Economics
Stanford University
Landau Building, 579 Serra Mall
Stanford, CA 94305
and NBER
choxby@stanford.edu

Christopher Avery
Harvard Kennedy School of Government
79 JFK Street
Cambridge, MA 02138
and NBER
christopher_avery@hks.harvard.edu