# EXHIBIT 73



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00011118



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00011121



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HARV00011123



http://www.thecrimson.com/article/2013/12/13/making-harvard-feeder-schools/?page=single

# The Making of a Harvard Feeder School

By MEG P. BERNHARD, CRIMSON STAFF WRITER

December 13, 2013



Jake Freyer

The graph shows the unequal distribution of high schools in the Harvard Class of 2017. The straight line (above tan shading) is an even distribution. Data is from the Freshman Register.

Although Harvard prides itself on its 1636 founding, the city of Boston established the nation's oldest educational institution—Boston Latin School—a full year earlier.

"There's a joke that Harvard was started a year after our school as a place for our students to go," said James Montague, a counselor at Boston Latin.

375 years later, Boston Latin students still go north of the Charles to continue their education—by Montague's

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00011124

count, the school contributed 15 students to Harvard's current freshman class, one of only a handful of schools to send 10 or more students to the College this year, according to numbers obtained from Harvard's freshman register.

In total, one out of every 20 Harvard freshmen attended one of the seven high schools most represented in the class of 2017—Boston Latin, Phillips Academy in Andover, Stuyvesant High School, Noble and Greenough School, Phillips Exeter Academy, Trinity School in New York City, and Lexington High School.

Although these schools vary significantly, ranging from private boarding schools to local public schools, their administrators and alumni trace their success to some or all of three different factors: a selective admissions process, strong college counselling, and academic cultures that foreshadow the Harvard experience.

**FIRST ROUND OF APPLICATIONS**

For most of the students at Harvard's so-called "feeder schools," applying to college feels almost familiar—many of the high-schools who are well-represented at the College have their own selective admissions requirements.

"I think, if anything, the process [of applying to high school] is a bit more strenuous than it was for applying to college," said Tez M. Clark '17, who is also a Crimson editorial writer, about her experience applying to Exeter nearly five years ago. "I definitely felt nervous."

Exeter and similar private boarding schools require a substantial application, which takes into account test scores, letters of recommendations, grades, and personal essays. The most prestigious schools receive thousands of applications a year, from all over the world, and have admissions rates similar to those of top-tier colleges. Phillips Academy in Andover—which sent 18 students to Harvard this year—accepted only 13 percent of those who applied.

At many of the public schools who consistently send students to Harvard—like Boston Latin and New York's Stuyvesant—admission depends on the result of competitive tests that students take in elementary or middle school.

"You're very young, and you're experiencing a lot of things that you don't usually experience until you're a high school senior," said Stuyvesant alumnus Konrad E. Surkont '16, recalling the Specialized High Schools Admissions Test that determines placement in New York's nine specialized public high schools.

Harvard students from selective high schools, both public and private, said that their high schools' admissions requirements might explain why so many of their classmates matriculate at Harvard.

"To me, it's understandable that there are more students from Exeter than from a different school just because Exeter has already selected very competitive students, and Harvard's drawing from a high concentration of competitive applicants," Clark said.

According to John G. Palfrey '94, a former Harvard Law School professor who now serves as the Andover's

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

headmaster, selective high schools attract potential Harvard students away from their home high schools.

"I think often a student who comes here has either exhausted the offerings of their home school or they are feeling like they're up for a different kind of challenge during high school," he said. "So they certainly work very hard."

## PATH TOWARD COLLEGE

As early as fall of their students' junior year, the top-represented high schools at the College use thorough counseling programs geared toward preparing students for college applications.

According to David Ding '16, an Andover alumnus, each student at Andover is assigned a college counselor who keeps track of application deadlines, writes letters of recommendation, and reviews student essays.

"We encourage students to apply to a broad range of schools, and we're really trying to help them find a match," Palfrey said of Andover's counseling program. "For some students that match may be an Ivy League school, and for other students that school may be another one."

Casey J. Pedrick, Director of College Counseling at Stuyvesant, said she and her counseling team make themselves available to students almost 24/7 during the college application process, leaving their doors open whenever a student needs advice.

"We're really good about being able to answer emails at night and making ourselves available for communications over the summer," Pedrick said. "They're always thankful when they see an email or a reply back at midnight."

Noble and Greenough School also tries to form a strong connection between its college counseling program and its students, according to Ben M. Snyder, head of the Upper School at Noble and Greenough.

"All of our college counselors also teach, and then 75 percent of their job is college counseling," said Snyder. "We want as many people as possible in the classroom with kids."

Like counseling programs at other secondary schools that regularly send students to Harvard, Noble and Greenough's program is comprehensive. It advises students on which courses and standardized tests to take, helps students determine their academic interests, and communicates with students about application deadlines.

"We're very lucky," said Snyder. "Both in being able to have really talented kids come into the school and then providing this program for those kids."

## 'A NATURAL CONTINUATION'

Because students from these secondary schools were exposed to educational and extracurricular opportunities similar to those offered by universities, they felt encouraged to apply to schools like Harvard.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"Harvard is a natural continuation of boarding school," Ding said of Andover. "We had really hard classes, we had opportunities to do research, to participate in all sorts of different extracurricular activities."

Palfrey, who attended Exeter during high school, also said his move from preparatory school to college was facilitated by his experience studying with intelligent students and exploring the school's course offerings.

"I felt like I had an easy time with the transition to college," Palfrey said, "Whereas for others there was a larger cultural leap between their high school experience and their Harvard college experience."

Noble and Greenough, like Andover, gears its curriculum toward college preparation, offering classes like "Biochemistry Research" and "Politics and Ethics."

"Each department sets their own curriculum and what they do is they try to gear it to challenge our most talented kids," Snyder said. "Often times that means coursework that would be much more like a college seminar."

"I feel like college admissions officers know what they will be getting," said Surkont about Stuyvesant High School, reflecting on its alumni's successes at Harvard. "A lot of college admissions offices are familiar with the Stuyvesant brand."

Stuyvesant, like many other selective secondary schools, has a long history of sending students to the Ivy League.

In fact, Noble and Greenough, Exeter, and Andover were all founded by Harvard College graduates, and Noble and Greenough was originally established as an all-boys preparatory school for Harvard.

And Harvard's relationship with Boston Latin is well established.

"There is no doubt there is a long rich tradition between Harvard and Boston Latin School," Montague said.

http://www.thecrimson.com/article/2013/12/13/harvard-and-walmart-acceptance/

# Sorry, Class of 2018. Harvard Is No Longer America's Most Elite Institution

By HARRISON K. WEXNER, CRIMSON STAFF WRITER
December 13, 2013


Courtesy of YouTube

Harvard may have met its match. In a segment that aired earlier this week on "The Colbert Report," Stephen Colbert commented on the fact that 23,000 people applied for 600 jobs at two recently-opened Walmart stores, giving Walmart a frighteningly low acceptance rate of 2.6 percent.

Colbert put it best when he warned applicants to Harvard and Princeton that they may be aiming too low. "It turns out," he said, "there's now an even more elite institution on the scene."

This news is obviously distressing for current students at Harvard (it really has been a tough week), but is likely even more distressing for the Harvard Admissions Office, which just sent out early action decisions to prospective members of the Class of 2018.

Walmart poses a unique threat to Harvard because it has come out of nowhere in the selective admissions game. Unlike Yale and Princeton, which Harvard competes against every year, Walmart has flown under the radar and has now made an entrance unlike anything the Harvard admissions team has ever seen.

The effects of this are still unclear. On one hand, some high school seniors will be more drawn to Walmart now that is has established the lure of exclusivity. On the other hand, Harvard may benefit from the rebound of this news, as students may be less intimidated to apply to the second most exclusive institution in the country.

Walmart also lacks an early action program, which seems to be working in the short run—but may not be to its advantage in the long run.

To students at Harvard: it may be hard to accept, but we're no longer at the most exclusive place in the universe. This is going to be hard, but we're going to fight through this and come back strong next year.

And finally, to all those worried about this increase in selectivity across the board, Stephen Colbert had it right: there's always that safety school Yale.

http://www.collegenode.com/en-US/blog/2013/8/american-best-private-high-school

HARV00011128

# Top Private High Schools in the United States

How do rich and powerful Americans get their kids into Ivy-League universities? How did George Bush get into Yale with a C average? The secret lies in the American elite private school system: Each year, a small band of preparatory schools stash Ivy League universities with their graduates under the radar. If you are a member of the graduating class at Collegiate School in New York City, your chances of attending Harvard is one in ten! The following is a list of the top ten American private schools with the best record of sending their graduates to Ivy-League universities.

Note that nearly all of the top preparatory high schools in America are located in the Northeast. This is not a coincident: because most of the Ivy-league schools are located in the Northeast, they tend to recruit heavily from nearby preparatory schools. For calculation purposes, Ivy Acceptance rate constitute the percentage of the preparatory school's graduating class that attended one of the following ten universities: Harvard, Princeton, Yale, Columbia, M.I.T., Stanford, Dartmouth, Brown, and Cornell University.

**1. <u>Trinity School, New York City</u>**

a. Ivy Acceptance – 41%

b. Tuition - $41,370

c. Class size – about 80 students in each grade

d. Average SAT score – 2,180



**2. <u>Collegiate School, New York City</u>**

a. Ivy Acceptance – 40%

b. Tuition - $41,200

c. Class size – about 50 student in each grade

d. Average SAT – 2,200

HARV00011129



**3. <u>The Brearley School, New York City</u>**

a. The Brearley School is an all-girls school located in the heart of Manhattan. The school has a reputation of rearing future actresses. Famous graduates include Tea Leoni, Caroline Kennedy, and Sigourney Weaver.

b. Ivy Acceptance – 37%

c. Tuition - $38,200

d. Class size – about 75 students in each grade

e. Average SAT – 2,125

**4. <u>Horace Mann, New York City</u>**

a. Ivy Acceptance – 36%

b. Tuition - $39,100

c. Class size – about 120 students in each grade

d. Average SAT score: 2,125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**5. <u>Phillips Academy, Massachusetts</u>**

a. The famous prep school for President George H Bush and George W Bush. The Phillips Academy has educated generations of American elites. The academy has traditionally has a close relationship with Yale university, sending a disproportionate amount of its students to Yale.

b. Ivy Acceptance – 33%

c. Tuition - $47,200

d. Class size – about 328 students in each grade

e. Average SAT – 2,090



**6. <u>Roxbury Latin, Massachusetts</u>**

a. Ivy Acceptance – 36%

b. Tuition - $26,100

c. Class size – about 75 student in each grade

d. Average SAT – 2,230

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00011131



**7. <u>The Spence School – New York City</u>**

a. Ivy Acceptance – 33%

b. Tuition - $39,200

c. Class size – about 60 student in each grade

d. Average SAT – 2,090



**8. <u>The Dalton School – New York City</u>**

a. Ivy Acceptance – 31%

b. Tuition - $40,200

HARV00011132

c. Class size – about 110 student in each grade

d. Average SAT – 2,070



**9. <u>St. Paul's Academy, New Hampshire</u>**

a. Ivy Acceptance – 30%

b. Tuition - $50,180

c. Class size – about 120 student in each grade

d. Average SAT – 2,050



**10. <u>Phillip Exeter Academy, New Hampshire</u>**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00011133

a. Phillip Exeter Academy was created as a feeder school for Harvard in 1781. Today, the school still sends an extremely high percentage of its student body to Harvard University. Famous alumni include Mark Zuckerberg, the billionaire founder of Facebook.

b. Ivy Acceptance – 29%

c. Tuition - $44,470

d. Class size – about 250 student in each grade

e. Average SAT – 2,100







HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HARV00011135



# HARVARDgazette

## 992 admitted under Early Action http://news.harvard.edu/gazette/story/2013/12/992-admitted-under-early-action/

### Those accepting will join Harvard College Class of 2018 in August

December 13, 2013

Under the Early Action program, Harvard sent admission notifications to 992 prospective members of the Class of 2018.

Admission notifications were sent today under the Early Action program to 992 prospective members of the Harvard College Class of 2018, which is scheduled to enter next August. Last year, 892 were admitted early, and 774 the year before, when Early Action was restored after a four-year absence.

"This year's applicants are remarkable by any standard. Their academic and extracurricular strengths are impressive — as is their ethnic, economic, and geographic diversity," said William R. Fitzsimmons, dean of admissions and financial aid. "The larger number of admitted students is another indication that early admission is the 'new normal,' and that more of the nation's and the world's most promising students apply early to college."

Early admission has a good deal of history at Harvard and in the Ivy League, beginning in the mid-1970s with the Class of 1981 when there were considerably smaller applicant pools at Harvard and peer institutions. Various rules have governed early admission over the years. In the decade prior to the suspension of Early Action, the numbers admitted early to Harvard College ranged from 813 to 1,186, with five years when 1,100 or more were admitted.

Harvard suspended Early Action beginning with the Class of 2012 due to concerns that such programs advantaged students who attended secondary schools that had more resources and better college counseling — while putting pressure on all students to make premature college choices. Harvard restored Early Action for the Class of 2016 in the wake of the global financial crisis after it became clear that many students from low-income backgrounds were looking for the certainty provided by early financial aid awards.

"In restoring Early Action, we have emphasized the fact that applying early is not an advantage at Harvard, and that students should take the entire senior year to make the best possible college choice," said Fitzsimmons. "When a student applies — either early or regular — has no bearing on whether he or she will ultimately be admitted.

"Given the large numbers applying to Harvard in recent years, over 35,000, the admissions committee is careful to admit only those who are certain to be admitted later," he said. "Last year, a significant number of students

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

who were deferred in Early Action were admitted in the spring."

Under Harvard's Early Action program, admitted students are not obligated to attend. Students applying under the Early Decision programs offered by many other colleges must attend if admitted.

This year, 4,692 students applied for Early Action, compared to 4,845 last year and 4,228 the year before. "We are happy to see that Early Action numbers may be stabilizing after last year's 15 percent increase. The 'early frenzy,' as some have referred to it, adds pressure to a generation that is already stressed by high expectations and economic uncertainty," said Fitzsimmons.

"Minority Early Action admissions increased once again this year," said Marlyn E. McGrath, director of admissions. "Latino admissions rose significantly from 70 last year to 104. African-Americans rose from 77 to 98, and Asian-Americans from 193 to 209. Native Hawaiians remained the same at 2, while Native Americans declined slightly from 14 to 9," she said.

International numbers increased from 66 to 83, while U.S. dual citizens rose from 60 to 90. "Three women in particular will add unusual diversity to the Class of 2018: one from Afghanistan, another from Iran, and the third is a Syrian refugee who applied from Lebanon," said McGrath.

It is still too early to determine precisely the socioeconomic composition of the admitted group because many students have not yet submitted financial information. Nevertheless, preliminary data is encouraging. "One hundred and twenty-two of this year's admitted students requested application fee waivers, compared to 64 last year, a strong indication of substantial financial need," said Sarah C. Donahue, director of financial aid.

"Harvard's revolutionary financial aid program continues to be a significant factor in students' decisions to apply," said Donahue.

Families with annual incomes of $65,000 or less are not required to contribute to their children's educational expenses. Those with incomes from $65,000 to $150,000 pay on a sliding scale up to 10 percent of annual income, and there is also need-based aid available to families with incomes greater than $150,000. Families with significant assets in all income categories are asked to contribute more. Home equity and retirement funds are not considered in the calculations, and students are no longer required to take out loans. Close to 60 percent of Harvard students receive need-based financial aid and grants averaging more than $40,000.

"Harvard's new Net Price Calculator, a simple one-page application available on both the admissions and financial aid websites, provides families with an estimate of their eligibility for assistance under Harvard's generous need-based financial aid program," she said.

In addition to the 992 admitted students, 3,197 were deferred and will be considered again in the Regular Action process, while 366 were denied, 18 withdrew, and 119 were incomplete. The Regular Action process concludes in March, with notification to students on March 27.

Over the months ahead, faculty, staff, undergraduate recruiters, and alumni will use phone calls, emails, regular mailings, and social media to reach out to admitted students with information about Harvard. Many Harvard clubs will host local parties during the winter holidays and in April. All admitted students will be invited to Cambridge on April 26-28 for Visitas, a comprehensive program that enables students to experience life at Harvard firsthand.

# Early Action Acceptance Rate Increases to 21 Percent for the Class of 2018

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

By ZOHRA D. YAQHUBI, CRIMSON STAFF WRITER http://www.thecrimson.com/article/2013/12/13/early-admissions-rate-rises/
December 13, 2013

**UPDATED: December 13, 2013, at 5:49 p.m.**

Harvard College accepted just over 21 percent of the 4,692 early applicants to the Class of 2018, the College announced Friday, the highest early action acceptance rate since Harvard reinstated the program in 2011 after a four-year hiatus.

This year's 992 early acceptances represent nearly an 11 percent increase over the number of prospective students accepted early last year.

"This year's applicants are remarkable by any standard. Their academic and extracurricular strengths are impressive—as is their ethnic, economic, and geographic diversity," Dean of Admissions and Financial Aid William R. Fitzsimmons '67 said in a press release.

The pool from which this year's early admits were drawn decreased in size by 3 percent after a 15 percent increase between 2011 and 2012.

Fitzsimmons said in the press release that he was happy to see the pool size stabilize this year.

"The 'early frenzy', as some have referred to it, adds pressure to a generation that is already stressed by high expectations and economic uncertainty," he said.

Economic disparity within the early applicant pool has been an issue of concern in the past five years. In 2007, when Harvard announced that would eliminate its early action program, then-University President Derek C. Bok claimed that such programs "advantage the advantaged."

Fitzsimmons said in an interview Friday that the demographic information received so far from the early admits to the Class of 2018 indicated less of a disparity than has existed in years prior. The pool's diversity is "better," he said, but "not representative of what the total pool is going to look like—it's an early snapshot, but it's a very imperfect snapshot."

Thanks to ongoing outreach efforts to encourage a diverse applicant pool, Fitzsimmons said, "I think now I can say that it appears we were successful at least in the first phase in getting the message out to students from poorer economic backgrounds, and from a variety of ethnic backgrounds, and, for that matter, international students."

In October, Harvard announced the launch of the Harvard College Connection, a digitally-driven admissions initiative that seeks to encourage high-achieving low-income students to apply to Harvard and other selective institutions.

HARV00011138

The increased volume of students admitted through this year's early action program indicates a "new normal," Fitzsimmons said, attributing the rise in part to the fact that promising students around the nation and world are choosing to apply to colleges early.

Still, he said, Harvard is more concerned that students apply at all than that they apply early. "We continue to send a message that you do not have to apply early to Harvard," Fitzsimmons said.

Among those early applicants who were not offered admission Friday afternoon, 3,197 were deferred to the regular action decision process, 366 were denied admission, 18 withdrew, and 115 submitted incomplete applications.

Three other Ivy League schools which, unlike Harvard, operate a binding early decision program also sent out their early admissions notifications this week. Dartmouth College extended offers of admission to 28 percent of its 1,678 early applicants, while Brown University accepted 18.9 percent of its 3,088 applicants, the school's largest ever early applicant pool. Columbia University, which notified admitted students on Thursday, also saw a record-high number of early applications, receiving 3,298.

- COMMENTS:
- 
- Jo

So two thirds of the class is now admitted early. There is no reason to apply regular. You have like a two percent chance of admission.

> Redacted:
> PII/SPI

My son received the deferral letter. Slightly disappointing, but not completely surprising. He's a straight, white, male, Christian from an upper middle class family... seemingly the worst demographic to be these days when schools are driven by quotas and forced "diversity". The Gazette article emphasized how proud the Dean was of the diversity, giving stats of the increases in all subcategorical "Americans". Congrats to those who were offered acceptance letters.

No, I'm not bitter. I know he would be a Harvard Summa and outperform most all of those who were offered acceptance letters. So be it if Harvard turns away a young man who scored a 36 ACT, 2390 SAT, soon to be National Merit Finalist, captain of two varsity sports teams, earned the Presidential service award, traveled on mission trips four years in a row, has lived in and educated in countries all over the world. And, at the end of his interview, the interviewer told him that he would definitely be receiving her strongest endorsement as that was the best interview she had conducted in her 10 years of doing them.

Yet, he's deferred. No Harvard lineage and he doesn't factor into the "diversity" grouping... interestingly enough, the interviewer specifically told him that if he's not accepted, those two reason would probably be why.

ThinkTank | Redacted:
PII/SPI

WOW!! I agree! My child is in the same pool and we are scratching our heads to understand what happened? We visited Harvard in Aug and thought my child has everything that they said they require. And more

actually! But my child also got deferred. I don't understand how international students (who have captured some 70 odd seats) compete with the students of the US? All they have is very strong academics. whereas our children are very well rounded and hey!!!! isn;t that the requirement of Ivy League schools? They told us repeatedly that what the child does beyond the school hours is as important as what he/she does academically. I am in total confusion especially since they deffer so many students: 3200? ridiculous!!! I have no idea what that means when they actually admit ~2100 students eventually.

> **Redacted:**
> **PII/SPI**

O, goody, goody, goody, it's that time of year again! This big uptick in the Early Action numbers - an 11 percent increase in the teeth of a 3 percent shrinkage of the pool - means there will almost certainly be a nice, satisfying uptick in the all-important YIELD! Let us not ask if a shrinking pool and growing average quality of admittee is likely. If you read closely, Mr Fitz isn't saying that at all. So: Yes, indeedy - Early Action admittees are far more likely to choose Harvard, and now the admissions office is free to shrink the general (admissions rate to further focus on those likely to accept!

Admissions rate, down: yield up!!! And all of that MEANS so much to the success and quality of the school and the experience it provides to its students! That's a lot, right? And it really matters, right? Send in your particular examples of how it's mattered to YOU!

But, most importantly, low-admissions/hi-yield is so important in how Harvard shows on the USN&WR List! And we all know that's how an awful lot of Harvard students choose Harvard. To hell with "fit." It's Heaven at Harvard ... the top of a list compiled by a magazine nobody reads, with criteria nobody understands and wouldn't approve of if they did, by people nobody knows and would not like if they did! Yeah, that's why Harvard students are here!

ThinkTank

What does deferred mean? 3197 (3196 in 2012) is a huge number considering that they eventually accept only about 2100 students. Are these deferred because the admin officers could not spend enough time on their application? It seems very vague.

> Guest ThinkTank
>
> They were deferred because Harvard wants to string them along and not have them apply to the other ivies. Your chance of admission is extremely slim on the second go round
>
> > Counselor Guest
> >
> > I'm a guidance counselor at a school that sends lots of applicants Harvard's way.
> >
> > Harvard is traditionally very soft on rejecting students early, unlike some schools. It's definitely not because they don't want them applying to other Ivies/schools (these deferred students get it: they are smart and apply elsewhere).
> >
> > The real reason is they don't want other students at the same school thinking, "Oh man, Mary got rejected and she was way better than me, so I won't apply now." You don't want to miss out on a great student who would be turned off because the (annoying, hard-charging) valedictorian got rejected early, and I see some logic in it. This is especially true at big public schools where there isn't

HARV00011140

as much guidance. Small private schools are more directive in terms of where the students apply (e.g. you have no change of getting into Harvard early, but doesn't UCLA sound awesome?).

Of course, this is the opposite route from, say, Stanford, which rejects many students early and still receives more applications than Harvard. So it may be time to rethink this policy, Dean Fitzsimmons!

```
-----------------------------------------------------------
Circular 230 Disclosure:  To ensure compliance with
requirements
imposed by the IRS, we inform you that any tax advice
contained in this communication (including any attachments) is
not intended, or written to be used, and cannot be used for the
purpose of avoiding tax-related penalties under the Internal
Revenue Code.
**************************************************************
*********************
This message is intended for the use of the individual or
entity
to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. If you are not the intended recipient,
any dissemination, distribution or copying of this
communication
is strictly prohibited.
If you think you have received this communication in error,
please notify us immediately by reply e-mail or by telephone
```

**Redacted: PII/SPI**

```
                      and delete the original message.
```

```
--
```

 gmail.com

```
--
```

**Redacted: PII/SPI** @gmail.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY