# EXHIBIT 77

# Selected Topics in Casework and Diversity

## Asian American and Black Populations: Implications for Admissions

CONFIDENTIAL

HARV00013367

# Agenda

- SAT Performance Data & Demographics
  - Updated information

- Asian Americans
  - Context & Considerations

- Black in America
  - Discrimination & Impact

CONFIDENTIAL

HARV00013368

CONFIDENTIAL

# Purpose

- Provide statistics & data to give context to the demographics & experiences of the students we may see in our pool

HARV00013369



CONFIDENTIAL

HARV00013370

CONFIDENTIAL

# SAT Test-Takers: Demographics



- Other 4%
- No response 4%
- Native-Am 0%
- AAPI 12%
- White 50%
- Black 13%
- PR 2%
- Mex-Am 7%
- Latino 8%

HARV00013371



CONFIDENTIAL

HARV00013372





CONFIDENTIAL

HARV00013374

CONFIDENTIAL

# Approx. # of students scoring above 650

| | White | Latino | Mex-Am | PR | Black | AAPI | Native-Am |
|---|---|---|---|---|---|---|---|
| Critical Reading | 108,541 | 5,675 | 3,435 | 1,115 | 4,203 | 33,325 | 589 |
| Math | 133,589 | 7,094 | 4,580 | 1,115 | 4,203 | 78,412 | 785 |
| Writing | 100,191 | 5,675 | 2,290 | 836 | 4,203 | 39,206 | 490 |

HARV00001375

CONFIDENTIAL

# Approx. # of students scoring above 700

| | White | Latino | Mex-Am | PR | Black | AAPI | Native-Am |
|---|---|---|---|---|---|---|---|
| Critical Reading | 50,096 | 2,838 | 1,145 | 557 | 2,101 | 17,643 | 294 |
| Math | 50,096 | 2,838 | 1,145 | 278 | 2,101 | 49,008 | 294 |
| Writing | 41,746 | 1,418 | 1,145 | 278 | 2,101 | 21,563 | 196 |

HARV00001376

CONFIDENTIAL

# Asian Americans

## Demographics, Identities & Socioeconomic Characteristics



HARV00013377

## Implications

- We must be weary of aggregated data for Asian American student populations

- Honor the nuance of both identity and context

- Ask more questions about the composition of Asian American students in our pool and in our admitted classes

CONFIDENTIAL

HARV00013394

CONFIDENTIAL



# Black in America:
## Structural Inequities & Racialized Experiences

HARV00013395

# Implications

- Black students in the U.S. have a variety of economic, social, and psychological barriers to overcome in obtaining a quality education

- In aggregate, Black students in the U.S. have fewer educational opportunities and supports

- Regardless of economic background, Black students' experiences are impacted by racial bias, both explicit and implicit

CONFIDENTIAL

HARV00013416