# EXHIBIT 78

**From:** Yong, Elizabeth [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YONG]
**Sent:** Wednesday, January 23, 2013 3:42:04 PM
**To:** Zupan, Dan
**Subject:** RE: The orchid that...

No need. I was having one of those days. There's a lot to do and ▓▓▓▓▓▓▓ so we're not making much headway.

They're in their crazed, oh my god we have committee mood and I'm trying hard to stay above the fray.

Fitz is on a tear about this Asian American thing. He's in Florida on a development trip so he's micro-managing everything and yesterday had to sit in a meeting with MEM and RMW about 4 articles he's written. I decided to pull the I'm a geek and know nothing about writing, but here are all the factual edits you need to make and ran out after 40 minutes. RMW tells me that MEM kept her for an additional 2 hours.

▓▓▓ is on a perpetual whine. There is something odd about her. I don't think anything really sinks in.

The CA fee thing has been fixed, but the UA transfer template changed and now I have to figure out how so we can import their 5 candidates. I know we need them as backup, but man, they are much more trouble than they're worth.

Amelia is pushing for her Visitas stuff.

Meanwhile, only one of the last group of 15 is interested in interviewing for the job. There's one new resume, but she's more of a mini-Bob than a mini-me.

Enough whining on my part.

How are you? What's the dr say? Are you working out? Do you have biceps yet?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Take care,
EBY


-----Original Message-----
From: Zupan, Dan
Sent: Wednesday, January 23, 2013 9:29 AM
To: Yong, Elizabeth
Subject: Re: The orchid that...

Hey EBY,
Sorry I missed this- i forgot the damn IPad displays only the original email.

Its a lot of work- sounds like no movement on the DBManager job....You want to talk?

Z

On Jan 21, 2013, at 8:42 AM, "Yong, Elizabeth" <yong@fas.harvard.edu> wrote:

> Have to admit, feeling a bit burned out.
>
> All the little things are getting to me.

>
> I'm getting caught up on the downloads. Assumed that when we shut off the apps, the support material shut down as well, but it doesn't.
>

[redacted]

>
> Didn't know about CA payments can be made after the apps are imported until Sage sent one of her there's something wrong emails. Have the data downloaded, but again, need Bob to fix the importer.
>
> UA payments are totally messed up because Sallie Mae is not sending the UA id with their reconciliation reports. Had to go back and forth with CA before they believed me. Had to go in and match by hand and reload the data.
>
> Aren't you glad you're not dealing with all this?
>
> -----Original Message-----
> From: Zupan, Dan
> Sent: Monday, January 21, 2013 7:35 AM
> To: Yong, Elizabeth
> Subject: Re: The orchid that...
>
> Hi-
>
> Exercise, rest and lean diet...daily.....
>
> I was supposed to meet Bob on Friday, but we never confirmed the time. [redacted] we left Friday tentative.
> [redacted].....I'll reach out and see if he responds.
>
> Ken cc'd me on Nevo's RFP for an eReader and online reading solution...Should be interesting....
>
> How are you doing? Everything ok?
>
>
>
>
>
> On Jan 21, 2013, at 7:23 AM, "Yong, Elizabeth" <yong@fas.harvard.edu> wrote:
>
>> Follow [redacted] Enjoy the time out of the office. [redacted]
>>
>> BTW, have you heard from Bob? [Redacted: PII/SPI] but he had also mentioned that [Redacted: PII/SPI]
>>
>> _____
>> From: Zupan, Dan
>> Sent: Sunday, January 20, 2013 7:29 PM
>> To: Yong, Elizabeth
>> Subject: Re: The orchid that...
>>
>> A beaut- [Redacted: PII/SPI]
>>
>> On Jan 18, 2013, at 2:46 PM, "Yong, Elizabeth" <yong@fas.harvard.edu> wrote:
>>
>>> Beauty, eh!
>>> How was [redacted]
>>>
>>> -----Original Message-----
>>> From: Zupan, Dan
>>> Sent: Friday, January 18, 2013 1:58 PM
>>> To: Yong, Elizabeth

>>> Subject: The orchid that...
>>>
>>> The office sent last year to commemorate my Mom.....re bloomed!
>>>
>>> A beaut, eh?

CONFIDENTIAL  HARV00014511