# EXHIBIT 81

| | |
|---|---|
| **From:** | Yong, Elizabeth [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YONG] |
| **Sent:** | Tuesday, January 07, 2014 8:02:22 PM |
| **To:** | Banks, Roger |
| **Subject:** | RE: EA Stats |
| **Attachments:** | EA1718.pdf; CL180107.pdf |

Attached are the EA numbers with EA admits and the app numbers as of this morning.

Be warm.

-----Original Message-----
From: rbanks@fas.harvard.edu [mailto:rbanks@fas.harvard.edu]
Sent: Tuesday, January 07, 2014 2:57 PM
To: Yong, Elizabeth
Subject: EA Stats

ABAFAOILSS on Th-Fri. Can I get the usual one pager, including this year and last yr? Hope you are well and warm.
Sent from my Verizon Wireless BlackBerry

CONFIDENTIAL
HARV00014684



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HARV00014685



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HARV00014686