# EXHIBIT 86



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS, REGION I**

5 POST OFFICE SQUARE, 8TH FLOOR
BOSTON, MASSACHUSETTS 02109-3921

Dr. Drew Gilpin Faust
Office of the President
Harvard University
Massachusetts Hall
Cambridge, Massachusetts 02138

FEB 1 5 2012

Re: Complaint No. 01-11-2078

Dear President Faust:

This letter is to inform you that the U.S. Department of Education, Office for Civil Rights (OCR) is closing the above-referenced complaint filed against Harvard University (University) alleging discrimination on the basis of national origin.

By emailed dated February 10, 2012, the Complainants informed OCR that they were withdrawing their complaint. Based on their decision to withdraw the complaint, OCR will take no further action and we are closing this complaint effective the date of this letter.

If you have any questions or concerns regarding this letter, please contact Civil Rights Investigator, Linda Huynh by telephone at (617) 289-0013, or by email at: Linda.Huynh@ed.gov, or Senior Civil Rights Attorney, Nicole Merhill, by telephone at (617) 289-0040, or by email at: Nicole.Merhill@ed.gov. You may also contact me directly at (617) 289-0120.

Sincerely,

Allen L. Kropp
Acting Team Leader

cc: Heather Quay, Esq.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

CONFIDENTIAL                                                                              HARV00016639