# EXHIBIT 89

| | |
|---|---|
| **From:** | McGrath, Marlyn [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MMCG] |
| **Sent:** | Monday, March 17, 2014 11:36:20 PM |
| **To:** | Yong, Elizabeth |
| **CC:** | Fitzsimmons, William; Donahue, Sally |
| **Subject:** | Re: 0317 stats |
| **Attachments:** | nlna0317.pdf; 1pager0317.pdf |

Excellent to have. Thank you!

On Mar 17, 2014, at 7:04 PM, Yong, Elizabeth <yong@fas.harvard.edu> wrote:

> WRF, MEM, SCD,
>
> One pager and nlna numbers attached. I've also sent copies to OAP's printer.
>
> EBY

CONFIDENTIAL                                                                                                                                          HARV00016782



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00016783

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00016784