# EXHIBIT 90

| | |
|---|---|
| **From:** | McGrath, Marlyn [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MMCG] |
| **Sent:** | Sunday, March 02, 2014 9:52:58 PM |
| **To:** | Yong, Elizabeth |
| **CC:** | Fitzsimmons, William; Donahue, Sally |
| **Subject:** | Re: stats for monday |
| **Attachments:** | 1pager.pdf; nlna.pdf; dkt.pdf |

Thanks very much— this is great to have now!

On Mar 2, 2014, at 4:48 PM, Yong, Elizabeth <yong@fas.harvard.edu> wrote:

> WRF, MEM, SCD,
>
> Attached are stats for tomorrow's meetings.
>
> Let me know if there's anything else you need.
> I'll also send copies to OAP's printer.
>
> Thanks,
> EBY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY