# EXHIBIT 94

**Hibino, Thomas**

---

| | |
|---|---|
| **Subject:** | Fitzsimmons |
| **Location:** | Ruth's Chris |
| **Start:** | Thursday, February 02, 2012 12:30 PM |
| **End:** | Thursday, February 02, 2012 2:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | No response required |
| **Organizer:** | Hibino, Thomas |

## Hibino, Thomas

**From:** Hibino, Thomas
**Sent:** Thursday, January 12, 2012 7:21 PM
**To:** Bill Fitzsimmons (wrf@fas.harvard.edu)
**Subject:** RE:

Since you're checking e-mails, I just wanted to let you know we finally sent you guys something on that complaint we talked about before. This shouldn't be a big deal, but let's talk sometime.

---

**From:** Hibino, Thomas
**Sent:** Thursday, January 12, 2012 6:22 PM
**To:** Bill Fitzsimmons (wrf@fas.harvard.edu)
**Subject:**

Hi, there!

Is Bill in the office this week? I just need to chat with him for a couple of minutes.

Tom