# EXHIBIT 95



# HARVARD UNIVERSITY
Office of the General Counsel

Heather M. Quay
*University Attorney*

heather_quay@harvard.edu

Holyoke Center, Suite 980
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138-3834

t.617.495.1434
f.617.495.5079

February 2, 2012

Ms. Nicole Merhill
Office for Civil Rights
U.S. Department of Education, Region I
5 Post Office Square
8th Floor
Boston, MA 02109

Re: Complaint No. 01-11-2078

Dear Ms. Merhill:

Thank you again for your courtesy in allowing me extra time to prepare the response of President and Fellows of Harvard College ("Harvard") to the above-referenced complaint.

According to [Redacted: PII/SPI] letter dated January 11, 2012, the Complainants allege that Harvard denied their son admission to Harvard College on the basis of his national origin. Specifically, they allege that Harvard set a limit on the number of Asian American students admitted to the University and applied a higher standard to their son's application than it did to applications submitted by White Americans. Although [Redacted] letter does not name the Complainants, they have identified themselves to Harvard in a separate letter to William R. Fitzsimmons, Dean of Admissions and Financial Aid for Harvard College, alerting him that their complaint to OCR was accepted. This letter, dated January 13, 2012, is the latest in a series of letters between the Complainants and Harvard, all of which are attached as part of this submission. Thus, because the Complainants, who are the parents of [Redacted: PII/SPI], have made their identity known to Harvard, this response will in part address specifically the context and reasons for Harvard's decision on [Redacted: PII/SPI] application. As the following narrative and attached materials amply demonstrate, Harvard did not discriminate against [Redacted: PII/SPI] in any way.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY