# EXHIBIT 101

| | |
|---|---|
| **From:** | Yong, Elizabeth [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YONG] |
| **Sent:** | Monday, December 02, 2013 10:58:37 PM |
| **To:** | Fitzsimmons, William; McGrath, Marlyn; Donahue, Sally |
| **Subject:** | stats |
| **Attachments:** | EAGender.pdf; EA18.pdf; EADkt18.pdf |

WRF, MEM, SCD,
The latest numbers are attached.
EBY
*Elizabeth Yong*
*Special Projects Administrator for*
*Admissions Policy, Research & Operations*
*Harvard College Admissions*
*yong@fas.harvard.edu*
*617-496-4519*

CONFIDENTIAL                                                                                                                                    HARV00021281





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00021284