# EXHIBIT 102

| | |
|---|---|
| **From:** | Howrigan, Kaitlin [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOWRIGAN] |
| **Sent:** | Tuesday, March 19, 2013 4:46:37 PM |
| **To:** | Yong, Elizabeth |
| **Subject:** | RE: One pager |

Perfect. A big thank you from the committee!

-----Original Message-----
From: Yong, Elizabeth
Sent: Tuesday, March 19, 2013 12:45 PM
To: Howrigan, Kaitlin
Subject: RE: One pager

Done and 3 copies sent to OAP's printer.

-----Original Message-----
From: Howrigan, Kaitlin
Sent: Tuesday, March 19, 2013 12:07 PM
To: Yong, Elizabeth
Subject: One pager

Hi EBY,

We just finished up our first pass and WRF was hoping he could get a one pager and his ethnic stats so we can look at where. It looks like we need to take 28 more right now from the lop mes.

Thanks,

Kaitlin

CONFIDENTIAL                                                                                                              HARV00021585