# EXHIBIT 103

| | |
|---|---|
| **From:** | Yong, Elizabeth [/o=Harvard-FAS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=yong] |
| **Sent:** | Tuesday, November 05, 2013 12:56:08 PM |
| **To:** | Fitzsimmons, William; McGrath, Marlyn; Donahue, Sally |
| **CC:** | Waters, Vaughn |
| **Subject:** | one pager |
| **Attachments:** | EA18.pdf |

Hi All,
The first one pager of the season is attached!
I'm feeling a bit under the weather so I'll be working from home today.
Let me know if you need anything else.
EBY

*Elizabeth Yong*
*Special Projects Administrator for*
*Admissions Policy, Research & Operations*
*Harvard College Admissions*
*yong@fas.harvard.edu*
*617-496-4519*

CONFIDENTIAL
HARV00022117



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY