# EXHIBIT 105

# Statement on Asian-American Admissions at Harvard-Radcliffe

Over the past several years, Harvard and Radcliffe have received frequent attention in the national news media regarding the record numbers of Asian-American students admitted to its recent freshman classes. Indeed for the past decade, Asian-Americans have set new records every year, going from 4.8 percent of the freshman class in 1978 to the current 12.2 percent.

This is a remarkable achievement, especially in light of the fact that Asian-Americans comprise 2 percent of the US population. Asian-Americans have also met with great academic and extracurricular success after enrolling at Harvard and Radcliffe. In addition to a strong representation among the high honors graduates and Phi Beta Kappas, Asian-Americans have been elected Class Marshals (analogous to senior class officers), held numerous other elected student government and dormitory leadership positions, headed major publications, played on varsity athletic teams, received national and even international musical acclaim, and been involved in virtually all of the College's many extracurricular activities. Asian-Americans have also fared extremely well in a wide variety of fellowship and scholarship competitions such as the Marshall Scholarships, Rotary Fellowships, and National Science Foundation awards. This year, when Harvard and Radcliffe undergraduates won 10 of the 32 Rhodes Scholarships awarded in the US, two of the 10 were Asian-American.

Harvard and Radcliffe have worked hard to enroll so many outstanding Asian-Americans. The Admissions Office has been actively involved in recruiting Asian-Americans for well over 10 years and will continue to do so. Our recruiting program includes the use of direct mail, travel by staff to high schools and college nights, and volunteer assistance from alumni/ae representatives. Asian-American undergraduates have made a vital contribution to these efforts by traveling around the country (often back to their own communities) to talk of their positive experiences at the College, hosting visiting high school students, calling and writing applicants and admitted students, and representing the College at regional and national Asian-American conferences.

The special commitment made by our undergraduates to recruit Asian-Americans has been particularly important to the large segments of the Asian-American population who are poor, blue-collar, and lower middle-class. Such students often live in Chinatowns and Koreatowns (or similar Japanese and Indian communities) or are recent immigrants from the Philippines, Vietnam, or other parts of Southeast Asia. Many of these students have relatively little information about Harvard and Radcliffe and the College's generous financial aid policies which provide scholarship assistance to all who need it. Two-thirds of all undergraduates are on financial aid.

Despite the great success Asian-Americans have achieved at Harvard and Radcliffe, there has been speculation in some of the news media that Asian-Americans are "under-represented" here or even that "quotas" might be used to limit their numbers. Given the fact that we have recruited vigorously and set a new record every year for the last decade in the numbers of Asian-Americans admitted to the Freshman Class, it is difficult to claim that efforts are being made to limit the number of Asian-Americans here. In fact, such limitations or quotas would be both illegal and decidedly not in Harvard and Radcliffe's best interest.

We seek the most talented student body possible and it would therefore be totally counterproductive to limit the number of individuals in our Class because of ethnic background. Excellence should never be "under-represented." There will never be an upper limit, or for that matter a lower limit, on the numbers of students from a given ethnic background at Harvard and Radcliffe. To have such a restriction here would be especially ironic because Harvard and Radcliffe were cited as an "illuminating model" for minority admissions by Justice Lewis F. Powell in the United States Supreme Court's 1978 *Bakke* decision which outlawed quotas in university admissions.

Some recent articles contend that the increasing numbers of Asian-American students at selective colleges reduce diversity in the student body. Nothing could be further from the truth. Asian-Americans bring with them an enormous breadth of individual talents. The Admissions Committee understands and is sensitive to the cultural differences and great diversity within the Asian-American community, which span many countries of origin, languages, and sub-groups. The Admissions Committee must give Asian-Americans as fair and equitable a review as they give everyone else while being especially sensitive to the prejudice Asian-Americans may experience and the cultural differences that could affect their college applications.

Over the last 10 years there has been a 3.7 percent difference between the admission rate at Harvard and Radcliffe for Asian-Americans and whites (13.3 percent for Asian-Americans and 17.0 percent for whites). This difference has also been the subject of some speculation in the news media. There are several reasons for the difference. While Asian-Americans are slightly stronger than whites on academic criteria, they are slightly less strong on extracurricular criteria. In addition, there are very few Asian-Americans in our applicant pool who are alumni/ae children or prospective varsity athletes. When all these factors are taken into account, the difference in admission rates for the two groups disappears. Those with comparable extracurricular and athletic credentials are admitted at the same rates. This is also true for Asian-American alumni/ae children. But to understand fully why the rates have been different, one must be aware of the many factors that have long been involved in admissions decisions at selective colleges.

Last year a record 14,200 students applied for the 1,600 places in the freshman class at Harvard and Radcliffe. The substantial majority of the applicants were "qualified" to succeed academically. In making its decisions, the Admissions Committee therefore had to go beyond a simple determination of whether or not a student could do the required academic work.

The Admissions Committee at Harvard and Radcliffe has for many years been faced with more qualified applicants than spaces in the class. Wilbur J. Bender, who served as Dean of Admissions and Financial Aid from 1952-1960, summarized in his final report

*(Continued)*

*(Continued)*

the admissions policies that had developed since World War II. One central question was, as Bender put it,

> "Does Harvard want a student body selected solely on the basis of apparent relative academic promise" or should Harvard "consciously aim for a student body with a somewhat broader range of academic ability . . . to include a variety of personalities, talents, backgrounds, and career goals?"

Bender argued persuasively for the latter course and cited Harvard's record for producing leaders in many different fields as one of the results of this policy. Harvard accepted Bender's argument and has maintained this policy ever since.

Academic credentials are, nevertheless, important to the Harvard and Radcliffe Admissions Committee. A large number of the applicants each year present outstanding teacher recommendations, academic projects, grades, and test scores. Harvard requires the College Board's Scholastic Aptitude Test (SAT) and three Achievement Tests (tests administered by the College Board in specific subjects such as French, chemistry, American history, etc.). These tests are scored 200 (lowest) to 800 (highest). Over the last decade or so, Asian-Americans (both applicants and admitted students) have typically scored 20 points or so higher than any other group in each of the required tests: the SAT verbal (English) test, the SAT mathematics test, and the average of the three Achievement Tests. Obviously this is not a large difference and individual admissions decisions would not be made solely on the basis of 20 points on a College Board test. One recent article on Asian-American admissions published in a journal, *The Public Interest*, mistakenly reported a 112 point difference in the *combined* SAT verbal and mathematics scores for admitted Asian-American and white students. The actual difference for the year cited in the article was 50 points and the typical difference in a given year is 40 points for the verbal and mathematics SATs combined.

In addition to academic criteria there are many other factors which the Admissions Committee must weigh as it makes its decisions. They were summarized by Bender in his 1960 report and elaborated upon by the next Dean of Admissions, Fred L. Glimp (with co-author Dean K. Whitla) in their 1964 article entitled "Admissions and Performance in the College: An Examination of Current Policy,"

"... the Committee proceeds on the belief that in our student body a mixture of diverse talents, interests, personalities, backgrounds, and career goals—a mixture based on a variety of particular excellences as we find them in individual applicants—will produce the most lively and healthy educational environment in which students can live and work together and educate one another."

Most graduating seniors at Harvard and Radcliffe would agree. They report in surveys that their fellow students played a crucial role in providing some of the most important aspects of the education that took place during their college years.

The diversity of backgrounds and talents in the student body is a major reason why more admitted students choose to enroll at Harvard and Radcliffe than at any other college in the country. Surveys of enrolling students point to the academic excellence of the student body as one factor in their decision, but equally important is the diversity of the students' backgrounds and the myriad of strong extracurricular and athletic activities that help to provide a well-rounded "collegiate" experience. Harvard and Radcliffe have traditionally matriculated the most National Merit Scholarship and Westinghouse Science Competition winners and these outstanding students feel that the extracurricular and athletic opportunities here were critical in their decisions to enroll and to their satisfaction four years later.

Studies of Harvard and Radcliffe undergraduates demonstrate clearly that academic pursuits are actually helped by extracurricular and athletic involvement. Taking part in nonacademic activities tends to leave students fresher, more stimulated, more disciplined, and better organized. Thus they achieve greater academic success than they would have otherwise, while enjoying themselves more.

Extracurricular activities and athletics are also among the principal means by which students get to know one another during college. They enable students from different backgrounds or disparate major fields to come together and share their commitment toward a common goal. Such commitment, energy, and "well-roundedness" is also attractive later to many graduate schools and employers, as well as to the individuals who select Rhodes Scholars or other fellowships or scholarships. These qualities will also serve our students well in a personal sense as they develop their talents over the remainder of their lives.

In addition to extracurricular activities and athletics, another factor in the admissions process at Harvard and Radcliffe (and at most other colleges) is the policy of admitting the children of alumni/ae when all other factors are substantially equal among candidates. Alumni/ae provide the bulk of the scholarship funds which allow Harvard and Radcliffe to meet the financial need of all their students. In addition, alumni/ae serve the University in many ways—on advisory panels, in governance, and in our admissions recruitment efforts. Over 4,000 alumni/ae assist the Admissions office in contacting students, visiting high schools, attending college nights, and providing the required interview for of most of our admissions candidates. Today relatively few Asian-Americans are the children of alumni/ae, although the recent dramatic increases in the percentage of Asian-Americans in the College will obviously change this significantly in the coming years.

Just as a larger percentage of Asian-Americans in our current student body will lead to more Asian-American alumni/ae children in the future, we believe we have already seen signs that the differences in extracurricular and athletic credentials may be narrowing. In fact, one of the major reasons for addressing the issue of Asian-American applicants now is to be certain that prospective Asian-American applicants can prepare for college fully aware of the considerations involved in college admissions. This is especially important for recent immigrants, who may be more familiar with foreign educational systems which admit students to college solely on academic criteria or even on the basis of a single examination.

Harvard and Radcliffe have been very fortunate that such an increasingly large proportion of the most outstanding Asian-American students has applied here over the last decade. Asian-Americans have worked hard to achieve their successes, and our Admissions Committee has responded positively to their efforts. Asian-Americans have contributed immeasurably to the academic and extracurricular excellence of Harvard and Radcliffe. They are a vital and permanent part of this University and we urge prospective Asian-American applicants to consider the rich opportunities that await them at Harvard and Radcliffe.

*By Susie S. Chao, Admissions Officer, and Assistant Director of Minority Recruitment, and William R. Fitzsimmons, Dean of Admissions and Financial Aid. January 1988*