# EXHIBIT 106

| Class | Overall | | | African Americans | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apps | Admits | Matrics | Apps | % OV Apps | Admits | % OV Admits | Ad Rate | Matrics | %OV Matrics | Yield |
| 2018* | 34295 | 2022 | 1655 | 3468 | 10.1% | 240 | 11.9% | 6.9% | 177 | 10.7% | 73.8% |
| 2017* | 35023 | 2047 | 1659 | 3439 | 9.8% | 233 | 11.4% | 6.8% | 156 | 9.4% | 67.0% |
| 2016* | 34303 | 2076 | 1664 | 3309 | 9.6% | 208 | 10.0% | 6.3% | 154 | 9.3% | 74.0% |
| 2015* | 34950 | 2188 | 1661 | 3604 | 10.3% | 253 | 11.6% | 7.0% | 165 | 9.9% | 65.2% |
| 2014* | 30489 | 2205 | 1665 | 2925 | 9.6% | 242 | 11.0% | 8.3% | 154 | 9.2% | 63.6% |
| 2013 | 29114 | 2175 | 1663 | 2975 | 10.2% | 226 | 10.4% | 7.6% | 159 | 9.6% | 70.4% |
| 2012 | 27462 | 2175 | 1658 | 2765 | 10.1% | 217 | 10.0% | 7.8% | 139 | 8.4% | 64.1% |
| 2011 | 22955 | 2108 | 1659 | 2052 | 8.9% | 221 | 10.5% | 10.8% | 144 | 8.7% | 65.2% |
| 2010 | 22754 | 2125 | 1684 | 1984 | 8.7% | 220 | 10.4% | 11.1% | 156 | 9.3% | 70.9% |
| 2009 | 22796 | 2102 | 1640 | 1716 | 7.5% | 221 | 10.5% | 12.9% | 153 | 9.3% | 69.2% |
| 2008 | 19752 | 2110 | 1638 | 1263 | 6.4% | 211 | 10.0% | 16.7% | 145 | 8.9% | 68.7% |
| 2007 | 20987 | 2095 | 1635 | 1277 | 6.1% | 209 | 10.0% | 16.4% | 139 | 8.5% | 66.5% |
| 2006 | 19609 | 2066 | 1624 | 1226 | 6.3% | 183 | 8.9% | 14.9% | 112 | 6.9% | 61.2% |
| 2005 | 19014 | 2110 | 1637 | 1139 | 6.0% | 185 | 8.8% | 16.2% | 118 | 7.2% | 63.8% |
| 2004 | 18693 | 2082 | 1642 | 1177 | 6.3% | 202 | 9.7% | 17.2% | 129 | 7.9% | 63.9% |
| 2003 | 18161 | 2068 | 1634 | 1081 | 6.0% | 202 | 9.8% | 18.7% | 129 | 7.9% | 63.9% |
| 2002 | 16818 | 2086 | 1650 | 1005 | 6.0% | 207 | 9.9% | 20.6% | 146 | 8.8% | 70.5% |
| 2001 | 16597 | 2153 | 1642 | 909 | 5.5% | 184 | 8.5% | 20.2% | 131 | 8.0% | 71.2% |
| 2000 | 18183 | 2074 | 1614 | 965 | 5.3% | 186 | 9.0% | 19.3% | 138 | 8.6% | 74.2% |
| 1999 | 17852 | 2150 | 1610 | 1035 | 5.8% | 215 | 10.0% | 20.8% | 146 | 9.1% | 67.9% |
| 1998 | 15261 | 2149 | 1611 | 877 | 5.7% | 207 | 9.6% | 23.6% | 147 | 9.1% | 71.0% |
| 1997 | 13865 | 2165 | 1606 | 846 | 6.1% | 217 | 10.0% | 25.7% | 144 | 9.0% | 66.4% |
| 1996 | 13029 | 2135 | 1606 | 691 | 5.3% | 168 | 7.9% | 24.3% | 90 | 5.6% | 53.6% |
| 1995 | 12589 | 2163 | 1609 | 720 | 5.7% | 194 | 9.0% | 26.9% | 132 | 8.2% | 68.0% |
| 1994 | 12190 | 2206 | 1606 | 651 | 5.3% | 205 | 9.3% | 31.5% | 127 | 7.9% | 62.0% |
| 1993 | 12843 | 2256 | 1605 | 724 | 5.6% | 211 | 9.4% | 29.1% | 130 | 8.1% | 61.6% |
| 1992 | 14436 | 2193 | 1602 | 843 | 5.8% | 212 | 9.7% | 25.1% | 138 | 8.6% | 65.1% |
| 1991 | 14220 | 2187 | 1602 | 783 | 5.5% | 211 | 9.6% | 26.9% | 135 | 8.4% | 64.0% |
| 1990 | 13654 | 2274 | 1600 | 679 | 5.0% | 196 | 8.6% | 28.9% | 104 | 6.5% | 53.1% |

5/2/2014

1 of 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023173

| Class | Overall | | | African Americans | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apps | Admits | Matrics | Apps | % OV Apps | Admits | % OV Admits | Ad Rate | Matrics | %OV Matrics | Yield |
| 1989 | 13617 | 2192 | 1601 | 624 | 4.6% | 170 | 7.8% | 27.2% | 112 | 7.0% | 65.9% |
| 1988 | 13221 | 2238 | 1636 | 590 | 4.5% | 180 | 8.0% | 30.5% | 104 | 6.4% | 57.8% |
| 1987 | 12537 | 2292 | 1615 | 687 | 5.5% | 188 | 8.2% | 27.4% | 99 | 6.1% | 52.7% |
| 1986 | 13341 | 2316 | 1616 | 649 | 4.9% | 171 | 7.4% | 26.3% | 97 | 6.0% | 56.7% |
| 1985 | 13513 | 2164 | 1597 | 696 | 5.2% | 181 | 8.4% | 26.0% | 126 | 7.9% | 69.6% |
| 1984 | 13851 | 2150 | 1630 | 664 | 4.8% | 176 | 8.2% | 26.5% | 129 | 7.9% | 73.3% |
| 1983 | 13085 | 2263 | 1677 | 665 | 5.1% | 195 | 8.6% | 29.3% | 139 | 8.3% | 71.3% |
| 1982 | 12733 | 2234 | 1635 | 631 | 5.0% | 178 | 8.0% | 28.2% | 131 | 8.0% | 73.6% |
| 1981 | 11922 | 2193 | 1622 | 664 | 5.6% | 174 | 7.9% | 26.2% | 124 | 7.6% | 71.3% |
| 1980 | 11293 | 2222 | 1633 | 666 | 5.9% | 185 | 8.3% | 27.8% | 137 | 8.4% | 74.1% |

NB: '80 - '87 may also include foreign citizens
2014 to 2018 numbers reflect new methodology of counting ethnicity

5/2/2014

2 of 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023174