# EXHIBIT 108

Redacted: PII/SPI

**Pacholok, Olesia**

| | |
|---|---|
| **From:** | Redacted: com] |
| **Sent:** | Thursday, December 27, 2012 2:20 PM |
| **To:** | Pacholok, Olesia |
| **Subject:** | Fw: Ron Unz/ David Brooks Ivy League treatment of Asian American applicants |

Bill
*See suggestion re bringing the issue of accuracy and fact checking to attention of NYTimes public editor/ombudsman*
*These egregious errors really call for that*

Redacted

**From:** Redacted: PII/SPI .com]
**Sent:** Wednesday, December 26, 2012 05:14 PM
**To:** Redacted:
**Subject:** Re: Ron Unz/ David Brooks Ivy League treatment of Asian American applicants

This distortion of numbers would be shocking if it were not the normal *modus operandi* of movement conservatives.

Why don't you (or some Harvard official or trustee) write a letter to the editor of the Times correcting the figures -- and copy the public editor public@nytimes.com asking her to find out why the op-ed article's figures were not re-checked by the Times before they published it?

[As for Jews being less ambitious & striving once Ma & Pa move to Scarsdale or -- dare I say it? Greenwich. This is broadly correct but improvable but it is also in the American tradition "from shirtsleeves to shirtsleeves in three generations." The converse is also not proven but is demonstrable by [Redacted:] among other families: when the family is firmly grounded and the parents inner-directed, that drive to accomplish & succeed remains. A notable example is Mr. Brooks himself, but likeable as he is , he is too often left mired in his own contradictions.]

===== Original Message =====
**From:** Redacted:
**To:** Redacted: PII/SPI
          Redacted:
**Cc:** Redacted:
**Sent:** Wednesday, December 26, 2012 4:13 PM
**Subject:** Ron Unz/ David Brooks Ivy League treatment of Asian American applicants

Ron Unz is the publisher/editor of American Conservative  He has written a long article for his publication which he excerpted as an OpEd in the NYTimes a few days ago and that subsequently was cited  with praise by David Brooks in the NY Times of Dec 25 as one of the most important articles of 2012

In that article and OpEd, Unz states that Harvard has reduced the number of Asian American acceptees from 20.2 % to 16% and that the rest of the Ivy League has established the same 16 % as the quota. He says this is similar to the quota that Harvard and other leading universities had for Jews before the Second World War

His numbers are wrong. The current Harvard freshman class is 22% Asian American and the average for the prior 4 years was over 20%. Harvard does not consider religion or ethnicity in its admission process. Harvard does not know what the % of students of any religion is.

A second theme of the longer article is that the % of Jews admitted currently by Ivy League schools is too high and reflects favoritism because Jews are no longer the strivers / achievers that they used to be !

1

HARV00023318

It appears that this article was timed to coincide with the consideration by the US Supreme Court of "affirmative action" as a criticism of any criterion for acceptance to university other than merit, but the undertone is nastier. The article is long but it bears reading

*****

This E-mail and any attachments are only for the named addressee(s) and may contain confidential information. If you are not a named addressee, you are hereby notified that any distribution or use by you is prohibited, and you should promptly delete all electronic and print copies and notify the sender at Redacted: Redact ed

2

CONFIDENTIAL

HARV00023319