# EXHIBIT 109

**Pacholok, Olesia**

**To:** Redacted: PII/SPI
**Subject:** RE: Ron Unz

Dear Redacted

It was great to talk with you yesterday. We clearly share many of the same perspectives on Harvard and its history!

Thanks for the follow-up on the letters. They will be helpful as we go through the process of creating an institutional response. I made some progress on that front last night and today. Given the sensitivity of the issues, it will probably take some time to complete the deliberations, and I will keep you posted.

Have a wonderful holiday!

Sincerely,
Bill

**From:** Redacted: PII/SPI [         com]
**Sent:** Thursday, December 27, 2012 11:40 AM
**To:** Pacholok, Olesia
**Subject:** Ron Unz

Bill

See Letter to Editor in NY Times today

Formal reply directly from Harvard still needed

Redacted: PII/SPI

*****

This E-mail and any attachments are only for the named addressee(s) and may contain confidential information. If you are not a named addressee, you are hereby notified that any distribution or use by you is prohibited, and you should promptly delete all electronic and print copies and notify the sender at Redacted Redact

CONFIDENTIAL                                                                                       HARV00023320