# EXHIBIT 110

**Pacholok, Olesia**

| | |
|---|---|
| From: | [Redacted: PII/SPI].com] |
| Sent: | Wednesday, February 13, 2013 5:24 PM |
| To: | Smith, Michael |
| Cc: | Pacholok, Olesia; Drew G. Faust; Joe Donovan; Jeff A. Neal; Kirwan, Leslie |
| Subject: | RE: Emailing: The Myth of American Meritocracy The American Conservative///As we agreed,Harvard should have corrected Onz's error re Asian % at The College before or at least right after David Brooks confirmed Onz's error and the NYTimes became the re... |

Dear Mike

Always a pleasure to be with and to hear from you about Harvard--today and in the future

I look forward to seeing Jeff Neal's response to David Brooks and to Ron Unz. The misinformation that was the basis of the Unz claim of discriminatory quota treatment by Harvard requires correction. One must get the facts straight before one can have a reasoned opinion.

I believe the New York meetings were very well conducted. Your presentations were excellent and very persuasive. The volunteer team is outstanding and the staff support will enable it to proceed effectively---and successfully

I shall await advice about the small investment opportunity for Harvard. I believe that it would be very attractive AND we shall not benefit or suffer whatever Harvard may decide. It would be fun to tell Fred Lawrence that Harvard is more nimble than Brandeis !

All the best

[Redacted: PII/SPI]


*****

This E-mail and any attachments are only for the named addressee(s) and may contain confidential information. If you are not a named addressee, you are hereby notified that any distribution or use by you is prohibited, and you should promptly delete all electronic and print copies and notify the sender at [Redacted: PII/SPI]


-----Original Message-----
From: Smith, Michael [mailto:mike_smith@harvard.edu]
Sent: Wednesday, February 13, 2013 4:48 PM
To: [Redacted:]
Cc: Pacholok, Olesia; Drew G. Faust; Smith, Michael; Joe Donovan; Jeff A. Neal; Kirwan, Leslie
Subject: Re: Emailing: The Myth of American Meritocracy The American Conservative///As we agreed,Harvard should have corrected Onz's error re Asian % at The College before or at least right after David Brooks confirmed Unz's error and the NYTimes became the re...
Importance: High

Dear [Redacted:]

CONFIDENTIAL                                                                                                    HARV00023430

It was terrific to see you yesterday and have you there at our Campaign planning meeting. Thank you again for your participation and your support. It means a great deal to me.

You asked about several issues in our meeting. Concerning David Brooks, Jeff Neal is working on some material and promises me that you'll see a copy when it's ready. Concerning the investment, I've passed it off to those that know about these things, and we hope to have an answer to you shortly.

All the best,
Mike

On Feb 9, 2013, at 8:18 PM, ▉▉▉▉▉▉▉▉ <[Redacted: PII/SPI].com> wrote:

< deleted large article >

CONFIDENTIAL                                                                                                                  HARV00023431