# EXHIBIT 114

| | |
|---|---|
| **From:** | Neal, Jeff A. [jeff_neal@harvard.edu] |
| **Sent:** | Wednesday, February 06, 2013 1:04:14 AM |
| **To:** | Fitzsimmons, William |
| **Subject:** | FW: Draft Annual Admissions Applications Gazette Article |
| **Attachments:** | 2013 Applications Gazette Article.docx; SideBar- 2013 JN.docx; A note on the Collection JN.docx |

Hi Fitz,

In addition to this, I wanted to share my minor tweaks on the other two pieces. Also, Bob Iuliano [Redacted: Attorney-Client Privilege]

[Redacted: Attorney-Client Privilege]

Thanks,
Jeff

**From:** Neal, Jeff A.
**Sent:** Tuesday, February 05, 2013 8:03 PM
**To:** Smith, Michael D.; Hammonds, Evelynn M.; Fitzsimmons, William R.
**Cc:** Collins, Nina; Rouse, Ms Joan
**Subject:** Draft Annual Admissions Applications Gazette Article

Hi Deans Smith and Hammonds,

Here is a draft of the story we put out each year in the Gazette to announce the number of applications that the College has received. We hit another record this year. It includes my small edits, which Fitz hasn't had the opportunity to approve yet.

Let me know if you have edits or concerns. We might try to get them out Thursday or Friday.

In addition to this article, Fitz has drafted two pieces that could live on the Admissions website. The first explains the demographic trends that affect the number of applications. In short, America is currently experiencing a peak in the number of high school seniors and that those numbers are expected to fall in the coming years. This is helpful in preempting questions we might get about potentially flat or dropping application numbers in coming years. The second is a piece that explains how we collect and report demographic data, as per federal guidelines. It explains the difference between what's reported in IPEDS (basically, all students get one ethnicity and they all add up to 100%) and what we report publicly (students pick as many ethnicities as they think apply to themselves and all our students' ethnicities add up to more than 100%). It's obviously more complicated than that and Fitz can correct me if I'm very wrong with my characterizations. I can share the documents if you are interested.

Thanks,
Jeff

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023588

APPLICATIONS TO THE COLLEGE EXCEED 35,000 FOR THE FIRST TIME

While applications to Harvard College reached a record 35,022 this year, it was the third consecutive year with application numbers near 35,000.  Last year, 34,303 applied; two years ago applicants numbered 34,950.

"Financial aid continues to be a major factor in students' decisions to apply to Harvard," said William R. Fitzsimmons, Dean of Admissions and Financial Aid.  "Students and their families have many questions about the affordability of college in challenging financial times.  They are reassured when they learn how our financial aid program makes it possible for students from modest and middle-income families to come to Harvard."

"Generations of alumni have established a partnership with present and future undergraduates," said Fitzsimmons.  "Students as always contribute to the cost of their own education through term-time and summer work – and have the option of loans as well.  Alumni generosity enables the College to provide $172 million this year to meet the financial needs of our remarkable undergraduates."

"We are deeply grateful to President Drew Faust, Dean of the Faculty of Arts and Sciences Michael Smith, and Dean of the College Evelynn Hammonds for their continued leadership in sustaining Harvard's core value of access for the nation's and the world's most promising students," he said.

~~Over~~ More than sixty percent of Harvard students receive need-based aid to attend, and on average their families pay only $11,500

[Page]

CONFIDENTIAL

HARV00023589

annually.  "Our financial aid program requires no contribution from the twenty percent of Harvard families with annual incomes below $65,000 and asks an average of no more than ten percent of income from the majority of families receiving financial aid," said Sarah C. Donahue, Director of Financial Aid.  "In addition, even families with incomes greater —than $150,000 are eligible for aid depending on their particular circumstances such as multiple children in college or unusual medical or other essential expenses."

"It appears that there is greater economic diversity in the applicant pool this year," said Donahue.  "We see a thirty-seven percent increase in the number of students requesting a few waiver, an indication of more applicants from low- and modest-income backgrounds."

The demographics of this year's and last year's applicant pools are generally similar.  "Minority students remain a significant segment of the applicant pool, the gender breakdown is still about fifty-two percent male, and geographical distribution is about the same except for a slight decline in the number of applicants from Canada," said Marlyn E. McGrath, Director of Admissions.

"We note another increase in applications from those interested in mathematics, physical sciences, and engineering – and a twenty-six percent increase in prospective computer scientists," said McGrath.  "The pattern of increases in these four areas began with the establishment of the School of Engineering and Applied Sciences (SEAS), and it is clear that SEAS has raised the level of visibility

CONFIDENTIAL                                                                                           HARV00023590

of our superb and expanded offerings in these fields of study," she said.

The Admissions Committee is now reviewing the applications of those deferred during Early Action as well as those who applied for the January 1 Regular Action program.  Applicants will be notified of the Committee's decisions on March 28.

Admitted students will be invited to Cambridge for Visitas, the visiting program for prospective freshmen, to be held this year from April 20-22.  Students have until May 1 to notify Harvard of their decision to enroll.


With revisions 1/28/13

[Page]

CONFIDENTIAL

HARV00023591

AN ADDENDUM ON THE COLLECTION AND REPORTING

OF DATA ON RACE AND ETHNICITY

As noted in the Western Interstate Commission for Higher Education report, the changes required in recent years by the ~~Federal~~ federal ~~Government~~ government in the reporting of race and ethnicity have produced a good deal of confusion among those seeking to understand demographic trends: "Beginning in 2010-11, the last year for which we obtained enrollments data…,states and institutions were required to report data…according to a new methodology…"

"The new reporting scheme requires individuals to answer a two-part question to indicate their racial and ethnic identity.  The first question is whether an individual's ethnicity is Hispanic/Latino or not.  The second question is whether the individual is from one or more of five racial groups…  In addition to the new options for racial and ethnic self-identification, the process for collection of data from individuals is different than the reporting of the data to the Department of Education:  individuals may self-identify as both Hispanic and any combination of races, but an individual who is Hispanic will only be reported as Hispanic.  Also, individuals are not offered the choice of choosing the seventh category, Two or More Races:  rather it is a reporting category derived from the individual's selections.  These factors may account for some divergence in data across the years that cover the transition from one reporting scheme to another."

The report indicates that "…There is still only very limited empirical research into the effects of these reporting changes," speculating that the Hispanic population may increase, while others might decrease.

Like many colleges across the nation, Harvard has~~, of course,~~ complied with the new federal reporting requirements, but continues to report in other contexts the data based on students' actual responses to the optional application question.  Harvard and its Ivy League

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HARV00023592

peers are members of the Consortium on Financing Higher Education (COFHE) which has also accommodated changes in federal reporting requirements. COFHE now compiles data based on all racial/ethnic categories that apply to individual applicants, as well as data reflecting the new federal standards.

According to a COFHE publication, many COFHE institutions "continue to assign multi-racial students to a single category consistent with each school's historic practices."  A nearly equal number (including Harvard) "indicated that for certain other contexts, they would count students in all racial/ethnic/categories marked by them."

The federal reporting system known as IPEDS (Integrated Postsecondary Education Data System) has been used by Harvard and all other institutions well before the recent changes.  IPEDS has always employed a reporting method different from Harvard's and those of many other institutions.  The use of yet another method has been confusing for researchers and others interested in ethnicity. That confusion has been exacerbated by a reporting paradigm which at times mistakenly included Harvard Extension School numbers with those of the College.

Such compilation practices led to a public perception that the number of College students awarded a Pell Grant (a federal grant for low-income students) was significantly lower than it actually is.  ~~We have worked hard to correct this error, but even in the past few months~~As recently as December 2012, it was inaccurately reported in the media that only 11% of our students have Pell Grants, when the accurate percentage is 17%.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    HARV00023593

Similarly, the IPEDS reporting system leads to significantly underreported percentages for all ethnicities except Hispanic Americans. The method used by Harvard and many peer institutions gives a more complete report of the way many students, especially those of mixed heritage, actually view their racial and ethnic identities.

We mention these various reporting mechanisms for race and ethnicity to demonstrate how difficult it can be for the Western Interstate Commission for Higher Education to project the demographics of future high school graduates in the U.S. We hope that future reports will help to clarify the complex and, at times, confusing data that are used to envision the very different racial and ethnic future of our nation.

~~With revisions 1/28/13~~

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              HARV00023594

BEYOND THE RECORD 35,000 APPLICATIONS:
DEMOGRAPHICS AND THE FUTURE OF COLLEGE ADMISSIONS

Reaching the milestone of 35,022 applications to ~~the~~ Harvard College calls for some perspective on why colleges have experienced such rapid growth in their applicant pools. Ten years ago, 20,987 students applied to Harvard; twenty years ago, it was 13,870. Ten years from now, will it be close to 50,000? The simple answer is "probably not." While no one can predict the future, we can use available information to speculate about what may lie ahead.

One does not have to travel far beyond Cambridge to visit institutions with far more applications. Boston University and Northeastern have each exceeded 44,000 applications in recent years. Many factors can affect application numbers including recruitment, the public demand for higher education, financial aid availability, and demographics.

Over the past few decades, colleges have expanded their recruitment through increasingly strategic sophistication of communication of all kinds. The Internet has made a great difference both domestically and internationally.

Higher education is more important than ever for personal and economic advancement. Students fear being left behind as there are fewer jobs that do not require higher education, a fact especially evident during our current and past economic downturns.

Students are also increasingly aware that financial aid from both private and public sources, while stretched, is available. The media, non-profit organizations, governmental agencies, and colleges

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                HARV00023595

themselves have done much to deliver this message to students from modest and middle-income backgrounds.

While ~~the availability of financial aid was particularly involved~~<ins>other factors may be involved</ins> in the increased numbers of applications to Harvard College in recent years, demographics tell us much <ins>more</ins> about what has led to the current numbers of college applicants <ins>across the nation</ins> and what we might see in the future.

Knocking at the College Door, produced by the Western Interstate Commission for Higher Education with the support of ACT and the College Board, offers perspective on demographic factors that have helped shape college admissions. This highly respected publication released its latest report in December 2012. It is the eighth edition in a history of over thirty years – and it has been highly accurate in the past:

> "Beginning around 1990 and continuing through about 2011, colleges and universities could count on an annually growing number of students graduating from the nation's high schools. But that period of abundance appears to be about to end. The nation is entering a period of modest decline in the number of graduates…
> - The peak occurred in the 2010-11 academic year when total graduates from public and non-public schools reached 3.4 million.
> - Production of high school graduates will fall over the immediate term before settling down at a stable rate between 3.2 and 3.3 million nationally by 2013-14.
> - The next period of sustained growth will begin in 2020-21 and continue through 2026-27. During this time national totals of high school graduates are projected to climb about 70,000 (2 percent), a much more gradual rise than the one we saw in the two decades preceding 2010, and one that will not quite reach the 2010-11 peak."

Moreover, there will be great variations from region to region and state to state. While Harvard recruits nationally and internationally (and has done so mindful of previous demographic

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                HARV00023596

fluctuations), it is sobering to see what will happen in our home base, the Northeast (which includes New England, New York, New Jersey, and Pennsylvania).  This year there will be 624,097 high school graduates in the Northeast; by 2027-28 there will be 576,215…"a uniformly bleak picture of the future supply", according to the report.  The only state in the Northeast to register even a slight increase is New York in 2024-25, and that comes after an initial decline.  Others will see declines of varying magnitudes led by New Hampshire's 28%, with Vermont, Rhode Island, and Maine experiencing significant declines as well.  Massachusetts and Connecticut are projected to have about 16% decreases.

As the report summarizes the regional outlook: "In general, the South and the West are most likely to continue to see growth, while the Midwest and the Northeast can expect the greatest shrinkage."

While the number of high school graduates will level off, the ethnic composition is changing. The WICHE report addresses the rapidly increasing ethnic diversity of America over the coming years:

"White non-Hispanics will no longer be the majority in our nation's public high school by 2020-2021.  Actual and projected data suggest that the numbers of both White non-Hispanic and Black non-Hispanic students…have already peaked, the former in 2005-06 at 8.9 million and the latter in 2008-09 at 2.5 million.  By 2019-20 their numbers are both projected to fall from these peaks by 13 percent and 9 percent, respectively.  In the meantime, the numbers of Asians/Pacific Islanders and Hispanics enrolled will climb without interruption, rising by approximately 229,000 (29.5 percent) and 850,000 students (27.3 percent), respectively, between 2010-11 and 2019-20."

The Report also includes the following predictive data:

U. S. Public High School Enrollment by Race/Ethnicity

| | 2012-2013 | 2024-2025 | % Change |
|---|---|---|---|

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                    HARV00023597

| | | | | | |
|---|---|---|---|---|---|
| American Indian / Alaska Native | 171886 | 1.2% | 205657 | 1.3% | 19.6% |
| Asian /Pacific Islander | 804850 | 5.5% | 1140483 | 7.4% | 41.7% |
| Black /Non-Hispanic | 2340102 | 16.1% | 2426542 | 15.7% | 3.7% |
| Hispanic | 3207860 | 22.1% | 4248975 | 27.6% | 32.5% |
| White /Non-Hispanic | 8014474 | 55.1% | 7389783 | 47.9% | -7.8% |
| Total | 14539172 | | 15411440 | | 6.0% |

Such projections are complex, as the addendum at the end of this article indicates. Nevertheless, it is clear that any college that hopes to educate future leaders of America – those who will ~~lead~~ guide the nation~~us~~ intellectually, politically, and in all other ways – must be highly effective in recruiting the students of the new and diverse America that awaits us in our schools.

Finally, it is worth noting that the number of international citizens (those with only a foreign passport) increased only 1.4% this year.  Last year the increase was 5%; the year before it was 20%.  This leveling off is an indication that our recruiting has become increasingly effective over the years in reaching outstanding international students – and that it is likely that we will not see equally large increases in the future.  For both international students and Americans, the awareness of the rigorous admissions competition at selective American colleges, now well publicized in guidebooks and through the Internet, may also encourage only those who are fully qualified to apply.

This brief overview of the domestic and international pools, both present and future, is offered to help put ~~this year's record 35,019 applicants~~recent levels of applications – in and around 35,000 over the last three years –—in context.  While envisioning the future is

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            HARV00023598

difficult, a period of greater stability and less frenzy in college admissions in the coming years would be welcomed by everyone.

~~With revisions 1/28/13~~

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HARV00023599