# EXHIBIT 115

| | |
|---|---|
| **From:** | Neal, Jeff A. [jeff_neal@harvard.edu] |
| **Sent:** | Thursday, March 21, 2013 7:37:10 PM |
| **To:** | Pacholok, Olesia |
| **CC:** | Fitzsimmons, William |
| **Subject:** | RE: TWO REVISED ARTICLES. |
| **Attachments:** | A note on the Collection (2) JN.docx |

Hi Fitz,
You are going to hate me, but I had an idea reviewing these documents. I added to the collections document (attached) a couple paragraphs about our ethnicity statistics. I think this would more directly satisfy some of the folks who have expressed concerns, while still not breaking into jail. Take a look and let me know what you think.
Thanks,
Jeff

**From:** Pacholok, Olesia [mailto:pacholok@fas.harvard.edu]
**Sent:** Thursday, March 21, 2013 2:03 PM
**To:** Neal, Jeff A.
**Subject:** TWO REVISED ARTICLES.
Hi Jeff,
The Dean asked me to send you these articles.
Take care.
Olesia

CONFIDENTIAL   HARV00023613

sBOSUS671646A ADDENDUM ON THE COLLECTION AND REPORTING

OF DATA ON RACE AND ETHNICITY

As noted in the Western Interstate Commission for Higher Education report, the changes required in recent years by the Federal Government in the reporting of race and ethnicity have produced a good deal of confusion among those seeking to understand demographic trends: "Beginning in 2010-11, the last year for which we obtained enrollment data…,states and institutions were required to report data…according to a new methodology…"

"The new reporting scheme requires individuals to answer a two-part question to indicate their racial and ethnic identity. The first question is whether an individual's ethnicity is Hispanic/Latino or not. The second question is whether the individual is from one or more of five racial groups… In addition to the new options for racial and ethnic self-identification, the process for collection of data from individuals is different than the reporting of the data to the Department of Education: individuals may self-identify as both Hispanic and any combination of races, but an individual who is Hispanic will only be reported as Hispanic. Also, individuals are not offered the choice of choosing the seventh category, Two or More Races: rather it is a reporting category derived from the individual's selections. These factors may account for some divergence in data across the years that cover the transition from one reporting scheme to another."

The report indicates that "…There is still only very limited empirical research into the effects of these reporting changes," speculating that the Hispanic population may increase, while others might decrease.

Harvard has, of course, complied with the new federal reporting requirements, but continues to report in other contexts the data based on students' actual responses to the optional application question.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                  HARV00023614

Harvard and many peer institutions count students in all racial/ethnic/categories they marked.

The federal reporting system known as IPEDS (Integrated Postsecondary Education Data System) has been used by Harvard and all other institutions well before the recent changes.  IPEDS has always employed a reporting method different from Harvard's and those of many other institutions.  The use of yet another method has been confusing for researchers and others interested in ethnicity. That confusion has been exacerbated by a reporting paradigm which at times included Harvard Extension School numbers with those of the College.

Such compilation practices led to a public perception that the number of Harvard students awarded a Pell Grant (a federal grant for low-income students) was significantly lower than it actually is.  We have worked hard to correct this error, but even in the past few months it was inaccurately reported in the media that only 11% of our students have Pell Grants, when the accurate percentage is 17%.

Similarly, the IPEDS reporting system leads to significantly underreported percentages for all ethnicities except Hispanic Americans.  The method used by Harvard and many peer institutions gives a more complete report of the way many students, especially those of mixed heritage, actually view their racial and ethnic identities.

<u>For instance, IPEDS reports Harvard's 2012-2013 undergraduate population as roughly 15 percent Asian American, 6 Black or African American, and 8 percent Hispanic.  However, these statistics are misleading in two ways.  First, they do not reflect the variety of</u>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              HARV00023615

ways in which our students may have self-identified.  Second, these numbers include undergraduates enrolled full-time at both Harvard College and at the Harvard Extension School.  Many readers, not knowing this fact, often assume inaccurately that they represent only students at Harvard College.

Looking only at Harvard College and counting all the ways in which our students self-identified, we report statistics in those same three ethnicity categories as XX percent Asian American, YY percent Black or African American and ZZ percent Hispanic.

We mention these various reporting mechanisms for race and ethnicity to demonstrate how difficult it can be for the Western Interstate Commission for Higher Education to project the demographics of future high school graduates in the U.S.  We hope that future reports will help to clarify the complex and, at times, confusing data that are used to envision the very different racial and ethnic future of our nation.


With revisions 3/21/13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00023616