# EXHIBIT 128

| | |
|---|---|
| **From:** | Yong, Elizabeth [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YONG] |
| **Sent:** | Tuesday, January 08, 2013 4:53:52 PM |
| **To:** | Howrigan, Kaitlin |
| **CC:** | Wong, Eric; Fitzsimmons, William |
| **Subject:** | RE: RO data |

Thanks Kaitlin!

**From:** Howrigan, Kaitlin
**Sent:** Tuesday, January 08, 2013 11:48 AM
**To:** Yong, Elizabeth
**Cc:** Wong, Eric; Fitzsimmons, William
**Subject:** Re: RO data
Hi Elizabeth,
I just spoke with Eric and I think all of the data you'll need is in the Registrar file in my p drive.
It should be organized by class with matric files labeled rgout010813.txt etc.
Overall app pool data should be labeled According the the registrar file instructions. the file layouts over time should be in the appropriate folder on archive2.
Thanks,
Kaitlin

I'm on the Acela for the next few hours do feel free to call me.

On Jan 8, 2013, at 11:31 AM, "Yong, Elizabeth" <yong@fas.harvard.edu> wrote:

> Hi Kaitlin,
> We need access to the RO data files for the last few years. Is it all right with you if I ask Eric to move that data into the Archivetwo share? We're in the middle of a study of Asian Americans at Harvard and rather than having to rerun all the RO data, it would be much faster to just use the ones you've already created. Also, there's a meeting at Mass Hall tomorrow at 2pm that I would like to at least have some preliminary data for.
> Thanks and sorry to bother you.
> EBY
> *Elizabeth Yong*
> *Special Projects Administrator for*
> *Admissions Policy, Research & Operations*
> *Harvard College Admissions*
> *yong@fas.harvard.edu*
> *617-496-4519*

HARV00029858