# EXHIBIT 133

ADDENDUM ON THE COLLECTION AND REPORTING

OF DATA ON RACE AND ETHNICITY


As noted in the Western Interstate Commission for Higher

Education report, "Knocking at the college door," December 2012, the

changes required in recent years by the federal government in the

reporting of race and ethnicity have produced a good deal of confusion

among those seeking to understand demographic trends:  "Beginning in

2010-11, the last year for which we obtained enrollment data…,states

and institutions were required to report data…according to a new

methodology…"

"The new reporting scheme requires individuals to answer a two-
part question to indicate their racial and ethnic identity.  The first
question is whether an individual's ethnicity is Hispanic/Latino or
not.  The second question is whether the individual is from one or
more of five racial groups…  In addition to the new options for racial
and ethnic self-identification, the process for collection of data
from individuals is different than the reporting of the data to the
Department of Education:  individuals may self-identify as both
Hispanic and any combination of races, but an individual who is
Hispanic will only be reported as Hispanic.  Also, individuals are not
offered the choice of choosing the seventh category, Two or More
Races:  rather it is a reporting category derived from the
individual's selections.  These factors may account for some
divergence in data across the years that cover the transition from one
reporting scheme to another."

The report indicates that "…There is still only very limited

empirical research into the effects of these reporting changes,"

speculating that the Hispanic population may increase, while others

might decrease.

While complying with the new federal reporting requirement,

Harvard also continues to report in other contexts the data based on

students' actual responses to the optional application question.  In

HARV00030509

particular, Harvard and many peer institutions count students in all racial/ethnic/categories they marked.

The federal reporting system known as IPEDS (Integrated Postsecondary Education Data System) has been used by Harvard and all other institutions well before the recent changes.  IPEDS has always employed a reporting method different from Harvard's and those of many other institutions.  The use of yet another method has been confusing for researchers and others interested in ethnicity. That confusion has been exacerbated by a reporting paradigm which at times included Harvard Extension School numbers with those of the College.

As one illustration of the challenges posed by these two reporting regimes, the IPEDS compilation practices have sometimes inadvertently led to a public perception that the number of Harvard College students awarded a Pell Grant (a federal grant for low-income students) was significantly lower than it actually is.  Because of IPEDS joint reporting of combined data from Harvard College and the Harvard Extension School (including hundreds of students not seeking degrees), it has been inaccurately reported in the media that only 11 percent of College students benefit from Pell Grants, when the accurate percentage is 17.

This challenge is doubled with the reporting of data related to student race and ethnicity.  The IPEDS reporting system leads to significantly underreported percentages for all ethnicities except Hispanic Americans.  The method used by Harvard and many peer institutions gives a more complete report of the way many students,

HARV00030510

especially those of mixed heritage, actually view their racial and
ethnic identities.

For instance, for the class of 2016 (which entered Harvard in the
fall of 2012), IPEDS reports that 18.7 percent were Asian American,
6.7 Black or African American, and 11.1 percent Hispanic American.
However, these statistics are misleading in two ways.  First, they do
not reflect the variety of ways in which our students may have self-
identified.  Second, these numbers include undergraduates enrolled
full-time at both Harvard College and at the Harvard Extension School.
Many readers, not knowing this fact, often assume inaccurately that
they represent only students at the College.

Looking only at Harvard College and counting all the ways in
which our students self-identified, we report statistics in those same
three ethnicity categories as 22.4 percent Asian American, 9.3 percent
Black or African American and 9.3 percent Hispanic.  In short, self-
identified Asian Americans and African Americans make up a
significantly greater portion of Harvard College's class of 2016 than
reported by the federal government.

We mention these various reporting mechanisms for race and
ethnicity to demonstrate how difficult it can be for the Western
Interstate Commission for Higher Education to project the demographics
of future high school graduates in the U.S.  We hope that future
reports will help to clarify the complex and, at times, confusing data
that are used to envision the very different racial and ethnic future
of our nation.

CONFIDENTIAL

HARV00030511

CONFIDENTIAL

HARV00030512