# EXHIBIT 134



# Admissions and Financial Aid at Harvard College

For Discussion

February 2013

Highly Confidential - Attorney's Eyes Only

# Introduction

- Nationally, there has long been interest in issues surrounding college access and affordability. In the last decade, the conversation has expanded to focus on college outcomes and achievement. Harvard College has a long tradition of promoting these goals.

- In order to signal its commitment to these goals, Harvard has made a series of public changes that amplify the scrutiny and attention already paid to its admissions and financial aid practices.  These include:

    - The recent reintroduction of early action admissions

    - Financial aid initiatives aimed at improving the affordability for most US families

- Externally, many continue to raise questions about Harvard's commitment to access and achievement.

- Internally, we are concerned about the effects of public and non-public changes on our ability to recruit students to Harvard, their experience at Harvard, and whether our investments are financially sustainable.

Highly Confidential - Attorney's Eyes Only

HARV00031688

**Recent admissions and financial aid questions raised**

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Does the admissions process disadvantage Asians?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

Highly Confidential - Attorney's Eyes Only

HARV00031689

# Today's Goals

PRELIMINARY DRAFT

4

- Review OIR work related to Part I: Access

- Discuss next steps

- Clarify priorities and timing

- Discuss additional data needed

Highly Confidential - Attorney's Eyes Only

HARV00031690

# Contents

Part I: Access

      A first look at the return of early action

      Shift in the gender balance and impact of concentration choice

      Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

Highly Confidential - Attorney's Eyes Only

Part I: Access

## A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

HARV00031692

Highly Confidential - Attorney's Eyes Only

How do early action pools at Harvard compare to the regular action pools for the class of 2016 and the classes of 2007-2011?

How do the two early action pools compare to each other?

What is the relationship between early action and yield rates?

How much can we learn from only one admissions cycle with early action back in place?

Highly Confidential - Attorney's Eyes Only

HARV00031693

# Review of findings from Fall 2010 early action analysis

- Yield rates for the most highly rated Hispanic, Black and White students declined after the end of early action.
- Yield rates for all Hispanic and White students declined after the end of early action.



**Yield Rates by Race Ethnicity, Fall 2003 to Fall 2010**

*Students with High Academic and Extracurricular Ratings*

*All Students*

**Number of Admits**

|  | High Ratings | All Admits |
|---|---|---|
| Asian | 2,033 | 3,131 |
| White | 3,462 | 7,432 |
| Hispanic | 411 | 1,581 |
| Black | 253 | 1,769 |

Ethnicities with statistically significant changes marked in crimson

**URM Yield Rate**   64.5%   54.5%      69.6%   65.2%

Source: Office of Admissions and Financial Aid
"High" rating indicates a rating of 1 or 2.

Highly Confidential - Attorney's Eyes Only



***Early Applicants as a Proportion of the Applicant Pool, by Class***

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Applicants | 20,987 | 19,752 | 22,796 | 22,754 | 22,955 | 27,462 | 29,114 | 30,489 | 34,950 | 34,303 | 35,022 |
| Early Applicants | 7,614 | 3,889 | 4,214 | 3,869 | 4,008 | 0 | 0 | 0 | 0 | 4,228 | 4,856 |

Students permitted to apply to multiple EA schools and one ED school

Return to single-choice EA program

EA program ends

Return of EA program

Source: Office of Admissions
Application from previous admits counted in total applicants.
The class of 2007 is the only year that allowed students to participate in multiple early action programs in addition to one early decision program.

Highly Confidential – Attorney's Eyes Only

HARV00031695

Case 1:14-cv-14176-ADB   Document 421-134   Filed 06/15/18   Page 11 of 44



HARV00031696

*Significant difference *p*<0.001

Highly Confidential - Attorney's Eyes Only

The bars in these graphs represent differences for these years of early action as compared to the regular action pool.  See Appendix.



*Demographic Differences Between Early Applicant Pools*

*Significant difference *p*<0.001
Figures in the chart above are the differences between the two early action pools.  See Appendix.
Early action was not in place  for the classes of 2012-2015.

Highly Confidential - Attorney's Eyes Only

HARV00031697

# Yield rates are higher in early action years



*Yield Rates by Applicant Type*

Early admissions was not in effect for the classes of 2012-2015.
Previous admits, who represent a small proportion of the overall applicant pool, are excluded.

HARV00031698

Highly Confidential - Attorney's Eyes Only

Case 1:14-cv-14176-ADB   Document 421-134   Filed 06/15/18   Page 14 of 44



**Change in Yield Rates Between Classes of 2016 and 2012-2015**

Average Increase in Yield Rate: 4.14%

High ratings defined as having 1 or 2 for both academic and extracurricular admissions ratings
2016 yield rates for early action applicants = 93.5%
*Significant difference *p*<0.05

Highly Confidential - Attorneys Eyes Only

HARV00031699

Case 1:14-cv-14176-ADB   Document 421-134   Filed 06/15/18   Page 15 of 44



**Race/Ethnicity of Matriculants, by Class**



**Fee Waiver Status of Matriculants, by Class**



**URM Status of Matriculants, by Class**



**Parent Education of Matriculants, by Class**

Highly Confidential - Attorney's Eyes Only

HARV00031700

**How do early action applications at Harvard compare to regular action applicants? Are patterns similar for the class of 2016 and the classes of 2007-2011?**
- Both early action populations look demographically similar to one another, compared to the regular action populations. Compared to regular action, early action applicants have higher academic ratings, and include more male, Caucasian and Asian applicants.

**Are there any noticeable differences in the two early action populations?**
- The new early action applicants appear to be more diverse than the previous early action population, with higher percentages of African American, Hispanic, and International students.

**What is the relationship between early action and yield rates?**
- Yield rates are higher for early action applicants.
- African American and Hispanic applicants with high admissions ratings appear in this 2016 year to have had the largest increase in yield rates.

**How much can we learn from only one year of having early action back in place?**
- Not enough to be statistically confident in trends – it is worth revisiting the data annually, particularly in light small demographic shifts in the matriculating class of 2016.

Highly Confidential - Attorney's Eyes Only

HARV00031701

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

Appendix: Data Tables

Highly Confidential - Attorney's Eyes Only

HARV00031702

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

**Evaluating factors that play a role in Harvard College admission**

Appendix: Data Tables

Highly Confidential - Attorney's Eyes Only

HARV00031717

# Methods

**Goal:**     Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**
- Fit a series of basic logistic regression models using data from classes of 2007-2016.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**
- Students with no academic index are excluded from this analysis.

- The following analysis is **preliminary** and for discussion.

Highly Confidential - Attorney's Eyes Only

HARV00031718

| Model 1: Academic only | Model 2: Add Legacy and Athlete | Model 3: Add Personal and Extracurricular | Model 4: Add Demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | Legacy | Legacy | Legacy |
| | Athlete | Athlete | Athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

Highly Confidential - Attorney's Eyes Only



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

HARV00031720



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

Highly Confidential - Attorney's Eyes Only

HARV00031721

- Once we account for ratings and demographic factors, we can closely predict what the admitted class will look like.

- With current data, we explain a significant amount of the variation in admission, but further details (especially around the personal rating) may provide further insight.

- There are a variety of factors that quantitative data is likely to miss or ratings do not capture. We'd like to better understand:

  - Exceptional talent (music, art, writing)

  - The role of context cases

  - The role of the personal statement/essay

  - Measures of socio-economic status (HFAI Flag, Low Income Flag)

HARV00031722

Highly Confidential - Attorney's Eyes Only

- Determining priorities, timing, and audiences
    - Should this work be shared with additional audiences (e.g. President Faust, Dean Smith, Dean Hammonds)?
    - What are your priorities?
- The Finance Committee has expressed interest in a number of questions related to Harvard's affordability initiatives.

HARV00031723

Highly Confidential - Attorney's Eyes Only

Case 1:14-cv-14176-ADB Document 421-134 Filed 06/15/18 Page 39 of 44

## Research Question

## Next Steps

*Part I: Access*

1. What is the effect on our applicant pool and yield of reintroducing early action?

2. Is the shift in the gender balance at Harvard College due to increased interest and recruitment for SEAS?

3. Is there bias against Asians in college admissions?

- Who else should see this work?
- To further address the question of bias, is there more data to elaborate our understanding of the role of the personal essay and other factors?

*Part II: Affordability*

4. What is the effect of our financial aid policies on our applicant pools and yields?

5. How affordable is Harvard to the "typical" family?

6. How much growth in the aid budget can the FAS sustain?

- These questions were raised by the Finance Committee of the Corporation.
- How do we think about affordability in the current budget climate?
- Who are the audiences, beyond the Corporation?

*Part III: Achievement*

7. How can we measure achievement among Harvard College graduates?

- OIR has gathered a variety of options for outcomes including National Student Clearinghouse data, AA&D data, and student surveys.
- How would you prioritize this question relative to others?

Highly Confidential - Attorney's Eyes Only

HARV00031724

# Contents

Part I: Access

A first look at the return of early action

Shift in the gender balance and impact of concentration choice

Evaluating factors that play a role in Harvard College admission

**Appendix: Data Tables**

Highly Confidential - Attorney's Eyes Only

HARV00031725

Case 1:14-cv-14176-ADB Document 421-134 Filed 06/15/18 Page 41 of 44

| | 2007-2011 | | | | 2016 | | |
|---|---|---|---|---|---|---|---|
| | Early Action | Regular | Total | | Early Action | Regular | Total |
| **Gender** | | | | | | | |
| Female | 49.0% | 50.6% | 50.2% | | 47.4% | 48.5% | 48.3% |
| Male | 51.0% | 49.4% | 49.8% | | 52.6% | 51.5% | 51.7% |
| | | | | | | | |
| **Parent Education** | | | | | | | |
| Some College | 85.1% | 84.1% | 84.3% | | 83.7% | 85.0% | 84.8% |
| Harvard Grad | 7.1% | 2.1% | 3.2% | | 8.1% | 1.7% | 2.5% |
| No College | 7.8% | 13.8% | 12.5% | | 8.2% | 13.3% | 12.7% |
| | | | | | | | |
| **Race Ethnicity** | | | | | | | |
| African American | 4.7% | 8.4% | 7.6% | | 8.9% | 9.9% | 9.8% |
| Asian | 24.2% | 20.5% | 21.3% | | 21.4% | 20.3% | 20.4% |
| Hispanic | 6.5% | 9.4% | 8.8% | | 9.0% | 10.3% | 10.1% |
| International | 11.3% | 16.0% | 15.0% | | 14.0% | 19.1% | 18.5% |
| Native American | 0.8% | 1.1% | 1.0% | | 1.1% | 1.0% | 1.0% |
| Other | 0.9% | 1.5% | 1.3% | | 0.0% | 0.0% | 0.0% |
| Unknown | 7.7% | 7.4% | 7.4% | | 7.0% | 7.2% | 7.2% |
| White | 43.9% | 35.8% | 37.5% | | 38.7% | 32.2% | 33.0% |
| | | | | | | | |
| **Academic Rating** | | | | | | | |
| Academic 1 | 2.1% | 0.5% | 0.8% | | 1.6% | 0.3% | 0.5% |
| Academic 2 | 48.1% | 31.2% | 35.0% | | 49.8% | 38.1% | 39.6% |
| Academic 3 | 41.3% | 48.9% | 47.2% | | 35.9% | 41.1% | 40.4% |
| Academic 4 | 7.6% | 15.8% | 14.0% | | 9.6% | 14.5% | 13.9% |
| Academic 5 | 0.9% | 3.6% | 3.0% | | 3.1% | 6.0% | 5.6% |
| | | | | | | | |
| **Fee Waiver** | | | | | | | |
| No | 95.2% | 88.9% | 90.3% | | 92.7% | 87.6% | 88.2% |
| Yes | 4.8% | 11.1% | 9.7% | | 7.3% | 12.4% | 11.8% |

HARV00031726

Highly Confidential - Attorney's Eyes Only

|  | 2007-2011 | 2016 | All |
|---|---|---|---|
| **Gender** |  |  |  |
| Female | 49.0% | 47.4% | 48.7% |
| Male | 51.0% | 52.6% | 51.3% |
|  |  |  |  |
| **Parent Education** |  |  |  |
| Some College | 85.1% | 83.7% | 84.9% |
| Harvard Grad | 7.1% | 8.1% | 7.2% |
| No College | 7.8% | 8.2% | 7.9% |
|  |  |  |  |
| **Race Ethnicity** |  |  |  |
| African American | 4.7% | 8.9% | 5.4% |
| Asian | 24.2% | 21.4% | 23.7% |
| Hispanic | 6.5% | 9.0% | 6.9% |
| International | 11.3% | 14.0% | 11.7% |
| Native American | 0.8% | 1.1% | 0.8% |
| Other Race/Ethnicity | 0.9% | 0.0% | 0.8% |
| Unknown Race/Ethnicity | 7.7% | 7.0% | 7.6% |
| White | 43.9% | 38.7% | 43.1% |
|  |  |  |  |
| **Academic Rating** |  |  |  |
| Academic 1 | 2.1% | 1.6% | 2.0% |
| Academic 2 | 48.1% | 49.8% | 48.3% |
| Academic 3 | 41.3% | 35.9% | 40.5% |
| Academic 4 | 7.6% | 9.6% | 7.9% |
| Academic 5 | 0.9% | 3.1% | 1.2% |
|  |  |  |  |
| **Fee Waiver** |  |  |  |
| No | 95.2% | 92.7% | 94.8% |
| Yes | 4.8% | 7.3% | 5.2% |

Highly Confidential - Attorney's Eyes Only

HARV00031727

| Admit Rates | | | |
|---|---|---|---|
| | **Model 4** | **Actual** | **Difference** |
| Asian | 7.24% | 7.63% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.43% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

| Entering Classes | | | |
|---|---|---|---|
| | **Model 4** | **Actual** | **Difference** |
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.11% | 8.09% | 0.02% |
| White | 44.08% | 43.21% | 0.87% |

Highly Confidential - Attorney's Eyes Only

HARV00031728

# Model Fit

| | Difference in Projected vs. Actual Admit Rate | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** |
| Asian | 0.002412 | 0.004282 | 0.002479 | 0.005113 | 0.012497 | 0.007495 | 0.004567 | 0.002473 | 0.000407 | 0.000752 |
| African Am | 0.019531 | -0.00496 | -0.00075 | 0.003436 | -0.01049 | -0.01558 | -0.00816 | -0.01232 | 0.000682 | -0.01331 |
| Internatio | 0.015547 | 0.014264 | 0.010059 | 0.009594 | 0.002495 | 0.014182 | 0.011458 | 0.009821 | 0.006937 | 0.006522 |
| Hispanic | 0.003422 | 0.002778 | -0.01048 | -0.0116 | -0.00537 | -0.0097 | 0.00521 | -0.00038 | 0.00736 | -0.00927 |
| Native Am | 0.037838 | 0 | -0.00588 | -0.01415 | 0.031674 | 0.02381 | -0.00893 | 0.009494 | -0.0069 | -0.02667 |
| Unknown | -0.00079 | -0.00096 | -0.00564 | -0.00755 | -0.00792 | 0.007795 | -0.00067 | 0.038691 | 0.011152 | 0.00307 |
| White | -0.01003 | -0.00613 | -0.00169 | 0.001581 | -0.00476 | 0.002299 | 0.002692 | 0.005373 | 0.00121 | 0 |

| | Difference in Projected vs. Actual Admitted Class Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** |
| Asian | -0.0056 | -0.0083 | -0.0059 | -0.009 | -0.0272 | -0.0107 | -0.0054 | 0.0023 | 0.0063 | -0.0055 |
| African Am | -0.01 | 0.0023 | 1E-04 | -0.0012 | 0.0078 | 0.0176 | 0.0122 | 0.0193 | 0.0037 | 0.0156 |
| Internatio | -0.0151 | -0.0134 | -0.0117 | -0.0096 | -0.0036 | -0.0175 | -0.014 | -0.0113 | -0.0108 | -0.0149 |
| Hispanic | -0.0028 | -0.002 | 0.0078 | 0.0106 | 0.0045 | 0.013 | -0.0025 | 0.0049 | -0.007 | 0.0119 |
| Native Am | -0.0034 | -0.0001 | 0.0005 | 0.0016 | -0.0034 | -0.002 | 0.0014 | -0.0005 | 0.0015 | 0.0037 |
| Unknown | 0.0001 | 0.0004 | 0.0049 | 0.0083 | 0.0069 | -0.0056 | 0.0053 | -0.0103 | -0.0042 | -0.0045 |
| White | 0.0369 | 0.021 | 0.0045 | -0.0006 | 0.0148 | 0.0052 | 0.0029 | -0.0044 | 0.0106 | -0.0063 |

Highly Confidential - Attorney's Eyes Only