# EXHIBIT 135

| Admissions Calendar 2013-2014 ||
|---|---|
| September – October | Joint Travel |
| Early October | Admissions Office begins processing applications; interview requests sent to School Committee chairs. |
| October 24 - 25 | Cambridge Admissions Conference |
| November 1 | Early Action application deadline (postmark) |
| November 16 - 23 | Subcommittees meet. Please try to complete all interview requests and send interview reports to Cambridge in time for subcommittee meetings. |
| November 16 | E S T |
| November 18 | B D F |
| November 19 | I L Z |
| November 20 | H K R |
| November 21 | J P U |
| November 22 | A C G |
| November 23 | N V |
| November 25 - December 6 | Full committee meets. All interview reports must be completed and sent to Cambridge. |
| December 13 | Decision letters mailed and emailed. |
| December 14 | Decision lists available on website for Schools Committee chairs. |
| January 1 | Final deadline for applications (postmark) |
| January 22 - March 1 | Subcommittees meet. Please try to complete all interview requests and send interview reports to Cambridge in time for subcommittee meetings. |
| January 22 - 25 | E S T |
| January 28 - 31 | B D F |
| February 3 - 6 | I L Z |
| February 8 - 12 | H K R |
| February 14 - 18 | J P U |
| February 20 - 24 | A C G |
| February 25 - March 1 | V |
| February 26 - March 1 | N |
| March 3 - 14 | Full committee meets. All interview reports must be completed and sent to Cambridge. |
| March 3 | General Overview |
| March 4 | E S |
| March 5 | T B |
| March 6 | D F |
| March 7 | I L |
| March 8 | Z H |
| March 10 | K J |
| March 11 | R P |
| March 12 | U A |
| March 13 | C G |
| March 14 | N V |
| March 17 - 19 | Final Review |
| March 27 | Decision letters mailed and e-mailed. |
| March 28 | Decision lists available on website for Schools Committee chairs. |
| April 26 - 28 | Visiting Program in Cambridge for admitted students |
| May 1 | Candidates' reply deadline |
| May | Spring joint travel |
| mid-May to June 30 | Wait list meetings |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY					HARV00031933