# EXHIBIT 140

| | |
|---|---|
| **From:** | Madsen, Lars Peter Knoth [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LPM121] |
| **Sent:** | Monday, March 25, 2013 8:11:14 PM |
| **To:** | Faust, Drew Gilpin; Rogers, Tamara Elliott |
| **Subject:** | FW: |
| **Attachments:** | A note on the Collection (2) JN.docx |

Hi Drew and Tamara - -Here's where we are in terms of a reply to ▮▮▮▮ re Unz/Brooks.
Lars

--- --- ---

Lars Madsen

T: 617-496-9476
E: lars_madsen@harvard.edu

**From:** Neal, Jeff A.
**Sent:** Monday, March 25, 2013 3:48 PM
**To:** Madsen, Lars Peter Knoth; Iuliano, Robert
**Subject:** RE:

**Redacted:
Attorney-Client Privilege**

**From:** Madsen, Lars Peter Knoth
**Sent:** Monday, March 25, 2013 3:42 PM
**To:** Iuliano, Robert; Neal, Jeff A.
**Subject:** FW:

Redacted:
Attorney-Client Privile

Lars Madsen

T: 617-496-9476
E: lars_madsen@harvard.edu

**From:** Faust, Drew Gilpin
**Sent:** Monday, March 25, 2013 1:57 PM
**To:** Rogers, Tamara Elliott; Madsen, Lars Peter Knoth
**Subject:** FW:

Did anyone answer him on Brooks etc?

**From:** ▮▮▮▮ [mailto: Redacted: .com]
**Sent:** Friday, March 08, 2013 6:56 PM
**To:** Drew Faust
**Cc:** Redacted: PII/SPI @gmail.com); Redacted: PII/SPI .com); Redacted: PII/SPI ; Redacted: PII/SPI
**Subject:**

Dear Drew

It was most generous of you and Tamara to spend last night with the Harvard Club of Fairfeld, especially arriving by truck ! There was a record attendance despite the weather which did prevent some who had committed from attending. Those who did attend were very well rewarded.

Your remarks have been very well received and afforded an excellent view of Harvard today and of its leader. I always knew of your intellect but truly marvel at your vitality ! It was especially nice for [Redacted] to meet you and it is always a personal pleasure for [Redacted] and me to be with you.

I appreciate your examining how Harvard should set the record straight with the New York Times and David Brooks about the false allegation by Ron Unz that there is an Asian quota at Harvard and the Ivy League. The erroneous claim that

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              HARV00035478

there is an Asian ceiling of 16% at Harvard and that the % has been reduced from 20% to 16% is belied by the 22% in the freshman class but it is now an historic fact because the paper of reord has not been corrected. Bill Fitzsimmons did propose to correct the record but apparently did not obtain clearance from our mandarins.
We trust that your ride to NYC was uneventful and that your Friday meetings went well [Redacted: PII/SPI] join in warm regards to you and [Redacted: PII/SPI]

*****

This E-mail and any attachments are only for the named addressee(s) and may contain confidential information. If you are not a named addressee, you are hereby notified that any distribution or use by you is prohibited, and you should promptly delete all electronic and print copies and notify the sender at [Redacted] [Redac]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                     HARV00035479