# EXHIBIT 142

| | |
|---|---|
| **From:** | Donahue, Sally [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SDONAHUE] |
| **Sent:** | Monday, January 21, 2013 5:44:47 PM |
| **To:** | McGrath, Marlyn; Yong, Elizabeth; Worth, Robin |
| **Subject:** | RE: Fitz' drafts |

3 is fine with me.   See you all then.

Stay warm!

Sally

-----Original Message-----
From: McGrath, Marlyn
Sent: Monday, January 21, 2013 11:18 AM
To: Yong, Elizabeth; Worth, Robin; Donahue, Sally
Subject: Fitz' drafts

Happy inaugural day to all!

I just spoke with Fitz (after he spoke with EBY, I gather?) and he would like us to get together tomorrow to discuss his drafts on the "Asian American" question, demographic projections, etc.
I propose 3 PM tomorrow.
Would that work for you all? Please let me know as soon as you can whether we can plan for that, or should try to find another time.

The idea is to make sure the data are correct, which I understand EBY is checking (and Robin will with international data, I think) and that we get the thing edited nicely.

Thanks so much.   Sorry to intrude on the folder -reading!

I look forward to making a firm plan.

Cheers, M

CONFIDENTIAL
HARV00065444