# EXHIBIT 143

| | |
|---|---|
| **From:** | Fitzsimmons, William [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WRF] |
| **Sent:** | Saturday, January 19, 2013 12:38:48 AM |
| **To:** | McGrath, Marlyn; Donahue, Sally; Worth, Robin; Yong, Elizabeth |
| **Subject:** | Enjoy the following four drafts.... |
| **Attachments:** | Draft statement  Asian  American Admissions.docx; January 2013 Gazette.docx; SideBar-January 2013.docx; A note on the Collection.....docx |

Draft statement Asian  American...   January 2013 Gazette.docx   SideBar-January 2013.docx   A note on the Collection.....docx

Edit away!!!

A NOTE ON THE COLLECTION AND REPORTING

OF DATA ON RACE AND ETHNICITY

One complicating factor cited by the Western Interstate Commission for Higher Education report is the changes required in recent years by the Federal Government in the way race and ethnicity is reported: "Beginning in 2010-11, the last year for which we obtained enrollments data…,states and institutions were required to report data…according to a new methodology…"

"The new reporting scheme requires individuals to answer a two-part question to indicate their racial and ethnic identity.  The first question is whether an individual's ethnicity is Hispanic/Latino or not.  The second question is whether the individual is from one or more of five racial groups…  In addition to the new options for racial and ethnic self-identification, the process for collection of data from individuals is different than the reporting of the data to the Department of Education:  individuals may self-identify as both Hispanic and any combination of races, but an individual who is Hispanic will only be reported as Hispanic.  Also, individuals are not offered the choice of choosing the seventh category, Two or More Races:  rather it is a reporting category derived from the individual's selections.  These factors may account for some divergence in data across the years that cover the transition from one reporting scheme to another."

The report indicates that "…There is still only very limited empirical research into the effects of these reporting changes," speculating that Hispanic numbers could increase, while others might decrease.

Harvard has, of course, complied with the new Federal reporting requirements, but continues to report in other contexts what the students actually indicated on the voluntary Common Application question.  Harvard and its Ivy League peers are members of the Consortium on Financing Higher Education (COFHE) which has also noted

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HARV00065450

changes in federal reporting requirements. COFHE now compiles data based on all racial/ethnic categories that apply to individual applicants, as well as according to the new federal standards.

According to a COFHE publication, many COFHE institutions "continue to assign multi-racial students to a single category consistent with each school's historic practices." A nearly equal number (including Harvard) "indicated that for certain other contexts, they would count students in all racial/ethnic categories marked by them."

The federal reporting system known as IPEDS (Integrated Postsecondary Education Data System), has been used by Harvard and all other institutions well before the recent changes. IPEDS has always employed a reporting method different from Harvard's and those of many other institutions. This, of course, has been confusing at times for researchers and others interested in ethnicity, a fact made even more complex by a reporting paradigm that at times included Harvard Extension School numbers with those of the College.

Such compilations led to a public perception that the College's Pell Grant (a federal grant for low-income students) numbers were significantly lower than they actually are. We have worked hard to correct this error, but even in the past few months it was reported in the media that only 11% of our students had Pell Grants, when the real number is 17%.

Similarly, the IPEDS reporting system leads to significantly lower percentages for all ethnicities except Hispanic Americans. The Common Application method used by Harvard and many peer institutions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     HARV00065451

gives a more complete report on the way our students actually view their highly diverse racial and ethnic identities.

We mention these various reporting mechanisms for race and ethnicity to demonstrate how difficult it can be for the Western Interstate Commission for Higher Education to project future graduates in the U.S.  It is quite possible that future reports will help to clarify the complex and, at times, confusing data that is used to envision the very different racial and ethnic future of our nation.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  HARV00065452

```
                              DRAFT
              FACTS ABOUT ASIAN AMERICANS AT HARVARD
```

- Harvard has no quota for Asian Americans or any other group
- 22.4% of this year's freshman class is comprised of Asian Americans, the highest in our history
- There will never be limits on excellence at Harvard.  We will continue to seek the nation's and the world's most promising students from all ethnic, cultural, and religious heritages, and we will do everything we can with our generous financial aid program to ensure they can afford to attend.
- Our admissions process is highly individualized and holistic.  We seek students who will contribute to our educational environment by stimulating and even inspiring their fellow classmates and the faculty:  We then do everything possible to prepare them to contribute to society throughout their lives.  Harvard recently joined many peer institutions in continuing to support the use of a holistic admissions process in an amicus brief submitted to the U.S. Supreme Court in the Fisher Case.
- There is no formula for admission to Harvard.  Academic accomplishment in high school is important, but we consider many other criteria such as community service, work experience, extracurricular activities and accomplishments of all kinds.  Leadership, strength of character, and the ability to overcome adversity all play a part in the admissions committee's decisions.

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            HARV00065453

APPLICATIONS TO THE COLLEGE EXCEED 35,000 FOR THE FIRST TIME

While applications reached a record 35,018 this year, it was the third year in a row that application numbers have hovered near 35,000. Last year, 34,303 applied; two years ago applicants numbered 34,950.

"Financial aid continues to be a major factor in students' decisions to apply to Harvard," said William R. Fitzsimmons, Dean of Admissions and Financial Aid. "Students and their families have many questions about the affordability of college in what continue to be challenging financial times. Clearly, they are reassured when they learn how our financial aid program makes it possible for students from modest and middle-income families to come to Harvard."

"Generations of alumni have established a partnership with present and future undergraduates," said Fitzsimmons. "Students as always contribute to the cost of their own education through term-time and summer work – and have the option of loans as well. Alumni generosity enables the College to provide $172 million this year to meet the financial needs of our remarkable undergraduates."

"We are deeply grateful to President Drew Faust, Dean of the Faculty of Arts and Sciences Michael Smith, and Dean of the College Evelynn Hammonds for their continued leadership in sustaining Harvard's core value of access for the nation's and the world's most promising students," he said,

Over sixty percent of Harvard students require need-based aid to attend, and on average their families pay only $11,500 annually. "Our financial aid program requires no contribution from the twenty percent

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                         HARV00065454

of Harvard families with annual incomes below $65,000 and asks an average of no more than ten percent of income from families with incomes up to $150,000 and typical assets," said Sarah C. Donahue, Director of Financial Aid.  "In addition, families with higher incomes are eligible for aid depending on their particular circumstances such as multiple children in college or unusual medical or other essential expenses."

"It appears that there is greater economic diversity in the applicant pool this year," said Donahue.  "There was a twenty-three percent increase in the number of students requesting a few waiver, an indication of more applicants from low and modest-income backgrounds."

The demographics of this year's and last year's applicant pools are generally similar.  "Minority students remain a significant segment of the applicant pool, the gender breakdown is still about fifty-two percent male, and geographical distribution is about the same except for a slight decline in the number of applicants from Canada," said Marlyn E. McGrath, Director of Admissions.

"There was another increase in applications from those interested in mathematics, physical sciences, and engineering – and a twenty-six percent increase in prospective computer scientists," said McGrath. "The pattern of increases in these four areas began with the establishment of the School of Engineering and Applied Sciences (SEAS), and it is clear that SEAS has raised the level of visibility of our superb and expanded offerings in these fields of study," she said.

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              HARV00065455

The Admissions Committee is now reviewing the applications of those deferred during Early Action as well as those who applied for the January 1 Regular Action program. Applicants will be notified of the Committee's decisions on March 28.

Admitted students will be invited to Cambridge for Visitas, the visiting program for newly admitted, which this year will be held from April 20-22. Students have until May 1 to notify Harvard of their decision to enroll.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                            HARV00065456

BEYOND THE RECORD 35,000 APPLICATIONS:
DEMOGRAPHICS AND THE FUTURE OF COLLEGE ADMISSIONS

Reaching the milestone of 35,000 applications to the College calls for some perspective on why colleges have experienced such rapid changes in their applicant pools. Ten years ago, 20,987 applied to Harvard; twenty years ago, it was 13,870. Ten years from now, will it be close to 50,000? The simple answer is "probably not." Predicting the future is, of course, impossible, but we can use available information to speculate about what may lie ahead.

One does not have to travel far beyond Cambridge to visit institutions with far more applications. Boston University and Northeastern have both exceeded 44,000 applications in recent years. There are many factors that can affect application numbers including recruiting, the public demand for higher education, financial aid availability, and demographics.

Over the past few decades, recruiting has increased at all colleges both in terms of travel and sophistication. The Internet has also made an enormous difference both domestically and internationally.

More than ever, higher education is important for economic reasons and for understanding one's place in an increasingly complex world. Students fear being left behind as there are fewer jobs that do not require higher education, a fact especially evident during our current and past economic downturns.

Students are also increasingly aware that financial aid both from private and public sources, while stretched, is available. Media, non-profits, governmental agencies, and the colleges themselves have

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          HARV00065457

done a great deal to deliver this message to students from modest and middle-income backgrounds.

While there are other factors that may be involved, demographics tell us much about what has led to the current numbers of college applicants and what we might see in the future.

<u>Knocking at the College Door</u>, produced by the Western Interstate Commission for Higher Education with the support of ACT and the College Board, offers perspective on demographic factors that have help shape college admissions. This highly respected publication was just released in December 2012.  It is the eighth edition in its over thirty-year history – and it has been highly accurate in the past:

> "Beginning around 1990 and continuing through about 2011, colleges and universities could count on an annually growing number of students graduating from the nation's high schools.  But that period of abundance appears to be about to end.  The nation is entering a period of modest decline in the number of graduates…
> - The peak occurred in the 2010-11 academic year when total graduates from public and non-public schools reached 3.4 million.
> - Production of high school graduates will fall over the immediate term before settling down at a stable rate between 3.2 and 3.3 million nationally by 2013-14.
> - The next period of sustained growth will begin in 2020-21 and continue through 2026-27.  During this time national totals of high school graduates are projected to climb about 70,000 (2%), a much more gradual rise than the one we saw in the two decades preceding 2010, and one that will not quite reach the 2010-11 peak."

Moreover, there will be great variations from region to region and state to state.  While Harvard recruits nationally and internationally (and has done so keeping in mind previous demographic fluctuations in the 1970's and 80's), it is sobering to see what will happen in our home base, the Northeast (which includes New England, New York, New Jersey, and Pennsylvania).  This year there will be

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          HARV00065458

624,097 high school graduates in the Northeast; by 2027-28 there will be 576,215…"a uniformly bleak picture of the future supply" according to the report. The only state in the Northeast to register even a slight increase is New York in 2024-25, and that is after an initial decline. Others will see declines of varying magnitudes led by New Hampshire's 22%, with Vermont, Rhode Island, and Maine experiencing significant declines as well. Massachusetts is projected to have about a 10% decrease.

As the report summarizes the regional outlook: "In general, the South and the West are most likely to continue to see growth, while the Midwest and the Northeast can expect the greatest shrinkage."

The other major tend cited by the report is the rapidly increasing ethnic diversity of America over the coming years:

"White non-Hispanics will no longer be the majority in our nation's public high school by 2021. Actual and projected data suggest that the numbers of White non-Hispanic and Black non-Hispanic students…have already peaked, the former in 2005-06 at 8.9 million and the latter in 2008-09 at 2.5 million. By 2019-20 their numbers are both projected to fall from these peaks by 13% and 9%, respectively. In the meantime, the numbers of Asians/Pacific Islanders and Hispanics enrolled will climb without interruption, rising by approximately 229,000 (29.5%) and 850,000 students (27.3%), respectively, between 2010-11 and 2019-20."

Another way the Report enables us to envision the changes is the following:

U. S. Public High School Enrollment by Race/Ethnicity

|  | 2012-2013 |  | 2024-2025 |  | % Change |
|---|---|---|---|---|---|
| American Indian / Alaska Native | 171886 | 1.2% | 205657 | 1.3% | 19.6% |
| Asian /Pacific Islander | 804850 | 5.5% | 1140483 | 7.4% | 41.7% |
| Black /Non-Hispanic | 2340102 | 16.1% | 2426542 | 15.7% | 3.7% |
| Hispanic | 3207860 | 22.1% | 4248975 | 27.6% | 32.5% |
| White /Non-Hispanic | 8014474 | 55.1% | 7389783 | 47.9% | -7.8% |
| Total | 14539172 | 100% | 15411440 |  | 6.0% |

[Page]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HARV00065459

Such projections are complex, as the note at the end of this article indicates. Nevertheless, it is clear that any college that hopes to educate future leaders of America – those who will lead us intellectually, politically, and in all other ways – needs to be highly effective in recruiting the students of the new and diverse America that awaits us in the public schools.

Finally, it is worth noting that the number of international citizens (those with only a foreign passport) increased only 1.2% this year. Last year the increase was 5%; the year before it was 20%. This leveling off is an indication that our recruiting has become increasingly effective over the years in reaching outstanding international students – and that it is likely that we will not see increases as large in the future. For both international students and Americans, the rigorous admissions competition at selective American colleges that is well publized in guidebooks and on the Internet may also encourage only those who are fully qualified to apply.

This brief overview of the domestic and international pools, both present and future, will help put this year's record 35,000 applicants in context. While envisioning the future is difficult, a period of greater stability and less frenzy in college admissions in the coming years would be welcome to everyone.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 HARV00065460