# EXHIBIT 144

**From:** Donahue, Sally [/O=HARVARD-FAS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SDONAHUE]
**Sent:** Wednesday, February 20, 2013 3:05:43 AM
**To:** Fitzsimmons, William
**Subject:** Re: two possible meetings

Thanks Fitz!

Sent from my iPad

On Feb 19, 2013, at 6:43 PM, "Fitzsimmons, William" <wrf@fas.harvard.edu> wrote:

> Sally and I can make the 3:30 meeting on Monday. At your place?
> Bill
> Sent from my iPhone
>
> On Feb 19, 2013, at 5:56 PM, "Jilek, Tiffany Lee" <tippi_jilek@harvard.edu> wrote:
>
>> Good Evening Sally and Fitz,
>> I hope this note finds you well. Would meeting from 330 – 430 on the 25th work with both of your schedules? If not what would be best and I can see what might be adjustable on the teams end here. If there is anyone assisting you with your calendars please let me know and I will reach out to them. Thank you and I hope you have a wonderful rest of your evening!
>> Sincerely,
>> Tippi
>>
>> **From:** Fitzsimmons, William [mailto:wrf@fas.harvard.edu]
>> **Sent:** Monday, February 18, 2013 4:38 PM
>> **To:** Donahue, Sally C.
>> **Cc:** Driver-Linn, Erin; Bever, Erica Jane; Scanlon, John; Jilek, Tiffany Lee
>> **Subject:** Re: two possible meetings
>> Let's all meet after 2:00 on the 25th if this works for Erin et al.
>>
>> Sent from my iPhone
>>
>> On Feb 18, 2013, at 3:04 PM, "Donahue, Sally" <sdonahue@fas.harvard.edu> wrote:
>>
>>> Hi Erin,
>>> Good to hear from you, and I'd love to get together to talk about your research on these issues. I am trying to hold the 26th for a personal day, but will be here on the 25th, and could meet anytime after 2:00. Perhaps I could give you my feedback on COFHE at that time?
>>> Many thanks,
>>> Sally
>>>
>>> **From:** Fitzsimmons, William
>>> **Sent:** Monday, February 18, 2013 11:15 AM
>>> **To:** Driver-Linn, Erin
>>> **Cc:** Donahue, Sally; Bever, Erica Jane; Scanlon, John; Jilek, Tiffany Lee
>>> **Subject:** Re: two possible meetings
>>> Hello Erin!
>>> I hear you may be starting a Cambridge real estate project. No doubt a great adventure...
>>> I can do the 26th meeting. I'm sure Sally will check in re her availability. Perhaps we could meet on the 25th about COFHE and the other issues as

well? Are there any particular times that work for you and the gang?
Fitzgerald


Sent from my iPad

On Feb 18, 2013, at 9:28 AM, "Driver-Linn, Erin" <erin_driver-linn@harvard.edu> wrote:

> Dear Fitz and Sally,
> Hope all is going well! I know this is a super busy time of year for you so advance apologies for the demands on your time. Just let me know if these are impossible because we can probably come up with alternatives to meetings.
> First, as you may know, COFHE is reviewed every five years and this is a review year. Campus users of COFHE are supposed to meet to discuss our responses to some questions as part of this review, as in the message below and related attachment. I am meeting with Evelynn, Jay, and Noel 2/26 at 10:15-11:00 (UHall 119). Would you like to join that meeting? Set up a separate meeting?
> Second, the team has continued to work on a variety of admissions and financial aid analyses, including following up on some of those regressions and tracking down the discrepancies in IPEDS numbers that came up around the Unz discussions, as well as requests that have emerged because of calculator/score card/TEFA discussions. We think it would be helpful to find a time to review with you the threads of the work we are doing to ensure that we are aligned. Also, we'd like to make sure that if we need to request data to continue that it not be too burdensome given all this is going on for you and your colleagues.
> Just let me know what works and in any case, look forward to seeing you sometime soon!
> Best regards,
> -Erin



CONFIDENTIAL                                                                                                                      HARV00065694



CONFIDENTIAL HARV00065695