# EXHIBIT 145



Case 1:14-cv-14176-ADB   Document 421-145   Filed 06/15/18   Page 2 of 18
PRELIMINARY DRAFT
1

**Admissions Part II**
**Subtitle**

February 14, 2012

Office of Institutional Research

Highly Confidential - Attorney's Eyes Only

- Athletes and Legacies explain the difference in raw admit rates for Asian and White applicants.

- Asian applicants have higher average ratings and test scores (excluding the personal rating).

- Differences exist in the raw admit rates of Asian and White students with similar test scores and academic indices. Even top scores and ratings don't guarantee admission.

- Personal rating is important in models of the admissions process and drive some of the demographic differences we see.

Highly Confidential - Attorney's Eyes Only

HARV00065742



**Admit Rates by Ethnicity, Classes of 2007-2016**

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate -White | 7.60% | 9.39% | 7.72% | 7.71% | 8.56% | 7.72% | 6.57% | 6.36% | 5.45% | 6.02% |
| Admit Rate -Asian | 11.69% | 12.13% | 11.27% | 11.58% | 10.94% | 9.93% | 9.11% | 8.76% | 7.58% | 7.50% |
| Difference | 4.09% | 2.74% | 3.55% | 3.88% | 2.38% | 2.21% | 2.54% | 2.40% | 2.14% | 1.48% |

HARV00065743

Highly Confidential - Attorney's Eyes Only



Non-Legacy, Non-Athlete Admit Rates by Ethnicity, Classes of 2007-2016

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate -White | 7.21% | 8.90% | 7.34% | 7.34% | 8.09% | 7.21% | 6.00% | 5.96% | 4.93% | 5.34% |
| Admit Rate -Asian | 8.75% | 8.79% | 8.30% | 8.26% | 7.46% | 7.17% | 6.46% | 6.25% | 5.32% | 5.09% |
| Difference | 1.54% | -0.12% | 0.96% | 0.93% | -0.64% | -0.04% | 0.46% | 0.29% | 0.38% | -0.25% |

Legend:
Asian
African American
International
Hispanic
Native American
Unknown
White

HARV00065744

Highly Confidential - Attorney's Eyes Only



*Difference in Average Test Scores and Ratings for White and Asian Applicants*

Notes:
• Excludes legacies and athletes.
• OIR doesn't have all ratings for all years, so number of applicants differs for each rating/test score.
• Differences are in standard deviations.

Highly Confidential - Attorney's Eyes Only

HARV00065745



Admit Rates by Academic Index for White and Asian Applicants, Classes of 2007-2016

Notes:
• Excludes legacies and athletes.
• Academic Index doesn't account for everything in admissions process.  Even top rated students barely have a 50% admit rate.

Highly Confidential - Attorney's Eyes Only

HARV00065746



Admit Rates by Average SAT I for White and Asian Applicants, Classes of 2007-2016

Notes:
• Excludes legacies and athletes.
• Spikiness in distribution due to rounding averages to integers.

Highly Confidential - Attorney's Eyes Only

HARV00065747

# Model

PRELIMINARY DRAFT

8



*Odds Ratios for Main Effect Logistic Model*

Highly Confidential - Attorney's Eyes Only

HARV00065748



*Logit Coefficients for Main Effect Logistic Model*

Highly Confidential - Attorney's Eyes Only

# Methods

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**
- Fit a series of basic logistic regression models.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**
- Students with no academic index are excluded from this analysis.  N = , admit rate =

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

HARV00065750

Highly Confidential - Attorney's Eyes Only

# Projected Admitted Student Pools



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

HARV00065751

Highly Confidential - Attorney's Eyes Only



| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.79% |

HARV00065752
Highly Confidential - Attorney's Eyes Only

Highly Confidential - Attorney's Eyes Only

HARV00065753

Highly Confidential - Attorney's Eyes Only

HARV00065754

# The Personal Rating: Numeric value doesn't capture full picture of applicant

Case 1:14-cv-14176-ADB   Document 421-145   Filed 06/15/18   Page 16 of 18



**Inputs**

- SAT Scores
- GPA
- Alumni Interview
- Teacher Ratings
- Guidance Counselor Ratings
- **Application Essay?**

Reader classifies student → Academic Rating

Calculation performed → Academic Index

Reader classifies student → Personal Rating

**Outputs**

| | | |
|---|---|---|
| Academic Index | SAT Scores + GPA | Accounts for 98% of the variation in Academic Index. Academic Index is a weighted average. |
| Academic Rating | SAT Scores + GPA | Accounts for 70% of the variation in Academic Rating. Can't explain some of the variation because Academic Rating data doesn't include the granuality provided by + and -. Also potentially some noise due to readers |
| Personal Rating | School Support + Alumni Interviews | Accounts for 20% of the variation in Personal Rating. Inputs of Teacher Evaluations, Guidance Counselor Evaluations, and Alumni Interviews don't fully explain how Personal Ratings are assigned. Don't have any numeric rating of personal statement. |

HARV00065755

Highly Confidential - Attorney's Eyes Only

# Dockets: Differences in Admit Rates by Region not Explained by Athletes and Legacies

PRELIMINARY DRAFT 16



**Admit Rates by Region for White and Asian Non-Athlete, Non-Legacy Applicants, Classes of 2007-2016**

| | CA and Northwest | Texas | Northeast and Atlantic | Great Lakes | New York | Massachusetts | South | Midwest and Southwest |
|---|---|---|---|---|---|---|---|---|
| Percent Asian | 39% | 28% | 25% | 24% | 23% | 20% | 20% | 20% |
| Total Applicants | 42,033 | 12,165 | 31,706 | 22,000 | 21,373 | 17,161 | 31,135 | 15,733 |

Legend:
- Asian
- White
- Total

Notes:
• Excludes legacies and athletes.

Highly Confidential - Attorney's Eyes Only

HARV00065756

- Information lost by not recording plusses and minuses.

- Yield considered when admitting students?

- Other factors not used in models:
  - Children faculty/staff
  - Search for socioeconomic diversity
  - High school quality/opportunities open to student
  - Dockets

Highly Confidential - Attorney's Eyes Only

HARV00065757