# EXHIBIT 153

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Introduction to the Office of Institutional Research

October 2012

HARV00068151

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# The Institutional Research office has two primary functions

1. Collect, synthesize and analyze institutional data

2. Support University decision-making

   (in the offices of the President and Provost, and beyond as possible)

HARV00068152

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068153

# Office of Institutional Research Organization Chart, September 2012

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068154



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Annual Data Collection and Reporting Work in OIR

**Annual Collections From Harvard Schools and Peer Institutions:**
Admissions for Harvard programs
Completions (Degrees Conferred)
Enrollment
Financial Aid Data on Awards and Total Costs for All Students
Peer Tuition and Fees
Student Debt

*Annual Deliverables*
**For Internal Audiences:**
Peer Tuition and Fees
Tuition, Enrollment, and Financial Aid (TEFA) data and exhibits for presentation to the Corporation

Redacted

HARV00068155

# University committees Institutional Research has supported and/or staffed

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Redacted

Types of support OIR provides to committees:

- Data analysis and presentation from existing data sources or new data collections

Redacted

HARV00068156

# Current and Upcoming Work Planned in IR and HILT



## Strategy & Planning

Redacted

- **University Financial Aid:** Articulate a vision for fin. aid university-wide, develop a proposal for Presidential aid programs in support of the vision and align to school needs for the campaign

Redacted

## Policy Reports

- **Admissions Analysis:** Preliminary review of early action; Examine differences, if any, among male and female applicants to the College

Redacted

## Data Improvement

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068157

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Selected Previous OIR Projects and End Products

## Strategy & Planning

Redacted

- **Undergraduate Financial Aid Budgeting/Forecasting (2007-2011):** Provide forecasts to College Finance and Financial Aid based on 2007 models for the Affordability Initiative; Modeled potential changes to inform leadership decisions to modify program in 2011

- **Financial Aid Calculator Development:** Supported the Office of Financial Aid at Harvard College in the development of a simple financial aid calculator, meeting the Department of Education requirement in Fall 2011.

## Policy Reports

- **Early Action Admissions Analysis (2011):** Understand the effect on our pool of applicants and yield rates as a result of eliminating early action in 2007.

Redacted

- ✓ **Financial Aid at Harvard College (2009):** An analysis of the changes in applicants, matriculants, and financial aid expenditures, as a result of recent changes in financial aid.

Redacted

✓ **A checkmark indicates example work from this project is included in subsequent pages.**

HARV00006815B

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Examples of OIR Work

The following slides represent a sample of previous and ongoing work in the Office of Institutional Research.  These are taken from presentations or other OIR work and do not represent complete reports in any case.

Redacted

- Selected Slides from Financial Aid at Harvard College (2009)

Redacted

HARV00068159

Academic Planning

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068160

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Harvard's Economic Trends

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068162

Harvard's Economic Trends

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068163

Harvard's Economic Trends

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068164

**Maximum Faculty Salary Analysis**

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068165

Maximum Faculty Salary Analysis

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068166

**Administrative Staff Growth**

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068167

**Administrative Staff Growth**

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068168

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068169

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068170

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# The diversity of applicants and matriculants has increased

Financial Aid at Harvard College



HARV00068171

21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Increasing diversity while maintaining admissions standards is a slow process, but the initiatives appear to be helping: Applicants

**Financial Aid at Harvard College**



*Average number of "minority" and "majority" entering applicants and admits: two decades preceding the initiatives compared to the five years since the initiatives*

Initiatives

1984-1993 Average

1994-2003 Average

2004-2008 Average

"Minority" applicants have grown pre-initiative to post initiative (+100%) more than "Majority" applicants (+29%)

2916 Applicants

4919

7849

**Under-represented minority and international students**

Admits

10,369

13,158

15,215

**White, Asian, Other, Unknown**

HARV00068172

# Increasing diversity while maintaining admissions standards is a slow process, but the initiatives appear to be helping: Admits and Matriculants

*Average number of "minority" and "majority" entering admits and matriculants: two decades preceding the initiatives compared to the five years since the initiatives*



Initiatives

"Minority" admits and matriculants have increased post-initiative (+24% and +32% respectively), while "Majority" admits and matriculants have decreased (-13% and -6% respectively)

1984-1993 Average
310
458
(68% yield)

1994-2003 Average
382
522
(73% yield)

2004-2008 Average
457
609
(75% yield)

Under-represented minority and international students

1294 Matriculants
1242
1198

White, Asian, Other, Unknown

1738 Admits
(75% yield)

1552
(80% yield)

1436
(83% yield)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068173

Financial Aid at Harvard College

23

Interactive Indicators

Redacted

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HARV00068174