# EXHIBIT 154

## Methods

- **Fit a series of basic logistic regression models.**

- **Generate Fitted Probabilities of Admissions.**

- **For each class, select the 2000 applicants with the highest probability of admissions as our simulated admitted class.**

- **Examine resulting demographics and admit rates by ethnicity.**

CONFIDENTIAL

HARV00069096

# Models Used

| | Model 1 | Model 2 | Model 3 | Model 4 |
|---|---|---|---|---|
| | Academic Index<br>Academic Rating | Academic Index<br>Academic Rating<br>legacy<br>athlete | Academic Index<br>Academic Rating<br>legacy<br>athlete<br>Personal Rating<br>Extracurricular Rating | Academic Index<br>Academic Rating<br>legacy<br>athlete<br>Personal Rating<br>Extracurricular Rating<br>Gender<br>Ethnicity |
| | Unz's proposal | Factors we will continue to consider no matter what (still need a football team ,etc) | Squishier measures, that may be more open to subjectivity | Demographic factors |

## Projected Admit Rates and Admitted Student Pools

PRELIMINARY DRAFT

3





CONFIDENTIAL

HARV00069098

**Projected Admit Rates and Admitted Student Pools**

PRELIMINARY DRAFT

4

CONFIDENTIAL

### Fitted Admit Rates

|  | Academics Only Model 1 | Legacy and Athlete Model 2 | Extracurricular and Personal Model 3 | Demographics Model 4 | Actual |
|---|---|---|---|---|---|
| Asian | 16.65% | 11.90% | 8.97% | 6.87% | 7.63% |
| African American | 0.66% | 2.04% | 3.08% | 12.04% | 12.00% |
| International | 4.82% | 3.82% | 5.71% | 5.14% | 6.37% |
| Hispanic | 2.08% | 2.43% | 3.73% | 8.74% | 9.27% |
| Native American | 2.01% | 2.89% | 4.16% | 10.56% | 11.43% |
| Unknown | 9.04% | 11.24% | 10.71% | 9.21% | 9.67% |
| White | 8.97% | 11.34% | 11.99% | 10.40% | 10.77% |

### Projected Admitted Pools

|  | Academics Only Model 1 | Legacy and Athlete Model 2 | Extracurricular and Personal Model 3 | Demographics Model 4 | Actual |
|---|---|---|---|---|---|
| Asian | 43.37% | 31.00% | 23.36% | 17.88% | 18.66% |
| African American | 0.61% | 1.90% | 2.86% | 11.18% | 10.46% |
| International | 7.16% | 5.68% | 8.48% | 7.64% | 8.90% |
| Hispanic | 2.26% | 2.63% | 4.05% | 9.49% | 9.46% |
| Native American | 0.23% | 0.33% | 0.47% | 1.21% | 1.23% |
| Unknown | 8.05% | 10.02% | 9.54% | 8.21% | 8.09% |
| White | 38.31% | 48.44% | 51.22% | 44.40% | 43.21% |

## Observations

- **Legacy and athlete seems to benefit white students most, though also benefits hispanic and black students (Model 2).**

- **Same for extracurricular and personal ratings, though the majority of the change in admit rates and class composition comes from personal ratings.**

- **Biggest change to admit rates and class composition for black and hispanic students comes from consideration of demographics.**

- **Native american, hispanic, and black students admit rates move in concert. Unknown, asian, and white students admit rates move in concert, excluding Model1 – Model2.**

CONFIDENTIAL

HARV00069100

**Models Fit Pretty Well**

CONFIDENTIAL

|  | Admit Rates | | |
|---|---|---|---|
|  | Model 4 | Actual | Difference |
| Asian | 6.87% | 7.63% | -0.76% |
| African American | 12.04% | 12.00% | 0.04% |
| International | 5.14% | 6.37% | -1.23% |
| Hispanic | 8.74% | 9.27% | -0.53% |
| Native American | 10.56% | 11.43% | -0.88% |
| Unknown | 9.21% | 9.67% | -0.47% |
| White | 10.40% | 10.77% | -0.38% |

|  | Entering Classes | | |
|---|---|---|---|
|  | Model 4 | Actual | Difference |
| Asian | 17.88% | 18.66% | -0.78% |
| African American | 11.18% | 10.46% | 0.72% |
| International | 7.64% | 8.90% | -1.26% |
| Hispanic | 9.49% | 9.46% | 0.03% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.21% | 8.09% | 0.12% |
| White | 44.40% | 43.21% | 1.19% |

|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |
|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 |
| psuedo R2 | 0.09 | 0.19 | 0.4 | 0.44 |

HARV00069101