# EXHIBIT 155

CONFIDENTIAL

# Modeling Admissions to Harvard College: Preliminary Analysis
Office of Institutional Research
CONFIDENTIAL DRAFT
October 8, 2013

HARV00069113

# Methods

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**
- Fit a series of basic logistic regression models.

- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**
- This analysis uses the classes of 2007-2016, excluding students with missing data
- N=193,306

CONFIDENTIAL

HARV00069114

# Models Used

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

CONFIDENTIAL

HARV00069115

# Projected Admitted Student Pools

CONFIDENTIAL DRAFT   4



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

CONFIDENTIAL

HARV00069116

**Projected Admit Rates**

CONFIDENTIAL DRAFT    5
CONFIDENTIAL



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics |  |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

HARV00069117

# Model Fit

| Admit Rates | | | |
|---|---|---|---|
| | **Model 4** | **Actual** | **Difference** |
| Asian | 7.24% | 7.63% | -0.39% |
| African American | 12.59% | 12.00% | 0.59% |
| International | 5.42% | 6.37% | -0.95% |
| Hispanic | 9.51% | 9.27% | 0.23% |
| Native American | 11.17% | 11.43% | -0.26% |
| Unknown | 9.56% | 9.67% | -0.12% |
| White | 10.84% | 10.77% | 0.06% |

| Entering Classes | | | |
|---|---|---|---|
| | **Model 4** | **Actual** | **Difference** |
| Asian | 17.97% | 18.66% | -0.69% |
| African American | 11.12% | 10.46% | 0.66% |
| International | 7.68% | 8.90% | -1.22% |
| Hispanic | 9.83% | 9.46% | 0.37% |
| Native American | 1.21% | 1.23% | -0.02% |
| Unknown | 8.11% | 8.09% | 0.02% |
| White | 44.08% | 43.21% | 0.87% |

CONFIDENTIAL

HARV00069118

**Potential next steps**

- **Identify additional factors that might be alternatives to race in admissions**
    - **Socio-economic status (fee waiver)**
    - **Geography (zip code)**
    - **Others?**

- **Test these factors in predicting admissions and compare the results to actual admitted classes**

CONFIDENTIAL

HARV00069119