# EXHIBIT 157

# Demographics of Harvard College Applicants

DRAFT

May 30, 2013

Office of Institutional Research

Highly Confidential - Attorney's Eyes Only

HARV00069760

- Low income applicants are more diverse than all applicants to Harvard College.

- Likewise, a greater share of minority applicants are low income, than white applicants: 25% of Hispanic applicants, 24% of African American applicants, and 18% of Asian applicants are low income, compared with just 10% of white applicants.

- Across all race/ethnicity groups, low income students are admitted at a higher rate.

Highly Confidential - Attorney's Eyes Only

HARV00069761

# Applicants to Harvard College by race/ethnicity

PRELIMINARY DRAFT

3

**All Applicants by Ethnicity, Classes of 2009-2016**



**Applicants with Incomes Less than $60K, by Ethnicity, Classes of 2009-2016**



Highly Confidential - Attorney's Eyes Only

HARV00069762

# Share of low income applicants by race/ethnicity

PRELIMINARY DRAFT

4



*Percent of Applicants with Incomes Less than $60K, by Race/Ethnicity, Classes of 2009-2016*

| Hispanic | African American | Asian | Native American | Other/Unknown | White | International |
|---|---|---|---|---|---|---|
| 25% | 24% | 18% | 17% | 12% | 10% | 1% |

Highly Confidential - Attorney's Eyes Only

HARV00069763



Distribution of Income, by Ethnicity, Classes of 2009-2016

Note: Of African American, White, Hispanic, and Asian applicants, White applicants have the highest proportion of applicants with incomes greater than $350K or unknown, Asian applicants have second highest proportion of applicants with incomes greater than $350K, and the lowest proportion of applicants with unknown incomes (did not apply for financial aid).

Highly Confidential - Attorney's Eyes Only

HARV00069764



## Admit Rates by Ethnicity and Income, Classes of 2009-2016

| Ethnicity | Low Income | Income > $60K |
|---|---|---|
| Native American | 15% | 11% |
| White | 12% | 10% |
| African American | 12% | 11% |
| Hispanic | 11% | 8% |
| Asian | 10% | 7% |
| International | 8% | 6% |

Notes: Applicants with Race/Ethnicity unknown are excluded have similar admit rates at both income levels and are excluded from the chart above. Differences between low income and other applicants are significant for Native American, Asian, Hispanic, and white applicants (p<.05). The difference is marginally significant for African American applicants (p<.1). The difference for international applicants is not significant.

Highly Confidential - Attorney's Eyes Only

HARV00069765

## Coefficients for Logistic Regression Modeling Predicting Probability of Admissions, Classes of 2009-2016

| Variable | Coefficient | p-value |
| --- | --- | --- |
| Athlete | 6.329 | 0.000 |
| Personal 1 or 2 | 2.409 | 0.000 |
| Legacy | 2.397 | 0.000 |
| **African American** | **2.385** | **0.000** |
| **Native American** | **1.742** | **0.000** |
| Extracurricular 1 or 2 | 1.584 | 0.000 |
| Academic 1 or 2 | 1.308 | 0.000 |
| **Hispanic** | **1.289** | **0.000** |
| Academic Index | 1.285 | 0.000 |
| **Low Income** | **0.899** | **0.000** |
| **Asian and Low Income** | **0.282** | **0.000** |
| International | 0.229 | 0.000 |
| Female | -0.003 | 0.877 |
| **Ethnicity Unknown** | **-0.031** | **0.424** |
| **Asian** | **-0.429** | **0.000** |
| Constant | -6.222 | 0.000 |

Notes: Pseudo R2 of 0.45

Highly Confidential - Attorney's Eyes Only   HARV00069766

## Coefficients for Logistic Regression Modeling Predicting Probability of Admissions, Classes of 2009-2016
### (Includes Interaction Terms for All Race/Ethnicity and Low Income)

| Variable | Coefficient | p-value |
|---|---:|---:|
| Athlete | 6.335 | 0.000 |
| African American | 2.509 | 0.000 |
| Personal 1 or 2 | 2.410 | 0.000 |
| Legacy | 2.403 | 0.000 |
| Native American | 1.787 | 0.000 |
| Extracurricular 1 or 2 | 1.586 | 0.000 |
| Academic 1 or 2 | 1.314 | 0.000 |
| Academic Index | 1.284 | 0.000 |
| Hispanic | 1.232 | 0.000 |
| **Low Income** | **0.998** | **0.000** |
| International | 0.249 | 0.000 |
| **Asian and Low Income** | **0.184** | **0.013** |
| Hispanic and Low Income | 0.126 | 0.160 |
| Female | -0.004 | 0.847 |
| Ethnicity Unknown | -0.016 | 0.707 |
| Ethnicity Unknown and Low Income | -0.136 | 0.263 |
| Native American and Low Income | -0.236 | 0.318 |
| **Asian** | **-0.418** | **0.000** |
| African American and Low Income | -0.490 | 0.000 |
| International and Low Income | -0.496 | 0.055 |
| Constant Term | -6.239 | 0.000 |

Notes: Pseudo R2 of 0.45

Highly Confidential - Attorney's Eyes Only

HARV00069767