# EXHIBIT 159



**HARVARD**
GRADUATE SCHOOL
OF EDUCATION

## CONFIDENTIAL BRIEFING FOR JIM RYAN

| | |
|---|---|
| **From:** | Suzannah Lutz • 617-495-3401 (work) |
| **Meeting/Event:** | Diversity Committee |
| **Date/Time:** | Wednesday, December 10, 2014<br>2:00pm—3:30pm |
| **Location/Call-in info:** | Mass Hall<br>Perkins Room |
| **Contact:** | Ranna Farzan<br>ranna_farzan@harvard.edu<br>617-495-4778 |

You are scheduled for a diversity committee meeting to discuss the future of the committee. This meeting will be brief.

**Attachments:**
- Correspondence

**Updated:** 6/1/2017 10:28 AM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00072344

Correspondence

**From:** Ryan, James
**Sent:** Wednesday, December 03, 2014 11:14 AM
**To:** Ryan, James E.; Applbaum, Arthur; Amaker, Tommy; Banaji, Mahzarin R.; Byrne, Patricia M.; Canfield, Michael Ross; Carrasco, David; Chetty, Nadarajan; Dingman, Thomas A.; Dorje, Maya Pema; Ely, Robin J.; Fallon, Richard; Fetter, Marissa Dana; Fitzsimmons, William R.; Forsyth, Ann; Hammonds, Evelynn M.; Holloway, James Aaron; Jha, Ashish; Johnson, Marc A; Katz, Lawrence F.; Kennedy, Randall; Leopold, Deirdre C.; Mayer, Robert J.; Soban, Jessica Lynn; Warikoo, Natasha Kumar; Driver-Linn, Erin; Gershengorn, Ara B; Goodheart, Marc; Iuliano, Robert
**Cc:** jbarret@hbs.edu; Kim_Bremner@dfci.harvard.edu; Dial, Christopher M; Green, Kirsten; chigbe@hds.harvard.edu; Jilek, Tiffany Lee; Kearney, Susan; Lamond, Margaret; Martin, Torey E.; Murphy, Jean; Pacholok, Olesia; Rom, Suzanne; Shack, Monica S
**Subject:** Diversity Committee Meeting - Wednesday, December 10th

Dear Colleagues,

I hope everyone had a great Thanksgiving. As a reminder, we have an upcoming committee meeting on Wednesday, December 10th at 2:00 in the Perkins Room at Massachusetts Hall. **Redacted: Attorney-Client Privilege/ Work Product** I look forward to seeing everyone next week.

Best,
Jim

------------------------------

James E. Ryan
Dean of the Faculty
Charles William Eliot Professor

Harvard Graduate School of Education
13 Appian Way, 101 Longfellow Hall
Cambridge, MA 02138
(617) 495-3401

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00072345