# EXHIBIT 160



**HARVARD**

GRADUATE SCHOOL
OF EDUCATION

### CONFIDENTIAL BRIEFING FOR JIM RYAN

| | |
|---|---|
| From: | Suzannah Lutz • 617-495-3401 (work) |
| Meeting/Event: | Admissions Task Force Discussion |
| Date/Time: | Friday, May 9, 2014<br>2:00pm—3:00pm |
| Location: | Mass Hall, Perkins Room |
| Contact: | Ranna Farzan<br>ranna_farzan@harvard.edu<br>617-495-4778 |

You are scheduled to meet with Bob Iuliano, Ara Gershengorn, and Marc Goodheart to discuss plans for the university-wide Admissions Task Force that you are chairing.

**Attachments:**
- Correspondence
- Charge to the Committee

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY