# EXHIBIT 161

| | |
|---|---|
| **From:** | Bever, Erica Jane [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EJB424] |
| **Sent:** | Monday, June 03, 2013 8:09:22 PM |
| **To:** | Fitzsimmons, William R. |
| **CC:** | Pacholok, Olesia; Driver-Linn, Erin; Hansen, Mark Francis |
| **Subject:** | Low income demographics |
| **Categories:** | Policy - Erica |

You have received 1 files.
Use the secure links below to download.

Hi Fitz,

This note is a follow-up from our last conversation on income and admissions (with Jeff Neal). We've put together several exhibits that examine the interaction between race and low income status. In these slides, you'll see that:
- Low income applicants are more diverse than all applicants to Harvard College.
- Likewise, a greater share of minority applicants are low income than white applicants.
- Across all race/ethnicity groups, low income students are admitted at a higher rate.

Please let us know if you have questions or would like me to walk you through these slides.

Mark and I will put together some materials for your financial aid discussion next week. We'll try to be in touch by the end of this week.

Best,
Erica


Erica Bever
Assistant Director, Office of Institutional Research
Harvard University
Holyoke Center Suite 780
1350 Massachusetts Avenue
Cambridge, MA 02138
617-495-2718




Download Files

Available until: **18 June 2013**

Download File: Demographics&Income_20130603.pdf
    137.09 KBytes,