# EXHIBIT 162

| | |
|---|---|
| **From:** | Bever, Erica Jane [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EJB424] |
| **Sent:** | Thursday, July 10, 2014 1:52:18 PM |
| **To:** | Driver-Linn, Erin |
| **CC:** | Scanlon, John; Schwartz, Liam |
| **Subject:** | Agenda_forKhurana.docx |
| **Attachments:** | Agenda_forKhurana.docx; LowIncomeAdmissionMemo_FINAL_20130501.pdf; FactorsinAdmissions_Feb2013.pptx; AthletesProject_20131217.pptx |

Hi Erin,

I've attached a draft agenda for tomorrow's meeting with Dean Khurana.  Does this look right to you?

I'm also attaching the additional College related materials we should probably share with him.

Best,
Erica

CONFIDENTIAL
HARV00074976

Meeting with Dean Khurana and the Office of Institutional Research
Agenda
July 11, 2014

- Additional OIR analysis on Harvard College Students
    - Athletes
    - Evaluating factors in admissions
    - Low income admissions memo
- Trends in Higher Education for the Harvard Corporation
- Discussion of OIR work and potential new projects

CONFIDENTIAL
HARV00074977



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                              HARV00074978