# EXHIBIT 165

# Distribution of Applicant Average SAT I Scores by Income, Classes of 2009-2016

PRELIMINARY DRAFT

- Income and SAT scores are positively related.



Classes of 2007 and 2008 are excluded as we have no income data for these class years.

HIGHLY CONFIDENTIAL - ATTORNEY EYES' ONLY

# Admit Rates by Income and SAT Score, Class of 2009-2016

PRELIMINARY DRAFT

2

- Using SAT as a proxy for admissions qualifications, we see at every score level, lower income students have higher admit rates.



Notes:
The analysis above uses the average of the maximum math, writing, and reading scores a student received. Average SAT I Scores less than 600 are excluded from the exhibit above as the admit rate for students with SAT I scores less than 600 have an admit rate of less than 1%.
* Category includes those with no (missing) self-reported income

HIGHLY CONFIDENTIAL - ATTORNEY EYES' ONLY

HARV00075058

Case 1:14-cv-14176-ADB Document 421-165 Filed 06/15/18 Page 4 of 4

PRELIMINARY DRAFT



*Predicted and Actual Admit Rates by Income Band*

- Predicted admit rates by income are based on logistic regression models that control for academic index, academic rating, athlete, legacy, extracurricular rating, personal rating, ethnicity, and gender.
- Low income students are admitted at higher rates than predicted. Higher income students are admitted at a lower rate.
- Admit model as a pseudo R-squared of 0.44

Classes of 2007 and 2008 are excluded as we have no income data for these class years.

HIGHLY CONFIDENTIAL - ATTORNEY EYES' ONLY

HARV00075059