# EXHIBIT 166

| | |
|---|---|
| **From:** | Bever, Erica Jane [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EJB424] |
| **Sent:** | Monday, April 15, 2013 4:42:33 PM |
| **To:** | Fitzsimmons, William R. |
| **CC:** | Driver-Linn, Erin; Hansen, Mark Francis |
| **Subject:** | Follow-up |
| **Categories:** | Policy - Erica |

Hi Fitz,

Mark and I will be putting together materials for the two requests you discussed with Erin on Friday:
1. Dean Smith's tuition versus income growth question
2. Low income students in admissions

We are aiming to get you materials to review no later than the end of the week. If you have further thoughts or questions, let us know.

Best,
Erica

Erica Bever
Assistant Director, Office of Institutional Research
Harvard University
Holyoke Center Suite 780
1350 Massachusetts Avenue
Cambridge, MA 02138
617-495-2718

CONFIDENTIAL HARV00075060