# EXHIBIT 167

| | |
|---|---|
| **From:** | Hansen, Mark Francis [/O=HARVARD UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MFH653] |
| **Sent:** | Thursday, February 21, 2013 1:29:22 PM |
| **To:** | Bever, Erica Jane; Driver-Linn, Erin |
| **Subject:** | RE: Admissions_20120220_EB.pptx |
| **Categories:** | Policy - Erica, Reporting-John etc |

Hello Erica,

I really like the way you've put everything together. It does a nice job shaping the many disparate admissions and financial aid projects into a single narrative. I will make the changes you suggested in advance of the team meeting.

I had a few small suggestions:
1. Slide 3: Maybe instead of "bias" – "does the process disadvantage"

2. Add slide 6 from G:\Institutional Research\Projects\Academic Assessment & Accountability\Student Experience\Admissions\Admissions_2012_Projects\admit_model\admissions_presentation_20130118_MH.pptx

    Even a top academic index only gives you a 50% chance of admission.

Thank you,

Mark

**From:** Bever, Erica Jane
**Sent:** Wednesday, February 20, 2013 5:22 PM
**To:** Hansen, Mark Francis; Driver-Linn, Erin
**Subject:** Admissions_20120220_EB.pptx

Hi Mark and Erin,

Attached is my shot at pulling together much of the work related to admissions. Since I'm still not sure what Fitz and Sally have seen, I'd welcome your thoughts on what we should add (especially related to the Unz article). See what you think about the framing at the beginning and end (Erin, it may be helpful to reference our project scoping document, which I've also attached). I know we have team time to discuss as well, but Mark, if you want to weigh in tomorrow morning that would be great.

Thanks,
Erica

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                    HARV00075072