# EXHIBIT 168

FACTS ABOUT ASIAN AMERICAN ADMISSIONS AT HARVARD

Several incorrect statements and statistics have appeared recently in a number of publications based on an article by Ron Unz in The American Conservative, "The Myth of American Meritocracy."
He claims:
- That Ivy League colleges, including Harvard, have a quota of about 16-17% for Asian Americans
- That the percentage of Asian Americans in the student body at Harvard in 2011 was 17.2%
- That "…the share of Asians at Harvard peaked at 20.6% in 1993."

The truth:
- Harvard has no quota for Asian Americans or any other group
- The percentage of Asian Americans at Harvard in 2011 was 20.6%, not 17.2%
- The share of Asian Americans at Harvard peaked in this year's freshman class at 22.4%. In the Class of 1993, the percentage was 17.1%

Mr. Unz also implies that the rapid percentage growth of the Asian American population in the United States should somehow have been reflected in a similar percentage growth of Asian Americans at Harvard. But there has been no such rapid increase in the percentage of the Harvard applicant pool that is Asian American. Asian Americans have comprised about 20% of Harvard applicants for quite some time. More Asian Americans have applied in recent years, but application numbers have increased across the board. The current freshman class had an applicant pool that was 20.6% Asian American, and as noted before, 22.4% of the matriculants are Asian Americans.

It is precisely because Asian American students present outstanding admissions credentials of all kinds that they are so well-represented at Harvard. Asian Americans also do the one thing that is absolutely essential to gain admission – they apply. Outstanding students from all ethnic, cultural, and religious heritages also seek admission, although we have no data on the latter because we do not ask about religion on our application.

There will never be limits on excellence at Harvard. We will continue to seek the nation's and the world's most promising students, and we will do everything we can with our generous financial aid program to ensure they can afford to attend.

Additional Talking Points.

- We hope such misinformation does not discourage Asian American students from applying to Harvard in the future. Over the years, the excellence and diversity of Asian American students, both culturally and economically, have enriched Harvard immeasurably.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HARV00076081

- Our admissions process is highly individualized and holistic. We seek students who will contribute to our educational environment by stimulating and even inspiring their fellow classmates and the faculty: We then do everything possible to prepare them to contribute to society throughout their lives. Harvard recently joined many peer institutions in continuing to support the use of a holistic admissions process in an amicus brief submitted to the U.S. Supreme Court in the Fisher Case.

- There is no formula for admission to Harvard. Academic accomplishment in high school is important, but we consider many other criteria such as community service, work experience, extracurricular activities and accomplishments of all kinds. Leadership, strength of character, and the ability to overcome adversity all play a part in the admissions committee's decisions.

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          HARV00076082