# EXHIBIT 170

# FILED UNDER SEAL