# EXHIBIT 171

# FILED UNDER SEAL