# EXHIBIT 172

# FILED UNDER SEAL