# EXHIBIT 175

# FILED UNDER SEAL