# EXHIBIT 177

# FILED UNDER SEAL