# EXHIBIT 179

# FILED UNDER SEAL