# EXHIBIT 183

# FILED UNDER SEAL