# EXHIBIT 185

| | |
|---|---|
| **Subject:** | Fisher v. University of Texas Discussion #2 |
| **Location:** | Mass Hall, 1st floor conference room |
| **Start:** | Tue 10/8/2013 4:00 PM |
| **End:** | Tue 10/8/2013 5:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Iuliano, Robert |
| **Required Attendees:** | Banks, Roger; Bever, Erica Jane; Driver-Linn, Erin; Donahue, Sally C.; Fitzsimmons, William R.; Fox, Matthew Tyler; McGrath, Marlyn E.; Pearce, Karen; Seaman, Elizabeth P. |
| **Categories:** | Policy - Erica |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HARV00077839