# EXHIBIT 187

# FILED UNDER SEAL