# EXHIBIT 188

# FILED UNDER SEAL