# EXHIBIT 189

# FILED UNDER SEAL