# EXHIBIT 191

| | |
|---|---|
| **From:** | Gershengorn, Ara <ara_gershengorn@harvard.edu> |
| **Sent:** | Tuesday, March 20, 2018 1:02 PM |
| **To:** | Henson, Emily |
| **Subject:** | Fwd: Friday's agenda |
| **Attachments:** | 2018-03-15 Dr. David Card Rebuttal Expert Report.pdf; Proposed Agenda for March 23 Meeting of RNA Committee_(166914845)_(1) (002).docx; RNA committee report (03.15.18).pdf |

Hi Emily,

You may also get these from Jean but I know she is leaving early today and given the weather I just wanted to make sure that these got to you. Wilmer's suggested agenda is attached along with two other documents that they are hoping could be distributed with it to the other two members of the committee. Thanks so much.

Best,
Ara

1

CONFIDENTIAL                                                                                                                              HARV00097370

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> *Defendant*. | Civil Action No. 1:14-cv-14176 |

**REBUTTAL REPORT OF DAVID CARD, Ph.D.**

March 15, 2018

CONFIDENTIAL

CONFIDENTIAL                                                                                       HARV00097371