# EXHIBIT 194

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### DECLARATION OF ███████████████

I, pursuant to 28 U.S.C. § 1746, declare the following:

1.  I am an individual over eighteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2.  I reside in ███████████ I am a first-generation Chinese immigrant, and I have three sons, ███ is the middle son.

3.  ███ graduated from ███████████████████████████████████ He applied for admission to Harvard College, from which he was rejected despite his outstanding qualifications. He is currently a student at ███████████████████████

4.  I became a member of Students for Fair Admissions ("SFFA") in November 2014 because I support its work and believe that Harvard College and many other colleges and universities wrongly discriminate against Asian-American students.

1

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                SFFA-Harvard 0001939

5. I did not pay a membership fee because no fee was required for membership when I joined SFFA. Nonetheless, I have contributed financially to SFFA because I support its mission.

6. ███████████████████████████████████████████████████████████████████████████████

███████ The Board meets regularly to manage the business and affairs of SFFA.

7. My son ███ is a standing member in SFFA's lawsuit against Harvard College, and we have been in contact with Mr. Blum and SFFA's attorneys. I also communicate with ███ about the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, June 16, 2016.

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**          **SFFA-Harvard 0001940**