# EXHIBIT 196

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. | Civil Action No. 1:14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | |

### DECLARATION OF ████████████

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am an individual who is fourteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2. I am Asian-American and a citizen of the United States. Both of my parents are first-generation immigrants.

3. I attend ████████████████████████ I expect to graduate high school in ████.

4. I plan to apply for admission to Harvard College for the undergraduate class of 2023.

5. I became a member of Students for Fair Admissions ("SFFA") in April 2016 because I support its mission and believe that Harvard College and many other

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

colleges and universities wrongly discriminate against Asian-American applicants for admission.

6. I paid the membership fee when I joined SFFA in April 2016.

7. I have agreed to participate in SFFA's lawsuit against Harvard and have received updates about the status of the case from Mr. Blum and from SFFA's attorneys. They have answered my questions and afforded me the opportunity to have input and direction on SFFA's case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, June 28, 2016.