# EXHIBIT 198

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

    v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE
(HARVARD CORPORATION),

    Defendant.

Civil Action No. 1:14-cv-14176-ADB

## DECLARATION OF ███████████████

I, pursuant to 28 U.S.C. § 1746, declare the following:

1.     I am an individual over eighteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2.     I reside in ███████ I am a first-generation Indian immigrant, and I have two children, ████ and █████

3.     ████ graduated from ████████████████████ in ████████ He applied for admission to Harvard College, which denied him admission despite his outstanding qualifications. He plans to enroll at ███████████ in the fall.

4.     My younger son █████ who will be entering █████████████████ ███████ has expressed interest in applying for admission to Harvard College.

5.     I became a member of Students for Fair Admissions ("SFFA") in April 2017 because I support its work and believe that Harvard College and many other colleges and universities wrongly discriminate against Asian-American students.

1

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

**SFFA-Harvard 0001997**

2

6.    I paid the membership fee when I joined SFFA in April 2017.

7.    My son ███████ is a standing member in SFFA's lawsuit against Harvard College, and we have been in contact about the case with Mr. Blum and SFFA's attorneys. I also communicate with ███████ about the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, May 27, 2017.

███████████████████████████████████

2

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

SFFA-Harvard 0001998