# EXHIBIT 201

# Office of Institutional Research

## Our Mission

To collect, synthesize, and analyze institutional data to fulfill mandatory reporting requirements and support University decision-making.

## Our Objectives

To offer accurate, timely, and digestible research, tailored to diverse audiences, with the goal of promoting informed decision-making and furthering the core missions of the University.

## Our Scope

- Primary source for major University facts and figures: Fact Book, Common Data Set, IPEDS, and other major reporting
- Support for key University-wide committees
- Systems analysis and information-sharing partnerships within Harvard and among peer institutions.
- Planning and policy analysis; evidence-based recommendations

## Our Audiences

*At Harvard*
- University Leadership in the Office of the President and Provost
- The Governing Boards
- Senior Leadership in the Schools
- Others, on a request-by-request basis

*Outside Harvard*
- Federal Government Agencies
- Peer Institutions and Consortia
- General Public

