# EXHIBIT 203

# UNIVERSAL college APPLICATION

# First-Year Admissions Application

This form is developed for, and is to be used by, the members of the Universal College Application. All members evaluate this form equally with all other forms accepted by the institution. Please type or print neatly.

College Name _____

☐ Regular Decision  ☐ Early Decision
☐ Restrictive Early Action  ☐ Early Action

I am applying for the term beginning _____

Possible Major _____

Possible Career Plans _____

## PAYMENT INFORMATION

Are you planning to apply for a counselor-approved fee waiver?  ☐ Yes  ☐ No   Are you applying for financial aid?  ☐ Yes  ☐ No

If you are applying for financial aid, when did/will you file the appropriate form(s) (FAFSA, CSS Profile, etc.)? _____

## PERSONAL INFORMATION

Please enter your name as it appears on your passport or other official documents.

Legal Name _____ Last (Family) _____ First _____ Middle _____ Suffix (Jr., Sr., etc.)   ☐ Male  ☐ Female

Preferred Name _____   Previous Last Name(s), if any _____

Date of Birth _____ (mm/dd/yyyy)   Social Security Number (optional) _____ (###-##-####)

Email _____   Marital Status _____ (single, married, etc.)

### PERMANENT ADDRESS

_____ Street Address _____ Apt. #

_____ City/Town _____ State/Province _____ Country _____ Zip/Postal Code

Phone (_____) _____ Begin with Area or Country Code   Alternate Phone (_____) _____ Begin with Area or Country Code

**EXHIBIT 2** JAS 6/18/15

Please give your current address for all admission correspondence, if different from above.

### CURRENT MAILING ADDRESS

_____ Street Address _____ Apt. #

_____ City/Town _____ State/Province _____ Country _____ Zip/Postal Code

Current Mailing Address Phone (_____) _____ Begin with Area or Country Code   Current mailing address valid from _____ (mm/dd/yyyy) to _____ (mm/dd/yyyy)

## CITIZENSHIP

Place of Birth _____ City/Town _____ State/Province _____ Country

☐ US Citizen   ☐ Dual US citizen; please specify other country of citizenship _____

☐ US permanent resident visa; citizen of _____   Alien registration number _____

☐ Other Citizenship _____ Visa

If you live in the United States, but are not a U.S. citizen, how many years have you lived in the country? _____

If not English, language spoken in your home _____   If not English, list your first language _____

**ETHNICITY**
*Race/Ethnicity information is optional. Information you provide will not be used in a discriminatory manner.*

Are you Hispanic or Latino?  ☐ Yes  ☐ No   (country of family's origin _____ )

*How would you describe your racial background? (select one or more of the following categories):*

☐ Asian  (country of family's origin _____ )
☐ Black or African American
☐ American Indian or Alaska Native (enrolled _____ )
  Tribal affiliation _____

☐ Native Hawaiian or Other Pacific Islander
☐ White

---

## FAMILY INFORMATION

### PARENT/GUARDIAN #1
☐ Parent ☐ Guardian _____
                       Title        Last (Family)           First              Middle        Suffix

☐ Male ☐ Female                        Living?  ☐ Yes  ☐ No (Date Deceased _____ )
                                                                              (mm/yyyy)

*If different from yours*
Address _____
              Street Address                                                         Apt. #

_____
City/Town           State/Province        Country              Zip/Postal Code

Phone ( _____ ) _____     Email _____
      Begin with Area or Country Code

Profession _____    Position _____

Employer _____

College Attended (if any) _____   Degree Earned _____   Year _____

Graduate School Attended (if any) _____   Highest Degree Earned _____   Year _____

### PARENT/GUARDIAN #2
☐ Parent ☐ Guardian _____
                       Title        Last (Family)           First              Middle        Suffix

☐ Male ☐ Female                        Living?  ☐ Yes  ☐ No (Date Deceased _____ )
                                                                              (mm/yyyy)

*If different from yours*
Address _____
              Street Address                                                         Apt. #

_____
City/Town           State/Province        Country              Zip/Postal Code

Phone ( _____ ) _____     Email _____
      Begin with Area or Country Code

Profession _____    Position _____

Employer _____

College Attended (if any) _____   Degree Earned _____   Year _____

Graduate School Attended (if any) _____   Highest Degree Earned _____   Year _____

Your parents are _____   If divorced, list date _____
                 (married, divorced, etc.)                                (mm/yyyy)

With whom do you reside?  ☐ Both   ☐ Parent/Guardian#1   ☐ Parent/Guardian#2   ☐ Other (Explain) _____

List names, genders, and ages of your siblings, college (if any), degree(s), and dates of attendance.

| Name | Gender | Age | Institution | Degree(s) | Dates |
|------|--------|-----|-------------|-----------|-------|
|      |        |     |             |           |       |
|      |        |     |             |           |       |
|      |        |     |             |           |       |

## ACADEMIC INFORMATION

School _____   CEEB Code _____

Type of school:  ☐ Public   ☐ Private   ☐ Correspondence   ☐ Charter   ☐ Parochial   ☐ Home-School   ☐ Other/Education Provider

School Address _____
Number and Street

| City/Town | State/Province | Country | Zip/Postal Code |

Start Date _____ (mm/yyyy)   Date of Graduation _____ (mm/yyyy)

Counselor's Name _____   Phone (_____)_____ Begin with Area or Country Code

Counselor's Email _____   Fax (_____)_____ Begin with Area or Country Code

Are you currently enrolled in school?   ☐ Yes   ☐ No     Will/did you graduate from High School early?   ☐ Yes   ☐ No

Did you receive a GED?   ☐ Yes   ☐ No   If so, list date: _____ (mm/yyyy)   (Please send official scores from testing agency)

*If your education has been interrupted, please detail your activities since last enrolled. Please attach your response to the end of the application.*

### CURRENT YEAR'S COURSES
*Please list name, level (Honors, AP, IB, etc.) and credit value of your current year's courses.*

| Semester #1/Trimester #1 | Semester #2/Trimester #2 | Trimester #3 |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

List all other high schools, colleges/universities (including summers), and academic programs you attended, beginning with ninth grade. You must submit transcripts from each school.

### OTHER HIGH SCHOOLS

| School Name | CEEB Code | Dates Attended | Location |
| --- | --- | --- | --- |
| | | | |
| | | | |

### COLLEGES/UNIVERSITIES

| School Name | CEEB Code | Dates Attended | Location |
| --- | --- | --- | --- |
| | | | |
| | | | |

## AP/IB TEST SCORES

*Please list any Advanced Placement or International Baccalaureate exams taken along with the test date and score.*

| Test Date | Subject | Score | Test Date | Subject | Score |
|---|---|---|---|---|---|
| Test Date | Subject | Score | Test Date | Subject | Score |
| Test Date | Subject | Score | Test Date | Subject | Score |

## STANDARDIZED TEST INFORMATION

*List your test scores below. You must have the testing agency send official scores to each institution to which you are applying.*

**SAT Reasoning**

| Test Date | Verbal/Critical Reading | Math | Writing | Test Date | Verbal/Critical Reading | Math | Writing |
|---|---|---|---|---|---|---|---|
| Test Date | Verbal/Critical Reading | Math | Writing | | | | |

**SAT Subject**

| Test Date | Subject | Score | Test Date | Subject | Score |
|---|---|---|---|---|---|
| Test Date | Subject | Score | Test Date | Subject | Score |
| Test Date | Subject | Score | Test Date | Subject | Score |

**ACT**

| Test Date | English | Math | Reading | Science | Composite | Combination English/Writing |
|---|---|---|---|---|---|---|
| Test Date | English | Math | Reading | Science | Composite | Combination English/Writing |
| Test Date | English | Math | Reading | Science | Composite | Combination English/Writing |

**Test of English as a Foreign Language (TOEFL or other exam)**

| Test Date | Subject | Score | Test Date | Subject | Score |
|---|---|---|---|---|---|

## ACADEMIC DISTINCTIONS

*Please list any academic or educational awards and honors you received in high school (e.g. National Merit, National Honor Society). Please attach your response to the end of the application.*

## EXTRACURRICULAR AND VOLUNTEER INFORMATION (including summer)

*Please list any significant extracurricular or community activities and hobbies in which you have participated. Include specific accomplishments such as musical accolades, athletic distinctions, etc. (Please note: "PG" means Post-Graduate)*

| Activity | Grade Level | Specific Accomplishments | Hours/Week | Weeks/Year | Will you participate in college? |
|---|---|---|---|---|---|
| | ☐9 ☐10 ☐11 ☐12 ☐PG | | | | ☐Yes ☐No ☐Unsure |
| | ☐9 ☐10 ☐11 ☐12 ☐PG | | | | ☐Yes ☐No ☐Unsure |
| | ☐9 ☐10 ☐11 ☐12 ☐PG | | | | ☐Yes ☐No ☐Unsure |
| | ☐9 ☐10 ☐11 ☐12 ☐PG | | | | ☐Yes ☐No ☐Unsure |
| | ☐9 ☐10 ☐11 ☐12 ☐PG | | | | ☐Yes ☐No ☐Unsure |
| | ☐9 ☐10 ☐11 ☐12 ☐PG | | | | ☐Yes ☐No ☐Unsure |
| | ☐9 ☐10 ☐11 ☐12 ☐PG | | | | ☐Yes ☐No ☐Unsure |

## EMPLOYMENT INFORMATION

*List any work experience (including summer jobs) during the past three years.*

| Employer | Job Description | Dates of Employment | Hours per week |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## ACTIVITY DESCRIPTION

*Tell us more about one of your extracurricular, volunteer, or employment activities (100-150 words). If you need more space, please attach your response to the end of the application.*

## PERSONAL STATEMENT

*Please write an essay (650 words or fewer) that demonstrates your ability to develop and communicate your thoughts. Some ideas include: a person you admire; a life-changing experience; or your viewpoint on a particular current event. Please attach your response to the end of your application.*

## MULTIMEDIA INFORMATION

*Optional: You may provide your selected college(s) with a link to any online content you feel:*
*1. Tells the college more about yourself  2. Demonstrates a particular talent you possess  3. Highlights an activity in which you participated*

*Some ideas include linking to an online video you created, a portfolio (pictures or photographs), a musical composition, or a newspaper article.*

http:// _____

*Please briefly describe the contents of the link you provided.*

## ADDITIONAL INFORMATION

*If you have additional information that was not specifically requested on the application or did not fit in the space provided, feel free to include it here. If you need more space, please attach your response to the end of the application.*

## DISCIPLINE INFORMATION

Have you ever been placed on probation, suspended, removed, dismissed or expelled from any school or academic program since 9th grade?  ☐ Yes  ☐ No

Other than traffic offenses, have you ever been convicted of any misdemeanor, felony, or other crime?  ☐ Yes  ☐ No

If you answered yes to either question, please provide an explanation and the approximate dates of each incident. Please attach your response to the end of the application.

## AUTHORIZATION

Your signature below

1. authorizes all schools you attended to provide all requested records and allow review of your application for the admission process chosen on this application.

2. confirms all information in this application (including any supplemental information) is factually true and honestly presented and that you are the person submitting this application.

Signature of applicant _____  Date _____