# EXHIBIT 204

# THE COMMON APPLICATION

# FIRST-YEAR APPLICATION

## APPLICANT

Legal Name _____
_Last/Family/Sur_ (Enter name **exactly** as it appears on official documents.)   _First/Given_   _Middle (complete)_   _Jr., etc._

Preferred name, if not first name (only one) _____   Former last name(s) _____

Birth Date _____ ○ Female ○ Male   US Social Security Number, if any _____
_mm/dd/yyyy_   _Required for US Citizens and Permanent Residents applying for financial aid via FAFSA_

Preferred Telephone ○ Home ○ Cell   Home (_____) _____   Cell (_____) _____
_Area/Country/City Code_   _Area/Country/City Code_

E-mail Address _____   IM Address _____

Permanent home address _____
_Number & Street_   _Apartment #_

_____
_City/Town_   _County or Parish_   _State/Province_   _Country_   _ZIP/Postal Code_

**If different from above**, please give your current mailing address for all admission correspondence.   (from _____ to _____)
_(mm/dd/yyyy)_   _(mm/dd/yyyy)_

Current mailing address _____
_Number & Street_   _Apartment #_

_____
_City/Town_   _County or Parish_   _State/Province_   _Country_   _ZIP/Postal Code_

If your current mailing address is a boarding school, include name of school here: _____

## FUTURE PLANS

Your answers to these questions will vary for different colleges. If the online system did not ask you to answer some of the questions you see in this section, this college chose not to ask that question of its applicants.

College _____   Deadline _____
_mm/dd/yyyy_

Entry Term: ○ Fall (Jul-Dec)   ○ Spring (Jan-Jun)   Do you intend to apply for need-based financial aid?   ○ Yes ○ No

Decision Plan _____   Do you intend to apply for merit-based scholarships?   ○ Yes ○ No

Academic Interests _____   Do you intend to be a full-time student?   ○ Yes ○ No

_____   Do you intend to enroll in a degree program your first year?   ○ Yes ○ No

_____   Do you intend to live in college housing? _____

Career Interest _____   What is the highest degree you intend to earn? _____

## DEMOGRAPHICS

Citizenship Status _____

Non-US Citizenship(s) _____

1. Are you Hispanic/Latino?
○ Yes, Hispanic or Latino (including Spain) ○ No  _If yes, please describe your background._
_____

2. Regardless of your answer to the prior question, please indicate how you identify yourself. (Check one or more and describe your background.)

Birthplace _____
_City/Town_   _State/Province_   _Country_

Years lived in the US? _____ Years lived outside the US? _____

○ American Indian or Alaska Native (including all Original Peoples of the Americas)
Are you Enrolled? ○ Yes ○ No  If yes, please enter Tribal Enrollment Number_____
_____

Language Proficiency (Check all that apply.)
_S(Speak) R(Read) W(Write) F(First Language) H(Spoken at Home)_

|   | S | R | W | F | H |
|---|---|---|---|---|---|
| _____ | ○ | ○ | ○ | ○ | ○ |
| _____ | ○ | ○ | ○ | ○ | ○ |
| _____ | ○ | ○ | ○ | ○ | ○ |

○ Asian (including Indian subcontinent and Philippines)
_____

○ Black or African American (including Africa and Caribbean)
_____

○ Native Hawaiian or Other Pacific Islander (Original Peoples)
_____

**Optional** The items with a gray background are optional. No information you provide will be used in a discriminatory manner.

○ White (including Middle Eastern)
_____

Religious Preference _____

US Armed Services veteran status _____

© 2014 The Common Application, Inc.

EXHIBIT 3
JAS 6/18/15

# FAMILY

Please list both parents below, even if one or more is deceased or no longer has legal responsibilities toward you. Many colleges collect this information for demographic purposes even if you are an adult or an emancipated minor. If you are a minor with a legal guardian (an individual or government entity), then please list that information below as well. If you wish, you may list step-parents and/or other adults with whom you reside, or who otherwise care for you, in the Additional Information section.

## Household

Parents' marital status (relative to each other): ○ Never Married  ○ Married  ○ Civil Union/Domestic Partners  ○ Widowed  ○ Separated  ○ Divorced (date _____)

With whom do you make your permanent home?   ○ Parent 1   ○ Parent 2   ○ Both   ○ Legal Guardian   ○ Ward of the Court/State   ○ Other     *mm/yyyy*

If you have children, how many? _____

## Parent 1
○ Mother   ○ Father   ○ Unknown

Is Parent 1 living?  ○ Yes   ○ No   (Date Deceased _____)  *mm/yyyy*

_____  _____  _____
*Last/Family/Sur*      *First/Given*        *Middle*

Former last name(s) _____

Country of birth _____

Home address **if different** from yours
_____
_____

Preferred Telephone: ○ Home ○ Cell ○ Work (____) _____
                                                  *Area/Country/City Code*

E-mail _____

Occupation _____

Employer _____

College (if any) _____ CEEB _____

Degree _____ Year _____

Graduate School (if any) _____ CEEB _____

Degree _____ Year _____

## Parent 2
○ Mother   ○ Father   ○ Unknown

Is Parent 2 living?  ○ Yes   ○ No   (Date Deceased _____)  *mm/yyyy*

_____  _____  _____
*Last/Family/Sur*      *First/Given*        *Middle*

Former last name(s) _____

Country of birth _____

Home address **if different** from yours
_____
_____

Preferred Telephone: ○ Home ○ Cell ○ Work (____) _____
                                                  *Area/Country/City Code*

E-mail _____

Occupation _____

Employer _____

College (if any) _____ CEEB _____

Degree _____ Year _____

Graduate School (if any) _____ CEEB _____

Degree _____ Year _____

## Legal Guardian *(if other than a parent)*

Relationship to you _____

_____  _____  _____
*Last/Family/Sur*      *First/Given*        *Middle*

Country of birth _____

Home address **if different** from yours
_____
_____

Preferred Telephone: ○ Home ○ Cell ○ Work (____) _____
                                                  *Area/Country/City Code*

E-mail _____

Occupation _____

Employer _____

College (if any) _____ CEEB _____

Degree _____ Year _____

Graduate School (if any) _____ CEEB _____

Degree _____ Year _____

## Siblings

Please give names and ages of your brothers or sisters. If they are enrolled in grades K-12 (or international equivalent), list their grade levels. If they have attended or are currently attending college, give the names of the undergraduate institution, degree earned, and approximate dates of attendance. If more than three siblings, please list them in the Additional Information section.

Name _____  Age & Grade _____  Relationship _____

College Attended _____ CEEB _____

Degree earned _____ Dates _____
or expected                                  *mm/yyyy – mm/yyyy*

Name _____  Age & Grade _____  Relationship _____

College Attended _____ CEEB _____

Degree earned _____ Dates _____
or expected                                  *mm/yyyy – mm/yyyy*

Name _____  Age & Grade _____  Relationship _____

College Attended _____ CEEB _____

Degree earned _____ Dates _____
or expected                                  *mm/yyyy – mm/yyyy*

*SAMPLE APPLICATION DO NOT MAIL TO COLLEGES*

# EDUCATION

## Secondary Schools

Most recent secondary school attended _____

Entry Date _____ (mm/yyyy) Graduation Date _____ (mm/dd/yyyy) School Type: ○ Public ○ Charter ○ Independent ○ Religious ○ Home School

Address _____ CEEB/ACT Code _____
*Number & Street*

City/Town _____ State/Province _____ Country _____ ZIP/Postal Code _____

Counselor's Name _____ Counselor's Title _____

E-mail _____ Telephone (____) _____ Fax (____) _____
*Area/Country/City Code  Number  Ext.  Area/Country/City Code  Number*

List all other secondary schools you have attended since 9th grade, including academic summer schools or enrichment programs hosted on a secondary school campus:

| School Name & CEEB/ACT Code | Location (City, State/Province, ZIP/Postal Code, Country) | Dates Attended (mm/yyyy) |
|---|---|---|
| | | |
| | | |
| | | |

Please list any community program/organization that has provided free assistance with your application process: _____

If your education was or will be interrupted, please indicate so here and provide details in the Additional Information section: _____

## Colleges & Universities

List all college/university affiliated courses you have taken since 9th grade and mark all that apply: taught on college campus (CO); taught on high school campus, excluding AP/IB (HS); taught online (ON); college credit awarded (CR); transcript available (TR); degree candidate (DC).

| College/University Name & CEEB/ACT Code | Location (City, State/Province, ZIP/Postal Code, Country) | CO | HS | ON | CR | TR | DC | Dates Attended mm/yyyy – mm/yyyy | Degree Earned |
|---|---|---|---|---|---|---|---|---|---|
| | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | ○ | ○ | ○ | ○ | ○ | ○ | | |

If you indicated that a transcript is available, please have an official copy sent to your colleges as soon as possible.

# ACADEMICS

The self-reported information in this section is not intended to take the place of your official records. Please note the requirements of each institution to which you are applying and arrange for official transcripts and score reports to be sent from your secondary school and the appropriate testing agencies. Where "Best Scores" are requested, please report the highest individual scores you have earned so far, even if those scores are from different test dates.

**Grades** Class Rank _____ (if available) Class Size _____ Weighted? ○ Yes ○ No . GPA _____ (if available) Scale _____ Weighted? ○ Yes ○ No

**ACT** Exam Dates: _____ (past & future) mm/yyyy mm/yyyy mm/yyyy Best Scores: (so far) COMP _____ mm/yyyy English _____ mm/yyyy Math _____ mm/yyyy Reading _____ mm/yyyy Science _____ mm/yyyy Writing _____ mm/yyyy

**SAT** Exam Dates: _____ (past & future) mm/dd/yyyy mm/dd/yyyy mm/dd/yyyy Best Scores: (so far) Critical Reading _____ mm/dd/yyyy Math _____ mm/dd/yyyy Writing _____ mm/dd/yyyy

**TOEFL/IELTS** Exam Dates: _____ (past & future) mm/yyyy mm/yyyy mm/yyyy Best Score: (so far) Test _____ Score _____ mm/yyyy

**AP/IB/SAT Subjects** Best Scores: (per subject, so far)

| mm/yyyy | Type & Subject | Score | mm/yyyy | Type & Subject | Score |
|---|---|---|---|---|---|
| mm/yyyy | Type & Subject | Score | mm/yyyy | Type & Subject | Score |
| mm/yyyy | Type & Subject | Score | mm/yyyy | Type & Subject | Score |
| mm/yyyy | Type & Subject | Score | mm/yyyy | Type & Subject | Score |

## Current Courses

Please list all courses you are taking this year and indicate level (AP, IB, advanced, honors, etc.) and credit value. Indicate quarter classes taken in the same semester on the appropriate semester line.

| Full Year/First Semester/First Trimester | Second Semester/Second Trimester | Third Trimester *or additional first/second term courses if more space is needed* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Honors** Briefly list any academic distinctions or honors you have received since the 9th grade or international equivalent (e.g., National Merit, Cum Laude Society).
S(School)  S/R(State or Regional)  N(National)  I(International)

| Grade level or post-graduate (PG) 9 10 11 12 PG | Honor | Highest Level of Recognition S S/R N I |
|---|---|---|
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |

## EXTRACURRICULAR ACTIVITIES & WORK EXPERIENCE

**Extracurricular** Please list your **principal** extracurricular, volunteer, and work activities **in their order of importance to you**. Feel free to group your activities and paid work experience separately if you prefer. Use the space available to provide details of your activities and accomplishments (specific events, varsity letter, musical instrument, employer, etc.). **To allow us to focus on the highlights of your activities, please complete this section even if you plan to attach a résumé.**

| Grade level or post-graduate (PG) 9 10 11 12 PG | Approximate time spent Hours per week / Weeks per year | When did you participate in the activity? School year / Summer/School Break | Positions held, honors won, letters earned, or employer | If applicable, do you plan to participate in college? |
|---|---|---|---|---|
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | _____  _____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |

*Watermark: SAMPLE APPLICATION TO COLLEGES DO NOT MAIL*

© 2014 The Common Application, Inc.                                                                                                             AP-4

**Instructions.** The essay demonstrates your ability to write clearly and concisely on a selected topic and helps you distinguish yourself in your own voice. *What do you want the readers of your application to know about you apart from courses, grades, and test scores?* Choose the option that best helps you answer that question and write an essay of at least 250 words but no more than 650 words, using the prompt to inspire and structure your response. Remember: 650 words is your limit, not your goal. Use the full range if you need it, but don't feel obligated to do so.

- Some students have a background or story that is so central to their identity that they believe their application would be incomplete without it. If this sounds like you, then please share your story.
- Recount an incident or time when you experienced failure. How did it affect you, and what lessons did you learn?
- Reflect on a time when you challenged a belief or idea. What prompted you to act? Would you make the same decision again?
- Describe a place or environment where you are perfectly content. What do you do or experience there, and why is it meaningful to you?
- Discuss an accomplishment or event, formal or informal, that marked your transition from childhood to adulthood within your culture, community, or family.

**Additional Information** Please attach a separate sheet if you wish to provide details of circumstances or qualifications not reflected in the application.

### Disciplinary History

① Have you ever been found responsible for a disciplinary violation at any educational institution you have attended from the 9th grade (or the international equivalent) forward, whether related to academic misconduct or behavioral misconduct, that resulted in a disciplinary action? These actions could include, but are not limited to: probation, suspension, removal, dismissal, or expulsion from the institution.   ○ Yes   ○ No

② Have you ever been adjudicated guilty or convicted of a misdemeanor, felony, or other crime?   ○ Yes   ○ No
[Note that you are not required to answer "yes" to this question, or provide an explanation, if the criminal adjudication or conviction has been expunged, sealed, annulled, pardoned, destroyed, erased, impounded, or otherwise ordered by a court to be kept confidential.]

If you answered "yes" to either or both questions, please attach a separate sheet of paper that gives the approximate date of each incident, explains the circumstances, and reflects on what you learned from the experience.

*Note: Applicants are expected to immediately notify the institutions to which they are applying should there be any changes to the information requested in this application, including disciplinary history.*

## SIGNATURE

**Application Fee Payment** If this college requires an application fee, how will you be paying it?

○ Online Payment   ○ Will Mail Payment   ○ Online Fee Waiver Request   ○ Will Mail Fee Waiver Request

### Required Signature

☐ I certify that all information submitted in the admission process—including the application, the personal essay, any supplements, and any other supporting materials—is my own work, factually true, and honestly presented, and that these documents will become the property of the institutions to which I am applying and will not be returned to me. I understand that I may be subject to a range of possible disciplinary actions, including admission revocation, expulsion, or revocation of course credit, grades, and degree, should the information I have certified be false.

☐ I acknowledge that I have reviewed the application instructions for each college receiving this application. I understand that all offers of admission are conditional, pending receipt of final transcripts showing work comparable in quality to that upon which the offer was based, as well as honorable dismissal from the school.

☐ I affirm that I will send an enrollment deposit (or equivalent) to only one institution; sending multiple deposits (or equivalent) may result in the withdrawal of my admission offers from all institutions. [Note: Students may send an enrollment deposit (or equivalent) to a second institution where they have been admitted from the waitlist, provided that they inform the first institution that they will no longer be enrolling.]

Signature _____   Date _____
                                                                                                                                                   *mm/dd/yyyy*

*Common Application member institution admission offices do not discriminate on the basis of race, color, ethnicity, national origin, religion, creed, sex, age, marital status, parental status, physical disability, learning disability, political affiliation, veteran status, or sexual orientation.*