# EXHIBIT 205

# FILED UNDER SEAL