# EXHIBIT 206

# FILED UNDER SEAL