# EXHIBIT 207

**From:** ███████
**Sent:** Wednesday, June 18, 2014 9:22 AM
**To:** Pedrick Casey (02M475)
**Subject:** Thank You
**Attachment(s):** "RaceBias_███.pdf"

Hi Ms. Pedrick,

I stopped by at your office yesterday to drop off a copy of my paper and thank you for helping me get the data, but you we're there, so I guess email will have to suffice.

I just want to say thank for everything you've done this year (the paper being only your most recent deed!) and have a great summer!

I've attached the paper here, in case you're interested.

Best,
███



SHS 000036