# EXHIBIT 208

# Ivy Day is Asian Discrimination Day; And Whites Reap the Benefits

Opinions    April 28, 2014 - by David Cahn

At 5PM on Thursday, March 27, my Facebook newsfeed exploded. It was Ivy Day and America's top universities had released their long-awaited decisions. Within minutes, my screen sparkled with fancy college names, gleeful classmates, and hundreds of hearty congratulations to each accepted student. I joined in, ecstatic at my friends' accomplishments, and cheering them on just as they had supported me when I received my early acceptance in December.

But soon an eerie pattern emerged in the college acceptance statuses. Whites were being accepted in disproportionate numbers compared to their Asian peers. I decided to conduct an empirical analysis to assess whether or not this observation could be statistically confirmed. I relied on data collected by The Spectator, to measure race. To determine Ivy League admittance rates, I used Stuyclodpedia, a webpage on which Stuyvesant students post their college decisions. This was the best metric available because it is almost universally used and official statistics are not yet available. The numbers tell a disturbing story.

Though 67% of students identified as East/Southeast Asian, these students represented only 48% of students admitted to the Ivy League. By contrast, the 20% of seniors who identified as Caucasian/Middle Eastern represented 32% of admitted students. East Asians were 19% under-represented, compared with a 12% over-representation of Caucasians. This difference in admission was not merit-based – The Spectator's survey found no statistical relationship between race and GPA or extra-curricular participation. [*For in-depth discussion of statistical robustness and possible confounds, please see my note at the end of this article].

These findings are consistent with national trends. **Thomas J. Espenshade**, a sociologist at Princeton and the author of "No Longer Separate, Not Yet Equal: Race and Class in Elite College Admission and Campus Life," has found that, all else being equal, Asians must score 140 points high on the SAT to get into elite schools. The explicit Ivy League quota for Asian students is usually approximated at around **17%**. Admissions officers routinely deny the existence of these quotas despite overwhelming evidence to the contrary, though they justify race-based admission on the grounds that it allows them to create diverse classes.

Disadvantaging students on the basis of their race (rather than evaluating the content of their character, as Martin Luther King Jr. famously said) is antithetical to the basic American principle of equal opportunity. It denies Asian American students access to the same education as whites and devalues merit in favor of superficiality. Asian students are not faceless. They are the hardworking and ambitious students who I have spent the past four years going to school with – and they deserve fair treatment.

Moreover, the Asian quota does not promote diversity when would-be Asian seats are simply taken by Caucasians. Over the past 20 years, the number of Asian Americans earning Presidential Scholarships and **National Merit Awards** have skyrocketed, but their admission rates to Ivy League colleges has fallen. White students continue to be admitted at historic levels. If colleges can tolerate huge white populations (**45% of Harvard undergraduates** were white in 2011), then they should also feel comfortable with large Asian ones. The case for diversity has legitimate role to play in the affirmative action debate, but cannot justify restricting Asian admission.

The college process reeks of racism. Discrimination against Asians is used to maintain college campuses that are plurality white, not to advantage minorities. Colleges may preach the virtues of "diversity," "equality," and "human rights." But they are not innocent. Their Gentleman's Agreement is a subtle method of entrenching racial and cultural norms and it pervades every high school in America. Ivy Day should be re-named Asian Discrimination Day – a day to remember that the fight for civil rights has not yet been won and that we must continue striving for racial equality in America.

*Notes on Statistical Analysis:

Three alternate explanations may confound my calculations. First, Stuyclodpedia is not the ultimate authority on college decisions. The students who have posted their decisions on the page may not be a representative sample. Second, I do not control for the number of students who apply to Ivy League institutions. Caucasian students may apply to the Ivy League in greater numbers than their Asian peers, perhaps for financial reasons. Finally, legacy is a known factor in the college admissions process, which should naturally disadvantage immigrants.

Having acknowledged the possible errors in this statistical analysis, I still believe the finding to be conclusive. This is for three reasons. First, it is unlikely that any of these factors could have skewed the data to such an extent as to create a 19% under-representation of East Asians – the magnitude of the finding should make it robust to even the most egregious statistical confounds. Second, this finding is supported by anecdotal experience – the racial divide in college decisions this year and in the past in widely acknowledged and the "Asian penalty" is frequently discussed. Finally, these findings are consistent with national trends.



