# EXHIBIT 211

# HARVARD
## FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

To:     William Fitzsimmons and Rakesh Khurana

From:   Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences

Date:   February 13, 2018

Re:     Committee to Study Race-Neutral Alternatives

cc:     Ara Gershengorn

---

The next meeting of the committee to study race-neutral alternatives in Harvard College admissions is scheduled for February 15, 2018, from 8:30 AM-10:00 AM, on the second floor of University Hall. The agenda for the meeting is as follows:

I.   Discussion of Kahlenberg rebuttal report.

II.  Further deliberations concerning race-neutral alternatives in light of Kahlenberg rebuttal report.

III. Discussion of any additional information the committee will need for its determinations.

IV.  Further discussion of report drafting.



OFFICE OF THE DEAN   T (617) 495-1566   WWW.FAS.HARVARD.EDU

CONFIDENTIAL

HARV00096591