# EXHIBIT 212

**2017-2018
High School Profile**

www.stuy.edu



# Stuyvesant High School

*345 Chambers Street, New York, NY 10282*
*(212) 312– 4841*

## Overview

**Stuyvesant is NYC's #1 public high school,** serving nearly 3,400 of New York City's most academically gifted students. Our students travel from all five boroughs, sometimes commuting for over three hours each day.

Established in 1904, administered by the NYC Department of Education and accredited by the New York State Board of regents, Stuyvesant is routinely named one of the country's best high schools. From a 10-story building in downtown Manhattan, the school serves students with the highest admissions test scores among the city's nine Specialized High Schools.

Known for its rigorous and accelerated math and science program, Stuyvesant is also rich in the humanities and the arts. Electives and AP courses allow student to study a wide range of topics. Stuy students routinely win state and national competitions not just in math and science, but also in speech and debate, creative writing, and sports.

### Students can take a rich variety of electives

In addition to their basic math, science, English, history, foreign language, and other requirements, Stuy students can apply for 112 electives. These include 7 Intel research classes, economics, psychology, software development, medical ethics, vertebrate zoology, western political thought, Jewish history, & sci fiction.

**Stuyvesant nurtures student leaders**
At Stuyvesant, students take charge of many of their own extracurricular experiences. The school hums with scores of student-run publications, clubs, and service activities. Students publish a weekly newspaper and several magazines; they manage their own sports teams. Hundreds of students participate in music and art performances, culminating each spring in an entirely student-run, school-wide original musical theater extravaganza called SING!

## Our Mission

Stuyvesant High School has been a symbol of excellence in education for more than a century. Our mission is to continue that commitment to excellence by providing an environment that will nurture and enhance the special academic talents of the students admitted to Stuyvesant. The educational heritage of Stuyvesant is deeply rooted in the tradition of Science, Mathematics, and Technology. This has been the foundation of our educational success and remains the cornerstone of our educational program. Within this context, the goal of this institution is to instill the intellectual, moral, and humanistic values necessary for each child to achieve his/her maximum potential as a student and as a caring citizen of the world.

**Stuyvesant Admissions Process**

Admission to Stuyvesant is open to students residing in all 5 boroughs of NYC, and is determined solely on the basis of their scores on the NYC Department of Education's Specialized High Schools Admission Test (SHSAT). On average, more than 29,000 8th & 9th grade students take the test each year. Fewer than 4% of the students who take the SHSAT qualify for admission to Stuy.

### Recent Highlights:

- The Class of 2018 includes 165 National Merit semi-finalists
- Stuy's Robotics team was the 2017 recipient of the Chairman's Award and earned third place in the international robotics competition in China
- Last year Stuy students earned incredible honors including a 1st place national all girls chess champion, 1st place in the 2017 Fed Challenge, 1st place winners in the NYC Science and Engineering Fair, a Genes in Space Competition winner, two Renegeron Top Scholars, and four finalists in the National History Day Competition
- Our Speech and Debate team was ranked #2 in New York State and in the top 50 nationally
- 42 Stuy students were winners in the Scholastic Arts & Writing Competition



## GRADING POLICY: NO RANKING, NO WEIGHTING

Stuyvesant's grading system is numerical. A passing grade is 65. We do not rank students and all averages are un-weighted. A Stuyvesant GPA is an accurate measure of a student's performance in a pool of very high achievers.

Stuyvesant is an incredibly rigorous high school. Students who would be at the top of their class in other settings may not stand out amongst their similarly talented peers in Stuy's unique academic climate.

Stuyvesant uses a semester system. Course grades are final at the end of each term in February and June. Three report cards are issued per term, but the first report card of each term contains only letter grades that do not have consistent numeric equivalents.

Please note that science lab grades are not factored into the calculation of GPA. These courses are graded as pass/fail with a passing grade only indicated by a 75.

## THE CHALLENGES OF A LIMITED BUDGET

Stuyvesant is a public high school that strives to provide an elite educational experience for its students within a limited budget. Nearly every class contains 34 students, the maximum class size permitted by the UFT. We are not able to offer a seat to each student qualified to enroll in one of our many popular AP courses.

Procuring letters of recommendation is a challenge for our students. Teachers are not contractually required to write letters and do so entirely on a voluntary basis. Our faculty to student ratio, which mirrors that of other large urban public schools, makes it difficult for teachers to meet the needs of senior classes of more than 800 students. **Even some of our most dedicated and accomplished students may find the need to request a letter from a sophomore year teacher, or from two teachers from a similar content area.** Please consider this when reviewing applications.

Each student's school counselor writes their counselor rec letter; these are then uploaded and submitted by our college counselors.

## DISCIPLINARY DISCLOSURE POLICY

Only those disciplinary infractions that result in a superintendent level suspension will be reported to colleges that request this information in their application. This level of suspension is only issued for the most severe offenses.

## ADVANCED PLACEMENT CLASSES

We offer 27 Advanced Placement classes, along with several Post-AP, honors, independent study, and off-campus college courses. Placement in AP courses must be approved by department administrators, and most courses require a minimum gpa in the relevant subject area. In recent graduating classes:

-84% took one or more AP classes

-67% took three or more AP classes

-46% took six or more AP classes

-24% took eight or more AP classes

*Annual AP course enrollment is capped for students* according to the chart below in order to protect students from excessive academic demands.

| Student GPA | Annual AP Maximum* |
|---|---|
| 88 | 2 |
| 93 | 3 |
| 95 | 4 |

*Although rare, some students do exceed this cap

## OTHER COLLEGE LEVEL COURSES

| Subject | Class Title |
|---|---|
| English | Existentialism |
| Languages | French IV, Latin IV, Mandarin IV, Spanish IV, French Culture, Spanish Cinema |
| Math | Multi-variable, Complex Calculus |
| Science | Organic Chemistry, Modern Physics |
| Social Studies | Western Political Thought, Social Science Research |
| Comp. Sci. | Systems Level Programming, Computer Graphics |



## Computer Science, A Standout at Stuy

The computer science department at Stuyvesant offers one of the best programs of any high school in the country. All students at Stuyvesant are currently required to take computer science, and many go on to the AP course. Three post-AP electives offer students the chance to study software development, graphics, or systems engineering. A Google executive remarked that Stuyvesant is one of the few American high schools that turn out Google-ready engineers.

## Class of 2017 ACT & SAT

| ACT | |
|---|---|
| Section | Mid 50% |
| ELA | 24 - 31 |
| English | 31 - 35 |
| Math | 33 - 35 |
| Reading | 32 - 35 |
| Science | 30 - 35 |
| STEM | 29 - 34 |
| Writing | 8 - 23 |
| Composite | 32 - 34 |

| Old SAT | |
|---|---|
| Section | Mid 50% |
| Critical Reading | 640 - 740 |
| Math | 730 - 800 |
| Writing | 630 - 730 |
| Total | 2020 - 2230 |

| Redesigned SAT | |
|---|---|
| Section | Mid 50% |
| EBRW | 670 - 730 |
| Math | 37 - 40 |
| Mathematics | 730 - 790 |
| Reading | 34 - 37 |
| Writing | 33 - 37 |
| Total | 1410 - 1500 |

| SAT Subject Tests | Mid 50% |
|---|---|
| Biology - E | 670 - 750 |
| Biology - M | 690 - 760 |
| Chemistry | 700 - 770 |
| English Literature | 610 - 730 |
| Math Level I | 700 - 750 |
| Math Level II | 730 - 800 |
| Physics | 680 - 770 |
| Spanish | 660 - 760 |
| U.S. History | 650 - 750 |
| World History | 640 - 760 |

## Advanced Math Partnership with NYU

Most Stuyvesant students finish the state's required Regents math curriculum by junior year and take Calculus during the senior year. Stuyvesant offers math through Multivariable Calculus; but, each year a number of advanced students finish even this curriculum and require a higher level of instruction. Through a longstanding partnership with New York University, conveniently located nearby, Stuyvesant's most advanced mathematicians are able to enroll on college courses and continue to take on new challenges.





## Research Program Stretches Students' Minds

It is our goal to provide research opportunities to all Stuyvesant students. From their first term at Stuy, students can elect a research track in science, social studies, and English classes. Our Director of Research has assembled a large professional research network that helps students find internship and summer research opportunities. Stuyvesant also offers an Intel research elective that helps students prepare for intensive research science competitions.



## Brains and Brawn: Stuy's Recent Sports Achievements

**New York City Championships**
*Boys Table Tennis*
*Cross Country*
*Boys Swimming & Diving*
**New York City Finalists**
*Boys Fencing*
*Boys Indoor & Outdoor Track*
*Girls Outdoor Track*
*Girls Swimming & Diving*
**Borough Championships**
*Fencing, Golf, Swimming, Track, Wrestling, & more*

**Six Wingate Award Winners**

**33 out of our 42 teams made the playoffs**

## The College Office

*Jeffrey Makris, Director*
JMakrisSHS@gmail.com          x2256

*Elizabeth Hughes, College Counselor*
ehughes2@schools.nyc.gov     x2254

*Jeaurel Wilson, College Counselor*
jwilson14@schools.nyc.gov     x2252

# 212-312-4841

### *Stuyvesant Sets a Higher Expectation*



Students must do more than what New York State requires for high school graduation in order to earn the Stuyvesant endorsed diploma. Stuyvesant students must take additional years of both math & science, two additional years of world language, electives in Technical Graphic Communication, Computer Science, and Applied Learning. In total students must take eight more courses than the state requires.

# Pubs & Clubs

Over 100 student-run organizations, publications, clubs and teams enrich Stuyvesant's vibrant learning environment. Student publications include two newspapers, the country's oldest student-run literary magazine, and a Chinese language newsletter. Community service clubs such as Big Sibs and Key Club are popular, while dozens of other clubs focus on activities ranging from baking, to manga, to photography. Clubs touch on themes of culture, language, art, religion, or gender, and on issues such as racial equality or the environment. Such students contribute to the community as members of student government & ARISTA, the honors society.

Students play a strong role in organizing, operating, and managing co-curricular organizations such as our award-wining Math Team, Science Olympiad, Model UN, Junior State of America, Speech & Debate, as well as sports teams.



Hundreds of talented student musicians pack our Symphonic Band, Orchestra, Concert Chorus, Jazz Band, Chamber Choir, and other musical groups.



