# EXHIBIT 216

# The New York Times

First   4.  That Huge Mediterranean Diet Study Was Flawed, But Was It Wrong?   5.  What to Watch For in Today's Report on the F.B.I.'s Hillary Clinton Investigation   6. 

## Harvard Shuns Quotas and Narrow Criteria

 *Jeff Neal is director of university communications for the faculty of arts and sciences at Harvard University.*

DECEMBER 19, 2012

Harvard College welcomes talented students from all backgrounds, including Asian-Americans. Our review of every applicant's file is highly individualized and holistic, as we give serious consideration to all of the information we receive and all of the ways in which the candidate might contribute to our educational environment and community. The admissions committee does not use quotas of any kind.

Harvard recently joined many peer institutions in continuing to support the use of a holistic admissions process in an amicus brief submitted to the U.S. Supreme Court in the Fisher case.

With that in mind, there is no formula for gaining admission to Harvard. Academic accomplishment in high school is important, but the admissions committee also considers many other criteria, such as community involvement, work experience and leadership and distinction in extracurricular activities. We rely on teachers, counselors, headmasters and alumni/ae to share information with us about applicants' strength of character, their ability to overcome adversity and other personal qualities -- all of which play a part in the admissions committee's decisions.

> *There is no formula for admission. We look at the academics, leadership, activities and references about the applicant's character.*

Join *Opinion on Facebook* and follow updates on *twitter.com/roomfordebate*.

Topics: Asian-Americans, affirmative action, college, standardized tests