# EXHIBIT 220

# FILED UNDER SEAL