# EXHIBIT 221

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CLASS OF 2017

| My Docket Lop List | Docket: | | Staff: | | | |
|---|---|---|---|---|---|---|
| Name: | Page | LIN | ETH | ATH | HFAI | New Action |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3/15/2013 - 3/19/2013

HARV00001812

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CLASS OF 2017

| Docket Lop List | | Docket: | | Chair: | | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Page | Staff | Votes | LIN | ETH | ATH | HFAI | New Action |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3/15/2013 - 3/19/2013

HARV00001813