# EXHIBIT 222

ABAFAOILSS 2003-2013 listserv - Yahoo Groups

Home  Mail  Search  News  Sports  Finance  Celebrity  Weather  Answers  Flickr  Mobile  Meet the new Firefox

Search Conversations   Search Groups   Search Web     Christina   Mail

Groups Home | Conversations  Photos  Files  More                    Member
ABAFAOILSS                                            View    Reply
All My Groups
Manage My Groups
Create a Group
Browse Groups

Terms    Privacy
Guidelines  Feedback
Help    Blog

# ABAFAOILSS 2003-2013 listserv

Private Group, 4 members

---

1787  ABAFAOILSS Spring Meeting & 40th Anniversary at...

**Pamela Tan**                                      Apr 14 8:42 PM

169 KB

| XLS 33 KB | DOC 84 KB | DOC 73 KB |
| --- | --- | --- |
| ABA Round Robin | Agenda_May2011_Princeton_In | Round Robin Directions |
| Save | Save | Save |

Hello, everyone,

On behalf of the E-Board, we are looking forward to seeing everyone at the Spring ABAFAOILSS meeting hosted by Princeton University on May 12-13, 2011!

The attached agenda is an almost-final draft; we anticipate only minor adjustments, and we will give you a final agenda as soon as it is available.

Included in this email is information to assist you as you prepare for the meeting.

(1) Registration: Please register online at https://ugadm.princeton.edu/abaf/register.php. If you have questions related to logistics about the Princeton meeting and the Anniversary event, please feel free to contact Vilma Codner (codner@princeton.edu) or Robyn Henry (rkent@princeton.edu). If you have questions specifically related to travel or parking, please feel free to contact Andy Ramirez (ainardor@princeton.edu).

(2) Speaker: On Thursday, May 12, our speaker will be Angel Harris, Assistant Professor in the Department of Sociology at Princeton. Professor Angel Harris' interests are on how perceptions about the opportunity structure and the system of social mobility influence the extent to which people invest in schooling. His research focuses on the social psychological determinants of the racial achievement gap. Specifically, he examines factors that contribute to African Americans' lower academic achievement and Asian Americans' higher academic achievement relative to Whites.

(3) Meeting minutes: Your registration packet will include, in addition to other items, a copy of the minutes from the last meeting. We encourage you to review these minutes prior to the start of the meeting.

(4) Meeting topics: Please check with your Deans and Directors about the

six waivers were not enough; others felt charging students a fee at all to fill out the CSS PROFILE (to apply for financial aid) does not make sense.)

* After our first year partnering with the National Urban League (last July), we will be partnering for another event this summer. If your Deans and Directors have any thoughts or input on this event, please let us know.

(5) Round Robin - Attached are the instructions on reporting procedures. A blank spreadsheet will be in your registration packet. During this portion of the meeting, all associate members will have an opportunity to meet separately to discuss/plan projects or initiatives for the organization.

(6) Committees: The following standing committees will meet on to discuss ongoing projects or initiatives:

* ABBY Award
* Admissions
* Constitution
* Financial Aid
* Long-Range Planning
* Membership
* Website

(7) Membership: Individuals no longer at an ABAFAOILSS institution may apply to become an Associate Member. Please send a letter requesting Associate Member status to Maude Bond at mb3322@columbia.edu. Also contact Maude if your office has new ABA-eligible staff members. If you are not currently an Institutional or Associate Member but would like to attend the meeting as a Guest (with the intention of applying for Associate Membership at this meeting), please send a request to the co-chairs (Pamela Tan, patan@vassar.edu and Mikey Yang, mmyang@mit.edu).

(8) New/Old Business: If there is a topic that you would like to have included on the agenda, please send it to us as soon as possible - we will do our best to accommodate all requests!

We're looking forward to seeing you at Princeton!

Pamela Tan (Sister Co-Chair) and Mikey Yang (Ivy+ Co-Chair)

--
Pamela Tan
Associate Director of Admission
Vassar College
124 Raymond Avenue, Box 10
Poughkeepsie, NY 12604-0010
Tel: 845-437-7300
Fax: 845-437-7063
patan@vassar.edu
www.vassar.edu

**From Pamela Tan**

Fwd: Kellogg School of Management position — 19 Aug, 2011
Information from Center for Student Opportunity (CSO) — 16 May, 2011
News and E-Board Elections — 06 May, 2011

ABAFAOILSS Round Robin

|  | Black | Asian | Native | Latino - Mexican | Latino - Puerto Rican | Latina/o - Other | Multi-Racial | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| Barnard | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Brown | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Bryn Mawr | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Columbia | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Cornell | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Dartmouth | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Harvard | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |

ABAFAOILSS Round Robin

| | Black | Asian | Native | Latino - Mexican | Latino - Puerto Rican | Latina/o - Other | Multi-Racial | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| MIT | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Mount Holyoke | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Princeton | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Smith | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Stanford | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Penn | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Vassar | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |

| | Black | Asian | Native | Latino - Mexican | Latino - Puerto Rican | Latina/o - Other | Multi-Racial | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| Wellesley | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Yale | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |
| Applied | | | | | | | | | |
| Admitted | | | | | | | | | |
| Enrolled | | | | | | | | | |

ABAFAOILSS012

ABAFAOILSS Meeting Agenda – Spring 2011
Princeton University
(Tentative as of 4/14/11)

*(The meetings will take place at The Carl A. Fields Center for Equality and Cultural Understanding on Princeton's campus, located at 58 Prospect Avenue, Princeton, NJ, 08544)*

**Thursday, May 12, 2011**

| Time | Event | Location |
|---|---|---|
| 11:00 a.m. | Check in at Registration Table begins | Dickerson Room |
| 11:00 a.m. - 12:00 p.m. | E-Board Planning Meeting | Library/Resource Room |
| 12:00 p.m. - 12:30 p.m. | New Member Orientation – all are welcome | Class of 1985 Meeting Room |
| 12:30 p.m. | Call To Order<br>Welcome from Co-Chairs<br>ABA Mission and Introductions<br>Officer Reports<br>Approval of Minutes from Previous Meeting | Multipurpose Room |
| 1:30 p.m. | Speaker: Angel Harris - Assistant Professor, Department of Sociology, Princeton University | |
| 2:30 p.m. | Round Robin<br><br>Associate Members Meeting | |
| 3:30 p.m. | Admission Trends and Professional Development Discussion | |
| 5:00 p.m. | Housekeeping Notes<br>Meeting Adjourned | |
| 5:30 p.m. | Welcome Reception | Prospect House, Drawing Room |
| 7:00 p.m. | Dinner | Prospect House, Garden Room |

ABAFAOILSS Meeting Agenda – Spring 2011
Princeton University
(tentative as of 4/14/11)

*(The meetings will take place at The Carl A. Fields Center for Equality and Cultural Understanding on Princeton's campus, located at 58 Prospect Avenue, Princeton, NJ, 08544)*

**Friday, May 13, 2011**

| Time | Item | Location |
|---|---|---|
| 8:30 – 9:00 a.m. | Continental Breakfast | Multipurpose Room |
| 9:00 a.m. | Round Robin Follow-up | |
| 9:15 a.m. | Committee Meetings:<br>ABBY Award<br>Admissions<br>Constitution<br>Financial Aid<br>Long-Range Planning<br>Membership<br>Website | |
| 10:15 a.m. | Committee Reports | |
| 11:00 a.m. | Continue Admission Trends and Professional Development Discussion | |
| 12:00 p.m. | Lunch | |
| 12:30 p.m. | Speaker: TBA | |
| 1:30 p.m. | Old/New Business<br>• CSS Profile Statement<br>• NACAC 2011 - Day of Service, Access College Fair, panels<br>• Associate member dues<br>• National Urban League Partnership<br>• Two v. Three ABA Meetings<br>• Associate Member Applications | |
| 3:00 p.m. | E-Board Elections:<br>• Ivy+ Co-Chair (2 year term)<br>• Secretary (2 year term)<br>• Treasurer (2 year term)<br>• Parliamentarian (2 year term) | |
| 4:00 p.m. | Meeting Adjourned | |
| 6:00 p.m. | 40th Anniversary Celebration | |



## ABAFAOILSS
## Round Robin Directions

1. The Institutional Liaison (IL) for each college/university and Associate Members representing institutions will report their application/admit/enroll numbers for the corresponding application season.

2. If an IL or reporting Associate Member does not have the numbers on the day of Round Robin, he/she will need to report the numbers on the next day or he/she cannot participate in Round Robin. He/She will be asked to leave the room if numbers are not available by the time Round Robin begins.

3. Associate Members and non-reporting institutions will be asked to leave the room as the institutional numbers are reported.

4. ILs will report on applications, admits and enrolls for the following domestic groups (if they apply): Black, Asian, Native, Latino/a (Mexican, Puerto Rican, Cuban, Other), Multiracial, Other and Total Class. Institutions may report Latino/Latina as one group in lieu of breaking it down depending on their institutional policies. The numbers would apply to the corresponding application season.

5. The report out should include total applications for EA/ED/RD and the multiple rounds (i.e. ED II).

6. After the numbers are reported, Associate Members, non-reporting institutions and ILs who do not report numbers during Round Robin will re-join the membership for an application trends discussion.

7. ILs and Associate Members who are employed at a college/university will briefly provide application trends, such as decreases/increases to any of the above mentioned groups, within their applicant pools and report any changes in their recruitment efforts.

8. The Round Robin is confidential and, therefore, it is expected that the information presented will not be distributed.

9. In addition to trends, ILs and Associate Members will report any new openings within their offices.