# EXHIBIT 223

# FILED UNDER SEAL