# EXHIBIT 224

# FILED UNDER SEAL