# **EXHIBIT 225**

| | |
|---|---|
| **From:** | McGrath, Marlyn [/o=Harvard-FAS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmcg] |
| **Sent:** | Thursday, December 20, 2012 7:24:35 PM |
| **To:** | Vidra, Kathryn; Fitzsimmons, William |
| **Subject:** | RE: From ▓▓▓▓ (on the Harvard College interviewing group/ Tokyo) re Asian-American applicants |
| **Attachments:** | image001.jpg; image002.jpg |

Kitty, I have been telling people that that set of views is nothing new. Etc. I often mention too that we have had opportunities to show the OCR, the courts and others how our process works and that the OCR has found us in compliance with the law and with general principles of fairness.

Fitz may have more specific talking points to offer but I have found the pretty simple response seems to shut up anyone not already loaded for bear; and one can do little with the latter except point out that many people have views about how we should do admissions.

Thanks for asking. I think we'll have these questions for awhile.....

---

**From:** Vidra, Kathryn
**Sent:** Thursday, December 20, 2012 2:06 PM
**To:** Fitzsimmons, William; McGrath, Marlyn
**Subject:** FW: From ▓▓▓▓ (on the Harvard College interviewing group/ Tokyo) re Asian-American applicants

Hi WRF/Marlyn, do we have a response? Thanks for any advice –
KAV

---

**From:** ▓▓▓▓ [mailto:▓▓▓▓@gmail.com]
**Sent:** Wednesday, December 19, 2012 2:40 AM
**To:** Vidra, Kathryn
**Cc:** David Gifford; Carl Kay; kaycarl@gmail.com
**Subject:** From ▓▓▓▓ (on the Harvard College interviewing group/ Tokyo) re Asian-American applicants

Dear Ms. Vidra, I hope this email finds you well and wish you a happy holiday season. I'm a Tokyo-based Harvard graduate and interview applicants to the College. David Gifford gave me your contact info.

I recently read this article by a classmate of mine (Ron Unz '83) who seems to have found statistical evidence of discrimination against Asian-American applicants at Harvard and other Ivies. I'd be interested in your comments since the data appears rather disturbing.

Thanks



### Asian-American Quotas at Ivy League Universities?

November 28, 2012 - America's elite Ivy League universities appear to follow a *de facto* Asian-American admissions quota policy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HARV00035209

according to "The Myth of American Meritocracy," a 30,000-word cover story in the December issue of *The American Conservative* by publisher Ron Unz.

Unz provides detailed statistical evidence that the pattern of Asian-American enrollment over the last two decades is remarkably similar to what followed the establishment of Ivy League Jewish quotas in the mid-1920s. Soon after the U.S. Department of Justice closed its early 1990s investigation into allegations of anti-Asian admissions bias at the Ivy League:

- Asian-American numbers at Harvard, Yale, and Columbia began large declines.

- Asian-American enrollments throughout the Ivy League strangely converged to very similar levels.

- The college-age population of Asian-Americans doubled during 1993-2011 as did their top academic awards, but none of this was reflected in their Ivy League enrollments.

- As one example, the percentage of college-age Asian-Americans at Harvard dropped by more than 50% during 1993-2011, a larger decline than that suffered by Jews following the 1925 establishment of ethnic quotas.

- Meanwhile race-neutral Caltech saw its Asian-American enrollment increase closely in line with the growth of the college-age Asian-American population.

- Comparing the Ivy League enrollments of Asian-Americans with those of high-performing white subpopulations rules out general "diversity" factors as an explanation for these patterns.

See "The Myth of American Meritocracy" in the December *American Conservative*, or online here:
http://www.theamericanconservative.com/articles/the-myth-of-american-meritocracy/

--
[redacted] ([redacted]@gmail.com)
Mobile: [redacted]   [From overseas [redacted]]
Office: [redacted]

(alternate email: [redacted]@aol.com)

This email is meant only for the intended recipient. It is a confidential communication. If you received this email in error, your review, use, copying or distribution of this email is strictly prohibited. Please notify me immediately of the error by return email and please delete this message from your system. Thank you.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00035211