# EXHIBIT 227

# FILED UNDER SEAL