# EXHIBIT 228

# FILED UNDER SEAL