# EXHIBIT 229

# FILED UNDER SEAL