# EXHIBIT 230

# FILED UNDER SEAL