# EXHIBIT 231

# FILED UNDER SEAL