# EXHIBIT 233

# FILED UNDER SEAL