# EXHIBIT 234

# FILED UNDER SEAL