# EXHIBIT 235

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 1 | William R. Fitzsimmons [wrf@fas.harvard.edu] | Driver-Linn, Erin | | 12/28/2012 5:07:33 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 2 | | | | 12/28/2012 5:04:59 PM | Statement on Asian American Admissions.docx | Attorney-Client Privilege | Attached draft document providing information for the purpose of obtaining legal advice from R. Iuliano* regarding response to allegations of discrimination |
| 3 | William R. Fitzsimmons [wrf@fas.harvard.edu] | Driver-Linn, Erin | | 12/28/2012 5:22:19 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 4 | Driver-Linn, Erin | Bever, Erica Jane; Scanlon, John; Schwartz, Liam; Hansen, Mark Francis; Lu, Elissa | | 12/29/2012 1:05:47 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 5 | | | | 12/28/2012 5:04:59 PM | Statement on Asian American Admissions.docx | Attorney-Client Privilege | Attached draft document providing information for the purpose of obtaining legal advice from R. Iuliano* regarding response to allegations of discrimination |
| 6 | Driver-Linn, Erin | William R. Fitzsimmons | | 12/29/2012 1:07:44 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 7 | Garber, Alan M | Driver-Linn, Erin | Garber, Alan M | 12/29/2012 2:05:41 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 8 | | | | 12/27/2012 10:04:45 PM | Statement on Asian American Admissions.docx | Attorney-Client Privilege | Attached draft document providing information for the purpose of obtaining legal advice from R. Iuliano* regarding response to allegations of discrimination |
| 9 | Schwartz, Liam | Driver-Linn, Erin; Bever, Erica Jane; Scanlon, John; Hansen, Mark Francis; Lu, Elissa | | 12/29/2012 2:10:03 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 10 | Driver-Linn, Erin | Garber, Alan M | Fitzsimmons, William R. | 12/29/2012 3:54:27 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 11 | Schwartz, Liam | Driver-Linn, Erin; Bever, Erica Jane; Scanlon, John | | 12/29/2012 3:55:42 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 12 | Driver-Linn, Erin | Schwartz, Liam; Bever, Erica Jane; Scanlon, John; Hansen, Mark Francis; Lu, Elissa | | 12/29/2012 3:59:12 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 13 | Driver-Linn, Erin | Schwartz, Liam; Bever, Erica Jane; Scanlon, John | | 12/29/2012 4:02:30 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 14 | Garber, Alan M | Driver-Linn, Erin; Garber, Alan M | Fitzsimmons, William R.; Garber, Alan M | 12/29/2012 6:39:48 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 15 | Scanlon, John | Driver-Linn, Erin; Bever, Erica Jane; Schwartz, Liam; Hansen, Mark Francis; Lu, Elissa | | 12/29/2012 7:10:50 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 16 | Driver-Linn, Erin | Scanlon, John | Bever, Erica Jane; Schwartz, Liam; Hansen, Mark Francis; Lu, Elissa | 12/29/2012 10:14:28 PM | Re: American Conservative Article | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 17 | Scanlon, John | Driver-Linn, Erin | Bever, Erica Jane; Schwartz, Liam; Hansen, Mark Francis; Lu, Elissa | 12/30/2012 8:49:15 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 18 | Lu, Elissa | Scanlon, John; Driver-Linn, Erin | Bever, Erica Jane; Schwartz, Liam; Hansen, Mark Francis | 12/31/2012 3:56:53 AM | RE: American Conservative Article | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 19 | Schwartz, Liam | Lu, Elissa; Scanlon, John; Driver-Linn, Erin | Bever, Erica Jane; Hansen, Mark Francis | 12/31/2012 5:27:00 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 20 | Driver-Linn, Erin | Schwartz, Liam; Lu, Elissa; Scanlon, John | Bever, Erica Jane; Hansen, Mark Francis | 12/31/2012 9:19:33 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 21 | Driver-Linn, Erin | Moulton, Samuel Taylor | | 1/2/2013 1:51:57 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 22 | | | | 12/28/2012 5:04:59 PM | Statement on Asian American Admissions.docx | Attorney-Client Privilege | Attached draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 23 | Scanlon, John | Driver-Linn, Erin; Schwartz, Liam; Lu, Elissa | Bever, Erica Jane; Hansen, Mark Francis | 1/2/2013 4:52:05 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 24 | Moulton, Samuel Taylor | Schwartz, Liam; Hansen, Mark Francis; Lu, Elissa | Driver-Linn, Erin; Scanlon, John | 1/2/2013 8:23:26 PM | undergrad demographics | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 25 | | | | 1/2/2013 8:23:26 PM | undergrad_demographics.pdf | Attorney-Client Privilege | Attached draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 26 | Schwartz, Liam | Driver-Linn, Erin; Hansen, Mark Francis; Lu, Elissa; Moulton, Samuel Taylor; Scanlon, John | | 1/2/2013 8:27:37 PM | Bullet points | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 27 | | | | 1/2/2013 7:36:05 PM | 1.2.13 Admission Analysis Bullets.docx | Attorney-Client Privilege | Attached draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 28 | | | | 1/2/2013 7:29:57 PM | 1.2.13 Admissions Research Questions.docx | Attorney-Client Privilege | Attached draft document providing and requesting information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 29 | Lu, Elissa | Schwartz, Liam; Driver-Linn, Erin; Hansen, Mark Francis; Moulton, Samuel Taylor; Scanlon, John | | 1/2/2013 9:33:59 PM | RE: Bullet points | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 30 | Schwartz, Liam | Lu, Elissa; Driver-Linn, Erin; Hansen, Mark Francis; Moulton, Samuel Taylor; Scanlon, John | | 1/2/2013 9:58:11 PM | RE: Bullet points | Attorney-Client Privilege | Email chain gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 31 | Driver-Linn, Erin | Fitzsimmons, William R.; Garber, Alan M | | 1/2/2013 10:56:50 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 32 | Driver-Linn, Erin | Scanlon, John; Schwartz, Liam; Lu, Elissa; Hansen, Mark Francis; Moulton, Samuel Taylor | | 1/2/2013 11:01:40 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 33 | Garber, Alan M | Driver-Linn, Erin; Fitzsimmons, William R.; Garber, Alan M | Garber, Alan M | 1/3/2013 3:55:03 AM | RE: American Conservative Article | Attorney-Client Privilege | Email chain gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 34 | Hansen, Mark Francis | Lu, Elissa; Schwartz, Liam; Driver-Linn, Erin; Moulton, Samuel Taylor; Scanlon, John | | 1/3/2013 1:46:04 PM | RE: Bullet points | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 35 | Driver-Linn, Erin | Garber, Alan M; Fitzsimmons, William R. | | 1/3/2013 1:56:49 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 36 | Driver-Linn, Erin | Lu, Elissa; Scanlon, John; Schwartz, Liam; Hansen, Mark Francis; Moulton, Samuel Taylor | | 1/3/2013 1:57:48 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 37 | Yong, Elizabeth [yong@fas.harvard.edu] | Driver-Linn, Erin | Fitzsimmons, William R. | 1/3/2013 6:12:54 PM | demographic data | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 38 | | | | 1/3/2013 6:07:33 PM | Demographic Apps.xlsx | Attorney-Client Privilege | Attached document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 39 | Driver-Linn, Erin | Lu, Elissa; Hansen, Mark Francis; Scanlon, John; Moulton, Samuel Taylor; Schwartz, Liam | | 1/3/2013 7:16:59 PM | FW: demographic data | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 40 | | | | 1/3/2013 6:07:33 PM | Demographic Apps.xlsx | Attorney-Client Privilege | Attached document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 41 | Scanlon, John | Driver-Linn, Erin; Lu, Elissa; Schwartz, Liam; Hansen, Mark Francis; Moulton, Samuel Taylor | | 1/3/2013 7:20:49 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 42 | Driver-Linn, Erin | Scanlon, John | | 1/3/2013 7:25:49 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 43 | Yong, Elizabeth [yong@fas.harvard.edu] | Driver-Linn, Erin | Fitzsimmons, William R. | 1/3/2013 7:39:38 PM | RE: demographic data | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 44 | | | | 1/3/2013 7:37:21 PM | NLNA17.pdf | Attorney-Client Privilege | Attached document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 45 | Driver-Linn, Erin | Yong, Elizabeth B. | Fitzsimmons, William R.; Lu, Elissa | 1/3/2013 8:39:48 PM | RE: demographic data | Attorney-Client Privilege | Email chain gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 46 | Driver-Linn, Erin | Iuliano, Robert* | Fitzsimmons, William R.; Farzan, Ranna L.*; Jilek, Tiffany Lee | 1/3/2013 10:13:06 PM | meeting re Am Conservative article | Attorney-Client Privilege | Email discussing request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 47 | Driver-Linn, Erin | Scanlon, John | | 1/3/2013 10:23:15 PM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 48 | Iuliano, Robert* | Driver-Linn, Erin | | 1/3/2013 10:44:33 PM | Re: meeting re Am Conservative article | Attorney-Client Privilege | Email chain discussing request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 49 | Scanlon, John | Driver-Linn, Erin | | 1/4/2013 3:02:30 AM | RE: American Conservative Article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 50 | Driver-Linn, Erin | Casey, Kevin; Day, Suzanne | | 1/4/2013 8:17:05 PM | FW: American Conservative Article | Attorney-Client Privilege | Email chain discussing, and providing information in response to, R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 51 | | | | 12/28/2012 5:04:59 PM | Statement on Asian American Admissions.docx | Attorney-Client Privilege | Attached draft document providing information for the purpose of obtaining legal advice from R. Iuliano* regarding response to allegations of discrimination |
| 52 | Hansen, Mark Francis | Lu, Elissa; Scanlon, John; Moulton, Samuel Taylor; Driver-Linn, Erin; Gao, Lan | | 1/4/2013 8:17:08 PM | Admissions for Monday | Attorney-Client Privilege | Email discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 53 | Day, Suzanne | Driver-Linn, Erin; Casey, Kevin | | 1/4/2013 8:21:45 PM | FW: American Conservative Article | Attorney-Client Privilege | Email discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 54 | Driver-Linn, Erin | Hansen, Mark Francis; Lu, Elissa; Schwartz, Liam; Moulton, Samuel Taylor; Scanlon, John | | 1/4/2013 8:22:04 PM | RE: Bullet points | Attorney-Client Privilege | Email chain providing information relating to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 55 | Moulton, Samuel Taylor | Driver-Linn, Erin; Hansen, Mark Francis; Lu, Elissa; Schwartz, Liam; Scanlon, John | | 1/4/2013 8:26:35 PM | Re: Bullet points | Attorney-Client Privilege | Email chain providing information relating to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 56 | Moulton, Samuel Taylor | Driver-Linn, Erin; Hansen, Mark Francis; Lu, Elissa; Schwartz, Liam; Scanlon, John | | 1/4/2013 8:33:09 PM | Re: Bullet points | Attorney-Client Privilege | Email discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 57 | Driver-Linn, Erin | Day, Suzanne; Casey, Kevin | | 1/4/2013 8:43:06 PM | RE: American Conservative Article | Attorney-Client Privilege | Email discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 58 | Casey, Kevin | Driver-Linn, Erin; Day, Suzanne | | 1/4/2013 9:57:49 PM | RE: American Conservative Article | Attorney-Client Privilege | Email discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 59 | Moulton, Samuel Taylor | Driver-Linn, Erin; Hansen, Mark Francis; Lu, Elissa; Schwartz, Liam; Scanlon, John | | 1/4/2013 11:14:33 PM | Re: Bullet points | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 60 | Driver-Linn, Erin | Iuliano, Robert* | | 1/5/2013 8:55:52 PM | RE: meeting re Am Conservative article | Attorney-Client Privilege | Email chain discussing request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 61 | Driver-Linn, Erin | Jilek, Tiffany Lee | | 1/5/2013 8:57:00 PM | FW: meeting re Am Conservative article | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 62 | Scanlon, John | Hansen, Mark Francis; Lu, Elissa; Moulton, Samuel Taylor; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 2:27:52 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 63 | Lu, Elissa | Scanlon, John; Hansen, Mark Francis; Moulton, Samuel Taylor; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 2:38:53 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 64 | Scanlon, John | Lu, Elissa; Hansen, Mark Francis; Moulton, Samuel Taylor; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 3:00:28 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 65 | Gao, Lan | Scanlon, John; Lu, Elissa; Hansen, Mark Francis; Moulton, Samuel Taylor; Driver-Linn, Erin | | 1/7/2013 3:05:13 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 66 | Lu, Elissa | Scanlon, John; Hansen, Mark Francis; Moulton, Samuel Taylor; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 3:24:40 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 67 | Moulton, Samuel Taylor | Lu, Elissa; Scanlon, John; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 3:26:58 PM | Re: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 68 | Lu, Elissa | Moulton, Samuel Taylor; Scanlon, John; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 3:32:07 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 69 | Moulton, Samuel Taylor | Lu, Elissa; Scanlon, John; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 3:42:49 PM | Re: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 70 | Moulton, Samuel Taylor | Lu, Elissa; Scanlon, John; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 6:41:03 PM | Re: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 71 | | | | 1/7/2013 6:41:03 PM | commonapp.png | Attorney-Client Privilege | Attached document relating to request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 72 | | | | 1/7/2013 6:41:03 PM | universalcollegeapp.png | Attorney-Client Privilege | Attached document relating to request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 73 | Lu, Elissa | Moulton, Samuel Taylor; Scanlon, John; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 7:05:37 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 74 | Scanlon, John | Lu, Elissa; Moulton, Samuel Taylor; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan | | 1/7/2013 7:09:35 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 75 | Gao, Lan | Scanlon, John; Lu, Elissa; Moulton, Samuel Taylor; Hansen, Mark Francis; Driver-Linn, Erin | | 1/7/2013 7:30:22 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 76 | Lu, Elissa | Gao, Lan; Scanlon, John; Moulton, Samuel Taylor; Hansen, Mark Francis; Driver-Linn, Erin | | 1/7/2013 7:40:44 PM | RE: Admissions for Monday | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 77 | Driver-Linn, Erin | Yong, Elizabeth B.; Fitzsimmons, William R. | Scanlon, John | 1/8/2013 6:23:33 PM | RE: data | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 78 | Scanlon, John | Driver-Linn, Erin | Hansen, Mark Francis; Moulton, Samuel Taylor; Lu, Elissa; Gao, Lan | 1/9/2013 3:35:11 PM | Unz discussion points | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 79 | Scanlon, John | Neal, Jeff A. | Driver-Linn, Erin | 1/16/2013 6:52:01 PM | RE: Asian American Admissions | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 80 | Neal, Jeff A. | Scanlon, John | Driver-Linn, Erin | 1/16/2013 7:07:37 PM | RE: Asian American Admissions | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 81 | Moulton, Samuel Taylor | Scanlon, John; Lu, Elissa; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan; Bever, Erica Jane | | 1/16/2013 8:30:12 PM | SAT / race / admissions | Attorney-Client Privilege | Email chain providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 82 | Scanlon, John | Neal, Jeff A. | Driver-Linn, Erin | 1/17/2013 2:08:18 PM | RE: Asian American Admissions | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 83 | Driver-Linn, Erin | Scanlon, John; Bever, Erica Jane | | 1/17/2013 2:31:47 PM | RE: Asian American Admissions | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 84 | | | | N/A | Untitled | Attorney-Client Privilege | Hard-copy printout of draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 88 | | | | N/A | Untitled | Attorney-Client Privilege | Hard-copy printout of draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 90 | | | | N/A | Early Action NLNA 2016 vs 2017 | Attorney-Client Privilege | Hard-copy printout of draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 91 | Fitzsimmons, William | Driver-Linn, Erin | | 1/3/2013 12:00:00 AM | Harvard students by income and citizenship/ethnicity | Attorney-Client Privilege | Hard-copy printout of draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 95 | | | | N/A | Untitled | Attorney-Client Privilege | Hard-copy printout of draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 96 | | | | N/A | Early Action NLNA 2016 vs 2017 | Attorney-Client Privilege | Hard-copy printout of draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 97 | | | | N/A | Untitled message from A. Garber to E. Driver-Linn | Attorney-Client Privilege | Hard-copy printout of correspondence gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 98 | Faust, Drew Gilpin | Iuliano, Robert* | Garber, Alan M; Smith, Michael; Heenan, Christine M; Neal, Jeff A; Day, Suzanne; Galvin, Kevin; Quay, Heather; Yong, Elizabeth; Fitzsimmons, William | 12/27/2012 6:39:00 PM | RE: American Conservative Article | Attorney-Client Privilege | Hard-copy printout of email providing and requesting information for the purpose of obtaining legal advice regarding response to allegations of discrimination |
| 99 | Fitzsimmons, William | Driver-Linn, Erin | | 12/28/2012 12:08:00 PM | FW: American Conservative Article | Attorney-Client Privilege | Hard-copy printout of email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 100 | Garber, Alan M | Driver-Linn, Erin | Fitzsimmons, William | 12/29/2012 1:40:00 PM | RE: American Conservative Article | Attorney-Client Privilege | Hard-copy printout of email chain gathering information at the request of R. Iuliano* to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 101 | | | | 6/30/2017 3:54:00 PM | Untitled | Attorney-Client Privilege | Hard-copy printout of draft document providing information in response to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 102 | | | | 6/26/2014 12:00:00 AM | "Ryan Committee: Race Conscious Admissions" PowerPoint presentation | Attorney-Client Privilege | Hard-copy printout of document rendering legal advice regarding compliance with legal precedent |
| 103 | Lu, Elissa | Moulton, Samuel Taylor; Scanlon, John; Hansen, Mark Francis; Driver-Linn, Erin; Gao, Lan; Bever, Erica Jane | | 1/24/2013 4:22:43 AM | RE: SAT / race / admissions | Attorney-Client Privilege | Email chain providing information relating to R. Iuliano*'s request for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 104 | Scanlon, John | Driver-Linn, Erin | | 2/12/2013 6:56:11 PM | FW: Asian American Applicants | Attorney-Client Privilege | Email chain discussing request from R. Iuliano* for information to facilitate rendering of legal advice regarding response to allegations of discrimination |
| 111 | Iuliano, Robert* | Driver-Linn, Erin | | 5/27/2014 9:58:50 PM | FW: Invitation to Serve on University-wide Committee | Attorney-Client Privilege | Email discussing legal advice regarding compliance with legal precedent |
| 112 | | | | 5/23/2014 4:20:01 PM | committee charge.pdf | Attorney-Client Privilege | Attached document relating to legal advice regarding compliance with legal precedent |
| 113 | Driver-Linn, Erin | Iuliano, Robert* | | 5/28/2014 12:21:56 PM | RE: Invitation to Serve on University-wide Committee | Attorney-Client Privilege | Email chain discussing legal advice regarding compliance with legal precedent |

**SFFA v. Harvard -- Supplemental Privilege Log**

| Doc # | Email - From | Email - To | Email - CC | Date - Modified/Sent | Data - File Name/Subject | Basis for Withholding | Privilege Log Description |
|---|---|---|---|---|---|---|---|
| 118 | Driver-Linn, Erin | Iuliano, Robert* | | 6/19/2014 3:34:03 PM | Re: NYTimes.com: If Affirmative Action Is Doomed, What's Next? | Attorney-Client Privilege and Work Product | Email chain requesting and providing information for the purpose of rendering legal advice regarding compliance with legal precedent and prepared in anticipation of litigation |
| 119 | Iuliano, Robert* | Driver-Linn, Erin | | 6/19/2014 9:37:39 PM | RE: NYTimes.com: If Affirmative Action Is Doomed, What's Next? | Attorney-Client Privilege and Work Product | Email chain requesting and providing information for the purpose of rendering legal advice regarding compliance with legal precedent and prepared in anticipation of litigation |
| 120 | Driver-Linn, Erin | Iuliano, Robert* | | 6/20/2014 5:56:42 PM | RE: NYTimes.com: If Affirmative Action Is Doomed, What's Next? | Attorney-Client Privilege and Work Product | Email chain requesting and providing information for the purpose of rendering legal advice regarding compliance with legal precedent and prepared in anticipation of litigation |