# EXHIBIT 236

# FILED UNDER SEAL