# EXHIBIT 239

*From Meeting Sept. 15, 1952*

*Discussed at Administration Committee Oct. 1, 1952*

CONFIDENTIAL

## I.   ADMISSION POLICY

There has never been a comprehensive formal statement of Harvard College admission policy.  In fact, until relatively recent years there was no real need for such a statement.  Admission was a comparatively simple matter when students came to Harvard from a small number of schools in which a common pattern of preparation for college had been followed.  The job of the Admission Committee was simply to select from among those who applied for admission those who appeared to have the ability to do acceptable work in the College.  The size of the Freshman Class was determined until 1921 by the number of qualified applicants.  The only problem was the technical one of setting and administering admission examinations to weed out the clearly incompetent.  There was no thought of recruiting students.  It was assumed that Harvard would naturally attract enough of the right kind of applicants.

Gradually this situation has changed, however.  Quotas have been set limiting the size of the entering class and the number of applicants has increased so that we have a serious problem of selecting a certain number to be admitted from among a much larger number of applicants who are able to do satisfactory academic work at Harvard.  Principles of selection, therefore, have to be established, which means that there must be some reasonably clear conception of the kind of student body we want.

Furthermore, we are no longer content to sit back and let students seek out Harvard.  One looks back nostalgically at an earlier and simpler day when, if any one had thought about it, it would have seemed beneath Harvard's dignity to recruit students.  It would be