# EXHIBIT 241

*Jews*

May 20, 1922

Dear Mr Tucker:

The whole question of the Jewish students is a very disagreeable one, and one that we have never been obliged to face. The fact is that the theories on which we have been proceeding - that all men are born free and equal, etc. - are not absolutely true, but true within certain limits. In the world of European politics we have found our ideas of democracy rudely shaken by race aspirations, which the men of Rousseau's school of thought never contemplated, but which are facts, - facts which cannot be ignored and which have caused the slaughter of hundreds of thousands of men, which are now keeping Europe in a turmoil. I suspect the only way to solve the difficulty that we have is to look it straight in the face and see the facts as they are. Now the facts are that where Jews become numerous they drive off other people, and then leave themselves. It is not a question of moral character or individual qualities. It is the fact of segregation by groups which repel other groups. The summer hotel that is ruined by admitting Jews is not ruined because the Jews are bad in character, but simply because other people stay away, and then the Jews themselves cease to come. A similar thing has happened at Columbia College, where the number of Jews has driven off other people, and the college remains small, their attempts to reduce the number of Jews being too late. With us the danger would seem to be imminent. Unlike the summer hotel, we ought not to, and will not, exclude Jews for fear of the consequences to the College. We will take as many of them as we can take for their profit and without injuring the College. I guess this at 15% or 16%,

because it was when the proportion exceeded that amount that complaints began to be loud. In travelling through Western cities I now hear that one reason why the Harvard Clubs have difficulty in getting students is because Harvard has the reputation of having so many Jews. I am told the same talk is heard in the great preparatory schools.

The question is not one of moral character, of religion, or of race, but of social segregation. It boots nothing to inquire whose is the fault of that segregation, for the matter with which we are concerned is a fact. It is a case of incompatibility of groups, what I suppose would now be studied under the familiar name of group psychology; and there lies the problem. Hitherto we have assumed a general homogeneity, and hence could consider only the qualities of the individual. We are now faced by an actual group segregation, in which the important factor is not the quality of the individual, but of the group. I suppose that as scholars and men of science we must study and accept the facts as they are, and not ignore them for the sake of a preconceived theory, which was near enough the truth to be applicable under past conditions. The important thing in the resolution that you suggest seems to me, therefore, the words "social qualities".

Very truly yours,

A. LAWRENCE LOWELL

Rufus S. Tucker, Esq.
 8 Plympton Street
  Cambridge