# **EXHIBIT 242**

June 10, 1922

Dear Mr. Marvin:

The situation about the Jews is not really very different in Harvard from what it is in the rest of the country. There is a race problem, and a very difficult one; and there is no use in shutting our eyes to it. During Reconstruction, the North shut its eyes to the race problem of the negro in the South and tried to act on the principle that there was no such thing as a race distinction. It made a mistake from which the country has not wholly recovered yet. There is no use, it seems to me, in shutting our eyes to a great problem of this kind. The assimilation of races in this country will be difficult, and ought to be carefully considered. When in any place - as in a college or school - the Jews become very numerous, it is a fact that the Gentiles tend to leave and the institution tends to change its character. To a limited number of Jews we can do a vast deal of good in making them American; but if the numbers increase largely, they cling together and are affected comparatively little. This is a real problem. Now, it is possible to meet it directly or indirectly. We can reduce the number of Jews by talking about other qualifications than those of admission examinations. If the object is simply to diminish the Jews, this is merely an indirect method of avoiding a problem in American life which is really important. This is the feeling of the most thoughtful people here, both Gentile and Jew. On the other hand, we are in no present danger of having more students in college than we can well take care of; nor, apart from the Jews, is there any real problem of selection, the present method of examination giving us, for the Gentile, a satisfactory result. It seems to me that where we have a real question we had better face it, and try to solve it as it is.

Very truly yours,

P. Marvin, Esq.