# EXHIBIT 243

# HARVARD COLLEGE

## APPLICATION FOR ADMISSION

Applicants for admission by examination are required to fill this blank and return it to the Chairman of the Committee on Admission, 20 University Hall, Cambridge, Massachusetts.

This application should be filed as early as possible in the year in which the applicant expects to complete his record for admission.

1. Name in full ....................................................................................................................................

2. Date of birth { Month, Day, and Year } .........................................................................................

3. Place of birth ..................................................................................................................................

4. Race and Color ........................................................ 5. Religious Preference ..........................

6. Name of Father ..............................................................................................................................

7. What change, if any, has been made since birth in your own name or that of your father?

   (Explain fully) ...............................................................................................................................

8. Maiden Name of Mother ................................................................................................................

9. Home Address { Street, City, and State } .....................................................................................

10. Birthplace of Father .....................................................................................................................

11. Father's Occupation .....................................................................................................................

12. Father's Business Address ...........................................................................................................

13. Secondary Schools (public high schools, private preparatory schools, or academies) attended, and the dates of entering and leaving each school. Give post office address of each school. In case of preparation by private tutor, give name and post office address. If you left school before the end of the final year, state carefully for what reason you did not complete the year's residence ............

    ...............................................................................................................................................................

    ...............................................................................................................................................................

14. Names of Principals of all schools attended during last academic year .................................

    ...............................................................................................................................................................

    ...............................................................................................................................................................

15. Do you intend to enter Harvard this year if admitted? ...........................................................

16. At what place shall you present yourself for examination? ..................................................

17. Do you wish to apply for any kind of College aid or for a Harvard Club scholarship? ..................................

18. If you have already taken examinations for admission, give the date or dates of these examinations and subjects taken, together with grades received ..................................................

..................................................

19. For which degree do you wish to register—A.B.* or S.B.? ..................................................

20. Do you wish to apply for admission by the New Plan or by the Old Plan? ..................................

21. If you wish to apply for admission by the Old Plan, do you intend to divide your examinations this year between June and September? Explain your plan fully. Name the examinations you plan to take in June and those, if any, which you wish to take in September ..................................

..................................................

..................................................

..................................................

..................................................

..................................................

..................................................

22. What are your chief interests, whether connected with your school work or outside of it? ..................................

..................................................

23. What sports or games do you especially like? ..................................................

..................................................

24. To what school organizations have you belonged? ..................................................

..................................................

25. What offices, if any, did you hold in these organizations? ..................................................

..................................................

* A candidate for the degree of A.B. must pass an admission examination in Latin Cp 3 or Greek Cp 2.

26. What is your plan for College life and work so far as you have been able to formulate any? .........

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

27. What is your intended profession or other life work? ....................................................................................

.........................................................................................................................................................................

28. Why do you wish to come to Harvard? (The Committee will be grateful for a very careful answer to this question.)

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

.........................................................................................................................................................................

29. Have you already filed an application for a room in a Freshman Dormitory? ...........................................

30. Do you wish a blank form of application for a room? ....................................................................................

31. Are you planning to live at home? ....................................................................................................................

*Notice.* — *The statement asked for below is required only of candidates for admission by the Old Plan. Candidates for admission by the New Plan are required to present their records on a separate blank form.*

## OFFICIAL STATEMENT OF APPLICANT'S PREPARATION (FOR CANDIDATES UNDER THE OLD PLAN)

Every applicant for admission is required to present an official statement of his preparation. The record desired is the applicant's record for the four years preceding College. For the last year the candidate is expected merely to indicate his programme of work or to give such term grades as he may have received at the time he makes this application.

Instead of having the blank form below filled the candidate may send with his application the official reports of his work made by his school. All such reports will be returned on request.

# APPLICANT'S RECORD (OLD PLAN)

|  | First Year or Fourth before College | Second Year or Third before College | Third Year or Second before College | Fourth Year or Last before College |
|---|---|---|---|---|
| English | | | | |
| Greek | | | | |
| Latin | | | | |
| French | | | | |
| Spanish | | | | |
| German | | | | |
| History | | | | |
| Algebra | | | | |
| Plane Geometry | | | | |
| Solid Geometry | | | | |
| Logarithms & Trigonometry | | | | |
| Physics | | | | |
| Chemistry | | | | |
| Botany | | | | |
| Zoölogy | | | | |
| Geography | | | | |
| Drawing, Mechanical | | | | |
| Drawing, Freehand | | | | |
| Civil Government | | | | |
| | | | | |
| | | | | |
| | | | | |

## CERTIFICATE OF PRINCIPAL, HEADMASTER, OR TUTOR

I hereby certify that the record given above is a correct copy of the record of

...............................................................................

Date.......................          Signed.................................................