# EXHIBIT 244

# HARVARD UNIVERSITY

(INTER-DEPARTMENTAL CORRESPONDENCE SHEET)

*Cambridge, Massachusetts*
October 25, 1925

Dear President Lowell,

In accordance with your request, we have made a rough estimate of the number of Jews among the new students regularly admitted this year to the Freshman Class.  In this estimate we have tried to follow the classification adopted in the report of the Subcommittee Appointed to Collect Statistics, in 1922. Our estimate is based on a single count, and therefore has at least one percent of error and possibly more. Furthermore, we did not make use of any other information than that contained in the parentage cards which are filled out by students at registration.

It appears that of a total of 881 new Freshmen (exclusive of provisionally classified men) there are 239 men who come under the classification of Jews (i.e. J.1 and J.2). This gives a percentage of 27.1 as compared with 21.5%, in 1922, the last time such an estimate was made.

In addition to the above, there were 38 men, or 4.3% of the total, whom we placed in the J.3 category.

Very truly yours,

Delmar Leighton

President Lowell