# EXHIBIT 245

450 King's Highway,

Westport, Conn.

December 17th, 1925.


A. Lawrence Lowell Esq., President,

Harvard University,

Cambridge, Mass.


My dear Mr. Lowell:

My Twenty-fifth Anniversary comes next June and I have con-tributed my mite to the usual Fund but I must say I did not contribute to it with the same feeling for my Alma Mater that I would have had had I not gone to Cambridge at the time of the Harvard-Yale game this Fall and wandered through the Yard to renew old memories.

Naturally, after twenty-five years, one expects to find many changes but to find that one's University had become so Hebrewized was a feaful shock. There were Jews to the right of me, Jews to the left of me, in fact they were so obviously everywhere that instead of leaving the Yard with pleasant memories of the past I left with a feeling of utter disgust of the present and grave doubts about the future of my Alma Mater. One thought/kept recurring in my mind was as to what the future of the University would be when the Jews graduates of the present and future would have a possible preponderating vote for the Overseers and the right to fill the "Seats of the Mighty" in University Hall. A pleasant prospect to consider!

My recent re-introduction to my University was when I left the

street car at Beck Hall on my way to the Union to get my ticket for
the game. Being uncertain what entrance to use I stopped a boy,
evidently a student,to ask directions--he was a Jew.  Rounding the
corner of the Union and being still in doubt where to go I made
enquiries from three other boys,also very evidently students,--two
Jews and a negro,fraternizing.  I was ushered to my seat at the game
by a Jew and another of the same "breed"followed me to my seat and
required me to sign my ticket.  And not one of these appeared to be
of the same class q$ the few Jews that were in college in my day but
distinctly of the class usually denominated "Kikes".

Shades of my New England parents! that Harvard University should
come to such a pass that its graduates not only feel doubts about send-
ing their sons to their University but that they are in many,many cases
actually sending them elsewhere--on account of the Jews.

My business life has been spent in New York where one stumbles
over Jews at every step and I am not anxious for my boys to come in
contact with them until they absolutely have to.  They are without
doubt the Damned of God and the skunks of the human race.  I grant you
that there are many Jews like the Straus family who cannot be even re-
motely critized,but generally speaking they're a menace to decent
society and the American race.  I cannot but feel that your New England
blood must run cold when you contemplate their ever-increasing numbers
at Harvard but what I cannot fathom is why you and the other Overseers
don't have the backbone to put you foot down on this menace to the
University just as was done when the contriversy regarding the admission
of students from so called Catholic Universities arose years ago.  You
undoubtedly recall that incident and the widespread criticism it raised
but it was adhered to and the incident was finally forgotten by the
public.

The Jew is undoubtedly of high mental order,desires the best education he can get CHEAPEST,and is more persistent than other races in his endeavors to get what he wants.  It is self evident,therefore, that by raising the standard of marks he can't be eliminated from Harvard,whereas by the same process of raising the standard "White" boys ARE eliminated.  And is this to go on?   Why the Psychology Test if not to bar those not wanted?  Are the Overseers so lacking in genius that they can't devise a way to bring Harvard back to the position it always held as a "white man's"college?  Does the possible flare-up of such men as Villard and Storey frighten them?  Why not come out into the open and take the "gaff"of criticism for a year or so and save our University for our sons,grandsons and for our posterity?

Very truly yours,

*[signature]*

,1901.