# EXHIBIT 247

November 3, 1925

**CONFIDENTIAL**

Dear Mr James:

Your report seems to me rather long for the purpose; but much of it, if condensed, would make a valuable public exposition of one aspect of the question. Meanwhile, however, another aspect, which we do not want to make public, has become important - a most vital question for the college today. Questions of race, with the associations and repulsions they produce, are delicate and disagreeable; but we do not solve them by ignoring them. Experience has shown that in a hotel or a college the presence of Jews in large numbers tends to drive Gentiles elsewhere. A few years ago many of us thought the proportion of Jews in Harvard College was reaching a dangerous point. It was then 21.7%. In the present Freshman class it is 27.1%, so far as we can ascertain. The measures adopted at the time of the previous inquiry to remedy the situation have produced no effect, either because they affected so small a number of candidates, or because they did not have the effect that was anticipated. To prevent a dangerous increase in the proportion of Jews, I know at present only one way which is at the same time straightforward and effective, and that is a selection by a personal estimate of character on the part of the Admission authorities, based upon the probable value to the candidate, to the College and to the community of his admission. Now a selection of this kind can be carried out only in case the numbers are limited. If there is no limit, it is impossible to reject a

candidate who passes the admission examinations without proof of defective character, which practically cannot be obtained. The only way to make a selection is to limit the numbers, accepting those who appear to be the best.

It seems to me that the Overseers must take one of three positions. They must either assume the responsibility for the increase in the percentage of Jews, or they must assume the responsibility of saying what should be done about it, or they must leave the administrative officers of the University free to deal with it. In this latter case, a limitation of numbers is essential; nor could I, while responsible, consent to having that limitation imposed for a fixed number of years. It must be continued so long as there is need of it.

In regard to the question of dividing Harvard College into separate groups, or colleges, it has been in my mind and that of others for the last twenty years, but until very recently it has not been ripe for discussion. Every change, however, that has been made in the College in the last fifteen years makes a good foundation for such a policy; and indeed, has been largely made with that idea in view. For two or three years now I have thought that opinion had sufficiently matured to make a step in that direction possible, and I have been looking for resources to begin. To carry out the matter would be very costly.

Would it not be better to have the meeting a little later, - perhaps the following week?

        Very truly yours,

Henry James, Esq.