# EXHIBIT 248

130 EAST TWENTY-SECOND STREET
NEW YORK

November 4, 1925

President A. Lawrence Lowell,
Harvard University,
Cambridge, Mass.

Dear Mr. Lowell:

I need hardly say that I read your letter this morning with great interest. Of course I didn't try to answer it in telegraphing you and I think that I'd better wait until I see you to speak of the points that it touches.

<u>Everything</u> in my education and bringing up makes me shrink from a proposal to begin a racial discrimination at Harvard -- there's no use my pretending that that isn't the case. But I think that you are quite right in saying that a situation which contains serious and unfortunate elements ought to be faced again, and I shall certainly endeavor to bring an open mind to its consideration and not to follow my predisposition blindly.

Sincerely yours,

Henry James