# EXHIBIT 249

130 EAST TWENTY-SECOND STREET
NEW YORK

November 10, 1925

President A. Lawrence Lowell,
Harvard University,
Cambridge, Mass.

Dear Mr. Lowell:

Your note of the 6th regarding racial discrimination wasn't received here before I left New York last Friday, so that I've just read it.  I am all for any reasonably sound and discerning "discrimination among individuals in accordance with the probable value of a college education to themselves, to the University and to the community."  Also, I believe that such a discrimination would inevitably eliminate most of the Jewish element which is making trouble.  I understand that this element now contributes a very excessive proportion of the cases requiring major discipline.  Also, I don't think that all Jews are particularly intelligent by any means.  What intelligence they have seems to ripen early.  But apart from their precocity and a certain advantage it gives them in the way of a head start, I am not afraid of any competition.  But the motion proposed at the autumn meeting of the Overseers named the Jews and was on its face a racial discrimination; and a good many of the men who share your concern about the increasing numbers are advocating what they call a candid regulation excluding all but so many or such a proportion of "Jews."

When I looked at my watch on leaving your office yesterday afternoon I realized that I had stayed very late and felt rather conscience stricken.  But you kept asking me questions that were interesting and to that extent it was your own fault!

Sincerely yours,

Henry James