# EXHIBIT 251

# Race Determining Factor in Regard to Harvard Applicants, He Admits

DOWNLOAD PDF FOR THIS DATE

May 11, 1926

Boston (May. 10)

(Jewish Daily Bulletin)

Race and place of residence are to be part of the qualifications of candidates for admission to Harvard College under the new rule of "character, personality and promise," according to Henry S. Pennypacker, Chairman of the Committee on Admissions which administers this rule.

Mr. Pennypacker's statement was contained in the Gadfly, publication of the Harvard Student Liberal Club, on Saturday.

A committee of six undergraduate and graduate students, all members of the Liberal Club, inteviewed Mr. Pennypacker recently and asked him the following questions:

How far are the new regulations designed to preserve a balance between racial groups? Between social groups?"

Mr. Pennypacker stated that the traditional policy of freedom from discrimination on the grounds of race or religion is still of binding force and effect. He then declared:

"Race is a part of the record. It is by no means the whole record and no man will be kept out on grounds of race. But those racial characteristics which make for race isolation will, if they are borne by the individual, be taken into consideration as a part of that individual's characteristics under the test of character, personality and promise."

The new rule which the Committee on Admissions will interpret and which it is alleged will result in discrimination particularly against unfavored races reads:

"Candidates should bear in mind that in all admissions to the university regard is given to character, personality and promise as well as to scholarly attainments."

The committee asked him what factors would be taken into consideration.

"All available factors concerning the boys will be taken into consideration We wish to look at the boy's fitness for his job in much the same way an employer wants to looke at his employee."

Under the new rule all candidates must include a photograph with the application blank. Mr. Pennypacker was asked the purpose of the photograph.

"For purposes of identification," he said, "as evidence of character, personality, and promise, only very vague in the case of candidates not seen."

ADVERTISEMENT: Get up to $1000 off your first summer at over 150 Jewish overnight camps! Visit OneHappyCamper.org.

**FEATURED STORIES**

 **Boston mourns Jewish girl and best friend killed by motorist**

 **Is Olympic skier Mikaela Shiffrin Jewish?**

 **For Jews in the Netherlands, Catholic Carnival feels like 'hardcore Purim'**

 **Son of Holocaust survivor named president of Harvard**

## Founding Funders

The digitization of the JTA Archive would not have been possible without the generous support of the following donors:

- The Gottesman Fund
- Elisa Spungen Bildner and Robert Bildner, in honor of Norma Spungen

- Righteous Persons Foundation
- Charles H. Revson Foundation
- George S. Blumenthal
- Grace and Scott Offen Charitable Fund