# EXHIBIT 256

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE
(HARVARD CORPORATION),

    Defendant.

Civil Action No. 1:14-cv-14176-ADB

### DECLARATION OF ▉

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am an individual over eighteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2. I am Asian-American and a citizen of the United States. Both of my parents are first-generation Chinese immigrants.

3. I attended ▉ I graduated high school in ▉

4. In the fall of 2013, I applied for admission to Harvard College for the undergraduate class of 2018. In April 2014, I learned that Harvard College had denied my application for admission.

5. I am currently a student at the ▉ where I recently completed my ▉ year of studies.

1

6. I am able and ready to apply to transfer to Harvard were it to cease the use of race or ethnicity as an admissions preference and to cease its intentional discrimination against Asian Americans.

7. I became a member of Students for Fair Admissions ("SFFA") in November 2014 because I support its mission and believe that Harvard College and many other colleges and universities wrongly discriminate against Asian-American applicants for admission. I was a member of SFFA when it initiated this lawsuit against Harvard.

8. I did not pay a membership fee because no fee was required for membership when I joined SFFA. Nonetheless, my father has contributed financially to SFFA because we support its mission.

9. Since the time I agreed to participate in SFFA's lawsuit against Harvard, I have received updates about the status of the case from Mr. Blum, from ████████████ and from SFFA's attorneys. They have answered my questions and afforded me the opportunity to have input and direction on SFFA's case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, June 2⧸, 2016.



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY            SFFA-Harvard 0001950