# EXHIBIT 259

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### DECLARATION OF ███

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am an individual over eighteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2. I reside in ███. I am a first-generation Chinese immigrant, and I have two sons, ███.

3. ███ graduated from ███ in ███. He applied for admission to Harvard College, which placed him on the wait list despite his outstanding qualifications. He plans to enroll at ███.

4. ███ is a ███ at ███ and plans to apply for admission to Harvard College.

5. I became a member of Students for Fair Admissions ("SFFA") in June 2016 because I support its work and believe that Harvard College and many other colleges and universities wrongly discriminate against Asian-American students.

1

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                        SFFA-Harvard 0001957

6. I paid the membership fee when I joined SFFA in June 2016.

7. My son ▮ is a standing member in SFFA's lawsuit against Harvard College, and we have been in contact about the case with Mr. Blum and SFFA's attorneys. I also communicate with ▮ about the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, June 24, 2016.



2

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                       SFFA-Harvard 0001958