# EXHIBIT 260

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. <br> 1:14-cv-14176-ADB |

### DECLARATION OF ███████

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am an individual over eighteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2. I reside in ████████, and I have three daughters, ████████ ███ All three of my daughters are adopted children of Chinese national origin and became United States citizens upon adoption and entry into the United States.

3. ████ graduated from ████████████████████ in ███ She applied for admission to Harvard College, which placed her on the wait list despite her outstanding qualifications. She is currently a student at ████████.

4. My youngest daughter ████ who is a ████████ at ██████████████ has expressed interest in applying for admission to Harvard College.

1

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                              SFFA-Harvard 0001959

5. I became a member of Students for Fair Admissions ("SFFA") in June 2015 because I support its work and believe that Harvard College and many other colleges and universities wrongly discriminate against Asian-American students.

6. I did not pay a membership fee because no fee was required for membership when I joined SFFA.

7. My daughter ▮ and I have agreed to participate in SFFA's lawsuit against Harvard and have received updates about the status of the case from Mr. Blum and from SFFA's attorneys. They have answered my questions and afforded me the opportunity to have input and direction on SFFA's case. I also communicate with ▮ about the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, June 29, 2016.



HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    SFFA-Harvard 0001960