# EXHIBIT 261

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### DECLARATION OF ▮▮▮▮

I, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am an individual over eighteen years old and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and is fully competent to declare as to matters stated herein.

2. I reside in ▮▮▮▮. I am a first-generation immigrant, and I have three children, ▮▮▮▮ and ▮▮.

3. ▮▮ is a ▮▮▮▮ at ▮▮▮▮ and plans to apply for admission to Harvard College.

4. I became a member of Students for Fair Admissions ("SFFA") in April 2016 because I support its work and believe that Harvard College and many other colleges and universities wrongly discriminate against Asian-American students.

5. I paid the membership fee when I joined SFFA in April 2016.

6. I have agreed to participate in SFFA's lawsuit against Harvard and have received updates about the status of the case from Mr. Blum and from SFFA's attorneys. They have

1

answered my questions and afforded me the opportunity to have input and direction on SFFA's case. I also communicate with ▇ about the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, June 28, 2016.



2

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                                   **SFFA-Harvard 0001962**