UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---------------------------------------------------------------x
STUDENTS FOR FAIR ADMISSIONS, INC.,

                        Plaintiff,

    - against -

                                      Civil Action No.1:14-cv-14176-ADB

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE,

                        Defendant.
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

      Please enter my appearance as attorney and counsel of record for *Amicus Curiae* National Association of Scholars ("NAS") in support of plaintiff in the above-captioned case.

                                                    Respectfully submitted,

                                                    /s/ Dwight Duncan
                                                   Dwight Duncan BBO #553845
                                                   *Counsel of Record*
                                                   333 Faunce Corner Road
                                                   Dartmouth, MA 02747-1252
                                                   508-985-1124
                                                   dduncan@umassd.edu

                                                   *Attorney for Amicus Curiae*
                                                   *National Association of Scholars*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants by August 3, 2018.

/s/ Dwight Duncan_____

Dwight Duncan BBO #553845