# EXHIBIT 100

Highly Confidential - For Attorneys Eyes Only                            1

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2                     BOSTON DIVISION

 3
    -------------------------------x
 4
    STUDENTS FOR FAIR ADMISSIONS,
 5  INC.,

 6          Plaintiff,
                                    Civil Action No.
 7  vs.                             1:14-cv-14176

 8  PRESIDENT AND FELLOWS OF HARVARD
    COLLEGE (HARVARD CORPORATION);
 9  and THE HONORABLE AND REVEREND
    THE BOARD OF OVERSEERS,
10
            Defendants.
11
    -------------------------------x
12
        - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -
13

14                DEPOSITION OF CATHERINE DREW

15        GILPIN FAUST, a witness called by the

16        Plaintiff, taken pursuant to the

17        applicable provisions of the Federal

18        Rules of Civil Procedure, before James A.

19        Scally, RMR, CRR, a Notary Public in and

20        for the Commonwealth of Massachusetts, at

21        Harvard University, Massachusetts Hall,

22        Cambridge, Massachusetts, on Friday,

23        March 10, 2017, commencing at 8:52 a.m.

24
```

1      Q.  Do you know whether it's been 10 or 20 years?

2               MS. ELLSWORTH:  Objection.

3      A.  It's been for a considerable time before I

4  became president.

5      Q.  Are you familiar with the Bakke litigation?

6      A.  I am.

7      Q.  Was Harvard using race at the time of the

8  Bakke litigation?

9               MS. ELLSWORTH:  Objection.

10     A.  Yes, it was.

11     Q.  Do you know whether Harvard was using race as

12  an admissions factor in the 1920s?

13              MS. ELLSWORTH:  Objection.

14     A.  I don't know.

15     Q.  Do you know why Harvard began using race?

16     A.  I don't know.

17     Q.  Since the Bakke litigation, has the reasons

18  Harvard uses race changed?

19              MS. ELLSWORTH:  Objection.

20     A.  Harvard has consistently through that time

21  regarded race as one aspect in our effort to have an

22  admissions policy that is holistic in its assessment

23  of students to understand that what makes for a

24  successful undergraduate experience is a group of

1  students who are diverse on a variety of realms so

2  that they play as important a part in educating one

3  another through their experience together as we play

4  in what we offer them within a classroom.

5      Q.  But I guess my question is:  Have the reasons

6  that you're using race changed since the Bakke

7  litigation?

8              MS. ELLSWORTH:  Objection.

9      A.  That's a question that's impossible to answer

10 because times have changed; people have changed.  The

11 Supreme Court has issued various statements about the

12 nature of what is required of us.  And so it's -- so

13 much has changed that it's hard to say that somebody

14 who operated in 1977 is operating with exactly the

15 same set of presumptions that somebody who's

16 operating in 2017 is operating with, so.

17     Q.  Is Harvard's use of race tied to an interest

18 in obtaining a critical mass of minority students on

19 campus?

20             MS. ELLSWORTH:  Objection.

21     A.  We approach our admissions process looking at

22 each individual student, assessing that student and

23 that student's potential contribution.  So what we

24 have in mind is the pathway to a class via individual

```
 1   record.
 2       Q.  Do you know how the -- do you know whether
 3   the University of California system uses a top
 4   percentage plan for admissions?
 5       A.  I believe it does.  I'm not positive.
 6       Q.  Do you know -- do you know whether there are
 7   any colleges that employ a holistic admissions
 8   process but simply do not take race into account as
 9   one of the factors in the holistic admissions
10   process?
11       A.  I'm not aware.
12       Q.  Do you know whether that would be possible?
13       A.  I do not.
14       Q.  Can you say it wouldn't be possible?
15               MS. ELLSWORTH:  Objection.
16       A.  It would be impossible because a holistic
17   consideration of a student would require taking race
18   into account.  So --
19       Q.  But why?
20       A.  The proposal you just made is internally
21   self-contradictory.
22       Q.  Let me ask you this:  Does a holistic
23   admissions process have to take somebody's eye color
24   into account?
```

1      Q.  All right.  What kinds of conversations about

2  this topic have you had with students?

3                  MS. ELLSWORTH:  Objection.

4      A.  Students have expressed concern about

5  representation of different groups at different

6  times.  Recently there's -- I've had a number of

7  students express to me concern about the very small

8  representation of Native Americans in our student

9  body.  So that's been one recent example of this.

10     Q.  Can you recall other examples, discussions

11  about the representation of certain groups within the

12  Harvard student body?

13     A.  I had a meeting last year with Latinx

14  students who were concerned about the representation

15  of Latina and Latino students.

16     Q.  And what do you understand "Latinx" to mean?

17     A.  It's just a gender-free way of talking

18  Latino/Latina.

19     Q.  And do you understand there to be a

20  distinction between a student of Hispanic descent and

21  a student of Latinx descent?

22     A.  I think different students have different

23  perspectives on that, and they characterized

24  themselves as Latinx in the discussion to which I'm

1    referring.

2        Q.  Do you know whether Harvard does any

3    reporting of students by using the Latinx

4    designation?

5        A.  I don't know exactly what designations we --

6    we use.

7        Q.  Okay.  Besides the Native American and Latinx

8    examples you just used, do you recall any other

9    discussions with students regarding representation

10   within the student body by racial group?

11       A.  In other words, numbers of students within

12   the student body?

13       Q.  Correct.

14       A.  Not in the college, no.

15       Q.  Okay.  What did you tell the students who

16   raised these concerns with you?

17       A.  They were part of more general discussions

18   about -- well, with the Latino students, it was a

19   more general conversation about issues that -- I

20   would designate issues of inclusion and belonging

21   that included a dimension of demographic presence.

22   And so I listened to their concerns.

23            With the issue of Native American students,

24   it's -- it's an area in which the students alleged

1   Harvard had had an early commitment in the 17th

2   century and had abandoned its commitment in the years

3   since, and that was the nature of that conversation.

4        I tend to be a listener in these

5   conversations.

6        Q.  Do you recall telling either groups of these

7   students any action that Harvard would take to

8   address their concerns?

9             MS. ELLSWORTH:  Objection.

10       A.  I saw my role as a listener.

11       Q.  Did you tell either of these groups of

12  students that Harvard's admissions process depends

13  upon individual considerations and that the group

14  representation is simply not a goal of the admissions

15  process?

16            MS. ELLSWORTH:  Objection.

17       A.  I don't recall having that discussion with

18  either group.

19       Q.  Did you tell them that Harvard would in fact

20  be mindful of their concern about the overall

21  representation of particular groups in its admissions

22  process?

23       A.  I don't recall exactly what I said to them.

24  I was mostly listening.

1    Q.  Were these meetings in person, or was there

2  any written element to these discussions?

3    A.  They were meetings in person.  I don't recall

4  if there was a follow-up letter or if there was any

5  written aspect.

6    Q.  With respect to discussions about

7  representation of Harvard within racial groups with

8  faculty members, what do you remember about those

9  discussions?

10    A.  A number of faculty recently have been very

11  concerned about the very small numbers of Native

12  Americans.

13    Q.  Other than discussions about Native American

14  representation, do you remember any other discussions

15  with faculty members about representation of

16  concerned groups?

17    A.  In the college, I don't.

18    Q.  And what do you recall telling the faculty

19  members with respect to their concerns about the

20  numbers of representation of Native Americans?

21    A.  I recall listening to their concerns and ...

22    Q.  Do you recall -- do you recall telling them

23  whether Harvard would take any action on their

24  concerns?

```
 1              MS. ELLSWORTH:  Objection.

 2      A.  I don't recall.

 3      Q.  Do you remember saying anything at all?

 4      A.  I recall listening.

 5      Q.  So you don't remember what, if anything, you

 6  said?

 7      A.  I don't.

 8      Q.  And the same with the students:  You don't

 9  remember what, if anything, you said to them?

10              MS. ELLSWORTH:  Objection.

11      A.  I don't recall.

12      Q.  What about concerns that staff members have

13  raised with you regarding the representation of

14  certain groups on campus?

15      A.  We have a Harvard Native American program and

16  the staff member who runs that has expressed concerns

17  also about Native Americans.

18      Q.  And what -- what is this Native American

19  program?

20      A.  It's a program that seeks to work around

21  academic resources related to Native American

22  studies, provide programming around issues related to

23  Native American studies.

24      Q.  It's not a faculty role?
```

1      A.   There's a director who is not a faculty

2   person.

3      Q.   And this is the person who had the

4   conversation --

5      A.   Yes.

6      Q.   -- with you about this issue?

7           What do you -- do you recall -- strike that.

8           What do you remember about this conversation

9   regarding the representation of students on campus?

10  I assume it was Native American representation?

11     A.   Uh-huh.

12     Q.   What was his concern or her concern?

13             MS. ELLSWORTH:   Objection.

14     A.   There's been a good bit of discussion in the

15  Faculty of Arts & Sciences in the past couple of

16  years about this question and also about the academic

17  resources devoted to Native American studies.  The

18  conversation has been mostly at that level.  So I

19  have been party to discussions that really were

20  centered elsewhere and that have been a focus of some

21  decision-making and concern about academic resources

22  in the Faculty of Arts & Sciences.

23     Q.   And what, if anything, do you recall saying

24  in response to these concerns?

```
1        A.   The concern about having Native American

2   history well represented within history seemed to me

3   a reasonable concern, and I agreed to meet with a

4   candidate who was being recruited as a professor in

5   Native American studies.

6        Q.   What about the concerns with respect to the

7   representation of Native Americans within the study

8   body?

9             MS. ELLSWORTH:   Objection.

10       A.   I've taken no role in relationship to that.

11       Q.   Do you remember saying anything in response

12  to those concerns?

13       A.   No.

14       Q.   Who -- who is the staff member that you're

15  referring to, the name?

16       A.   I think her name --

17       Q.   I'm sorry?

18       A.   I shouldn't say.  I will get the name wrong.

19       Q.   Okay.  Do you know what the title is?

20       A.   Director of the Harvard University Native

21  American program.

22       Q.   Do you remember the names of the faculty

23  members who had the discussions that we referred to a

24  few moments ago?
```

```
1                    MS. ELLSWORTH:  Objection.

2        A.   There are applicants who don't provide us

3   with that information, as we discussed earlier, and

4   we do our best to understand those individuals apart

5   from that information.

6        Q.   And it's possible to make an admissions

7   decision without that information?

8                    MS. ELLSWORTH:  Objection.

9        Q.   Isn't it?

10       A.   We have less understanding than we would if

11  we had the additional information.

12       Q.   But you still make the decision; right?

13       A.   There's a dimension of understanding that is

14  diminished.

15       Q.   It's diminished, but it does not prevent you

16  from making a call?

17       A.   As I understand it, we then make the call.

18                    MR. STRAWBRIDGE:  Now's a good

19          time for a break.

20                    MS. ELLSWORTH:  Great.  Thank you.

21          (Recess:  11:13 a.m. to 11:24 a.m.)

22  BY MR. STRAWBRIDGE:

23       Q.   President Faust, are there occasions since

24  you've been president of the university that you've
```

1   been made aware of allegations that the admissions

2   process discriminates against Asian-Americans?

3       A.   Yes.

4       Q.   Okay.  And what are those occasions?

5       A.   They've been in connection with this lawsuit.

6       Q.   This lawsuit.  Apart from this lawsuit, have

7   you had occasion to receive or otherwise learn of

8   allegations that the admission process discriminates

9   against Asian-Americans?

10              MS. ELLSWORTH:  And I'll just

11          remind the witness not to disclose any

12          conversations with counsel.  To the

13          extent you can answer the question, go

14          ahead.

15      A.   The Overseers election with the allegations

16  of at least one of the candidates.

17      Q.   Candidate Ron Unz?

18      A.   That's correct.

19      Q.   Besides that, the allegations raised by Mr.

20  Unz, have you otherwise learned of any allegations of

21  discrimination against Asian-Americans to the

22  admissions process?

23              MS. ELLSWORTH:  The same objection

24          and reminder.

 1                    Go ahead.

 2        A.   I receive mail from disgruntled people who've

 3   been rejected, and so there may have been examples of

 4   this complaint in that mail.

 5        Q.   When you received those emails, what do you

 6   do with them?

 7        A.   They are handled by my correspondence team.

 8   There's usually a polite response.

 9        Q.   And in that polite response, is there any

10   reference to the actual merits of the allegations?

11              MS. ELLSWORTH:   Objection.

12        A.   Not usually, no.

13        Q.   Do you just ignore the allegations?

14              MS. ELLSWORTH:   Objection.

15        A.   Letters that come after the admissions

16   process are not usually ones that we pay a great deal

17   of specific attention to.

18        Q.   In some cases, a very short polite response

19   will be all that goes out?

20        A.   Yes.

21        Q.   Do you ever modify the response based upon a

22   particular history or identity of the complainant?

23              MS. ELLSWORTH:   Objection.

24              If you can answer the question, go

1          ahead.

2     A.  Oh, I don't recall doing so.

3     Q.  Other than these, you know, occasional

4  correspondence from individuals, Mr. Unz's campaign,

5  this lawsuit, do you recall learning of any other

6  allegations of discrimination against Asian-Americans

7  in the admissions process?

8               MS. ELLSWORTH:  Same objection and

9          reminder about counsel, but go ahead.

10               THE WITNESS:  Right.

11     A.  I recall a number of years ago, prior to a

12  meeting of the -- a reunion of the Asian-American

13  alumni association, having mentioned to me that there

14  had been a Department of Education investigation of

15  such allegations that had found no foundation for

16  them.

17     Q.  Do you remember when that Department of

18  Education investigation took place?

19     A.  It was before my presidency.

20     Q.  Does sometime in the late 1980s sound right?

21     A.  I don't know.

22     Q.  And who mentioned that to you before the

23  meeting of the Asian-American alumni association?

24     A.  I don't recall.

1      Q.  Do you remember what -- what year this

2   meeting was?

3      A.  I don't recall.

4      Q.  Do you know if it was in the last couple of

5   years or older than that?

6      A.  It's older than that.

7      Q.  And was it somebody on your staff who

8   mentioned it or somebody who was attending the

9   meeting?

10             MS. ELLSWORTH:  Objection.

11      A.  I don't recall.

12      Q.  Do you remember any other occasions of

13   learning of allegations of Asian-American

14   discrimination?

15             MS. ELLSWORTH:  Same objection and

16         reminder.

17      A.  I don't recall.

18      Q.  Do you recall ever learning about an

19   investigation by the Office of Civil Rights of the

20   Department of Education in 2012 regarding

21   discrimination against an applicant based on status

22   as an Asian-American?

23             MS. ELLSWORTH:  And, again, just a

24         reminder to the witness not to disclose

```
 1            conversations with counsel.  If you can
 2            answer the question otherwise, go
 3            ahead.
 4       A.  I don't recall.
 5       Q.  Are you normally involved -- are you normally
 6  informed of investigations by the Department of
 7  Education of Harvard?
 8       A.  Not necessarily.
 9       Q.  Who -- who would handle that?
10       A.  Office of the General Counsel.
11       Q.  Does Harvard have a department that's
12  responsible for compliance with federal laws?
13                MS. ELLSWORTH:  Objection.
14       A.  It has a variety of offices or of groups that
15  are responsible.  We have a whole research compliance
16  operation, for example.
17       Q.  Okay.  And does Harvard have -- have people
18  specifically dedicated to ensuring compliance with,
19  for example, Title IX of the education code of the
20  United States?
21       A.  Yes.
22                MS. ELLSWORTH:  Objection and just
23            a reminder on communications with
24            counsel.
```

1    on the 2100 applicants who they're modelling to

2    determine were the most likely to be admitted;

3    correct?

4         A.  That is correct.

5         Q.  All right.  And they were examining the

6    resulting demographics and admit rates by ethnicity.

7         A.  Uh-huh.

8         Q.  Right?  It's a preliminary, and it's for

9    discussion, down at the bottom there?

10        A.  Yes.

11        Q.  So the next page, the "Models Used," do you

12   understand this to be describing sort of the various

13   increment --

14        A.  Oh, I just -- go ahead.  Finish.

15        Q.  Please.

16        A.  I'm not a statistician.  I have no idea

17   whether this strategy is a good one, whether they've

18   used the right variables, whether they've used the

19   right statistical tools.  So I would say this is an

20   exercise.  I would not give it more credibility than

21   being an exercise until I had someone -- they say

22   it's preliminary, for discussion.  I would like to

23   hear the results of broad discussion about what

24   exactly they've undertaken and the validity.

1       A.  Yes.

2       Q.  Okay.

3       A.  It is.

4       Q.  What are the distinctions between those two

5  efforts?

6       A.  Well, there are several distinctions.  One

7  was looking at the question of diversity and the

8  logic of diversity, and it was a faculty of arts and

9  sciences committee.  The current task force on

10  inclusion and belonging is university-wide, and it's

11  meant to make not just a statement but to make

12  recommendations about the dimensions of the Harvard

13  experience that could be changed or improved or

14  transformed in order to make sure that the variety of

15  individuals who are part of our community all feel

16  full -- to be -- they are full members of the

17  community.

18       Q.  Is any part of that task force designed to

19  address concerns that Harvard's admissions process

20  disadvantages Asian-Americans?

21       A.  It is not specifically designed to address

22  that question.

23       Q.  Do you think that concerns that Harvard's

24  admissions process disadvantages Asian-Americans need

1    to be addressed?

2                    MS. ELLSWORTH:  Objection.

3        A.  No, I don't.

4        Q.  Why not?

5        A.  Because I don't think that Harvard admissions

6    disadvantages Asian-Americans.

7        Q.  And, in fact, you're so confident in that

8    that you don't think the topic needs to be addressed?

9                    MS. ELLSWORTH:  Objection.

10       A.  It's -- the committee is meant to address the

11   issues that are raised in the course of its

12   consultations with individuals around the campus, and

13   that will determine the specific nature of its

14   actions.

15       Q.  I mean your email here --

16                   MS. ELLSWORTH:  Hold on one

17          second.

18                   Are you finished with your answer?

19                   THE WITNESS:  Yes.

20       Q.  Your email here said, you know, you

21   acknowledged that of course black students are

22   integral to Harvard.  You didn't doubt that as a

23   factual matter, but you still felt the need to

24   address it.  Why isn't that true with respect to

1    concerns that Asian-Americans are disadvantaged in

2    the admissions process?

3              MS. ELLSWORTH:  Objection.

4       A.  I don't understand the logic of your

5    question.

6       Q.  My point is I don't -- do you think that the

7    response depends on whether you factually agree with

8    the concern, or is the existence of the concern

9    worthy of a response?

10             MS. ELLSWORTH:  Objection.

11      A.  The concern about Asians being disadvantaged

12   in the admissions process is being raised most

13   vehemently by you and your colleagues.  It's not an

14   issue that gets raised with me on a daily basis, or

15   even a weekly or monthly basis, by students here at

16   the university.

17      Q.  Do you believe that Students for Fair

18   Admissions represents the interests of Asian-

19   Americans?

20             MS. ELLSWORTH:  Objection.

21      A.  I have no idea what it represents.

22      Q.  Do you have any reason to doubt that the

23   membership of the Students for Fair Admissions

24   includes Asian-Americans?

1    Q.  Do you know whether those assessments have

2  been related to you as the part of any investigation

3  into the possible benefits of Harvard's admission

4  policies?

5              MS. ELLSWORTH:  Objection.

6    A.  I've never heard them in that context.

7    Q.  Do you think it's an idea that deserves some

8  study?

9              MS. ELLSWORTH:  Objection.

10   A.  My understanding of the idea is that it has

11 been entirely discredited.

12   Q.  Entirely discredited.  And that's based on

13 what other people have told you?

14   A.  Yes.

15   Q.  You didn't need to do your own investigation?

16              MS. ELLSWORTH:  Objection.

17   A.  No, I didn't.

18   Q.  I mean we talked earlier about the history of

19 Jewish discrimination, and you were very resistant to

20 taking someone else's word for what had happened at

21 Harvard.

22              MS. ELLSWORTH:  Objection to the

23         characterization.

24   A.  97 percent of our students graduate.

Highly Confidential - For Attorneys Eyes Only

310

1   COMMONWEALTH OF MASSACHUSETTS                    SUFFOLK, SS.

2

3            I, JAMES A. SCALLY, RMR, CRR, a
    Certified Shorthand Reporter and Notary Public duly
4   commissioned and qualified in and for the
    Commonwealth of Massachusetts, do hereby certify that
5   there came before me on the 10th day of March, 2017,
    at 8:52 a.m., the person hereinbefore named,
6   CATHERINE DREW GILPIN FAUST, who provided
    satisfactory evidence of identification as prescribed
7   by Executive Order 455 (03-13) issued by the Governor
    of the Commonwealth of Massachusetts, was by me duly
8   sworn to testify to the truth and nothing but the
    truth of her knowledge concerning the matters in
9   controversy in this cause; that she was thereupon
    examined upon her oath, and her examination reduced
10  to typewriting under my direction; and that this is a
    true record of the testimony given by the witness to
11  the best of my ability.
             I further certify that I am neither
12  attorney or counsel for, nor related to or employed
    by, any of the parties to the action in which this
13  deposition is taken, and further, that I am not a
    relative or employee of any attorney or counsel
14  employed by the parties hereto or financially
    interested in the action.

15

16
            My Commission Expires:  April 8, 2022
17

18

19
                        _____
20                      James A. Scally, RMR, CRR
                        CSR/Notary Public
21

22

23

24

O'Brien & Levine Court Reporting Solutions
888.825.3376 - mail@court-reporting.com