# EXHIBIT 103

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3     Civil Action No. 1:14-cv-14176
 4     - - - - - - - - - - - - - - - - - - - - -x
 5     STUDENTS FOR FAIR ADMISSIONS, INC.,
 6                    Plaintiff,
 7         v.
 8     PRESIDENT AND FELLOWS OF HARVARD COLLEGE
 9     (HARVARD CORPORATION),
10                    Defendant.
11     - - - - - - - - - - - - - - - - - - - - -x
12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14          DEPOSITION OF MICHAEL D. SMITH, Ph.D., a
15     witness called by and on behalf of the
16     Plaintiff, taken pursuant to the Federal Rules
17     of Civil Procedure, before Daria L. Romano, RPR,
18     CRR and Notary Public in and for the
19     Commonwealth of Massachusetts, at Wilmer Cutler
20     Pickering Hale and Dorr, LLP, 60 State Street,
21     Boston, Massachusetts, on Tuesday, April 11,
22     2017, commencing at 8:56 a.m.
23
24
```

1    Q.   What are your job responsibilities as
2    dean of the Faculty of Arts and Sciences?
3    A.   I am the chief academic officer and
4    also responsible for the operations and finances
5    of the Faculty of Arts and Sciences.
6    Q.   And as chief academic officer, what
7    responsibilities does that entail?
8    A.   Quite a few different things.  It
9    depends on how long you want my answer to be.
10   Q.   Why don't we try a brief synopsis.
11   A.   Okay.  So the Harvard College Graduate
12   School of Arts and Sciences, the Paulson School
13   of Engineering and Applied Sciences, the
14   Division of Continuing Education, a number of
15   the museums at Harvard, a good portion of the
16   library system, athletics, plus the
17   administrative and financial and human resources
18   portions of the Faculty of Arts and Sciences all
19   report up to me.
20   Q.   Does that include admissions?
21   A.   It does include admissions.
22   Q.   Does admissions have its own reporting
23   path up to you, or is it part of some other of
24   the groups you just mentioned?

```
 1        Q.    When you say that, I guess my question
 2   is, is it tabulated on a list of pros and cons,
 3   or are there points assigned, or does it factor
 4   into a subjective rating?  Can you explain how
 5   it's actually taken into account as one factor?
 6              MS. ELLSWORTH:  Objection.
 7        A.    I cannot.
 8        Q.    Have you ever asked anyone that
 9   question?
10        A.    I have not.
11        Q.    Why not?
12              MS. ELLSWORTH:  Objection.
13        A.    I don't ask those questions about any
14   of the factors that we take into account.
15        Q.    So beyond what you've already said,
16   are you otherwise able to testify at all about
17   any understanding you have as to how race
18   actually impacts or is used in the admissions
19   process?
20              MS. ELLSWORTH:  Objection.
21        A.    No.
22        Q.    What is your understanding as to why
23   race is one of the factors that Harvard elects
24   to use?
```

```
 1      A.   It's part of the lived experience that
 2   our students bring to campus that enriches the
 3   discussions that we have in our classrooms and
 4   outside our classrooms.
 5      Q.   Okay.  When you say "lived
 6   experience," how does that relate to a person's
 7   race?
 8              MS. ELLSWORTH:  Objection.
 9      A.   I believe people have had different
10   lived experiences because of their personal
11   characteristics, as well as their different
12   activities that they have undertaken through
13   life, and we value all of those different
14   experiences in the educational process that we
15   have.
16      Q.   Do you think that's always true of
17   somebody's race?
18              MS. ELLSWORTH:  Objection.
19      A.   I wouldn't say always.
20      Q.   You don't think a person's skin color
21   inevitably affects their experiences in life?
22              MS. ELLSWORTH:  Objection.
23      A.   In many cases, yes.
24      Q.   But not in all cases?
```

```
 1   make assumptions before we gather and analyze
 2   the data.
 3       Q.   Do you see any drawbacks to Harvard's
 4   use of race in the admissions process?
 5            MS. ELLSWORTH:  Objection.
 6       A.   No.
 7       Q.   Sitting here today, can you think of
 8   any circumstance in which Harvard would not want
 9   to use race as a factor in the holistic
10   admissions process?
11            MS. ELLSWORTH:  Objection.
12       A.   I can't answer that question.
13       Q.   Because you can't think of anything?
14       A.   Right.
15       Q.   What?
16       A.   Right.
17       Q.   Have you ever had discussions with
18   anybody at Harvard regarding what would be the
19   result if Harvard went to a race-neutral
20   admissions policy?
21            MS. ELLSWORTH:  Objection.
22            I will remind the witness not to
23   answer -- not to disclose any communications
24   with counsel or advice of counsel.  If you can
```

```
 1   answer the question otherwise, you may go ahead.
 2   BY MR. STRAWBRIDGE:
 3       Q.   That's a yes-or-no question, have you
 4   ever had discussions?
 5              MS. ELLSWORTH:   Same.  If you can
 6   answer it without disclosing advice of counsel,
 7   you may.
 8       A.   I can't answer without disclosing
 9   advice of counsel.
10              MR. STRAWBRIDGE:  Please clarify
11   your instruction, counsel.  The question is yes
12   or no, have you ever had discussions with
13   anybody.
14              MS. ELLSWORTH:   Why don't you ask
15   the question again.
16              MR. STRAWBRIDGE:  Let's repeat the
17   question again, please.
18              (Record read)
19              MS. ELLSWORTH:   My instruction was
20   if you can answer the question without
21   disclosing advice of counsel, you may answer.  I
22   don't know whether the witness can answer the
23   question or not.  I've made my instruction.
24              THE WITNESS:  Would you repeat the
```

```
 1   question again, please?
 2              (Record read)
 3       A.   No.
 4       Q.   Have you ever personally thought about
 5   what the results of a race-neutral admissions
 6   policy would be at Harvard?
 7              MS. ELLSWORTH:  Objection.
 8       A.   No.
 9       Q.   Are you familiar with the University
10   of California Berkeley?
11       A.   Yes.
12       Q.   Do you have a view as to whether or
13   not there's sufficient racial diversity at the
14   University of California Berkeley?
15       A.   I don't know enough of the details to
16   be able to answer that question.
17       Q.   Have you ever had discussions with
18   anybody about -- strike that.
19              Are you aware that the University of
20   California system is barred from considering
21   race in the admissions decision-making process?
22              MS. ELLSWORTH:  Objection.
23       A.   Yes.
24       Q.   Have you ever had discussions with
```

```
 1    anybody inside or outside of Harvard about the
 2    effect of that policy?
 3         A.   Yes.
 4         Q.   What discussions have you had?
 5              MS. ELLSWORTH:  Objection.
 6              I remind the witness not to disclose
 7    advice of counsel and the contents of
 8    communications with counsel.  If you can answer
 9    the question otherwise, you may.
10         A.   I can't answer without --
11         Q.   All of your discussions were with
12    counsel?
13         A.   Yes.
14         Q.   Have you had any discussions outside
15    the presence of counsel, with anybody, about the
16    effect of race-neutral policies, race-neutral
17    admissions policies at any university?
18              MS. ELLSWORTH:  Objection.
19         A.   No.
20         Q.   My understanding is Harvard has areas
21    of concentration which are an alternative to
22    what some people refer to as their majors; is
23    that correct?
24         A.   Yes.
```

```
 1   COMMONWEALTH OF MASSACHUSETTS)
 2   SUFFOLK, SS.                 )
 3
 4        I, Daria L. Romano, RPR, CRR and Notary
 5   Public in and for the Commonwealth of
 6   Massachusetts, do hereby certify that there came
 7   before me on the 11th day of April, 2017, at
 8   8:56 a.m., the person hereinbefore named, who
 9   was duly sworn by me, and that such deposition
10   is a true record of the testimony given by the
11   witness.
12        I further certify that I am neither related
13   to nor employed by any of the parties or counsel
14   to this action, nor am I financially interested
15   in the outcome of this action.
16        In witness whereof, I have hereunto set my
17   hand and seal this 17th day of April, 2017.
18
19
20                           _____
21                           Notary Public
22                           My Commission Expires
23                           February 20, 2020
24
```