# EXHIBIT 111

Highly Confidential - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3     --------------------------------x

       STUDENTS FOR FAIR ADMISSIONS,    )

 4     INC.,                            )

                                        )

 5                      Plaintiff,      )

                                        )

 6              vs.                     ) Civil Action No.

                                        ) 1:14-cv-14176-ADB

 7     PRESIDENT AND FELLOWS OF          )

       HARVARD COLLEGE (HARVARD          )

 8     CORPORATION),                     )

                                        )

 9                      Defendant.       )

                                        )

10     --------------------------------x

11

12

13         VIDEOTAPED DEPOSITION OF LUCERITO ORTIZ

14                 Los Angeles, California

15                 Wednesday, June 14, 2017

16

17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19

20

21

22

23     Reported By:

24     SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25     Job No. 125187
```

Highly Confidential - ATTORNEYS' EYES ONLY

Page 78

1    the demographics & experiences of the students we

2    may see in our pool"?

3             MR. DULBERG:  Objection.

4             THE WITNESS:  I don't know who wrote this.

5    I think what may have been intended is to

6    communicate the hope that this information could be

7    helpful to admissions officers as they evaluated

8    applicants.

9        Q    BY MR. CONNOLLY:  Turn to 13775.  Can you

10   tell me what is depicted on this slide?

11            MR. DULBERG:  Objection.

12            THE WITNESS:  I believe it is a breakdown of

13   the approximate number of students scoring above 650

14   on any given section, on a given section of the SATs

15   by race.

16       Q    BY MR. CONNOLLY:  Why did you provide this

17   information at this presentation?

18       A    I thought it could be helpful in providing

19   context as admissions officers evaluated applicants.

20       Q    Can you give me an example of how it would

21   be helpful?

22       A    It would help provide a backdrop for

23   understanding what part a student's scores may look

24   like relative to their peers'.

25       Q    Peers of the same racial group?

Highly Confidential - ATTORNEYS' EYES ONLY

Page 79

1      A      Perhaps.

2      Q      Would be a student's scores relative to his

3  peers of the same race be taken into account in

4  admissions decisions?

5          MR. DULBERG:   Objection.

6          THE WITNESS:   I don't know how admissions

7  officers may or may not have taken that into

8  account.

9      Q      BY MR. CONNOLLY:   Would you ever do that?

10          MR. DULBERG:   Objection.

11          THE WITNESS:   It might be one of several

12  contextual factors that I would consider.

13      Q      BY MR. CONNOLLY:   So on this slide it says

14  that approximately 4,203 African-Americans scored

15  above a 650 on the math portion of the SAT.   Do I

16  have that right?

17      A      Yes.

18      Q      Okay.   Is the context that this slide is

19  meant to convey is that if the admissions officer

20  was reviewing an African-American student with above

21  a 650 on the math portion of the SAT the admissions

22  officer should know that the student is only one of

23  4,203 African-Americans with such a score?

24          MR. DULBERG:   Objection.

25          THE WITNESS:   This slide was meant to

Highly Confidential - ATTORNEYS' EYES ONLY

Page 80

1    portray data, approximate data of how admissions

2    officers then considered that or didn't consider

3    that in their evaluation.

4        Q    BY MR. CONNOLLY:  Presumably you included

5    this slide because you wanted it to be helpful for

6    admissions officers; is that correct?

7            MR. DULBERG:  Objection.

8            THE WITNESS:  I thought this information

9    could be helpful.

10        Q    BY MR. CONNOLLY:  Okay.  Is one of the ways

11   in which you thought it could be helpful is that an

12   admissions officer should know how many other

13   students of a similar race had similar SAT scores?

14           MR. DULBERG:  Objection.

15           THE WITNESS:  Yes.

16        Q    BY MR. CONNOLLY:  In your role in the UMRP

17   did you seek to recruit minority students to

18   Harvard?

19        A    In which role?

20        Q    As co-director in the UMRP.

21        A    We sought to support students through their

22   application and selection process.

23        Q    Would the UMRP ever send emails to minority

24   students encouraging them to apply to Harvard?

25        A    Yes.

Highly Confidential - ATTORNEYS' EYES ONLY

Page 160

1      A    Yes.

2      Q    It says, "For example, if we're thinking of

3  the number of black students in the entire country

4  scoring above 700, we're looking at a little over

5  2,000.  And this is students in the entire country,

6  not necessarily students who are even applying

7  here."  Did I read that right?

8      A    Yes.

9      Q    Why would that information be important for

10  an admissions officer to know?

11         MR. DULBERG:  Objection.

12         THE WITNESS:  Can you clarify what you mean

13  by important?

14      Q    BY MR. CONNOLLY:  Why would you have

15  conveyed this information?

16         MR. DULBERG:  Objection.

17         THE WITNESS:  I don't recall precisely what

18  was said relative to the notes but we wanted to

19  provide the general data and information because we

20  thought it could help provide context and an

21  additional background for admissions officers as

22  they were evaluating applicants in addition to the

23  other contextual factors they may will have

24  considered.

25      Q    BY MR. CONNOLLY:  And what is the type of

Highly Confidential - ATTORNEYS' EYES ONLY

Page 164

1    likelihood of whether or not, of how I would

2    evaluate an applicant.

3        Q    BY MR. CONNOLLY:   I don't understand then

4    why you provided this information to admissions

5    officers if it had no effect on your own decision-

6    making.

7        A    Is there a question?

8        Q    Why would you have provided this information

9    if it had no effect on your own decision-making?

10           MR. DULBERG:   Objection.   Misstates the

11   testimony.

12           THE WITNESS:   I thought this information

13   could be helpful in providing context for myself as

14   a reviewer, this information provided an additional

15   level of context in evaluating an applicant along

16   with the aforementioned being such as the student's

17   high school, geographical background, socioeconomic

18   background, among other things.

19       Q    BY MR. CONNOLLY:   So it is your testimony

20   that the number of students of a certain race with

21   certain SAT score across the nation would have no

22   affect on your you decision making for individual

23   applicants.

24           MR. DULBERG:   Objection.

25           THE WITNESS:   No.

Highly Confidential - ATTORNEYS' EYES ONLY

Page 203

1                    REPORTER'S CERTIFICATE

2

3            I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.

4    3522, RPR, CRR, do hereby certify:

5            That prior to being examined LUCERITO

6    ORTIZ, the witness named in the foregoing

7    deposition, was, before the commencement of the

8    deposition, duly administered an oath in accordance

9    with C.C.P. Section 2094;

10           That the said deposition was taken before

11   me at the time and place therein set forth, and was

12   taken down by me in shorthand and thereafter

13   transcribed into typewriting under my direction and

14   supervision; that the said deposition is a true and

15   correct record of the testimony given by the

16   witness;

17           I further certify that I am neither counsel

18   for, nor in any way related to any party to said

19   action, nor in any way interested in the outcome

20   thereof.

21           IN WITNESS WHEREOF, I have subscribed my

22   name on this 26th day of June, 2017.

23

24   _____

             SUSAN A. SULLIVAN   CSR

25