EXHIBIT 116

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2              UNITED STATES DISTRICT COURT

3            FOR THE DISTRICT OF MASSACHUSETTS

4            CIVIL ACTION NO:  1:14-cv-14176

5

6     STUDENTS FOR FAIR ADMISSIONS, INC.,      )
                                               )
7                              Plaintiff,      )
                                               )
8     VS.                                      )
                                               )
9     PRESIDENT AND FELLOWS OF HARVARD         )
      COLLEGE (HARVARD CORPORATION),           )
10                                             )
                               Defendant.      )
11    ---------------------------------------

12

                       DEPOSITION OF
13
                        MARK HANSEN
14
                    BOSTON, MASSACHUSETTS
15
                 WEDNESDAY, JULY 19, 2017
16
                     HIGHLY CONFIDENTIAL
17                  ATTORNEY'S EYES ONLY

18

19

20

21

22

23

24    REPORTED BY: DENISE D. HARPER-FORDE

25    JOB NO: 127106

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2              THE WITNESS:  I don't recall.

3              (BY MR. CONNOLLY):

4         Q.  Do you recall ever doing any

5    follow-up analysis into whether Asians were

6    disadvantaged in Harvard's admissions

7    process?

8              MR. DULBERG:  Objection.

9              THE WITNESS:  In a general sense,

10   yes.

11             (BY MR. CONNOLLY):

12        Q.  Do you know why you would have

13   conducted this follow-up research?

14             MR. DULBERG:  Objection.

15             THE WITNESS:  To incorporate

16   additional data analysis not originally

17   available to us in our original analysis or

18   exploratory work.

19             (BY MR. CONNOLLY):

20        Q.  Can you tell me who at Harvard was

21   aware of your analysis of whether Asians

22   were being disadvantaged in Harvard's

23   admissions process?

24             MR. DULBERG:  Objection.

25             THE WITNESS:  Sorry.  Could you

```
1              MARK HANSEN - HIGHLY CONFIDENTIAL
2    repeat the question.
3                MR. CONNOLLY:  Sure.
4                (Whereupon, the last question was
5                 read back by the Court Reporter)
6                MR. DULBERG:  Objection.
7                THE WITNESS:  Generally, yes.
8                (BY MR. CONNOLLY):
9          Q.  Who generally was aware?
10               MR. DULBERG:  Objection.
11               THE WITNESS:  Likely the rest of
12   the institutional research team.
13               (BY MR. CONNOLLY):
14         Q.  Anyone else?
15               MR. DULBERG:  Objection.
16               THE WITNESS:  Dean Fitzsimmons.
17               (BY MR. CONNOLLY):
18         Q.  Anyone else?
19               MR. DULBERG:  Objection.
20               THE WITNESS:  We were working with
21   an admissions to provide additional data,
22   but her name is escaping me.
23               (BY MR. CONNOLLY):
24         Q.  Was it Elizabeth Yong?
25               MR. DULBERG:  Objection.
```

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2              THE WITNESS:  Sounds familiar,
 3    yes.
 4              (BY MR. CONNOLLY):
 5         Q.  Do you know if Jeff Neal was aware
 6    of your analysis?
 7              MR. DULBERG:  Objection.
 8              THE WITNESS:  Could you repeat the
 9    question.
10              (BY MR. CONNOLLY):
11         Q.  I can repeat it.
12              Do you know if Jeff Neal was aware
13    of any of your analysis into whether Asians
14    were being disadvantaged in Harvard's
15    admissions process?
16              MR. DULBERG:  Objection.
17              THE WITNESS:  I saw his name on
18    documents produced yesterday as part of
19    preparation, but I did not at the time,
20    no.
21              (BY MR. CONNOLLY):
22         Q.  So do you know whether he saw
23    this?
24              MR. DULBERG:  Objection.
25              THE WITNESS:  I do not, no.
```

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2        Q.   Before I believe you testified that

3   there were multiple projects in which you

4   analyzed whether Asians were disadvantaged

5   in the admissions process.  Do I have that

6   correct?

7              MR. DULBERG:  Objection.

8              THE WITNESS:  It's hard to make the

9   distinction between one project and

10  multiple projects.  Often with a lot of the

11  work in The Office of Institutional

12  Research there would be multiple iterations

13  that might be dealing with the same

14  question in different ways or advising

15  prior work.

16             (BY MR. CONNOLLY):

17       Q.   So you remember having multiple

18  iterations into the question of whether

19  Asians were being disadvantaged in

20  Harvard's admissions process?

21             MR. DULBERG:  Objection.

22             (BY MR. CONNOLLY):

23       Q.   That's correct?

24             MR. DULBERG:  Objection.

25             THE WITNESS:  Can you repeat the

1                MARK HANSEN - HIGHLY CONFIDENTIAL

2    question.

3                     (BY MR. CONNOLLY):

4        Q.   Is it your testimony that you

5    remember multiple iterations into whether

6    Asians were being disadvantaged in the

7    admissions process?

8                     MR. DULBERG:  Objection.

9                     THE WITNESS:  Yes.

10                    (BY MR. CONNOLLY):

11                    MR. CONNOLLY:  Shall we break for

12   lunch.

13                    (Off the record at 11:57 AM)

14                       (Lunch break taken)

15                     (Back on the record at 12:38)

16                    MR. CONNOLLY:  I would like to mark

17   as Exhibit 5 a document Bates number 65741.

18                    (Whereupon, Exhibit No. 5,

19                     Admissions 2013 Presentation, was

20                     marked for identification).

21                    (BY MR. CONNOLLY):

22       Q.   Please review this, and let me know

23   when you have finished.  Do you recognize

24   this document?

25       A.   Only in a very general sense, and

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2      it maybe that a copy of this was presented

3      to me during preparation.

4           Q.  Do you know what this document

5      is?

6               MR. DULBERG:  Objection.

7               THE WITNESS:  I do not.

8               (BY MR. CONNOLLY):

9           Q.  I will represent that the file name

10     is "Admissions_presentation_2013,

11     0118_MH"?

12          A.  Okay.

13          Q.  Given OIR's file naming practices,

14     is there any reason to believe that you did

15     not author this document?

16              MR. DULBERG:  Objection.

17              THE WITNESS:  No, subject to the

18     caveats I outlined earlier in terms of

19     whether conventional was followed and

20     additional authors.

21              (BY MR. CONNOLLY):

22          Q.  Okay.  Is it reasonable to assume

23     based on the file name that this was

24     created around January 18, 2013?

25              MR. DULBERG:  Objection.

```
1              MARK HANSEN - HIGHLY CONFIDENTIAL
2              THE WITNESS:  I'm not sure.
3    Subject to the same caveats before.
4              (BY MR. CONNOLLY):
5         Q.  Turn to page 65743.  Can you
6    describe to me generally what this chart
7    represents?
8              MR. DULBERG:  Objection.
9              THE WITNESS:  Yes.
10             (BY MR. CONNOLLY):
11        Q.  What does it represent?
12             MR. DULBERG:  Objection.
13             THE WITNESS:  The admit rates by
14   ethnicity.
15             (BY MR. CONNOLLY):
16        Q.  Do you know why you were only
17   looking at Whites and Asians in this
18   chart?
19             MR. DULBERG:  Objection.
20             THE WITNESS:  Repeat the
21   question.
22             (BY MR. CONNOLLY):
23        Q.  Do you know why you were only
24   looking at Whites and Asians in this
25   chart?
```

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2              MR. DULBERG:  Objection.
 3              THE WITNESS:  I believe for a
 4   descriptive depth for our future
 5   progression analysis.
 6                (BY MR. CONNOLLY):
 7        Q.  Is this document one of the
 8   iterations that you described earlier into
 9   whether Harvard's admissions process
10   disadvantages Asians?
11              MR. DULBERG:  Objection.  Objection
12   also to the extent that it mischaracterizes
13   the prior testimony.
14              THE WITNESS:  I'm sorry.  Can you
15   repeat the question.
16                (BY MR. CONNOLLY):
17        Q.  Is this document one of the
18   iterations you referenced earlier about
19   whether Harvard's admissions process
20   disadvantages Asians?
21              MR. DULBERG:  Objection.
22              THE WITNESS:  It seems likely,
23   yes.
24                (BY MR. CONNOLLY):
25        Q.  Do you recall whether this document
```

```
1              MARK HANSEN - HIGHLY CONFIDENTIAL
2    was drafted in response to any questions
3    asked of you or OIR?
4              MR. DULBERG:  Objection.
5              THE WITNESS:  I don't recall.
6              (BY MR. CONNOLLY):
7         Q.  As a general matter, would it be
8    connected to the research you were doing
9    related to the Ron Unz article?
10             MR. DULBERG:  Objection.
11             THE WITNESS:  I think as a general
12   matter, yes.  At least it's likely.
13             (BY MR. CONNOLLY):
14        Q.  Can you turn to page 65745.  Can
15   you tell me what this chart shows?
16             MR. DULBERG:  Objection.
17             THE WITNESS:  It would be
18   standardized differences in test scores and
19   ratings for White and Asian applicants.
20             (BY MR. CONNOLLY):
21        Q.  And what does it show for academic
22   rating?
23             MR. DULBERG:  Objection.
24             THE WITNESS:  On average Asian
25   applicants have an academic rating that is
```

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL
 2    generally higher than the Asian admit rate,
 3    and both are -- even to the most qualified
 4    applicants, are just below 50 something
 5    percent, 52.
 6              (BY MR. CONNOLLY):
 7        Q.  Does this chart show that for
 8    Whites and Asians who have the same
 9    academic index, Whites are admitted at a
10    higher rate?
11              MR. DULBERG:  Objection.
12              THE WITNESS:  Yes.
13              (BY MR. CONNOLLY):
14        Q.  Do you have an explanation for that
15    finding?
16              MR. DULBERG:  Objection.
17              THE WITNESS:  I'm not sure what
18    you're asking; impossible or?
19              (BY MR. CONNOLLY):
20        Q.  Do you have any explanation for why
21    White students were being admitted at a
22    higher rate than Asian students when the
23    academic index was the same?
24              MR. DULBERG:  Objection.
25              THE WITNESS:  Only academic index
```

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2    does not account for every consideration in

3    the admissions process.  There are likely

4    other factors, but I can't be specific.

5            (BY MR. CONNOLLY):

6       Q.  Is that just a guess?

7            MR. DULBERG:  Objection.

8            THE WITNESS:  I'm not sure what

9    you're asking.

10           MR. DULBERG:  Off the record very

11   briefly.

12            (Off the record at 1:02 PM)

13            (Attorney Fletcher joined the

14             deposition)

15            (Back on the record at 1:03 PM)

16            (BY MR. CONNOLLY):

17       Q.  Do you remember having a reaction

18   when you saw the data on page 6?

19           MR. DULBERG:  Objection.

20           THE WITNESS:  I do not know.  I

21   don't recall.

22            (BY MR. CONNOLLY):

23       Q.  Turn to page 65749.  Can you

24   describe to me generally what this chart

25   shows?

```
 1            MARK HANSEN - HIGHLY CONFIDENTIAL
 2    flagged as being athletes and having an
 3    academic rating of 1 or 2, their admit rate
 4    was somewhere between 80 and 90 percent.
 5    Versus about 16 percent for anyone who is
 6    non-athlete, I think academic 1 or 2.
 7              (BY MR. CONNOLLY):
 8        Q.  How would you describe what this
 9    chart shows about Asians?
10              MR. DULBERG:  Objection.
11              THE WITNESS:  So for Asian
12    applicants with an academic rating of 1 or
13    2, their admit rate is a little above 10
14    percent.
15              And for non-Asian students or
16    applicants, with academic ratings of 1 or
17    2, their admit rate is a little above 16
18    percent.
19              (BY MR. CONNOLLY):
20        Q.  Do you have any explanation for why
21    Asians with an academic 1 or 2 are admitted
22    at a lower rate than others?
23              MR. DULBERG:  Objection.
24              THE WITNESS:  I do not.
25              (BY MR. CONNOLLY):
```

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2        Q.   Would you agree that this is

3    similar evidence that Asians are

4    disadvantaged in Harvard's admissions

5    process?

6            MR. DULBERG:  Objection.

7            THE WITNESS:  I'm not quite sure.

8            (BY MR. CONNOLLY):

9        Q.   Why are you not sure?

10       A.   There are likely other factors.  So

11   other factors being other ratings,

12   attributes that are also present in

13   admissions decisions.

14       Q.   Does this provide any evidence into

15   whether Asians are disadvantaged in the

16   admissions process?

17            MR. DULBERG:  Objection.

18            THE WITNESS:  The same answer as

19   before.  I don't know that this is enough

20   information to make a determination either

21   way.

22            (BY MR. CONNOLLY):

23       Q.   Is there enough information here

24   that this chart would concern you, such

25   that you would want to learn more?

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2               I would like to quickly ask some

3     questions about some of those documents.

4     Is that okay?

5               THE WITNESS:  Yes.

6                    CROSS EXAMINATION

7               (BY MR. DULBERG):

8          Q.  Pull out Exhibit 3.  Turn to slide

9     40.  Do you see at the top left where it

10    says:  "Needs checking"?

11         A.  I do.

12         Q.  If you turn back to the very cover

13    of this page, on it's face it reads:

14    "Preliminary draft, not for circulation".

15    Do you see that?

16         A.  I do.

17         Q.  Do you agree with me that Exhibit 3

18    is a draft?

19         A.  Yes.

20         Q.  You can put that document aside.

21    Let's look at Exhibit 5.  Do you see on the

22    front page underneath the title there is

23    the word "subtitle"?

24         A.  Yes.

25         Q.  If you turn to slides 13 and 14, do

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2    you see that those slides are blank?

3                MR. CONNOLLY:  Sorry.  This is

4    Exhibit 5?

5                MR. DULBERG:  Exhibit 5, yes.

6                THE WITNESS:  Yes.

7                (BY MR. DULBERG):

8        Q.  Would you agree with me that

9    Exhibit 5 is a draft?

10               MR. CONNOLLY:  Objection.

11               THE WITNESS:  Yes, it seems likely

12   yes.

13               (BY MR. DULBERG):

14       Q.  If we look at Exhibit 10, do you

15   see in the middle of the front page where

16   it says:  "DRAFT" in all capital letters?

17       A.  Yes.

18       Q.  Do you believe that Exhibit 10 was

19   likely a draft?

20               MR. CONNOLLY:  Objection.

21               THE WITNESS:  Yes.

22               (BY MR. DULBERG):

23       Q.   Earlier today you were asked some

24   questions about statistics, and you

25   referenced the difference between

1          MARK HANSEN - HIGHLY CONFIDENTIAL

2    correlation and causation.  Do you remember

3    that testimony?

4          A.  Yes.

5          Q.  None of the work that you did at

6    OIR shows a causal link between being Asian

7    and being admitted to Harvard or not being

8    admitted to Harvard; correct?

9               MR. CONNOLLY:  Objection.

10              THE WITNESS:  Yes.

11              (BY MR. DULBERG):

12         Q.  None of the work that OIR did,

13    shows a causal link between being Asian and

14    being admitted or not admitted to Harvard;

15    correct?

16              MR. CONNOLLY:  Objection.

17              THE WITNESS:  Is that the same

18    question?  I'm sorry.

19              MR. DULBERG:  The first was you

20    personally, and then the second question

21    was the work of the office as a whole.  So

22    I will restate the second question.

23              (BY MR. DULBERG):

24         Q.  None of the work that OIR did while

25    you were employed by that office shows a

```
1            MARK HANSEN - HIGHLY CONFIDENTIAL
2   causal link between being Asian and being
3   admitted or not admitted to Harvard
4   College; correct?
5            MR. CONNOLLY:  Objection.
6            THE WITNESS:  Yes.
7            (BY MR. DULBERG):
8        Q.  Did you ever conclude that the
9   Harvard College of Admissions and Financial
10  Aid intentionally discriminates against
11  Asians Americans?
12           MR. CONNOLLY:  Objection.
13           THE WITNESS:  No.
14           (BY MR. DULBERG):
15       Q.  Does any of the work that you did
16  while at OIR showed that Harvard College
17  intentionally discriminates against Asian
18  Americans?
19           MR. CONNOLLY:  Objection.
20           THE WITNESS:  I'm sorry.
21           (BY MR. DULBERG):
22       Q.  There may or may not be?
23       A.  Okay.
24       Q.  Does any of the work that you did
25  while at OIR showed that Harvard College
```

1              MARK HANSEN - HIGHLY CONFIDENTIAL

2    discriminates against Asians Americans?

3              MR. CONNOLLY:  Objection.

4              THE WITNESS:  No.

5              (BY MR. DULBERG):

6         Q.  You were asked some questions about

7    the period of time during which you were

8    looking into the question of whether Asians

9    are disadvantaged in the admissions

10   process.  Do you remember that?

11             MR. CONNOLLY:  Objection.

12             (BY MR. DULBERG):

13        Q.  That testimony?

14             MR. CONNOLLY:  Objection.

15             THE WITNESS:  Yes.

16             (BY MR. DULBERG):

17        Q.  During the period of time that you

18   were looking into that question, was there

19   other work that you were undertaking?

20             MR. CONNOLLY:  Objection.

21             THE WITNESS:  It seems likely.  I

22   can't recall the specific start and end

23   date, but generally yes.

24             (BY MR. DULBERG):

25        Q.  In general, did you work on

1            MARK HANSEN - HIGHLY CONFIDENTIAL

2      multiple projects at the same time while

3      employed by OIR?

4            MR. CONNOLLY:  Objection.

5            THE WITNESS:  Yes.

6            (BY MR. DULBERG):

7        Q.  You were asked some questions about

8      a series of models that we saw in Exhibit

9      4, that considered a limited number of

10     inputs.  Do you recall that?

11           MR. CONNOLLY:  Objection.

12           THE WITNESS:  Yes.

13           (BY MR. DULBERG):

14       Q.  You were asked some questions

15     throughout the day about other factors that

16     might cause a difference in the likelihood

17     of admission between Asians and non-Asians.

18           Do you recall listing a series of

19     factors?

20           MR. CONNOLLY:  Objection.

21           THE WITNESS:  Yes.

22           (BY MR. DULBERG):

23       Q.  Are there other factors that you

24     may not have thought of earlier today, that

25     also might explain the apparent difference

```
 1          MARK HANSEN - HIGHLY CONFIDENTIAL
 2    in likelihood of admission, based on one
 3    racial identification?
 4              MR. CONNOLLY:  Objection.
 5              THE WITNESS:  Yes.
 6              (BY MR. DULBERG):
 7       Q.  The modelling that you undertook in
 8    Exhibit 4, does not take social economics
 9    status into account; correct?
10              MR. CONNOLLY:  Objection.
11              THE WITNESS:  That appears correct,
12    yes.
13              (BY MR. DULBERG):
14       Q.  There are other factors and data
15    that are not reflected in these models;
16    correct?
17              MR. CONNOLLY:  Objection.
18              THE WITNESS:  Certainly, yes.
19              (BY MR. DULBERG):
20       Q.  Prior to conducting this modelling
21    exercise referenced in Exhibit 4 in todays
22    deposition, had you ever undertaken a
23    similar modelling exercise for OIR or any
24    other employer?
25              MR. CONNOLLY:  Objection.
```

1           MARK HANSEN - HIGHLY CONFIDENTIAL

2               THE WITNESS:  I don't think so,

3    no.

4               (BY MR. DULBERG):

5        Q.  Do you consider yourself an expert

6    in statistical modelling?

7               MR. CONNOLLY:  Objection.

8               THE WITNESS:  Not then, and

9    certainly not now.

10              (BY MR. DULBERG):

11       Q.  Do you consider yourself an expert

12   statistician?

13       A.  No.

14       Q.  Do you have Doctorate degree in

15   statistics?

16              MR. CONNOLLY:  Objection.

17              THE WITNESS:  No.

18              MR. DULBERG:  I have no further

19   questions.  The deposition is concluded.

20              MR. CONNOLLY:  No, I have the right

21   to redirect.

22              MR. DULBERG:  You would, but you

23   have no time.

24              MR. CONNOLLY:  I have one minute

25   remaining.

```
 1              MARK HANSEN - HIGHLY CONFIDENTIAL

 2                   REPORTER'S CERTIFICATE

 3

 4         I, DENISE D. HARPER-FORDE, CSR No.
        000133, Certified Shorthand Reporter,
        Certify that the foregoing proceedings were
 5      taken before me at the time and place
        therein set forth, at which time the
 6      witness was put under oath by me.

 7         That the testimony of the witness, the
        questions propounded, and all objections
 8      and statements made at the time of the
        examination were recorded stenographically
 9      by me and were thereafter transcribed.

10         That the foregoing is a true and
        correct transcript of my shorthand notes so
11      taken.

12         I further certify that I am not a
        relative or employee of any Attorney of the
13      parties, nor financially interested in the
        action.

14
           I declare under penalty of perjury
15      under the laws of Massachusetts that the
        foregoing is true and correct.

16

17

18         Dated this 24th day of July, 2017

19

20      _____

21         DENISE D. HARPER-FORDE, CSR NO. 000133

22

23

24

25
```