# EXHIBIT 117

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

     1

     2              UNITED STATES DISTRICT COURT

     3                DISTRICT OF MASSACHUSETTS

     4                 C.A. NO. 1:14-CV-14176

     5    - - - - - - - - - - - - - - - - - - -x

     6     STUDENTS FOR FAIR ADMISSIONS,    :

     7     INC.,                            :

     8                     Plaintiff,    :

     9         v.                            :

    10     PRESIDENT AND FELLOWS OF          :

    11     HARVARD COLLEGE (HARVARD          :

    12     CORPORATION),                     :

    13                     Defendant.    :

    14    - - - - - - - - - - - - - - - - - - -x

    15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

    16         DEPOSITION OF MICHAEL CONTOMPASIS

    17            30(b)(6): BOSTON LATIN SCHOOL

    18            Boston, Massachusetts 02110

    19               Thursday, July 27, 2017

    20

    21

    22

    23

    24    REPORTED BY: Deanna J. Dean, RDR, CRR

    25    JOB NO: 127102

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 41

```
 1                    Contompasis

 2   gain admission.

 3        Q.    And you previously testified that

 4   Boston Latin School does not take account of

 5   race in the admissions process.  Correct?

 6        A.    That's correct.

 7        Q.    Do you think Boston Latin School has

 8   a diverse student body?

 9            MS. KELLY:  Objection.

10        A.    If one includes the Asian students,

11   the answer is yes.

12        Q.    Do you find Boston Latin School's

13   student body well-rounded?

14            MS. KELLY:  Objection.

15        A.    What's your definition of

16   "well-rounded"?

17        Q.    Does Boston Latin School's student

18   body have diverse interests, personalities, and

19   strengths?

20        A.    None that I know of, if I follow

21   what you're saying.  You might want to --

22        Q.    I'll rephrase for you.

23        A.    Yeah.  Please do.

24        Q.    Are the students who make up Boston

25   Latin School's student body diverse in terms of
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42

```
 1                   Contompasis

 2   their personalities and interests and

 3   strengths?

 4        A.    Yes.

 5        Q.    Does the same hold true for the

 6   Asian students at Boston Latin School?

 7             MS. KELLY:  Objection.

 8        A.    Yes.

 9        Q.    And although they share the same

10   general ethnicity, the Asians at Boston Latin

11   School have diverse interests, personalities,

12   and strengths.  Would you agree?

13        A.    I would agree.

14             MR. FLETCHER:  Objection.

15        Q.    Does the fact that a student is

16   Asian tell you anything about them as an

17   individual --

18             MS. KELLY:  Objection.

19        Q.    -- other than their ethnicity?

20             MS. KELLY:  Objection.

21        A.    It tells me that they have gained

22   admission to the school using the process

23   that's available.

24        Q.    Anything else?

25        A.    No.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 131

1

2                        C E R T I F I C A T E

3

4            I, Deanna J. Dean, a Registered Diplomate

5       Reporter, Certified Realtime Reporter, and

6       Massachusetts Notary Public, do hereby certify

7       that the foregoing, to the best of my

8       knowledge, skill and ability, is a true and

9       accurate transcript of my computer-aided

10      electronic stenographic notes of the deposition

11      of MICHAEL CONTOMPASIS, who was duly sworn,

12      taken at the place and under the circumstances

13      present on the date hereinbefore set forth.

14           I further certify that I am neither

15      attorney or counsel for, nor related to or

16      employed by any of the parties to the action in

17      which this deposition was taken, and further

18      that I am not a relative or employee of any

19      attorney or counsel employed in this case, nor

20      am I financially interested in this action.

21

22      _____

23                Deanna J. Dean, RDR, CRR

24            Signed this 8th day of August, 2017

25      My MA commission expires December 28, 2018