# EXHIBIT 121

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 1:14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) | § | |
| Defendant. | § | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORAL AND VIDEOTAPED DEPOSITION OF

RUTH SIMMONS

April 11, 2018

Houston, Texas

REPORTED BY: Linda Russell, CSR

JOB NO: 139807

providing some kind of oversight that would detect whether or not Princeton was tilting too much in one direction.

The question of what you could have done about it is a completely different question, because the matter of choice in terms of the -- how students elect majors is a very difficult thing to control.

MR. CONNOLLY: Mark as Exhibit 7 an article in the Princeton Alumni Weekly entitled, "The Changing Face of West College, An Interview With Fred Hargadon, the New Dean of Admissions."

THE WITNESS: Thank you.

(Exhibit 7 marked for identification.)

Q. (BY MR. CONNOLLY) And this is a lengthy series of question and answers. And in the interest of your time I'll direct you to the question I'd like to -- or the part of the piece I'd like to direct you to. And it's on page 22.

MR. ADEGBILE: Do we have a date for this piece? Looks like November 9, 1988?

MR. CONNOLLY: That sounds right.

MR. ADEGBILE: In the inside -- on the second --

R. SIMMONS - 4/11/2018

MR. CONNOLLY: Yeah.

MR. ADEGBILE: -- second -- bottom of the second page?

MR. CONNOLLY: Yeah.

Q. (BY MR. CONNOLLY) And the question and answer I'd like you to read is the middle column of page 22 starting at the top and then going to the end.

A. Middle column page 22.

Q. Starting with the Q at the top --

A. Starting with the Q.

Q. Yeah.

A. "The most successful minority group at the group of colleges you're speaking about are Asian Americans, students who do very, very well but whose success has alarmed some people who worry that they'll take over student bodies. There's even been talk about quotas on Asian Americans at certain schools. What's your feeling about this?"

Shall I keep reading? Did you want me to continue?

Q. Yes. And you can just familiarize yourself with his answer and then -- you can just

R. SIMMONS - 4/11/2018

read it internally and then I'll ask you a --

A. Oh, internally. Okay.

(Witness reviewing document.)

A. Okay. Just to the end of that answer?

Q. Yeah.

A. Okay.

Q. And you already read part of the question. In your time spent in universities, have you ever heard the concern that Asian Americans are, quote, taking over student bodies?

A. Never. It would be wonderful to have information about the author, about the interviewer, because I can't find anything here that indicates it. But it's -- no, never.

Q. Okay. And taking a step back. You said Fred Hargadon is the -- was the --

A. Dean.

Q. -- Dean of Admissions at Princeton.

Can you read the second paragraph of his answer starting with, "You don't have to be."

A. "You don't have to be looking for class presidents or captains of teams to realize that a part of the culture in many Asian American

R. SIMMONS - 4/11/2018

families was not to have the child participate in extracurricular activities" --

Do I have to go on?

Q. Yes, please. The whole paragraph.

A. Okay. -- "but largely to devote himself to and concentrate on academics. There's no doubt that that's an extremely positive feature. It's very cultural. Asian Americans put a very high premium on education and doing well. But in colleges that also put a premium on diversity in terms of energy level outside the classroom, of taking part in activities, that has turned out for many Asian American students to be a handicap. That is, they were not going to show up as well. There are many great exceptions to this, of course."

Q. Do you agree with his assessment of Asian Americans?

A. I think it's balderdash.

Q. Did you ever hear Dean Hargadon express these sort of opinions while you were at Princeton?

A. I didn't interact with Fred a lot, but I never heard him express these opinions.

Had I heard him, I would have certainly challenged these notions. But I don't remember his ever saying it in my presence. But we didn't typically meet.

Q. In your experience teaching at a -- and working at a variety of Ivy League schools, are Asian American students any less personable than other -- than students of other racial groups?

A. No.

Q. In your experience, do Asian American students tend to participate in fewer extracurricular activities than other students?

A. I don't know the data on it, but as a -- I would say generally they are very similar to other students on -- on the campus in their interests.

(Exhibit 8 marked for identification.)

MR. CONNOLLY: Exhibit 8 is a copy of the Expert Report of Richard Kahlenberg. And as you know, it's very long. I will point you -- there's only one to two pages I want you to look at. Page 35, please, of his expert report.

A. I don't have it.

Highly Confidential - Attorneys' Eyes Only



REPORTER'S CERTIFICATION

STATE OF TEXAS )
)
COUNTY OF HARRIS )

I, LINDA RUSSELL, a Certified Shorthand Reporter within and for the State of Texas, do hereby certify:

That the witness whose deposition is hereinbefore set forth, appeared and was duly sworn by me, and that such deposition is a true record of the testimony given by such witness;

That a review of the transcript by the deponent was requested;

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS HEREOF, I have hereunto set my hand this 13th of April, 2018.

_______________________________

LINDA RUSSELL, Texas CSR #2965
Expiration Date: 12/31/2018
TSG Reporting, Inc
Firm Registration No. 615
747 Third Avenue
New York, NY 10017
(212) 702-9580