# EXHIBIT 125

Do you super score?

Do you allow score choice?

Which SAT Subject Tests should I take?

What is the latest I can take a standardized test for it to be considered with my application?

If I am a foreign student applying, do I still have to take the SAT/ACT/SAT Subject Tests if I am taking my home country's college entrance exams (e.g. A Levels)?

<u>Curricular Choices</u>

Do you recalculate GPAs?

How do you consider AP and IB scores?

My school doesn't offer AP or IB courses. Will that hurt my chances?

Do I need to take four years of a language in high school?

Is it better to take the harder class and get a "B" or the easier class and get an "A"?

<u>Admissions Process</u>

*Qualifications*

Do you weed out applications based on test scores, grades, etc.?

Does it look bad if I am "undecided" about what I want to study?

How does legacy status factor into the admissions decision?

Is race a factor in your admissions process?

If I am really good at a sport, will that help my chances? How do I get recruited?

*Early vs. Regular*

Is there an advantage to applying early action vs. regular action?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY