# EXHIBIT 127

HARV00013367

# *Selected Topics in Casework and Diversity*

## *Asian American and Black Populations: Implications for Admissions*

CONFIDENTIAL

HARV00013368

# Agenda

- SAT Performance Data & Demographics
  - Updated information

- Asian Americans
  - Context & Considerations

- Black in America
  - Discrimination & Impact

CONFIDENTIAL

HARV00013369

# Purpose

- Provide statistics & data to give context to the demographics & experiences of the students we may see in our pool

CONFIDENTIAL

HARV00013370

# SAT Performance Data

CONFIDENTIAL

HARV00013371

# SAT Test-Takers: Demographics



CONFIDENTIAL





# Distributions: Critical Reading

**Legend:**
- 700+
- 650-700
- 650 & under

HARV00013372

CONFIDENTIAL

HARV00013373

# Distributions: Math



CONFIDENTIAL



# Distributions: Writing

HARV00013374

CONFIDENTIAL

# Approx. # of students scoring above 650

| | White | Latino | Mex-Am | PR | Black | AAPI | Native-Am |
|---|---|---|---|---|---|---|---|
| Critical Reading | 108,541 | 5,675 | 3,435 | 1,115 | 4,203 | 33,325 | 589 |
| Math | 133,589 | 7,094 | 4,580 | 1,115 | 4,203 | 78,412 | 785 |
| Writing | 100,191 | 5,675 | 2,290 | 836 | 4,203 | 39,206 | 490 |

HARV00013375

CONFIDENTIAL

# Approx. # of students scoring above 700

| | White | Latino | Mex-Am | PR | Black | AAPI | Native-Am |
|---|---|---|---|---|---|---|---|
| Critical Reading | 50,096 | 2,838 | 1,145 | 557 | 2,101 | 17,643 | 294 |
| Math | 50,096 | 2,838 | 1,145 | 278 | 2,101 | 49,008 | 294 |
| Writing | 41,746 | 1,418 | 1,145 | 278 | 2,101 | 21,563 | 196 |

HARV00013376

CONFIDENTIAL

HARV00013377

# Asian Americans

## Demographics, Identities & Socioeconomic Characteristics

CONFIDENTIAL

HARV00013378

# Asian-American Population- 2011

# 18,205,898

## 5.8% of the total U.S. population

CONFIDENTIAL

HARV00013379

# Geographic Distribution



CONFIDENTIAL

HARV00013380

# Population Growth

## Fastest growing population in the United States

## Grew by 45.6% from 2000 to 2010

CONFIDENTIAL

HARV00013381

# Immigrant populations

**Foreign born immigrants make up about 13% of the U.S. population**

**Asians now comprise the largest portion of immigrants at 36%**

CONFIDENTIAL





**Meet the New Immigrants: Asians Overtake Hispanics**

Percent of immigrants, by year of arrival, 2000-2010

HARV00013382

CONFIDENTIAL

HARV00013383

# Immigrant populations

## Immigration is now the largest driver for Asian population growth

## 74% of Asian American adults are foreign born

CONFIDENTIAL

# Who are Asian Americans?



| Category | Population |
|---|---|
| Chinese (not Taiwanese) | 3,779,732 |
| Filipino | 3,416,840 |
| Indian | 3,183,063 |
| Vietnamese | 1,737,433 |
| Korean | 1,706,822 |
| Japanese | 1,304,286 |
| Other Asian, not specified | 623,761 |
| Pakistani | 409,163 |
| Cambodian | 276,667 |
| Hmong | 260,073 |
| Thai | 237,583 |
| Laotian | 232,130 |
| Taiwanese | 215,441 |
| Bangladeshi | 147,300 |
| Burmese | 100,200 |
| Indonesian | 95,270 |
| Nepalese | 59,490 |
| Sri Lankan | 45,381 |
| Malaysian | 26,179 |
| Bhutanese | 19,439 |
| Mongolian | 18,344 |
| Okinawan | 11,326 |
| Singaporean | 5,347 |

HARV00013384

CONFIDENTIAL

HARV00013385

# Problems with Aggregated Data

- Huge differences between sub-groups
  - Cultural identity
  - Socioeconomic characteristics

CONFIDENTIAL

HARV00013386

# Asian American Identity



14% AMERICAN

19% ASIAN/ASIAN AMERICAN

62% COUNTRY OF ORIGIN/ COUNTRY OF ORIGIN AMERICAN

CONFIDENTIAL

HARV00013387

# Asian American Identity

## "Asian–American" Label Doesn't Stick

*% saying they most often describe themselves as ...*

- Country of origin/COO American
- Asian/Asian American
- American

***Among U.S. Asians who are ...***

| | | | |
|---|---|---|---|
| Foreign born | 69 | 18 | 9 |
| Native born | 43 | 22 | 28 |

CONFIDENTIAL

HARV00013388

CONFIDENTIAL

# Asian American Identity

## Are You a Typical American?



# 53%

SAY NO, THEY ARE VERY DIFFERENT. 39% SAY THEY SEE THEMSELVES AS TYPICAL AMERICANS.

Percent who feel like a typical American or very different from a typical American...



| | Typical | Very Different |
|---|---|---|
| Japanese | 50% | 43% |
| Filipino | 49 | 45 |
| Chinese | 36 | 52 |
| Vietnamese | 35 | 61 |
| Indian | 30 | 57 |
| Korean | 29 | 63 |

HARV00013389



CONFIDENTIAL



# High School Completion Rates- Variability

HARV00013390

CONFIDENTIAL



**Figure 2:** Educational Attainment for Asian American Sub-Groups, 2008-2010

*Less than high school diploma*          *Bachelor's degree or higher*

| Group | Less than high school diploma | Bachelor's degree or higher |
|---|---|---|
| Hmong | 37.9% | 14.7% |
| Cambodian | 37.4% | 14.1% |
| Laotian | 33.8% | 12.4% |
| Vietnamese | 29.4% | 25.8% |
| Chinese | 19.3% | 51.5% |
| Thai | 16.8% | 43.8% |
| Bangladeshi | 16.6% | 49.9% |
| Pakistani | 13.4% | 53.9% |
| Asian Indian | 8.8% | 71.1% |
| Korean | 8.3% | 52.7% |
| Filipino | 7.9% | 48.1% |
| Sri Lankan | 7.6% | 57.4% |
| Indonesian | 7.3% | 48.7% |
| Japanese | 5.3% | 47.7% |
| Taiwanese | 4.8% | 74.1% |

HARV00013391

CONFIDENTIAL



**Figure 3:** Difference in Median Household Income for Selected Asian American Sub-Groups from the Median Household Income for All Asian Americans, 2008-2010

HARV00013392

CONFIDENTIAL

HARV00013393

# Campus Life:
# Asian American Cultural Groups



CONFIDENTIAL

HARV00013394

# Implications

- We must be weary of aggregated data for Asian American student populations

- Honor the nuance of both identity and context

- Ask more questions about the composition of Asian American students in our pool and in our admitted classes

CONFIDENTIAL

HARV00013395

# Black in America:

## Structural Inequities & Racialized Experiences

CONFIDENTIAL

HARV00013396

# Black Population in the U.S.-2010

# 42,020,743

## 13.6% of the total U.S. population

CONFIDENTIAL

HARV00013397

# Geographic Distribution



CONFIDENTIAL

HARV00013398

# Structural Racism- Indicators

- Socioeconomic characteristics & trends

- Educational inequities

CONFIDENTIAL



# Median net worth of households

HARV00013399

CONFIDENTIAL

HARV00013400

# Education- HS Graduation Rates

## White students: 75%

## Black students: 54%

CONFIDENTIAL

HARV00013401

# Education-Disciplinary Actions

*Black students comprise...*

16% of Enrolled students

33% of students suspended once

42% of students suspended multiple times

34% of students expelled

CONFIDENTIAL

HARV00013402

# Education-Reading Proficiency

In 2013:

**17% of African-American 8th grade students were considered proficient in reading exams administered by NAEP**

CONFIDENTIAL

HARV00013403

# Education-Reading Levels

On average,

African American 12th grade students

read at the same level as

white 8th grade students

CONFIDENTIAL

HARV00013404

# Education-Segregation

**40% of Black students attend schools that are 90% or more students of color**

**Black & Latino students are more educationally segregated now than two decades ago**

CONFIDENTIAL

HARV00013405

# Education-AP Classes

Majority white schools

are more than **2x** as likely to offer

a significant number

of advanced placement classes

as majority Black or Latino schools

CONFIDENTIAL

HARV00013406

## Education-AP Tests

**Among Black students with high potential for success in AP math courses, only 3 in 10 took such courses**

CONFIDENTIAL

HARV00013407

## Education-AP Tests

**Black students are the most underrepresented AP test-takers and have the lowest passing rates**

CONFIDENTIAL



## Demographics of the Graduating Class and AP Exam Takers[7] in 2013

Legend:
- Overall Graduating Class
- AP Exam Taker Population
- Population Scoring 3+ on an AP Exam

**American Indian/Alaska Native:** 1.0%, 0.6%, 0.5%

**Asian/Asian American/Pacific Islander:** 5.9%, 10.7%, 12.7%

**Black/African American:** 14.5%, 9.2%, 4.6%

**Hispanic/Latino:** 18.8%, 18.8%, 16.9%

**White:** 58.3%, 55.9%, 61.3%

Percentage of Population: 0%, 20%, 40%, 60%, 80%

HARV00013408

CONFIDENTIAL

HARV00013409

# Psychological Pressures

- **Pygmalion effect**
  - Lowered expectations →lower achievement

- **Stereotype threat**
  - Fear of reinforcing negative stereotypes→ compromised performance

CONFIDENTIAL





HARV00013410

CONFIDENTIAL



**Fig. 1.** White and Black respondents' perceptions of anti-White and anti-Black bias in each decade.

HARV00013411

CONFIDENTIAL

HARV00013412

# Daily Experiences



#itooamharvard

CONFIDENTIAL



HARV00013413

CONFIDENTIAL

HARV00013414



**Daily Experiences**

CONFIDENTIAL

HARV00013415

*No challenge has been more daunting than that of improving the academic achievement of African American students. Burdened with a history that includes the denial of education, separate and unequal education, and relegation to unsafe, substandard, inner-city schools, the quest for quality education remains an elusive dream for the African American community.*

-Ladson-Billings

CONFIDENTIAL

HARV00013416

# Implications

- Black students in the U.S. have a variety of economic, social, and psychological barriers to overcome in obtaining a quality education

- In aggregate, Black students in the U.S. have fewer educational opportunities and supports

- Regardless of economic background, Black students' experiences are impacted by racial bias, both explicit and implicit

CONFIDENTIAL

HARV00013417



CONFIDENTIAL

# References

- http://iasp.brandeis.edu/pdfs/Author/shapiro-thomas-m/racialwealthgapbrief.pdf
- http://www.pewsocialtrends.org/2013/08/22/50-years-after-the-march-on-washington-many-racial-divides-remain/st_13-08-21_ss_raceinamerica_00/
- http://www.documentcloud.org/documents/229044-achievementgaps-naep.html
- http://ase.tufts.edu/psychology/sommerslab/documents/raceinternortonsommers2011.pdf
- http://www.edtrust.org/sites/edtrust.org/files/TheStateofEducationforAfricanAmericanStudents_EdTrust_June2014.pdf
- http://www.aecf.org/m/resourcedoc/aecf-racemattersEDUCATION-2006.pdf
- http://civilrightsproject.ucla.edu/events/2013/summary-of-new-research-closing-the-school-discipline-gap-research-to-policy/Research_Summary_Closing_the_School_Discipline_Gap.pdf
- http://civilrightsproject.ucla.edu/research/k-12-education/integration-and-diversity/brown-at-60-great-progress-a-long-retreat-and-an-uncertain-future
- http://joshpasek.com/wp-content/uploads/2012/10/2012-Voting-and-Racism.pdf

HARV00013418

CONFIDENTIAL

HARV00013419

# References

- http://cdn.americanprogress.org/wp-content/uploads/2014/03/AAPI-report.pdf
- http://www.pewsocialtrends.org/2012/06/19/the-rise-of-asian-americans/
- http://www.census.gov/prod/cen2010/briefs/c2010br-11.pdf
- https://www.insidehighered.com/news/2013/06/07/report-calls-end-grouping-asian-american-students-one-category
- http://aapip.org/files/publication/files/2013_icount_report.pdf
- http://www.wtamu.edu/webres/File/Journals/MCJ/earp.pdf
- http://bmafunders.org/why-bma/
- http://www.pewsocialtrends.org/2011/07/26/wealth-gaps-rise-to-record-highs-between-whites-blacks-hispanics/
- https://maps.google.com/gallery/details?id=z4f-ZuCLmiKg.k8nH9oLT_JXg

CONFIDENTIAL