# EXHIBIT 148

7/23/2018 Case 1:14-cv-14176-ADB Document 438-51 Filed 07/27/18 Page 2 of 4 Schools | Harvard University

About Harvard
Admissions & Aid
Schools
On Campus
Gazette News
Events
Harvard Campaign
Give
Faculty
Staff
Students
Alumni
Parents
Visitors
Media

# Schools

Harvard University has 12 degree-granting schools in addition to the Radcliffe Institute for Advanced Study. The University has grown from nine students with a single master to an enrollment of more than 20,000 degree candidates including undergraduate, graduate, and professional students.

VE
RI
TAS

**Harvard Business School**

VE
RI
TAS

**Harvard College**

VE
RI
TAS

**Harvard Division of Continuing Education**

VE
RI
TAS

**Harvard School of Dental Medicine**

VE
RI
TAS

**Harvard Divinity School**

VE
RI
TAS

**Harvard Faculty of Arts and Sciences**

https://www.harvard.edu/schools 1/3

 Harvard Graduate School of Design

Harvard Graduate School of Education

Harvard Graduate School of Arts & Sciences

Harvard John A. Paulson School of Engineering and Applied Sciences

Harvard Kennedy School

Harvard Law School

Harvard Medical School

Radcliffe Institute for Advanced Study

Harvard T.H. Chan School of Public Health

7/23/2018 Case 1:14-cv-14176-ADB Document 438-51 Filed 07/27/18 Page 4 of 4
Schools | Harvard University

**WEBSITE**

Accessibility

Sitemap

**GET IN TOUCH**

Contact Harvard

Maps & Directions

Jobs

Social Media

**SECURITY & BRAND**

Privacy Statement

Report Copyright Infringement

Report Security Issue

Trademark Notice

Harvard Apps

VE
RI
TAS

© 2018 The President and Fellows of Harvard College

https://www.harvard.edu/schools 3/3