# EXHIBIT 149

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## DECLARATION OF ROBIN WORTH

I, Robin Worth, hereby state under the penalty of perjury that the following statements are true and accurate to the best of my knowledge, and that I could testify to these matters if called to do so:

1. I am the Director of International Admissions and a Senior Admissions Officer for the Harvard College Office of Admissions and Financial Aid.

2. I understand that in connection with the plaintiff's motion for summary judgment in this case, the plaintiff has made a number of statements regarding certain aspects of the Harvard College admissions process and presented those statements to the Court as "undisputed facts." I am submitting this Declaration to provide factual information regarding Harvard College's undergraduate admissions process.

3. The statements made herein are based on my personal knowledge and experience, and upon information made available to me in my official capacity as Director of International Admissions.

4. I joined Harvard's Office of Admissions and Financial Aid ("Admissions Office") in 1981 as an admissions officer and assumed the position of Director of International

1

Admissions in 1990. I have held that position from 1990 to 1996 and from 2002 through the present.

5. In my capacity as Director of International Admissions, I help oversee the work of the Admissions Office. Among other things, I help manage the process of evaluating freshman and transfer applicants for admission to Harvard College, participate in that process directly, supervise and guide the work of admissions officers, run Admissions Committee meetings, recruit potential applicants for admission, and participate in the development of policies and guidelines for Harvard College's admissions process.

**The Harvard Admissions Process**

6. Harvard has no separate admissions track for any category of applicants. All applicants compete against each other for admission in the same admissions process. Each application is read carefully by an initial reader and may be read by multiple additional admissions officers and a faculty member. A subcommittee of admissions officers responsible for all applications from a specific geographic region then makes decisions about which applications to recommend for admission. All final admissions decisions are then made by the full Admissions Committee.

7. Harvard has no targets or quotas for applicants of any racial or ethnic background in its admissions process.

8. In Harvard's admissions process, admissions officers seek to understand the whole person, including the context in which the applicant's achievements have occurred and the full range of talents, skills, and perspectives that the applicant would bring to campus if admitted. One dimension of that process is the assignment of ratings to each applicant—including academic, extracurricular, personal, and athletic ratings.

9. The personal rating reflects admissions officers' assessment of an applicant's personal qualities as reflected in a wide variety of information in the application—including the applicant's personal essays, recommendations from teachers and guidance counselors, letters of support sent from outside recommenders, supplementary material submitted by the applicant, and reports from alumni or staff interviews (to the extent that they have arrived before the rating is assigned)—that bears on whether the applicant will fulfill the ambitions that Harvard has for all its applicants: to be the roommates, classmates, and teammates that will contribute to Harvard's educational environment and community for all students and, once they graduate, to be citizen-leaders of our society. The personal rating reflects Harvard's understanding of the applicant's full life story, including where the applicant grew up, what opportunities or challenges he or she faced in his or her family, community, and secondary school, and what contribution he or she might make both at Harvard and after graduation, as a member and leader of our society.

10. Admissions officers do not consider an applicant's race as a factor in assigning the personal rating to applicants.

11. The ratings given to applicants are useful guideposts in understanding how strongly the admissions officers who read the application felt about an applicant across various dimensions. However, in the subcommittee and full Admissions Committee meetings, no one is bound by those ratings and no rating renders an applicant automatically admitted or not. Each participating admissions officer comes to his or her own conclusions about the relative strengths and weaknesses of the applicant and is free to raise points of discussion or ask questions—a frequent occurrence. It is also common for subcommittees and the full Admissions Committee to consider new and additional information that was not available to the readers when they

assigned ratings.  That information may not be reflected in the readers' ratings, and ratings may not be updated.  Ultimately, it is the collective determinations of the docket subcommittees and the full Admissions Committee that determine outcomes, not the assigned ratings.

12. In seeking to attain the educational benefits of diversity, Harvard's admissions officers understand and appreciate the breadth and diversity within all types of communities. Indeed, the admissions process is designed to identify and carefully consider the full range of details that make each applicant unique.

13. Admissions officers have been given information about racial groups and sub-groups to help inform their consideration of applications.  In 2013, at an admissions office retreat, admissions officers Tia Ray and Lucerito Ortiz presented detailed information regarding Native-American and Latino communities.  The next year, Ms. Ray and Ms. Ortiz presented information about African-American and Asian-American communities.

14. The 2014 presentation by Ms. Ray and Ms. Ortiz explained that the socioeconomic circumstances and cultural identity of Asian-American subgroups vary in important ways.  The presentation included detailed information about income levels, educational attainment, and responses to survey questions about identity across numerous Asian-American subgroups.  Admissions officers were encouraged to think about these important differences as they considered applications.

15. Applicants may convey information about racial and ethnic sub-group identity in a variety of ways on their applications.  The Common Application and Universal College Application allow applicants to add information about racial and ethnic sub-groups, which is reflected in the application file reviewed by admissions officers.  Applicants may also disclose

information about racial and ethnic sub-group identity in their essays or other parts of the application.

16. During the Admissions Committee meetings, admissions officers occasionally take notes on the written docket binders, but admissions officers do not always take notes and the practices of each admissions officer vary.

17. Harvard is a residential college with a limited number of available beds each year. Accordingly, the Admissions Office sets a target total number of applicants to admit in a particular class. The target is intended to yield a class that does not exceed the number of available beds.

18. When the Admissions Office sets the target for the number of students to admit to the incoming class, it considers a wide range of information to estimate the projected yield of admitted applicants. Neither the timing nor the substance of any meeting of the Association of Black Admissions and Financial Aid Officers of the Ivy League and Sister Schools ("ABAFAOILSS") has any effect on Harvard's target number.

19. At the conclusion of the full Admissions Committee meetings, senior admissions officials determine whether too many applicants are slated to be admitted in light of the admissions target and the projected yield.

20. If the Admissions Committee has preliminarily decided to offer admission to too many applicants, admissions officers must then determine which applicants will not be admitted. In deciding which students should not receive offers of admission, the Admissions Committee considers the same factors it considered during earlier stages of the admissions process, taking into account the entire application file and comparing each applicant against the full pool of applicants.

21. Harvard does not set any racial targets or quotas in the lop process.

22. The Admissions Committee may move applicants in or out of the admitted class on the basis of new information up until the point admissions decisions are released.

23. The procedure for considering applicants on the waitlist is similar to the process used in Early Action and Regular Decision. If the Admissions Office determines that there are seats available to admit students off the waitlist, the full Admissions Committee meets to determine which applicants to admit.

24. There is no special preference given to students on the waitlist who contact Harvard and express continued interest. Harvard considers all information received from or concerning an applicant—including an applicant's expressed interest, academic or extracurricular honors, and final grades. Harvard equally considers all applicants who accept their spots on the waitlist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, July 25, 2018.

_____
Robin Worth
Director of International Admissions
Harvard College Office of Admissions & Financial Aid