# EXHIBIT 155

# HARVARD
## FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

To:         William Fitzsimmons and Rakesh Khurana

From:       Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences

Date:       August 15, 2017

Re:         Committee to Study Race-Neutral Alternatives

cc:         Ara Gershengorn

---

The next meeting of the Committee to study race-neutral alternatives in Harvard College
admissions is scheduled for August 23, 2017, from 2:30-4:00 p.m., on the second floor of
University Hall. The agenda for the meeting is as follows:

1.      General updates.

2.      Discussion of proposed race-neutral alternatives suggested in literature and in ongoing
        litigation.

3.      Discussion of empirical analyses being conducted in ongoing litigation.

4.      Review of a plan for gathering additional pertinent information to inform
        Committee's deliberations and work.

OFFICE OF THE DEAN   T (617) 495-1566   WWW.FAS.HARVARD.EDU

CONFIDENTIAL

HARV00095214

# HARVARD
### FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

To:          William Fitzsimmons and Rakesh Khurana

From:        Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences

Date:        October 20, 2017

Re:          Committee to Study Race-Neutral Alternatives

cc:          Ara Gershengorn

---

The next meeting of the committee to study race-neutral alternatives in Harvard College admissions is scheduled for October 26, 2017, from 11:30 AM-12:30 PM, on the second floor of University Hall. The agenda for the meeting is as follows:

I.     General updates.

II.    Discussion of the following race-neutral alternatives:

    1.     Pipeline partnerships.

    2.     Geography-based preferences.

    3.     Changes to Early Action admissions.

    4.     Changes to deferred admissions.

    5.     Eliminating consideration of standardized test scores in admissions.

    6.     Eliminating consideration of service and connection to Harvard in admissions.

    7.     Increased recruiting efforts.

III.   Discussion of SFFA's expert reports and plan for next meeting.

IV.    Discussion of report drafting.

CONFIDENTIAL

HARV00096532

# HARVARD
### FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

To:       William Fitzsimmons and Rakesh Khurana

From:     Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences

Date:     October 31, 2017

Re:       Committee to Study Race-Neutral Alternatives

cc:       Ara Gershengorn

---

The next meeting of the committee to study race-neutral alternatives in Harvard College admissions is scheduled for November 2, 2017, from 12:00 PM-3:00 PM, at the Office of the General Counsel. The agenda for the meeting is as follows:

I.    Discussion of SFFA's expert report and possible responses.

II.   Continue discussion of individual race-neutral alternatives from prior meeting.

III.  Open discussion.

CONFIDENTIAL

HARV00096533

# HARVARD
FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

| | |
|---|---|
| To: | William Fitzsimmons and Rakesh Khurana |
| From: | Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences |
| Date: | January 5, 2018 |
| Re: | Committee to Study Race-Neutral Alternatives |
| cc: | Ara Gershengorn |

The next meeting of the committee to study race-neutral alternatives in Harvard College admissions is scheduled for January 8, 2018, from 4:00 PM-6:00 PM, on the second floor of University Hall. The agenda for the meeting is as follows:

I.  Discussion of Card report and the race-neutral alternatives addressed

    1.  Socioeconomic preferences.

    2.  Geography-based preferences.

    3.  Changes to Early Action admissions.

    4.  Changes to deferred admissions.

    5.  Eliminating consideration of standardized test scores.

    6.  Eliminating consideration of service and connection to Harvard.

    7.  Eliminating consideration of whether an applicant is a recruited athlete.

    8.  Increasing transfer admissions.

    9.  Increasing recruiting and financial aid.

II.  Identification of any additional information the committee might need.

III.  Plan for report drafting.

OFFICE OF THE DEAN   T (617) 495-1566   WWW.FAS.HARVARD.EDU

CONFIDENTIAL

HARV00096538

# HARVARD
## FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

To:           William Fitzsimmons and Rakesh Khurana

From:         Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences

Date:         February 13, 2018

Re:           Committee to Study Race-Neutral Alternatives

cc:           Ara Gershengorn

---

The next meeting of the committee to study race-neutral alternatives in Harvard College admissions is scheduled for February 15, 2018, from 8:30 AM-10:00 AM, on the second floor of University Hall. The agenda for the meeting is as follows:

I.      Discussion of Kahlenberg rebuttal report.

II.     Further deliberations concerning race-neutral alternatives in light of Kahlenberg rebuttal report.

III.    Discussion of any additional information the committee will need for its determinations.

IV.     Further discussion of report drafting.

OFFICE OF THE DEAN    T (617) 495-1566    WWW.FAS.HARVARD.EDU

CONFIDENTIAL

HARV00096591

# HARVARD
### FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

To:        William Fitzsimmons and Rakesh Khurana

From:      Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences

Date:      March 20, 2018

Re:        Committee to Study Race-Neutral Alternatives

cc:        Ara Gershengorn

---

The next meeting of the committee to study race-neutral alternatives in Harvard College admissions is scheduled for March 23, 2018, from 10:00 AM-11:00 AM, on the second floor of University Hall. The agenda for the meeting is as follows:

I.     Discussion of Card rebuttal report.

II.    Further deliberations concerning race-neutral alternatives in light of Card rebuttal report, including responses to Kahlenberg rebuttal report.

III.   Discussion of next steps and producing of committee report.

CONFIDENTIAL                                                HARV00097513

# HARVARD
FACULTY OF ARTS AND SCIENCES



Michael D. Smith
Edgerley Family Dean of the Faculty of Arts and Sciences
John H. Finley, Jr. Professor of Engineering and Applied Sciences

University Hall
Cambridge, MA 02138

## MEMORANDUM

To:         William Fitzsimmons and Rakesh Khurana

From:       Michael D. Smith, Edgerley Family Dean of the Faculty of Arts and Sciences

Date:       April 3, 2018

Re:         Committee to Study Race-Neutral Alternatives

cc:         Ara Gershengorn

---

The next meeting of the committee to study race-neutral alternatives in Harvard College admissions is scheduled for April 6, 2018, from 4:00 PM to 5:30 PM, on the second floor of University Hall. The agenda for the meeting is as follows:

I.      Discussion of draft committee report.

II.     Vote on whether to approve committee report for submission to President Faust.

CONFIDENTIAL

HARV00097307