AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:14-cv-14176-ADB |
| President & Fellows of Harvard College (Harvard Corp.) ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brown University, Case Western Reserve University, Columbia University, Dartmouth University, Duke University, Emory University, George Washington University, Johns Hopkins University, Massachusetts Institute of Technology, Princeton University, Stanford University, University of Pennsylvania, Vanderbilt Uninversity, Washington University in St. Louis, and Yale University.

Date:   07/30/2018                                               /s/ Seth B. Orkand
                                                                      *Attorney's signature*

                                                                    Seth B. Orkand
                                                              *Printed name and bar number*
                                                                    Demeo LLP
                                                                 200 State Street
                                                                Boston, MA 02109

                                                                      *Address*

                                                              sorkand@demeollp.com
                                                                  *E-mail address*

                                                                  (617) 263-2600
                                                                 *Telephone number*

                                                                  (617) 263-2300
                                                                    *FAX number*