UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
STUDENTS FOR FAIR ADMISSIONS, INC.,         )
                                            )
    Plaintiff,                              )
                                            )
v.                                          )    Case No. 1:14-cv-14176-ADB
                                            )
PRESIDENT AND FELLOWS OF HARVARD            )
COLLEGE (HARVARD CORPORATION),              )
                                            )
    Defendant.                              )
_____ )

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5.3, *Amici Curiae* Brown University, *et al.* moves that Matthew S. Hellman of Jenner & Block LLP, 1099 New York Avenue, N.W., Washington, D.C. 20001, be permitted to appear *pro hac vice* (in association with the undersigned) to represent it in this matter.

1. Mr. Hellman is associated with the law firm of Jenner & Block LLP. He is a member in good standing of the District of Columbia Bar as well as the bars of the Federal District Court of the District of Columbia; Supreme Court of the United States; U.S. Court of Appeals, Federal Circuit; U.S. Court of Appeals, D.C. Circuit; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Fourth Circuit; U.S. Court of Appeals, Fifth Circuit; U.S. Court of Appeals, Sixth Circuit; U.S. Court of Appeals, Seventh Circuit; U.S. Court of Appeals, Eighth Circuit; U.S. Court of Appeals, Ninth Circuit; U.S. Court of Appeals, Tenth Circuit; and U.S. Court of Appeals, Eleventh Circuit.

2. There are no disciplinary proceedings pending against Mr. Hellman in any jurisdiction. *See* Affidavit of Matthew S. Hellman, attached hereto as Exhibit A .

- 2 -

3. Mr. Hellman is familiar with the rules of this Court.

4. Mr. Orkand is a member in good standing of the bar of this Court and will continue to represent *Amici Curiae* Brown University, *et al.* in this action.

5. Pursuant to Local Rule 7.1(a), the undersigned has conferred with counsel for Plaintiff, and Plaintiff assents to this motion.

WHEREFORE, *Amici Curiae* Brown University, *et al.* respectfully requests that Matthew S. Hellman be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for *Amici Curiae* Brown University, *et al.* in the above-referenced proceeding in accordance with the Rules of this Court.

Dated: July 30, 2018                            Respectfully submitted,

                                                /s/ *Seth B. Orkand*
                                                Seth B. Orkand (BBO # 669810)
                                                DEMEO LLP
                                                200 State Street
                                                Boston, MA 02109
                                                (617) 263-2600
                                                sorkand@demeollp.com

                                                *Attorney for Amici Curiae Brown University, et al.*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed on July 30, 2018, through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Seth B. Orkand*
      Seth B. Orkand