UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF HARVARD )<br>COLLEGE (HARVARD CORPORATION), )<br>)<br>Defendant. )<br>) | Case No. 1:14-cv-14176-ADB |

### **AFFIDAVIT OF MATTHEW S. HELLMAN**

I, Matthew S. Hellman, depose and state as follows:

1. I am an attorney licensed to practice in the District of Columbia.

2. I am a partner at the law firm of Jenner & Block LLP, located at 1099 New York Avenue, N.W., Washington, D.C. 20001.

3. I am authorized to practice law in the following federal court jurisdictions: Federal District Court of the District of Columbia; Supreme Court of the United States; U.S. Court of Appeals, Federal Circuit; U.S. Court of Appeals, D.C. Circuit; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Fourth Circuit; U.S. Court of Appeals, Fifth Circuit; U.S. Court of Appeals, Sixth Circuit; U.S. Court of Appeals, Seventh Circuit; U.S. Court of Appeals, Eighth Circuit; U.S. Court of Appeals, Ninth Circuit; U.S. Court of Appeals, Tenth Circuit; and U.S. Court of Appeals, Eleventh Circuit.

4. I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

- 2 -

5. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

6. I have not previously had a *pro hac vice* admission to this court, or other admission for a limited purpose, revoked for misconduct.

7. I am familiar with and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 25rd day of July, 2018.

                                                   */s/ Matthew S. Hellman*
                                                   Matthew S. Hellman