AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Students for Fair Admissions, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-14176-ADB |
| President and Fellows of Harvard College | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Economists Michael Keane et al., in Support of Students for Fair Admissions.

Date: 07/30/2018

/s/ Randall B. Clark
*Attorney's signature*

Randall B. Clark BBO # 657560
*Printed name and bar number*

80A West Hollis Road
Hollis, NH 03049
*Address*

rbc@randallbclark.com
*E-mail address*

(603) 801-3039
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Randall B. Clark
Randall B. Clark
