IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., *Plaintiff*, v. PRESIDENT AND FELLOWS OF HARVARD COLLEGE, *Defendant*. | Civil Action No. 14-14176 (ADB) |

**MOTION FOR *PRO HAC VICE* ADMISSIONS**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Randall B. Clark, a member in good standing of the bar of this Court and counsel for *Amici Curiae* Economists Michael P. Keane *et al.*, moves this Court to admit attorneys C. Boyden Gray, Andrew R. Varcoe, Adam R.F. Gustafson, and James R. Conde to appear *pro hac vice* on behalf of *Amici Curiae*.

1.   Attorney C. Boyden Gray is a founding partner with the law firm Boyden Gray & Associates PLLC, located at 801 17th Street N.W., Suite 350, Washington D.C. He is a member in good standing of the bars of the District of Columbia; North Carolina; the United States Supreme Court; the United States Courts of Appeals for the District of Columbia Circuit and the Fourth Circuit; the United States District Court for the District of Columbia; and the United States

Court of Federal Claims. There are no disciplinary proceedings pending against Mr. Gray in any jurisdiction.

2. Attorney Andrew R. Varcoe is a partner with the law firm Boyden Gray & Associates PLLC, located at 801 17th Street N.W., Suite 350, Washington D.C. He is a member in good standing of the bars of the District of Columbia; Massachusetts; Pennsylvania; the United States Supreme Court; the United States Courts of Appeals for the District of Columbia Circuit, the Fifth Circuit, the Ninth Circuit, and the Tenth Circuit; and the United States District Courts for the District of Colorado, the District of Columbia, and the Middle District of Pennsylvania. There are no disciplinary proceedings pending against Mr. Varcoe in any jurisdiction.

3. Attorney Adam R.F. Gustafson is a partner with the law firm Boyden Gray & Associates PLLC, located at 801 17th Street N.W., Suite 350, Washington D.C. He is a member in good standing of the bars of the District of Columbia; Virginia; the United States Courts of Appeals for the District of Columbia Circuit, the Fourth Circuit, the Fifth Circuit, the Sixth Circuit, the Seventh Circuit, and the Ninth Circuit; the United States District Court for the District of Columbia; and the United States Court of Federal Claims. There are no disciplinary proceedings pending against Mr. Gustafson in any jurisdiction.

4. Attorney James R. Conde is an associate with the law firm Boyden Gray & Associates PLLC, located at 801 17th Street N.W., Suite 350, Washington D.C. He is a member in good standing of the bars of the District of Columbia;

Virginia; the United States Courts of Appeals for the District of Columbia Circuit and the Fifth Circuit; and the United States District Court for the District of Columbia. There are no disciplinary proceedings pending against Mr. Conde in any jurisdiction.

5. In support of this Motion, I rely upon the Certifications of Mr. Gray, Mr. Varcoe, Mr. Gustafson, and Mr. Conde filed herewith.

6. Pursuant to Local Rule 7.1(a), counsel for *Amici Curiae* has conferred with counsel for the Plaintiff and Defendant, and they have no objection to granting this motion.

**WHEREFORE**, I, Randall B. Clark, respectfully request on behalf of *Amici Curiae* Economists Michael P. Keane *et al.* that this Court admit attorneys C. Boyden Gray, Andrew R. Varcoe, Adam R.F. Gustafson, and James R. Conde to appear *pro hac vice* on behalf of *Amici Curiae*.

Dated: July 30, 2018

Respectfully submitted,

/s/ Randall B. Clark
Randall B. Clark
BBO # 657560
80A West Hollis Road
Hollis, New Hampshire 03049
603-801-3039
rbc@randallbclark.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                  /s/ Randall B. Clark
                                                  Randall B. Clark

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., *Plaintiff,* v. PRESIDENT AND FELLOWS OF HARVARD COLLEGE, *Defendant.* | Civil Action No. 14-14176 (ADB) |

# [PROPOSED] ORDER GRANTING MOTION
# FOR LEAVE TO APPEAR *PRO HAC VICE*

Having considered the Motion for *Pro Hac Vice* Admissions filed by counsel for *Amici Curiae* Economists Michael P. Keane *et al.* on July 30, 2018, and for good cause shown, the Court finds that said motion shall be **GRANTED** and that C. Boyden Gray, Andrew R. Varcoe, Adam R.F. Gustafson, and James R. Conde are hereby admitted to appear *pro hac vice* on behalf of *Amici Curiae* Economists Michael P. Keane *et al.* for purposes of this case only.

**IT IS SO ORDERED**.

Dated: [_____]                    _____

The Hon. Allison D. Burroughs
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

V.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

    Defendant.

Civil Action No. 1: 14-cv-14176-ADB

## CERTIFICATION OF ANDREW R. VARCOE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Andrew R. Varcoe certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admission and have personal knowledge of the facts stated herein.

2. I am an attorney with the law firm of Boyden Gray & Associates PLLC, 801 17th St., N.W., Suite 350, Washington, D.C. 20006. My colleagues C. Boyden Gray, Adam R.F. Gustafson, James R. Conde, and I represent *Amici Curiae* Economists Michael P. Keane *et al.*

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. I am a member of the bars of the District of Columbia; Massachusetts; Pennsylvania; the United States Supreme Court; the United States Courts of Appeals for the District of Columbia Circuit, the Fifth Circuit, the Ninth Circuit, and the Tenth Circuit; and the United States District Courts for the District of Colorado, the District of Columbia, and the Middle District of Pennsylvania.

4. There are no disciplinary proceedings pending against me in any jurisdiction, and I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose to this Court under this Court's rules) revoked for misconduct.

5. I am familiar with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 27th day of July 2018.

*Andrew R. Varcoe*
Andrew R. Varcoe
BOYDEN GRAY & ASSOCIATES
 PLLC
801 17th Street NW, Suite 350
Washington, DC  20006
Tel: (202) 706-5488
Fax: (202) 955-0621
avarcoe@boydengrayassociates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> V. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1: 14-cv-14176-ADB |

## CERTIFICATION OF C. BOYDEN GRAY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

C. Boyden Gray certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admission and have personal knowledge of the facts stated herein.

2. I am an attorney with the law firm of Boyden Gray & Associates PLLC, 801 17th St., N.W., Suite 350, Washington, D.C. 20006.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. I am a member of the bars of the District of Columbia, North Carolina, the United States Supreme Court, the United States Courts of Appeals for the District of Columbia Circuit and the Fourth Circuit, the United States District Court for the District of Columbia, and the United States Court of Federal Claims.

4. There are no disciplinary proceedings pending against me in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose to this Court under this Court's rules) revoked for misconduct.

5.  I am familiar with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 27TH day of July 2018.

C. Boyden Gray
BOYDEN GRAY & ASSOCIATES
 PLLC
801 17th Street NW, Suite 350
Washington, DC  20006
Tel: (202) 955-0620
Fax: (202) 955-0621
bethany@boydengrayassociates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> V. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1: 14-cv-14176-ADB |

## CERTIFICATION OF ADAM R.F. GUSTAFSON IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Adam R.F. Gustafson certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admission and have personal knowledge of the facts stated herein.

2. I am an attorney with the law firm of Boyden Gray & Associates PLLC, 801 17th St., N.W., Suite 350, Washington, D.C. 20006.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. I am a member of the bars of the District of Columbia; Virginia; the United States Courts of Appeals for the District of Columbia Circuit, the Fourth Circuit, the Fifth Circuit, the Sixth Circuit, the Seventh Circuit, and the Ninth Circuit; the United States District Court for the District of Columbia; and the United States Court of Federal Claims.

4. There are no disciplinary proceedings pending against me in any jurisdiction, and I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose to this Court under this Court's rules) revoked for misconduct.

5. I am familiar with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 27TH day of July 2018.

Adam R.F. Gustafson
BOYDEN GRAY & ASSOCIATES
 PLLC
801 17th Street NW, Suite 350
Washington, DC  20006
Tel: (202) 955-0620
Fax: (202) 955-0621
gustafson@boydengrayassociates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> V. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 14-cv-14176-ADB |

## CERTIFICATION OF JAMES R. CONDE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

James R. Conde certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admission and have personal knowledge of the facts stated herein.

2. I am an attorney with the law firm of Boyden Gray & Associates PLLC, 801 17th St., N.W., Suite 350, Washington, D.C. 20006.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. I am a member of the bars of the District of Columbia; Virginia; the United States Courts of Appeals for the District of Columbia Circuit, and the Fifth Circuit; and the United States District Court for the District of Columbia.

4. There are no disciplinary proceedings pending against me in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose to this Court under this Court's rules) revoked for misconduct.

5.  I am familiar with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 27TH day of July 2018.

_____
James R. Conde
BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC  20006
Tel: (202) 955-0622
Fax: (202) 955-0621
conde@boydengrayassociates.com