# EXHIBIT 265

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH   45201

DEPARTMENT OF THE TREASURY

Date:   JAN 3 0 2015

Employer Identification Number:
 47-1689810
DLN:
 17053287307014
Contact Person:
 LOUIS F JOHNSON                ID# 95135
Contact Telephone Number:
 (877) 829-5500
Accounting Period Ending:
 December 31
Public Charity Status:
 170(b)(1)(A)(vi)
Form 990 Required:
 YES
Effective Date of Exemption:
 July 30, 2014
Contribution Deductibility:
 YES
Addendum Applies:
 NO

STUDENTS FOR FAIR ADMISSIONS INC
3571 FAR WEST BLVD 17
AUSTIN, TX   78731

Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code.  Contributions to you are
deductible under section 170 of the Code.  You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code.  Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations.  We determined that you are
a public charity under the Code section(s) listed in the heading of this
letter.

For important information about your responsibilities as a tax-exempt
organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar
to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities,
which describes your recordkeeping, reporting, and disclosure requirements.

Sincerely,

Tamera Ripperda

Director, Exempt Organizations

Letter   947

SFFA-Harvard 0000001