# EXHIBIT 273

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

STUDENTS FOR FAIR ADMISSIONS, INC.,

      Plaintiff,

v.                                No. 1:14-cv-14176

PRESIDENT AND FELLOWS OF

HARVARD COLLEGE

(HARVARD CORPORATION),

      Defendant.

_____

VIDEO DEPOSITION of WILLIAM FITZSIMMONS

Boston, Massachusetts

August 3, 2017

Reported by:
Dana Welch, CSR, RPR, CRR, CRC
Job #127104

1                    FITZSIMMONS
2        A.   Not off the top of my head.
3             MS. ELLSWORTH:  Can we take a quick break.
4    We've been going a little over an hour.
5             MR. STRAWBRIDGE:  We can take a break.
6             THE VIDEOGRAPHER:  Time now is 0916.
7    We're off the record.
8             (Proceedings interrupted at 9:16 a.m. and
9         reconvened at 9:30 a.m.)
10            THE VIDEOGRAPHER:  Time now is 0930.
11   We're on the record.
12   BY MR. STRAWBRIDGE:
13       Q.   During the break, Mr. Fitzsimmons, did you
14   speak with your lawyers about your answers to the
15   questions in this deposition?
16       A.   Only in general terms.
17       Q.   What types of general terms?
18       A.   Mostly that they could not -- they did not
19   want to discuss what I did.
20       Q.   The substance of your testimony, is that
21   what you're saying?
22       A.   Not on substance.
23       Q.   Okay.  We were talking about the searches
24   that Harvard purchases from various standardized
25   testing companies before the break.  And you said

1                    FITZSIMMONS

2    in the last few years, some socioeconomic divisions
3    of the search is available; is that correct?
4        A.   Yes.
5        Q.   Is that socioeconomic?  Is that just by,
6    I guess, how is that socioeconomic division made?
7             MS. ELLSWORTH:  Objection.
8        A.   I haven't seen the -- I'd have to say I
9    don't know precisely.
10       Q.   Do you know, for example, if it's by ZIP
11   Code?
12            MS. ELLSWORTH:  Objection.
13       A.   I don't.
14       Q.   Okay.  Do you know whether or not it's by,
15   you know, reported income level?
16            MS. ELLSWORTH:  Objection.
17       A.   I don't.
18       Q.   You just don't know one way or another?
19       A.   Not precisely.
20       Q.   Okay.  Does Harvard now purchase swaths of
21   testing results by socioeconomic status?
22            MS. ELLSWORTH:  Objection.
23       A.   I don't know precisely.
24       Q.   You don't know whether it does or not?
25       A.   No.