# EXHIBIT 275

```
                                                          Page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF MASSACHUSETTS
 3                    BOSTON DIVISION
 4
 5   Civil Action No. 1:14-cv-14176-ADB
     _____
 6
     DEPOSITION OF:   [REDACTED]  - June 16, 2017
 7   _____
 8   STUDENTS FOR FAIR ADMISSIONS, INC.,
 9   Plaintiff,
10   v.
11   PRESIDENT AND FELLOWS OF HARVARD COLLEGE
12   (HARVARD CORPORATION),
13   Defendant.
14   _____
15
16          PURSUANT TO NOTICE AND SUBPOENA, the
17   deposition of [REDACTED] was taken on behalf of the
18   Defendant at [REDACTED]
19   [REDACTED], on June 16, 2017, at 8:54 a.m., before
20   Sherry Wallin, Certified Realtime Reporter, Registered
21   Merit Reporter and Notary Public within [REDACTED]
22
23
24
25
```

Page 40

1       Q.   Did you write this document?
2            MR. PARK:  Objection.  I'm going to
3   instruct the witness not to answer that.
4            MR. DULBERG:  On what grounds?
5            MR. PARK:  Attorney-client privilege,
6   work product doctrine.
7       Q.   (BY MR. DULBERG)  Do you know whether
8   this document was drafted by counsel?
9            MR. PARK:  Same objection.  Same
10  instruction.
11      Q.   (BY MR. DULBERG)  Did counsel provide
12  this document to you for you to sign?
13           MR. PARK:  Same instruction.
14      Q.   (BY MR. DULBERG)  Did you review this
15  document before you signed it?
16           MR. PARK:  You can answer that.
17      A.   I did.
18      Q.   (BY MR. DULBERG)  Did you make any
19  changes to this document before you signed it?
20           MR. PARK:  Objection, and instruct the
21  witness not to answer that.
22           MR. DULBERG:  On attorney-client
23  privilege and work product?
24           MR. PARK:  Yeah.  Yes.
25      Q.   (BY MR. DULBERG)  Sitting here today, is

```
                                                    Page 41
 1   everything in this declaration true and accurate?
 2        A.   Yes.
 3        Q.   So if we look at the very first line of
 4   the declaration, it begins, "I, pursuant to 28 U.S.C.
 5   Section 1746, declare the following."  Did I read that
 6   correctly?
 7        A.   Yes.
 8        Q.   Do you know what 28 U.S.C. Section 1746
 9   is?
10        A.   I do not.
11        Q.   Did you ask anyone what that language
12   referred to before you signed this document?
13             MR. PARK:  Objection.  You can answer.
14        A.   No.
15        Q.   (BY MR. DULBERG)  Does it concern you at
16   all that you signed this without making that inquiry?
17             MR. PARK:  Objection.  You can answer.
18        A.   It didn't really concern me, no.
19        Q.   (BY MR. DULBERG)  Are there any other
20   parts of this declaration that you do not understand?
21             MR. PARK:  Objection.
22        A.   No.  I understand everything else.
23        Q.   (BY MR. DULBERG)  Okay.  And we've
24   already talked about your plan to enroll at ▓▓▓ in
25   the fall.  It's discussed in paragraph 5.  Do you see
```

1    that?
2         A.   Um-hum -- yes.
3         Q.   We've also discussed paragraph 4.  And
4    so that's true, correct, the statements in paragraph 4
5    are true?
6              MR. PARK:  Objection.  You can answer.
7         A.   Yes.
8         Q.   (BY MR. DULBERG)  Okay.  Let's look at
9    paragraph 6.  Can you read that out loud for the
10   record?
11        A.   "I am able and ready to apply to
12   transfer to Harvard were it to cease the use of race
13   or ethnicity as an admissions preference and to cease
14   its intentional discrimination against Asian
15   Americans."
16        Q.   Is that a true statement as of May 26,
17   2017, when you signed this declaration?
18        A.   Yes.
19        Q.   Is it a true statement today?
20        A.   Yes.
21        Q.   What does this statement mean?
22        A.   What it means to me is that if Harvard
23   were to stop using its use of race and ethnicity in
24   admissions, I would think my chances of being admitted
25   had risen enough, because of that change, that I would

1    apply again for transfer to see if I could get in
2    under the new system.
3           Q.   But under the current system you have no
4    intent to apply to transfer; is that correct?
5           A.   That's correct.
6           Q.   Is it just if Harvard were to cease the
7    use of race as an admissions process, then you would
8    intend to apply to transfer to Harvard?
9           A.   Yes.
10          Q.   This statement also contains a
11   reference, as you just read, to ceasing its
12   intentional discrimination against Asian Americans.
13   Do you see that?
14          A.   Yes.
15          Q.   Do you believe that Harvard
16   intentionally discriminates against Asian Americans in
17   its college admissions process?
18          A.   I do believe so.
19          Q.   Do you believe that admissions officers
20   are biased against Asian Americans?
21               MR. PARK:  Objection.  You can answer.
22          A.   I don't know what the mental process is
23   behind it, but I am fairly sure that they set a higher
24   bar for Asian Americans.  I don't know if they have
25   any personal dislike for Asian Americans or not, but

Page 69

1   you've had with other SFFA members?
2              MR. PARK:  Objection.  Instruct the
3   witness not to answer.
4         Q.   (BY MR. DULBERG)  You mentioned an email
5   in which you asked Mr. Blum whether you could assist
6   with the standing issue.  Was that the first time you
7   had corresponded with SFFA regarding your possible
8   service as a standing member?
9              MR. PARK:  Objection.
10        A.   Yes.  That was -- I'm sorry.  Could you
11  repeat that?
12        Q.   (BY MR. DULBERG)  You described an email
13  to Mr. Blum in which you asked whether you could help
14  provide SFFA with standing, correct?
15        A.   Um-hum -- yes.
16        Q.   And my question is, was that the first
17  time you corresponded with anyone from SFFA regarding
18  your possible role as a standing member in this
19  litigation?
20             MR. PARK:  Objection.
21        A.   Yes.  That was the first time.
22        Q.   (BY MR. DULBERG)  You write in
23  paragraph 9 of your declaration, which is Exhibit 1,
24  "They have answered my questions and afforded me the
25  opportunity to have input and direction on SFFA's

Page 70

1  case."  Do you see that?
2          A.   Yes.
3          Q.   And what does that mean?
4          A.   So what that means to me is obviously
5  they have answered my questions.  I've been very
6  curious about this, asked a lot of questions, and
7  they've answered them thoroughly.
8               And having input and direction, I have
9  suggested things to them about, like, possible
10 arguments to make in the lawsuit or -- I've actually
11 had more input -- I've given them more input about
12 future lawsuits to bring.
13              I haven't had to, like, give them much
14 input, because I think SFFA is doing a very good job
15 in representing its interests and my interests in the
16 case.  So I haven't had to, like, tell them what I
17 would do differently.
18              MR. PARK:  Thank you.  I again caution
19 the witness not to disclose contents of communications
20 with lawyers.
21         Q.   (BY MR. DULBERG)  Setting aside your
22 communications with lawyers, which Mr. Park and I
23 agree are off limits, what input have you provided
24 SFFA with respect to this case, if any?
25         A.   I don't remember giving them a specific

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 80

1      A.   I don't know of anyone who I know is a
2   member.  There may be people who I know who happen to
3   be members, but I don't know that they're members.
4      Q.   (BY MR. DULBERG)  Have you ever attended
5   a meeting of SFFA?
6           MR. PARK:  You can answer that.  You can
7   answer.
8      A.   No, I have not.  Actually, I should
9   revise that.  I was on a phone conference for SFFA
10  this past December.
11     Q.   (BY MR. DULBERG)  Is that a phone
12  conference that was open to all SFFA members, to the
13  best of your knowledge?
14     A.   It was.  All SFFA members received an
15  email a couple days before that stating there will be
16  this phone conference, dial in if you want to attend
17  it, and so I did.
18     Q.   Was that the only time you were invited
19  to participate in a phone conference that all SFFA
20  members were invited to?
21     A.   Yes.
22     Q.   Do you know whether there have been any
23  other phone conferences of SFFA members as a whole?
24     A.   I don't think there have been any
25  because, as I said, I have been a member since