# EXHIBIT 276

HIGHLY CONFIDENTIAL

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF MASSACHUSETTS
 3                   BOSTON DIVISION
 4
 5   ----------------------------------------X
 6   STUDENTS FOR FAIR ADMISSIONS, INC.,
 7            Plaintiff,
 8                               Civil Action No.
 9       vs.                     1:14-cv-14176-ADB
10
11   PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
12   (HARVARD CORPORATION),
13            Defendant.
14   ----------------------------------------X
15
16           ** HIGHLY CONFIDENTIAL **
17
18                Deposition of
19             ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20              July 12, 2017
                  9:10 a.m.
21
                  Taken at:
22             ▓▓▓▓▓▓▓▓▓▓
             ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24
25           Wendy L. Klauss, RPR
```

HIGHLY CONFIDENTIAL

Page 50

```
 1        A.    Yes.
 2        Q.    Did you see it before your
 3   deposition preparation?
 4        A.    Yes.
 5        Q.    When did you see it?
 6        A.    When I signed it on May 27, 2017.
 7        Q.    Is that your signature on the
 8   second page?
 9        A.    Yes.
10        Q.    I'm sorry, I should have done this.
11   I'll note for the record that this is a
12   document titled the Declaration of ███████
13   ████████████████████████████████████████████
14              MR. PARK:  That's the second page.
15              MS. MOONEY:  I'm sorry.  1999 to
16   2000.  Sorry about that.
17        Q.    Did you write this document?
18              MR. PARK:  Objection.  You can
19   answer.
20        A.    No.
21        Q.    Do you know who wrote it?
22        A.    No.
23        Q.    Did counsel provide this document
24   for you to sign?
25        A.    Counsel, as in --
```

Page 51

1        Q.    Did Mr. Park or one of his
2   colleagues at Consovoy McCarthy & Park or from
3   Burns & Levinson provided this document for you
4   to sign?
5              MR. PARK:  Objection.
6        A.    I can't recall exactly who gave me
7   the document to sign, but, yeah.
8        Q.    It was one of SFFA's lawyers who
9   gave you the document to sign?
10       A.    I believe so.
11       Q.    Did you review the document before
12  signed it?
13       A.    Yes.
14       Q.    Did you make any changes to the
15  document before you signed it?
16       A.    No.
17       Q.    Sitting here today, is everything
18  in this declaration true and accurate?
19             MR. PARK:  Objection.
20       A.    Yes, as far as I see.
21       Q.    Could you please read paragraph 6
22  for me.
23       A.    "I am able and ready to apply to
24  transfer to Harvard were it to cease the use of
25  race or ethnicity as an admissions preference

Page 52

1    and to cease its intentional discrimination
2    against Asian Americans."
3         Q.   Thank you.  Was this statement
4    accurate when you signed the declaration?
5         A.   Yes.
6         Q.   Is it still true?
7         A.   Yes.
8         Q.   The statement says that you are
9    ready to apply only if it ceases the use of
10   race or ethnicity as an admissions preference
11   and to cease its intentional discrimination
12   against Asian Americans, correct?
13             MR. PARK:  Objection.
14        A.   Correct.
15        Q.   If Harvard does cease the use of
16   race or ethnicity as an admissions preference,
17   would you plan to apply to transfer?
18             MR. PARK:  Objection.
19        A.   As the document says, I'm able and
20   ready to apply to transfer, were it to cease
21   the use of race.
22        Q.   If it doesn't cease the use of race
23   or ethnicity during your time at ▮▮▮▮▮▮▮ in the
24   next four years, do you plan to apply to
25   transfer?

Page 53

1           MR. PARK:  Objection.
2      A.   I would definitely plan less so,
3  because it is a matter of worth at that point.
4  Only if I think that it is worth it, meaning if
5  I think my chances are at least feasible would
6  I consider to apply for a transfer, and that,
7  as the document says, were it to cease the use
8  of race or ethnicity, I think those chances
9  would be improved and it would be worth the
10 effort to apply for a transfer at that point.
11      Q.   Do you think it will be worth it
12 even if you made friends at ▇▇▇▇▇ and
13 enrolled in a course of study and gotten
14 comfortable at ▇▇▇▇▇
15          MR. PARK:  Objection.
16      A.   Again, highly speculative.  Perhaps
17 at the time, but I would have to consider, I
18 would have to weigh my options at the time to
19 determine how they are.
20      Q.   Would you read paragraph 7 for me.
21      A.   "I became a member of Students For
22 Fair Admissions in April 2017 because I support
23 its mission and belief that Harvard College and
24 many other colleges and universities wrongly
25 discriminate against Asian Americans applicants