# EXHIBIT 285

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MASSACHUSETTS

3               BOSTON DIVISION

4   * * * * * * * * * * * * * * * * *

5   STUDENTS FOR FAIR ADMISSIONS,    *

6   INC.,                           *

7            Plaintiff,              *

8   v.                              *   Civil Action

9   PRESIDENT AND FELLOWS OF HARVARD  *  No. 14-cv-14176

10  COLLEGE (HARVARD CORPORATION),    *      (ADB)

11           Defendant.              *

12  * * * * * * * * * * * * * * * * *

13

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15      Rule 30(b)(6) Notice to Students for Fair

16               Admissions, Inc.

17      Videotaped Deposition of EDWARD J. BLUM

18             Tuesday, July 12, 2016

19                  9:05 a.m.

20      Wilmer Cutler Pickering Hale and Dorr LLP

21           60 State Street - 26th Floor

22            Boston, Massachusetts 02109

23

24  ----------- J. Edward Varallo, RMR, CRR  ----------

25          Registered Professional Reporter

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 47

1    around the time that you became a member?

2        A.    Yes.

3        Q.    Which would have been summer of 2013?

4        A.    Yes.

5        Q.    So again that's before SFFA was

6    incorporated as an entity.  Correct?

7        A.    That's correct.

8        Q.    Who maintained the member list in those

9    early days of the summer of 2013?

10       A.    I did.

11       Q.    And how did you maintain it?  In what

12   form?

13       A.    Spreadsheet.

14       Q.    An Excel spreadsheet?

15       A.    Yes.

16       Q.    What was the initial purpose of SFFA?

17       A.    Membership organization.

18       Q.    A membership organization to do what?

19       A.    Dedicated to ending race-based admissions

20   policies at American universities.

21       Q.    And that original -- what did I call it?

22   -- initial purpose, is that maintained?  Is that the

23   same purpose of the organization today, as you

24   understand it?

25       A.    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 110

1      A.     Yes.

2      Q.     And how do you know that?  How would SFFA

3   determine that a member agreed with the mission?

4      A.     Our mission statement was quite clear in

5   emails, discussions, and subsequently our mission

6   statement is very prominent on all of our

7   communications and our website.

8      Q.     So that describes how people know what the

9   mission is.  My question is, how do you know that

10   the members who became members under these bylaws

11   we're looking at in Exhibit 4 agreed with that

12   mission?

13      A.     I assume they would not have joined had

14   they disagreed with that mission.

15      Q.     But you don't know whether they joined

16   even if they disagreed with that mission?

17      A.     It seemed unlikely to me that -- If they

18   joined, it seemed very likely that they agreed with

19   the mission.

20      Q.     And why do you say that?

21      A.     Well, we were a relatively small group of

22   people.  We all knew one another.  We had all

23   labored in this movement.  It seems unlikely that

24   someone would call me and say "I want to be a

25   member" or agree to be a member but disagree with