# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

DECLARATION OF SAHAR OMER
(HARVARD ISLAMIC SOCIETY)

Sahar Omer, pursuant to 28 U.S.C. Section 1746, declares the following:

1. My name is Sahar Omer. I am a rising junior at Harvard and expect to earn my bachelor's degree in Government in 2020. I am writing this declaration individually and on behalf of the Harvard Islamic Society ("HIS") in support of the consideration of race, as one of many factors, in Harvard's admissions policy.

2. I am the President of the HIS. After consulting with HIS's Board, I have been given authority to submit this declaration on behalf of HIS.

3. HIS is dedicated to providing an Islamic environment for members to practice Islam as a way of life, to assist the broader community at Harvard University with their spiritual, social and intellectual endeavors, and to provide a better understanding of Islam to the University community.

4. HIS was founded in 1956 to serve as an organization that provides a space for Muslim students to interact and support one another, as well as learn about Islam and Islamic values. Since then, HIS has been an organization that has also taken up a political side, where they have advocated for issues that are against Islamic values as well as affect members of the Harvard and the Muslim community worldwide.

5. Muslims are underrepresented in higher education, and bias against Asian-Americans— which make up a large percentage of our population— is something that we believe should be taken seriously and should be addressed. However, eliminating these biases does not mean eliminating race-conscious admissions.

6. As Harvard is an institution dedicated to giving a formative education to the world's next leaders, it has the right to providing an education that is not just centered around academics, but also fosters an environment in which every aspect is a learning experience. Living in a diverse environment is a social good that gives a more well-rounded experience for every single person in the group. As Muslims, we understand the threat that comes with misunderstandings and stereotypes and see the strength that comes with living in communities of diverse backgrounds, experiences, perspectives, and identities.

7. Lastly, we stand firmly in support of other underrepresented minority groups that race-conscious admissions policies seek to benefit. We believe that there are persistent, societal inequalities on the basis of race that cannot be corrected for by looking only at other factors, and

that race-conscious admissions are necessary to close that gap. Other measures for admissions are insufficient due to inherent biases and the inability to fully capture the difficulties faced by marginalized groups.

8. We believe that it is important for our voices to be heard in this discussion pertaining to race-conscious admissions. As an organization that has members that have faced discrimination for their faith, we can offer a different perspective on the value of having a diverse community and the positive impact that race-conscious admission can have.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, July 27, 2018

_____
Sahar Omer