# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

DECLARATION OF REWAN ABDELWAHAB
(HARVARD MINORITY ASSOCIATION OF PRE-MEDICAL STUDENTS)

Rewan Abdelwahab, pursuant to 28 U.S.C. Section 1746, declares the following:

1. My name is Rewan Abdelwahab. I am a rising junior at Harvard and expect to earn my bachelor's degree in 2020 in biology with minors in Spanish and African American studies. I am writing this declaration individually and on behalf of the Harvard Minority Association of Pre-Medical Students ("MAPS") in support of race consciousness in Harvard College's admissions policy.

2. I serve as the president of MAPS. After consulting with MAPS' board members, I have been given authority to submit this declaration on behalf of MAPS.

3. Founded in 2018, MAPS has 110 members and is committed to providing an inclusive environment for minority pre-medical students in which members are provided with the tools, opportunities, and resources needed to succeed. We hope to educate students about the career, educational, and networking opportunities available to them in the medical field. MAPS

works to provide a space in which the diverse backgrounds and experiences of members can be appreciated, embraced, and valued. People of color are underrepresented in the medical field, and we hope that our members will see that their diverse backgrounds, experiences, and perspectives are valuable in the medical community.

4. Supporting the consideration of race in admissions and condemning racism are not mutually exclusive. Harvard can combat bias while it works to build a diverse class by considering race, as one of many factors, in admissions.

5. MAPS supports the use of race in admissions because people of color are underrepresented in the medical field and there needs to be a diverse pipeline of future medical professionals. In addition, we hope that our members will see that their diverse backgrounds, experiences, and perspectives are valued in the medical community and in undergraduate institutions generally.

6. MAPS would not have as many members as it does if race were no longer considered in admissions. A sharp decline in the number of MAPS members would undermine the purpose of the organization and its work with the Student National Medical Association national network for people of color across the nation. A steep decline in our membership would also greatly hinder our ability to go to high schools and establish pipeline programs for students of color. It would also hinder our ability to achieve our ultimate goal of helping prepare people of color to become culturally sensitive and competent physicians.

7. The quality of discussions in classes would also be negatively impacted were Harvard no longer able to consider race in admissions. For example, I went to a high school where I was often the only person of color in my advanced classes. I served as the de facto spokesperson for all people of color. In contrast, my African American studies classes at Harvard are very

diverse. The discussions in those classes are more robust and nuanced than discussions in my classes that have a less diverse set of students. Rather than always having to educate others, in my African American studies classes, I can relax and *learn* from my classmates' experiences. Rather than always bearing the burden of challenging assumptions alone, in a class with a diverse set of students, there are multiple students who will raise their voices to respond to an unfairly construed study.

8. Given the foregoing, it is MAPS' pleasure to stand with other organizations in support of race-conscious admissions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, July ___28___, 2018

_____

Rewan Abdelwahab