# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

DECLARATION OF DANIEL LOBO
(FIRST-GENERATION HARVARD ALUMNI)

Daniel Lobo, pursuant to 28 U.S.C. Section 1746, declares the following:

1. My name is Daniel Lobo and I am the President of the First-Generation Harvard Alumni ("FGHA").

2. I am submitting this declaration individually and on behalf of FGHA.

3. FGHA is an alumni shared interest group of the Harvard Alumni Association with a global membership of 1000+ volunteers.

4. FGHA was founded in 2012, at a moment when first-generation, low-income students—students whose parents did not graduate from a 4-year college or university—came into focus at colleges and universities across the country. While well-resourced colleges and universities have dramatically improved their recruitment of these students in the past decade, they

have not thought as carefully about how to fully support these students once on campus to maximize their chances of success. FGHA was created to help solve this problem.

5. FGHA was originally founded as a mentorship program that pairs first-generation Harvard alumni with first-generation, first-year students at Harvard College. To date, more than 350 FGHA mentors have provided support and guidance to over 500 first-generation Harvard students.

6. Outside of this flagship program, FGHA has supported the community building and advocacy efforts of the Harvard College First-Generation Student Union ("FSGU"), including Thanksgiving dinner events for students who cannot afford to go home for the holidays and a special graduation ceremony honoring these students and the families who helped them make it to this day.

7. The advocacy efforts of the FSGU have influenced Harvard to commit institutional resources to support the success of this less privileged population, such as the Harvard First-Generation Program and, most recently, a pilot summer orientation program for incoming first-generation, low-income students.

8. The First-Generation Harvard Alumni group is proud to support this student activism, which has made Harvard a more inclusive and more vibrant community for everyone.

9. As the first institutional alumni group of our kind, FGHA feels a responsibility to further advocacy on behalf of first-generation students beyond the walls of Harvard yard. At this year's Fourth annual conference of the inter-Ivy, first-generation college student network ("1vyG")—a convening of students, alumni, and administrators from 20+ institutions across the country—FGHA began a broader community organizing effort among first-generation alumni with the help of student activists. We believe that this movement, like its student

counterpart, has the potential to expand the perspective of some of our nation's most influential institutions, which we now occupy as college graduates, during a moment in history when our most fundamental democratic values are being challenged.

10. FGHA has an interest in the *SFFA v. President and Fellows of Harvard College* case because our members are the direct beneficiaries of Harvard's holistic, admissions review process and the resulting diversity that we experienced on campus once admitted. FGHA is an incredibly diverse community: a mosaic of intersecting identities along nationality, race, socioeconomic status, faith, discipline, and occupation. We are leaders in business, in science and technology, in government and diplomacy, in healthcare and medicine, in education and public service, in arts and entertainment, and more. But, in conjunction with this diversity, we all share one unique quality in common: we each have a story of courage and resolve that illustrates an often unrecognized potential to add value to the world. None of us began our journey from a place of leadership or influence. We began as everyday Americans, often from immigrant families and/or the working class, spanning from the streets of the Inland Empire, to the dairy farms of Wisconsin, to Unorganized Territory #60 in Maine. Harvard's holistic admissions process recognized the value in our stories as first-generation students from many backgrounds. That recognition has enabled us to do great things, including supporting the generations that will follow us.

11. For many of our members, their racial and ethnic heritage is intimately entwined with the experiences and challenges that made them who they are. We are, therefore, deeply concerned that if SFFA succeeds, a new generation of stories will go unheard and a new set of solutions to our most pressing problems will remain untapped. We will lose a generation of leaders who are committed to reaching back as they push the world forward. This has negative implications, not just for Harvard, but for the public interest more broadly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, July 21, 2018

                                                                            <u>/s/Daniel Lobo</u>
                                                                             Daniel Lobo