UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

DECLARATION OF THE NATIONAL BOARD OF DIRECTORS OF HARVARD LATINO ALUMNI ALLIANCE (SIG)

NATIONAL BOARD OF DIRECTORS OF THE HARVARD LATINO ALUMNI ALLIANCE (SIG), pursuant to 28 U.S.C. Section 1746, declares the following:

1. We are the National Board of Directors of the Harvard Latino Alumni Alliance. We are writing this declaration in support of the consideration of race, as one of many factors, in Harvard's admissions policy. As representatives of the Latino community, we believe that we offer a unique perspective on the positive impact of race-conscious admissions policies; one rooted in its merit, rather than speculation.

2. The National Board is elected by members of the Harvard Latino Alumni Alliance ("HLAA").

3.     The mission of the HLAA is to develop a network and sense of community among current and future Harvard alumni who self-identify as Latino and reside or work in the United States; to increase Latino representation throughout the University; and to encourage Latino alumni involvement in University alumni activities and affairs.

4.     HLAA was officially founded in 2015, as a culmination of various efforts over the last 30 years. Founding members saw the need for a formal organization connecting Latino students across the University. The National Board is comprised of alumni from a majority of schools across the Harvard campus whose attendance and graduation dates span nearly 40 years.  Over the past three years, HLAA has grown significantly in number of members, hosting events across the country and connecting alumni with students. The HLAA provides its increasing number of community members with opportunities to advance their careers through recruitment, mentoring and networking.

5.     Since our founding, we have surveyed our members and held town hall meetings to understand the needs of our community. Many of our members have expressed the need for diversity on campus and have shared their feelings that as Latino students, the lacked support. HLAA student-focused goals include building a pipeline of Latino applicants and making sure admitted Latino students feel welcome and are given the resources they need to succeed at Harvard. We strive to ensure that all Latinos are on a path to success not only at Harvard, but at other academic institutions across the USA.

6.     While there has been an increase in Latino acceptance rates on campuses across the United States, we feel that more needs to be done. Removing race-conscious factors from admissions might jeopardize this progress, as well as further hinder academic achievement of Latino students

by eliminating the critical mass that provides vital support to the already underrepresented Latino student base.

7. Many of our members are first-generation college students and come from socio-economically disadvantaged families. We believe that race-conscious admissions helps these students compete with students educated at better schools and with greater access to opportunities and experiences that enhance the potential for admission and academic success at Harvard. It is our concern that if race-conscious admissions is removed from the process, Latino students will be negatively impacted as they pursue higher education.

8. Many of our alumni have benefited from racially diverse institutions, conversations, organizations, etc. Through our experience both at the university and professionally, we have seen first-hand how diversity improves the sharing of ideas, beliefs, etc. If not for race-conscious admissions policies, we believe that the quality of our education would have been hindered. Future generations should have even more diverse opportunities than we have. It is our hope that our society continues to embrace the benefits of diversity, moving this agenda forward through dialogue and conversation. We believe that admissions policies that are race-conscious assist in this effort.

9. As a diverse body of Latino alumni, spanning decades of history and experiences, as well as representing the experience of various schools on Harvard's campus, our National Board wholeheartedly supports race-conscious admissions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, July 27, 2018.

*Debra S. Reed*

_____
Debra Sanchez Reed
National President
Founding Board Member
Harvard Latino Alumni Alliance