UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

        Plaintiff,

v.

PRESIDENT AND FELLOW OF HARVARD COLLEGE,

        Defendant.

CIVIL ACTION NO. 1:14-cv-14176-ADB

## NOTICE OF APPEARANCE

Pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.2, the undersigned counsel hereby gives notice of his appearance as counsel for Harvard-Radcliffe Black Students Association, Kuumba Singers of Harvard College, Fuerza Latina of Harvard, Native Americans at Harvard College, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard Asian American Brotherhood, Harvard Vietnamese Association, Harvard-Radcliffe Chinese Students Association, Harvard Korean Association, Harvard Japan Society, Harvard South Asian Association, Harvard Islamic Society, Task Force on Asian and Pacific American Studies at Harvard College, Harvard Phillips Brooks House Association, Harvard Minority Association of Pre-Medical Students, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Native American Alumni of Harvard University, Harvard University Muslim Alumni, and Harvard Latino Alumni Alliance, each of whom has moved for leave to participate as *Amici Curiae* in this action.

                    Respectfully submitted,

                    <u>/s/ Kenneth N. Thayer</u>
                    Kenneth N. Thayer, BBO #671029
                    thayer@sugarmanrogers.com
                    Sugarman, Rogers, Barshak & Cohen, P.C.
                    101 Merrimac Street
                    Boston, MA 02114
                    (617) 227-3030

Dated: July 30, 2018

## **CERTIFICATE OF SERVICE**

  I, Kenneth N. Thayer, hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as listed on the Notice of Electronic Filing.

               /s/ Kenneth N. Thayer
               Kenneth N. Thayer

4816-0539-8638, v. 1