**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendant*. | No. 1:14-cv-14176-ADB |

**CERTIFICATION OF MICHAELE N. TURNAGE YOUNG**

Pursuant to Local Rule 83.5.3(e)(3) and 28 U.S.C. § 1746, Michaele N. Turnage Young hereby certifies the following in support of the Motion for Admission *Pro Hac Vice* of NAACP Legal Defense and Educational Fund, Inc.:

1. I am an attorney with the NAACP Legal Defense and Educational Fund, Inc., located at 700 14th Street NW, 8th Floor, Washington, D.C. 20005.

2. I am a member in good standing of the bars of the State of California and State of Illinois (although I am inactive in Illinois); the United States District Courts for the Northern, Central, Eastern and Southern Districts of California and Northern District of Illinois; and the United States Courts of Appeals for the Fifth, Seventh, and Ninth Circuits.

3. I am not currently, nor have I ever been, suspended or disbarred in any court, nor the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2018

                                                                                                          _____
Michaele N. Turnage Young
(California Bar No. 247796)
NAACP LEGAL DEFENSE AND
   EDUCATIONAL FUND, INC.
700 14th Street, NW 8th Floor
Washington, D.C. 20005
Tel: (202) 683-1300
Fax: (202) 682-1312
mturnageyoung@naacpldf.org