# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendant*. | No. 1:14-cv-14176-ADB |

## CERTIFICATION OF JENNIFER A. HOLMES

Pursuant to Local Rule 83.5.3(e)(3) and 28 U.S.C. § 1746, Jennifer A. Holmes hereby certifies the following in support of the Motion for Admission *Pro Hac Vice* of NAACP Legal Defense and Educational Fund, Inc.:

1. I am an attorney with the NAACP Legal Defense and Educational Fund, Inc., located at 700 14th Street NW, 8th Floor, Washington, D.C. 20005.

2. I am a member in good standing of the bars of the State of New York and the District of Columbia.

3. I am not currently, nor have I ever been, suspended or disbarred in any court, nor the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2018

_____
Jennifer A. Holmes
(D.C. Bar No. 1018798)
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
700 14th Street NW, 8th Floor
Washington, D.C. 20005
Tel: (202) 683-1300
Fax: (202) 682-1312
jholmes@naacpldf.org