IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC**, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),** )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:14-cv-14176-ADB |

### MOTION OF MARC J. RANDAZZA
### FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, attorney Marc J. Randazza of Randazza Legal Group, PLLC, a member in good standing of the Massachusetts State Bar and of the Bar of this Court, hereby moves this Court to admit attorneys Gordon M. Fauth, Jr., California State Bar No. 190280, and Lee Cheng, California State Bar No. 191380, *pro hac vice* in the above-captioned matter as counsel for the Asian American Legal Foundation (AALF), and Mr. Fauth as counsel for the Asian American Coalition for Education (AACE), which organizations desire to file and present an *amici curiae* brief in this case.

Attorney Gordon M. Fauth, Jr. is an attorney licensed in the State of California, California Bar No. 190280, with offices at 1801 Clement Av., Suite 101, Alameda, CA 94501, Tel: 510-238-9610. He is a member in good standing of the California State Bar and of the bars of the Ninth Circuit and Fifth Circuit Courts of Appeal; the United States District Courts for the Northern, Southern, Central and Eastern Districts of California; the California Supreme Court; and the United States Supreme Court. He is not the subject of disciplinary proceedings pending

in any jurisdiction. He has submitted the accompanying certification pursuant to Local Rule 83.5.3(c).

Attorney Lee Cheng is an attorney licensed in the State of California, California Bar No. 191380, with offices at 13001 Loretta Dr., Santa Ana, California 92705, Tel: 625-255-5861. He is a member in good standing of the California State Bar and of the bars of the United States District Courts for the Northern and Central Districts of California. He is not the subject of disciplinary proceedings pending in any jurisdiction. He has submitted the accompanying certification pursuant to Local Rule 83.5.3(c).

In support of this Motion, I rely on the Certifications of Gordon M. Fauth, Jr. and Lee Cheng, filed herewith.

WHEREFORE, I request that this Court admit attorneys Gordon M. Fauth, Jr. and Lee Cheng *pro hac vice* to appear as counsel for AALF, Mr. Fauth as counsel for AACE in this matter.

Dated: July 30, 2018.                    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (BBO# 651477)
Randazza Legal Group, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

Civil Action No. 1:14-cv-14176-ADB

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 30, 2018.

/s/ Marc J. Randazza
Marc J. Randazza