~~CONFIDENTIAL DRAFT - ATTORNEY WORK PRODUCT~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Case No. 1:14-cv-14176-ADB |

## CERTIFICATION OF LEE CHENG

I, Lee Cheng, hereby certify as follows:

    1.    I make this certification in support of motion for my admission *pro hac vice* as counsel for the Asian American Legal Foundation and the Asian American Coalition for Education in the above-captioned matter. I have personal knowledge of the facts certified to herein.

    2.    I am an attorney licensed in the State of California, California Bar No. 19138080, with offices at 13001 Loretta Dr., Santa Ana, CA 92705, Tel: 626-255-5861.

    3.    I am a member in good standing of the California State Bar and of the bars of the United States District Courts for the Northern, and Central Districts of California.

    4.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

~~CONFIDENTIAL DRAFT – ATTORNEY WORK PRODUCT~~

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. I have been engaged to represent the Asian American Legal Foundation, which organizations desire to file an *amici curiae* brief in the above-captioned matter. I am familiar with the relevant issues, facts and law.

I certify under penalty of perjury that the foregoing is true and correct on this ___th Day of July 2018.

By: *Lee Cheng*
Lee Cheng
ASIAN AMERICAN LEGAL FOUNDATION
13001 Loretta Dr.
Santa Ana, CA 92705
Tel: (626) 255-5861
leechcheng@gmail.com

2