IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Case No. 1:14-cv-14176-ADB |

## CERTIFICATION OF GORDON M. FAUTH, JR.

I, Gordon M. Fauth, Jr., hereby certify as follows:

1. I make this certification in support of motion for my admission *pro hac vice* as counsel for the Asian American Legal Foundation and the Asian American Coalition for Education in the above-captioned matter. I have personal knowledge of the facts certified to herein.

2. I am a attorney licensed in the State of California, California Bar No. 190280, with offices at 1801 Clement Av., Suite 101, Alameda, CA 94501, Tel: 510-238-9610.

3. I am a member in good standing of the California State Bar and of the bars of the Ninth Circuit and Fifth Circuit Courts of Appeal; the United States District Courts for the Northern, Southern, Central and Eastern Districts of California; the California Supreme Court; and the United States Supreme Court.

1

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. I have been engaged to represent the Asian American Legal Foundation and the Asian American Coalition for Education, which organizations desire to file an *amici curiae* brief in the above-captioned matter. I am familiar with the relevant issues, facts and law.

I certify under penalty of perjury that the foregoing is true and correct on this 27th Day of July 2018.

By: _____
Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Av., Ste. 101
Alameda, CA 94501
Tel: (510) 238-9610
Fax: (510) 473-0603
gmf@classlitigation.com