# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC**, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| **THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),** | ) ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 1:14-cv-14176-ADB

## [PROPOSED] ORDER GRANTING MOTION OF MARC J. RANDAZZA FOR ADMISSION OF ATTORNEY/S *PRO HAC VICE*.

Having considered the motion of Marc Randazza to admit attorney Gordon M. Fauth, Jr. *pro hac vice*, the Court finds good cause to grant the motion. The Court orders that Gordon M. Fauth, Jr., California State Bar No. 190280, and Lee Cheng, California Bar No. 191380, be admitted *pro hac vice* as counsel for the Asian American Legal Foundation (AALF), in this matter only, and that Mr. Fauth be admitted *pro hac vice* as counsel for the Asian American Coalition for Education (AACE), in this matter only.

IT IS SO ORDERED.

Dated: _____  _____
UNITED STATES DISTRICT JUDGE

1