IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>　　　　Defendant. | Case No. 1:14-cv-14176-ADB |

NOTICE OF APPEARANCE AS COUNSEL FOR *AMICUS CURIAE* THE ASIAN AMERICAN LEGAL FOUNDATION

TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE THAT Lee C. Cheng, an attorney duly admitted to the Bar of this Court *pro hac vice*, hereby appears as counsel for *amicus curiae* the Asian American Legal Foundation in this matter. Counsel requests to be served with all notices and papers filed in the above-captioned action through the Court's CM/ECF system and/or at the address or email address listed below:

Lee C. Cheng  (*admitted pro hac vice*)
Asian American Legal Foundation
11 Malta Street
San Francisco, CA 94131

Tel: (510) 238-9610
Fax: (510) 473-0603
leechcheng@gmail.com

    Counsel requests that the Clerk update the docket as indicated above.

                Respectfully submitted,

Date:  August 1, 2018      By:     /s/ Lee C. Cheng     .
                                 Lee C. Cheng  (admitted *pro hac vice*)
                                 Asian American Legal Foundation
                                 11 Malta Street
                                 San Francisco, CA 94131
                                 Tel: (510) 238-9610
                                 Fax: (510) 473-0603
                                 leechcheng@gmail.com

                                 Counsel for Asian American
                                 Legal Foundation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on August 1, 2018 via the Court's CM/ECF system.


Date:  August 1, 2018         By:      /s/ Gordon M. Fauth, Jr.         .
                                       Gordon M. Fauth, Jr.