# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Case No. 1:14-cv-14176-ADB |

## NOTICE OF APPEARANCE AS COUNSEL FOR *AMICI CURIAE* THE ASIAN AMERICAN LEGAL FOUNDATION, AND ASIAN AMERICAN COALITION FOR EDUCATION

TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE THAT Gordon M. Fauth, Jr., an attorney duly admitted to the Bar of this Court *pro hac vice*, hereby appears as counsel for *amici curiae* the Asian American Legal Foundation and the Asian American Coalition for Education in this matter. Counsel requests to be served with all notices and papers filed in the above-captioned action through the Court's CM/ECF system and/or at the address or email address listed below:

Gordon M. Fauth, Jr. (admitted *pro hac vice*)

1

Litigation Law Group
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel: (510) 238-9610
Fax: (510) 473-0603
gmf@classlitigation.com

Counsel for *Amici Curiae* Asian American Legal Foundation,
and Asian American Coalition for Education

    Counsel requests that the Clerk update the docket as indicated above.

        Respectfully submitted,

Date:  August 1, 2018    By:    /s/ Gordon M. Fauth, Jr.
        Gordon M. Fauth, Jr. (admitted *pro hac vice*)
        Litigation Law Group
        1801 Clement Avenue, Suite 101
        Alameda, CA 94501
        Tel: (510) 238-9610
        Fax: (510) 473-0603
        gmf@classlitigation.com

        Counsel for *Amici Curiae* Asian American Legal
        Foundation, and Asian American Coalition for
        Education

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on August 1, 2018 via the Court's CM/ECF system.

Date:  August 1, 2018         By:        /s/ Gordon M. Fauth, Jr.              .
                                     Gordon M. Fauth, Jr.