# EXHIBIT 8

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB <br><br> **Leave to file granted on July 31, 2018** |

DECLARATION OF JASMINE PARMLEY
(HARVARD JAPAN SOCIETY)

Jasmine Parmley, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Jasmine Parmley. I am a rising sophomore at Harvard and expect to earn my bachelor's degree by 2021. I am writing this declaration individually and on behalf of the Harvard Japan Society in support of race consciousness in Harvard College's admissions policy.

2. Along with Luna Sano, I am Co-President of the Harvard Japan Society ("HJS"). After consulting with HJS's board members, I have been given authority to submit this declaration on behalf of HJS.

3. HJS seeks to spread Japanese cultural awareness throughout the Harvard community, provide Harvard students more opportunities to engage with other Japanese students, be an intermediary contact for Japan-related opportunities and Harvard students, provide support for students seeking postgraduate career opportunities in Japan, provide a platform to discuss

critical issues on Japan, and solidify relationships with other Japanese communities and organizations within and outside of Harvard.

4.  HJS decided to get involved in this lawsuit to support race consciousness in Harvard's admission policy and also as an act of solidarity with other supporters of race consciousness in Harvard's admissions policy. While we all still have room to grow, we would rather stand for something that isn't perfect that aligns with our principles rather than remain silent. HJS stands for diversity as exemplified in race conscious admissions.

5.  We do not agree with Edward Blum or SFFA. They do not speak for us. Their actions and words do not reflect how we feel, nor our lived experiences. We in no way want to negate nor discount the very valid and real opinions of those who are part of SFFA's brief, but they should not be seen as representatives of the Asian American Pacific Islander ("AAPI") community. We are uncomfortable with the way that Blum and SFFA could pit Asian Americans against Harvard and against other people of color, especially given the AAPI community's history of being used as a racial wedge. The categorization of our community as a model minority is a problem and not a stereotype that all of us want to fall into.

6.  While there is a problem with the way Harvard approaches Asian and Asian-American applicants as a group, the problem does not lie with race-conscious admissions or affirmative action. Rather, there may be a widespread problem with implicit bias with the way that AAPI applicants are discussed, both by Harvard Admissions Officers as well as by high school teachers.

7.  The problem with implicit bias can better be addressed by getting more Asian and Asian-American representation within the admission's office and among alumni interviewers. For example, my alumni interviewer turned out to be someone with whom I had a lot in common. My

interviewer's ability to understand my lived experience as a woman of color made me more comfortable.  I was able to relax and be more open when answering his questions.  I may not have had as positive an experience with the alumni interview had my interviewer not had that baseline level of understanding.

8.   Removing Harvard's ability to consider race as one of many factors in admissions will adversely affect HJS members and applicants like us.  Being Japanese is a big part of who we are.  If our application materials are to authentically reflect who we are, it is important that we be able to write about the culture we grew up with.  We would not have felt comfortable applying to Harvard if the application process required us to censor who we are.

9.   Furthermore, HJS members benefit from interacting with students from other walks of life.  Because I have had the opportunity to interact with people of diverse backgrounds, I have learned more about other cultures and have become more socially and politically aware of how other communities of color face similar problems that are manifested in different ways.

10.   Like many other students of color at Harvard, I grew up in a predominately white community.  While I generally had a wonderful experience there, I felt especially visible, even as a small child, because I was often the only Asian-American person or the only person of color in the room. Since I was the only Asian-American student in many of my classes, hurtful, racially insensitive words made by my classmates were often excused as light-hearted comments.

11.   When you are the only person of a particular background in a class, you are a lot more aware of the words coming out of your mouth and the weight that they carry.  You feel pressure to represent something more than yourself.  It is very scary when you have to be the only story or the only person of a particular background that people know.

3

12. Many of the colleges I toured as a high school student looked like the community in which I grew up. Harvard was different. The prospect of not feeling like I always had to represent my culture or anyone who in any way looked like me and meeting others who shared my experience as a person of color made Harvard especially appealing.

13. Harvard, with its vibrant community of students of color, was a refreshing change. It was so nice to meet other Japanese or Asian American students and learn that they, too, felt the way I did growing up. For many of us, coming to Harvard was the first time we found a community of others who share this experience. When you are not the odd one out, it makes you feel like you belong. When there are others from a similar background as you, there is a certain level of understanding that establishes more of a safe space. At Harvard, I feel safer voicing my opinions without someone taking my opinions as representative of a whole community.

14. The support of a welcoming community has been especially important for me. Since I am the first student in recent years from my Midwestern high school to attend an Ivy League college, coming to Harvard was especially intimidating. I would not have adjusted to Harvard as quickly had I not felt I belonged.

15. Too often, Asians and Asian Americans are viewed as the model minority and pitted against other people of color. Thus, it is important to HJS to make clear that we stand with them. While progress can still be made with the current system, we support race conscious admissions at Harvard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, July __27__, 2018

_____
Jasmine Parmley

4