**UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION**

STUDENTS FOR FAIR ADMISSIONS, INC,

    Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),

    Defendants.

Civil Action No. 1:14-cv-14176-DJC

**Declaration of Brenda Shum**

I, BRENDA SHUM, declare the following:

1. I am an attorney licensed to practice law in Oregon.
2. I am the Director of the Educational Opportunities Project at the Lawyers' Committee For Civil Rights Under Law. My business address is 1500 K Street NW, Suite 900, Washington D.C., 20005 and my telephone number is (202) 662-8332.
3. I am authorized to practice law in the U.S. District Court for Oregon.
4. I was admitted to practice law in Oregon in July 1996. My Oregon bar number is #961146.
5. I am an active member of the Oregon Bar with no record of discipline or administrative actions.
6. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.
7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.
8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Student *Amicus Curiae* in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the

orders and to the disciplinary action and civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalty of perjury this 6st day or August, 2018 in Washington D.C.

/s/ Brenda Shum

**Brenda Shum**
Lawyers Committee For Civil Rights Under Law
1500 K Street NW, Suite9
Washington D.C., 20005
(202) 662-8332
bshum@lawyerscommittee.org