UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-DJC |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
BRENDA SHUM TO APPEAR *PRO HAC VICE*__**

Having considered the motion of Matthew Cregor to admit attorney Brenda Shum *pro hac vice*, the Court finds good cause to grant the motion. The Court orders that Brenda Shum, Oregon State Bar No. 961146 be admitted *pro hac vice* as counsel for the Student *Amicus Curiae* (*see* Order at 23, June 15, 2015, ECF No. 52).

    IT IS SO ORDERED.

Dated: _____  _____
                                                UNITED STATES DISTRICT JUDGE