## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT COURT OF MASSACHUSETTS
## BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC,

                Plaintiff,

        v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE (HARVARD
CORPORATION),                                    Civil Action No. 1:14-cv-14176-DJC

                Defendant.

## MOTION FOR ADMISSION OF GENEVIEVE BONADIES TORRES
## TO APPEAR *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Matthew Cregor, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Genevieve Bonadies Torres, a member of the California Bar, to this Court for the purpose of representing Student *Amici Curiae*[1] in the above-captioned matter, and states as follows:

1.      Genevieve Bonadies Torres is Counsel with the Educational Opportunities Project at the Lawyers' Committee For Civil Rights Under Law. Her business address is 1401 New York Ave., NW, Suite 400, Washington D.C., 20005 and her telephone number is (202) 662-8326.

2.      Genevieve Bonadies Torres is an active member of the California Bar with no record of discipline as evidenced by the Certificate of Standing attached hereto as Exhibit A. There are no

---

[1] Student *Amici Curiae* are a group of current and prospective students of Harvard whom the Court granted leave to participate in this action as *amici*. Order at 23, June 15, 2015, ECF No. 52.

disciplinary proceedings pending against her as a member of the bar in any jurisdiction. See

declaration of Genevieve Bonadies Torres, attached hereto as Exhibit B.

3.      Genevieve Bonadies Torres is familiar with the applicable provisions of the Local

Rules of the United States District of Massachusetts.

4.      Matthew Cregor, a member of the Bar of the Commonwealth of Massachusetts and

the United States District Court for the District of Massachusetts will continue to represent Student

*Amici Curiae* if this motion is granted.

5.      Pursuant to Local Rule 7.1(a), Student *Amici Curiae* have conferred with counsel for

the Plaintiff and Defendant and they have no objection to granting this motion.

WHEREFORE, the Student *Amici Curiae* respectfully request that Genevieve Bonadies

Torres be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel

for Student *Amici Curiae* in the above referenced proceeding in accordance with the Rules of this

Court.

Dated: August 6, 2018                     Respectfully submitted,

                                          /s/ Matthew Cregor
                                          Matthew Cregor, Esq., BBO # 673785
                                          LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                          AND ECONOMIC JUSTICE
                                          61 Batterymarch Street, 5th Floor
                                          Boston, MA 02110
                                          Tel: (617) 988-0609
                                          mcregor@lawyerscom.org

                                          ATTORNEY FOR *AMICI CURIAE*

## <u>CERTIFICATE OF CONFERENCE</u>

In accordance with Local Rule 5.2(b) I hereby certify that this document filed through the

ECF system on August 6, 2018 will be sent electronically to the registered participants as

identified on the Notice of Electronic Filing.

/s/ Matthew Cregor
Matthew Cregor
