**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 24, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GENEVIEVE T. BONADIES, #291636 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2013; that at her request, on December 27, 2017, her name was changed to GENEVIEVE BONADIES TORRES on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records