**UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION**

STUDENTS FOR FAIR ADMISSIONS, INC,

    Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),

    Defendants.

Civil Action No. 1:14-cv-14176-DJC

**Declaration of Genevieve Bonadies Torres**

I, GENEVIEVE BONADIES TORRES, declare the following:

1. I am an attorney licensed to practice law in California.

2. I am Counsel with the Educational Opportunities Project at the Lawyers' Committee For Civil Rights Under Law. My business address is 1401 New York Ave., NW, Suite 400, Washington D.C., 20005 and my telephone number is (202) 662-8326.

3. I am authorized to practice law in the following federal court districts: U.S. District Court for the Southern District of California.

4. I was admitted to practice law in California in December 2013. My California bar number is #291636.

5. I am an active member of the California Bar with no record of discipline or administrative actions.

6. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Student *Amicus Curiae* in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the

orders and to the disciplinary action and civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalty of perjury this 1st day or August, 2018 in Washington D.C.

/s/ Genevieve Bonadies Torres

**Genevieve Bonadies Torres**
Lawyers Committee For Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington D.C., 20005
(202) 662-8326
gbonadies@lawyerscommittee.org

2