# UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-DJC |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF GENEVIEVE BONADIES TORRES TO APPEAR *PRO HAC VICE*

Having considered the motion of Matthew Cregor to admit attorney Genevieve Bonadies Torres *pro hac vice*, the Court finds good cause to grant the motion. The Court orders that Genevieve Bonadies Torres, California State Bar No. 291636 be admitted *pro hac vice* as counsel for the Student *Amicus Curiae* (*see* Order at 23, June 15, 2015, ECF No. 52).

    IT IS SO ORDERED.

Dated: _____   _____
                                             UNITED STATES DISTRICT JUDGE