UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-DJC |

## MOTION FOR ADMISSION OF EMMA DINAN
## TO APPEAR *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Matthew Cregor, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Emma Katherine Dinan, a member of the District of Columbia and New York bars, to this Court for the purpose of representing Student *Amici Curiae*[1] in the above-captioned matter, and states as follows:

1.  Emma Dinan is an associate at Arnold & Porter Kaye Scholer LLP. Her business address is 601 Massachusetts Avenue, N.W., Washington, D.C., 20001, and her telephone number is (202) 942-5485.

---

[1] Student *Amici Curiae* are a group of current and prospective students of Harvard whom the Court granted leave to participate in this action as *amici*. Order at 23, June 15, 2015, ECF No. 52.

2. Emma Dinan is an active member of the District of Columbia and New York bars with no record of discipline. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction. See Declaration of Emma Dinan, attached hereto as Exhibit A.

3. Emma Dinan is familiar with the applicable provisions of the Local Rules of the United States District of Massachusetts.

4. Matthew Cregor, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Student *Amici Curiae* if this motion is granted.

5. Pursuant to Local Rule 7.1(a), Student *Amici Curiae* have conferred with counsel for the Plaintiff and Defendant and they have no objection to granting this motion.

WHEREFORE, the Student *Amici Curiae* respectfully request that Emma Dinan be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Student *Amici Curiae* in the above referenced proceeding in accordance with the Rules of this Court.

Dated: August 6, 2018                                Respectfully submitted,

/s/ Matthew Cregor
Matthew Cregor, Esq., BBO #673785
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
AND ECONOMIC JUSTICE
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Tel: (617) 988-0609
mcregor@lawyerscom.org

ATTORNEY FOR *AMICI CURIAE*

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 5.2(b) I hereby certify that this document filed through the ECF system on August 6, 2018 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Matthew Cregor
Matthew Cregor
