**UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION**

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),

    Defendants.

Civil Action No. 1:14-cv-14176-DJC

**Declaration of Emma Katherine Dinan**

I, EMMA KATHERINE DINAN, declare the following:

1. I am an attorney licensed to practice law in the District of Columbia and New York.
2. I am an associate at Arnold & Porter Kaye Scholer LLP. My business address is 601 Massachusetts Avenue, N.W., Washington, D.C., 20001, and my telephone number is (202) 942-5485.
3. I am authorized to practice law in the following federal court districts: U.S. District & Bankruptcy Courts for the District of Columbia.
4. I was admitted to practice law in New York in April 2015 and the District of Columbia in July 2016. My District of Columbia bar number is #1015108.
5. I am an active member of the District of Columbia and New York bars with no record of discipline or administrative actions.
6. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.
7. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.
8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Student *Amicus Curiae* in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the

orders and to the disciplinary action and civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalty of perjury this 3rd day of August 2018, in Washington, D.C.

/s/ Emma Katherine Dinan

**Emma Katherine Dinan**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5485
Emma.Dinan@arnoldporter.com