# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT COURT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>　　　　Defendant. | Civil Action No. 1:14-cv-14176-DJC |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF EMMA KATHERINE DINAN TO APPEAR *PRO HAC VICE*

Having considered the Motion of Matthew Cregor to admit attorney Emma Katherine Dinan *pro hac vice*, the Court finds good cause to grant the motion. The Court orders that Emma Katherine Dinan be admitted *pro hac vice* as counsel for the Student *Amicus Curiae* (*see* Order at 23, June 15, 2015, ECF No. 52).

**IT IS SO ORDERED.**

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Hon. Allison D. Burroughs
　　　　　　　　　　　　　　　　　　　　United States District Judge