# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>      Plaintiff,<br>  v.<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>      Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## JOINT STATEMENT REGARDING THE SUBMISSION OF TRIAL BRIEFS

The Court, in its order of May 23, 2018 (Dkt. 405), set a deadline for Trial Briefs of October 1, 2018. The parties are willing and able to submit Trial Briefs on that date, but given the extensive summary judgment record already before the Court, respectfully suggest that it may be unnecessary to provide the Court with "a proposed, succinct and neutral statement summarizing the principal claims and defenses of the parties." Dkt. 405 ¶ 6(b). Should the Court agree, the parties ask that the requirement for a trial brief be stricken.

Dated: August 13, 2018					Respectfully submitted,

							/s/ *Adam K. Mortara*
							_____

							Patrick Strawbridge (BBO #678274)
							CONSOVOY MCCARTHY PARK LLP
							Ten Post Office Square
							8th Floor South PMB #706
							Boston, MA 02109
							617-227-0548
							patrick@consovoymccarthy.com

							William S. Consovoy (*pro hac vice*)
							Thomas R. McCarthy (*pro hac vice*)
							J. Michael Connolly (*pro hac vice*)
							CONSOVOY MCCARTHY PARK PLLC
							3033 Wilson Boulevard, Suite 700
							Arlington, Virginia 22201
							703-243-9423
							will@consovoymccarthy.com
							tom@consovoymccarthy.com
							mike@conosovoymccarthy.com

							Michael H. Park (*pro hac vice*)
							CONSOVOY MCCARTHY PARK PLLC
							745 Fifth Avenue, Suite 500
							New York, NY 10151
							212-247-8006
							park@consovoymccarthy.com

							Adam K. Mortara (*pro hac vice*)
							BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
							54 West Hubbard Street, Suite 300
							Chicago, IL 60654
							312-494-4400
							adam.mortara@bartlit-beck.com

							John M. Hughes (*pro hac vice*)
							BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
							1801 Wewatta Street, Suite 1200
							Denver, CO 80202
							303-592-3100
							john.hughes@bartlit-beck.com

							Paul M. Sanford (BBO #566318)
							BURNS & LEVINSON LLP
							One Citizens Plaza, Suite 1100
							Providence, RI 02903
							617-345-3000
							psanford@burnslev.com

							*Counsel for Plaintiff Students for Fair Admissions, Inc.*

*/s/ Felicia H. Ellsworth (with permission)*

Felicia H. Ellsworth (BBO #665232)
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Elizabeth C. Mooney (BBO #679522)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
617.526.6687
felicia.ellsworth@wilmerhal.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

*Counsel for Defendant President and Fellows of Harvard College*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of August, 2018.

*/s/ Adam K. Mortara*
Adam K. Mortara