# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## MOTION TO SEAL CERTAIN INFORMATION FILED IN CONNECTION WITH PLAINTIFF'S REPLY MEMORANDA IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby moves this Court for an order sealing (1) portions of its reply memoranda in support of its motion for summary judgment; and (2) parts of the declarations and all or parts of certain exhibits filed in support of its reply memoranda in support of its motion for summary judgment.  The materials that SFFA seeks to seal include information designated by Harvard as Confidential or Highly Confidential–Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 55).

WHEREFORE, SFFA respectfully requests that the Court grant this motion and allow portions of its reply memoranda in support of its motion for summary judgment and parts of the declarations and all or parts of certain exhibits filed in connection with its reply memoranda in support of its motion for summary judgment to be filed under seal on or before August 30 and to be viewed only by the Judge, her clerk(s), and Court personnel.

Respectfully submitted,

/s/ *Patrick Strawbridge*
Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

William S. Consovoy
Thomas R. McCarthy
Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: 703-243-4923
Fax: 703.243.4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
125 Summer
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: 617-345-3000
Fax: 617-345-3299
psanford@burnslev.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: August 28, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Patrick Strawbridge*
Patrick Strawbridge