# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB <br><br> **Motion to File Under Seal Granted August 28, 2018 [Dkt. 486]** |

## DECLARATION OF FELICIA H. ELLSWORTH IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF HARVARD'S MOTION FOR SUMMARY JUDGMENT ON ALL REMAINING COUNTS

I, Felicia H. Ellsworth, hereby state under oath:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court, and am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I am one of the counsel representing Defendant President and Fellows of Harvard College ("Harvard") in the above-captioned matter. I submit this declaration in support of Harvard's Reply Memorandum in Support of Its Motion for Summary Judgment on All Remaining Counts.

2. Attached hereto as Exhibit 159 is a true and accurate copy of excerpts of the April 27, 2017 deposition of Rakesh Khurana.

3. Attached hereto as Exhibit 160 is a true and accurate copy of excerpts of the May 16, 2017 deposition of ███████.

4. Attached hereto as Exhibit 161 is a true and accurate copy of excerpts of the June 16, 2017 deposition of ███████.

5.    Attached hereto as Exhibit 162 is a true and accurate copy of excerpts of the July 12, 2017 deposition of ███████████.

6.    Attached hereto as Exhibit 163 is a true and accurate copy of excerpts of the July 20, 2017 deposition of ███████████.

7.    Attached hereto as Exhibit 164 is a true and accurate copy of excerpts of the July 24, 2017 deposition of ███████.

8.    Attached hereto as Exhibit 165 is a true and accurate copy of excerpts of the July 27, 2017 deposition of ███████.

9.    Attached hereto as Exhibit 166 is a true and accurate copy of excerpts of the April 12, 2018 deposition of Peter Arcidiacono.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, August 28, 2018.

                                         */s/ Felicia H. Ellsworth*
                                         Felicia H. Ellsworth (BBO #665232)
                                         WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                         60 State Street
                                         Boston, MA 02109
                                         Tel: (617) 526-6687
                                         Fax: (617) 526-5000
                                         felicia.ellsworth@wilmerhale.com

                                         *Counsel for Defendant President and*
                                         *Fellows of Harvard College*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and the sealed version of this document will be served on counsel for SFFA by email.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth