# EXHIBIT 159

Highly Confidential - For Attorneys' Eyes Only                              1

```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
                       BOSTON DIVISION


--------------------------------x

STUDENTS FOR FAIR ADMISSIONS,
INC.,

         Plaintiff,
                                         Civil Action No.
vs.                                      1:14-cv-14176

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION);
and THE HONORABLE AND REVEREND
THE BOARD OF OVERSEERS,

         Defendants.
--------------------------------x

    - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -

             DEPOSITION OF RAKESH KHURANA, a
        witness called by the Plaintiff, taken
        pursuant to the applicable provisions of
        the Federal Rules of Civil Procedure,
        before James A. Scally, RMR, CRR, a
        Notary Public in and for the Commonwealth
        of Massachusetts, at the offices of
        WilmerHale, 60 State Street, Boston,
        Massachusetts, on Thursday, April 27,
        2017, commencing at 9:06 a.m.
```

Rakesh Khurana - April 27, 2017259
Highly Confidential - For Attorneys' Eyes Only

```
 1      Q.   And when you say -- I just want to make sure
 2   I understand.  Do you remember -- you remember that
 3   there were problems with this type of analysis when
 4   you picked this thing up and looked at it; correct?
 5      A.   I remember thinking I wouldn't use this kind
 6   of -- I would have not approached this question this
 7   way.
 8      Q.   Okay.  How would you approach the question of
 9   trying to determine whether an admissions process is
10   biased against Asian-Americans?
11              MS. ELLSWORTH:  Objection.
12      A.   I didn't -- what I was -- that's not the
13   question I would have been asking.  That's not the
14   question I thought was being asked.
15      Q.   But why -- what question did you think was
16   being asked?
17      A.   How do you -- how does -- you build up a
18   model to understand whether the process we used
19   produces the class that we think we need and would
20   want and would most benefit from a Harvard College
21   education.
22      Q.   Do you think Harvard should take steps to
23   ensure that its admissions process is not
24   disadvantaging Asian-Americans as a group?
```

COMMONWEALTH OF MASSACHUSETTS                          SUFFOLK, SS.

        I, JAMES A. SCALLY, RMR, CRR, a Certified Shorthand Reporter and Notary Public duly commissioned and qualified in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 27th day of April, 2017, at 9:06 a.m., the person hereinbefore named, RAKESH KHURANA, who provided satisfactory evidence of identification as prescribed by Executive Order 455 (03-13) issued by the Governor of the Commonwealth of Massachusetts, was by me duly sworn to testify to the truth and nothing but the truth of his knowledge concerning the matters in controversy in this cause; that he was thereupon examined upon his oath, and his examination reduced to typewriting under my direction; and that this is a true record of the testimony given by the witness to the best of my ability.

        I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

My Commission Expires:  April 8, 2022


_____
James A. Scally, RMR, CRR
CSR/Notary Public