# EXHIBIT 160

```
                                                        Page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   STUDENTS FOR FAIR
     ADMISSIONS, INC.,
 5
              Plaintiff,
 6
                                     CASE NO.
 7        vs.                        1:14-cv-14176-ADB
 8   PRESIDENT AND FELLOWS OF
     HARVARD COLLEGE (HARVARD
 9   CORPORATION),
10
              Defendant.
11
12   _____
13
14
15
16             DEPOSITION OF ▮▮▮▮▮▮▮▮
17              Sacramento, California
18                 May 16, 2017
19
20
21
22   Reported by:
23   Carrie Pederson
24   CSR No. 4373
25
```

Page 218

1       THE WITNESS:  I am not sure.
2   BY MS. ELLSWORTH:
3       Q.  Do you know why ▮▮▮▮▮▮▮ ran for board of
4   directors?
5       A.  No.
6       Q.  Were there materials distributed to the
7   membership as a part of that board vote?
8           MR. PARK:  Objection.  I'm going to instruct
9   the witness not to answer that.  Internal
10  communication is protected under the court's order,
11  April 29th, 2016, and first amendment.
12  BY MS. ELLSWORTH:
13      Q.  Are you going to follow that instruction?
14      A.  Yeah.
15      Q.  Have you ever reviewed the amendment to
16  SFFA's bylaws that provides for a new member-elected
17  director?
18          MR. PARK:  Objection.
19          THE WITNESS:  No.
20  BY MS. ELLSWORTH:
21      Q.  Do you know whether those bylaws instruct
22  that as a part of that election, individuals running
23  for member-elect director have to provide a personal
24  statement of some sort?
25      A.  I don't know.

Page 237

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12   Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review of
15   the transcript [  ] was [X] was not requested.
16   I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19   IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: May 26, 2017
23               *Carrie Pederson* (signature)
24               CARRIE PEDERSON
                 CSR No. 4373
25