# EXHIBIT 162

HIGHLY CONFIDENTIAL

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3                     BOSTON DIVISION
 4
 5    ----------------------------------------X
 6    STUDENTS FOR FAIR ADMISSIONS, INC.,
 7             Plaintiff,
 8                                    Civil Action No.
 9        vs.                         1:14-cv-14176-ADB
10
11    PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
12    (HARVARD CORPORATION),
13             Defendant.
14    ----------------------------------------X
15
16             ** HIGHLY CONFIDENTIAL **
17
18                  Deposition of
19             ████████  ████████████
20              July 12, 2017
                 9:10 a.m.
21
                   Taken at:
22                 Jones Day
            901 Lakeside Avenue
23             Cleveland, Ohio
24
25           Wendy L. Klauss, RPR
```

HIGHLY CONFIDENTIAL

Page 24

1  Q. And from the email, were you able
2  to glean a general understanding of what the
3  conference call was about, understanding that
4  you did not attend the actual call.
5          MR. PARK: Objection. Asked and
6  answered. You can answer it again.
7  A. Again, I didn't read the actual
8  content of the email in its entirety, because I
9  knew I wasn't going to be able to attend the
10 conference call.
11 Q. Other than these emails about this
12 conference call, have you received any other
13 communications from Mr. Blum?
14         MR. PARK: Objection.
15 A. Not that I can recall.
16 Q. Have you received any
17 communications from any other directors of
18 SFFA?
19         MR. PARK: I'm going to instruct
20 the witness not to answer that question on the
21 grounds that I stated before, and also now you
22 are asking about the communications with SFFA
23 members, which are also protected by the
24 associational privileges under the First
25 Amendment.

HIGHLY CONFIDENTIAL

Page 25

```
 1        Q.    Are you going to follow your
 2   counsel's instruction?
 3        A.    Yes.
 4        Q.    Do you know who other directors of
 5   SFFA are?
 6              MR. PARK:  Objection.  Same
 7   instruction not to answer.
 8              MS. MOONEY:  It is a yes-or-no
 9   question whether or not he knows.  You are
10   instructing him not to answer?
11              MR. PARK:  Correct.
12        Q.    Are you going to follow your
13   counsel's instructs?
14        A.    Yes.
15              MS. MOONEY:  Again note for the
16   record that we disagree with that instruction,
17   but we won't belabor the point.
18        Q.    Other than ███████, have you
19   ever met any other members of SFFA?
20              MR. PARK:  Objection.  You can
21   answer.
22        A.    No.
23        Q.    Other than ███████, without
24   giving me their identity, do you know any other
25   members of SFFA?
```

Page 149

1          REPORTER'S CERTIFICATE
2     The State of Ohio,   )
3                              SS:
4     County of Cuyahoga.  )
5
6            I, Wendy L. Klauss, a Notary Public
7     within and for the State of Ohio, duly
8     commissioned and qualified, do hereby certify
9     that the within named witness, ███████████ ,
10    was by me first duly sworn to testify the
11    truth, the whole truth and nothing but the
12    truth in the cause aforesaid; that the
13    testimony then given by the above-referenced
14    witness was by me reduced to stenotypy in the
15    presence of said witness; afterwards
16    transcribed, and that the foregoing is a true
17    and correct transcription of the testimony so
18    given by the above-referenced witness.
19            I do further certify that this
20    deposition was taken at the time and place in
21    the foregoing caption specified and was
22    completed without adjournment.
23
24
25

1        I do further certify that I am not
2    a relative, counsel or attorney for either
3    party, or otherwise interested in the event of
4    this action.
5             IN WITNESS WHEREOF, I have hereunto
6    set my hand and affixed my seal of office at
7    Cleveland, Ohio, on this 18th day of July, 2017.

*Wendy L. Klauss*

14           Wendy L. Klauss, Notary Public
15           within and for the State of Ohio

17   My commission expires July 13, 2019.