# EXHIBIT 163

```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5   STUDENTS FOR FAIR ADMISSIONS, INC.,
 6         Plaintiff,
 7   vs.                                        Case No.
                                          1:14-cv-14176-ADB
 8
     PRESIDENT AND FELLOWS OF HARVARD
 9   COLLEGE (HARVARD CORPORATION),
10         Defendant.
11   _____
12
13
14
15               DEPOSITION OF ███████████
16                  Palo Alto, California
17                 Thursday, July 20, 2017
18
19
20
21
22   Reported By:
23   TAVIA A. MANNING
24   CSR No. 13294, RPR, CLR, CCRR
25
```

1  BY MS. TSAI:
2      Q.  Do you know if you -- do you recall if you saw
3  the number in something that was written?
4          MR. PARK:  Objection.
5          THE WITNESS:  Don't remember.
6  BY MS. TSAI:
7      Q.  Does being a member of SFFA confer you with any
8  rights or privileges, to your understanding?
9          MR. PARK:  Objection, and I am going to
10 instruct the witness not to answer that.
11 BY MS. TSAI:
12     Q.  Are you going to accept your counsel's
13 instruction?
14     A.  Yes.
15     Q.  Do you know when SFFA filed its lawsuit against
16 Harvard?
17     A.  I feel like I knew at some point, but I can't
18 remember anymore.
19     Q.  Do you have any estimate, in your mind, as to
20 when SFFA filed its lawsuit against Harvard?
21     A.  I am really not too sure about this, but I feel
22 like maybe between one and two or three years ago.  I
23 can't remember, though.  So not too sure.
24     Q.  So at the time SFFA filed this lawsuit against
25 Harvard, had you joined SFFA yet?

1    case.
2        Q.   I see.
3             And do you remember who explained that to you?
4        A.   I believe it was Michael.
5        Q.   Since you became a standing member of SFFA,
6    have you ever reconsidered that decision?
7             MR. PARK:  Objection.
8             THE WITNESS:  Reconsidered being a standing
9    member?
10   BY MS. TSAI:
11       Q.   Yeah.
12       A.   No, I don't believe so.
13       Q.   In your involvement as a standing member in
14   this litigation, who have you communicated with who is
15   affiliated with SFFA?
16            MR. PARK:  Objection.
17            THE WITNESS:  Sorry, what was the first part of
18   the question?
19   BY MS. TSAI:
20       Q.   As a standing member in this litigation, who
21   have you communicated with who is affiliated with SFFA?
22            MR. PARK:  Actually, I am going to instruct the
23   witness not to answer that.  Calls for communications,
24   information about communications among SFFA members and
25   representatives, which is protected by the First

1  Amendment associational privilege.
2  BY MS. TSAI:
3      Q.   Are you going to accept that instruction?
4      A.   Yes.
5      Q.   Have you communicated with any attorneys
6  representing SFFA, as a standing member?
7           MR. PARK:  Objection.
8           You can answer.
9           THE WITNESS:  I don't believe so.
10 BY MS. TSAI:
11     Q.   Other than Mr. Park?
12     A.   Yeah, of course.
13     Q.   Are you been compensated for serving as a
14 standing member?
15     A.   Not that I know of.
16     Q.   Have you ever been offered any compensation for
17 being a standing member?
18     A.   I don't believe so.
19     Q.   As a standing member of SFFA, do you believe
20 you have any special responsibilities that distinguishes
21 you from other members?
22          MR. PARK:  Objection.
23          THE WITNESS:  Do I believe that I have?
24          I guess to be more involved with the case than
25 general members.  But aside from that, no, not that I

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3          That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; that the foregoing transcript is a true
10   record of the testimony given.
11         Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [] was [X] was not requested.
15         I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney of any of the party to this action.
18         IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21         Dated: August 1, 2017
22
23                _____
24                TAVIA A. MANNING
                  CSR No. 13294, RPR, CLR, CCRR
25