# EXHIBIT 164

```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5   STUDENTS FOR FAIR ADMISSIONS, INC.,
 6          Plaintiff,
 7   vs.                                          Case No.
                                              1:14-cv-14176-ADB
 8
     PRESIDENT AND FELLOWS OF HARVARD
 9   COLLEGE (HARVARD CORPORATION),
10          Defendant.
11   _____
12
13
14
15              DEPOSITION OF ▮▮▮▮▮▮▮▮
16                 Palo Alto, California
17                Monday, July 24, 2017
18
19
20
21
22   Reported By:
23   TAVIA A. MANNING
24   CSR No. 13294, RPR, CLR, CCRR
25
```

1    THE WITNESS: I think ▇▇▇▇ might have been
2 there, but I don't remember specifically speaking to her
3 about it. But otherwise, no.
4 BY MS. SANDALS:
5    Q. Do you have any siblings?
6    A. No.
7    Q. Did you speak with anybody at your high school
8 about SFFA?
9    A. No.
10    Q. How long after the meeting with Mr. Blum did
11 you become a member of SFFA?
12       MR. PARK: Objection.
13       THE WITNESS: Fairly soon. I think within a
14 week.
15 BY MS. SANDALS:
16    Q. What did you and Mr. Blum discuss at the
17 meeting at your house?
18       MR. PARK: Objection.
19       I instruct the witness not to answer the
20 question.
21       It asks about communications relating to SFFA's
22 recruitment among SFFA members, which are protected by
23 the First Amendment.
24       Like attorney-client communication, I will
25 allow the witness to answer questions about around the

Page 14

1  communication, you know, who was there and things of
2  that nature, but not the substance of it.
3  BY MS. SANDALS:
4      Q.  How long did the meeting with Mr. Blum last?
5      A.  It was about two hours, I think.
6      Q.  And this was before you became a member of
7  SFFA?
8          MR. PARK:  Objection.
9          THE WITNESS:  Yes, I think so.
10 BY MS. SANDALS:
11     Q.  Is this before ███████ became a -- was the
12 meeting -- strike that.
13         Was the meeting with Mr. Blum before ███
14 ███ became a member of SFFA?
15     A.  That, I don't know.
16     Q.  Whose idea was it for you to become a member of
17 SFFA?
18         MR. PARK:  Objection.
19         THE WITNESS:  █████ encouraged me to join, but
20 it was me who, like, signed up to be a member.
21 BY MS. SANDALS:
22     Q.  How did ███████ encourage you to join?
23     A.  He told me that he felt this was something that
24 as someone applying to colleges -- who applied to
25 colleges as an Asian student, you know, this is

1   in forming SFFA?
2        MR. PARK:  Objection.
3        THE WITNESS:  I believe there were students who
4   supported the effort to found SFFA, but, again, I am not
5   confident on that.
6   BY MS. SANDALS:
7       Q.  On what do you base your belief that
8   students -- on what do you base your belief that
9   students supported the effort to found SFFA?
10       MR. PARK:  Objection.
11       THE WITNESS:  I believe that Edward talked
12  about it when he visited our house.
13  BY MS. SANDALS:
14      Q.  And what did he tell you?
15       MR. PARK:  Objection.  I am going to instruct
16  the witness not to answer on the same basis as before.
17  BY MS. SANDALS:
18      Q.  Are you going to follow your counsel's
19  instruction?
20      A.  Yes.
21      Q.  Do you know whether any Asian Americans were
22  involved in founding SFFA?
23       MR. PARK:  Objection.
24       THE WITNESS:  I think so.
25  //

```
                                                        Page 114
 1    other in-person meetings with Mr. Blum; is that right?
 2              MR. PARK:  Objection.
 3              THE WITNESS:  I don't really know about any
 4    contact ▮▮▮▮ may have had with Mr. Blum.
 5    BY MS. SANDALS:
 6        Q.  And you testified earlier that you believe that
 7    students supported the effort to found SFFA based on
 8    something that Mr. Blum told you during the meeting at
 9    your house; is that right?
10              MR. PARK:  Objection.
11              THE WITNESS:  Yes.
12    BY MS. SANDALS:
13        Q.  What did Mr. Blum tell you that led you to
14    believe that students supported the effort to found
15    SFFA?
16              MR. PARK:  Objection.
17              I am going to instruct the witness not to
18    answer.  It's communications among members protected by
19    the First Amendment.
20              MS. SANDALS:  Even though this communication
21    took place before ▮▮▮▮ was a member of SFFA?
22              MR. PARK:  Well, so, one, I don't think he's
23    entirely clear about the timeframe or at least I am not.
24              And, two, yes, if it was before then, I think
25    it probably could be considered an SFFA-related activity
```

1        I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; that the foregoing transcript is a true
10   record of the testimony given.
11       Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [] was [X] was not requested.
15       I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney of any of the party to this action.
18       IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated: August 3, 2017
22
23                    _____
                     TAVIA A. MANNING
24                   CSR No. 13294, RPR, CLR, CCRR
25