# EXHIBIT 165

```
                                                         Page 1
 1            UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF MASSACHUSETTS
 3    --------------------------------------X
      STUDENTS FOR FAIR ADMISSIONS, INC., )
 4                                         )
                    Plaintiff,             )
 5                                         )  Civ. No.
          vs.                              )  14-cv-14176-
 6                                         )  (ADS)
      PRESIDENT AND FELLOWS OF HARVARD     )
 7    COLLEGE (HARVARD CORPORATION),       )
                                           )
 8                  Defendant.             )
      --------------------------------------X
 9
10                  July 27, 2017
11                  1:00 p.m.
12
13        DEPOSITION OF ▒▒▒▒▒▒▒▒, taken by
14   Defendant, held at the offices of Wilmer Cutler
15   Pickering Hale and Dorr LLP, 7 World Trade Center,
16   New York, New York, pursuant to Subpoena, before by
17   Mayleen Ahmed, a Registered Merit Reporter,
18   Certified Realtime Reporter, Washington Certified
19   Court Reporter, and Notary Public of the State of
20   New York.
21
22
23
24
```

Page 36

1  president and the Board?
2          MR. PARKS:  Objection.
3      A.   "Members are afforded the opportunity to
4  discuss SFFA's... business" -- "mission and
5  business with the president of the Board."
6          I believe I have been afforded that
7  opportunity, yes.
8      Q.   How have you been afforded that
9  opportunity?
10     A.   At the initial meeting with Edward Blum,
11 he told me to feel free to contact him with any
12 further questions and --
13     Q.   That -- sorry.
14     A.   And I believe he also said that in
15 several emails, "Feel free to contact me with any
16 questions."
17     Q.   Has he ever met you since you've been a
18 member of SFFA?
19         MR. PARKS:  Objection, and instruct the
20    witness not to answer.  It's asking about the
21    content of communications among members.
22     Q.   Have you ever availed yourself of the
23 opportunity to email Mr. Blum?
24     A.   Have I ever availed myself to contact

Page 47

1           MR. PARKS:  Objection.
2       A.  Perhaps I would ask for more active
3  invitations for conference calls.  I don't know.
4       Q.  Aside from appearing at this deposition
5  today, have you provided any kind of service to SFFA?
6           MR. PARKS:  Objection.
7       A.  Can you clarify what you mean by "service"?
8       Q.  Have you devoted any time to serving SFFA?
9           MR. PARKS:  Objection.
10      A.  No.
11      Q.  How much total time do you think you've
12 spent on activities relating to SFFA since you
13 joined it?
14      A.  I don't know the total amount of time.
15      Q.  Are you aware of any instance when an
16 SFFA member provided input, direction, or guidance
17 to SFFA?
18          MR. PARKS:  Objection.
19      A.  Sorry.  Could you repeat the question?
20      Q.  Sure.  Are you aware of any instance when
21 an SFFA maybe provided input, direction, or
22 guidance to SFFA?
23          MR. PARK:  I'm going to instruct the
24     witness not to answer that question.  It calls

Page 48

1     for communications among members, maybe among
2     counsel.  I don't even really know what the
3     question is asking for, but it's --
4          MR. WINIK:  You can just state that you
5     object on privilege grounds, if that's the
6     objection.
7          MR. PARK:  I'm instructing the witness
8     not to answer on privilege and, I think, first
9     amendment grounds.
10    Q.   And, again, I'm not asking for the
11 content of any such communications, I'm just
12 asking:  Yes or no, are you aware of an instance in
13 which an SFFA member provided input, direction or
14 guidance to SFFA?
15         MR. PARK:  And I'm repeating the same
16    instruction.
17    Q.   Have you ever disagreed with the decision
18 SFFA has taken?
19         MR. PARKS:  Objection.  Asked and
20    answered.
21         MR. WINIK:  I asked it about this
22    litigation.
23    Q.   Have you ever more generally disagreed
24 with the decision SFFA has taken?

C E R T I F I C A T E

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF BRONX      )

       I, MAYLEEN AHMED, a Registered Merit Reporter, Certified Realtime Reporter, Washington Certified Court Reporter and Notary Public of the State of New York, do hereby certify that the foregoing deposition of ▮▮▮▮▮▮▮▮ was taken stenographically before me on July 27, 2017 and transcribed by me.

       That the witness was duly sworn by me, and that such deposition is a true record of the testimony given by such witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of August 2017.

*Mayleen Ahmed*

-----------------------------------------
MAYLEEN AHMED, RMR, CRR, WA CCR No. 3402