# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>          Plaintiff,<br>     v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>          Defendant | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Richard J. Rosensweig of Goulston & Storrs PC on behalf of the Amici Curiae Social Scientists and Scholars, including OiYan Poon, Megan Segoshi, David Silver, Janelle Wong, and Liliana Garces[1] in the above-captioned action.

Respectfully submitted,

SOCIAL SCIENTISTS AND SCHOLARS, INCLUDING OIYAN POON, MEGAN SEGOSHI, DAVID SILVER, JANELLE WONG, AND LILIANA GARCES,[1]

By their attorneys,

*/s/Richard J. Rosensweig*
Richard J. Rosensweig (BBO No. 639457)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone (617) 574-3588
rrosensweig@goulstonstorrs.com

Dated: August 29, 2018

---

[1] Additional Social Scientists on behalf of whom this Appearance is filed are listed in Attachment A.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on August 29, 2018, through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Richard J. Rosensweig
Richard J. Rosensweig

4828-5852-1201.1