***ATTACHMENT A***

LIST OF AMICI

| | | |
|---|---|---|
| 1. | Abajian, Suzie | Orange County Department of Education |
| 2. | Abes, Elisa | Miami University |
| 3. | Acevedo-Gil, Nancy | California State University, San Bernardino |
| 4. | Adamian, Annie | California State University, Chico |
| 5. | Agius Vallejo, Jody | University of Southern California |
| 6. | Agozino, Onwubiko | Virginia Polytechnic Institute and State University |
| 7. | Aguilar-Hernández, José M. | California State Polytechnic University, Pomona |
| 8. | Ali, Arshad | George Washington University |
| 9. | Alvarez, Cynthia L. | University of California, Los Angeles |
| 10. | Amechi, Mauriell | University of Redlands |
| 11. | Ampaw, Frimpomaa | Central Michigan University |
| 12. | Ananth, Akhila | California State University, Los Angeles |
| 13. | Anderson, Lauren | Connecticut College |
| 14. | Annamma, Subini | University of Kansas |
| 15. | Antonio, Anthony | Stanford University |
| 16. | Antrop-Gonzalez, Rene | Metropolitan State University |
| 17. | Aptekar, Sofya | University of Massachusetts Boston |
| 18. | Aquino Sosa, Gloria | Saint Mary's College of California |
| 19. | Arao, Brian | University of California, Santa Cruz |
| 20. | Ardoin, Sonja | Appalachian State University |
| 21. | Arellano, Lucy | Oregon State University |
| 22. | Asato, Jolynn | San Jose State University |
| 23. | Assalone, Amanda | Southern Education Foundation |
| 24. | Au, Kathryn H. | University of Hawaiʻi, Mānoa |
| 25. | Austin, Algernon | Demos |
| 26. | Austin, Ann | Michigan State University |
| 27. | Baber, Lorenzo | Iowa State University |
| 28. | Bahena, Sofia | University of Texas at San Antonio |
| 29. | Ballysingh, Tracy | University of Vermont |
| 30. | Barnhardt, Cassie | University of Iowa |
| 31. | Barone, Ryan | Colorado State University |
| 32. | Basile, Vincent | Colorado State University |
| 33. | Bastedo, Michael | University of Michigan |
| 34. | Beatty, Cameron | Florida State University |
| 35. | Bengochea, Alain | University of Nevada, Las Vegas |
| 36. | Bensimon, Estela | University of Southern California |
| 37. | Berger, Joseph | University of Massachusetts Boston |
| 38. | Berliner, David | Arizona State University |
| 39. | Bernal, Jesse | Grand Valley State University |

*ATTACHMENT A*

| | | |
|---|---|---|
| 40. | Bernardo, Joseph | Loyola Marymount University |
| 41. | Berrey, Ellen | University of Toronto |
| 42. | Berriz, Berta | Lesley University |
| 43. | Blockett, Reginald | Grand Valley State University |
| 44. | Bloom-Leiva, Gilda | San Francisco State University |
| 45. | Bondi, Stephanie | University of Nebraska |
| 46. | Borja, Melissa | University of Michigan |
| 47. | Boylan, Hunter | Appalachian State University |
| 48. | Brazelton, Grady | Northern Arizona University |
| 49. | Bukoski, Beth | University of Texas at Austin |
| 50. | Burciaga, Rebeca | San Jose State University |
| 51. | Byrd, Ajani | Mission College |
| 52. | Byrd, W. Carson | University of Louisville |
| 53. | Cabrera, Nolan | University of Arizona |
| 54. | Cain, Ebony | Pepperdine University |
| 55. | Calderon, Dolores | Western Washington University |
| 56. | Calderone, Shannon | Washington State University |
| 57. | Callahan, Rebecca | University of Texas at Austin |
| 58. | Camacho, Keith | University of California, Los Angeles |
| 59. | Camangian, Patrick | University of San Francisco |
| 60. | Cantor, Nancy | Rutgers University-Newark |
| 61. | Cantwell, Brendan | Michigan State University |
| 62. | Castillo-Montoya, Milagros | University of Connecticut |
| 63. | Castro Samayoa, Andrés | Boston College |
| 64. | Castro, Erin | University of Utah |
| 65. | Catalano, D. Chae | Western Illinois University |
| 66. | Chan, Jason | Independent Scholar |
| 67. | Chang, Benji | Education University of Hong Kong |
| 68. | Chao Romero, Robert | University of California, Los Angeles |
| 69. | Cheah, Charissa | University of Maryland, Baltimore County |
| 70. | Chen, Angela | Pre-Health Dreamers |
| 71. | Chen, Carolyn | University of California, Berkeley |
| 72. | Chen, Jondou | University of Washington |
| 73. | Chen, Stephanie | Wright Institute |
| 74. | Cheng, Jih-Fei | Scripps College |
| 75. | Cheung, Christabel | University of Hawaiʻi, Mānoa |
| 76. | Chiang, Warren | Stanford University |
| 77. | Chikkatur, Anita | Carleton College |
| 78. | Chin, Christina | California State University, Fullerton |
| 79. | Chin, Jean Lau | Adelphi University |
| 80. | Ching, Cheryl | University of Massachusetts Boston |

2

**ATTACHMENT A**

| | | |
|---|---|---|
| 81. | Chow, Candace | University of Utah |
| 82. | Chung, Angie | University at Albany |
| 83. | Cintron-Vélez, Aixa | Russell Sage Foundation |
| 84. | Clark, Christine | University of Nevada, Las Vegas |
| 85. | Cohen, Sarah | Loyola University Chicago |
| 86. | Cokley, Kevin | University of Texas at Austin |
| 87. | Collins, Christopher | Azusa Pacific University |
| 88. | Conchas, Gilberto | University of California, Irvine |
| 89. | Cooper Stein, Kristy | Michigan State University |
| 90. | Covarrubias, Alejandro | University of San Francisco |
| 91. | Crisp, Gloria | Oregon State University |
| 92. | Cruz, Cindy | University of California, Santa Cruz |
| 93. | Cuellar, Marcela | University of California, Davis |
| 94. | Dache-Gerbino, Amalia | University of Missouri |
| 95. | Dancy, T. Elon | University of Pittsburgh |
| 96. | Danico, Mary | California State Polytechnic University, Pomona |
| 97. | Dao, Loan | University of Massachusetts Boston |
| 98. | Darling-Hammond, Linda | Stanford University |
| 99. | DasGupta, Debanuj | University of Connecticut |
| 100. | Davis III, Charles H.F. | University of Southern California |
| 101. | Davis, Tracy | Western Illinois University |
| 102. | DeAngelo, Linda | University of Pittsburgh |
| 103. | Deckman, Sherry | Lehman College, City University of New York |
| 104. | DeGuia, Vanessa | Teach For America |
| 105. | DeGuzman, Glenn | University of California, Berkeley |
| 106. | deGuzman, Jean-Paul | University of California, Los Angeles |
| 107. | Denson, Nida | Western Sydney University |
| 108. | Deo, Meera | University of California, Davis |
| 109. | Desai, Shruti | McKendree University |
| 110. | Dhingra, Pawan | Amherst College |
| 111. | Dineen-Wimberly, Ingrid | University of La Verne |
| 112. | Dotts, Brian | University of Georgia |
| 113. | Dowd, Alicia | Pennsylvania State University |
| 114. | Drezner, Noah | Columbia University |
| 115. | Duran, Richard P | University of California, Santa Barbara |
| 116. | Dwyer, Brighid | Villanova University |
| 117. | Dymski, Gary | University of Leeds |
| 118. | Eagan, Kevin | University of California, Los Angeles |
| 119. | Eaton, Susan | Brandeis University |
| 120. | Eaton, Paul | Sam Houston State University |
| 121. | Edejer, Eilene | Loyola University Chicago |

4846-3914-1233.1

***ATTACHMENT A***

| | | |
|---|---|---|
| 122. | Edwards Williams, Kirsten | University of Oklahoma |
| 123. | Edwards, Korie | Ohio State University |
| 124. | Embrick, David | University of Connecticut |
| 125. | Endo, Rachel | University of Washington Tacoma |
| 126. | Engberg, Mark | University of Denver |
| 127. | Espino, Michelle | University of Maryland, College Park |
| 128. | Fabionar, James | University of San Diego |
| 129. | Felder, Pamela | Black Doctorates Matter |
| 130. | Fernandes, Leela | University of Michigan |
| 131. | Fernandez, Frank | University of Houston |
| 132. | Fine, Michelle | The Graduate Center, City University of New York |
| 133. | Finnegan, Dorothy E. | College of William and Mary |
| 134. | Fiske, Susan | Princeton University |
| 135. | Flores, Stella | New York University |
| 136. | Fox, Heather | University of Illinois at Urbana-Champaign |
| 137. | Francisco-Menchavez, Valerie | San Francisco State University |
| 138. | Frankenberg, Erica | Pennsylvania State University |
| 139. | Frasure-Yokley, Lorrie | University of California, Los Angeles |
| 140. | Fried, Jane | Central Connecticut State University |
| 141. | Fries-Britt, Sharon | University of Maryland, College Park |
| 142. | Fujimoto, Eugene | California State University, Fullerton |
| 143. | Fultz, Michael | University of Wisconsin - Madison |
| 144. | Furr, Sara | University of Chicago |
| 145. | Gándara, Patricia | University of California, Los Angeles |
| 146. | Garces, Liliana M. | University of Texas at Austin |
| 147. | Garcia Bedolla, Lisa | University of California, Berkeley |
| 148. | Garcia, Crystal | Auburn University |
| 149. | Garcia, Jennifer | Loyola Marymount University |
| 150. | Garibay, Juan | University of Virginia |
| 151. | Gasman, Marybeth | University of Pennsylvania |
| 152. | Gee, Gilbert | University of California, Los Angeles |
| 153. | George Mwangi, Chrystal | University of Massachusetts Amherst |
| 154. | George, Casey | University of Louisville |
| 155. | Geron, Kim | California State University, East Bay |
| 156. | Giani, Matthew | University of Texas at Austin |
| 157. | Gilbert, Aliza | Highland Park High School |
| 158. | Gilkerson, Tammeil | Laney College |
| 159. | Gin, Kevin | Holy Names University |
| 160. | Gina, Garcia | University of Pittsburgh |
| 161. | Ginsberg, Ricki | Colorado State University |
| 162. | Gonzales, Leslie | Michigan State University |

4

*ATTACHMENT A*

| | | |
|---|---|---|
| 163. | Goodman, Kathleen | Miami University |
| 164. | Gordon da Cruz, Cynthia | Chabot College |
| 165. | Goyette, Kimberly | Temple University |
| 166. | Grande, Sandy | Connecticut College |
| 167. | Graves, Joseph | Joint School of Nanosciences & Nanoengineering, North Carolina AT&T State University & The University of North Carolina at Greensboro |
| 168. | Guido, Florence | University of Northern Colorado |
| 169. | Gurin, Patricia | University of Michigan |
| 170. | Gutierrez, Kris | University of California, Berkeley |
| 171. | Hakuta, Kenji | Stanford University |
| 172. | Hall, Aris | Clemson University |
| 173. | Hall, Gordon | University of Oregon |
| 174. | Han, Hahrie | University of California, Santa Barbara |
| 175. | Hancock Alfaro, Ange-Marie | University of Southern California |
| 176. | Hardie, Jessica | Hunter College, City University of New York |
| 177. | Harper, Shaun | University of Southern California |
| 178. | Hart, Jeni | University of Missouri |
| 179. | Hartlep, Nicholas | Metropolitan State University |
| 180. | Haslerig, Siduri | University of Oklahoma |
| 181. | Hatch-Tocaimaza, Deryl | University of Nebraska |
| 182. | Heller, Donald | University of San Francisco |
| 183. | Hernandez, Xavier | University of California, Irvine |
| 184. | Hildebrandt, Melanie | Indiana University of Pennsylvania |
| 185. | Hillman, Nicholas | University of Wisconsin - Madison |
| 186. | Hinchey, Patricia | Pennsylvania State University |
| 187. | Hirschman, Daniel | Brown University |
| 188. | Holme, Jennifer | University of Texas at Austin |
| 189. | Hom, Delia Cheung | Northeastern University |
| 190. | Horn, Catherine | University of Houston |
| 191. | Hornak, Anne | Central Michigan University |
| 192. | Houston, Derek | University of Oklahoma |
| 193. | Hsieh, Betina | California State University, Long Beach |
| 194. | Hsin, Amy | Queens College, City University of New York |
| 195. | Hsu, Madeline | University of Texas at Austin |
| 196. | Hudson, Tara | Kent State University |
| 197. | Hughes, Bryce | Montana State University |
| 198. | Humphries, Marisha | University of Illinois at Chicago |
| 199. | Hung, Yun-Ting | Metropolitan State University |
| 200. | Huo, Yuen | University of California, Los Angeles |
| 201. | Hurtado, Sylvia | University of California, Los Angeles |

4846-3914-1233.1

**ATTACHMENT A**

| | | |
|---|---|---|
| 202. | Inman, Arpana | Lehigh University |
| 203. | Ishimaru, Ann M. | University of Washington |
| 204. | Iverson, Susan | Manhattanville College |
| 205. | Jain, Dimpal | California State University, Northridge |
| 206. | Jayakumar, Uma | University of California, Riverside |
| 207. | Jenkins, DeMarcus | University of Arizona |
| 208. | Jeung, Russell | San Francisco State University |
| 209. | Jez, Su Jin | California State University, Sacramento |
| 210. | Johnson, Dawn | Syracuse University |
| 211. | Johnson, Matthew | Central Michigan University |
| 212. | Johnson, Royel | Pennsylvania State University |
| 213. | Johnston-Guerrero, Marc | Ohio State University |
| 214. | Jones, B. Noble | University of Georgia |
| 215. | Jourian, TJ | Oakland University |
| 216. | Junn, Jane | University of Southern California |
| 217. | Kanagala, Vijay | University of Vermont |
| 218. | Kang, Miliann | University of Massachusetts Amherst |
| 219. | Kawakyu O'Connor, Nahoko | University of Rochester |
| 220. | Kelly, Bridget | University of Maryland, College Park |
| 221. | Ken, Ivy | George Washington University |
| 222. | Kezar, Adrianna | University of Southern California |
| 223. | Kiang, Peter | University of Massachusetts Boston |
| 224. | Killen, Melanie | University of Maryland, College Park |
| 225. | Kim, Barbara | California State University, Long Beach |
| 226. | Kim, Jung | Lewis University |
| 227. | Kim, Nadia | Loyola Marymount University |
| 228. | Kim, Richard | University of California, Davis |
| 229. | Kim, Stephanie | Georgetown University |
| 230. | Kimberly, Griffin | University of Maryland, College Park |
| 231. | King, M. Bruce | University of Wisconsin - Madison |
| 232. | Kinzie, Jillian | Indiana University Bloomington |
| 233. | Kiuhara, Sharlene | University of Utah |
| 234. | Klasik, Daniel | George Washington University |
| 235. | Klemencic, Manja | Harvard University |
| 236. | Kodama, Corinne | University of Illinois at Chicago |
| 237. | Kohli, Rita | University of California, Riverside |
| 238. | Kokka, Kari | University of Pittsburgh |
| 239. | Kondo, Dorinne | University of Southern California |
| 240. | Kornhaber, Mindy | Pennsylvania State University |
| 241. | Kortegast, Carrie | Northern Illinois University |
| 242. | Kousser, J. Morgan | California Institute of Technology |

*ATTACHMENT A*

| | | |
|---|---|---|
| 243. | Kumashiro, Kevin | Independent Scholar |
| 244. | Kwan, Yvonne | San Jose State University |
| 245. | Kwon, Hyeyoung | Indiana University Bloomington |
| 246. | Kwon, Yaejoon | Independent Scholar |
| 247. | Lachica Buenavista, Tracy | California State University, Northridge |
| 248. | Lai, James | Santa Clara University |
| 249. | Lau, Anna | University of California, Los Angeles |
| 250. | Lau, Chrissy | Texas A&M University - Corpus Christi |
| 251. | Le, C.N. | University of Massachusetts Amherst |
| 252. | Ledesma, María | University of Utah |
| 253. | Lee Tu, Dawn | De Anza College |
| 254. | Lee, C. Aujean | University of Oklahoma |
| 255. | Lee, Fred | University of Connecticut |
| 256. | Lee, Jennifer | Columbia University |
| 257. | Lee, Jenny | University of Arizona |
| 258. | Lee, Richard | University of Minnesota |
| 259. | Lee, Stacey | University of Wisconsin - Madison |
| 260. | Lehman, Kathleen J. | University of California, Los Angeles |
| 261. | Lehr, Jane | California Polytechnic State University |
| 262. | Lester, Jaime | George Mason University |
| 263. | Leung, Maxwell | California College of the Arts |
| 264. | Lewis, Amanda | University of Illinois at Chicago |
| 265. | Lewis, Consuella | Concordia University Portland |
| 266. | Lewis, Maria | Pennsylvania State University |
| 267. | Li, Amy | University of Northern Colorado |
| 268. | Lien, Pei-te | University of California, Santa Barbara |
| 269. | Linde, Robyn | Rhode Island College |
| 270. | Longerbeam, Susan | University of Louisville |
| 271. | Lopez, Francesca | University of Arizona |
| 272. | Louie, Vivian | William T. Grant Foundation |
| 273. | Lu, Charles | University of California, San Diego |
| 274. | Lugg, Catherine | Rutgers University |
| 275. | Lui, Joyce | San Jose City College |
| 276. | Luie, Siu Ming | Northeastern University |
| 277. | MacLachlan, Anne | University of California, Berkeley |
| 278. | Maeda, Daryl | University of Colorado Boulder |
| 279. | Maira, Sunaina | University of California, Davis |
| 280. | Malone, Mei-Ling | California State University, Fullerton |
| 281. | Manzano, Lester | Loyola University Chicago |
| 282. | Maramba, Dina | Claremont Graduate University |
| 283. | Marcus, Ann | New York University |

4846-3914-1233.1

ATTACHMENT A

| | | |
|---|---|---|
| 284. | Marin, Patricia | Michigan State University |
| 285. | Marine, Susan B. | Merrimack College |
| 286. | Marisa, Abrajano | University of California, San Diego |
| 287. | Marquez Kiyama, Judy | University of Denver |
| 288. | Marsh, Tyson | Seattle University |
| 289. | Martin, Georgianna | University of Georgia |
| 290. | Martin, Isaac | University of California, San Diego |
| 291. | Martinez Aleman, Ana M. | Boston College |
| 292. | Martinez, Brandon | Providence College |
| 293. | Martinez, Danny C. | University of California, Davis |
| 294. | Martinez, Eligio | Claremont Graduate University |
| 295. | Martinez, Magdalena | University of Nevada, Las Vegas |
| 296. | Martinez, Melissa | Texas State University |
| 297. | Martínez, Ramón | Stanford University |
| 298. | Masuoka, Natalie | University of California, Los Angeles |
| 299. | Mattheis, Allison | California State University, Los Angeles |
| 300. | Mayer, Anysia | California State University, Stanislaus |
| 301. | Mayorga, Edwin | Swarthmore College |
| 302. | McClellan, George | University of Mississippi |
| 303. | McClintock, Charles | Fielding Graduate University |
| 304. | McDermott, Kathryn | University of Massachusetts Amherst |
| 305. | McDonough, Patricia M. | University of California, Los Angeles |
| 306. | McEwen, Marylu | University of Maryland, College Park |
| 307. | McGowan, Brian | University of North Carolina at Greensboro |
| 308. | McGuire, Keon | Arizona State University |
| 309. | McLaughlin, Conor | Bowling Green State University |
| 310. | Means, Darris | University of Georgia |
| 311. | Mendoza-Reis, Noni | San Jose State University |
| 312. | Merseth, Julie Lee | Northwestern University |
| 313. | Mickelson, Roslyn Arlin | University of North Carolina at Charlotte |
| 314. | Milano, Joy | Michigan State University |
| 315. | Milem, Jeffrey | University of California, Santa Barbara |
| 316. | Mintz, Beth | University of Vermont |
| 317. | Mirra, Nicole | Rutgers University |
| 318. | Mistry, Rashmita | University of California, Los Angeles |
| 319. | Mitra, Dana | Pennsylvania State University |
| 320. | Mobley, Jr., Steve | University of Alabama |
| 321. | Moore, Helen | University of Nebraska |
| 322. | Morales, Erica | California State Polytechnic University, Pomona |
| 323. | Morales, P. Zitlali | University of Illinois at Chicago |
| 324. | Morgan, Demetri | Loyola University Chicago |

4846-3914-1233.1

**ATTACHMENT A**

| | | |
|---|---|---|
| 325. | Morgan, Zachary | California Institute of the Arts |
| 326. | Moses, Michele | University of Colorado Boulder |
| 327. | Moses, Yolanda | University of California, Riverside |
| 328. | Motha, Suhanthie | University of Washington |
| 329. | Munoz, Susana | Colorado State University |
| 330. | Museus, Samuel | University of California, San Diego |
| 331. | Myers, Kit | University of California, Merced |
| 332. | Nakae, Sunny | Loyola University Chicago |
| 333. | Nakagawa, Kathryn | Arizona State University |
| 334. | Nakano, Dana | California State University, Stanislaus |
| 335. | Nam, Victoria | California State University, Monterey Bay |
| 336. | Narui, Mitsu | Capital University |
| 337. | Navarro, Oscar | California Polytechnic State University |
| 338. | Negrón-Gonzales, Genevieve | University of San Francisco |
| 339. | Nelson Laird, Thomas | Indiana University Bloomington |
| 340. | Nelson, Chris | University of Denver |
| 341. | Ngo, Bic | University of Minnesota |
| 342. | Ngo, Federick | University of Nevada, Las Vegas |
| 343. | Nguyen, Bach Mai Dolly | Lewis & Clark College |
| 344. | Nguyen, David Hoa | Indiana University - Purdue University, Indianapolis |
| 345. | Nguyen, Thai-Huy | Seattle University |
| 346. | Nicolazzo, Z | University of Arizona |
| 347. | Nienhusser, H. Kenny | University of Connecticut |
| 348. | Nieto, Sonia | University of Massachusetts Amherst |
| 349. | Noah, Aggie | Arizona State University |
| 350. | Noguera, Pedro | University of California, Los Angeles |
| 351. | Noh, Eliza | California State University, Fullerton |
| 352. | Oakes, Jeannie | University of California, Los Angeles |
| 353. | Obear, Kathy | Center for Transformation and Change |
| 354. | Ocampo, Anthony | California State Polytechnic University, Pomona |
| 355. | Oda, Meredith | University of Nevada, Reno |
| 356. | Okamoto, Dina | Indiana University |
| 357. | Oliva, Maricela | University of Texas at San Antonio |
| 358. | Olivas, Michael A. | University of Houston |
| 359. | Oluwole, Joseph | Montclair State University |
| 360. | Ong, Paul | University of California, Los Angeles |
| 361. | Ono, Kent | University of Utah |
| 362. | Orfield, Gary | University of California, Los Angeles |
| 363. | Orphan, Cecilia | University of Denver |
| 364. | Oseguera, Leticia | Pennsylvania State University |
| 365. | Ozaki, Casey (Carolyn) | University of North Dakota |

*ATTACHMENT A*

| | | |
|---|---|---|
| 366. | Pacheco, Denise | University of California, Los Angeles |
| 367. | Padios, Jan | University of Maryland, College Park |
| 368. | Paguyo, Christina | University of Denver |
| 369. | Park, Jerry | Baylor University |
| 370. | Park, John | University of California, Santa Barbara |
| 371. | Park, Moises | Baylor University |
| 372. | Parker, Eugene | University of Kansas |
| 373. | Parker, Tara | University of Massachusetts Boston |
| 374. | Parreñas, Rhacel | University of Southern California |
| 375. | Patel, Leigh | University of Pittsburgh |
| 376. | Patraporn, Varisa | California State University, Long Beach |
| 377. | Patton Davis, Lori | Indiana University - Purdue University, Indianapolis |
| 378. | Pendakur, Sumun | University of Southern California |
| 379. | Perez II, David | Miami University |
| 380. | Perez, Patricia A. | California State University, Fullerton |
| 381. | Perez, Rosemary | Iowa State University |
| 382. | Perez-Felkner, Lara | Florida State University |
| 383. | Perna, Laura | University of Pennsylvania |
| 384. | Pham, Minh-Ha | University of California, Berkeley |
| 385. | Poon, OiYan | Colorado State University |
| 386. | Pope, Raechele | University at Buffalo |
| 387. | Porter, Christa | Kent State University |
| 388. | Posselt, Julie | University of Southern California |
| 389. | Powers, Jeanne M. | Arizona State University |
| 390. | Quintanar, Rosalinda | San Jose State University |
| 391. | Ramirez, Hiram | California State University, Channel Islands |
| 392. | Ramirez, Ricardo | University of Notre Dame |
| 393. | Ramirez-Stapleton, Marcela | University of California, Irvine |
| 394. | Ramos, Aida | George Fox University |
| 395. | Ramos, Delma | University of North Carolina at Greensboro |
| 396. | Reddick, Richard J. | University of Texas at Austin |
| 397. | Renée Valladares, Michelle | University of Colorado Boulder |
| 398. | Rennick, Liz | University of Arizona |
| 399. | Reyes, Pedro | University of Texas at Austin |
| 400. | Reynolds, Amy | University at Buffalo |
| 401. | Riggers-Piehl, Tiffani | University of Missouri, Kansas City |
| 402. | Rincón, Blanca | University of Nevada, Las Vegas |
| 403. | Rios Aguilar, Cecilia | University of California, Los Angeles |
| 404. | Rivera, Gwendelyn | University of Southern California |
| 405. | Ro, Hyun Kyoung (Hyunny) | Bowling Green State University |
| 406. | Robbins, Claire | Virginia Polytechnic Institute and State University |

*ATTACHMENT A*

| | | |
|---|---|---|
| 407. | Roberts, Maria | University of Nevada, Las Vegas |
| 408. | Rodríguez, Noreen | Iowa State University |
| 409. | Rodriguez, Robyn | University of California, Davis |
| 410. | Rodriguez-Kiino, Diane | California Lutheran University |
| 411. | Rooks, Curtiss | Loyola Marymount University |
| 412. | Ropers-Huilman, Rebecca | University of Minnesota |
| 413. | Rosiek, Gerald | University of Oregon |
| 414. | Rowan-Kenyon, Heather | Boston College |
| 415. | Rubin, Paul | University of Utah |
| 416. | Ruck, Martin | The Graduate Center, City University of New York |
| 417. | Sablan, Jenna | University of Maryland, College Park |
| 418. | Saenz, Victor | University of Texas at Austin |
| 419. | Saito, Leland | University of Southern California |
| 420. | Sallee, Margaret | University at Buffalo |
| 421. | Saw, Anne | DePaul University |
| 422. | Schramm-Pate, Susan | University of Southern California |
| 423. | Schuster, Maximilian | University of Pittsburgh |
| 424. | Scott, Janelle | University of California, Berkeley |
| 425. | Segal, Marcia Texler | Indiana University Southeast |
| 426. | Segoshi, Megan | Independent Scholar |
| 427. | Serna, Gabriel | Michigan State University |
| 428. | Sewell, Christopher | Williams College |
| 429. | Shallish, Lauren | College of New Jersey |
| 430. | Sharma, Nitasha | Northwestern University |
| 431. | Shek, Yen Ling | University of California, Los Angeles |
| 432. | Shelton, Leslie | University of Arkansas |
| 433. | Shih, Kristy | California State University, Long Beach |
| 434. | Siegel-Hawley, Genevieve | Virginia Commonwealth University |
| 435. | Silver, David | Impaq International |
| 436. | Sipma-Dysico, Carlene | Lewis University |
| 437. | Snyder, Seth | Carleton College |
| 438. | Sohoni, Deenesh | College of William and Mary |
| 439. | Solorzano, Daniel | University of California, Los Angeles |
| 440. | Soria, Krista | University of Minnesota |
| 441. | Spickard, Paul | University of California, Santa Barbara |
| 442. | Squire, Dian | Northern Arizona University |
| 443. | Stapleton, Lissa | California State University, Northridge |
| 444. | Stearns, Elizabeth | University of North Carolina at Charlotte |
| 445. | Stewart, Abigail | University of Michigan |
| 446. | Stewart, Dafina-Lazarus | Colorado State University |
| 447. | Stovall, David | University of Illinois at Chicago |

4846-3914-1233.1

| | | |
|---|---|---|
| 448. | Strolovitch, Dara | Princeton University |
| 449. | Strunk, Kamden | Auburn University |
| 450. | Sule, Thandi | Oakland University |
| 451. | Sun, Jeffrey | University of Louisville |
| 452. | Sun-Hee Park, Lisa | University of California, Santa Barbara |
| 453. | Sze, Julie | University of California, Davis |
| 454. | Szpara, Michelle Y. | Cabrini University |
| 455. | Takagi, Dana | University of California, Santa Cruz |
| 456. | Talusan, Liza A. | Independent Scholar |
| 457. | Tanaka, Gregory | Center for the Study of Democracy and Social Change |
| 458. | Tang, Eric | University of Texas at Austin |
| 459. | Taylor, Amanda | American University |
| 460. | Taylor, Betty Jeanne | University of Texas at Austin |
| 461. | Terriquez, Veronica | University of California, Santa Cruz |
| 462. | Terry, La Mont | Occidental College |
| 463. | Thompson Dorsey, Dana | University of Pittsburgh |
| 464. | Tichavakunda, Antar | University of Cincinnati |
| 465. | Tieken, Mara | Bates College |
| 466. | Tienda, Marta | Princeton University |
| 467. | Tierney, William | University of Southern California |
| 468. | Tillapaugh, Daniel | California Lutheran University |
| 469. | Tom, Joshua | Seattle Pacific University |
| 470. | Tran, Hoang | Florida Atlantic University |
| 471. | Tran, Van | Columbia University |
| 472. | Trieu, Monica | Purdue University |
| 473. | Tsing, Anna | University of California, Santa Cruz |
| 474. | Tuck, Eve | University of Toronto |
| 475. | Tuitt, Frank | University of Denver |
| 476. | Turman, Natasha | Miami University Ohio |
| 477. | Turner, Caroline | Sacramento State University |
| 478. | Umemoto, Karen | University of California, Los Angeles |
| 479. | Valadez, Concepcion | University of California, Los Angeles |
| 480. | Valencia, Richard | University of Texas at Austin |
| 481. | Valladares, Siomara | University of Colorado Boulder |
| 482. | Vang, Ma | University of California, Merced |
| 483. | Varghese, Manka | University of Washington |
| 484. | Vasquez Heilig, Julian | California State University, Sacramento |
| 485. | Vélez, Verónica | Western Washington University |
| 486. | Venegas, Kristan | University of Southern California |
| 487. | Villanueva, George | Loyola University Chicago |
| 488. | Vo, Anne | University of Southern California |

*ATTACHMENT A*

| | | |
|---|---|---|
| 489. | Vo, Linda | University of California, Irvine |
| 490. | Vue, Rican | Oregon State University |
| 491. | Wallace, Sophia | University of Washington |
| 492. | Walsh, Erin | Bryn Mawr College |
| 493. | Wang, Leslie | University of Massachusetts Boston |
| 494. | Wang, Oliver | California State University, Long Beach |
| 495. | Ward, LaWanda | Pennsylvania State University |
| 496. | Warren, Mark | University of Massachusetts Boston |
| 497. | Watanabe, Paul | University of Massachusetts Boston |
| 498. | Waters, Mary | Harvard University |
| 499. | Weidman, John | University of Pittsburgh |
| 500. | Welner, Kevin | University of Colorado Boulder |
| 501. | Wilson, Terri S. | University of Colorado Boulder |
| 502. | Winkle-Wagner, Rachelle | University of Wisconsin - Madison |
| 503. | Wolf, De'Sha | Portland State University |
| 504. | Wolf-Wendel, Lisa | University of Kansas |
| 505. | Wolniak, Gregory | University of Georgia |
| 506. | Wong, Janelle | University of Maryland, College Park |
| 507. | Wong, Tom K. | University of California, San Diego |
| 508. | Wright, Dwayne | Savannah Law School |
| 509. | Wright, Erin Kahunawaika'ala | University of Hawai'i, Mānoa |
| 510. | Wu, Ellen | Indiana University Bloomington |
| 511. | Wu, Judy | University of California, Irvine |
| 512. | Wun, Connie | Transformative Research |
| 513. | Yamamura, Erica | Seattle University |
| 514. | Yamashiro, Jane | Mills College |
| 515. | Yao, Christina | University of Nebraska |
| 516. | Yee, Barbara | University of Hawai'i, Mānoa |
| 517. | Yee, Jennifer | California State University, Fullerton |
| 518. | Yeung, Fanny | California State University, East Bay |
| 519. | Yi Borromeo, Varaxy | California State University, Fresno |
| 520. | Yoon, Irene | University of Utah |
| 521. | York, Travis | Association of Public & Land-Grant Universities |
| 522. | Young, Cynthia Ann | Pennsylvania State University |
| 523. | Yun, John | Michigan State University |
| 524. | Zamani-Gallaher, Eboni | University of Illinois at Urbana-Champaign |
| 525. | Zane, Nolan | University of California, Davis |
| 526. | Zatz, Marjorie S. | University of California, Merced |
| 527. | Zentella, Ana Celia | University of California, San Diego |
| 528. | Zerquera, Desiree | University of San Francisco |
| 529. | Zhou, Min | University of California, Los Angeles |

4846-3914-1233.1

**ATTACHMENT A**

| | | |
|---|---|---|
| 530. | Zulueta, Benjamin | University of California, Santa Barbara |
| 531. | Zúñiga, Ximena | University of Massachusetts Amherst |

4846-3914-1233.1