**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>             Defendant | Civil Action No. 1:14-cv-14176-ADB |

**ASSENTED TO MOTION FOR PRO HAC VICE ADMISSION
OF SARAH E. HARRINGTON**

Pursuant to Local Rule 83.5.3(b) and the Court's Order dated July 24, 2018 [ECF No. 432], granting leave for any interested party to file an amicus brief on the pending dispositive motions in accordance with the deadlines set forth in the Court's order, dated May 23, 2018 [ECF No. 404], Amici Curiae Social Scientists and Scholars, including OiYan Poon, Megan Segoshi, David Silver, Janelle Wong, and Liliana Garces, among others, by their undersigned counsel, hereby move for the admission *pro hac vice* of their counsel, Sarah E. Harrington.

1.      As stated in the accompanying Certificate (attached hereto as Exhibit A), Sarah E. Harrington is a partner at Goldstein & Russell, P.C. in Bethesda, Maryland and a member of the Bars of the District of Columbia, New York, Maryland, the Supreme Court of the United States, and the United States Courts of Appeals for the First, Second, Fourth, Ninth, Tenth, District of Columbia, and Federal Circuits.  She is in good standing in every jurisdiction in which she has been admitted to practice, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission to this court (or other admission for limited purpose under Rule 83.5.3) revoked for misconduct, and has read and agrees to comply with the Local Rules of this Court.

2.      Richard J. Rosensweig is a member in good standing of the bar of this Court and will continue to represent the Amici Curiae in the proceeding.

WHEREFORE, it is respectfully requested that Sarah E. Harrington be admitted to the bar of this Court *pro hac vice* in this proceeding.

Dated: August 29, 2018

Respectfully submitted,

SOCIAL SCIENTISTS AND SCHOLARS, INCLUDING OIYAN POON, MEGAN SEGOSHI, DAVID SILVER, JANELLE WONG, AND LILIANA GARCES,[*]

By their attorneys,

/s/   Richard J. Rosensweig
Richard J. Rosensweig (BBO #639457)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110
Telephone: (617) 574-3588
rrosensweig@goulstonstorrs.com

Sarah E. Harrington
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814
Telephone: (202) 362-0636
sharrington@goldsteinrussell.com

---

[*] All Social Scientists and Scholars on behalf of whom this Motion is filed are listed in Exhibit B.

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for the moving party conferred in good faith with Felicia H. Ellsworth, counsel for the Defendants, President and fellows of Harvard College and with William S. Consovoy, counsel for the Plaintiff, Students for Fair Admissions Inc., on the matter set forth herein on August 24, 2018.  Mr. Consovoy and Ms. Ellsworth indicated that their respective clients assent to this motion.

/s/ Richard J. Rosensweig

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on August 29, 2018, through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Richard J. Rosensweig