# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>　　　　　　Defendant | Civil Action No. 1:14-cv-14176-ADB |

## CERTIFICATE OF SARAH E. HARRINGTON IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION PURSUANT TO LOCAL RULE 83.5.3(B)

SARAH E. HARRINGTON, an attorney duly admitted to the practice of law before the Courts of the District of Columbia, the Courts of the States of New York and Maryland, the United States Supreme Court, and the United States Courts of Appeals for the First, Second, Fourth, Ninth, Tenth, District of Columbia, and Federal Circuits, certifies under penalty of perjury as follows:

1.　　I am a partner at the firm of Goldstein & Russell, P.C. in Bethesda, Maryland and attorney of record herein for Amici Curiae Social Scientists and Scholars, including OiYan Poon, Megan Segoshi, David Silver, Janelle Wong, and Liliana Garces, among others.  These Amici Curiae are also represented by Massachusetts attorney Richard J. Rosensweig of Goulston & Storrs PC, who is a member in good standing of this Court.

2.　　I respectfully submit this Certificate pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, for leave to appear and practice before this Court in the matter of Students for Fair Admissions, Inc. v. President and Fellows of Harvard College, 1:14-cv-14176-ADB, *pro hac vice*, on behalf

of Social Scientists and Scholars, including OiYan Poon, Megan Segoshi, David Silver, Janelle Wong, and Liliana Garces, among others.

3.  I am a member in good standing of the bars of every jurisdiction in which I have been admitted to practice, namely, the Bar of the District of Columbia, the State Bars of New York and Maryland, the Bar of United States Supreme Court, and the Bars of the United States Courts of Appeals for the First, Second, Fourth, Ninth, Tenth, District of Columbia, and Federal Circuits.

4.  I have not previously had a *pro hac vice* admission to this court (or other admission for limited purpose under Rule 83.5.3) revoked for misconduct.

5.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.  I have read and agree to comply with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 29th day of August, 2018.

/s/ *Sarah E Harrington*
Sarah E. Harrington
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814
Telephone: (202) 362-0636
sharrington@goldsteinrussell.com