# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff*,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE (HARVARD
CORPORATION),

*Defendant*.

Civil Action No. 1:14-cv-14176-ADB

## CERTIFICATION OF EARL A. KIRKLAND III

Pursuant to Local Rule 83.5.3(e)(3) and 28 U.S.C. § 1746, Earl A. Kirkland III hereby certifies the following in support of the Motion for Admission *Pro Hac Vice* of NAACP Legal Defense and Educational Fund, Inc.:

1. I am an attorney with the NAACP Legal Defense and Educational Fund, Inc., located at 40 Rector Street, 5th Floor, New York, NY 10006.

2. I am a member in good standing of the bars of the State of Michigan; and the United States Courts of Appeals for the Sixth Circuit.

3. I am not currently, nor have I ever been, suspended or disbarred in any court, nor the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2018

        /s/ Earl A. Kirkland III
        Earl A. Kirkland III
        (Mich. Bar No. P79375)
        NAACP LEGAL DEFENSE AND
           EDUCATIONAL FUND, INC.
        40 Rector Street, 5th Floor,
        New York, NY 10006
        Tel: (212) 965-2200
        Fax: (212) 226-7592
        ekirkland@naacpldf.org