**Appendix: List of *Amici Curiae***

1. Abajian, Suzie — Orange County Department of Education
2. Abes, Elisa — Miami University
3. Abrajano, Marisa — University of California, San Diego
4. Acevedo-Gil, Nancy — California State University, San Bernardino
5. Adamian, Annie — California State University, Chico
6. Agius Vallejo, Jody — University of Southern California
7. Agozino, Onwubiko — Virginia Polytechnic Institute and State University
8. Aguilar-Hernández, José M. — California State Polytechnic University, Pomona
9. Ali, Arshad — George Washington University
10. Alvarez, Cynthia L. — University of California, Los Angeles
11. Amechi, Mauriell — University of Redlands
12. Ampaw, Frimpomaa — Central Michigan University
13. Ananth, Akhila — California State University, Los Angeles
14. Anderson, Lauren — Connecticut College
15. Annamma, Subini — University of Kansas
16. Antonio, Anthony — Stanford University
17. Antrop-Gonzalez, Rene — Metropolitan State University
18. Aptekar, Sofya — University of Massachusetts Boston
19. Aquino Sosa, Gloria — Saint Mary's College of California
20. Arao, Brian — University of California, Santa Cruz
21. Ardoin, Sonja — Appalachian State University
22. Arellano, Lucy — Oregon State University
23. Asato, Jolynn — San Jose State University
24. Assalone, Amanda — Southern Education Foundation
25. Au, Kathryn H. — University of Hawaiʻi, Mānoa
26. Austin, Algernon — Demos
27. Austin, Ann — Michigan State University
28. Baber, Lorenzo — Iowa State University
29. Bahena, Sofia — University of Texas at San Antonio
30. Ballysingh, Tracy — University of Vermont
31. Barnhardt, Cassie — University of Iowa
32. Barone, Ryan — Colorado State University
33. Basile, Vincent — Colorado State University
34. Bastedo, Michael — University of Michigan
35. Beatty, Cameron — Florida State University
36. Bengochea, Alain — University of Nevada, Las Vegas
37. Bensimon, Estela — University of Southern California
38. Berger, Joseph — University of Massachusetts Boston
39. Berliner, David — Arizona State University

| | | |
|---|---|---|
| 40. | Bernal, Jesse | Grand Valley State University |
| 41. | Bernardo, Joseph | Loyola Marymount University |
| 42. | Berrey, Ellen | University of Toronto |
| 43. | Berriz, Berta | Lesley University |
| 44. | Blockett, Reginald | Grand Valley State University |
| 45. | Bloom-Leiva, Gilda | San Francisco State University |
| 46. | Bondi, Stephanie | University of Nebraska |
| 47. | Borja, Melissa | University of Michigan |
| 48. | Boylan, Hunter | Appalachian State University |
| 49. | Brazelton, Grady | Northern Arizona University |
| 50. | Bukoski, Beth | University of Texas at Austin |
| 51. | Burciaga, Rebeca | San Jose State University |
| 52. | Byrd, Ajani | Mission College |
| 53. | Byrd, W. Carson | University of Louisville |
| 54. | Cabrera, Nolan | University of Arizona |
| 55. | Cain, Ebony | Pepperdine University |
| 56. | Calderon, Dolores | Western Washington University |
| 57. | Calderone, Shannon | Washington State University |
| 58. | Callahan, Rebecca | University of Texas at Austin |
| 59. | Camacho, Keith | University of California, Los Angeles |
| 60. | Camangian, Patrick | University of San Francisco |
| 61. | Cantor, Nancy | Rutgers University-Newark |
| 62. | Cantwell, Brendan | Michigan State University |
| 63. | Castillo-Montoya, Milagros | University of Connecticut |
| 64. | Castro Samayoa, Andrés | Boston College |
| 65. | Castro, Erin | University of Utah |
| 66. | Catalano, D. Chae | Western Illinois University |
| 67. | Chan, Jason | Independent Scholar |
| 68. | Chang, Benji | Education University of Hong Kong |
| 69. | Chao Romero, Robert | University of California, Los Angeles |
| 70. | Cheah, Charissa | University of Maryland, Baltimore County |
| 71. | Chen, Angela | Pre-Health Dreamers |
| 72. | Chen, Carolyn | University of California, Berkeley |
| 73. | Chen, Jondou | University of Washington |
| 74. | Chen, Stephanie | Wright Institute |
| 75. | Cheng, Jih-Fei | Scripps College |
| 76. | Cheung, Christabel | University of Hawai'i, Mānoa |
| 77. | Chiang, Warren | Stanford University |
| 78. | Chikkatur, Anita | Carleton College |
| 79. | Chin, Christina | California State University, Fullerton |
| 80. | Chin, Jean Lau | Adelphi University |

| | | |
|---|---|---|
| 81. | Ching, Cheryl | University of Massachusetts Boston |
| 82. | Chow, Candace | University of Utah |
| 83. | Chung, Angie | University at Albany |
| 84. | Cintron-Vélez, Aixa | Russell Sage Foundation |
| 85. | Clark, Christine | University of Nevada, Las Vegas |
| 86. | Cohen, Sarah | Loyola University Chicago |
| 87. | Cokley, Kevin | University of Texas at Austin |
| 88. | Collins, Christopher | Azusa Pacific University |
| 89. | Conchas, Gilberto | University of California, Irvine |
| 90. | Cooper Stein, Kristy | Michigan State University |
| 91. | Covarrubias, Alejandro | University of San Francisco |
| 92. | Crisp, Gloria | Oregon State University |
| 93. | Cruz, Cindy | University of California, Santa Cruz |
| 94. | Cuellar, Marcela | University of California, Davis |
| 95. | Dache-Gerbino, Amalia | University of Missouri |
| 96. | Dancy, T. Elon | University of Pittsburgh |
| 97. | Danico, Mary | California State Polytechnic University, Pomona |
| 98. | Dao, Loan | University of Massachusetts Boston |
| 99. | Darling-Hammond, Linda | Stanford University |
| 100. | DasGupta, Debanuj | University of Connecticut |
| 101. | Davis III, Charles H.F. | University of Southern California |
| 102. | Davis, Tracy | Western Illinois University |
| 103. | DeAngelo, Linda | University of Pittsburgh |
| 104. | Deckman, Sherry | Lehman College, City University of New York |
| 105. | DeGuia, Vanessa | Teach For America |
| 106. | DeGuzman, Glenn | University of California, Berkeley |
| 107. | deGuzman, Jean-Paul | University of California, Los Angeles |
| 108. | Denson, Nida | Western Sydney University |
| 109. | Deo, Meera | University of California, Davis |
| 110. | Desai, Shruti | McKendree University |
| 111. | Dhingra, Pawan | Amherst College |
| 112. | Dineen-Wimberly, Ingrid | University of La Verne |
| 113. | Dotts, Brian | University of Georgia |
| 114. | Dowd, Alicia | Pennsylvania State University |
| 115. | Drezner, Noah | Columbia University |
| 116. | Duran, Richard P | University of California, Santa Barbara |
| 117. | Dwyer, Brighid | Villanova University |
| 118. | Dymski, Gary | University of Leeds |
| 119. | Eagan, Kevin | University of California, Los Angeles |
| 120. | Eaton, Susan | Brandeis University |
| 121. | Eaton, Paul | Sam Houston State University |

| | | |
|---|---|---|
| 122. | Edejer, Eilene | Loyola University Chicago |
| 123. | Edwards Williams, Kirsten | University of Oklahoma |
| 124. | Edwards, Korie | Ohio State University |
| 125. | Embrick, David | University of Connecticut |
| 126. | Endo, Rachel | University of Washington Tacoma |
| 127. | Engberg, Mark | University of Denver |
| 128. | Espino, Michelle | University of Maryland, College Park |
| 129. | Fabionar, James | University of San Diego |
| 130. | Felder, Pamela | Black Doctorates Matter |
| 131. | Fernandes, Leela | University of Michigan |
| 132. | Fernandez, Frank | University of Houston |
| 133. | Fine, Michelle | The Graduate Center, City University of New York |
| 134. | Finnegan, Dorothy E. | College of William and Mary |
| 135. | Fiske, Susan | Princeton University |
| 136. | Flores, Stella | New York University |
| 137. | Fox, Heather | University of Illinois at Urbana-Champaign |
| 138. | Francisco-Menchavez, Valerie | San Francisco State University |
| 139. | Frankenberg, Erica | Pennsylvania State University |
| 140. | Frasure-Yokley, Lorrie | University of California, Los Angeles |
| 141. | Fried, Jane | Central Connecticut State University |
| 142. | Fries-Britt, Sharon | University of Maryland, College Park |
| 143. | Fujimoto, Eugene | California State University, Fullerton |
| 144. | Fultz, Michael | University of Wisconsin - Madison |
| 145. | Furr, Sara | University of Chicago |
| 146. | Gándara, Patricia | University of California, Los Angeles |
| 147. | Garces, Liliana M. | University of Texas at Austin |
| 148. | Garcia Bedolla, Lisa | University of California, Berkeley |
| 149. | Garcia, Crystal | Auburn University |
| 150. | Garcia, Jennifer | Loyola Marymount University |
| 151. | Garibay, Juan | University of Virginia |
| 152. | Gasman, Marybeth | University of Pennsylvania |
| 153. | Gee, Gilbert | University of California, Los Angeles |
| 154. | George Mwangi, Chrystal | University of Massachusetts Amherst |
| 155. | George, Casey | University of Louisville |
| 156. | Geron, Kim | California State University, East Bay |
| 157. | Giani, Matthew | University of Texas at Austin |
| 158. | Gilbert, Aliza | Highland Park High School |
| 159. | Gilkerson, Tammeil | Laney College |
| 160. | Gin, Kevin | Holy Names University |
| 161. | Gina, Garcia | University of Pittsburgh |

| | | |
|---|---|---|
| 162. | Ginsberg, Ricki | Colorado State University |
| 163. | Gonzales, Leslie | Michigan State University |
| 164. | Goodman, Kathleen | Miami University |
| 165. | Gordon da Cruz, Cynthia | Chabot College |
| 166. | Goyette, Kimberly | Temple University |
| 167. | Grande, Sandy | Connecticut College |
| 168. | Graves, Joseph | Joint School of Nanosciences & Nanoengineering, North Carolina AT&T State University & The University of North Carolina at Greensboro |
| 169. | Griffin, Kimberly | University of Maryland, College Park |
| 170. | Guido, Florence | University of Northern Colorado |
| 171. | Gurin, Patricia | University of Michigan |
| 172. | Gutierrez, Kris | University of California, Berkeley |
| 173. | Hakuta, Kenji | Stanford University |
| 174. | Hall, Aris | Clemson University |
| 175. | Hall, Gordon | University of Oregon |
| 176. | Han, Hahrie | University of California, Santa Barbara |
| 177. | Hancock Alfaro, Ange-Marie | University of Southern California |
| 178. | Hardie, Jessica | Hunter College, City University of New York |
| 179. | Harper, Shaun | University of Southern California |
| 180. | Hart, Jeni | University of Missouri |
| 181. | Hartlep, Nicholas | Metropolitan State University |
| 182. | Haslerig, Siduri | University of Oklahoma |
| 183. | Hatch-Tocaimaza, Deryl | University of Nebraska |
| 184. | Heller, Donald | University of San Francisco |
| 185. | Hernandez, Xavier | University of California, Irvine |
| 186. | Hildebrandt, Melanie | Indiana University of Pennsylvania |
| 187. | Hillman, Nicholas | University of Wisconsin - Madison |
| 188. | Hinchey, Patricia | Pennsylvania State University |
| 189. | Hirschman, Daniel | Brown University |
| 190. | Holme, Jennifer | University of Texas at Austin |
| 191. | Hom, Delia Cheung | Northeastern University |
| 192. | Horn, Catherine | University of Houston |
| 193. | Hornak, Anne | Central Michigan University |
| 194. | Houston, Derek | University of Oklahoma |
| 195. | Hsieh, Betina | California State University, Long Beach |
| 196. | Hsin, Amy | Queens College, City University of New York |
| 197. | Hsu, Madeline | University of Texas at Austin |
| 198. | Hudson, Tara | Kent State University |
| 199. | Hughes, Bryce | Montana State University |
| 200. | Humphries, Marisha | University of Illinois at Chicago |

| | | |
|---|---|---|
| 201. | Hung, Yun-Ting | Metropolitan State University |
| 202. | Huo, Yuen | University of California, Los Angeles |
| 203. | Hurtado, Sylvia | University of California, Los Angeles |
| 204. | Inman, Arpana | Lehigh University |
| 205. | Ishimaru, Ann M. | University of Washington |
| 206. | Iverson, Susan | Manhattanville College |
| 207. | Jain, Dimpal | California State University, Northridge |
| 208. | Jayakumar, Uma | University of California, Riverside |
| 209. | Jenkins, DeMarcus | University of Arizona |
| 210. | Jeung, Russell | San Francisco State University |
| 211. | Jez, Su Jin | California State University, Sacramento |
| 212. | Johnson, Dawn | Syracuse University |
| 213. | Johnson, Matthew | Central Michigan University |
| 214. | Johnson, Royel | Pennsylvania State University |
| 215. | Johnston-Guerrero, Marc | Ohio State University |
| 216. | Jones, B. Noble | University of Georgia |
| 217. | Jourian, TJ | Oakland University |
| 218. | Junn, Jane | University of Southern California |
| 219. | Kanagala, Vijay | University of Vermont |
| 220. | Kang, Miliann | University of Massachusetts Amherst |
| 221. | Kawakyu O'Connor, Nahoko | University of Rochester |
| 222. | Kelly, Bridget | University of Maryland, College Park |
| 223. | Ken, Ivy | George Washington University |
| 224. | Kezar, Adrianna | University of Southern California |
| 225. | Kiang, Peter | University of Massachusetts Boston |
| 226. | Killen, Melanie | University of Maryland, College Park |
| 227. | Kim, Barbara | California State University, Long Beach |
| 228. | Kim, Jung | Lewis University |
| 229. | Kim, Nadia | Loyola Marymount University |
| 230. | Kim, Richard | University of California, Davis |
| 231. | Kim, Stephanie | Georgetown University |
| 232. | King, M. Bruce | University of Wisconsin - Madison |
| 233. | Kinzie, Jillian | Indiana University Bloomington |
| 234. | Kiuhara, Sharlene | University of Utah |
| 235. | Klasik, Daniel | George Washington University |
| 236. | Klemencic, Manja | Harvard University |
| 237. | Kodama, Corinne | University of Illinois at Chicago |
| 238. | Kohli, Rita | University of California, Riverside |
| 239. | Kokka, Kari | University of Pittsburgh |
| 240. | Kondo, Dorinne | University of Southern California |
| 241. | Kornhaber, Mindy | Pennsylvania State University |

| | | |
|---|---|---|
| 242. | Kortegast, Carrie | Northern Illinois University |
| 243. | Kousser, J. Morgan | California Institute of Technology |
| 244. | Kumashiro, Kevin | Independent Scholar |
| 245. | Kwan, Yvonne | San Jose State University |
| 246. | Kwon, Hyeyoung | Indiana University Bloomington |
| 247. | Kwon, Yaejoon | Independent Scholar |
| 248. | Lachica Buenavista, Tracy | California State University, Northridge |
| 249. | Lai, James | Santa Clara University |
| 250. | Lau, Anna | University of California, Los Angeles |
| 251. | Lau, Chrissy | Texas A&M University - Corpus Christi |
| 252. | Le, C.N. | University of Massachusetts Amherst |
| 253. | Ledesma, María | University of Utah |
| 254. | Lee Tu, Dawn | De Anza College |
| 255. | Lee, C. Aujean | University of Oklahoma |
| 256. | Lee, Fred | University of Connecticut |
| 257. | Lee, Jennifer | Columbia University |
| 258. | Lee, Jenny | University of Arizona |
| 259. | Lee, Richard | University of Minnesota |
| 260. | Lee, Stacey | University of Wisconsin - Madison |
| 261. | Lehman, Kathleen J. | University of California, Los Angeles |
| 262. | Lehr, Jane | California Polytechnic State University |
| 263. | Lester, Jaime | George Mason University |
| 264. | Leung, Maxwell | California College of the Arts |
| 265. | Lewis, Amanda | University of Illinois at Chicago |
| 266. | Lewis, Consuella | Concordia University Portland |
| 267. | Lewis, Maria | Pennsylvania State University |
| 268. | Li, Amy | University of Northern Colorado |
| 269. | Lien, Pei-te | University of California, Santa Barbara |
| 270. | Linde, Robyn | Rhode Island College |
| 271. | Longerbeam, Susan | University of Louisville |
| 272. | Lopez, Francesca | University of Arizona |
| 273. | Louie, Vivian | William T. Grant Foundation |
| 274. | Lu, Charles | University of California, San Diego |
| 275. | Lugg, Catherine | Rutgers University |
| 276. | Lui, Joyce | San Jose City College |
| 277. | Luie, Siu Ming | Northeastern University |
| 278. | MacLachlan, Anne | University of California, Berkeley |
| 279. | Maeda, Daryl | University of Colorado Boulder |
| 280. | Maira, Sunaina | University of California, Davis |
| 281. | Malone, Mei-Ling | California State University, Fullerton |
| 282. | Manzano, Lester | Loyola University Chicago |

283. Maramba, Dina — Claremont Graduate University
284. Marcus, Ann — New York University
285. Marin, Patricia — Michigan State University
286. Marine, Susan B. — Merrimack College
287. Marquez Kiyama, Judy — University of Denver
288. Marsh, Tyson — Seattle University
289. Martin, Georgianna — University of Georgia
290. Martin, Isaac — University of California, San Diego
291. Martinez Aleman, Ana M. — Boston College
292. Martinez, Brandon — Providence College
293. Martinez, Danny C. — University of California, Davis
294. Martinez, Eligio — Claremont Graduate University
295. Martinez, Magdalena — University of Nevada, Las Vegas
296. Martinez, Melissa — Texas State University
297. Martínez, Ramón — Stanford University
298. Masuoka, Natalie — University of California, Los Angeles
299. Mattheis, Allison — California State University, Los Angeles
300. Mayer, Anysia — California State University, Stanislaus
301. Mayorga, Edwin — Swarthmore College
302. McClellan, George — University of Mississippi
303. McClintock, Charles — Fielding Graduate University
304. McDermott, Kathryn — University of Massachusetts Amherst
305. McDonough, Patricia M. — University of California, Los Angeles
306. McEwen, Marylu — University of Maryland, College Park
307. McGowan, Brian — University of North Carolina at Greensboro
308. McGuire, Keon — Arizona State University
309. McLaughlin, Conor — Bowling Green State University
310. Means, Darris — University of Georgia
311. Mendoza-Reis, Noni — San Jose State University
312. Merseth, Julie Lee — Northwestern University
313. Mickelson, Roslyn Arlin — University of North Carolina at Charlotte
314. Milano, Joy — Michigan State University
315. Milem, Jeffrey — University of California, Santa Barbara
316. Mintz, Beth — University of Vermont
317. Mirra, Nicole — Rutgers University
318. Mistry, Rashmita — University of California, Los Angeles
319. Mitra, Dana — Pennsylvania State University
320. Mobley, Jr., Steve — University of Alabama
321. Moore, Helen — University of Nebraska
322. Morales, Erica — California State Polytechnic University, Pomona
323. Morales, P. Zitlali — University of Illinois at Chicago

| | | |
|---|---|---|
| 324. | Morgan, Demetri | Loyola University Chicago |
| 325. | Morgan, Zachary | California Institute of the Arts |
| 326. | Moses, Michele | University of Colorado Boulder |
| 327. | Moses, Yolanda | University of California, Riverside |
| 328. | Motha, Suhanthie | University of Washington |
| 329. | Munoz, Susana | Colorado State University |
| 330. | Museus, Samuel | University of California, San Diego |
| 331. | Myers, Kit | University of California, Merced |
| 332. | Nakae, Sunny | Loyola University Chicago |
| 333. | Nakagawa, Kathryn | Arizona State University |
| 334. | Nakano, Dana | California State University, Stanislaus |
| 335. | Nam, Victoria | California State University, Monterey Bay |
| 336. | Narui, Mitsu | Capital University |
| 337. | Navarro, Oscar | California Polytechnic State University |
| 338. | Negrón-Gonzales, Genevieve | University of San Francisco |
| 339. | Nelson Laird, Thomas | Indiana University Bloomington |
| 340. | Nelson, Chris | University of Denver |
| 341. | Ngo, Bic | University of Minnesota |
| 342. | Ngo, Federick | University of Nevada, Las Vegas |
| 343. | Nguyen, Bach Mai Dolly | Lewis & Clark College |
| 344. | Nguyen, David Hoa | Indiana University - Purdue University, Indianapolis |
| 345. | Nguyen, Thai-Huy | Seattle University |
| 346. | Nicolazzo, Z | University of Arizona |
| 347. | Nienhusser, H. Kenny | University of Connecticut |
| 348. | Nieto, Sonia | University of Massachusetts Amherst |
| 349. | Noah, Aggie | Arizona State University |
| 350. | Noguera, Pedro | University of California, Los Angeles |
| 351. | Noh, Eliza | California State University, Fullerton |
| 352. | Oakes, Jeannie | University of California, Los Angeles |
| 353. | Obear, Kathy | Center for Transformation and Change |
| 354. | Ocampo, Anthony | California State Polytechnic University, Pomona |
| 355. | Oda, Meredith | University of Nevada, Reno |
| 356. | Okamoto, Dina | Indiana University |
| 357. | Oliva, Maricela | University of Texas at San Antonio |
| 358. | Olivas, Michael A. | University of Houston |
| 359. | Oluwole, Joseph | Montclair State University |
| 360. | Ong, Paul | University of California, Los Angeles |
| 361. | Ono, Kent | University of Utah |
| 362. | Orfield, Gary | University of California, Los Angeles |
| 363. | Orphan, Cecilia | University of Denver |
| 364. | Oseguera, Leticia | Pennsylvania State University |

365. Ozaki, Casey (Carolyn) — University of North Dakota
366. Pacheco, Denise — University of California, Los Angeles
367. Padios, Jan — University of Maryland, College Park
368. Paguyo, Christina — University of Denver
369. Park, Jerry — Baylor University
370. Park, John — University of California, Santa Barbara
371. Park, Moises — Baylor University
372. Parker, Eugene — University of Kansas
373. Parker, Tara — University of Massachusetts Boston
374. Parreñas, Rhacel — University of Southern California
375. Patel, Leigh — University of Pittsburgh
376. Patraporn, Varisa — California State University, Long Beach
377. Patton Davis, Lori — Indiana University - Purdue University, Indianapolis
378. Pendakur, Sumun — University of Southern California
379. Perez II, David — Miami University
380. Perez, Patricia A. — California State University, Fullerton
381. Perez, Rosemary — Iowa State University
382. Perez-Felkner, Lara — Florida State University
383. Perna, Laura — University of Pennsylvania
384. Pham, Minh-Ha — University of California, Berkeley
385. Poon, OiYan — Colorado State University
386. Pope, Raechele — University at Buffalo
387. Porter, Christa — Kent State University
388. Posselt, Julie — University of Southern California
389. Powers, Jeanne M. — Arizona State University
390. Quintanar, Rosalinda — San Jose State University
391. Ramirez, Hiram — California State University, Channel Islands
392. Ramirez, Ricardo — University of Notre Dame
393. Ramirez-Stapleton, Marcela — University of California, Irvine
394. Ramos, Aida — George Fox University
395. Ramos, Delma — University of North Carolina at Greensboro
396. Reddick, Richard J. — University of Texas at Austin
397. Renée Valladares, Michelle — University of Colorado Boulder
398. Rennick, Liz — University of Arizona
399. Reyes, Pedro — University of Texas at Austin
400. Reynolds, Amy — University at Buffalo
401. Riggers-Piehl, Tiffani — University of Missouri, Kansas City
402. Rincón, Blanca — University of Nevada, Las Vegas
403. Rios Aguilar, Cecilia — University of California, Los Angeles
404. Rivera, Gwendelyn — University of Southern California
405. Ro, Hyun Kyoung (Hyunny) — Bowling Green State University

406. Robbins, Claire — Virginia Polytechnic Institute and State University
407. Roberts, Maria — University of Nevada, Las Vegas
408. Rodríguez, Noreen — Iowa State University
409. Rodriguez, Robyn — University of California, Davis
410. Rodriguez-Kiino, Diane — California Lutheran University
411. Rooks, Curtiss — Loyola Marymount University
412. Ropers-Huilman, Rebecca — University of Minnesota
413. Rosiek, Gerald — University of Oregon
414. Rowan-Kenyon, Heather — Boston College
415. Rubin, Paul — University of Utah
416. Ruck, Martin — The Graduate Center, City University of New York
417. Sablan, Jenna — University of Maryland, College Park
418. Saenz, Victor — University of Texas at Austin
419. Saito, Leland — University of Southern California
420. Sallee, Margaret — University at Buffalo
421. Saw, Anne — DePaul University
422. Schramm-Pate, Susan — University of Southern California
423. Schuster, Maximilian — University of Pittsburgh
424. Scott, Janelle — University of California, Berkeley
425. Segal, Marcia Texler — Indiana University Southeast
426. Segoshi, Megan — Independent Scholar
427. Serna, Gabriel — Michigan State University
428. Sewell, Christopher — Williams College
429. Shallish, Lauren — College of New Jersey
430. Sharma, Nitasha — Northwestern University
431. Shek, Yen Ling — University of California, Los Angeles
432. Shelton, Leslie — University of Arkansas
433. Shih, Kristy — California State University, Long Beach
434. Siegel-Hawley, Genevieve — Virginia Commonwealth University
435. Silver, David — RTI
436. Sipma-Dysico, Carlene — Lewis University
437. Snyder, Seth — Carleton College
438. Sohoni, Deenesh — College of William and Mary
439. Solorzano, Daniel — University of California, Los Angeles
440. Soria, Krista — University of Minnesota
441. Spickard, Paul — University of California, Santa Barbara
442. Squire, Dian — Northern Arizona University
443. Stapleton, Lissa — California State University, Northridge
444. Stearns, Elizabeth — University of North Carolina at Charlotte
445. Stewart, Abigail — University of Michigan
446. Stewart, Dafina-Lazarus — Colorado State University

| | | |
|---|---|---|
| 447. | Stovall, David | University of Illinois at Chicago |
| 448. | Strolovitch, Dara | Princeton University |
| 449. | Strunk, Kamden | Auburn University |
| 450. | Sule, Thandi | Oakland University |
| 451. | Sun, Jeffrey | University of Louisville |
| 452. | Sun-Hee Park, Lisa | University of California, Santa Barbara |
| 453. | Sze, Julie | University of California, Davis |
| 454. | Szpara, Michelle Y. | Cabrini University |
| 455. | Takagi, Dana | University of California, Santa Cruz |
| 456. | Talusan, Liza A. | Independent Scholar |
| 457. | Tanaka, Gregory | Center for the Study of Democracy and Social Change |
| 458. | Tang, Eric | University of Texas at Austin |
| 459. | Taylor, Amanda | American University |
| 460. | Taylor, Betty Jeanne | University of Texas at Austin |
| 461. | Terriquez, Veronica | University of California, Santa Cruz |
| 462. | Terry, La Mont | Occidental College |
| 463. | Thompson Dorsey, Dana | University of Pittsburgh |
| 464. | Tichavakunda, Antar | University of Cincinnati |
| 465. | Tieken, Mara | Bates College |
| 466. | Tienda, Marta | Princeton University |
| 467. | Tierney, William | University of Southern California |
| 468. | Tillapaugh, Daniel | California Lutheran University |
| 469. | Tom, Joshua | Seattle Pacific University |
| 470. | Tran, Hoang | Florida Atlantic University |
| 471. | Tran, Van | Columbia University |
| 472. | Trieu, Monica | Purdue University |
| 473. | Tsing, Anna | University of California, Santa Cruz |
| 474. | Tuck, Eve | University of Toronto |
| 475. | Tuitt, Frank | University of Denver |
| 476. | Turman, Natasha | Miami University Ohio |
| 477. | Turner, Caroline | Sacramento State University |
| 478. | Umemoto, Karen | University of California, Los Angeles |
| 479. | Valadez, Concepcion | University of California, Los Angeles |
| 480. | Valencia, Richard | University of Texas at Austin |
| 481. | Valladares, Siomara | University of Colorado Boulder |
| 482. | Vang, Ma | University of California, Merced |
| 483. | Varghese, Manka | University of Washington |
| 484. | Vasquez Heilig, Julian | California State University, Sacramento |
| 485. | Vélez, Verónica | Western Washington University |
| 486. | Venegas, Kristan | University of Southern California |

| | | |
|---|---|---|
| 487. | Villanueva, George | Loyola University Chicago |
| 488. | Vo, Anne | University of Southern California |
| 489. | Vo, Linda | University of California, Irvine |
| 490. | Vue, Rican | Oregon State University |
| 491. | Wallace, Sophia | University of Washington |
| 492. | Walsh, Erin | Bryn Mawr College |
| 493. | Wang, Leslie | University of Massachusetts Boston |
| 494. | Wang, Oliver | California State University, Long Beach |
| 495. | Ward, LaWanda | Pennsylvania State University |
| 496. | Warren, Mark | University of Massachusetts Boston |
| 497. | Watanabe, Paul | University of Massachusetts Boston |
| 498. | Waters, Mary | Harvard University |
| 499. | Weidman, John | University of Pittsburgh |
| 500. | Welner, Kevin | University of Colorado Boulder |
| 501. | Wilson, Terri S. | University of Colorado Boulder |
| 502. | Winkle-Wagner, Rachelle | University of Wisconsin - Madison |
| 503. | Wolf, De'Sha | Portland State University |
| 504. | Wolf-Wendel, Lisa | University of Kansas |
| 505. | Wolniak, Gregory | University of Georgia |
| 506. | Wong, Janelle | University of Maryland, College Park |
| 507. | Wong, Tom K. | University of California, San Diego |
| 508. | Wright, Dwayne | Savannah Law School |
| 509. | Wright, Erin Kahunawaikaʻala | University of Hawaiʻi, Mānoa |
| 510. | Wu, Ellen | Indiana University Bloomington |
| 511. | Wu, Judy | University of California, Irvine |
| 512. | Wun, Connie | Transformative Research |
| 513. | Yamamura, Erica | Seattle University |
| 514. | Yamashiro, Jane | Mills College |
| 515. | Yao, Christina | University of Nebraska |
| 516. | Yee, Barbara | University of Hawaiʻi, Mānoa |
| 517. | Yee, Jennifer | California State University, Fullerton |
| 518. | Yeung, Fanny | California State University, East Bay |
| 519. | Yi Borromeo, Varaxy | California State University, Fresno |
| 520. | Yoon, Irene | University of Utah |
| 521. | York, Travis | Association of Public & Land-Grant Universities |
| 522. | Young, Cynthia Ann | Pennsylvania State University |
| 523. | Yun, John | Michigan State University |
| 524. | Zamani-Gallaher, Eboni | University of Illinois at Urbana-Champaign |
| 525. | Zane, Nolan | University of California, Davis |
| 526. | Zatz, Marjorie S. | University of California, Merced |
| 527. | Zentella, Ana Celia | University of California, San Diego |

| | | |
|---|---|---|
| 528. | Zerquera, Desiree | University of San Francisco |
| 529. | Zhou, Min | University of California, Los Angeles |
| 530. | Zulueta, Benjamin | University of California, Santa Barbara |
| 531. | Zúñiga, Ximena | University of Massachusetts Amherst |