# U.S. EXHIBIT 2

Highly Confidential - ATTORNEYS' EYES ONLY

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2            DISTRICT OF MASSACHUSETTS
 3    ----------------------------------x
      STUDENTS FOR FAIR ADMISSIONS,     )
 4    INC.,                             )
                                        )
 5               Plaintiff,             )
                                        )
 6         vs.                          ) Civil Action No.
                                        ) 1:14-cv-14176-ADB
 7    PRESIDENT AND FELLOWS OF          )
      HARVARD COLLEGE (HARVARD          )
 8    CORPORATION),                     )
                                        )
 9               Defendant.             )
                                        )
10    ----------------------------------x
11
12
13        VIDEOTAPED DEPOSITION OF LUCERITO ORTIZ
14                Los Angeles, California
15              Wednesday, June 14, 2017
16
17        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18
19
20
21
22
23    Reported By:
24    SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25    Job No. 125187
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO FEB. 2018 AGREEMENT REGARDING CONFIDENTIALITY AND FOIA EXEMPTIONS
HARV_DOJ00007763

Page 73

1    Q    BY MR. CONNOLLY:  They said that it was
2  okay.  Did they say that it was okay for you to give
3  this presentation?
4         MR. DULBERG:  Objection to the form.
5         THE WITNESS:  I don't recall what their
6  specific response was but we were permitted to
7  present.
8    Q    BY MR. CONNOLLY:  Did you give this
9  presentation with anyone else?
10   A    Yes.
11   Q    Who else?
12   A    Tia Ray.
13   Q    Okay.  In your presentation did you discuss
14 how an admissions officer should use race in
15 evaluating application files?
16        MR. DULBERG:  Objection.
17        THE WITNESS:  Not that I recall.
18   Q    BY MR. CONNOLLY:  In your time as an
19 admissions officer did anyone ever teach you how to
20 use race as part of your review of an applicant's
21 file?
22        MR. DULBERG:  Objection.
23        THE WITNESS:  Can you clarify?
24   Q    BY MR. CONNOLLY:  What should I clarify?
25   A    What you mean by did anyone ever teach me?

TSG Reporting - Worldwide    (877) 702-9580

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO FEB. 2018 AGREEMENT REGARDING CONFIDENTIALITY AND FOIA EXEMPTIONS
HARV_DOJ00007835

Page 74

1     Q    Did anyone ever instruct you as to how to
2  use race in the admissions process?
3          MR. DULBERG:  Objection.
4          THE WITNESS:  Not that I recall.
5     Q    BY MR. CONNOLLY:  Then how did you know how
6  to do it?
7          MR. DULBERG:  Objection.
8          THE WITNESS:  I was given general training
9  on how to review applications, I received feedback
10 on a set number of applications, and I sought
11 feedback additionally to help in developing my
12 approach to evaluating applicants.
13    Q    BY MR. CONNOLLY:  Do you recall receiving
14 any written documentation about how you should use
15 race in the admissions process?
16    A    I don't recall.
17    Q    But you do recall receiving oral training as
18 to how to use race in the admissions process; is
19 that correct?
20         MR. DULBERG:  Objection.
21         THE WITNESS:  I recall receiving oral
22 training on how to evaluate applicants.  I don't
23 recall the specific substance of that training
24 and -- I don't recall a specific substance of my
25 training.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO FEB. 2018 AGREEMENT REGARDING CONFIDENTIALITY AND FOIA EXEMPTIONS

HARV_DOJ00007836

Highly Confidential - ATTORNEYS' EYES ONLY

Page 203

1  REPORTER'S CERTIFICATE

2

3       I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.
4  3522, RPR, CRR, do hereby certify:
5       That prior to being examined LUCERITO
6  ORTIZ, the witness named in the foregoing
7  deposition, was, before the commencement of the
8  deposition, duly administered an oath in accordance
9  with C.C.P. Section 2094;
10       That the said deposition was taken before
11 me at the time and place therein set forth, and was
12 taken down by me in shorthand and thereafter
13 transcribed into typewriting under my direction and
14 supervision; that the said deposition is a true and
15 correct record of the testimony given by the
16 witness;
17       I further certify that I am neither counsel
18 for, nor in any way related to any party to said
19 action, nor in any way interested in the outcome
20 thereof.
21       IN WITNESS WHEREOF, I have subscribed my
22 name on this 26th day of June, 2017.
23
24       _____
              SUSAN A. SULLIVAN   CSR
25

TSG Reporting - Worldwide   (877) 702-9580

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO FEB. 2018 AGREEMENT REGARDING CONFIDENTIALITY AND FOIA EXEMPTIONS
HARV_DOJ00007965