# U.S. EXHIBIT 3

Page 1

1         UNITED STATES DISTRICT COURT
2           DISTRICT OF MASSACHUSETTS
3         Civil Action No. 1:14-cv-14176-ADB
4    _____
5    STUDENTS FOR FAIR ADMISSIONS, INC.,
6              Plaintiff,
7     v.
8    PRESIDENT AND FELLOWS OF
9    HARVARD COLLEGE
10   (HARVARD CORPORATION),
11             Defendant.
12   _____
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16            DEPOSITION of MICHAEL SMITH
17               Boston, Massachusetts
18                 April 23, 2018
19
20
21
22   Reported by:
23   Dana Welch, CSR, RPR, CRR, CRC
24   Job Number: 140867
25

1        HIGHLY CONFIDENTIAL - AEO - SMITH
2        Q.   Do you know if it was counsel that drafted
3   it?
4        A.   I, again, couldn't say for certain who
5   drafted it.
6        Q.   The second to last paragraph says, "I
7   anticipate that this committee's work will take
8   place during the next four to five months with the
9   completion of this work during the fall of 2017.
10  The committee will produce a report, and I will
11  share that report with the president of the
12  university."
13       Why did you anticipate that the
14  committee's work would take place over the next
15  four to five months and be completed in the fall of
16  2017?
17       A.   As I understood the court case from the
18  SFFA's complaint, that was the timeline in which
19  people believed the report of this committee would
20  be needed.
21       Q.   So it was tied to the litigation?
22            MS. ELLSWORTH:  Object to the form of the
23  question.
24       A.   A particular deadline that we might be
25  able to make was tied to the litigation, yes.

1      HIGHLY CONFIDENTIAL - AEO - SMITH

2      Q.  Do you remember who told you that you
3  would have more time to draft this or to complete
4  the work of the committee?
5      A.  I'm not sure I'm following your question.
6  Have you changed from this time frame?
7      Q.  So the committee's work was not completed
8  until April --
9      A.  Yes.
10     Q.  -- of 2018?
11     A.  Sorry.  Yes.
12     Q.  Did someone, at some point, tell you that
13 the committee had more time to complete its work
14 because of the -- because of how fast the
15 litigation was proceeding?
16         MS. ELLSWORTH:  Object to the form.
17     A.  I recall the conversation more along the
18 lines of when would we be getting the next expert
19 witness report that we could use in the committee,
20 and that naturally extended the deadlines as
21 opposed to the way you phrased it.
22         MR. CONNOLLY:  Like to mark as Exhibit 4,
23 a document with the Bates number ending 97308.
24         (Exhibit 4, HARV00097308 - 97309, marked
25 for identification.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO FEB. 2018 AGREEMENT REGARDING CONFIDENTIALITY AND FOIA EXEMPTIONS       HARV_DOJ00015718

1                         CERTIFICATE
2    Commonwealth of Massachusetts
3    Suffolk, ss.
4
5         I, Dana Welch, Registered Professional
6    Reporter, Certified Realtime Reporter and Notary
7    Public in and for the Commonwealth of
8    Massachusetts, do hereby certify that MICHAEL
9    SMITH, the witness whose deposition is hereinbefore
10   set forth, was duly sworn by me and that such
11   deposition is a true record of the testimony given
12   by the witness.
13        I further certify that I am neither related
14   to nor employed by any of the parties in or counsel
15   to this action, nor am I financially interested in
16   the outcome of this action.
17        In witness whereof, I have hereunto set my
18   hand and seal this 27th day of April, 2018.
19
20                              _____
                                Dana Welch
21                              Notary Public
                                My Commission Expires:
22                              September 13, 2024
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO FEB. 2018 AGREEMENT REGARDING CONFIDENTIALITY AND FOIA EXEMPTIONS
HARV_DOJ00015763