# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br>Plaintiff, <br><br>v. <br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Madeleine K. Rodriguez as counsel for *Amici Curiae* the Asian American Legal Defense and Education Fund and 34 other Asian American education and youth serving organizations and higher education faculty in opposition of Plaintiff in the above-captioned matter.

Dated: August 30, 2018

Respectfully submitted,

*/s/ Madeleine K. Rodriguez*
Madeleine K. Rodriguez, BBO #684394
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: 617- 832-1000
Fax: 617-832-7000
mrodriguez@foleyhoag.com

*Attorney for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted:

/s/ Madeleine K. Rodriguez