**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | Civil Action No. 1:14-cv-14176-ADB |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | |
| HARVARD COLLEGE (HARVARD | ) | |
| CORPORATION), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF KENNETH KIMERLING OF THE ASIAN AMERICAN**
**LEGAL DEFENSE AND EDUCATION FUND**

Pursuant to Local Rule 83.5.3, attorneys Dean Richlin, Hemmie Chang, Sarah Burg,

Madeleine K. Rodriguez and Rachel Hutchinson, members in good standing of the bar of the

Commonwealth of Massachusetts and this Court and attorneys at the law firm Foley Hoar LLP,

respectfully move this Court grant permission of Kenneth Kimerling of the Asian American

Legal Defense and Education Fund ("AALDEF") to appear and practice *pro hac vice* as counsel

for *Amici Curiae* Asian American Legal Defense and Education Fund *et al.* (collectively

"Amici").

Kenneth Kimerling is the Legal Director of the Asian American Legal Defense and

Education Fund, located at 99 Hudson Street, New York, N.Y. 10013.  He is a member of good

standing of the bars of the State of New York, the United States Supreme Court, the United

States Circuit Courts for the Second and Sixth Circuits, the United States District Courts for the

Southern District of New York, Eastern District of New York, Western District of New York and

1

the District of Connecticut.  There are no disciplinary proceedings against Mr. Kimerling in any

jurisdiction.  Mr. Kimerling is familiar with the issues of this case and the Local Rules of this

Court.

In support of this Motion, counsel relies upon the Certificantion of Mr. Kimerling filed

herewith.

WHEREFORE, Amici, by their attorneys Dean Richlin, Hemmie Chang, Sarah Burg,

Madeleine K. Rodriguez and Rachel Hutchinson, respectfully request that this Court asmit

Kenneth Kimerling, to appear and practice *pro hac vice* on behalf of Amici.


Dated: August 30, 2018

Respectfully submitted:

/s/  Madeleine K. Rodriguez

Dean Richlin, BBO #419200
Hemmie Chang, BBO#544249
Sarah Burg, BBO#683245
Madeleine K. Rodriguez, BBO #684394
Rachel Hutchinson, BBO#696739
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: 617- 832-1000
Fax: 617-832-7000
drichlin@foleyhoag.com
hchang@foleyhoag.com
sburg@foleyhoag.com
mrodriguez@foleyhoag.com
rhutchinson@folehoag.com

*Attorneys for Asian American Legal Defense*
*and Education Fund, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted:

*/s/ Madeleine K. Rodriguez*