UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC,

    Plaintiff,

    v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE (HARVARD
CORPORATION),

    Defendant.

Civil Action No. 1:14-cv-14176-ADB

## MOTION FOR ADMISSION PRO HAC VICE

Matthew Segal, a member in good standing in the bar of this Court, respectfully moves for the admission *pro hac vice* of Sarah Hinger, for the purpose of entering an appearance on behalf of *amici* the American Civil Liberties Union Foundation, Inc., and the American Civil Liberties Union of Massachusetts Foundation in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have signed the complaint in the above-captioned matter.

2. I move for the admission *pro hac vice* of Ms. Hinger of the American Civil Liberties Union Foundation, to appear before this Court as co-counsel.

3. As evidenced by her attached Affidavit, Ms. Hinger is a member in good standing of the Bar of New York; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and she is familiar with the local rules of this Court.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave for Sarah Hinger to appear before the Court in this matter *pro hac vice*.

Dated: August 30, 2018                                      Respectfully submitted,

*/s/ Matthew R. Segal*
Matthew R. Segal, (BBO # 654489)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA  02110
617-482-3170
msegal@aclum.org

*Attorney for Amici Curiae*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through the Electronic Court Filing system on August 30, 2018, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

>  */s/ Matthew R. Segal*
>  Matthew R. Segal