IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**DECLARATION OF MICHAEL CONNOLLY IN SUPPORT OF SFFA'S
REPLY TO ITS MOTION FOR SUMMARY JUDGMENT**

I, Michael Connolly, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am over eighteen years of age, have personal knowledge of the facts stated herein, and if called upon to do so, could and would testify competently thereto.

2. I am an attorney at Consovoy McCarthy Park PLLC and represent Plaintiff Students for Fair Admissions, Inc. ("SFFA") in the above-styled action.

3. I provide this declaration in support of SFFA's reply to its motion for summary judgment.

4. Attached hereto as Exhibit 286 is a true and correct copy of excerpts of the July 27, 2017 deposition of Erin Driver-Linn.

5. Attached hereto as Exhibit 287 is a true and correct copy of the declaration of Peter Arcidiacono, which was executed on August 30, 2018.

\*   \*   \*

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on this day, August 30, 2018.

/s/ Michael Connolly
Michael Connolly
