# EXHIBIT 286

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1          Erin E. Driver-Linn
2     UNITED STATES DISTRICT COURT
3    FOR THE DISTRICT OF MASSACHUSETTS
4
5
6
7  *******************************
8  STUDENTS FOR FAIR ADMISSIONS, INC.,
9              Plaintiff
10 vs.              CA NO. 1:14-CV-14176
11 PRESIDENT AND FELLOWS OF
   HARVARD COLLEGE
12 (HARVARD CORPORATION),
13
              Defendant
14
   *******************************
15
16    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17       DEPOSITION OF:  ERIN E. DRIVER-LINN
18              WILMERHALE
19            60 State Street
20          Boston, Massachusetts
21        July 27, 2017     9:03 a.m.
22          Darlene M. Coppola
23         Registered Merit Reporter
24        Certified Realtime Reporter
25 Job no. 127103

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 98

1               Erin E. Driver-Linn

2  designations.

3

4               (Exhibit No. 5 marked

5               for identification.)

6

7  BY MR. STRAWBRIDGE:

8      Q.   I'm handing you a document that's

9  been marked as Exhibit 5.

10          Take a minute and familiarize

11 yourself with the document.  Let me know if

12 you've seen it before.

13     A.   (Witness reviews document.)

14          Yes, I have seen this document or

15 one very much like it.

16     Q.   Did you, in fact, review this

17 document in preparation for your deposition

18 today?

19     A.   I believe so.

20     Q.   So what is this document?

21     A.   Draft admissions, Part 2,

22 subtitle.

23     Q.   But that's what it says on the

24 cover.  But I'm asking for your description

25 of what this document is.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 99

1              Erin E. Driver-Linn

2              MS. ELLSWORTH:  Objection.

3      A.   I believe it to be an internal work
4  product.
5  BY MR. STRAWBRIDGE:
6      Q.   Why do you believe it to be an
7  internal work product?
8      A.   Because it has blank pages, because
9  it has a subtitle called "subtitle,"
10  because the exhibits are very exploratory
11  and very limited.
12      Q.   Who prepared this document?
13      A.   I'm not sure.
14      Q.   You don't have any idea who prepared
15  this documents?
16              MS. ELLSWORTH:  Objection.
17      A.   That's not what I said.
18  BY MR. STRAWBRIDGE:
19      Q.   Okay.  What do you know about who
20  prepared this document?
21      A.   I think it likely involved Erica
22  Bever and/or Mark Hansen.
23      Q.   Why do you think that?
24      A.   Because they were working on similar
25  kinds of work products.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 100

Erin E. Driver-Linn

2  Q. And why were they working on these
3  kinds of work products?
4           MS. ELLSWORTH: Objection.
5  A. Can you be more specific?
6  BY MR. STRAWBRIDGE:
7  Q. Yes.
8     How did this work product come into
9  being?
10    Who asked OIR to prepare this work
11 product?
12          MS. ELLSWORTH: Objection.
13 A. I don't know.
14 BY MR. STRAWBRIDGE:
15 Q. What steps did you take to try to
16 educate yourself as to how this work
17 product came into being in preparation for
18 your deposition today?
19 A. I looked at a document like this, or
20 maybe this exact one, talked with John
21 Scanlon and Liam Schwartz.
22 Q. And nobody -- none of them knew why
23 this document was created?
24 A. They did not remember.
25 Q. Was this document created to answer

1                Erin E. Driver-Linn
2   questions that Dean Fitzsimmons had asked
3   of OIR?
4       A.   I don't know.
5       Q.   And other than talking to
6   Mr. Scanlon and Mr. Schwartz, did you take
7   any other steps to try to figure out why
8   this document was created?
9              MS. ELLSWORTH:  Objection.
10      A.   Reviewed it; read it.
11  BY MR. STRAWBRIDGE:
12      Q.   Do you know when this document was
13  created?
14      A.   I think it likely was created in
15  February 2013, not 2012.
16      Q.   And why do you think that?
17      A.   Because of other work that was
18  underway at that time, and it doesn't make
19  sense that it would be in 2012 given the
20  other work.
21      Q.   And what other work are you
22  referring to?
23      A.   Other work products that I reviewed
24  in preparation for this deposition.
25      Q.   Does that include other work product

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 102

1                Erin E. Driver-Linn
2    that was addressing, among other things,
3    whether Asian-Americans were disadvantaged
4    by Harvard's admission process?
5               MS. ELLSWORTH:  Objection.
6       A.   That's not how I would characterize
7    it.
8    BY MR. STRAWBRIDGE:
9       Q.   Do you know what I'm referring to
10   when I characterize it that way?
11              MS. ELLSWORTH:  Objection.
12      A.   I think so.
13   BY MR. STRAWBRIDGE:
14      Q.   And why was that work product being
15   created by OIR?
16              MS. ELLSWORTH:  Objection.
17      A.   I don't know exactly.
18   BY MR. STRAWBRIDGE:
19      Q.   Do you have any idea why it was
20   being created by OIR?
21      A.   Yes.
22      Q.   And what is that idea?
23      A.   Could we look at the specific thing
24   to make sure I'm thinking of the same thing
25   you're thinking of?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 103

1                Erin E. Driver-Linn

2      Q.   Well, whatever you're thinking of,

3  we're going to go through a number of

4  exhibits, but right now, you are looking at

5  this document and you understand that that

6  was created in February because of other

7  work that OIR did that you're thinking of.

8           I'm asking, why is -- this other

9  work that you're thinking of, why was OIR

10 doing that work?

11              MS. ELLSWORTH:   Objection.

12     A.   My best guess to what you're

13 thinking of had multiple kinds of chapters

14 or areas of work, and the answer would vary

15 depending on the particular kinds of work.

16 BY MR. STRAWBRIDGE:

17     Q.   But sitting here today, you don't

18 have any idea why this document was

19 created?

20              MS. ELLSWORTH:   Objection.

21 Mischaracterizes the testimony.

22     A.   I don't remember.

23 BY MR. STRAWBRIDGE:

24     Q.   Do you -- do you remember reviewing

25 this draft in 2013?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 145

1                  Erin E. Driver-Linn
2      A.   I would not say he got this wrong.
3  My best recollection is that Mark worked on
4  this and brought it forward after he had
5  been working on it to others in the team.
6  BY MR. STRAWBRIDGE:
7      Q.   So is it your testimony under oath
8  that this document was created entirely at
9  the instigation of people within OIR with
10 no questions or input from anyone outside
11 the office of institutional research?
12              MS. ELLSWORTH:  Objection.
13     A.   It's my best understanding that no
14 person outside of OIR asked us to do this
15 modeling work.
16 BY MR. STRAWBRIDGE:
17     Q.   And are you positive that's true?
18              MS. ELLSWORTH:  Objection.
19     A.   I can't be perfectly certain.
20 BY MR. STRAWBRIDGE:
21     Q.   Are you certain -- can you say with
22 any certainty under oath today that this
23 model and work was not being done because
24 of questions from somebody outside of the
25 office of institutional research about

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 146

1           Erin E. Driver-Linn
2    Harvard's admissions process disadvantaging
3    Asian-Americans?
4              MS. ELLSWORTH:  Objection.
5       A.   I'm sorry.  Can you repeat the
6    question?  I think it started with am I --
7    am I certain, am I --
8    BY MR. STRAWBRIDGE:
9       Q.   Are you certain that this model
10   wasn't created to respond to questions that
11   had been raised by people outside of OIR?
12             MS. ELLSWORTH:  Objection.
13      A.   I'm not perfectly certain.
14   BY MR. STRAWBRIDGE:
15      Q.   Are you aware of any mathematical
16   errors reflected in the chart on Page 11?
17      A.   I'm not aware of any mathematical
18   errors.
19      Q.   Are you aware of any data errors
20   that affect the chart that appears on
21   Page 11?
22             MS. ELLSWORTH:  Objection.
23      A.   I am not aware of any data errors.
24   BY MR. STRAWBRIDGE:
25      Q.   The chart on Page 12, let me ask