UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Case No. :14-cv-14176-ADB |

**NOTICE OF APPEARANCE**

Please take note that the undersigned Douglass C. Lawrence, Esq. hereby enters his appearance on behalf of *amici curiae* Southeastern Legal Foundation, the Center for Equal Opportunity and Reason Foundation in opposition to defendant's motion for summary judgment.

        Respectfully submitted,

        SOUTHEASTERN LEGAL FOUNDATION, THE
        CENTER FOR EQUAL OPPORTUNITY, AND
        REASON FOUNDATION,

        By their attorney,

        /s/ Douglass C. Lawrence
        Douglass C. Lawrence, BBO# 657362
        dlawrence@curranantonelli.com
        Curran Antonelli, LLP
        22 Boston Wharf Road
        7th Floor
        Boston, MA 02210
        Telephone: (617) 207-8670
Dated: August 30, 2018        Facsimile: (857) 263-5215

## CERTIFICATE OF SERVICE

    I, Douglass C. Lawrence, hereby certify that on this 30th day of August, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Douglass C. Lawrence
        Douglass C. Lawrence