# EXHIBIT 3

UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB<br><br>Leave to file granted on August 31, 2018 |

DECLARATION OF MARK PRICE
(HARVARD BLACK ALUMNI SOCIETY)

Mark Price, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Mark Price. I graduated from Harvard College in 1998. I am writing this declaration individually and on behalf of the Harvard Black Alumni Society ("HBAS") in support of race consciousness in Harvard College's admissions policy.

2. I am President of the HBAS. After consulting with HBAS's board members, I have been given authority to submit this declaration on behalf of HBAS.

3. HBAS was founded in 2002 to provide a forum for Black Harvard alumni to convene, communicate, and contribute to mutual professional development and the cultivation of black graduates both present and future. HBAS serves to enrich and enlighten its membership, as well as to embrace the challenges and triumphs that we encounter "post-Harvard." It is our intent that, through this organization, a strong and supportive society of Black Harvard Alumni

perpetually exists to address pertinent issues and to enhance the alumni experience of each graduating class.

4.     HBAS is the official alumni organization for African-American graduates of all Harvard schools. In addition to hosting events in various cities around the country for the purpose of bringing alumni together for socializing and community building, HBAS leads community building programs and initiatives for its members around the world to better serve the communities in which we live and work. Notably, for several years HBAS has been a financial supporter of Public Service Fellowships, providing stipends to students pursuing public service-oriented activities during their summers.  Further, each of our Harvard Black Alumni Weekends has included programming with lectures and panel discussions covering a wide range of topics relevant to the African-American community.

5.     HBAS supports the consideration of race in admission because (i) we understand the particular historical context which has led to challenging socio-economic outcomes that affect minority communities disproportionately and the value of assuring space for those from the impacted communities in institutions with the resources best equipped to make a meaningful difference in addressing those challenges, and (ii) diversity (including racial) is an important ideal and necessary to provide a complete educational experience and environment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, August 29, 2018.

/s/ Mark Price
Mark Price