# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br>      Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS <br> OF HARVARD COLLEGE, <br><br>      Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Sarah E. Harrington of Goldstein & Russell, P.C. on behalf of the *Amici Curiae* Social Scientists and Scholars, including OiYan Poon, Megan Segoshi, David Silver, Janelle Wong, and Liliana Garces[*] in the above-captioned action.

Dated: September 4, 2018            Respectfully submitted,

|  |  |
|---|---|
|  | /s/   Sarah E. Harrington |
| Richard J. Rosensweig (BBO #639457) <br> GOULSTON & STORRS PC <br> 400 Atlantic Avenue <br> Boston, Massachusetts 02110 <br> (617) 574-3588 <br> rrosensweig@goulstonstorrs.com | Sarah E. Harrington <br> GOLDSTEIN & RUSSELL, P.C. <br> 7475 Wisconsin Avenue, Suite 850 <br> Bethesda, MD 20814 <br> (202) 362-0636 <br> sharrington@goldsteinrussell.com |

*Counsel for Amici Curiae 531 Social Scientists and Scholars*
*on College Access, Asian American Studies, and Race*

---

[*] All Social Scientists and Scholars on behalf of whom this Appearance is filed are listed in Exhibit A.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on September 4, 2018, through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Sarah E. Harrington