**EXHIBIT A**

## List of *Amici Curiae*

1. Abajian, Suzie — Orange County Department of Education
2. Abes, Elisa — Miami University
3. Abrajano, Marisa — University of California, San Diego
4. Acevedo-Gil, Nancy — California State University, San Bernardino
5. Adamian, Annie — California State University, Chico
6. Agius Vallejo, Jody — University of Southern California
7. Agozino, Onwubiko — Virginia Polytechnic Institute and State University
8. Aguilar-Hernández, José M. — California State Polytechnic University, Pomona
9. Ali, Arshad — George Washington University
10. Alvarez, Cynthia L. — University of California, Los Angeles
11. Amechi, Mauriell — University of Redlands
12. Ampaw, Frimpomaa — Central Michigan University
13. Ananth, Akhila — California State University, Los Angeles
14. Anderson, Lauren — Connecticut College
15. Annamma, Subini — University of Kansas
16. Antonio, Anthony — Stanford University
17. Antrop-Gonzalez, Rene — Metropolitan State University
18. Aptekar, Sofya — University of Massachusetts Boston
19. Aquino Sosa, Gloria — Saint Mary's College of California
20. Arao, Brian — University of California, Santa Cruz
21. Ardoin, Sonja — Appalachian State University
22. Arellano, Lucy — Oregon State University
23. Asato, Jolynn — San Jose State University
24. Assalone, Amanda — Southern Education Foundation
25. Au, Kathryn H. — University of Hawaiʻi, Mānoa
26. Austin, Algernon — Demos
27. Austin, Ann — Michigan State University
28. Baber, Lorenzo — Iowa State University
29. Bahena, Sofia — University of Texas at San Antonio
30. Ballysingh, Tracy — University of Vermont
31. Barnhardt, Cassie — University of Iowa
32. Barone, Ryan — Colorado State University
33. Basile, Vincent — Colorado State University
34. Bastedo, Michael — University of Michigan
35. Beatty, Cameron — Florida State University
36. Bengochea, Alain — University of Nevada, Las Vegas
37. Bensimon, Estela — University of Southern California
38. Berger, Joseph — University of Massachusetts Boston
39. Berliner, David — Arizona State University

40. Bernal, Jesse — Grand Valley State University
41. Bernardo, Joseph — Loyola Marymount University
42. Berrey, Ellen — University of Toronto
43. Berriz, Berta — Lesley University
44. Blockett, Reginald — Grand Valley State University
45. Bloom-Leiva, Gilda — San Francisco State University
46. Bondi, Stephanie — University of Nebraska
47. Borja, Melissa — University of Michigan
48. Boylan, Hunter — Appalachian State University
49. Brazelton, Grady — Northern Arizona University
50. Bukoski, Beth — University of Texas at Austin
51. Burciaga, Rebeca — San Jose State University
52. Byrd, Ajani — Mission College
53. Byrd, W. Carson — University of Louisville
54. Cabrera, Nolan — University of Arizona
55. Cain, Ebony — Pepperdine University
56. Calderon, Dolores — Western Washington University
57. Calderone, Shannon — Washington State University
58. Callahan, Rebecca — University of Texas at Austin
59. Camacho, Keith — University of California, Los Angeles
60. Camangian, Patrick — University of San Francisco
61. Cantor, Nancy — Rutgers University-Newark
62. Cantwell, Brendan — Michigan State University
63. Castillo-Montoya, Milagros — University of Connecticut
64. Castro Samayoa, Andrés — Boston College
65. Castro, Erin — University of Utah
66. Catalano, D. Chae — Western Illinois University
67. Chan, Jason — Independent Scholar
68. Chang, Benji — Education University of Hong Kong
69. Chao Romero, Robert — University of California, Los Angeles
70. Cheah, Charissa — University of Maryland, Baltimore County
71. Chen, Angela — Pre-Health Dreamers
72. Chen, Carolyn — University of California, Berkeley
73. Chen, Jondou — University of Washington
74. Chen, Stephanie — Wright Institute
75. Cheng, Jih-Fei — Scripps College
76. Cheung, Christabel — University of Hawaiʻi, Mānoa
77. Chiang, Warren — Stanford University
78. Chikkatur, Anita — Carleton College
79. Chin, Christina — California State University, Fullerton
80. Chin, Jean Lau — Adelphi University

81. Ching, Cheryl — University of Massachusetts Boston
82. Chow, Candace — University of Utah
83. Chung, Angie — University at Albany
84. Cintron-Vélez, Aixa — Russell Sage Foundation
85. Clark, Christine — University of Nevada, Las Vegas
86. Cohen, Sarah — Loyola University Chicago
87. Cokley, Kevin — University of Texas at Austin
88. Collins, Christopher — Azusa Pacific University
89. Conchas, Gilberto — University of California, Irvine
90. Cooper Stein, Kristy — Michigan State University
91. Covarrubias, Alejandro — University of San Francisco
92. Crisp, Gloria — Oregon State University
93. Cruz, Cindy — University of California, Santa Cruz
94. Cuellar, Marcela — University of California, Davis
95. Dache-Gerbino, Amalia — University of Missouri
96. Dancy, T. Elon — University of Pittsburgh
97. Danico, Mary — California State Polytechnic University, Pomona
98. Dao, Loan — University of Massachusetts Boston
99. Darling-Hammond, Linda — Stanford University
100. DasGupta, Debanuj — University of Connecticut
101. Davis III, Charles H.F. — University of Southern California
102. Davis, Tracy — Western Illinois University
103. DeAngelo, Linda — University of Pittsburgh
104. Deckman, Sherry — Lehman College, City University of New York
105. DeGuia, Vanessa — Teach For America
106. DeGuzman, Glenn — University of California, Berkeley
107. deGuzman, Jean-Paul — University of California, Los Angeles
108. Denson, Nida — Western Sydney University
109. Deo, Meera — University of California, Davis
110. Desai, Shruti — McKendree University
111. Dhingra, Pawan — Amherst College
112. Dineen-Wimberly, Ingrid — University of La Verne
113. Dotts, Brian — University of Georgia
114. Dowd, Alicia — Pennsylvania State University
115. Drezner, Noah — Columbia University
116. Duran, Richard P — University of California, Santa Barbara
117. Dwyer, Brighid — Villanova University
118. Dymski, Gary — University of Leeds
119. Eagan, Kevin — University of California, Los Angeles
120. Eaton, Susan — Brandeis University
121. Eaton, Paul — Sam Houston State University

3

| | | |
|---|---|---|
| 122. | Edejer, Eilene | Loyola University Chicago |
| 123. | Edwards Williams, Kirsten | University of Oklahoma |
| 124. | Edwards, Korie | Ohio State University |
| 125. | Embrick, David | University of Connecticut |
| 126. | Endo, Rachel | University of Washington Tacoma |
| 127. | Engberg, Mark | University of Denver |
| 128. | Espino, Michelle | University of Maryland, College Park |
| 129. | Fabionar, James | University of San Diego |
| 130. | Felder, Pamela | Black Doctorates Matter |
| 131. | Fernandes, Leela | University of Michigan |
| 132. | Fernandez, Frank | University of Houston |
| 133. | Fine, Michelle | The Graduate Center, City University of New York |
| 134. | Finnegan, Dorothy E. | College of William and Mary |
| 135. | Fiske, Susan | Princeton University |
| 136. | Flores, Stella | New York University |
| 137. | Fox, Heather | University of Illinois at Urbana-Champaign |
| 138. | Francisco-Menchavez, Valerie | San Francisco State University |
| 139. | Frankenberg, Erica | Pennsylvania State University |
| 140. | Frasure-Yokley, Lorrie | University of California, Los Angeles |
| 141. | Fried, Jane | Central Connecticut State University |
| 142. | Fries-Britt, Sharon | University of Maryland, College Park |
| 143. | Fujimoto, Eugene | California State University, Fullerton |
| 144. | Fultz, Michael | University of Wisconsin - Madison |
| 145. | Furr, Sara | University of Chicago |
| 146. | Gándara, Patricia | University of California, Los Angeles |
| 147. | Garces, Liliana M. | University of Texas at Austin |
| 148. | Garcia Bedolla, Lisa | University of California, Berkeley |
| 149. | Garcia, Crystal | Auburn University |
| 150. | Garcia, Jennifer | Loyola Marymount University |
| 151. | Garibay, Juan | University of Virginia |
| 152. | Gasman, Marybeth | University of Pennsylvania |
| 153. | Gee, Gilbert | University of California, Los Angeles |
| 154. | George Mwangi, Chrystal | University of Massachusetts Amherst |
| 155. | George, Casey | University of Louisville |
| 156. | Geron, Kim | California State University, East Bay |
| 157. | Giani, Matthew | University of Texas at Austin |
| 158. | Gilbert, Aliza | Highland Park High School |
| 159. | Gilkerson, Tammeil | Laney College |
| 160. | Gin, Kevin | Holy Names University |
| 161. | Gina, Garcia | University of Pittsburgh |

162. Ginsberg, Ricki — Colorado State University
163. Gonzales, Leslie — Michigan State University
164. Goodman, Kathleen — Miami University
165. Gordon da Cruz, Cynthia — Chabot College
166. Goyette, Kimberly — Temple University
167. Grande, Sandy — Connecticut College
168. Graves, Joseph — Joint School of Nanosciences & Nanoengineering, North Carolina AT&T State University & The University of North Carolina at Greensboro
169. Griffin, Kimberly — University of Maryland, College Park
170. Guido, Florence — University of Northern Colorado
171. Gurin, Patricia — University of Michigan
172. Gutierrez, Kris — University of California, Berkeley
173. Hakuta, Kenji — Stanford University
174. Hall, Aris — Clemson University
175. Hall, Gordon — University of Oregon
176. Han, Hahrie — University of California, Santa Barbara
177. Hancock Alfaro, Ange-Marie — University of Southern California
178. Hardie, Jessica — Hunter College, City University of New York
179. Harper, Shaun — University of Southern California
180. Hart, Jeni — University of Missouri
181. Hartlep, Nicholas — Metropolitan State University
182. Haslerig, Siduri — University of Oklahoma
183. Hatch-Tocaimaza, Deryl — University of Nebraska
184. Heller, Donald — University of San Francisco
185. Hernandez, Xavier — University of California, Irvine
186. Hildebrandt, Melanie — Indiana University of Pennsylvania
187. Hillman, Nicholas — University of Wisconsin - Madison
188. Hinchey, Patricia — Pennsylvania State University
189. Hirschman, Daniel — Brown University
190. Holme, Jennifer — University of Texas at Austin
191. Hom, Delia Cheung — Northeastern University
192. Horn, Catherine — University of Houston
193. Hornak, Anne — Central Michigan University
194. Houston, Derek — University of Oklahoma
195. Hsieh, Betina — California State University, Long Beach
196. Hsin, Amy — Queens College, City University of New York
197. Hsu, Madeline — University of Texas at Austin
198. Hudson, Tara — Kent State University
199. Hughes, Bryce — Montana State University
200. Humphries, Marisha — University of Illinois at Chicago

| | | |
|---|---|---|
| 201. | Hung, Yun-Ting | Metropolitan State University |
| 202. | Huo, Yuen | University of California, Los Angeles |
| 203. | Hurtado, Sylvia | University of California, Los Angeles |
| 204. | Inman, Arpana | Lehigh University |
| 205. | Ishimaru, Ann M. | University of Washington |
| 206. | Iverson, Susan | Manhattanville College |
| 207. | Jain, Dimpal | California State University, Northridge |
| 208. | Jayakumar, Uma | University of California, Riverside |
| 209. | Jenkins, DeMarcus | University of Arizona |
| 210. | Jeung, Russell | San Francisco State University |
| 211. | Jez, Su Jin | California State University, Sacramento |
| 212. | Johnson, Dawn | Syracuse University |
| 213. | Johnson, Matthew | Central Michigan University |
| 214. | Johnson, Royel | Pennsylvania State University |
| 215. | Johnston-Guerrero, Marc | Ohio State University |
| 216. | Jones, B. Noble | University of Georgia |
| 217. | Jourian, TJ | Oakland University |
| 218. | Junn, Jane | University of Southern California |
| 219. | Kanagala, Vijay | University of Vermont |
| 220. | Kang, Miliann | University of Massachusetts Amherst |
| 221. | Kawakyu O'Connor, Nahoko | University of Rochester |
| 222. | Kelly, Bridget | University of Maryland, College Park |
| 223. | Ken, Ivy | George Washington University |
| 224. | Kezar, Adrianna | University of Southern California |
| 225. | Kiang, Peter | University of Massachusetts Boston |
| 226. | Killen, Melanie | University of Maryland, College Park |
| 227. | Kim, Barbara | California State University, Long Beach |
| 228. | Kim, Jung | Lewis University |
| 229. | Kim, Nadia | Loyola Marymount University |
| 230. | Kim, Richard | University of California, Davis |
| 231. | Kim, Stephanie | Georgetown University |
| 232. | King, M. Bruce | University of Wisconsin - Madison |
| 233. | Kinzie, Jillian | Indiana University Bloomington |
| 234. | Kiuhara, Sharlene | University of Utah |
| 235. | Klasik, Daniel | George Washington University |
| 236. | Klemencic, Manja | Harvard University |
| 237. | Kodama, Corinne | University of Illinois at Chicago |
| 238. | Kohli, Rita | University of California, Riverside |
| 239. | Kokka, Kari | University of Pittsburgh |
| 240. | Kondo, Dorinne | University of Southern California |
| 241. | Kornhaber, Mindy | Pennsylvania State University |

242. Kortegast, Carrie — Northern Illinois University
243. Kousser, J. Morgan — California Institute of Technology
244. Kumashiro, Kevin — Independent Scholar
245. Kwan, Yvonne — San Jose State University
246. Kwon, Hyeyoung — Indiana University Bloomington
247. Kwon, Yaejoon — Independent Scholar
248. Lachica Buenavista, Tracy — California State University, Northridge
249. Lai, James — Santa Clara University
250. Lau, Anna — University of California, Los Angeles
251. Lau, Chrissy — Texas A&M University - Corpus Christi
252. Le, C.N. — University of Massachusetts Amherst
253. Ledesma, María — University of Utah
254. Lee Tu, Dawn — De Anza College
255. Lee, C. Aujean — University of Oklahoma
256. Lee, Fred — University of Connecticut
257. Lee, Jennifer — Columbia University
258. Lee, Jenny — University of Arizona
259. Lee, Richard — University of Minnesota
260. Lee, Stacey — University of Wisconsin - Madison
261. Lehman, Kathleen J. — University of California, Los Angeles
262. Lehr, Jane — California Polytechnic State University
263. Lester, Jaime — George Mason University
264. Leung, Maxwell — California College of the Arts
265. Lewis, Amanda — University of Illinois at Chicago
266. Lewis, Consuella — Concordia University Portland
267. Lewis, Maria — Pennsylvania State University
268. Li, Amy — University of Northern Colorado
269. Lien, Pei-te — University of California, Santa Barbara
270. Linde, Robyn — Rhode Island College
271. Longerbeam, Susan — University of Louisville
272. Lopez, Francesca — University of Arizona
273. Louie, Vivian — William T. Grant Foundation
274. Lu, Charles — University of California, San Diego
275. Lugg, Catherine — Rutgers University
276. Lui, Joyce — San Jose City College
277. Luie, Siu Ming — Northeastern University
278. MacLachlan, Anne — University of California, Berkeley
279. Maeda, Daryl — University of Colorado Boulder
280. Maira, Sunaina — University of California, Davis
281. Malone, Mei-Ling — California State University, Fullerton
282. Manzano, Lester — Loyola University Chicago

7

| | | |
|---|---|---|
| 283. | Maramba, Dina | Claremont Graduate University |
| 284. | Marcus, Ann | New York University |
| 285. | Marin, Patricia | Michigan State University |
| 286. | Marine, Susan B. | Merrimack College |
| 287. | Marquez Kiyama, Judy | University of Denver |
| 288. | Marsh, Tyson | Seattle University |
| 289. | Martin, Georgianna | University of Georgia |
| 290. | Martin, Isaac | University of California, San Diego |
| 291. | Martinez Aleman, Ana M. | Boston College |
| 292. | Martinez, Brandon | Providence College |
| 293. | Martinez, Danny C. | University of California, Davis |
| 294. | Martinez, Eligio | Claremont Graduate University |
| 295. | Martinez, Magdalena | University of Nevada, Las Vegas |
| 296. | Martinez, Melissa | Texas State University |
| 297. | Martínez, Ramón | Stanford University |
| 298. | Masuoka, Natalie | University of California, Los Angeles |
| 299. | Mattheis, Allison | California State University, Los Angeles |
| 300. | Mayer, Anysia | California State University, Stanislaus |
| 301. | Mayorga, Edwin | Swarthmore College |
| 302. | McClellan, George | University of Mississippi |
| 303. | McClintock, Charles | Fielding Graduate University |
| 304. | McDermott, Kathryn | University of Massachusetts Amherst |
| 305. | McDonough, Patricia M. | University of California, Los Angeles |
| 306. | McEwen, Marylu | University of Maryland, College Park |
| 307. | McGowan, Brian | University of North Carolina at Greensboro |
| 308. | McGuire, Keon | Arizona State University |
| 309. | McLaughlin, Conor | Bowling Green State University |
| 310. | Means, Darris | University of Georgia |
| 311. | Mendoza-Reis, Noni | San Jose State University |
| 312. | Merseth, Julie Lee | Northwestern University |
| 313. | Mickelson, Roslyn Arlin | University of North Carolina at Charlotte |
| 314. | Milano, Joy | Michigan State University |
| 315. | Milem, Jeffrey | University of California, Santa Barbara |
| 316. | Mintz, Beth | University of Vermont |
| 317. | Mirra, Nicole | Rutgers University |
| 318. | Mistry, Rashmita | University of California, Los Angeles |
| 319. | Mitra, Dana | Pennsylvania State University |
| 320. | Mobley, Jr., Steve | University of Alabama |
| 321. | Moore, Helen | University of Nebraska |
| 322. | Morales, Erica | California State Polytechnic University, Pomona |
| 323. | Morales, P. Zitlali | University of Illinois at Chicago |

| | | |
|---|---|---|
| 324. | Morgan, Demetri | Loyola University Chicago |
| 325. | Morgan, Zachary | California Institute of the Arts |
| 326. | Moses, Michele | University of Colorado Boulder |
| 327. | Moses, Yolanda | University of California, Riverside |
| 328. | Motha, Suhanthie | University of Washington |
| 329. | Munoz, Susana | Colorado State University |
| 330. | Museus, Samuel | University of California, San Diego |
| 331. | Myers, Kit | University of California, Merced |
| 332. | Nakae, Sunny | Loyola University Chicago |
| 333. | Nakagawa, Kathryn | Arizona State University |
| 334. | Nakano, Dana | California State University, Stanislaus |
| 335. | Nam, Victoria | California State University, Monterey Bay |
| 336. | Narui, Mitsu | Capital University |
| 337. | Navarro, Oscar | California Polytechnic State University |
| 338. | Negrón-Gonzales, Genevieve | University of San Francisco |
| 339. | Nelson Laird, Thomas | Indiana University Bloomington |
| 340. | Nelson, Chris | University of Denver |
| 341. | Ngo, Bic | University of Minnesota |
| 342. | Ngo, Federick | University of Nevada, Las Vegas |
| 343. | Nguyen, Bach Mai Dolly | Lewis & Clark College |
| 344. | Nguyen, David Hoa | Indiana University - Purdue University, Indianapolis |
| 345. | Nguyen, Thai-Huy | Seattle University |
| 346. | Nicolazzo, Z | University of Arizona |
| 347. | Nienhusser, H. Kenny | University of Connecticut |
| 348. | Nieto, Sonia | University of Massachusetts Amherst |
| 349. | Noah, Aggie | Arizona State University |
| 350. | Noguera, Pedro | University of California, Los Angeles |
| 351. | Noh, Eliza | California State University, Fullerton |
| 352. | Oakes, Jeannie | University of California, Los Angeles |
| 353. | Obear, Kathy | Center for Transformation and Change |
| 354. | Ocampo, Anthony | California State Polytechnic University, Pomona |
| 355. | Oda, Meredith | University of Nevada, Reno |
| 356. | Okamoto, Dina | Indiana University |
| 357. | Oliva, Maricela | University of Texas at San Antonio |
| 358. | Olivas, Michael A. | University of Houston |
| 359. | Oluwole, Joseph | Montclair State University |
| 360. | Ong, Paul | University of California, Los Angeles |
| 361. | Ono, Kent | University of Utah |
| 362. | Orfield, Gary | University of California, Los Angeles |
| 363. | Orphan, Cecilia | University of Denver |
| 364. | Oseguera, Leticia | Pennsylvania State University |

365. Ozaki, Casey (Carolyn)  University of North Dakota
366. Pacheco, Denise  University of California, Los Angeles
367. Padios, Jan  University of Maryland, College Park
368. Paguyo, Christina  University of Denver
369. Park, Jerry  Baylor University
370. Park, John  University of California, Santa Barbara
371. Park, Moises  Baylor University
372. Parker, Eugene  University of Kansas
373. Parker, Tara  University of Massachusetts Boston
374. Parreñas, Rhacel  University of Southern California
375. Patel, Leigh  University of Pittsburgh
376. Patraporn, Varisa  California State University, Long Beach
377. Patton Davis, Lori  Indiana University - Purdue University, Indianapolis
378. Pendakur, Sumun  University of Southern California
379. Perez II, David  Miami University
380. Perez, Patricia A.  California State University, Fullerton
381. Perez, Rosemary  Iowa State University
382. Perez-Felkner, Lara  Florida State University
383. Perna, Laura  University of Pennsylvania
384. Pham, Minh-Ha  University of California, Berkeley
385. Poon, OiYan  Colorado State University
386. Pope, Raechele  University at Buffalo
387. Porter, Christa  Kent State University
388. Posselt, Julie  University of Southern California
389. Powers, Jeanne M.  Arizona State University
390. Quintanar, Rosalinda  San Jose State University
391. Ramirez, Hiram  California State University, Channel Islands
392. Ramirez, Ricardo  University of Notre Dame
393. Ramirez-Stapleton, Marcela  University of California, Irvine
394. Ramos, Aida  George Fox University
395. Ramos, Delma  University of North Carolina at Greensboro
396. Reddick, Richard J.  University of Texas at Austin
397. Renée Valladares, Michelle  University of Colorado Boulder
398. Rennick, Liz  University of Arizona
399. Reyes, Pedro  University of Texas at Austin
400. Reynolds, Amy  University at Buffalo
401. Riggers-Piehl, Tiffani  University of Missouri, Kansas City
402. Rincón, Blanca  University of Nevada, Las Vegas
403. Rios Aguilar, Cecilia  University of California, Los Angeles
404. Rivera, Gwendelyn  University of Southern California
405. Ro, Hyun Kyoung (Hyunny)  Bowling Green State University

| | | |
|---|---|---|
| 406. | Robbins, Claire | Virginia Polytechnic Institute and State University |
| 407. | Roberts, Maria | University of Nevada, Las Vegas |
| 408. | Rodríguez, Noreen | Iowa State University |
| 409. | Rodriguez, Robyn | University of California, Davis |
| 410. | Rodriguez-Kiino, Diane | California Lutheran University |
| 411. | Rooks, Curtiss | Loyola Marymount University |
| 412. | Ropers-Huilman, Rebecca | University of Minnesota |
| 413. | Rosiek, Gerald | University of Oregon |
| 414. | Rowan-Kenyon, Heather | Boston College |
| 415. | Rubin, Paul | University of Utah |
| 416. | Ruck, Martin | The Graduate Center, City University of New York |
| 417. | Sablan, Jenna | University of Maryland, College Park |
| 418. | Saenz, Victor | University of Texas at Austin |
| 419. | Saito, Leland | University of Southern California |
| 420. | Sallee, Margaret | University at Buffalo |
| 421. | Saw, Anne | DePaul University |
| 422. | Schramm-Pate, Susan | University of Southern California |
| 423. | Schuster, Maximilian | University of Pittsburgh |
| 424. | Scott, Janelle | University of California, Berkeley |
| 425. | Segal, Marcia Texler | Indiana University Southeast |
| 426. | Segoshi, Megan | Independent Scholar |
| 427. | Serna, Gabriel | Michigan State University |
| 428. | Sewell, Christopher | Williams College |
| 429. | Shallish, Lauren | College of New Jersey |
| 430. | Sharma, Nitasha | Northwestern University |
| 431. | Shek, Yen Ling | University of California, Los Angeles |
| 432. | Shelton, Leslie | University of Arkansas |
| 433. | Shih, Kristy | California State University, Long Beach |
| 434. | Siegel-Hawley, Genevieve | Virginia Commonwealth University |
| 435. | Silver, David | RTI |
| 436. | Sipma-Dysico, Carlene | Lewis University |
| 437. | Snyder, Seth | Carleton College |
| 438. | Sohoni, Deenesh | College of William and Mary |
| 439. | Solorzano, Daniel | University of California, Los Angeles |
| 440. | Soria, Krista | University of Minnesota |
| 441. | Spickard, Paul | University of California, Santa Barbara |
| 442. | Squire, Dian | Northern Arizona University |
| 443. | Stapleton, Lissa | California State University, Northridge |
| 444. | Stearns, Elizabeth | University of North Carolina at Charlotte |
| 445. | Stewart, Abigail | University of Michigan |
| 446. | Stewart, Dafina-Lazarus | Colorado State University |

447. Stovall, David — University of Illinois at Chicago
448. Strolovitch, Dara — Princeton University
449. Strunk, Kamden — Auburn University
450. Sule, Thandi — Oakland University
451. Sun, Jeffrey — University of Louisville
452. Sun-Hee Park, Lisa — University of California, Santa Barbara
453. Sze, Julie — University of California, Davis
454. Szpara, Michelle Y. — Cabrini University
455. Takagi, Dana — University of California, Santa Cruz
456. Talusan, Liza A. — Independent Scholar
457. Tanaka, Gregory — Center for the Study of Democracy and Social Change
458. Tang, Eric — University of Texas at Austin
459. Taylor, Amanda — American University
460. Taylor, Betty Jeanne — University of Texas at Austin
461. Terriquez, Veronica — University of California, Santa Cruz
462. Terry, La Mont — Occidental College
463. Thompson Dorsey, Dana — University of Pittsburgh
464. Tichavakunda, Antar — University of Cincinnati
465. Tieken, Mara — Bates College
466. Tienda, Marta — Princeton University
467. Tierney, William — University of Southern California
468. Tillapaugh, Daniel — California Lutheran University
469. Tom, Joshua — Seattle Pacific University
470. Tran, Hoang — Florida Atlantic University
471. Tran, Van — Columbia University
472. Trieu, Monica — Purdue University
473. Tsing, Anna — University of California, Santa Cruz
474. Tuck, Eve — University of Toronto
475. Tuitt, Frank — University of Denver
476. Turman, Natasha — Miami University Ohio
477. Turner, Caroline — Sacramento State University
478. Umemoto, Karen — University of California, Los Angeles
479. Valadez, Concepcion — University of California, Los Angeles
480. Valencia, Richard — University of Texas at Austin
481. Valladares, Siomara — University of Colorado Boulder
482. Vang, Ma — University of California, Merced
483. Varghese, Manka — University of Washington
484. Vasquez Heilig, Julian — California State University, Sacramento
485. Vélez, Verónica — Western Washington University
486. Venegas, Kristan — University of Southern California

487. Villanueva, George — Loyola University Chicago
488. Vo, Anne — University of Southern California
489. Vo, Linda — University of California, Irvine
490. Vue, Rican — Oregon State University
491. Wallace, Sophia — University of Washington
492. Walsh, Erin — Bryn Mawr College
493. Wang, Leslie — University of Massachusetts Boston
494. Wang, Oliver — California State University, Long Beach
495. Ward, LaWanda — Pennsylvania State University
496. Warren, Mark — University of Massachusetts Boston
497. Watanabe, Paul — University of Massachusetts Boston
498. Waters, Mary — Harvard University
499. Weidman, John — University of Pittsburgh
500. Welner, Kevin — University of Colorado Boulder
501. Wilson, Terri S. — University of Colorado Boulder
502. Winkle-Wagner, Rachelle — University of Wisconsin - Madison
503. Wolf, De'Sha — Portland State University
504. Wolf-Wendel, Lisa — University of Kansas
505. Wolniak, Gregory — University of Georgia
506. Wong, Janelle — University of Maryland, College Park
507. Wong, Tom K. — University of California, San Diego
508. Wright, Dwayne — Savannah Law School
509. Wright, Erin Kahunawaikaʻala — University of Hawaiʻi, Mānoa
510. Wu, Ellen — Indiana University Bloomington
511. Wu, Judy — University of California, Irvine
512. Wun, Connie — Transformative Research
513. Yamamura, Erica — Seattle University
514. Yamashiro, Jane — Mills College
515. Yao, Christina — University of Nebraska
516. Yee, Barbara — University of Hawaiʻi, Mānoa
517. Yee, Jennifer — California State University, Fullerton
518. Yeung, Fanny — California State University, East Bay
519. Yi Borromeo, Varaxy — California State University, Fresno
520. Yoon, Irene — University of Utah
521. York, Travis — Association of Public & Land-Grant Universities
522. Young, Cynthia Ann — Pennsylvania State University
523. Yun, John — Michigan State University
524. Zamani-Gallaher, Eboni — University of Illinois at Urbana-Champaign
525. Zane, Nolan — University of California, Davis
526. Zatz, Marjorie S. — University of California, Merced
527. Zentella, Ana Celia — University of California, San Diego

528. Zerquera, Desiree          University of San Francisco
529. Zhou, Min                  University of California, Los Angeles
530. Zulueta, Benjamin          University of California, Santa Barbara
531. Zúñiga, Ximena             University of Massachusetts Amherst