**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

STUDENTS FOR FAIR ADMISSIONS, INC.,

        Plaintiff,

   v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE,

        Defendant.

Civil Action No. 1:14-cv-14176-ADB

**MOTION OF STUDENTS FOR FAIR ADMISSIONS, INC. FOR ADMISSION *PRO HAC VICE***

      Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, Students for Fair Admissions, Inc., by its attorney, Patrick Strawbridge, a member in good standing of the bar of this Court and counsel for Students for Fair Admissions, Inc., move this Court to admit attorneys J. Scott McBride, Katherine L.I. Hacker, Meg E. Fasulo, and Krista J. Perry of Bartlit Beck Herman Palenchar & Scott LLP to appear, defend, and practice *pro hac vice* as co-counsel on behalf of Students for Fair Admissions, Inc.

      1.      Attorney J. Scott McBride is a partner with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 54 West Hubbard Street, Suite 300, Chicago, Illinois 60654. He is a member in good standing of the Illinois State Bar, the Illinois Supreme Court, the United States District Court for the Northern District of Illinois, and the United States Courts of Appeal for the Seventh and Federal Circuits. There are no disciplinary proceedings pending against Mr. McBride in any jurisdiction.

      2.      Attorney Katherine L.I. Hacker is a partner with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 1801 Wewatta Street, Suite 1200, Denver, Colorado 80202. She is a member in good standing of the Colorado and Texas State Bars, the United States District Courts for the District of Colorado, Northern District of Texas and Southern District of Texas, and the United States Courts of Appeal for the Tenth and Federal Circuits. There are no disciplinary proceedings pending against Ms. Hacker in any jurisdiction.

3.      Attorney Meg E. Fasulo is an attorney with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 1801 Wewatta Street, Suite 1200, Denver, Colorado 80202. She is a member in good standing of the Colorado and Illinois State Bars and the United States Court of Appeals for the Federal Circuit. There are no disciplinary proceedings pending against Ms. Fasulo in any jurisdiction.

4.      Attorney Krista J. Perry is an attorney with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 54 West Hubbard Street, Suite 300, Chicago, Illinois 60654. She is a member in good standing of the Illinois State Bar. There are no disciplinary proceedings pending against Ms. Perry in any jurisdiction.

5.      Mr. McBride, Ms. Hacker, Ms. Fasulo, and Ms. Perry are each familiar with the issues in this case and with the Local Rules of this Court.

6.      Mr. Strawbridge is a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts and will continue to represent Students for Fair Admissions, Inc. if this motion is granted.

7.      In support of this Motion, Students for Fair Admissions, Inc. relies upon the Certifications of Mr. McBride, Ms. Hacker, Ms. Fasulo, and Ms. Perry filed herewith.

WHEREFORE, Students for Fair Admissions, Inc. respectfully requests that this Court admit attorneys Scott McBride, Katherine L.I. Hacker, Meg E. Fasulo, and Krista J. Perry to appear, defend, and practice *pro hac vice* as co-counsel on behalf of Students for Fair Admissions, Inc.

Dated: September 5, 2018                    Respectfully submitted,

_/s/ Patrick Strawbridge_
Patrick Strawbridge (BBO 678274)
CONSOVOY MCCARTHY PARK LLP
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of September, 2018.

*/s/ Patrick Strawbridge*