UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>         Plaintiff, <br>    v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>         Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## CERTIFICATION OF MEG E. FASULO

Meg E. Fasulo, Esq., hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am an attorney with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 1801 Wewatta Street, Suite 1200, Denver, Colorado 80202.

3. I am a member in good standing of the Colorado and Illinois State Bars and the United States Court of Appeals for the Federal Circuit.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Students for Fair Admissions, Inc. has requested that I be admitted *pro hac vice* for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct on this 5th day of September, 2018.

>  /s/ Meg E. Fasulo
> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
> Meg E. Fasulo
> BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
> 1801 Wewatta Street, Suite 1200
> Denver, Colorado 80202
> Tel: 303.592.3100
> Fax: 303.592.3140
> meg.fasulo@bartlit-beck.com