# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>        Plaintiff,<br>  v.<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>        Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## CERTIFICATION OF KATHERINE L.I. HACKER

Katherine L.I. Hacker, Esq., hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am a partner with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 1801 Wewatta Street, Suite 1200, Denver, Colorado 80202.

3. I am a member in good standing of the Colorado and Texas State Bars, the United States District Courts for the District of Colorado, Northern District of Texas and Southern District of Texas, and the United States Courts of Appeal for the Tenth and Federal Circuits.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Students for Fair Admissions, Inc. has requested that I be admitted *pro hac vice* for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct on this 5th day of September, 2018.

                                                   */s/ Katherine L.I. Hacker*
                                                   Katherine L.I. Hacker
                                                   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                                                   1801 Wewatta Street, Suite 1200
                                                   Denver, Colorado 80202
                                                   Tel: 303.592.3100
                                                   Fax: 303.592.3140
                                                   kat.hacker@bartlit-beck.com