# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>        Plaintiff, <br>  v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>        Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## CERTIFICATION OF J. SCOTT MCBRIDE

J. Scott McBride, Esq., hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am a partner with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 54 West Hubbard Street, Suite 300, Chicago, Illinois 60654.

3. I am a member in good standing of the Illinois State Bar, the Illinois Supreme Court, the United States District Court for the Northern District of Illinois, and the United States Courts of Appeal for the Seventh and Federal Circuits.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Students for Fair Admissions, Inc. has requested that I be admitted *pro hac vice* for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct on this 5th day of September, 2018.

/s/ J. Scott McBride
J. Scott McBride
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Tel: 312.494.4400
Fax: 312.494.4440
scott.mcbride@bartlit-beck.com