UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>            Plaintiff,<br>    v.<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>            Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## CERTIFICATION OF KRISTA J. PERRY

Krista J. Perry, Esq., hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2. I am an attorney with the law firm Bartlit Beck Herman Palenchar & Scott LLP, located at 54 West Hubbard Street, Suite 300, Chicago, Illinois 60654.

3. I am a member in good standing of the Illinois State Bar.

4. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Students for Fair Admissions, Inc. has requested that I be admitted *pro hac vice* for this matter on its behalf. I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct on this 5th day of September, 2018.

                      */s/ Krista J. Perry*
                      Krista J. Perry
                      BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                      54 West Hubbard Street, Suite 300
                      Chicago, Illinois 60654
                      Tel: 312.494.4400
                      Fax: 312.494.4440
                      krista.perry@bartlit-beck.com