# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Having considered Plaintiff, Students for Fair Admissions, Inc.'s Motion for Leave to Appear *Pro Hac Vice* filed on September 5, 2018, and for good cause shown, the Court finds that said motion shall be **GRANTED** and that Meg E. Fasulo, Katherine L.I. Hacker, J. Scott McBride, and Krista J. Perry are hereby admitted to appear, defend and practice *pro hac vice* as counsel on behalf of Students for Fair Admissions, Inc. for purposes of this case only.

IT IS SO ORDERED.

DATED:_____    _____

United States District Judge