AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:14-cv-14176-ADB |
| President and Fellows of Harvard College | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College        .

Date:   09/10/2018

/s/ Sarah R. Frazier
*Attorney's signature*

Sarah R. Frazier, No. 681656
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

sarah.frazier@wilmerhale.com
*E-mail address*

(617) 526-6022
*Telephone number*

(617) 526-5000
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on September 10, 2018 will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Sarah R. Frazier
Sarah R. Frazier