UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## MOTION FOR *PRO HAC VICE* ADMISSIONS

Pursuant to Local Rule 83.5.3, Defendant President and Fellows of Harvard College moves that attorneys Danielle Conley and Brittany Amadi of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, D.C. 20006 be permitted to appear *pro hac vice* (in association with the undersigned) to represent it in this matter.

1. Ms. Conley is a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. She is a member in good standing of the District of Columbia Bar and the New York Bar. There are no disciplinary proceedings pending against Ms. Conley in any jurisdiction.

2. Ms. Amadi is a counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. She is a member in good standing of the District of Columbia Bar and the Virginia Bar, as well as the bars of the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Federal Claims, and the U.S. District Court for the Eastern District of Virginia. There are no disciplinary proceedings pending against Ms. Amadi in any jurisdiction.

4. Ms. Conley and Ms. Amadi are familiar with the rules of this court.

5.       Ms. Ellsworth is a member in good standing of the bar of this court and will continue to represent President and Fellows of Harvard College in this action.

**WHEREFORE**, Defendant moves that this court admit Ms. Conley and Ms. Amadi *pro hac vice* for the purpose of representing it in this action.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6687
Fax:  (617) 526-5000
felicia.ellsworth@wilmerhale.com
Dated: September 10, 2018

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a), the undersigned conferred with counsel for Plaintiff on September 10, 2018, and Plaintiff assents to this motion.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth