# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>　　　　　Defendant. | Civil Action No.  1:14-cv-14176-ADB |

## CERTIFICATION OF DANIELLE CONLEY
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSIONS

Danielle Conley certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admissions and have personal knowledge of the facts stated herein.

2. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, D.C. 20006.

3. Defendant President and Fellows of Harvard College has asked that I be admitted *pro hac vice* to appear in this matter on its behalf.

4. I am a member in good standing of the District of Columbia Bar and the New York Bar.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the rules of this court.

I certify under penalty of perjury that the foregoing is true and correct, this 10th day of September 2018.

/s/ Danielle Conley
Danielle Conley
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6006
Fax: (202) 663-6363
danielle.conley@wilmerhale.com
