# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## CERTIFICATION OF BRITTANY AMADI
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSIONS

Brittany Amadi certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admissions and have personal knowledge of the facts stated herein.

2. I am a counsel with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, D.C. 20006.

3. Defendant President and Fellows of Harvard College has asked that I be admitted *pro hac vice* to appear in this matter on its behalf.

4. I am a member in good standing of the District of Columbia Bar and the Virginia Bar, as well as the bars of the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Federal Claims, and the U.S. District Court for the Eastern District of Virginia.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the rules of this court.

I certify under penalty of perjury that the foregoing is true and correct, this 10th day of September 2018.

/s/ Brittany Amadi
Brittany Amadi
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:  (202) 663-6022
Fax:  (202) 663-6363
brittany.amadi@wilmerhale.com