UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Case No. :14-cv-14176-ADB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5.3, amici curiae Southeastern Legal Foundation, the Center for Equal Opportunity and Reason Foundation move that attorney John J. Park, Jr. of Strickland Brockington Lewis LLP, Midtown Proscenium Suite 2200, 1170 Peachtree Street NE, Atlanta, GA 30309 be permitted to appear pro hac vice (in association with the undersigned) in this proceeding.

1.      Mr. Park is of counsel in the law firm of Strickland Brockington Lewis LLP.

2.      He is a member in good standing of the bars of Georgia, Virginia and Alabama, as well as the bars of the United States Supreme Court, the United States Courts of Appeals for the Fourth and Eleventh Circuits, and the United States District Courts for the Northern and Middle Districts of Georgia and the Middle and Southern Districts of Alabama.

3.      There are no disciplinary proceedings pending against Mr. Park in any jurisdiction.

4.      Mr. Park is familiar with the rules of this court.

-2-

5.      The undersigned is a member in good standing of the bar of this court and will continue to represent the above-listed amici in this proceeding.

6.      In support of this Motion, the above-listed amici have filed the Certification of John J. Park, Jr.

WHEREFORE, amici curiae Southeastern Legal Foundation, the Center for Equal Opportunity and Reason Foundation move that this court admit Mr. Park pro hac vice in this proceeding.

Respectfully submitted,

SOUTHEASTERN LEGAL FOUNDATION, THE
CENTER FOR EQUAL OPPORTUNITY, AND
REASON FOUNDATION,

By their attorney,

/s/ Douglass C. Lawrence
Douglass C. Lawrence, BBO# 657362
dlawrence@curranantonelli.com
Curran Antonelli, LLP
22 Boston Wharf Road
7th Floor
Boston, MA 02210
Telephone: (617) 207-8670
Facsimile: (857) 263-5215

Dated: September 13, 2018

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on September 13, 2018, counsel for the above-listed amici curiae
conferred with counsel for the plaintiff and with counsel for the defendant, and both parties
indicated their assent to this motion.

/s/ Douglass C. Lawrence
Douglass C. Lawrence,

## CERTIFICATE OF SERVICE

I, Douglass C. Lawrence, hereby certify that on this 13th day of September, 2018, a copy
of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties
by operation of the Court's electronic filing system.  Parties may access this filing through the
Court's system.

/s/ Douglass C. Lawrence
Douglass C. Lawrence