UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. :14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATION OF JOHN J. PARK, JR.
IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**

I, John J. Park, Jr., hereby certify as follows:

1. I make this certification in support of the accompanying *Motion for Pro Hac Vice Admission* and have personal knowledge of the facts stated herein.

2. I am of counsel in the law firm of Strickland Brockington Lewis LLP, Midtown Proscenium Suite 2200, 1170 Peachtree Street NE, Atlanta, GA 30309.

3. Amici curiae Southeastern Legal Foundation, the Center for Equal Opportunity and Reason Foundation have asked that I be admitted pro hac vice in this proceeding.

4. I am member in good standing of the bars of Georgia, Virginia and Alabama. Attached hereto as Exhibit A are true and correct copies of certificates of good standing from those jurisdictions.

5. I am also a member in good standing of the bars of the United States Supreme Court, the United States Courts of Appeals for the Fourth and Eleventh Circuits, and the United States District Courts for the Northern and Middle Districts of Georgia and the Middle and Southern Districts of Alabama.

-2-

6.       There are no disciplinary proceedings pending against me in any jurisdiction.

7.       I am familiar with the rules of this court.

I certify under penalty of perjury that the foregoing is true and correct, this 12th day of September 2018.

/s/ John J. Park, Jr.
John J. Park, Jr.
Georgia Bar No. 547812
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
678.347.2208 direct
678.347.2210 fax
john.park@sbllaw.com

# EXHIBIT A

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JOHN JOSEPH PARK, JR. IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. PARK WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 2, 1980, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued September 7, 2018

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that John Joseph Park Jr. has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that John Joseph Park Jr. was admitted to the Alabama State Bar April 25, 1986.

I further certify that the said John Joseph Park Jr. is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2018.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 29th day of August, 2018.

*Phillip W. McCallum,*
Secretary





LAWYERS RENDER SERVICE


# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. John Joseph Park, Jr.
Strickland Brockington Lewis LLP
1170 Peachtree Street NE Suite 2200
Atlanta, GA  30309

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 01/23/2013
**BAR NUMBER:** 547812
**TODAY'S DATE:** 08/30/2018

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA  30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA  31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA  31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435