Lawrence L Crawford aka
Jonah Gabriel Jah Jah T. Tishbite
#300839 Edisto A-16
Lieber C.I. P.O. Box 205
Ridgeville, SC 29472

FILED IN CLERKS OFFICE 2018 SEP 14 PM 12:12 U.S. DISTRICT COURT DISTRICT OF MASS.

In Re: The case of Students for Fair Admissions, Inc v. President and Fellows of Harvard College

To: The US District Court,

We are in the process of filing a motion to Intervene in the above captioned case pursuant to Federal Rules 18, 19, 20 and 24. Because the matter has now been addressed in

1 of 3

Another court involving multi district litigation to which the US government is party. We need to bring this to the attention of the court. I need the case number for this case please immediately before the case goes to trial. I also need the name and address of all relevant parties on record in whom I need to serve the motion on to include attorney Michelle Jurnagee in whom I've heard is also party in this case. Can you please send me this information as expeditiously as your time permits to file my motion in sufficient time before the

2 of 3

trial commences. I was informed the trial is scheduled for October. I need this information in ample time to allow me to bring this matter to the attention of the court. Your speedy reply will be greatly appreciated. Thank you in advance.

Respectfully,
Jah Jah T Jishbite

*[signature]*

September 10, 2018