# Exhibit 3

Highly Confidential Attorneys' Eyes Only

```
                                                          Page 1
 1
 2    HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY
 3       IN THE UNITED STATES DISTRICT COURT
 4        FOR THE DISTRICT OF MASSACHUSETTS
 5       Civil Action No:  1:14-cv-14176-ADB
      -----------------------------X
 6

      STUDENTS FOR FAIR ADMISSIONS,
 7    INC.,
 8                      Plaintiff,
 9           v.
10    PRESIDENT AND FELLOWS OF
      HARVARD COLLEGE
11    (HARVARD CORPORATION),
12                      Defendant.
13    -----------------------------X
14            VIDEOTAPED DEPOSITION OF
15              DAVID CARD, Ph.D.
16              Washington, DC
17              April 27, 2018
18                 9:07 AM
19
20
21    Reported by:
22    Karen Brynteson, RMR, CRR, FAPR
23    Job No. 139809
24
25
```

Highly Confidential Attorneys' Eyes Only

Page 46

1                    D. Card

2    those other components, you would have

3    considered it appropriate to exclude them

4    from the model?

5            MS. ELLSWORTH:  Object to the

6        form.

7            THE WITNESS:  Well, Dean

8        Fitzsimmons stated very clearly

9        that race was used in part to

10       determine the overall rating, but

11       that that was not the case with the

12       other pro -- profile ratings.

13           And several other of the

14       admissions officers concurred with

15       that very strongly on direct

16       question.

17   BY MR. STRAWBRIDGE:

18       Q.   And you believed them?

19           MS. ELLSWORTH:  Object to the

20       form.

21           THE WITNESS:  I had no reason

22       not to believe them.

23   BY MR. STRAWBRIDGE:

24       Q.   You didn't see any other

25   evidence that made you think that you

Page 47

1                    D. Card

2    should exclude any other variables based

3    on the potential that race was affecting

4    them?

5          A.    I -- when I was finishing my

6    -- in the process of trying to finish my

7    rebuttal report, it was very clear that

8    there were a number of disagreements

9    between Professor Arcidiacono and me on a

10   couple of issues.

11               And so I -- I was able to ask

12   Dean Fitzsimmons directly in a telephone

13   conversation if race was involved in the

14   personal rating, for example, and he said

15   no.

16         Q.    Did you do anything to verify

17   his testimony?

18               MS. ELLSWORTH:   Object to the

19   form.

20               THE WITNESS:  No.

21   BY MR. STRAWBRIDGE:

22         Q.    You're familiar with what it

23   means to interact a variable in the

24   multivariate logit model?

25         A.    In general terms, yes.

Highly Confidential Attorneys' Eyes Only

Page 48

1               D. Card
2        Q.    Would you agree that an
3   interaction simply multiplies one
4   variable by another variable to show how
5   the presence or absence of the second
6   variable modifies the effect of the
7   first?
8        A.    Yes.
9        Q.    If that sounds familiar, in
10  fact, that's language from your report,
11  is it not?
12       A.    I believe it is, yes.
13       Q.    And in modeling the effect of
14  race on admissions outcomes, for example,
15  you would agree that one should include
16  an interaction between race and
17  disadvantaged status if the effect of
18  race is different for disadvantaged and
19  non-disadvantaged applicants?
20       A.    One could do that.  There's
21  advantages and disadvantages to that but,
22  yeah, you could do that.
23       Q.    I mean, let's look at page --
24  let's look at paragraph 100 of your
25  report on page 49.

Highly Confidential Attorneys' Eyes Only

Page 384

1
2  DISTRICT OF COLUMBIA, to wit:
3
4        I, Karen K. Brynteson, the
   officer before whom the foregoing
5  deposition was taken, do hereby certify
   that the within-named witness
6  personally appeared before me at the
   time and place herein set out, and
7  after having been duly sworn by me,
   according to law, was examined by
8  counsel.
9
10       I further certify that the
   examination was recorded
11 stenographically by me and this
   transcript is a true record of the
12 proceedings.
13
14       I further certify that I am
   not of counsel to any of the parties,
15 nor an employee of counsel, nor related
   to any of the parties, nor in any way
16 interested in the outcome of this
   action.
17
         As witness my hand and
18 notarial seal this 9th day of May,
   2018.
19
20
21
            _____
22             KAREN K. BRYNTESON
23             Notary Public
24
   MY COMMISSION EXPIRES:  10-30-22
25