# Exhibit 4

PRELIMINARY DRAFT

1



TRIAL EXHIBIT

P9

SFFA v. Harvard

exhibitsticker.com

# Admissions Part II
## Subtitle

February 14, 2012

Office of Institutional Research

# Summary

- Athletes and Legacies explain the difference in raw admit rates for Asian and White applicants.

- Asian applicants have higher average ratings and test scores (excluding the personal rating).

- Differences exist in the raw admit rates of Asian and White students with similar test scores and academic indices.  Even top scores and ratings don't guarantee admission.

- Personal rating is important in models of the admissions process and drive some of the demographic differences we see.

3



**Admit Rates by Ethnicity, Classes of 2007-2016**

Legend:
- Asian
- African American
- International
- Hispanic
- Native American
- Unknown
- White

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate -White | 7.60% | 9.39% | 7.72% | 7.71% | 8.56% | 7.72% | 6.57% | 6.36% | 5.45% | 6.02% |
| Admit Rate -Asian | 11.69% | 12.13% | 11.27% | 11.58% | 10.94% | 9.93% | 9.11% | 8.76% | 7.58% | 7.50% |
| Difference | 4.09% | 2.74% | 3.55% | 3.88% | 2.38% | 2.21% | 2.54% | 2.40% | 2.14% | 1.48% |



*Non-Legacy, Non-Athlete Admit Rates by Ethnicity, Classes of 2007-2016*

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate -White | 7.21% | 8.90% | 7.34% | 7.34% | 8.09% | 7.21% | 6.00% | 5.96% | 4.93% | 5.34% |
| Admit Rate -Asian | 8.75% | 8.79% | 8.30% | 8.26% | 7.46% | 7.17% | 6.46% | 6.25% | 5.32% | 5.09% |
| Difference | 1.54% | -0.12% | 0.96% | 0.93% | -0.64% | -0.04% | 0.46% | 0.29% | 0.38% | -0.25% |

Legend:
- Asian
- African American
- International
- Hispanic
- Native American
- Unknown
- White

5

PRELIMINARY DRAFT



*Difference in Average Test Scores and Ratings for White and Asian Applicants*

Notes:
- Excludes legacies and athletes.
- OIR doesn't have all ratings for all years, so number of applicants differs for each rating/test score.
- Differences are in standard deviations.

6



*Admit Rates by Academic Index for White and Asian Applicants, Classes of 2007-2016*

Notes:
• Excludes legacies and athletes.
• Academic Index doesn't account for everything in admissions process. Even top rated students barely have a 50% admit rate.

PRELIMINARY DRAFT

7



*Admit Rates by Average SAT I for White and Asian Applicants, Classes of 2007-2016*

Notes:
· Excludes legacies and athletes.
· Spikiness in distribution due to rounding averages to integers.



PRELIMINARY DRAFT

# Model



**Odds Ratios for Main Effect Logistic Model**

PRELIMINARY DRAFT

# Model



Logit Coefficients for Main Effect Logistic Model

# Methods

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models.

- Generate fitted probabilities of admissions – given an applicant's characteristics how likely are they to be admitted (0-1)?

- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.

- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis.  N = , admit rate =

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

# Projected Admitted Student Pools



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | | Demographics | |
|---|---|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

# Projected Admit Rates



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
|  | Model 1 | Model 2 | Model 3 | Model 4 | Actual |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

13

PRELIMINARY DRAFT

# Conclusions

14

PRELIMINARY DRAFT

# Possible Explanations

# The Personal Rating: Numeric value doesn't capture full picture of applicant

## Inputs

## Outputs



SAT Scores

GPA

Alumni Interview

Teacher Ratings

Guidance Counselor Ratings

**Application Essay?**

Reader classifies student → Academic Rating

Calculation performed → Academic Index

Reader classifies student → Personal Rating

| | | |
|---|---|---|
| Academic Index | SAT Scores + GPA | Accounts for 98% of the variation in Academic Index. Academic Index is a weighted average. |
| Academic Rating | SAT Scores + GPA | Accounts for 70% of the variation in Academic Rating. Can't explain some of the variation because Academic Rating data doesn't include the granuality provided by + and -. Also potentially some noise due to readers |
| Personal Rating | School Support + Alumni Interviews | Accounts for 20% of the variation in Personal Rating. Inputs of Teacher Evaluations, Guidance Counselor Evaluations, and Alumni Interviews don't fully explain how Personal Ratings are assigned. Don't have any numeric rating of personal statement. |

# Dockets: Differences in Admit Rates by Region not Explained by Athletes and Legacies

LitGATE DRAFT



*Admit Rates by Region for White and Asian Non-Athlete, Non-Legacy Applicants, Classes of 2007-2016*

Notes:
• Excludes legacies and athletes.

PRELIMINARY DRAFT

## Other Possibilities

- Information lost by not recording plusses and minuses.

- Yield considered when admitting students?

- Other factors not used in models:
  - Children faculty/staff
  - Search for socioeconomic diversity
  - High school quality/opportunities open to student
  - Dockets