# Exhibit 5

Highly Confidential - For Attorneys' Eyes Only                1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2                     BOSTON DIVISION

 3
    -------------------------------x
 4
    STUDENTS FOR FAIR ADMISSIONS,
 5  INC.,

 6          Plaintiff,
                                   Civil Action No.
 7  vs.                            1:14-cv-14176

 8  PRESIDENT AND FELLOWS OF HARVARD
    COLLEGE (HARVARD CORPORATION);
 9  and THE HONORABLE AND REVEREND
    THE BOARD OF OVERSEERS,
10
            Defendants.
11
    -------------------------------x
12
       - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -
13

14              DEPOSITION OF RAKESH KHURANA, a

15       witness called by the Plaintiff, taken

16       pursuant to the applicable provisions of

17       the Federal Rules of Civil Procedure,

18       before James A. Scally, RMR, CRR, a

19       Notary Public in and for the Commonwealth

20       of Massachusetts, at the offices of

21       WilmerHale, 60 State Street, Boston,

22       Massachusetts, on Thursday, April 27,

23       2017, commencing at 9:06 a.m.

24
```

1  interests, how they want to contribute to each

2  other's learnings, and their desire to contribute to

3  society's well-being in consideration of their

4  applications to Harvard.

5       Q.  Would you favor increasing the weight given

6  to legacy admissions if it resulted in decreasing the

7  racial diversity of the student body on campus?

8                 MS. ELLSWORTH:  Objection.

9       A.  I would prefer having as diverse a group of

10  students who come from a variety of different

11  backgrounds and interests and want to study a variety

12  of different subjects, learn from each other, hear

13  each other, understand each other, and who share a

14  desire to contribute to the well-being of society.

15       Q.  So would you favor increasing the weight of

16  legacy if it would decrease racial diversity?

17                 MS. ELLSWORTH:  Objection.

18       A.  I would need to know much more about the

19  variety of different characteristics of those

20  students that you're talking about.

21       Q.  Which students, the legacies or the racial

22  diversity?

23                 MS. ELLSWORTH:  Objection.

24       A.  Both of them.

```
 1        Q.   You can't answer that question?

 2        A.   I can't answer that question.

 3        Q.   Have you ever heard anyone at Harvard raise

 4   concern that its admissions process disadvantages

 5   Asian-Americans?

 6        A.   Yes.

 7        Q.   Who has raised that concern with you?

 8             MS. ELLSWORTH:  Remind the witness

 9        not to disclose the contents of

10        communications with counsel or advice

11        of counsel.  If you can answer the

12        question without doing so, you may.

13        A.   I've heard it discussed as a general topic.

14        Q.   By who?

15        A.   I can't recall specific people.

16        Q.   Have you ever reviewed any analysis by the

17   university's Office of Institutional Research as to

18   the extent to which Asian-Americans are disadvantaged

19   by the admissions process?

20             MS. ELLSWORTH:  Objection.

21        A.   I may have.

22        Q.   And what are you thinking of when you say you

23   may have?

24        A.   I see a variety and saw a variety of
```

```
 1   different reports when I became dean.
 2                   MS. ELLSWORTH:  If you're going to
 3           move into a document, can we take a
 4           break?  We've been going for a little
 5           over an hour.
 6                   MR. STRAWBRIDGE:  Yeah, we can
 7           take a break.
 8                   (Recess:  4:34 p.m. to 4:41 p.m.)
 9                   (Exhibit 10, February 2013
10           PowerPoint presentation Bates stamped
11           HARV00031773 through 31858, marked.)
12   BY MR. STRAWBRIDGE:
13       Q.  I've handed you a document that's been marked
14   as Exhibit 10.  Can you look through that and see if
15   you recognize that document?  And I can direct you to
16   a particular part of the pool -- or the document.
17   I'm sorry.  It's starting on the page with the Bates
18   suffix of 804 through 810.  (Pause.)
19                   Have you had a chance to look at that?
20   Specifically to 804 to 810, did you have a chance to
21   look at that?
22       A.  I did.
23       Q.  Okay.  Before we broke, I asked you whether
24   you had reviewed any reports from the Office of
```

1  Institutional Research about whether Harvard's
2  admissions process affects or disadvantages Asians.
3  Do you recall ever seeing this document?
4      A.  I may have seen some of these tables, but I
5  can't say for certain that I saw this document.
6      Q.  What do you recall about seeing some of these
7  tables?
8      A.  That there was an examination of looking at
9  the admittance of students.
10      Q.  And which tables in particular do you think
11  you've seen before?
12      A.  I can't tell you specifically.
13      Q.  Okay.  And what do you remember about this
14  examination?
15              MS. ELLSWORTH:  Objection.
16      A.  Just that I didn't think that this was --
17  analysis was done appropriately.
18      Q.  And why didn't you think that?
19      A.  There's limitations, a lot of limitations to
20  doing what are called fitted models like this.
21      Q.  Okay.  Let's back up a little bit.  When do
22  you specifically remember seeing some of these
23  tables?
24              MS. ELLSWORTH:  Objection.

1      A.  I believe that as I familiarized myself with

2  the office of the dean of Harvard College, that I

3  read a variety of different analyses and perused

4  several reports.

5      Q.  And so is it your testimony that you think

6  you saw these documents, you know, they were made

7  available to you in the office of the dean?

8      A.  I can't say about these specific documents,

9  but tables like this.

10     Q.  Do you -- do you specifically remember seeing

11 documents that analyzed what the effect of various

12 admissions variables were on Asian-Americans in the

13 admissions pool?

14     A.  I think so.

15     Q.  And specifically with respect to what appears

16 on page 810, or the page with the Bates suffix of

17 810, there's a question 3 that says, "Is there bias

18 against Asians in college admissions?"

19         Do you see that?

20     A.  Yes.

21     Q.  Okay.  And do you remember reviewing some

22 presentation containing these tables or other similar

23 information that was addressing whether there was

24 bias against Asians in college admissions?

```
 1                  MS. ELLSWORTH:  Objection.

 2        A.  I don't remember.

 3        Q.  You don't remember that?

 4        A.  I don't remember that.

 5        Q.  Do you remember in what -- were these on a

 6   share drive, or were they emailed to you?  Do you

 7   remember how you were reviewing the tables that you

 8   think look like the tables that are in this

 9   presentation?

10                  MS. ELLSWORTH:  Objection.

11        A.  I think there were a variety of reports in my

12   office, and I just remember reading them and going

13   through them.

14        Q.  Like in a hard copy binder?

15        A.  In a hard copy.  I can't say how -- whether

16   they were in a binder.

17        Q.  Okay.  Do you remember discussing those

18   tables or that analysis with anybody else in the

19   office?

20        A.  I don't recall discussing them with anyone

21   else in the office.

22        Q.  Do you know whether you discussed them with

23   the interim dean who preceded you?

24        A.   I don't believe I discussed them.
```

1    Q.  Do you recall whether you ever discussed them

2    with Dean Hammonds?

3    A.  I don't believe I discussed this with Dean

4    Hammonds.

5    Q.  And you can't remember discussing it with

6    anybody?

7    A.  I don't remember discussing these with

8    anybody.

9    Q.  When you say there are a lot of problems with

10   a fit model such as these, what specific problems, if

11   any, do you recall thinking about when you looked at

12   tables like the ones in this report?

13   A.  That models like this violate statistical and

14   hypothesis testing.

15   Q.  Did you discuss any of that with people at

16   the Office of Institutional Research?

17   A.  No.

18   Q.  Do you think that the people at the Office of

19   Institutional Research understand statistical

20   modelling?

21       MS. ELLSWORTH:  Objection.

22   A.  I don't know.

23   Q.  Do you assume that the people who do the

24   institutional research for the college and for the

```
 1   university have some background in statistical

 2   modelling?

 3                  MS. ELLSWORTH:  Objection.

 4        A.  I do.

 5        Q.  Do you assume them to be competent at their

 6   jobs?

 7        A.  I do.

 8        Q.  So you read these things, and it occurred to

 9   you that you don't think this was a reliable

10   analysis, or you read something like this, you're not

11   sure if it was this report or something like this,

12   and you didn't talk to or otherwise engage with

13   anybody on it?

14        A.  No.

15        Q.  And the only time you remember seeing

16   something like this was just sitting in your office

17   catching yourself up on the things that the dean has

18   access to?

19                  MS. ELLSWORTH:  Objection.

20        A.  I can't remember if that was the setting.

21        Q.  Okay.  Do you have any idea why these were

22   prepared?

23        A.  I don't.

24        Q.  Did you take any steps to find out why they
```

```
 1   were prepared?

 2        A.  I did not.

 3        Q.  Did you take any steps to determine what a

 4   proper analysis would yield with respect to this

 5   information?

 6        A.  No.

 7        Q.  Did you -- have you since seen any analysis

 8   from the Office of Institutional Research at the

 9   university or the college addressing the question as

10   to whether there's bias in the college admissions

11   process against Asians?

12                  MS. ELLSWORTH:  I'll just remind

13            the witness to answer the question only

14            to the extend you can do so without

15            disclosing communications of counsel or

16            advice of counsel.

17        A.  I'll be following the advice of counsel.

18        Q.  Okay.  So other than in communications with

19   counsel, you haven't seen any other Office of

20   Institutional Research products like this except for

21   this time you were in your office getting up to

22   speed?

23                  MS. ELLSWORTH:  Objection.

24        A.  I don't think I have.
```

1      Q.  And when you say -- I just want to make sure

2  I understand.  Do you remember -- you remember that

3  there were problems with this type of analysis when

4  you picked this thing up and looked at it; correct?

5      A.  I remember thinking I wouldn't use this kind

6  of -- I would have not approached this question this

7  way.

8      Q.  Okay.  How would you approach the question of

9  trying to determine whether an admissions process is

10 biased against Asian-Americans?

11              MS. ELLSWORTH:  Objection.

12     A.  I didn't -- what I was -- that's not the

13 question I would have been asking.  That's not the

14 question I thought was being asked.

15     Q.  But why -- what question did you think was

16 being asked?

17     A.  How do you -- how does -- you build up a

18 model to understand whether the process we used

19 produces the class that we think we need and would

20 want and would most benefit from a Harvard College

21 education.

22     Q.  Do you think Harvard should take steps to

23 ensure that its admissions process is not

24 disadvantaging Asian-Americans as a group?

```
 1              MS. ELLSWORTH:  Objection.
 2      A.  I think Harvard College should take an
 3  admissions process that considers each student's
 4  background, experiences, academic aspirations,
 5  extracurriculars, contributions to their community,
 6  the benefits they would derive from a four-year
 7  residential experience, and their desire to
 8  contribute to the well-being of society in evaluating
 9  each application.
10      Q.  Do you think that the Harvard admissions
11  process disadvantages Asian-Americans?
12      A.  I don't know.
13      Q.  You don't know?
14      A.  I don't know.
15      Q.  If it did, would it be something that would
16  concern you?
17              MS. ELLSWORTH:  Objection.
18      A.  I would be concerned if Harvard's admissions
19  process disadvantaged students along a variety of
20  different characteristics.
21      Q.  Including race or ethnicity?
22      A.  Including and not limited to race and
23  ethnicity.
24      Q.  Other than the general conversations you
```

1    mentioned earlier, do you recall anyone else ever

2    raising with you concerns that Asian-Americans were

3    disadvantaged by the Harvard admissions process?

4         A.  I can't recall.

5         Q.  Do you know whether any student groups at

6    Harvard have ever raised concerns about whether

7    Harvard's admissions process disadvantages Asian-

8    Americans?

9         A.  I don't know.

10        Q.  You don't know if they have or not?

11        A.  I don't know what you mean by "student

12   groups."

13        Q.  Does Harvard have student affinity groups?

14             MS. ELLSWORTH:  Objection.

15        A.  Harvard -- yes.

16        Q.  Are some of those student affinity groups

17   associated with nationalities or ethnicities?

18        A.  Some of those student groups have missions

19   that advance the cultural interest of a variety of

20   different identities.

21        Q.  And do you recall any of those student groups

22   raising concerns about whether the admissions process

23   at Harvard disadvantages Asian-Americans?

24             MS. ELLSWORTH:  Objection.

Highly Confidential - For Attorneys' Eyes Only                    267

```
 1   COMMONWEALTH OF MASSACHUSETTS                 SUFFOLK, SS.

 2

 3            I, JAMES A. SCALLY, RMR, CRR, a
     Certified Shorthand Reporter and Notary Public duly
 4   commissioned and qualified in and for the
     Commonwealth of Massachusetts, do hereby certify that
 5   there came before me on the 27th day of April, 2017,
     at 9:06 a.m., the person hereinbefore named, RAKESH
 6   KHURANA, who provided satisfactory evidence of
     identification as prescribed by Executive Order 455
 7   (03-13) issued by the Governor of the Commonwealth of
     Massachusetts, was by me duly sworn to testify to the
 8   truth and nothing but the truth of his knowledge
     concerning the matters in controversy in this cause;
 9   that he was thereupon examined upon his oath, and his
     examination reduced to typewriting under my
10   direction; and that this is a true record of the
     testimony given by the witness to the best of my
11   ability.
              I further certify that I am neither
12   attorney or counsel for, nor related to or employed
     by, any of the parties to the action in which this
13   deposition is taken, and further, that I am not a
     relative or employee of any attorney or counsel
14   employed by the parties hereto or financially
     interested in the action.

15

16
          My Commission Expires:  April 8, 2022
17

18

19
                         _____
20                       James A. Scally, RMR, CRR
                         CSR/Notary Public
21

22

23

24
```