UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**CONSENTED-TO MOTION TO SEAL CERTAIN INFORMATION FILED IN CONNECTION WITH THE JOINT PRETRIAL MEMORANDUM AND SFFA'S OPPOSITION TO HARVARD'S MOTIONS IN LIMINE**

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby moves this Court for an order sealing limited portions of the Joint Pretrial Memorandum and SFFA's opposition to Harvard's motions in limine and certain exhibits thereto. The materials that the parties seek to seal include information designated by at least one party as Confidential or Highly Confidential–Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 55), and for which the Court has yet to rule on the parties' dispute over the scope of information that can be permissibly withheld from the public. *See* Dkt. 410, 427. Harvard has consented to this motion.

SFFA requests that the documents subject to this Motion be impounded until further order of the Court. In the event the Court has not previously ordered otherwise, the parties' submissions should be returned to their undersigned counsel upon resolution of this matter.

WHEREFORE, SFFA respectfully requests that the Court grant this motion and allow portions of the Joint Pretrial Memorandum and SFFA's opposition to Harvard's motions in limine

and certain exhibits thereto to be filed under seal on or before October 1 and to be viewed only by the Judge, her clerk(s), and Court personnel.

    Respectfully submitted,

/s/ Patrick Strawbridge
Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

William S. Consovoy
Thomas R. McCarthy
Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: 703-243-4923
Fax: 703.243.4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Adam K. Mortara
J. Scott McBride
Krista J. Perry
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
adam.mortara@bartlit-beck.com
scott.mcbride@bartlit-beck.com
krista.perry@bartlit-beck.com

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
Bartlit Beck Herman Palenchar & Scott LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303.592.3100
john.hughes@bartlit-beck.com

        kat.hacker@bartlit-beck.com
        meg.fasulo@bartlit-beck.com

        Paul M. Sanford BBO #566318
        BURNS & LEVINSON LLP
        125 Summer
        One Citizens Plaza, Suite 1100
        Providence, RI 02903
        Tel: 617-345-3000
        Fax: 617-345-3299
        psanford@burnslev.com

        Counsel for Plaintiff Students for Fair Admissions, Inc.

Dated: September 28, 2018

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Patrick Strawbridge
Patrick Strawbridge