# Exhibit 3

TRIAL EXHIBIT
P499
SFFA v. Harvard

*Jews*

December 18, 1925

CONFIDENTIAL

Dear Mr Brown:

    Your last question is the answer to your letter. The flare-up of such men as Villard and Storey did frighten the alumni. I have foreseen the peril of having too large a number of an alien race, and three years ago I tried to prevent it; but there was a great outcry on the part - among others - of alumni, and the press was hot with denunciations of me from one end of the country to the other. Not one of the alumni, however, ventured to defend the policy publicly or at the meeting of the Associated Harvard Clubs in Sanders Theatre, where the attempt to limit the Jews was freely denounced. I am no anti-Semitic, but too large a number of the race intensifies race prejudice and does harm. I am glad to see from your letter, as I have from many other signs, that the alumni are beginning to appreciate that I was not wholly wrong three years ago in trying to limit the proportion of Jews.

                        Very truly yours,

                        A. LAWRENCE LOWELL

M. E. T. Brown, Esq.
   450 King's Highway
      Westport, Connecticut