# Exhibit 4

Case 1:14-cv-14176-ADB Document 421-132 Filed 06/15/18 Page 2 of 7



HARVARD COLLEGE | Office of Admissions and Financial Aid

April 19, 2012

Redacted: PII/SPI
New York, NY 10022

Dear Redacted: PII/SPI

President Faust has asked me to respond to your April 4 letter, in which you offer many thoughtful observations about Harvard College students and the results of the admissions process. We appreciate your efforts to help us continually to improve the quality of our student body, particularly through your support of the New York Harvard Club Scholarship Committee. As you know, we continue to depend on the Club's support of many kinds.

Your comments on the importance of attracting a strong representation of students from Massachusetts resonates well in the Admissions Committee. We have worked hard—and successfully—at that goal. Currently over twelve percent of Harvard College students are Massachusetts residents. You might be interested to know that the Harvard Clubs of Boston and of Worcester have been active in helping us to recruit significant members of strong students through outreach of various forms and with scholarship support, as have our smaller local Harvard Clubs. Alumni efforts have made a huge positive contribution to our success not just locally but around the world. Although, as you note, Harvard is indeed a global institution, we have never forgotten our Cambridge and Boston roots, nor our aspirations, so well articulated at the 1936 tercentenary, to be America's University.

Our ambition to educate future leaders has made Harvard appealing to the most talented and ambitious students across America. As a result the College has become more representative of the ethnic and economic diversity of the country and, the University believes, better positioned to make significant contributions to the country. We have been pleased by our graduates' success and their leadership in their communities and professions following college.

I am personally delighted to learn of your great interest in our squash program. As you note, we have had a number of excellent players from abroad but most have been—and are today—from the US. Of this year's 21 men, 5 came from outside the US (one is from Canada), and the women's team of 15 includes three from outside the US (two are Canadian.) This has been another great year in squash, and we are optimistic about the future.

Continued

Administrative Office 86 Brattle Street · Cambridge, Massachusetts 02138
Visitor Center Agassiz House · Radcliffe Yard · 5 James Street · Cambridge, Massachusetts 02138

Case 1:14-cv-14176-ADB Document 421-132 Filed 06/15/18 Page 3 of 7

Page 2
April 19, 2012

All of us at Harvard appreciate your thoughtful letter, as well as your loyalty over the years. Congratulations on the seventieth anniversary of your graduation from the College.

With best wishes,

Yours sincerely,

Marlyn McGrath

Marlyn E.McGrath
Director of Admissions

Cc: President Drew G. Faust

MEM/alb

Case 1:14-cv-14176-ADB Document 421-132 Filed 06/15/18 Page 4 of 7

**Balian, Andrea**

**From:** Partin, Rachel Katherine [rachel_partin@harvard.edu]
**Sent:** Tuesday, April 17, 2012 3:14 PM
**To:** McGrath, Marlyn
**Cc:** Balian, Andrea
**Subject:** Letter from Alumnus re Quotas
**Attachments:** 12.04.06 [Reda] DGF Notification - Harvard should have predominantly U.S. Nationality students.pdf

Hi Marlyn,

President Faust received the attached letter from an alumnus regarding admissions practices. Given the nature of his suggestions, I was wondering if your office wouldn't mind responding on behalf of the president. Let me know what you think.

Thanks!
Rachel

Rachel Partin
Office of the President
Harvard University
617.496.3716



CONFIDENTIAL HARV00029942

Case 1:14-cv-14176-ADB Document 569-4 Filed 10/01/18 Page 5 of 7



Case 1:14-cv-14176-ADB Document 421-132 Filed 06/15/18 Page 6 of 7



Case 1:14-cv-14176-ADB Document 421-132 Filed 06/15/18 Page 7 of 7

