# Exhibit 11

TRIAL EXHIBIT
P72
SFFA v. Harvard



# Interviewer Handbook

## 2013 - 2014

*Harvard College*
*Office of Admissions and Financial Aid*
*86 Brattle Street*
*Cambridge, MA 02138*
*Revised Fall of 2013*

**EXHIBIT 2**
Brock Walsh
Students vs. President

Susan A. Sullivan, C.S.R. 6/28/2017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00015816

# 1. Admissions Standards

> Harvard's admission officers are not dealing with disembodied abstractions but with thousands of very real and very human individuals whose qualities are rarely scientifically measured and labeled unmixed.
>
> *Wilbur J. Bender*
> *Dean of Admissions and Financial Aid*
> *Report to the President, 1959-60*

## The Committee on Admissions and Financial Aid

The Harvard College Dean of Admissions and Financial Aid oversees the Admissions Office, the Financial Aid Office, and the Student Employment Office, all of which are located at 86 Brattle Street, Cambridge, MA 02138. The Dean chairs the Standing Committee on Admissions and Financial Aid of the Faculty, which includes more than 25 members of the Faculty of Arts and Sciences (FAS). The Dean and the Standing Committee, acting on behalf of FAS, implement policies on admissions and financial aid. Members of the Standing Committee also review cases that are representative of the entire pool, present strong scholarly credentials, demonstrate exceptional creativity in the arts, or raise questions of admissions policy. Working under the guidelines established by the Standing Committee, the Admissions Committee makes decisions on individual applicants. The Admissions Committee is composed of the Standing Committee of the Faculty and about 40 members from the three offices the Dean supervises.

The Financial Aid Office administers financial aid to eligible students who attend the College. <u>Harvard remains need blind in the admissions process, and Harvard awards financial aid based strictly on need</u>. That is, the Committee makes each admission decision without regard to whether a student has applied for aid, whether a student qualifies for financial aid, and regardless of the amount of financial aid for which a student qualifies. Harvard awards financial aid strictly on the basis of a family's need; we do not award merit scholarships. Thanks to the strong commitment of the Faculty of Arts and Sciences and the continuing generosity of donors, we are committed to providing the financial aid resources necessary to make the College fully accessible to students of promise.

## The Search for "Distinguishing Excellences"[1]

Our goal is to attract the best students to the College. Part of the general public believes "best" ought to be defined by standardized tests, grades, and class rank. It is easy to understand why. In his 1959-1960 Report to the President, Harvard Dean of Admissions and Financial Aid Wilbur J. Bender wrote that "[f]or a harassed admission officer [such a policy] has great appeal because it has

---

[1] This section represents extensive statistical analysis of the Committee's actions and represents accurately the way in which the Committee approaches each case. Our analyses have demonstrated that personal attributes—as represented by the alumni/ae interview, extracurricular rating, and personal rating—are factors in our decision-making that are as significant as academic ability—as represented by rank in class; rigor of high school curriculum; SAT, ACT, and AP/IB scores; and teacher and guidance counselor recommendations.

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00015824

the merits of apparent simplicity, objectivity, relative administrative cheapness in time and money and worry, a clear logical basis and therefore easy applicability and defensibility."

The Admissions Committee values objective criteria, but holds a more expansive view of excellence. Test scores and grades indicate students' academic aptitude and achievement. The Committee also scrutinizes applications for extracurricular distinction and personal qualities. Students' intellectual imagination, strength of character, and their ability to exercise good judgment—these are other, critical factors in the admissions process, and they are revealed not by test scores but by students' activity outside the classroom, the testimony of teachers and guidance counselors, and by alumni/ae interview reports. Seeking evidence of these three criteria—academic excellence, extracurricular distinction, and personal qualities—the Committee reads with care all the components of each applicant's file: the high school transcript, standardized test scores, extracurricular activities, personal statement, teacher and secondary school recommendations, and the personal interview report.

Attempts to define and to identify precise elements of character, and to determine how much weight they should be given in the admissions process, require discretion and judiciousness. But the Committee believes that the "best" freshman class is more likely to result if we bring evaluation of character and personality into decisions than if we do not. We believe that a diversity of backgrounds, academic interests, extracurricular talents, and career goals among students who live and learn together affects the quality of education as much as a great faculty or vast material resources.

The Committee appreciates the degree to which many admissions decisions hinge on judgment calls. In 2011-2012, 34,285 applicants competed for about 1,600 spots in the entering class. Perhaps 85 percent of our applicants are academically qualified. A significant portion also presents strong personal and extracurricular credentials. When considering an applicant, then, the Committee asks, "What makes him or her distinctive?" The Committee identifies certain broad factors that generally carry weight in this process. These "distinguishing excellences" might "tip" into the class an applicant who presents the Committee solid evidence of academic excellence, extracurricular accomplishment, and strong personal qualities. Tips come into play only at a high level of merit; the Committee never gives enough of a tip to admit an average candidate at the expense of a first-rate one. These are among the most common "tips" by which applicants, presenting distinguished academic and extracurricular records, might distinguish themselves for admission:

**Outstanding and unusual intellectual ability**. Harvard is likely to admit brilliant students of sound character who offer substantial evidence of intelligence at the most elevated level. More than presenting the Committee with superior testing and strong academic records in competitive secondary school classrooms, the applicant admitted primarily for unusual intelligence also presents compelling evidence of creativity and originality.

**Unusually appealing personal qualities**. In certain cases, teacher recommendations, the secondary school report, personal statement, and the alumni/ae interview report offer consistent testimony of an applicant's unusual effervescence, charity, maturity, or strength of character in addition to academic and extracurricular accomplishment. A residential community with strong emphasis on extracurricular participation, Harvard prizes these qualities.

**Outstanding capacity for leadership**. Harvard aims to educate individuals to have broad vision who will be leaders in their chosen fields. Evidence of ability to lead others in positive ways can distinguish an applicant for admission.

**Creative ability**. The Harvard Supplement to the Common Application encourages students "with exceptional talents or interests" to send the Committee music CDs, compositions, dance DVDs, slides of artwork, or selected samples of academic work (including creative writing)

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00015825