# Exhibit 12

TRIAL EXHIBIT
P9
SFFA v. Harvard
exhibitsticker.com

# Admissions Part II
## Subtitle

February 14, 2012

Office of Institutional Research

## Summary

- Athletes and Legacies explain the difference in raw admit rates for Asian and White applicants.
- Asian applicants have higher average ratings and test scores (excluding the personal rating).
- Differences exist in the raw admit rates of Asian and White students with similar test scores and academic indices.  Even top scores and ratings don't guarantee admission.
- Personal rating is important in models of the admissions process and drive some of the demographic differences we see.

Admit Rates by Ethnicity, Classes of 2007-2016
18%
16%
14%
12%
10%
8%
6%
4%
2%
0%
Asian
African American
International
Hispanic
Native American
Unknown
White

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate -White | 7.60% | 9.39% | 7.72% | 7.71% | 8.56% | 7.72% | 6.57% | 6.36% | 5.45% | 6.02% |
| Admit Rate -Asian | 11.69% | 12.13% | 11.27% | 11.58% | 10.94% | 9.93% | 9.11% | 8.76% | 7.58% | 7.50% |
| Difference | 4.09% | 2.74% | 3.55% | 3.88% | 2.38% | 2.21% | 2.54% | 2.40% | 2.14% | 1.48% |

Non-Legacy, Non-Athlete Admit Rates by Ethnicity, Classes of 2007-2016
16%
14%
12%
10%
8%
6%
4%
2%
0%
Asian
African American
International
Hispanic
Native American
Unknown
White

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Admit Rate -White | 7.21% | 8.90% | 7.34% | 7.34% | 8.09% | 7.21% | 6.00% | 5.96% | 4.93% | 5.34% |
| Admit Rate -Asian | 8.75% | 8.79% | 8.30% | 8.26% | 7.46% | 7.17% | 6.46% | 6.25% | 5.32% | 5.09% |
| Difference | 1.54% | -0.12% | 0.96% | 0.93% | -0.64% | -0.04% | 0.46% | 0.29% | 0.38% | -0.25% |

PRELIMINARY DRAFT 5

Difference in Average Test Scores and Ratings for White and Asian Applicants
SAT II Average
SAT Average
Alumni Rating 2
Alumni Rating 1
Guidance Rating
Teacher Rating 2
Teacher Rating 1
Personal Rating
Extracurricular Rating
Academic Rating
-0.2
-0.1
0
0.1
0.2
0.3
0.4
White Higher
Asian Higher

Notes:

- Excludes legacies and athletes.
- OIR doesn't have all ratings for all years, so number of applicants differs for each rating/test score.
- Differences are in standard deviations.

PRELIMINARY DRAFT 6

Admit Rates by Academic Index for White and Asian Applicants, Classes of 2007-2016
6,000
5,000
4,000
3,000
2,000
1,000
0
60%
50%
40%
30%
20%
10%
0%
White N
Asian N
White Admit Rate
Asian Admit Rate
asian(N)
white(N)
white
asian
0.02
0.12
0.22
0.32
0.42
0.52
0.62
0.72
0.82
0.92
1.02
1.12
1.22
1.32
1.42
1.52
1.62
Standardized Academic Index (0 = Average Academic Index)

Notes:

- Excludes legacies and athletes.
- Academic Index doesn't account for everything in admissions process. Even top rated students barely have a 50% admit rate.

PRELIMINARY DRAFT
7

Admit Rates by Average SAT I for White and Asian Applicants, Classes of 2007-2016
10,000
9,000
8,000
7,000
6,000
5,000
4,000
3,000
2,000
1,000
0
35%
30%
25%
20%
15%
10%
5%
0%
60
61
62
63
64
65
66
67
68
69
70
71
72
73
74
75
76
77
78
79
80
asian(N)
white(N)
white
asian

Notes:
- Excludes legacies and athletes.
- Spikiness in distribution due to rounding averages to integers.

Model

PRELIMINARY DRAFT

8

Odds Ratios for Main Effect Logistic Model
High Personal Rating
African American
Legacy
Native American
High Extracurricular Rating
Early Applicant
High Academic Rating
Hispanic
z-Academic Index
First Generation
Class of 2008
Class of 2012
Class of 2014
Class of 2013
Class of 2011
Class of 2010
Class of 2009
Class of 2015
Average SAT II
Average SAT I
Unknown
International
Female
Class of 2016
Asian
Other
0
1
2
3
4
5
6
7
8
9
10

# Model

PRELIMINARY DRAFT 9

Logit Coefficients for Main Effect Logistic Model
High Personal Rating
African American
Legacy
Native American
High Extracurricular Rating
Early Applicant
High Academic Rating
Hispanic
z-Academic Index
First Generation
Class of 2008
Class of 2012
Class of 2014
Class of 2013
Class of 2011
Class of 2010
Class of 2009
Class of 2015
Average SAT II
Average SAT I
Unknown
International
Female
Class of 2016
Asian
Other
-1
-0.5
0
0.5
1
1.5
2
2.5

# Methods

**Goal:** Using various admissions ratings, how well can we approximate admit rates by race/ethnicity and the demographic composition of the admitted students pool?

**Strategy:**

- Fit a series of basic logistic regression models.
- Generate fitted probabilities of admissions - given an applicant's characteristics how likely are they to be admitted (0-1)?
- For each class, select the 2100 applicants with the highest probability of admissions as our simulated admitted class.
- Examine resulting demographics and admit rates by ethnicity.

**Notes:**

- Students with no academic index are excluded from this analysis. N = , admit rate =

| Model 1: Academic only | Model 2: Add legacy and athlete | Model 3: Add personal and extracurricular | Model 4: Add demographics |
|---|---|---|---|
| Academic Index | Academic Index | Academic Index | Academic Index |
| Academic Rating | Academic Rating | Academic Rating | Academic Rating |
| | legacy | legacy | legacy |
| | athlete | athlete | athlete |
| | | Personal Rating | Personal Rating |
| | | Extracurricular Rating | Extracurricular Rating |
| | | | Gender |
| | | | Ethnicity |

# Projected Admitted Student Pools

| | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
| | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 43.04% | 31.40% | 25.99% | 17.97% | 18.66% |
| African American | 0.67% | 1.83% | 2.36% | 11.12% | 10.46% |
| International | 7.27% | 5.86% | 7.39% | 7.68% | 8.90% |
| Hispanic | 2.42% | 2.62% | 4.07% | 9.83% | 9.46% |
| Native American | 0.21% | 0.32% | 0.41% | 1.21% | 1.23% |
| Unknown | 8.02% | 9.93% | 9.14% | 8.11% | 8.09% |
| White | 38.37% | 48.03% | 50.63% | 44.08% | 43.21% |

# Projected Admit Rates



|  | Academics Only | Legacy and Athlete | Extracurricular and Personal | Demographics | |
|---|---|---|---|---|---|
|  | **Model 1** | **Model 2** | **Model 3** | **Model 4** | **Actual** |
| Asian | 17.35% | 12.66% | 10.48% | 7.24% | 7.63% |
| African American | 0.75% | 2.07% | 2.67% | 12.59% | 12.00% |
| International | 5.13% | 4.14% | 5.22% | 5.42% | 6.37% |
| Hispanic | 2.34% | 2.53% | 3.94% | 9.51% | 9.27% |
| Native American | 1.97% | 2.98% | 3.81% | 11.17% | 11.43% |
| Unknown | 9.45% | 11.70% | 10.77% | 9.56% | 9.67% |
| White | 9.43% | 11.81% | 12.45% | 10.84% | 10.77% |

13

PRELIMINARY DRAFT

## Conclusions

# Possible Explanations

PRELIMINARY DRAFT 14

# The Personal Rating: Numeric value doesn't capture full picture of applicant

Inputs
Outputs
SAT Scores
GPA
Alumni Interview
Teacher Ratings
Guidance Counselor Ratings
Application Essay?
Reader classifies student
Calculation performed
Reader classifies student
Academic Rating
Academic Index
Personal Rating

| Academic Index | SAT Scores + GPA | Accounts for 98% of the variation in Academic Index. Academic Index is a weighted average. |
|---|---|---|
| Academic Rating | SAT Scores + GPA | Accounts for 70% of the variation in Academic Rating. Can't explain some of the variation because Academic Rating data doesn't include the granuality provided by + and -. Also potentially some noise due to readers |
| Personal Rating | School Support + Alumni Interviews | Accounts for 20% of the variation in Personal Rating. Inputs of Teacher Evaluations, Guidance Counselor Evaluations, and Alumni Interviews don't fully explain how Personal Ratings are assigned. Don't have any numeric rating of personal statement. |

# Dockets: Differences in Admit Rates by Region not Explained by Athletes and Legacies

PRELIMINARY DRAFT
16

Admit Rates by Region for White and Asian Non-Athlete, Non-Legacy Applicants, Classes of 2007-2016
14%
12%
10%
8%
6%
4%
2%
0%
Asian
White
Total
CA and Northwest
Texas
Northeast and Atlantic
Great Lakes
New York
Massachusetts
South
Midwest and Southwest
Percent Asian
Total Applicants

| | CA and Northwest | Texas | Northeast and Atlantic | Great Lakes | New York | Massachusetts | South | Midwest and Southwest |
|---|---|---|---|---|---|---|---|---|
| Percent Asian | 39% | 28% | 25% | 24% | 23% | 20% | 20% | 20% |
| Total Applicants | 42,033 | 12,165 | 31,706 | 22,000 | 21,373 | 17,161 | 31,135 | 15,733 |

Notes:
- Excludes legacies and athletes.

## Other Possibilities

- Information lost by not recording plusses and minuses.
- Yield considered when admitting students?
- Other factors not used in models:
    - Children faculty/staff
    - Search for socioeconomic diversity
    - High school quality/opportunities open to student
    - Dockets