# Exhibit 14

1                UNITED STATES DISTRICT COURT

2                 DISTRICT OF MASSACHUSETTS

3

4     _____

5     STUDENTS FOR FAIR ADMISSIONS, INC.,

6               Plaintiff,

7      v.                          No. 1:14-cv-14176

8     PRESIDENT AND FELLOWS OF

9     HARVARD COLLEGE

10    (HARVARD CORPORATION),

11               Defendant.

12    _____

13

14

15

16          VIDEO DEPOSITION of WILLIAM FITZSIMMONS

17               Boston, Massachusetts

18                August 3, 2017

19

20

21

22

23    Reported by:

24    Dana Welch, CSR, RPR, CRR, CRC

25    Job #127104

1                        FITZSIMMONS

2    can ask that question after a break.  It's been an

3    hour and 20 minutes.

4            THE VIDEOGRAPHER:  Time now is 1858.

5    We're off the record.

6            (Proceedings interrupted at 6:58 p.m. and

7        reconvened at 7:13 p.m.)

8            THE VIDEOGRAPHER:  Time now is 1913.

9    We're on the record.

10           MR. STRAWBRIDGE:

11   BY MR. STRAWBRIDGE:  The question before we broke

12   was:  Have you read Jerome Karabel's book The

13   Chosen?

14           MS. ELLSWORTH:  Objection.

15       A.  Yes.

16       Q.  Do you believe that he accurately

17   describes the history of Harvard's admissions

18   process?

19           MS. ELLSWORTH:  Objection.

20       A.  I read his account carefully.  I don't

21   have any independent corroboration of what was in

22   the book.

23       Q.  Is it your testimony that you don't have

24   any idea whether or not Harvard's admissions

25   process was abused in order to limit the number of

1                          FITZSIMMONS

2    Jewish students on campus?

3              MS. ELLSWORTH:  Objection.

4    Q.  Last century?

5              MS. ELLSWORTH:  Objection.

6    A.  What I was saying is that the holistic

7    admissions process of which I have been a part

8    since I arrived in the office, you know, certainly

9    is not like the one you describe.

10   Q.  But my question was just is it possible

11   that a holistic admissions process could

12   nonetheless be abused in a discriminatory fashion?

13             MS. ELLSWORTH:  Objection.

14   A.  Again, I don't know exactly whether what

15   was described in that book or what I've read in

16   other accounts was anything like holistic

17   admissions processes that exist today.

18   Q.  Do you think it's impossible for anybody

19   to ever abuse a holistic admissions process?

20             MS. ELLSWORTH:  Objection.

21   A.  I think it would be impossible to abuse

22   the admissions process that -- that we have.

23   Q.  Nothing in this report gave you any

24   concerns?

25             MS. ELLSWORTH:  Objection.

1                     FITZSIMMONS

2      Q.  When you saw it?

3          MS. ELLSWORTH:  Are you referring to

4   Exhibit 17?

5          MR. STRAWBRIDGE:  Yes.

6      A.  The information provided, we certainly

7   looked at the information, and we always like to

8   get new information as we proceed.

9      Q.  And what did you do with this information?

10     A.  I'm not aware there was specific

11  follow-up.

12     Q.  Are you aware of any follow-up?

13         MS. ELLSWORTH:  Objection.

14     A.  I think the fact that the admission --

15  that this information was presented to us and that

16  it was delivered to us was certainly something in

17  our minds as we proceeded from there.

18     Q.  That was -- but you didn't ask for any

19  further research?

20     A.  Not that I recall.

21     Q.  And you didn't discuss this with anybody

22  else in the admissions office?

23         MS. ELLSWORTH:  Objection.

24     A.  I think it's possible that were other

25  members of the admissions office present for this.

Page 456

1                    CERTIFICATE
2  Commonwealth of Massachusetts
3  Suffolk, ss.
4

5       I, Dana Welch, Registered Professional
6  Reporter, Certified Realtime Reporter and Notary
7  Public in and for the Commonwealth of
8  Massachusetts, do hereby certify that WILLIAM
9  FITZSIMMONS, the witness whose deposition is
10 hereinbefore set forth, was duly sworn by me and
11 that such deposition is a true record of the
12 testimony given by the witness.
13      I further certify that I am neither related
14 to nor employed by any of the parties in or counsel
15 to this action, nor am I financially interested in
16 the outcome of this action.
17      In witness whereof, I have hereunto set my
18 hand and seal this 15th day of August, 2017.
19

20      _____

        Dana Welch
21      Notary Public
        My commission expires:
22      October 6, 2017
23

24

25