# Exhibit 16

TRIAL EXHIBIT
P501
SFFA v. Harvard
exhibitsticker.com

Chicago Tribune May 8, 1926

# Chicago Daily Tribune

**THE WORLD'S GREATEST NEWSPAPER**

**FINAL EDITION**

Daily.... 741,831
Sunday-- 1,072,297

VOLUME LXXXV—NO. 111 C — SATURDAY, MAY 8, 1926.—34 PAGES * * * PRICE TWO CENTS

# BRITISH ARMY FACES RIOTERS

## Expose Illinois Pardon Ring in New Letters

### GIVE COMMAND TO HELP CIVIL AUTHORITIES

Mobbing in Hull and Glasgow.

BULLETIN.
GLASGOW, May 7.—[Special.]—There was a recurrence of disorder here tonight during which the police made frequent charges with their clubs. Forty-eight rioters were arrested.

Gangs gathered in several main streets and tried to stop traffic. Bread vans were made special objects of attack. No sooner was one gang dispersed than another was formed to renew the attacks in adjoining streets.

BULLETIN.
[Chicago Tribune Press Service.]

### Court Enjoins Pastor from Lovemaking

Marion, Minn., May 7.—[Special.]—Mrs. Ira M. Bryan today obtained an order from Judge Frank H. Root, in a circuit court restraining the Rev. William N. Chrisler, pastor of the First Baptist church, from making love to her in her home or on the streets.

The Rev. Mr. Chrisler is 54 years old and his wife is president of the local chapter of the W. C. T. U. Mrs. Bryan is less than half his age. The husband, father of two grown children, who is a banker at Hillsdale college, and a daughter who is the wife of Ralph Gardner, are of the four trustees of the church. Mrs. Bryan, whose husband, Barton, is a real estate salesman, is the mother of a year old daughter.

Wanted Her to Elope, Charge.

The Rev. Mr. Chrisler has 15 days in which to answer Mrs. Bryan's petition, which sets forth, among other things, that for a period of several months, despite warnings from Bryan,

## MYSTERY NOTES IN PRISON QUIZ PROMISE THRILL

Nathan Leopold Is Escape Witness.

BULLETIN.
O. C. Sweeney, 6030 Eberhardt avenue, reported to the police early this morning that as he was driving along the Elgin road toward Chicago, about seven miles this side of Elgin, he saw three men dressed in suits prison garb slink from the underbrush into the bushes beside the road. He stopped on the gas and hurried to Maywood where he told his experience, then came to the Chicago detective bureau. Several detective squads immediately were put on the Elgin road on the chance the trio might be the desperadoes who escaped from Joliet and are still at large.

## NEWS SUMMARY

BRITISH STRIKE:
British government forces troops into East India dock section and announces by radio that resources at emergency will be exhausted to maintain peace and order; public services improve. Page 1.

MacDonald, and other labor leaders meeting over week end for purpose of working out settlement basis. Page 2.

Denmark: unions notify employers they will go on sympathetic strike if necessary to shut off England's main food supply.

LOCAL:
More letters link Small and aids to pardon mill. Page 1.

New pardon mill sensations hinted by Will recount prosecutor, who tells of mysterious notes found in slain warden's room. Page 1.

Oak Park high school suspends 15 student leaders for a year in fight to stamp out secret societies. Page 2.

Plans for wedding interrupted when prospective bridegroom is sued for $100,000 balm by debutante. Page 2.

Milton L. Straus, wealthy retired ladies' General Carlstrom as head of underwear manufacturer, gives seven the Illinois pardon mill, was shown last

## SHOW STEVENS HAD PUT FEAR INTO OFFICIALS

Became Wild Over Delayed Parole.

Edward [Spike] O'Donnell, a notorious gangster, by his blunt refusal to enlighten the special crime grand jury on gang methods, shown how 52 killers could occur with the police left property inactive in the dark. Details on page 4.

(Pictures on back page.)

PULLING HIM DOWN, BUT HE WON'T LET GO

HELP! HELP! HELP!

BANKRUPTCY DANGERS

THE FRANC

FRANCE

(Picture on back page.)

Chicago Tribune May 8, 1926

## DOMESTIC.

Wedded member of his flock gets court order restraining pastor from making love to her. **Page 1.**

Chairman of Harvard admission board quoted as saying racial traits are considered in passing on applicants. **Page 1.**

H. M. Daugherty, former U. S. attorney general, indicted by federal grand jury on fraud charge. **Page 3.**

John F. Walker, labor leader, speaks at Urbana conference. **Page 6.**

Scores hurt when runaway car plunges down hill. **Page 10.**

Boy Scouts and Spanish war vets help "Uncle Joe" Cannon celebrate ninetieth birthday. **Page 13.**

Hugh Dillman, who will wed Mrs. Horace E. Dodge, reaches Detroit and tells who he is. **Page 13.**

### WASHINGTON.

Coolidge expresses pleasure in signing bill for better embassies. **Page 3.**

Wets to launch new attack for beer and wine by plea to farmers. **Page 7.**

President Coolidge indicates he will veto Haugen farm bill if it is passed. **Page 3.**

House rings with praise for "Uncle Joe" Cannon on his birthday. **Page 13.**

### FOREIGN.

French open war on Riff with air bombardment of enemy lines. **Page 6.**

Amundsen-Ellsworth polar flight dirigible conquers gale and lands safely at Spitzbergen. **Page 7.**

### SPORTS.

Tony Kauffmann holds Giants to four hits and Cubs whitewash slugging New Yorkers, 6 to 0. **Page 19.**

Walter Johnson mows down Sox while mates hit, so Sox drop first game in eastern invasion, 8 to 2. **Page 19.**

Northwestern beats Purdue in Big Ten golf match. **Page 19.**

Thousands jam Louisville for opening Churchill Downs today. **Page 19.**

---

den; Elmer Green, state superintendent of prisons, and Lee O'Nell Browne, state representative and one of the governor's strongest supporters.

How Messlein and Gov. Small were of one mind over the parole of Walter Stevens, long notorious gangster-killer, was revealed in letters discovered on Thursday, and in others made public yesterday it was shown how Messlein dominated the parole board. Colvin. Supt. Green and others in Stevens' behalf.

Before showing the new Messlein letters Attorney General Carlstrom and State's Attorney Crowe offered as a typical case of Messlein's pardon mill the following two notes. The first was addressed to Ed Girard, an officer of the Major Engineering company, is dated March 30, 1924, and follows:

"Friend Ed: I have a friend who wants to get a fellow out of the penitentiary, and how is he to go about it? We will come in if you think we can do anything. HUGH OLCOTT, Murero, Ill."

#### Assured Help at Once.

Although the name of the convict was not given, nor any claim that he deserved clemency, Olcott was sent the following reply, a copy of which was found in Messlein's safe:

"Dear Friend: I feel sure we can help you in the matter of which you wrote, but must know more about the case in order to tell you definitely what can be done and the details regarding same.

"Come in to see me personally about it and we will talk over the matters connected with the case and see what will have to be done. I shall expect to see you here at the office on Saturday, March 22."

Also Lee O'Nell Browne.

State Representative Lee O'Nell Browne, who has been shown to have aided Stevens in his parole matter, wrote a letter found in Messlein's files in which he protested against another

## WHITING TAKES HIS STEP-COUSIN AS THIRD WIFE

Bradford Hill Whiting, whose two previous marriages resulted in divorces based on charges of drinking, ventured a third time into matrimony a few weeks ago, when he married his stepcousin, Miss Florence Warrington of Cincinnati. It was revealed yesterday.

Mr. Whiting, the son of J. Hill Whiting, wealthy steel manufacturer, married Miss Warrington, daughter of the late Judge John Warrington of Cincinnati, at her brother George's home there about three weeks ago. It was learned, the couple spending part of their wedding trip here with Bradford's parents at the Lake Shore Drive hotel. Miss Warrington, whose parents are dead, was a stepdaughter to a sister of her husband's mother. The couple will make their home in Cincinnati.

Mr. Whiting was first married to Miss Adele Harris, who divorced him Nov. 22, 1922, charging habitual drunkenness. She was awarded the custody of their four children by Judge George F. Rush. He was married to Mrs. Paulette Picard Daniels, a divorcee, on July 5, 1923, who divorced him March 2, this year, on similar charges. This, his third marriage, is said to have pleased his family.

## 22 Drowned in Russian Floods; Damage Is Great

MOSCOW, May 7.—(AP)—Twenty-two persons have been drowned in floods of the Volga river. Much damage has been done between Yaroslav and Nizhniy-Novgorod, where the water covers an area twenty miles wide.

## THE WEATHER

SATURDAY, MAY 8, 1926.

---

## BOMB PERILS FAMILY OF FOUR; NEW TERRORISM

A black powder bomb was exploded late last night on a rear porch at 6901 Rogers avenue, endangering the lives of C. C. Lynch, his wife and two children, who were sleeping in adjacent rooms.

The first floor of the building is occupied by the Material Service company. The home of the Lynch family is on the second floor. Lynch is the owner of several teams and hires them to the company.

According to Sergts. Frank Sweeney and Charles Thomas of the Albany Park station, Lynch had been approached by organizer striving to form a union of team owners and had not agreed at once to go in. The bomb, which was placed at the second floor level, caused damage of $200.

## DELAY DURKIN TRIAL AGAIN AS ATTORNEY QUITS

Martin Durkin, sheik bandit who is under indictment as the slayer of two men, found himself without a lawyer yesterday in Judge Harry B. Miller's Criminal court. Attorney John F. Tyrrell, who heretofore has represented the bandit, told Judge Miller yesterday that he had withdrawn and asked that Durkin be given time to obtain now counsel.

Judge Miller granted a continuance until May 24 and notified Durkin's mother that unless she obtained another attorney for her son that he would appoint lawyers to defend him. Last evening Mrs. Durkin announced that she was hopeful of raising enough money.

## Strike or No Strike, British Must Get Tea; Ration It

---

## Harvard Scans Racial Traits of Applicants

Cambridge, Mass., May 7.—(AP)—The Harvard Liberal club will say tomorrow in its publication, the Gadfly, that Prof. Henry Pennypacker, chairman of the committee on admissions at Harvard, has stated that racial characteristics are considered in passing upon applicants and that "race is part of the record."

The quoted statement adds that race "is by no means the whole record, and no man will be kept out on grounds of race." The editors of the student organ said that Mr. Pennypacker had certified as correct the statements attributed to him. Mr. Pennypacker could not be reached tonight.

Extreme Racial Characteristics.

"The whole record does include evidences of the candidate's character, personality, and promise," the quoted statement reads. "His fitness to give the most to Harvard and to derive the most from what Harvard has to offer. Traits of character which tend to prevent a boy from becoming a part of our great fellowship of Harvard will be weighed.

"Among these traits may be extreme racial characteristics. Race is a part of the record. It is by no means the whole record, and no man will be kept out on grounds of race; but those racial characteristics which make for race isolation will, if they are borne by the individual, be taken into consideration as a part of that individual's character. Istics under the test of character, personality, and promise.

Denies Race Discrimination.

"If there should result, in fact, any

---

Tells of Alleged Wooing.

"But he kept coming to the house. He began to make love to me. That was last fall. I didn't know what to do. You see, he was our pastor. I repulsed him; I told him not to come near the house any more or I would inform my husband. But he kept on. He would park his car in the neighborhood and drop in by the back door. He tried to kiss me. He forced me to kiss him. I told my husband."

"I warned Mr. Curtiss to stay away from our home," Mrs. Bryan said. "I didn't want to take extreme measures with him."

"When I insisted he stop his foolishness," Mrs. Bryan continued, "he told me that he had had 33 years' experience in such things and that it would take a sly person to catch him.

Tells Chief of Police.

The husband said that about six weeks ago he told the chief of police that Mr. Curtiss was annoying Mrs. Bryan.

The petition in the case charges it became necessary for Mrs. Bryan to keep the house locked constantly to prevent the minister from entering unannounced. She also claimed she was afraid he would do her bodily harm.

"The charge is utter nonsense," the Rev. Mr. Curtiss said. "Yes, I took Mrs. Bryan home from church several times; but I have taken other women home, too. About making love to her, I may have joshed with her a little, and I may even have said—jokingly, of course—that I would like to go away with her."

## Dry Agent in Murder Case Freed by Court's Order

Aberdeen, S. D., May 7.—(AP)—Isaac L. McCown, federal prohibition agent, charged with first degree murder in connection with the shooting of Francis Fountain during a raid in May, 1925, was freed late today. Federal Judge Elliott ordered the jury to return a verdict of not guilty.

Chicago Tribune May 8, 1926

Northwestern ... ... ... ... ... ... Page 19.
Ten golf match.
Thousands jam Louisville for opening Churchill Downs today. Page 19.
Espino, Kentucky Derby candidate, wins Jamaica handicap. Page 20.
Illinois athletic commission to hold first meeting Monday. Page 20.
Ruth gets sixth homer as Yankees whip Detroit in 11th, 7 to 6. Page 21.
Pirates outrally Braves in eleventh to win, 11 to 10. Page 21.

EDITORIALS.
Twenty-Six Foot Roads; Where Rumor Flourishes; The Flag on the Big Hotel; Panama Profits for Ship Building; Get Together. Page 8.

BOOKS.
Fanny Butcher's Reviews. Page 11.
London Book News. Page 10.
Best Sellers. Page 11.

MARKETS.
Rush of selling at close slashes price of stocks. Page 23.
Electric power industry finds increased profits in diversified use, Leech says. Page 22.
Railroads increase net earnings through economies of operation, reports show. Page 23.
Rain in west induces selling and wheat values weaken; corn at new crop low. Page 24.

Browne, who has been shown to have aided Stevens in his parole matter, wrote a letter found in Messlein's files in which he protested against another lawyer appearing for Stevens and saying that he "would go to the end of the chapter for Walter." In reply Messlein wrote to Browne as follows:

"My Dear Mr. Browne: I presented Walter's case at the last meeting of the board, held Sept. 8, so as to have the case before them and give them the opportunity to pass on it as quickly as it would be possible. I had W. W. O'Brien (a Chicago criminal lawyer) speak to the board in Walter's behalf as a friend.

"Mr. Colvin was pleased, as it gave him new angles in the case. The board seemed well impressed and I look for good results.

Make Personal Appeal.
"I have also talked with the Rev. Keene Ryan, and he is presenting to the governor and board the dismissed petitions and letters written by prominent people who know Walter and will make a personal appeal for him this week. (The Rev. Mr. Ryan is a Chicago reformer who has published denunciatory articles on gangsters.)

"I believe the board will act as once if they know you can get the Florida matter [a murder charge (Continued on page 4, column 3.)

THE WEATHER
Denies Race Discrimination.

SATURDAY, MAY 8, 1926.
Sunrise, 5:37; sunset, 7:50. Moon rises at 4:14 a. m. Sunday. Venus, Mars, and Jupiter are morning stars.
Chicago and vicinity— TRIBUNE
Mostly cloudy BAROMETER.
weather, probably with showers by Saturday night and on Sunday; not much change in temperature; moderate, variable winds.
Illinois—Mostly cloudy Saturday and Sunday, probably showers; not much change in temperature.

TEMPERATURES IN CHICAGO
MAXIMUM, NOON ...........83
MINIMUM, 3 A. M. ..........57
[table of hourly temps]

Mean temperature for 24 hours ending at 8 p. m. yesterday, 71; normal for the day, 55; deficiency since Jan. 1, 1,55 degrees. Barometer, 8 a. m., 30.01; 8 p. m., 30.01. Precipitation for 24 hours ending at 8 p. m., none; deficiency since Jan. 1, 01 inch. Highest wind velocity, 15 miles an hour, from the southeast, at 11 a. m.
[Official weather table on page 24.]

Strike or No Strike, British Must Get Tea; Ration It
(Copyright: 1926: By the New York Times.)
LONDON, May 7.—The British government is taking measures to insure that the general strike does not interfere with Britons getting their beloved cup of tea. It was announced that an emergency tea commission had been appointed to arrange for equitable distribution of available tea supplies.

Two Killed by Tornado in Eastern Oklahoma
Okmulgee, Okla., May 7. — (AP) — Two persons were reported killed and more than a dozen injured by tornadoes that struck scattered communities in eastern Oklahoma late today. The path of the storm was eastward from Okfuskee county to Lenore county, on the Arkansas line, roughly a distance of 100 miles.

Charges Wealthy Mate Beat Her; Starts Suit
Beaten cruelly by her husband last Wednesday, Mrs. Allen O. Allshull, 2500 Pine Grove avenue, was forced to leave him, according to her separate maintenance suit filed yesterday. She declared Allshull earns $29,000 a year and owns property worth $300,000.

sonality, and promise.

"If there should result, in fact, any substantial change in the proportion of groups in the college following the application of the test, this will be due not to race discrimination or any quota system, but to the failure of particular individuals to possess, as individuals, those evidences of character, personality, and promise which, weighed with other evidences, render them more fit than other individuals to receive all that Harvard has to offer.

"Of course there will be criticisms. It will be said that Harvard is discriminating on grounds of race. That will not be true."

Scores Harvard Rum Parties.
Boston, Mass., May 7.—[Special.] Judge Arthur P. Stone of East Cambridge court said today that he would investigate the practice of Harvard students taking girls to their apartments for drinking parties.

Judge Stone was prompted to this action by the appearance in his court today of two young women of the "college widow" type, who pleaded guilty to drunkenness and said they were given liquor in the rooms of a Harvard student. Both girls were arrested by a patrolman who saw them leaving the Craigie apartments in a drunken state.

...ely Fountain during a raid in May, 1923, was freed late today. Federal Judge Elliott ordered the jury to return a verdict of not guilty.

RELAX
By Ruth Pine Furniss

The trials and tribulations of a young doctor with a dwindling practice and a resourceful wife furnish the material for this enjoyable short story.

Read it and a half dozen other entertaining features, including a new serial by Edgar Wallace, in The Tribune's roto fiction magazine

TOMORROW

Want Ad Index Page 24

YANKEE BUSINESS MAN PILOTS BRITISH CRACK TRAIN TO EDINBURGH

BREAKFASTS OF BRITONS IN PERIL;

POOR OF PARIS FEAST ON DAINTIES STRIKE BARS FROM ENGLAND

6 WEEK STRIKE TO SERIOUSLY HURT U.S., TRADE VIEW
Washington, D. C., May 7.—[Special.]—American trade with Great Britain ...

dolphia, large cotton exporter, and S. Pemberton Hutchinson of Philadelphia, coal exporter.
"Six weeks of a complete general strike in Great Britain would seriously affect American grain export," wired Mr. Barnes.
"If the British strike lasts six weeks ..."