# Exhibit A1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>      Plaintiff,<br>  v.<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>      Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**PLAINTIFF SFFA'S WITNESS LIST**

| Name | Contact Information | Witness Description | Will Call/ May Call |
|---|---|---|---|
| Peter Arcidiacono | 202A Social Sciences<br>Durham, NC 27708<br>919-660-1816 | Expert Witness | Will Call |
| Roger Banks | 86 Brattle St<br>Cambridge, MA 02138<br>617-495-1572 | Fact Witness | May Call |
| Erica Bever | 86 Brattle St<br>Cambridge, MA 02138<br>617-495-2718 | Fact Witness | Will Call |
| Grace Cheng | Redacted<br><br>617-526-6687 | Fact Witness | May Call<br>(by deposition) |
| Sarah Donahue | 86 Brattle St<br>Cambridge, MA 02138<br>617-495-1580 | Fact Witness | May Call |
| Erin Driver-Linn | 1350 Massachusetts Ave<br>Cambridge, MA 02138<br>617-432-3703 | Fact Witness | Will Call |
| Catherine Drew Gilpin Faust | 1341 Massachusetts Ave<br>Cambridge, MA 02138<br>617-384-4375 | Fact Witness | May Call |

| Name | Contact Information | Witness Description | Will Call/ May Call |
|---|---|---|---|
| William Fitzsimmons | 86 Brattle St Cambridge, MA 02138 617-495-1557 | Fact Witness | Will Call |
| Mark Hansen | 1 Main St Cambridge, MA 02142 617-253-5030 | Fact Witness | Will Call |
| Kaitlin Howrigan | Redacted | Fact Witness | May Call (by deposition) |
| Richard Kahlenberg | 2040 S St NW Washington, DC 20009 202-683-4883 | Expert Witness | Will Call |
| Rakesh Khurana | 60 Linnaean St Cambridge, MA 02138 617-495-4137 | Fact Witness | Will Call |
| Charlene Kim | 86 Brattle St Cambridge, MA 02138 617-384-7819 | Fact Witness | May Call |
| Christopher Looby | 86 Brattle St Cambridge, MA 02138 617-496-5134 | Fact Witness | May Call |
| Christina Lopez | 111 Milbank Hall 3009 Broadway New York, NY 10027 212-854-2014 | Fact Witness | May Call (by deposition) |
| Marlyn McGrath | 86 Brattle St Cambridge, MA 02138 617-495-5339 | Fact Witness | Will Call |
| Lucerito Ortiz | Redacted 617-526-6687 | Fact Witness | May Call (by deposition) |
| Casey Pedrick | 345 Chambers St New York, NY 10282 212-312-4800 | Fact Witness | May Call (by deposition) |

| Name | Contact Information | Witness Description | Will Call/ May Call |
|---|---|---|---|
| Tia Ray | 86 Brattle St<br>Cambridge, MA 02138<br>617-384-7741 | Fact Witness | May Call |
| Ruth Simmons | P.O. Box 519; MS 1001<br>Alvin I. Thomas Bldg., Suite 202<br>Prairie View, TX 77446<br>936-261-2111 | Expert Witness | Will Call |
| Michael Smith | 29 Oxford St<br>Cambridge, MA 02138<br>617-496-8119 | Fact Witness | May Call |
| Brock Walsh | Redacted<br><br>617-526-6687 | Fact Witness | May Call<br>(by deposition) |
| Caroline Weaver | Redacted | Fact Witness | May Call<br>(by deposition) |
| Elizabeth Yong | 1 Amherst St<br>Cambridge, MA 02142<br>617-526-6687 | Fact Witness | Will Call |
| Fabio Zuluaga | 8115 Gatehouse Rd<br>Falls Church, VA 22042<br>571-423-1120 | Fact Witness | May Call<br>(by deposition) |

Dated: October 1, 2018 Respectfully submitted,

/s/ *Adam K. Mortara*
Adam K. Mortara
J. Scott McBride
Krista J. Perry
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
adam.mortara@bartlit-beck.com
scott.mcbride@bartlit-beck.com
krista.perry@bartlit-beck.com

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
Bartlit Beck Herman Palenchar & Scott LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303.592.3100
john.hughes@bartlit-beck.com
kat.hacker@bartlit-beck.com
meg.fasulo@bartlit-beck.com

William S. Consovoy
Thomas R. McCarthy
Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703.243.9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100 Providence,
RI 02903
617.345.3000
psanford@burnslev.com
bcaldwell@burnslev.com

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

5

6

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of October, 2018.

/s/ *Adam K. Mortara*