# Exhibit A2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>                    Plaintiff,<br><br>        v.<br><br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE,<br>                    Defendant. | Civ. Act. No. 1:14-cv-14176-ADB |

**HARVARD'S OBJECTIONS TO SFFA'S WITNESS LIST**

Defendant President and Fellows of Harvard College ("Harvard") hereby submits the following objections to Students for Fair Admissions, Inc.'s ("SFFA") witness list.  Harvard reserves the right to supplement these objections.

| Name | Contact Information | Will Call/ May Call | Harvard's Objections |
|---|---|---|---|
| Charlene Kim | Contact through counsel | May Call | SFFA did not timely disclose Ms. Kim as a witness.  SFFA did not add Ms. Kim to its witness list until September 19, 2018, nearly two weeks after the September 7, 2018 deadline by which to disclose witnesses. |
| Christina Lopez | 111 Milbank Hall 3009 Broadway New York, NY 10027 212-854-2014 | May Call (by deposition) | Ms. Lopez's testimony is not relevant under FRE 401. |
| Casey Pedrick | 345 Chambers St New York, NY 10282 212-312-4800 | May Call (by deposition) | Ms. Pedrick's testimony is not relevant under FRE 401. |

| Name | Contact Information | Will Call/ May Call | Harvard's Objections |
|------|---------------------|---------------------|----------------------|
| Ruth Simmons | P.O. Box 519; MS 1001 Alvin I. Thomas Bldg., Suite 202 Prairie View, TX 77446 936-261-2111 | Will Call | As Harvard's expert witness, Dr. Simmons cannot be called in SFFA's case-in-chief. SFFA may cross-examine Dr. Simmons after she has offered testimony on direct examination by Harvard.  Additionally, SFFA did not timely disclose President Simmons as a live witness.  On September 7, 2018, the date on which the parties exchanged witness lists, SFFA indicated that it might call President Simmons by deposition.  SFFA did not indicate that it will call President Simmons as a live witness until September 11, 2018. |
| Fabio Zuluaga | 8115 Gatehouse Rd Falls Church, VA 22042 571-423-1120 | May Call (by deposition) | Mr. Zuluaga's testimony is not relevant under FRE 401. |