# Exhibit F

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

### Grace Cheng Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| 7 | 18 | 7 | 21 | | | | | | |
| 39 | 10 | 39 | 11 | | | | | | |
| 39 | 13 | 39 | 17 | | | | | | |
| 39 | 19 | 39 | 19 | | | | | | |
| 40 | 14 | 40 | 17 | | | | | | |
| 75 | 10 | 75 | 11 | | | | | | |
| 75 | 13 | 75 | 17 | | | | | | |
| 88 | 24 | 89 | 1 | | | | | | |
| 89 | 3 | 89 | 9 | | | | | | |
| 89 | 11 | 89 | 13 | | | | | | |
| 89 | 15 | 89 | 15 | | 144 | 16 | 144 | 17 | Not responsive/related to affirmative designation (no objection if counter is moved to next designation) |
| | | | | | 144 | 19 | 144 | 24 | Not responsive/related to affirmative designation (no objection if counter is moved to next designation) |
| | | | | | 145 | 2 | 145 | 3 | Not responsive/related to affirmative designation (no objection if counter is moved to next designation) |
| 145 | 15 | 146 | 9 | | | | | | |
| 146 | 11 | 146 | 15 | | | | | | |
| 189 | 19 | 189 | 23 | | | | | | |
| 190 | 1 | 190 | 5 | | | | | | |
| 190 | 7 | 190 | 19 | | | | | | |
| 190 | 21 | 191 | 8 | | 193 | 7 | 193 | 10 | |
| | | | | | 193 | 12 | 193 | 16 | |
| 193 | 17 | 193 | 20 | | | | | | |
| 193 | 22 | 193 | 24 | | | | | | |
| 195 | 10 | 195 | 18 | | 195 | 19 | 195 | 20 | |
| 198 | 8 | 198 | 16 | | | | | | |
| 198 | 18 | 198 | 18 | | | | | | |
| 199 | 22 | 200 | 1 | | | | | | |

1

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

## Grace Cheng Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| 200 | 3 | 200 | 13 | | | | | | |
| 200 | 15 | 200 | 15 | | | | | | |
| 206 | 9 | 206 | 15 | | | | | | |
| 206 | 17 | 206 | 21 | | | | | | |
| 220 | 14 | 220 | 16 | | | | | | |
| 220 | 18 | 220 | 20 | | | | | | |

2

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

## Kaitlin Howrigan Deposition Designations

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| 5 | 14 | 5 | 20 | | | | | | |
| 32 | 9 | 32 | 10 | | | | | | |
| 32 | 12 | 32 | 15 | | | | | | |
| 32 | 17 | 32 | 18 | | | | | | |
| 33 | 4 | 33 | 5 | | | | | | |
| 33 | 8 | 33 | 11 | | | | | | |
| 33 | 12 | 33 | 13 | | | | | | |
| 33 | 15 | 33 | 17 | | | | | | |
| 33 | 19 | 33 | 20 | | | | | | |
| 33 | 22 | 34 | 1 | | | | | | |
| 34 | 3 | 34 | 4 | | | | | | |
| 34 | 6 | 34 | 8 | | | | | | |
| 34 | 10 | 34 | 10 | | | | | | |
| 34 | 12 | 34 | 13 | | | | | | |
| 35 | 13 | 35 | 16 | | | | | | |
| 35 | 18 | 35 | 20 | | | | | | |
| 35 | 22 | 35 | 24 | | | | | | |
| 36 | 2 | 36 | 6 | | | | | | |
| 36 | 8 | 36 | 9 | | | | | | |
| 36 | 11 | 36 | 11 | | | | | | |
| 36 | 21 | 36 | 22 | | | | | | |
| 36 | 24 | 36 | 24 | | | | | | |
| 37 | 8 | 37 | 13 | | | | | | |
| 37 | 15 | 37 | 15 | | | | | | |
| 37 | 17 | 37 | 17 | | | | | | |
| 37 | 19 | 37 | 22 | | | | | | |
| 39 | 17 | 39 | 20 | | | | | | |
| 39 | 22 | 40 | 2 | | | | | | |
| 40 | 4 | 40 | 6 | | | | | | |
| 40 | 8 | 40 | 8 | | | | | | |
| 40 | 10 | 40 | 11 | | | | | | |
| 40 | 13 | 40 | 13 | | | | | | |

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

## Kaitlin Howrigan Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| 40 | 15 | 40 | 23 | | | | | | |
| 41 | 1 | 41 | 3 | | 41 | 23 | 42 | 5 | |
| | | | | | 42 | 6 | 42 | 7 | |
| | | | | | 42 | 9 | 42 | 16 | |
| 42 | 18 | 42 | 21 | | | | | | |
| 42 | 23 | 43 | 1 | | | | | | |
| 47 | 24 | 48 | 2 | | | | | | |
| 48 | 4 | 48 | 4 | | | | | | |
| 48 | 14 | 48 | 14 | | | | | | |
| 48 | 16 | 48 | 16 | | | | | | |
| 50 | 15 | 50 | 17 | | | | | | |
| 50 | 19 | 50 | 22 | | | | | | |
| 50 | 24 | 50 | 24 | | | | | | |
| 51 | 3 | 51 | 5 | | | | | | |
| 55 | 11 | 55 | 14 | | | | | | |
| 55 | 16 | 55 | 17 | | | | | | |
| 156 | 18 | 156 | 19 | | | | | | |
| 156 | 21 | 156 | 24 | | | | | | |
| 157 | 9 | 157 | 11 | | | | | | |
| 157 | 13 | 157 | 17 | | | | | | |
| 158 | 3 | 158 | 5 | | | | | | |
| 158 | 7 | 158 | 7 | | | | | | |
| 158 | 9 | 158 | 15 | | | | | | |
| 158 | 17 | 158 | 20 | | | | | | |
| 162 | 1 | 162 | 3 | | | | | | |
| 162 | 5 | 162 | 8 | | | | | | |
| 162 | 10 | 162 | 11 | | | | | | |
| 162 | 13 | 162 | 15 | | | | | | |
| 166 | 20 | 166 | 23 | | | | | | |
| 167 | 1 | 167 | 5 | | 167 | 7 | 167 | 8 | FORM |
| | | | | | 167 | 10 | 167 | 14 | |
| | | | | | 167 | 16 | 167 | 22 | |

4

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

### Kaitlin Howrigan Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line |
| | | | | | 167 | 24 | 168 | 1 |
| | | | | | 168 | 3 | 168 | 4 |
| 169 | 12 | 169 | 15 | | | | | |
| 169 | 17 | 169 | 20 | | | | | |
| 170 | 10 | 170 | 13 | | | | | |
| 170 | 15 | 170 | 21 | | | | | |
| 170 | 23 | 171 | 2 | | | | | |
| 177 | 7 | 177 | 9 | | | | | |
| 177 | 11 | 177 | 14 | | | | | |
| 177 | 16 | 177 | 17 | | | | | |
| 177 | 19 | 177 | 22 | | | | | |
| 177 | 24 | 178 | 1 | | | | | |
| 178 | 3 | 178 | 5 | | | | | |

5

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

## Brock Walsh Deposition Designations

| Affirmative Designation | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | | **Page** | **Line** | |
| 4 | 7 | 4 | 14 | | | | |
| 7 | 14 | 7 | 16 | | | | |
| 60 | 3 | 60 | 7 | | | | |
| 60 | 9 | 60 | 16 | | | | |
| 60 | 18 | 60 | 24 | | | | |
| 61 | 1 | 61 | 9 | | | | |
| 61 | 11 | 61 | 11 | | | | |
| 62 | 21 | 62 | 23 | | | | |
| 62 | 25 | 63 | 2 | | | | |
| 63 | 4 | 63 | 15 | | | | |
| 63 | 17 | 64 | 6 | | | | |
| 65 | 14 | 65 | 20 | | | | |
| 65 | 22 | 65 | 22 | | 65 | 23 | 65 | 24 |
| | | | | | 66 | 1 | 66 | 1 |
| | | | | | 66 | 7 | 66 | 13 |
| 68 | 23 | 69 | 3 | | | | |
| 69 | 5 | 69 | 21 | | | | |
| 71 | 1 | 71 | 3 | | | | |
| 71 | 5 | 71 | 9 | | | | |
| 71 | 11 | 71 | 11 | | | | |
| 94 | 4 | 94 | 7 | | | | |
| 94 | 9 | 94 | 9 | | | | |
| 94 | 11 | 94 | 20 | | | | |
| 94 | 22 | 94 | 23 | | | | |
| 94 | 25 | 95 | 1 | | | | |
| 95 | 11 | 95 | 13 | | | | |
| 95 | 15 | 95 | 18 | | | | |
| 129 | 1 | 129 | 3 | | | | |
| 129 | 5 | 129 | 11 | | | | |

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

## Caroline Weaver (2015) Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line |
| 5 | 3 | 5 | 9 | | | | | |
| 10 | 9 | 10 | 14 | | | | | |
| 12 | 17 | 12 | 19 | | | | | |
| 118 | 15 | 118 | 21 | | | | | |
| 118 | 23 | 119 | 2 | | | | | |
| 121 | 9 | 121 | 12 | | | | | |
| 121 | 14 | 121 | 14 | | | | | |
| 122 | 1 | 122 | 6 | | 122 | 7 | 122 | 8 |
| | | | | | 122 | 10 | 122 | 14 |
| 144 | 5 | 144 | 8 | | | | | |
| 144 | 10 | 144 | 13 | | | | | |

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

## Caroline Weaver (2017) Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| 154 | 9 | 154 | 10 | | | | | | |
| 168 | 4 | 168 | 13 | | | | | | |
| 188 | 4 | 188 | 5 | | | | | | |
| 188 | 7 | 188 | 15 | | | | | | |
| 188 | 17 | 188 | 22 | | | | | | |
| 188 | 24 | 188 | 25 | | | | | | |
| 191 | 5 | 191 | 7 | | | | | | |
| 191 | 9 | 191 | 20 | | | | | | |
| 191 | 22 | 192 | 4 | | | | | | |
| 192 | 6 | 192 | 7 | | | | | | |
| 192 | 9 | 192 | 10 | | | | | | |
| 194 | 14 | 194 | 15 | | | | | | |
| 194 | 17 | 194 | 18 | | | | | | |
| 194 | 20 | 195 | 2 | | | | | | |
| 195 | 4 | 196 | 2 | | | | | | |
| 196 | 4 | 196 | 13 | | | | | | |
| 198 | 3 | 198 | 5 | | | | | | |
| 198 | 7 | 198 | 12 | | | | | | |
| 198 | 14 | 198 | 15 | | | | | | |
| 203 | 22 | 204 | 1 | | | | | | |
| 204 | 3 | 204 | 12 | | | | | | |
| 204 | 14 | 204 | 15 | | | | | | |
| 204 | 19 | 204 | 22 | | | | | | |
| 204 | 24 | 205 | 2 | | 205 | 3 | 205 | 13 | |
| 206 | 15 | 206 | 17 | | | | | | |
| 206 | 19 | 206 | 21 | | | | | | |
| 209 | 22 | 209 | 25 | | | | | | |
| 210 | 2 | 210 | 4 | | | | | | |
| 210 | 6 | 210 | 14 | | | | | | |
| 210 | 16 | 211 | 4 | | | | | | |
| 211 | 6 | 211 | 6 | | | | | | |
| 211 | 11 | 211 | 12 | | | | | | |

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

### Caroline Weaver (2017) Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| 211 | 14 | 211 | 20 | | | | | | |
| 211 | 22 | 211 | 22 | | | | | | |
| 229 | 8 | 229 | 15 | | | | | | |
| 230 | 20 | 230 | 23 | | | | | | |
| 230 | 25 | 230 | 25 | | | | | | |
| 231 | 2 | 231 | 2 | | | | | | |
| 235 | 9 | 235 | 11 | | | | | | |
| 235 | 13 | 235 | 17 | | | | | | |
| 237 | 20 | 238 | 1 | | | | | | |
| 238 | 19 | 239 | 6 | | | | | | |
| 239 | 8 | 239 | 11 | | | | | | |
| 239 | 13 | 239 | 19 | | | | | | |
| 240 | 6 | 240 | 10 | | | | | | |
| 240 | 12 | 240 | 16 | | | | | | |
| 240 | 18 | 241 | 4 | | | | | | |
| 241 | 14 | 241 | 16 | | | | | | |
| 241 | 18 | 242 | 8 | | | | | | |
| 242 | 10 | 242 | 15 | | | | | | |
| 244 | 5 | 244 | 8 | | | | | | |
| 244 | 10 | 244 | 11 | | | 244 | 12 | 244 | 14 | IR |
| | | | | | 245 | 6 | 245 | 13 | 901, H |
| | | | | | 245 | 23 | 246 | 2 | 901, H |
| 246 | 4 | 246 | 7 | | | | | | |
| 246 | 9 | 246 | 11 | | | | | | |
| 246 | 24 | 247 | 6 | | | | | | |
| 247 | 8 | 247 | 12 | | | | | | |
| 247 | 14 | 247 | 15 | | | | | | |
| 248 | 24 | 249 | 12 | | | | | | |
| 252 | 5 | 252 | 8 | | | | | | |
| 254 | 7 | 254 | 9 | | | | | | |
| 254 | 11 | 254 | 20 | | | | | | |
| 254 | 22 | 254 | 24 | | | | | | |

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

## Caroline Weaver (2017) Deposition Designations

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| 261 | 5 | 261 | 7 | | | | | | |
| 261 | 9 | 261 | 16 | | | | | | |
| 261 | 18 | 261 | 25 | | | | | | |
| 262 | 2 | 262 | 5 | | 262 | 6 | 262 | 9 | |
| | | | | | 262 | 11 | 262 | 11 | |
| | | | | | 263 | 6 | 263 | 17 | 901, H |
| | | | | | 263 | 19 | 263 | 21 | 901, H |
| 263 | 22 | 263 | 25 | | | | | | |
| 264 | 10 | 264 | 11 | | | | | | |
| 264 | 18 | 264 | 20 | | | | | | |
| 264 | 22 | 264 | 24 | | 290 | 2 | 290 | 4 | VA |
| | | | | | 290 | 6 | 290 | 10 | VA |
| | | | | | 290 | 12 | 290 | 20 | |
| 290 | 21 | 290 | 23 | Calls for expert testimony | | | | | |
| 290 | 25 | 291 | 9 | Calls for expert testimony | | | | | |
| 291 | 11 | 291 | 20 | Calls for expert testimony | | | | | |
| 291 | 23 | 292 | 4 | Calls for expert testimony | | | | | |
| 295 | 14 | 295 | 17 | | | | | | |
| 296 | 3 | 296 | 5 | | | | | | |
| 296 | 7 | 296 | 8 | | | | | | |
| 296 | 10 | 296 | 15 | | | | | | |
| 296 | 17 | 296 | 22 | | | | | | |
| 296 | 24 | 297 | 4 | | 297 | 5 | 297 | 6 | F, 901 |
| | | | | | 297 | 8 | 297 | 17 | F, 901 |
| 298 | 2 | 298 | 4 | | | | | | |
| 298 | 6 | 298 | 12 | | 305 | 21 | 305 | 24 | F, 901, H |
| | | | | | 307 | 15 | 307 | 21 | F, 901, H |
| | | | | | 308 | 13 | 308 | 18 | F, 901, H |
| | | | | | 308 | 24 | 309 | 2 | F, 901, H |
| | | | | | 309 | 13 | 309 | 21 | F, 901, H |
| 309 | 22 | 309 | 24 | | 310 | 12 | 310 | 14 | F |
| 310 | 1 | 310 | 1 | | 310 | 16 | 310 | 17 | F |

10

*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*
No. 14-cv-14176-ADB

### Caroline Weaver (2017) Deposition Designations

| Affirmative Designation | | | Objections | Counter-Designations | | | | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | |
| | | | | | 312 | 10 | 312 | 13 | F |
| 312 | 16 | 312 | 18 | | 312 | 15 | 312 | 15 | F |
| 312 | 20 | 313 | 2 | | | | | | |
| 314 | 4 | 314 | 5 | | | | | | |
| 314 | 7 | 314 | 9 | | | | | | |

11