# EXHIBIT 1

Page 1

1

2   HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY
3      IN THE UNITED STATES DISTRICT COURT
4       FOR THE DISTRICT OF MASSACHUSETTS
5      Civil Action No: 1:14-cv-14176-ADB
    ------------------------------X
6

    STUDENTS FOR FAIR ADMISSIONS,
7   INC.,
8                     Plaintiff,
9          v.
10  PRESIDENT AND FELLOWS OF
    HARVARD COLLEGE
11  (HARVARD CORPORATION),
12                    Defendant.
13  ------------------------------X
14           VIDEOTAPED DEPOSITION OF
15              DAVID CARD, Ph.D.
16              Washington, DC
17              April 27, 2018
18                 9:07 AM
19

20

21  Reported by:
22  Karen Brynteson, RMR, CRR, FAPR
23  Job No. 139809
24

25

Highly Confidential Attorneys' Eyes Only

Page 271

1              D. Card

2        believe would be important in

3        assigning the personal rating that

4        is missing from Professor

5        Arcidiacono's personal rating model

6        and is also missing from our --

7        from the database entirely.

8             So there is not much we can do

9        about that.

10   BY MR. STRAWBRIDGE:

11        Q.   And is it your assumption that

12   if we had that information, it would

13   close the gap in the personal rating

14   between Asians and whites?

15             MS. ELLSWORTH:  Object to the

16        form.

17             THE WITNESS:  I don't have

18        direct evidence on that.  What I do

19        know is that the personal rating

20        assigned to whites is higher than

21        the personal rating assigned to

22        Asians, conditional on the observed

23        factors.  And so one of the

24        conjectures would be that that

25        might be part of the story.

Highly Confidential Attorneys' Eyes Only

Page 272

1     D. Card
2  BY MR. STRAWBRIDGE:
3       Q.   But it could also be because
4  of racial bias?
5            MS. ELLSWORTH:  Object to the
6       form.
7            THE WITNESS:  Well, I can't
8       actually rule that out.
9  BY MR. STRAWBRIDGE:
10      Q.   Can you come up with a logical
11 explanation as to why the essays would
12 explain that difference?
13           MS. ELLSWORTH:  Objection.
14           THE WITNESS:  No.  I haven't
15      really given any thought to that.
16      I -- it's pretty standard in this
17      kind of statistical analysis to
18      have unobserved components and to
19      be carefully thinking about what
20      exactly is missing and how that
21      could potentially play a role, but
22      it's -- in my experience it isn't
23      always useful to speculate much
24      more beyond that, just other than
25      to notice that there are lots of

Highly Confidential Attorneys' Eyes Only

Page 273

1              D. Card
2        unobserved factors.
3            In the personal rating case
4        because the explanatory power is so
5        limited, it seems like that role
6        could be particularly important.
7   BY MR. STRAWBRIDGE:
8        Q.    And -- and I guess I am just
9   trying to understand.  Do you think that
10  if you had the essays, it would further
11  explain the gap between Asians and whites
12  in a way that racial bias would not
13  explain that gap?
14            MS. ELLSWORTH:  Objection.
15            THE WITNESS:  I -- I don't
16       know how you would actually do that
17       exercise.  When you say if I had
18       the personal essay, it seems to
19       imply that somehow you could use --
20       put the personal essay in the
21       logistic regression model.
22  BY MR. STRAWBRIDGE:
23       Q.    Well, your assumption is that
24  that's what Harvard is seeing that you
25  are not seeing that explains this

Highly Confidential Attorneys' Eyes Only

Page 274

1                D. Card

2    disparity, right?

3           MS. ELLSWORTH:  Objection.

4           THE WITNESS:  I am giving that

5      as an example of one piece of

6      information that Harvard is seeing

7      that I'm not seeing.  And it is a

8      very complicated piece of

9      information.

10          It has writing quality.  It

11     has some characteristics that the

12     student wants to bring to the

13     attention to the committee.  It has

14     maybe an element of creativity that

15     allows the committee to judge how

16     creative this person is.  So it's a

17     multi -- even that alone is

18     multi-dimensional.

19   BY MR. STRAWBRIDGE:

20      Q.   But do you think it is

21   reasonable to assume that the Asian

22   applicants are -- are not as strong on

23   those factors as the white applicants and

24   that if we had the essays, we would be

25   able to determine that?

Highly Confidential Attorneys' Eyes Only

1           D. Card

2           MS. ELLSWORTH: Object to the
3      form.
4           THE WITNESS: Well, I'm not
5      aware of any way to quantify
6      something like the personal essay
7      and make it into a representation.
8           I think that would be beyond
9      the limits of what currently is
10     possible in -- in text analysis and
11     data analysis at this stage.
12 BY MR. STRAWBRIDGE:
13     Q.    Does your report conclude that
14 Asian applicants in general are less
15 multi-dimensional than white applicants?
16     A.    I concluded that Asian
17 applicants are less likely to have, for
18 example, three 2's and a 3, that kind of
19 a characterization, in the -- in these
20 four profile ratings.
21     Q.    And that's what you deem as
22 multi-dimensional, correct?
23     A.    Well, one could imagine
24 multi-dimensional including even more
25 categories than that. For example,

```
 1
 2    DISTRICT OF COLUMBIA, to wit:
 3
 4            I, Karen K. Brynteson, the
      officer before whom the foregoing
 5    deposition was taken, do hereby certify
      that the within-named witness
 6    personally appeared before me at the
      time and place herein set out, and
 7    after having been duly sworn by me,
      according to law, was examined by
 8    counsel.
 9
10            I further certify that the
      examination was recorded
11    stenographically by me and this
      transcript is a true record of the
12    proceedings.
13
14            I further certify that I am
      not of counsel to any of the parties,
15    nor an employee of counsel, nor related
      to any of the parties, nor in any way
16    interested in the outcome of this
      action.
17
              As witness my hand and
18    notarial seal this 9th day of May,
      2018.
19
20
21
                 _____
22                  KAREN K. BRYNTESON
23                  Notary Public
24
      MY COMMISSION EXPIRES:  10-30-22
25
```