# EXHIBIT 4

```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
                      BOSTON DIVISION


-----------------------------------x

STUDENTS FOR FAIR ADMISSIONS, INC.,

                Plaintiff,
                                        Civil Action No.
vs.                                     1:14-cv-14176

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION); and
THE HONORABLE AND REVEREND THE
BOARD OF OVERSEERS,

                Defendants.
-----------------------------------x

              - HIGHLY CONFIDENTIAL -


           DEPOSITION OF MARLYN ELIZABETH

    McGRATH, a witness called by the Plaintiff,

    taken pursuant to the applicable provisions of

    the Federal Rules of Civil Procedure, before

    James A. Scally, RMR, CRR, a Notary Public in

    and for the Commonwealth of Massachusetts, at

    the offices of WilmerHale, 60 State Street,

    Boston, Massachusetts, on Thursday, June 18,

    2015, commencing at 9:00 a.m.
```

```
 1   turn up in the athletic column.  For many of the rest of
 2   us, it would turn up in the extracurricular column.  Again,
 3   it's a question of the judgment of the reader.
 4          But generally speaking, that's -- athletic is
 5   construed by the person reading it, and we have some
 6   guidelines, again, about what would be a 3, what would be a
 7   3 plus, perhaps, what would be a 2.  And we know what a 1
 8   is and we know what a 4 is.
 9       Q.   And then the last category was personal.
10       A.   Uh-huh.
11       Q.   Can you give me an example of what goes in the
12   personal column?
13       A.   Yes.  That can have various elements.  If the
14   student in writing about himself or herself presents a very
15   appealing personal picture, and that can mean -- appealing
16   can be a wide variety of appeal, you know, a sensitive
17   writer, a person with humor, a person who seems very
18   outward directed, and that's appealing, and if that or some
19   other attractive personal elements are echoed or
20   supplemented, reinforced by the other materials in the
21   folder, typically the SSR, the secondary school report, the
22   counselor letter, who may give us -- which may give us a
23   good deal of information or may not about the candidate's
24   personal style, personal affect, relationships to other
```

1  people, that could help, and so can the teacher letters.
2  And when we have an interview, that can help us too.
3       Q.   Would a person's race or ethnic identity be
4  included in one of the appealing factors that would weigh
5  into the personal category?
6       A.   That should not be part of it.
7       Q.   Does race or ethnic background play into any of
8  these categorical areas?
9       A.   Does it play into any of them?
10      Q.   Yes.  I mean is it considered in assessing the
11 score in any of these areas?
12      A.   I don't -- it's not supposed to.  It is supposed
13 to be what each of those aspects would be compared to other
14 applicants in general whom you've read.
15      Q.   You say it's not supposed to.  Are you aware of
16 occasions when it has been included in one of these
17 categories?
18      A.   No.
19      Q.   We discussed -- strike that.
20           On the personal category, is the essay a large
21 driver of where that score is going to come from?
22      A.   Well, it could be.  It may be, but only if it
23 echoes or reinforces things that we have from other
24 credible sources.

```
 1  COMMONWEALTH OF MASSACHUSETTS                    SUFFOLK, SS.

 2

 3              I, JAMES A. SCALLY, RMR, CRR, a Certified
    Shorthand Reporter and Notary Public duly commissioned and
 4  qualified in and for the Commonwealth of Massachusetts, do
    hereby certify that there came before me on the 18th day of
 5  June, 2015, at 9:00 a.m., the person hereinbefore named,
    MARLYN ELIZABETH McGRATH, who provided satisfactory
 6  evidence of identification as prescribed by Executive Order
    455 (03-13) issued by the Governor of the Commonwealth of
 7  Massachusetts, was by me duly sworn to testify to the truth
    and nothing but the truth of her knowledge concerning the
 8  matters in controversy in this cause; that she was
    thereupon examined upon her oath, and her examination
 9  reduced to typewriting under my direction; and that this is
    a true record of the testimony given by the witness to the
10  best of my ability.
              I further certify that I am neither
11  attorney or counsel for, nor related to or employed by, any
    of the parties to the action in which this deposition is
12  taken, and further, that I am not a relative or employee of
    any attorney or counsel employed by the parties hereto or
13  financially interested in the action.

14

15       My Commission Expires:  April 8, 2022

16

17

18                              _____
                                James A. Scally, RMR, CRR
19                              CSR/Notary Public

20

21

22

23

24
```