# EXHIBIT 5

Page 1

1              UNITED STATES DISTRICT COURT
2                DISTRICT OF MASSACHUSETTS
3
4    _____
5    STUDENTS FOR FAIR ADMISSIONS, INC.,
6           Plaintiff,
7     v.                           No. 1:14-cv-14176
8    PRESIDENT AND FELLOWS OF
9    HARVARD COLLEGE
10   (HARVARD CORPORATION),
11          Defendant.
12   _____
13
14
15
16       VIDEO DEPOSITION of WILLIAM FITZSIMMONS
17              Boston, Massachusetts
18                 August 3, 2017
19
20
21
22
23   Reported by:
24   Dana Welch, CSR, RPR, CRR, CRC
25   Job #127104

1                    FITZSIMMONS

2     the race of the student, right?

3          A.   Yes.

4          Q.   So if a white student were active in the

5     NAACP, you wouldn't rate that any differently as an

6     extracurricular component than you would an African

7     American student?

8               MS. ELLSWORTH:  Objection.

9          A.   No.

10         Q.   Can you think of any occasion where race

11    would factor into an athletic rating?

12              MS. ELLSWORTH:  Objection.

13         A.   No.

14         Q.   Can you think of a situation where race

15    would affect the personal quality rating?

16              MS. ELLSWORTH:  Objection.

17         A.   Not race per se.

18         Q.   What goes into the personal quality

19    rating?

20         A.   It would really be a holistic view

21    based -- the reader, readers and then ultimately

22    the committee because the committee, you know,

23    could get new information, say, an interview may

24    come in during committee.

25              It would be looking at everything in the

1                    FITZSIMMONS
2    folder:  The impression that the teachers and the
3    counselor and other school personnel and, really,
4    anyone else say; someone who'd been involved in a
5    community activity when religious activity -- could
6    be anything with the student along with interviews,
7    obviously, really along with what the student's --
8    the life trajectory of the student, where the
9    student had grown up, what opportunities the
10   student had had in his or her family, neighborhood,
11   secondary school.
12          It would be a complete review of a life
13   story, you know, in its entirety.  Any information
14   in that application that could give us a better
15   sense of what kind of an educator that person would
16   be of others and really try to project, you know,
17   talk about creating citizens and citizen leaders at
18   Harvard, but also for the world later.
19          So it's unique for every person and takes
20   all factors into account.
21       Q.  I thought you told me that whether someone
22   would be a leader and would be a greater citizen at
23   Harvard was one of the reasons why Harvard uses
24   race.
25          MS. ELLSWORTH:  Objection.

1                    FITZSIMMONS

2   quality, taking everything in the folder into

3   account?

4           MS. ELLSWORTH:  Objection.

5       A.  It's simply one part of a person's life.

6       Q.  Is it a part that can be taken into

7   account when assigning a personal score?

8           MS. ELLSWORTH:  Objection.

9       A.  It depends on how that person -- let's

10  say, for example, you had a student who had been

11  the subject of discrimination as a result of racial

12  and ethnic background.  And, say, a teacher in the

13  school talks about how that student had overcome

14  that prejudice and had, let's say for example, gone

15  on to try to help other students who had been the

16  victims of discrimination and prejudice and perhaps

17  helped some of the students who had been a part of

18  discrimination and/or harassment in the first

19  place.  That -- I'm just giving you an example how

20  a person's race might have interacted with

21  circumstances in his or her life, whether it's in

22  secondary school or beyond, that would indicate

23  that that person might turn out to be a valuable

24  leader and classmate at Harvard.

25      Q.  So, in that case, are you evaluating the

Page 456

1                    CERTIFICATE
2    Commonwealth of Massachusetts
3    Suffolk, ss.
4
5         I, Dana Welch, Registered Professional
6    Reporter, Certified Realtime Reporter and Notary
7    Public in and for the Commonwealth of
8    Massachusetts, do hereby certify that WILLIAM
9    FITZSIMMONS, the witness whose deposition is
10   hereinbefore set forth, was duly sworn by me and
11   that such deposition is a true record of the
12   testimony given by the witness.
13        I further certify that I am neither related
14   to nor employed by any of the parties in or counsel
15   to this action, nor am I financially interested in
16   the outcome of this action.
17        In witness whereof, I have hereunto set my
18   hand and seal this 15th day of August, 2017.
19
20                       _____
                         Dana Welch
21                       Notary Public
                         My commission expires:
22                       October 6, 2017
23
24
25