# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

________________________________

STUDENTS FOR FAIR ADMISSIONS, INC.,
Plaintiff,

v. No. 1:14-cv-14176

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),
Defendant.

________________________________

VOLUME II

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

DEPOSITION of MARLYN McGRATH
Boston, Massachusetts
August 1, 2017

Reported by:
Dana Welch, CSR, RPR, CRR, CRC
Job #127107

MS. ELLSWORTH: Objection.

A. No, I don't know that.

Q. You don't know one way or the other?

A. No.

Q. Same with personal. In your experience, do Asian Americans as a group lack attractive personal characteristics compared to other applicants?

MS. ELLSWORTH: Objection.

A. No, I don't think so.

Q. Can you think of any reason why somebody's race would affect their personal rating?

MS. ELLSWORTH: Objection.

A. No, not in our system.

Q. The personal ratings -- if I recall correctly from your prior testimony, the personal rating is intended to just kind of be an analysis as how likeable is this person, does this person seem like a good person to be around?

MS. ELLSWORTH: Objection.

A. That's part of it.

Q. What else is included?

A. Depends on the case. And the source for that judgment, which I'll get to, is from several

sources. But I would say that it includes perhaps likability, also character traits, such as integrity, helpfulness, courage, kindness, characteristics of personality and character that may be demonstrated over a student's -- to others during a student's experience in the college and during the student's experience with the admissions process.

Q. And none of those characteristics, in your view, have any correlation with race, correct?

MS. ELLSWORTH: Objection.

A. Correct.

Q. The fourth model here lists the projected admitted student pool once the demographics are added in, which according to the prior slide was race and gender, correct?

MS. ELLSWORTH: Objection.

A. Yes.

Q. And that says that when you add in demographics, the Asian share of the class goes down to slightly under 18 percent, 17.97; is that correct?

MS. ELLSWORTH: Objection.

A. That's according to these data, yes,

CERTIFICATE

Commonwealth of Massachusetts

Suffolk, ss.

I, Dana Welch, Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that MARLYN McGRATH, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am neither related to nor employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

In witness whereof, I have hereunto set my hand and seal this 11th day of August, 2017.

______________________________

Dana Welch

Notary Public

My commission expires:

October 6, 2017