# EXHIBIT 7

**In The Matter Of:**

*Students For Fair Admissions, Inc. v.*
*President and Fellows of Harvard College, et al.*

*Roger Banks*
*May 4, 2017*
*Highly Confidential - For Attorneys' Eyes Only*

*195 State Street • Boston, MA 02109*
*888.825.3376 - 617.399.0130*
*Global Solutions*
*court-reporting.com*



Original File Roger Banks 5-4-17.txt
**Min-U-Script® with Word Index**

```
 1      A.  By each category?
 2      Q.  Correct.
 3      A.  For academics, an amalgamation of grades,
 4   quality of academic program, teacher recommendations,
 5   test scores, some sense of the student's writing
 6   skills.  Extracurricularly, quality of achievement,
 7   strength of performance in any particular domain,
 8   personal qualities, some grasp of the candidate's
 9   personality, interest in other people, cooperation
10   with others, a sense of responsibility as gleaned
11   from teacher recommendations, personal interview,
12   personal essay, et cetera.
13      Q.  Okay.  So for the last category, the -- the
14   main inputs you would look at were recommendations,
15   interview, and anything else?
16      A.  The candidate's essay.
17      Q.  And the essay.
18      A.  Yes.
19      Q.  Okay.  Anything else that goes into that last
20   score?
21             MS. ELLSWORTH:  Objection.
22      A.  Not that I can recall, no.
23      Q.  Is race factored into that score?
24             MS. ELLSWORTH:  Objection.
```

Highly Confidential - For Attorneys' Eyes Only                226

```
 1  COMMONWEALTH OF MASSACHUSETTS                    SUFFOLK, SS.

 2  _____

 3              I, JAMES A. SCALLY, RMR, CRR, a
    Certified Shorthand Reporter and Notary Public duly
 4  commissioned and qualified in and for the
    Commonwealth of Massachusetts, do hereby certify that
 5  there came before me on the 4th day of May, 2017, at
    9:00 a.m., the person hereinbefore named, ROGER
 6  BANKS, who provided satisfactory evidence of
    identification as prescribed by Executive Order 455
 7  (03-13) issued by the Governor of the Commonwealth of
    Massachusetts, was by me duly sworn to testify to the
 8  truth and nothing but the truth of his knowledge
    concerning the matters in controversy in this cause;
 9  that he was thereupon examined upon his oath, and his
    examination reduced to typewriting under my
10  direction; and that this is a true record of the
    testimony given by the witness to the best of my
11  ability.
                I further certify that I am neither
12  attorney or counsel for, nor related to or employed
    by, any of the parties to the action in which this
13  deposition is taken, and further, that I am not a
    relative or employee of any attorney or counsel
14  employed by the parties hereto or financially
    interested in the action.
15

16
         My Commission Expires:   April 8, 2022
17

18

19
                          _____
20                        James A. Scally, RMR, CRR
                          CSR/Notary Public
21

22

23

24
```

O'Brien & Levine Court Reporting Solutions
888.825.3376 - mail@court-reporting.com