# EXHIBIT 8

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3      ---------------------------------x
        STUDENTS FOR FAIR ADMISSIONS,    )
 4      INC.,                            )
                                         )
 5                    Plaintiff,         )
                                         )
 6             vs.                       ) Civil Action No.
                                         ) 1:14-cv-14176-ADB
 7      PRESIDENT AND FELLOWS OF         )
        HARVARD COLLEGE (HARVARD         )
 8      CORPORATION),                    )
                                         )
 9                    Defendant.         )
                                         )
10      ---------------------------------x
11
12
13              DEPOSITION OF BROCK WALSH
14                Los Angeles, California
15              Wednesday, June 28, 2017
16
17
18
19
20
21
22
23      Reported By:
24      SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25      Job No. 125864
```

1          (Deposition resumed at 12:58 p.m.)
2  BY MR. CONNOLLY:
3      Q    When you were an admissions officer and you
4  would review a student's file would you assign a
5  student a score in a personal category?
6      A    Yes.
7      Q    How would you calculate that score?
8          MR. DULBERG:  Objection.
9          THE WITNESS:  I would like to take into
10 consideration whatever relevant information I had
11 were that his essay, her essay, her interview, and
12 the opinions about that applicant as expressed by
13 others.
14     Q    BY MR. CONNOLLY:  And what were you
15 ultimately trying to decide when assigning a
16 personal rating?
17         MR. DULBERG:  Objection.
18         THE WITNESS:  Whether that student would
19 contribute to the class, classroom, roommate group,
20 to the class as a whole, their human qualities.
21     Q    BY MR. CONNOLLY:  Can you give me some
22 examples of some types of things you would see in an
23 application that might help you make that
24 determination?
25         MR. DULBERG:  Objection.

1                    REPORTER'S CERTIFICATE

2

3         I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.
4    3522, RPR, CRR, do hereby certify:
5         That prior to being examined BROCK WALSH,
6    the witness named in the foregoing deposition, was,
7    before the commencement of the deposition, duly
8    administered an oath in accordance with C.C.P.
9    Section 2094;
10        That the said deposition was taken before
11   me at the time and place therein set forth, and was
12   taken down by me in shorthand and thereafter
13   transcribed into typewriting under my direction and
14   supervision; that the said deposition is a true and
15   correct record of the testimony given by the
16   witness;
17        I further certify that I am neither counsel
18   for, nor in any way related to any party to said
19   action, nor in any way interested in the outcome
20   thereof.
21        IN WITNESS WHEREOF, I have subscribed my
22   name on this 5th day of July, 2017.
23
24              _____
                      SUSAN A. SULLIVAN, CSR
25