# EXHIBIT 10

# In The Matter Of:

*Students for Fair Admissions, Inc. v.*
*President and Fellows of Harvard College, et al.*

*Rakesh Khurana*
*April 27, 2017*
*Highly Confidential - For Attorneys' Eyes Only*

*195 State Street • Boston, MA 02109*
*888.825.3376 - 617.399.0130*
*Global Solutions*
*court-reporting.com*



Original File Rakesh Khurana 4-27-17.txt
**Min-U-Script® with Word Index**

```
 1    Institutional Research about whether Harvard's
 2    admissions process affects or disadvantages Asians.
 3    Do you recall ever seeing this document?
 4         A.   I may have seen some of these tables, but I
 5    can't say for certain that I saw this document.
 6         Q.   What do you recall about seeing some of these
 7    tables?
 8         A.   That there was an examination of looking at
 9    the admittance of students.
10         Q.   And which tables in particular do you think
11    you've seen before?
12         A.   I can't tell you specifically.
13         Q.   Okay.  And what do you remember about this
14    examination?
15                   MS. ELLSWORTH:  Objection.
16         A.   Just that I didn't think that this was --
17    analysis was done appropriately.
18         Q.   And why didn't you think that?
19         A.   There's limitations, a lot of limitations to
20    doing what are called fitted models like this.
21         Q.   Okay.  Let's back up a little bit.  When do
22    you specifically remember seeing some of these
23    tables?
24                   MS. ELLSWORTH:  Objection.
```

```
 1        Q.   Do you recall whether you ever discussed them
 2   with Dean Hammonds?
 3        A.   I don't believe I discussed this with Dean
 4   Hammonds.
 5        Q.   And you can't remember discussing it with
 6   anybody?
 7        A.   I don't remember discussing these with
 8   anybody.
 9        Q.   When you say there are a lot of problems with
10   a fit model such as these, what specific problems, if
11   any, do you recall thinking about when you looked at
12   tables like the ones in this report?
13        A.   That models like this violate statistical and
14   hypothesis testing.
15        Q.   Did you discuss any of that with people at
16   the Office of Institutional Research?
17        A.   No.
18        Q.   Do you think that the people at the Office of
19   Institutional Research understand statistical
20   modelling?
21             MS. ELLSWORTH:  Objection.
22        A.   I don't know.
23        Q.   Do you assume that the people who do the
24   institutional research for the college and for the
```

Highly Confidential - For Attorneys' Eyes Only

266

1  PLEASE ATTACH TO THE DEPOSITION OF RAKESH KHURANA
2  CASE:  STUDENTS FOR FAIR ADMISSIONS, INC. VS.
3  PRESIDENT AND FELLOWS OF HARVARD COLLEGE, ET AL
4  DATE TAKEN:  APRIL 27, 2017
5                   ERRATA SHEET
6  Please refer to Page 265 for Errata Sheet
7  instructions and distribution instructions.
8  PAGE LINE        CHANGE            REASON
9  Please see attached errata sheet.
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16       I have read the foregoing transcript of my
17 deposition, and except for any corrections or changes
18 noted above, I hereby subscribe to the transcript as
19 an accurate record of the statements made by me.
20
21       Executed this _____ day of _____, 2017.
22
23                              _____
24                              RAKESH KHURANA