RECEIVED IN CLERK'S OFFICE
DATE 10/3/18

Exhibit



" SOVEREIGN Citizen — Not!"

" File in CASE 1:14-CU-14176-ADB "

# 10

| | |
|---|---|
| State of South Carolina and State of California et. al, | In Court of Common Pleas; U.S. District Court(s) and the 9th Circuit Court of Appeals; 6th Circuit Court of Appeals; 3rd Circuit Court of Appeals et. al. |
| Danny T. Davis, #297911 Lawrence L. Crawford#300839 aka Jonah Gabriel Tahjah T. Tishbite and other 40+ petitioners listed in Exhibit(s) "I" And "AE" and other filed court documents | |
| petitioner(s) | Case(s) No.(s) 09-4310, 09-1500, 09-16414, 3:08-cv-P559-S et. al, |
| | |
| vs. | Motion For Judicial Notice; Amended Complaint; Motion to Amend and or Add defendants and or petitioners; Motion To Amend Relief Sought; Motion To Renew all previous filed motions; Motion to Re-open and or reinstate Case(s) No. 1:09-cv-0465-Kmo et. al, pursuant to Federal Rules, Rule 60(b)(1)(3)(6); Petition For the removal And or consolidation of Case No. 1:09-cv-0465-Kmo et. al. Pursuant to 28 U.S.C. §§ 1443(1) |
| The Kingdom of Saudi Arabia; Richland County Court of Common Pleas; Charleston County Court of Common Pleas; Dorchester County Court of Common Pleas; The State of California and all other states that adopt the use of an indictment via their state constitutions; All (50) states that make use of an indictment under Federal Jurisdiction; The United States; Britain; AIG; Spain; Portugal; France; | |

pg 1 of 85

Netherlands; Germany; | 1443(2) and/or 28 U.S.C §
Poland; Israel; Italy; | 1602-1612 et seq.; Motion
The Vatican; J.P. Morgan | for Declaratory Judgment;
Chase Bank; Goldman Sax; | Motion that venue for
Wells Fargo; Rockefeller | the proceedings be
Banking entities and All other | California until otherwise
Banking Entities whose weath | determined, And Motion
originate from the slave Trade | To motion Therefor
Freddie Mack; Fannie Mae;
Tobacco Industry Companies | case(s) 2006-CP-400-3568
And entities and Cotton | 2006-CP-400-3567
Industry Companies And | 2006-CP-400-3569
Entities whose welth originate | 3:08-CV-10-1185-mmc
from the slave Trade; S.C. | 3:08-CV-5291-mmc In
Department of Corrections | California District Court
Et. Al,

defendants)

To: The Kingdom of Saudi Arabia Et Al,

Here comes the petitioners in the above captioned matter and do humbly present the following:

The petitioners motion To Amend The complaint filed with the United Nations; Also under

pg 2 of 85

CASE(S) No.(S) 09-16414, 09-4310 And 09-1500 in the 9th, 6th and 3rd Circuit Court of Appeals, Also in the U.S. District Court of California Under cases 3:08-cv-10-1105-mmc-PR And 3:08-cv-5291-mmc-PR, with first, the United Nations document dated July 1, 2009; the 21 page summons And letter to the United Nations dated December 25, 2009; the attached document, 29 pages, Motion For Judicial Notice; Motion To Amend Caption dated August 14, 2009, and with this document. These were prevented from being mailed out due to state interference producing overwhelming prejudice. Hopefully, All are attached and go at Now. If for Any reason they are not attached, the petitioners Experienced additional state interference And will file Them when hopefully brought before the court And or are moved into Federal Custody.

            The petitioners seek judicial Notice And brings the courts And parties Attention to the United Nations document, 42 pages dated July 1, 2009. This document is to be filed and served on All Nations involved via the United Nations. A copy was served on the Saudi Arabian And Argentine Embassies via the United Nations. It did Not have A summons

Attached Nor did the petitioners Request a Return Receipt. We are laymen at law and were not fully aware of all Requirements. Once we discovered the deficiency, we immediately attempted to Re-serve the parties, only to be prevented mailing by Lieber Institution, creating state interference. Also at the end of that document is a motion to suspend the pro-cedural Rules. We motion to suspend the procedural Rules and or relax them again before the California, Ohio, Etc Courts, and motion that the California and Ohio District Courts make service for us with these documents attached, embodying the amended complaint, due to the continual state interference experienced by the petitioners, and we seek that such needed service be completed by the U.S. marshals due to overwhelming prejudice. A copy was not served on the added defendants ci the Banks, etc due to this same state interference, to include denying us copies and the fact that the lead petitioner is laboring under a disability, also because circum-stances changed since the time of that service. Diversity Jurisdiction already existed at the time of the original filing as did Requisite monetary amounts pursuant to Relief Sought. Thus, such amendment cannot be construed as an attempt to create such elements to establish Jurisdiction in the Ohio, California or other Relevant courts,

LeBlanc v. Spector, D.C. Conn. 1973, 378 F.Supp. 301;
Beghin-Say Intern, Inc. v. Ole-Bendt Rasmussen
C.A.Va 1984, 733 F2d 1568; Jay sound Ltd v. United
Coconut Chemicals Inc, C.A.9 (Cal.) 1989, 878 F2d
290. The United Nations document was filed
pursuant to the removal and change of venue for
the Dr. Simpson case that was filed by the lead
petitioner Lawrence Crawford. Again, it is to be
filed in all proceedings, to include all documents
sought therein, and served on all parties on
behalf of the petitioners due to state interference
in preventing their mailing.

The petitioners motion for Judicial Notice
and Notifies the Court(s) and or parties of additional
imminent danger and threat of physical harm
being levied at the main petitioner, Lawrence L.
Crawford, aka, Jonah Gabriel Jahjah T. Tishbite
and or the other petitioners in the action. He is
presently on SMU lock-up. He was there since
August 19, 2009, due to threats of physical harm
by certain Islamic Fundamentalist, because of
the content of the United Nations document. Their
influence reach every institution in the state.
They are even telling inmates I wrote a letter
to President Obama threatening to kill him. They
are terrorizing and threatening the other

pg 5 of 85

petitioners with physical harm, and also stating if they remain on the action they will be taken to Federal Prison or Guantanamo Bay in Cuba. There is also the false allegation being made that the lead petitioner forged their signatures to the various documents before the courts. Further, since that previous time, in acts of retaliation, the lead petitioner was unjustly transferred to Lee C.I. to prevent the petitioner from having contact with the other petitioners. This institution is the place the first assassination attempt occurred, being argued in the Court of Common Pleas under case(s) 2006-CP-400-3567, 3568 and 3569. That extreme risk of physical harm still exist today. This produces ~~~~~~~~ potentially overwhelming irreparable harm that can occur to the petitioners and their action before the court. We also renew our motion to appoint legal counsel since the lead petitioner qualifies for such under the Americans with Disabilities Act and due to the complexity of the proceedings. We also renew our motion for an evidentiary hearing to determine the truth of these facts and see exactly who wants to be a party in this action and who was threatened and or intimidated into not being a party to the action. Certified No. for U.N. document is 7009 0820 0000 9937 9939.

The petitioners hereby officially motions that the California District Court Re-open and or Re-instate Case No. 1:09-cv-0465-kmo pursuant to Federal Rule 60(b)(1)(3)(6). The Ohio District Court Judge in an abuse of discretion, conspiring under color of state law and under color of authority, behind a class based invidiously discriminatory animus, influenced by past and present presidential administrations, in acts of abuse of judicial process and intrinsic aswell as extrinsic judicial fraud, dismissed the action knowing fully well they had jurisdiction, even pursuant to the Foreign Sovereign Immunity Act of 28 U.S.C. § 1602-1612 et seq. Their actions further highlight the conspiratorial deeds committed by all parties. The complaint against the Ohio District Court is basically the same against the other conspiring District Courts as is written in the attached and previously filed documents, among other things as creating unjust procedural default claims hindering, impeding and obstructing our access to the Courts etc, to include their requiring a higher bar than what is necessary and accepted for establishing the class action, engaging in egregious acts of intrinsic aswell as extrinsic judicial fraud, to include engaging in acts of official mental and physical torture, in violation of the Torture

pg 7 of 85

Convention Treaty and International Law, see Cases 3:08-CV-P559-S and 3:08CV-P590-S in the Kentucky District Court.

The petitioner need not prove the Existence of a formal agreement to establish conspiracy, but must show overt act in furtherance of conspiracy. Circumstantial evidence may be used to show Existence of conspiracy. The agreement may be silent or unspoken. The overt Acts are Unjustly hindering, impeding and obstructing judicial Review, dismissing the cases by the conspiring Federal Judges when they knew they had jurisdiction, creating unjust procedural default claims, denying the petitioners their Right of Declaratory Judgment, and they Requiring a higher bar than what was necessary to Establish the class Action, United States v. Kupper, 693 Fd 1129, 1134 (5th. Cir. 1982); United States v. Sheikh, 654 Fd 1057, 1063 (5th. Cir 1981) cert. denied 455 U.S. 991, 102 S.Ct. 1617, 71 L.Ed2d 852 (1982); United States v. Acosta, 763 Fd 671 (5th.Cir) cert. denied sub nom. Weepe v. United States — U.S — 106 S.Ct. 179, 88 L.Ed2d 148 (1985); United States v. Aguirre, Aguirre, 716 Fd 293 (5th. Cir. 1983.)

Denial of class Action certification by
pg 8 of 85

the fraudulent conspiring judges of the various District Courts is not rendered moot by partial Judgment, especially when the rights of all parties are not adjudicated, and such judgment violates just about every provision of Rule 23, to include the right of Notice to all parties joined and non-joined. Expiration of only part of the 50+ Named petitioners claims after denial of the class action does not render action on behalf of class moot. Typicality asks whether the named plaintiffs/petitioners are typical in common sense terms, of the class, suggesting that the incentives of the plaintiffs/petitioners are aligned with the class, U.S. Parole Com. v. Geraghty, 445 U.S. 388, 100 S.Ct. 1202, 63 L Ed2d 479 (1980); Baby Neal For and By Kanter v. Casey 43 F3d 48 (3Rd Cir 1994); Eisenburg v. Gagnon, 766 F2d 770, 784 (3Rd Cir 1985).

Denial of the class action is reviewable by the State of California pursuant to the acts of judicial fraud and an abuse of discretion. Requirement of commonality and typicality under class action rule seek to ensure that the action can be practically and efficiently maintained and that the interest of the absentees will be fairly and adequately protected, but there are distinct requirements. "Commonality" like "Numerosity" evaluates the

sufficiency of the class itself. The class expands over 33 states affecting all state held inmates contained therein, an expand over all (50) states affecting all inmates held under Federal custody. "Typicality" like adequacy of representation evaluate the sufficiency of the named plaintiffs/petitioners. There are over 40+ petitioners who will have the assistance of court appointed legal counsel. The lead petitioner is a sovereign, prophet and law giver of God designated by religious prophesy to discover and design the issues. The requirements of commonality and typicality are met by the aforementioned, General Telephone Co. of South-West v. Falcon, 457 U.S. 147, 157n. 13, 102 SCt. 2364, 2370 n. 4 (3rd. Cir. 1988); Weiss v. York Hospital, 745 F2d 786, 810 (3rd. Cir. 1988) cert. denied 470 U.S. 1060, 105 SCt. 1777, 84 LEd2d 836 (1985); Hoxworth v. Blinder, Robinson & Co. 980 F2d 912, 923 (3rd Cir. 1992).

However, regarding this court, or the other District Courts error(s), neither of the aforementioned requirements of commonality and typicality mandate that all punative class members share identical claims, and that the factual differences among the claims of the punative class members do not defeat

pg 10 of 85

certification, such as they're being convicted of different offenses or irrelevant differences in various states laws. Commonality requirement of class action Rule will be satisfied if named plaintiffs/petitioners share at least one question of fact or law with grievances of Respective class. In our case, all inmates within 33 relevant states, and all inmates within (50) states under federal jurisdiction, share at least (3) questions of fact or law in common, such as the structural constitutional error and/or defect in the inditments as constructed adjudicating guilt of the offenses and taking away the presumption of innocence, to include the "MENS REA" elements of the offenses; The Grand Jury being duly sworn illegally taking upon themselves the role of the trial jury convicting the defendants in violation of Due Process creating an instant double jeopardy issue; the constructive amendment of the indictments on the "MENS REA" elements related thereto; and the Gentry Proactive issue. Many of the plaintiffs/petitioners share as many as (5) or (6) issues in common being more than sufficient to establish the class. With this being the case, it was an abuse of discretion for the federal Judges to engage in acts of fraud and not declare class action status for at least South

Carolina, New Jersey, New York, Georgia and N. Carolina by way of indictments the petitioners saw with their own eyes. Class members can assert a single common complaint satisfying commonality requirement of class action Rule, even if they have not suffered actual injury; demonstration that the class members are subject to the same harm will suffice. Even where individual facts and circumstances are important in resolution of issues, class treatment is not precluded by commonality requirement, class can be certified for certain particularized issues, Hassine, 846 F2d at 176-77; Weiss, 745 F2d at 809; 7A Charles A. Wright et. al. Federal Practice And Procedure § 1763, At 198; Eisenberg v. Gaynon, 766 F2d 770 (3rd. Cir. 1985); Troutman v. Cohen, 661 F.Supp. 802, 811 (Ed. Pa. 1987); Baby Neal For and By Kanter v. Casey supra.; In Re: "Agent Orange" Prod. Liab. Lit., 818 F2d 145, 166-67 (2nd. Cir. 1987); H. Newman & A. Conte, 1 Newberry on Class Actions § 3.10 At 3-50 (1992); Riley v. Jeffes, 777 F2d 143, 147 (3rd Cir. 1985).

Challenges to this Nation's judicial system and it's common compliance to the fundamental and proper mandates of Due Process law, applicable to every state by the Due Process Clause, and/or

The Supremacy Clause of the U.S. Constitution Art. 6 cl2, and or they adopting such Federal provisions via their states Constitutions, such legislation even if the offenses are different in nature, and there may be some immaterial differences in the states laws, still the commonality requirement is satisfied. By the lead petitioner's unjust placement on S.M.U. lock-up, maximum security, and or his now being transferred to an institution where his life is in jeopardy of physical harm, due to his free exercise of constitutionally protected Rights, to access the courts, his Right to Freedom of Religion, etc, subjecting him to imminent threats of violence due to the sensitive nature, social, political, and religious dynamic of the United Nations document pursuant to the invoking of my international Right of Sovereignty by will and testament of God and his prophets, even with the past and present attempts at assassination and the new threat of physical harm by Islamic Fundamentalist, to include the significance of the legal issues of religious prophesy that stands in blatant defiance to the United States Constitution, the petitioner(s) do not have to become an actual victim of physical harm before we obtain Relief. Albeit, make no mistake. I am more than willing and Ready to obey the one true God, and His

pg 13 of 85

Christ, and die standing in my Religious beliefs. Proof of that is my persisting in getting these matters before the Courts. Nevertheless, such constitutional challenges attacking the framework of judicial proceedings as they pertain to the Bill of Rights, applicable to every state. More specific, the relevant (33) states, and all (50) states pursuant to Federal inmates, have been repeatedly allowed class action certification despite factual differences among claims, especially since the legal issues of Religious prophesy per se. are not an inquiry for the determination of damage awards. The other civil lawsuits initiated by the lead petitioner are another distinct matter, see 3B James W. Moore & John E. Kennedy, Moore's Federal Practice 9 23.06-1, at 23-162 (1993)(citing cases); Liberty Alliance of the Blind v. California, 568 F2d 333 (3rd. Cir 1977); Appleuard v. Wallace, 754 F2d 955 (11th. Cir 1985); 7A Wright et. al, § 1763, at 201; California v. Yamasaki, 442 U.S. 682, 99 S.Ct. 2545, 61 L.Ed.2d 176 (1979).

Typicality Requirement is intended to asses whether action can be maintained as a class and whether main petitioners have incentives that align with those of the absent class members. This is why the Federal Judges conspired under color

of authority. To certify class action would have required the issuing of discovery mandating that each state involved produce a copy of their indictments of the defendants convicted under their states laws, and under federal law, proving that all inmates meet the requirement of commonality and typicality and every other prerequisite for establishing the class action. It would have substantiated the conspiracy going on as far up as the White House itself, Both Bush and Obama Administrations influencing judges decisions behind the scenes in an abuse of judicial powers and in acts of judicial fraud behind a class based invidiously discriminatory animus, because it will turn out that the forerunner to God's Christ is a black man who will not support their perverted global agenda. The legal issues presented by the petitioners and on behalf of the absentee members are in harmony with each other. When action challenging conduct, policy, and or practices are argued by the presented legal issues, one named petitioner suffering one specific injury from the practice or conduct, can represent the class suffering other injuries, so long as all injuries are shown to result from the practice, ei the producing of a fatally defective indictment. The Relief sought benefits the

ENTIRE CLASS. The defendants act and/or refuse to act on grounds generally applicable to the class, thereby making Appropriate final injunctive Relief or corresponding declaratory Relief with Respect to the class as a whole. A claim against the overall Judicial system, states a claim against the entire judicial system producing systematic failure to provide constitutional protection so basic and so fundamental that in it's absence no criminal trial and/or proceedings can be deemed Reliable as a vehicle for the determination of guilt or innocence and no criminal punishment can be Regarded as fundamentally fair because it affect the frame work and cannot be viewed as harmless. I want you to notice how the wind and water takes the recent oil spill in the Gulf to the U.S. shores. Notice the intense floods, storms and tornadoes in the South killing about (20) people, Notice the recent earthquake in China killing over 2000. Notice the 3 recent random attacks in China, man attacking, stabbing and trying to kill those Children. The recent pedophile scandal has manifested because I am commanded to purge the ▆ Catholic Church including all believes. Notice the civil unrest around the world increasing. Notice the record storms. I want

you to notice the economic calamity in the European Union. You framed the Elijah, Al Mahdi, the forerunner to Gods Christ. Hurricane Season approaches. These events will increase and continue as long as I lay framed in your good Ole Boy, Beer drinking, coon huntin buddy system of corrupt justice. The four horsmen are loosed. The spirit of peace is taken from the world. Fear God, and do what is right to abate his wrath.

This is what the petitioners contends. That the United States by this broke judicial system, incarcerating it's own citizens more than any other nation in the entire world in egregious violation of Due Process law, has subjected it's citizens to modern day slavery, a jus cogens violation, in violation of International law. It is perspicuous that the federal judges conspiring under color of authority to defeat certification, in acts of judicial fraud and in an abuse of discretionary power are collaborating in acts of modern day slavery or accessory related thereto, in violation of International law and they are not immune from jus cogens violations, or if they had to be sued in their individual capacity. It is also the petitioner's contention that they purposely

Engaged in acts official torture, mental in nature, by dragging these proceedings along unnecessarily delaying, impeding and obstructing review for over 6 years in acts of judicial chicanery by means of every recreant trick or scheme they could contrive. Torture, mental or physical, is another jus cogens violation stripping them of immunity. These people tried to drive me out of my mind in every act of judicial chicanery possible, capriciously, opprobriously abusing judicial process in acts of treachery, hoping to deter me from going any further in the courts influenced by the oval office and or other governmental parties, blocking access to courts, creating unjust procedural default claims and by setting a bar higher than what is required to establish the class action. It is axiomatic that blatant, purposeful, errant conclusions of law constitute an abuse of discretion. This is also why they denied us our right to appointment of legal counsel, so they can inflict as much mental torture, anguish and humiliation on us as possible behind a class based insidiously discriminatory animus in the form of religious and racial hatred. They are liable.
The petitioners motion for judicial notice and that the documents from and filed in the above captioned cases on the U.N. document and other related

documents etc, be obtained electronically and made a part of the court record. This case is one action filed in multiple District Courts across the United States. The court is obligated and or required to obtain all documents due to state and or federal interference the petitioners are continually experiencing in this case, Hoxworth, 980 F2d at 923; Grasty v. Amalgamated Clothing & Textile Workers Union, 828 F2d 123, 130 (3rd. Cir. 1987) cert. denied 484 U.S. 1042, 108 S.Ct. 773, 98 L.Ed.2d 860 (1988); Newberry & Conte § 3.15; De La Fuenta v. Stokely-Van Camp Inc., 713 F2d 225, 232 (7th. Cir. 1983); Wilder v. Bernstein, 499 F. Supp. 980, 922-94 (S.D.N.Y. 1980); LaShawn A. v. Dixon, 762 F.Supp. 959, 960 (D.D.C 1991); B.H. v. Johnson, 715 F.Supp. 1387, 1389 (N.D.Ill. 1989); Union United Auto ~~etc~~ Etc. v. Mack Truck Inc., 820 F2d 91, 95 (3rd.Cir. 1987) cert. denied 499 U.S. 921, 111 S.Ct. 1313, 113 L.Ed.2d 246 (1991); Austin v. Pennsylvania Dept. of Corrections, No. 90 Civ. 7497 (Ed. Pa certified March 5, 1992); Wang v. Ashcroft, 320 F3d 130 (2nd. Cir. 2003).


        The government, Both Bush and Obama Administrations, must have actual or constructive knowledge of peril to be apprehended and actual or constructive knowledge that injury was probable result of that peril to be liable for willful or

malicious failure to warn as applied under
California law. Their actions are so egregious,
so outrageous these co-conspirators, these state
and federal actors, that punative damages
must be awarded. By the letters on file in the
Ohio District Court, it is conspicuous that the
Obama Administration knew. The copies of the
(240) page Kershaw County petition and it's exhibits
filed in Case No. 0:06-cv-2459-TLW-Bm in the
South Carolina District Court sent to NPR and the
BBC proves the Bush Administration knew and
made calls to various media because media silence
was called. They should have reported the matter
to the proper authorities and even had Eric
Holder investigate due to the political, social, and
religious issues attached. The court would be in
error if they attempted to assert that the
petitioner is attempting to apply the provisions
of the Foreign Sovereign Immunity Act retro-
actively. They attacked and framed the direct
descendant of the earth's greatest prophets
and kings in 2000, officially mentally and
physically torturing him because he was also
the descendant of African slaves and
descendant of victims of the civil Rights era,
as well as Martin Luther King Jr's successor
now, this present date and time. The lead

petitioner did not discover who he was by descendancy of the Islamic Khalifate, the Jewish and Christian Kingship until 2001-2004 or at least the end of 2003. Thus, he did not discover his inheritance in regard to Fadak, the land in Saudi Arabia, and did not assert his right of inheritance, which was ignored by the Saudi Government until July 2009. Thus the taking of this land from the petitioner has occurred 2009. The commercial activity related to this modern day slavery has occurred since the indictments were produced in 2001. They framed and tortured me because of my racial origin and due to my religious claims now, this present date. which bear a nexus on the countries involved commercial activities in the middle east and Africa now being at the heart of their national interest, commercial in nature, ei oil, precious gems, minerals etc also being connected to the foreign nations presently holding this and African nations debt, ei Saudi Arabia now, this present date. Therefore, it cannot be construed that the petitioners seek to invoke the provisions of the foreign Sovereign Immunity Act retroactively pursuant to these matters, to include Grandfather and Jim Crow laws, the civil rights era, slavery past and present, or the taking of Fadak as they

ARE asserted in This case, Ohntrip v. Firearms Center Inc., D.C. Pa 1981, 516 F.Supp. 1281 Affirmed 760 F2d 259, 263 ; Saudi Arabia v. Nelson, U.S. Fla. 1993, 113 S.Ct. 1471, 123 L.Ed.2d 47 ; Simmons v. United States, 805 F2d 1363 (9th Cir. 1986) ; United States v. McConney, 728 F2d 1195, 1202 (9th Cir.) (En banc) cert. denied 469 U.S. 824, 105 S.Ct. 101, 83 L.Ed.2d 46 (1984) ; LaLone v. Smith, 39 Wash.2d 167, 71, 234 P2d 893 (1951) ; 28 U.S.C.A. §§ 1346 ; 2671 et. seq. ; West Ann. Cal. Civ. Code § 846 ; Spires v. United States, 805 F2d 832 (9th Cir. 1986) ; Guan Shau Liao v. U.S. Dept of Justice, 293 F3d 61, 67 (2nd Cir. 2002).

The petitioner motions to suspend and or relax the procedural Rules as to the paper length Requirement and service of other parties until legal counsel is appointed pursuant to the Americans With Disabilities Act and due to the complexity of the case. The petitioner is presently on S.M.U lock up and or transferred to an institution where he is experiencing further difficulty and or state interference due to the prevalent conspiracy attached to the proceedings. The petitioners motion to exceed the page limit for this document. Take note of the fungus attacking the Opium crop in South Afghanistan, ... It begins.



The petitioner(s) motion to suspend and Relax the procedural Rules for the signature Requirement of the other petitioners for the same aforementioned Reasons. The petitioners cannot get to the others at this time due to the unjust Transfer done in Retaliation, to have the others sign the document. This includes we motioning to suspend or Relax the procedural Rules for the Requirement of filing the forma Pauperis forms for each petitioner until they can be gotten before the Federal Court.

The petitioner(s) motion that exhibit "I" and "AE", as well as other filed documents with the other petitioners Names listed within them are filed in the New Jersey District Court under C/A No. 2:08-cv-04187-JLL. We motion that those documents be obtained electronically due to State interference producing overwhelming prejudice in order that No petitioner be left behind. The Rest of the petitioner(s) Names are filed in the Kentucky District Court under case No. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ 3:08-cv-P590-5 and 3:08-cv-P-559-5.

The lead petitioner, Lawrence L.

CRAWFORD, AKA. Jonah Gabriel Jahjah T. Tishbite, hereby officially invoke the provisions of the Foreign Sovereign Immunity Act under 28 U.S.C. § 1602-1612 Et. seq. for the cases connected to him listed in the caption for which he is a party to in any capacity. I am sovereign by way of my original designated status as a sovereign under Theocratic law as it pertains to the (3) Holy Books, the Torah, The Bible, The Quran and the Sunnah of the prophet Muhammad (PBUH). Pursuant to the F.S.I.A., for protected persons under the F.S.I.A. as see also under 18 U.S.C. § 1116 (1)(b)(2)(3)(A) - A foreign government means the government of a foreign country irrespective of recognition by the United States. It doesn't matter that I am not recognized by the United States. All that is required is that I make a prima facie showing that I am a sovereign. My intent is to place The Torah, The Bible, The Quran and The Sunnah of The prophet Muhammad (PBUH) on trial and or up as evidence, as the last will and testament of God's prophets' sanctioned and ordained by the will of God Himself. This along with the class action legal issues of religious prophesy, the United Nations document filed, the evidence that will be sought pursuant to

The form 24 filed in the S.C. Court of Common Pleas cases sought to be removed and consolidated, the Kentucky and N.J. District Court documents, The Book of Remembrance of Malachi 3:16 filed in the N.J. District Court, the (240) page Kershaw County petition filed in the S.C. District Court under case No. 0:06-cv-2459-TLW-BM and evidence filed with it, my present incarceration matching Religious prophesy, physical features matching Religious prophesy, and my existing sickle cell trait producing scientific, clear evidence my ancestors are from the Middle East, Mediterreanean, produce more than a prima facie showing that would permit me to invoke the provisions of the J.S.I.A. Pursuant to 18 U.S.C. § 1116(a)(b)(4) - internationally protected persons means a chief of state or a political equivalent, such as a King, Khalifah, High Priest, Imam, Head of government, or foreign minister whenever such person is in a country other than his own and any member of his family accompanying them. I am Heir, King, Khalifah, High Priest, Imam, prophet and Law Giver of God under Theocratic Law. I have a Due Process Right to exercise federal forum in order that these facts may be further proven or invalidated. The provisions of the J.S.I.A. are invoked

Not Upon what the petitioners may allege or prove or what the court may order, but solely upon the form which the petitioner by his voluntary actions shall give the proceedings. The pleadings are given as those that are filed by a sovereign state and or sovereign entity and or sovereign. I am the Forerunner to God's Christ, my great etc grand Uncle. I am Al Mahdi, the guided one of religious prophesy. I am ordained King and Khalifah of the Christians, Muslims and Jews worldwide under Theocratic Law. As a threshold matter, a court adjudicating a claim by or against a sovereign or foreign state must determine whether the F.S.I.A. provides Subject Matter Jurisdiction over the claims. The existence of Subject Matter Jurisdiction under the F.S.I.A. is a question of law subject to de novo review. Under these circumstances where the conspiring various District Court judges in acts of judicial fraud and an abuse of discretion dismissed the various ████████ cases for Lack of Subject Matter Jurisdiction, the court must accept the allegations of the petitioner as true, Liu v. Republic of China, 892 F2d 1419, 1424 (9th Cir. 1989) cert. dismissed - U.S. - 111 S.Ct. 27, 111 L.Ed. 2d 840 (1990); Gerristen v. de la Madrid

pg 26 of 85

Hurtado, 819 F2d 1511, 1513 (9th. Cir. 1987); Eie
Guam v. Long Term Credit Bank, Japan, 322
F3d 635 (9th. Cir. 2003).

It's indisputable, that attached to
these proceedings is an expropriation claim
of land(s) which stand in violation of International
Law, a claim on hereditary lands which ~~were~~ are
~~now~~ now unjustly seized by the Kingdom of
Saudi Arabia, in the form of what Muslims
call "Fadak" which lies near the town of Medina
within the Kingdom of Saudi Arabia. There is
also the claim of the Saudi, American and
other involved governments conspiring to sell
the heirs and bloodline of the earth's greatest
prophets and Kings, by means of torture and
slavery, bitter bondage, additional jus cogens
violations, which also stand in violation of Treaty,
because African blood was grafted into the
prophet's bloodline (PBUH), by his direct descendants
marrying African men or women, or possessing
them as slaves, which present a class based
invidiously discriminatory animus causing my being
sold into modern day slavery for this conviction
today, also being deprived of this land today by
my claim made to it, ignored by the Saudi Govern-
ment in 2009. Arab hatred and dislike towards

Africans date back to the establishing of Islam such as when Bilal, an African slave, was chosen above all to be the one to make the call to prayer. There is also evidence of such hatred still seen today during the Holy pilgrimage to Mecca where Africans are subjected to poorer conditions than their Arab counterparts, which such disparity is prohibited in Islam as taught by the prophet Muhammad (PBUH). At the threshold of every action in the District Court against or involving a sovereign or foreign state, ... the court must satisfy itself that one of the F.S.I.A. exceptions applies. The District Court must address this issue, "even if the foreign state does not enter an appearance to assert an immunity defense". This adds to the complaint against the Ohio District Court. They failed to be in compliance to this requirement. Verlinden B.V. v. Central Bank of Nigeria, 461 U.S. 480, 486, 103 S.Ct. 1962, 1967, 1971, 76 L.Ed 2d 81 (1983); 28 U.S.C. § 1332(a)(3); Wang v. Ashcroft, 320 F3d 130 (2nd. Cir. 2003).

Although the petitioner has submitted declaration beyond the pleadings of the various above captioned cases, also during motion for consideration in the Ohio Court, allegations in the complaint, the (240) page Kershaw County

petition, the United Nations document, the Book of Remembrance filed in the N.J. District Court, even evidence sought, can themselves be sufficient to Require a response from the foreign or sovereign state defendants, ei Britain, France, Spain, Germany, Israel, all of Africa, Italy, the Vatican, The Kingdom of Saudi Arabia and the United States etc., before the complaint can be dismissed. At least in regard to the commercial activity in the form of this modern day slavery, the past Slave Trade and the acts of official Torture of a sovereign and his ancestors, a direct affect that led to my being brought here against my and my ancestors will, eventually leading to my being framed for the murder of one of my own because I made these claims before I was ever arrested. There is indeed a decedent domicile element attached to this case in that I am also bringing the charges of egregious jus cogens violations of slavery and torture in violation of international law, having a direct affect on this case being one of the reasons I was tortured and framed in the first place, standing in violation of Treaty, producing an exception to the F.S.I.A., being a claim based on a foreign State's commercial activities and or acts. The defendants must establish a prima facie case

that they are a sovereign state and that the plaintiff's claims arise out of public acts. This proof would establish that the foreign and/or sovereign state is protected by immunity. The petitioner will then have the burden of going forward with evidence pursuant to discovery of offering proof that one of the F.S.I.A. exceptions applies. The parties must be permitted to conduct discovery to establish the jurisdictional facts. Once the petitioner is allowed to produce such evidence, the defendant must prove entitlement of immunity by the preponderance of evidence. The critical inquiry is whether there is "a nexus between the defendant's commercial activities pursuant to slavery and its torture, past and present, in the U.S and abroad and the plaintiff's grievances", which in this case there is. The petitioner must demonstrate a causual connection between a sovereign's actions in the United States and those abroad giving rise to the plaintiff's cause of action. These facts are even connected to the various Federal Judges conspiring to cause irreparable harm to this action, torturing the direct descendants of Hebrew, Arab, Iraqi, African and American slaves because of these allegations made. Federal Judges are considered employees of the Government

pg 30 of 85

for purposes of this chapter and section, § 1346(b); United States v. Le Patourel C.A.8 (Neb.) 1978, 571 F2d 405 on Rehearing 593 F2d 827 on Remand 463 F Supp. 264. The commercial activity exception does not require that every act alleged be commercial in nature. The petitioner has met the required burden in showing prima facie elements and or requirements permitting him to invoke the F.S.I.A., Meadows v. Dominican Republic, 817 F2d 517, 522-23 (9th Cir.) cert denied 484 U.S. 976, 108 S.Ct. 486, 487, 98 L.Ed.2d 485 (1987); American West Airlines Inc v. Republic of Bolivia, 930 F2d 1013, 1018 (2nd Cir. 1991); Gilson v. Republic of Ireland, 682 F2d 1022, 1027n. 22 (DC Cir. 1982); H.R. Rep. No. 1487, 94th. Cong. 2d Sess. 19, Reprinted in 1976 U.S.C.C.A.N. 6613, 6618; McKesson Inc v. Islamic Republic of Iran, 905 F2d 438, 450 (DC Cir 1990); Santos v. Compagnie Nationale Air France, 934 F2d 890, 892n. 2 (7th Cir. 1991); Filus v. Lot Polish Airlines, 907 F2d 1328, 1332 (2nd Cir. 1990).

The Acts of Terrorism pursuant to the triangle trade of guns, slaves and cotton present a nexus in these proceedings, during, after and before, as well as the atrocities committed during and before the civil rights era, being at the heart of the illegal seizure,

framing and torturing of a sovereign have a connection to these proceedings. I made the claim of being these people God ordained King, prophet and High Priest, their Khalifah and Imam, Martin Luther King Jr's successor. It is for this reason I was attacked in this present time and even tortured by the Federal Judges having a direct affect on this case from the very start. Some of the nation's greatest presidents and goverment officials owned, brought, sold and tortured slaves or allowed such under their supervisory charge, having full knowledge making them liable. They spent their time, energy, and money hoping to profit from such, even as individuals. Some of the oldest money in the nation is connected to it, founded and or originated from the blood, death, and torture of African slaves, a great evil and jus cogens violation of International law, crimes against humanity. J.P. Morgan and Chase used slaves to build the rail road and as porters. The nation's oldest banks built it's wealth on the shipping of them, torturing of them, as well as by producing cotton and other produce obtained on plantations and farms. Our nation used them to build roads, schools, offices, businesses, even the White House itself. The Vanderbuilts used slaves in

the producing of textiles, in factories, to pick their cotton and to carry loads to market. The Tobacco Industry used and tortured them to produce and in picking their crop. The Rockefellers and others members of the Banking Industry as well as other commercial enterprises benefited from the use, blood, death and torture of African American Slaves. There is virtually no aspect of this nations economy or markets that was not directly affected, depriving them of freedom, liberty and the pursuit of happiness, subjecting them to official torture. The court will find that many of these special interest groups supported the

pg 33 A of 85

CAREERS of many of these JUDGES, both STATE AND FEDERAL, AS WELL AS INTER-NATIONAL defendants, including the other state and Federal conspirators, which is ANOTHER CONCEALED REASON they stood in ACQUIESCENCE AND supported my framing AND torture, to prevent me from raising these claims, A LAWLESS, CAPRIOUS Action occurring today. In light of these claims, my seeking REDRESS on behalf of myself, my people, my ANCESTORS from the provinces from which they were stolen, as their King, Khalifah and Martin's successor, as the Fiduciary their, subject to present attack for these reasons is justified; I seek REDRESS on ony and their behalf. This too

is attached to these proceedings. The petitioner
Amends the Relief Sought in this case And in C/A
3:09-CV-PS59-S motioned to be Re-opened And or
Reinstated pursuant to Federal Rule 60(b)(1)(3)(6),
We motion for the venue to be established, And petition
to Remove All related proceedings to California pursuant
to 28 U.S.C. §§ 1443(1), 1443(2), 1602-1612 et. seq. And
other applicable Removal statutes cited in these cases,
to include motion to Amend Relief Sought from 800
Billion dollars to (3) Trillion dollars, as well as
motion that any other additional And or specific
Banks, governments And or companies involved and
or connected to these jus cogen violations, ▬▬▬▬▬
to include any Relevant plaintiff And or defendant,
be permitted to be Added And or dropped As Needed,
once legal counsel is appointed And discovery given.
This is why the hidden secret, As to why God
caused the blow, the fatal blow to the beast,
spoken of in the Book of Revelations to occur.
Not just to expose these evil souls greed, but
Also to set the stage of justice being given to
the African American slave, victims of the civil
Rights Era pursuant also to this Nations unjust
use of Grandfather and Jim Crow laws and
Human Rights violations. Once the blow to
the international economy occurred our govern-
ment began to bail the Banks out. This makes

Those banks government owned. They can be added as defendants in this action. It's time to recover some of those Tarp funds and bailout money these corrupt banking oligarchy stole from the American People. Along with their special interest groups, with their lavish bonuses, wealth, basically originating off the blood, death and torture of African American Slaves. It's time to truly honor not only the African American Slave whose blood, death and torture built this country. Of just as great importance, it's time to truly honor the life and sacrifice of Dr. Martin Luther King Jr. And the thousands of African Americans who were hung from trees and whose blood saturated this Nation's soil. I am the one designated by the One True God of the Christians, Muslims and Jews, who is commanded to address and raise these issues. This case must be permitted to go forth. It is well settled that willfull blindness or conscious avoidance is the legal equivalent to knowledge. United States v. Antzoulatos, 962 F2d 720 (7th. Cir 1992); 28 U.S.C. § 1332(a)(3); 20 F2d 755, 780; Wang v. Ashcroft, 320 F3d 130 (2nd. Cir. 2003).

Under the direct affect Requirement, the Foreign Sovereigns Activities, ei. Saudi Arabia

The United States, etc. must cause an effect in the United States that is substantial and foreseeable in order to Abrogate Sovereign Immunity. For the United States to engage and or conspire in this jus cogens violation, slavery, kidnapping unsuspecting citizens from their homelands, engaging and or conspiring in official acts of torture, another jus cogens violation, here and abroad, as well as during the time of Grandfather and Jim Crow laws and civil rights era, buying human souls without some degree of checking exactly who these persons were, with no check of their family ties, or the social or political ties they had to the provinces from which they were seized, cruelly, tyrannically, is an act of Terrorism, gross and overwhelming negligence and deliberate indifference towards the rights of these human souls and the families of the earths greatest prophets and kings. Any reasonable person would determine that without a system of safeguards in place, some government officials wife, children, mother, father, sister, brother, etc will inevitably fall victim to these acts of Terrorism, and tyrannical captivity, this official mental and physical torture. As owners, shareholders, partners, of Banks, plantations, railroads, construction, livestock,

stores, saloons and other vast business and commerce, that benefited directly from the American Slave Trade, to the terrorizing, brutalizing, raping and torture of human souls, to include the involvement of American Presidents, as well as American, Arabian, British, French etc. officials of governments, these are not fortuitous events, they are events and occurences, egregious jus cogens violations, giving way to enslavement and official torture that is without a doubt reasonably foreseeable. Security Pacific Nat'l Bank v. Derderian, 872 F2d 281, 286 (9th. Cir. 1989); Martin v. Republic of S. Africa, 836 F2d 91, 94-95 (2nd Cir. 1987); Meadows v. Dominican Reablic, 817 F2d 517 (9th Cir. 1987); Gregorian v. Izvestia, 871 F2d 1515, 1527 (9th Cir 1989)(discussing similar cases); L'Europeene de Banque v. La Republica de Venezuela, 700 F. Supp. 114, 121 (S.D.N.Y. 1988) (extending Rule to cover foreign plaintiffs); Trentacosta v. Frontier Pac. Aircraft Indus, 813 F2d 1553, 1561-62 (9th. Cir. 1987); In Re: Complaint of McLinn, 744 F2d 677, 685 (9th Cir. 1984); Also see Books entitled, "Before The Mayflower" and "100 Years of Lynching".

Referring back to the appropriation, the international taking exception attached to

These proceedings in the form of "Fadak" near Medina, the Name of the property taken in violation of international law mentioned and sought to be claimed and recovered via the United Nations document date July 2009 served on them by certified mail. This property, and or property exchanged for such property, is owned and or operated by the Kingdom of Saudi Arabia, and or an agency or instrumentality of the Kingdom of Saudi Arabia engaged in business in the past in the form of the Slave Trade. They engage in business now in the form of oil, an oil empire that was originally made to flourish by the use of monies obtained from the selling of slaves, which was used to purchase a lot of U.S. debt and or businesses here, owned today by OPEC and other Arab entities who are conspiring to keep the lead petitioner enslaved and tortured to prevent my claim over this business and or commerce today, due to my being the true heir of the Islamic Khalifate. The land referred to was left by my great etc Grand father the prophet muhammad to his daughter Fatima (PBUT). On several occasions throughout Islamic History the land was returned to their heirs and descendants. It must be returned to them now, specifically me. The petitioner as the direct heir to the Islamic Khalifate seek such,

As the direct descendant of the Earth's greatest prophets and Kings. Please note, I seek this the sole Exception on my behalf and on behalf of my ancestors who died on African soil fighting the evil grips of torture and slavery, who died also on ships within the African Coast. I was illegally seized, attacked, tortured and framed, subjected to modern day slavery for my connection to them today. This makes the decedent domicile Africa and the petitioner's citizenship must revert back to the decedents, not determined by mother citizenship. GANA Foundry Co. v. Heiden, C.A. 7 (Ill.) 1991, 924 F2d 729; McClanahan v. Galloway, D.C. Cal. 1955, 127 F. Supp. 929; Milan v. State Farm Mut. Auto Ins Co. C.A. 7 (Ind.) 1992, 972 F2d 166; Green v. Lake of the Woods County, D. Minn. 1993, 815 F. Supp. 305.

The Holy Books of the Three True Religions And the Sunnah of the prophet Muhammad establish the Center of my rule as Israel where the Ark of the Covenant will be found by me and will be Restored to the temple of the Jews after it is Rebuilt by me. Such dual foreign origin or multi-citizenship claims bring me within the exceptions permitting me to invoke the provisions of the F.S.I.A. as Noted within the July 2009 document sent to the United Nations. This property, "Fadak" is

taken in violation of international law, and by the clearly documented Islamic Historical record, such a claim is not frivolous. The petitioner's claims and allegations pursuant to the provisions of 28. U.S.C. § 1602-1612 et. seq are to be considered as true. This invokes the Courts jurisdiction. The expropriation must always serve a public purpose, which such does not. Aliens must not be singled out or discriminated against for regulation by the state, here being for political, social and racial issues or reasons, also being due to my hereditary connection to the Christians and Jews having the blood line of their prophets and Kings, with this also being the cause of the appropriation for which I am singled out and discriminated against. Lastly, an otherwise valid taking is illegal without ~~~~~~~~ the just payment of fair compensation. There is no such just compensation paid to me, fair or otherwise. State doctrine as a defense would not apply in this case, as far as the plaintiff can determine, because I am the true Heir and head of state of the Islamic Khalifate as decreed by the three Holy Books and the Sunnah of the prophet Muhammad (PBUH), which are God and His prophets will and testament(s). The Federal Courts would be in error to apply such

doctrine before the RESPECTIVE GOVERNMENTS had
EVEN ENTERED AN APPEARANCE. The taking of this
property which stands in violation of international
law, from the descendants of the prophet
Muhammad (PBUH), has always been religiously
and politically motivated, Now it is also racially
motivated, To keep his descendants, EVEN
more specific the lead petitioner, from accumu-
lating ~~~~~~~~ power over this commerce and
wealth that would enable them to secure other
Rights given to them, and the lead petitioner,
by inheritance under theocratic law as king, ★ Reyes-Lindo
Khalifah, of the Christians, Muslims and Jews
worldwide. The defendants, not the Federal
District Court, ARE REQUIRED TO RESPOND and
make a showing to dispute the facts, Chuidian
v. Philippine Nat'l Bank, 912 F2d 1095, 1105
(9th Cir 1990); De Sanchez v. Banco Central
de Nicaragua, 770 F2d 1385, 1395 (5th Cir 1985);
West v. Multibanco Comerex, S.A., 807 F2d 820,
826 (9th Cir) cert. denied 482 U.S. 906, 107 S.Ct.
2483, 96 L.Ed2d 375 (1987); Reinstatement (Third)
of the Foreign Relations Law of the United
States § 712 (1987); H.R. Rep. No. 1487, 94th.
Cong. 2d Sess. 19-20, Reprint in 1976 U.S. Code
Cong. & Admin. News 6604, 6618; Republic of
Philippines v. Marco, 862 F2d 1355, 1361 (9th Cir 1988)

(En banc) cert. denied 490 U.S. 1035, 109 S.Ct. 1933, 104 L.Ed2d 404 (1989); 28 U.S.C § 1332(a)(3).

The true Heir, King, Khalifah, Imam, And High Priest of the Christians, Muslims And Jewish world is a seperate and legal person, especially under Theocratic law and International law, thus is a "Foreign State" within meaning of the Foreign Sovereign Immunity Act for purposes of services and this chapter. Foreign Sovereign Immunity Act applies if Entity was "Foreign State" at time of the acts giving Rise to the Action Regardless of whether it was a foreign state at the time the suit was initiated. Israel, Africa, the Vatican were foreign states at time ~~———~~ of the Acts giving Rise to the action. My Rule was Established by Will and Testament by God And His prophets thousands of years before this nation was established or before you And I were formed in our mother's wombs. I am Sovereign by way of my original status As a Sovereign pursuant to the (3) true Religions. If the United States and other world governments Recognize Christianity, Islam and Judaism As the three monotheistic Religions originating from the seed of Abraham.

pg 42 of 85

And these three true Religions are protected by
All nations Constitutions and/or Federal laws and
or under international law. If the United
States and International governments Recognize
The Torah, the Bible and the Quran and the
Sunnah of the prophet Muhammad as the word
of God given to His prophets, then they
intrinsically, Automatically Recognize my
Sovereignty and Rule for it is clearly written
therein their sacred pages. Thus, the defendants
must prove by clear evidence the (3) Holy Books and
the Sunnah of the prophet Muhammad (PBUH) false
Thereupon entering such clearly establish evidence
into the Court record. Documentation and/or evidence
of the petitioner's sovereignty is seen in the S.L.E.D
investigative file mentioned before trial, sought by
discovery; it was mentioned at trial as seen by
the (240) page Kershaw County Petition filed in the
S.C. District Court under C/A No. 0:06-cv-2459-TLW-BM.
Usually removal must take place before the trial
jury is sworn and the final verdict rendered, but
There are exceptional circumstances in this case
pursuant to the diversity jurisdiction Writ of Habeas
Corpus class action that produces issues of modern
day slavery and official torture. They criminally
falsified and egregiously compromised The petitioner's
trial transcript in their efforts to illegally seize,

pg 43 of 85

torture, enslave and kidnap a Sovereign and affirm my conviction. The courts cannot be permitted to affirm a trial and/or conviction with a falsified trial transcript. So it is as if no trial exist, (See (240) page petition and evidence filed and attached). Additionally, though born in the United States, there is the decedent domicile issue attached where I am bringing claims of torture on behalf of myself and my ancestors who died on African soil who attempted to fight off their cruel captivity. Again, citizenship reverts back to domicile of decedent since I was attacked, framed, enslaved and tortured for my connection to them this present day. General mandates of law equate that I be deemed a "foreign state". The acts of the American Slave Trade and official Torture initiated and related thereto must be brought into account for they create a "nexus" within these proceedings embodying the religious claims made. To some such would appear devisive. "Fiat Justitia Pereat Mundus" Let Justice be done though the world perish! Before a severe wound could ever be permitted to heal, the body must first bleed! And endure pain. Thereafter the balm can be administered. This is the decree of the One true God. As his prophet, His Lawgiver, and as Martin Luther King Jr's successor, I am called upon to bring

These egregious jus cogens violations, these crimes against humanity into account. This United States, Saudi Arabian etc governments commercial interest going unchallenged in the courts for over 100 years, for which I was enslaved and tortured for today, this dark enterprise, denied me of my inheritance, subjecting me to these unjust accusations, being framed, and these other criminal deeds perpetrated against a sovereign behind a class based invidiously discriminatory animus bear a nexus here. Thus, this country, the Saudi Government, and or other involved governments are not immune under the F.S.I.A. for the recreant, opprobrious atrocities in the trafficking of human souls and it's torture, for profit which eventually led to the unjust seizing of a sovereign by the conspiring parties, General Electric Capitol Corp v. Grossman C.A. 8 (Minn) 1993, 991 F2d 1376 ; Gerritsen v. Consulado General De Mexico, C.A. 9 (Cal.) 1993, 989 F2d 340 cert. denied 114 S.Ct. 95, 126 L.Ed.2d 62 ; In Re Estate of Ferdinand E. Marcos Human Rights Litigation, C.A. 9 (Hawaii) 1992, 978 F2d 493 cert. denied 113 S.Ct. 2960, 125 L.Ed.2d 661; Millen Industries Inc. v. Coordination Council For North American Affairs 1988, 855 F2d 879, 272 U.S. App. D.C. 240 ; Jifa Ltd v. Republic of Ghana, D.N.J. 1988, 692 F. Supp. 393 ;

Luchino v. Foreign Countries of Brazil, South Korea, Spain, Mexico and Argentina, 1984, 476 A2d. 1369, 82 P.A. Comwith 406; Saudi Arabian Zedan v. Kingdom of Saudi Arabia, 1988, 849 F2d 1511 270 U.S. App. D.C. 382; Gibbon v. Udaras Na Gaeltachia, D.C.N.Y. 1982, 549 F.Supp. 1094; 28 U.S.C. § 1605(a)(2); Walter Fuller Aircraft Sales Inc v. Republic of Philippines, C.A.5 (Tex) 1992, 965 F2d 1375; Arabia Ltd. v. Petroleos Mexicanos, C.A.5 (Tex) 1992, 962 F2d 528 cert. denied 113 S.Ct. 413 121 LEd2d 337; Trans American S.S. Corp. v. Somali Democratic Republic, 1985, 767 F2d 998, 247 U.S. App. D.C. 208; 28 U.S.C § 1332(a)(3)(1982); English v. Thorn, 676 F.Supp. 761 (S.D. Miss. 1987); In Re Green, 980 F2d 590 (9th Cir. 1992).

      Furthermore, it is asserted, being cruelly, unjustly seized, subjected to sham legal process, even by way of they producing indictments where no legitimate Grand Jury convened to produce such indictments, in the midst of producing a fictitious homicide of one of his own, to frame the lead petitioner for murder, behind religious and racial hatred, subjecting him to such intense and severe official mental torture being unjustly confined, that it nearly drove the lead petitioner out of his mind where he attempted to end his own

life similar to those cruelly, unjustly held at Guantanamo Bay in Cuba producing a life long disability to both his hands that is irreparable by any means of surgery. I am made to experience extreme numbness, burning, needles and pain every time I am made to write or type as I am experiencing now in producing this document. This is why Guantanamo Bay in Cuba must be closed. It's conception is cruel and inhumane. No matter how pleasant you try to make it. Once freedom is unjustly deprived it becomes a living hell!!! I understand clearly with all cogitation and sagacity what your actions regarding this place represent. These injuries are also seen in the Tort action presently before the Court of Common Pleas in S. Carolina additionally sought to be consolidated pursuant to 28 U.S.C § 1602-1612 et. seq.. It is perspicuous by the provisions of the Americans with Disabilities Act, the lead petitioner has the constitutional right to the appointment of legal counsel due to such disability caused by this official mental torture perpetrated against him. The petitioner again contends, the state and Federal District Court Judges, being fully aware of this disability, engaged in criminal Acts, Acts of official torture, delayed, denied counsel and or circumvented Ruling on such

motion for the appointment of legal counsel, for the purpose of also inflicting immense "physical" pain on the petitioner, forcing him to type and or write these numerous, extensive court documents in hopes that such inflicted physical pain would deter me from seeking any further redress in the courts behind a class based invidiously discriminatory animus in the form of religious and racial hatred, also to keep me further seized, imprisoned in the bonds of modern day slavery knowing the religious legal issues were indeed sound.

Look at what's happened with the latest earthquakes in Haiti, Chile, China. Look at what's happening with the record storms and winters around the world. Look at your double digit unemployment. Look at the random mass killings and assaults, people around the world going postal, stabbing and shooting everybody up in the house. As long as I am framed in this Good Ole Boy, Beer drinkin' Coon huntin' buddy jail, this madness will continue. You are killing these people by your actions, while I am trying to save them!!!,... Let my people go Pharaoh! Wars, conflict, and rumors of wars. Civil unrest in Italy, Somalia, etc. Due to your

This [redacted] framing Christ's Prerequisite the spirit of peace is taken from the world; Let Gods appointed King Khalifah Imam and High Priest go. The Supreme flu will militate one final time. In prosecution for conspiracy to seize and confine a foreign official, the petitioner of government is not required to prove either that all the potential victims were foreign officials, or that the defendants had the specific intention of seizing a foreign official. Notice by the State Department that person is an official is not a condition precedent to effective notifi- cation of a foreign official to the United States for purposes of this chapter. The facts were brought up before trial, during trial, and at every stage of the proceedings across the nation and even across the world by the July 2009 United Nations document. 18 U.S.C. §(a)(b)(2)(3)(A). 1116(a)(b)(4) & 1116(a)(b)(4). Philippines v. Westinghouse Elec. Corp., 43 F.3d 65 (3d Cir. 1994); United States v. Dziak, C.A.3 (N.Y.) 1978, 581 F2d 1031; Wang v. Ashcroft, 320 F.3d 130 (2d Cir. 2003).

Because jus cogens norms do not depend solely on consent of states for their binding force, they employ the highest status within inter- national law. The legitimacy of the Nuremberg prosecutions rest not on consent of the axis

powers and individual defendants, but on the nature of the acts they committed, acts that all civilized nations find as criminal such as slavery, torture, etc.. Not only was the lead petitioner subjected to immense physical and mental torture by the conspiring parties actions, but so were my ancestors and people who were forced here by overwhelming force denying them the joys of freedom and a better life of statesmen, noble women, tribal leaders, physicians, Imams, Rites of Jewish High Priest hood, etc which is why the petitioner was attacked in this case this present date. They were whipped, punched, kicked, chained, starved, denied water, beaten, spat on, defecated on, urinated on, hanged from severe stress positions, hung from trees, beaten with sticks, clubs, and iron pipes, they were drowned, water boarded, dunked in barrels as well as hog and horse troughs, they were raped, mutilated, water hosed, attacked by dogs, sodomized, sown asunder by animals of burden, ran over by bulls and wagons, trampled by horses, burnt with hot irons, blinded, hacked up and every other unspeakable atrocity imaginable, irrespective of whether they were man, woman or child, in all efforts to humiliate, destroy, dishonor them and break their mortal spirits, to deter them

from ever seeking to rediscover their roots and
assert rights of their Royal and Holy inheritance.
Indeed the Supremacy of jus cogens extends over
All Rules of International Law; Norms that have
obtained the status of jus cogens prevail over
and invalidate international Agreements and
other Rules of International Law in conflict with
them, (see Books, "Before The Mayflower" and "100
Years of Lynching"). ~~(see)~~

The Convention Against torture and
other cruel, Inhuman And degrading treatment
or punishment, 39 U.N. G.A. O.R. Supp. (No. s), 23
I.L.M. 1027 (1984) [Hereafter "Torture Convention"],
which entered in force June 26, 1987. The
United States signed the Torture Convention in
April 1988, the United States Senate gave it's
Advise and consented in October 1988, see 136
Cong. Rec. S17486-92 (daily Ed. October 27, 1990).
It was signed into effect by the United States
President. The term "Official Torture" is
intended to encompass acts of torture performed
by or under the direction of government
officials. African American slaves were
held directly under United States Presidents
and government officials. In many cases
torture was engaged in directly by them or

under them in a supervisory capacity. The lead petitioner's torture was done directly by and/or under government officials. The Torture Conventions defined torture as "Any" (Emphasis Added) Act by which severe pain or suffering, whether physical or mental, is intentionally inflicted upon a person for such purposes as to obtain from him or a third party information or a confession, punishing him for an act he or the third party has committed, or is suspected to have committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of "Any" kind (Emphasis Added), when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of the public official or other person acting in an official capacity. The agreement also calls on each state party to take measures to prevent torture within its territories and to ensure that all acts of torture are offenses under ~~its~~ its criminal laws. State parties must either prosecute or extradite persons charged with torture. All parties in the lawsuits placed before the court, to include all state and federal officers and judges, going up as far as the White House itself, this and the

pg 52 of 85

pRior administration, are conspirators, during and after the fact, in acts of official physical and mental torture, stripping them of any type of immunity whatsoever. State parties must also ensure that the torture victims or their descendants "obtain Redress and have an enforceable Right to fair and adequate compensation including the means for full Rehabilitation as possible". Torture committee created a committee against torture which is Responsible for receiving and Reviewing states compliance with the Agreement. This produces an exception to the adverse parties, the defendants, claims of immunity giving the court jurisdiction. If they say they are not parties to this conspiracy then they must take affirmative action. Release the D.N.A. and evidence I seek to include launch the sought federal investigation. Command the California Federal Court and or demand that we be given fair and impartial Judicial Review on our claims, the legal issues of Religious prophesy without further acts of Judicial chicanery which is our constitutional Due Process Right. Require the court to grant us class action certification since we meet every prerequisite Required by law. Give full and proper notification to all inmates

within the Nation to Allow them to weigh in with any objection or to Request exclusion which is their constitutional Due Process Right. Fortis v. Suarez-Mason, 676 F.Supp. 1531, 1541 (N.D. Cal. 1987); also see implied waiver, supra At 389, 393-94; Parker & Neylon, Jus Cogens: The compelling Law of Human Rights in Domestic Courts, supra. At 354 n. 111; Randall, Universal Jurisdiction Under International Law, 66 Tex. L. Rev. 785, 830 (1988); Wang v. Ashcroft, 320 F3d 130 (2nd Cir 2003).

I heard my brother Barry, Barack, say that the recent earthquake in Port Au Prince was cruel and terrible. What is truly cruel and terrible is keeping the inmates of This Nation, citizens of This country, in the bonds of modern day slavery. What is cruel and terrible, a thousand times over, is the blatant denial, by your actions, of the existence of the one True God, His (3) Holy Books, His Angels, His prophets, the Day of Judgment, the Return of His Christ, And conspire to keep the one man in the world who can bring peace and repose to the Middle East And Rest of the world framed in jail, subjecting the world to such horrors, Acts of God, in overwhelming ignorance, treachery and profligacy. God demands Justice and Fairness. He warned

pg 54 of 85

you Repeatedly through His prophets that "Touch Thou not Gods anointed, nor do His prophets any Harm". This Nation has indeed caused these disasters around the world by your wicked deeds and greed, chickens coming home to roost. You have transgressed the bounds! Repent, and give the inmates of this Nation Justice and fairness. Do not stand against me, stand with me! to end the suffering of the people within the Nations of the world to the glory of the God I serve. Help me to end his wrath or the outcome may be more than any of us can bear!! Open your eyes and see the truth of what is occurring before us around the world. My hand is open Barry. Unclinch your fist! This is what is cruel and incomprehensible, your unjustly conspiring to hold me giving way to these evils pursuant to Gods punishment for holding his appointed King, Khalifah, Law Giver, Imam and High Priest.

Determination of whether a person is subject to the Courts jurisdiction, ... should be based upon a partys status at the time the acts complained of occurred. By pretrial News articles written years before trial, the S.LED investigative file that was illegally suppressed

pg 55 of 85

Pg 58 of 85

and concealed at trial, testimony at trial, and record throughout post trial proceedings established the lead petitioners status. Discovery must be permitted to obtain this evidence. I Reiterate. The facts must be substantial and foreseeable. It is a substantial act, being culturally motivated, hating that culturally motivated group of people, targeting them behind a class based invidiously discriminatory animus in the form of racial hatred, enslave them without any significant safeguards in place, in gross negligence and deliberate indifference to even ensure who exactly this and other nations were seizing in acts of terrorism, turbining oppression and kidnapping, criminally raping and brutalizing them, in egregious JUS Cogens violations, and it is reasonably foreseeable that if you take these individuals in the manner afore-mentioned, enslaving them, depriving them of all they know and love, to include their native lands, that you would have to torture, brutalize, rape, kill and commit every other unspeakable atrocity, to prevent them from seeking their freedom, and access to their deprived homelands and rights of inheritance that was once theirs, placing them in un-speakable peril and risk of death and harm

which is an immediate consequence. This is the blasted state of the Union, you said you prohibited torture!!, Gold Inc v. Pechinery Ugine Khulmann, 853 F2d 445, 450 (6th. Cir. 1988) cert. dismissed - U.S. - 112 S.Ct. 1657, 118 L. Ed 2d 317 (1992); Cargill Intern S.A. v. M/T Pavel Dybenko, 991 F2d 1012 (2nd. Cir 1993); General Elec. Capitol Corp. v. Grossman, 991 F2d 1376 (8th. Cir. 1993).

Referring back to this nation's largest and or oldest banks, Companies, Corporations, etc. whose wealth is founded on old money, commercial activity grown on the blood, death and torture of African American Slaves, especially the old Banks now that the U.S. Government And or Saudi Government, who are part owners due to the recent bailout and the Saudi government holding a great deal of American debt and or commercial interest in the United States, these entities are not immune from action being levied against them and their being added as defendants in the action, Bank of United States v. Planter's Bank of Georgia, 22 U.S. (9 Wheat) 904, 6 L. Ed. 244 (1824); Reingold v. Deloitte Haskins & Sells, 599 F. Supp. 1241 (S.D. N.Y. 1984).

The petitioner contends, by the interest invested in this dark, wicked, and evil Commerce,

in the selling of the African American Slave into bitter bondage, cruel task masters, stealing these unsuspecting inhabitants from their homelands with No safeguards or regard of their origin by status or inheritance. was done, designed, and crafted to destroy the Rule, inheritance, lineage, and power of the Sovereign King, Khalifah, Imam, and High Priest of Christianity, Judaism and Islam, by such enterprise, which is a civil rights conspiracy, because such was done with an intrinsic and explicit hatred of African Americans, which is also reflected during the Grandfather and Jim Crow laws era, viewing African American slaves as merely property to own, like a dog or a pig, even less in most instances, stating these African American Slaves were not to be considered human, that they don't possess a soul, in their conception of these atrocities. These crimes against humanity and egregious Jus Cogens violations, being at the heart of this attack upon me this present date, the statutes make the United States, the Saudi Arabian government and all Adverse parties to the action liable, even under the Federal Tort Claim Act, being liable to the same extent of a private person under these circumstances. We want banking reform of a specific nature pursuant to Relief sought in this case, Founding

Church of Scientology of Washington D.C. Inc. v.
Director, Federal Bureau of Investigations, D.C.D.C.
1978, 459 F. Supp. 748; Also see Books entitled,
"Before The Mayflower" And "100 Years of Lynching".

       Regarding the total offset method of
computation, in an action of this nature, court
would not be in error in applying the "Total offset"
method amount of money stolen from myself
And Royal Holy ancestors, comparing it to the
present wealth of OPEC And The Saudi Kings
As it relates to them, their children, their
Relatives; the marketing and extracting of
the agricultural items and or produce taken
from the fields; Also the banking wealth, and
All other commerce built on the blood, death
And torture of the African American slave,
to include future wages cut off from being
hanged, butchered, slaughtered, raped,
disabled and killed in Every cruel way
imaginable to the human mind. This includes
lost future wages and or earnings by which
present wages, Adjusted for productivity in-
creases are multiplied by estimate work years,
with no reduction in present value. To include
monies lost from the destruction of my writings
And future writings due to the life long disability

to my hands, Even pursuant to the Tort Claim
Bar against punitive damages. Nevertheless,
since we are dealing with Numerous, outrageous,
Egregious miscarriages of justice connected
to this case, punitive damages should definately
be awarded.

Furthermore, NON Economic damages
are not precluded, such as the Re-establishing
of affirmative action to the integrity that it was
during and or directly after Martin Luther King
Jr's life, before congress and or our Supreme
Court, in ignorance and stupidity gutted it
out. In The Book of Remembrance filed in
the N.J. District Court, I explained the true
intent Martin had regarding affirmative
Action. Whatever New provisions of this newly
sought legislation, it must be clearly worded
where 60% of those slots must fall to African
Americans men and women because it was
them who were subjected to slavery, Grand-
father and Jim Crow laws, bearing the brunt
of the atrocities perpetrated by this nation.
We seek a public option, pursuant to medical
Reform, for All African Americans within this
Nation and reform in Elderly medicare and or
medicaid for African American Elders as needed

to ensure none of them will be without proper access to medical care. We seek a Presidential order and that the Confederate flag be taken from the South Carolina Statehouse grounds and be place into a museum of the relevant parties choice immediately. It stands as an affront to the dignity and suffering of the African American slave pursuant to the atrocities carried out beneath this banner. We seek new legislation by congress reinstating the 6th amendment right of African Americans when confronted with accusation or arrest, and they request legal counsel and questioning continues, those statements again be inadmissible. We seek nullification of the new South Carolina law where inmates on probation or parole can be searched in their homes and/or cars, and/or person without first obtaining a search warrant. It defies the inmates rights under the Equal Protection of the laws clause. We seek greater education programs and rehabilitative programs for inmates held under state and federal custody. We seek a Theocratic state in every nation worldwide, beginning with the United States, duel sovereignty. Don't tell me that this cannot be done. Such presently exist in the United States pursuant to Indian Treaties.

Such exist in Italy in the form of the Vatican. The believers of the world, * Christians, Muslims and Jews are a Theocracy. We are not a democracy. The believers of the world must be united under Theocratic Law * preparing and purging them for the return and rule of their eternal King, Christ Jesus, my great etc grand uncle. On behalf of Michael Jackson we seek that his mother be made part executor of his estate, IN RE GREEN, 980 F2d 590 (9th Cir 1992); English v. Thorn, 676 F. Supp. 761 (S.D. Miss. 1987); BARNES v. United States, C.A. 3 (Pa.) 1982, 685 F2d 66; Imperial v. United States, N.D.W. Va. 1990, 755 F. Supp. 695; Kirchgessner v. United States, CA.6 (Mich.) 1992, 958 F2d 158; 807 F2d 820; 502 F.Supp. 259; 849 F2d 1511. This would also present justification for the Court to award society and companionship losses, due to the loss of my child, the one living for over (10) years, and the one deceased pursuant to this fraudulent homicide which was also produced to torture the lead petitioner, Rufino v. United States, CA.2 (N.Y.) 987 829 F2d 354; D'Ambra v. United States, CA.1 (R.I.) 1973, 481 F2d 14 cert. denied 94 S.Ct. 592, 414 U.S. 1075, 38 L.Ed 2d 482. Nonetheless, for the record the petitioner is not arguing the Federal Tort Claim Act. Beyul be the same sas marge usue

The other NON ECONOMIC Relief sought
are ③ memorials dedicated to African American
Slaves; Those who were subjected to Grand father
and Jim Crow laws; and To Martin Luther King Jr,
one being the first thing seen when entering
the white House main doors, the other placed
in the same manner at the United States Depart-
ment of Justice, and the last at Arlington. For
they are also our fallen dead just as much as any
soldier that died in battle. Their battle was
against the injustice perpetrated by this nation.
The last memorial will be placed at the Martin
Luther King Jr. Center in Atlanta, Georgia. Addition-
ally, we seek a fund set aside for inner city kids
of all cultures to arrange yearly trips to these
sites no matter what state, in order that we
never forget, our honored, beloved and fallen
dead. I will produce the words to be written
on those memorials.

The United States and other interna-
tional governments of the world indisputably
recognize Christianity, Islam and Judaism as
practiced and established religions worldwide.
These religions are protected for free exercise
by the United States and other international
governments constitutions and under their

pg 63 of 85

national laws. My Sovereignty and Rule is clearly established within their sacred pages. If the United States, and other Nations world-wide, to include the defendants for that matter, Recognize the (3) true religions, that means that they intrinsically, automatically Recognize my Sovereign Rule. Thus, the defendants must produce clear evidence beyond a reasonable doubt, or at least reasonably to substantiate the contrary. By the provisions of 18 U.S.C § 1116 it doesn't matter that the United States don't Recognize me as a Sovereign. The (3) Holy Books of the true religions and the Sunnah of the prophet Muhammad do. In such, I meet the prima facie showing Requirement that would permit me to invoke the provisions of the F.S.I.A., Requiring the issuing of discovery to further substantiate the jurisdictional facts. The 3 Holy Books and the Sunnah of the prophet Muhammad (PBUH) are the last will and testament of God's greatest prophets and Kings. It is indeed in itself, that which substantiates a prima facie showing of the petitioner's sovereignty by his original status as a Sovereign under Theo-cratic law, ~~foreign law~~ defaulted on.

Referring back to the issue of what

the petitioner asserts is a jus cogens violation, in the form of modern day slavery and torture pursuant to this broke judicial system, in relation to the prisoners held under state custody in the relevant (33) states and all federal cases held in all (50) states, held in outrageous, egregious violation of Due Process Law. Even though some in error would argue that our prison system is a public action, it is indeed modern day slavery in that there is an in-disputable commercial dynamic to it as well, in that many private persons engage and invest in it for a substantial profit. Building prisons nationwide is big business. The United States imprisons more of its citizens than any other nation in the world. In the State of South Carolina, as I am sure it is with other states, they build more prison than schools. Once freedom is illegally deprived by the structural constitutional error and or defect producing egregious issues of fraud, these prisoners are made to engage in many work functions that are similar to those engaged in by African American slaves. They are made to cook and maintain all state prison kitchen facilities, cooking for all inmates, state employees, and even various guest who visit the prisons. They are made to work as teachers,

And or teaching Assistants in the Education building for all inmates housed. They are made to work as Chaplains and or chaplain Assistants or equivalents. They are made to work as janitors in all facilities. They are made to work in and or run the prison Law Libraries. They are made to work in and maintain or assist in maintaining all institutions medical facilities as janitors or even orderlies. They are made to work as the facilities electricians, plumbers and carpenters. They are made to work in and maintain the facilities operations offices assisting in cleaning, property control, and other manual labor. They are made to work in the facilities commissaries issuing out uniforms, ████ supplies and other stock. They are made to work as maintenance staff. They are made to work as clerks for officers, chaplains, supervisory staff, social workers and even some physicians. They are made to work as grounds keepers and on horticulture crews. They are made to work as shoe shiners and barbers, not just for inmates, but also for all officers and state employees. They are made to work as car, truck, and bus washers and detailers, not just for state owned vehicles, but also washing, cleaning and detailing the private cars, vans, trucks, and buses owned personally

by state employees and their places of worship. They are made to work as laundry personnel. They are made to work as tailors and or store vendors in the institutions canteens. They are made to work as carpet cleaners and floor waxers. They are made to work as Dorm workers. They are made to work cleaning trash off of Roads and highways. They are made to work as staff maintaining govenors mansions and mayors offices. They are made to work at state and or national parks. They are made to work doing all of the aforementioned at county jail facilities in just about every state. They are made to work and do all the aforementioned at each states county courthouses. All done without the slightest monetary compensation given for work and services thus rendered. If this is not modern day slavery, I don't know what is. They are even made to work for private Industry groups for a fraction of the pay that would be required in paying a free person, ei .13 cents per hour. Just like any slave freedom is unjustly denied. They are made to work as construction workers. They are made to work as and or in the ~~███~~ similitude of sex slaves, both male and female, being subjected to brutal rape and gang rape, torture,

by state employees and even other inmates. All
these services are being extracted from the
prison population, being rendered and more,
and not only without just compensation,
recreantly, opprobriously, but each prison
facility is paid in monetary terms for housing
each inmate, feeding each inmate on about
11 cents per meal, with portions of what is fed
these inmates being ▓▓▓▓▓ labeled, "not fit
for human consumption". All these services
and injustices are being continually committed
in egregious violation of due process law due
to the structural constitutional error and or
defect, the heart of the legal issues of religious
prophesy. It is perspicuous that by the definition
issued by the torture convention, Britannica, Webster,
and International law due to freedom being unjustly
deprived pursuant to this judicial fraud, the afore-
mentioned does constitute acts of slavery aswellas
official mental and or physical torture, denying the
victims freedom and the company of their loved
ones. A society's humanity is measured by their
treatment of the prisoners in which they hold
captive. The humanite of the nation is found wanting.
The hand writing is indeed written upon the wall.
God's judgment comes. Thus, these facts make such
dark enterprise a lucrative venture, to say the

least commercial in nature, in which private parties may enter therein for profit. Such commodities in the form of these prisoners and or prisons are even traded on the international stock exchange. There can be no dispute that such commercial activity does produce exception to the F.S.I.A., being Jus Cogens violations that stand in blatant defiance to international law pursuant to modern day slavery, torture, and is commercial and private, not merely public, judicial or criminal in nature. The Nation is wondering where are the nations African American Fathers when it comes to raising the African American child? They are held under the bonds of modern day slavery, as usual in this country, under the guise of being imprisoned, illegally for that matter, and they are indeed working men, and many women. They are not lazy or the burden on society we are led to believe, as some in ignorance and by deception would want us to believe. It's time to give these men and women a final opportunity to repent. As High Priest of the line of Aaron of the Levitical Priesthood, like my great etc. grand uncle Christ who died upon the cross, once you framed me and caused me to unjustly suffer behind religious and racial hatred, that intense suffering released redemption power

pg 69 of 85

And virtue from my soul. I have redeemed the men and women of this Nation's prisons. It's time to set them free. Let my people go Pharoah! As the Book of Mark 9:12 tells you. As it is written of Christ, it's also written of me. As his redemption power was brought forth to purge the sins of the world, mine was brought forth to purge the sins of the prisoners of this Nation and those held within the borders of all Nations who lie captive pursuant to human trafficking to the fulfilling of that which is written of me in Isaiah 61, "He hath sent me to bind up the broken hearted, To proclaim liberty to the captives, and the opening of the prison to them that are bound". The structural constitutional error and or defect, the legal issues of religious prophesy, under these circumstances, does give the Federal District Court Jurisdiction under The Foreign Sovereign Immunity Act, see Books entitled, "Before The Mayflower" and "100 years of Lynching".


Important Notice and Motions:

Hurricane Season is coming. Last year I saw in a dream that 2 would hit this Nation. I

pg 70 of 85

thought at first I was seeing those events occur last year. Now I realize they are coming this year. As long as I am frame in this jail the wrath of God is kindled. The lead petitioner, Jonah Gabriel Jahjah T. Tishbite, hereby give notice and motion to create a spurious and or hybrid class action, to include all inmates held at Guantanomo Bay in Cuba, to include any of those who were transferred from Guantanomo Bay to any American or otherwise prison around the world or within this country, who are being held indefinitely without being charged, who are denied their substantial Rights of Due Process, arguing the Jus Cogens violation of official mental torture being perpetrated upon these souls. My case sets the precedent. I am the one person God by his divine decree, placed in the position to know fully well, without a doubt, being subjected to the same harm and action, that such acts of the United States government holding these men without charging them or bringing them to a timely trial, is indeed immeasurable mental pain and suffering amounting to official mental torture. My case sets the precedent for such confirmation. I am in possession of (10) years of notes from my diary and journal that will eventually be submitted as evidence.

These detailed documents, journal pages, embody a daily account of the REPEATED, continual psychological pain and suffering one undergoes during such circumstances, for the first time documented by the suffering individual. I WAS unjustly held for over (4) years before I was brought to trial by sham legal process. I was compelled to write the South Carolina U.S. District Court to force the state to give me a trial in which they suppressed evidence that proved my innocence And then falsified the trial Transcript to affirm my conviction on direct appeal, in which the court of appeals knowing the transcript to be falsified forced me to keep compromised Appellant counsel, conspiring under color of state law, to conceal these facts in the record, to criminally hold and seize a Sovereign, in further conspiracy, acting under color of Authority with Various Federal District Court judges in acts of official mental and physical torture. My Book, diary and journal clearly document the stages of the entire process of injustice, the intense pain And suffering experienced, amounting to official torture, a jus cogens violation. I seek injunctive Relief on behalf of these Guantanomo Detainees As the True Sovereign

Written and decreed within the (3) ███ True
Holy Books And the Sunnah of the prophet
Muhammad (PBUH), over the Nations and provinces
from which they were taken. All that is
required pursuant to establishing the hybrid
class action on their behalf, is that we share
one issue in common, and in this case, it's
the official mental torture experienced by
indifferent, pre-empted detention and or
captivity. The law permits me to argue this
issue on their behalf since we suffer harm
by the same action and or in a similar manner,
And the defendants refuse to respond in the
same manner, see In Re: Baby Neal For and
By Kanther v. Casey, 43 F3d 48 (3rd. Cir. 1994).

"Ad Reges Enim Potestas Omnium
Pertinet; Ad Singlos, Proprietas" - God's
Appointed King and Khalifah, have power over
All things, while individuals own them. Each
Sovereign has the sole jurisdiction to prescribe
And administer its own laws, in its own domain,
pertaining to it's own citizens, in its discretion,
The Schooner Exchange v. McFaddon, 11 U.S.
(7 Cranch) 116, 3 L Ed 287 (1812). The jurisdiction
of the Theocratic Nation within its own territories,
or related to its own citizens is necessarily

Exclusive and absolute. The Theocratic State, as similarly stated by Story and Hyde, it is accepted as a long recognized principle that such a Theocratic state is not subject to outside legal control of its internal legal affairs unless such permission is granted. That power is called Sovereign whose actions are not subject to the legal control of another. As Sovereign under Theocratic Law, such permission is granted to address the abuse and torture of these detainees, Republic of Philippines v. Westinghouse Elec. Corp., 43 F3d 65 (3rd. Cir 1994); Wang v. Ashcroft, 320 F3d 130 (2nd. Cir. 2003).

As defined by the Vienna Convention on the Laws of Treaties, a Jus Cogens norm, also known as a "preemptory norm" of International Law, is a norm accepted and recognized by the International community of states as a whole as a norm from which no derogation is permitted and which can be modified only by a subsequent norm of general international law having the same character, Vienna Convention on the Laws of Treaties, Art. 53 May 23, 1969, 1155 U.N.T.S. 332, 8 I.L.M. 679.

As an African American, being subjected

to this same means of Official mental torture, who presently knows and whose ancestors know what it is like to be officially tortured, by the recreant deeds of this opprobrious, anathemized government, in the form of the United States engaging and conspiring in acts of slavery, acts of Terrorism, this matter of the Guantanomo Bay Detainees must now be addressed also. These principles of Jus Cogens fundamentally recognized by all international governments, concerns all, young and old, bond and free, whether male or female, of whatever ethnicity, and produce an indisputable obligation and duty of epic proportions, that we are required by the love and commandments of the one true God, to stand against. Just like the crack of the whip, the burning of the hot iron, the blinding of the eyes and carving of human flesh by sharp instruments, the turning of the thumb screw, the chineese torture beads, the hanging one upside down, etc.; The official mental torture of being imprisoned, cruelly, unjustly, with no hope or knowledge of one's status, future or loved ones, is just as psychologically tantamount to the pain and suffering of the aforementioned means of physical torture producing similar effect and damage on the human soul. The states that engage in this official mental torture such as

That which is contrived by the holding forever of these Guantanomo Detainees cannot be doubted, but all states of sound moral character believe it wrong. All that engage in this method of detention, this official mental torture deny this presupposition, And no state, in defiance to Godly truth, can claim a Sovereign Right to torture its own citizens, or the citizens of any other state, or Foreign Nation. My case sets the precedent to challenge this great evil, this wicked, treacherous Jus Cogens violation. I officially seek and motion the federal Court to also forward this case for an investigation by the United Nations Torture Convention Committee, see Filartiga, 630 F2d at 884; Wang v. Ashcroft supra.

        Where written agreement, such as the one produced by the Torture Convention and the Foreign Sovereign Immunity Act, was entered into by the United States and other Foreign Sovereign Nations, contemplates adjudication of a dispute by the United State Courts, the Court(s) must find that the Sovereign, whether explicitly or implicitly have waived its immunity. By Both the Bush And Obama Administrations indifference towards the captivity of these detainees, in the form of this official mental torture, willful,

ignorant, stupid blindness or conscious avoidance is equivalent to knowledge. Such dark deeds, blindness and avoidance makes them liable, United States v. Antzoulatos supra.; Joseph v. Office of Consulate General of Nigeria, 830 F2d 1018, 1022 (9th. Cir. 1987) cert. denied, 485 U.S. 905, 108 S.Ct. 1077, 99 L.Ed.2d 236 (1988); Maritime Int'l Nominees Establishment v. Republic of Guinea, 693 F2d 1094 (D.C. Cir. 1982); Spiderman de Blake v. Republic of Argentina, 965 F2d 699 (9th. Cir. 1992); EIE Guam v. Long Term Credit Bank, Japan, 322 F3d 635 (9th. Cir. 2003).

If action is either a hybrid class action or a spurious class action under Federal Rules of Civil Procedure, Rule 23(a)(2)(3), 28 U.S.C.A., claim of the several members may not be aggregated to determine judicial amount, but claim of each party/plaintiff must be at least equal to requisite jurisdictional amount(s) specified in this section in order for court to have jurisdiction as to him. For the lead petitioner and the others detained at Guantanomo Bay, or transferred from Guantanomo Bay, the petitioner seeks 100 million dollars for each one detained and subjected to the opprobrious acts of this government, Groves v. Roger C.A. 5 (Tex) 1977, 547 F2d 898; Field v. Volkswagen-

WERK Puritan Marine Ins. Under Writers Corp., C.A. 5 (Fla.) 1975, 506 F2d 757; Milam v. State Farm Mut. Auto Ins Co., C.A. 7 (Ind.) 1992, 972 F2d 166; Davis v. Hunter, D.C. Conn. 1970, 323 F.Supp. 976; Giesecke v. Denner Tramway Corp., D.C. Del. 1949, 81 F.Supp. 957; Packered v. Provident Nat'l Bank, C.A. 3 (Pa.) 1993, 994 F2d 1039; Gibbons v. UDARAS Na Gaeltachta, 549 F.Supp. 1094 (1982); Texas Trading & Milling Corp v. Federal Republic of Nigeria, supra, 647 F2d at 308.


Important Notice, Petition(s) and Motion(s):

   Pursuant to the provisions of the F.S.I.A., it is the petitioner's, Jonah Gabriel Jahjah T. Tishbite, substantial Due Process Right to have various civil proceedings to which he is a party to, petitioned to be removed, consolidated and heard before the one District Court permitting that Court to give review. The petitioner motions for the Re-opening and or Reinstating of all the Writs of Habeas Corpus cases that were filed under the case numbers previously filed in New Jersey, New York, N. Carolina, S. Carolina, Georgia, Florida, Kentucky and Illinois, etc. pursuant to Federal Rules of Procedure, Rule 60 (b)(1)(3)(6). The courts in those cases abused their discretion in acts of

Judicial Fraud, intrinsic as well as extrinsic. These cases are filed as one action filed in multiple districts. Since the California case is still pending and the Rights of all parties were never properly or fully Adjudicated, and the petitioner invoked his rights under the F.S.I.A., such consolidation would be Required. Foremost-Mc Kesson Inc. v. Islamic Republic of Iran, 1990, 905 F2d 438, 284 U.S. App. D.C. 333 on Remand 759 F.Supp. 855; Fargo Weite Reisen GmbH v. Jamaica Vacations Ltd. Inc. S.D. Fla. 1992, 790 F.Supp. 272; EIE Guam v. Long Term Credit Bank, Japan supra.; Self v. Gen. Motors Corp. 588 F2d 655, 658-59 (9th Cir 1978); Coronado-Durazo v. I.N.S., 123 F3d 1322, 1324 (9th. Cir. 1997); 28 U.S.C. § 1441(d); Resolution Trust Corp v. Bayside Developers, 43 F3d 1230, 1240 (9th Cir 1994).

    The petitioner again renews his motion to Re-open and or Reinstate case No. 3:08-cv-P559-S in the Kentucky District Court pursuant to Federal Rules of Procedure, Rule 60(b)(1)(3)(6) and that amount sought be Amended to (3) Trillion Dollars and the names of the defendants be amended as captioned in this document, with the opportunity given as motioned to further amend to add and or drop parties as needed to maintain the integrity of the action pursuant to Evidence, etc submitted

in future pleadings once legal counsel is appointed to assist the petitioners due to the complexity of the case, and pursuant to the lead petitioners Rights under the Americans With Disabilities Act.

The petitioner Renews his motion to Appoint legal counsel to assist them due to the complexity of the case and since the lead petitioner do indeed qualify for such pursuant to A.D.A. To not grant such would be criminal, subjecting the petitioner to further acts of official mental and physical torture as did the conspiring state and Federal Judges and or agents did prior to this request and motion, TENNESSEE v. LANE, 124 S.Ct. 1978 (2004); DUNN v. Blumstein, 405 U.S. 330, 336-337, 92 S.Ct. 995, 31 L.Ed.2d 274; NEVADA Dept. of Human Resources v. Hibbs, 538 U.S. 721, 728-733, 123 S.Ct. 1972, 155 L.Ed.2d 953; Kimel v. Florida Board of Regents, 528 U.S. 62, 72-73, 120 S.Ct. 631, 145 L.Ed. 2d 522 (2000); City of Boerne v. Flores, 521 U.S. 507, 518, 117 S.Ct. 2157, 138 L.Ed.2d 624 (1997); Press-Enterprise Co. v. Superior Court of Cal., County of Riverside, 478 U.S. 1, 8-15, 106 S.Ct. 2735, 92 L.Ed.2d 1 (1986); Boddie v. Connecticut, 401 U.S. 371, 379, 91 S.Ct. 780, 28 L.Ed.2d 113 (1971); 42 U.S.C. § 12131(2);

28 C.F.R. § 35.150(b)(1); People v. Rivera, 125
Misc. 2d 516, 528, 480 N.Y.S. 2d 426, 434 (Sup. Ct. 1984);
Bartlett v. New York State Bd. of Law Examiners,
226 F3d 69 (2nd. Cir. 2000); Bartlett v. New York State
Bd. of Law Examiners, 970 F. Supp. 1094 (S.D. N.Y. 1997);
Albertson's Inc. v. Kirkingburg, 527 U.S. 555, 119
S.Ct. 2162, 144 L.Ed. 2d 518 (1999); A.D.A., Title II 29
C.F.R § 1630 (2)(j)(3)(i)(1999); 42 U.S.C.A. § 12102 (2)(A);
Echazabal v. Chevron U.S.A. Inc., 266 F3d 1063
(9th. Cir. 2000).


The petitioners petition for the PCR
proceedings of Danny J. Davis, #297911 filed in
the counties of Dorchester and Charleston be
removed to the California District Court under
C/A No. 3:08-CV-5291-mmc and 3:08-CV-10-1105-
mmc(PR). We motion that he, the case of Ian
Burke under C/A No. 9:08-CV-3543-CMC-Bm
and Justin Young in the Court of Common Pleas
Spartanburg County, S.C., Case No. 2008-CP-42-
2370, Alfred D. Joyner SS# 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, and
LaKeisha Bratton, #269947 be added as petitioners
in this case with the agreement of all
petitioners, and they also be taken into fed-
eral custody and made to appear before
the court with their cases being consolidated
as petitioned pursuant to the class action.

The petitioners petition Not to just Remove the case involving Dr. Andrew Simpson that was previously Removed to the California Court, but Also Case No. 2006-CP-400-3568, Case No. 2006-CP-400-3569, And Case No. 2006-CP-400-3567, All these cases are either false imprisonment Torts, or Actions against state actors who Conspired to impede, hinder or obstruct the petitioners access to the courts in one form or the other, And one case was that in Acts of Retaliation the petitioner was denied medical care by these defendants. They are presently pending in the Richland County Court of Common Pleas in the State of South Carolina. Venue was in the process of being Transferred to Marion, S.C., but as far as the petitioner knows this has not occurred. These, Are the only cases presently, that Are aforementioned, that the petitioner petitions to be Removed, And motion that the venue for these civil cases be established in the State of California with the diversity jurisdiction Writ of Habeas Corpus Class Action, And motion that the Writ of Habeas Corpus Class Action be heard First. If for Any Reason there is significant Crowding And difficulty on the part of the California District Court, because of over

crowding at its State and or Federal Prisons facilities, so that there would be no unduly burden placed on the State of California, we motion that the California District Court open and establish ▓ the case, certify class action, give notification Nationwide to joined and non-joined members, appoint legal counsel, order discovery, serve all necessary parties by U.S. marshal, then transfer venue to the State of Ohio the City of Cleveland District Court, and the petitioners be transferred as well, then Allow the case to proceed from that point in the State of Ohio, EIE Guam v. Long Term Credit Bank, Japan, 322 F3d 635 (9th. Cir. 2003).

In regard to the petitioner's choice of venue. Any concern related to the doctrine of forum non conveniens. A forum non conveniens dismissal is only available if there exist an adequate alternative forum that possesses jurisdiction over the entire action and all the named defendants. In this particular case, the defendants are spread over 33 to 55 states and a few countries overseas. No such adequate forum exist to meet this standard, Pain v. United Technologies Corp. supra., 637 F2d at 784; EIE Guam v.

Long Term Credit Bank, Japan, 322 F3d 635 (9th. Cir. 2003).

There is ordinarily a strong pre-sumption in favor of the plaintiff's choice of Forum. The strength of this presumption is normally greater if plaintiff's are citizens of the United States. All petitioners lay claim on United States citizenship with exception of the lead petitioner. The court have identified numerous factors in determining proper forum, such as unnecessary conflicts at law, access to sources of proof, compulsory process for un-willing witnesses, etc. In this case the various state and various District Court Judges are made defendants in the action with allegations of official mental and physical charges of torture, conspiracy, and other allegations are placed before the court. Judge O'Malley in the Ohio District Court must be recused, the petitioners motion for such, and the Ohio and or California District Court give review of these matters as mandated. The task of weighing these matters or factors against one another according to the manner in which they are implicated by the facts of the case at hand in which they exist, are

pg 84 of 85

committed to the sound discretion of the District Court Judge. Piper Aircraft Co. v. Reyno supra, 102 SCt. at 266; Pain v. United Technologies Corp supra., 637 F2d at 781; Alcoa Steamship Co. v. M/V Nordic Regent supra., 654 F2d at 158; Gibbons v. UDARAS Na Gaeltachta, 549 F.Supp. 1094 (1982); 98 SCt. 1079.

Wherefore, the petitioners pray for the Relief sought in this document and all documents previously filed in the California, N.J., Kentucky, Ohio, Florida, Georgia, N. Carolina and S. Carolina District Courts etc, once those documents are obtained and made a part of the court record, to include any and all other Relief the Court would deem just, fair and proper.

Respectfully Submitted,
Lawrence C Crawford aka
Jonah Gabriel Jahjah T. Tishbite
Danny J. Davis
And all other 40+ petitioners

October 2, 2009

pg 85 of 85