

FILED
IN CLERKS OFFICE

2010 OCT -3  AM 11: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

Exhibit

" J. B. I Report "

=

" File in CASE 1:14-cv-14176-ADB "

=

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

OFFICE OF THE CLERK
Clement F. Haynsworth Federal Building
300 E. Washington Street, Room 239
Greenville, SC 29601
Phone:  864-241-2700 / Fax: 864-241-2711

July 18, 2018

Lawrence L Crawford
#300839
Lieber Correctional Institution
PO Box 205
Ridgeville, SC 29472

Re:        5:17-cv-01363-BHH-KDW Mitchell et al v. Hood et al

We are in receipt of your documents addressed to Magistrate Judge Jacquelyn Austin. These
documents do not reference a case assigned to Magistrate Judge Austin, so we are returning
them to you. If you want to file these documents in a specific case please send them to the
Clerk's Office that manages the case as referenced below.

Magistrate Judge Kaymani D. West:

Clerk's Office
PO Box 2317
Florence, SC 29501

Sincerely,

Clerk's Office

Attachment(s)

LAWRENCE L CRAWFORD AKA
JONAH GABRIEL JAHJAH T TISHBITE
#300839 WANDO A-127
LIEBER CI P.O. Box 205
RECEIVED Ridgeville, SC 29472

RECEIVED
JUL 9 2018
GREENVILLE, S.C.

IN RE: CASE 5:17-CV-01363-BHH-KDW

TO: TRUSTEE JUDGE JACQUELYN
AUSTIN,
        The US District Court et al.,

        Attached you will find a copy
of the order related to the Above
captioned case. How did I know
About the random mass killings
before they occurred? How did I
know About the global fires, heatwave

1 of 10

storms, earthquakes that are
recorded, and other, acts listed in
the court documents? Tsunamis,
volcanic eruptions, civil unrest globally,
wars and rumors of wars, the bird
and swine flu before they occurred?...
Martin showed me Judge Austin. Blacks
being shot, gunned down, in cold blood
in the streets, the rise of the alt
right white nationalists covert
klansmen?.... Martin Luther King Jr.
showed me. God sent him to me up
a dream to pass his mantle to me
due to one of the (4) global thrones
being the the United Ethiopian empire,
as Islamic and Jewish prophesy confirms
stating I would be inspired in the
plight and that a prophet is a dreamer
of dreams. African Americans and

2 of 10

Africans, their diaspora, will have their own nation state. God has seen the injustices occurring over thousands of years and this is his answer to the consistent regenerating racial injustice. I am sent to protect our people. Martin in a dream sat me before a T.V. in his home in Atlanta Georgia. The T.V. acted as a portal to the future and he showed all of it to me. The laws of God state "do not oppress the stranger (immigrant) within thy gate". Its not over. Trump and the alt Right white nationalist klan will not only attempt to over rule Roe v. Wade and continue to attack immigrants if we don't stop them.

3 of 10

They will also come at Affirmative action and water down the civil Rights Act, the voting Rights Act by Gerrymandering also via the Alt right US. supreme court judges he appoints behind Racial Animus. Its about to get ugly. This case Acts as a shield. God, even by martin, established to stop it. Read the (85) page document exhibit "Sovereign Citizen - not!" filed in case 2:17-cu- 1300. They defaulted on Affirmative Action protections And by the superseding power of Allows me, us, to protect the people and preserve this legis- lation our forefathers, black and white, died to establish Deuteronomy

4 of 10

18:21-22 state, " And if thou say in thine heart, how shall we know the word which the lord hath not spoken? When A Prophet speaketh in the name of the Lord, if the thing follow not, nor come to pass, that is the thing which the Lord hath not spoken, but the prophet hath spoken it presumptuously! thou shall not be afraid of him ". The random mass killings, civil unrest globally, earthquakes, intense storms, things like Ebola, flu epidemics, all of it will continue until you pay dear has stopped these wrongs by allowing this case to go forward. Gods wrath is kindled. Help me help the world dear lady Judge.

5 of 10

Take control. Allow the evidentiary hearing as the law requires. meet me face to face. Judge my character for yourself. Look into my eyes. Talk to me. The Ball is in your court. If you feel after that that you would be wrong to grant relief then do as you feel is just. They will conspire to reverse law 100 years to the nation's detriment behind RACIAL HATRED if you do not act. Citizens United, the immigration issue, the N.F.L., all of it I'm about to address and as Prophesy says. I will, we will dear judge, fill the earth with justice and fairness the same way it is now filled with tyranny

6 of 10

And oppression. I have chosen you. We can do it together and act as a check on Trump, the global alt-right nationalist, a stacked U.S. Supreme Court, all global courts, for the sake of Justice and fairness for all, as long as it don't insult God's laws. Its up to you dear Judge. I am the check sent by God. Let me go to my people and complete my duty. You know that I am innocent. Let the IAWA sought prove it. You now have an opportunity to place a shield around the legislation our ancestors in this country died to establish. 1 million in Repara-tions to each African American man, woman and child, free health

7 of 10

care and education, a home. no matter if any one doesn't like me. Our people deserve this. After the damage done by that Clinton Bill and War on drugs campaign our people deserve a second chance. It is just and four. no matter if you do not like me or not Judge Austin. Legally since you are an employee of the United States you are bound by the default from the state case and are bound by your oath of office to uphold the constitution which now protect these claims where I have legally petitioned to establish all rights and titles sought to be exercised where I followed

8 of 10

all Requirements of DUE Process law. I am entitled to an evidentiary hearing to further establish the jurisdictional facts and you dear lady are legally required to act as Trustee by writ of Commission. You now have Exclusive jurisdiction over CASE 5:17-CV-01363-BHH and all matters. Inform that court and consolidate all cases with CASE 2:17-CV-1300. A motion to amend the defendants in CASE 5:17-CV-01363-BHH has been filed. As Trustee with superseding authority see that Judge West immediately grant it please. The drug epidemic and gangs globally have gotten out of control directly

9 of 10

impacting blacks and believers.
Upon my release the power
foretold in Revelations chapt 4
and Isaiah 45.4 will manifest itself.
It will be needed to undo the evils
that currently persist. No matter
how strange the belief it too is
part of the default which cannot
be challenged. We shall see. It is
time to meet Trump. Do not construe
this as any physical threat. Its
time to bring forth what thus
saith the Lord. Thank You. Still
Remain.

(see additional)
        note

July 2, 2018

Respectfully
Jahjah Al mahdi

10 of 10

Additional note:

You know I have a disability to my hands caused by the defendants that force me to retrace my letters to make them legible. As I sat here retracing my letters to make the document legible. I was listening to N.P.R.. On monday July 2, 2018 the independent investigation done by the F.B.I. looking into the mass killings occurring within this nation came out. The conclusions are in. The F.B.I has now concluded that since 2000 until 2013 the amount of random mass killings has

A - Q

increased at an unprecedented rate since records were kept. They concluded that there was no distinguishable pattern that would allow them to attribute the events to anything they knew. They even concluded that the ages of the perpetrators varied from 12 to I believe it was 60 producing no distinguishable connection, pattern or reason. They said most of the perpetrators were legal gun owners with no mental illness and they could not explain why they did what they did. I officially submit this new F.B.I. report as evidence

B - Q

If the court would take notice
of the (42) page United Nations
document served on the U.N. And
parties in 2009, A copy is even filed
in cases 9:17-cu-0100-TLN-BM And
9:16-cu-3808-TLN-BM sought consoli-
dated to case 2:17-cu-1300-RmG-mGB.
The (42) page U.N. document claimed
the connection to me since before
2009. It asserted that the earth
was being subjected to "Acts of God"
in this wrath for this state framing
me where all are privy to it. The
U.N. document stated and dated the
events point of origin As 2000
essentially the same time when
my arrest occurred. This new
F.B.I. report And investigation

C-Q

coming out July 2, 2018 now officially
supports the facts and time lines
specified by me in the United
nations document filed in 2009.
The NEW F.B.I REPORT said it did
not even take into account those
RANdom mass killings that occurred
the last (5) years. Nor did it take
into account the other mass killings
that occurred globally. The United
States statistics alone stand to
support my claims though when the
global statistics are added, they
too serve to bolster the facts
asserted by me. I officially
submit the NEW F.B.I REPORT
and investigation as evidence
in support of my claims Related

D—Q

to the RANdom mass killings.
Therefore, this can no longer be
considered as a conclusory claim.
The facts now gathered by the
J.B.I. with its timelines support
these specific claims and ties
asserted within the court docu-
ments. It is now submitted as
evidence. Judge Austin please
have your clerk google for it and
we seek its entry pursuant to
discovery.

Approximately 2 hours after
N.P.R. announced this new J.B.I.
report which support the claim
that the random mass killings
bear a nexus to this case by the
timelines established as the initial

E-Q

point of the unprecedented in-
crease. Another event occurred
and or was announced today July
2, 2018 on N.P.R.. It is not my
intent to be acrimonious, but for
the record "bunk" the fact that I
have now legally established my-
self as a king or khalifah. "BUNK"
the fact that I have legally esta-
blished myself as a Prophet, Imam
or High Priest, Lawgiver of God.
With all due respect, "bunk" the
fact that you are a "judge", Judge
Austin. Please lets skip the form-
alities. There are times when
libel situations are bigger than
that. You are a "woman" judge
Austin, and I am a "man". I am
a man who knows what it is like

F - Q

to lose a child, one of his body.
After (17) years of pain I have not
even had opportunity to grieve
my baby's death for fighting to
find out the truth of what killed
her. You are a woman. I don't
know whether or not you are a
mother, but you are a woman.
You women are the only creatures
within our species designated by
God in his creation of us who can
bear children. No man can do
this. No man can understand
what that is like, no man, its
impossible. I aided and saw the
conception in the womb and watched
loves belly grow with life and
witnessed all the discomforts,
face to face with my own eyes.

G - Q

Yet, still, even as a Prophet of God I could never imagine how a woman actually feels during this most sacred of an event, carrying a child. I've seen the crown of human soul and body come from the matrix and caught the miraculous conception within my hands bathe in the fluids of life and mother's body and cut the cord to sever it from the fountain after as I firsthand witnessed the undescribable act of labor that until this very day has got to be the most incredible event I have ever witnessed in my entire life. You heard about the recent random mass attack? I think it — G

it was in Boise, Idaho where a man came in an immigrant housing apartment building and stabbed all those immigrants from Africa, Iraq and middle east? Did you hear that it was at a "Kiddie party" for (3) year olds and 3 adults parents received wounds, fighting, to keep this dog from killing all those babies Judge Austin? N.P.R. announced as I was preparing this document that the (3) year old whom the birthday party was given for died. A hell of a birthday. Don't tell me about your position Judge Austin or mine. We are nothing "" I am nothing except a father who has lost a child. If you are

I-Q

Not A mother You ARE A WOMAN!
You own the matrix. Who else
can possibly know more the signi-
ficance of such a thing better
than they who ARE the fountain
of motherhood? I don't CARE if
this sounds CRAZY to you or Any
one. I had my psyche evaluation
by a different forensic psychologist.
Not one of them deemed me As
delusional or psychotic. It is my
firm belief that they ARE dying
because of us, because of me And
because of you where we have
the ability to end it And Abate
Gods WRATH. Its because of this
nation. When them babies died
in Newtown I thought I would die.

J—9

I thought I would go out of my mind. This is why I won't stop. One CRUCIAL REASON out of MANY. This is why I don't CARE ANY more if people think I AM CRAZY. I had my psyche eval. You,... You, if not A mother, You ARE A WomAN! I Am A mAN, A mAN that knows whAt it is like to lose a child. What ARE WE going to tell these pARENts !!!? O' that you don't like the WAY I talked? WhAt ARE WE going to tell those pARENts and FAmilies in NEWtowN, VirginiA Tech, FortHood, The EmmANuel 9, the Texas FAmilies, AurorA ColorAdo, FloridA, SAN BernidiNo and AROuNd the World or those pARENts whose (3) YEAR old who came out for A celeBRAtion !!!?

K-Q

Now they ARE burying their baby
like I had to bury mine. Forgive
me. I weep, ... I weep for them.
I weep for us because we can't stop
it and you won't listen to me.
People, children and babies are
dying! What is the pattern or
connection that the F.B.I said
they cannot find. A pattern and
connection that is seen even in
the volcanic eruptions, earthquakes,
intense storms, wars, civil unrest,
refugees crisis, epidemics, fires,
floods etc? The connection, pattern
and common design or reason is
that you, this state with the nation
and world privy to it, is that you
attacked "my" family, destroyed it,
framed Gods prophet and appointed

L-Q

King-Khalifah and failed to get
at the truth, concealing the true
cause of my childs death and stole
my Queen. This state, with the
Nation being privy to it, even the
U.N. by me giving them notice. You
attacked and destroyed my family? ...
my home? ...
so God is attacking and destroying
yours. Not just within this nation,
but around the world. He has taken
the spirit of peace from you. The
only way to stop it is to let this case
move forward and have that DNA
tested to Michael Lee to get at the
truth. This is what He wants. This
is the connection, pattern and reason to
all of these events including the
random mass killings. You destroyed
my family? ... God is destroying yours

m—Q

nationally and globally. You then may say, "What kind of a God would kill children and innocent people?" Think of all you've done throughout your generations that has not been called into account. Then ask yourselves what kind of a racist, bastard, state with this nation privy to it would mutilate the dead body of an 11 year old African American child, desecrate her, for the purpose of framing her father who is Gods prophet and King- Khalifah behind religious and racial hatred? You answer the latter. You will automatically find your answer to the former. He is the same God yesterday,

N-Q

today and forever. It is the same kind of God who told you for thousands of years " touch thou not Gods anointed nor do his prophets any harm ". It is the same God who said an eye for an eye a hand for a hand, a foot for a foot and a tooth for a tooth, the law of " Lex Talionis ". Its the same God Who said " Vengeance is mine ". It is the same God who is a God of " Judgment " not just love and mercy. He is a God of " WRATH ", an austere God. The WARS, Random mass killings, Syria, Iraq, Yemen, Earthquakes, Tsunamis, intense storms, epidemics, fires, civil unrest, volcanos etc. are designed to destroy families

O - Q

And homes As they have destroyed mine. This is the common connection, pattern and design. This is what God is saying and doing. Help me to end this. The evidentiary hearing must occur. Discovery must be permitted to test that DNA and release all other evidence. I am pleading with you As A mother At minimum As A woman, owner of the matrix, of those who would know where I'm coming from better than Any one else. We must take these steps to Abate Gods wrath or others shall die. That DNA must be tested to Michael Lee and Gods Anointed Prophet

P-Q

And Kings innocence proven before the world or the events will continue. The F.B.I. Report that came out today support these facts. Thus, this cannot be deemed As a conclusory claim. Judge Austin As Trustee you are to see that A copy of this document is filed in All Cases. Trump As of July 3, 2018 is reviewing reversing An order signed by Obama that Allow schools to use Race As An basis for Admission. I told you so Judge Austin. Affirmative Action will also be their target. We must Act.

Respectfully,
Jahjah Al Mahdi

July 3, 2018

Q + Q