FILED
IN CLERKS OFFICE

2018 OCT -3  AM 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

Exhibit

Foreign Sovereign

# 1

"File in CASE 1:14-CU-14176-ADB"

COURT OF APPEALS

FOR THE 4TH. CIRCUIT ET. AL.,

------------------------

PETITION FROM SOUTH CAROLINA

(CASES 2:17-cv-1127-JMC-MGB ET. AL.,)

------------------------

RECEIVED

JAN 17 2018

S.C. SUPREME COURT

DOCKET NO.(S) 17-6693; 17-6925; 17-6960; 17-7139; 17-7137; 17-7134; 17-7068; 16-1953; 16-2141; 17-1415; 16-2299; 17-7186; 17-7410; 17-7428; 17-7532 ET. AL.,

------------------------

CHRISTOPHER DARNELL WILSON; JASON MORRIS GOURDINE; LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE AKA JAHJAH AL MAHDI ET. AL.,

PETITIONER(S)

Vs.

JUDGE ROBERT E. HOOD; THE JUDGES WHO SIGNED THE ORDER IN CASE 16-1953; THE UNITED STATES; WARDEN McFADDEN ET. AL.,

DEFENDANT(S)

------------------------

**AFFIDAVIT OF SERVICE**

------------------------

WE, CHRISTOPHER WILSON ET. AL., DO HEREBY CERTIFY, THAT WE HAVE MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR; MOTION FOR AN INJUNCTION AND OR PROTECTIVE ORDER; MOTION FOR RECUSAL; MOTION TO CHALLENGE THE COURT'S JURISDICTION UNDER CASE(S) 17-7532 AND 17-7186; MOTION FOR A STAY; MOTION TO WAIVE THE (6) MONTH STATEMENTS

1-of-34

IN CASE(S) 17-7410 AND 17-7428; MOTION TO EXCEED THE PAGE LIMIT;
MOTION FOR SANCTIONS AND MOTION TO MOTION THEREFOR, ON THE 4TH.
CIRCUIT COURT OF APPEALS AND ALL INVOLVED PARTIES BY U.S. MAIL
POSTAGE PREPAID BY DEPOSITING IT IN THE INSTITUTION MAILBOX
ON DECEMBER 22, 2017.


RESPECTFULLY,
JAHJAH AL MAHDI

JASON MORRIS GOURDINE

CHRISTOPHER DARNELL WILSON


DECEMBER 22, 2017


2-of-34

COURT OF APPEALS

FOR THE 4TH. CIRCUIT ET. AL.,

------------------------

PETITION FROM SOUTH CAROLINA

(CASES 2:17-cv-1127-JMC-MGB ET. AL.,)

---------------------

DOCKET NO.(S) 17-6693; 17-6925; 17-6960; 17-7139; 17-7137;
17-7134; 17-7068; 16-1953; 16-2141; 17-1415; 16-2299;
17-7186; 17-7410; 17-7428; 17-7532 ET. AL.,

---------------------

CHRISTOPHER DARNELL WILSON; JASON MORRIS GOURDINE; LAWRENCE
L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE AKA JAHJAH
AL MAHDI ET. AL.,

PETITIONER(S)

Vs.

JUDGE ROBERT E. HOOD; THE JUDGES WHO SIGNED THE ORDER IN CASE
16-1953; THE UNITED STATES; WARDEN McFADDEN ET. AL.,

DEFENDANT(S)

---------------------

AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING
WRIT OF ERROR; MOTION FOR AN INJUNCTION AND OR PROTECTIVE
ORDER; MOTION FOR RECUSAL; MOTION TO CHALLENGE THE
COURT'S JURISDICTION UNDER CASE(S) 17-7532 AND 17-7186;
MOTION FOR A STAY; MOTION TO WAIVE THE (6) MONTH
STATEMENTS IN CASE(S) 17-7410 AND 17-7428; MOTION TO
EXCEED THE PAGE LIMIT; MOTION FOR SANCTIONS AND MOTION
TO MOTION THEREFOR



3-of-34

IN RE: TO GIVING ALL CASES CAPTIONED NOTICE OF EVENTS RELATED
TO BOTH CASE(S) 17-7532 AND 17-7186.


TO: THE 4TH. CIRCUIT COURT OF APPEALS ET. AL.,

THE PETITIONERS IN THESE PARALLEL CASES GIVE THE
COURT AND PARTIES JUDICIAL NOTICE. HERE THE COURT IN BOTH CASE(S)
17-7532 AND 17-7186 WILL FIND:

(1) A COPY OF EXHIBIT, "17-6960". THIS IS THE
(65) PAGE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING
WRIT OF ERROR;*** DATED OCTOBER 15, 2017. A TYPED VERSION OF
THE PLEADING IS ALREADY FILED IN ALL PARALLEL CASES.

(2) PLRA APPLICATIONS TO PROCEED WITHOUT PAYMENT
OR FEES FOR GOURDINE, WILSON AND CRAWFORD, THE KING-KHALIFAH
AKA JAHJAH AL MAHDI.

(3) A COPY OF EXHIBIT, "GOURDINE". THE [14] PAGE
AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE, FILING WRIT OF ERROR;
NOTICE OF SEEKING LEAVE TO APPEAL;***, DATED JULY 2, 2017.

(4) EXHIBIT, "MAHDI". A COPY OF THE AFFIDAVIT
OF FACTS GIVING JUDICIAL NOTICE; MOTION TO SUPPLEMENT THE CAUSES
OF ACTION AGAINST JUDGE HARWELL****, [23] PAGES DATED JULY 8,
2017.

(5) A COPY OF EXHIBIT, "TRUSTEE". THIS IS THE
DOCUMENT THAT MAKES UP CASE 16-2299.

ALL CLAIMS, ISSUES, DEFENSES, PETITIONS, MOTIONS ARGUED
WITHIN THESE DOCUMENTS ARE NOW BEING ARGUED WITHIN BOTH CASES
17-7532 AND 17-7186. ENOUGH GAMES HONORABLE JUDGES OF THE 4TH.
CIRCUIT. YOU ARE TO GRANT THE INJUNCTION AND OR PROTECTIVE ORDER
SOUGHT WITHIN THESE PARALLEL CASES. WE MOTION FOR THIS AND THAT
MOTION IS TO BE NOW GRANTED BY YOU BY DECREE AND JUDGMENT OF
THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE AND COURT WHOSE



SUPERSEDING ATTORNEY, JUDICIAL AND LEGISLATIVE POWER AND AUTHOR-
ITY ARE BINDING UPON THIS COURT DUE TO THE CLAIMS OF DEFAULT
AND COLLATERAL ESTOPPEL EMERGING FROM CASE 2013-CP-400-0084
IN RICHLAND COUNTY S.C. TO WHICH THE UNITED STATES IS PARTY
TO THAT DEFAULT WHICH IS ALSO PROTECTED UNDER BOTH ARTICLE 1
SECTION 10 AND ARTICLE IV § 2 OF THE U.S. CONSTITUTION. THE
GRANTING OF THE INJUNCTION MUST NOW BE DEEMED FORFEITED DUE
TO THE OBSTRUCTION, MACHINATION, CRIMINAL CONSPIRACY AND FRAUD
ENGAGED IN BY THESE DEFENDANTS AND ALL COURTS INVOLVED ALSO
PRODUCING STATE INTERFERENCE THAT RISES TO AN UNCONSTITUTIONAL
LEVEL BY THE JUDGES ALSO USING THESE CLERKS AND CASE MANAGERS
AS PROXY, HODGKINS v. PETERSON, F.Supp.2d., 2000 WL 33128726
(S.D.Ind.2000); U.S. v. SCOTT, 958 F.Supp. 761(1997); HANKINS
v. WETZEL, 2014 WL 4918813(D.C.Pa.2014); BARDRES v. HALEY, 58
F.Supp.3d. 514(DSC.2014); LORD & TAYLOR, LLC. v. WHITE FLINT,
L.P., 780 F3d. 211 CA4 (Md.2015); U.S. v. SOUTH CAROLINA, 720
F3d. 518 CA4 (S.C.2013); WALL v. WADE, 741 F3d. 492 CA4 (Va.2014)
. IT IS SO ORDERED.

  THE PETITIONERS GIVE THE COURT AND PARTIES JUDICIAL NOTICE
TO ENSURE THERE IS NO MISREPRESENTATION OF THE FACTS. WE ARE
NOT ARGUING "THEOCRATIC LAW". THIS IS A MISNOMER. WE ARE ARGUING
"FOREIGN LAW", WHICH HAPPEN TO HAVE THEOCRATIC COMPONENTS WHICH
WAS ARGUED UNDER RULE 44 OF S.C. RULES OF CIVIL PROCEDURE AND
THE FOREIGN SOVEREIGN IMMUNITY ACT THAT WAS DEFAULTED ON BY
THE S.C. ATTORNEY GENERAL AND THE (193) MEMBER STATES OF THE
UNITED NATIONS WHICH INCLUDE THE VATICAN AND THE UNITED STATES,
WHERE CRAWFORD, THE KING-KHALIFAH, IS FOREIGN SOVEREIGN FIDUCIARY
HEIR TO THE (4) GLOBAL THRONES WITH SUPERSEDING ATTORNEY, JUDI-
CIAL AND LEGISLATIVE POWER AND AUTHORITY THAT IS BINDING UPON
THIS COURT, BY HIS ORIGINAL STATUS AS SUCH BEFORE THIS NATION
WAS FORMED VIA INTERNATIONAL AND FEDERAL PROBATE LAW, BY LEGAL
BINDING CONTRACT THAT CANNOT BE MADE OR UNMADE BY THE COURTS
WHICH WAS ARGUED AND ESTABLISHED IN CASE 2013-CP-400-0084 REMOVED
TO THE FEDERAL COURT. SO WHEN I TELL YOU THAT THE RULES ARE
SUSPENDED WITHIN ALL OF THESE PARALLEL CASES, THEY ARE SUSPENDED
UNLESS YOU CAN SHOW THAT THE S.C. ATTORNEY GENERAL AND OR THE
UNITED STATES MOVED TO DEFEAT THE AFFIDAVIT(S) OF DEFAULT AND

VOIDING OF JURISDICTION IN A TIMELY MANNER OR PRODUCE AN ORDER
THAT IS NOT TAINTED BY FRAUD OR REMOVAL. I, JAHJAH AL MAHDI,
GIVE THE COURT AND PARTIES JUDICIAL NOTICE THAT I AM OFFICIALLY
EXERCISING THAT POWER AND AUTHORITY GIVEN BY THE DEFAULT AND
"CONTRACT", "COVENANT", ESTABLISHED BY THE SOLE CORPORATION
WHICH IS PROTECTED UNDER BOTH ARTICLE 1 SECTION 10 AND ARTICLE
IV § 2 OF THE U.S. CONSTITUTION. WHERE THERE IS CONTRACT AND
FIDUCIARY DUTY,...THERE IS OBLIGATION. THE OBLIGATION OF THE
CONTRACT IS THE LAW THAT BINDS JAHJAH AL MAHDI TO ACT RENDERING
VOID CASE 17-7532 AND STAYING THAT CASE DUE TO ADDITIONAL ACTS
OF FRAUD UPON THE COURT, AND RENDER VOID ANY ACT DONE BY ASHLEY
BROWNLEE IN CASE 17-7186. THE 4TH. CIRCUIT CANNOT MAKE (OR ALTER)
THE CONTRACT ESTABLISHED BY THE SOLE CORPORATION (MAKE ANOTHER
INTERPRETATION OTHER THAN THAT WHICH IS ESTABLISHED BY THE SOLE
CORPORATION, RENDERING ITS OBLIGATION OR POWER VOID BY JUDICIAL
DETERMINATION OR USE OF EX POST FACTO LAW). I, JAHJAH AL MAHDI,
AM SOVEREIGN BY WAY OF MY ORIGINAL STATUS AS SOVEREIGN WITH
ALL SUPERSEDING ATTORNEY, JUDICIAL AND LEGISLATIVE ATTRIBUTES,
(10) THOUSAND YEARS BEFORE THIS NATION WAS FORMED WHERE THE
COURTS CANNOT MAKE A JUDICIAL DETERMINATION BASED UPON OR STAND-
ING UPON SUCH EX POST FACTO LAW TO BURDEN THE OBLIGATION OF
THE CONTRACT AND OBSTRUCT JAHJAH AL MAHDI IN HIS FIDUCIARY DUTIES
TO MY GOD AND MY HOLY COMMONWEALTH WHO ARE BENEFICIARIES OF
THE "TRUST", AMERICAN-MUT.-LIBERTY-INS.-CO.-v.-PLYWOOD-PLASTICS
CORP., 81 F.Supp. 157(DSC.1948); OPARAH-v.-THE-NEW-YORK-CITY
DEPT.-OF-EDUC., F.Supp.3d., 2015 WL 4240733(N.Y.D.C.2015); INTER-
NATIONAL-AIRCRAFT-LODGE-1652-v.-INTERNATIONAL-AIRCRAFT-SERVICE
INC.-(CHARLESTON), 302 F2d. 808, 49 L.R.R.M. (BNA) 2976(4TH.Cir.
1962); ERIE-R.-CO.-v.-THOMPKINS, 304 U.S. 64(1938); OGDEN-v.-
SANDERS, 25 U.S. 213(1827); TRUSTEES-OF-DARTHMOUTH-COLLEGE-v.-
WOODWARD, 17 U.S. 518, 1819 WL 2201; PEUGH-v.-U.S., 133 S.Ct.
2072, 186 L.Ed.2d. 84, 81 U.S.L.W. 4372(2013); U.S.-v.-WELLS,
578 Fed. Appx' 234 CA4 (Va.2014); SPIRES-v.-SCHOOLS,--F.Supp.3d.
--, 2017 WL 4174774(DSC.2017); FIFTH-THIRD-BANCORP-v.-DUDEN-
HOEFFER, 132 S.Ct. 2459, 189 L.Ed.2d. 457, 82 U.S.L.W. 4578(U.S.
2014); IN-RE:-GREEN, 980 F2d. 590(9th.Cir.1992); ANDERSON-v.-
LIBERTY-LOBBY-INC., 477 U.S. 242, 106 S.Ct. 2505, 91 L.Ed.2d.
202(U.S.1986); MILLER-v.-PARRISH, F.Supp.2d., 2013 WL 1868028

(Va.2013); WILSON v. GMAC MORTG., LLC, F.Supp.3d., 2015 WL
5244967(DSC.2015), ALSO SEE EXHIBIT, "TRUSTEE".

THE "TERM" OR "CONCEPT" OF A "JUDGE" OR "ATTORNEY" DO
NOT COME FROM YOU OR YOUR LAWS. THEY DO NOT COME FROM YOUR NA-
TION, NOR DO THEY COME FROM ENGLAND OR ENGLISH LAW. THEY COME
FROM US, THE SOLE CORPORATION, AND IS INTELLECTUAL PROPERTY
GIVEN TO YOUR NATIONS AS A "GRANT" WITH RESTRICTIONS, AS IS
THE RIGHT TO LEGALLY MARRY, SET IN PLACE THROUGH ADAM AND ABRAHAM
, MEMBERS OF THE SOLE CORPORATION AS IS ARGUED WITHIN EXHIBIT,
"TRUSTEE". THEIR OWNERSHIP IS WITH ME, JAHJAH, AS THE FIDUCIARY
HEIR, KING, KHALIFAH OF THE SOLE CORPORATION BEING THE ORIGINAL
FOUNTAIN OF ALL LAW AND SOVEREIGN POWER. YOU CANNOT LEGALLY
ATTACH, ARREST OR EXECUTE THE INTELLECTUAL PROPERTY OF A FOREIGN
SOVEREIGN SOLE CORPORATION WITHOUT CONSENT, WHICH IS WITHDRAWN,
ABSENT OF ITS RIGHTS AND PREROGATIVES. DUE TO THE DEFAULT EMER-
GING FROM CASE 2013-CP-400-0084, AND BY THE "COVENANT", "CON-
TRACT", AS FIDUCIARY HEIR PROTECTED UNDER BOTH ARTICLE 1 SECTION
10 AND THE PRIVILEGE AND IMMUNITIES CLAUSE OF ARTICLE IV § 2
OF THE U.S. CONSTITUTION, THE COURT CANNOT BY MY ORIGINAL STATUS
UNDER CONTRACT TAKE AWAY THE KING'S RIGHTS OR PREROGATIVES,
OR BURDEN THE OBLIGATION OF THE CONTRACT. THE EXPROPRIATION
EXCEPTION UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT IS ALSO IN-
VOKED WHERE THE TAKING, ATTACHING ETC. RELATED TO THIS INTELLECT-
UAL PROPERTY IS IN VIOLATION OF FEDERAL AND INTERNATIONAL PROBATE
LAW, ALSO INVOLVING THE OTHER (192) MEMBER STATES OF THE UNITED
NATIONS IN EFFORTS TO DISMANTLE MY VOTING AND DISCRETIONARY
POWERS ON THESE MATTERS, DESTROYING THE RESTRICTIONS PLACED
UPON THIS INTELLECTUAL PROPERTY WHERE THERE IS NO "JUSTICE OR
FAIRNESS" IN VIOLATION OF THE CONTRACT, THUS DESTROYING MY CON-
TROL AS THE SOLE CORPORATION. THE F.S.I.A. APPLIES WHERE BY
YOUR ACTS THERE IS DISCRIMINATION BASED UPON NATIONALITY, RELI-
GION, SUCH AS MY ISRAELI DESCENT AND THE FACT THAT I AM MUSLIM,
CHRISTIAN AND JEW COMBINED, A NOVELTY, AND I AM OF AFRICAN BLOOD.
THIS INTELLECTUAL PROPERTY, THESE LEGAL TERMS OR CONCEPTS, ARE
IMMOVABLE, WHICH INCLUDE THE RIGHT TO LEGALLY MARRY BEING IMMOVA-
BLE PROPERTY HERE IN THE UNITED STATES FALLING UNDER THE F.S.I.A.
THE U.N. GENERAL ASSEMBLY, CONVENTION ON JURISDICTIONAL IMMUNITY

OF STATES AND THEIR PROPERTY, RES. 59/38, ARTS. 5, 10-12 (DEC. 2, 2004)(ADOPTING A RESTRICTIVE THEORY OF IMMUNITY AND WITHDRAWING IMMUNITY FOR LOSS OF PROPERTY WHERE, AMONG OTHER REQUIREMENTS, "THE ACT OR OMISSION OCCURRED IN WHOLE OR IN PART IN THE TERRITORY OF THE OTHER STATE"); UNITED NATIONS GENERAL ASSEMBLY, REPORT OF THE AD HOC COMMITTEE ON JURISDICTIONAL IMMUNITY OF STATES AND THEIR PROPERTY, SUPP. A/59/22 NO. 1, PP.7-11 (MAR 1-5, 2004). ALSO SEE EXHIBIT, "TRUSTEE". ALSO SEE THE CONTRACT UNDER LUKE 11:52; ISAIAH 11:1-5; ZECHARIAH 6:12-13; ISAIAH 16:5; ISAIAH 32:1-4; ISAIAH 42:18-22; JEREMIAH 23:5-6; JEREMIAH 33:15-21 (CRUCIAL ONE); EZEKIEL 34:22-30; EZEKIEL 37:22; DANIEL 11:1-3; ALSO SEE SIMON v. REPUBLIC OF HUNGARY, --F.Supp.3d.--, 2017 WL 4402293(D.D.C.2017); BOLIVIA REPUBLIC OF VENEZUELA v. HELME-RICH & PAYNE INTERN. DRILLING CO., 137 S.Ct. 1312, 197 L.Ed.2d. 663, 85 U.S.L.W. 4221(U.S.2017).

STATE AND OR FEDERAL REGULATION IN THIS CASE, OF DESCENT AND DISTRIBUTION OF DECEDENT'S ESTATE MUST GIVE WAY IF SUCH REGULATION IMPAIRS THE FIDUCIARY DUTY AND SUPERSEDING ATTORNEY, JUDICIAL, LEGISLATIVE AND EXECUTIVE POWER OF THE CROWN, IMPAIRING EFFECTIVE EXERCISE OF U.S. FOREIGN POLICY RELATED TO OUR FOREIGN LEGAL SYSTEM TO INCLUDE THE SUPERSEDING AUTHORITY AND POWER OF THE KING-KHALIFAH'S DECREES, ZSCHERNIG v. MILLER, 389 U.S. 429, 88 S.Ct. 664, 19 L.Ed.2d. 683(U.S.1968); DOE v. FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, 189 F.Supp.3d. 6 (D.D.C.2016); ARMIDILLO DISTRIBUTION ENTERPRISES INC. v. HAIYUN MUSICAL INSTRU-MENTS MANUFACTURE CO. LTD., F.Supp.3d., 2014 WL 2815943(D.C.Fla. 2014); CASSIER v. THYSSEN BORNEMISZA COLLECTION FOUNDATION, 737 F3d. 613(9th.Cir.2013); AL-SHIMARI v. C.A.C.I. INTERN. INC., 679 F3d. 205(4th.Cir.2012).

IN THE GLOBAL NATIONS CONSPIRING TO ATTACH, EXECUTE OR ARREST THE KING-KHALIFAH'S INTELLECTUAL PROPERTY IN GIVING SODO-MITES AND GOMORRAHRITES THE RIGHT TO LEGALLY MARRY BY JUDICIAL DETERMINATION. SUCH ACTION PRODUCES VIOLATIONS OF THE HOBBS ACT WHICH SET FORTH PROHIBITION AGAINST CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBING, ATTACHING, EXECUTING OR ARRESTING THIS INTELLECTUAL PROPERTY IS VALID UNDER COMMERCE CLAUSE ON

ITS FACE AND IS APPLIED TO THESE DEFENDANTS WHO HAVE ESSENTIALLY
ROBBED AND HIGH-JACKED THE KING-KHALIFAH'S INTELLECTUAL PROPERTY,
REMOVING THE RESTRICTIONS PLACED UPON IT BY THE "GRANT" UNDER
"CONTRACT", WHERE CATERING AND WEDDING SERVICES, HOTEL AND HONEY-
MOON ACCOMMODATIONS, FINANCIAL VENTURES SUCH AS CREDIT CARD
AND OTHER BANKING USAGES NATIONALLY AND GLOBALLY PRODUCE COMMERCE
ACTIVITIES AND ARE DONE AND MADE ACROSS STATE AND INTERNATIONAL
BORDERS. THE APPLICATION OF YOUR STATE AND OR FEDERAL, EVEN
INTERNATIONAL LAWS COULD BE BASED ON DE MINIMUS NEXUS TO INTER-
STATE COMMERCE, SO LONG AS STATUTE OR LAW REGULATED ACTIVITY
WHICH, THROUGH REPETITION, IN AGGREGATE HAD SUBSTANTIAL EFFECT
ON INTERSTATE COMMERCE, WHERE MANY OF THESE WEDDING SERVICES
ARE EVEN DONE ON THE INTERNET, WHICH INCLUDE WEDDING GIFTS SUCH
AS THOSE MATTERS THAT ARE PRESENTLY BEFORE THE U.S. SUPREME
COURT IN THE MASTERPIECE CAKESHOP v. COLORADO CIVIL RIGHTS COM-
MISSION...ADDRESSING FREE SPEECH, RELIGIOUS RIGHTS AND PUBLIC
ACCOMMODATION PRODUCING INTERSTATE COMMERCE CLAIM. YOU ARE IN
VIOLATION OF THE HOBBS ACT, CUSTO v. U.S., 523 U.S. 1011, 118
S.Ct. 1201 (MEM) 140 L.Ed.2d. 329(U.S.1998); U.S. v. MILES,
122 F3d. 235(5th.Cir.1997); U.S.C.A. CONST. ART. 1, § 8 Cl.
3; 18 U.S.C.A. § 1951; UNITED STATES v. HENDERSON, F.Supp.3d.,
2016 WL 6084637(S.D.Tex.2016); UNITED STATES v. RUE, F.Supp.3d.,
2015 WL 5007930(S.D.Tex.2015); SIBLEY v. HERGENROEDER, F.Supp.2d.
, 2006 WL 3354137(D.C.Md.2006).

DUE TO THE AIDS THAT'S PRODUCED BY SUCH ACTIVITY, THE
DEBAUCHERY AND VIOLATIONS OF RELIGIOUS BELIEFS ASSOCIATED WITH
SUCH PRACTICES, THAT STAND IN BLATANT DEFIANCE TO THE TERMS
OF THE "CONTRACT" WHICH CLEARLY STATE, "THOU SHALT NOT LAY WITH
A MAN AS THOU LAYETH WITH A WOMAN", "THE WOMAN SHALL NOT WEAR
THAT WHICH PERTAINETH TO A MAN AND A MAN SHALL NOT WEAR THAT
WHICH PERTAINETH TO A WOMAN FOR ALL THAT DO SO ARE AN ABOMINATION
UNTO THE LORD THY GOD", "THERE SHALL BE NO WHORE OF THE BELIEVERS
NOR A SODOMITE OF THE BELIEVERS". SEE DEUTERONOMY 22:5 AND 23:17.
THIS IS CLEAR VIOLATION OF THE "GRANT" GIVEN TO YOUR NATIONS
WITH RESTRICTIONS AS THUS STATED IN PART. THE FOREIGN SOVEREIGN
POWER WHOSE AUTHORITY OVER THIS INTELLECTUAL PROPERTY EXISTING
VIA THE SOLE CORPORATION HAS THE PARAMOUNT RIGHT TO PROTECT

THE LIVES, HEALTH, MORALS, COMFORT AND GENERAL WELFARE OF THE
PEOPLE WHICH INCLUDE HIS HOLY COMMONWEALTH WHO RESIDE WITHIN
ALL GLOBAL AND OR NATIONAL BORDERS, HOME-BLDG.-&-LOAN-ASS'N
v.-BAISDELL, 290 U.S. 398, 54 S.Ct. 231, 88 A.L.R. 1481, 78
L.Ed. 413(U.S.1934); ELLIOTT-v.-BOARD-OF-SCHOOL-TRUSTEES-OF
MADISON-CONSOLIDATED-SCHOOLS,--F3d.--, 2017 WL 5988226(7th.Cir.
2017); NORTH-CAROLINA-ASS'N-OF-EDUCATORS,-INC.-v.-STATE, 368
N.C. 777, 786 S.E.2d. 255(N.C.2016). SINCE THE KING-KHALIFAH
WAS NOT PARTY TO ANY OF THESE ILLEGAL PROCEEDINGS IN QUESTION
DEALING WITH THIS INTELLECTUAL PROPERTY AND YOUR COURTS HAD
NO CONSENT, THE RULINGS ARE VOID FOR FRAUD AND DUE PROCESS VIOLA-
TION, GORDON-v.-T.B.C.-RETAIL-GROUP,-INC., F.Supp.3d., 2016
WL 4247738(DSC.2016); REED-v.-BIG-WATER-RESORT,-LLC., F.Supp.3d.,
2016 WL 2935891(DSC.2016); DAN-RYAN-BUILDERS,-INC.-v.-CRYTAL
RIDGE-DEVELOPEMENT,-INC., 783 F3d. 976, 91 Fed. R. SERV.3d.
625(4th.Cir.2015); WEAVER-v.-MASSACHUSETTS, 137 S.Ct. 1899,
198 L.Ed.2d. 420, 85 U.S.L.W. 4433(U.S.2017); PIRELA-v.-HORN,
--Fed. Appx'--, 2017 WL 4176224(3rd.Cir.2017).

THE S.C. ATTORNEY GENERAL MUST RESPOND, NOT THE 4TH.
CIRCUIT JUDGES OR YOUR CLERKS OR CASE MANAGERS ACTING AS PROXY
FOR THE JUDGES CONSPIRING UNDER COLOR OF LAW OR AUTHORITY IN
ACTS OF FRAUD UPON THE COURT TO ABSTAIN FROM ADDRESSING SUBSTAN-
TIAL FEDERAL QUESTIONS TO CONCEAL MATERIAL FACTS IN VIOLATION
OF 18 U.S.C. §§ 242 AND 1001 RENDERING ILLEGAL THESE ENTIRE
PROCEEDINGS. THE S.C. ATTORNEY GENERAL OR THE FEDERAL ATTORNEYS
MUST RESPOND AND DEMONSTRATE THAT THEY TIMELY SOUGHT TO DEFEAT
THE DEFAULT AND VOIDING OF JURISDICTION DONE BY AFFIDAVIT(S)
IN CASE 2013-CP-400-0084 OR ALL RIGHTS, PRIVILEGES, TITLES AND
IMMUNITIES STAND. IN SUCH, THE 4TH. CIRCUIT, NOR YOUR CLERKS
OR CASE MANAGERS ACTING AS PROXY FOR THE JUDGES CONSPIRING TO
CREATE AN INCOMPLETE RECORD AND CIRCUMVENT RULING, ABSTAINING
FROM ANSWERING FEDERAL QUESTION, NOR THE STATE MAY EXCLUDE A
PERSON, NAMELY, THE FOREIGN SOVEREIGN FIDUCIARY KING-KHALIFAH
WITH SUPERSEDING ATTORNEY, JUDICIAL AND LEGISLATIVE POWER AND
AUTHORITY BY HIS ORIGINAL STATUS AS SUCH BEFORE THIS NATION
WAS FORMED, TO PRACTICE LAW (LAWGIVER OF GOD, ATTORNEY, JUDGE,
LEGISLATOR), OR ANY OTHER OCCUPATION GIVEN TO HIM BY "COVENANT",

"CONTRACT" (FIDUCIARY-KING-KHALIFAH), IN A MANNER OR FOR REASONS
THAT CONTRAVENE THE DUE PROCESS POWER AND AUTHORITY GIVEN TO
HIM OR IN A MANNER THAT VIOLATES THE EQUAL PROTECTION OF THE
LAWS CLAUSE OR ARTICLE 1 SECTION 10 OR ARTICLE IV § 2 OF THE
U.S. CONSTITUTION, SCHWARE v. BOARD OF EXAMS OF THE STATE OF
N.M., 353 U.S. 232, 77 S.Ct. 752, 64 A.L.R.2d. 288, 1 L.Ed.2d.
796(U.S.1957); FACIRE v. SULLIVAN, 2017 WL 3710066(D.C.Nev.2017);
VIRGINIA BOARD OF MEDICINE v. ZACKRISON, 67 Va. App. 461, 796
S.E.2d. 866(2017); DOE v. ROGERS, 139 F.Supp.3d. 120(D.C.C.2015);
BOLLS v. VIRGINIA BD. OF BAR EXAMINERS, 811 F.Supp.2d. 1260
(E.D.Va.2011); PEREZ v. CHIMES DISTRICT OF COLUMBIA, INC.,
F.Supp.3d., 2016 WL 6124679(D.C.Md.2016); IN RE: GREEN, 980
F2d. 590(9th.Cir.1992). WE MOTION TO EXCEED THE PAGE LIMIT.
IT IS GRANTED.


    I, JAHJAH AL MAHDI, FULFILLED MY DUTY BY YOUR NATION'S
DUE PROCESS LAWS AND PEACEFULLY, AS A NON-COMBATANT, FILED LEGAL
ACTION TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES
. I GAVE PROPER NOTICE AND PROPERLY SERVED ALL PARTIES INCLUDING
THE UNITED STATES AND BROUGHT THE MATTERS TO THEM UNDER CASE
2013-CP-400-0084 WHERE WE WERE SUBJECTED TO OUTRAGEOUS ACTS
OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION
OF JUSTICE, WHERE THEY DEFAULTED AND JURISDICTION WAS MADE VOID
FOR DUE PROCESS VIOLATION AND OTHER UNCONSTITUTIONAL ACTION,
THEREUPON THAT CASE WAS REMOVED TO THE FEDERAL DISTRICT COURT
WITHIN THESE PARALLEL CASES SUB-JUDICE. THE PRIVILEGE AND IMMUNI-
TIES CLAUSE PROTECTS RIGHTS OF CITIZENS, TO INCLUDE OUT OF STATE
AND OR EVEN FOREIGN STATE CITIZENS IN THIS INSTANCE VIA THE
F.S.I.A. CONNECTIONS, TO PLY THEIR TRADE, PRACTICE THEIR OCCUPA-
TION AND PURSUE A COMMON CALLING. IN THIS INSTANCE THE COMMON
CALLING OF ALL MEMBERS OF THE SOLE CORPORATION IS THAT OF PROPHET
, KING, KHALIFAH, IMAM, LAWGIVER AND HIGH PRIEST WITH SUPERSEDING
ATTORNEY, JUDICIAL AND LEGISLATIVE POWER AND AUTHORITY AND THE
COURTS CANNOT IMPAIR THE KING-KHALIFAH ON ACCOUNT OF HIS OUT
OF STATE CITIZENSHIP ACTING FOR PROTECTORATE PURPOSES, McBURNEY
v. YOUNG, 569 U.S. 221, 133 S.Ct. 1709, 185 L.Ed.2d. 758(U.S.
2013); HENRY v. VERMONT, 2017 WL 2167123(2017); SCHOENEFELD
v. SCHNELDERMAN, 821 F3d. 273(2nd.Cir.2016).

NOW LETS WITH THIS FRAUD UPON THE COURT THE 4TH. CIRCUIT
PRODUCED IN THE FORM OF CASE 17-7532 AS THEY DID IN CASE 17-
6960 RENDERING THIS CASE VOID AND IN FORFEITURE FOR FRAUD AND
DUE PROCESS VIOLATION, WHICH INCLUDE ALL ORDERS PRODUCED THEREIN
MAKING THIS CASE ILLEGAL AND A CRIMINAL ACT TO PROCEED WITH
IT AS FILED. THIS INCLUDE WHAT ASHLEY BROWNLEE DID IN CASE 17-
7186. THIS IS CHALLENGE TO THE 4TH. CIRCUIT'S JURISDICTION.
JURISDICTION LIES WITH TRUSTEE JUDGE AUSTIN WHERE THE 4TH. CIR-
CUIT'S JURISDICTION IS LIMITED AND RESTRICTED. SUBJECT MATTER
JURISDICTION IS RAISED IN BOTH CASES 17-7532 AND 17-7186 AS
IT WAS IN CASE 17-6960 AND THIS CASE AND ALL PARALLEL CASES
SHALL NOT FAIL TO TAKE NOTICE. SEE EXHIBIT, "17-6960".

WHEN DETERMINING WHETHER A PERSON HAS STANDING TO SUE,
THE COURT MUST FOCUS ON THE STATUS OF THE PARTY WHO HAS FILED
THE COMPLAINT. BY THE PLEADINGS WITHIN THESE CASES TO INCLUDE
THOSE UNDER CASE 16-2299, EXHIBIT, "TRUSTEE". I, JAHJAH AL MAHDI,
AM FOREIGN SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH BY "CONTRACT"
WITH SUPERSEDING ATTORNEY, JUDICIAL AND LEGISLATIVE POWER AND
AUTHORITY WHICH CANNOT BE MADE OR UNMADE BY THE COURTS PROTECTED
UNDER BOTH ARTICLE 1 SECTION 10 AND THE PRIVILEGE AND IMMUNITIES
CLAUSE UNDER ARTICLE IV § 2 OF THE U.S. CONSTITUTION, WHERE
ALL ACTS WHERE DONE SPECIFICALLY TO THE KING AND THE OTHER PLAIN-
TIFFS WHO ARE BENEFICIARIES OF THE "TRUST", WHO SOUGHT TO AID
THE KING-KHALIFAH EXERCISE CONSTITUTIONALLY PROTECTED RIGHTS
IN VIOLATION OF 42 U.S.C.A. § 12203(a)(b) OF THE AMERICANS WITH
DISABILITIES ACT. WHAT AND WHO I, JAHJAH AL MAHDI AM, AS WELL
AS MY HOLY COMMONWEALTH IS, THE PETITIONERS IN THESE PARALLEL
APPEALS, WAS ESTABLISHED BY "COVENANT", "CONTRACT" BY MY, OUR,
ORIGINAL STATUS BEFORE THIS NATION WAS FORMED WHICH CANNOT BE
UNMADE BY THE COURTS WITH EX POST FACTO LAW. THE FIDUCIARY AND
JUDICIAL DUTY COMMANDS IT, 29 U.S.C.A. § 1104; SPIRES v. SCHOOLS,
--F.SUPP.3d.--, 2017 WL 4174774(DSC.2017); FIFTH THIRD BANCORP
v. DUDENHOEFFER, 132 S.Ct. 2459, 189 L.Ed.2d. 457, 82 U.S.L.W.
4578(U.S.2014); PEREZ v. CHIMES DISTRICT OF COLUMBIA INC.,
F.Supp.3d., 2016 WL 6124679(D.C.Md.2016); SCOTT v. SOUTH CAROLINA
2017 WL 875858(DSC.2017); MILLER v. SCATURO, 2016 WL 3951668
(DSC.2016); GRUPO DATAFLUX v. ATLAS GLOBAL GROUP L.P., 541 U.S.

567, 124 S.Ct. 1920, 158 L.Ed.2d. 866(U.S.2004); LOUMIET v. UNITED STATES, 65 F.Supp.3d. 19 (2014); U.S. v. TISDALE, F.Supp.2d., 2007 WL 2156666(DSC.2007); SEBELIUS v. AUBURN RE-GIONAL MEDICAL CENTER, 133 S.Ct. 817, 184 L.Ed.2d. 627, 81 U.S.L.W. 4053(U.S.2013); SIZWARD v. RIDDLE, F.Supp.2d., 2013 WL 707018(DSC.2013).

     THE CASE 17-7532, AS DID CASE 17-6960, POSSESS SEVERAL FATAL STRUCTURAL DEFICIENCIES THAT ARE NOT SUBJECT TO THE HARM-LESS ERROR DOCTRINE RENDERING CASE 17-7532 AND 17-7186 VOID FOR FRAUD UPON THE COURT AND DUE PROCESS VIOLATION ESTABLISHING FORFEITURE BY SANCTIONS SOUGHT AND GRANTED BY DECREE OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT. FIRST, WE MOTION FOR THE RECUSAL OF JUDGES DIAZ, THACKER, DAVIS, HAMILTON, GREGORY , DUNCAN AND SHEDD IN BOTH CASES 17-7532 AND 17-7186. AS LONG AS ANY OF THESE JUDGES SIT UPON THESE AND THE OTHER PARALLEL APPEALS YOU HAVE A STRUCTURAL ERROR THAT VOIDS YOUR JURISDICTION. UNTIL THE ISSUE OF RECUSAL IS RULED ON, ON THE COURT RECORD, UNDER THE PROVISIONS OF § 1983, NOT A MANDAMUS OR § 2254, WHICH YOU IN ACTS OF FRAUD UPON THE COURT FILED THE APPEAL OF CASE 17-7532 UNDER. THE PROCEEDINGS ARE ILLEGAL DUE TO THE FRAUD AND BECAUSE CASE 17-7532 POSSESSING THIS STRUCTURAL ERROR AS DO CASE 17-7186 IF THESE JUDGES SIT. THE LANGUAGE THE U.S. SU-PREME COURT USED IN WILLIAMS v. PENNSYLVANIA, 136 S.Ct. 1899, 195 L.Ed.2d. 132, 84 U.S.L.W. 4359(U.S.2016) IS CLEAR AND UNEQUI-VOCAL GIVING CLARITY TO ALL PREVIOUSLY ADJUDICATED CASES ON THE SUBJECT. THERE ARE (3) PRONGS. IF ONE EXIST RECUSAL IS MANDA-TORY. WATCH THE LANGUAGE USED BY THE UNITED STATES SUPREME COURT. NO MAN SHALL SIT UPON HIS OWN CASE NOR CAN A MAN TRY A CASE TO WHICH HE HAS AN INTEREST IN THE OUTCOME NOR SHALL HE SIT IF THE POTENTIAL FOR BIAS RISES TO AN UNCONSTITUTIONAL LEVEL. EXTRA-JUDICIAL BIAS WAS ONLY "ONE OUT OF MANY" EXAMPLES THE UNITED STATES SUPREME COURT WAS REFERRING TO AND ADDRESSING. WHEN THE OBJECTIVE RISK OF ACTUAL BIAS "OF ANY KIND" (EMPHASIS ADDED) RISES TO AN UNCONSTITUTIONAL LEVEL, UNDER THE DUE PROCESS CLAUSE, THE FAILURE TO RECUSE IS "[N]OT" A HARMLESS ERROR BECOM-ING STRUCTURAL IN NATURE WHICH VOIDS THE COURT'S JURISDICTION FOR DUE PROCESS VIOILATION. IN CASE 9:17-cv-1803-TMC SUBJUDICE

AS WELL AS IN THE PARALLEL APPEALS IS A COPY OF THE (44) PAGE
COMPLAINT. BY THIS DOCUMENT, THE JUDGES SOUGHT WITHIN THE 4TH.
CIRCUIT MUST RECUSE THEMSELVES. THE 4TH. CIRCUIT IS REQUIRED
BY DUE PROCESS LAW IN CASE 17-6960, ALL PARALLEL CASES, AS WELL
AS IN CASES 17-7532 AND 17-7186 TO RULE ON THE MOTION FOR RECUSAL
NOT UNDER MANDAMUS, NOT UNDER SOME FRAUDULENTLY PRODUCED § 2254
APPEAL, BUT UNDER § 1983 TO WHICH THEY ARE PARTY TO THESE PRO-
CEEDINGS EVEN VIA THE WRIT OF ERROR WHICH MUST BE ADJUDICATED
UNDER § 1983. THUS, ANY SUBSEQUENT ACTION UNTIL THIS IS DONE
CREATES A DUE PROCESS CLAIM THAT VOIDS THE COURT'S JURISDICTION
BY THESE ACTS OF FRAUD UPON THE COURT CONSPIRING UNDER COLOR
OF LAW AND OR AUTHORITY IN ACTS OF OBSTRUCTION OF JUSTICE TO
DENY US APPEALABLE ISSUES FOR WRIT OF CERT., POTENTIALLY ORDERING
US TO BE PARTY TO AN ILLEGAL PROCEEDING WITHOUT FIRST RULING
ON THE SUBMITTED MOTION FOR RECUSAL. FURTHER, THE 4TH. CIRCUIT
IN ADDITIONAL ACTS OF FRAUD UPON THE COURT TO ABSTAIN FROM AN-
SWERING FEDERAL QUESTION, GETS JENNIFER RICE TO ISSUE A RULE
40(d) NOTICE IN CASES 16-1953 AND 16-2141 WHEN THOSE PROCEEDINGS
ARE ILLEGAL AND NO SUCH NOTICE CAN ATTACH BY LAW. THE CONSPIRING
JUDGES THEN UNDER CASE 17-7186 USING ASHLEY BROWNLEE AS A JUDGE/
PROXY, TO ABSTAIN FROM ANSWERING FEDERAL QUESTIONS IN ACTS OF
FRAUD UPON THE COURT, BLOCKS THE FILING OF THE (70) PAGE DOCUMENT
DATED OCTOBER 5, 2017 WHICH IS SUBSTITUTED AS THE INFORMAL BRIEF
TO AGAIN DENY US APPEALABLE ISSUES AND OBSTRUCT JUSTICE USING
THESE CLERKS AS PROXY TO PREVENT FULL AND PROPER JUDICIAL REVIEW
OF THE ISSUES WITHIN THESE CASES IN VIOLATION OF THE EQUAL PRO-
TECTION OF THE LAWS CLAUSE. WE OBJECT TO THIS CONTINUAL FRAUD
BY THESE 4TH. CIRCUIT JUDGES AND ACTS OF MACHINATION REQUIRING
THEIR RECUSAL AND FORFEITURE OF THE ISSUES SOUGHT DUE TO SANC-
TIONS WHICH ARE SOUGHT AND GRANTED BY DECREE OF THE GLOBAL THEO-
CRATIC JUDGE, JAHJAH AL MAHDI. SEE LETTER DATED DECEMBER 5,
2017 FILED IN CASE 17-7186. IT IS SO ORDERED.

THE 4TH. CIRCUIT CANNOT ABSTAIN FROM DECIDING FEDERAL
QUESTIONS BEFORE CASE 17-7532 OR 17-7186 PROCEED CONSPIRING
UNDER COLOR OF LAW AND OR AUTHORITY TO DENY US ISSUES ON APPEAL
WHICH VOID YOUR JURISDICTION FOR DUE PROCESS VIOLATION AND FOR
VIOLATION OF THE EQUAL PROTECTION OF THE LAWS CLAUSE. STOP USING

THESE CLERKS AND CASE MANAGERS AS PROXY, AS JUDGES TO SKIRT
RULING, TO HIDE YOUR ABUSES OF DISCRETION AND ARBITRARY JUDICIAL
ACTION IN VIOLATION OF YOUR OATHS OF OFFICE. STOP RULING ON
ISSUES OF APPEAL SUBSTITUTING MANDAMUS FOR APPEAL. A MANDAMUS
CANNOT SUBSTITUTE FOR AN APPEAL AND THE CLERKS OR CASE MANAGERS
CANNOT SUBSTITUTE FOR A JUDGE IN ACTS OF MACHINATION TO CREATE
AN INCOMPLETE RECORD AND DENY US APPEALABLE ISSUES, ABSTAINING
FROM RULING ON CRUCIAL FEDERAL QUESTIONS IN VIOLATION OF DUE
PROCESS LAW. WE MOTION FOR SANCTIONS AND THE 4TH. CIRCUIT JUDGES
IN QUESTION RECUSAL. YOU ARE IN VIOLATION OF CLEARLY ESTABLISHED
STATUTES, ARTICLE III SECTION 1, AS WELL AS YOUR OATHS OF OFFICE
MAKING YOUR ACTIONS CRIMINAL IN DEFIANCE TO CLEARLY ESTABLISHED
LEGISLATIVE INTENT AND THAT OATH OF OFFICE HAVING THESE CLERKS
ACTING AS JUDGES TO BLOCK, HINDER AND IMPEDE FULL REVIEW IN
VIOLATION OF 42 U.S.C. § 1983, 1985(2), 1985(3) AND 1986 AS
WELL AS 18 U.S.C. §§ 242 AND 1001, U.S. V. RON-PAIR ENTERPRISES
INC., 489 U.S. 235, 119 S.Ct. 1027, 103 L.Ed.2d. 290(U.S.1989);
IN-RE: ARGO CREDIT, LLC., --B.R.--, 2017 WL 4404269(2017); LAKE
CARRIER ASS'N V. MacMILLIAN, 406 U.S. 498, 92 S.Ct. 1749(U.S.
1972); U.S. V. $41,320 U.S. CURRENCY, 9 F.Supp.3d. 582, 2014
WL 1266240; 1997 WL 10291 U.S. (APPELLATE BRIEF) BRIEF OF SENA-
TORS ORIN G. HATCH, STROM THURMOND ET. AL.; FORRESTER V. WHITE,
484 U.S. 219, 108 S.Ct. 538(U.S.1988); PULLIAM V. ALLEN, 466
U.S. 522, 536-543, 104 S.Ct. 1970, 1971-1982, 80 L.Ed.2d. 565
(1984); EX-PARTE VIRGINIA, 100 U.S. 339, 348-349, 25 L.Ed. 676
(1880); ROCHE V. EVAPORATED MILK ASS'N, 391 U.S. 21, 63 S.Ct.
938, 87 L.Ed. 1185(U.S.1943); IN-RE: WILLIAMS, 38! Fed. Appx'
284, 2010 WL 2231958(4th.Cir.2010); WILLIAMS V. UNITED STATES,
2015 WL 11109497, * 1, E.D.Va..

        INASMUCH, ON THE QUESTION OF RECUSAL AS DETERMINED BY
THE U.S. SUPREME COURT. "THE COURT ASKS '[N]OT' WHETHER A JUDGE
HARBORS AN ACTUAL BIAS (FOR EXAMPLE EXTRA JUDICIAL OR PERSONAL
BIAS AS IN AN ABUSE OF DISCRETION THE CONSPIRING JUDGES ASSERTED
IN THEIR ACTS OF FRAUD), BUT 'INSTEAD' (EMPHASIS ADDED) WHETHER
, AS AN OBJECTIVE MATTER THERE IS A '[P]OTENTIAL' FOR BIAS OF
"ANY KIND" (EMPHASIS ADDED) THAT RISES TO AN UNCONSTITUTIONAL
LEVEL", WHICH IS CONSPICUOUS THAT SUCH AN UNCONSTITUTIONAL LEVEL

OF BIAS DOES EXIST IN THESE PARALLEL AND RELATED CASES AS IS
EVIDENCED BY WHAT OCCURRED INVOLVING THESE JUDGES OF CONCERN,
WHICH INCLUDE HOW THIS CASE IS FRAUDULENTLY FILED UNDER 17-7532
AND THE JUDGES USING ASHLEY BROWNLEE IN CASE 17-7186, ATTEMPTING
TO FRAUDULENTLY MANIPULATE CHRISTOPHER WILSON TO FILE IN FORMA
PAUPERIS DOCUMENTS THAT DO NOT HAVE THE PLRA LANGUAGE ON THEM
TO CIRCUMVENT THE STRUCTURAL ERROR, ACTING AS LEGISLATORS, NOT
JUDGES, WHERE THE LEGISLATORS CLEARLY DETERMINED THAT FILING
BEFORE THIS COURT MUST BE DONE PURSUANT TO THE PLRA, TO ABSTAIN
FROM RULING ON THE SPECIFIC ISSUE OF THE CONSTITUTIONALITY OF
THESE PROVISIONS, THE PLRA AND THE AEDPA, BEFORE THESE CASES
PROCEED. THIS IS REQUIRED BY DUE PROCESS LAW OR THE CASES ARE
ILLEGAL AND THE JUDGES, CLERKS AND CASE MANAGERS ARE IN CLEAR
VIOLATION OF THEIR OATH OF OFFICE. FRAUD UPON THE COURT AND
STRUCTURAL ERROR EXIST. WRIT OF ERROR IS NOW FILED TO ADDRESS
IT. RULE ON THE MOTION FOR RECUSAL UNDER § 1983 BEFORE ANY SUB-
SEQUENT MATTER OCCURS OR ALL PROCEEDINGS ARE ILLEGAL AND VOID
UNDER 17-7186, 17-7532 AND ALL OTHER PENDING PARALLEL APPEALS,
CAPEATON v. A.T. MASSEY COAL CO., INC., 556 U.S. 868, 129 S.Ct.
2252, 173 L.Ed.2d. 1208(U.S.2009); JOHNSON v. STEVENSON, 2016
WL 1156649(DSC.2016); KENWOOD GARDENS CONDOMINIUMS INC. v. WHALEN
PROPERTIES LLC., 2016 WL 6788852, * 11+ (Md.2016); DACRES v.
ATTORNEY GENERAL U.S., 615 Fed. Appx' 79 (3rd.Cir.2015); IN
RE: SYNTAX-BRILLIAN CORPORATION, 2016 WL 7177615(D.Md.2016);
IN RE: LUNDY, 2016 WL 6108524(D.OHIO.2016).

LETS FINISH DRIVING THE "STAKE" IN THESE RAT, STINKING,
VAMPIRES HEARTS. WHAT'S GOING ON HERE CORRUPT JUDGES OF THE
4TH. CIRCUIT? THIS IS THE SAME STUPID CRIMINAL MESS AND STUNT
YOU JUDGES PULLED UNDER CASE 17-6960. THE ENTIRE CASE UNDER
17-7532 IS CORRUPTED BY FRAUD RENDERING IT VOID. WHERE IS THE
FILING FEE PAID FOR CASE 17-7532? WHERE ARE THE FILING IN FORMA
PAUPERIS DOCUMENTS? AS IN CASE 17-6960, YOU DID NOT REQUIRE
SUCH FOR CASE 17-7532. IF YOU DID, WHICH WE HAVE NOT SEEN, THE
SAME STRUCTURAL ERROR EXIST IN CASE 17-7532 AS IT DOES IN CASES
17-6960, 17-6693, 17-6925 AND THE OTHER PARALLEL APPEALS PENDING
BEFORE THE 4TH. CIRCUIT. ITS PERSPICUOUS IN YOUR FRAUD THAT
YOU MADE A MISTAKE. SO WE ATTACHED THE PLRA IN FORMA PAUPERIS

DOCUMENTS FOR THIS CASE TO HELP YOU OUT A LITTLE BIT. WE DON'T
WANT YOU TO FALL AND BUMP YOUR HEAD. WATCH THAT FIRST STEP,
ITS A "DOOSEY". NOW RULE ON THE DOGGON' ISSUES!!! STOP THE FRAUD
AND FOOLISHNESS. **IT IS SO ORDERED.** THE COURT UNDER CASE 17-7532
AS IN CASE 17-6960 DID NOT ISSUE ANY ORDER STATING THAT THE
FILING FEES WERE WAIVED. THIS IS CLEAR ERROR AND MANIFEST IN-
JUSTICE. THIS CONSTITUTES AN ABUSE OF DISCRETION AND PLAIN ERROR
BY YOUR FRAUD AND MACHINATION. UNLESS THE COURT RULES THAT SUCH
A FILING FEE OR FORMS ARE UNCONSTITUTIONAL, WHICH THE COURT
DID NOT DO. THE COURT CANNOT ACT AS A LEGISLATOR IN VIOLATION
OF THE SEPARATION OF POWERS CLAUSE AND UNDO A CLEAR LEGISLATIVE
ENACTMENT REQUIRED FOR FILING WITHIN THIS COURT. THE JUDGES
ARE NOT LEGISLATORS WHICH VOID YOUR JURISDICTION FOR DUE PROCESS
VIOLATION. WE OBJECT, BANK MARKAZI V. PETERSON, 136 S.Ct. 1310,
194 L.Ed.2d. 463, 84 U.S.L.W. 4222(U.S.2016); U.S. V. BASTON,
818 F3d. 651(11th.Cir.2016).

IT IS NOT THE 4TH. CIRCUIT'S OR ANY COURT'S PLACE TO
CHANGE THE MEANING OF A CLEAR AND UNAMBIGUOUS STATUTE; WHERE
STATUTE'S LANGUAGE IS PLAIN AND UNAMBIGUOUS, AND CONVEYS A CLEAR
AND DEFINITE MEANING, RULES OF STATUTORY INTERPRETATION ARE
NOT NEEDED AND THE COURT HAS NO RIGHT TO IMPOSE ANOTHER MEANING.
WHAT THE LEGISLATORS SAY IN THE TEXT OF THE STATUTE IS CONSIDERED
THE BEST EVIDENCE OF THE LEGISLATIVE INTENT AND WILL, STATE
V. MILES, --S.E.2d.--, 2017 WL 3611694(S.C.2017); SIGNOR V. KEEL,
S.E.2d, 2017 WL 117711(S.C.2017); SMITH V. TIFFANY, 419 S.C.
548, 799 S.E.2d. 479(S.C.2017); STAR-ATHELETICA, LLC. V. VARSITY
BRANDS, INC., 137 S.Ct. 1002, 197 L.Ed.2d. 354, 85 U.S.L.W.
4139(U.S.2017); ENCINO MOTOR CARS, LLC. V. NAVARRO, 136 S.Ct.
2117, 195 L.Ed.2d. 382, 84 U.S.L.W. 4424.

BY THAT WHICH WAS SET IN PLACE BY THE LEGISLATURE THE
4TH. CIRCUIT RULES AND DUE REQUIRE THAT A FEE OF $505.00 BE
PAID OR 28 U.S.C. § 1915(a)(1) REQUIRES AN AFFIDAVIT TO FILE
IN FORMA PAUPERIS TO BE SUBMITTED BEFORE ANY MATTER CAN PROCEED.
THIS IS JURISDICTIONAL, SO WE DECIDED TO HELP YOU OUT BY SENDING
THE ONES ATTACHED. JUST LIKE THE COURT UNDER 17-6960; THE COURT
UNDER CASE 17-7532 IS PROHIBITED FROM SAYING ANYTHING ABOUT

THIS CASE. THE RULES ARE SUSPENDED FOR CASE 17-7532 AS IT IS
ALSO FOR CASE 17-7186. IT IS SO ORDERED.

THE COURT DOES NOT HAVE JURISDICTION UNDER CASE 17-7532
UNLESS YOU HAVE ENTERED AND SERVED UPON US AN ORDER WAIVING
THE FILING FEES EXPLAINING WHY (EMPHASIS ADDED) SUCH FEES WERE
WAIVED. WE GIVE YOU JUDICIAL NOTICE. SINCE THE DOCUMENTS FOR
FILING IN FORMA PAUPERIS ARE NOW ATTACHED FOR BOTH CASES 17-
7532 AND 17-7186, THE CONSTITUTIONALITY OF THE PLRA AND THE
AEDPA MUST BE ADDRESSED ON THE COURT RECORD BEFORE THESE CASES
CAN PROCEED OR THE PROCEEDINGS BECOME ILLEGAL. BY THIS FAILURE
THE COURT ACTED AS A LEGISLATOR, NOT A JUDGE, OVERRULING CONGRESS
WITHOUT A PROPER JUDICIAL DETERMINATION EXPLAINING "WHY", WHICH
VOIDS YOUR JURISDICTION FOR FRAUD AND DUE PROCESS VIOLATION.
THIS IS A JURISDICTIONAL DEFECT, U.S. v. RON PAIR ENTERPRISES
INC., 489 U.S. 235, 119 S.Ct. 1027, 103 L.Ed.2d. 290(U.S.1989);
IN RE: ARGO CREDIT, LLC, --B.R.--, 2017 WL 4404269(2017); UNITED
STATES v. STE-BRI ENTERPRISES INC., 2017 WL 4226873(D.C.OHIO.
2017); THOMPSON v. FINN, 2016 WL 5724369(2016); DAHER v. OWENS,
2014 WL 1159629; IN RE: DUROSER, 2015 WL 4068243(N.D.2015);
STONE v. BANK OF NEW YORK MELLON N.A., 2014 WL 61480; PORICK
v. COMMISSION OF SOCIAL SEC., 32 F.Supp.3d. 157; ENGANNATION
v. BRANDT, 2015 WL 7078682(N.D.N.Y.2015); WEST v. UNITED STATES,
2016 WL 5375782(2016); MOCHE v. GEORGIA PACIFIC CORPORATION,
F.Supp.3d., 2015 WL 9307307(2015); IN RE: GJEADE, 535 B.R. 329
(2015); BLAKELY v. WARD, 738 F3d. 607(4th.Cir.2013). WE MOTION
FOR AN EXTENSION OF TIME TO SUBMIT BRIEF AND THE COURT RULE
ON THESE ISSUES UNDER CASE 17-7532 BEFORE ANY INFORMAL BRIEF
BE REQUIRED TO BE SUBMITTED. THE 4TH. CIRCUIT CANNOT ABSTAIN
FROM ANSWERING FEDERAL QUESTIONS OR ORDER US TO BE PARTY IN
AN ILLEGAL PROCEEDING, LAKE CARRIER ASS'N v. MacMILLIAN, 406
U.S. 498, 92 S.Ct. 1749(U.S.1972); U.S. v. $41,320 U.S. CURRENCY,
9 F.Supp.3d. 582, 2014 WL 1266240; BROWN v. U.S., 2014 WL 2871398
(DSC.2014); 1997 WL 10291 U.S.(APPELLATE BRIEF) BRIEF OF U.S.
SENATORS ORIN G. HATCH, STROM THURMONG ET. AL., FORRESTER v.
WHITE, 484 U.S. 219, 108 S.Ct. 538(U.S.1988); PULLIAM v. ALLEN,
466 U.S. 522, 536-543, 104 S.Ct. 1970, 1977-1982, 80 L.Ed.2d.
565(1984); BACCUS v. MARCHANT, 2014 WL 1330984(DSC.2014); EX

PARTE VIRGINIA, 100 U.S. 339, 348-349, 25 L.Ed. 676(1880).

LETS GO FURTHER. I WANT YOU TO LOOK AT THE APPEAL UNDER CASES 17-7186, 17-6960 AND 17-7532. WHAT'S THE DIFFERENCE IN THESE (3) APPEALS BESIDES THE 4TH. CIRCUIT JUDGES IN ACTS OF FRAUD USING ASHLEY BROWNLEE AS PROXY TO BLOCK THE (70) PAGE DOCUMENT DATED OCTOBER 5, 2017 AND CONSPIRING TO MANIPULATE WILSON INTO FILLING OUT DIFFERENT FILING IN FORMA PAUPERIS DOCU- MENTS TO CIRCUMVENT RULING ON THE CONSTITUTIONALITY OF THE PLRA AND THE AEDPA? THE ANSWER,...IS NOTHING. THE STRUCTURE OF THE CASES SUB-JUDICE ARE ESSENTIALLY THE SAME. SO THEN WHAT THE HECK DO THESE CORRUPT JUDGES UNDER CASES 17-6960 AND 17-7532 DOING HAVING THESE CASES FILED AS HABEAS CORPUS AND CASE 17- 7186 IS ESSENTIALLY FILED AS A § 1983 ACTION? AND IF CASE 17- 7532 IS A HABEAS CORPUS WHICH IS WHY McFADDEN IS LISTED AS RE- SPONDENT. WHY IS IT NOT LISTED WITHIN THE RECORD UNDER CASE 17-7532 THAT THE S.C. ATTORNEY GENERAL IS MAKING AN APPEARANCE AS IN CASE 17-6960? IF THEY ARE REQUIRED TO APPEAR IN CASE 17- 6960, THEN THEY ARE REQUIRED TO APPEAR UNDER CASE 17-7532 DUE TO YOUR FRAUD. **IT IS SO ORDERED**, BY DECREE OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT.

NONETHELESS, THE ANSWER FOR CASE 17-7532 IS THE SAME FOR CASE 17-6960. THE 4TH. CIRCUIT, SINCE THEY FAILED IN THEIR ACTS OF MACHINATION IN CASE 17-6960 THEIR PLAN IS TO USE CASE 17-7532 AND THE ACTIONS DONE BY ASHLEY BROWNLEE UNDER CASE 17- 7186 TO DEFRAUD US BY FILING THE CASE(S) INCORRECTLY AND BLOCK THE FILING OF THE (70) PAGE DOCUMENT DATED OCTOBER 5, 2017 FROM BEING FILED AND CIRCUMVENT RULING ON THE CONSTITUTIONALITY OF THE PLRA BY FRAUDULENTLY MANIPULATING WILSON INTO FILLING OUT DIFFERENT FILING IN FORMA PAUPERIS DOCUMENTS TO ABSTAIN FROM RULING ON THE ISSUE. THEY NEVER EXPECTED US TO ENTER THE 4TH. CIRCUIT WITH THE DELUGE OF SUBSEQUENT CASES THAT FOLLOWED WHICH CAN NOW ACT AS A "MARKER" TO HIGHLIGHT AND PROVE THE FRAUD AND CRIMINAL INTENT CONSPIRED IN BY THE 4TH. CIRCUIT PARTIES, CLERKS, CASE MANAGERS AND JUDGES SOUGHT RECUSED IN THEIR EFFORTS TO PROTECT THE DEFENDANTS IN THESE CASES AVOID SUIT. THEY KNEW WE SOUGHT RECUSAL OF JUDGES. SUCH IS NOT WARRANTED UNDER § 2254,

BUT IT WOULD HAVE BEEN REQUIRED UNDER § 1983 AND THEY WANTED
TO CONCEAL THE MATERIAL FACT THAT THEY WERE SITTING UPON THEIR
OWN CASES IN VIOLATION OF 18 U.S.C. §§ 242 AND 1001 MAKING CASE
17-7532 ILLEGAL LIKE THE OTHERS AFOREMENTIONED. WE ARE SEEKING
REPARATIONS FOR SLAVERY AND JIM CROW AS RULER OF THE UNITED
ETHIOPIAN EMPIRE, ONE OF THE (4) GLOBAL THRONES; WE ARE SEEKING
RELIEF FOR VIOLATIONS OF ARTICLE 1 SECTION 10 AND ARTICLE IV
§ 2 OF THE U.S. CONSTITUTION; VIOLATIONS OF THE HOBBS ACT, 28
U.S.C. § 2679, THE F.S.I.A., THE C.A.T. TREATY, THE RICO ACT
AND OATH OF OFFICE AND OTHER § 1983 ISSUES WHICH COULD NOT HAVE
BEEN GRANTED UNDER § 2254. SO IN ACTS OF FRAUD UPON THE COURT
AND MACHINATION, JUST LIKE YOU DID UNDER CASE 17-6960, THEY
ESTABLISHED THE APPEAL UNDER CASE 17-7532 TO DEFRAUD US AND
PREVENT FAIR, PROPER AND FULL REVIEW OF THE ESSENTIAL ISSUES
BEFORE THE COURT BY FILING THE APPEAL, NOT JUST UNDER CASE 17-
6969, BUT ALSO UNDER CASE 17-7532 AS A § 2254 ACTION AS OPPOSED
TO A § 1983 WHILE ASHLEY BROWNLEE IN CASE 17-7186 CONSPIRED
TO BLOCK THE FILING OF THE (70) PAGE DOCUMENT DATED OCTOBER
5, 2017. WE OBJECT.

    WE OBJECT TO CASE 17-7532'S USAGE FOR ANYTHING. STAY
THESE CASES AS WE SOUGHT. IT IS SO ORDERED. THE ENTIRE CASE
UNDER BOTH CASE 17-7532 AND 17-7186, DUE TO ASHLEY BROWNLEE'S
RECENT ACTIONS INVOLVING THE 4TH. CIRCUIT JUDGES ARE CORRUPTED
BY FRAUD UPON THE COURT AND THE CASES STAND IN EGREGIOUS VIOLA-
TION OF 18 U.S.C. §§ 242 AND 1001 PRODUCED TO CONCEAL THE MATER-
IAL FACT THAT THE KING-KHALIFAH AND JASON M. GOURDINE DID NOT
ENTER THE U.S. DISTRICT COURT UNDER § 2254 AND BROWNLEE, ACTING
AS PROXY FOR THESE JUDGES IS BLOCKING THE FILING OF THE (70)
PAGE DOCUMENT DATED OCTOBER 5, 2017 AND TRYING TO MANIPULATE
WILSON INTO FILLING OUT DIFFERENT IN FORMA PAUPERIS DOCUMENTS
TO CIRCUMVENT OR ABSTAIN RULING ON FEDERAL QUESTION. THE CASE
SUB-JUDICE UNDER 17-7532 WAS ENTERED IN THE DISTRICT COURT PUR-
SUANT TO WRIT OF ERROR WHICH BY THE MANDATES OF THE ALL WRITS
ACT OF 28 U.S.C. § 1651 MUST BE HEARD UNDER § 1983 NOT § 2254,
CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY TO DENY US THE
EQUAL PROTECTION OF THE LAWS FOR PROTECTORATE PURPOSES AND BEHIND
RELIGIOUS AND RACIAL HATRED, PAUL ADAMS V. CALIFORNIA INSTITUTION

, 2016 WL 6464444; DONATONI v. DEPARTMENT OF HOMELAND SECURITY,
--F.Supp.3d.--, 2016 WL 1755871; U.S. v. HARE, 820 F3d. 93 (4th.
Cir.2016). THIS VOIDS BOTH CASE(S) 17-7532 AND 17-7186'S JURIS-
DICTION FOR FRAUD UPON THE COURT AND DUE PROCESS VIOLATION PLA-
CING YOU IN FORFEITURE FOR ALL RELIEF SOUGHT. IT IS SO ORDERED,
WHITE v. MANIS, 2014 WL 1513280(DSC.2014); U.S. v. ALEDEKCHA,
2010 WL 4054267(D.C.Md.2010); HUNT v. U.S., F.Supp.2d., 2007
WL 5131716(DSC.2007).


          ONCE THE U.S. DISTRICT COURT JUDGES, EVEN CONSPIRING
WITH PARTIES WITHIN THE 4TH. CIRCUIT, ENGAGED IN ACTS OF FRAUD
UPON THE COURT, MACHINATION, CRIMINAL CONSPIRACY AND OBSTRUCTION
OF JUSTICE, VIOLATIONS OF THEIR OATH OF OFFICE, VIOLATIONS OF
ARTICLE III SECTIONS 1 AND 2 OF THE U.S. CONST., VIOLATIONS
OF THE RICO ACT, THE C.A.T. TREATY, THE FOREIGN SOVEREIGN IM-
MUNITY ACT, THE A.D.A. AND OTHER PROVISIONS OF LAW CITED, BY
ESTABLISHING CASES IN A MANNER THAT WE DID NOT ORIGINALLY FILE
THEM, ALTERING OUR INTENDED PROCEEDINGS, SITTING UPON CASES
TO WHICH THEY ARE DEFENDANTS OR TO WHICH THE POTENTIAL FOR BIAS
RISES TO AN UNCONSTITUTIONAL LEVEL IN VIOLATION OF U.S. SUPREME
COURT PRECEDENT, SPOLIATING WRITS OF ERROR, PROPERTY AND EVIDENCE
ALSO TO PREVENT OUR RIGHT TO TIMELY REINSTATE CASE 4:16-cv-2939,
3101-3107-MBS-TER WITHIN (10) DAYS OF ORDER, CONSPIRING WITH
THE S.C. ATTORNEY GENERAL AND THE S.C. DEPT. OF CORRECTIONS
TO NOT PICK UP AND TRANSPORT THE KING-KHALIFAH AND ANTHONY COOK
TO THE STATE PROCEEDINGS UNDER CASE 2013-CP-400-0084 FOR THE
PURPOSE OF OBTAINING FRAUDULENT PROTECTIVE ORDERS SO THEY CAN
MAKE USE OF THEM WITHIN THESE FEDERAL PROCEEDINGS, INSTRUCTING
ASHLEY BROWNLEE TO OBSTRUCT FILING OF THE (70) PAGE DOCUMENT
DATED OCTOBER 5, 2017 IN CASE 17-7186 AND ATTEMPTING TO MANIPU-
LATE HIM INTO FILLING OUT DIFFERENT FILING IN FORMA PAUPERIS
DOCUMENTS TO CIRCUMVENT RULING ON ESSENTIAL ISSUES AND GET AROUND
THE STRUCTURAL ERROR THAT EXIST BY USE OF PLRA, JENNIFER RICE
CONSPIRING TO ATTACH A RULE 40(d) NOTICE TO ILLEGAL PROCEEDINGS
UNDER CASES 16-1953 AND 16-2141, INSTRUCTING S.C.D.C. IN PHYSICAL
ATTACKS UPON US, DESTROYING PROPERTY NEEDED TO ACCESS THE COURTS
AND TELLING S.C.D.C. NOT TO MAKE COPIES OF EVIDENCE AND LEGAL
DOCUMENTS OR DENY INJUNCTIONS TO PREVENT THIS EVIDENCE AND DOCU-

MENTS SUBMISSION SO THE FEDERAL COURTS COULD PRODUCE FRAUDULENT
REPORTS, ORDERS, RECOMMENDATIONS OR DETERMINATIONS, IN VIOLATION
OF 18 U.S.C. §§ 242 AND 1001 AS WELL AS IN VIOLATION OF THE
HOBBS ACT. THE PROCEEDINGS IN THEIR TOTALITY BECAME IRREGULAR
AND INVALID WARRANTING THE WRIT OF ERROR. WHERE CIVIL DISABILITY
IN THIS CASE EXIST SUCH AS THE ILLEGAL DEPRIVING OF PARENTAL
RIGHTS OF A FOREIGN SOVEREIGN KING-KHALIFAH, WHERE ALL COURTS
WERE REPEATEDLY TOLD THAT I, JAHJAH AL MAHDI, THE KING-KHALIFAH
DENOUNCE HIS AMERICAN CITIZENSHIP AND ADOPT THE CITIZENSHIP
OF HIS ISRAELI FOREFATHER KING DAVID OF THE SOLE CORPORATION
AS THE FIDUCIARY HEIR TO THE THRONE OF ISRAEL AND THE OTHER
(3) GLOBAL THRONES, THE DEPRIVING OF SOVEREIGN RIGHTS IN VIOLA-
TION OF THE F.S.I.A. DECLARED BY DECLARATION OF INDEPENDENCE
FILED IN CASE 2013-CP-400-0084, TO INCLUDE THE ESTABLISHING
BEFORE THE COURT THE BENEFICIARY RIGHTS WHERE THEY IMPAIRED
THE OBLIGATION OF THE "CONTRACT", "COVENANT", "COMPACT" IN VIOLA-
TION OF ARTICLE 1 SECTION 10 OF THE U.S. CONST., VIOLATING RIGHTS
ESTABLISHED UNDER THE PRIVILEGE AND IMMUNITIES CLAUSE OF ARTICLE
IV § 2, AS WELL AS THE ILLEGAL ARRESTING AND OR ATTACHING AND
OR EXECUTING OF OUR INTELLECTUAL PROPERTY IN VIOLATION OF THE
RESTRICTIONS ESTABLISHED BY THE "GRANT", "CONTRACT" IN THE FORM
OF THE RIGHT TO LEGALLY MARRY YOUR NATIONS GAVE THESE SODOMITES
AND GOMORRAHRITES AS IS ARGUED IN CASE 16-2299 EFFECTING INTER-
STATE COMMERCE IN VIOLATION OF THE HOBBS ACT; ALL ESTABLISHED
BY CONTRACT, DEFAULT AND COLLATERAL ESTOPPEL EMERGING FROM CASE
2013-CP-400-0084; AND WHERE THE KING-KHALIFAH'S CONVICTION WAS
OBTAINED BY FUNDAMENTAL STRUCTURAL ERROR, TO INCLUDE THE SUPPRES-
SION OF EVIDENCE OF ACTUAL INNOCENCE AND THE CONSPIRING STATE
AND FEDERAL ACTORS ATTACKED THE BENEFICIARY PLAINTIFFS IN THE
PARALLEL AND RELATED CASES DUE PROCESS MATTERS IN RETALIATION
BECAUSE THEY SOUGHT TO AID HIM SEEK REDRESS FOR CONSTITUTIONALLY
PROTECTED RIGHTS IN VIOLATION OF PLUIPA AND 42 U.S.C. §§ 2000,
12203(a)(b), 1985(2), 1985(3) AND 1986. WRIT OF ERROR WAS THE
APPROPRIATE VEHICLE TO FILE NOT JUST UNDER CASE 8:14-cv-3555-
RBH-JDA, BUT ALSO UNDER 9:17-cv-01803-TMC OR ANY OTHER RELATED
CASE WHERE THESE ISSUES COULD COULD NOT POSSIBLY BEEN HEARD
UNDER § 2254. THE HOLDINGS MADE IN ROSS-V.-BLAKE, 136 S.Ct.
1850(2016) ATTACH AND APPLY TO THE STATE COURTS AND THE S.C.

DISTRICT COURT JUDGES AS WELL WHERE THEY COMMIT
ACTS OF FRAUD, MACHINATION AND MISREPRESENTATION, IT CREATES
A SITUATION WHERE THERE ARE NO AVAILABLE REMEDIES. ARTICLE III
DYNAMICS EXIST IN THESE CASES WARRANTING THE FILING OF THE WRIT
OF ERROR THAT WAS SUBMITTED BEFORE THE DISTRICT COURT, NOT MERELY
§ 2254 WHICH WAS ATTACHED DUE TO THE CONVICTIONS ALREADY BEING
INVALIDATED BY THE FALSE IMPRISONMENT TORT WHICH IS CASE 2013-
CP-400-0084. THE WRIT OF ERROR IS THE APPROPRIATE VEHICLE TO
USE UNDER THESE CIRCUMSTANCES WHERE NEITHER THE KING-KHALIFAH
NOR JASON GOURDINE ENTERED THE FEDERAL DISTRICT COURT PURSUANT
TO 28 U.S.C. § 2254, BUT ENTERED THE COURT UNDER THE ALL WRITS
ACT OF 28 U.S.C. § 1651, WRIT OF ERROR, WHICH WAS TO BE ADJUDI-
CATED UNDER § 1983. THEREFORE, DUE TO THIS CONTINUAL FRAUD UPON
THE COURT CONSPIRED IN BY ALL PARTIES CASE 17-7532 CANNOT PROCEED
AS CONSTRUCTED UNTIL IT BE ACKNOWLEDGED IN THE SAME FASHION
AS THE COURT DID UNDER CASE 17-7186, THAT WRIT OF ERROR IS FILED,
AND REMAND TO CORRECT THE FRAUD. CASE 17-7186 CANNOT PROCEED
UNTIL THE COURT ACCEPTS THE PLRA FILING IN FORMA PAUPERIS DOCU-
MENTS WE SENT THEM FOR THAT CASE, STOP BLOCKING THE (70) PAGE
DOCUMENT DATED OCTOBER 5, 2017 SUBMISSION AS THE INFORMAL BRIEF
IN CASE 17-7186 AND RULE ON THE CONSTITUTIONALITY OF THE PLRA
AND THE AEDPA, STOP THE FRAUD!!! I, WE, MOTION FOR DECLARATORY
JUDGMENT, UNITED STATES v. DENEDO, 556 U.S. 904, 129 S.Ct. 2213,
173 L.Ed.2d. 1235(U.S.2009); UNITED STATES v. APPLE MAC PRO
COMPUTER, --F3d.--, 2017 WL 1046105 (3rd.Cir.2017); UNITED STATES
v. GREGORY HOLT AKA ABDUL MAALIK MUHAMMAD, 2017 WL 1181509(W.D.
La.2017); STERN v. UNITED STATES, 2016 WL 6986704(N.C.2016);
CLARKE v. UNITED STATES, 2017 WL 390294(N.C.2017); IN RE: BARTLEY
2016 WL 6068862(4th.Cir.2016).

INSOMUCH, THE OATH OF OFFICE IS A QUID PRO QUO CONTRACT
UNDER U.S. CONST. ARTICLE 6 Cl. 2 AND 3, DAVIS v. LAWYERS SURETY
CORPORATION, 459 S.W.2d. 655, 657 Tex. App., IN WHICH CLERKS,
OFFICIALS AND OFFICERS OF THE GOVERNMENT PLEDGE TO PERFORM,
SUPPORT AND UPHOLD THE UNITED STATES AND STATES CONSTITUTIONS
WITH ITS MANDATES IN RETURN FOR SUBSTANCES SUCH AS WAGES, PERKS
AND BENEFITS. THE UNITED STATES SUPREME COURT HAS HELD THAT
NO STATE, NOR LEGISLATOR, NOR EXECUTIVE, NOR JUDGE CAN EVER

WAR AGAINST THE CONSTITUTION WITHOUT VIOLATING THEIR OATH
TO SUPPORT IT WHICH IS THE HEART OF THEIR OATH OF OFFICE, COOPER
V. AARON, 358 U.S. 1, 78 S.Ct. 1401(1958); IN RE: NEELY, 390
P.3d. 728, 2017 WY. 25.

ANY JUDGE, CASE MANAGER, CLERK OR OTHER STATE AND OR
FEDERAL OFFICIAL WHO DOES NOT COMPLY WITH HIS OATH OF OFFICE
REGARDING THE CONSTITUTION OF THE UNITED STATES WARS AGAINST
THAT CONSTITUTION AND ENGAGES IN A FORM OF TREASONOUS ACTS IN
VIOLATION OF THE SUPREME LAW OF THE LAND, AND IN THIS CASE IN
VIOLATION OF THE SUPERSEDING AUTHORITY OF THE KING-KHALIFAH.
IF A JUDGE OR CASE MANAGER OR CLERK DOES NOT FULLY COMPLY WITH
THE CONSTITUTION THEN HIS ORDERS AND OR THEIR ACTS ARE VOID,
THEY ARE WITHOUT JURISDICTION AND SUCH A PERSON ENGAGES IN ACTS
OF TREASON AGAINST THE CONSTITUTION ITSELF. PROPONENTS ARE SUB-
JECTED TO PENALTIES AND REMEDIES FOR BREACH OF CONTRACT, CON-
SPIRACY UNDER 18 U.S.C. §§ 241, 242 AND IN THIS CASE 1001, AS
WELL AS TREASON AGAINST THE CONSTITUTION AND VIOLATIONS OF ARTI-
CLE III SECTIONS TO INCLUDE THIS OUTRAGEOUS FRAUD, AUERBOCK
V. SAMUELS, 10 UTAH.2d., 152, 349 P.2d. 1112, 1114; ALLEGHANY
CORP. V. KIRBY, D.C.N.Y. 218 F.Supp. 164, 183; KEETON PACKING
CO. V. STATE, 437 S.W. 20, 28.

REFUSING TO LIVE BY YOUR OATHS OF OFFICE PLACES ALL CON-
SPIRING PARTIES IN DIRECT VIOLATION OF YOUR OATHS IN EVERY CASE.
VIOLATING YOUR OATHS OF OFFICE IS NOT JUST CAUSE FOR IMMEDIATE
DISMISSAL AND REMOVAL FROM OFFICE, IT IS A FEDERAL CRIME....
FEDERAL LAW REGULATING OATH OF OFFICE BY GOVERNMENT OFFICIALS
IS DIVIDED INTO (4) PARTS ALONG WITH AN EXECUTIVE ORDER WHICH
FURTHER DEFINES THE LAW FOR PURPOSES OF ENFORCEMENT, 5 U.S.C.
§ 3331, PROVIDES THE TEXT OF THE ACTUAL OATH OF OFFICE MEMBERS
OF CONGRESS ARE REQUIRED TO TAKE BEFORE ASSUMING OFFICE. 5 U.S.C.
§ 3333 REQUIRES MEMBERS OF CONGRESS SIGN AN AFFIDAVIT TO DEMON-
STRATE THAT THEY HAVE TAKEN THE OATH OF OFFICE REQUIRED BY 5
U.S.C. § 3331 AND HAVE NOT OR WILL NOT VIOLATE THAT OATH OF
OFFICE DURING THEIR TENURE OF OFFICE AS DEFINED BY THE 3rd.
PART OF THE LAW, 5 U.S.C. § 7311 WHICH EXPLICITLY MAKES IT A
FEDERAL CRIMINAL OFFENSE FOR VIOLATIONS OF THEIR OATH OF OFFICE

WHICH THERE ARE SIMILAR PROVISIONS FOR STATE OFFICIALS, SUCH AS
CLERKS, CASE MANAGERS AND EVEN FOR STATE OFFICIALS. FOR ANYONE
EMPLOYED WITHIN THE UNITED STATES GOVERNMENT, INCLUDING MEMBERS
OF CONGRESS TO ADVOCATE THE OVERTHROW OR VIOLATE THE U.S. CONSTI-
TUTION IN THE MANNER THAT OCCURRED WITHIN THESE CASES 18 U.S.C.
§ 1918 PROVIDES PENALTIES FOR VIOLATIONS OF "OATH OF OFFICE"
DESCRIBED IN 5 U.S.C. § 7311. WHENEVER A JUDGE OR CASE MANAGER
OR CLERK ACTS WHERE HE OR SHE DOES NOT HAVE JURISDICTION TO
ACT, THE JUDGE OR CASE MANAGER OR CLERK ENGAGES IN ACT OR ACTS
OF TREASON, ESPECIALLY AGAINST THE CONSTITUTION, UNITED STATES
V. WILL, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d. 392,
406(1980); COHEN V. VIRGINIA, 19 U.S. (6 WHEAT) 264, 404, 5
L.Ed. 257(1821).

WHEN IT COMES TO THE S.C. ATTORNEY GENERAL AND OR FEDERAL
ATTORNEYS REQUIREMENT TO RESPOND TO THE PLEADINGS SINCE THEY
APPEARED IN CASE 2013-CP-400-0084 REMOVED TO THESE FEDERAL CASES.
THE UNITED STATES SUPREME COURT IN SCHEUER V. RHOADES, 416 U.S.
232, 94 S.Ct. 1683(1974) ADJUDICATED THAT "WHEN A STATE OFFICER
ACTS UNDER A STATE LAW IN A MANNER VIOLATIVE OF THE FEDERAL
CONSTITUTION, HE COMES INTO CONFLICT WITH THE SUPERIOR AUTHORITY
OF THAT CONSTITUTION, AND HE IS IN THAT CASE STRIPPED OF HIS
OFFICIAL OR REPRESENTATIVE CHARACTER AND IS SUBJECT IN HIS PERSON
TO THE CONSEQUENCES OF HIS INDIVIDUAL CONDUCT. THE STATE HAS
NO POWER TO IMPART TO HIM ANY IMMUNITY FROM RESPONSIBILITY TO
THE SUPREME AUTHORITY OF THE UNITED STATES AND IN THIS CASE,
TO THE SUPERSEDING ATTORNEY, JUDICIAL AND LEGISLATIVE POWER
AND AUTHORITY OF THE KING-KHALIFAH OF THE (4) GLOBAL THRONES.
BY LAW A JUDGE IS A STATE OFFICER AND OR FEDERAL EMPLOYEE. THE
JUDGE THEN ACTS NOT AS A JUDGE BUT AS A PRIVATE INDIVIDUAL.

THERE IS TRUSTEE OVER THESE CASES AND THE KING-KHALIFAH'S
DECREES SUPERSEDE ALL. UNDER FEDERAL LAW WHICH IS APPLICABLE
TO ALL STATES, THAT IF A COURT OR PARTIES IS "WITHOUT AUTHORITY,
ITS JUDGMENTS OR ACTS OR ORDERS ARE REGARDED AS NULLITIES. THEY
ARE NOT VOIDABLE, BUT SIMPLY VOID, AND FORM NO BAR TO A RECOVERY
SOUGHT, EVEN PRIOR TO A REVERSAL IN OPPOSITION TO THEM. THEY
CONSTITUTE NO JUSTIFICATION, AND ALL PERSONS CONCERNED IN EXECU-

TING SUCH ACTS, JUDGMENTS, OR SENTENCES ARE CONSIDERED, IN LAW, AS TRESPASSERS". YOU CAN'T ATTACH A RULE 40(d) NOTICE TO CASES 16-1953 OR 16-2141 AND ASHLEY BROWNLEE CAN'T BLOCK THE PLRA FILING IN FORMA PAUPERIS DOCUMENTS OR THE (70) PAGE DOCUMENT DATED OCTOBER 5, 2017 FROM BEING FILED IN CASE 17-7186, ELLIOTT v. PIERSOL, 1 PET. 328, 340, 26 U.S. 328, 340(1828).

WHEN JUDGES, CLERKS OR CASE MANAGERS ACT WHEN THEY DO NOT HAVE JURISDICTION TO ACT, OR THEY ENFORCE A VOID ORDER OR ACT (AN ORDER ISSUED BY JUDGES WITHOUT JURISDICTION) THEY BECOME TRESPASSERS OF THE LAW, AND ARE ENGAGED IN ACTS OF TREASON SET AGAINST THEIR OATHS AND THE CONSTITUTION. THE COURT IN YATES v. VILLAGE OF HOFFMAN ESTATES, ILLINOIS, 209 F.Supp. 757(N.D.Ill. 1962) HELD THAT "NOT EVERY ACTION BY A JUDGE OR A CLERK OR A CASE MANAGER IS AN EXERCISE OF THEIR SPECIFIC FUNCTION...IT IS NOT A JUDICIAL, CLERICAL OR CASE MANAGER FUNCTION FOR THEM TO COMMIT AN INTERNATIONAL TORT EVEN THOUGH THE TORT OCCURS IN THE COURTHOUSE". WHEN A JUDGE OR OFFICIAL ACTS AS A TRESPASSER OF THE LAW OR HIS OATH OF OFFICE, WHEN THE JUDGE OR OFFICIAL DOES NOT FOLLOW THE LAW OR HIS OATH OF OFFICE, THE JUDGE AND OR OFFICIAL IS SUBJECT TO DISMISSAL, CRIMINAL PENALTIES AND LOSES SUBJECT MATTER JURISDICTION AND THE OFFICIAL'S ACTS AND THE JUDGE'S ORDERS ARE VOID AND ARE OF NO LEGAL FORCE OR EFFECT.

ALL ACTS ARE ILLEGAL AND VOID, WHERE IN CONFLICT WITH THE U.S. CONSTITUTION. NO PERSON SHALL BE DEPRIVED OF LIFE, LIBERTY OR PROPERTY, WHICH INCLUDE INTELLECTUAL PROPERTY, WITHOUT DUE PROCESS LAW, NOR SHALL HE BE ADJUDICATED OF OR TRIED FOR ANY OFFENSE BY AN EX POST FACTO LAW WHERE EX POST FACTO LAW SHALL BE PASSED AND ALL SAID RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES ARE INVIOLATE AND WOULD VIOLATE THE EQUAL PROTECTION OF THE LAWS CLAUSE, R.A.M. OF SOUTH FLORIDA, INC. v. W.C.I. COMMUNICATORS, INC., 869 SO.2d. 1210, 29 FLA. L. WEEKLY D. 761.

CONSTRUCTIVE FRAUD IS BREACH OF LEGAL OR EQUITABLE DUTY WHICH, IRRESPECTIVE OF MORAL GUILT, IS DECLARED BY LAW TO BE FRAUDULENT BECAUSE OF ITS TENDENCY TO DECEIVE OTHERS OR VIOLATE CONFIDENCE, DAVES v. LAWYERS SUR. CORP., 459 S.W.2d. 655(1970);

CORDIAL v. ERNST & YOUNG, 199 W.Va. 119, 483 S.E.2d. 248(1996).

FORCED BREACH OF FIDUCIARY DUTY BY FRAUD TO BREACH CONTRACT IS PUNITIVE IN NATURE BY THESE CONSPIRING PARTIES. THE FIDUCIARY SOVEREIGN POWER HAS PARAMOUNT RIGHT TO PROTECT THE LIVES, HEALTH, MORALS, COMFORT AND GENERAL WELFARE OF HIS HOLY COMMONWEALTH WHO ARE BENEFICIARIES OF THE "TRUST", EDEN v. GOODYEAR TIRE & RUBBER CO., 858 F2d. 198(4th.Cir.1988); CURTIS v. CAFE ENTERPRISES INC., 2016 WL 6916786(N.C.2016); HOME BLDG & LOAN ASS'N v. BLAISDELL, 290 U.S. 398, 54 S.Ct. 231, 88 A.L.R. 1481, 78 L.Ed. 413(U.S.1934); ELLIOTT v. BOARD OF SCHOOLS TRUSTEE OF MADISON CONSOLIDATED SCHOOLS, --F3d.--, 2017 WL 5988226(7th. Cir.2017); NORTH CAROLINA ASS'N OF EDUCATORS, INC. v. STATE, 368 N.C. 777, 786 S.E.2d. 255(N.C.2016).

THE LAW DICTATES THAT FRAUD DESTROYS THE VALIDITY OF EVERYTHING IT ENTERS INCLUDING THE ACTS OF ASHLEY BROWNLEE AND JENNIFER RICE ACTING AS PROXY FOR THE JUDGES. IT FATALLY EFFECTS EVEN THE MOST SOLEMN ACTS OR JUDGMENTS AND DECREES. LABEO DEFINES FRAUD TO BE ANY CUNNING DECEPTION OR ARTICLE USED TO CIRCUMVENT OR DECEIVE ANOTHER, MR. WELLS, IN HIS VERY WORK ON RES JUDICATA SAYS, SEC. 499, "FRAUD VITIATES EVERYTHING", NUDD v. BURROWS, 91 U.S. 667-683(1875); U.S. v. THROCKMORTON, 98 U.S. 61-71(1871); 24 SENATORIAL DIST. REPUBLICAN COMMITTEE v. ALCORN, 820 F3d. 624(4th.Cir.2016).

JURISDICTION UNDER CASE 17-7532 AS IS 17-7186 IS VOID FOR DUE PROCESS VIOLATION, FRAUD AND STRUCTURAL ERRORS. THESE STRUCTURAL ERRORS DEFIES ANALYSIS BY HARMLESS ERROR DOCTRINE ESPECIALLY SINCE THERE IS TRUSTEE APPOINTED, WEAVER v. MASSACHUSETTS, 137 S.Ct. 1899, 198 L.Ed.2d. 420, 85 U.S.L.W. 4433(U.S. 2017); PIRELA v. HORN, --Fed. Appx'--, 2017 WL 4176224(3rd.Cir. 2017); GARCIA FINANCIAL GROUP v. VIRGINIA ACCELERATORS CORP., 3 Fed. Appx' 86, 2001 WL 117497(4th.Cir.2001) WHICH CAN BE RAISED AT ANY TIME TO VOID ALL ORDERS AND STOP THIS ARBITRARY JUDICIAL, CLERICAL OR OTHERWISE ACTIONS ISSUED AND OR DONE IN BOTH CASE 17-7532 AND 17-7186, BOARD OF TRUSTEES OF INTERNATIONAL UNION OPERATING ENGINEERS, 2016 WL 1253285; WELLS FARGO BANK N.A.

V. FARAG, 2016 WL 2944561(2016).

SINCE THERE WAS NO RULING ON THE CONSTITUTIONALITY OF
THE PLRA AND THE AEDPA AS THEY RELATE TO EX-PARTE VIRGINIA,
100 U.S. 339, 348-349, 25 L.Ed. 676(1880) AND THE SLAUGHTER
HOUSE CASES, 83 U.S. (16 WALL) 36, 1873 AND INSTEAD THE 4TH.
CIRCUIT CHOSE FRAUD UNDER CASE 17-7186 TO MANIPULATE WILSON
INTO FILLING OUT FILING IN FORMA PAUPERIS DOCUMENTS USED PRIOR
TO THE CLINTON ADMINISTRATION'S OMNIBUS CRIME BILL TO CIRCUMVENT
RULING. THE 4TH. CIRCUIT AND PARTIES VIA SANCTIONS SOUGHT AND
GRANTED BY DECREE OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC
COURT MUST BE DEEMED IN FORFEITURE. ACTS OF CONGRESS OR THE
COURTS THAT ARE REPUGNANT TO THE U.S. CONSTITUTION CANNOT BECOME
LAW OR STAND AS LAW. THE CONSTITUTION IS SUPREME TO ANY ACT
OF THE COURTS OR LEGISLATURE, EVANCHO v. PINE-RICHLAND SCHOOL
DISTRICT, 237 F.Supp.3d 267(W.D.Pa.2017); TAYLOR v. U.S., 136
S.Ct. 2074, 195 L.Ed.2d. 456, 84 U.S.L.W. 4462(U.S.2016).

INSOMUCH, YOUR ACTIONS IN HANDLING THESE MATTERS VIOLATE
THE CONTRACT, THE GRANT GIVEN TO YOUR NATIONS BY THE SOLE CORPOR-
ATION IMPAIRING THE OBLIGATION OF THE CONTRACT IN VIOLATION
OF THE PRIVILEGE AND IMMUNITIES CLAUSE OF ARTICLE IV § 2 AND
ARTICLE 1 SECTION 10 OF THE U.S. CONSTITUTION ESTABLISHING CAUSE
BEFORE ALL COURTS ALLOWING ME TO INTERVENE AND CORRECT YOUR
FRAUD, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE, PRESAULT
v. I.C.C., 494 U.S. 1, 110 S.Ct. 914, 108 L.Ed.2d. 1 (U.S.1990);
BROWN v. BROWN, F.Supp.2d., 2013 WL 2338233(D.C.Ky.2013); HARRIS
v. HHGREGG INC., F.Supp.2d., 2013 WL 1331166(N.C.2013); AMERICAN
MUT. LIBERTY INS. CO. v. PLYWOOD-PLASTICS CORP., 81 F.Supp.
157(DSC.1948); OBARAH v. NEW YORK DEPT. OF EDUC., F.Supp.3d.,
2015 WL 4240733(N.Y.D.C.2015); GORDON v. TBC RETAIL GROUP, INC.,
F.Supp.3d., 2016 WL 4247738(DSC.2016).

THE LAW AS DETERMINED BY THE U.S. SUPREME COURT IS CLEAR
AND UNAMBIGUOUS ON ISSUES SUCH AS THE ONES BEING ARGUED WITHIN
THESE CASES. IF A RULING, AND WE CAN ADD THE ACTS OF THE CLERKS
AND CASE MANAGERS JENNIFER RICE AND ASHLEY BROWNLEE, HAS BEEN
OBTAINED UNDER AN UNCONSTITUTIONAL STATUTE AND OR LEGISLATIVE

PROVISION AND OR INTERPRETATION OF LAW AND OR ACT, WHICH INCLUDE
FRAUD. THE LAW EXPLAINED IF THIS POSITION IS WELL TAKEN, WHICH
IT IS, IT EFFECTS THE "FOUNDATION" OF THE "WHOLE"(EMPHASIS ADDED)
PROCEEDING. AN UNCONSTITUTIONAL LAW OR ACT OR JUDICIAL DETERMINA-
TION IS VOID AND IS AS IF THERE WERE NO ACT, OR DETERMINATION
MADE OR DONE AT ALL, BEING A STRUCTURAL CONSTITUTIONAL ERROR
NOT SUBJECT TO THE HARMLESS ERROR DOCTRINE. THE GENERAL RULE
IS THAT AN UNCONSTITUTIONAL STATUTE AND OR ACT AND OR LEGISLATIVE
PROVISION OF LAW, THOUGH HAVING THE FORM AND NAME OF LAW, IT
IS IN REALITY NO LAW BY SUCH ACTS, BUT IS WHOLLY VOID AND INEF-
FECTIVE FOR ANY PURPOSE, WHICH INCLUDE ATTACHING A RULE 40(d)
NOTICE TO IT BY RICE IN CASES 16-1953 AND 16-2141 OR BROWLEE
SENDING FRAUDULENT FILING IN FORMA PAUPERIS DOCUMENTS AND BLOCK-
ING THE FILING OF THE (70) PAGE DOCUMENT DATED OCTOBER 5, 2017
IN CASE #7-7186 OR THIS CASE GOING FORWARD UNDER #7-7532, SINCE
ITS UNCONSTITUTIONALITY DATES FROM THE DATE OF ITS ENACTMENT
AND OR WHEN THE ACT WAS DONE....IN LEGAL CONTEMPLATION, IT IS
INOPERATIVE AS IF IT HAD NEVER BEEN PASSED OR DONE....SINCE
AN UNCONSTITUTIONAL LAW AND OR ACT IS VOID, THE GENERAL PRINCIPLE
FOLLOWS THAT IT IMPOSES NO DUTY (CLERKS OR CASE MANAGERS ACTING
AS PROXY FOR THESE JUDGES CANNOT BLOCK OUR FILINGS OR ATTACH
TO THEM), CONFERS NO RIGHTS, CREATES NO OFFICE (JUDICIAL, CLERI-
CAL, CASE MANAGERS), BESTOWS NO POWER (NONE OF YOU HAVE JURISDIC-
TION INCLUDING THE CLERKS AND CASE MANAGERS TO DO WHAT THEY'VE
DONE.) OR AUTHORITY ON ANY PERSON (EMPHASIS ADDED), AFFORDS
NO PROTECTION (YOU ARE NOT IMMUNE ONCE WE'VE NOTIFIED YOU OF
THE WRONGS, AND YOU FAIL TO CORRECT OR CONTINUE IN THEM.), AND
JUSTIFIES NO ACTS PERFORMED UNDER IT (DONE BY JENNIFER RICE
AND ASHLEY BROWNLEE ACTING AS PROXY FOR THESE JUDGES IN FRAUD
AS WELL AS THE PLRA AND STATE v. GENTRY ISSUES.)....A VOID ACT
CANNOT BE LEGALLY CONSISTENT WITH A VALID ONE. AN UNCONSTITU-
TIONAL LAW CANNOT OPERATE TO SUPERSEDE ANY EXISTING LAW (THIS
MEANS THE LAW ESTABLISHED BEFORE THESE PROVISIONS OF LAW WERE
ENACTED MUST NOW STAND ALLOWING US TO JOINTLY FILED, SEEK CLASS
ACTION, ETC.). INDEED INSOFAR AS A STATUTE AND OR LEGISLATIVE
PROVISION AND OR ACT RUN COUNTER TO THE FUNDAMENTAL LAW OF THE
OF THE LAND (THE U.S. CONSTITUTION, EX PARTE VIRGINIA, SCHWARE,
McBURNEY, INDICTMENTS ARE TO BE ADJUDICATED UNDER THE DUE PROCESS

NO ONE IS BOUND TO OBEY FRAUD OR AN UNCONSTITUTIONAL LAW AND
NO COURTS ARE BOUND TO ENFORCE IT. ALL LAWS, RULES (LIKE THE
RULE 40(d) NOTICE FILED BY RICE), STATUTES (THE PLRA AND THE
AEDPA) AND PRACTICES (LIKE THE JUDGES USING THESE CLERKS AND
CASE MANAGERS TO BLOCK FILING OF DOCUMENTS, STEALING INTELLECTUAL
PROPERTY IN VIOLATION OF THE HOBBS AND THE EXPROPRIATION EXCEP-
TION TO THE F.S.I.A.), WHICH ARE REPUGNANT TO THE CONSTITUTION
ARE "NULL" AND "VOID", MARBURY v. MADISON, 5TH. U.S. (2 CRANCH)
137, 180; VINES v. UNITED STATES, 28 F3d. 1123 CRIM. LAW 1163(1),
1165(1); ROBINSON v. ARMONIO, 27 F3d. 877 REHEARING DENIED CERT.
GRANTED VACATED 115 S.Ct. 1247, 513 U.S. 1186, 131 L.Ed.2d.
129; LOUMIET v. UNITED STATES, 65 F.Supp.3d. 19(2014); JOHNSON
v. UNITED STATES, --S.Ct.--, 2015 WL 2473450(U.S.2015); MONTGOMERY
v. LOUISIANA, 136 S.Ct. 718, 193 L.Ed.2d. 599, 84 U.S.L.W. 4063
(U.S. 2016); GEFT OUTDOORS LLC. v. CONSOLIDATION CITY OF INDIANA-
POLISXXX, 187 F.Supp.3d. 1002, 1012, S.D.Ill.; HILL v. SNYDER,
821 F3d. 763, 765+ (6TH.Cir.MICH.); PEOPLE v. SOLO, N.E.3d.,
2017 WL 1838423(2017); 24 SENATORIAL DIST. REPUBLICAN COMMITTEE
v. ALCORN, 820 F3d. 624(4th.Cir.2016).

THE 4TH. CIRCUIT NEVER EXPECTED THE DELUGE OF PROCEEDINGS
THAT HAS NOW ENTERED INTO THE 4TH. CIRCUIT COURT WHICH NOW CREATE
EVIDENCE TO SUBSTANTIATE THE FRAUD WHEN COMPARED WITH CASE(S)
17-7186 AND 17-6960. AS FOREIGN SOVEREIGN KING-KHALIFAH, I,
JAHJAH AL MAHDI, GIVE THE 4TH. CIRCUIT COURT JUDICIAL NOTICE
AS A MATTER OF LAW LET IT BE KNOWN IN AND FOR THE RECORD. I,
AS KING-KHALIFAH, DEMAND THAT JENNIFER RICE, ASHLEY BROWNLEE,
ALL CLERKS AND CASE MANAGERS, ALL JUDGES TO PRODUCE THEIR BOND
AND OR OATH OF OFFICE AND OR WRIT OF COMMISSION THAT WOULD ALLOW
ANY CLERK, CASE MANAGER OR JUDGE TO NEGATE THE TERMS OF THE
CONTRACT ESTABLISHED BY THE SOLE CORPORATION PROTECTED UNDER
BOTH THE PRIVILEGES AND IMMUNITIES CLAUSE OF ARTICLE IV § 2
AND ARTICLE 1 SECTION 10 OF THE U.S. CONSTITUTION. FAIL TO DO
THIS THEREUPON ALL RELIEF AND DEMANDS MUST BE GRANTED NOT DENIED
ON THE COURT RECORD PRODUCING THE BOND AND OR OATH OF OFFICE
AND OR WRIT OF COMMISSION AND CITING OF LAW BEFORE CASE 17-7532
OR 17-7186 CAN BE DEEMED LEGAL DUE TO THIS FRAUD AND STRUCTURAL

ERRORS AND ALL ISSUES TO PRESERVE AS THE DUE PROCESS REQUIRED.
IT IS SO ORDERED. I, WE, WANT AND MOTION FOR DECLARATORY JUDG-
MENT. PURSUANT TO 28 U.S.C. §§ 2201, 2202. IN CASES OF ACTUAL
CONTROVERSY,...ANY COURT OF THE UNITED STATES, UPON THE FILING
OF AN APPROPRIATE PLEADING, MAY DECLARE THE RIGHT AND OTHER
LEGAL RELATIONS OF ANY INTERESTED PARTY SEEKING SUCH DECLARATION
WHETHER OR NOT FURTHER RELIEF IS OR COULD BE SOUGHT***. I, WE
MOTION FOR AN EXTENSION OF TIME TO SUBMIT BRIEF TO RESET ONCE
THESE MATTERS ARE RULED ON, ON THE COURT RECORD TO PRESERVE
ALL ISSUES FOR ANY NEEDED APPEAL BEFORE THESE CASES PROCEED
BY DUE PROCESS LAW, WILLIAM DOUGLAS BROWN AND BRENDA HARRIET
BROWN v. CSX TRANSPORTATION INC., 2017 WL 1028579(4th.Cir.2017);
ALLSTATE INSURANCE COMPANY v. INGRAHAM, 2017 WL 976301(DSC.2017);
L-3 COMMUNICATIONS CORPORATION v. SERCO INC.,--Fed. Appx'--,
2016 WL 7232118(4th.Cir.2016).

    INASMUCH, BY THIS FIASCO OF DUE PROCESS THAT YOU CALL
17-7532. YOUR JURISDICTION IS MADE VOID PURSUANT NOT TO JUST
CASE 17-6960, BUT CASE 17-7532 ALSO, TO INCLUDE ANY ORDER PRO-
DUCED OR CONTAINED THEREIN. THE RULES ARE SUSPENDED BY DECREE
OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT WHOSE POWER
AND AUTHORITY SUPERSEDES THIS COURT BINDING UPON YOU VIA CONTRACT
AND DEFAULT PROTECTED UNDER BOTH ARTICLE IV § 2 AND ARTICLE
1 SECTION 10 OF THE U.S. CONSTITUTION. BOTH CASES 17-7532 AND
17-7186 ARE ESSENTIALLY ON REMAND AND THE COURTS UNDER BOTH
CASES 17-7532 AND 17-7186 JURISDICTION IS LIMITED AND RESTRICTED
TO ADDRESSING THE FRAUD THAT ESTABLISHED THIS TRAVESTY OF PRO-
CEEDINGS, AND TO DO NOTHING EXCEPT GRANT THE RELIEF DEMANDED.
PRODUCE YOUR BOND AND OR OATH OF OFFICE AND OR WRIT OF COMMISSION
THAT DEMONSTRATE THAT YOU CAN VIOLATE THE PROVISIONS OF BOTH
ARTICLE IV § 2 AND ARTICLE 1 SECTION 10 OF THE U.S. CONSTITUTION
AND THE DECREES OF A FOREIGN SOVEREIGN KING-KHALIFAH WHO BY
HIS ORIGINAL STATUS IS SOVEREIGN WITH SUPERSEDING ATTORNEY,
JUDICIAL AND LEGISLATIVE POWERS BY CONTRACT AND DEFAULT OR STAND
DOWN!!! THE 4TH. CIRCUIT, NOR ITS CLERKS OR CASE MANAGERS ACTING
AS PROXY FOR CORRUPT JUDGES, NOR THE STATE MAY EXCLUDE A PERSON,
NAMELY, THE FOREIGN SOVEREIGN FIDUCIARY KING-KHALIFAH WITH SUPER-
SEDING ATTORNEY, JUDICIAL AND LEGISLATIVE POWER AND AUTHORITY

BY HIS ORIGINAL STATUS AS SUCH (10) THOUSAND YEARS BEFORE THIS
NATION WAS FORMED VIA THE SOLE CORPORATION STANDING UPON EX
POST FACTO LAW, TO PRACTICE LAW (LAWGIVER OF GOD) OR ANY OTHER
OCCUPATION GIVEN TO HIM BY "COVENANT", "CONTRACT" (FIDUCIARY,
KING, KHALIFAH), IN A MANNER OR FOR REASONS THAT CONTRAVENE
THE DUE PROCESS POWERS AND AUTHORITY GIVEN TO HIM OR IN A MANNER
THAT VIOLATES THE EQUAL PROTECTION OF THE LAWS WHICH IN THIS
CASE WOULD BE BEHIND RELIGIOUS AND RACIAL HATRED AND FOR PROTEC-
TORATE PURPOSES WHICH WOULD ALSO VIOLATE BOTH ARTICLE IV § 2
AND ARTICLE 1 SECTION 10 OF THE U.S. CONSTITUTION. THE SAME
WAY THIS NATION DID FOR THEM SODOMITES AND GOMORRAHRITES BY
ALLOWING THEM TO MARRY BY USE OF THE EQUAL PROTECTION OF THE
LAWS CLAUSE. THE SAME WAY WE HAVE THE LEGAL RIGHT TO UNDO IT
UNDER THE EQUAL PROTECTION OF THE LAWS CLAUSE WHERE YOU ATTACHED,
EXECUTED OR ARRESTED THE INTELLECTUAL PROPERTY OF A FOREIGN
SOVEREIGN STATE IN VIOLATION OF CONTRACT WITH OUT OUR CONSENT.
THE EQUAL PROTECTION OF THE LAWS AXE SWINGS BOTH WAYS. THE SOVE-
REIGN POWER HAS PARAMOUNT RIGHT TO PROTECT THE LIVES, HEALTH,
MORALS, COMFORT AND GENERAL WELFARE OF HIS PEOPLE AS FIDUCIARY
HEIR WHERE THEY ARE BENEFICIARIES OF THE "TRUST", ELLIOTT V.
BOARD OF SCHOOL TRUSTEES OF MADISON CONSOLIDATED SCHOOLS, --F3d.-
--, 2017 WL 5988226(7th.Cir.2017); NORTH CAROLINA ASS'N OF EDUCA-
TORS, INC. V. STATE, 368 N.C. 777, 786 S.E.2d. 255(N.C.2016);
McBURNEY V. YOUNG, 569 U.S. 221, 133 S.Ct. 1709, 185 L.Ed.2d.
758(U.S.2013); SCHOENEFELD V. SCHNEIDERMAN, 821 F3d. 273 (2nd.
Cir.2016); SCHWARE V. BOARD OF EXAM. OF STATE OF N.M., 353 U.S.
232, 72 S.Ct. 752, 64 A.L.R.2d. 288, 1 L.Ed.2d. 796(U.S.1957);
TRUSTEES OF DARTHMOUTH COLLEGE V. WOODWARD, 17 U.S. 518, 1819
WL 2201; FIFTH THIRD BANCORP V. DUDENHOEFFER, 132 S.Ct. 2459,
189 L.Ed.2d. 457, 82 U.S.L.W. 4578(U.S.2014); FACIRE V. SULLIVAN,
2017 WL 3710066(D.C.Nev.2017); VIRGINIA BOARD OF MEDICINE V.
ZACKRISON, 67 Va. App. 461, 796 S.E.2d. 866(2017); DOE V. ROGERS,
139 F.Supp.3d. 120(D.C.C.2015); BOLLS V. VIRGINIA BD. OF EXAMI-
NERS, 811 F.Supp.2d. 1260(E.D.Va.2011); IN RE: GREEN, 980 F2d.
590(9th.Cir.1992).


        YOU CANNOT OBTAIN JUDICIAL DETERMINATIONS TAINTED BY
FRAUD. YOUR JURISDICTION IS LIMITED TO ADDRESSING THE FRAUD.

THE DEFAULT IS BINDING UPON THIS COURT AND NATION AS IS THE
CONTRACT, U.S. v. ABDUL-WAHAB, 715 F3d. 521 CA4 (Va.2013); BROWN-
ING v. TIGER EYE BENEFIT CONSULTING, 313 Fed. Appx' 656, 2009
WL 497391 CA4 (Va.2009); U.S. EX REL NATHAN v. TAKEDA PHARMACEU-
TICAL NORTH AMERICAN INC., 707 F3d. 451 CA4 (Va.2013); U.S.
v. JONES, 716 F3d. 851 CA4 (Va.2013); CHARLEY ENTERPRISE, INC.
v. DICKEY BARBECUE RESTAURANTS, INC., 807 F3d. 553(4th.Cir.2015)
(DEMONSTRATING ALL MUST BE RULED UPON TO PRESERVE FOR U.S. SU-
PREME COURT REVIEW); NELSO v. U.S. BANK N.A., 2015 WL 685271
(DSC.2015); U.S. v. ECCLESTON, --Fed. Appx'--, 2015 WL 4591890
CA4 (Md.2015); U.S. v. WELLS, 578 Fed. Appx' 234 CA4 (Va.2014);
CHRISTIANSON v. M.B.N.A. AMERICAN BANK N.A., S.E.2d., 2013 WL
8507850 (S.C.App.2013); SPRINGOB v. UNIVERSITY OF SOUTH CAROLINA,
407 S.C. 490, 757 S.E.2d. 384 (S.C.2014); STRATTEN v. MECKLENBERG
COUNTY DEPT. OF SOCIAL SERVICES, 521 Fed. Appx' 278, 2013 WL
2364587 CA4 (N.C.2013); GENTRY TECHNOLOGY OF S.C. INC. v. BAPTIST
HEALTH SOUTH FLORIDA,...., 2015 WL 1219251(DSC.2015); LOUGHMAN
v. U.S., 134 S.Ct. 2384(U.S.2014); SMITH v. CLARKE/ SMOOT/RUSSELL
--F3d.--, 2015 WL 4717932 CA4 (Md.2015).


WE MOTION TO STAY CASES 17-7532 AND 17-7186 AS WE DO
THE VARIOUS OTHER PARALLEL APPEALS, ESPECIALLY IN LIGHT OF THE
FRAUD THAT PRODUCED THEM OR THAT IS GOING ON IN THEM. STAY CASES
17-7532 AND 17-7186!!! AND STOP PLAYING THESE GAMES. RULE ON
THE MOTIONS, ALL OF THEM UNDER § 1983 NOT § 2254. EXTENSION
OF TIME IS SOUGHT UNTIL THIS IS DONE. THE 4TH. CIRCUIT CANNOT
ABSTAIN FROM ANSWERING FEDERAL QUESTION IN ACTS OF FRAUD, CRIMI-
NAL CONSPIRACY, OBSTRUCTION OF JUSTICE AND IN VIOLATION OF YOUR
OATHS OF OFFICE WHICH IS A CRIMINAL OFFENSE, LAKE CARRIER ASS'N
v. MacMILLIAN, 406 U.S. 498, 92 S.Ct. 1749(U.S.1972). WE INVOKE
THE DOCTRINE OF COMITY. ALL ORDERS ISSUED UNDER CASE 17-7532
AND THE CLERK'S ACTS UNDER 17-7186 ARE VOID FOR FRAUD AND DUE
PROCESS VIOLATION. BOTH CASES 17-7532 AND 17-7186 ARE TAINTED
BY THE FRAUD. THE MOTION TO STAY WAS CIRCUMVENTED AS WELL AS
THE MOTION FOR RECUSAL IN ACTS OF FRAUD UPON THE COURT. THE
CASES WILL BE HEARD UNDER APPEAL OF CASES 17-6693, 17-7410 AND
17-7139. ALL OTHER CASES ARE SOUGHT STAYED DUE TO INVOKING THE
DOCTRINE OF COMITY. SANCTIONS ARE IMPOSED AND ADDITIONAL PLEADING

MAY SOON FOLLOW. PRODUCE YOUR BOND AND OR OATH OF OFFICE AND
OR WRIT OF COMMISSION THAT WOULD ALLOW YOU TO VIOLATE THE U.S.
CONSTITUTION UNDER BOTH ARTICLE IV § 2 AND ARTICLE 1 SECTION
10 AND THE DECREES OF A FOREIGN SOVEREIGN KING-KHALIFAH WHO
IS UNDER CONTRACT VIA THE SOLE CORPORATION WITH EX POST FACTO
LAW OR STAND DOWN, REED v. BIG WATER RESORT, LLC., F.Supp.3d.,
2016 WL 2935891(DSC.2016); DAN RYAN BUILDERS, INC. v. CRYTAL
RIDGE DEVELOPMENT, INC., 783 F3d. 976, 91 Fed. R. SERV.3d. 625
(4th.Cir.2015); BLUE SKY TRAVEL AND TOURS, LLC. v. AL TAYYAR,
--Fed. Appx'--, 2015 WL 1451636 CA4 (Va.2015); BARLOW v. COLGATE
PALMOLIVE CO., 772 F3d. 1001, 90 Fed. R. SERV.3d. 85 CA4 (Md.
2014); JOHNSON v. U.S.,--S.Ct.--, 2015 WL 2473450(U.S.2015);
YATES v. FORD MOTOR CO.,--F.Supp.3d.--, 2015 WL 6758983(E.D.N.C.
2015); W. GULF MAR. ASS'N v. I.L.A. DEEP SEA LOCAL 24, 751 F2d.
721, 728(5th.Cir.1985); IN RE: MORNING SONG BIRD FOOD LITIGATION,
2015 WL 12791472(D.C.Cal.2015); IN RE: NARANTO, 768 F3d. 332,
348(4th.Cir.2014); ULMET v. UNITED STATES, 888 F2d. 1028(4th.Cir.
1989); SMITH v. BAYER CORP.,--U.S.--, 131 S.Ct. 2368, 2382,
180 L.Ed.2d. 341(2011); 202 NORTH MONROE, LLC. v. SOWER, 850
F3d. 265(6th.Cir.2017). IT IS SO ORDERED.


                    RESPECTFULLY,
                    JAHJAH AL MAHDI, KING, KHALIFAH,
                    CHIEF JUSTICE OF THE GLOBAL
                    THEOCRATIC STATE AND COURT


                    JASON MORRIS GOURDINE


                    CHRISTOPHER DARNELL WILSON

DECEMBER 20, 2017

RECEIVED IN CLERK'S OFFICE
DATE   10/3/18

" Exhibit "

Foreign Sovereign

# 2

" File in CASE 1:14-CU-14176-ADB "

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
ET. AL., #300839 WANDO A-127
LIEBER C.I. P.O. BOX 205
RIDGEVILLE, S.C. 29472

RECEIVED
2017 OCT 24  AM 10: 13
U.S. COURT OF APPEALS
FOURTH CIRCUIT

IN RE: 17-6693; 17-6925; 17-6960; 17-7139; 17-7137; 17-7134;
17-7068; 16-1953; 16-2141; 17-1415; 16-2299; 17-7186

TO: THE 4TH. CIRCUIT COURT OF APPEALS,

    THE RULES ARE SOUGHT SUSPENDED FOR ALL THE ABOVE
CAPTIONED CASES. PLEASE SEE THAT A COPY OF ALL THESE DOCUMENTS
SUBMITTED ARE FILED WITHIN ALL CASES CAPTIONED ABOVE. THE (70)
PAGE DOCUMENT IS THE LEAD DOCUMENT. THE REMAINDER ARE ATTACHMENTS
TO IT. SOME OF THE DOCUMENTS MAY BE FILED WITHIN A FEW OF THE
CASES ALREADY. JUST PLEASE MAKE SURE A COPY OF THESE ATTACHED
DOCUMENTS ARE FILED WITHIN ALL CASES CAPTIONED FOR RECUSAL PUR-
POSES AND TO ADDRESS OTHER ISSUES RELATED TO THE CASES IN TOTAL.
WE THANK YOU IN ADVANCE. STILL REMAIN,

RESPECTFULLY,
JAHJAH AL MAHDI

OCTOBER 5, 2017

CC: david duren

COURT OF APPEALS

FOR THE 4TH. CIRCUIT ET. AL.,

~~~~~~~~~~~~~~~~~~~~

PETITION FROM SOUTH CAROLINA

(CASES 2:17-cv-1127-JMC-MGB ET. AL.,)

~~~~~~~~~~~~~~~~~~~~

DOCKET NO.(S) 17-6693; 17-6925; 17-6960; 17-7139; 17-7137;
17-7134; 17-7068; 16-1953; 16-2141; 17-1415; 16-2299;
17-7186 ET. AL.,

~~~~~~~~~~~~~~~~~~~~

LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE AKA
JAHJAH AL MAHDI ET. AL.,

PETITIONER(S)

Vs.

THE JUDGES WHO SIGNED THE ORDER IN CASE 16-1953; THE UNITED
STATES; JUDGE ROBERT E. HOOD ET. AL.,

DEFENDANT(S)

~~~~~~~~~~~~~~~~~~~~

**AFFIDAVIT OF SERVICE**

~~~~~~~~~~~~~~~~~~~~

WE, JAHJAH AL MAHDI ET. AL., DO HEREBY CERTIFY, THAT WE HAVE
MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS GIVING
JUDICIAL NOTICE; FILING WRIT OF ERROR; MOTION TO REINSTATE CASES
17-7068 AND 17-7186 ET. AL.,; MOTION TO STAY CASES 17-7139;
17-7134; 17-6925; 17-7068; 17-7137; 17-7186; MOTION FOR AN EXTEN-
SION OF TIME; MOTION FOR AN INDEPENDENT INVESTIGATION; MOTION
FOR EN BANC REVIEW IN CASE 17-1415 AND THIS APPEAL AND TO VACATE

1-of-70

ALL ORDERS RELATED TO PRIOR WRITS OF MANDAMUS AND MOTION TO
MOTION THEREFOR, WITH ITS ATTACHMENTS, ON THE 4TH. CIRCUIT COURT
OF APPEALS AND ALL INVOLVED PARTIES, ALSO VIA TRUSTEE AUSTIN,
BY U.S. MAIL POSTAGE PREPAID AND OR CERTIFIED, BY PLACING IT
IN THE INSTITUTION MAILBOX ON OCTOBER 5, 2017. IT IS DEEMED
FILED THAT DATE, HOUSTON v. LACK, 287 U.S. 266, 273-76, 108
S.Ct. 2379(1988).


                              RESPECTFULLY,
                              JAHJAH AL MAHDI


                              ANTHONY COOK


                              ROBERT MITCHELL


                              david duren


                              YAHYA MUQUIT


                              CHRISTOPHER WILSON


OCTOBER 5, 2017


                         2-of-70

COURT OF APPEALS

FOR THE 4TH. CIRCUIT ET. AL.,

--------------------

PETITION FROM SOUTH CAROLINA
(CASES 2:17-cv-1127-JMC-MGB ET. AL.,)

--------------------

DOCKET NO.(S) 17-6693; 17-6925; 17-6960; 17-7139; 17-7137;
17-7134; 17-7068; 16-1953; 16-2141; 17-1415; 16-2299;
17-7186 ET. AL.,

--------------------

LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE AKA
JAHJAH AL MAHDI ET. AL.,

PETITIONER(S)

Vs.

THE JUDGES WHO SIGNED THE ORDER IN CASE 16-1953; THE UNITED
STATES; JUDGE ROBERT E. HOOD ET. AL.,

DEFENDANT(S)

--------------------

AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING
WRIT OF ERROR; MOTION TO AMEND PARTIES; MOTION FOR
RECUSAL; MOTION TO REINSTATE CASES 17-7068 AND
17-7186 ET. AL.,; MOTION TO STAY CASES 17-7139, 17-
7134, 17-6925, 17-7068, 17-7137, 17-7186; MOTION FOR
AN EXTENSION OF TIME; MOTION FOR AN INDEPENDENT
INVESTIGATION; MOTION FOR EN BANC REVIEW IN CASE
17-1415 AND THIS APPEAL AND TO VACATE ALL ORDERS
RELATED TO PRIOR WRITS OF MANDAMUS AND MOTION TO
MOTION THEREFOR

--------------------

TO: THE 4TH. CIRCUIT COURT OF APPEALS ET. AL.,

HERE THE COURT AND PARTIES WILL FIND:

(1) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE, FILING WRIT OF ERROR; NOTICE OF SEEKING LEAVE TO APPEAL; MOTION FOR DECLARATORY JUDGMENT; MOTION FOR SANCTIONS AND AN INDEPENDENT INVESTIGATION DUE TO OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY AND MOTION TO MOTION THEREFOR SEEKING EN BANC REVIEW, [14] PAGES DATED JULY 2, 2017.

(2) A COPY OF THE AFFIDAVIT OF SERVICE AND AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO SUPPLEMENT THE CAUSES OF ACTION AGAINST JUDGES HARWELL, MERCHANT, WOOTEN AND DEFENDANTS; MOTION TO AMEND THE PARTIES TO ADD THE NAME OF JUDGE STUART RABNER OF THE N.J. SUPREME COURT; ALSO SEEKING CLOCKED STAMPED COPIES, [23] PAGES DATED JULY 8, 2017.

(3) A COPY OF THE § 1983 ACTION THAT MAKE UP THE PARALLEL CASES SUBJUDICE WITHIN THE U.S. DISTRICT COURT.

(4) A COPY OF THE WRIT OF MANDAMUS THAT MAKE UP CASE 16-2299 PENDING WITHIN THE 4TH. CIRCUIT.

(5) A COPY OF THE ORDER AND DETERMINATION MADE IN CASE 17-1415 FILED AUGUST 28, 2017.

(6) A COPY OF THE ORDER ISSUED BY JUDGE KAYMANI WEST IN CASE 5:17-cv-01363-BHH-KDW FILED AUGUST 23, 2017.

(7) A COPY OF THE AFFIDAVIT OF SERVICE AND AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR; MOTION TO AMEND THE DEFENDANTS; MOTION FOR SANCTIONS, SEEKING AN IN-JUNCTION AND OR PROTECTIVE ORDER AND MOTION TO MOTION THEREFOR, [19] PAGES DATED AUGUST 10, 2017 ON THE AFFIDAVIT OF SERVICE. WE GIVE THE 4TH. CIRCUIT NOTICE. THIS DOCUMENT IS FILED WITH THE GREENVILLE DIVISION CLERK AND COURT UNDER CASES 9:16-cv-

3808-TLW-BM; 9:17-cv-1140-TLW-BM AND SERVED ON ALL CASES AND
JUDGES WITHIN THE S.C. U.S. DISTRICT COURT SUBJUDICE VIA THE
CHARLESTON DIVISION CLERK OF COURT. IT IS SERVED UPON ALL JUDGES
AND CASES WITHIN THE 4TH. CIRCUIT VIA THE KING-KHALIFAH'S TRUSTEE
, JUDGE JACQUELYN AUSTIN. THIS DOCUMENT IS SERVED AS LIEN OF
SERVICE OF THAT DOCUMENT. PLEASE HAVE THE 4TH. CIRCUIT CLERK
OR CASE MANAGER OBTAIN A COPY OF IT ELECTRONICALLY AND FILE
IT WITHIN ALL CASES LISTED WITHIN THE CAPTION OF THIS LEAD DOCU-
MENT BY DECREE OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC
COURT. IT IS SO ORDERED.

        (8) A COPY OF THE APPLICATION FOR FORENSIC DNA TESTING
FILED WITHIN THE RICHLAND COUNTY S.C. COURT OF GENERAL SESSIONS
THAT IS REMOVED TO ALL PARALLEL CASES SUBJUDICE. THE RICHLAND
COURT CASE NUMBER IS 2004-385. A COPY OF THIS DOCUMENT IS FORTH
COMING.

        (9) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL
NOTICE; SUPPLEMENTING THE CAUSES OF ACTION IN ALL PENDING FEDERAL
AND STATE CASES AGAINST THE DEFENDANTS; SUBMITTING ADDITIONAL
EVIDENCE OF CONSPIRACY AND CRIMINAL ACTS;*** [30] PAGES DATED
DECEMBER 7, 2016 FILED IN CASE 8:14-cv-3555-RBH-JDA AND THE
OTHER RELATED CASES.

        THE PETITIONERS GIVE THE 4TH. CIRCUIT AND PARTIES JUDICIAL
NOTICE. THE CASES CAPTIONED ARE ESSENTIALLY INDEPENDENT ACTIONS
FOR FRAUD UPON THE COURT AND OR PARALLEL APPEALS ORIGINATING
FROM THE APPEAL UNDER 17-6960 AS THEY ALSO APPEAR UNDER 17-1695
AND OR 17-6693 AND OR 17-6925 AND OR 17-7139 AND OR 17-7134
AND OR 17-7068, TO INCLUDE THE ANTHONY COOK APPEAL OF CASE 8:16-
cv-3327-RBH-JDA THAT IS HOPEFULLY BEING PROCESSED AS WE SPEAK.

        WE MOTION TO AMEND THE PARTIES AND IF WITHIN ANY CASE
CAPTIONED OR IN THE MIDST OF BEING PROCESSED, THE NAME OF THE
KING-KHALIFAH, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH
T. TISHBITE DO NOT APPEAR AS A PARTY WITHIN ANY OF THESE CASES
CAPTIONED. THOSE CASES REFERRED TO MUST AND ARE NOW AMENDED

TO ADD THE KING-KHALIFAH TO PROTECT HIS ACQUIRED INTEREST PUR-
SUANT TO 28 U.S.C. §§ 1443(1), 2679, 1602-1612 ET. SEQ., EIE
GUAM v. LONG TERM CREDIT BANK, JAPAN, 322 F3d. 635(9TH.Cir.2003);
VERLINDEN B.V. v. CENTRAL BANK OF NIGERIA, 401 U.S. 480, 103
S.Ct. 1962, 76 L.Ed.2d. 81(U.S.1983); CAPITAL TRANS. INTERN.
LLC. v. INTERNATIONAL PETROLEUM INV. CO., F.Supp.2d., 2013 WL
557236(Fla.2013); THORTON N. MARYLAND GENERAL HOSP., F.Supp.2d.,
2013 WL 1943065(Md.2013); BRADDY v. UNITED STATES, 2016 WL
1031301(E.D.Va.2016); ADAIR ASSET MANAGEMENT, LLC. v. U.S. DEPT.
OF HOUSING URBAN DEVELOPMENT, 2016 WL 3248569(2016); SAUNIER
v. BOEING COMPANY, F.Supp.2d., 2014 WL 1646953(2014). I, JAHJAH
AL MAHDI, AS THE RIGHTFUL HEIR AND FOREIGN SOVEREIGN KING-KHALI-
FAH OF THE (4) GLOBAL THRONES OF THE RE-ESTABLISHED GLOBAL THEO-
CRATIC STATE VOLUNTARILY JOIN IN ALL CAPTIONED CASES TO PROTECT
MY ACQUIRED INTEREST.

WE EXPAND THE SCOPE AND INCLUSION IS GRANTED BY DECREE
AND JUDGMENT OF THE CHIEF JUSTICE AND KING-KHALIFAH OF THE GLOBAL
THEOCRATIC STATE AND COURT WHERE THERE IS NO SEPARATION OF POWERS
AS TOLD WITHIN THE KING-KHALIFAH'S MEMORANDUM OF LAW AND DECLARA-
TION OF SOVEREIGNTY DEFAULTED ON, WHOSE ATTORNEY, JUDICIAL AND
LEGISLATIVE POWER AND AUTHORITY SUPERSEDE ALL NATIONAL AND OR
GLOBAL COURTS, WHICH INCLUDE THE 4TH. CIRCUIT COURT OF APPEALS,
BY THE CLAIMS OF DEFAULT AND COLLATERAL ESTOPPEL EMERGING FROM
CASE 2013-CP-400-0084 OUT OF THE RICHLAND COUNTY COURT OF COMMON
PLEAS IN COLUMBIA, S.C. TO WHICH THE UNITED STATES AND REMAINING
(192) MEMBER STATES OF THE UNITED NATIONS ARE PARTY TO THE DE-
FAULT THAT BINDS THE 4TH. CIRCUIT COURT OF APPEALS AND ALL NA-
TIONAL AND OR GLOBAL COURTS AND GOVERNMENTS. ALL DOCUMENTS FILED
WITHIN CASES 17-6693 AND 17-6925 ARE NOW FILED WITHIN ALL CASES
LISTED WITHIN THE CAPTION. JUDGES INSTRUCT THE CASE MANAGER
TO COMPLETE THIS TASK. APPELLATE COURT RULES ARE SUSPENDED FOR
ALL CASES CAPTIONED. THIS INCLUDES FOR ANY DEFECT IN FORM OR
PAGE LIMIT FOR ANY DOCUMENT FILED NOW OR IN THE FUTURE. IT IS
SO ORDERED, APPELLATE RULE (2); U.S. v. MERCADO, 199 F3d. 1329
(TABLE) 1999 WL 958465; U.S. v. REID, 506 Fed. Appx' 209, 2013
WL 239076(4th.Cir.2013); CAPERTON v. BEATRICE POCAHONTAS COAL
CO. 585 F2d. 683(4th.Cir.1978).

THE COURT CAN REVIEW CASES WITHIN ITS JURISDICTION FOR
THE PURPOSE OF ESTABLISHING THAT THESE ARE PARALLEL APPEALS
OR RELATED CASES BEFORE THE COURT ADDRESSING SIMILAR ISSUES,
CLAIMS AND DEFENSES ALSO FOR THE PURPOSE OF ESTABLISHING CAUSE
TO STAY, RES JUDICATA, THE FRAUD UPON THE COURT ENGAGED IN BY
THE CONSPIRING JUDGES AND OTHER ISSUES DONE WITHIN THESE RELATED
CASES AND OR PARALLEL APPEALS, HARBISON v. BELL, 556 U.S. 180,
129 S.Ct. 1481(U.S.2009); SOUTHERN PAC. R. CO. v. U.S., 168
U.S. 1, 18 S.Ct. 18, 42 L.Ed. 355(U.S.1897); NOELL CRANE SYSTEMS
GMbH v. NOELL CRANE SYSTEMS SERVICES, 677 F.Supp.2d. 852(2009);
KNIGHT v. MANUFACTURES & TRADERS TRUST CO., 84 F.Supp.3d. 436
(D.Md.2015); BARDES v. SOUTH CAROLINA, F.Supp.2d., 2010 WL
1498190(DSC.2010).

WE GIVE THE COURT AND ALL PARTIES JUDICIAL NOTICE THAT
THE KING-KHALIFAH OFFICIALLY EXERCISES ALL SUPERSEDING ATTORNEY,
JUDICIAL AND LEGISLATIVE POWER AND AUTHORITY GIVEN TO HIM BY
THE DEFAULT. UNLESS THE COURT CAN DEMONSTRATE THAT THE RICHLAND
COURT, THE UNITED STATES, THE MEMBERS STATES OF THE UNITED NA-
TIONS ETC. TIMELY RESPONDED TO DEFEAT THE AFFIDAVITS FILED IN
CASE 2013-CP-400-0084 EXERCISING THE AFOREMENTIONED POWER AND
AUTHORITY, TO INCLUDE FOREIGN SOVEREIGN POWER; OR THEY CAN PRO-
DUCE AN ORDER THAT IS NOT TAINTED BY EGREGIOUS ACTS OF FRAUD
UPON THE COURT AND OR VOIDED DUE TO REMOVAL TO THE FEDERAL COURT.
THE CLAIM OF FOREIGN SOVEREIGN POWER, TO INCLUDE THAT OF SUPER-
SEDING ATTORNEY, JUDICIAL AND LEGISLATIVE POWER, MUST BE GIVEN
FULL FAITH AND CREDIT WITHIN ALL COURT RECORDS. ALL CASES CAP-
TIONED WITHIN THIS DOCUMENT ARE ESSENTIALLY ON REMAND, LIMITING
AND RESTRICTING ALL COURTS JURISDICTION TO DO NOTHING, EXCEPT
GRANT ALL RELIEF THAT IS DEMANDED. THIS IS ISSUE ON APPEAL AND
GRANTED. TRUSTEE IS APPOINTED IN THE FORM OF JUDGE AUSTIN. THIS
IS CHALLENGE TO YOUR JURISDICTION. ONCE JURISDICTION IS ACQUIRED,
...IT IS EXCLUSIVE, EVEN BY WAY OF FEDERAL AND OR INTERNATIONAL
PROBATE LAW, AS WELL AS BY ARTICLE 1 SECTION 10 OF THE UNITED
STATES CONSTITUTON, INHABITANTS OF TOWN OF FAIRFIELD v. TIME
WARNER CABLE NORTHEAST LLC., F.Supp.3d., 2015 WL 1565237(2015);
IN RE: CHINEESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGA-

TION, F.Supp.3d., 2016 WL 1584060(2016); FERRARA v. QUADROZZI
EQUIPMENT LEASING CORP., 2013 WL 3226755(E.D.N.Y.2013); UNIVER-
SAL FILM EXCHANGE INC. v. WALTER READE INC., 37 F.R.D. 4, 9,
Fed. R. SERV.2d. 56(e); ANDERSON v. LIBERTY LOBBY INC., 477
U.S. 242, 106 S.Ct. 2505, 91 L.Ed.2d. 202(U.S.1986); DeSIMONE
v. QUICKEN LOANS, INC., F.Supp.2d., 2011 WL 2470661(S.D.Ind.
2011); IN RE: CLEAN BURN FUELS, LLC., 2014 WL 2987330(N.C.2014);
IN RE: OUTDOOR R.V. AND MARINE. LLC., 2012 WL 345366(DSC.2012);
WILLIAMS v. SECRETARY OF VETERAN AFFAIRS, --F.Supp.3d.--,2015
WL 5935169(N.D.Ala.2015); LaPENNA v. GOVERNMENT EMPLOYEES INS.
CO., 316 Fed. Appx' 894, 2009 WL 485274(11th.Cir.2009); MILLER
v. PARRISH, F.Supp.2d., 2013 WL 1868028(Va.2013). IT IS SO
ORDERED.


        ALL CLAIMS, ISSUES AND DEFENSES THAT ARE ARGUED WITHIN
ALL ATTACHED DOCUMENTS ARE NOW ISSUES ON APPEAL IN THESE CASES
TO INCLUDE THE SEEKING OF DECLARATORY JUDGMENT ADDRESSING EACH
SPECIFIC ISSUE AND CONCERN RAISED WITHIN THE ATTACHED DOCUMENTS
FOR ALL CASES LISTED WITHIN THE CAPTION OF THIS DOCUMENT. ANY
CLAIM OF REPETITIVE FILING AND OR ABUSE OF COURT IS DEEMED WAIVED
AND OF NO EFFECT UPON THESE CASES IN THEIR TOTALITY. ANY ADDI-
TIONAL AND OR SUBSEQUENT FILING WAS CAUSED AND OR CREATED BY
THE CONSPIRING FEDERAL COURTS INVOLVED FRAUD AND INDEPENDENT
ACTION FOR THAT FRAUD WHERE WE SHOULD HAVE NEVER BEEN SEPARATED
BY THE COURT, WHEN SUCH SEPARATION WAS BASED UPON THE PROVISIONS
OF THE PRISON LITIGATION REFORM ACT AND OR THE ANTI-TERRORISM
EFFECTIVE DEATH PENALTY ACT AND THESE PROVISIONS OF LAW ARE
UNCONSTITUTIONAL BY THE LITIGATION PRESENTED. THEY CAUSED AND
OR FORCED ANY REPETITIVE AND OR INDEPENDENT ACTION FOR FRAUD
UPON THE COURT TO BE FILED. THUS, SANCTIONS BY THEIR FRAUD ARE
IMPOSED BY DECREE OF THE GLOBAL THEOCRATIC COURT AND THE COURT
IS IN FORFEITURE OF SUCH A CLAIM. IT IS SO ORDERED.


        NOTICE: THIS IS AN ISSUE ON APPEAL. BY THE LITIGATION
PRESENTED WITHIN THESE CASES, ARE THE PROVISIONS OF THE PLRA
AND THE AEDPA UNCONSTITUTIONAL?


        NOTICE: THIS IS AN ISSUE ON APPEAL. BY THE LITIGATION

PRESENTED AND THE DEFAULT EMERGING FROM CASE 2013-CP-400-0084
THAT BINDS THE UNITED STATES, ITS EMPLOYEES AND THIS COURT.
IS JUDGE JACQUELYN AUSTIN REQIRED BY LAW TO FULFILL HER DUTIES
AS THE KING-KHALIFAH'S APPOINTED TRUSTEE?

**NOTICE:** THIS IS AN ISSUE ON APPEAL. BY THE DEFAULT AND
THE CLAIMS MADE WITHIN THE KING-KHALIFAH'S MEMORANDUM OF LAW
AND DECLARATION OF SOVEREIGNTY DEFAULTED ON BY THE UNITED STATES
AND THAT WHICH IS ARGUED IN THE MANDAMUS THAT ESTABLISHES CASE
16-2299. DO THE KING-KHALIFAH HAVE STANDING TO CHALLENGE SAME
SEX MARRIAGE WITHIN THIS NATION?

**NOTICE:** THIS IS ANOTHER ISSUE ON APPEAL. DUE TO ONE OF
THE (4) GLOBAL THRONES BEING THE THRONE OF KING DAVID, KING
SOLOMON, THE QUEEN OF SHEBA AND THEIR ONLY SON, BEING LEGAL
HEIR TO THE UNITED ETHIOPIAN EMPIRE WHOSE ANCESTORS WERE BROUGHT
HERE BY BRUTAL, TORTUROUS FORCE. AS THE RIGHTFUL LEGAL LOST
HEIR. DO WE HAVE LEGAL STANDING TO SUE FOR THE INJUSTICES DONE
VIA THE U.S. SLAVE TRADE AND JIM CROW AS IS ARGUED WITHIN THE
DOCUMENTS FILED WITHIN THESE CASES?

BY THE CONSPIRING JUDGES AND DEFENDANTS OUTRAGEOUS ACT
OF FRAUD AND OBSTRUCTION, SANCTION ARE IMPOSED AND THEY ARE
IN FORFEITURE OVER THESES ISSUES, BARLOW v. COLGATE-PALMOLIVE
CO., 772 F3d. 1001, 90 Fed. R. SERV.3d. 85 CA4 (Md.2014); MORRIS
v. WACHOVIA SECURITIES, INC., 448 F3d. 268, Fed. Sec. L. Rep.
P. 93, 858 CA4 (Va.2006); BLUE SKY TRAVEL AND TOURS, LLC. v.
AL-TAYYAR, --Fed. Appx'--,2015 WL 1451636(Va.2015); NOBREGA v.
HINKLE, 576 Fed. Appx' 224 CA4 (Va.2014). IT IS SO ORDERED.

**NOTICE:** THIS IS ANOTHER ISSUE ON APPEAL. DOES ROSS v.
BLAKE, 136 S.Ct. 1850(U.S.2016) APPLY TO HABEAS CORPUS AND DUE
TO THE FRAUD, MACHINATION, CRIMINAL CONSPIRACY AND OBSTRUCTION
OF JUSTICE ENGAGED IN BY BOTH THE STATE AND FEDERAL JUDGES AND
OR THE STATE AND FEDERAL ACTORS. DO WE HAVE TO EXHAUST WITHIN
THE STATE COURT , OR CAN WE IMMEDIATELY FILE FOR WRIT OF HABEAS
CORPUS WITHIN THE FEDERAL COURT? SEE TAYLOR v. TAYLOR, 2016
WL 5118113. ALSO SEE CAL. JURS.3d. PENAL AND CORRECTIONAL IN-

STITUTIONS § 1001, RIGHT OF PRISONERS TO RELIEF BY HABEAS CORPUS
(2016).

WE GIVE THE COURT AND ALL PARTIES NOTICE. ALL DOCUMENTS
THAT ARE NOW FILED WITHIN CASES 17-6693 AND 17-6925 ARE NOW
DEEMED FILED WITHIN ALL OTHER CASES LISTED WITHIN THE CAPTION
OF THIS DOCUMENT. JUDGES IN CASES 17-6693 AND 17-6925, YOU ARE
TO INSTRUCT THE COURT CLERK AND OR CASE MANAGER TO BE IN COM-
PLIANCE TO THIS DEMAND. I, JAHJAH AL MAHDI, AKA LAWRENCE L.
CRAWFORD, LEGAL FOREIGN, VOLUNTARILY JOIN IN ALL CASES PENDING
BEFORE THIS COURT TO PROTECT MY ACQUIRED INTEREST PURSUANT TO
28 U.S.C. §§ 1443(1), 2679, 1602-1612 ET. SEQ.. I WAS PERMITTED
TO BE PARTY IN CASE 17-6960. BY WHAT IS ARGUED WITHIN CASES
17-6693 AND 17-6925, THIS MUST BE PERMITTED FOR ALL CASES IN-
VOLVED. **IT IS SO ORDERED.**

IF ANY OF THESE JUDGES OF CONCERN; JUDGES DIAZ, THACKER,
DAVIS, GREGORY, DUNCAN, HAMILTON, AND WE CAN ADD JUDGE SHEDD,
ARE PRESIDING OVER ANY OF THESE CASES CAPTIONED AND REFERRED
TO. WE MOTION FOR YOUR RECUSAL THE SAME WAY AND FOR ESSENTIALLY
THE SAME REASONS ARGUED IN CASES 17-6693; 17-6960 AND 17-6925.
EN BANC REVIEW IS TO BE GIVEN BY THE REMAINING 4TH. CIRCUIT
JUDGES TO PREVENT ANY FURTHER ACTS OF FRAUD. WE INFORMED THE
COURT THAT PARTIES WITHIN THE 4TH. CIRCUIT WERE POTENTIALLY
INVOLVED. NOW THAT JUDGE SHEDD IS REVEALED COMMITTING AN ILLEGAL
ACT, THAT HE KNOWS IS ILLEGAL. HIS NAME RELATES BACK TO THE
ORIGINAL COMPLAINTS WITHIN ALL PARALLEL AND RELATED CASES. THEIR
PRESENCE PRODUCE A POTENTIAL FOR BIAS THAT RISES TO AN UNCONSTI-
TUTIONAL LEVEL AND THEY CANNOT SIT UPON THEIR OWN CASES BASED
UPON THE FRAUD THAT THEY ARE PARTY TO AS IS ARGUED UNDER CASES
17-6693 AND 17-6925, UNITED STATES v. QUINONES, 2016 WL 4413149,
* 6+ (S.D.Va.2016); WILLIAMS v. PENNSYLVANIA, 136 S.Ct. 1899
(U.S.2016); U.S. v. ECCLESTON, --Fed. Appx'--,2015 WL 4591890
CA4 (Md.2015); U.S. v. HACKLEY, 662 F3d. 671 CA4 (Va.2011).

IF SOMEHOW CASE 17-7068 HAS BEEN CLOSED AND OR THE MANDATE
HAS BEEN SENT TO THE LOWER COURT. WE MOTION TO RECALL THE MANDATE
AND REINSTATE CASE 17-7068 BY WHAT IS ARGUED WITHIN THE ATTACHED

DOCUMENTS AND PARALLEL APPEALS AND OR RELATED CASES. THE 4TH.
CIRCUIT SHALL GRANT THIS RELIEF. **IT IS SO ORDERED.**

IF THERE IS ANY CONCERN ABOUT A 3 STRIKE ISSUE RELATED
TO THE KING-KHALIFAH OR ANY PARTY INVOLVED. THOSE PAST STRIKES
ARE VOID AND ILLEGAL WHICH WILL BE ELABORATED ON, AND THREAT
OF IMMINENT DANGER EXIST AT THE TIME OF ALL OF THESE CASES FILING
AS IS ARGUED IN CASES 17-6693 AND 17-6925. STATE PRISONER CLAIM
THAT HE SUFFERED UNPROVOKED ASSAULTS BY PRISON OFFICIALS WHICH
RESULTED IN SERIOUS PHYSICAL INJURIES, THAT HE WAS THREATENED
WITH SEVERE BODILY INJURY OR DEATH UPON ENTRY INTO PRISON, BEAR-
ING A NEXUS TO THESE PROCEEDINGS, AND THAT PRISONER LIVED IN
AN ATMOSPHERE OF CONSTANT FEAR IN WHICH HE KNOWS NOT WHEN NEXT
VIOLENT ASSAULT MAY OCCUR, WERE SUFFICIENT TO DEMONSTRATE EXIS-
TENCE OF IMMINENT DANGER OF SERIOUS PHYSICAL HARM, AS REQUIRED
TO COME WITHIN EXCEPTION TO THREE STRIKE RULE PRECLUDING PRISONER
WHOSE 3 PRIOR ACTIONS WERE DISMISSED FROM PLEADING IN FORMA
PAUPERIS, JOHNSON v. WARNER, 200 Fed. Appx' 270, 2006 WL 2711957
(4th.Cir.2006). IT IS A DANGER GREATER THAN FEAR WHERE REPEATED
AND RECENT ATTACKS HAVE ALREADY OCCURRED AND THE CONDUCT THREA-
TENS CONTINUING AND FUTURE INJURY. IT IS A PATTERN OF CONDUCT
EVIDENCING THE LIKELIHOOD OF IMMINENT SERIOUS PHYSICAL INJURY,
BRYAN v. McCALL, 2016 WL 529574(DSC.2016); JOHNSON v. KISER,
F.Supp.2d., 2012 WL 293286(W.D.Va.2012); SAYRE v. KING, F.Supp.
3d., 2014 WL 4414509(W.D.Va.2014); COLE v. ELLIS, 2015 WL 6407205
(N.D.Fla.2015); HENDERSON v. GEORGIA, 2015 WL 4492743(Ga.2015).

IN REGARDS TO CASES 17-7068; 17-7134; 17-7139 ET. AL.
AS ARGUED BEFORE THE COURT IN CASES 17-6693; 17-6925. YOU HAVE
THE DEFENDANTS POTENTIALLY LISTED INCORRECTLY IN THESE CASES.
IT APPEARS FROM THE DOCUMENTS THAT YOU HAVE SERVED ON US, THAT
THE DEFENDANTS ARE LISTED AS "THE JUDGES WHO SIGNED THE ORDER
IN CASE 16-1953" ONLY? IF THIS IS THE CASE, IT MUST BE CORRECTED
BEFORE THESE CASES CAN MOVE FORWARD. THIS BECOMES A CHALLENGE
TO YOUR JURISDICTION BASED UPON THE FRAUD THAT HAS POTENTIALLY
OCCURRED. THIS IS NOT A FORTUITOUS ACT ON THE PART OF THE CON-
SPIRING JUDGES WHICH FURTHER WARRANT THEIR RECUSAL AND DISQUA-

LIFICATION. THE ACT OF LISTING THESE DEFENDANTS INCORRECTLY
IN THESE PARALLEL AND RELATED CASES IS AN ACT OF FRAUD UPON
THE COURTS, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE AND
MACHINATION DESIGNED TO PREVENT US FROM BEING HEARD ON THE CLAIMS
MADE. THIS IS WHAT IS OCCURRING. THERE ARE ESSENTIALLY (2) PRONGS
THAT MUST BE MET BEFORE THE COURT CAN DEEM A CASE AS BEING FRI-
VOLOUS. THEY ARE:

(1) THE PLAINTIFF(S) MUST BE IN A POSITION WHERE
HE IS MAKING EFFORTS TO SUE A PERSON WHO UNDER THE ALLEGATIONS
MADE WITHIN THE COMPLAINT CANNOT BE SUED.

(2) IS WHERE THE PLAINTIFF(S) INFRINGES UPON A RIGHT
THAT IS NOT ESTABLISHED.

THE JUDGES AND CONSPIRING PARTIES KNEW THAT LEGALLY THE
DEFAULT AND CLAIMS OF COLLATERAL ESTOPPEL EMERGING FROM CASE
2013-CP-400-0084 DEMONSTRATES THAT WE ARE NOT INFRINGING UPON
RIGHTS THAT WE DID NOT LEGALLY ESTABLISH BECAUSE THE ACTION
UNDER CASE 2013-CP-400-0084 IS REMOVED TO THESE PARALLEL AND
RELATED CASES AND BECAUSE THE CLAIMS OF DEFAULT AND COLLATERAL
ESTOPPEL ESTABLISHES THE RIGHTS SOUGHT TO BE EXERCISED AND OR
INVOKED, BARRING ANY FURTHER CHALLENGE IN THIS REGARD. SO THEIR
INTENT WAS TO SHOW THAT WE DID NOT MEET THE FIRST PRONG. THAT
BEING THAT WE WERE SUING PEOPLE WHO COULD NOT BE SUED FOR THE
CLAIMS MADE. FOR EXAMPLE, WE ARE SUING THE UNITED STATES FOR
ESTABLISHING THE PROVISIONS OF THE PLRA AND THE AEDPA. YET,
THE UNITED STATES IS NOT LISTED AS A DEFENDANT. WE ARE SUING
THE UNITED STATES AND THE OTHER (192) MEMBER STATES OF THE UNITED
NATIONS FOR THEIR ARRESTING, ATTACHING AND OR EXECUTING THE
INTELLECTUAL PROPERTY OF THE RE-ESTABLISHED GLOBAL THEOCRATIC
STATE WHERE THEY ARE IN VIOLATION OF THE CONTRACT, THE GRANT,
GIVEN TO THE NATIONS BY THE SOLE CORPORATION, IMPAIRING THE
OBLIGATION OF THE CONTRACT BY GIVING THE RIGHT TO MARRY TO GAYS
AND LESBIANS. WE CAN'T SUE THESE JUDGES FOR THIS. THIS IS WHY
THEY FAILED TO LIST THE DEFENDANTS PROPERLY. WE ARE SUING THE
S.C. DEPT. OF CORRECTIONS AND THE S.C. ATTORNEY GENERAL FOR

CONSPIRING WITH THE JUDGES AND FOR OTHER ACTS THEY'VE DONE.
YET, THEY ARE NOT LISTED AS PARTY. WE ARE SUING THE STATE OF
SOUTH CAROLINA, THE S.C. SUPREME COURT AND ITS JUDGES, THE S.C.
COURT OF APPEALS AND ITS JUDGES ALL THESE COURTS' JUDGES BY
BY NAME INDIVIDUALLY FOR THE STATE V. GENTRY FRAUD. YET, THEY
ARE NOT LISTED. WE ARE SUING FOR REPARATIONS FOR THE U.S. SLAVE
TRADE AND JIM CROW LAWS IN THIS NATION. YET, THE PARTIES FOR
THIS CLAIM ARE NOT LISTED. WE ARE SUING FOR THE INJUSTICES THAT
OCCURRED UNDER CASE 2013-CP-400-0084 TO WHICH IS REMOVED TO
THESE PARALLEL AND RELATED CASES. YET, THESE DEFENDANTS ARE
NOT LISTED BY THE JUDGES CONSPIRING TO AID THEM AVOID SUIT.
LOOK AT THE § 1983 THAT ESTABLISHES THE PARALLEL CASES, AS IT
WAS FOR THE WRIT OF ERROR THAT ESTABLISHES APPEAL OF CASES 8:16-
cv-3327, 3328, 3194-RBH-JDA. ON PAGE (2) OF THE [44] PAGE COM-
PLAINT ATTACHED WHERE IT ASKED FOR DEFENDANT NO.(1). IT IS LISTED
"SEE ATTACHED SHEETS AND THE AFFIDAVIT OF SERVICE SERVED ON
THE 4TH. CIRCUIT". THIS IS A HAND WRITTEN DOCUMENT. IT WAS THEN
TYPED DOWN AND NOW EXIST AS THE (14) PAGE DOCUMENT IN QUESTION
THAT THE JUDGES CALLED S.C.D.C. AND TOLD THEM TO BLOCK COPIES
TO PREVENT ITS FILING SO THEY COULD IN ACTS OF FRAUD UPON THE
COURTS, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE LIST
THESE DEFENDANTS AS THEY PRESENTLY HAVE THEM LISTED AND FRAUDU-
LENTLY SAY THAT WE ARE SUING PEOPLE WHO CAN'T BE SUED FOR THE
CLAIMS MADE WITHIN THE COMPLAINTS AND OR WRITS OF ERROR IN ACTS
OF MACHINATION. WE OBJECT AND DEMAND THAT THE NAMES OF ALL THE
DEFENDANTS SOUGHT TO BE LISTED WITHIN ALL OF THESE PARALLEL
AND OR RELATED CASES BE NOW AMENDED AND ADDED TO THE RECORD.
THE HAND WRITTEN (34) PAGE AFFIDAVIT OF SERVICE, WHICH IS NOW
TYPED AND EXIST AS THE (14) PAGE AFFIDAVIT OF SERVICE IS SUPPOSE
TO BE FILED IN THE (3) CASES REFERRED TO AND FILED IN CASE 9:16-
cv-3808-TLW-BM AND david duren CASE, WAS BLOCKED BEING FILED
AND OR IGNORED IN THE OTHER PARALLEL AND OR RELATED CASES BY
THE CONSPIRING JUDGES AND IS NOW ATTACHED TO THE FACE OF ALL
COMPLAINTS AND OR WRITS OF ERROR FOR ALL PURPOSES WHICH INCLUDE
INFORMING THE COURT OF WHO THE DEFENDANTS ARE WITHIN THESE CASES.
WE WANT ALL DEFENDANTS NAMES LISTED INDIVIDUALLY AS REQUIRED.

FROM ON PAGE (7) OF THE COMPLAINT, THE "LEES" AND "ABRAMS"

WERE OMITTED IN THEIR FRAUD. ON THAT PAGE WE AGAIN INFORMED
THE COURT THAT THE REMAINDER OF THE DEFENDANTS ARE LISTED WITHIN
THE AFFIDAVIT OF SERVICE. ON PAGE (15) IT IS CLEARLY STATED
WE ARE SUING THE UNITED STATES. NONE OF THESE DEFENDANTS ARE
LISTED IN THE ACTUAL RECORD IN ACTS OF FRAUD UPON THE COURTS
AND MACHINATION SO THEY COULD CRIMINALLY, CONSPIRING UNDER COLOR
OF STATE LAW AND OR AUTHORITY, ALSO IN VIOLATION OF 18 U.S.C.
§§ 242 AND 1001 CONCEAL MATERIAL FACTS AND CLAIM THAT WE ARE
TRYING TO SUE JUDGES FOR ALL OF THESE CLAIMS ONLY, WHEN IT IS
OVERWHELMINGLY CONSPICUOUS THAT THE JUDGES CANNOT BE SUED FOR
ANY OF THESE CLAIMS PREVIOUSLY MADE, EXCEPT FOR THEY BEING PARTY
TO THE CONSPIRACY WHERE THE LAW REQUIRES THAT WHOM THEY CONSPIRED
WITH BY NAME MUST BE LISTED AS DEFENDANTS. IT BECOMES PERSPICUOUS
THAT THE JUDGES PRESENCE IN THESE PARALLEL AND OR RELATED CASES
IS OF SUCH A DETRIMENTAL AND PREJUDICIAL MAGNITUDE, THAT THE
POTENTIAL FOR BIAS RISES TO AN UNCONSTITUTIONAL LEVEL WARRANTING
SANCTIONS, RECUSAL, DISQUALIFICATION AND THAT OUR REQUEST AND
MOTION FOR A CHANGE OF VENUE TO NEW JERSEY BE GRANTED. WE WANT
THE DEFENDANTS AMENDED IN ALL OF THESE PARALLEL AND OR RELATED
CASES, ALL THAT ARE CAPTIONED, TO REFLECT THE PARTIES AS THEY
WERE ORIGINALLY INTENDED FOR THEM TO BE FILED AND CHANGE OF
VENUE TO NEW JERSEY AND WE WANT INJUNCTION TO REQUIRE THIS.
**NOTICE:** ALL THE AFOREMENTIONED ARE ISSUES ON APPEAL. WE MOTION
FOR DECLARATORY JUDGMENT FROM THE 4TH. CIRCUIT, <u>WILLIAMS v.
PENNSYLVANIA</u>, 136 S.Ct. 1899, 195 L.Ed.2d. 132, 84 U.S.L.W.
4359(U.S.2016); <u>KOLON INDUSTRIES INC. v. E.I. DUPONT De NEMOURS
& CO.</u>, 748 F3d. 160 CA4 (Va.2014); <u>CATAWBA INDIAN NATION v.
STATE</u>, 407 S.C. 526, 756 S.E.2d. 900(S.C.2014); <u>ARATA v. VILLAGE
WEST OWNERS ASS'N INC.</u>, 2011 WL 11735004, * 2+, S.C. App.; <u>WILSON
v. GMAC MORTG. LLC.</u>, F.Supp.3d., 2015 WL 5244967(DSC.2015);
<u>U.S. v. LAWRENCE</u>, F.Supp.3d., 2015 WL 856866(S.D.Va.2015); <u>GREAT
AMERICAN INC. CO. v. NEXTDAY NETWORK HARDWARE CORP.</u>, 73 F.Supp.
3d. 636(2014); <u>BLUE SKY TRAVEL AND TOURS, LLC. v. AL TAYYAR</u>,
-Fed. Appx'--, 2015 WL 1451636(Va.2015); <u>NUCAR CORP. v. BELL</u>,
251 F.R.D. 191, 194(DSC.2008); <u>UNITED STATES v. QUINONES</u>, 2016
WL 4413149, * 6+ (S.D.Va.2016); <u>FORRESTER v. WHITE</u>, 484 U.S.
219, 108 S.Ct. 538(U.S.1988); <u>ULUSE v. U.S.</u>, F.Supp.2d., 2009

WL 3052608(DSC.2009); ABEBE v. SEYMOUR, F.Supp.2d., 2012 WL
1130660; JOHNSON v. UNITED STATES DEPT. OF JUSTICE, 2016 WL
4593467(D.Md.2016); HALLAL v. MARDEL, 2016 WL 6494411; BRAZELL
v. WINDSOR, 384 S.C. 502, 682 S.E.2d. 824(S.C.App.2009); PELLE-
GRAIN v. BERTHELSEN, F.Supp.2d., 2012 WL 10847(DSC.2012); CARTER
v. SOUTH CAROLINA., 2014 WL 5325234(DSC.2014); EPSTEIN v. WORLD
ACCEPTANCE CORP., 2015 WL 2365701(DSC.2015); BENTON v. BURNS,
11 Fed. Appx' 328, 2011 WL 640248 CA4 (2011); BACCUS v. MARCHANT,
2014 WL 1330984(DSC.2014); PULLIAM v. ALLEN, 466 U.S. 522, 104
S.Ct. 1970(U.S.1984); EX PARTE VIRGINIA, 100 U.S. 339(1880).


    THE JUDGES BLOCKED THESE DEFENDANTS AS BEING LISTED ALSO
AS A MEANS TO AVOID RECUSAL IN ACTS OF FRAUD UPON THE COURTS.
WE OBJECT. THE PARTIES WERE ALREADY GIVEN NOTICE BY THE ACTIONS
PENDING THROUGH THE WRITS OF MANDAMUS UNDER CASES 16-2299; 16-
1953; 16-2141; 17-1415 AND OTHER PLEADINGS RELATED TO THE PENDING
PARALLEL AND RELATED CASES AND THE KING-KHALIFAH PERSONALLY
WROTE THE S.C. FEDERAL ATTORNEY AND U.S. DEPT. OF JUSTICE INFORM-
ING THEM OF ALL CASES ADMONISHING THEM THAT IT WOULD BE IN THEIR
BEST INTEREST TO MAKE AN APPEARANCE SINCE THEY APPEARED IN CASE
2013-CP-400-0084 NOW REMOVED TO THESE PARALLEL AND RELATED CASES.
YOU HAVE ALL THE DEFENDANTS NAMES UNDER CASES 8:16-cv-3327,
3328, 3194-RBH-JDA VIA THE (34) PAGE AFFIDAVIT OF SERVICE. THUS,
THEIR NAMES RELATE BACK TO THE ORIGINAL COMPLAINT AND OR WRIT
OF ERROR IN ALL OF THESE PARALLEL AND OR RELATED CASES. ALL
NAMES MUST BE LISTED INDIVIDUALLY NOT MERELY BY REFERRING TO
A CASE OR AFFIDAVIT, GOODMAN v. PRAXAIR INC., 494 Fed. Appx'
458, 68 Fed. R. SERV.3d. 850(4th.Cir.2007); JOHNSON v. MARRIOTT
INTERNATIONAL INC., 2017 WL 1957071(2017); RUSSELL v. S.N. SERVI-
CING CORPORATION, 2017 WL 1449211(N.D.Va.2017); GREEN v. BRADLEY
COMPANY, 194 F.Supp.3d. 479 (DSC.2016).


    THE DEFENDANTS THAT ARE TO BE PROPERLY LISTED TO CORRECT
THIS FRAUD IN THE PREVIOUS CASES AS WELL AS CASES 17-7134; 17-
7068; 17-7139 ET. AL.,; THE ANTHONY COOK CASE UNDER 8:16-cv-
3327-RBH HOPEFULLY BEING PROCESSED, MUST BE LISTED IN A SIMILAR
FASHION WITH A SLIGHT VARIATION DUE TO INDEPENDENT ACTION ISSUES
SUBSEQUENTLY RAISED. YOUR JURISDICTION IS LIMITED AND OR RE-

STRICTED TO ADDRESSING THE FRAUD IF ALL OF THE DEFENDANTS ARE
NOT PROPERLY LISTED, AND BY THIS FRAUD THE COURT MUST REMAND
TO ALLOW THIS INJUSTICE TO BE CORRECTED, U.S. v. PIERCE, 400
F3d. 176 CA4 (Va.2005); COLE v. BLANKENSHIP, 30 F2d. 211 CA4
(1929); LOUGHAN v. U.S., 134 S.Ct. 2384(U.S.2014); SMITH v.
CLARK/ SMOOT/ RUSSELL, --F3d.--, 2015 WL 4717932 CA4 (Md.2015);
LUCAS v. BRISTOL CONDOMINIUMS PROPERTY OWNERS ASS'N, S.E.2d.,
2015 WL 3885837(S.C.App.2015); FOX EX REL FOX v. ELK RUN COAL
CO. INC., 739 F3d. 131 CA4 (2014); NELSON v. U.S. BANK N.A.,
2015 WL 6852712(DSC.2015); STRATTEN v. MECKLENBERG COUNTY DEPT.
OF SOCIAL SERVICES, 521 Fed. Appx' 278, 2013 WL 2364587 CA4
(N.C.2013).

   NOTICE: THIS IS ANOTHER ISSUE ON APPEAL. BY THE LEGAL
ISSUES SUBMITTED UNDER CASE 17-6693 THAT ARE ALSO FILED FOR
ALL PARALLEL AND OR RELATED CASES AND BY THE LITIGATION SUBMITTED
THAT DEMONSTRATE THAT THE PLRA AND THE AEDPA ARE UNCONSTITU-
TIONAL, DO WE HAVE A RIGHT TO CLASS ACTION CERTIFICATION, ALSO
BY THE ATTORNEY POWERS GIVEN TO THE KING-KHALIFAH BY THE DEFAULT.

   INASMUCH, THE COURT IN CASES 17-7139; 17-7134 AND 17-
7068 REQUIRED WE FILE IN FORMA PAUPERIS DOCUMENTS AND SUBMIT
INFORMAL BRIEF. EVEN THOUGH THIS ISSUE IS ADDRESSED IN CASES
17-6693 AND 17-6925 WHICH APPLIES TO ALL OF THESE CASES OF CON-
CERN. WE MOTION FOR AN EXTENSION OF TIME UNTIL OCTOBER 16, 2017
BECAUSE THE 6 MONTH STATEMENTS MUST BE SENT TO S.C.D.C. HEAD
QUARTERS AND THE TURN AROUND TIME CAN TAKE UP UNTIL A MONTH
BEFORE WE RECEIVE THEM BACK. THEREFORE, WE MOTION FOR AN EXTEN-
SION OF TIME UNTIL THEN TO FILE THE DOCUMENT AND ANY POTENTIAL
INFORMAL BRIEF OR BRIEF OF ANY KIND. NEVERTHELESS, BY ALL DOCU-
MENTS FILED IN CASES 17-6693 AND 17-6925, TO INCLUDE THOSE HERE
WITH ATTACHED. WE MOTION TO WAIVE THE FILING FEES FOR ALL APPEL-
LANTS IN THESE CASES DUE TO ACTS OF CRIMINAL CONVERSION DONE
BY JUDGE SEYMOUR AND THE CLAIMS ARGUED WITHIN THOSE CASES WHICH
ARE NOW FOR ALL CASES LISTED WITHIN THE CAPTION OF THIS DOCUMENT.

   TO ESTABLISH CAUSE OF ACTION TO RECOVER DAMAGES FOR CON-
VERSION, WHERE JUDGE SEYMOUR STOLE MONEY FROM ROBERT MITCHELL'S

COOPER TRUST FUND ACCOUNT, WHICH WAS MONEY OWED TO THE KING-KHALIFAH, GIVING HIM THE RIGHT OF CLAIM. A PLAINTIFF MUST SHOW LEGAL OWNERSHIP OR AN IMMEDIATE SUPERIOR RIGHT OF POSSESSION TO A SPECIFIC IDENTIFIABLE THING AND MUST SHOW THAT THE DEFENDANT(S) EXERCISED AN UNAUTHORIZED DOMINION OVER THE THING IN QUESTION TO THE EXCLUSION OF THE PLAINTIFF(S) RIGHTS. ROBERT MITCHELL OWED THAT MONEY TO THE KING-KHALIFAH GIVING US BOTH STANDING TO CHALLENGE AND SEEK SANCTION FOR THIS INJUSTICE WHICH ARE GRANTED BY DECREE AND JUDGMENT OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT. ALL FILING FEES FOR ALL PARTIES ARE WAIVED. THE UNITED STATES IS IN DEFAULT IN CASE 2013-CP-400-0084. YOUR GLOBAL NATIONS VIA THE DEFAULT HAD NO RIGHT TO ATTACH, ARREST OR EXECUTE THE INTELLECTUAL PROPERTY, GIVEN TO YOUR NATIONS BY "GRANT", "FRANCHISE", "COVENANT", "CONTRACT" ORIGINATING FROM THE SOLE CORPORATION WHICH HAD RESTRICTIONS WHICH YOU VIOLATED WHICH IS PROTECTED UNDER THE U.S. CONSTITUTION ARTICLE 1 SECTION 10. YOU HAD NO AUTHORIZATION TO GIVE THIS INTELLECTUAL PROPERTY TO THE SODOMITES AND GOMMORAHRITES OF YOUR NATIONS. CAUSE IS ESTABLISHED. WE MOTION FOR AN INDEPENDENT INVESTIGATION BY SOMEONE NOT ASSOCIATED WITH THE TRUMP ADMINISTRATION, KINOJUX I.P. v. I.R.P. INTERNATIONAL INC., 2016 WL 5936875(N.Y.2016); NAT'L CTR. FOR CRISIS MGMT. v. INC. v. LERNER, 91 A.D.3d. 920, 920-21, 938 N.Y.S.2d. 138, 138-39(2nd.DEPT.2012).


JUDGE KAYMANI WEST IN ONE OF THE PARALLEL APPEALS ISSUED AN ORDER ON AUGUST 23, 2017 CLAIMING SHE COULD NOT READ SOME OF THE LEGAL DOCUMENTS FILED. THE ATTACHED REFERRED TO ORDER IS NOW SOUGHT LEAVE TO APPEAL. WE INFORMED THE COURT IN CASES 17-6969; 17-6693 AND 17-6925 ALSO ARGUED IN THE (19) PAGE INJUNCTION THAT WE ARE BORROWING A TYPEWRITER TO WHICH WE DO NOT ALWAYS HAVE ACCESS TO DUE TO STATE INTERFERENCE. JUDGE WEST ABUSED HER DISCRETION. THIS ORDER IS VACATED AND ON REMAND BY DECREE OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT. IT IS CONSPICUOUS BY WHAT IS ARGUED IN THE (19) PAGE INJUNCTION THAT THE STATE INTERFERENCE DO INDEED RISE TO AN UNCONSTITUTIONAL LEVEL WHERE THE DEFENDANTS IN THESE PARALLEL AND RELATED CASES DESTROYED THE KING-KHALIFAH'S TYPEWRITER, SUBJECTING HIM TO

PHYSICAL ASSAULTS AND OTHER OUTRAGEOUS ACTS OF RETALIATION BE-
CAUSE THEY KNOW HE SUFFERS FROM A LIFE LONG DISABILITY TO HIS
HANDS WHICH IS WHY HE TRACES HIS LETTERS IN EFFORTS TO MAKE
HIS WRITING MORE LEGIBLE. THE DISABILITY TO HIS HANDS CREATED
BY THE ACTS OF OFFICIAL MENTAL TORTURE HE WAS SUBJECTED TO BY
THESE DEFENDANTS, ALONG WITH THE DESTRUCTION OF HIS PROPERTY
THEY KNEW HE DID NEED TO AID IN ACCESS TO THE COURT, WAS DONE
TO IMPEDED HIS ACCESS TO THE COURTS AND OBSTRUCT JUSTICE AND
SUBJECT HIM TO INTENSE PHYSICAL PAIN THEY KNEW HE WOULD SUFFER
IN WRITING BY HAND IN HOPES OF DETERRING HIM FROM FREELY EXER-
CISING THE CONSTITUTIONALLY PROTECTED RIGHT OF ACCESS TO THE
COURTS. THIS ALSO IS TANTAMOUNT TO ACTS OF PHYSICAL TORTURE
IN VIOATION OF THE C.A.T. TREATY FOR WHICH THEY ARE BEING SUED
FOR. THE DAMAGE TO THE KING-KHALIFAH'S HANDS IS IRREPARABLE
AS THE DOCTORS HAVE REPEATEDLY SAID. JUDGE KAYMANI WEST, CON-
SPIRING WITH THE DEFENDANTS UNDER COLOR OF STATE LAW AND OR
AUTHORITY, ISSUES THIS ATTACHED ORDER WITHIN THE DISTRICT COURT
WHERE IN THIS ACT OF MACHINATION SHE HAS ESSENTIALLY PENALIZED
THE KING-KHALIFAH IN ACTS OF RETALIATION FOR HIS DISABILITY
WHERE THIS ORDER SERVES AS A MEANS, AN OBSTACLE TO BAR OR RE- 
STRICT HIS ACCESS TO THE COURT IN VILATION OF 42 U.S.C. § 12203
(a)b) OF THE AMERICANS WITH DISABILITIES ACT. SINCE THE KING-
KHALIFAAH BY WAY OF HIS DISABILITY CANNOT MAKE HIS LEGAL DOCU-
MENTS ANY MORE LEGIBLE THAN HE HAS, SPECIFICALLY AT TIMES WHEN
HE DOES NOT HAVE ACCESS TO A TYPEWRITER. DAMAGES ARE NOW CLEARLY
SHOWN AND THE INJUNCTION THAT IS NOW SERVED ON THE LOWER COURT
"MUST" BE GRANTED. THE ORDER PRODUCED BY JUDGE WEST PRODUCES
EVIDENCE OF DAMAGES VIA THE DISABILITY AND BY THE STATE INTER-
FERENCE ARGUED IN THE INJUNCTION, IT DEMONSTRATES INDEED THAT
THE STATE INTERFERENCE DOES RISE TO AN UNCONSTITUTIONAL LEVEL.
THEREFORE, BY THE KING-KHALIFAH'S RIGHTS UNDER THE AMERICANS
WITH DISABILITIES ACT, THE INJUNCTION MUST AND IS GRANTED. WE
MOTION THAT THE COURT INSTRUCT JUDGE WEST TO SIGN THE INJUNCTION
AND PROTECTIVE ORDER. DUE TO ADA RIGHTS AND THE COMPLEXITY OF
THE CASE IT MUST BE GRANTED.

JUDGE WEST, BY THE ISSUING OF SUCH AN ORDER SUBJUDICE
ON AUGUST 23, 2017; THIS HAS GOT TO BE THE MOST STUPID, IGNORANT,
UNREASONABLE ORDER I HAVE EVER SEEN IN MY ENTIRE LIFE. BY SUCH
AN ORDER JUDGE WEST HAS ESSENTIALLY ORDERED A "BLIND MAN" TO
STOP BEING BLIND. SHE HAS ORDERED A "PARALYZED MAN" TO STOP
BEING PARALYZED. SHE ORDERED A "LAME MAN" WITH NO LEGS TO GET
UP AND DANCE THE TENNESSEE WALTZ AND DANCE THE "CHARLESTON"
, THEN DANCE A BALLET, BREAK DANCE THEN JUMP UP AND DO (20)
JUMPING JACKS. JUDGE WEST IN AN EGREGIOUS MISCARRIAGE OF JUSTICE
HAS ORDERED A DISABLED PLAINTIFF, THE KING-KHALIFAH, TO STOP
BEING DISABLED IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF THE
AMERICANS WITH DISABILITIES ACT, WHICH IS LUDICROUS, UNREASON-
ABLE AND CRIMINAL IN ACTS OF RETALIATION AND OBSTRUCTION OF
JUSTICE. BY SUCH ACTION, LEGAL COUNSEL MUST BE APPOINTED TO
REPRESENT THE CLASS MEMBERS TO PREVENT ANY FURTHER INJUSTICES
FROM OCCURRING. WE MOTION FOR SUCH, BUT THE KING-KHALIFAH DO
NOT WAIVE HIS CONSTITUTIONAL RIGHT OF SELF REPRESENTATION. LET
COUNSEL ACT AS STAND-BY TO ASSIST THE KING-KHALIFAH WITH SUCH
MATTERS AS FILING, TYPING OR ANY OTHER MATTER THAT MAY STAND
AS AN OBSTACLE DUE TO THE DISABILITY IN HIS HANDS CAUSED BY
THESE DEFENDANTS. THE KING-KHALIFAH SHALL RETAIN HIS RIGHT OF
SELF REPRESENTATION WHILE LEGAL COUNSEL BE APPOINTED IN FULLNESS
FOR THE OTHER CLASS MEMBERS. BY THE DEFAULT AND JUDGMENT OF
THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE, THE KING REMAIN
AS LEAD PLAINTIFF. THE APPOINTING OF LEGAL COUNSEL AND THE GRANT-
ING OF THE INJUNCTION NOW BECOMES MANDATORY. **IT IS SO ORDERED,**
LASKY v. MORRISTOWN T.P., 425 N.J. SUPER. 530, 42 A.3d. 202
(N.J.2012); RULE 23(g) Fed. RULES OF PRO.; ROYSTERS v. NEW-JERSEY
STATE-POLICE, 439 N.J. SUPER. 554, 110 A.3d. 934(N.J.2015);
CATTUNA v. SARA-LEE-CORP., A.2d., 2010 WL 3418354 (2010); BART-
LETT v. NEW-YORK-STATE-BD. OF-LAW-EXAMINERS, 970 F.Supp. 1094
(S.D.N.Y.1997); KIMEL, 528 U.S. at 86, 120 S.Ct. 631; FERRELL
v. ESTELLE, 568 F2d. 1128, 1132-1133 CA5 (1978); PEOPLE v. RIVERA
, 125 MISC.2d. 516, 528, 480 N.Y.S.2d. 426, 434 (Sup.Ct.1984);
TENNESSEE v. LANE, 541 U.S. 509, 124 S.Ct. 1978, 158 L.Ed.2d.
820(2004); BABY-NEAL-FOR-AND-BY-KANTER v. CASEY, 43 F3d. 48
(3rd.Cir.1994); LACKY v. GREENTREE, 330 S.C. 388, 498 S.E.2d.

898 (S.C.1998).

**NOTICE:** THIS IS ANOTHER ISSUE ON APPEAL. DUE TO THE TOTAL-ITY OF THE CIRCUMSTANCES. DO WE MEET THE CRITERION FOR THE AP-POINTMENT OF LEGAL COUNSEL UNDER THE AMERICANS WITH DISABILITIES ACT, THE COMPLEXITY OF THE CASE, AND DUE TO THE EGREGIOUS ACTS OF FRAUD UPON THE COURTS, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE?

42 U.S.C.A. § 12203 PROVIDES:

★ 4 CHAPTER 126 OF TITLE 42 OF THE UNITED STATES CODE IS COMMONLY KNOWN AS THE AMERICANS WITH DISABILITIES ACT (ADA) SECTION 42 U.S.C. § 12101 ET. SEQ. SECTION 12203 OF THE ADA, WHICH AIMS TO PROHBIT **RETALIATION AND COERCION"** PROVIDES:

**(a) RETALIATION;**

NO PERSON SHALL DISCRIMINATE AGAINST ANY INDIVIDUAL BE-CAUSE SUCH INDIVIDUAL HAS OPPOSED ANY ACT OF PRACTICE MADE LAWFUL BY THIS CHAPTER (WHICH INCLUDE ACCESS TO THE COURTS) OR BECAUSE SUCH INDIVIDUAL MADE A CHARGE, TESTIFIED (AS WE DO AGAINST THESE DEFENDANTS SEEKING SANCTIONS), ASSERTED OR PARTICIPATED IN ANY MANNER IN AN INVESTIGATION (SUCH AS THE ONE WE PRESENTLY SEEK BEFORE THE COURT), OR PROCEEDING, OR HEARING UNDER THIS CHAPTER.

**(b) INTERFERENCE, COERCION OR INTIMIDATION:** IT SHALL BE UNLAWFUL TO COERCE, INTIMIDATE, THREATEN, OR INTERFERE WITH ANY INDIVIDUAL IN THE EXERCISE OR ENJOYMENT OF, OR ON ACCOUNT OF HIS OR HER HAVING ENJOYED, OR ON ACCOUNT OF HIS OR HER HAVING AIDED OR ENCOURAGED ANY OTHER INDIVIDUAL IN THE EXERCISE OR ENJOYMENT OF, ANY RIGHT GRANTED OR PROTECTED (RELIGION AND ACCESS TO THE COURTS) BY THIS CHAPTER. THE PLAINTIFFS IN THESE PARALLEL AND OR RELATED CASES WERE AIDING THE KING-KHALIFAH IN THE EXER-CISE AND ENJOYMENT OF HIS CONSTITUTIONALLY PROTECTED RIGHT OF FREEDOM OF RELIGION, ACCESS TO THE COURTS AND BY THE LAWS OF THE UNITED STATES VIA THE DEFAULT, FOREIGN SOVEREIGN RIGHTS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT.

THE REMEDIES AND PROCEDURES AVAILABLE UNDER SECTION 12117,
12133 AND 12188 OF THE TITLE SHALL BE AVAILABLE TO AGGRIEVED
PERSONS FOR VIOLATION OF SUBSECTION (a) AND (b) OF THIS SECTION
WITH RESPECT TO SUBCHAPTER 1, SUBCHAPTER 11 AND SUBCHAPTER 14
OF THIS CHAPTER. THE KING REMAINS PROPRIA PERSONA. WE RENEW
THE DEMAND FOR CRIMINAL CHARGES AND A FULL INVESTIGATION BY
AN INDEPENDENT AGENT NOT ASSOCIATED WITH THE TRUMP ADMINISTRATION
. THE PARTIES ARE CONSPIRING TO AVOID PROSECUTION, SUIT, AND
THE CONCEALMENT OF MATERIAL FACTS. THEY ARE IN VIOLATION OF
THE RICO ACT. **NOTICE:** THIS IS AN ISSUE THAT IS ON APPEAL, WALKER
v. BEAUMONT INDEPENDENT SCHOOL DISTRICT, 2016 WL 6666833; CABI
v. BOSTON CHILDREN'S HOSPITAL, 161 F.Supp.3d. 136(2016). FOR
THE COURT TO NOT INSTRUCT THE JUDGES TO SIGN THE INJUNCTION
WOULD DEMONSTRATE A CONSCIOUSNESS OF GUILT, EARLY v. STATE,
S.E.2d.,--2016 WL 6092514(Sup.Ct.2016); STATE v. TONEY, S.E.2d.,
2014 WL 2575415(2014); STATE v. INMAN, 395 S.C. 539, 720 S.E.2d.
31(2011).

INSOMUCH, THE LAW FIRMS AND OR ATTORNEYS THAT WE'VE SPOKEN
TO THAT WOULD BE WILLING TO TAKE THESE CASES UPON THE ISSUING
OF AN ORDER FROM THE COURT ARE:

      (1) EVANS, MOORE LLC (843) 995-5000;

      (2) DAVIDSON AND LINDERMANN P.A. (803) 806-8222;

      (3) NELSON, MULLINS WHO ALSO HAVE A PRO BONO COMMITTEE
, JAMES ROLLINS (617) 573-4722 OR NORAH ROGERS (803) 255-9546
THEIR "800" NUMBER IS 1-800-237-2000.

ANY OF THESE ATTORNEYS CAN BE APPOINTED TO REPRESENT
THE CLASS MEMBERS AND OR ACT AS STAND-BY FOR THE KING-KHALIFAH
AS HE PARTAKES IN HIS CONSTITUTIONAL RIGHT OF SELF REPRESENTATION
. THE STATE AND OR FEDERAL INTERFERENCE IN THIS INSTANCE RISES
TO AN UNCONSTITUTIONAL LEVEL WHERE THESE JUDGES ARE TRYING TO
RESTRICT THE KING-KHALIFAH'S ACCESS TO THE COURT ESSENTIALLY
PENALIZING HIM IN ACTS OF RETALIATION DUE TO HIS DISABILITY
IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF ADA. WE SEEK SANC-

TIONS. WE ALSO MOTION FOR DECLARATORY JUDGMENT FROM THE 4TH.
CIRCUIT COURT OF APPEALS, CHANEY v. LEWIS, 801 F2d. 1191, 1196
(9th.Cir.1986); KNAUBERT v. GOLDSMITH, 791 F2d. 722(9th.Cir.
1986); TOWNSEND v. SAIN, 372 U.S. at 313, 83 S.Ct. 757; ANDERSON
v. HEIZE, 358 F2d. 479, 481 (9th.Cir.) CERT. DENIED 358 U.S.
889, 79 S.Ct. 131, 3 L.Ed.2d. 116 (1958); PASQUA v. COUNCIL,
186 N.J. 127, 142 (2008); MONROE v. PAPE, 365 U.S. 167, 183,
81 S.Ct. 473, 482, 5 L.Ed.2d. 492(1961); RATSY v. BOARD OF RE-
GENTS OF STATE OF FLORIDA, 457 U.S. 500, 102 S.Ct. 2557 (1962);
ALTMAN, 541 U.S. 677(U.S.2004).

    WE MOTION FOR A REHEARING EN BANC IN CASE 17-1415 WHICH
SHALL BE GRANTED BY THE 4TH. CIRCUIT THESE CASES NOW BEING OFFI-
CIALLY ON REMAND FROM THE GLOBAL THEOCRATIC COURT. ALL ORDERS
ISSUED IN CASES 16-1953; 16-2141; 17-1415 DUE TO STRUCTURAL
ERROR ARE VOID AND VACATED. ALL OF THESE CASES ARE ESSENTIALLY
ON REMAND BY DECREE AND JUDGMENT OF THE CHIEF JUSTICE OF THE
GLOBAL THEOCRATIC COURT, RESTRICTING, LIMITING YOUR JURISDICTION
TO DO NOTHING EXCEPT GRANT THE RELIEF THAT IS DEMANDED WITHIN
THESE CASES FOR THE FOLLOWING REASONS:



    (1) JUDGE GREGORY AND DIAZ ACTED IN RETALIATION BE-
CAUSE WE PEEPED THE MOVE THEY INTENDED TO DO IN CASE 17-6960
SO WE MOTIONED FOR THEIR RECUSAL. IN RETALIATION IN VIOLATION
OF 42 U.S.C. § 12203(a)(b) THEY COMPROMISED SHEDD AND MADE A
FRAUDULENT RULING TO GET AHEAD OF US MOTIONING FOR THEIR RECUSAL
IN THIS CASE.

    (2) THEIR JUDGMENT CONFLICTS WITH A RECENT DECISION
MADE BY THE UNITED STATES SUPREME COURT IN WILLIAMS v. PENNSYL-
VANIA, 136 S.Ct. 1899, 195 L.Ed.2d. 132, 84 U.S.L.W. 4359
(U.S.2016).

    WHEN YOU LOOK AT THE CASES THE 4th. CIRCUIT JUDGES CITED
RELATED TO RECUSAL SUCH AS 811 F2d. 818. WHEN YOU LOOK AT THE
CASES MARCHANT AND AUSTIN CITED RELATED TO RECUSAL SUCH AS:
384 U.S. 563; 988 F2d. 1335; 581 F2d. 1114; 946 F2d. 335; 15
F3d. 319; 2012 WL 2805717 WHERE THESE JUDGES CONSPIRED IN COURTS

TO WHICH THEY HAD NO JURISDICTION TO MAKE THE CLAIMS APPEAR
FRIVOLOUS WHEN THEY WERE NOT VIA THE DEFAULT EMERGING FROM CASE
2013-CP-400-0084. WHEN YOU LOOK AT THE CASES JUDGES WEST AND
BAKER CITED RELATED TO RECUSAL- 882 F2d. 913; 733 F2d. 304;
691 F2d. 666; 726 F2d. 158; 581 F2d. 1114; 510 U.S. 540; 330
F3d. 658. ALL THESE, INCLUDING THE GRISMORE CASE THAT WAS OVER
RULED BY THAT SAME CIRCUIT. ALL OF THESE CASES THE JUDGES IN
TOTAL CITED AT BEST, THE LATEST CITED CASE IS FROM 2012. THE
REMAINDER OF THEM ARE FROM THE 80'S THROUGH 2003. THE JUDGES
ARE ATTEMPTING TO NULLIFY U.S. SUPREME COURT PRECEDENT ESTA-
BLISHED IN 2016 WITH LOWER COURT CASES OVER (20) YEARS OLD AND
THAT ARE NOT FROM THE UNITED STATES SUPREME COURT; ATTEMPTING
TO GIVE THE LOWER, LESSER COURTS, POWER OVER THE U.S. SUPREME
COURT ITSELF. WE OBJECT. THE UNITED STATES SUPREME COURT IN
WILLIAMS-v.-PENNSYLVANIA, 136 S.Ct. 1899(U.S.2016) GAVE CLARITY
TO THESE EARLIER CITED CASES. THE LOWER COURTS CANNOT BE PER-
MITTED TO OVER RIDE THE U.S. SUPREME COURT WITH OLD CASES TO
RENDER VOID OR WATER DOWN THEIR RULINGS MADE IN 2016. I, WE
OBJECT. THE CRITERION ESTABLISHED BY THE WILLIAMS CASE IS (3)
PRONG TO WHICH IF ONLY ONE OF THESE EXIST, RECUSAL BECOMES MANDA-
TORY. THEY ARE: (1) A JUDGE CANNOT SIT UPON HIS OWN CASE; (2)
HE CANNOT SIT IF HE HAS AN INTEREST IN THE OUTCOME; (3) HE CANNOT
SIT IF THE POTENTIAL FOR BIAS RISES TO AN UNCONSTITUTIONAL LEVEL.
EXTRA-JUDICIAL SOURCE FOR BIAS IS NOT THE STANDARD FOR RECUSAL
AS WAS DETERMINED BY THE U.S. SUPREME COURT. THE AFOREMENTIONED
ARE THE (3) PRONG STANDARD AND CRITERION. ALL (3) OF THESE EXIST
IN THESE PARALLEL AND RELATED CASES TO WHICH THESE JUDGES ARE
DEFENDANTS, TO INCLUDE EGREGIOUS ACTS OF FRAUD UPON THE COURTS,
OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY WARRANTING SANC-
TIONS AND RECUSAL, BENTON-v.-BURNS, 2017 WL 491251(D.C.Md.
2017); PEGG-v.-HEARNBERGER, 845 F3d. 112(4th.Cir.2017); JOHNSON
v.-BYRD, 2016 WL 6839410(N.C.2016); GRAHAM-v.-GAYRON, 831 F3d.
176 (4th.Cir.2016); BERGER-v.-U.S., 255 U.S. 22, 41 S.Ct. 230,
65 L.Ed. 481(U.S.1921); CANADA v.-MILLER, F.Supp.3d., 2014 WL
1512245(2014); BOOTH-v.-BALLARD, 2016 WL 1275054(2016)(DEMON-
STRATING THAT A HEARING MUST OCCUR IN THE DISTRICT COURT); UNITED
STATES v. QUINONES,--F.Supp.3d.--,2016 WL 4413149(2016).

NO MAN CAN TRY A CASE TO WHICH HE HAS AN INTEREST IN THE OUTCOME. EXTRA-JUDICIAL BIAS WAS ONLY "ONE OUT OF MANY" EXAMPLES THE UNITED STATES SUPREME COURT WAS REFERRING TO AND ADDRESSING. WHEN THE OBJECTIVE RISK OF ACTUAL BIAS "OF ANY KIND" (EMPHASIS ADDED) RISES TO AN UNCONSTITUTIONAL LEVEL, UNDER THE DUE PROCESS CLAUSE, THE FAILURE TO RECUSE IS "[N]OT" A HARMLESS ERROR BECOMING STRUCTURAL IN NATURE WHICH VOID'S THE COURT'S JURISDICTION FOR DUE PROCESS VIOLATION. JUDGES DIAZ AND GREGORY WERE REQUIRED TO RECUSE THEMSELVES AS WERE THE LOWER COURT JUDGES WITHIN THE S.C. U.S. DISTRICT COURT.

WATCH THE LANGUAGE USED BY THE UNITED STATES SUPREME COURT. "ON THE QUESTION OF RECUSAL, THE COURT ASKS "[N]OT" WHE-THER A JUDGE HARBORS AN ACTUAL BIAS (FOR EXAMPLE, JUDICIAL BIAS AS IN AN ABUSE OF DISCRETION THE CONSPIRING JUDGES ASSERTED), BUT "INSTEAD" (EMPHASIS ADDED) WHETHER, AS AN OBJECTIVE MATTER THERE IS A "[P]OTENTIAL" FOR BIAS OF "ANY KIND" (EMPHASIS ADDED) THAT RISES TO AN UNCONSTITUTIONAL LEVEL", WHICH IS CONSPICUOUS THAT SUCH AN UNCONSTITUTIONAL LEVEL DOES EXIST IN THESE PARALLEL AND OR RELATED CASES AS IS EVIDENCED BY WHAT OCCURRED INVOLVING THESE JUDGES OF CONCERN, CAPEATON v. A.T. MASSEY COAL CO. INC., 556 U.S. 868, 129 S.Ct. 2252, 173 L.Ed.2d. 1208 (U.S.2009); JOHNSON v. STEVENSON, 2016 WL 1156649(DSC.2016); KENWOOD GARDENS CONDOMINIUMS INC. v. WHALEN PROPERTIES, LLC., 2016 WL 6788052, * 11+ (Md.2016).

(3) EVERY WRIT OF MANDAMUS RULING IS VOID FOR DUE PROCESS VIOLATION BY THE STRUCTURAL ERROR WHERE EVERY MANDAMUS RULING WAS RENDERED BY INVOKING THE PROVISIONS OF THE PRISON LITIGATION REFORM ACT WHICH THE 4TH. CIRCUIT DEMANDED AS A PRE-REQUISITE FOR ENTRY INTO THE 4TH. CIRCUIT COURT OF APPEALS. EVEN THE CASES JUDGES GREGORY, DIAZ AND SHEDD CITED VIOLATE THE UNITED STATES SUPREME COURT HOLDINGS UNDER EX-PARTE-VIRGINIA AND THE-SLAUGHTER-HOUSE-CASES, INCLUDING IN-RE:-BEARD, 811 F2d. 818 IS TAINTED AS WELL WHICH VOID THE ORDER IN CASE 17-1415. THE CASES ARE ILLEGAL AS IS ANY ORDER ISSUED IN CASE 17-1415, AS WELL AS ANY ORDER ISSUED WITHIN ALL OF THESE CASES LISTED

WITHIN THE CAPTION OF THIS DOCUMENT FOR THESE PARALLEL AND OR
RELATED CASES JUST AS IS ARGUED WITHIN CASES 17-6693 AND 17-
6925. THIS WILL BE ELABORATED ON LATER WITHIN THIS DOCUMENT.

REFERRING BACK TO THE ISSUE OF THE JUDGES. THE JUDGES
BLOCKED THE DEFENDANTS FROM BEING LISTED PROPERLY AS A MEANS
TO AVOID RECUSAL. PER THE S.C. DISTRICT COURT'S ENTRY NUMBER
(16) FILED AUGUST 8, 2017 IN CASE 9:17-cv-1140-TLW-BM. WE GAVE
THE 4TH. CIRCUIT AND ALL PARTIES JUDICIAL NOTICE OF SEEKING
LEAVE TO APPEAL WITHIN (14) DAYS OF RECEIPT OF THAT ORDER ONLY
TO BE SUBJECTED TO FRAUD UPON THE COURTS INVOLVING ZANCHELLI
AND THE S.C. DISTRICT COURT. A SIMILAR SITUATION OCCURRED IN
CASE 1:17-cv-1468-HMH-SVH TO WHICH WE OBJECT. THE ORDER ISSUED
BY MARCHANT ACTED AS A FINAL ORDER ON THEIR FAILURE TO RECUSE
AND TRANSFER VENUE; ADDING ANTHONY COOK AS PARTY DUE TO REMOVAL
OF CASE 2013-CP-400-0084 PURSUANT TO 28 U.S.C. §§ 1443(1)(WHERE
WE ARE DEFENDANTS RELATED TO CRIMINAL CONVICTIONS), 2679, 1602-
1612 ET SEQ.(WHICH IS WHY MARCHANT IN THE REPORT AND RECOMMENDA-
TION PREVENTED REMOVAL TO PREVENT THE EVIDENCE IN THAT CASE
FROM ENTERING THE COURT WHICH WE OBJECT TO); CONSOLIDATION (WHICH
IS ANOTHER REASON THEY LISTED THE DEFENDANTS INCORRECTLY TO
DENY CONSOLIDATION WHICH WE OBJECT TO); THE JUDGES SEPARATING
US; THEY MAKING USE OF THE PLRA AND OR THE AEDPA; DENIAL OF
CHANGE OF VENUE AND CLASS ACTION CERTIFICATION. THUS, WE IMMEDI-
ATELY SOUGHT LEAVE TO APPEAL THE ORDERS IN BOTH CASES 9:17-cv-
1140-TLW-BM AND 1:17-1468-HMH-SVH OR IT WOULD HAVE CAUSED IRRE-
PARABLE DAMAGE TO THE PROCEEDINGS BEFORE THEY BEGAN. THIS DI-
VESTED BOTH COURTS OF JURISDICTION PENDING THAT REVIEW.

THE JUDGES ARE THE ONES WHO IN ACTS OF MACHINATION SEPA-
RATED US IN ACTS OF FRAUD UPON THE COURT. THIS IS WHY THE PARAL-
LEL CASES EXIST AND WHY THE KING-KHALIFAH, CRAWFORD, HAD TO
HAVE HIMSELF ADDED AS A PARTY IN EACH OF THESE PARALLEL AND
OR RELATED CASES TO PROTECT HIS INTEREST PURSUANT TO 28 U.S.C.
§§ 1443(1), 2679, 1602-1612 ET. SEQ. WHICH IS PERMITTED UNDER
THESE CIRCUMSTANCES ALSO BEING THE FIDUCIARY HEIR. SEPARATE

FILING IN FORMA PAUPERIS DOCUMENTS WERE FILED TO ADDRESS ANY
CONCERN IN THIS AREA. WE MOTION TO AMEND THE PARTIES IN BOTH
THE 4TH. CIRCUIT AND DISTRICT TO REFLECT THAT CRAWFORD IS PARTY
IN EACH INDIVIDUAL CASE AND THE NAMES OF THE DEFENDANTS BE LISTED
AS THOSE CONTAINED IN THE (14) PAGE AFFIDAVIT OF SERVICE IN
QUESTION. THIS IS PARALLEL LITGATION WHERE RES JUDICATA ATTACHES.

     WE WANT THE COURTS TO PAY SPECIAL ATTENTION TO THE (23)
PAGE DOCUMENT DATED JULY 8, 2017 AND THE (14) PAGE DOCUMENT
DATED JULY 2, 2017 SERVED ON THE 4TH. CIRCUIT COURT AND FILED
IN CASES 9:17-cv-3808-TLW-BM AND 8:16-cv-3327, 3328, 3194-RBH-
JDA. WE EXPAND THE SCOPE AND INCLUDE THESE DOCUMENTS THAT ARE
TO BE FILED IN ALL CASES LISTED IN THE CAPTION TO ADDRESS ISSUES
OF COMITY, PARALLEL LITIGATION, RES JUDICATA, CHANGE OF VENUE
AND DISQUALIFICATION OF THE JUDGES INVOLVED. SEE U.S. EX-REL.
KNIGHT v. RELIANT HOSPICE INC., F.Supp.2d., 2011 WL 1321584(DSC.
2011); HARBISON v. BELL, 556 U.S. 180, 129 S.Ct. 1481(U.S.2009);
MIDDLETON v. NISSAN MOTOR CO. LTD., F.Supp.2d., 2012 WL 3612572
(DSC.2012); SOUTHERN PAC. R. CO. v. U.S., 168 U.S. 1, 18 S.Ct.
18, 42 L.Ed. 355(U.S.1897); NOELL CRANE SYSTEMS GMbH v. NOELL
CRANE SYSTEMS SERVICES, 667 F.Supp.2d. 852(2009); KNIGHT v. MANU-
FACTURERS & TRADERS TRUST CO., F.Supp.3d. 436(D.Md.2015); BARDES
v. SOUTH CAROLINA, F.Supp.2d., 2010 WL 1498190(DSC.2010).

     **NOTICE:** THIS IS AN ISSUE ON APPEAL. YOU HAVE FRAUD UPON
THE COURT INVOLVING PARTIES IN BOTH THE 4TH. CIRCUIT AND THE
S.C. U.S. DISTRICT COURT. WE OBJECT. PURSUANT TO FEDERAL APPEL-
LATE COURT RULE, RULE 4(d). ZANCHELLI OR ANY OTHER 4TH. CIRCUIT
CLERK SHOULD HAVE NEVER IN ACTS OF CONSPIRACY AND OBSTRUCTION
OF JUSTICE, HELD UP THE NOTICE SEEKING LEAVE TO APPEAL CASE
9:17-cv-1140-TLW-BM TO ALLOW JUDGE MARCHANT TO PRODUCE A FRAUDU-
LENTly OBTAINED REPORT AND RECOMMENDATION FOR THE PURPOSE OF
HAVING A DETRIMENTAL EFFECT ON THE MATTERS RELATED TO THESE
APPEALS. A SIMILAR SITUATION OCCURRED UNDER CASE 1:17-cv-1468-
HMH-SVH WHERE THE CONSPIRING JUDGES IGNORED THE FIRST NOTICE
SEEKING LEAVE TO APPEAL TO CONCEAL THEIR CRIMES, THEREUPON CLO-
SING THE CASE WHEN THEIR JURISDICTION WAS DIVESTED. THEREAFTER,

THEY SENT UP THE APPEAL BASED UPON A SUBSEQUENT LETTER AND OR
DOCUMENT, THE 4TH. CIRCUIT HOLDING THEIR NOTICE, TO ALLOW THE
DISTRICT COURT TO CLOSE THAT CASE BEFORE IT WAS SENT UP FOR
APPEAL WHEN THEIR JURISDICTION WAS DIVESTED BY THE FIRST NOTICE.
WE OBJECT.

     WE RENEW THE PREVIOUS FILED MOTIONS AND SEEK ADDITIONAL
SANCTIONS TO REMEDY THIS EGREGIOUS INJUSTICE AND ACTS OF FRAUD
UPON THE COURTS. WE WANT CASE 1:17-cv-1468-HMH-SVH REINSTATED,
OPENED, AND WE WANT THE REPORT AND RECOMMENDATION ISSUED BY
MARCHANT RENDERED VOID FOR FRAUD AND DUE PROCESS VIOLATION.
EVIDENCE BY THE ACTIONS OF THE CLERKS WOULD SERVE TO SUBSTANTIATE
THAT THE 4TH. CIRCUIT JUDGES WHOM RECUSAL IS SOUGHT FOR ARE
INVOLVED. WE RENEW THE MOTION FOR THE JUDGES RECUSAL AND DISQUA-
LIFICATION OF THE S.C. U.S. DISTRICT COURT JUDGES, TO INCLUDE
RENEWING THE MOTION TO CONSOLIDATE ALL CASES INVOLVING THE KING-
KHALIFAH AND PLAINTOFFS AND VENUE BE TRANSFERRED TO THE STATE
OF NEW JERSEY. WE SEEK BY SANCTION THAT NOT ONLY THE S.C. DIS-
TRICT COURT, BUT THE 4TH. CIRCUIT COURT OF APPEALS AS WELL BE
IN FORFEITURE OF PRESENTING IN ANY MANNER THE LEGAL STANCE,
POSITION OR ADJUDICATION THAT WAS PRODUCED IN BOTH CASES SUBJU-
DICE AND OR IS CONTAINED WITHIN THE REPORT AND RECOMMENDATION
ISSUED BY MARCHANT IN ANY FORM. EVEN IF THE COURTS ATTEMPT TO
MODIFY THE LANGUAGE IN ANY MANNER TO MAKE THOSE SAME CLAIMS
CONTAINED THEREIN. THEIR JURISDICTION WAS DIVESTED AND THE FRAUD
TAINTS THE ACTIONS RENDERING THEM VOID FOR DUE PROCESS VIOLATION,
ALSO FOR VIOLATION OF 18 U.S.C. §§ 242 AND 1001. U.S. v. LAWRENCE
SUPRA.; IN RE: WALLACE, 649 Fed. Appx' 298(MEM)(4th.Cir.2016);
IN RE: WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION, 849
F3d. 761, 96 Fed. R. SERV.3d. 1207(8th.Cir.2017); IN RE: DUROSER,
2015 WL 4068243(N.D.N.Y.2015); BROWN v. ELI LILLY AND CO., 654
F3d. 347(2nd.Cir.2011); SHANKLIN v. SEALS, 461 Fed. Appx' 313,
2012 WL 29186(4th.Cir.2012); RUSS v. HEWITT, 69 Fed. Appx' 185,
2003 WL 21546021(4th.Cir.2003); KAMP v. WARDEN OF GRAHAM C.I.,
2014 WL 6809522(DSC.2014); ASHCROFT v. IQBAL, 556 U.S. 662,
129 S.Ct. 1937(U.S.2009); UNITED STATES v. ROGERS, 101 F3d.
247(2nd.Cir.1996). WE MOTION FOR DECLARATORY JUDGMENT FROM THE

4TH. CIRCUIT.

THE REPORT AND RECOMMENDATION PRODUCE CONCRETE EVIDENCE, THAT OUR CLAIM AS TO WHY THEY INCORRECTLY LISTED THE DEFENDANTS IN THE CIVIL ACTIONS THE WAY THEY HAD THEM LISTED WAS TRUE AND NOT A CONCLUSORY CLAIM, SO WE OBJECT TO THIS STATEMENT MADE BY MARCHANT IN THAT REPORT. WE WARNED THE 4TH. CIRCUIT OF THEIR INTENTIONS BEFORE THEY ACTED WHICH ARE NOW CLEARLY MANIFESTED REQUIRING SANCTIONS AND FORFEITURE DUE TO FRAUD UPON THE COURTS AND VIOLATION OF DUE PROCESS LAW. THE REPORT AND RECOMMENDATION PRODUCED BY MARCHANT AND THE ACTS OF HODGES ETC. IN CASE 1:17-cv-1468 PROVES WE WERE CORRECT AND THE PRESENCE OF THE S.C. U.S. DISTRICT COURT JUDGES ESTABLISH THAT THERE IS A POTENTIAL FOR BIAS THAT RISES TO AN UNCONSTITUTIONAL LEVEL CREATING A STRUCTURAL ERROR THAT VOIDS THEIR JURISDICTION FOR DUE PROCESS VIOLATION. WE OBJECT, IANNELLI v. U.S., 420 U.S. 770, 95 S.Ct. 1284, 43 L.Ed.2d. 616; BLUE SKY TRAVEL AND TOURS, LLC. v. AL TAYYAR, --Fed. Appx'--, 2015 WL 1451636 CA4 (Va.2015); U.S. v. STERLING, 724 F3d. 482 CA4 (Va.2013); WILLIAMS v. PENNSYLVANIA, 136 S.Ct. 1899(2016); BENTON v. BURNS, 2017 WL 491251(D.C.Md. 2017); CHRISTIANSON v. M.B.N.A. AMERICAN BANK N.A., S.E.2d., 2013 WL 8507850(S.C.App.2013); CALDWELL v. WINQUIST, 402 S.C. 595, 741 S.E.2d. 583(S.C.App.2013); LOUMIET v. UNITED STATES, 65 F.Supp.3d. 19(2014); WHITE v. MANIS, 2014 WL 1513280(DSC. 2014); GRUPO SUPRA., 124 S.Ct.1920(U.S.2004).

REFERRING BACK TO THE ISSUE OF BIAS REGARDING THE JUDGES. THE (14) PAGE AND (23) PAGE DOCUMENTS THEMSELVES, ALONE, EVEN THOUGH THERE ARE MANY OTHERS TO INCLUDE THOSE IN CASE 2013-CP-400-0084 MARCHANT IS CONSPIRING TO PREVENT FROM BEING REVEALED, AND OTHERS TO WHICH THE STATE AND FEDERAL JUDGES ALONG WITH THE S.C. DEPT. OF CORR. ARE CONSPIRING TO BLOCK FILING, ARE MORE THAN SUFFICIENT TO NOT ONLY PROVE REMOVAL UNDER 28 U.S.C. §§ 1443(1), 2679, 1602-1612 ET. SEQ.. THEY ALSO PROVE BOTH OVER-WHELMING "PERSONAL" AS WELL AS "JUDICIAL" BIAS. WHEN YOU HAVE THE JUDGES GOING OUT OF THEIR WAY TO CALL US "RACIST", "VULGAR" AND "SEXIST"? THIS PROVES JUDGE MARCHANT LIED IN FRAUD WHEN

HE SAID IN THE REPORT THAT THE ACTION WAS "INCOMPREHENSIBLE",
BECAUSE THE COURT IN CASE 5:17-cv-0105-BHH-KDW DID NOT MAKE
THIS CLAIM AND FURTHER AFFIRMED THAT THE PLEADING CONSTITUTE
AN "AFFIDAVIT". SUCH ASSESSMENT COULD NOT HAVE BEEN DONE IF
THE PLEADINGS WERE "INCOMPREHENSIBLE". WE OBJECT. RES JUDICATA
ATTACHES FROM JUDGE KAYMANI WEST. WHAT MORE DO YOU NEED TO ESTA-
BLISH "PERSONAL" BIAS. "PERSONAL" IS DEFINED AS---PERTAINING
TO, OR CONCERNING A PARTICULAR PERSON; REFERRING OR DIRECTED
TO A PARTICULAR PERSON IN AN OFFENSIVE MANNER; PERTAINING TO
THE BODY, CLOTHING OR APPEARANCE (PHYSICALLY OR CHARACTERISTI-
CALLY). WHEN YOU LOOK AT THE MOTION TO REINSTATE CASE 5:17-cv-
0105-BHH-KDW, THE ORDER PRODUCED FROM IT; THE REPORT AND WHAT
MARCHANT AND WOOTEN DID IN BOTH CASES 9:16-cv-3808-TLW-BM AND
9:17-cv-1140-TLW-BM; WHAT JUDGES HARWELL AND AUSTIN DID IN CASES
8:16-cv-3327, 3328, 3194-RBH-JDA; WHAT THE JUDGES DID IN CASE
1:17-cv-01468-HMH-SVH, IGNORING THE INITIAL NOTICE SEEKING LEAVE
TO APPEAL AND CLOSING THAT CASE; WHAT THEY DID TO david duren
IN THE S.C. SUPREME COURT CONSPIRING WITH THE S.C. ATTORNEY
GENERAL; ALSO WHAT JUDGE BAKER DID IN CASE 2:17-cv-1127-JMC-
MGB AND THE PLEADINGS IN THEIR TOTALITY. IT IS CONSPICUOUS THAT
IT HAS GOTTEN SERIOUSLY PERSONAL BETWEEN THE JUDGES AND PLAIN-
TIFFS, SO MUCH THAT THE JUDGES ARE ENGAGING IN CONSTANT ACTS
OF FRAUD, MACHINATION, OBSTRUCTION OF JUSTICE AND CRIMINAL CON-
SPIRACY. WE OBJECT TO JUDGE MARCHANT'S CLAIMS THAT THE STATE
CASE, 2013-CP-400-0084 DO NOT BEAR ON OR HAVE ANY CONNECTION
TO THE CLAIMS BEING MADE OR THAT IT DOESN'T WARRANT REMOVAL
TO ESTABLISHED THE FACTS PURSUANT TO 28 U.S.C. §§ 1443(1)(DEFEN-
DANT IN A CRIMINAL CASE/ CONVICTION ISSUES), 2679 (PROPERTY
INFRINGMENT BY THE UNITED STATES), 1602-1612 ( FOREIGN SOVEREIGN
IMMUNITY ACT CLAIMS) WHICH IS WHY HE DO NOT WANT THIS EVIDENCE
TO ENTER THE COURT. IT WILL INDISPUTABLY PROVE THE FACTS. LETS
SEE. ORDER THE ISSUING OF THE INJUNCTION AND PROTECTIVE ORDER.
ALONG WITH THE (23) AND (14) PAGE DOCUMENTS RECENTLY FILED.
THEY HIGHLIGHT THE REPEATED, CONTINUOUS ACTS OF FRAUD, OBSTRUC-
TION OF JUSTICE AND CRIMINAL CONSPIRACY WHICH IS WHY JUDGE MAR-
CHANT IS CONSPIRING TO PREVENT THE REMOVAL OF THE STATE CASE.
WE OBJECT. WE MOTION FOR DISQUALIFICATION OF THE JUDGES AND

CHANGE OF VENUE TO BE GRANTED BY THE 4TH. CIRCUIT VIA THESE
PARALLEL APPEALS AND OR RELATED CASES. WE WANT CLASS ACTION
CERTIFICATION FOR THE LEGAL ISSUES OF RELIGIOUS PROPHESY, IN
RE: NAT. FOOTBALL LEAGUE PLAYERS CONCUSSION INJURY LITIGATION,
775 F3d. 570, 90 Fed. R. SERV.3d. 563(3rd.Cir.2014); IN RE:
WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION SUPRA.; ALILA-
KATITA v. U.S. BANK NATIONAL ASSOCIATION, 2016 WL 4992464(N.D.
Cal.2016); FLEISCHMAN v. ALBANY MEDICAL CENTER, 639 F3d. 28,
79 Fed. R. SERV.3d. 494(2nd.Cir.2011); SCOTT v. CLARKE, 61
F.Supp.3d. 569(W.D.Va.2014); BUMGARNER v. N.C.D.C., 276 F.R.D.
452(N.C.2011); BURNETT v. TAHEY, 699 F3d. 804(MEM)(4th.Cir.
2012); KARSJENS v. PIPER, --F3d.--, 2017 WL 24613(8th.CIR.2017).

EVEN THOUGH THE REPORT AND RECOMMENDATION SUBMITTED
BY JUDGE MARCHANT IS TAINTED BY FRAUD AND CAN'T BE USED. WE
OBJECT TO MARCHANT IN THE REPORT STATING THAT THE DOCUMENT CON-
TAINS DISPARAGING AND INFLAMMATORY LANGUAGE; THAT THE CASE CAN
BE CHARACTERIZED AS "BUSSWORDS" OR "LEGAL GIBBERISH", CITING
ROCHESTER v. McKIE, 2011 WL 2671228(DSC.2011) AND YOCUM v. SUMMER
, 1991 WL 171389 (N.D.Ill.1991). FIRST, THESE CASES ARE VOID
DUE TO THEIR USE OF THE PLRA AND OR AEDPA WHICH ARE UNCONSTITU-
TIONAL. THIS RENDERS HIS REPORT AND RECOMMENDATION VOID FOR
MAKING USE OF SUCH CITINGS OF LAW. SECONDLY, THE USE OF THESE
CASES IS MISPLACED AND IS LIKE COMPARING "APPLES TO ORANGES".
THERE IS NOTHING IN THE CASES CITING BY THE JUDGE THAT DEMON-
STRATE THAT THOSE CASES INVOLVED PUBLIC JURIS CLAIMS, OR CLAIMS
INVOLVING MATTERS OF PUBLIC, SOCIAL, RELIGIOUS OR POLITICAL
INTEREST TO THE COMMUNITY WHERE BY THOSE CASES DO NOT INVOLVE
PROTECTED SPEECH. SINCE THIS IS THE CASE FOR THE PLAINTIFFS
FILINGS; THUS, THE LANGUAGE CONTAINED THEREIN IS "PROTECTED
SPEECH" AND CANNOT BE CHARACTERIZED AS "BUSSWORDS" OR "LEGAL
GIBBERISH". "GIBBERISH", IS DEFINED AS---CONFUSING, UNITELLI-
GIBLE OR MEANINGLESS SPEECH OR LANGUAGE. OUR PLEADINGS CANNOT
BE CHARACTERIZED AS SUCH. JUDGE MARCHANT ABUSED HIS DISCRETION
IN ACTS OF FRAUD UPON THE COURT IN HIS EFFORTS TO KEEP THE EVI-
DENCE FOUND UNDER CASE 2013-CP-400-0084 FROM COMING INTO THE
COURT AND BEING MADE A PART OF THE COURT RECORD.

FUTHERMORE, WE TAKE YOU TO ISAIAH 14:29 (THE AUTHORIZED
KING JAMES BIBLE), THE "CONTRACT", "COVENANT", ESTABLISHED BY
THE SOLE CORPORATION. IT READS: "REJOICE NOT THOU, WHOLE PALE-
STINA, BECAUSE THE ROD OF HIM THAT SMOTE THEE IS BROKEN (MEANING
THIS MAN WILL COME AT A TIME WHEN THE PALESTINIANS ARE SUBJECT
TO APARTHEID AS THEY ARE NOW. ISRAEL, IS THE "ROD". IT IS BROKEN
[STOPPED] BECAUSE I AM BOTH THEIR KING-KHALIFAH, THE FIDUCIARY
HEIR.); FOR OUT OF THE "SERPENT'S ROOT" (SATAN'S ATTACK UPON
MY LIFE. "ROOT"---MEANING SOURCE, ORIGIN OR CAUSE. "CAUSE" IS
FURTHER DEFINED AS---"CAUSE FOR JUDICIAL REVIEW", "PRISON".)
. SHALL COME A "COCKATRICE"--MEANING A BOLD, ARDENT, STOCKY,
"PERNICIOUS" (EMPHASIS ADDED) FELLOW.); AND HIS "FRUIT" (THAT
WHICH COMES FORTH FROM HIM, THAT 7 TIMES THE SPIRIT OF ELIJAH
THING FORETOLD BY PROPHESY TO COME), SHALL BE THAT OF A "FIERY
FLYING SERPENT". MY PERSONALITY, WHICH INCLUDES MY SPEECH, IS
ESTABLISHED AND PROTECTED BY LEGAL BINDING CONTRACT TEN THOUSAND
YEARS BEFORE I WAS BORN. IT IS AN "ACT OF GOD" ORDAINED UNDER
CONTRACT PROTECTED BY THE U.S. CONSTITUTION UNDER ARTICLE 1
SECTION 10. THE DETERMINATION MADE BY JUDGE MARCHANT MUST BE
REJECTED WHERE SUCH ACCEPTANCE WOULD BURDEN THE OBLIGATION OF
THE CONTRACT AND PENALIZE THE KING-KHALIFAH FOR AN "ACT OF GOD"
WHICH IS IMPERMISSIBLE BY LAW. THE COURTS CANNOT MAKE OR UNMAKE
THE CONTRACT AFTER THE FACT WITH EX POST FACTO LAW. SUCH WOULD
BE A MISCARRIAGE OF JUSTICE, PEUGH-v.-U.S., 133 S.Ct. 2072,
186 L.Ed.2d. 84, 81 U.S.L.W. 4372(2013); U.S.-v.-WELLS, 578
Fed. Appx' 234 CA4 (Va.2014); GRAHAM-v.-McFADDEN, 2015 WL 505536
(DSC.2015); OGDEN-v.-SANDERS, 25 U.S. 213 (1827); TRUSTEES-OF
CONCINNATI-SOUTHERN-RY.-v.-PORTER, 21 OHIO N.P. (N3) 441, 1918
WL 96530.


IN FURTHER ADDRESSING THIS MATTER, AND THE OUTRAGEOUS
ACTS, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE, FRAUD UPON
THE COURTS IN JURISDICTIONS WHERE THEY HAD NO POWER OR AUTHORITY
ESTABLISHING EXTRA-TERRITORIAL JURISDICTION CLAIMS. PART OF
THE REASON THE JUDGES INVOLVED DID WHAT THEY DID, WAS BECAUSE
THEY DID NOT LIKE THE WAY THEY WERE TALKED TO, DEMONSTRATING
"PERSONAL" AS WELL AS "JUDICIAL" BIAS THAT RISES TO AN UNCONSTI-

TUTIONAL LEVEL, WHICH IS EVIDENT BY WHAT MARCHANT SAID IN THE
REPORT AND RECOMMENDATION. THE JUDGES INVOLVED DID THE ACTS
IN RETALIATION AGAINST US IN VIOLATION OF 42 U.S.C. § 12203(a)(b)
; 18 U.S.C. §§ 242 AND 1001 AND IN VIOLATION OF ARTICLE III
SECTION 1 AND 2 OF THE U.S. CONSTITUTION. JUST LIKE THE DEFI-
NITION OF PERSONAL BIAS DICTATES. THE JUDGES RETALIATED AGAINST
US, INCLUDING MARCHANT, WOOTEN, WEST AND AUSTIN, FOR THE PURPOSE
OF REGULATING AND RESTRICTING OUR SPEECH, BECAUSE THEY FOUND
IT PERSONAL, INFLAMMATORY, DISPARAGING, AND OFFENSIVE. THEIR
ACTIONS WOULD CHILL A PERSON OF ORDINARY FIRMNESS FROM CONTINUING
TO ENGAGE IN THE PROTECTED SPEECH. LOOSE, FIGURATIVE OR HYPER-
BOLIC LANGUAGE IS PROTECTED WHERE THESE PARALLEL AND RELATED
CASES INVOLVE MATTERS OF PUBLIC, SOCIAL, RELIGIOUS AND POLITICAL
INTEREST TO THE COMMUNITY PRODUCING PUBLIC JURIS CLAIMS. THE
USE OF ROCHESTER AND YOCUM ARE MISPLACED. THERE WAS NO PHYSICAL
THREAT MADE AGAINST ANY OF THESE JUDGES. THE JUDGES SHOULD HAVE
NEVER DONE THE ACTS THEY'VE DONE IN THESE CASES IN RETALIATION
WARRANTING RECUSAL AND SANCTIONS, SABATINI v. REINSTEIN, --F.Supp.
3d.--, 2016 WL 8716594(E.D.Pa.2016); HALE v. EMPORIA STATE UNI-
VERSITY, 2016 WL 3277264(D.Kan.2016); LAROCHELLE v. WILMAC COR-
PORATION, 210 F.Supp.3d. 658(E.D.Pa.2016); DOE v. RECTOR AND
VISITORS OF GEORGIA MASON UNIVERSITY, 149 F.Supp.3d. 602(E.D.Va.
2016); SNYDER v. PHELPS, 580 F3d. 206(4th.Cir2009); BALTIMORE
SPORTS & SOCIAL CLUB, INC. v. SPORT & SOCIAL, LLC., 2017 WL
526499, * 3+, D.Md.; SCIPIO v. BLACK CAT BAIL BONDS, 2010 WL
1463470, * 4 (DSC.2010); MORRIS v. DORMA AUTOMATIC S. INC.,
537 Fed. Appx' 254, 255 (4th.Cir.[S.C.] 2013); JOHNSON v. BYRD,
2016 WL 6839410(N.C.2016); BERGER v. U.S., 255 U.S. 22, 41 S.Ct.
230, 65 L.Ed. 481(U.S.1921); CANADA v. MILLER, F.Supp.3d., 2014
WL 1512245(2014); BOOTH v. BALLARD, 2016 WL 1275054(2016)(DEMON-
STRATING EVIDENTIARY HEARING MUST OCCUR).

   NOTICE: THESE ISSUES ARE ON APPEAL. CAN THE KING-KHALIFAH
ACT AS ATTORNEY FOR OTHER INMATES WHO ARE SUBJECTS UNDER THE
(4) GLOBAL THRONES? WHAT IS "JAHJAH AL MAHDI, CRAWFORD'S" STATUS
AT THE TIME OF FILING THESE CASES? DID JUDGE MARCHANT ABUSE
HIS DISCRETION IN ACTS OF FRAUD UPON THE COURT WHEN HE ASSERTED

THAT THERE WAS NO RELIEF AVAILABLE UNDER THE PROVISIONS OF 28 U.S.C. §§ 1443(1), 2679, 1602-1612 ET. SEQ. IN HIS EFFORTS TO PREVENT THE EVIDENCE FILED IN CASE 2013-CP-400-0084 FROM ENTERING THE FEDERAL COURT?

FIRST, YOU ARE DEALING WITH THE FRAMING OF A FOREIGN SOVEREIGN. THE KING-KHALIFAH IS A DEFENDANT IN A CRIMINAL CASE WHERE HIS DUE PROCESS MATTERS WERE COMPROMISED ON DIRECT APPEAL GIVING WAY TO HABEAS CORPUS WHICH PRESENTLY EXIST UNDER CASE 9:16-cv-3808-TLW-BM SOUGHT CONSOLIDATED TO THE EXISTING PARALLEL § 1983 CASES ARGUING THAT PROCESS WAS CORRUPTED BEHIND RELIGIOUS AND RACIAL HATRED. THUS THE PROVISIONS OF 28 U.S.C. § 1443(1) DO ATTACH AS A DEFENDANT WHICH IS ALSO PRESENTED UNDER CASE 2013-CP-400-0084 REMOVED TO THESE PARALLEL CASES.

SECONDLY, WE TAKE YOU TO THE "CONTRACT", "COVENANT", ESTABLISHED BY THE SOLE CORPORATION UNDER ISAIAH 11:1-5. IT READS: "AND THERE SHALL COME FORTH A "ROD" (A KING/ SOVEREIGN) OUT OF THE STEM OF JESSE (KING DAVID'S FATHER) AND A "BRANCH" (A DESCENDENT) SHALL GROW OUT OF HIS ROOTS (THE KING-KHALIFAH IS THE FIDUCIARY HEIR). AND THE SPIRIT OF THE LORD SHALL REST UPON HIM, THE SPIRIT OF WISDOM AND UNDERSTANDING, THE SPIRIT OF COUNSEL (JAHJAH AL MAHDI POSSESSES ATTORNEY POWERS) AND MIGHT, THE SPIRIT OF KNOWLEDGE AND OF THE FEAR OF THE LORD; AND SHALL MAKE HIM OF QUICK UNDERSTANDING IN THE FEAR OF THE LORD: AND HE SHALL NOT JUDGE (JAHJAH AL MAHDI IS A JUDGE) AFTER THE SIGHT OF HIS EYES, NEITHER REPROVE AFTER THE HEARING OF HIS EARS: BUT WITH RIGHTEOUSNESS SHALL HE JUDGE THE POOR, AND REPROVE WITH EQUITY (JUSTICE AND FAIRNESS) FOR THE MEEK OF THE EARTH: AND HE SHALL SMITE THE EARTH (MEANING MY POWER AND AUTHORITY IS GLOBAL) WITH THE ROD OF HIS MOUTH AND WITH THE BREATH OF HIS LIPS SHALL HE SLAY THE WICKED". (AGAIN PROVING THE KING-KHALIFAH'S SPEECH IS PROTECTED SPEECH UNDER THE 1st. AMENDMENT AND VIA CONTRACT UNDER ARTICLE 1 SECTION 10 OF THE U.S. CONST.).

ISAIAH 16:5 READS: "AND IN MERCY SHALL THE THRONE BE ESTABLISHED: AND HE SHALL SIT UPON IT IN TRUTH IN THE TABERNACLE OF DAVID (I AM KING AND HIGH PRIEST), JUDGING AND SEEKING JUDG-

MENT (I AM JUDGE, ATTORNEY AND LEGISLATOR WITH SUPERSEDING GLOBAL
AUTHORITY), AND HASTING RIGHTEOUSNESS".

ISAIAH 42:18-22 READS: "HEAR YE DEAF; AND LOOK YE BLIND,
THAT YE MAY SEE. WHO IS BLIND, BUT MY SERVANT: (I WILL NOT SEE
THE WORLD'S POINT OF VIEW), OR DEAF AS MY MESSENGER (I AM SENT,
THE VOICE OF GOD IN THE FORM OF A MAN, A MEMBER OF THE SOLE
CORPORATION. I WILL ACCEPT NO ARGUMENT WHEN IT COMES TO THE
LAWS OF GOD.) THAT I [GOD] SENT? (I AM HIS ADVOCATE, ATTORNEY),
WHO IS BLIND AS HE WHO IS PERFECT, AND BLIND AS THE LORD'S SER-
VANT (ALL I SEE IS WHAT MY GOD DESIRES). SEEING MANY THINGS,
BUT THOU OBSERVEST NOT (I SHALL TEACH MANY, BUT I SHALL NOT
BE MOVED). THE LORD IS WELL PLEASED FOR HIS RIGHTEOUSNESS SAKE;
HE (THE KING) WILL MAGNIFY THE LAW". I AM KING, KHALIFAH, IMAM,
HIGH PRIEST, LAWGIVER, ATTORNEY, JUDGE, LEGISLATOR WITH GLOBAL
SUPERSEDING POWER AND AUTHORITY BY MY ORIGINAL STATUS AS SUCH
OVER TEN THOUSAND YEARS BEFORE YOUR NATION WAS FORMED VIA CON-
TRACT FROM THE SOLE CORPORATION WHICH CANNOT BE MADE OR UNMADE
BY THE COURTS PROTECTED UNDER ARTICLE 1 SECTION 10 OF THE U.S.
CONSTITUTION THAT WAS DEFAULTED ON BY THE UNITED STATES AND
OTHER (192) MEMBER STATES OF THE UNITED NATIONS UNDER CASE 2013-
CP-400-0084 WHICH IS WHY THE FEDERAL JUDGES ARE CONSPIRING TO
PREVENT REMOVAL OF THAT STATE CASE TO THE FEDERAL COURTS.

WE TAKE TO TO THE CONTRACT UNDER LUKE 11:52. IT READS:
"WOE UNTO YOU [LAWYERS!] FOR YE HAVE TAKEN AWAY THE KEY OF KNOW-
LEDGE: YE ENTER NOT IN YOURSELVES, AND THEM THAT WERE ENTERING
YE HINDERED". YOU THINK YOU CAN LEGALLY HINDER ME? YOUR LAWS
ARE NOT SOLELY YOUR OWN. THEY ARE OURS. OWNERSHIP LIES WITH
US, THE SOLE CORPORATION, UNDER FOREIGN LAW. THE SOLE CORPORATION
UNDER GOD IS THE "ORIGINAL FOUNTAIN" OF ALL LAW. THE "TERM"
OR "CONCEPT" OF "ATTORNEY" DID NOT COME FROM ENGLISH LAW. IT
DID NOT COME FROM THIS NATION GIVING YOU THE LEGAL RIGHT TO
RESTRICT IT TO REQUIREMENT OF ENTRY TO THE STATE OR FEDERAL
BAR ABSENT OF THE RIGHTS OR PREROGATIVES OF THE SOLE CORPORATION
WHO ESTABLISHED IT AND WHERE FULL OWNERSHIP LIES. IT COMES FROM
US, THE SOLE CORPORATION. THESE LAWS ARE INTELLECTUAL PROPERTY

GIVEN TO YOUR NATIONS AS A GRANT WITH RESTRICTIONS. I HAVE
FULL OWNERSHIP VIA CONTRACT PROTECTED UNDER ARTICLE 1 SECTION
10 OF THE U.S. CONSTITUTION AND CAN ABUSE OR ACT IN THEM AS
I PLEASE. THEREFORE, THE CLAIMS MADE BY MARCHANT ARE WITHOUT
MERIT. THE COURTS CANNOT MAKE OR UNMAKE THE CONTRACT.

NOW WHAT'S INSIDE CASE 2013-CP-400-0084 THAT JUDGE MAR-
CHANT AND THE FEDERAL JUDGES ARE WILLING TO LIE, RISK THEIR
JOBS, ENGAGE IN ACTS OF FRAUD AND CRIMINAL CONSPIRACY TO PREVENT
FROM BEING SUBMITTED AS EVIDENCE TO WHICH THE UNITED STATES
AND U.N. MEMBER STATES DEFAULTED ON? ONE DOCUMENT IS ENTITLED,
"MEMORANDUM OF LAW WITH POINTS AND AUTHORITIES ON 'SOVEREIGNTY'
OF GOD'S APPOINTED KING, KHALIFAH, IMAM, PROPHET AND HIGH PRIEST
SUPPLEMENTED TO PREVIOUS SENT UNITED NATIONS DOCUMENTS IN RELA-
TO GOD'S THEOCRATIC GOVERMENT OF THE SEVERAL GLOBAL NATIONS
AND THEIR RESPECTIVE NATIONAL AND OR FEDERAL GOVERNMENTS AND
NOTICE OF LIEN". IT READS IN RELEVANT PART:

TO: THE GLOBAL GOVERNMENTS, S.C.D.C., RELEVANT CORPORA-
TIONS, BANKING ENTITIES, ETC. VIA THE UNITED NATIONS ETC., U.S.
DEPT. OF JUSTICE, U.S. STATE DEPT., S.C. ATTORNEY GENERAL ET.
AL., FIRST AVENUE AT 46th. STREET NEW YORK, N.Y. 10017,

TO WHOM JONAH GABRIEL JAHJAH T. TISHBITE, THE KING OF
THE NORTH, AL MAHDI, APPOINTED AND ANOINTED KING, KHALIFAH,
IMAM, PROPHET AND HIGH PRIEST, TRUE FIDUCIARY HEIR TO THE THEO-
CRATIC THRONE OF THE AFRICANS, CHRISTIANS, MUSLIMS AND JEWISH
WORLD, BY WILL AND TESTAMENT OF THE ONE TRUE GOD AND HIS PROPHETS
PRESENTS SHALL COME. IN THE NAME OF THE ONE TRUE GOD, THE MOST
MERCIFUL, THE MOST GREAT. SHALOM. AS SALAMU ALAYKUM WA RAMATULLAH
WA BARAKATU. MAY THE BLESSING OF CHRIST JESUS BE UPON YOU. TAKE
NOTICE THAT:

IT IS A WELL UNDERSTOOD FACT OF WORLD HISTORY THAT THE
MOST DYNAMIC DOCUMENTS AND OR BOOKS THAT SET THE COURSE OF WORLD
EVENTS AND WORLD HISTORY ARE THE TORAH, BIBLE, QURAN AND THE
SUNNAH OF THE PROPHET MUHAMMAD(PBUH). IT WAS WITHIN THE SACRED
PAGES OF THESE HOLY BOOKS AND SUNNAH THAT DISCLOSED THE FUTILITY

, TYRANNY, WICKEDNESS, EVIL AND DEPRAVITY OF WORLD GOVERNMENTS
AND FALSE RELIGIONS. THEY EXPRESSED THE ELEMENTS OF GOD'S LAWS
AND THE RIGHTS OF THE SERVANTS OF THE MOST HIGH GOD WITHIN ANY
SOCIETY WORLDWIDE ESTABLISHING THAT THE BELIEVING MEN AND WOMEN,
SERVANTS AND WILLFUL SLAVES OF GOD, ARE CO-HEIRS TO GOD'S ETERNAL
KINGDOM PROMISES. THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET
MUHAMMAD(PBUH), BY WILL AND TESTAMENT OF GOD AND HIS HOLY PRO-
PHETS STIPULATED THE CHAIN OF AUTHORITY BY HOLY PROGENY AND
GODLY AUTHORITY GIVEN TO HIS ANOINTED AND APPOINTED KINGS, KHALI-
FAHS, IMAMS AND HIGH PRIESTS WITHIN THE GLOBAL THEOCRATIC GOVERN-
MENT, LEADING TO THE ETERNAL EARTHLY REIGN OF CHRIST, JESUS
OF NAZARETH, TO INCLUDE HIS FORERUNNER AND HIS FORERUNNER'S
DECLARATION OF SOVEREIGNTY AS ALSO SEEN BY THE ATTACHED UNITED
NATIONS DOCUMENT DATED JULY 1, 2009 AND THE (21) PAGE SUMMONS
AND LETTER DATED DECEMBER 25, 2009, AND THE OBVIOUS FACT THAT
THE ONE TRUE GOD, HAVING NO PARTNERS, CREATES KINGS, KHALIFAHS
AND HEIRS. THAT IT WAS THE ONE TRUE GOD WHO INSTITUTED , ORDAINED
OR PERMITTED WORLD GOVERNMENTS AND IN DOING SO GOD SECURED THE
RIGHTS OF ALL GOVERNMENTS AND OR CAN TAKE AWAY THESE RIGHTS
AS HE SO WILLS, AND THAT WORLD GOVERNMENTS, AT EVERY LEVEL,
DERIVE THEIR 'JUST POWERS' BY THE DECREE AND MERCY OF THE ONE
TRUE GOD, FOR ALL MANKIND, JINN AND ANGELS ARE CREATED TO WORSHIP
HIM.

        IT IS WELL ESTABLISHED THAT THE SERVANTS OF THE ONE TRUE
GOD MUST BE WILLING TO LOSE THEIR LIVES TO FIND THEIR LIVES,
IN ALTRUISM, SUBJUGATION, PLACING ONESELF LAST IN ORDER TO BECOME
FIRST IN THE RECEIPT OF GOD'S KINGDOM PROMISES, NOT LOVING THEIR
LIVES UNTO DEATH! EVEN IF THEY MUST BE IMPRISONED OR DIE TO
BE IN COMPLIANCE, PROTECT AND SERVE THE LAWS, DECREES AND WILL
OF THE ONE TRUE GOD AS GIVEN BY HIS (3) HOLY BOOKS, SUNNAH AND
HIS APPOINTED KING/ KHALIFAH JONAH THE TISHBITE, AL MAHDI. THIS
DECLARATION OF INDEPENDENCE CREATES AND RE-ESTABLISHES BEFORE
ALL MANKIND THE SOVEREIGNTY OF THE GLOBAL THEOCRATIC STATE,
THE SOVEREIGNTY OF GOD HAVING NO PARTNERS, TO INCLUDE THE SOVE-
REIGNTY OF HIS ANOINTED, APPOINTED KING OF THE NORTH, AL MAHDI,
JONAH THE TISHBITE, FIDUCIARY HEIR TO THE EARTHLY THRONE OF

THE AFRICANS, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS WORLD-
WIDE, WHICH IS NOT TO BE PLACED IN A DEMOCRACY OF THE PEOPLE,
BY THE PEOPLE OR FOR THE PEOPLE OR OTHER GLOBAL NATIONAL INTEREST
. THEREFORE, GOD AND HIS APPOINTED KING/ KHALIFAH, JONAH THE
TISHBITE AND THE CREATURES THEY CREATE AND OR RULE BY DIVINE
POWER ei. GOVERNMENTS OF THE WORLD, THEIR INHABITANTS, AND THOSE
WHO WORK FOR/ IN GOVERNMENT(S) ARE PUBLIC SERVANTS AND OR GOD'S
SERVANTS AND BY GODLY DECREE, FAITH, IMAN, HAVE PLACED THEMSELVES
IN A SUBSERVIENT POSITION, TO SERVE THE ONE TRUE GOD AND HIS
APPOINTED KING/ KHALIFAH WITHIN THEIR OFFICE/ FUNCTION/ POSITION/
STATUS VIA THEIR RELIGIOUS COVENANTS AND OATHS PURSUANT TO THE
LAWS OF GOD'S (3) HOLY BOOKS AND THE SUNNAH OF THE PROPHET MU-
HAMMAD(PBUH).

IN REGARD TO THE PRINCIPLES ESTABLISHED BY THE (3) HOLY
BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD PURSUANT TO THIS DECLA-
RATION OF INDEPENDENCE, ANY PRESENT LAWS AND ANY SUBSEQUENT
LAWS WRITTEN OR CREATED AFTER IT, AND OF THE TRUE SOVEREIGNTY
OF THE ONE TRUE GOD, HIS APPOINTED KING/ KHALIFAH, JONAH THE
TISHBITE, AL MAHDI, ANY WRITTEN OR SPOKEN CUSTOMED LAW IS NOT
ONLY THE DIRECT EXPRESSION OF THE SOVEREIGN WILL OF GOD, HIS
PROPHETS AND APPOINTED KING/ KHALIFAH, AL MAHDI, THE KING OF
THE NORTH, IT IS ALSO THE ABSOLUTE RULE OF ACTION AND DECISION
OF ALL DEPARTMENTS AND OFFICES OF GOD'S GLOBAL THEOCRATIC GOVERN-
MENT WITH RESPECT TO ALL MATTERS COVERED BY IT, AND THEY MUST
CONTROL AS THEY ARE WRITTEN OR STATED, INTERPRETED BY AL MAHDI,
UNTIL IT IS CHANGED BY THE AUTHORITY WHICH ESTABLISHED IT, GOD,
HIS PROPHETS AND THE KING/ KHALIFAH OF THE NORTH, AL MAHDI,
JONAH GABRIEL JAHJAH T. TISHBITE. FOR REFERENCES SEE STATE EX
REL CRENSHAW v. JOSEPH, 175 Ala. 579, 57 So. 942; SCHMITT v.
F.W. COOK BREWING CO., 187 Md. 623, 120 N.E. 19, 3 A.L.R. 270;
COLLINS v. MARTIN, 209 Pa. 388, 139 A. 122, 55 A.L.R. 311; TRA-
VELER'S INSURANCE CO. v. MARSHALL, 124 Tex. 45, 76 S.W.2d. 1007,
96 A.L.R. 802; STATE EX REL LEMON v. LANGLIE, 45 WASH.2d. 82,
273 P.2d. 464; EIE GUAM v. LONG TERM CREDIT BANK, JAPAN, 322
F3d. 652(9th.Cir.2003); WANG v. ASHCROFT, 320 F3d. 130(2nd.Cir.
2003); ENGLISH v. THORN, 676 F.Supp. 761(S.D.Miss.1987); IN

RE: GREEN, 980 F2d. 590(9th.Cir.1992).

**...AND TAKE NOTICE OF THE FOLLOWING CASES AND POINTS:**

(1) "BEFORE AND WHEN THE REVOLUTION BY GOD'S DECREE AND WAR IN THE FORM OF THIS LITIGATION BEFORE THE COURTS TOOK PLACE, THE KING OF THE NORTH, THE 12th. AND FINAL OF THE RIGHTLY GUIDED KHALIFAHS OF ISLAM WAS SOVEREIGN BY WAY OF HIS ORIGINAL STATUS AS SOVEREIGN AS IS WRITTEN IN THE HOLY BOOKS OF THE (3) TRUE RELIGIONS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) BEING A SECURED PERSON BY THAT WHICH IS WRITTEN AND CONTAINED THEREIN BEFORE THE UNJUST CAPTIVITY OF HIS HOLY ANCESTORS OR THE PRESENT NATIONS OF THE WORLD WERE FORMED AND BEFORE ANY SLAVE NAME OR NUMBER WAS ASSIGNED TO HIM BY BIRTH CERTIFICATE, SOCIAL SECURITY NUMBER OR ANY OTHER RELEVANT LEGAL OR OTHERWISE DOCUMENT IN THE UNITED STATES WAS PRODUCED. BY SUCH HIS SUBJECTS ARE ALSO SECURED PERSONS BEING A KINGDOM OF PRIEST, A KHALIFATE OF IMAMS AS REDEEMED BY THE ONE TRUE GOD'S HIGH PRIEST OF THE LEVITICAL PRIESTHOOD, CHRIST AND LINE OF AARON", MARTIN ET. AL., v. THE LESSEE OF WADDELL, (1342) 41 U.S. (6 Pet.) 367, 410, 10 L.Ed. 997, 1013; ENGLISH v. THORN, 676 F.Supp. 761(S.D.Miss.1987); IN RE: GREEN, 980 F2d. 590(9th.Cir.1992); THE (3) HOLY BOOKS.

(2) "THE THEOCRATIC STATE, THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE THE SUPREME LAW OVER ALL MANKIND, WRITTEN BY THE SUPREME POWER, THE ONE TRUE GOD HAVING NO PARTNERS AND HIS PROPHETS AS THEY WERE MOVED BY THE RUH OF ALLAH, THE HOLY SPIRIT, AS HE WRITES UPON THE HEARTS OF MAN WITH THE PEN THAT THOU KNOWETH NOT", RE GORHAM FAYETTE LOCAL SCHOOL DIST., 20 OHIO MISC. 222, 49 OHIO OPS.2d. 143, 250 N.E.2d. 104; STATE EX REL WEINBERGER v. MILLER, 87 OHIO ST. 12, 99 N.E. 1078; IN RE: GREEN, 980 F2d. 590(9th.Cir.1992).

(3) "THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE THE VOICE OF THE ONE TRUE GOD, HIS PROPHETS, JONAH GABRIEL JAHJAH T. TISHBITE, AL MAHDI, SPEAKING IN THEIR SOVEREIGN CAPACITY UNDER THEOCRATIC LAW AS WELL AS FOREIGN LAW,

38-of-70

Case 1:14-cv-14176-ADB Document 575-4 Filed 10/03/18 Page 76 of 107
THEY ARE ONE AND MUST BE HEEDED; WHEN THE (3) HOLY BOOKS AND
THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH) SPEAK WITH REFERENCE
TO A PARTICULAR MATTER, THEY MUST BE GIVEN EFFECT AS INTERPRE-
TED BY AL MAHDI AS THE PARAMOUNT LAW OF THE LAND AND GLOBAL
THEOCRATIC STATE", PEOPLE v. PARKS, 58 Cal. 624; (3) HOLY BOOKS;
ENGLISH v. THORN SUPRA..

     (4) "GOD'S APPOINTED KING AL MAHDI, JONAH THE TISHBITE
HIMSELF, OF COURSE IS NOT SUBJECT TO THE LAW, FOR HE IS NOT
ONLY KING/ KHALIFAH, BUT ALSO PROPHET OF GOD BEING THE VOICE
OF GOD IN THE FORM OF A MAN, LAWGIVER OF GOD, THE AUTHOR AND
SOURCE OF THE RESTORE LAW, BUT HE IS ALWAYS SUBJECT TO THE COM-
MANDS GIVEN HIM BY THE ONE TRUE GOD AS HIS SLAVE AND SERVANT.
IN OUR GLOBAL THEOCRATIC SYSTEM, WHILE SOVEREIGN POWERS ARE
DELEGATED TO VARIOUS AGENTS AND OR AGENCIES OF THE GLOBAL THEO-
CRATIC GOVERNMENT, SOVEREIGNTY ITSELF REMAINS WITH GOD AND HIS
APPOINTED, ANOINTED KING/ KHALIFAH, JONAH THE TISHBITE, AL MAHDI,
UNTIL TAKEN OVER BY CHRIST, JESUS OF NAZARETH, BY WHOM AND FOR
WHOM ALL EARTHLY GOVERNMENTS EXIST AND ACTS. AND THE LAW AS
WRITTEN IN THE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH) ARE
THE DEFINITION AND LIMITATION OF POWER AND GOD'S DIVINE LAWS",
YICKS WO v. HOPKINS, 118 U.S. 356; ENGLISH v. HORN SUPRA.

     (5) "UNDER OUR GLOBAL THEOCRATIC SYSTEM THE PEOPLE,
WHO BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD
(PBUH) ARE CALLED SERVANTS AND SLAVES OF THE ONE TRUE GOD BEING
SUBJUGATED TO GOD AND HIS APPOINTED KING/ KHALIFAH, JONAH THE
TISHBITE, ARE HERE AND WORLDWIDE A KINGDOM OF PRIEST, A KHALIFATE
OF IMAMS, WHETHER COLLECTIVE OR INDIVIDUAL, BEING SUBJECT TO
THE LAWS OF THE GLOBAL THEOCRATIC STATE ABOVE ANY OTHER LAW
WITHIN ANY NATION AND ARE IMMUNE FROM PARALLEL OR SECONDARY
STATE ACTION BEING THEMSELVES KINGS AND KHALIFAHS WITHOUT THE
CONSENT OF THE SOVEREIGN KING OF KINGS, KHALIFAH OF KHALIFAHS
JONAH IBN YAQUB, AL MAHDI, OF THE GLOBAL THEOCRATIC STATE, FROM
THE LEAST OF THEM TO THE GREATEST OF THEM BY BEING A HOLY COMMON-
WEALTH AND KINGDOM. THEY ARE BOUND TO GIVE WAY TO THE SENTIMENT
OF LOYALTY, THE BAYT, TO THE PERSON OF JONAH GABRIAL JAHJAH

TO THE HOLY THRONE OF THE AFRICANS, THEIR DIASPORA, CHRISTIANS, MUSLIMS AND JEWS WORLDWIDE. THE CITIZENRY OF THE GLOBAL THEOCRATIC STATE KNOW HIM AS SUCH PERSON, DECREED BY THE ONE TRUE GOD, HOWEVER IN YEARS TO THOSE IN POWER, A KING, KHALIFAH, IMAM, AND HIGH PRIEST OF STRENGTH AND POWER THEY NEED TO YIELD RIGHTS WHICH THE LAW AND COMMANDMENT OF THE ONE TRUE GOD SECURE HIM", SEE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH); UNITED STATES v. LEE, 106 U.S. 196 at 208.

(6) "IN THE THEOCRATIC STATE WORLDWIDE SOVEREIGNTY RESTS WITH THE ONE TRUE GOD, HAVING NO PARTNERS OR ASSOCIATIONS, HE IS ONE GOD NOT A TRINITY, IN HIS APPOINTED AND ANOINTED KING, KHALIFAH, IMAM, PROPHET AND HIGH PRIEST, JONAH THE TISHBITE, AL MAHDI", SEE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH); CHISOLM EX'R v. GEORGIA, 1 L.Ed. (2 DALL) 415, 472; ENGLISH v. TRHORN, 676 F.Supp. 761.

(7) "KNOW IT TRUE THAT UNDER GLOBAL THEOCRATIC LAW THE DUTY OF ANY ATTORNEY GENERAL, GENERAL, OR OFFICER OF THE GLOBAL THEOCRATIC STATE IS TO REPRESENT, SERVE AND PROTECT THE TRUTH, LAWS, RIGHTS AND OR LIFE OF THE ONE TRUE GOD, HIS AP- POINTED, ANOINTED KING/ KHALIFAH BEING THE EMBODIMENT OF THE GLOBAL THEOCRATIC STATE AS GOD PROTECTS THE KING/ KHALIFAH AS THE KING/ KHALIFAH PROTECTS AND SECURES THE RIGHTS OF THE SER- VANTS AND SLAVES OF GOD.(I CAN LEGALLY ACT AS ATTORNEY, JUDGE AND LEGISLATOR WITH SUPERSEDING POWERS). ANY FORM OF DEMOCRATIC GOVERNMENT OR OTHERWISE, OR ITS LAWS, WHETHER NATIONALLY OR INTERNATIONALLY THAT STAND IN OPPOSITION TO THE DECREES OF GOD'S APPOINTED KING OR THE LAWS OF THE GLOBAL THEOCRATIC STATE ARE NOT PREVAILING AND THEY ARE TO BE RENDERED VOID. YOU WANT TO PLACE INTO EFFECT LEGISLATION THAT WOULD PREVENT THE GUANTANOMO DETAINEES FROM RECEIVING JUSTICE AND FAIRNESS IN AMERICAN COURTS? THEN SET THEM FREE. I HAVE REDEEMED THEM AS HIGH PRIEST, KING AND KHALIFAH. AS I AM SOVEREIGN THEY ARE SOVEREIGNS UNDER A SOVEREIGN BEFORE ANY OF YOUR NATIONS WERE FORMED BY LEGAL BINDING CONTRACT PURSUANT TO THE (3) HOLY BOOKS AND THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH) NOT SUBJECT TO THIS UNJUST CAPTIVITY

OR YOUR GLOBAL LAWS? YOU WANT TO PLACE INTO EFFECT NATIONAL
AND INTERNATIONAL LEGISLATION BY LAW OR U.N. COUNCIL PROTECTING
THE WORSHIP OF FALSE GODS, THESE SODOMITE AND LESBIAN DOGS AROUND
THE WORLD? I MAKE VOID ANY EFFECT YOUR NATIONAL OR INTERNATIONAL
LAWS HAVE UPON MY PEOPLE THE GLOBAL THEOCRATIC STATE AND CLAIM
THE LIMITATIONS PLACED UPON OUR INTELLECTUAL PROPERTY IN THE
FORM OF THE RIGHT TO LEGALLY MARRY REGARDING SAME SEX MARRIAGES.
THE ANTI-CHRIST, AD DAJJAL, WILL BE A ONE EYED CLOSET FAGOT
SODOMITE DOG AND PIG. BEHIND THE SCENES OF YOUR GLOBAL GOVERN-
MENTS HE IS PREPARING FOR HIS RULE. BEHIND THE WALL OF YOUR
CORRUPT BROKEN PRISON SYSTEM I AM PREPARING FOR MY RULE OVER
GOD'S PEOPLE. NEITHER TIME NOR PLACE HINDERS THE POWER OF GOD'S
APPOINTED KING/ KHALIFAH. YOU WILL NOT SUBJECT GOD'S APPOINTED
KING/ KHALIFAH OR THE CITIZENS OF THE GLOBAL THEOCRATIC STATE
TO THESE STUPID, IGNORANT, VILLAGE IDIOT LAWS, INJUSTICES OR
OPPRESSIONS. I WILL DROP A HOUSE ON YOUR WICKED, STUPID, DE-
PRAVED, PERVERTED, SODOMITE PROTECTING TAILS. PUSH MY BUTTON
IF YOU WANT TO. YOU GOT THE RIGHT-WRONG ONE. I WILL CLEAN YOUR
PUTRID CLOCKS. THE PROPHET OF GOD IS ABOVE ALL WORLDLY GOVERN-
MENTS TO INCLUDE THE PEOPLE HE IS COMMANDED TO PROTECT. THE
GOD APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE
IS SOVEREIGN BEING SUBJECT TO GOD, SO ALL OFFICERS OF THE GLOBAL
THEOCRATIC STATE DUTIES ARE TO THAT SOVEREIGN AS THAT SOVEREIGN
PROTECTS THE RIGHTS OF THE THEOCRATIC PEOPLE BY HIS GODLY WISDOM
AND DISCRETIONARY ACTS RATHER THAN TO THE MACHINERY OF ANY GLOBAL
GOVERNMENT", HANCOCK v. CARRY ALCORN MINING CO. INC., KY., 503
S.W.2d. 710; KENTUCKY CONSTITUTION SECTION 4; COMMONWEALTH EX
REL HANCOCK v. PAXTON KENTUCKY, 516 S.W.2d. PAGE 867(2) CLAUSE
3; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH);
ENGLISH v. THORN SUPRA..


        (8) "LOCAL LAWS AND ORDINANCES ENACTED BY CITY, STATE
OR NATION(S) MUST BE CONSISTENT WITH AND CANNOT BE PERMITTED
TO OVERRIDE OR OVERRULE THE LAWS OF THE GLOBAL THEOCRATIC STATE.
YET CONCESSIONS CAN BE MADE BY GOD'S APPOINTED KING/ KHALIFAH
AS HE IS MOVED BY THE RUH, THE HOLY SPIRIT OF GOD IN LIGHT OF
GOD'S MERCIES AND THE CIRCUMSTANCES PRESENTED, BELL v. VAUGH,
155 Fla. 551, 21 So.2d. 31; EVANS v. BERRY, 262 N.Y. 61, 186
N.E. 203, 89 A.L.R. 387.

(9) "IT IS THE DUTY OF ALL OFFICIALS OF THE GLOBAL THEOCRATIC STATE, WHETHER LEGISLATIVE, JUDICIAL, EXECUTIVE OR BY CHOICE MONARCHY/ KHALIFATE, ADMINISTRATIVE OR MINISTERIAL, TO PERFORM EVERY OFFICIAL ACT AS NOT TO JUST VIOLATE THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS INTER- PRETED BY AL MAHDI, BUT EVERY WORD THAT PROCEEDETH OUT OF THE MOUTH OF THE ONE TRUE GOD, WHICH GIVES LICENSE BY GOD'S DISCRE- TION VIA HIS APPOINTED KING/ KHALIFAH TO FUFILL ANY ACT GOD COMMANDS EVEN IF IT SEEMS TO CONTRADICT HIS WRITTEN LAWS OR THE LAWS OF ANY SOVEREIGN NATION, SEE (3) HOLY BOOKS AND THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ei. JUNCTURE OF THE TWO SEAS AL KIDR AND MUSA; MONTGOMERY v. STATE. 55 Fla. 97, 45 So. 879; DANIEL 11:1-3.

(10) "THE PROVISIONS OF THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS RESTORED AND INTERPRETED BY JONAH AL MAHDI AND THE DECREES OF GOD'S PROPHET AND APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE MUST BE GIVEN EFFECT EVEN IF DOING SO A STATUTE OR LAW OF ADJACENT OR OTHERWISE SOVEREIGN NATIONS UPON THE GLOBAL THEOCRATIC STATE AND ITS CITI- ZENRY ARE HELD TO BE INOPERATIVE". SEE (3) HOLY BOOKS AND THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH); STATE EX REL. WEST v. BUTLER, 70 Fla. 102, 69 So. 771; ENGLISH v. THORN, 676 F.Supp. 761.

(11) "THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS RESTORED AND INTERPRETED BY JONAH IBN YAQUB, AL MAHDI, ARE NOT MADE TO ACT UPON THE LEGISLATIVE DEPARTMENT ALONE, BUT UPON EVERY DEPARTMENT OF THE GLOBAL THEOCRATIC STATE", WAY v. HILLIER, 16 OHIO 105; (3) HOLY BOOKS AND SUNNAH; ENGLISH v. THORN, 676 F.Supp. 761; IN RE: GREEN SURRA..

(12) "COURTS SHOULD NOT TOLERATE OR CONDONE DISREGARD OF THE DECREES OF GOD'S APPOINTED KING/ KHALIFAH, JONAH THE TISHBITE, AL MAHDI OF THE GLOBAL THEOCRATIC STATE NOR ARBITRARY USURPATION OF POWER OF GOD'S APPOINTED KING/ KHALIFAH ON THE PART OF ANY OFFICER OR THE PEOPLE [AND NEITHER SHOULD THE KING/

42-of-70

KHALIFAH] AND THE PEOPLE OF THE GLOBAL THEOCRATIC STATE MUST
BE GIVEN ACCESS TO THEIR KING/ KHALIFAH IN SOME FORM TO SEEK
REDRESS OF THEIR GRIEVANCES IF SOMEHOW THE COURTS FAIL IN THEIR
DUTIES", EX-PARTE-OWENS, 10 OKLA. CRIM. REP. 284, 136 P. 197,
Ann. Cas. 1916 A. 522; KING'S DECREE--COURTS NO.(1); ENGLISH
v.-THORN-SUPRA.; VERLINDEN-B.V.-v.-CENTRAL-BANK-OF-NIGERIA,
401 U.S. 480, 103 S.Ct. 1962, 76 L.Ed.2d. 81(U.S.1983).

        (13) "THE OFFICERS OF THE GLOBAL THEOCRATIC LAW,
IN THE EXECUTION OF PROCESS, ARE OBLIGED TO KNOW THE REQUIREMENTS
OF THEOCRATIC LAW, AND IF THEY MISTAKE THEM, WHETHER THROUGH
IGNORANCE OR DESIGN, OR IF THEY SEEK TO ROB OR PILLAGE THE KING
OR ANY OTHER CITIZEN OF THE GLOBAL THEOCRATIC STATE AND ANY
ONE IS HARMED BY THE ERROR OR INJUSTICE, **THEY MUST RESPOND IN
DAMAGES AND ARE SUBJECT BY FINAL JUDGMENT TO THE KING/ KHALIFAH**",
SEE 28 U.S.C. § 2679; CAPITAL-TRANS,-INTERN,-LLC.-v.-INTERNA-
TIONAL-PETROLEUM-INV.-CO., F.Supp.2d., 2013 WL 557236(Fla.2013);
THE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH); ROSTERS v.
MARSHALL, (UNITED STATES USE OF ROGERS-v.-CONKLIN) 1 WALL (U.S.)
644, 17 L.Ed. 714 (EMPHASIS ADDED); ENGLISH-v.-THORN-SUPRA.;
THORTON-v.-MARYLAND-GENERAL-HOSP., F.Supp.2d., 2013 WL 1943065
(Md.2013).

        (14) "IT IS A GENERAL RULE THAT AN OFFICER-EXECUTIVE,
ADMINISTRATIVE, QUASI-JUDICIAL, MINISTERIAL, OR OTHERWISE--WHO
ACTS OUTSIDE THE SCOPE OF HIS JURISDICTION AND WITHOUT AUTHORIZ-
ATION OF THE KING/ KHALIFAH AND THE PROVISIONS OF THE GLOBAL
THEOCRATIC LAW MAY THEREBY RENDER HIM AMENABLE TO PERSONAL LIABI-
LITY AND THE JUDGMENT OF THE GLOBAL THEOCRATIC KING/ KHALIFAH
AS HE IS GUIDED BY THE RUH OF ALLAH, THE HOLY SPIRIT", SEE (3)
HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); COOPER
v.-O'CONNER, 69 App. D.C. 100, 99 F2d. 135, 118 A.L.R. 1440;
CHAMBERLAIN-v.-CLAYTON, 56 IOWA 331, 9 N.W. 237, 41 Am. Rep.
101.

        (15) "IN OUR GLOBAL THEOCRATIC STATE, GOD AND HIS
APPOINTED KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE,
AL MAHDI, ARE SOVEREIGN,...AND THE GOVERNMENT AND OR PEOPLE

CANNOT SEVER ITS RELATIONSHIP TO THE ONE TRUE GOD OR HIS AP-
POINTED GLOBAL THEOCRATIC KING/ KHALIFAH,...", AFROYIM, 387
U.S. at 257, 87 S.Ct. at 1662.

(17) "IN THE COMMON USAGE, THE TERM 'KING/ KHALIFAH'
THOUGH HE BE A SERVANT OF GOD DESIGNATED TO PROTECT THE RIGHTS
OF THE PEOPLE, DOES NOT INCLUDE THE PEOPLE, AND STATUTES AND
THEOCRATIC LEGISLATION EMPLOYING IT WILL ORDINARILY NOT BE CON-
STRUED TO DO SO", UNITED STATES v. UNITED MINE WORKERS, 330
U.S. 258(1947), 91 L.Ed. 884, 67 S.Ct. 677.

(18) "SINCE IN COMMON USAGE, THE TERM 'KING/ KHALIFAH'
, THOUGH THE PEOPLE BE A KINGDOM OF PRIEST, A KHALIFATE OF IMAMS,
DOES NOT INCLUDE THE PEOPLE OF THE GLOBAL THEOCRATIC STATE UNLESS
SPECIFIED, STATUTES OR LAWS NOT IMPLYING THE PHRASES ARE ORDI-
NARILY CONSTRUED TO EXCLUDE IT", 1 U.S.C.S. 1 n. 12; 28 U.S.C.
§ 1602-1612 ET. SEQ.,; BRADDY v. UNITED STATES, 2016 WL 1031301
(E.D.Va.2016), (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD
(PBUH); UNITED STATES v. EX., 94 U.S. 315.

(19) "WHERE THE RIGHTS, DUTIES, AND OBLIGATIONS SE-
CURED BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD
(PBUH) AS RESTORED AND INTERPRETED BY JONAH IBN. YAQUB, THE
TISHBITE, AL MAHDI, GOD'S APPOINTED KING/ KHALIFAH OF THE GLOBAL
THEOCRATIC STATE DECREES ARE INVOLVED, THERE CAN BE NO RULE
MAKING OF LEGISLATION PAST, PRESENT OR FUTURE, OTHER THAN CHRIST,
JESUS OF NAZARETH HIMSELF, WHICH WOULD ABROGATE THEM WITHIN
ANY NATION", SEETHE ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH
OF THE PROPHET MUHAMMAD(PBUH); MIRANDA v. ARIZONA.

(20) "....THE CONGRESS, PARLIAMENT NOR ANY OTHER
GLOBAL LAW MAKING BODY CANNOT OVERRIDE THE DECREES OF THE ONE
TRUE GOD, GOD'S PROPHET, AND APPOINTED KING/ KHALIFAH JONAH IBN.
YAQUB, THE LAWS OF THE GLOBAL THEOCRATIC STATE, NOR CAN THEY
REVOKE THE SOVEREIGN POWER OF THE GLOBAL THEOCRATIC KING/ KHALI-
FAH, NOR THE POWER OF THE GLOBAL THEOCRATIC STATE", SEE THE
ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET
MUHAMMAD(PBUH); PERRY v. UNITED STATES, 294 U.S. 330, 353(1935);
ENGLISH v. THORN SUPRA.; ADAIR ASSET MANAGEMENT, LLC. v. U.S.

DEPT. OF HOUSING DEVELOPMENT, 2016 WL 3248569(2016).

(21) "INHERENT 'SOVEREIGNTY' IS ONE OF THE FOUNDA-
TIONAL STRUCTURES OF THE GLOBAL THEOCRATIC GOVERNMENT AS IS
DECREED BY THE ONE TRUE GOD AND IS DESIGNED TO EXIST BY AND
THROUGH THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD
(PBUH) BEING A GOVERNMENT OF GOD, BY GOD AND FOR GOD. IN THE
GLOBAL THEOCRATIC STATE SOVEREIGNTY RESIDES IN THE ONE TRUE
GOD AND HIS SERVANT AND SLAVE, HIS APPOINTED KING/ KHALIFAH,
JONAH IBN. YAQUB, THE TISHBITE, AL MAHDI, AND NO GLOBAL CONGRESS,
PARLIAMENT OR ANY OTHER LEGISLATIVE BODY CAN EXERCISE ANY POWER
WHICH THEY HAVE, IN CONTRADICTION OR OPPOSITION TO THEOCRATIC
LAW AND THE GLOBAL THEOCRATIC STATE, BY THEIR CONSTITUTIONS
OR OTHERWISE ENTRUSTED TO THEM: ALL ELSE IS WITHHELD", (YOU
CANNOT GIVE GAYS AND LESBIANS OUR INTELLECTUAL PROPERTY WHICH
IS GIVEN TO YOUR NATIONS UNDER "CONTRACT", "GRANT" WITH RE-
STRICTIONS), SEE THE ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH
OF THE PROPHET MUHAMMAD(PBUH); JULLIARD v. GREENMAN, 110 U.S.
421; ENGLISH v. THORN SUPRA.; SAUNIER v. BOEING COMPANY, F.Supp.
2d., 2014 WL 1646953(2014).

(22) "ALL THAT THE GLOBAL THEOCRATIC KING/ KHALIFAH,
JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL MAHDI AND THE
GLOBAL THEOCRATIC STATE DOES AND PROVIDES LEGITIMATELY BY THE
COMMAND OF THE ONE TRUE GOD, THE (3) HOLY BOOKS AND SUNNAH OF
THE PROPHET MUHAMMAD(PBUH) ARE IN PURSUIT OF ITS DUTY TO PURGE
THE INNER-SANCTUM OF AFRICANS, ITS DIASPORA, CHRISTIANS, MUSLIMS
AND JEWS, BELIEVERS, SERVANTS OF GOD WORLDWIDE, PURIFY THE PLACES
OF WORSHIP AND HOLY TEACHINGS, ALL THAT ARE PERMITTED TO WORSHIP
AND LEARN THEREIN, AND PREPARE THEM FOR THE RULE OF THEIR ETERNAL
EARTHLY KING, KHALIFAH, IMAM, PROPHET AND HIGH PRIEST, CHRIST
JESUS OF NAZARETH(PBUH), AND PROTECT THEIR RIGHTS AS HOLY HEIRS,
KINGS, KHALIFAHS OF THE ETERNAL PROMISES OF GOD AS THEY REMAIN
OBEDIENT, IN COVENANT TO GOD'S LAWS AND THE DECREES OF HIS AP-
POINTED KING/ KHALIFAH, AL MAHDI ( WYNHAMMER v. PEOPLE, 13 N.Y.
378; (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD[PBUH])
WHICH DUTY THE GLOBAL THEOCRATIC KING/ KHALIFAH AND THE GLOBAL

45-of-70

THEOCRATIC STATE WITH ITS COMMONWEALTH OWE TO THEIR CREATOR
WHO IS ONE, HAVING NO PARTNERS. THERE IS NO SUCH THING AS A
"TRINITY". I, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL
MAHDI AND THE SERVANTS AND SLAVES OF THE ONE TRUE GOD; WHICH
DEBT AND DUTY TO THEIR GOD IS NEVER EXTINGUISHED NOR DISCHARGED,
BEING PERPETUAL, BY WAY OF GOD'S APPOINTED HIGH PRIEST OF THE
LINE OF AARON, CHRIST(PBUT) AND THE LEVITICAL PRIESTHOOD, REDEEMS
THE GLOBAL THEOCRATIC COMMONWEALTH OF AFRICA, ITS DIASPORA,
CHRISTIANS, MUSLIMS AND JEWS, HEREBY NULLIFY AND OR SUPERCEDE
ANY DEBT OR DUTY OWED BY THE GLOBAL THEOCRATIC KING/ KHALIFAH
AND THEOCRATIC COMMONWEALTH, EXTINGUISHING AND DISCHARGING SUCH
THAT EXIST WITHIN ANY GLOBAL NATION AS DETERMINED AND DECREED
BY GOD'S HIGH PRIEST, IMAM, PROPHET, KING AND KHALIFAH. NO MATTER
WHAT ANY GLOBAL GOVERNMENT OR NATION PROVIDES FOR US IN ANY
MANNER OF CONVENIENCE, CONSCIENCE OR SAFETY, THE SERVANTS, SLAVES
OR KING/ KHALIFAH OWES NOTHING TO THE GLOBAL GOVERNMENTS", SEE
THE ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET
MUHAMMAD(PBUH); HALE v. HENKEL, 201 U.S. 43 at 74; LANSING v.
SMITH, 4 WEND 9, 20 (1829); THE PARLIAMENT BELGE, 5 Prob. Div.
197; EXCHANGE, 7 CRANCH 116; VAVASSEUR v. KRUPP, 9 CH. DIV.
351.

        (23) "UNDER THE FORM OF THE KING/ KHALIFAH'S GLOBAL
THEOCRATIC GOVERNMENT, THE LEGISLATURE OR JUDICIARY IS NOT SU-
PREME. THEY ARE ONLY ORGANS OF THAT ABSOLUTE SOVEREIGNTY WHICH
RESIDES WITH THE ONE TRUE GOD AND HIS APPOINTED KING/ KHALIFAH,
JONAH THE TISHBITE, AL MAHDI. LIKE OTHER BODIES OF THE GOVERN-
MENT, IT CAN ONLY EXERCISE SUCH POWERS AS HAS BEEN DELEGATED
TO IT, AND WHEN IT STEPS BEYOND THAT BOUNDARY OR THE DECREES
OF THE GLOBAL THEOCRATIC KING/ KHALIFAH, THEIR ACTS...ARE UTTERLY
RENDERED VOID", SEE THE ONE TRUE GOD; THE (3) HOLY BOOKS AND
SUNNAH OF THE PROPHET MUHAMMAD(PBUH); BILLINGS v. HALL, 7 CA.
1 (COURT OF APPEALS, U.S.); 6 PET. 729, 730; 7 CRANCH, 42 &
C. 1 PET. 340; 2 PET. 163; 3 PET. 203; 10 PET. 472 & C. 12 PET.
611.

        (24) I, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB,
AL MAHDI, BY HIS ORIGINAL STATUS AS SOVEREIGN KING, KHALIFAH

AND FIDUCIARY HEIR, BY WAY OF HIMSELF SECURED PERSON PURSUANT
TO THE (3) HOLY BOOKS AND SUNNAH, LEGAL BINDING CONTRANTS UNDER
FEDERAL AND INTERNATIONAL PROBATE LAW, ALSO REGARDING THE CITI-
ZENS OF THE GLOBAL THEOCRATIC STATE, AS HIGH PRIEST AND DIRECT
DESCENDANT OF AARON, OF MOSES, OF CHRIST THROUGH HIS BROTHER
JAMES, OF THE LEVITICAL PRIESTHOOD, OF KING DAVID, OF KING
SOLOMAN AND THE QUEEN OF SHEBA OF THE ETHIOPIAN THRONE(PBUT),
HEREBY REDEEMS HIMSELF BY THE HOLY DECREE OF THE ONE TRUE GOD
AND BY HOLY INHERITANCE, TO INCLUDE THE SERVANTS, SLAVES, CITI-
ZENS OF GOD OF THE GLOBAL THEOCRATIC STATE AND DISCHARGES ANY
DEBT WHICH MAY BE SAID TO EXIST OR BE OWED TO THE STATE OR GO-
VERNMENT OF ALL GLOBAL NATIONS BY HIMSELF OR THE THEOCRATIC
COMMONWEALTH. THE GOVERNMENTS OF THE WORLD ARE, HOWEVER, INDEBTED
CONTINUALLY TO THE ONE TRUE GOD AND GOD'S APPOINTED KING/ KHALI-
FAH AND THE CITIZENRY OF THE GLOBAL THEOCRATIC STATE BECAUSE
THE ONE TRUE; HIS APPOINTED KING/ KHALIFAH JONAH AL MAHDI AND
THE CITIZENRY OF THE GLOBAL THEOCRATIC STATE OF THE MOST HIGH
GOD WHO ARE SANCTIONED AND BLESSED BY HIM CREATING ALSO A GLOBAL
THEOCRATIC CORPORATION IN CONJUNCTION WITH THE SOLE CORPORATION
SUFFER THEIR CONTINUAL SODOMITE PROTECTING, FALSE GOD WORSHIPPING
, OVER CARNAL INDULGING, CAPITALISTIC DOG EAT DOG IDEOLOGY,
BLASPHEMING RUMPS EXISTENCE. THE CONTINUAL DEBT OF THE GLOBAL
DEMOCRATIC AND WORLDLY NATIONS AND OR GOVERNMENTS OWE TO THE
ONE TRUE GOD, THE GLOBAL APPOINTED THOCRATIC KING/ KHALFAH OF
THE THEOCRATIC STATE AND ITS COMMONWEALTH WHO ARE IN THEMSELVES
KINGS AND KHALIFAHS IS DISCHARGED UPON SETTLEMENT OF THE $100
TRILLION, DOLLAR AMOUNT WHICH IS ALSO TO BE ESTABLISHED BY LIEN
UPON THE GLOBAL ASSETS OF THE (193) MEMBER STATES OF THE UNITED
NATIONS AND OTHER RELIEF SOUGHT BEFORE THE VARIOUS COURTS BY
WAY OF THE DOCUMENTS SUBMITTED BEFORE THE CALIFORNIA DISTRICT
COURT UNDER CASE 4:10-cv-4625-SBA, ALSO IN THE RICHLAND COUNTY
COURT OF COMMON PLEAS UNDER CASE 2013-CP-400-0084, AND OR BY
DECREE OF GOD'S APPOINTED KING/ KHALIFAH JONAH IBN. YAQUB, AL
MAHDI, AND IS CONTINUED DISCHARGED UPON SUCH SETTLEMENT ONLY
AS IF THEY DO NOT VIOLATE THE SOVEREIGNTY, LAWS AND RIGHTS OF
THE KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE INCLUDING
ITS CITIZENS, AND WHEN THE GLOBAL WORLDLY GOVERNMENTS FALL AND

47-of-70

OR FAIL IN THEIR DUTY TO PROVIDE PROTECTION / DISCHARGE ITS DEBT
TO THE GLOBAL THEOCRATIC STATE, IT IS AN ABANDONMENT (AN INJURY)
OF ANY AND ALL POWER, AUTHORITY OR VESTIGE OF "SOVEREIGNTY"
WHICH POSSESSED AND THE LAWS REMAIN THE SAME UNTIL CHANGED BY
THE ONE TRUE GOD, HIS APPOINTED KING/ KHALIFAH JONAH IBN. YAQUB,
THE TISHBITE, AL MAHDI, THE SOVEREIGNTY OF ALL GLOBAL NATIONS
REVERT BACK TO GOD, HIS APPOINTED KING/ KHALIFAH JONAH AL MAHDI
AND THE GLOBAL THEOCRATIC STATE FROM WHENCE IT CAME." SEE THE
ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET
MUHAMMAD(PBUH); DOWN v. BIDWELL, 182 U.S. 277; UNITED STATES
v. JOHNSON, --Fed. Appx'--2014 WL 6764682 CA4 (N.C.2014); I.N.S.
v. CYR., 533 U.S. 289, 121 S.Ct. 2271(U.S.2001); DECATUR v.
PAULDING, 39 U.S. 599, 1840 WL 6277 (MEM) U.S. 1840; HORNS v.
WHALEN, 922 F2d. 835 CA4 (Va.1991); ALSO SEE SOURCES: BEFORE
THE MAYFLOWER, A HISTORY OF BLACK AMERICA BY LERONE BENNETT;
SUNA IBN MAJAH VOLUME # 5 ISBN. No. 81-7152-294-1 PAGES 391-
395; SIGNS BEFORE THE DAY OF JUDGMENT, BY IBN KATHIR ISBN No.
1-870582-039 PAGES 18-24; ISAIAH 14:29-32; 41:25; WORLD'S
GREATEST MEN OF COLOR, VOLUME 1 BY J.A. ROGERS ISBN No. 978-
0- 684- 81581-7; THE KEBAR NAGAST OR "GLORY OF THE KINGS" A
CHRONICLE OF THE RULERS OF ETHIOPIA; BUDGE E.A.W., THE QUEEN
OF SHEBA AND HER ONLY SON MENYELEK, LONDON 1923; ORMONDE, CZENZI,
SOLOMON AND THE QUEEN OF SHEBA, NEW YORK, FARRA STRAUS AND YOUNG
1954; ZECHARIAH 6:12-13; NATION, COX v. SHALALA, 112 F3d. 151;
ENGLISH v. GEN. ELEC. CO., 496 U.S. 72, 79, 100 S.Ct. 2270,
2275, 110 L.Ed.2d. 65(1990); O'BRIEN v. MOORE, 395 F3d. 499
CA4 (N.C.2005); BELL v. WOLFISH, 441 U.S. 520, 99 S.Ct. 1861(U.S.
1978); UNITED STATES v. BANNISTER, 467 Fed. Appx' 175 CA4 (S.C.
2012).

        (25) "THE INDIVIDUAL CITIZENS OF THE GLOBAL THEOCRATIC
STATE MAY STAND UPON HIS RIGHTS OUTLINED BY THE (3) HOLY BOOKS,
THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AND THE DECREES OF
GOD'S APPOINTED KING/ KHALIFAH AS SERVANTS AND SLAVES OF THE
ONE TRUE GOD, AS A KINGDOM OF PRIESTS, AS A KHALIFATE OF IMAMS.
HE IS ENTITLED TO CARRY ON HIS OWN PRIVATE BUSINESS IN HIS OWN
WAY AS LONG AS SUCH BUSINESS OR WAY DO NOT VIOLATE THE LAWS
OF THE ONE TRUE GOD PURSUANT TO THE (3) HOLY BOOKS AND SUNNAH

KING/ KHALIFAH JONAH IBN. YAQUB. HIS POWER TO CONTRACT IS UNLI-
MITED AS LONG AS HE IS IN COMPLIANCE TO THE PRIOR CONDITIONS.
HE OWES A DUTY TO THE ONE TRUE GOD, THE GLOBAL THEOCRATIC KING
AND THE GLOBAL THEOCRATIC STATE TO CONDUCT SUCH BUSINESS IN
THE FEAR AND LOVE OF GOD, THE KING'S DECREES AND THE GLOBAL
THEOCRATIC STATE WITH JUSTICE AND FAIRNESS AND UPON VIOLATION
OF ANY OF THE PRE-EXISTING CONDITIONS, SUCH INJUSTICE OR ACTS
THAT STAND IN VIOLATION OF THE LAWS OF THE ONE TRUE GOD, THE
KING'S DECREES AND THE GLOBAL THEOCRATIC STATE, BY THE NATURE
OF THIS BUSINESS OR ACTS WILL BE DIVULGED AND OPEN TO INVESTIGA-
TION,... HE OWES ALMANAH, DUTY AND RESPONSIBILITY TO THE ONE
TRUE GOD, FORSAKING ALL OTHER GODS SINCE ALL HE OWNS AND THE
KNOWLEDGE HE POSSESSES IS GIVEN HIM BY THE ONE TRUE GOD. HE
WILL PAY ZAKAT AND OR TITHE. HE WILL ESTABLISH PRAYER BY WAY
OF HIS RELIGIOUS COVENANT. HE WILL PURIFY HIS LIFE WALKING IN
HOLINESS POSSESSING TAWQA OF ALLAH. THE MARRIAGE IS UNDEFILED,
AS LONG AS IT IS NOT SAME SEX MARRIAGE. HE WILL GO UNTO HIS
TILT AS HE WISHES. THE FATHERS OF THE GLOBAL THEOCRATIC STATE
WILL TAKE THE LEAD RESPONSIBILITY FOR RAISING THE CHILDREN OF
LIGHT, THE GODLY SEED, WHILE THE WOMEN ASSIST HIM. HIS HONOR
, BLOOD AND PROPERTY ARE SACRED TO BE PROTECTED BY GOD'S AP-
POINTED KING/ KHALIFAH AND HIS FELLOW SERVANTS OF GOD, THE UMMAH
OF THE "I AM", "ALLAH", "JEHOVAH", THE BODY OF CHRIST(PBUH)
BEING MEMBERS OF EACH OTHER. HIS RIGHTS ARE SUCH AS EXISTED
BY THE (3) HOLY BOOKS, THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH)
AND THE DECREES OF THE KING/ KHALIFAH, AL MAHDI, THROUGHOUT
THE LAND WITHIN ALL PROVINCES OF THE GLOBAL THEOCRATIC SOVE-
REIGNTY, LONG ANTECEDENT TO THE ORGANIZATION OF THE GLOBAL THEO-
CRATIC STATE AND WORLDLY NATIONS, AND CAN ONLY BE TAKEN AWAY
FROM HIM IF HE APOSTATE, WORSHIP FALSE GODS, BY DUE PROCESS
LAW IN ACCORDANCE TO THE DECREES OF GOD'S APPOINTED KING/ KHALI-
FAH, THE (3) HOLY BOOKS AND THE SUNNAH OF THE PROPHET MUHAMMAD
(PBUH). HE OWES ALL. HIS BEST, HIS FIRST FRUITS, TO THE ONE
TRUE GOD, MUST WANT FOR HIS BROTHER WHAT HE WANTS FOR HIMSELF
AND SHALL NOT TRESPASS UPON THE RIGHTS OF THE KING/ KHALIFAH
OR HIS FELLOW SERVANTS OF GOD, THE CITIZENS OF THE GLOBAL THEO-
CRATIC STATE." SEE THE ONE TRUE GOD; THE (3) HOLY BOOKS AND

(26) "JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL MAHDI, GOD'S APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE, IS NOT BOUND BY GENERAL WORDS IN STATUTES OR GLOBAL LAWS, RESTRICTIVE OF PREROGATIVE RIGHTS, TITLES OR INTEREST, UNLESS EXPRESSLY NAMED AND CONSENTED TO. ACTS OF LIMITATIONS DO NOT BIND AT THE KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE NOR THE PEOPLE OF THE GLOBAL THEOCRATIC STATE WHEN IT COMES TO THEIR DUTIES OR RELIGIOUS REQUIREMENTS OF BEING OBEDIENT TO THE LAWS AND DECREES OF THE ONE TRUE GODS. THE KING/ KHALIFAH JONAH IBN. YAQUB, AL MAHDI, IS THE VOICE OF THE ONE TRUE GOD BEING HIS MESSENGER IN THE FORM OF A MAN. THE KING/ KHALIFAH IS THE FINAL WORD ON ALL MATTERS CONCERNING MORALITY, JUSTICE AND FAIRNESS AND ON ALL MATTERS CONCERNING THE GLOBAL THEOCRATIC STATE AND ITS CITIZENRY. THE COMMON LAW MAXIM IS WITHOUT EFFECT WHEN IT ASSERTS, AN ACT OF PARLIAMENT AND OR CONGRESS AND OR ANY OTHER GLOBAL LEGISLATIVE BODY IS MADE FOR THE PUBLIC GOOD, THE ADVANCE-MENT OF RELIGION OR JUSTICE, AND TO PREVENT INJURY OR WRONG, THE KING SHALL BE BOUND BY SUCH ACT, THOUGH NOT NAMED, FOR THIS KING,JONAH GABRIEL JAHJAH T. TISHBITE IS ALSO A PROPHET OF THE ONE TRUE GOD, BEING THE VOICE OF THE ONE TRUE GOD IN THE FORM OF A MAN, BEING A MAN AFTER GOD'S OWN HEART, AND GOD'S APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE'S SENSE OF PUBLIC GOOD, THE ADVANCEMENT OF RELIGION OR JUSTICE AND EFFORTS TO PREVENT INJURY OR WRONG PURIFYING THE LAND AND PEOPLE BY THE WILL OF THE ONE TRUE GOD CONTAINED THEREIN, SUPERSEDES ANY NOTION OF LAW, PUBLIC GOOD, ADVANCEMENT OF RELIGION, JUSTICE ETC. PLACED FORTH BY THE WORLDLY GLOBAL GOVERNMENTS AND THEIR LEGISLATIVE BODIES. WHEN THERE EXIST A STATUTE OR LAW IN GENERAL IN ANY GLOBAL NATION, AND ANY PREROGATIVE RIGHTS, TITLES OR INTEREST WOULD BE DIVESTED OR TAKEN AWAY FROM GOD'S APPOINTED KING/ KHALI-FAH OF THE GLOBAL THEOCRATIC STATE AND THE HOLY CITIZENS OF THE GLOBAL THEOCRATIC STATE, IN ANY SUCH CASE THEY SHALL NOT BE BOUND." SEE THE ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH); THE PEOPLE v. HERKIMER, 15 AMERICAN DECISIONS 379, 4 COWEN N.Y. 345, 348(1825); KING'S DECREE-GOVERNMENT NO.(1) (2011); UNITED STATES v. PEREZ, 752 F3d. 398, 88 Fed. R. SERV.3d.

134 S.Ct. 1198(U.S.2014); HOWSAM v. DEAN WITTER REYNOLDS INC.,
537 U.S. 79, 84, 123 S.Ct. 588, 154 L.Ed.2d. 491(2002); HENDY
v. BELLO, 555 Fed. Appx' 224 CA4(Md.2014); COHEN v. VIRGINIA,
6 WHEAT 264, 411; NICHOLS v. UNITED STATES, 7 WALL 122, 126;
CARR v. UNITED STATES, 98 U.S. 433.

(27) "THE SUPREME COURT IN THE CASE OF WILLS v. MICHI-
GAN STATE POLICE, 105 L.Ed.2d. 45(1989) MADE IT PERFECTLY CLEAR
THAT THE SOVEREIGN CANNOT BE NAMED IN ANY STATUTE AS MERELY
A "PERSON", OR "ANY PERSON" INCLUDING INDICTMENTS WHICH ARE
PRODUCED BY STATUTE. [AFFIANT AND THOSE REDEEMED AND SECURED
BY HIM BEING THE FIDUCIARY HEIR, KING, KHALIFAH OF THE (4) GLOBAL
THEOCRATIC THRONES OF THE AFRICANS, ITS DIASPORA, CHRISTIANS,
MUSLIMS AND JEWS, HIGH PRIEST OF THE LEVITICAL PRIESTHOOD OF
THE ONE TRUE GOD ARE MEMBERS OF A SOVEREIGNTY AND FOREIGN (EM-
PHASIS ADDED) STATE, A KINGDOM OF PRIEST, A KHALIFATE OF IMAMS
AS DEFINED UNDER LEGAL BINDING CONTRACT THAT CANNOT BE MADE
OR UNMADE BY THE COURTS VIA THE (3) HOLY BOOKS AND SUNNAH OF
THE PROPHET MUHAMMAD(PBUH)]. THE KING/ KHALIFAH IS SOVEREIGN
BY HIS ORIGINAL STATUS AS SOVEREIGN TO INCLUDE ALL THE ATTRI-
BUTS ATTRIBUTED TO HIM.", YICKS WO v. HOPKINS, 118 U.S. 356.
ENGLISH v. THORN, 676 F.Supp. 761(S.D.Miss.1987); THE DRED SCOTT
CASE, 60 U.S 393; STOGSDILL v. SEBELIUS, F.Supp.2d., 2013 WL
5211483(DSC.2013); PETER B. v. SANFORD, F.Supp.2d., 2012 WL
2149784; TARRANT REGIONAL WATER DIST. v. HERMANN, 133 S.Ct.
2120, 186 L.Ed.2d. 153(U.S.2013); SAMANTAR v. YOUSEF, 560 U.S.
305, 130 S.Ct. 2278(U.S.2010); PERMANENT MISSION OF INDIA TO
THE UNITED NATIONS v. CITY OF NEW YORK, 551 U.S. 193, 127 S.Ct.
2352, 168 L.Ed.2d. 85, U.S.L.W. 4433(U.S.2007).

(28) "THE PROPHET, LAWGIVER OF THE ONE TRUE GOD AND
SOVEREIGNTY ITSELF IS, OF COURSE, NOT SUBJECT TO THE LAW, FOR
HE IS THE "LAWGIVER" OF GOD AND IN SUCH IS THE AUTHOR AND SOURCE
OF THE LAW BEFORE ALL MANKIND", YICKS WO v. HOPKINS AND WOO
LEE v. HOPKINS, 118 U.S. 356.

(29) "THE LAWS OF THE ONE TRUE GOD SUBSCRIBES TO

JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL MAHDI, AND THE
CITIZENS OF THE GLOBAL THEOCRATIC STATE THE ATTRIBUTE OF SOVE-
REIGNTY; HE IS SOVEREIGN AND INDEPENDENT WITHIN HIS OWN GLOBAL
THEOCRATIC DOMINION AND HIS SUBJECTS ARE KINGS, KHALIFAHS UNDER
HIM ALSO INDEPENDENT BUT SUBJUGATED TO THE KING/ KHALIFAH; HE
AND HIS SUBJECTS OWE NO KIND OF SUBJECTION TO ANY OTHER PON-
TENTATE OR GOVERNMENT ON EARTH FOR GOD'S LAWS SUPERSEDE ALL
EARTHLY LAWS AND PLACE THEM IN HARMONY WITH ALL MANKIND BEING
A GUIDE AND LIGHT UNTO THE WORLD. HENCE, IT IS, THAT NO SUIT
OR ACTION CAN BE BROUGHT AGAINST GOD'S APPOINTED KING/ KHALIFAH
OF THE GLOBAL THEOCRATIC STATE OR HIS SUBJECTS, EVEN IN CIVIL
MATTERS, BECAUSE NO COURT CAN HAVE JURISDICTION OVER HIM OR
THEM, FOR ALL JURISDICTION IMPLIES SUPREMACY OF POWER", CHISOLM
v. GEORGIA, 2 DALL 419, 458; ENGLISH v. THORN SUPRA..

(30) "IN THE GLOBAL THEOCRATIC STATE GOD'S APPOINTED
KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB,
AL MAHDI, THE FIDUCIARY HEIR, IS SYNONYMOUS WITH THE SOVEREIGN
POWER OF THE GLOBAL THEOCRATIC STATE AS DECREED BY THE LAST
WILL AND TESTAMENT, OF THE SOLE CORPORATION, THE KINGS AND HOLY
PROPHETS OF THE ONE TRUE GOD BY WAY OF THE (3) HOLY BOOKS AND
AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) STANDING IN RIGHTEOUS-
NESS, LIGHT, TRUTH, JUSTICE AND FAIRNESS, WHICH CANNOT BE USURPED
BY FORCE, FRAUD OR BOTH. OURS IS A GOVERNMENT FOUNDED UPON "COM-
PACT", "CONTRACT". IT IS FOUNDED UPON "COVENANT", SUBJUGATION
TO THE ONE TRUE GOD, (3) IDENTICAL "COVENANTS", "CONTRACTS"
OF MILK, HONEY, JEALOUSY AND SALT. SOVEREIGNTY WAS AND IS WITH
THE ONE TRUE GOD AND HIS APPOINTED KING/ KHALIFAH, JONAH THE
TISHBITE, AL MAHDI, AND NOT WITH THE PEOPLE EQUAL TO OR ABOVE
THE GLOBAL THEOCRATIC KING/ KHALIFAH OTHER THAN WHAT IS DESIG-
NATED BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD
(PBUH), BEING A KINGDOM OF KINGS, WITH AL MAHDI ABOVE THEM,
CHRIST BEING ABOVE AL MAHDI AND THE ONE TRUE GOD BEING ABOVE
CHRIST HAVING NO PARTNERS", SEE (3) HOLY BOOKS; GLASS v. THE
SLOOP BETSY, 3 DALL 6 (DALLAS U.S. SUPREME COURT REPORTER).

(31) "THE RIGHTFUL FIDUCIARY HEIR, KING, KHALIFAH,

IMAM AND HIGH PRIEST OF THE GLOBAL THEOCRATIC STATE OF AFRICA, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL MAHDI, IS ENTITLED TO ALL RIGHTS WHICH BELONG TO GOD'S APPOINTED KING/ KHALIFAH BY HIS PREROGATIVE", LANSING v. SMITH, 4 WEND 9, 20(1829); (3) HOLY BOOKS.

(32) "GOD'S APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE, JONAH IBN. YAQUB, AL MAHDI AND THE SERVANTS/ SLAVES OF THE MOST HIGH GOD ARE A FOREIGN GLOBAL THEOCRATIC GOVERNMENT OF THE GLOBAL THEOCRATIC STATE, JONAH IBN. YAQUB, AL MAHDI, AND THE SERVANTS/ SLAVES OF THE MOST HIGH GOD ARE A FOREIGN GLOBAL GOVERNMENT AND NO OTHER GLOBAL GOVERNMENT CAN SEVER OR HINDER THEIR RELATIONSHIP BY TAKING AWAY THEIR CITIZENSHIP", AFROYIM v. RUSK, 387 U.S. 253(1967); (3) HOLY BOOKS.

**NOTE:** THE FOLLOWING DEFINITION OF SOVEREIGNTY IS SIMILAR TO THAT FROM BOUVIER'S 14th. EDITION LAW DICTIONARY (QUOTING 4 WHEAT 402). THE WORDS HAVE BEEN SLIGHTLY MOFIFIED TO PAINT A MORE TRUE PICTURE OF THE MATTERS PRESENTED HERE:

"IT HAS BEEN JUSTLY THOUGHT A MATTER OF IMPORTANCE, TO DETERMINE FROM WHAT SOURCE THE GLOBAL THEOCRATIC STATE UNDER THE FIDUCIARY HEIR, GOD'S APPOINTED AND ANOINTED KING, KHALIFAH, IMAM AND HIGH PRIEST, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL MAHDI DERIVES ITS AUTHORITY... THE QUESTION HERE PROPOSED IS WHETHER OUR BOND RESTORED BY THEOCRATIC UNION, BEING MEMBERS OF ONE ANOTHER, THE UMMAH OF THE "I AM", "ALLAH", THE BODY OF CHRIST ARE (3) TRUE AND SANCTIONED BLESSED OF THE ONE TRUE GOD BLOOD "COVENANTS", "CONTRACTS" UNTO DEATH OF MILK, HONEY, JEALOUSY AND SALT ENTERED INTO BY THE SERVANTS AND SLAVES OF THE ONE TRUE GOD WHO THOUGH HE BEGETS NOT NOR IS BEGOTTEN, ADOPTS US BY OUR OBEDIENCE AS SONS AND DAUGHTERS, CO-HEIRS BEING OUR WALI, PROTECTOR, AND HE WHO SUSTAINS US THROUGHOUT ALL ETERNITY, OR WHETHER THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE THE ORGANIC, LIVING, ESTABLISHED WORD AND LAWS OF THE ONE TRUE GOD OF THE HEAVENS AND EARTH, HAVING NO PARTNERS, WHICH SUPERSEDES AND OR RENDER VOID ALL

THAT IT FOREVER BE GIVEN ITS PLACE AND HEEDED AND RESPECTED
BY ALL NATIONS. TO THIS THE SOLE CORPORATION, GOD'S APPOINTED
AND ANOINTED KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISSHBITE
IBN. YAQUB, AL MAHDI AND THE CITIZENS OF THE GLOBAL THEOCRATIC
STATE ANSWER THUS: THE FIDUCIARY HEIR, THE KING/ KHALIFAH AND
THE SERVANTS, SLAVES OF THE MOST HIGH GOD, THE "I AM", "ALLAH",
"JEHOVAH", "YHWH", TO HIM BELONGS THE BEST OF NAMES, OF THE
GLOBAL THEOCRATIC STATE SANCTIONED AND BLESSED BY THE ONE TRUE
GOD...ORDAIN, ESTABLISH AND WILL STAND BEHIND, WILL WALK IN
THE TRUTH, RIGHTEOUSNESS AND LAWS OF THE ONE TRUE GOD AS THEY
EXIST RESTORED BY JONAH IBN. YAQUB, AL MAHDI EVEN UNTO DEATH...
THE GOVERNMENT OF THE GLOBAL THEOCRATIC STATE, A FOREIGN STATE,
AS RULED BY JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL
MAHDI, HAD ONLY DELEGATED POWER FROM THE ONE TRUE GOD OF THE
HEAVENS AND EARTH WHO RISES ABOVE HIS ISTAWA(THRONE) IN HONOR,
GLORY AND POWER, AND EVEN IF GOD'S APPOINTED AND ANOINTED KING/
KHALIFAH, JONAH AL MAHDI, OR THE SERVANTS/ SLAVES/ CITIZENS
OF THE MOST HIGH GOD AND GLOBAL THEOCRATIC STATE HAD AN INCLINA-
TION, THEY HAD NO AUTHORITY TO TRANSFER THE POWER AND AUTHORITY
OF GOD'S APPOINTED AND ANOINTED SOVEREIGN KING, KHALIFAH JONAH
IBN. YAQUB EXCEPT TO THE KING/ KHALIFAH, IMAM AND HIGH PRIEST
JESUS CHRIST OF NAZARETH(PBUH) UPON HIS APPEARANCE AS DECREED
BY THE "I AM", "ALLAH". THE SOLE CORPORATION AND FIDUCIARY HEIR,
GOD'S APPOINTED KING, KHALIFAH, IMAM, PROPHET AND HIGH PRIEST
OF THE GLOBAL THEOCRATIC STATE RESTORED AND ADOPTED THE TEACHINGS
, PRECEPTS, STATUTES AND LAWS OF THE (3) HOLY BOOKS AND SUNNAH
OF THE PROPHET MUHAMMAD(PBUH) BEING RULING LAW THROUGHOUT THE
GLOBAL THEOCRATIC DOMINION; WHICH BINDS THE GLOBAL THEOCRATIC
STATE AND ITS COMMONWEALTH OF AFRICANS, ITS DIASPORA, CHRISTIANS,
MUSLIMS AND JEWS WORLDWIDE AND ALL OTHER GOVERNMENTS OF THE
WORLD WITHOUT THEIR OR ANY OTHER GLOBAL NATION'S CONSENT. THE
GLOBAL THEOCRATIC STATE AND OR GOVERNMENT RULED BY JONAH IBN.
YAQUB, AL MAHDI, THE KING OF THE NORTH, ORDAINED AND SANCTIONED
BY THE ONE TRUE GOD AND SOLE CORPORATION CARRIES BATTLE AXE,
SWORD, SPEAR, HELMET, BREASTPLATE, BODY SHIELD AND BUCKLER,
BY WAY OF THEIR GOD APPOINTED IMAM, HIGH PRIEST, KING AND KHALI-
FAH, DECREED BY THE "I AM", "ALLAH", TO EXECUTE JUSTICE, FAIRNESS

OR WRATH UPON ANY GLOBAL EVILDOER WHO WOULD USURP THE DECREES,
LAWS AND AUTHORITY OF THE ONE TRUE GOD. THE GLOBAL THEOCRATIC
STATE AS A WHOLE, THEREFORE, EMANATES FROM THE ONE TRUE GOD
AS RULED BY HIS FIDUCIARY HEIR, HIS APPOINTED AND ANOINTED KING/
KHALIFAH JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, AL MAHDI
AND ALSO FROM THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET
MUHAMMAD(PBUH) RESTORED AND OR INTERPRETED BY JONAH IBN YAQUB,
AL MAHDI, AND NOT FROM THE GLOBAL THEOCRATIC CITIZENRY OR COMMON-
WEALTH THOUGH THEY BE KINGS AND KHALIFAHS THEMSELVES. THE LAWS
OF THE GLOBAL THEOCRATIC STATE CONTAINED THEREIN, WHETHER MADE
BEFORE OR SINCE THE ADOPTION OF THE RESTORED AND OR INTERPRETED
TEACHINGS OF AL MAHDI, ARE SUBORDINATE, THE KING-KHALIFAH ALSO
BEING A MESSENGER AND PROPHET OF THE ONE TRUE GOD TO UNITE ALL
AFRICANS, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS AROUND
THE ENTIRE WORLD UNDER ONE BANNER TO PREPARE THEM FOR THE RETURN
OF GOD'S APPOINTED CHRIST, JESUS OF NAZARETH, MY GREAT ETC.
GRAND UNCLE(PBUH)", ENGLISH-v.-THORN, 676 F.Supp. 761.

     GOD'S APPOINTED KING OF THE GLOBAL THEOCRATIC STATE,
THE SOLE CORPORATION, IS THE FOUNTAIN OF SOVEREIGNTY. THE WHOLE
IS ORIGINALLY WITH HIM AS HIS OWN. THE GLOBAL THEOCRATIC GOVERN-
MENT, PROVINCES, ORGANIZATIONS, CORPORATIONS, PLACES OF LEARNING,
MOSQUES, SYNAGOGUES, CHURCHES, ENTITIES, AGENCIES AND OR AGENTS
ETC. ARE BUT TRUSTEES ACTING UNDER A DERIVED AUTHORITY, AND
HAVE NO POWER TO DELEGATE WHAT IS NOT DELEGATED TO THEM. BUT
THE FIDUCIARY HEIR, GOD'S APPOINTED AND ANOINTED KING, KHALIFAH,
IMAM, PROPHET AND HIGH PRIEST, JONAH AL MAHDI, AS THE ORIGINAL
FOUNTAIN, MIGHT TAKE AWAY WHAT HE HAD LENT AND ENTRUST TO WHOM
HE PLEASE. HE HAS THE WHOLE TITLE, AND AS ABSOLUTE PROPRIETOR,
HAVE THE RIGHT OF USING AND ABUSING--JUS UTENDI ET ABUTENDI.
IT IS A MAXIM CONSECRATED IN THEOCRATIC LAW, FOREIGN LAW, IN
PUBLIC LAW AS WELL AS COMMON SENSE AND NECESSITY OF THE CASE
THAT A SOVEREIGN IS ANSWERABLE FOR HIS ACTS ONLY TO HIS GOD
AND HIS CONSCIENCE ALSO BEING IN THIS CASE PROPHET, LAWGIVER
OF GOD....THERE IS NO AUTHORITY WITHIN ANY GLOBAL NATION ABOVE
THE SOVEREIGN AND PROPHET JONAH IBN. YAQUB, AL MAHDI, TO WHICH
AN APPEAL CAN BE MADE BEING THE VOICE OF GOD IN THE FORM OF
A MAN. SEE THE ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH OF

MUHAMMAD(PBUH); 4 WHEAT 402 (BOUVIER'S 14th. EDITION LAW DICTION-
ARY: "SOVEREIGNTY").

     (33) "THE CONGRESS, PARLIAMENT OR ANY OTHER GLOBAL
LEGISLATIVE BODY CANNOT REVOKE THE SOVEREIGN POWER OF GOD'S
APPOINTED AND ANOINTED KING, KHALIFAH, IMAM, PROPHET AND HIGH
PRIEST OF THE GLOBAL THEOCRATIC STATE, JONAH GABRIEL JAHJAH
T. TISHBITE IBN. YAQUB, AL MAHDI TO OVERRIDE HIS WILL AS THUS
DECLARED. THIS INCLUDES ANY GLOBAL COURT, ~~PERRY v. UNITED STATES~~,
(1935) 294 U.S. 330, 353; ~~ENGLISH v. THORN SUPRA~~.; ~~UNITED STATES
v. WHEELER~~, 98 S.Ct. 1079 at 1083(1978).

     **NOTE:** THE ABOVE POINTS AND AUTHORITIES ARE NOT EXHAUSTIVE
AND ADDITIONS CAN BE MADE AND OR ADDED AT ANY TIME.

     " **A SOVEREIGN IS ANSWERABLE ONLY TO GOD AND CONSCIENCE**".

<u>CAVEAT</u>

     THAT THE WORLD BANK, ALL MEMBER STATES AND NATIONS OF
THE UNITED NATIONS, THE KINGDOM OF SAUDI ARABIA, ALL OTHER GLOBAL
NATIONS, THE U.S. DEPT. OF JUSTICE, THE U.S. STATE DEPARTMENT,
THE STATE OF SOUTH CARIOLNA, THE UNITED STATES AND THE SEVERAL
STATES CONTAINED THEREIN, THE VATICAN, THE S.C. ATTORNEY GENERAL,
THE S.C. DEPT. OF CORRECTIONS, ALL GLOBAL BANKING ENTITIES AND
ALL OTHER DEFENDANTS LISTED IN THE U.N. DOCUMENT AS WELL AS
THOSE LISTED IN THE DOCUMENTS FILED IN CASE 4:10-cv-4625-SBA
IN THE STATE OF CALIFORNIA U.S. DISTRICT COURT NORTHERN DISTRICT,
, THOSE LISTED IN CASES 2013-CP-400-0084, 2294 IN THE RICHLAND
COUNTY COURT OF COMMON PLEAS, UPON RECEIPT OF THIS MEMORANDUM
OF LAW ON THE SOVEREIGNTY OF GOD'S APPOINTED AND ANOINTED KING,
KHALIFAH, IMAM AND HIGH PRIEST AND THE COMMONWEALTH OF THE GLOBAL
THEOCRATIC STATE, REDEEMED AND SECURED BY GOD'S HIGH PRIEST
OF THE LINE OF AARON AND THE LEVITICAL PRIESTHOOD WITH POINTS
AND AUTHORITIES (VIA CERTIFIED MAIL # [SEE PAGE 1] NOTICE AND
DEMAND IS MADE UPON YOU TO REVIEW AND RESPOND TO THE ABOVE MEMO-
RANDUM AND EACH "POINT" AND "AUTHORITIES" AS ENUMERATED ABOVE
AND ITS LIEN AND DOCUMENT UPON THE PUBLIC RECORD AND IN CASES

4:10-cv-4625-SBA AND 2013-CP-400-0084, 2294, AND BY CERTIFIED,
U.S. MAIL TO THE SOVEREIGN AS IS ADDRESSED BELOW, WITHIN (15)
DAYS UPON RECEIPT OF THIS MEMORANDUM, ALLOWING UP TO (3) DAYS
GRACE FOR RETURN MAIL DELIVERY.

FAILURE TO DO SO, AS BY EITHER A PUBLIC SERVANT WHO BY
OATH OF OFFICE OR DUTY AS AN "OFFICER", "AGENT" OR "EMPLOYEE"
OF A GOVERNMENT CREATED CORPORATION, MINICIPALITY, ETC. AND
OR BY AND THROUGH YOUR POSITION, OFFICE OR SUPERIOR KNOWLEDGE
OF LAW, WILL PLACE YOU IN DEFAULT, AND THE PRESUMPTION WILL
BE TAKEN UPON THE PRIVATE, COURT AND PUBLIC RECORD THAT YOU
AND YOUR OFFICE AND OR GLOBAL GOVERNMENTS AND OR COMPANIES,
CORPORATIONS, ORGANIZATIONS AND OR ENTITIES, FULLY AGREE TO
THE "POINTS AND AUTHORITIES" WITH ITS LIEN(S) CONTAINED WITHIN
THIS MEMORANDUM AND THAT THE "POINTS AND AUTHORITIES" WITH ITS
LIEN(S) **ARE TRUE, CORRECT AND CERTAIN** (F.R.C.P. 8d),...AND THAT
GOD'S APPOINTED AND ANOINTED KING, KHALIFAH, IMAM, PROPHET AND
HIGH PRIEST JONAH GABRIEL JAHJAH T. TISHBITE, AL MAHDI, AS NAMED
BELOW AND HIS SEAL ~~BELOW SEAL~~ IS SOVEREIGN WITHIN THE COLLECTIVE
CAPACITY OF SAID APPOINTED KING, KHALIFAH OF THE GLOBAL THEOCRA-
TIC GOVERNMENT AND POSSESS TRUE SOVEREIGN POWER, 18 U.S.C. §
1116(a)(b)(4); 18 U.S.C. § 1116(a)(b)(2)(3)(A).....

THIS DOCUMENT IS WHAT THE UNITED STATES AND THE REMAINING
(192) MEMBER STATES OF THE UNITED NATIONS DEFAULTED ON. THIS
IS WHAT THE U.S. CONGRESS, THE U.S. SENATE, THE JUSTICE DEPART-
MENT, THE U.S. STATE DEPARTMENT, THE U.S. TREASURY, HILLARY
CLINTON, ERIC HOLDER, THE S.C. ATTORNEY GENERAL AND ALL DEFEN-
DANTS INVOLVED DEFAULTED ON AND IS WHY JUDGE MARCHANT AND THE
S.C. U.S. DISTRICT COURT JUDGES IN ACTS OF FRAUD UPON THE COURT,
CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE DO NOT WANT TO
COME INTO THE FEDERAL COURT AS EVIDENCE. UNLESS THE DEFENDANTS
INVOLVED CAN PRODUCE AN ORDER EMERGING FROM THE RICHLAND COUNTY
COURT OF COMMON PLEAS UNDER CASE 2013-CP-400-0084 THAT IS NOT
COMPROMISED BY ACTS OF FRAUD AND OR REMOVAL. THE DOCUMENT LEGALLY
STANDS AND IS THE SUPREME LAW OF THE LAND AND I, JAHJAH AL MAHDI,
AM SOVEREIGN BY MY ORIGINAL STATUS AS SOVEREIGN THOUSANDS OF
YEARS BEFORE THIS NATION WAS FORMED BY LEGAL BINDING CONTRACT

ALL RIGHTS, PRIVILEGES AND ATTRIBUTES THE FEDERAL JUDGES ARE
CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY TO DENY ME TO
PREVENT EVIDENCE OF THEIR CRIMES FROM ENTERING THE COURT. YOUR
LAWS HAVE NO EFFECT UPON ME AND I CAN ACT IN ANY CAPACITY I
SO DESIRE DUE TO PROPER SERVICE, NOTICE AND DEFAULT EMERGING
FROM CASE 2013-CP-400-0084. THIS DOCUMENT IS ONLY THE "TIP"
OF THE ICEBERG AS TO WHAT IS FILED WITHIN THAT STATE CASE. THE
LEGAL ISSUES OF RELIGIOUS PROPHESY THAT'S BEFORE THIS COURT
RELATED TO THE GOURDINE CASE ARE PREVIOUSLY FILED IN THE RICHLAND
CASE. REPARATIONS FOR THE U.S. SLAVE TRADE, LAND APPROPRIATION
OF ANCESTRAL LANDS WITHIN THE KINGDOM OF SAUDI ARABIA, LAND
CALLED "FADAK" GIVEN TO MY GREAT ETC. GRANDMOTHER FATIMA BY
THE PROPHET MUHAMMAD(PBUH), THE "GITMO" DETAINEES SITUATION,
ALL OF THIS AND MORE IS DEFAULTED ON BY THE GLOBAL NATIONS TO
INCLUDE THE UNITED STATES WHICH IS WHY THEY DO NOT WANT THIS
EVIDENCE TO ENTER INTO THE FEDERAL COURT. THE "2013" PREFIX
IS A MISNOMER. THE ORIGINAL CASE NUMBERS ARE 2006-CP-400-3567,
3568, 3569 STILL PENDING BEING MADE A PART OF THE "2013" CASE
ESTABLISHING EQUITABLE TOLLING FOR THE HABEAS CORPUS PROVING
WE WERE DILIGENT FOR OVER (10) YEARS WORKING TO HAVE THESE MAT-
TERS HEARD BEFORE THE COURT ONLY TO BE SUBJECTED TO FRAUD AND
OBSTRUCTION OF JUSTICE. ROSS v. BLAKE, 136 S.Ct. 1850(2016)
ATTACHES AND WE DO NOT HAVE TO EXHAUST FOR ANY CASE TO WHICH
THE KING-KHALIFAH IS PARTY. THE 2013-CP-400-0084 CASE ESTABLISHES
A PAPER TRAIL AND EVIDENCE EXPANDING OVER (10) YEARS THAT PROVE
THEIR CRIMES ARGUED WITHIN THESE PARALLEL CASES REQUIRING REMOVAL
. JAHJAH CAN ACT AS ATTORNEY OR IN ANY CAPACITY HE SO DESIRES
UNLESS IT CAN BE PROVEN BY CLEAR EVIDENCE THAT THE DEFENDANTS
TIMELY RESPONDED IN CASE 2013-CP-400-0084 TO DEFEAT THE DEFAULT
ESTABLISHED BY THE FILED AFFIDAVITS. THE DEFENDANTS IN TOTAL
MUST BE SERVED ALL THE PLEADINGS WITHIN THIS COURT AND BELOW
TO GIVE THEM OPPORTUNITY TO REBUT, BUT SINCE THE S.C. ATTORNEY
GENERAL WHO IS PARTY TO THE DEFAULT IN QUESTION IS BEFORE THIS
COURT UNDER CASE 17-6960. LET HIM PROVE THAT HE OR THE ATTORNEY
FOR HIM TIMELY RESPONDED TO DEFEAT THE DEFAULT BEFORE THE 4TH.
CIRCUIT NOW. I, JAHJAH AL MAHDI, AM THE FIDUCIARY HEIR, KING
AND KHALIFAH WITH ALL RIGHTS ESTABLISHED TO DEFEND MY PEOPLE

IN ANY GLOBAL COURT WITHOUT EXCEPTION, AND NO ONE CAN LEGALLY
PREVENT ME DUE TO THE DEFAULT. YOU CANNOT CREATE LAW EX POST
FACTO TO FORCE ME TO BREACH MY FIDUCIARY DUTIES AND CONTRACT
ESTABLISHED BY THE SOLE CORPORATION AS FIDUCIARY HEIR OBLIGATED
TO DEFEND MY GOD AND MY PEOPLE. THE FEDERAL COURT HAD JURISDIC-
TION UNDER 28 U.S.C. §§ 1331, 1332, 1346, 2201, 2202, 2679,
1602-1612 ET. SEQ.,; ARTICLE III SECTIONS 1 AND 2; ARTICLE 1
SECTION 10; THE C.A.T. TREATY; THE RICO ACT; FEDERAL AND INTERNA-
TIONAL PROBATE LAW; 42 U.S.C. §§ 1983, 1985(2), 1985(3), 1986,
12203(a)(b) OF ADA; THE ANTI-PEONAGE ACT, THE 1st., 4th., 5th.,
6th., 7th., 8th., 13th., 14th., AND 15th. AMENDMENTS AND OTHER
LAWS OF THE UNITED STATES. IT IS SO ORDERD BY DECREE OF THE
CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT. THE FIDUCIARY
AND JUDICIAL DUTY COMMANDS IT, 29 U.S.C.A. § 1104; SPIRES v.
SCHOOLS,--F.Supp.3d.--, 2017 WL 4174774(DSC.2017); FIFTH-THIRD
BANCORP v. DUDENHOEFFER, 132 S.Ct. 2459, 189 L.Ed.2d. 457, 82
U.S.L.W. 4578(U.S.2014); PEREZ v. CHIMES DISTRICT OF COLUMBIA,
INC., F.Supp.3d., 2016 WL 6124679(D.C.Md.2016).


REPARATION WERE ARGUED FOR, FOUGHT AND WON BY THE DEFAULT
EMERGING FROM CASE 2013-CP-400-0084 FOR THE U.S. SLAVE TRADE
WHERE AS THE FIDUCIARY HEIR, KING, KHALIFAH OF THE UNITED ETHIO-
PIAN EMPIRE, THE DIRECT DESCENDANT OF KING SOLOMOM AND THE QUEEN
OF SHEBA, EVEN ARGUING DECEDENT DOMICILE CLAIMS FOR MY FORE
FATHERS AND MOTHERS WHO DIED ON AFRICAN SOIL AND DURING THE
MIDDLE PASSAGE. THESE DECEDENT DOMICILE CLAIMS ATTACHED AND
WERE DEFAULTED ON BY THE (193) MEMBER STATE OF THE UNITED NA-
TIONS. RACISM IS A STRUCTURAL RELATIONSHIP BASED UPON THE SUBOR-
DINATION OF ONE RACIAL GROUP BY ANOTHER. GIVEN THIS PROSPECTIVE,
THE DETERMINING FEATURE OF RACE RELATIONS IS NOT PREJUDICE TOWARD
BLACKS OR BLACKS TOWARD WHITES, BUT RATHER THE SUPERIOR POSITION,
NOT CULTURE, NOT GENETICS OR SOME FALLACIOUS SUPPOSE SUPERIOR
INTELLECT OF WHITES, BUT THE SUPERIOR POSITION OF WHITES AND
THE INSTITUTIONS--IDEOLOGICAL AS WELL AS STRUCTURAL--WHICH MAIN-
TAIN THAT SUPERIOR POSITION. AFRICAN AMERICANS HAVE ENDURED
ALL MANNER OF INDIGNITIES, SUFFERINGS, DEPRIVATIONS, LOSSES
AND IMPAIRMENTS UNDER THE REIGN OF WHITE SUPREMACY IN ITS VARIOUS
HISTORICAL AND CONTEMPORARY FORMS. THE NEGATIVE EFFECTS AND

AFTEREFFECTS OF WHITE DOMINATION SHALL LAST FOR GENERATIONS
AMONG ALL BLACK PEOPLES, ITS PRIMARY SUBJECTS. THE CENTRAL FUNC-
TION OF WHITE COMMANDEERED APARTHEID WAS TO FORCIBLY AND EXPLOIT-
ATIVELY EXTRACT THE MATERIAL, HUMAN AND PRODUCTIVE WEALTH OF
BLACK PEOPLES AND REDISTRIBUTE THEM TO THEIR WHITE OVERLORDS.
THE WEALTH POWER AND INFLUENCE WHITES EXPROPRIATED THROUGH THEIR
COERCIVE DOMINATION AND EXPLOITATION OF BLACK LAND, LABOR AND
PRODUCTIVITY HAVE CONTINUED TO EXPONENTIALLY EXPAND AND PERPET-
UATE THEMSELVES BY COMPOUNDING THE INTEREST ON THEIR ORIGINAL
AND CONCURRENT PRINCIPLE. WHITE DOMINATION OF BLACKS, EVEN IF
CONFINED TO THE PAST, ALLOWED WHITES TO ACCUMULATE ASTRONOMICAL
WEALTH. MOREOVER, IT HAS ALLOWED WHITES TO CAPITALIZE THAT WEALTH
BY DEVELOPING SOCIOECONOMICAL, TECHNOLOGIES AND SOCIOPOLITICAL
ADVANTAGES WHICH WILL FACILITATE THEIR CONTINUING ECONOMIC AND
POLITICAL DOMINATION OF BLACKS IN THE PRESENT AND INTO THE FUTURE
EVEN UNDER GOVERNMENTAL REGIMES WHICH DO NOT LEGALLY OR POLITICAL
-LY SANCTION RACIAL DISCRIMINATION OF ANY KIND, WHETHER OF THE
FORWARD OR REVERSE VARIETY. REPARATIONS MUST BE GIVEN TO OFF
SET THIS INJUSTICE. AS THE FIDUCIARY HEIR, AS MARTIN LUTHER
KING JR.'S SUCCESSOR, JAHJAH AL MAHDI IS CALLED UPON BY CONTRACT,
COVENANT, TO ADDRESS THESE INJUSTICES WHICH CANNOT BE MADE OR
UNMADE BY THE COURTS PROTECTED UNDER ARTICLE 1 SECTION 10 OF
THE U.S. CONSTITUTION. A STATE OR GOVERNMENT, ESPECIALLY IN
LIGHT OF THE DEFAULT, MAY NOT EXCLUDE A PERSON FROM THE PRACTICE
OF LAW (LAWGIVER) OR ANY OTHER OCCUPATION (FIDUCIARY HEIR) IN
A MANNER OR FOR REASONS THAT CONTRAVENE THE DUE PROCESS OR EQUAL
PROTECTION OF THE LAWS CLAUSE OF THE 14TH. AMENDMENT. TO PREVENT
(AND CONTRACT )
ME FROM ACTING IN THE CAPACITY ESTABLISHED BY THE DEFAULT WOULD
DENY ME THE EQUAL PROTECTION OF THE LAWS BEHIND RELIGIOUS AND
RACIAL HATRED, ~~SCHWARE~v.~BOARD~OF~EXAM.~OF~STATE~OF~N.M.~~ 353
U.S. 232, 77 S.Ct. 752, 64 A.L.R.2d. 288, 1 L.Ed.2d. 796(U.S.
1957); ~~FREIRE~v.~SULLIVAN~~ 2017 WL 3710066(D.C.Nev.2017); ~~VIR-~~
~~GINIA~BOARD~OF~MEDICINE~v.~ZACKRISON~~ 67 Va. App. 461, 796 S.E.
2d. 866(2017); ~~DOE~v.~ROGERS~~ 139 F.Supp.3d. 120(D.C.C.2015);
~~BOLLS~v.~VIRGINIA~BD.~OF~BAR~EXAMINERS~~ 811 F.Supp.2d. 1260
(E.D.Va.2011).

**NOTICE:** THIS IS AN ISSUE ON APPEAL. ATTACH THE COURT

AND PARTIES WILL FIND: A COPY OF THE WRIT OF MANDAMUS THAT MAKE UP CASE 16-2299. ALL ARGUMENTS, CLAIMS AND ISSUES PRESENTED ARE NOW SOUGHT ADDRESSED IN THIS APPEAL. IF THE COURT WOULD TAKE NOTICE OF PAGES 12 THROUGH 24 IT EXPLAINS THE TRUST AND BENEFICIARY NATURE OF THE TRUST. THE SOLE CORPORATION WANTS ITS INTELLECTUAL PROPERTY RETURNED. ALL SAME SEX MARRIAGES NA-TIONALLY AND GLOBALLY ARE TO BE RENDERED VOID AND OF A NULLITY. DO IT BY JUDICIAL ORDER SINCE THE UNITED NATIONS IS PARTY TO THE DEFAULT EMERGING FROM CASE 2013-CP-400-0084 BY DECREE AND JUDGMENT OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT. **IT IS SO ORDERED.**

28 U.S.C. § 2679 PROVIDES:

"THE U.S. DISTRICT COURT SHALL HAVE EXCLUSIVE JURIS-DICTION FOR REMEDY AGAINST THE UNITED STATES PROVIDED BY SECTIONS 1346(b) AND 2672 OF THIS TITLE FOR INJURY OR LOSS OF PROPERTY (INTELLECTUAL PROPERTY/ THE RIGHT TO MARRY GIVEN TO YOU AS A "GRANT" WITH RESTRICTIONS), OR PERSONAL INJURY OR DEATH ARISING OR RESULTING FROM NEGLECT OR WRONGFUL ACT OR OMISSION OF ANY EMPLOYEE OF THE GOVERNMENT WHILE ACTING WITHIN THE SCOPE OF HIS OFFICE OR EMPLOYMENT IS EXCLUSIVE TO ANY OTHER CIVIL ACTION OR PROCEEDING......; SANDRA J. KOTTMAN PLAINTIFF v. UNITED STATES, 2017 WL 4185481(W.D.MISSOURI.2017); WARD v. AUERBAUGH, 2017 WL 2724938(D.C.Miss.2017).

**NOTICE:** ANOTHER ISSUE ON APPEAL. DO WE HAVE THE RIGHT FOR DISCOVERY PURSUANT TO WEARRY v. CAIN, 136 S.C.t. 1002(2016). THE FEDERAL JUDGES ARE CONSPIRING TO CONCEAL MATERIAL FACTS IN VIOLATION OF 18 U.S.C. §§ 242 AND 1001. WE WANT CASE 2013-CP-400-0084 REMOVED TO INCLUDE ALL DOCUMENTS CONTAINED THEREIN. WE WANT THAT DNA OBTAINED AND TESTED TO MICHAEL LEE AND THE OTHER EVIDENCE SOUGHT VIA THE FORM 24. WE WANT THAT INJUNCTION AND PROTECTIVE ORDER GRANTED IMMEDIATELY.

**NOTICE:** ANOTHER ISSUE ON APPEAL. DID THE DISTRICT COURT ABUSE ITS DISCRETION BY NOT GIVING REVIEW VIA THE PROPERLY FILED WRIT OF ERROR. UNDER THE CIRCUMSTANCES THE WRIT OF ERROR WAS

THE APPROPRIATE VEHICLE TO USE. SEE THE (44) PAGE COMPLAINT
ON PAGES 13-14.

**NOTICE:** ANOTHER ISSUE ON APPEAL. BY THE LITGATION PRE-
SENTED DID WE ESTABLISH EQUITABLE TOLLING BY OUR CONTINUAL DILI-
GENCE SINCE 2006?

**NOTICE:** ANOTHER ISSUE ON APPEAL. BY THE LITIGATION, TO
INCLUDE THAT ARGUED IN THE DOCUMENT SEEKING INJUNCTION. DID
WE MEET THE CRITERION FOR FILING HABEAS CORPUS UNDER 28 U.S.C.
§ 2244(d)(B)?

**NOTICE:** ANOTHER ISSUE ON APPEAL. BY THE LITIGATION, TO
INCLUDE THAT ARGUED IN THE DOCUMENT SEEKING INJUNCTION. DID
WE MEET THE CRITERION FOR FILING HABEAS CORPUS UNDER 28 U.S.C.
§ 2244(d)(C)?

**NOTICE:** ANOTHER ISSUE ON APPEAL. DO HUMPHREYS OR PREISER
APPLY SINCE THE CONVICTIONS ARE ALREADY INVALIDATED BY THE FALSE
IMPRISONMENT TORT WHICH IS WHAT CASE 2013-CP-400-0084 IS AMONG
OTHER THINGS?

**NOTICE:** ANOTHER ISSUE ON APPEAL. WE WANT THE S.C. ATTORNEY
GENERAL TO PRODUCE A DOCUMENT FILED BY THEM IN CASE 2013-CP-
400-0084 DEMONSTRATING THAT ANY OF THEM TIMELY FILED RESPONSE
TO DEFEAT THE DEFAULT DOCUMENTS FILED AT THE END OF 2015.

THE LAWGIVER OF GOD RIGHTS, TITLES AND SOVEREIGNTY MUST
BE GIVEN FULL FAITH, CREDIT AND SWAY. FOR THERE IS A HIGHER
LOYALTY THAN TO LOYALTY TO THIS COUNTRY. THAT IS LOYALTY TO
THE ONE TRUE GOD, ~~UNITED STATES v. SEEGER~~ 380 U.S. 163, 172,
85 S.Ct. 850, 13 L.Ed.2d. 733(U.S.1965). ALSO SEE ADMINISTRATIVE
PROCEDURES ACT 5 U.S.C. § 556(d).

**NOTICE:** IF ANY OF THE CASES LISTED WITHIN THR CAPTION
HAVE BEEN CLOSED. WE MOTION TO REINSTATE ANY SUCH CASE. IF ANY
OF THE CASES MANDATE HAS BEEN SENT TO THE LOWER COURT. WE MOTION
TO RECALL IT TO HAVE ALL ISSUES ADDRESSED WHERE DUE TO PRESENT

STATE INTERFERENCE WE HAVE THE DEFENDANTS IN THESE PARALLEL
CASES, S.C.D.C., CONSPIRING TO PUSH US PAST THE DEADLINES ESTA-
BLISHED BY THE COURT TO FORCE A PROCEDURAL COMPLIANCE ISSUE.
THEY ARE MAKING EFFORTS TO PREVENT AND OR DELAY OUR MAIL FROM
GOING OUT. WE MOTION FOR SANCTIONS AND THAT OUR FILINGS BE DEEMED
TIMELY.

**NOTICE:** THE APPEAL OF THESE PARALLEL CASES WILL BE HEARD
BASED UPON APPEAL OF CASE 2:17-1127-JMC-MGB; 9:17-cv-1140-TLW-
BM AND 8:16-cv-3328-RBH-JDA. ALL NECESSARY DOCUMENTS SHOULD
BE FILED WITHIN THESE CASES. THE 4TH. CIRCUIT JUDGES SHALL SIT
EN BANC ABSENT OF THOSE JUDGES SOUGHT RECUSED. COMITY ATTACHES.

**NOTICE:** DO RES JUDICATA ATTACH BY JUDGE WEST IN APPEAL
UNDER CASE 17-6925 WHERE SHE DETERMINED THE § 1983 ACTION FILED
FIT THE LEGAL DESIGNATION AS BEING AN AFFIDAVIT REQUIRING THE
PARTIES TO BE SERVED BEFORE THE CASES ARE DISMISSED ONCE THE
LISTING OF THE PARTIES IS CORRECTED WITHIN ALL COURT RECORDS?
DO WE HAVE A RIGHT TO AN EVIDENTIARY HEARING, THE APPOINTMENT
OF LEGAL COUNSEL AS SOUGHT AND REMOVAL PURSUANT TO 28 U.S.C.
$455(c)? THESE ARE ISSUES ON APPEAL.

**NOTICE:** WE RENEW THE MOTION FOR SANCTIONS AND THE 4TH.
CIRCUIT NOW BE DEEMED IN FORFEITURE ON THE ISSUE OF WHETHER
OR NOT THE PROVISIONS OF THE PLRA AND THE AEDPA ARE UNCONSTI-
TUTIONAL. EVER SINCE THESE PARALLEL OR RELATED CASES WITHIN
THE 4TH. CIRCUT BEGAN. THE COURT CONSISTENTLY SENT US FILING
IN FORMA PAUPERIS DOCUMENTS WITH PLRA WRITTEN ALL OVER THEM.
THUS, THE CHALLENGE OF ADDRESSING THE CONSTITUTIONALITY OF THESE
PROVISIONS OF LAW SHIFTED FROM THE U.S. DISTRICT COURT TO THE
4TH. CIRCUIT BECAUSE THE 4TH. CIRCUIT WAS ALSO MAKING USE OF
THESE PROVISIONS, COMPROMISING THE PROCEEDINGS ESTABLISHING
STRUCTURAL ERROR WHICH VOID JURISDICTION. NOW IN ACTS OF FRAUD
AND MACHINATION TO CIRCUMVENT RULING ON THE ISSUE, THE 4TH.
CIRCUIT IN CASE 17-7186 NOW SENDS DIFFERENT IN FORMA PAUPERIS
DOCUMENTS? WE OBJECT AND A COPY OF FILING IN FORMA PAUPERIS
DOCUMENTS UNDER PLRA IS NOW FILED FOR CASE 17-7186 TO STOP THE

POTENTIAL FRAUD. IT IS CONSPICUOUS THAT ONE OR TWO OF THE JUDGES
SOUGHT RECUSED ARE INVOLVED IN THIS ACT AS WELL. SANCTIONS ARE
IMPOSED AND THE 4TH. CIRCUIT IS IN FORFEITURE ON THE ISSUE.
**IT IS SO ORDERED.**

    INSOMUCH, THE LITIGATION ADDRESSING THESE UNCONSTITUTIONAL
PROVISIONS IS SEEN ON PAGES 15-22 OF THE (44) PAGE COMPLAINT.
ITS NOT GIBBERISH OR UNINTELLIGIBLE. NOT ONLY ARE THE ORDERS
AND CASES THAT ARE NOW BEFORE THE 4TH. CIRCUIT ARE TAINTED AND
VOID, BECOMING ILLEGAL PROCEEDINGS. BUT ALSO ALL ORDERS ISSUED
WITHIN THE LOWER DISTRICT COURTS BY JUDGES HODGES, BAKER, WEST,
AUSTIN AND MARCHANT. ALL OF THEM MUST BE RENDERED VOID FOR DUE
PROCESS VIOLATION AND AN ABUSE OF DISCRETION, TO INCLUDE IT
BEING ADDRESSED THAT JUDGE AUSTIN VIOLATED HER DUTIES AS THE
KING-KHALIFAH'S APPOINTED TRUSTEE. THE 4TH. CIRCUIT JUDGES IN-
VOLVED HAVE BROKEN THE LAW BY THEIR ORDERS AND THE ESTABLISHING
OF ALL OF THESE CASES AS THEY PRESENTLY EXIST. THE USE OF AEDPA
BY HODGES; EVERY CASE THAT NOW EXIST WITHIN THE 4TH. CIRCUIT;
EVERY CASE CITED BY JUDGES MARCHANT, BAKER, WEST AND JUDGE AUSTIN
THEY USED TO DENY CLASS ACTION CERTIFICATION OR JOINDER OF PAR-
TIES, OR FILING IN FORMA PAUPERIS OR RECUSAL AS CITED, TO INCLUDE
CASES SUCH AS 612 F3d. 237; 136 S.Ct. 627; 262 F3d. 1194; 15
F3d. 319; 2012 WL 2805712; 2013 WL 3051155; 42 U.S.C. § 1997
IF IT HAS ANY CONNECTION RELATED TO THE CLINTON BILL; 534 U.S.
516; 548 U.S. 81; GENERAL RULE ORDER UNDER 3:07-MC-5014; 5:17-
cv-0105; 4:16-cv-2939; 1:16-cv-3853; 4:16-cv-3104; 8:16-cv-3327,
3328, 3194-RBH-JDA; 8:14-cv-3555-RBH-JDA; 0:16-cv-992; 2013
WL 1316025; 2008 WL 249167; 407 U.S. 163; 509 F2d. 1405; 213
F3d. 1320; 175 Fed. Appx' 552; ANY CASE THAT WAS FILED IN THE
PAST SINCE 2006 BY ALL OTHER PAST PARTIES TO THESE CASES; TO
INCLUDE EVERY CASE FILED BY THE KING-KHALIFAH, JAHJAH AL MAHDI,
FOR WHICH THE S.C. U.S. DISTRICT COURT OR ANY OTHER FEDERAL
COURT UNJUSTLY ISSUED A "STRIKE" IN ACTS OF FRAUD UPON THE COURTS
, OR THAT THEY PREVIOUSLY RULED ON AND OR DISMISSED. ALL OF
THESE CASES ARE TAINTED AND CANNOT ANY LONGER BE USED BY ANY
COURT BEING ILLEGAL. ALL OF THESE CASES TAINTS THEIR ORDERS
RENDERING THEM VOID FOR DUE PROCESS VIOLATION AND AN ABUSE OF

DISCRETION, BECAUSE ALL OF THESE CASES AND CITINGS OF LAW ARE RENDERED INVOKING THE PROVISIONS OF THE PRISON LITIGATION REFORM ACT AND OR THE ANTI-TERRORISM EFFECTIVE DEATH PENALTY ACT ORIGINATING FROM THE OMNIBUS CRIME BILL UNDER 51 A.L.R. Fed.2d. 143 SET IN PLACE BY THE CLINTON ADMINISTRATION'S WAR ON DRUGS CAMPAIGN MAKING THEM ILLEGAL.

WE EXPAND THE SCOPE AND SEEK INCLUSION EVEN IN THE 4TH. CIRCUIT AND THE BOOK ENTITLED, "MASS INCARCERATION DURING THE AGE OF COLOR BLINDNESS, THE NEW JIM CROW", BY MICHELLE ALEXANDER ISBN. NO. 978-1-59558-643-8 AN INDEPENDENT INVESTIGATOR AND THE DOCUMENTARY "13" THAT AIRED ON PBS IS NOW A PART OF ALL COURT RECORDS INVOLVED. UNLESS YOU BY SUBSTANTIAL EVIDENCE CAN SUFFICIENTLY REBUT THE EVIDENCE AND STATISTICS GATHERED BY THESE INDEPENDENT SOURCES. IF THESE PROVISIONS OF LAW, THE PLRA AND THE AEDPA ARE UNCONSTITUTIONAL BY THE EVIDENCE AND LITIGATION PRESENTED, WHICH THEY ARE, STANDING IN EGREGIOUS VIOLATION OF THE HOLDINGS MADE IN EX-PARTE-VIRGINIA, 100 U.S. 339(1880) AND THE-SLAUGHTER-HOUSE-CASES, 83 U.S. (16 WALL) 36, 1873.

THE LAW AS DETERMINED BY THE UNITED STATES SUPREME COURT IS CLEAR ON ISSUES SUCH AS THESE, WHICH INCLUDE THE STATE-V. GENTRY CASE, PLRA, AEDPA AND 51 A.L.R. Fed.2d. 143 AS A WHOLE. IF RULING HAS BEEN OBTAINED UNDER AN UNCONSTITUTIONAL STATUTE AND OR LEGISLATIVE PROVISION AND OR INTERPRETATION OF LAW. THE COURT EXPLAINED THAT IF THIS POSITION IS WELL TAKEN, WHICH IT IS, IT EFFECTS THE "FOUNDATION" OF THE "WHOLE" (EMPHASIS ADDED) PROCEEDING. AN UNCONSTITUTIONAL LAW OR JUDICIAL DETERMINATION IS VOID AND IS AS IF THERE WERE NO DETERMINATION AT ALL. WHERE DIRECT AND OR COLLATERAL REVIEW PROCEEDINGS PERMIT PERSONS TO CHALLENGE THE LAWFULNESS OF THEIR CONFINEMENT, STATES CANNOT REFUSE TO GIVE RETROACTIVE EFFECT TO SUBSTANTIVE CONSTITUTIONAL RIGHT THAT DETERMINES THE OUTCOME OF THAT CHALLENGE OR JUDICIAL DETERMINATION (ei. STATUTE OF LIMITATIONS, SUCCESSIVE, JURIS-DICTIONAL REQUISITES OR PREREQUISITES, PLRA AND AEDPA FILINGS ETC.). A CONVICTION OR JUDICIAL DETERMINATION RENDERED UNDER AN UNCONSTITUTIONAL LAW OR INTERPRETATION OF LAW IS NOT MERELY

ERRONEOUS. BUT IT IS ILLEGAL AND VOID, AND CANNOT BE A LEGAL
CAUSE OF IMPRISONMENT OR JUDICIAL DETERMINATION. A SENTENCE,
CONVICTION, LEGISLATION, OR EVEN A JUDICIAL DETERMINATION IMPOSED
IN VIOLATION OF A SUBSTANTIVE RULE (ei. INDICTMENTS ARE TO BE
ADJUDICATED UNDER THE DUE PROCESS PRONG TO SUBJECT MATTER JURIS-
DICTION AND YOU DON'T USE LAW OR LEGISLATION THAT DISPROPORTION-
ATELY TARGET AFRICAN AMERICANS) OF CONSTITUTIONAL LAW IS NOT
MERELY ERRONEOUS, BUT CONTRARY TO LAW, AND IT FOLLOWS, AS A
GENERAL PRINCIPLE, THAT A COURT HAS NO AUTHORITY (AUTHORITY=POWER
=JURISDICTION) TO LEAVE IN PLACE A CONVICTION, SENTENCE, LEGISLA-
TION (SUCH AS THAT WHICH VIOLATE EX-PARTE-VIRGINIA AND THE-
SLAUGHTER-HOUSE-CASES), OR A JUDICIAL DETERMINATION THAT VIOLATES
A SUBSTANTIVE RULE, REGARDLESS OF WHETHER THE CONVICTION, SEN-
TENCE, LEGISLATION, OR JUDICIAL DETERMINATION BECOMES FINAL
BEFORE THE RULE IS ANNOUNCED. THIS IS CHALLENGE TO THE 4TH.
CIRCUIT'S JURISDICTION DUE TO YOUR USE OF THE PLRA AND OR THE
AEDPA PROVISIONS AND YOU CONSPIRING TO CIRCUMVENT RULING UNDER
CASE 17-7186. YOUR JURISDICTION IS MADE VOID FOR DUE PROCESS
VIOLATION, FRAUD FOR TRYING TO GET PAST RULING UNDER 17-7186
AND YOU FORFEIT ON THE CAUSES PRESENTED. THE STATE-V.-GENTRY
CASE, THE PLRA, THE AEDPA, ALL OF THE WRITS OF MANDAMUS DETERMI-
NATIONS, 51 A.L.R. Fed.2d. 143 AND OTHER ISSUES ARGUED WITHIN
ALL OF THESE CASES CANNOT STAND AND YOU MUST GRANT ALL RELIEF
SOUGHT BY LAW AND DETERMINATION OF THE SUPERSEDING AUTHORITY
OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC COURT. IT IS SO
ORDERD, MONTGOMERY-V.-LOUISIANA, 136 S.Ct. 718, 193 L.Ed.2d.
599, 84 U.S.L.W. 4063(U.S.2016); GEFT-OUTDOORS-LLC,-V.-CONSOLI-
DATION-CITY-OF-INDIANAPOLIS-***, 187 F.Supp.3d. 1002, 1012,
S.D.Ill.; HILL-V.-SNYDER, 821 F3d. 763, 765+ (6th.Cir.MICH.);
PEOPLE-V.-SOLO, N.E.3d., 2017 WL 1838423(2017).

SINCE THE MONTGOMERY CASE WAS ISSUED BY THE UNITED STATES
SUPREME COURT. A FEW STATES, COURTS OR PARTIES, CONSPIRING UNDER
COLOR OF STATE LAW AND OR AUTHORITY, MADE EFFORTS TO SKIRT,
CIRCUMVENT, THE REQUIREMENT OF GRANTING RELIEF, FRAUDULENTLY
ASSERTING AND OR ARGUING AGAINST WHETHER OR NOT THE RULING WAS
TO BE GIVEN RETROACTIVE EFFECT, WHICH OF COURSE IT DOES HAVE
RETROACTIVE EFFECT, TO INCLUDE WHAT THE 4TH. CIRCUIT JUST TRIED

TO PULL UNDER CASE 17-7186. WE ARE NOT GOING TO PLAY GAMES WITH
THIS LAW LADIES AND GENTLEMEN, BECAUSE EVEN THOUGH IT IS TO
BE GIVEN RETROACTIVE EFFECT. WE WERE NOT DECEIVED BY THE "VERBAL
VOODOO", "THE WORD WINX", "THE LINGUISTIC LURING INTO LETHARGY",
"THE JUDICIAL CHICANERY" OR DECEPTIVE LEGAL MANEUVERS OR TACTICS
EMPLOYED AND ENGAGED IN BY THOSE CONSPIRING COURTS OR PARTIES,
TO INCLUDE WHAT JUST OCCURRED RELATED TO CASE 17-7186. LETS
"NAIL" THIS THING AND KILL ANY EFFORT FOR THE CONSPIRING PARTIES
TO ATTEMPT TO USE THIS MANEUVER OR ANY OTHER. WE WANT YOU TO
KNOW THAT WE ARE FULLY COGNIZANT OF WHAT THE UNITED STATES SU-
PREME COURT ESTABLISHED BY THE MONTGOMERY CASE. EVEN THOUGH
THAT CASE DEALT WITH JUVENILES. THE SUBSIDARY FACT HERE IS
THAT THE UNITED STATES SUPREME COURT CLEARLY ADDRESSED WHAT
OCCUR WHEN COURTS MAKE USE OF "ANY" (EMPHASIS ADDED) UNCONSTITU-
TIONAL LAW, LEGISLATION, SENTENCE ETC. RELATED TO CONVICTION
OR JUDICIAL DETERMINATIONS.

INSOMUCH, WHAT MAKES THE RELIEF THAT WE SEEK MANDATORY
AND AN ABUSE OF DISCRETION FOR FAILURE TO ACKNOWLEDGE AND GRANT,
IS THE ESSENTIAL LANGUAGE USED AND ADJUDICATED BY THE UNITED
STATES SUPREME COURT WHICH THE AFORESAID CONSPIRING COURTS FAILED
TO ADDRESS, SKIRTING, CIRCUMVENTING THE OBLIGATION TO GRANT
RELIEF. THE FOCUS IS NOT SO MUCH ON WHETHER THE RELIEF BY USE
OF UNCONSTITUTIONAL LAW APPLIES RETROACTIVELY, EVEN THOUGH IT
DOES. THE CONSPIRING COURTS ABUSED THEIR DISCRETION IN ACTS
OF FRAUD TO DIVERT ATTENTION AWAY FROM THE U.S. SUPREME COURT'S
ESSENTIAL LANGUAGE. THE EMPHASIS IS ON SECTIONS "20-27" OF THE
MONTGOMERY CASE WHERE THE U.S. SUPREME COURT STATED IN [H]AEC
[V]ERBA:

"THE LAW EXPLAINED THAT IF THIS POSITION IS WELL
TAKEN, WHICH IT IS, IT EFFECTS THE "FOUNDATION" OF THE "WHOLE"
PROCEEDING. AN UNCONSTITUTIONAL LAW OR JUDICIAL DETERMINATION
IS VOID AND IS AS IF THERE WERE NO LAW DETERMINED AT ALL".

BY THIS LANGUAGE, IT IS PERSPICUOUS THAT THE U.S. SUPREME
COURT ADJUDICATED AND USED. THEIR CLEAR INTENT WAS TO MAKE THE
USE OF "ANY" UNCONSTITUTIONAL LAWS, LEGISLATION, JUDICIAL DETER-

MINATIONS OF THIS MAGNITUDE A "CONSTITUTIONAL STRUCTURAL ERROR"
NOT SUBJECT TO THE HARMLESS ERROR DOCTRINE. THEIR INTENT WAS
TO MAKE IT "JURISDICTIONAL" IN NATURE, WHICH "VOIDS" JURISDICTION
FOR DUE PROCESS VIOLATION. THEREFORE, WHETHER YOU WANT TO APPLY
IT RETROACTIVE OR NOT. IT DOESN'T MATTER, BECAUSE THE USE OF
UNCONSTITUTIONAL LAW OF THIS MAGNITUDE IS "STRUCTURAL" (ei.
"FOUNDATION", "WHOLE") AND IS "JURISDICTIONAL" (ei. AUTHORITY=
JURISDICTION=POWER TO HEAR AND DETERMINE), WHICH CANNOT BE WAIVED
BY THE PLAINTIFFS, AND DUE TO THE INFIRMITIES CAN BE RAISED
AT ANY TIME EVEN AFTER A FINAL ORDER HAS BEEN ISSUED, AND THE
COURT SHALL NOT FAIL TO TAKE NOTICE. THUS, WHETHER OR NOT SUCH
A CONSTITUTIONAL VIOLATION APPLIES RETROACTIVELY IN THIS CASE
IS IRRELEVANT, EVEN THOUGH IT DOES. IT IS ALSO "JURISDICTIONAL"
AND "VOID" JURISDICTION FOR DUE PROCESS VIOLATION, TAINTING
THE ENTIRE FRAMEWORK OF ALL THE PROCEEDINGS INVOLVED, VINES
v. UNITED STATES, 28 F3d. 1123 CRIM. LAW 1163(1), 1165(1); ROBIN-
SON v. ARVONIO, 27 F3d. 877 REHEARING DENIED, CERT. GRANTED
VACATED 115 S.Ct. 1247, 513 U.S. 1186, 131 L.Ed.2d. 129; LOUMIET
v. UNITED STATES, 65 F.Supp.3d. 19(2014); MONTGOMERY v. LOUISIANA
136 S.Ct. 718(2016); WHITE v. MANIS, 2014 WL 1513280(DSC.2014);
GRUPO DALAFLUX v. ATLAS GLOBAL GROUP, L.P., 124 S.Ct. 1920(2004).


JUDGES GREGORY, SHEDD, DIAZ, THE OTHER 4TH. CIRCUIT CASES
CAPTIONED, MARCHANT, WEST, HODGES AND BAKER BROKE THE LAW. TRUS-
TEE AUSTIN VIOLATED THE TRUST, HER DUTIES AS TRUSTEE, BY USING
THIS LAW WARRANTING SANCTIONS. THE S.C. U.S. DISTRICT COURT
JUDGES AND THOSE SOUGHT WITHIN THE 4TH. CIRCUIT MUST RECUSE.
JUDGE AUSTIN MUST BE REQUIRED TO FULFILL HER DUTIES AS TRUSTEE.
THIS IS AN ISSUE ON APPEAL. WITH THE PLRA AND THE AEDPA BEING
UNCONSTITUTIONAL; THE COURT IS REQUIRED TO ALLOW US THE RIGHTS
ESTABLISHED FOR INMATES PRIOR TO THE TIME THESE ENACTMENTS WERE
ESTABLISHED. JAHJAH MUST BE PERMITTED TO ACT UPON THE RIGHTS
ESTABLISHED BY THE CONTRACT WHICH CANNOT BE MADE OR UNMADE BY
THE COURTS. THUS, JOINT FILING AND CLASS ACTION CERTIFICATION
IS PERMITTED AS IT WAS BEFORE THESE PROVISIONS EVOLVED. TO NOT
ALLOW SUCH WOULD VIOLATE THE EQUAL PROTECTION OF THE LAWS CLAUSE.
YOU ADD TO THIS THE INVOKING OF ATTORNEY, JUDICIAL AND LEGISLA-

TIVE SUPERSEDING POWER GIVEN TO JAHJAH AL MAHDI BY THE DEFAULT
AND CLAIMS OF COLLATERAL ESTOPPEL EMERGING FROM CASE 2013-CP-
400-0084, ALLOWING HIM TO JOIN AS PARTY IN ALL PENDING PARALLEL
CASES TO BRING ACTION BEFORE ALL COURTS DUE TO HIS ACQUIRED
INTEREST UNDER 28 U.S.C. §§ 1443(1), 2679, 1602-1612 ET. SEQ..
THE MANDAMUS CASES IN THE 4TH. CIRCUIT, ALL CASES USED BY GREGORY
,SHEDD, DIAZ ETC., ALSO JUDGES MARCHANT ETC. PRODUCED INVOKING
THESE UNCONSTITUTIONAL PROVISIONS ARE VOID AND ARE IF THERE
WERE NO DETERMINATION OCCURRING AT ALL BY DECREE OF THE U.S.
SUPREME COURT'S STATED POSITION AS WELL AS BY DECREE AND JUDGMENT
OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE WHOSE SUPER-
SEDING POWER AND AUTHORITY BINDS THIS COURT BY THE UNITED STATES
AND OTHER MEMBERS OF THE U.N. BEING PARTY TO THE DEFAULT. HUM-
PHREYS NOR PREISER ARE BINDING ON US SINCE THE CONVICTIONS ARE
ALREADY INVALIDATED BY CASE 2013-CP-400-0084, PEOPLE v. SOLO
SUPRA.; N.L.R.B. v. AMAX COAL CO., DIV. OF AMAX INC., 453
U.S. 322, 101 S.Ct. 2789(U.S.1981); FIFTH THIRD BONCORP. v.
DUDENHOEFFER, 134 S.Ct. 2459, 189 L.ED.2d. 457(U.S.2014); FOBES
v. FORBES, 341 P.3d. 1041, 2015 WY. 13 JAN. 23, 2015; SCOTT
v. CLARKE, 61 F.Supp.3d. 569(W.Va.2014); BURNELL v. FAHEY, 699
F3d. 804 (MEM)(4TH.CIR.2012); U.S. v. $41,320 U.S. CURRENCY,
9 F.Supp.3d. 582, 2014 WL 1266240; BROWN v. U.S., 2014 WL 2871398
(DSC.2014); MARSHALL v. ROCK HILL, S.E.2d., 2015 WL 3884258(S.C.
App.2015); CAPITAL TRANS INTERN. LLC. v. INTERNATIONAL PETROLEUM
INV. CO., F.Supp.2d., 2013 WL 557236(Fla.2013).

        JUDGE AUSTIN AS APPOINTED TRUSTEE OVER THESE CASES WAS
REQUIRED TO ACT WITH THE UTMOST OF INTEGRITY. INSTEAD SHE ACTED
WITH RECREANT AND OPPROBRIOUS INTENT, AS DID THE OTHER FEDERAL
JUDGES. THIS IS CHALLENGE TO THE JURISDICTION OF ALL COURTS
INVOLVED ESSENTIALLY ESTABLISHING A REMAND LIMITING, RESTRICTING
YOUR JURISDICTION TO DO NOTHING EXCEPT GRANT THE RELIEF DEMANDED.
ONCE JURISDICTION IS ACQUIRED,...IT IS EXCLUSIVE. YOUR ACTIONS
VIOLATE THE CONTRACT, THE GRANT, GIVEN TO YOUR NATIONS BY THE
SOLE CORPORATION IMPAIRING THE OBLIGATION OF THE CONTRACT IN
VIOLATION OF ARTICLE 1 SECTION 10 OF THE U.S. CONSTITUTION ESTA-
BLISHING CAUSE BEFORE ALL COURTS INVOLVED, PRESAULT v. I.C.C.,
494 U.S. 1, 110 S.Ct. 914, 108 L.Ed.2d. 1 (U.S.1990); BROWN

v. BROWN, F.Supp.2d., 2013 WL 2338233(D.C.Ky.2013); HARRIS v. HHGREGG INC., F.Supp.2d., 2013 WL 1331166(N.C.2013); AMERICAN MUT. LIBERTY INS. CO. v. PLYWOOD PLASTICS CORP., 81 F.Supp. 157(DSC.1948); OBARAH v. NEW YORK DEPT. OF EDUC., F.Supp.3d., 2015 WL 4240733(N.Y.D.C.2015). THE WRITS OF MANDAMUS, ALL OF THEM, ARE TO BE GRANTED. IT IS SO ORDERED.


RESPECTFULLY,
JAHJAH AL MAHDI, KING, KHALIFAH
AND CHIEF JUSTICE OF THE GLOBAL
THEOCRATIC STATE AND COURT

ANTHONY COOK


ROBERT MITCHELL


david duren


YAHYA MUQUIT


CHRISTOPHER WILSON


OCTOBER 5, 2017