FILED
IN CLERKS OFFICE

2018 OCT -3  AM 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

Exhibit

" NFL players "

=

" File in CASE 14v6-cv-14076-ADB "

=

To: All African American
Football players and all those
who support them in their kneeling
during the playing of the National
Anthem. I am Jah Jah Al mahdi,
the fiduciary their to the (4) Global
Thrones. I am whom the F.B.I.
Under Hoover during the time they
were tapping the phones of Dr.
martin Luther King Jr and malcolm
X, whose emergence they said they
must prevent. Referred to as the
Black messiah. I am the direct
descendant of the earth's greatest

1 of 27

prophets and kings. May the one
true Gods blessings be upon them. I
am martin Luther king this successor.
God sent martin to me in a dream to
pass his mantle unto me. I am
Lawgiver of the one true God and
I have been sent by God and his
Holy Prophets to aid and assist you
during these troubled times. The reality
of this statement is not open to
debate right now my brothers. I am
sent for the sake of Justice and
FAIRNESS to Advise you of your legal
rights as Lawgiver of God. I am
here to instruct you on how to defeat
this racist attack that has now
been unjustly levied against you.

2 of 27

You must take these matters before the court, file a § 1983 Action to have these wrongs addressed. I will show you how. Capernii, from what I heard, is making efforts to have this addressed pursuant to conspiracy to violate the Civil Rights Act? If this is true he must amend the Action because this attack alone may not be sufficient to win the day. All of you must join together and file it as a class Action. This would be the best approach if there is no arbitration provision in your contracts that would prevent this. I need to see your contracts.

3 of 27

send a copy to me if you copy with your name, phone number and e-mail addressed via information I will give you.

You must know your rights. Lets begin my brothers. First, Your kneeling is an Act of "FREE SPEECH" that is protected under the US Constitution. Unless there is something in your contracts that state that the N.F.L can abridge Your constitutional Rights, they cannot legally stop you from kneeling. The law is clear on this issue. Your kneeling involves matters of public concern and

4 of 27

social interest, the unjust, dis-
proportionately done, killing of un-
armed black men. It involves
political interest to the community
when President Trump involved
himself making the acts racially
motivated, being done behind a
class based (African Americans)
invidiously discriminatory animus.
This is the conspiracy to violate
civil rights, but its more than this.
It is an attack upon your free
speech that is protected under the
1st Amendment. See these
legal cases; Sabatini v.
Reinstein — F.supp 3d —, 2016 WL

5 of 27

ARE entitled to Equal Protection of the laws. Unless their is some expressed provision in your contracts that state you give up the 1st Amendment Rights in question. The fines and Restrictions imposed by the NFL violates your Rights under the Equal Protection of the laws clause. See cases such as Paul Adams v. California Institution, 2016 WL 6464444; Holloway v Perry, 2016 WL 4074149; Donatoni v Department of Homeland Security — F.Supp3d, —, 2016 WL 1755871; US v HARE, 820 F3d 93 (4th Cir 2016). By what the NFL is doing you are being Retaliated Against for

8 of 27

You exercising Your constitutionally protected Right of Free Speech. The law is clear on this issue also. An action taken in Retaliation, such as the NFL placing these new fines and restrictions on You, for the exercising of a constitutionally protected Right, such as Free Speech by Your kneeling is Actionable under §1983 or Tort claim Act pursuant to gross negligence and deliberate indifference behind such Act even if the NFL fines or restrictions when taken for different Reasons, like some stupid claim of restoring order, would have been proper. The laws says its not whether or not the NFL views it as Retaliation. Its

9 of 27

Whether or not you view it as
Retaliation which of course you do,
see these legal cases, mil house v Carson,
652 F2d 371, 373-74 (3rd cir 1981), Verser
v Smith, 2017 WL 528381 (ND Ill 2017), Connick
v Meyers, 401 US 138, 103 SCt 1684, 75 LEd2d
708 (US 1983), Kiernan, 2018 WL 2251633
(2nd cir 2018). The damage and injury is
you have been chilled in the exercising of
your right to free speech.

I need to see a copy of your contracts
gentlemen as expeditiously as possible.
The N.F.L can legally place provisions
in your contracts that state you agree
to adhere to their policies. But if that
provision does not specifically state
you must adhere to their policies even
if they violate the US Constitution,

10 of 27

or that you must give up your Right to Free speech. Then the New Rules become An Ex Post Facto provision Added to the contract that was not there the time of signing, making the New provisions illegal if they negate constitutional protections or water them down, which impairs the obligation of the contract by forcing you to do A thing that was not specified within Your contracts. I need to see Your contracts gentlemen. See cases like Peugh v US, 133 SCt 2072, 186 Ledsd 84, 81 USLW 4372 (2013); GRAHAM v McFadden, 2015 wl 505536 (DSC 2015); O GDEN v SANDERS, 25 US 213 (1827); JRUSTEES of CinCinNATi, SOUTHERN Ry v

PORTER, 21 OHIO N.P. (NS) 444, 1918 WL 96530 | Poindexter v Greenhaw, 114 US 270, 5 SCt 903, 29 LEd 185 (US 1885); Alden v Maine, 527 US 706, 119 SCt 2240, 144 LEd 2d 636 (US 1999) | Presault v ICC, 494 US 1, 110 SCt 914, 108 LEd 2d 1 (US 1990) | Brown v Brown, FSupp 2d, 2013 WL 2338233 (DC KY 2013) | Harris v HH Gregg Inc, FSupp 2d, 2013 WL 1334166 (JLC 2013); American mut. Liberty Ins Co v. Plywood plasties CORP, 81 F.Supp. 157 (DSC 1948) | Oparah v New York Dept of Educ, FSupp 3d, 2015 WL 4240733 (N.Y. DC 2015). Your contracts are protected Under Article 1 sec 10 of the US Constitution. The NFL cannot legally establish contract that breaks the law or to get you to give up a constitutionally protected

Right unless they are specifically giving you notice that this is what you are doing when you signed that contract which I'm sure they did not do. Let me see them contracts. The claim to exercise constitutionally protected rights of free speech cannot be converted into a crime which the NFL did by placing restrictions or penalties on you. See cases like Hurtado v California, 110 US 516 (US 1884); miller v United States, 230 F2d 486, 489 (5th cir 1956); shuttlesworth v. Birmingham, 373 US 262 (US 1963); miranda v Arizona, 384 US 436 (US 1966); staub v city of Baxley, 355 US 313 (US 1958); US v Jackson, 390 US 570

13 of 27

(US 1968), US v ETENYI - Fed Appx" - 2017
WL 6523328 (10th Cir 2017).

Gentlemen, come now. Surely you
understand that the 14th amendment
was put into place to initially and
essentially protect us, African
Americans. The law is clear on this
issue my brothers. Ever since
Ex Parte Virginia, 100 US 339, 348, 25
LEed 676 (US 1880) And the Slaughter
House Cases 83 US (16 WALL) 36, 1873
No state or Federal government.
No state or Federal Agency. No
company, Firm, Corporation or
entity can place into effect, policies
law, rules or practices that dispro-
portionately target African Americans

14 of 27

to their detriment which the new
NFL policy and rules do and by this
they become unconstitutional, illegal,
and void. See these cases North
Carolina state conference of NAACP
u McCrory, 831 F3d 204 (4th Cir 2016);
Johnson v DeGrady, 512 US 997, 1018,
114 SCt 2647, 129 LEd2d 775 (US 1994);
Village of Arlington Heights v metropoli-
tan Housing Development Corp, 429 US
252, 97 SCt 555, 50 LEd2d 450 (US 1997);
Washington v Davis, 426 US 229, 241, 96
SCt 2040, 48 LEd2d 597 (US 1976); Hunt
v Cromartie, 526 US 541, 119 SCt 1545,
143 LEd2d 731 (US 1999); Cooper v Harris,
137 SCt 1455, 197 LEd2d 837, 85 USLW
4257 (US 2017) + Bank of America Corpen.

15 of 27

City of Miami Fla., 137 SCt 1296, 197 LEd2d 678, 85 USLW 4227 (US 2017); County of Cook v Bank of America Corporation, 2018 WL 1561725 (2018); Horne v. Harbor Portfolio V.I., L.P., -- FSupp3d. -- 2018 WL 1737520 (NLD Ga 2018); United States v Laneham, 2017 WL 4857437 (DC Mexico 2017); US v Brockmorton, 98 US 61-71 (US 1877); 24 Senatorial Dist Republican Committees v Alcorn, 820 F3d 624 (4th Cir 2016); Marbury v Madison 5th U.S. (2 Cranch) 137, 180; Montgomery v Louisiana, 136 SCt 718, 193 LEd2d 599, 84 USLW 4063 (US 2016); Great outdoor LLC v Consolidation City of Indianapolis ***, 187 FSupp.3d 1002, 1012 SD Ill.; Hill v Snyder, 821

F3d 763, 765 + (6th cir mich); People v
Solo, mi23d, 2017 wl 183842 3 (2017).

Once the N F L. introduced these
New policies and Restrictions in acts of
Retaliation that dis proportionately
target the African American
players they became illegal and
Un constitutional my brothers. I AM
giving you what you need to stand,
but more specific, to kneel (smile).

    The US SUPREME COURT has WARNED,
" BECAUSE what APPEARS to be lawful
commands on the surface, many
citizens, because of their Respect
for what APPEARS to be the lawful,
ARE cunningly coerced into waiving
their Rights, due to ~~ignorance~~"

You ARE being deceived by FRAUD into waiving your rights my brothers. I need to see them contracts, see US v Minker, 350 US 179, 187 (US 1956).

I Am who JEWISH prophesy Refers to As "the BRANCH" written in Isaiah 11:1-5 / ZECHARIAH 6:12-13. I Am who CHRISTIAN prophesy Refers to As "The Elijah" written in MARK 9:12 And REVELATIONS chapt 11. I AM who Islamic Prophesy Refers to As "the mahdi", The guided one, written in the SUNNAH of The Prophet Muhammad (PBUH). I Am the Black messiah foretold to come. I have been sent by OUR God And martin to Assist you

18 of 27

And to complete what martin started but on a Global scale. That being to fill the earth with Justice and fairness the same way it had been filled with Tyranny and oppression. I AM Lawgiver of God and you have done well my brothers by standing against the evil that has repeatedly occurred to our people, and now, to you.

No matter how strange the Religious things appear the legal cases I gave you are sound and will protect you. Use them. If you need any further Assistance from me let me know by writing LAWRENCE L CRAWFORD #300839

19 of 27

Ward, A 127 Lieber C.I. P.O. Box 205 Ridgeville SC 29472. Do not let my imprisonment concern you. This is prophesy and it had to be fulfilled. I have been framed for the murder of my own child by the very evils you now kneel to protest. Evidence of my innocence is hidden in a SLED file # 550 1014 at their headquarters. They framed me because I am martin's successor, the Black messiah, and they did not want me free during a time of this president, "yellow dog" whom they knew I would stand with you and our people in protest of the

20 of 27

injustices. Their is DNA when tested to
michael Lee that would Also indisputably
prove my innocence. But Right now it
is not About me. Its About you my
beloved brothers who As a former
ball player, I know what it is like
to battle within the iron maze.
The white task masters whom you
call employers feel that it is
inappropriate for the house slaves
to hate the injustice done to their
African slave brothers in the
Cotton fields As their fathers before
them did, simply because you are
Advantaged by your positions. And
the less fortunate are being
criminally shot down in the

21 of 27

streets. Our God and martin has seen it all before it occurred. I am sent to help and protect you. Use this law and take the positions I have given you to initiate your law suits and sue the pants off these white supremist, white nationalist, Yellow dog supporting president devils tails. Its time to join our forces and talents my brothers. The fight for the hearts and souls of the people is at hand. We join.

An additional note. Despite how strange all the religious claims, As of JANUARY 2016 ARE NOW legally true. I sued to establish these

rights in case 2013-cp-400-0084 where the United States and remaining (192) member states of the United Nations are in default. All claims are now legally true due to this Columbia SC case in Richland County. If you need me any further I can now legally practice law within all (50) states in this nation and within (193) countries around the world. Let me look at them contracts. Send your name, phone number and E-mail address. If you want me to work with any attorney you hire and even

23 of 27

Appear in that court you have a legal right to have me present on your legal team and to assist in representing you in that court if you so desire. See the case WEAVER v MASSACHUSETTS, 137 SCt 1899, 198 LEd2d 420, 85 USLW. 4433 (US 2017). At that juncture I would produce the legal court documents that prove I can do this. You cannot be denied your counsel of choice and you can have a legal team to represent you with me as a member of that team. Though incarcerated they will have to transport me until I am freed by the legal

24 of 27

documents I would produce. It is
up to you. No matter what you
decide the legal cases and positions
are what you need my brothers to
win. You are beneficiaries of a
Trust that I legally set up for you
African Americans under case
2013-CA-400-0084. As legal Fiduciary
to the (U) Global Thrones I can
legally intervene and assist you
or any of your attorneys if need
be. Do not let any attorney you
hire deceive you into thinking
this cannot be done. The legal
filing I will give you will prove
other wise. Trust no one and

let the Judge say it upon court record, whether I am right or wrong, on the court record, not an attorney.

When you file your action by no means are you to ask for a trial by a Judge, yellow dog, Donald Trump, have his judicial flunkies all over the place. You must ask for a jury trial, and you are to file the case if possible as a class action in Atlanta Georgia or Baltimore maryland where you would have a larger amount of African Americans on the jury. It must be a jury trial, and you

must file the action in one of these two states where venue would still be proper since you have a Baltimore and Atlanta football team in these two places. Gods blessings and Gods speed. May his countenance smile upon you. If you need me. You have all information necessary to contact me. Get this to Coppernie.

In the name of the One True God, the most gracious, the most merciful

Jahtah Al mahdi

MAY 29, 2018

27 of 27

RECEIVED IN CLERK'S OFFICE
DATE 10/3/18

Exhibit

" NEW JERSEY "

" File in CASE 1:14-CU-14176-ADB "

COURT OF APPEALS

FOR THE 3rd. CIRCUIT ET. AL.,



----------------------------

PETITION FROM NEW JERSEY

THE NEW JERSEY DISTRICT COURT AND

THE NEW JERSEY SUPREME COURT

----------------------------

DOCKET CASE NO.(S) 14-1364 AND 14-2811

----------------------------

LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE AKA
JAHJAH AL MAHDI,

PETITIONER(S)

Vs.

THE STATE OF NEW JERSEY; THE UNITED STATES ET. AL.,

DEFENDANT(S)

----------------------------

**AFFIDAVIT OF SERVICE**

----------------------------

I, JAHJAH AL MAHDI, FIDUCIARY KING-KHALIFAH TO THE (4) THRONES
OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE AND COURT, DO
HEREBY CERTIFY, THAT I HAVE MAILED AND OR SERVED A COPY OF AN
AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR;
MOTION TO CHALLENGE THE 3rd. CIRCUIT'S JURISDICTION; MOTION
TO VACATE AND RENDER VOID ALL ORDERS IN CASES 14-2811 AND 14-
1364; MOTION TO PROCEED IN FORMA PAUOERIS; MOTION FOR SANCTIONS
DUE TO FRAUD UPON THE COURT; MOTION TO SUSPEND OR RELAX THE
APPELLATE COURT RULES; MOTION TO EXCEED THE PAGE LIMIT; MOTION
TO STAY AND MOTION TO MOTION THEREFOR, ON THE 3rd. CIRCUIT COURT

1-of-2

OF APPEALS AND ITS ATTACHMENTS REFERRED TO THEREIN, AT 21400
U.S. COURTHOUSE 601 MARKET STREET PHILADELPHIA, PA. 19106, BY
U.S. MAIL, POSTAGE PREPAID, BY DEPOSITING THEM IN THE INSTITUTION
MAILBOX ON FEBRUARY 16, 2018.

RESPECTFULLY,
JAHJAH AL MAHDI, THE LION
OF ALLAH, KING-KHALIFAH
AND CHIEF JUSTICE TO THE
(4) THRONES OF THE
RE-ESTABLISHED GLOBAL
THEOCRATIC STATE AND COURT



FEBRUARY 16, 2018

COURT OF APPEALS

FOR THE 3RD. CIRCUIT ET. AL.,

PETITION FROM NEW JERSEY
THE NEW JERSEY DISTRICT COURT AND
THE NEW JERSEY SUPREME COURT

DOCKET CASE NO.(S) 14-1364 AND 14-2811

LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE AKA
JAHJAH AL MAHDI,

PETITIONER(S)

Vs.

THE STATE OF NEW JERSEY; THE UNITED STATES ET. AL.,

DEFENDANT(S)

AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING
WRIT OF ERROR; MOTION TO CHALLENGE THE 3rd. CIRCUIT'S
JURISDICTION; MOTION TO VACATE AND RENDER VOID ALL
ORDERS IN CASES 14-2811 AND 14-1364; MOTION TO PROCEED IN
FORMA PAUPERIS; MOTION FOR SANCTIONS DUE TO FRAUD
UPON THE COURT; MOTION TO SUSPEND AND OR RELAX THE
APPELLATE COURT RULES; MOTION TO EXCEED THE PAGE LIMIT;
MOTION TO STAY AND MOTION TO MOTION THEREFOR

TO: THE 3RD. CIRCUIT COURT OF APPEALS ET. AL.,

1-of-27

THE KING-KHALIFAH TO THE (4) GLOBAL THRONES OF THE
RE-ESTABLISHED GLOBAL THEOCRATIC STATE GIVE THE 3rd. CIRCUIT
AND ALL PARTIES JUDICIAL NOTICE. ALL DOCUMENTS THAT ARE FILED
WITHIN BOTH CASES 14-2811 AND 14-1364 ARE NOW ATTACHED TO THE
FACE OF THIS DOCUMENT FOR ALL PURPOSES. HERE THE 3rd. CIRCUIT
WILL FIND:

    (1) EXHIBIT, "FOREIGN SOVEREIGN # 1". THIS IS THE
AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; RENEWING MOTIONS
ETC. IN THE DOCUMENT ENTITLED, "AFFIDAVIT OF FACTS GIVING JUDI-
CIAL NOTICE; FILING IN FORMA PAUPERIS DOCUMENTS;***, [15] PAGES
DATED NOVEMBER 8, 2017.

    (2) EXHIBIT, "FOREIGN SOVEREIGN # 2". THIS IS THE
AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR;
MOTION TO AMEND PARTIES; MOTION FOR RECUSAL; MOTION TO REINSTATE
CASES 17-7068 AND 17-7186 ET. AL.,;***, [70] PAGES DATED OCTOBER
5, 2017.

    (3) EXHIBIT, "FOREIGN SOVEREIGN # 3". THIS IS THE
AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR;
MOTION FOR AN INJUNCTION AND OR PROTECTIVE ORDER;***, [34] PAGES
DATED DECEMBER 20, 2017.

    (4) EXHIBIT, "PLRA". THIS IS THE APPLICATION SEEKING
TO FILE IN FORMA PAUPERIS. IT IS BY ALL THESE DOCUMENTS FIRST
MENTIONED THAT I MOTION TO FILE IN FORMA PAUPERIS. I ALSO GIVE
THE 3rd. CIRCUIT COURT OF APPEALS JUDICIAL NOTICE. BY THE DOCU-
MENTS SUBMITTED WITHIN THIS CASE IN TOTAL, I AM OFFICIALLY EXER-
CISING ALL SUPERSEDING ATTORNEY, JUDICIAL AND LEGISLATIVE POWER
AND AUTHORITY GIVEN TO ME, THAT IS LEGALLY BINDING UPON THE
3rd. CIRCUIT COURT OF APPEALS DUE TO THE UNITED STATES BEING
PARTY TO THE DEFAULT AND CLAIMS OF COLLATERAL ESTOPPEL EMERGING
FROM CASE 2013-CP-400-0084 IN THE RICHLAND COUNTY S.C. COURT
OF COMMON PLEAS. THIS FILING IN FORMA PAUPERIS IS GRANTED BY
DECREE AND JUDGMENT OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC
STATE AND COURT. **IT IS SO ORDERED.**

    (5) EXHIBIT, "3rd. CIRCUIT". BY THIS DOCUMENT IT

WILL PERMIT THE 3rd. CIRCUIT TO LOOK UP AND TRACK THESE PARALLEL
CASES ELECTRONICALLY IN BOTH THE STATE AND FEDERAL COURTS. YOU
ARE DEFENDANTS IN THESE PENDING CASES RELATED TO THE MATTERS
THAT TOOK PLACE WITHIN YOUR CIRCUIT, TO WHICH THIS COURT IS
INVOLVED IN, ALSO REGARDING CASES 14-2811 AND 14-1364. THUS,
BY THE HOLDINGS MADE BY THE U.S. SUPREME COURT UNDER WILLIAMS
v. PENNSYLVANIA, 136 S.Ct. 1899, 195 L.Ed.2d. 132, 84 U.S.L.W.
4359(U.S.2016), THERE IS STRUCTURAL ERROR EXISTING IN BOTH CASES
14-2811 AND 14-1364 VOIDING THE 3rd. CIRCUIT COURT'S JURISDIC-
TION. THEREFORE, IT WAS ILLEGAL AND THE 3rd. CIRCUIT WAS VOID
OF JURISDICTION TO SEND AND OR ADJUDICATE THIS MATTER BY THE
LETTER AND OR ORDER THE 3rd. CIRCUIT SENT TO ME DATED DECEMBER
20, 2017. SINCE YOU RECENTLY SENT ME THIS DETERMINATION FROM
THE COURT, I AM TIMELY TO CHALLENGE YOUR JURISDICTION REGARDING
THIS RECENT ACTION OF THE 3rd. CIRCUIT COURT. I AM CHALLENGING
YOUR JURISDICTION WHICH CAN BE RAISED EVEN AFTER THE FINAL ORDER
DUE TO YOUR RECENT RESPONSE, THE INFIRMITIES THAT EXIST IN THE
CASE AS WELL AS DUE TO THE FRAUD, CRIMINAL CONSPIRACY AND OBTRUC-
TION OF JUSTICE YOU JUDGES ARE PRESENTLY INVOLVED IN. I MOTION
TO VACATE THE ORDERS FOR THIS REASON, JUST TO BEGIN WITH.

      (6) EXHIBIT, "FRAUD # 1". THIS IS THE AFFIDAVIT OF
FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR; RENEWING
THE MOTION TO REINSTATE CASE 9:17-cv-1140, [4] PAGES DATED JAN-
UARY 5, 2018.

      (7) EXHIBIT, "FRAUD # 2". THIS IS THE AFFIDAVIT OF
FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR; SUPPLEMENTING
ISSUES ON APPEAL AND MOTION TO MOTION THEREFOR, [21] PAGES DATED
JANUARY 5, 2018 FILED WITHIN THE 4TH. CIRCUIT.

      (8) EXHIBIT, "FRAUD # 3". THIS IS THE AFFIDAVIT OF
FACTS GIVING JUDICIAL NOTICE, FILING WRIT OF ERROR; NOTICE SEEK-
ING LEAVE TO APPEAL;***, [14] PAGES DATED JULY 2, 2017.

      (9) EXHIBIT, "FRAUD # 4". THIS IS THE AFFIDAVIT OF
FACTS GIVING JUDICIAL NOTICE; MOTION TO SUPPLEMENT THE CAUSES
OF ACTION AGAINST JUDGES HARWELL, MERCHANT, WOOTEN AND DEFEN-

DANT;***, [23] PAGES DATED JULY 8, 2017. BOTH ITEMS #'S [7]
AND [8] FURTHER ESTABLISHES THE 3rd. CIRCUIT'S JURISDICTION
BY EXTRA-TERRITORIAL JURISDICTION CLAIMS WHERE THE JUDGES OF
NEW JERSEY IN THE NEW JERSEY SUPREME COURT WITH THE JUDGES OF
THE N.J. DISTRICT COURT AND THE S.C. DISTRICT COURT CONSPIRED
ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS WITH PRESENTLY
UNDISCLOSED MEMBERS OF THE 3rd. CIRCUIT, TO INCLUDE THE OTHER
DEFENDANTS, IN THE CAUSES OF ACTION THAT ARE PRESENTLY PENDING
BEFORE THE VARIOUS COURTS CREATING PARALLEL AND OR INDEPENDENT
ACTION FOR FRAUD UPON THE COURT. I AM CHALLENGING THE 3rd. CIR-
CUIT'S JURISDICTION BY THE NOTICE AND OR ORDER SENT TO ME DATED
DECEMBER 21, 2017 RECEIVED BY ME ON JANUARY 16, 2018. THUS,
I AM TIMELY TO CHALLENGE BY THIS RECENT ACTION OF THE 3rd. CIR-
CUIT WHERE THEY UNJUSTLY IN VIOLATION OF DUE PROCESS, MAKING
SUCH RESPONSE UNCONSTITUTIONAL, DELAYED RESPONDING SINCE 2014.
THIS IS AN ANCILLARY MATTER AND INDEPENDENT ACTION FOR FRAUD
UPON THE COURT DUE TO THIS ACTION AND CHALLENGE TO YOUR JURIS-
DICTION WHICH CAN BE RAISED AT ANY TIME AND CANNOT BE WAIVED
BY ME EVEN WITH MY CONSENT WHICH THE COURT DO NOT HAVE. I ALSO
MOTION TO SEEK LEAVE TO APPEAL THE ORDER FROM THE N.J. SUPREME
COURT ATTACHED TO THIS EXHIBIT. ANY TIME LIMIT FOR SEEKING LEAVE
TO APPEAL THE N.J. ORDER IS SUSPENDED AND OR RELAXED UNDER THE
FOREIGN SOVEREIGN IMMUNITY ACT AND DUE TO THE FRAUD AND EXCEP-
TIONAL CIRCUMSTANCES THAT SURROUND THIS CASE. THIS MOTION SHALL
BE GRANTED BY THE 3rd. CIRCUIT BY DECREE AND JUDGMENT OF THE
CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE AND COURT WHOSE
SUPERSEDING POWER AND AUTHORITY IS BINDING UPON THE 3rd. CIRCUIT.
IT IS SO ORDERED.


        (10) EXHIBIT, "FRAUD # 5". THIS IS THE AFFIDAVIT
OF SERVICE AND AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION
FOR RECUSAL; MOTION TO CHALLENGE THE S.C. SUPREME COURT'S JURIS-
DICTION TO STRIKE THE DOCUMENTS IN THE APPENDIX****, [15] PAGES
DATED JANUARY 9, 2018 FILED IN CASE 2017-0002108 IN THE S.C.
SUPREME COURT.


        (11) EXHIBIT, "FRAUD # 6". THIS IS THE AFFIDAVIT
OF SERVICE AND AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION

TO STRIKE THE RESPONDENT'S MOTION TO STRIKE THE DOCUMENTS IN
THE APPENDIX***, [15] PAGES DATED DECEMBER 25, 2017 FILED IN
CASE 2017-0002108 IN THE S.C. SUPREME COURT.

     (12) EXHIBIT, "FRAUD # 7". THIS IS THE AFFIDAVIT
OF FACTS GIVING JUDICIAL NOTICE; FILING REPLY TO RESPONDENT'S
RETURN TO THE PETITION FOR WRIT OF CERTIORARI;***, [15] PAGES
DATED DECEMBER 27, 2017 FILED IN CASE 2017-0002108 IN THE S.C.
SUPREME COURT.

     (13) EXHIBIT, "FRAUD # 8". THIS IS THE AFFIDAVIT
OF FACTS GIVING JUDICIAL NOTICE; FILING WRIT OF ERROR; MOTION
TO INTERVENE; WRIT OF COMMISSION;***, [40] PAGES DATED JANUARY
1, 2018 FILED IN CASE 2:17-cv-1300-RMG-MGB.

     (14) EXHIBIT, "FRAUD # 9". THIS IS THE AFFIDAVIT
OF FACTS GIVING JUDICIAL NOTICE; MOTION TO REINSTATE CASE 9:17-
cv-1140;***, [4] PAGES DATED DECEMBER 23, 2017.

     (15) EXHIBIT, "DNA". THIS IS THE APPLICATION FOR
FORENSIC DNA TESTING THAT ESTABLISHES CASE 04-385 PRESENTLY
PENDING BEFORE THE RICHLAND COUNTY S.C. COURT OF GENERAL SES-
SIONS. THE 3rd. CIRCUIT SHALL ORDER THE TESTING OF THE DNA IN
QUESTION AS IS SPECIFIED WITHIN THIS DOCUMENT BY DECREE AND
JUDGMENT OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE
AND COURT. **IT IS SO ORDERED.**

     THESE DOCUMENT WILL SERVE TO GIVE THE 3rd. CIRCUIT AN
UPDATE ON THE STATUS OF THESE MATTERS AS THEY EXIST BEFORE THE
VARIOUS COURT INVOLVED WHICH INCLUDE THIS CASE. THEY HIGHLIGHT
THE FRAUD AND CRIMINAL ACTS YOU CONSPIRED IN DEMONSTRATING STRUC-
TURAL ERROR WHICH RENDER VOID YOUR ORDERS PRODUCED IN CASES
14-1364 AND 14-2811 PURSUANT TO ~~WILLIAMS v. PENNSYLVANIA,~~ 136
S.Ct. 1899 (U.S.2016).

     (16) EXHIBIT, "TRUSTEE". THIS IS THE DOCUMENT THAT
ESTABLISHED CASE 16-2299 PENDING WITHIN THE 4TH. CIRCUIT COURT
OF APPEALS. THERE IS TRUSTEE APPOINTED BY THE KING-KHALIFAH.
THUS, YOUR JURISDICTION IS VOID FOR THIS REASON ALSO AND YOUR

ARE MOTIONED VACATED AND YOU SHALL GRANT THIS BY DECREE AND
JUDGMENT OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE
AND COURT. THIS ALSO PROVES YOU DID NOT HAVE JURISDICTION TO
SEND THE NOTICE AND JUDICIAL DETERMINATION DATED DECEMBER 21,
2017. ONCE JURISDICTION WAS ACQUIRED AS IT WAS DECEMBER OF 2015,
IT IS EXCLUSIVE. YOUR ORDERS ARE VACATED. **IT IS SO ORDERED,**
BROWN~v.~BROWN, F.Supp.2d., 2013 WL 2338233(D.C.Ky.2013); HARRIS
v.~HHGREGG, F.Supp.2d., 2013 WL 1331166(N.C.2013); KARNALCHEVA
v.~J.P.~MORGAN~CHASE~BANK~N.A., 871 F.Supp.2d. 834(2012).

ALSO BY THIS DOCUMENT. IT EXPLAINS THE "TRUST" AND THE
"INTELLECTUAL PROPERTY" CAUSES OF ACTION AND CONCERNS WHEN ADDED
WITH EXHIBIT(S), "FOREIGN SOVEREIGN #'S 1-3", INTELLECTUAL PRO-
PERTY THAT YOUR CIRCUIT IS IN POSSESSION OF. I WANT MY MASTER'S
, MY GOD'S, THE SOLE CORPORATION'S INTELLECTUAL PROPERTY GIVEN
TO YOUR NATIONS WITH RESTRICTIONS RETURNED. I MOTION THAT YOU
RENDER A NULLITY ALL SAME SEX MARRIAGES IN EVERY STATE UNDER
YOUR CIRCUIT. YOU SHALL GRANT THIS MOTION BY DECREE AND JUDGMENT
OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE AND COURT.
**IT IS SO ORDERED.**

(17) EXHIBIT, "GOURDINE # 1". THIS IS THE AFFIDAVIT
OF FACTS GIVING JUDICIAL NOTICE, FILING OBJECTIONS TO THE REPORT
AND RECOMMENDATION****, [22] PAGES DATED MAY 16, 2017 FILED
AND PENDING BEFORE THE S.C. DISTRICT COURT PURSUANT TO HABEAS
CORPUS.

(18) EXHIBIT, "GOURDINE # 2". THIS IS THE TYPED VER-
SION OF THE LEGAL ISSUES OF RELIGIOUS PROPHESY THAT CHALLENGE
CONVICTION WHICH ARE PRESENTLY FILED IN THE NEW JERSEY STATE
SUPREME COURT, THE S.C. SUPREME COURT, THE NEW JERSEY DISTRICT
COURT AND THE S.C. DISTRICT COURT. BOTH ITEM(S) #'S [17] AND
[18] FURTHER ESTABLISH THE EXTRA-TERRITORIAL JURISDICTION CLAIM
WHERE THE NEW JERSEY JUDGES CONSPIRED TO HAVE A DETRIMENTAL
EFFECT UPON CASE 9:16-cv-3808-TLW-BM IN SOUTH CAROLINA. THIS
FURTHER DEMONSTRATE THAT THE KING-KHALIFAH WAS CORRECT WHEN
I ARGUED BEFORE THE COURTS, THAT BY THEIR CONNECTIONS CONSPIRING
ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS. IT WAS LEGALLY

APPROPRIATE AND PERMISSIBLE FOR THE NEW JERSEY COURTS TO ENTER-
TAIN JURISDICTION OVER ALL OF THESE MATTERS WHICH SHOULD HAVE
NEVER BEEN DECLINED BEING AN UNCONSTITUTIONAL ACT WHICH VOIDS
THE STATE COURTS JURISDICTION ALSO DUE TO THE SOUTH CAROLINA
COURTS BEING LEGALLY DISQUALIFIED BY THE FRAUD, CRIMINAL CON-
SPIRACY AND OBSTRUCTION OF JUSTICE AND CHANGE OF VENUE WAS TIMELY
SOUGHT. I WANT EVERY INMATE IN EVERY STATE UNDER YOUR CIRCUIT
WHOSE INDICTMENTS POSSESS THIS FATAL CONSTITUTIONAL STRUCTURAL
ERROR ARGUED IN ISSUE # 1 OF THE GOURDINE BRIEF RELEASED WITHIN
NO LONGER THAN (4) MONTHS. I MOTION FOR THIS. THE 3rd. CIRCUIT
IS TO IMMEDIATELY GRANT THIS UPON RECEIPT OF THIS DOCUMENT,
TO INCLUDE RENDERING OF A NULLITY WITHIN EVERY STATE UNDER ITS
JURISDICTION ALL SAME SEX MARRIAGES WITHOUT EXCEPTION OR YOU
SHALL FACE STIFFER SANCTIONS AND OR PENALTIES FOR BREACH OF
CONTRACT RELATED TO YOUR OATHS OF OFFICE. THIS SHALL BE GRANTED
BY THE 3rd. CIRCUIT BY DECREE AND JUDGMENT OF THE CHIEF JUSTICE
OF THE GLOBAL THEOCRATIC STATE AND COURT WHOSE SUPERSEDING AT-
TORNEY, JUDICIAL AND LEGISLATIVE POWER AND AUTHORITY IS BINDING
UPON THE 3rd. CIRCUIT COURT. IT IS SO ORDERED.

        THIS IS AN ANCILLARY ACTION AND OR INDEPENDENT ACTION
FOR FRAUD UPON THE COURT BEING FILED PURSUANT TO WRIT OF ERROR,
ALSOO SEEKING LEAVE TO APPEAL THE ORDERS FROM THE N.J. SUPREME
COURT OUT OF TIME AND OR BEYOND THE TIME LIMIT, ALSO ARGUING
ARTICLE III PROVISIONS OF THE U.S. CONSTITUTION, ALSO ARGUING
VIOLATIONS OF THE HOBBS ACT AND THE EXPROPRIATION EXCEPTION
RELATED TO THE ILLEGAL TAKING OF MY INTELLECTUAL PROPERTY UNDER
THE FOREIGN SOVEREIGN IMMUNITY ACT. THE INDEPENDENT ACTION RULE
REQUIRES THAT THE MATTERS BE FILED WITHIN THE COURT WHERE THE
FRAUD OCCURRED AS IS FOR THE WRIT OF ERROR, WHICH IN THIS CASE
IS THE 3rd. CIRCUIT BEING A MAIN SOURCE OF THE CONCERNS. THE
"INDEPENDENT ACTION" REFERRED TO IN RULE, GOVERNING RELIEF FROM
JUDGMENT AND PROVIDING THAT RULES DO NOT LIMIT THE POWER OF
THE COURT TO ENTERTAIN AN INDEPENDENT ACTION TO RELIEVE A PARTY
FROM JUDGMENT OR TO SET ASIDE A JUDGMENT FOR FRAUD UPON THE
COURT, IS ONE IN EQUITY, AND AS SUCH, THE COURT MAY CONSIDER
EQUITABLE DEFENSES, SUCH AS LACHES, COLLATERAL ESTOPPEL, UNCLEAN
HANDS, AND WHETHER AN ADEQUATE LEGAL REMEDY EXIST (ei. FEDERAL
FORUM UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT, THE HOBBS ACT),

AND THE COURT MAY CONSIDER OTHER POLICY DOCTRINE SUCH AS PARENS
PATRIAE OR STRUCTURAL ERROR EXISTING IN THESE CASES THAT IS
OF SUCH A MAGNITUDE IT VOIDS THE 3rd. CIRCUIT'S JURISDICTION
FOR DUE PROCESS VIOLATION AND UNCONSTITUTIONAL ACTION VIOLATING
EX-PARTE-VIRGINIA, 100 U.S. 339 (U.S.1880). THE COURT MUST BE
MADE AWARE OF ALL CIRCUMSTANCES BEFORE IT ACTS, AND THUS, THE
KING-KHALIFAH TO THE (4) GLOBAL THRONES MUST BE ALLOWED TO DE-
VELOPE THE RECORD ACCORDINGLY TO PROVE THE JURISDICTIONAL FACTS,
MR.T-v.-MRS.T., 378 S.C. 127, 662 S.E.2d. 413(S.C.App.2008);
S-&-E-CONTRACTORS,-INC.-v.-U.S., 406 U.S. 1, 92 S.Ct. 1411(U.S.
1972); U.S.-v.-DALCOUR, 203 U.S. 408, 27 S.Ct. 58(U.S.1906)(FRAUD
TO AVOID THE F.S.I.A. AND DENY REMOVAL TO FEDERAL FORUM); MASSI
v.-WASHINGTON-CO., 2013 WL 5410810(DSC.2013); ARATA-v.-VILLAGE
WEST-OWNERS-ASS'N,-INC., S.E.2d., 2011 WL 11735004(S.C.App.2011);
IN-RE:-BUILDING-MATERIAL-CORP.-OF-AMERICA-ASPHALT-ROOFING-SHIN-
GLES-PRODUCT, F.Supp.2d., 2013 WL 1827923(DSC.2013); ASTERBADI
v.-LEITESS, 176 Fed. Appx' 426 CA4 (Va.2006); COLE-v.-TOWN-OF-
MORRISTOWN, 2015 WL 1954579 * 1 (3rd.Cir.2015); STATE-v.-RONE,
410 N.J. SUPER. 589, 983 A.2d. 1137(N.J.1987); SABLE-v.-CROTIA
LINES, 315 N.J. SUPER. 499, 719 A.2d. 172(N.J.1988); BOGERT
LAW OF TRUSTS § 133, THE PUBLIC TRUSTEE; THE COMMON LAW OF FO-
REIGN OFFICIAL IMMUNITY, 79 FORDHAM L. REV. 2669, 2719+.


    INSOMUCH, I MOTION PURSUANT TO RULE 2 TO SUSPEND AND
OR RELAX THE APPELLATE COURT RULES WHICH INCLUDE FOR ANY PAGE
LIMITS OR DEFECTS IN FORM FOR THIS DOCUMENT. THIS MOTION SHALL
BE GRANTED BY THIS COURT AS COMMANDED BY THE SUPERSEDING ATTOR-
NEY; JUDICIAL AND LEGISLATIVE POWER AND AUTHORITY OF THE CROWN
BINDING UPON THE 3rd. CIRCUIT VIA CONTRACT, DEFAULT AND COLLA-
TERAL ESTOPPEL EMERGING FROM CASE 2013-CP-400-0084 IN RICHLAND
COUNTY S.C., TO WHICH THE STATES OF SOUTH CAROLINA AND NEW JERSEY
ALSO THE UNITED STATES AND REMAINING MEMBER STATES OF THE UNITED
NATIONS AND OTHER DEFENDANTS ARE PARTY TO THE DEFAULT. THE RULES
BEFORE THE 3rd. CIRCUIT ARE SUSPENDED BY DECREE AND JUDGMENT
OF THE CHIEF JUSTICE OF THE GLOBAL THEOCRATIC STATE AND COURT.
IT IS SO ORDERED, U.S.-v.-MERCADO, 199 F3d. 1329 (TABLE) 1999
WL 958465; U.S.-v.-REED, 506 Fed. Appx' 209, 2013 WL 239076(4th.
Cir.2013); CARERTON-v.-BEATRICE-POCAHONTAS-COAL-CO., 585 F2d.
683(4th.Cir.1978).

INSOMUCH, I CHALLENGE THE 3rd. CIRCUIT'S JURISDICTION
TO ENTER THE ORDERS AS THEY DID IN THESE CASES. SUBJECT MATTER
JURISDICTION CAN BE RAISED AT ANY TIME, AT ANY STAGE, EVEN AFTER
A FINAL ORDER HAS BEEN ISSUED IN LIGHTS OF THE INFIRMITIES.
IT CANNOT BE WAIVED BY THE APPELLANT EVEN WITH CONSENT, ALSO
DUE TO THE FACT THAT I AM MOTIONING TO VACATE THE ORDERS BASED
THEREUPON THAT ARE FILED IN THESE CASES. THERE IS NO DISCRETION
OF THE 3rd. CIRCUIT TO IGNORE LACK OF JURISDICTION OR VOIDING
THEREOF. WHERE THE 3rd. CIRCUIT HAS FAILED TO OBSERVE SAFEGUARDS,
SUCH AS YOU DON'T MAKE USE OF PROVISIONS OF LAW THAT DISPROPOR-
TIONATELY TARGET AFRICAN AMERICANS IN DEFIANCE TO THE U.S. CON-
STITUTION AND THE HOLDINGS MADE UNDER EX-PARTE-VIRGINIA, AND
IN SUCH. IT AMOUNTS TO DENIAL OF DUE PROCESS OF LAW, AND THE
3rd. CIRCUIT'S JURISDICTION IS THEN VOID, MERRITT-v.-HUNTER
C.A.-KANSAS, 170 F2d 739; JOYCE-v.-U.S., 474 F2d. 215(3rd.Cir.
1973); MELO-v.-U.S., 505 F2d. 1026(1974); NEW-JERSEY-DIVISION
OF-CHILD-PROTECTION-AND-PERMANENCY-v.-C.D., A.3d., 2016 WL
6872985(N.J.2016); DOUGHTY-v.-DOUGHTY, 27 N.J. Eq. 315, 1876
WL 8351, 12 C.E. GREEN 315(N.J.1876); LUONG-CHAU-v.-KHON-KIM
CHAU, A.3d., 2016 WL 3919040)N.J.2016); U.S.-v.-$41,320-U.S.
CURRENCY, 9 F.Supp.3d. 582, 2014 WL 1266240; WHITE-v.-MANIS,
2014 WL 1513280(DSC.2014); BROWN-v.-U.S., 2014 WL 2871398(DSC.
2014); LOUMIET-v.-UNITED-STATES, 65 F.Supp.3d. 19(2014); GARCIA
FINANCIAL-GROUP-INC.-v.-VIRGINIA-ACCELERATORS-CORP., 3 Fed.
Appx' 86, 2001 WL 117497(4th.Cir.2001); BOARD-OF-TRUSTEES-OF
INTERNATIONAL-UNION-OF-OPERATING-ENGINEERS, 2016 WL 1253285;
WELLS-FARGO-BANK-N.A.-v.-FARAG, 2016 WL 2944561(2016); SEBELIUS
v.-AUBURN-REGIONAL-MEDICAL-CENTER, 133 S.Ct. 817, 184 L.Ed.2d.
627, 81 U.S.L.W. 4053(U.S.2013); SIZWARD-v.-RIDDLE, F.Supp.2d.,
2013 WL 707018(DSC.2013).


INASMUCH, THE APPELLANT MOTIONS TO EXPAND THE SCOPE AND
FOR INCLUSION WITHIN THE 3rd. CIRCUIT AND THE BOOK ENTITLED,
"MASS INCARCERATION DURING THE AGE OF COLOR BLINDNESS, THE NEW
JIM CROW", BY MICHELLE ALEXANDER ISBN NO. 978-1- 59558-643-8
AN INDEPENDENT INVESTIGATOR AND THE DOCUMENTARY CALLED, "13",
THAT AIRED ON PBS IS NOW APART OF THIS COURT RECORD, ALSO PRO-
DUCED BY INDEPENDENT INVESTIGATORS. THE THIRD CIRCUIT SHALL
GRANT THIS MOTION BY DECREE AND JUDGMENT OF THE CHIEF JUSTICE

OF THE GLOBAL THEOCRATIC COURT. IT IS SO ORDERED.

INSOMUCH, IT IS THE KING-KHALIFAH'S POSITION THAT BY
THE 3rd. CIRCUIT MAKING USE OF THE PROVISIONS OF THE PRISON
LITIGATION REFORM ACT TO MAKE JUDICIAL DETERMINATION WITHIN
THIS CASE WHEN SUCH PROVISIONS ARE UNCONSTITUTIONAL STANDING
IN EGREGIOUS VIOLATION OF THE 14th. AMENDMENT, THE EQUAL PROTEC-
TION OF THE LAWS CLAUSE AND THE HOLDINGS MADE UNDER EX-PARTE
VIRGINIA, 100 U.S. 339(U.S.1880) CONSTITUTES AN ACT OF FRAUD
UPON THE COURT WHICH VOIDS THE 3rd. CIRCUIT'S JURISDICTION FOR
DUE PROCESS VIOLATION. FRAUD VITIATES EVERYTHING, AND A JUDGMENT
PROCURED BY FRAUD MAY BE COLLATERALLY ATTACKED, AND THIS APPLIES
TO JUDGMENTS AND DECREES OF ALL COURTS, MYLES v. DOMINO'S PIZZA,
LLC., 2017 WL 238436(D.C.Miss.2017); FIRST-TECHNOLOGY CAPITAL,
INC. v. BANCTEC, INC., 2016 WL 7444943(D.C.Ky.2016); MARTIN
v. TARGET CORP. OF MINNESOTA, F.Supp.2d., 2013 WL 1187034(D.N.J.
2013); McCLAIN v. 1st. SECURITY BANK OF WASHINGTON, 2016 WL
8504775(W.D.Wash.2016).

THE APPELLANT CHALLENGES THE 3rd. CIRCUIT'S JURISDICTION
WHICH VOIDS THE COURT'S JURISDICTION RENDERING ALL ORDERS PRO-
DUCED VOID WHICH IS WHY I AM MOTIONING TO VACATE THEM. EVERY
CASE OF CONCERN INVOLVING THE 3rd. CIRCUIT. ITS DETERMINATIONS
WERE MADE INVOKING THE PROVISIONS OF THE PRISON LITIGATION REFORM
ACT AND OR ANTI-TERRORISM EFFECTIVE DEATH PENALTY ACT ORIGINATING
FROM THE OMNIBUS CRIME BILL UNDER 51 A.R.L. Fed.2d. 143 SET
IN PLACE BY THE CLINTON ADMINISTRATION'S WAR ON DRUGS CAMPAIGN
MAKING THEM ILLEGAL CREATING A STRUCTURAL ERROR VOIDING THE
3rd. CIRCUIT'S JURISDICTION, WHICH CANNOT BE WAIVED BY THE KING-
KHALIFAH, AND CAN BE RAISED AT ANYTIME EVEN AFTER THE FINAL
ORDER DUE TO THE INFIRMITIES ESTABLISHED BY THE DOCUMENTS AND
PLEADINGS NOW PRESENTED. UNLESS THE 3rd. CIRCUIT BY SUBSTANTIAL
EVIDENCE CAN SUFFICIENTLY REBUT THE EVIDENCE AND STATISTICS
GATHERED BY THESE INDEPENDENT SOURCES. IF THESE PROVISIONS OF
LAW, THE PLRA AND THE AEDPA, ARE UNCONSTITUTIONAL BY THE EVIDENCE
FROM THESE INDEPENDENT SOURCES AND LITIGATION PRESENTED, WHICH
THEY ARE, STANDING IN EGREGIOUS VIOLATION OF THE HOLDINGS MADE
IN EX-PARTE-VIRGINIA, 100 U.S. 339(1880) AND THE SLAUGHTER-HOUSE

CASES, 83 U.S. (16 WALL) 36, 1873. THEN NOT ONLY ARE THE CASES
WITHIN THE 3rd. CIRCUIT VOID, BUT IT WAS ALSO ILLEGAL AND AN
ABUSE OF DISCRETION FOR THE 3rd. CIRCUIT TO ORDER ME TO SUBMIT
A (6) MONTH STATEMENT RELATED THERETO AND THEN DENY REINSTATING
THE CASE BASED UPON THE FAILURE TO SUBMIT SUCH AN UNCONSTITUTION-
AL DOCUMENT REQUIRED BY THE PLRA. THIS TOO, VOIDS THE COURT'S
JURISDICTION. I EXPAND THE SCOPE, U.S. EX-REL. KNIGHT v. RELIANT
HOSPICE, INC., F.Supp.2d., 2011 WL 1321584(DSC.2011); HARBISON
v. BELL, 556 U.S. 180, 129 S.Ct. 1481(U.S.2009); MIDDLETON v.
NISSAN MOTOR CO. LTD., F.Supp.2d., 2012 WL 3612572(DSC.2012).

      BY THE ACTIONS OF THE 3rd. CIRCUIT, THE COURT HAS SUB-
JECTED THE KING-KHALIFAH TO MANIFEST INJUSTICE. MANIFEST INJUS-
TICE OCCURS WHEN THE COURT HAS PATENTLY MISUNDERSTOOD A PARTY,
OR HAS MADE A DECISION OUTSIDE THE ADVERSARIAL ISSUES PRESENTED
TO THE COURT BY THE PARTIES, OR HAS MADE AN ERROR NOT OF REASON-
ING BUT OF APPREHENSION. IT IS NOT "REASON", "JUSTICE AND FAIR-
NESS", TO MAKE RULING OBTAINED BY INVOKING LEGISLATION THAT
DISPROPORTIONATELY TARGETS AFRICAN AMERICANS IN VIOLATION OF
THE EQUAL PROTECTION OF THE LAWS CLAUSE AND HOLDINGS MADE UNDER
EX-PARTE-VIRGINIA. WRIT OF ERROR IS FILED UNDER THE INDEPENDENT
ACTION RULE FOR FRAUD UPON THE COURT, PAUL ADAMS v. CALIFORNIA
INSTITUTION, 2016 WL 6464444; DONATONI v. DEPARTMENT OF HOMELAND
SECURITY, --F.Supp.3d--, 2016 WL 1755872; U.S. v. HARE, 820
F3d. 93(4th.Cir.2016); UNITED STATES v. DENEDO, 556 U.S. 904,
129 S.Ct. 2213, 173 L.Ed.2d. 1235(U.S.2009); UNITED STATES v.
APPLE MAC PRO COMPUTER, --F3d.--, 2017 WL 1046105(3rd.Cir.2017);
UNITED STATES v. GREGORY HOLT AKA ABDUL MAALIK MUHAMMAD, 2017
WL 1181509(W.D.La.2017); STERN v. UNITED STATES, 2016 WL 6986704
(N.C.2016); CLARKE v. UNITED STATES, 2017 WL 390294(N.C.2017);
IN RE: BARTLEY, 2016 WL 6068862(4th.Cir.2016); RCS NITROGEN,
INC. v. ROSS DEVELOPMENT CORP., 126 F.Supp.3d. 611(DSC.2015);
YATES v. FORD MOTOR CO., --F.Supp.3d.--, 2015 WL 6758983(E.D.N.C.
2015); JOHNSON v. U.S., --S.Ct.--, 2015 WL 2473450(U.S.2015);
GENTRY TECHNOLOGY OF S.C., INC. v. BAPTIST HEALTH SOUTH FLORIDA,
..., 2015 WL 1219251(DSC.2015); ORLANDO RESIDENCE, LTD. v. HILTON
HEAD HOTEL INVESTORS, F.Supp.2d., 2013 WL 1103027(DSC.2013).

      IN REGARD TO THE N.J. DISTRICT COURT AND THE 3rd. CIRCUIT

USING THE PROVISIONS OF THE PLRA AND OR THE AEDPA AS A BASIS
FOR HEARING AND ADJUDICATING THESE CASES. THIS ACT ON ITS FACE
ARE PROPER AND VALID EXERCISE OF CONGRESSIONAL LEGISLATIVE POWER,
BUT IT RUNS AFOUL OF THE PROVISIONS ESTABLISHED BY EX-PARTE
VIRGINIA CREATING LAW THAT DISPROPORTIONATELY TARGET AFRICAN
AMERICANS AND OTHER MONORITIES BY THE WAR ON DRUGS CAMPAIGNS
OF BOTH THE NIXON AND CLINTON ADMINISTRATIONS CAUSING DETRIMENTAL
EFFECT ON AFRICAN AMERICANS, DESIGNED IN ITS CONCEPTION TO DE-
GRADE AND DECIMATE THE AFRICAN AMERICAN POPULATION NATIONALLY,
DISENFRANCHISING THEM OF THEIR RIGHT TO VOTE, AND EVEN FAIR
EDUCATION BY BEING BRANDED AS FELONS IN VIOLATION OF THE 13th.,
14th. AND 15th. AMENDMENTS. IT PRODUCES A RESULT THAT IS PROHI-
BITED BY THE U.S. CONSTITUTION AS IS ESTABLISHED BY EX-PARTE
VIRGINIA, 100 U.S. 339(U.S.1879).

THIS PRODUCES UNCONSTITUTIONAL ACTION SUCH AS THOSE AT
ISSUE WITHIN CASES LIKE EX-PARTE-VIRGINIA-SUPRA.; CITY-OF-ROME
v.-U.S., 446 U.S. 156(U.S.1980); SOUTH-CAROLINA-v.-KATZENBACH,
383 U.S. 301(U.S.1966). THE KING-KHALIFAH IS NOT SPEAKING OF
ACTS THAT WENT SOMEWHAT BEYOND THE MINIMUM CONSTITUTIONAL PROHI-
BITIONS. BY THE LITIGATION PRESENTED INVOLVING THE N.J. DISTRICT
COURT AND THE 3rd. CIRCUIT JUDGES AS DEFENDANTS WITHIN THESE
PENDING PARALLEL CASES. WE ARE DEALING WITH A SPECIFIC INTENT
IN PART, BY RACIST REPUBLICANS, LIKE THAT DAVID DUKES KLANSMAN
DOG DONALD DUCK DUNCE TRUMP IN THE WHITE HOUSE IN ONE ASPECT
DUE TO THE CLINTON AND MONICA LAWINSKY SCANDAL, ALSO AN ADDI-
TIONAL SURREPTITIOUS EFFECT AND INTENT BY WHICH THE OUTCOME
AND DAMAGE FROM THIS PRACTICE IS IN FULL MANIFESTATION. IN THIS
CASE WE ARE TALKING ABOUT GOVERNMENT OFFICIALS, CLOSET WHITE
NATIONALIST, ACTING WITH A CLASS BASED INVIDIOUSLY DISCRIMINATORY
ANIMUS, SUCH AS THAT WHICH IS PRESENTLY OCCURRING RIGHT BEFORE
OUR VERY EYES IN TODAY'S GOVERNMENT (ei. IMMIGRATION, MUSLIM
BAN, COPS KILLING UNARMED BLACKS), DECIMATING AFRICAN AMERICAN
COMMUNITIES NATIONALLY.

THESE LEGISLATIVE ACTS TRANSGRESS THE LIMITS OF CONGRESS
ESTABLISHING A NEW FORM OF JIM CROW LAWS, A RACIAL CASTE SYSTEM
AND A FORM OF MODERN DAY SLAVERY PRESCRIBING AND OR NEGATING
HOLDINGS MADE IN EX-PARTE-VIRGINIA AND THE-AMISTAD, 40 U.S.

12-of-27

518, 15 PET. 518, 1841 WL 5024, 2006 A.M.C. 2955, 10 L.Ed. 826
U.S. CONN. JANUARY 1841 ESTABLISHING FRAUD ON THE PART OF THE
LEGISLATORS AND THE FEDERAL COURTS FOR MAKING USE OF SUCH LAW,
DIRECTLY IMPACTING THE N.J. DISTRICT COURT AND 3rd. CIRCUIT
COURT PROCEEDINGS BY THIS FRAUD RENDERING THEM VOID WHICH IS
ALSO ESTABLISHED BY THE HOLDINGS MADE IN PLAUT v. SPENDTHRIFTS
FARMS INC., 115 S.Ct. 1447(U.S.1995). IT FORCES THE COURT(S)
TO DECIDE THIS AND FUTURE CASES USING A CONGRESSIONAL INTERPRETA-
TION WHERE IT WATERS DOWN THE PROTECTIONS PLACED UPON AFRICAN
AMERICANS BY THE HOLDINGS MADE IN EX PARTE VIRGINIA SUPRA. AND
THE AMISTAD SUPRA.. LEGISLATORS, WITHOUT EXCEEDING ITS PROVENCE,
CANNOT REVERSE JUDICIAL DETERMINATION OR 14th. AMENDMENT PROTEC-
TIONS OF THE U.S. CONSTITUTION OR WATER DOWN PROTECTIONS PLACED
IN EFFECT BY EX PARTE VIRGINIA AND THE AMISTAD. THE ACT OF CON-
GRESS VIA THIS LEGISLATION USED BY THE N.J. DISTRICT COURT AND
THE 3rd. CIRCUIT DENIES AFRICAN AMERICANS THE EQUAL PROTECTION
OF THE LAWS, ESTABLISHING A RACIAL CASTE SYSTEM, A NEW FORM
OF JIM CROW LAWS AND A NEW FORM OF MODERN DAY SLAVERY RENDERING
IT UNCONSTITUTIONAL VOIDING THE 3rd. CIRCUIT'S JURISDICTION
FOR MAKING USE OF THESE PROVISIONS OF LAW FOR THE PURPOSE OF
ADJUDICATING THESE CASES.

THE GREAT ABOLITIONIST FREDERICK DOUGLAS ONCE SAID, "SLA-
VERY HAS BEEN FRUITFUL IN GIVING ITSELF NEW NAMES. IT HAS BEEN
CALLED 'THE PECULIAR INSTITUTION', ' THE SOCIAL SYSTEM', AND
THE 'IMPEDIMENT',.... IT HAS BEEN CALLED BY A GREAT MANY NAMES,
AND IT WILL CALL ITSELF BY YET ANOTHER NAME; AND YOU AND I AND
ALL OF US HAD BETTER WAIT AND SEE WHAT NEW FORM THIS OLD MONSTER
WILL ASSUME, IN WHAT NEW SKIN THIS OLD SNAKE WILL COME FORTH
IN".

THIS MONSTER AND SNAKE IS NOW CALLED THE UNITED STATES
PENAL SYSTEM AS DEFINED UNDER (33) STATES THAT ADOPT THE USE
OF AN INDICTMENT VIA THEIR STATES CONSTITUTIONS AND ALL (50)
STATES UNDER FEDERAL JURISDICTION THAT MAKE USE OF AN INDICTMENT
AND THE LEGISLATIVE PROVISIONS OF THE PLRA AND THE AEDPA. CHIEF
JUSTICE MARSHALL IN THE McCULLOCH CASE RESOLVED THE ISSUE BY
ASSERTING, "LET THE END BE LEGITIMATE, LET IT BE WITHIN THE
SCOPE OF THE CONSTITUTION, AND ALL MEANS WHICH ARE APPROPRIATE,

WHICH ARE PLAINLY ADOPTED TO THAT END, WHICH ARE NOT PROHIBITED,
BUT CONSISTENT WITH THE LETTER AND SPIRIT OF THE CONSTITUTION
ARE CONSTITUTIONAL. THE LEGISLATION DOESN'T MEET THIS STANDARD.
THESE PROVISIONS OF LEGISLATION ARE SUBJECT TO THE SAME APPRO-
PRIATENESS. YET THEY STAND IN BLATANT VIOLATION OF THE HOLDINGS
MADE IN EX-PARTE-VIRGINIA. IT IS NOT APPROPRIATE OF IN THE LETTER
OR SPIRIT OF THE CONSTITUTION TO PLACE INTO EFFECT LEGISLATION
THAT DISPROPORTIONATELY EFFECT AND TARGET AFRICAN AMERICANS
AND OTHER MONORITIES TO THEIR DETRIMENT BY THE WAR ON DRUGS
CAMPAIGN DESIGNED TO DISENFRANCHISE US AND KILL OUR POLITICAL
VOICE IN GOVERNMENT BY DENYING US THE RIGHT TO VOTE, BY BRANDING
US AS FELONS AND IMPAIRING OUR ABILITY TO SEEK HIGHER EDUCATION
DUE TO THAT BEING BRANDED AS A FELON, WHICH IS CRUCIAL TO THE
BETTERMENT OF OUR LIVES. ONE OF THE (4) GLOBAL THRONES IS ALL
OF AFRICA AND ITS DIASPORA, THE KING-KHALIFAH BEING THE DIRECT
DESCENDANT OF KING SOLOMON AND THE QUEEN OF SHEBA. THE FIDUCIARY
FOREIGN SOVEREIGN POWER HAS PARAMOUNT RIGHT TO PROTECT THE LIVES,
HEALTH, MORALS, COMFORT AND GENERAL WELFARE OF HIS HOLY COMMON-
WEALTH WHO ARE BENEFICIARIES OF THE "TRUST" THAT RESIDE WITHIN
THE GLOBAL NATIONS BORDERS AND TERRITORIES, EDEN-v.-GOODYEAR
TIRE-&-RUBBER-CO., 858 F2d. 198(4th.Cir.1988); CURTIS-v.-CAFE
ENTERPRISES-INC., 2016 WL 6916786(N.C.2016); HOME-BLDG.-&-LOAN
ASS'N-v.-BRAISDELL, 290 U.S. 398, 54 S.Ct. 231, 88 A.L.R. 1481,
78 L.Ed. 413(U.S.1934); ELLIOTT-v.-BOARD-OF-SCHOOLS-TRUSTEE
OF-MADISDON-CONSOLIDATED-SCHOOLS,--F3d.--, 2017 WL 5988226(7th.
Cir.2017); NORTH-CAROLINA-ASS'N-OF-EDUCATORS,-INC.-v.-STATE,
368 N.C. 777, 786 S.E.2d. 255(N.C.2016).

CONGRESS SHALL HAVE POWER TO MAKE ALL LAWS WHICH SHALL
BE NECESSARY AND PROPER TO SECURE THE CITIZENS OF EACH STATE
ALL PRIVILEGES AND IMMUNITIES OF CITIZENS IN THE SEVERAL STATES
(Art. 4 Sec. 2); AND ALL PERSONS IN THE SEVERAL STATES EQUAL
PROTECTION IN THE RIGHTS OF LIFE, LIBERTY AND PROPERTY (5th.
AMENDMENT). THESE PROVISIONS OF LAW ESTABLISHED BY THE CLINTON
ADMINISTRATION EGREGIOUSLY FALL SHORT AND VIOLATE THE AFOREMEN-
TIONED PROVISIONS OF LAW DEPRIVING AFRICAN AMERICANS OF IMMUNI-
TIES, PRIVILEGES ESTABLISHED UNDER EX PARTE-VIRGINIA, THE 5th.,
13th., 14th. AND 15th. AMENDMENTS OF THE U.S. CONSTITUTION.

THE PLRA AND THE AEDPA ARE DIRECTED AT THE STATES AND
VIOLATE A RESTRICTION OR CONGRESSIONAL POWER WHERE THEY SURREP-
TITIOUSLY ESTABLISHED A NEW FORM OF JIM CROW LAWS CREATING A
RACIAL CASTE SYSTEM, A PARIAH, AND SUCH ACTION ADDED TO ESTA-
BLISHING A FORM OF MODERN DAY SLAVERY WHEN COMBINED WITH THE
STRUCTURAL ERROR OF THE INDICTMENTS TAKING AWAY THE PRESUMPTION
OF INNOCENCE, PREDETERMINING IN ADVANCE GUILT, TO INCLUDE THE
MENS REA ELEMENTS OF THE OFFENSES THAT IS AT ISSUE WITHIN THESE
CRIMINAL CASES DISPROPORTIONATELY EFFECTING AND TARGETING AFRICAN
AMERICANS, MY PEOPLE. THE TOTALITY OF THE CIRCUMSTANCE HERE
CREATE EGREGIOUS VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1875
AND 1964 AND ARE INVASIVE TO THOSE PROTECTIONS ESTABLISHED,
BEING PROHIBITED, NOT BEING WITHIN THE DOMAIN OF CONGRESSIONAL
POWER. EX PARTE VIRGINIA'S DEFINITION OF "APPROPRIATENESS" IS
FUNCTIONALLY IDENTICAL TO MARSHALL'S, SOUTH CAROLINA v. KATZEN-
BACH, 386 U.S. 301, 325(U.S.1966); 1997 WL U.S. (APPELLATE BRIEF)
OF U.S. SENATORS ORIN G. HATCH, STROM THURMOND ET. AL..

THESE PIECES OF LEGISLATION THAT CAN FROM THE CLINTON
ADMINISTRATION'S WAR ON DRUGS CAMPAIGN WERE SURREPTITIOUSLY
DESIGNED TO ABRIDGE VOTING RIGHTS AND SOCIAL AND ECONOMIC OPPOR-
TUNITIES VIA OBTAINING HIGHER EDUCATION DUE TO BEING BRANDED
AS A FELON BASED UPON RACE, NOT MERELY FOR THE COMMITTING OF
A CRIME AS ONE HAS BEEN DECEPTIVELY LED TO BELIEVE, OREGON v.
MITCHELL, 400 U.S. 112(U.S.1971); CITY OF ROME v. UNITED STATES,
446 U.S. 156, 172-83(U.S.1980).

WITH THE NEWS ARTICLES FILED WITHIN THE PENDING PARALLEL
CASES RELATED TO THE NIXON ADMINISTRATION; THE DOCUMENTARY CALLED
"13" THAT AIRED ON PBS (GOOGLE THIS AND REVIEW IT PLEASE); AND
THE BOOK AND EVIDENCE GATHERED BY MICHELLE ALEXANDER ISBN NO.
978-1-59558-643-8 (GOOGLE THIS ALSO PLEASE), PROVES AND DEMON-
STRATES THE SURREPTITIOUS EFFECT VIA THE CLINTON ADMINISTRATION
EVEN IF ON ITS FACE IT INITIALLY APPEARED FACIALLY SOUND. EX
PARTE VIRGINIA TREATED THE 13th., 14th. AND 15th. AMENDMENTS
"OBJECTS" AND "PROHIBITIONS" AS FIXED, AND NOT SUBJECT TO EN-
LARGEMENT BY CONGRESS. SEE 100 U.S. at 435-46.

WHAT CONGRESS DID TO PRESIDENT CLINTON, PUTTING HIM UNDER
EXTREME PRESSURE TO SIGN THIS LEGISLATION, SNEAKING IT IN UNDER
THE RADAR, DUE TO CLINTON'S TROUBLES WITH THE MONICA LAWINSKY
SCANDAL, PLACING PRESSURES OF IMPEACHMENT ON HIM, HAD NEFARIOUS
AND COVERT INTENT TO DECIMATE THE AFRICAN AMERICAN POPULATION
NATIONALLY WHICH IS PERSPICUOUS WHEN ASSESSED TO THE DIFFERENCE
IN PUNISHMENT PRESCRIBED FOR "CRACK" COCAINE AS COMPARED TO
"POWDER" COCAINE, ONE SAID TO BE MORE IN USE AT THAT TIME BY
AFRICAN AMERICANS AS OPPOSED TO WHITES WHICH INCLUDE IT PENALTIES
, TO INCLUDE THE RESULTING MASS INCARCERATION DISPROPORTIONATELY
EFFECTING AND TARGETING AFRICAN AMERICANS, BOTH MEN AND WOMEN.

         AS CHIEF JUSTICE MARSHALL WARNED IN McCULLOCH, A REVIEWING
COURT SHOULD AND IS OBLIGATED BY YOUR OATHS OF OFFICE, HOLD
SUCH LEGISLATION AS BEING UNCONSTITUTIONAL IF IT APPEARS FROM
THE LEGISLATION ITSELF THAT CONGRESS, "UNDER THE PRETEXT OF
EXECUTING ITS POWERS, [HAS] PASS[ED THE] LAW FOR THE ACCOMPLISH-
MENT OF OBJECTIVES NOT ENTRUSTED TO THE GOVERNMENT". IT IS NOT
THE OBJECTIVE OF THE GOVERNMENT TO SURREPTITIOUSLY DECIMATE
THE AFRICAN AMERICAN COMMUNITY AND DISENFRANCHISE THEM OF THEIR
RIGHT TO VOTE AND DEPRIVE THEM OF THEIR POLITICAL VOICE, IMPAIR-
ING THEIR ABILITY TO OBTAIN HIGHER EDUCATION OR FULL VOCATION
DUE TO THEY BEING BRANDED AS FELONS, AND DENY US THE EQUAL PRO-
TECTION OF THE LAWS,...OR IS IT? AFTER THIS NATION PLACING THAT
RACIST, DAVID DUKES KLANSMAN DEMON DOG DONALD DUCK DUNCE TRUMP
IN THE WHITE HOUSE. ALL INDICATIONS POINT TO THIS COVERT RACIAL
ANIMUS AS THE HEART OF CONGRESSIONAL INTENT. LOOK AT CONGRESS
STANCE RELATED TO IMMIGRATION. THEY HAVEN'T CHANGED IN OVER
100 YEARS. THIS IS FURTHER PROVEN BY THE OBSTRUCTION THEY DONE
DURING THE OBAMA ADMINISTRATION, TO INCLUDE THE FACT THAT THEY
ARE REVERSING EVERY EXECUTIVE ORDER OBAMA SET IN PLACE TO DESTROY
THERE BEING ANY REMAINING LEGACY OF A "BLACK PRESIDENT'S" TIME
IN OFFICE OF ANY REAL SIGNIFICANCE. THIS INCLUDE THE STANCE
THEY PRESENTLY TAKE ON THESE CONFEDERATE MONUMENTS. CONGRESSIONAL
INTENT IS NOW BEING UNCOVERED THIS PRESENT DATE IN THEIR WHITE
ALT RIGHT BONDING WHICH IS CLEAR. THESE PROVISIONS OF LAW WERE
SURREPTITIOUSLY, COVERTLY PASSED IN FURTHERANCE OF AN END THAT
FALLS OUTSIDE THE 14th. AMENDMENT AND EX-PARTE-VIRGINIA AND
MUST NOT BE DEEMED APPROPRIATE LEGISLATION. NO STATE SHALL MAKE

OR ENFORCE LAWS WHICH SHALL ABRIDGE THE PRIVILEGES AND IMMUNITIES
OF CITIZENS OF THE UNITED STATES****, CROSON, 488 U.S. at 490.
CONGRESS LACKS THE POWER UNDER SECTION 5 TO ADOPT LEGISLATION
THAT IS OTHERWISE "PROHIBITED" BY THE CONSTITUTION, McCULLOCH,
17 U.S. at 423. BY RACIAL REPUBLICAN COVERT ANIMUS THAT IS MANI-
FESTING ITSELF UNTIL THIS VERY DAY IN AN ALT RIGHT MAKE AMERICA
"WHITE" AGAIN IN ACTS OF CONSPIRACY TO DEFRAUD AFRICAN AMERICANS
THIS LEGISLATION WAS PASSED AND THE 3rd. CIRCUIT AND OTHER COURTS
EMBRACING THIS RACIALLY TINGED FRAUD, PRODUCED CONSTITUTIONAL
STRUCTURAL ERROR IN EVERY FEDERAL CASES AROUND THE NATION THAT
MADE USE OF THESE PROVISIONS OF UNCONSTITUTIONAL LEGISLATION,
CORRUPTING AND RENDERING VOID EVERY CASE ADJUDICATED NATIONALLY
SINCE 1996. LET MY PEOPLE GO PHAROAH!

CONGRESS MAY NOT LEGISLATE UNDER SECTION 5 IN A WAY THAT
VIOLATES RIGHTS PROTECTED BY THE 14th. AMENDMENT ITSELF. SECTION
5 GRANTS CONGRESS NO POWER TO RESTRICT, ABROGATE, OR DILUTE
THESE QUARANTEES, MISSISSIPPI UNIVERSITY FOR WOMEN v. HOGAN,
458 U.S. 718, 732(U.S.1982); ADARAND CONSTRUCTORS INC. v. PENA,
115 S.Ct. 2097(U.S.1995). THE LEGISLATION RUNS AFOUL OF THE
SAFEGUARDS PLACED INTO EFFECT BY THE 14th. AMENDMENT AND THE
U.S. SUPREME COURT IN EX PARTE VIRGINIA. THEY SURREPTITIOUSLY,
COVERTLY, EFFECT AND TARGET AFRICAN AMERICANS BY THESE LEGISLA-
TIVE ENACTMENTS WHICH ARE EGREGIOUSLY UNCONSTITUTIONAL RENDERING
THEM AND ANY CASE THAT MADE USE OF THEM VOID AND OF NO EFFECT
AS IF THERE WERE NO LAW DETERMINED AT ALL. THIS LEGISLATION
WAS FRAUDULENTLY USED TO THE DESTRUCTION OF FAIR LANDMARKS OF
THE CONSTITUTION. THE EVIDENCE PRODUCED BY THE DOCUMENTARY "13"
AND GATHERED BY MICHELLE ALEXANDER IS CLEAR AND INDISPUTABLE
WHICH IS FURTHER ESTABLISHED BY THE PRESENT GOVERNOR OF THE
STATE OF VIRGINIA ACKNOWLEDGING THESE FACTS AND MAKING EFFORTS
TO RESTORE THE VOTING RIGHTS OF PAST FELONS IN THEIR STATE WHO
WERE SUBJECTED TO THESE OUTRAGEOUS PROVISIONS OF FRAUD, AND
DETRIMENTAL LAWS THEY CONSPIRED IN TO COVERTLY CREATE A RACIAL
CASTE SYSTEM, A NEW FORM OF MODERN DAY SLAVERY AND NEW FORM
OF JIM CROW LAWS, THE SLAUGHTER HOUSE CASES, 83 U.S. (16 WALL)
36, 1873; 51 A.L.R. Fed.2d. 143; U.S. v. ECCLESTON, --Fed. Appx'-
--, 2015 WL 4591890 CA4 (Md.2015); U.S. v. TEJADA, 445 Fed.
Appx' 719, 2011 WL 3891825 CA4 (S.C.2011).

THE 3rd. CIRCUIT AND N.J. DISTRICT COURT USED THIS FRAUD-
ULENTLY PRODUCED LEGISLATION AS A PRECURSOR TO MAKING JUDICIAL
DETERMINATION WITHIN ALL OF THESE CASES BEFORE THE 3rd. CIRCUIT
WHICH INCLUDE THE 3rd. CIRCUIT ORDERING ME TO FILE MOTION TO
PROCEED IN FORMA PAUPERIS RELATED TO THIS CONCONSTITUTIONAL
LEGISLATION WHICH CORRUPT THE "FOUNDATION", THE "WHOLE" OF THE
PROCEEDINGS IN QUESTION RENDERING THEM VOID. I MOTION TO VACATE
YOUR ORDERS DUE TO THIS CHALLENGE TO YOUR JURISDICTION TO ISSUE
THEM BECAUSE OF THIS, ALSO DUE TO TRUSTEE BEING APPOINTED OVER
THESE CASES. YOU ARE BEING PRESENTLY SUED FOR USING THESE UNCON-
STUTIONAL PROVISIONS IN PARALLEL CASES PRESENTLY PENDING BEFORE
THE FEDERAL DISTRICT COURT IN SOUTH CAROLINA AND FOR OTHER MAT-
TERS REGARDING VIOLATIONS OF YOUR OATHS OF OFFICE. THIS IS YOUR
OPPORTUNITY TO FIX THIS MESS AND ESTABLISH THESE CASES BEFORE
THE 3rd. CIRCUIT. YOU SHALL CERTIFY CLASS ACTION FOR THE STRUC-
TURAL ERROR IN THE INDICTMENTS AS IS ARGUED IN ISSUE # 1 OF
THE GOURDINE BRIEF, THE CONSTRUCTIVE AMENDMENT OF THE INDICT-
MENBT ISSUE RELATED THERETO AS IS ARGUED IN THAT SAME DOCUMENT,
AND THE GENTRY SUBJECT MATTER JURISDICTION ISSUE FOR EVERY INMATE
HELD UNDER THE 3rd. CIRCUIT'S JURISDICTION AND REQUIRE THAT
NOTICE TO GIVEN TO ALL INMATES WHERE HABEAS CORPUS IN THIS CASE
IS FILED PURSUANT TO 28 U.S.C. § 2244(B), THE DATE WHICH THE
IMPEDIMENT TO FILING AN APPLICATION CREATED BY STATE ACTION
IN VIOLATION OF THE CONSTITUTION OR LAWS LAWS OF THE UNITED
STATES WAS REMOVED. DUE TO THE FRAUD THEY CONSISTENTLY ENGAGED
IN. THIS DID NOT OCCUR UNTIL DECEMBER 2017. ALSO 28 U.S.C. §
2244(C) THE DATE ON WHICH THE CONSTITUTIONAL RIGHT ASSERTED
WAS INITIALLY RECOGNIZED BY THE SUPREME COURT AND MADE RETRO-
ACTIVELY APPLICABLE TO CASES ON COLLATERAL REVIEW. THIS IS DONE
PURSUANT TO MONTGOMERY v. LOUISIANA, 136 S.Ct. 718, 193 L.Ed.2d.
599, 84 U.S.L.W. 4063(U.S.2016)(WHERE US OF UNCONSTITUTIONAL
LAW VOIDS JURISDICTION); ROSS v. BLAKE, 136 S.Ct. 1850(U.S.2016)
(WHERE ACT OF MACHINATION TO TWART HABEAS CORPUS REVIEW BY THE
STATES DO NOT REQUIRE EXHAUSTION), WHICH IS TIMELY PLACED BEFORE
THE FEDERAL DISTRICT WITHIN ONE YEAR TO WHICH YOU ARE BEING
SUED FOR MAKING USE OF THIS UNCONSTITUTIONAL LAW THAT DIRECTLY
ATTACH TO ALL N.J. DISTRICT COURT AND 3rd. CIRCUIT PROCEEDINGS
MAKING ME TIMELY, SCOTT v. CLARKE, 61 F.Supp.3d. 569(W.D.Va.2014)
; BUMGARNER v. N.C.D.C., 276 F.R.D. 452(N.C.2011); IN RE: NAT.

FOOTBALL LEAGUE CONCUSSION INJURY LITIGATION, 775 F3d. 570,
90 Fed. R. SERV.3d. 563(3rd.Cir.2014); FLEISCHMAN v. ALBANY
MEDICAL CENTER, 639 F3d. 28, 79 Fed. R. SERV.3d. 494(2nd.Cir.
2011); KARSJENS v. PIPER, --F3d.--, 2017 WL 24613(8th.Cir.2017).

I WANT MY MASTER'S, MY GOD'S, THE SOLE CORPORATION'S
INTELLECTUAL PROPERTY BACK IN THE FORM OF THE RIGHT TO LEGALLY
MARRY WHICH WAS GIVEN TO YOUR NATIONS AS A "GRANT" WITH RESTRIC-
TIONS PROTECTED UNDER BOTH ARTICLE 1 SECTION 10 AND ARTICLE
IV § 2. YOU ARE IN VIOLATION OF THE HOBBS ACT AND THE EXPROPRI-
ATION EXCEPTION UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. YOU
SHALL ISSUE AN ORDER VACATING, NULLIFYING SAME SEX MARRIAGE
WITHIN EVERY STATE THAT FALLS UNDER YOUR JURISDICTION, WITHOUT
EXCEPTION AND STOP CONCEALING MATERIAL FACTS AS IS ARGUED IN
VIOLATION OF 18 U.S.C. §§ 242 AND 1001. THIS TOO, VOIDS YOUR
ORDERS, U.S. v. LAWRENCE, F.Supp.3d., 2015 WL 856866(S.D.Va.2015)
; U.S. v. ISMAIL, 97 F3d. 50(4th.Cir.1996); WILZIG v. SISSELMAN,
209 N.J. SUPER. 25, 506 A.2d. 1238(SUP.Ct.1986); ELAN PHARMACEU-
TICALS, INC. v. DIRECTOR, DIVISION OF TAXATION, 2014 WL 1796633
(N.J.2014); ANDREAGGI v. RELIS, 171 N.J. SUPER. 203; BOLIVIA
REPUBLIC OF VENEZUELA v. HELMERICH & PAYNE INTERN., DRILLING
CO., 137 S.Ct. 1312, 197 L.Ed.2d. 663, 85 U.S.L.W. 4221(U.S.2017)
DOE v. FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, 189 F.Supp.3d.
6 (D.D.C.2016).

INASMUCH, JURISDICTION CAN BE CHALLENGED AT ANY TIME
AND ONCE CHALLENGED IT CANNOT BE ASSUMED, IT MUST BE DECIDED
IN LIGHT OF THE FRAUDULENT LEGISLATION THE 3rd. CIRCUIT USED
FOR PURPOSES OF ADJUDICATION THAT TAINTS THE ENTIRE PROCEEDINGS
IN QUESTION, WHICH INCLUDE ANY FINAL ORDERS. **"FRAUD VITIATES
EVERYTHING."**, AND A JUDGMENT OBTAINED BY FRAUD MAY BE COLLATERAL-
LY ATTACKED, AND THIS APPLIES TO THE JUDGMENTS AND DECREES OF
ALL COURTS, MYLES v. DOMINO'S PIZZA, LLC., 2017 WL 238436(D.C.
Miss.2017); FIRST TECHNOLOGY CAPITAL, INC. v. BANCTEC, INC.,
2016 WL 7444943(D.C.Ky.2016); MARTIN v. TACET CORP. OF MINNESOTA,
F.Supp.2d., 2013 WL 1187034(D.N.J.2013); McCLAIN v. 1st. SECURITY
BANK OF WASHINGTON, 2016 WL 8504775(W.D.Wash.2016); BASSO v.
UTAH POWER & LIGHT CO., 495 F2d. 906, 909(10th.Cir.1974); BLUE
SKY TRAVEL AND TOURS, LLC. v. AL-TAYYAR, --Fed. Appx'--, 2015
WL 1451636 CA4 (Va.2015); MORRIS v. WACHOVIA SECURITIES, INC.,

448, F3d. 268, Fed. Sec. L. Rep. P. 93, 858 CA4 (Va.2006). THE
EXHIBITS ARE ATTACHED TO THE FACE OF THIS DOCUMENT FOR ALL PUR-
POSES SUCH AS SEEKING TO VACATE THE ORDERS AND ALL OTHER ENDS
SOUGHT BY THE DOCUMENTS IN TOTAL, PELLEGRAIN v. BERTHELSEN,
F.Supp.2d., 2012 WL 10847(DSC.2012); EPSTEIN v. WORLD ACCEPTANCE
CORP., 2015 WL 2365701(DSC.2015).


　　　UNDER FEDERAL LAW, WHICH IS APPLICABLE TO ALL STATES,
THAT IF A COURT OR PARTIES IS "WITHOUT AUTHORITY, ITS JUDGMENTS
OR ACTS OR ORDERS ARE REGARDED AS NULLITIES. THEY ARE NOT VOID-
ABLE, BUT SIMPLY VOID, AND FORM NO BAR TO A RECOVERY SOUGHT,
EVEN PRIOR TO A REVERSAL IN OPPOSITION TO THEM. THEY CONSTITUTE
NO JUSTIFICATION, AND ALL PERSONS CONCERNED IN EXECUTING SUCH
ACTS, JUDGMENTS, OR SENTENCES ARE CONSIDERED, IN LAW, AS TRESPAS-
SERS". YOU HAVE NO AUTHORITY TO USE LAW THAT DISPROPORTIONATELY
TARGET AFRICAN AMERICANS AND OTHER MINORITIES IN VIOLATION OF
THE U.S. CONSTITUTION THAT WAS PRODUCED BY FRAUDULENT, NEFARIOUS,
RACIALLY ANIMUS INTENT, ELLIOTT v. PIERSOL, 1 PET. 328, 340,
26 U.S. 328, 340(U.S.1828).


　　　WHEN JUDGES ACT WHEN THEY DO NOT HAVE THE JURISDICTION
TO ACT, OR THEY ENFORCE A VOID ORDER OR ACT (SUCH AS THE ORDERS
ISSUED WITHIN THESE CASES BEING UNCONSTITUTIONAL DUE TO YOUR
USE OF THE PLRA), THEY BECOME TRESPASSERS OF THE LAW, AND ARE
ENGAGED IN ACTS OF TREASON SET AGAINST THEIR OATH OF OFFICE
AND THE CONSTITUTION. THE COURT IN YATES v. VILLAGE OF HOFFMAN
ESTATES, ILLINOIS, 209 F.Supp. 757(N.D.ILL.1996) HELD THAT "NOT
EVERY ACTION BY A JUDGE IS AN EXERCISE OF THEIR SPECIFIC FUNC-
TION....IT IS NOT A JUDICIAL FUNCTION FOR THEM TO COMMIT AN
INTERNATIONAL TORT EVEN THOUGH THE TORT OCCURS IN THE COURTHOUSE"
. WHEN A JUDGE OR OFFICIAL ACTS AS A TRESPASSER OF THE LAW OR
HIS OATH OF OFFICE, WHEN THE JUDGE OR OFFICIAL DOES NOT FOLLOW
THE LAW OR HIS OATH OF OFFICE, THE JUDGE OR OFFICIAL IS SUBJECT
TO DISMISSAL, CRIMINAL PENALTIES AND LOSES SUBJECT MATTER JURIS-
DICTION AND THE OFFICIAL'S ACTS OR THE JUDGE'S ORDERS ARE VOID
AND ARE OF NO LEGAL FORCE OR EFFECT. IF YOU DON'T CORRECT THIS
THEN WE CAN LET THAT RACIST DAVID DUKES KLANSMAN DEMON DOG DONALD
DUCK DUNCE TRUMP APPOINT SOMEONE IN YOUR PLACE. I'M SURE THAT
RACIST KU KLUX KLANSMAN DEMON DOG WILL GET A KICK OUT OF THAT.

ALL ACTS ARE ILLEGAL AND VOID, WHERE CONFLICT WITH THE
U.S. CONSTITUTION. THE ORDER VIOLATES THE 14th. AMENDMENT PRO-
HIBITIONS BY DISPROPORTIONATELY TARGETING AFRICAN AMERICANS
BY USE OF THE CLINTON BILL LEGISLATION. NO PERSON SHALL BE DE-
PRIVED OF LIFE, LIBERTY AND PROPERTY, WHICH INCLUDE MY, THE
SOLE CORPORATION'S INTELLECTUAL PROPERTY ARGUED, WITHOUT DUE
PROCESS OF LAW, NOR SHALL HE BE ADJUDICATED OF OR TRIED FOR
ANY OFFENSE BY AN EX POST FACTO LAW LIKE YOUR NATIONS DID GIVING
THESE SODOMITES AND GOMORRAHRITES THE RIGHT TO LEGALLY MARRY.
WHERE EX POST FACTO LAW SHALL BE PASSED AND ALL SAID RIGHTS,
TITLES, PRIVILEGES AND IMMUNITIES ARE INVIOLATE AND WOULD VIOLATE
THE EQUAL PROTECTION OF THE LAWS CLAUSE, R.A.M. OF SOUTH FLORIDA,
INC. v. W.C.I. COMMUNICATORS, INC., 869 SO.2d. 1210, 29 FLA.
L. WEEKLY D. 761.

    CONSTRUCTIVE FRAUD IS BREACH OF LEGAL OR EQUITABLE DUTY
WHICH, IRRESPECTIVE OF MORAL GUILT, IS DECLARED BY LAW TO BE
FRAUDULENT BECAUSE OF ITS TENDENCY TO DECEIVE OTHERS OR VIOLATE
CONFIDENCE. THE LEGISLATORS DECEIVED US AS DID THE COURTS BY
MAKING USE OF THIS RACIALLY ANIMUS PRODUCED LAW TO ADJUDICATE
MATTERS BEFORE THE COURTS INVOLVED, TRICKING US INTO BELIEVING
SUCH LEGISLATION WAS APPROPRIATE ORDERING ME AND AFRICAN AMERI-
CANS TO BE PARTY TO ESSENTIALLY ILLEGAL PROCEEDINGS WHERE THE
OUTCOME PRODUCED BY THIS EGREGIOUSLY UNCONSTITUTIONAL LEGISLATION
SPEAKS VOLUMES CONTRARY TO CONFIDENCE IN THE COURTS, DAVES v.
LAWYERS SUR. CORP., 459 W.Va. 119, 483 S.E.2d. 248(1996).

    FORCED BREACH OF FIDUCIARY DUTY BY FRAUD TO BREACH CON-
TRACT IS PUNITIVE IN NATURE BY THESE CONSPIRING PARTIES. THE
LAW DICTATES THAT FRAUD DESTROYS THE VALIDITY OF EVERYTHING
IT ENTERS INCLUDING THE ORDERS ISSUED BY THE 3rd. CIRCUIT COURT
OF APPEALS. IT FATALLY EFFECTS EVEN THE MOST SOLEMN ACTS OR
JUDGMENTS OR DECREES. LABEO DEFINES FRAUD TO BE ANY CUNNING
DECEPTION OR ARTICLE USED TO CIRCUMVENT OR DECEIVE ANOTHER,
LIKE YOU USED THAT RACIST LEGISLATION IN THESE CASES. MR. WELLS,
IN HIS VERY WORK ON RES JUDICATA SAYS, SEC. 499, "FRAUD VITIATES
EVERYTHING.", NUDD v. BURROWS, 91 U.S. 677-683(U.S.1875); U.S.
v. THROCKMORTON, 98 U.S. 61-71(U.S.1871); 24 SENATORIAL DIST.
REPUBLICAN COMMITTEE v. ALCORN, 820 F3d. 624(4th.Cir.2016).

SINCE THERE WAS NO RULING ON THE CONSTITUTIONALITY OF
THE PLRA AND THE AEDPA AS THEY RELATE TO ~~EX-PARTE-VIRGINIA~~,
100 U.S. 339, 348-349, 25 L.Ed. 676(U.S.1880) AND ~~THE-SLAUGHTER-~~
~~HOUSE-CASES~~, 83 U.S. (16 WALL) 36, 1873, INSTEAD THE 3rd. CIRCUIT
MADE USE OF THESE UNCONSTITUTIONAL PROVISIONS OF LAW AS A BASIS
OR PRECURSOR FOR ENTRY INTO THE 3rd. CIRCUIT, AS DID THE N.J.
DISTRICT COURT. THE N.J. DISTRICT COURT CASES, AS WELL AS BOTH
CASES 14-2811 AND 14-1364, ALL ORDERS ISSUED THEREIN ARE VOID
AND FORFEITURE MUST ATTACH. ACTS OF CONGRESS, LIKE THIS CLINTON
LEGISLATION THE COURTS USED, OR ACTS OF THE COURTS WHERE YOU
USED SUCH, THAT ARE REPUGNANT TO THE U.S. CONSTITUTION CANNOT
BECOME LAW OR STAND AS LAW, PLACING THE N.J. DISTRICT COURT
AND 3rd. CIRCUIT IN FORFEITURE VIA SANCTIONS SOUGHT FOR ALL
RELIEF DEMANDED, ~~EVANCHO-v.-PINE-RICHLAND-SCHOOL-DISTRICT~~, 237
F.Supp.3d. 267(W.D.Pa.2017); ~~TAYLOR-v.-U.S.~~, 136 S.Ct. 2074,
195 L.Ed.2d. 456, 84 U.S.L.W. 4462(U.S.2016).

INSOMUCH, YOUR ACTIONS IN HANDLING THESE MATTERS VIOLATE
THE "CONTRACT", THE "GRANT" GIVEN TO YOUR NATIONS BY THE SOLE
CORPORATION IMPAIRING THE OBLIGATION OF THE CONTRACT IN VIOLATION
OF THE PRIVILEGE AND IMMUNITIES CLAUSE OF ARTICLE IV § 2 AND
ARTICLE 1 SECTION 10 OF THE U.S. CONSTITUTION ESTABLISHING CAUSE
BEFORE ALL COURTS ALLOWING ME TO INTERVENE AND CORRECT YOUR
FRAUD, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE, RACIAL ANIMUS
AND APPROPRIATION OF MY INTELLECTUAL PROPERTY. THUS, ALL ORDERS
WITHIN THIS CASE ARE VACATED AND THE COURT SHALL GRANT ALL RELIEF
DEMANDED BY DECREE AND JUDGMENT OF THE CHIEF JUSTICE OF THE
GLOBAL THEOCRATIC STATE AND COURT WHOSE SUPERSEDING ATTORNEY,
JUDICIAL AND LEGISLATIVE POWER IS BINDING UPON THE 3rd. CIRCUIT
BY THE CLAIM OF DEFAULT AND COLLATERAL ESTOPPEL WHERE THE UNITED
STATES APPEARED AND IS PARTY TO THAT DEFAULT EMERGING FROM CASE
2013-CP-400-0084 IN RICHLAND COUNTY S.C. COMMON PLEAS COURT,
~~PRESAULT-v.-I.C.C.~~, 494 U.S. 1, 110 S.Ct. 914, 108 L.Ed.2d.
1 (U.S.1990); ~~BROWN-v.-BROWN~~, F.Supp.2d., 2013 WL 2338233(D.C.Ky.
2013); ~~BOARD-OF-TRUSTEES-OF-INTERNATIONAL-UNION-OPERATING-ENGI-~~
~~NEERS~~, 2016 WL 1253285; ~~FIFTH-THIRD-BANCORP-v.-DUDENHOEFFER~~,
132 S.Ct. 2459, 189 L.Ed.2d. 457, 82 U.S.L.W. 4578(U.S.2014);
~~TRUSTEES-OF-DARTHMOUTH-COLLEGE-v.-WOODWARD~~, 17 U.S. 518, 1819

WL 2201; HARRIS v. HHGREGG INC., F.Supp.2d., 2013 WL 1331166(N.C. 2013); AMERICAN MUT. LIBERTY INS. CO. v. PLYWOOD PLASTICS CORP., 81 F.Supp. 157(DSC.1948); OPARAH v. NEW YORK DEPT. OF EDUC., F.Supp.3d., 2015 WL 4240733(N.Y.D.C.2015); GORDON v. TBC RETAIL GROUP INC., F.Supp.3d., 2016 WL 4247738(DSC.2016).


THE ORDERS ISSUED WITHIN BOTH CASES 14-2811 AND 14-1364 ARE VACATED. THESE CASES ARE ESSENTIALLY ON REMAND LIMITING YOUR JURISDICTION TO DO ANYTHING EXCEPT GRANT ALL RELIEF DEMANDED BY DECREE AND JUDGMENT OF THE CHIEF JUSTICE TO THE (4) THRONES OF THE GLOBAL THEOCRATIC STATE AND COURT. **IT IS SO ORDERED.**


THE LAW AS DETERMINED BY THE UNITED STATES SUPREME COURT IS CLEAR AND UNAMBIGUOUS ON ISSUES SUCH AS THE ONES BEING ARGUED WITHIN THESE CASES. IF RULING HAS BEEN OBTAINED UNDER AN UNCON-STITUTIONAL JUDICIAL DETERMINATION AND OR STATUTE AND OR LEGISLA-TIVE PROVISION AND OR INTERPRETATION OF LAW AND OR ACT, WHICH INCLUDE FRAUD. THE LAW EXPLAINED IF THIS POSITION IS WELL TAKEN, WHICH IT IS, IT EFFECTS THE **"FOUNDATION"** OF THE **"WHOLE"** PROCEED-INGS (EMPHASIS ADDED). THIS INCLUDE THE 1986 CONVICTION FOR POSSESSION OF A WEAPON IN NEW JERSEY, THE HABEAS CORPUS FILED IN THE N.J. DISTRICT COURT AND THE CASES BEFORE THE 3rd. CIRCUIT COURT OF APPEALS. AN UNCONSTITUTIONAL LAW AND OR ACT AND OR JUDICIAL DETERMINATION IS VOID AND IS AS IF THERE WERE NO ACT, LEGISLATION OR JUDICIAL DETERMINATION MADE AT ALL, BEING STRUC-TURAL CONSTITUTIONAL ERROR NOT SUBJECT TO THE HARMLESS ERROR DOCTRINE. THE GENERAL RULE IS THAT AN UNCONSTITUTIONAL JUDICIAL DETERMINATION AND OR STATUTE AND OR ACT AND OR LEGISLATIVE PRO-VISION OF LAW, THOUGH HAVING THE FORM AND NAME OF LAW, IT IS IN REALITY NO LAW BY SUCH ACTS, BUT IS WHOLLY VOID AND INEFFEC-TIVE FOR ANY PURPOSE, WHICH INCLUDE CONVICTION FOR THE 1986 WEAPON POSSESSION CHARGE OR ADJUDICATION VIA HABEAS CORPUS IN THE N.J. DISTRICT COURT OR THE 3rd. CIRCUIT IN THESE CASES, SINCE ITS UNCONSTITUTIONALITY DATES FROM THE DATE OF ITS ENACT-MENT AND OR WHEN THE ACT WAS DONE....IN LEGAL CONTEMPLATION, IT IS INOPERATIVE AS IF IT HAD NEVER BEEN PASSED OR DONE....SINCE AN UNCONSTITUTIONAL LAW AND OR JUDICIAL DETERMINATION AND OR ACT IS VOID, THE GENERAL PRINCIPLE FOLLOWS THAT IT IMPOSES NO DUTY (FOR JUDGES IN THIS CASE OR THE REQUIREMENT TO FILE (6)

MONTH FINANCIAL STATEMENT UNDER PLRA), CONFERS NO RIGHTS (THE
3rd. CIRCUIT HAD NO RIGHT TO ORDER ME TO FILE PURSUANT TO PLRA),
CREATES NO OFFICE (JUDICIAL), BESTOWS NO POWER OR AUTHORITY
 ON ANY PERSON [EMPHASIS ADDED](YOUR JURISDICTION IS MADE VOID),
AFFORDS NO PROTECTION (YOU ARE NOT IMMUNE ONCE GIVEN NOTICE
AND YOU FAIL TO VACATE YOUR ORDERS AND GRANT THE RELIEF SOUGHT),
AND JUSTIFIES NO ACTS PERFORMED UNDER IT (YOU ISSUING YOUR ORDERS
OR FAILING TO CORRECT WHICH INCLUDE THE 1986 INDICTMENT, THE
N.J. HABEAS CORPUS AND 3rd. CIRCUIT CASES. YOU ARE IN FORFEITURE
ON ALL RELIEF SOUGHT)....A VOID ACT CANNOT BE LEGALLY CONSISTENT
WITH A VALID ONE. AN UNCONSTITUTIONAL LAW CANNOT OPERATE TO
SUPERSEDE ANY EXISTING LAW. INDEED INSOFAR AS A JUDICIAL DETER-
MINATION AND OR STATUTE AND OR LEGISLATIVE PROVISION AND OR
ACT RUN COUNTER TO THE FUNDAMENTAL LAW OF THE LAND (THE U.S.
CONSTITUTION), IT IS SUPERSEDED THEREBY, NO ONE IS BOUND TO
OBEY FRAUD OR AN UNCONSTITUTIONAL LAW, RULING OR ACT AND NO
COURTS ARE BOUND TO ENFORCE IT. ALL LAWS, RULES, STATUTES AND
PRACTICES THAT ARE REPUGNANT TO THE CONSTITUTION ARE **"NULL"**
AND **"VOID"**, MARBURY v. MADISON, 5TH. U.S. (2 CRANCH) 137, 180;
VINES v. UNITED STATES, 28 F3d. 1123 CRIM. LAW 1163(1), 1165(1);
ROBINSON v. ARVONIO, 27 F3d. 877 REHEARING DENIED CERT. GRANTED
VACATED 115 S.Ct. 1247, 513 U.S. 1186, 131 L.Ed.2d. 129; LOUMIET
v. UNITED STATES, 65 F.Supp.3d. 19(2014); JOHNSON v. UNITED
STATES, --S.Ct.--, 2015 WL 2473450(U.S.2015); MYLES v. DOMINO'S
PIZZA, LLC., 2017 WL 238436(D.C.Miss.2017); FIRST TECHNOLOGY
CAPITAL, INC. v. BANCTEC, INC., 2016 WL 7444943(D.C.Ky.2016);
MARTIN v. TARGET CORP. OF MINNESOTA, F.Supp.2d., 2013 WL 1187034
(D.N.J.2013); McCLAIN v. 1st. SECURITY BANK OF WASHINGTON, 2016
WL 8504775(W.D.Wash.2016); MONTGOMERY v. LOUISIANA, 136 S.Ct.
718, 193 L.Ed.2d. 599, 84 U.S.L.W. 4063(U.S.2016); GEFT OUTDOOR
LLC. v. CONSOLIDATION CITY OF INDIANAPOLIS***, 187 F.Supp.3d.
1002, 1012, S.D.ILL.; HILL v. SNYDER, 821 F3d. 763, 765+ (6th.
Cir.MICH.); PEOPLE v. SOLO, N.E.3d., 2017 WL 1838423(2017);
24 SENATORIAL DIST. REPUBLICAN COMMITTEE v. ALCORN, 820 F3d.
624(4th.Cir.2016).


    I MOTION AND SEEK THAT YOU STAY THESE CASES AFTER ACKNOW-
LEDGING THE VACATING OF YOUR ORDERS. I INVOKE THE DOCTRINE OF
COMITY. ONCE YOU GRANT ALL RELIEF YOU ARE TO STAY THESE CASES

FOR THE PURPOSE OF US BEING TRANSFERRED TO THE STATE OF NEW
JERSEY TO THE NICEST FEDERAL PRE-RELEASE CAMP THAT THE COURT
CAN FIND PURSUANT TO 28 U.S.C. § 1455(c). THIS INCLUDE THE KING-
KHALIFAH AND ALL PARTIES LISTED IN THE PENDING PARALLEL CASES
WITH ALL OF OUR PROPERTY. WE DON'T NEED YOU STEPPING ON THE
4TH CIRCUIT'S TOES PRODUCING CONFLICTING JUDICIAL DETERMINATION,
YATES v. FORD MOTOR CO.,--F.Supp.3d.--, 2015 WL 6758983(E.D.N.C.
2015); W. GULE MAR. ASS'N v. I.L.A. DEEP SEA LOCAL 24, 751 F2d.
721, 728(5th.Cir.1985); IN RE: MORNING SONG BIRD FOOD LITIGATION,
2015 WL 12791472(D.C.Cal.2015); IN RE: NARANTO, 768 F3d. 332,
348(4th.Cir.2014); ULMET v. UNITED STATES, 888 F2d. 1028(4th.Cir.
1989); SMITH v. BAYER CORP.,--U.S.--, 131 S.Ct. 2368, 2382,
180 L.Ed.2d. 341(2011); 202 NORTH MONROE, LLC. v. SOWER, 850
F3d. 265(6th.Cir.2017). IT IS SO ORDERED.

      I, JAHJAH AL MAHDI, THE APPELLANT IN THESE CASES, FUL-
FILLED MY DUTY BY YOUR NATION'S DUE PROCESS LAWS AND PEACEFULLY,
AS A NON COMBATANT, FILED LEGAL ACTION TO PETITION FOR AND ESTA-
BLISH THESE RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES, ALL OF
THEM, WHICH INCLUDE SUPERSEDING ATTORNEY, JUDICIAL AND LEGISLA-
TIVE POWER AND AUTHORITY. I GAVE PROPER NOTICE AND PROPERLY
SERVED ALL PARTIES TO WHICH THEY APPEARED, INCLUDING THE UNITED
STATES AND BROUGHT THE MATTERS TO THEM UNDER CASE 2013-CP-400-
0084 AND THE NEW JERSEY SUPREME COURT, WHERE ANTHONY COOK AND
I WERE SUBJECTED TO OUTRAGEOUS ACTS OF FRAUD UPON THE COURT,
CRIMINAL CONSPIRACY, MACHINATION AND OBSTRUCTION OF JUSTICE,
WHERE THEY DEFAULTED AND JURISDICTION WAS THEN MADE VOID FOR
FRAUD, DUE PROCESS VIOLATION AND OTHER UNCONSTITUTIONAL ACTION
PLACING THEM IN FORFEITURE ON ALL CAUSES, CLAIMS, DEFENSES AND
COLLATERAL ESTOPPEL ATTACHED. THEREUPON, THE CASE WAS REMOVED
TO THE FEDERAL DISTRICT COURT WITHIN THE PARALLEL CASES PENDING
IN SOUTH CAROLINA SOUGHT TRANSFERRED TO NEW JERSEY DISQUALIFYING
THE SOUTH CAROLINA DISTRICT COURT. THE PRIVILEGE AND IMMUNITIES
CLAUSE PROTECTS THE RIGHTS OF CITIZENS, TO INCLUDE OUT OF STATE
AND OR EVEN FOREIGN SOVEREIGN AND OR FOREIGN STATE CITIZENS
IN THIS CASE VIA THE FOREIGN SOVEREIGN IMMUNITY ACT CONNECTIONS,
TO PLY THEIR TRADE, PRACTICE THEIR OCCUPATION AND PURSUE A COMMON
CALLING. IN THIS INSTANCE, THE "COMMON CALLING" OF ALL MEMBERS
 OF THE SOLE CORPORATION IS THAT OF FIDUCIARY PROPHET, KING,

KHALIFAH, IMAM, LAWGIVER AND HIGH PRIEST WITH SUPERSEDING AT-
TORNEY, JUDICIAL AND LEGISLATIVE POWER AND AUTHORITY. THUS,
THE COURTS CANNOT IMPAIR, ONCE PROPERLY PETITIONED FOR BY DUE
PROCESS LAW, THE FIDUCIARY KING-KHALIFAH'S RIGHTS ON ACCOUNT
OF HIS OUT OF STATE CITIZENSHIP, SINCE HE DENOUNCES ANY AMERICAN
CITIZENSHIP, ACTING FOR PROTECTORATE PURPOSES, SCHWARE v. BOARD
OF EXAMS OF STATE OF N.M., 353 U.S. 232, 77 S.Ct. 752, 64 A.L.R.
2d. 288, 1 L.Ed.2d. 796(U.S.1957); FACIRE v. SULLIVAN, 2017
WL 3710066(D.C.Nev.2017); VIRGINIA BOARD OF MEDICINE v. ZACKRISON
67 Va. App. 461, 796 S.E.2d. 866(2017); DOE v. ROGERS, 139
F.Supp.3d. 120(D.C.C.2015); McBURNEY v. YOUNG, 569 U.S. 221,
133 S.Ct. 1709, 185 L.Ed.2d. 758(U.S.2013); HENRY v. VERMONT,
2017 WL 2167123(2017); SCHOENFELD v. SCHNEIDERMAN, 821 F3d.
273(2nd.Cir.2016).

WHEN IT COMES TO THE SUPERSEDING ATTORNEY, JUDICIAL AND
LEGISLATIVE POWER AND AUTHORITY OF THE CROWN ESTABLISHED BY
DUE PROCESS LAW TO WHICH THE KING-KHALIFAH, JAHJAH AL MAHDI
AKA LAWRENCE L. CRAWFORD, THE FIDUCIARY FOREIGN SOVEREIGN TO
THE (4) GLOBAL THRONES OFFICIALLY INVOKES AND EXERCISES BEFORE
THIS COURT. THE 3rd. CIRCUIT COURT OF APPEALS NOR THE N.J. DIS-
TRICT COURT NOR THE STATE OF NEW JERSEY OR STATES OF THIS NATION
OR ANY OTHER NATION SINCE THE (193) MEMBERS STATES OF THE U.N.
ARE PARTY TO THE DEFAULT AS WELL, CANNOT DIMINISH THE RIGHTS
OF THE KING-KHALIFAH, JAHJAH AL MAHDI, THE KING OF THE NORTH,
AND HIS HOLY COMMONWEALTH, THE PEOPLE, ESTABLISHED BY CONTRACT
AND DEFAULT WHICH IS LEGALLY PROTECTED UNDER BOTH ARTICLE 1
SECTION 10 AND ARTICLE IV § 2 OF THE U.S. CONSTITUTION AND DUE
PROCESS LAW. IT IS ESTABLISHED AS BOTH A "LIBERTY" AS A FOREIGN
SOVEREIGN KING-KHALIFAH AND A "PRIVILEGE" BY WHAT OCCURRED UNDER
CASE 2013-CP-400-0084 IN THE SOUTH CAROLINA COURT BY THEIR FRAUD.
NO STATE SHALL CONVERT A LIBERTY INTO A PRIVILEGE, LICENSE IT,
AND EXCHANGE A FEE THEREFOR, MURDOCK v. PENNSYLVANIA, 319 U.S.
105(U.S.1943).

YOUR LAWS CANNOT EXCEED THE AUTHORITY OF THE LAWGIVER,
WHICH I INDEED AM BY CONTRACT, DEFAULT AND COLLATERAL ESTOPPEL.
YOU HAVE NO MORE RIGHT TO DECLINE THE EXERCISE OF JURISDICTION
WHICH IS GIVEN WITH RESTRICTIONS BY THIS DOCUMENT WITH ITS AT-

TACHMENTS, THAN TO USURP THAT WHICH IS NOT GIVEN. THE ONE OR
THE OTHER WOULD BE TREASON AGAINST THE CONSTITUTION ITSELF.
THE SEVERAL STATES LEGISLATORS AND THEIR JUDICIARIES, WHICH
INCLUDE THE FEDERAL GOVERNMENT AND 3rd. CIRCUIT COURT OF APPEALS,
ARE BOUND BY THEIR SOLEMN OBLIGATION OF AN OATH TO SUPPORT THE
FEDERAL CONSTITUTION. IF YOU WILLFULLY LEGISLATE, OR GIVE A
JUDICIAL DETERMINATION VIOLATING THE KING-KHALIFAH'S RIGHTS
ESTABLISHED THEREBY, YOU ARE GUILTY OF FRAUD, PERJURY AND OTHER
FEDERAL AND OR STATE CRIMES WHICH VOID YOUR JURISDICTION, STRIP-
PING YOU OF IMMUNITY, SUBJECTING YOU TO CIVIL AND CRIMINAL PENAL-
TIES AS WELL AS DISMISSAL FOR ALSO BREACH OF THAT CONTRACT.
I AM SURE THAT RACIST BASTARD, DAVID DUKES, KU KLUX KLANSMAN
DEMON DOG, DONALD DUCK DUNCE TRUMP WILL ENJOY PLACING ANOTHER
JUDGE IN YOUR SPOTS, COHEN v. VIRGINIA, (6 WHEAT) 19 U.S. 264
(U.S.1821). THE CLAIM TO EXERCISE CONSTITUTIONALLY PROTECTED
RIGHTS CANNOT BE CONVERTED INTO A CRIME. SINCE THE STATE OF
SOUTH CAROLINA, THE NEW JERSEY SUPREME COURT, THE UNITED STATES
AND REMAINING (192) MEMBER STATES OF THE UNITED NATIONS, BY
THEIR ACTIONS IN NEW JERSEY AND CASE 2013-CP-400-0084 HAS NOW
ALSO CONVERTED THIS SOVEREIGN LIBERTY INTO A NATIONAL AND GLOBAL
PRIVILEGE, WHICH INDEED THEY HAVE. THE KING-KHALIFAH, HIS HOLY
COMMONWEALTH, AND ALL THOSE WHOM HE APPOINTS, CAN ENGAGE IN
THE RIGHTS WITHOUT IMPUNITY. YET, IT IS STILL A SOVEREIGN LIBERTY
PROTECTED UNDER CONTRACT AS THE FIDUCIARY HEIR AND SOVEREIGN
OF THE (4) GLOBAL THRONES, HURTADO v. CALIFORNIA, 110 U.S. 516
(U.S.1884); MILLER v. UNITED STATES, 230 F2d. 486, 489(5th.Cir.
1956); SHUTTLES-WORTH v. BIRMINGHAM, 373 U.S. 262(U.S.1963);
SHERER v. CULLEN, 481 F. 945, 946; MIRANDA v. ARIZONA, 384 U.S.
436(U.S.1966); STAUB v. CITY OF BAXLEY, 355 U.S. 313(U.S.1958);
UNITED-STATES-v.-JACKSON, 390 U.S. 570(U.S.1968); UNITED STATES
v. ETENYI--Fed. Appx'--, 2017 WL 6523328(10th.Cir.2017); EL-
AMEEN-BEY v. STUMPF, 825 F.Supp.2d. 537(D.N.J.2011). IT IS SO
ORDERED.

                          RESPECTFULLY,
                          JAHJAH AL MAHDI, KING, KHALIFAH
                          AND CHIEF JUSTICE OF THE GLOBAL
JANUARY 16, 2018          THEOCRATIC STATE AND COURT

4

RECEIVED IN CLERK'S OFFICE
DATE 10/3/18

RECEIVED CLERK'S OFFICE
2011 SEP 19 A 8: 54
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

Please file

in Cases 9:17-CV-1140-TLW-Bm; 9:16-CU-3808-TLW-BM; @ 9:17-CU-01633 And 9:17-CU-01344, 2016-000640; 2:17-CV-01300-RmG-mGB et. Al,

Thank You

" File in Case 1:14-CU-14176-ADB "

The United States District Court
The District of New Jersey
The District of South Carolina

Yahya Mu Quit;
Lawrence L Craw-
ford aka Jonah
Gabriel Jahjah
T. Tishbite

     Petitioner

Vs.

Judge Robert E Hood
Et Al.
    Defendants

C/A

8:17-CV-01804-RBH

JDA | 2:18-CV-
10129-JLL

Affidavit of

Service

1 of 36

We, Yahya mu Quit et al, do hereby certify, that we have mailed and or served a copy of an Affidavit of Facts Giving Judicial Notice; motion seeking Review by a 3 Federal Judge Panel For the purpose of disqualifying the SC District Court and transfer Venue to New Jersey; motion For Federal Custody; motion For an Independent Investigation; motion For an Extension of Time motion For a Pretrial hearing To establish collateral estoppel;

2 of 36

motion to VACATE the orders in CASE 2:18-cu-10129-JLL due to Fraud upon the court, motion To consolidate and motion To motion therefor pursuant to *** on the N.J. District court and all involved parties by US Mail postage prepaid by placing it in the institution mailbox on August 20, 2018. It is deemed filed that date. Houston v Lack,

Respectfully,
Jahjah Al Mahdi

Yahya muquit
Yahya Muquit

August 20, 2018

30936

The United States District Court
The District of New Jersey
The District of South Carolina

Yahya Muquit;
Lawrence L Craw-
ford aka Jonah
Gabriel Jah Jah
Ti Tishbite

     Petitioners

CA
8:17-cu-01804-RBH

JDA & 2118-cu-
10129-Jll

Affidavit of
Facts Giving
Judicial Notice;
Motion Seeking
Review by A 3
Federal Judge
Panel For the

4 of 36

PURPOSE of
disqualifying the
SC DISTRICT COURT
AND TRANSFER
VENUE to NEW
JERSEY; motion
FOR FEDERAL Custody;
motion FOR AN
INDEPENDENT
INVESTIGATION;
motion FOR AN
EXTENSION of Time;
motion FOR A
PRETRIAL hEARING
To ESTAblish
COLLATERAL ESTOPPEL;

VS.

motion to VACATE
the ORDER in
CASE 2118-CU-10129-
JLL due to FRAUD
UPON The COURT;
motion To
Consolidate and
motion To motion
Therefor PURSUANT
To FEDERAL RULES
6.2 , 6.3 , 16 , 57.
VI.011  60(b)(3) ,
28 USC §§ 1404,
1407 , 1455 (C) , 1602-
1612 ET SEQ.

JUDGE ROBERT E Hood
ET AL,
   defendants

To The NEW JERSEY District Court,

6 of 36

The SC District Court Et Al.,

The petitioners in this Action give All parties Judicial notice. These cases constitute multi-District litigation. We give the court notice that there are tag-Along Actions As depicted in case 8:17-cv-01804-RBH-JDA And its parallel cases Referred to within the documents filed in that case.

There the court will find:

(1) A copy of the filing in forma pauperis document And 6 month statement Related to cases 2:18-cv-10129-JLL Et Al., Judge Linares inappro-

7 of 36

priately entertain jurisdiction over this case to avoid suit and conspire in fraud within jurisdictions to which he had no power or authority establishing extra-territorial jurisdiction claims falling even under the N.J. long arm statutes. Once conspiring in acts of criminal conspiracy and obstruction of justice he administratively closed the New Jersey case. The filing in forma pauperis documents were sent in within the time required. He and the N.J. District Court spoliated that sent in in forma pauperis docu-

ments and claimed Crawford sought to reinstate the case without sending those required documents in acts of mail tampering stripping him of immunity. He is not a postal clerk to stop documents from reaching their destinations. A new set of filing in forma pauperis documents for the New Jersey District court is now attached. We motion to vacate all orders in case 2118-cv-10129-JLL and we motion it be consolidated with case 8:17-cv-01804-RBH-JDA.

Further, we challenge Judge Linares jurisdiction to issue any

9 of 36

ORDER in the NEW JERSEY CASE. He
SAT UPON his OWN CASE to which he is
A defendant. This created A structural
ERROR which voided his jurisdiction,
WILLIAMS v PENNSYLVANIA, 136-SCT 1899,
195 L.ed 2d 132, 84 USLW 4359 (US 2016).

Lastly, LINARES WAS conspiring across
multiple state AND Federal jurisdictions
to thwart Judicial review. As of
April 4, 2018 ALL matters related to this
case resided before the TRUSTEE Judge
JACQUELYN AUSTIN. Thus, due to the
FRAUD upon the court, CRIMINAL conspiracy
And obstruction of justice producing
over whelming prejudice And uncon-
stitutional action. his jurisdiction is
                    10 of 36

Void. the motion to VAcate the oRdeRs
in case 2:18-cu-10129-JLL And we motion
to consolidate that case with case 8:17-
cu-01804-RBH-JDA, Nudd u BuRRows, 91 US
667-683 At 440 (1875) ; Us u Throck morten,
98 US 61-71 (1871); Pyne u United States
Fsupp 3d, 2016 wl 1377 402 (Dc md 2016);
maRbuRy u madison, 5th, US (2 cRanch)
137, 180 ; Loumiet u United States, 65
Fsupp 3d. 19 (2014); montgomeRy u Louisiana,
136 sct 718, 193 Led2d 599, 84 USLW 4065
(US 2016) ; Hill u Snyder, 821 F3d 263, 865+
(6th cir mich).

Here the court will also find
Attached :
    (2) Exhibit, "cleRk RetuRn ".
This is the letter sent to us by

Judge Austin and the District court

(3)  A copy of the document entitled, "Affidavit of Facts Giving Judicial Notice; motion for leave to supplement the complaint; motion to intervene due to Fraud upon the court challenging the District courts jurisdiction ... Notice seeking leave to Appeal, (20) pages dated August 2, 2018 with its attachments.

(4)  A copy of the Affidavit of Facts Giving Judicial Notice; Filing Writ of Error; motion To Amend the defendants; ***, (17) pages dated July 7, 2018 with its attachments.

For the Record. The Habeas

12 of 36

CORPUS Action sought Under Case 2118-
cv-10129-JLL is essentially identical
to the Habeas Corpus sought Under
Case 8:17-cv-01804-RBH-JDA attacking
both the New Jersey charged from
1986 and the present murder the
King Khalifah was framed for. Therefore,
it would not be inappropriate to
consolidate the cases for the purpose
of review.

Pursuant to the multi-district
litigation Rule 6.2 (a)(b)(d) and 6.3 (a)(b).
We motion for a panel review by
the Judges of the New Jersey District
Court, other than Judges Linares,
Cecchi and Shipp who are defendants
in this case for the purpose of

13 of 36

seeking transfer of case 8117-cv-
01804-RBH-JDA due to egregious Acts of
Fraud upon the court, structural error
pursuant to Williams v Pennsylvania
As well As for violations of the code
of Judicial conduct And Disabilities
Act 28 USC §§ 351-364 in that the
Judges have engaged in conduct
prejudicial to the effective And
expeditious Administration of the
business of the courts in that
the judges involved have had
improper discussions with parties
or counsel on one side of this
case And have treated the
litigants in a demonstrably egregious
And hostile manner in All efforts

14 of 36

to thwart fair and proper review
conspiring under color of law and or
authority to be silent on essential
jurisdictional issues by this fraud which
void their jurisdiction for unconstitu-
tional action and DUE PROCESS violation,
Vaeth v Board of Trustees, FSupp3d,
2016 WL 725386 (DC Md 2016); Wells Fargo
Bank NA v H.M.H. Roman Two NC LLc,
859 F3d 295 (4th Cir 2017); Mosley v.
United States, 2018 WL 1187778 (NC 2018);
US v Lawrence, FSupp3d, 2015 WL 856866
(SD Va 2015); White v Manis, 2014 WL
1513280 (DSC 2014); MDC Innovators LLc
v Northern Fed Appx'~, 2018 WL 1129607
(4th Cir 2018); Homer v Neighborhood
Housing Services of Chicago, 138 SCt 13,
199 LEd2d 249 (US 2017); US v Korp,
15 of 36

F.Supp.2d, 2013 WL 289 8056 (WDNY 2013);
Jopley.Com, 1998 WL 684203 (4th Cir 1998);
See v FARMER, F.Supp.3d, 2015 WL 5838867
(SD.Tex.2015); Us v mosberg, 866 F.Supp.2d
275 (DNT 2011). Therefore, we motion for
a panel review for the purpose of
seeking to transfer these cases to
New Jersey pursuant to 28 USC §§ 1404,
1407, 1602-1612 et seq in the interest
of Justice. We ARE talking about a
consistent pattern of such violations
that rise to a level of misconduct.
Rule 82 on venue provide. These
rules do not extend or limit the
jurisdiction of the District Court
or the venue of actions in those
courts. Lets take this thing from the

beginning. First we have the Judges
conspiring across multiple jurisdictions
to thwart fair and proper review
by listing the defendants in the
case incorrectly. The Judges in improper
discussions have the defendants. The
SC Dept of Corr. block and delay copying
the (14) page affidavit attached to the
face of the complaint so they could
list the defendants improperly. Their
intent was to make the case appear
frivolous to unjustly dismiss it. Their
additional intent was to prevent
evidence of claims of collateral estoppel
from being established in the court
record emerging from the CRAWFORD
state case 2013-CP-400-0084 to which

17 of 36

the United States and United Nations are party to the default establishing Crawford as their King, Khalifah to the 4 Global Thrones of Religious prophesy. They knew if the Crawford documents entered the record they would be barred from challenging these claims by collateral estoppel. Then they conspired to make it look like clerical error but in an abuse of discretion failed to correct it so they could justify dismissing the case, NTN Bearing Corp v U.S., 74 F3d 1204 (DDC 1995).

OUR ISSUE is not with their judicial determination so much. It is with the FRAUD upon the court and acts of machination that pro-

18 of 36

diced them. All decrees or judgments, from all courts can be attacked collaterally for fraud upon the court which is free from procedural limitations. In Re Gemesys Data Technologies Inc, 204 F3d 124 (4th Cir 2000); United States v Conrad 675 Fed Appx' 263, 265 CA 4 (Dec 2017); Fox Ex Rel Fox v Elk Run Coal Co Inc, 739 F3d 131, 87 Fed. R. Serv. 3d. 534 (4th Cir 2014); Myles v Dominoes Pizza, Llc, 2017 WL 238436 (D.C Miss. 2017).

Once we caught the error, we sought to Amend which was criminally blocked. A person can Amend once without consent of the court before a Responsive pleading is served as a matter of law. Vasquez v Johnson County Housing Coalition, Inc, 2003

19 of 36

WL 214 791 86 (D.C.Kan. 2003); SAPIRO v ENCOMPASS INS, 221 F.R.D. 513 (Cal 2004); Bell Atlantic Corp. v. Twombly 550 U.S. 544, 127 SCt 1955, 167 L.Ed.2d 929 (US 2007); BATTERHAM v MONO COUNTY LAW ENFORCEMENT, 2012 WL 423711 (E.D Cal 2012); HARPER v United States POSTAL SERVICE, 2018 WL 232 66 23 (M.D Va 2018); GLAZER v CHASE HOME FINANCE LLC, 704 F3d 453 (6th Cir 2013).

If the defendants were not listed the way they were intended to be filed but was blocked by FRAUD upon the court. The magistrate nor the Federal Judge can issue AN ORDER that is final in ANY capacity if the rights of ALL parties intended to be filed has not been adjudicated. ANY Amendment sought RELATES back

to the original complaint, GAYNEW CARL BAUER Schrauben fabriek GmbH, 595 FSUPP. 1081 (D MAINE 1984); Hall v Gibson Greeting, Inc, 971 FSUPP. 1162 (SDOhio 1997); maxwell v Unilever United States, Inc, 2018 wl 3619654 (NWD CAL 2018).

It is well established by law that A NON party to an Action such as mu quit and the parallel parties can argue collateral estoppel. see Best v BANK of America NA, 2015 WL 512 44 63 (ED NY 2015); Workman v City of SYRACUSE, 2015 WL 300435 (NWD NY 2015); Beastie Boys v monster Energy Co, 2015 wl 736 078 (ED NY 2015).

The SC District court in Acts of fraud and to prevent the esta-

blishing of jurisdiction before the Trustee prevented us from arguing and establishing collateral estoppel. We are masters to decide what law we will rely upon. The Fair v Kohler Die & Specialty Co., 228 US. 22, 25, 33 SCt 410, 411, 57 Led 716 ; Bell v Hood, 327 US 678, 66 SCt 773 (US 1996); US v Lane, 75 US 185, 200-01, 19 Led 445, 449 (US 1868); Looney v City of Wilmington Del., 723 F.Supp. 1025 (D.C Del 1989); In Re Riggle, 389 B.R. 167 (D Colo 2007); In Re Bundick 303 B.R. 90 (ED Va 2003).

The magistrate cannot issue an order designed for the specific purpose of preventing us from establishing collateral estoppel. It is a violation of due process making the

222836

proceeding unconstitutional and void. The court is barred from arising any issue which was adjudicated in a former suit. One of the essential elements of collateral estoppel are the identity of parties which is why they listed the defendants incorrectly and blocked intervention by Crawford to protect his interest. It bars the court and party from raising any issue which could have been raised in a suit on a different cause of action involving a party to the first case, specifically, case 2013-CP-400-0084 the Crawford state case which is our true process right to establish. Yet we were denied

23of36

this by FRAUD UPON the COURT AND obstruction of justice, IN RE GUY, 552 B.R 89 (DSC 2016); HAY GROUP MANAGEMENT, INC v SCHNEIDER — F.Supp 3d —, 2018 WL 655595 (ED Pa 2018); SARA Y WILSON, APPELLANT, v CHARLESTON COUNTY School DISTRICT RESPONDENT, —SE2d —, 2017 WL 1075196 (SC 2017).

To Add insult, Judge Austin AND the defendants, including Linares, conspired to Allow the 4th Circuit UNDER CASE 18-6606 to inappropriately entertain jurisdiction to Allow them to MAKE A FRAUDULENT determination to thwart fair judicial REVIEW And the granting of the REQUIRED PRETRIAL

24 of 36

hearing to address the estoppel
which is why she issued the order
to prevent the record from being
established. The 4th circuit judge
Austin and defendants in improper
discussions with the parties on
one side of the case decided they
must prevent service on Austin of
the documents because once Austin
is served the documents she
conspired in obstruction to block
filing. Jurisdiction would have
been exclusively established before
Austin divesting jurisdiction from all and
in case 18-6606 which would have prevented
the 4th circuit judges from causing

25 of 36

irreparable damage And Allow all
defendants to Avoid suit establishing
Extra Territorial claims Also permitting
us to establish venue in New Jersey.
The Trustee Austin must be detached
from the conspiratorial influences
And be made to operate in her
Fiduciary function As Appointed by
the Foreign Sovereign Crown, Rights
legally established Under case 2013-
CR-400-0084 which is why they blocked
the filing. MORRISON v NATIONAL
AUSTRALIA Bank Ltd, 561 US 247, 130 Sct
2869, 177 LEd 2d 535 (US 2010), WESTERN
GECO LLC v. ION GEO physical Corp, 138
Sct 2129 (US 2018), Simon v Republic of
HUNGARY — F Supp 3d —, 2017 WL 440 2293

26 of 36

(DDC 2017) ; Bolivia Republic of Venezuela v Helmerich & Payne Intern, Drilling Co, 137 SCt 1312, 197 LEd2d 663, 85 USLW 4221 (US 2017) ; Fifth Third Bancorp v Dudenhoeffer, 134 SCt 2459, 189 LEd2d 457 (US 2014) ; Forbes v Forbes, 341 P.3d 1041, 2015 WY 13, JAN, 2015 ; Trustees of Darthmouth College v Woodward, 17 US 518, 1812 WIL 2201.

We timely filed objections to the magistrate judge's orders pursuant to Fed Rule 72(a) then simultaneously sought to Appeal it attaching all documents she sought to block to the face of the notice seeking leave to Appeal. Austin tried via the clerks to detach the

27of36

documents to avoid service of
them when by law the notice
seeking leave to appeal cannot
be altered, amended or vacated.
The Federal Judge cannot close
the case. Even if the panel de-
termines that case 8:17-CV-01804-RBH-
JDA is on appeal which is questionable
by their Fraud to block such appeal
timely made pursuant to Rule 73(c)
28 USC § 636 (C) (3), Case 2:18-CV-
10129-TLL is not on appeal which would
allow the panel to establish the
jurisdictional facts via that case.
See NORTHROP GAUMAN TECHNICAL
SERVICES INC. v DYN CORP INTERNA-
TIONAL LLC, 2016 WL 3346349, *5,
28 of 36

E.D. Va.) ; DOE v Public Citizen, 749 F3d
246 (4th Cir 2014); HUNTER v Town of
mocksville, NORTH CAROLINA, — FSupp3d —,
2017 WL 4221109 (NLC 2017); BERRIOS
v GREEN WIRELESS, LLC, 2017 WL 2120038
(md 2017); NEWTON v Consolidated GAS
Co of NEW YORK, 258 US 165, 42 SCt 264,
66 LEd 538 (US 1922); BAYOU SHORES
SNF, LLC v BURNWELL, FSupp.3d, 2014 WL
4101761 (DC FLA 2014) ; Eagle View Tech-
nologies, INC v XACTWARE Solutions,
INC, FSupp2d, 2013 WL 12071668.

INASMUCH, ALL Attachments AND
ALL documents REFERRED to therein
previously listed ARE Attached to
the face of this pleading for ALL
purposes which include for the

purpose of having venue transferred in the interest of justice. All claims, issues and defenses listed within all documents are argued before this panel to establish Austin as Trustee and venue in New Jersey. Let her travel and be accomodated on the governments dime and we seek to disqualify the SC District court and all other Judges involved, Berger v US, 255 US 22, 41 SCt 230, 65 Led 481 (US 1921) ; Canada v Miller, F.Supp.3d, 2014 WL 1512245 (2014) ; Booth v Ballard, 2016 WL 1275054 (2016) (A hearing is required) ; United States v Quinones, F.Supp.3d, —, 2016 WL 4413149 (2016) ; Pellegain v Berthelsen,

300836

F. Supp 2d, 2012 WL 10047 (DSC 2012);
GAMBLE v BANK of AMERICA, N.A,
2014 WL 246 84 65 (DSC 2014); CARTER
v SOUTH CAROLINA, 2014 WL 5325234
(DSC 2014); Williams v Pennsylvania SUPRA.

Inasmuch, we seek and petition
for a panel action to address the
matters before it to include
transfer of venue. Once matters
are addressed and a hearing is
established to determine if the
parties involved timely moved to
defeat the affidavits of default
and voiding of jurisdiction emerging
from Case 2013-CP-400-0084 based
upon Exhibits Judge Lee #'s 1-4.

31 of 36

Which also relate to Case 2:18-cv-10129-JH which is not on Appeal. It will automatically make any claim that Case 8:17-cv-01804-TBH-JDA may be on Appeal moot because it would prove the 4th circuits jurisdiction was void Ab initio due to Judge Austin having Exclusive jurisdiction which would permit the panel to Remand all matters to her, Ackermann v. Exxon mobil Corp, 734 F3d 237; Martin Evans v Chesapeake Appalachia, Llc, FSupp 3d, 2015 WL 668 1185 (NDW Va 2015); Bartels by and Through Bartels v Saber Health Care Group, Llc, 880 F3d 668 (4th Cir 2018); US Bank National Association v SRA Augusta SPE, Llc,

32 of 36

F.supp.3d, 2016 WL 6808132 (D MAINE 2016).

We motion to exceed any page limit requirements due to the exceptional circumstances that unprecedentially surround this case.

We motion for an extension of time until September 17, 2018 to put this case in proper form before the panel rules and give review once case number is assigned. We have state interference where the defendants have repeatedly made efforts to block service and based upon exhibit "clerk return". It gives indication that judge Austin may have had the clerk return

33 of 36

the documents she Attempted to Avoid service of. We At that point will need time to get them back before the panel to Allow the court to give its proper And full review before it makes its determination due to the Fraud.

We motion For An Investigation to be ordered via the court instructing the U.S. Justice Dept to give such via An independant Agency.

We motion For A pretrial And or evidentiary hearing pursuant to the US supreme court holdings under USU Law And

34 of 36

Fed Rule 16 (a) (5) (Q) (c) (I) to have all matters addressed on the court record, specifically the estoppel.

We motion to be taken into Federal custody and we be taken to a prerelease camp, the nicest one available. Case 2013-CP-400-0084 is a "False Imprisonment Tort" challenging conviction which is legally won. Non party collateral estoppel attaches to the parallel parties subject to tag along actions. All parties listed except Jason Gourdine are motioned to be sent to a prerelease camp within (10)

35 of 36

days of panel review and ruling.
This includes with all of our personal
property, Commonwealth of Virginia
v Ayem el, Defendant, 2016 WL 4507814
(ED Va 2016) ; Maryland v Ghazi-el, 2016
WL 273 6183 (md 2016) ; Williams v Holloway
2014 WL 5529742, * 2+ (ED Va 2014). The
convictions are already invalidated
and have been invalidated since
February 2016.

Respectfully,
Jahjah Al mahdi

Yahya muauit
et Al.
Yahya Mazzil

August 10, 2018

36 of 36

RECEIVED IN CLERK'S OFFICE
DATE 10/3/18

# Exhibit



=

" Trustee / 4th circuit "

=

" File in CASE 1:14-cv-14176-ADB "

=

United States Court of Appeals
For The Fourth Circuit

Docket No.(S) 16-2299 | 17-6693 ;
17-6925 | 17-7139 | 17-7134 | 17-7137 ;
17-7410 ; 18-6279 | 18-6606 Et AL.,

LAWRENCE L CRAWFORD AKA JONAH
GABRIEL JAHJAH Ti Tishbite Et AL,
                plaintiff / Appellants

                Vs.

Judge Robert E Hood Et AL,
                        defendants

Affidavit of Service

1 of 56

We, Jahjah Al mahdi, Anthony cook, Yahya muavit, david duren, Robert mitchell, Joseph Rowland et al, do hereby certify, that we have mailed and or served a copy of an affidavit of fact Giving Judicial notice, Reviewing the motion for Recusal; motion To challenge the 4th Circuits jurisdiction Due to fraud upon the court; motion To withdrawn the Appeal(s); motion for an evidentiary hearing and motion To motions Therefor, on the 4th circuit court of Appeals, on Trustee Judge Austin whereby Judge Austin you are to immediately serve all parallel courts, cases and all other

2 of 56

NECESSARY parties electronically, have your clerk do it, by US mail postage prepaid by depositing it in the institution mailbox on JUNE 8, 2018. It is deemed filed that date, Houston u Lack, 287 US 266, 273-76, 108 SCt 2379 (1988).

Joseph Rowland

Joseph Rowland

Respectfully,

Jahirah Al Mahdi

Anthony Cook

Anthony Cook

Yahya Muquit

Yahya Muquit

Robert Mitchell

Robert Mitchell

David Duren

David Duren

JUNE 8, 2018

United States Court of Appeals
For The Fourth Circuit

Docket No.(S) 16-2299 ; 17-6693;
17-6925 ; 17-7139 ; 17-7134; 17-7137;
17-7410 ; 18-6279 ; 18-6606 ET AL.

Lawrence L Crawford AKA Jonah
Gabriel Jahjah T. Tishbite et al.,

                    plaintiff / Appellants

            vs.

Judge Robert E Hood et al,

                    defendants

Affidavit of Facts Giving Judicial
            4 of 56

Notice | Renewing the motion for
Recusal | motion To challenge the
4th circuits jurisdiction due to fraud
upon the court | motion To withdraw
the Appeal(s) | motion for an evidentiary
hearing and motion To motion therefor

_____

To: The 4th circuit court of Appeals,
The SC US District court,
The SC Supreme court,
The SC court of Appeals,
The N.J. District court,
Trustee Judge Jacquelyn
Austin Et. Al,

Here the parties will find:

(1) A copy of the order issued by

5 of 56

the 4th Circuit dated MAY 29, 2018 in the cases captioned above.

(2) A copy of the Affidavit of Facts Giving Judicial Notice, motion to intervene, motion to vacate the order and reinstate this case due to fraud upon the court, motion to challenge the courts jurisdiction and motion to motion therefor, Writ of error, (33) pages dated MAY 23, 2018 that is filed in case 2:17-cv-1300-RMG MGB establishing case 18-6606 in the 4th Circuit.

Insomuch, JAHTAH Al Mahdi, et al, the undersigned Affiant(s), hereinafter Affiants do hereby

6 of 56

solemnly swear and or declare and
or state as follows : (1) Affiants are
competent to state the matters set
forth herewith ; (2) Affiants have
personal knowledge of the facts stated
herein ; (3) All the facts stated herein
are true, correct, and complete in
accordance with Affiants best first
hand knowledge and understanding,
and if called upon to testify as
witnesses the Affiants shall so
state !

We are giving all federal courts,
all state courts, the SC Attorney
General, all federal Attorneys, all
state Attorneys to include any and
all other relevant parties, which

70 of 56

include Trustee Judge Austin Judicial
Notice. If You make use of Any
determination that comes from the
4th circuit. You would be knowingly
involving yourselves in Acts of criminal
wal conspiracy, obstruction of justice
And will place You in clear violation
of Your oaths of office where such
Action would be clearly unconstitutional
And void being produced by Fraud
upon the court, US v Eccleston Fed App.
2015 WL US 91890 (A4 (md 2015) | US v
Hockley, 662 F3d 671 (A4 (Va 2011) | US v
Tejada, 446 Fed App. 719, 2011 WL 3891825
(A4 (SC 2011) | Brenton v Burns, 2017 WL
491251 (DC md 2017) | Pegg v Hearn berger
845 F3d 112 (4th cir 2017); Nwdo v Burrows,

8 of 56

91 US 667-683 At 440 (1875) | US v Throckmorton, 98 US 66-67 (1871) | Pynlev United States, F.Supp.3d., 2016 WL 1377402 (DC md. 2016) | MARBURY v MADISON, 5th U.S. (2 CRANCH) 137, 180 | Viviles v United States 28 F.3d 423 Crim. LAW 1163(1), 1165(1) | Robinson v Arvonio, 27 F.3d 877 REHEARING denied cert. granted VACATED US SCt 1247, 513 US 1186, 131 LEd.2d 129 | Lou miet v United States, 65 F.Supp.3d. 19 (2014) | Johnson v United States — SCt — 2015 WL 2473450 (US 2015) | Montgomery v Louisiana, 136 SCt 718, 193 LEd.2d 599, 84 USLW 4063 (US 2016) | Greit outdoors LLC v Consolidation city of Indianapolis xxx, 187 F.Supp.3d. 1002, 1012, SD Ill. | Hill v Snyder, 821 F.3d 763, 765 6th Cir mich.) | People v Solo, N.E.3d, 2017

WL 183 8423 (2017) ; 24 Senatorial Dist Republican Committee v Alcorn, 820 F3d 624 (4th Cir 2016) ; Ulbeth v Board of Trustees, FSupp 3d, 2016 WL 775386 (DC md 2016 ) ; Wells Fargo Bank NA v H.m.H. Roman Two NC llc, 859 F3d 295 (4th Cir 2017) ; Mosley v United States, 2018 WL 1187778 (NC 2018) ; Rubin v Islamic Republic of Iran, 138 Sct 816 (Addressing the intellectual property of the Sole Corporation ).

The (33) page document dated Amy 23, 2018 is at the heart of the matter. The conspiring 4th circuit Judges listed in the complaint, to include the Senior Chief Judge, Realized we had the case in proper form under 2017-cv 1300-RMG-mGB which establish the appeal in

10 of 56

CASE 18-6606. They then conspired with Gergel to allow him to inappropriately entertain jurisdiction over that case knowing his jurisdiction was divested due to notice seeking leave to Appeal. The 4th Circuit Judges, in Acts of mail tampering, lose the copy of the subsequent notice seeking leave to Appeal or instructed the Clerks not to stamp it and send it down as Rule 4(a) required for over (21) days. They did this because by the documents filed in case 2:17-cu-1300-RMG we have now met the burden of establishing collateral estoppel by Exhibits Judge Lee #'s 1-5. The conspiring Judges knew if Judge Austin was now made Aware of this. Legally,

being bound by her oath of office to uphold the constitution, where these foreign sovereign rights are now legally protected under both Article I section 10 and Article III § 2. Judge Austin would now be required by her oath of office to act as Trustee. This would have automatically divested the 4th circuit of jurisdiction placing all matters before Judge Austin, so not only did they engage in acts of mail tampering, as they did in the past, and allowed Gergel to inappropriately entertain jurisdiction. They also issued the order in case 16-2299, knowing their jurisdiction was divested, to negate the now legally established jurisdiction of the Trustee

12 of 56

Judge Jacquelyn Austin. The documents were received by certified mail no. 7017 1070 0000 8670 0271 signed for by John Bryan on April 24, 2018. They were served on Judge Austin this exact same date and mailing. As is clearly indicated in the pleading. The law is clear. Service upon Agent is service upon Principle and visa versa even though no consent to be sued or Authorization to an Agent to Accept service of process has been given. Republic Properties Corp v Mission West Properties, L.R, 391 Md 732, 895 A.2d 732; Custom Polymers PET, LLC v Gamma Mec canica SPA — F.supp3d. —, 2016 WL 2354599 (2016) ; Myles v Rent-A-Center, Inc, 2016 WL 3917212 (Md 2016).

13 of 56

Therefore, As of April 24, 2018 the 4th circuits jurisdiction was divested which is why in Acts of FRAUD upon the court in CASE 16-2299 it issued the order to Allow it to inAppropriately entertain jurisdiction over these cases in Acts of FRAUD upon the COURT. This is Also why the COURT is Anxious to get us to sign the consent form to Allow them to perfect the conspiracy. Once Judge Austin is jurisdiction was Acquired by the documents filed in CASE 2:17-cv-1300 on April 24, 2018 it is exclusive, SEE PRESAULT v ICC, 494 US 1, 110 SCt 914, 108 Led 2d 1 (US 1990) (Brown v Brown, FSupp 2d, 2013 WL 2338233 (DCKY 2013); HARRIS v HH Gregg Inc, FSupp 2d, 2013 WL 133 1166 (NC 2013); KARWAL CHEWA v J.P.

14 of 56

Morgan Chase Bank N.A., 871 F.Supp.2d 834 (2012).

The Writ of Commission served on Judge Austin via case 2:17-cv-1300-RMG-MGB acts as a contract which cannot be unmade by the courts as is her oath of office to uphold the constitution requiring she act as trustee, American Mut. Liberty Ins. Co. v. Plywood-Plastics Corp., 81 F.Supp. 157 (D.S.C. 1948); Oparah v. The New York City Dept of Educ., F.Supp.3d, 2015 WL 4240733 (N.Y.D.C. 2015); International Ass'n of Machinists Lodge 1652 v. International Aircraft Services Inc. (Charleston), 302 F.2d 808, 49 L.R.R.M. (BNA) 2976 (4th Cir 1962).

Subject matter jurisdiction can be raised at any time, cannot be waived, can be raised to vacate the order

under case 16-2299 and is not subject to procedural limitations due to the clear acts of fraud upon the court, Grupo Dataflux v Atlas Global Group, L.P. 541 US 567, 124 SCt 1920, 158 LEd2d 866 (US 2004); Loumiet v United States, 65 FSupp3d 19 (2014); US v Tisdale, FSupp 2d, 2007 WL 2156666 (DSC 2007); Sebelius v Auburn Regional Medical Center, 133 SCt 817, 184 LEd2d 627, 81 USLW 4053 (US 2013); In Re Genesys Data Technologies Inc, 204 F3d 124 (4th Cir 2000); United States v Conrad 675 Fed Appx' 263, 265 CA4 (NC 2017); Fox Ex Rel Fox v Elk Run Coal Co. Inc, 739 F3d 131, 87 Fed. R. Serv 3d 534 (4th Cir 2014).

The acts judgments and decrees of all courts on record in this nation may be collaterally attacked for fraud upon the court rendering the order in case

16 of 56

16-2299 Void, Myles v Dominos Pizza
LLC, 2017 WL 230436 (DC miss 2017) First
Technology Capital, Inc v Barker, Inc,
2016 WL 744 49 43 (Dcky 2016).

Once Exhibits Judge Lee #'s 1-5
Where placed before the court in case
2:17-cv-1300-RMG, and served on Judge
Austin via that same filing the 4th
Circuit was deprived of jurisdiction on
April 24, 2018 making any subsequent
orders issued May 29, 2018 void Ab
initio, Ackerman v Exxon mobil corp.,
734 F3d 237 | Martin - Evans v
Chesapeake Appalachia, LLC, Fsupp.3d,
2015 WL 668 1185 (ND Va 2015) Bartels by
And Through Bartels v Saber Health
Care Group, LLC, 880 F3d 668 (4th cir 2018)
US Bank National Association v SRA Augusta

17 of 56

SPE, LLC, F.Supp3d, 2016 WL 680 8132 (D. MAINE 2016) ; Lee v City of Fayetteville, F.Supp3d, 2016 WL 4148313 (NC 2016) ; US v Mungro, 754 F3d 267 (4th Cir 2014) ; Universal Benefits, Inc v McKinney, 349 SC 179, 561 SE2d 659 (SC App. 2002) ; Ware v Ware, 743 SE2d 817, 820+ (SC App. 2013).

Lets further prove the Fraud. There were repeated motion for recusal placed before the court which the court ignored creating a structural error where these Judges sat upon their own case as is seen from case 2:17-cv-1300-RMG, 18-6606 in clear violation of 25 USC 455 and the holdings made under Williams v Pennsylvania, 136 SCt 1899, 195 LEd 2d 132, 84 USLW 4359 (US 2016) in Acts of Fraud upon the court and in an Abuse of discretion which void their

18 of 86

jurisdiction. By this their orders are void where they conspired and failed to rule on their refusal to deny us an appealable issue in violation of due process, Charley Enterprise, Inc v. Dickey Barbecue Restaurants Inc, 807 F3d 553 (4th Cir 2015), Kenwood Gardens Condominiums, Inc v. Whalen Properties, LLC, 2016 WL 6788052, * 11 t (md 2016), United States v. Quinones, 2016 WL 4413149, * 6 t (sD WV a 2016).

The 4th Circuit Judges and defendants did not want this case established under the jurisdiction of Judge Austin to prevent it from being discovered and clearly documented in all court records that collateral estoppel did attach and the United States war other parties

19 of 56

could produce no evidence that would prove they timely sought to defeat the filed Affidavits of default and voiding of jurisdiction. So their hope was to inappropriately entertain jurisdiction over the pending cases to make a Fraudulent Ruling to prevent these jurisdictional facts from being established in the court record in violation of their oaths of office and 28 USC §§ 242 and 1001, Sherritt v Dio Transport Inc, 2016 WL 6823324 (DSC 2016). The Affidavits now submitted under case 2:17-CV-1300 stand alone, even though there is other evidence to defeat a motion for summary judgment or sua sponte dismissal in these cases, SKS Cheek, LLC v First Bank of Delaware 990 FSupp 2d 762 (ED mich 2013), Akbar v 2018 56

Bangash, 2017 WL 4334912 (SD mich 2017); McKelvey v Reynolds, F.Supp.3d, 2016 WL 6518337 (DSC 2016); Universal Physicians Services LLC, 214 F.Supp.3d. 499 (DSC 2016); Ferrara v Ouadrozzi Equipment Leasing Corp, 2013 WL 3226755 (EDNY 2013); Anderson v Liberty Lobby Inc, 477 US 242, 106 SCt 2505, 91 LEd 2d 202 (US 1986); In Re Clean Burn Fuel, LLC, 2014 WL 2987330 (NC 2014); Williams v Secretary of Veteran Affairs – F.Supp.3d –, 2015 WL 5935169 (ND Ala 2015); Nelson v US Bank NA, 2015 WL 685271 (DSC 2015); Stratten v Mecklenberg County Dept of Social Services, 521 Fed Appx 278, 2013 WL 2364587, CA4 (NC 2013).

The party asserting it bears the burden of proving the issues he seeks to foreclose was necessarily decided at trial. In absence of a written order

PARTY CAN point to the transcript or documents filed in the case or oral decision such as the one by Judge Lee in the April 2014 hearing where she determined the affidavits stand if the word motion is removed And they are not timely contested by the court or parties. Thus collateral estoppel is established. The US Supreme Court then determined that the only thing the court can do is conduct An Ex Parte or evidentiary hearing to allow the party sought foreclose fair opportunity to show he was not given A fair opportunity to respond, which they can't do, since instead of pleading they chose Additional FRAUD by Attempting to circumvent the estoppel by trying to obtain protective orders to misrepresent the facts. Collateral estoppel Attaches

22 of 56

And As of April 24, 2018 jurisdiction is established before Judge Austin to Allow her, And her Alone, As Trustee to conduct Any subsequent hearing to establish Any further needed jurisdictional facts, or resolve Any other Federal question As Trustee, In Re Smith, 2016 WL 3943710 (Md 2016) ; US v SARAbiA, 661 F3d 205 (5th Cir. 2011) ; In Re QIAO Lin, 576 B.R. 32 (NY 2017) ; New Hampshire v MAINE, 532 US 742, 121 S.ct 1808, 149 LEdad 968 (US 2001) ; BAKER by ThomAS v General motors Corp., 522 US 222, 118 S.ct 657, 139 Led 2d 580 (US 1998) ; GATES v STRAIN, 2017 WL 2417051 (ED La 2017) ; Fifth Third Bancorp v DuDENhoeffer, 134 S.ct 2459, 189 LEded 457 (US 2014) ; Jones v Forbes, 341 P.3d 1044, 2015 (Wy 2015) ; Spires v Schools — FSupp3d — 2017 WL 4179774 (DSC 2017) ; PEREZ v AtimES District of Columbia,

23 of 56

Inc, F. Supp 3d; 2016 wl 6124679 (DC md. 2016);
M&G Polymers USA LLC v Tackett, 135 Sct 926
(US 2015); Hardt v Reliance Standard Life
Ins Co., 560 US 242, 130 Sct 2449, 176 Led 3d
998 (US 2010).

" Once those Affidavits were entered
into the court Record in CASE 2013-cp-400-
0084 and the state of South Carolina, the
United States and Remaining members
of the United States, who were all parties
to the default failed to timely file to
challenge or defeat the documents they
became true and correct with all its
contents and implications barring
challenge from any subsequent court,
Establishing jurisdiction before Judge
Austin, not the 4th circuit. Judge Lewis,
the United States and other parties in
CASE 2013-cp-400-0084 silence is Accep—

24 of 56

trustee which binds the court and judge
Austin as an employee of the United
States and by her oath of office to act as
trustee with exclusive jurisdiction as
dictated by the foreign sovereign crown
and sole corporation, N.L.R.B v Amax
Coal Co... Div of Amax Inc, 453 US 322,
101 Sct 2789 (US 1981) ; Chimney's Management Co LLc v Affiliated F.m Insurance
Co, 152 F.supp3d 159 (2016) ; Bauer v Quest
Communicators Co. LLc, 743 F.supp3d 221
(2014) ; Global Tech, 131 Sct 2060 (US 2011).

   The 4th circuit courts constant refusal
to rule on the motion for recusal and
whether or not based upon the evidence
produced by michelle Alexander and
the documentary "13" that aired on
PBS, are the provisions of PLRA and

                    25 of 56

AEDPA and the Clinton Bill that produced them unconstitutional due to they disproportionately targeting African Americans to their detriment contributing to the present mass incarceration of African Americans being silent on these key issues, circumventing on ruling when it was their duty to speak is an Act of Fraud upon the court. It is well settled that willful blindness or conscious Avoidance is the legal equivalent of Knowledge, United States v Antzoulatos, 962 F2d 720 (7th Cir 1992), 28 USC & 1332 (a)(3) ( 20 F2d 775, 780, Wang v Ashcroft, 320 F3d 130 (2nd Cir 2003) ( Cooper v Harris, 137 SCt 1455, 197 LEd2d 837, 85 USLW 4257 (US 2017) ( Bank of America

26 of 56

Corp v City of Miami Fla, 137 Sct 1296, 197 Led 2d 678, 85 USLW 4227 (US 2017); Cook County v Bank of America Corporation, 2018 WL 156 L725 (2018); Horne v Harbor Portfolio V.I, L.P., — F.supp.3d, —, 2018 WL 173 7520 (N.D. GA. 2018); United States v Lanenham, 2017 WL 4857437 (DC Mexico 2017); US v TN Wright, 683 F3d 471 (4th Cir 2012) Its time for me to meet Trump.

US Supreme Court Under Ex Parte Virginia, 100 US 339 (1880). Any law or Act of the legislator that disproportionately targets African Americans to their detriment is unconstitutional, a violation of the 14th Amendment and is void. An Act of Congress or the judiciary or the executive branch,

27 of 56

like that clinton Bill Producing PURA
And AEDPA, that ARE REPUGNANT to
the constitution cannot become law
or stand As LAW. The constitution is
superior to Any ordinary Act of Congress
or the judiciary, EV Ancho v Pine-
Richland School District, 237 F.Supp 3d
267, 301 (WD PA 2017) | Taylor v US, 136 SCt
2074, 195 Ltd 2d 456, 84 USLW 4462 (US 2016)
klayman v OBAMA, 142 F.Supp 3d 172 (DSC 2015);
zivotofsky Ex Rel zivotofsky v KERRY, 135
SCt 2076, 192 Ltd 2d 83, 83 USLW 4391
(US 2015).

EVEN by legislative intent Under
the civil Rights Act. No LAW is to dis pro-
portionately target African Americans
to their detriment, US v Ron PAIR
ENTER PRISE INC, 489 US 235, 109 SCt

28 of 56

1027, 103 LEd 2d 290 (US 1989) IN RE ARGON CREDIT LLC - BR -, 2017 WL 4404269 (2017) United States v STE-BRI ENTERPRISES INC., 2017 WL 4226873 (DC Ohio 2017).

Judge Austin we can understand your reluctance in the past because though we claimed collateral estoppel we failed to enter the documents that establish it into the court record. This has been remedied now by Exhibits Judge Lee #1s 1-5 now filed in CASE 2017-cv-1300-RMG served on you via that case. Once this evidence is placed within the court record juris- diction lies before you Judge Austin And All other jurisdiction is divested. This means that only you, As Trustee,

can establish further the jurisdictional facts by conducting an evidentiary hearing, which we motion for which you must grant by decree of the sole corporation and foreign-sovereign crown for which your fiduciary duty is established by Writ of Commission. By those documents filed in case 2117-cu-1300-rmg you have now become the highest court and the court of exclusive jurisdiction. An evidentiary hearing is required in fundamental fairness to the defendants to allow them to respond before you exercise all superseding power and authority now legally given to you. All jurisdictional facts supporting claim that supposed jurisdiction exist must

30 of 56

APPEAR ON THE COURT RECORD. JURISDIC-
TION ONCE CHALLENGED CANNOT BE ASSUMED
IT MUST BE DECIDED AND DUE TO THE
WRIT OF COMMISSION ONLY YOU JUDGE AUSTIN
CAN DECIDE IT, NOT THE 4TH CIRCUIT, OR
EVEN THE US SUPREME COURT AT THIS JUNCTURE
SINCE THE UNITED STATES IS PARTY TO THE
DEFAULT ESTABLISHING YOU, NOW, LEGALLY AS
THE HIGHEST COURT IN THE LAND, PIPELINE
u MARATHEN, 102 SCt 2858; BASSO u
Utah Power & Light Co, 495 F2d 906, 909
(10th Cir 1974); Main u Thiboutot, 448
US 1 (1980); Latrina u Hopper, 102 F2d 118
(5th Cir 1939); Schooner Exchange
u McFaddon, 7 Cranch 116, 11 US 116, 1812
WL 1310, 3 LEd 287 (US 1812); DOE u Fed-
ERAL DEMOCRATIC Republic of Ethiopia, 189
FSupp.3d 6, 16 (DDC 2010); DOGAN u BARAK,

31 of 56

F.Supp.3d, 2016 WL 602 44116 (C.D. 2016).

By Exhibits Judge Lee #'s 1-5 the 4th circuit does not have jurisdiction to Act Judge Austin. You do where these rights placed upon you by writ of commission are now legally protected Under both Article 1 section 10 And Article IV § 2 by the default emerging from Case 2013-CP-400-0084 where All rights, titles, privileges And Immunities of the Sole Corporation And Foreign Sovereign Crown where legally petitioned for to establish. These now established constitutionally protected rights, And the exercising thereof, cannot be converted into A crime. BARRY v. Alexandria Women's Health Clinic

32 of 56

506 US 263, 113 SCt 753, 169 A.L.R. Fed 649 (US 1993) | Wills v Town of Marshall NC, 426, F3d 251 (4th Cir 2005) | Masterpiece, 2018 WL 2465172.

In regard to the 4th circuit judges involved. The US supreme court held that disqualification is required if an objective observer would entertain reasonable questions about the judges impartiality. If a judges actions or attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must disqualify. They sat upon their own cases and ignored the unconstitutionality of the PLRA and or AEDPA. They circumvented ruling on the motion for them

33 of 56

RECUSAL CREATING STRUCTURAL ERROR which void their jurisdiction for DUE PROCESS violation in Acts of Fraud Upon the court. Jurisdiction Now falls to you Judge Austin As Trustee, Liteky v US, 114 sct 1147, 1162 (1994). Justice must satisfy the APPEARANCE of Justice And they failed At this, Levine v US, 362 US 610, 80 sct 1038 (US 1960).

The 4th circuit Was divested of jurisdiction on April 24, 2018 once Exhibits Judge Lee #'s 1-5 were entered in the court record Under case 2:17-cu-1300-RMG with All of its Attachments. Under Federal law which is Applicable to All states that if A court is "without Authority, As the 4th circuit Was on

34 of 56

April 24, 2018, its judgments and orders, like in case 16-2099 etc are Regarded As nullities. They are not voidable, but simply void and form no bar to a Recovery sought, even, prior to a Reversal in opposition to them. They constitute no justification, and all parties or persons concerned in executing such judgments or sentences, are considered, in law, as trespassers". You cannot make a void proceeding a valid one which violates Due process making them unconstitutional where these judges conspired to conceal material facts in violation of 28 USC §§ 242, 1001 and Remain silent on issues of Recusal and Ex parte Virginia claims, Elliott v Piersol.

350f 56

i Pet. 328, 340, 26 US 328, 340 (US 1828);

Yates v Village of Hoffman Estates Illinois,

209 F.Supp. 757 (N.D. Ill 1962). Judges are

not immune from criminal liability,

Pulliam v Allen, 466 US 522, 529 (US 1984);

Forrester v White, 484 US 219, 108 S.Ct

538, 98 L.Ed.2d 555 (US 1988); Bradbury

v Dennis, 310 F2d 73 (10th Cir 1962); Melo v

US, 505 F2d 1026 (1974); US v Lawrence,

F.Supp.3d, 2015 WL 8568 66 (S.D. Va 2015);

Mina v Chester County, F.Supp.3d, 2015 WL

6550543 (2015); White v Manus, 2014 WL

1513280 (D.S.C 2014); Brown v US, 2014 WL

2871398 (D.S.C 2014); MDC Innovators LLC

v Northern — Fed Appx' —, 2018 WL 1129607

(4th Cir 2018); Hamer v Neighborhood

Housing services of Chicago, 138 S.Ct 13,

199 L.Ed.2d 249 (US 2017); Wells Fargo Bank

NA. v Farag, 2016 WL 2944561 (N.C 2016);

US v Korn, FSupp 2d, 2013 WL 2898056
(WD NY 2013) ; Jepsey v Com, 1998 WL 684203
(4th cir 1998) ; See v Farmer, FSupp 3d,
2015 WL 5830867 (SD Tex 2015) ; US v
Mosberg, 866 FSupp. 2d 275 (DNJ 2011).

Reparations for the first time in
this nations history are defaulted
on as well as the global nations
attaching, arresting or executing the
intellectual property of the sole
corporation in the form of the right
to marry giving it to Gays and
lesbians. African Americans after over
100 years of lynching, the middle passage,
400 years of slavery and Neo-slavery
pursuant to Jim Crow demand Justice.
Unarmed Black youth and men are

37 of 56

still being shot down, killed, murdered in cold blood by ARBITRARY, Abusive police officers who kill with RACIAL ANIMUS and impunity. All of this must be addressed And the 4th circuit denied these rights in violation of US SUPREME Court holdings UNDER MASTERPIECE CAKE Shop v Colorado (2018) behind Religious And RACIAL Animus denying us the EQUAL PROTECTION of the LAWS. THERE is duty to speak And they conspired to silence all of this in Acts of FRAUD Upon the COURT, PAUL Adams v California Institution, 2016 WL 646 4444, Holloway v PERRY, 2016 WL 407 4449. By Attaching that intellectual property they ARE in violation of the Hobbs Act effecting interstate Commerce As is seen by

38 of 56

the MASTERPIECE CASE. This is SUPPRESSION of TRUTH, US v Cotton, 231 F3d 890 (4th Cir 2000) ; IN RE DARA MAX DIESEL Litiga- tion — F.R.D. —, 2018 WL 949856 (ED mich. 2018) ; United States v Palin, 874 F3d 418 (4th Cir 2017) ; United States v Lusk, 2017 WL 508589 (SD Va 2017) ; Gusto v US, 523 US 1011, 118 Sct 1301 (mem) 140 LEd2d 329 (US 1998) ; USCA Const Art 1, § 8 cf 3; 18 USCA § 1951 ; United States v Henderson, FSupp3d, 2016 WL 6084637 (SD Tex. 2016) ; US v Rue, FSupp3d, 2015 WL 5007930 (SD Tex 2015) . Syria, Yemen And Africa must be dealt with.

PURSUANT to FEDERAL PROBATE LAW, also FOREIGN LAW defaulted on by the DEFENDANTS UNDER SC RULES of Civ Pro. RULE 44 Also by contract And default

39 of 56

And collateral estoppel, respecting persons, property and reputation in which the conspiring state and federal Actors framed the king - khalifah behind religious and racial hatred and illegally attached and executed the intellectual property of the sole corporation in the form of the right to legally marry giving it to Gays and lesbians in violation of the terms of the "grant" given to your global nations by the Sole Corporation. "Consensus facit legem" - consent makes the laws. "Factio credit veritali" - Fiction yields to truth, and the truth of the matter is that all rights, titles, privileges and immunities of the king-khalifah and sole corpora-

tion ARE now LAW, legally established
by DUE PROCESS UNDER CASE 2013-CP-400-
0084 which ARE binding upon All courts
And PARTIES CREATING And setting into
place All superseding ATTORNEY Judicial
And Legislative power And Authority
Now Exercised before this court, Even
through my duty Appointed TRUSTEE
Judge Austin who is bound by her oath
of office to uphold the constitution which
Now protects these Rights. " Nihul possumus
CONTRA VERITATEM " — We can do
nothing Against the truth. Biblical
Law at common Law supersedes All
Laws And JUDAISM, Christianity And
Islam is custom, custom is Law. The
constitution is to be interpreted Accor-
ding to common Law Rules whose

4 of 56

principles and history was familiar
to the FRAMERS of the constitution. The
United States adopted common laws
of England with the constitution. Robin
v HARDAWAY (1790) ; shiek v U.S. 195 US
65, 24 Supp. Ct 826, 49 Led 99; Caldwell
v Hill, 178 SE 383 (1934) ; US v Wong Kim,
ARK, 169 US 649, 18 Sct 456; SEE v JARKAS,
557 Fed App. 204 CA4 (Va 2014) ; DELTA
APPAREL INC v FARINA, 406 SC 257, 750
SE 2d 615 (SC App. 2013) ; MOORE v BYARS,
2013 WL 6402773 (DSC 2013); IN RE
ESTRAIN, 529 B.R. 865 Bkrptcy (DSC 2015).

 The (3) Holy Books of Judaism, Islam,
Christianity and Sunnah of The Prophet
muhammad under Federal Probate law
also As established legal documents
via "covenant", "contract" ARE MORE
43 of 56

than sufficient to prove prodigree and all rights and titles established thereby. The fact that the King-Khalifah's ancestors were brutally kidnapped, tortured and brought here against their will and enslaved shall have no adverse affect upon the "covenant", "contract" also being an intrinsic part established by the sole corporation being the law at the time the "covenant", "contract" was established which cannot be undone by Ex Post facto law. The (3) Holy Books and sunnah stand to meet the minimum prima facie requirement to invoke the provisions of the Foreign-Sovereign Immunity Act to establish the protection of his legally established

43 of 56

intellectual property by pedigree,
Gregory v Baugh, 2 Leigh 665, 1831 WL
1924 (Va 1831) ; US v mid continent
Petroleum Corp, 67 F2d 37 (10th Cir 1933);
Folkerson v Holmes, 117 US 389, 6 Sct
780, 29 Led 915 (US 1886) ; Brewster v
Villa, 90 F2d 853 (5th Cir 1937) ; Pleugh
v US, 133 Sct 2072, 186 Led 2d 84, 81
USLW 4372 (US 2013) ; US v Wells, 578
Fed Appx 234 (A4 (Va 2014).

The 4th Circuit judges ultimate
intent, conspiring under color of
law and or authority in abuse of
judicial process is to inappropriately
entertain jurisdiction over the
cases in question because they know
that the burden of establishing

44 of 56

Collateral estoppel rest with us. They know that they, conspiring with the state actors to block and delay copies, created an inability for us to place the cases in question in proper form and exhibits Judge Lee this 1-5 are not filed in the cases in question. Their intent is to say that since we did not offer into evidence the record of the prior proceeding as we now did in case 2:17-cu-1300-RMG that collateral estoppel must be rejected in the cases they are conspiring to adjudicate. Their intent would be then to claim res judicata in case 18-66061 2:17-cu-1300-RMG based upon the us of 56

procedural error in the fraudu-
lently adjudicated cases though case
2:17-cv-1300-RMG would indeed be
in proper form. See US v Lanier,
75 US 185, 200-01, 19 LEd 445, 449
(US 1868).

  Well lets deal with it. We now
officially motion to withdraw the
Appeals under Case(s) 16-2099 whose
order is void due to divested juris-
diction. Also Cases 17-6693, 17-6925,
17-7139, 17-7134, 17-7137, 17-7410 And
18-6279 etc. There is no need for these
Appeals when the case is in proper
form under 18-6606. Due to the
divesting of jurisdiction by the
pleading filed in case 2:17-cv-1300-RMG
Case 18-6606 is remanded to be

46 of 56

determined before the Trustee Judge
Austin. For the Record the motion to
dismiss any cases before the 4th
circuit does not constitute as a waiver
of all rights and claims asserted. It
is done to establish jurisdiction of
all matters before Trustee Austin.
This includes for all US District Court
cases that are the source of the
appeals. The order issued by Childs
is void since that case was on
appeal when she issued it. All cases
are to be consolidated to case 21-17-
cu-1300-RMG-MGB. An evidentiary
hearing is immediately sought Judge
Austin which require that you instruct
the US marshal to issue service
on all parties to give them an

478 of 86

opportunity to demonstrate that they timely sought to defeat the Affidavits that make up exhibits Judge Lee #'s 1-5. I make this Abundantly clear. Case 18-6606 is not withdrawn. Your jurisdiction is divested due to the pleading filed And Judge Austins jurisdiction is exclusive Requiring thatshe not the 4th circuit, conduct an evidentiary hearing to further establish the jurisdictional facts which Requires that service issue Judge Austin You Are to see to this by decree of the sole corporation And King-Khalifah. Consent is withdrawn from this 4th circuit And all matters

48 of 56

Are to be consolidated and heard under case 2:17-cv-1300-kmc with Austin presiding over all matters as Trustee as the case is placed before a jury. A jury trial is demanded after the evidentiary hearing. This is non negotiable. A trial and discovery must occur to obtain that evidence of actual innocence, Gordon v TBC Retail Group, Inc., F.Supp.3d, 2016 wl 4247738 (DSC 2016); Reed v Big Water Resort, LLC, F.Supp.3d, 2016 wl 2935891 (DSC 2016).

Now all acts of a court or the legislature apparently contrary to the natural right and justice, are, in our laws, and must be in the

449 of 56

nature of things, considered as void. Samuel Adams once stated: The natural liberty of man is to be free from any superior power on earth which exclude God because God is above the earth and the creator thereof. Samuel Adams stated man is not to be under the will or legislative authority of man, but only to have the laws of nature for his rule which are the laws of the one true God. And what are the relevant laws of God as it relates to the intellectual property? That no man shall lay with a man as he lieth with a woman and no woman shall lay with a woman as she lieth with a man. The laws

50 of 56

of NATURE ARE the laws of God;
whose authority can be superseded
by no power on earth and JAHJAH
Al mahdi As His designated lawgiver
by "covenant", by "contract" is the
embodiment of that super seding
power and authority. You have violated
the terms of the "grant" given to
your nations by the sole corporation
allowing me to intervene and correct
the injustice and render all same
sex marriages globally void and of
a nullity. I, we, are commanded
as fiduciary their and beneficiaries
of the trust, to protect the terms
of the contract, of the grant given
to your global nations. The courts
nor the legislature must not

5 of 56

obstruct our obedience to the one true God from whose punishments they cannot protect us. All human Constitutions which contradict Gods laws, ARE superseded thereby and we in conscience are bound to disobey as the Declaration of sovereignty defaulted on dictates. Such have been the Adjudication of our courts of justice in the past and must be Now, cited 8 CO. 118 A Bonhams case, Hob. 87 ; 7 CO. 14 A Calvins case ; Robin v Hardaway, 1 Jefferson 109, 114, 1 Va Reports 58, 61 (1772) Aff'd Gregory v Baugh, 29 Va 681, 29 Va Rep. Antn 1416, 2 Leigh 665 (1831) Masterpiece, 2018 WL 2465172. The American system, Matured

52 of 56

by the wisdom of ages, founded
upon principles of truth And sound
reason has been ruthlessly Abolished
in many of our states And this
nation by reprobate minded souls
And perverted ideologies, Abusing the
Equal Protection of the laws Clause,
who have rashly substituted in its
place the suggestions of perverted
Activists or socialists or scholiasts,
who invent new codes And systems
of pleadings to order clearly violating
Article 1 section 10 of the US Const,
burdening the obligation of the contract,
of the grant, given to your global
nations by the Sole Corporation. This
Attempt to in essence Abolish the

53 of 86

RECEIVED IN CLERK'S OFFICE
DATE 10/3/18

Exhibit

" RAGE # 2 "

=

" File in case 1114cu-14176-ADB "

=

RECEIVED IN CLERK'S OFFICE
DATE

Exhibit

"TABLE #3"

=

"Filed in CASE 1:14-cv-14176-ADB"

=

Inmate ID: _____     Case Status: _____

**Jeanette W. McBride**
Clerk of Court

**Virginia F. Belcher**
Chief Deputy Clerk of Court



**Mailing Address**
Post Office Box 2766
Columbia, SC 29202
Phone: (803) 576-1939
Fax: (803) 576-1925

## RICHLAND COUNTY JUDICIAL CENTER
Clerk of Court
Criminal Records Division
1701 Main Street
Suite 205
Columbia, SC 29201

Name: _Lawrence Crawford_

Date: _1-12-17_

We have received your inquiry and respond as follows:

____ Please find enclosed the following documents(s)
    ____ Disposition ____ Sentence ____ Warrant ____ Indictment ____ Motion
    ____ Other: _____

✓ A copy of your request has been forwarded for handling to: _The Judge_
    ____ Solicitors Office   ____ Public Defender's Office
*(Please note: Any motion or other court document has been clocked prior to forwarding to the appropriate office. This office DOES NOT schedule and/or handle motions or other legal matters)*

____ SCDC is responsible for clearing up detainers. Your charge(s) have been faxed to SCDC.

____ SCDC calculates credit for time served. Necessary records have been faxed to SCDC.

____ To obtain a transcript, please write to SC Court Administration at 1220 Senate Street, Suite 200, Columbia, SC 29201 and provide the case number, Judge's name, and date of trial.

We need more information to process your request:
____ Case Number ____ Charge ____ SSN ____ Court Location ____ Date of Arrest

____ There is no record of said charge.

____ Please contact: _____

DISCLAIMER: The role of the Clerk of Court's office is to maintain court documents. The office provides copies of case documents (with proper identifying information) upon request, but does not provide other information regarding a case. The Clerk's office is not permitted to give legal advice and/or determine length of sentence or other case specific questions.

LAWRENCE L CRAWford AKA

JONAH GAbRIEL JAHJAH T. TISHbite

#300839   WANDO A-127

Lieber CI. P.O.Box 205

Ridgeville, SC 29472

FILED
2017 JAN 12 PM 2:01
JEANETTE W. MCBRIDE
C.C.P.&
RICHLAND COUNTY

RE: Application For FORENSIC

DNA Testing

To: Richland Clerk,

I sent in an application for

DNA Testing on December 28,

2016. Can you tell me if it was

Received and is there a case

1of2

Number Assigned for the case?
This is my second Request.
Thank You.

Respectfully,
Jah-Jah Al mahdi

RICHLAND COUNTY
FILED
2017 JAN 12 PH12:01
JEANETTE W. McBRIDE
C.C.P. & G.S.

JANUARY 8, 2017

2 of 2

Lawrence L Crawford aka
Joniah Gabriel Jah Jah Ti Tishbite
#300839 Wando A-127
Lieber CI PoBox 205
Ridgeville, SC 29472

RE: DNA Application

To: Richland Chief
Administrative Judge,
The Richland Clerk,
The SC Attorney
General, General Sessions Court,

A copy of the attached
application for forensic
1 of 3

DNA Testing is being served on all of you to ensure there is no question as to mailing. Scotty General Service is on you by certified mail. SC Code Ann § 17-25-10 Require that you ensure the Clerk and court assign a case number and see that the case number is sent to me for purposes of a hearing. This Applies to all parties please Also pursuant to 42 USC § 1986. please see that the document

2of3

is filed and assigned a case number. The action would have been filed in Kershaw County but I am being blocked, subjected to acts of obstruction of justice by the conspiring parties. This forces me to file the action in Richland County of the same judicial circuit. Also the crime occurred in both counties. The assault occurred in Kershaw County but the death occurred in Richland County. This shows cause and prejudice permitting me to file the action in Richland County which is also the capitol and where the other conspiring parties reside. Thank you.

December 28, 2016

Respectfully

Jahjah Al Mahdi

3 of 3

# Certificate of Service

I, LAWRENCE L CRAWFORD AKA JONAH GABRIEL JAH-JAH TI Tishbite do hereby certify that I have mailed and or served A copy of AN Application For Forensic DNA Testing on the Richland County Chief Adm. Judge, the Richland Clerk And SC Atty. Gen. by certified mail And or US mail postage prepaid on December 28, 2016.

December 28, 2016

Respectfully,
JAHJAH AL MAHDI

1 of 13

STATE OF SOUTH CAROLINA

COUNTY OF **Richland**

**Lawrence L Crawford**

_Name of applicant and Inmate number (if applicable)_

**# 300839**

OR

IN THE INTEREST OF

**Korriesha Crawford**

_Juvenile_

v.

State of South Carolina

_____

)   IN THE COURT OF (Select one)
)   ☒  GENERAL SESSIONS
)   ☐  FAMILY COURT
)   **5th**        JUDICIAL CIRCUIT
)
)   APPLICATION FOR
)   FORENSIC DNA TESTING
)
)
)   ORIGINAL INDICTMENT NO.
)   **2004**-GS-**28**-**0385**
)
)            OR
)
)   ORIGINAL PETITION NO.
)   _____-JU-____-_____
)
)

## INSTRUCTIONS – READ CAREFULLY

In order for this application to receive consideration by the Court, it shall be in writing (legibly handwritten or typewritten), signed by the applicant and verified (notarized), and it shall set forth in concise form the answers to each applicable question. If necessary, applicant may continue an answer to a particular question on the reverse side of the page or on an additional page. Applicant shall make clear to which question any such continued answer refers.

Since every application must be sworn under oath, any false statement of a material fact therein may serve as the basis of prosecution and conviction for perjury. Applicants should, therefore, exercise care to assure that all answers are true and correct.

If the application is taken _in forma pauperis_, it shall include an affidavit (attached at the end of the form) setting forth information which establishes that applicant will be unable to pay the fees and costs of the proceedings. When the application is completed, the original shall be mailed to the Clerk of Court for the County in which the applicant was convicted or adjudicated.

I understand that DNA testing is only available if I have been convicted or adjudicated of an offense listed in S.C. Code Ann. § 17-28-30, that I am currently incarcerated for that offense, and that I am asserting that I am innocent of the offense. Further, if the conviction or adjudication was the result of a plea of guilty or nolo contendere, the application must be filed within seven years of the date of sentencing.

1.  Identify the proceedings in which the applicant was convicted or adjudicated:



CASE 2004-GS-28-0385 for the charge of murder

SCCA DNA 101 (04/2009)



2 of 13

2. Give the date of the entry of the judgment and sentence: _MARCH 2004_
_for murder_
and current place of incarceration: _Lieber C.I Ridgeville SC_

3. Identify all previous or ongoing proceedings, together with the grounds therein asserted, taken by the applicant to secure relief from his conviction or adjudication:

(a) _CASE 2013-CP-400-0084_

(b) _There is also Habeas Corpus_

(c) _filed in federal court_

4. Make a reasonable attempt to identify the physical evidence or biological material that should be tested: _DNA Samples taken from Karresha Crawford_

Identify the specific type of DNA testing being sought: _test for potential_ _maternity via standard from michael_

5. Explain why the identity of the applicant was or should have been a significant issue during the original court proceedings, notwithstanding the fact that the applicant may have pled guilty or nolo contendere or made or is alleged to have made an incriminating statement or admission as to identity:
_see attached sheets_
_"_
_"_
_"_

6. Explain why the physical evidence or biological material sought to be tested was not previously subjected to DNA testing, or if the physical evidence or biological material sought to be tested was previously subjected to DNA testing, provide the results of the testing and explain how the requested DNA test would provide a substantially more probative result:
_see attached sheets_
_3 of 13_

SCCA DNA 101 (04/2009)

Question No (5)

The identity of the Applicant or party in question, Michael Christopher Lee was significant because all indication give cause to believe the true cause of death of the Applicants daughter Kerresha Crawford was not caused by the Applicant where she may have died of NATURAL causes Resulting from the RAPE of her half brother michael Lee. Indication point to them concealing

4 of 13

these facts to produce a
fictitious homicide, concealing
the true cause of death in
the autopsy behind racial
and religious hatred.

If the DNA is tested to
michael Lee and his ~~DNA~~
shows up in the samples
taken from Korriesha Crawford
in the hands of Johnny
Jellers the Kershaw county
coroner It will prove that
she was not allegedly beat
to death by her father. It
will prove that she may have
5 of 13

2017 JAN 12 PM 12:03
JEANETTE W. McBRIDE
C.C.P & G.S.
RICHLAND COUNTY
FILED

weeks pregnant, spontaneously
aborted and it killed her
because she did not receive
a decontaminate cleaning
and they suppressed this
the autopsy.

It would prove her death
was caused by the sexual
assault of her brother and
they coaxed michael lee in
what to say to avoid prosecution
for his giving false testimony
at my trial to save himself
and frame me with the aid
of the state actors.

6 of 13

I give the court notice that the trial occurred in Kershaw County, but I am being blocked from filing in Kershaw County by the conspiring state actors. This forces me to file this Action in Richland County Court of General Sessions in the same circuit w/a obstruction of justice. Further, the alleged crime occurred in both Richland and Kershaw Counties. The Assault occurred in Kershaw County. The Actual death occurred in Richland County.

7 of 13

By this I must be permitted
to file in either county due
to the acts of obstruction
of Justice occurring in
Kershaw County. Habeas
corpus in the Federal Court
is also filed. I need this
evidence for these cases
As well. SC Code Ann §§ 17-28-350,
17-28-70, 17-7-25 And 23-3-635 Attaches.

Question (6) — The DNA
Was not previously tested
because the state actors
intention was to frame
the Applicant behind

8 of 13

racial and religious hatred.
If the DNA was tested and
michael Wees they would not
been able to suppress the
true cause of death in the
autopsy. The coroner testified at
the bond hearing the beating was only a
contributing factor and did not cause death.
(1) The DNA evidence
when tested produces Exculpa-
tory evidence because it will
prove my child died of natural
causes and they suppressed this
evidence despite numerous
request for discovery and
the investigative file at

9 of 13

-sLied which give further indication I was correct in my assertions. Its new evidence because they intentionally suppressed it in violation of the holdings made by the U.S. supreme court in WEARRY v CAIN, 136 SCt 1002, 194 LEd2d 78 (US 2016) which call for the conviction to be VACATED. Via this RECENT US supreme court Adjudication I have one year from that courts ruling to place this before the court I am timely.

10 of 13

_SEE attached sheets_

7. Explain why if the DNA testing produces exculpatory results, the testing will constitute new evidence that will probably change the result of the applicant's conviction or adjudication if a new trial is granted and is not merely cumulative or impeaching:

_SEE attached sheets_

8. I assert that I am actually innocent of the listed offense, that this offense is listed in S.C. Code Ann. § 17-28-30 and that I am currently incarcerated for the listed offense.  I attest that this application is made to demonstrate innocence and not solely to delay the execution of a sentence or the administration of justice.

9. If DNA testing is conducted and results are determined to be inculpatory by the Court, I understand that:

   (a)   The Court may hold me in contempt of court if it determines that my assertion of actual innocence was intentionally false;

   (b)   The Court may assess the cost of any DNA testing against me;

   (c)   The South Carolina Department of Corrections may use this determination to deny good conduct credit; and,

   (d)   The Department of Probation, Parole, and Pardon Services can use this determination to deny parole.

LAWRENCE L CRAWFORD
_____
Print Applicant Name

_____
Signature of Applicant

11 of 13

STATE OF SOUTH CAROLINA            )
                                   )              VERIFICATION
County of     Richland             )

I   L Crawford             , being duly sworn upon my oath, depose and say that I have
subscribed to the foregoing application; that I know the contents thereof; and that the matters and
allegations set forth are true.

_____
                                                    Signature of Applicant

SWORN to and subscribed before me this     28th
day of     December   , 2016

_____ (L.S.)
          Notary Public

My Commission Expires:     6-20-26

120f 13

## APPLICATION TO PROCEED WITHOUT PAYMENT
## OF COSTS AND AFFIDAVIT
## IN SUPPORT THEREOF

I, _L Crawford_, hereby apply for leave to proceed in this action without prepayment of fees or costs or security therefor. In support of my application I declare under penalty of perjury that the following facts are true:

(1)    I am the applicant in this action and I believe I am entitled to redress.

(2)    Because of my poverty I am unable to pay the costs of said proceeding or give security thereof.

_____
Signature of Applicant

SWORN to and subscribed before me this _28th_ day of _DECEMBER_, 2 _016_.

_____  (L.S.)
Notary Public

My Commission Expires: _6-20-26_

If it is necessary. I seek that you assign a case number and then transfer to Kershaw, but since crime occurred in both counties Richland should be permitted since its same circuit.

13 of 13

SCCA DNA 101 (04/2009)