AT A MEETING OF THE

# BOARD OF OVERSEERS OF HARVARD COLLEGE

IN CAMBRIDGE, January 11, 1926.



TRIAL EXHIBIT
P500
SFFA v. Harvard

Mr. James presented the report of the Special Committee on the Limitation of the Size of the Freshman Class, and after debate thereon, the Board voted to accept said report, and to adopt the following recommendations:

    1. That, during the next three years, 1926-27 to 1928-29, the limit of 1,000 Freshmen shall include dropped Freshmen as well as those newly admitted to the College and Engineering School, but not thereafter, save with the approval of the Governing Boards.

    2. That the application of the rule concerning candidates from the first seventh of their school be discretionary, both as to schools and candidates, with the Committee on Admission.

    3. That the rules for the admission of candidates be amended to lay greater emphasis on selection based on character and fitness, and the promise of the greatest usefulness in the future as a result of a Harvard education.

and further that said report and recommendations appear to the Board to be wise, but that they be referred to the Faculties of Arts and Sciences, and of Engineering, for advice.

The Board also voted that the Committee be discharged with the thanks of the Board for its excellent and comprehensive report.

    A true copy of record,

        Attest: *Winthrop H. Wade, Sec'y.*

Ac.1525

See Faculty Records Jan. 19/1926

Page 17.

*Strictly Confidential until all Boards
and Faculties concerned have acted*

# REPORT OF THE SPECIAL COMMITTEE APPOINTED TO CONSIDER THE LIMITATION OF NUMBERS

To the Board of Overseers of Harvard College:—

The purpose of this report is to present facts bearing upon different aspects of the question of numbers in the College and to offer certain conclusions for the consideration of the Overseers.

It will be recalled that a provisional limitation was sanctioned by the Overseers, by the following action on February 25, 1924:

> *Voted* — That the Board give its consent to the vote of the President and Fellows which defines a limit of size for the Freshman Class "for the present," with the understanding that this limitation is temporary in its nature and will be reconsidered at the earliest possible time.

At the same time the Board created this Special Committee to report —

> . . . on numbers in relation to equipment, personnel, standards, and the scope and function of the College.

Thus the vote establishing a limit of 1,000 "for the present" was precautionary. During the few years following the War and preceding the vote, numbers had been increasing with unparalleled rapidity. They had already begun to cause difficulties. Therefore, although Freshman enrollments had not yet reached the limit that was chosen, it was feared that they might soon pass it and that the College would not be able to stand the strain. Being conceived as precautionary the limitation was considered by all to be expedient, and it was adopted without long discussion. But it was understood that the subject would be canvassed more fully.

## I

Since the limit of 1,000 was established, two Freshman classes have come to Cambridge. The limit set "for the present" has about been reached.

The general rate of growth which has, but for the war-time, prevailed for Harvard College during more than 50 years, and which is shown in Tables 1 and 5, is so nearly constant that it

2

looks like a normal which it would be unreasonable not to consider in making estimates or forecasts. The recent noticeable augmentation of college enrollment throughout the country is even greater and looks as if our own normal would be borne upward rather than depressed by the tendencies in the country at large. (See Table 2.) The curves would lead one to expect that the number of qualified applicants for admission to the College may considerably exceed 1,000 in a few years unless some limitation is enforced.

Hitherto Harvard has always taken care of as many qualified students as the community wanted to send here. Now, however, we are asking the question whether we are not subjecting ourselves to a strain which will impair the quality of our work, whether we can go on, and if not, then what rate of growth we can permit ourselves, or at what point we must assign a stopping place. It is obvious that we are considering a very important question of policy.

II

Equipment, physical and financial, has been pointed to as a limiting factor. Data in Table 3 bear on this, and indicate the situation 20 years ago as compared with that in 1924–25.

The situation with respect to *lecture rooms* is further elucidated by the analysis of the state of things at the opening of the current year, 1925–26, which will be found in Table 4.

To illustrate some of the limitations now imposed by conditions which are beyond the Faculty's control by reason of the shortage of rooms for class meetings and the difficulty of lecturing effectively to very large classes, it will be sufficient to cite the following instances of forced limitation:

> English 41, History of English Literature; limited to 300.
> Biology 1, Life and its Environment; limited to 300.
> Geology 4[1], Introduction to Geology; limited to 300.
> Meteorology 1[1], Elementary Meteorology; limited to 100.
> Psychology 1[1], Introduction to Experimental Psychology; limited to 80.

All these are courses fundamental to their subjects; and naturally they are desired by students concentrating in other fields. Practically all Freshmen have been excluded from Biology 1 this year. From the educational point of view an uninterrupted use of lecture rooms is not economical. Large lecture halls cannot empty and refill immediately without curtailing the lecture periods; and

3

the entry of a new class at the close of each lecture stops the question-and-conference episode which normally follows each lecture and may last for from 15 minutes to as much as an hour, if the lecturer can remain in the room with the students who gather about his desk to question him. The economical remedy might be to provide small conference rooms next to lecture rooms. At present, however, there are almost none such, except in Sever Hall, where a few are conveniently placed. These few are regularly used for conferences. If there is no available place in or close to the lecture room for a student to remain and confer with the professor after a class meeting, he must seek the professor later in the Widener Library or at his house — which means, in most cases, that he does not consult him. We believe that the after-lecture conference is a most important item in the curriculum, and that it ought to be provided for. Moreover, the need of rooms for tutorial conferences is a serious one which requires to be met.

The foregoing facts and figures suggest the following conclusions:

Space and physical equipment, if they were the only bar to the admission of numbers, could perhaps be provided if money could be found; but the last 20 years' experience indicates that it is not easy to obtain money for laboratories and lecture rooms promptly. Although it is true that in many ways, and on the whole, Harvard's physical and financial equipment is better adapted to the education of the present student body than its equipment of 20 years ago was to the tasks of that day, we believe that, before more students can be accommodated, more lecture rooms, laboratories, and dormitories must be provided. The housing situation in Cambridge requires the last, and we conceive that more biological laboratories especially are essential. Additional lecture rooms, tutorial and conference rooms will also be required.

It appears at first sight that a good deal of lecture space is perforce vacant in the afternoon. The reason is that experience has seemed to show that the afternoon is best fitted for laboratory work, which requires continuous meetings of two hours or more. Only a few advanced courses meet in the evening. Whether a reorganization of the tabular view would relieve the situation has not been made evident. The question has been studied by the Faculty, which — to date — has not thought reorganization wise or practicable; but further attention to the problem appears desirable to this Committee.

## III

Teaching-personnel, standards, and function can hardly be discussed separately.

Educational methods and college policies are always changing. In the last 20 years the emphasis at Harvard has shifted from the course as the unit of instruction to the individual as the unit, and the technique for dealing with an unlimited number of student-units has not yet been found.

The conception used to be that if a large and liberal menu of opportunities in the way of courses was spread before the student, the main thing had been done for him. The old policy respecting physical training and exercise was typical of the then new theory of the College; a gymnasium was provided, and also playing fields, but after that about everything was left to the option of the student, who took as much advantage of these facilities as he liked, or none at all. In his studies he had to get through a certain number of courses if he wanted to keep in standing and graduate, but otherwise his education was nearly as much an affair of his own adventure as was his physical development. Lectures being the chief means of instruction, organization and methods were about as compatible with large as with small numbers of students.

During the last two decades, however, the College has increasingly undertaken to guide and stimulate the undergraduate's choices and ambitions, in the belief that all parts of the College which touch the undergraduate's life, whether physical, moral, or intellectual, should work in sympathetic accord. Obviously this imposes a much heavier task upon instructors and deans; and, the individual being the ultimate unit of education, success cannot help being more and more difficult as numbers grow.

The function of the College as thus conceived is exemplified by numerous changes or reforms which have been devised and successfully put into effect; but about these so much has been said elsewhere that it is needless to do more than enumerate them here. The concentration requirement; the general examination; the tutorial system, and along with it the diminished reliance upon lectures as the chief means of instruction; also the numerous measures intended to carry the Freshman through his transition from school to college — among them the Freshman dormitories, and a considerable development of services of information and guidance connected with the Dean's office; compulsory physical exercise; increased provision for dormitory accommodation; and various

improved facilities of a more or less social order, such as the Harvard Union, the reading-rooms in the Library, and others. The most striking evidence that these changes are combining toward one good effect is the way in which the number of students who graduate with distinction has been rising. In the period between 1915–16, the year when General Final Examinations were first given, and 1919–20, the percentage of men who won distinction by the examinations was 17.4; in 1924–25 the percentage had risen to 21.4. To this we should add the men who gained distinction in those departments in which no General Final Examination is given, and those who won distinction in general studies. When this is done we find that 29.8 per cent of those who graduated in last year's class had secured distinction in their studies.

It hardly needs saying that the present conception of Harvard as a residential college rather than just a University department implies a belief that there must be a greater degree of intimacy between teacher and student and between student and environment than there used to be. Crowds do not favor intimacy. Although the figure at which, for Harvard's purposes, overcrowding begins cannot be defined by any process of reasoning, we are persuaded that the Faculty — by whose sense of the situation the Governing Boards must be largely guided in such matters — already feels that there are now as many undergraduates as its present number of teachers and rooms allows it to cope with adequately. Many, indeed, feel that the limit of 1,000 is too high.

Is it feasible to remove one difficulty simply by enlarging the teaching force and multiplying assistant deans? The following comparisons between 20 years ago and today show how largely the teaching force has already been augmented, and yet by how small a margin it has gained on the students with whom it is trying to deal more personally. There are several Divisions which may still adopt the tutorial system — the Division of Mathematics will do so in 1926–27 — and their budgets for salaries will then have to be enlarged. In the departments of Natural Science there are, as yet, neither General Final Examinations nor tutors. Moreover, assistants in laboratories are normally paid less than tutors with the rank of instructor. It is possible that laboratory instruction might be distinctly improved by a more liberal policy. However, laboratory assistants can hardly be expected to have acquired the breadth of view which a tutor must possess, for assistants are selected for their ability to assist students in a very limited field. Nevertheless a larger expenditure of money for assistants appears

6

desirable, and the budgets of the scientific departments should be enlarged accordingly. As a matter of fact, they are now being increased for this very purpose as rapidly as the funds allow.

|  | 1904-05 | 1924-25 |
|---|---|---|
| Number of teachers of professorial rank in the Faculty of Arts and Sciences | 112 [1] | 172 |
| Increase |  | 53.5+% |
| Number of teachers of non-professorial rank in the Faculty of Arts and Sciences | 184 [1] | 233 |
| Increase |  | 26.6% |
| Number of students under the Faculty of Arts and Sciences (College and Graduate School of Arts and Sciences) | 2905 | 3804 |
| Increase |  | 30.9+% |
| Average number of students to each teacher of professorial rank in the Faculty of Arts and Sciences | 25.9:1 | 22+:1 |
| Average number of students to all teachers in the Faculty of Arts and Sciences | 9.8:1 | 9.4:1 |

From these figures it is clear that no substantial gain has been made in reducing the ratio of students to the whole number of teachers in the Faculty of Arts and Sciences, although the proportion of teachers of higher rank has increased. The individual student is, however, receiving more personal attention than is evident from the figures, because there has been no material increase in the number of courses offered, but a large increase in the number of men who give much of their time as tutors, instructors, and assistants to individuals or small groups.

It is obvious that, without any expansion in the number of subjects taught, an increase in the number of teachers is greatly to be desired. But before the teaching body is expanded to teach larger numbers, it will be necessary to finance larger budgets for the departments which have not yet adopted the general Final Examination and to increase salaries of professors and instructors all along the line, if Harvard is to hold her eminent position among the universities and colleges of America. Indeed, this will have to be done whether we expand or not. It is said that Chicago is now establishing a number of $10,000-a-year professorships. Harvard's maximum in the Faculty of Arts and Sciences is still $8,000. Justice and fairness, as well as competition and expediency, require a better salary scale. Conditions in Cambridge are becoming more and more difficult for men who are de-

[1] The Faculty of Arts and Sciences included the Lawrence Scientific School at this date.

7

pendent on the present salaries. In the long run it is the quality of its Faculties which mainly determines the position of a university. If that is not attended to, buildings, endowments, organization, and even traditions will prove to be of little avail.

Therefore, considerations of personnel, finance, and equipment all point to the necessity of maintaining a limitation of numbers in Harvard College for the present.

---

These are all what might be called internal considerations. It will be well to look at the situation of the College from the outside, too.

IV

The size of the College relative to the University and its other departments has not been constant, and may alter materially when the College stops growing. For many years the University as a whole has been increasing faster than the College anyway, though not so much faster as the creation of entirely new graduate schools might have led one to expect. The Graduate School of Arts and Sciences, which is in many respects an advanced department of the College, has been swelling in size more rapidly than the College itself, and faster than the University as a whole (see Table 11). The signs of the times indicate that this will probably continue (see Tables 5, 6, 7, and Figs. 2, 3, 4, 5); and this is desirable, for the Graduate School is the source from which most of the young teachers are drawn.

Table 8 shows which departments of the University are now restricting their size, and also those which have no present purpose of limiting it.

Even if the College should contain a smaller proportion of the total University enrollment than now, that in itself need not be deplored, for there is no necessarily right proportion. The influence of the departments under the Faculty of Arts and Sciences — namely, the College and the Graduate School — will always depend on the eminence of the teachers and the quality of the students' work. Since the College, through its graduates, does much to set the scholastic standard in all the graduate departments of the University, its influence is likely to remain predominant.

It may be feared by some that the College will receive less from the Treasury of the University as the students in the several graduate schools increase in number. But it must be remembered that, barring the Endowment Fund raised by the graduates since the War, the free funds at the disposal of the Corporation are small

in proportion to those that are restricted; and the history of the financial management by the Corporation gives every reason to believe that the College will not be overlooked in the future. It is true that if the College stands still in size while the other departments become bigger and more expensive, it will be more and more necessary to uncover new fountains of financial aid, and the graduates of the professional schools will have to assume more responsibility than in the past.

With reference to the Graduate School of Arts and Sciences, the Committee believes that from the point of view of the College the School can be a great deal bigger and still give more in the way of stimulation to both Faculty and students than it takes away by its drafts upon equipment and personnel; for this School is concerned not so much with what is particular and empirical as with what is fundamental and general. Philosophy, the so-called moral and social sciences; the fine arts and the humanities in their deepest and broadest senses; physics, chemistry, and mathematics, which underlie all our modern scientific progress, are there cultivated most eagerly and advanced most successfully. In short, although most of the students in the School are preparing for a particular profession, that of teaching, they are all engaged in liberal studies. What goes on in the Graduate School fertilizes the life of the whole institution — the College included — and draws together all its scholars into a true university. If it is in any way difficult for that School and the College to be closely associated — and it must be admitted that there are difficulties — the remedy is not to be sought in a jealous restriction of the School.

The extent to which the College prepared students for work in the graduate schools and professional schools is indicated by Table 12.

## V

It was remarked at the beginning that Harvard College has, until now, allowed itself to grow with the community. It is a striking fact that there has recently been a great increase in the proportion of the population seeking college education. Nothing yet indicates that the desire for college education will soon decline again, or even stop spreading. Forty years ago a high-school training was coveted by people of small means. Today the same large class has generally adopted a college as its goal. Furthermore, in the northeastern states many other colleges have limited numbers. Table 9 presents a situation which warrants serious

discussion, if not public anxiety. If all the endowed colleges in this part of the country decide to stand pat, or if most of them stick close to the existing size standards, to what institutions will this community which wants more opportunities for higher education, and waxes continually, send its boys?

We have all heard lately from within our own circle that our entrance requirements are "too high." If we are to turn away a greater and greater number of potentially qualified applicants who come from schools and communities which have hitherto supposed they could count on Harvard, we must be prepared to meet more and more such complaints.

If and when complaints are thrust at us, it seems to this Committee that the answer will be twofold. First, it is not for us but for the country to meet a general shortage of facilities by means of junior colleges and other diversifications in the field of higher education, or otherwise. Second, Harvard participates actively, not passively, in the general welfare of college education in the United States.

We must not forget that Harvard College is still, as it always has been, an explorer and pathfinder. It has lately again developed a new type of instruction, is thereby giving its undergraduates a distinctly better education than they have ever received before, and in this it is being imitated by other colleges. This furnishes a very potent reason for limiting our students to a number with which this system can be efficiently carried on until it has been perfected, rather than allowing that number to increase to a point that will interfere seriously with what we are trying to do.

## VI

It will be well, however, to ask the question, how the applicants for admission to the Freshman Class are selected from a considerably larger number. The Committee is not prepared to make a full report now concerning this difficult matter or to propose anything new. But as this report is primarily informative and intended to supply data for later discussion it will be appropriate to make certain explanations and comments.

First, it is probably wise to rehearse certain changes in the methods of admission which have recently been introduced, and to summarize the results to date.

Some of these changes have raised the minimum of admission in the past twenty years; more have simplified and lightened the

burden for all but the very lazy or incompetent. The chief items under the first are the requirements that (1) a candidate under the old plan must pass $\frac{7}{8}$ of the examinations required; (2) that he must pass $\frac{3}{8}$ of the total with satisfactory grades (70 per cent or higher); and (3) that he must write satisfactory English. Among the simplifying changes, some of which actually make admission easier, must be named:

(1) The New Plan, established in 1911–12, whereby candidates are admitted on a combination of school record and four examinations. Each case is considered individually, and the personality of the candidate may be given greater weight than under the Old Plan.

(2) All candidates, whether by the Old or New Plan, are now admitted without admission conditions, provided they satisfy the minimum requirements.

(3) Candidates who stand, at graduation, among the highest seventh of the boys in the graduating class of a regularly organized school, and who have the strong recommendation of the head master, are admitted without examination, provided they have satisfactory school records corresponding to the requirements of the New Plan.

(4) The examinations of the College Entrance Examination Board are now used exclusively for all candidates who present themselves in June under the Old or New Plan.

The following shows the admissions by the different plans for 1924 and 1925:

|  | 1924 | 1925 |
|---|---|---|
| Under Old Plan | 371 | 469 |
| Under New Plan | 196 | 191 |
| Under Honor Plan (1/7) | 309 | 314 |
| Total | 876 | 974 |

It will be seen that nearly one third of the Freshman Class is now entering on the so-called Honor Plan. When this plan was adopted, its primary purpose was to open admission to brilliant boys in schools that do not ordinarily prepare for Harvard; but the Admission Committee has felt that the vote was mandatory rather than permissive, and has believed that it had no discretion in the administration of it. The Committee which is making this report thinks, however, that it may be better *not* to extend this privilege of recommending boys under the honor system to large Eastern schools and similar institutions that regularly prepare boys

for entrance examinations, and it believes that the application of the rule should be left to the discretion of the Committee on Admission. This will not diminish the value of the school record of the candidates or of the personal estimates of their fitness on the part of the school masters. Table 14 shows how "Honor" Freshmen have been distributed geographically.

Few graduates realize that admission to Harvard College today is based not only on the records made in entrance examinations, when they are taken, but also on the school records and the judgment of school officials who have known the boys for some time. The value of the two latter is especially emphasized in the application of the honor system.

The vote which established a provisional limit went on to prescribe that —

> From the remaining candidates [1] the Committee on Admission shall fill up the quota, so far as it may be advantageously filled, by selecting those who, having satisfied the minimum requirements for admission, in the judgment of the Committee have best proved their competence.

Thus far there has been no opportunity to try the process of selection here contemplated, for the quota set has not been exceeded or even reached, and therefore there has been no chance to test the machinery for weeding out the excess of lower-grade men by inspection. When this clause goes into full operation it may affect about one-third of the candidates for admission.

Although the Committee is not prepared to make suggestions as to the methods of admission except on the single point mentioned above, it wishes to state —

(1) That it believes that it is neither feasible nor desirable to raise the standards of the College so high that none but brilliant scholars can enter and remain in regular standing. The standards ought never to be too high for serious and ambitious students of average intelligence.

(2) That it believes that standards, whether of admission or of work in the College, have not in fact been raised beyond this point, nor to such a point that there is any present prospect of their being made too difficult for such men. This is stated with confidence, in spite of certain complaints which have recently been heard.

(3) That, on the other hand, it sees no reason whatsoever for thinking that it would be a reproach to Harvard if it became

---

[1] Those whose admission records do not place them on an equality with Harvard undergraduates in the first four groups of the Rank List.

12

somewhat harder for a student to enter here than to enter elsewhere — always providing that standards are not above the level just indicated.

## VII

To conclude — it will have been made clear that the three chief difficulties in the way of dealing with large numbers are: (1) the lack of a sufficient number of teachers; (2) the lack of rooms to hold classes; (3) the difficulty of lecturing effectively to very large classes. The first two difficulties could probably be remedied in a few years by an adequate expenditure of money. But for the moment they are so insurmountable that this Committee is convinced that the restriction on numbers is truly necessary for the present. The Committee will go further, however. The difficulties just spoken of and the importance of working out to their logical conclusions the very promising experiments which the College is making in new methods of instruction, lead the Committee to advise that, in reckoning the Freshmen who are to be included in the thousand, "dropped" Freshmen should be reckoned as well as others. This was recommended by the Faculty in 1923. Dropped Freshmen are students who are taking a large part of their work in Freshman courses, and have always been registered as Freshmen.

---

The Committee presents the following recommendations which, if adopted by the Board of Overseers, are to be referred to the Faculty of Arts and Sciences for consideration and action:

(1) That, during the next three years, 1926–27 to 1928–29, the limit of 1,000 Freshmen shall include dropped Freshmen as well as those newly admitted to the College and Engineering School, but not thereafter, save with the approval of the Governing Boards on the recommendation of the Faculties concerned.

(2) That the application of the rule concerning candidates from the first seventh of their school be discretionary with the Committee on Admission.

> COMFORT A. ADAMS,
> JAMES BYRNE,
> CHESTER N. GREENOUGH,
> HENRY JAMES, *Chairman*,
> A. LAWRENCE LOWELL,
> CLIFFORD H. MOORE,
> WILLIAM S. THAYER,
> *Committee.*

13

## APPENDIX

In the writer's mind there is *one outstanding reason* for the limitation of numbers in Harvard College, and although this reason is implied at one point in the main report (where reference is made to the pioneer work of Harvard and to an improved type of instruction), the importance of the *real objective* seems to the writer to be of such dominant importance as to warrant a brief explanation, which has received the approval of the other members of the Committee.

The enormous strides made in our knowledge of the material universe during the past generation or two have introduced problems of coöperation between larger and larger groups, not only within the nation but of world-wide extent, the solution of which makes absolutely necessary a new kind of education — in fact, something more nearly corresponding to the original meaning of the word education.

Man is largely guided by his habits of thought: traditions, customs, hatreds, desires, prejudices, etc.; for the most part he does not know what it means to think for himself. He has the habit of accepting facts and arguments, however incomplete, superficial, or misleading they may be. He allows pictures to be painted in his mind by the promoter or the propagandist without demanding sound evidence of the so-called facts or making sure that the facts presented are reasonably comprehensive for the purpose in hand. Hence the enormous annual loss in crooked or unwise investments; hence the large predominance of failures of corporations and other business enterprises; hence the frightful and wasteful confusion of international relations.

The solution of these problems demands a kind of thinking or analysis which is new to the vast majority of even our educated class, a habit of mind which refuses to accept a biased presentation of facts; which withholds judgment until all the returns are in, and even then allows something for the probable incompleteness of the returns; which refuses to entertain prejudices and hatreds; which keeps its perspective free from anything but logic, justice, and truth.

No course of reasoning can yield more than is covered by the premises; it can only transform the facts or assumptions of the premises into a more useful form. Therefore, to reach a sound conclusion involves sound premises and sound reasoning, whether

<table><tr><td>

14

this be through the medium of words or of mathematics, which is merely quantitative logic.

It is not claimed that these ideals are new or original, but, unfortunately, they are not applied to any appreciable extent in our educational institutions. For the most part, our students listen, accept, and try to remember; rarely do they know what it means to demand sound evidence of the facts underlying their problem, to understand thoroughly the principles involved, and then to think carefully and surefootedly without the twist of bias or prejudice; they are mostly occupied with the endeavor to meet certain tests which are unfortunately too often tests of memory rather than of mental power; they rarely know the joy of making a subject their own, of thinking for themselves and of seeing the worth-while results of their own work.

Such a habit of mind is absolutely essential to the solution of the great problems confronting civilization today.

It is to the development of this habit in our students that Harvard College has set itself; but the task is a difficult one and takes time for its development. Teachers with this ideal are rare and must be developed; we cannot go out into the open market and hire them. We need time to imbue the present staff with the spirit of the movement and to develop the best technique and organization, without being so pressed for increase of staff and equipment as to fail in our major purpose, which is quality rather than quantity.

As the difficulty of forming new habits of mind increases with the age of the students, the undergraduate departments are the centre of attack, but even there the task is a difficult one, and demands a closer contact between student and instructor and much more work on the part of the instructing staff.

However, the objective is worthy of every possible effort and sacrifice. A thousand graduates with this habit of mind are worth more than ten thousand without it, no matter how well stocked with useful information or conventional knowledge the minds of the latter may be.

COMFORT A. ADAMS.

</td><td>

15

TABLE 1.  CONSISTS OF THE FIGURES UPON WHICH FIGURE 1 IS BASED

(see page 28)

TABLE 2

POPULATION OF THE UNITED STATES EXCLUSIVE OF OUTLYING POSSESSIONS

| 1870 | 38,558,371 | 1900 | 75,994,575 |
| 1880 | 50,155,783 | 1910 | 91,972,266 |
| 1890 | 62,947,714 | 1920 | 105,710,620 |

ENROLLMENT OF MEN AND WOMEN IN COLLEGES, UNIVERSITIES, AND PROFESSIONAL SCHOOLS IN THE UNITED STATES

| 1870 | 60,798 | From Rept. of Commissioner of Education |
| 1880 | 84,991 | " " " |
| 1890 | 109,664 | " " " |
| 1900 | 176,435 | " " " |
| 1910 | 338,018 | " " " |
| 1920 | 521,754 | From World Almanac, 1924 |

TABLE 3.  NUMBERS, BUILDINGS, AND INCOME

|  | 1904–05 | | 1924–25 | |
| --- | --- | --- | --- | --- |
|  | Number | Percentage | Number | Percentage |
| University enrollment, total | 4136 | ... | 7075 | ... |
| College enrollment | 2539[1] | ... | 3041 | ... |

*Dormitories*

| Undergraduates housed in dormitories owned by the College | 623 | 24.5+ | 1570 | 51.6+ |
| Dormitories in process in 1924–25 or planned and financed, not including Medical School and Business School buildings, are expected to provide for an additional | ... | ... | 358 | ... |

*Libraries*

Widener Library opened in 1914

*Laboratories* (additions)

Coolidge (Chemistry) 1913
Gibbs (Chemistry) 1913
Cruft (Physics) 1914
Research laboratory in connection with
  Farlow Botanical Library and Herbarium
Additions now financed and in process —
  Fogg Art Museum  $1,000,000
  Chemical Lab.     $2,000,000
  (NOTE: Biological laboratories are especially needed)

</td></tr></table>

TABLE 3 (continued)

*Lecture Rooms or Class Rooms*
Music Building, 1914

| Income | 1904-05 | 1924-25 |
|---|---|---|
| Income bearing funds for University | $18,036,025 | $66,024,462 |
| Total Expenditure for Faculty of Arts and Sciences | 563,048 | 1,486,194 |
| Expenditure for salaries in Faculty of Arts and Sciences | 408,887 | 1,077,402 |
| Expenditure for salaries per student under Faculty of Arts and Sciences | 140.75 | 283.23 |

[1] This includes the Lawrence Scientific School which in 1904-05 was under the Faculty of Arts and Sciences.

TABLE 4. COMPARISON OF ACTUAL AND POSSIBLE USE OF ROOMS,[1] 1925-26

A. *Number of Hours during which Rooms are in Use*

| Available Rooms | | Total 1-hr. periods possible per week | Number of periods in use from | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capacity | No. | | 8-9 | 9-10 | 10-11 | 11-12 | 12-1 | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 |
| 12-30 | 2 | 12 | 0 | 4 | 7 | 5 | 1 | 0 | 2 | 2 | 3 | 1 |
| 31-50 | 16 | 96 | 0 | 80 | 87 | 89 | 67 | 10 | 29 | 14 | 2 | 0 |
| 51-75 | 10 | 60 | 4 | 58 | 59 | 55 | 45 | 14 | 26 | 8 | 2 | 4 |
| 76-100 | 5 | 30 | 0 | 29 | 29 | 29 | 20 | 6 | 12 | 9 | 4 | 0 |
| 101-125 | 3 | 18 | 0 | 18 | 15 | 17 | 12 | 0 | 10 | 3 | 1 | 0 |
| 126-150 | 1 | 6 | 3 | 6 | 6 | 5 | 6 | 0 | 5 | 0 | 0 | 0 |
| 151-200 | 2 | 12 | 0 | 11 | 12 | 9 | 8 | 2 | 4 | 0 | 0 | 0 |
| 201-300 | 2 | 12 | 0 | 12 | 12 | 12 | 10 | 0 | 5 | 5 | 0 | 0 |
| 301-400 | 1 | 6 | 0 | 6 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 900 | 1 | 6 | 0 | 6 | 3 | 6 | 6 | 0 | 2 | 1 | 0 | 0 |
| Total | 43 | 258[2] | 7 | 230 | 235 | 233 | 175 | 32 | 95 | 42 | 12 | 5 |
| Per cent of 258 | | | .02 | .89 | .91 | .90 | .67 | .12 | .36 | .16 | .04 | .01 |

[1] This report covers the class rooms in the following buildings only: Emerson (not including 23 and 27, Psych. Lab.); New Lecture Hall; Sever (not including 25 [Class. Arch. Mus.] or tower rooms); Harvard Hall.
Two hundred and three meetings were held outside above buildings 1925-26; 137 in 1923-24.
[2] Multiplying this by 5 4/7 to get a weekly total for the hours from 9 to 1 and 2 to 5 on 5 week-days and the hours from 9 to 1 on Saturdays gives 1438.
The totals of "periods in use" for these hours, when added together, gives 1022, which is 71% of 1438.

TABLE 4. COMPARISON OF ACTUAL AND POSSIBLE USE OF ROOMS, 1925-26 (continued)

B. *Percentage of Available Rooms Utilized*

| Available Rooms | | Total 1-hr. periods possible per week | Percentage of actual use of rooms available | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capacity | No. | | 8-9 | 9-10 | 10-11 | 11-12 | 12-1 | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 |
| 12-30 | 2 | 12 | 0.0 | 33.3 | 58.3 | 41.7 | 8.3 | 0.0 | 16.7 | 16.7 | 25.0 | 8.3 |
| 31-50 | 16 | 96 | 0.0 | 83.4 | 90.6 | 92.8 | 69.8 | 10.4 | 30.2 | 14.6 | 3.3 | 0.0 |
| 51-75 | 10 | 60 | 6.7 | 96.7 | 98.3 | 91.6 | 75.0 | 23.3 | 43.4 | 13.3 | 13.3 | 6.7 |
| 76-100 | 5 | 30 | 0.0 | 96.7 | 96.7 | 96.7 | 66.6 | 20.0 | 40.0 | 30.0 | 5.5 | 0.0 |
| 101-125 | 3 | 18 | 0.0 | 100.0 | 83.4 | 94.4 | 66.6 | 0.0 | 55.6 | 16.7 | 0.0 | 0.0 |
| 126-150 | 1 | 6 | 50.0 | 100.0 | 100.0 | 83.4 | 100.0 | 0.0 | 83.4 | 0.0 | 0.0 | 0.0 |
| 151-200 | 2 | 12 | 0.0 | 91.6 | 100.0 | 75.0 | 66.6 | 16.7 | 33.3 | 0.0 | 0.0 | 0.0 |
| 201-300 | 2 | 12 | 0.0 | 100.0 | 100.0 | 100.0 | 83.4 | 0.0 | 41.7 | 41.7 | 0.0 | 0.0 |
| 301-400 | 1 | 6 | 0.0 | 100.0 | 83.4 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 900 | 1 | 6 | 0.0 | 100.0 | 50.0 | 100.0 | 100.0 | 0.0 | 33.3 | 16.7 | 0.0 | 0.0 |

In the last two years there has been an increase of 400 students under the Faculty of Arts and Sciences. In this period there has been an increase of 72 in the number of class meetings per week. This increase does not include additional meetings arranged by departments in their own departmental buildings, for example, additional Chemistry courses in Boylston Hall, etc. Twenty-two of these 72 additional class meetings have gone into the four main classroom buildings at the crowded hours 9 to 1; 26 have gone into these four buildings at other hours (that is, 7.45 to 8.45 A.M., or afternoons). The other 14 additional class meetings have been taken care of by the use of class rooms in buildings assigned for departmental uses (for example, Semitic Museum, Geological Lecture Room, etc.). All but two of these fourteen take place in the morning in the 9 to 1 hours.

It does not appear likely that the increase in the next two years will be smaller than in the last two. We are now using in the morning hours, from 9 to 1, 84.6 per cent of the capacity of the four main class-room buildings. Even if questions of health and safety were not involved it is unlikely, because of the impossibility of forecasting demands, that we could make 100 per cent utilization of our capacity. It does not seem feasible to crowd in more courses in the morning hours. Assuming that the Business School moves all of its class meetings across the river in the next few years, very small relief will be given since there are only fourteen meetings of Business School courses in our four main class-room buildings in the 9 to 1 hours.

TABLE 4 (*continued*)

C. *Enrollment in Largest Courses, 1924–25 and 1925–26*

| Name of Course | Under 400 1924–25 | Under 400 1925–26 | Over 400 1924–25 | Over 400 1925–26 |
|---|---|---|---|---|
| English A | ... | ... | 815 | 893 |
| "  28 | 223 | 240 | ... | ... |
| "  41 | 269 | 281 | ... | ... |
| "  2 | 193 | 190 | ... | ... |
| German A | ... | ... | 649 | 580 |
| French 2 | ... | ... | 453 | 543 |
| Mathematics A | 192 | 287 | ... | ... |
| Mathematics C | 206 | 233 | ... | ... |
| Physics C | 229 | 280 | ... | ... |
| Biology 1 | 243 | 264 | ... | ... |
| History 1 | ... | ... | 649 | 750 |
| Government 1 | ... | ... | 417 | 525 |
| Economics A | ... | ... | 405 | 485 |
| Philosophy A | ... | 347 | 407 | ... |

TABLE 5.  ATTENDANCE, 1870–1925 — HARVARD COLLEGE AND UNIVERSITY

| Year | Col. | Univ. | Year | Col. | Univ. |
|---|---|---|---|---|---|
| 1870–71 | 608 | 1316 | 1898–99 | 1851 | 3901 |
| 1871–72 | 620 | 1214 | 1899–1900 | 1902 | 4091 |
| 1872–73 | 635 | 1039 | 1900–01 | 1992 | 4288 |
| 1873–74 | 706 | 1167 | 1901–02 | 1983 | 4142 |
| 1874–75 | 716 | 1199 | 1902–03 | 2109 | 4261 |
| 1875–76 | 776 | 1290 | 1903–04 | 2073 | 4328 |
| 1876–77 | 821 | 1370 | 1904–05 | 2009 | 4136 |
| 1877–78 | 813 | 1344 | 1905–06 | 1899 | 3945 |
| 1878–79 | 819 | 1350 | 1906–07 | 2247 | 4026 |
| 1879–80 | 813 | 1356 | 1907–08 | 2277 | 4012 |
| 1880–81 | 828 | 1365 | 1908–09 | 2238 | 3918 |
| 1881–82 | 823 | 1382 | 1909–10 | 2265 | 4046 |
| 1882–83 | 928 | 1450 | 1910–11 | 2217 | 4123 |
| 1883–84 | 972 | 1526 | 1911–12 | 2262 | 4203 |
| 1884–85 | 1006 | 1594 | 1912–13 | 2308 | 4279 |
| 1885–86 | 1068 | 1669 | 1913–14 | 2359 | 4366 |
| 1886–87 | 1077 | 1688 | 1914–15 | 2473 | 4604 |
| 1887–88 | 1138 | 1812 | 1915–16 | 2519 | 5226 |
| 1888–89 | 1180 | 1899 | 1916–17 | 2642 | 5656 |
| 1889–90 | 1271 | 2079 | 1917–18 | 1720 | 3684 |
| 1890–91 | 1339 | 2271 | 1918–19 | 2221 | 3894 |
| 1891–92 | 1456 | 2658 | 1919–20 | 2602 | 5273 |
| 1892–93 | 1598 | 2969 | 1920–21 | 2609 | 5667 |
| 1893–94 | 1656 | 3156 | 1921–22 | 2745 | 6073 |
| 1894–95 | 1667 | 3290 | 1922–23 | 2787 | 6357 |
| 1895–96 | 1771 | 3600 | 1923–24 | 2980 | 6733 |
| 1896–97 | 1754 | 3674 | 1924–25 | 3041 | 7075 |
| 1897–98 | 1819 | 3859 | | | |

TABLE 5 (*continued*)

Percent Increase:

| | 1870–71 to 1924–25 | | 1900–01 to 1924–25 |
|---|---|---|---|
| University | 437.61 | University | 64.99 |
| College | 400.16 | College | 52.66 |

TABLE 6.  POPULATION AND COLLEGE ENROLLMENT IN THE NORTHEASTERN STATES

*Population Northeastern States (New England, New York and New Jersey)*

| 1870 | 8,776,779 | 1910 | 18,203,462 |
|---|---|---|---|
| 1880 | 10,224,516 | 1920 | 20,942,036 |
| 1890 | 12,143,531 | 1925 | 22,495,502 [1] |
| 1900 | 14,744,580 | | |

*Registration — Colleges and Universities*

| | Harvard | Yale | Columbia | Princeton | Brown | Amherst |
|---|---|---|---|---|---|---|
| 1870 | 1,316 | 755 | 776 | 364 | 220 | 261 |
| 1880 | 1,365 | 1,037 | 1,532 | 488 | 247 | 339 |
| 1890 | 2,271 | 1,645 | 1,671 | 850 | 352 | 352 |
| 1900 | 4,288 | 2,542 | 3,176 | 1,277 | 1,026 | 400 |
| 1910 | 4,123 | 3,282 | 5,117 | 1,450 | 935 | 502 |
| 1920 | 5,667 | 3,820 | 9,117 | 1,967 | 1,367 | 503 |
| 1925 | 7,075 | 5,143 | 13,230 | 2,412 | 2,032 | 615 |

| | Dartmouth | Williams | Bowdoin | Tufts | Cornell | Total |
|---|---|---|---|---|---|---|
| 1870 | 436 | 141 | 121 | 74 | 609 | 5,073 |
| 1880 | 429 | 227 | 157 | 84 | 399 | 6,304 |
| 1890 | 462 | 311 | 185 | 145 | 1,390 | 9,634 |
| 1900 | 741 | 375 | 252 | 802 | 2,521 | 17,400 |
| 1910 | 1,229 | 543 | 338 | 1,142 | 4,412 | 23,073 |
| 1920 | 1,888 | 579 | 403 | 2,128 | 5,668 | 33,107 |
| 1925 | 2,138 | 750 | 500 | 2,021 | 5,697 | 41,613 |

*Freshman Class — Harvard College*

| Total Registration | | | | No. from Northeastern States | | | |
|---|---|---|---|---|---|---|---|
| 1870 | 189 | 1910 | 671 | 1870 | 159 | 1910 | 538 |
| 1880 | 243 | 1920 | 621 | 1880 | 191 | 1920 | 494 |
| 1890 | 366 | 1924 | 944 | 1890 | 301 | 1924 | 735 |
| 1900 | 537 | | | 1900 | 421 | | |

[1] Estimated, World Almanac, 1924.

Table 7. Enrollment in the University and Parts of the University, 1900–25

|  | 1900–01 | 1901–02 | 1902–03 | 1903–04 | 1904–05 | 1905–06 |
|---|---|---|---|---|---|---|
| College [1] | 1992 | 1983 | 2109 | 2073 | 2009 | 1899 |
| Grad. School of Arts and Sciences | 341 | 312 | 316 | 402 | 366 | 394 |
| All Depts. except College | 2296 | 2159 | 2152 | 2255 | 2037 | 2046 |
| Whole University [2] | 4288 | 4142 | 4261 | 4328 | 4136 | 3945 |

|  | 1906–07 | 1907–08 | 1908–09 | 1909–10 | 1910–11 | 1911–12 |
|---|---|---|---|---|---|---|
| College [1] | 2247 | 2277 | 2238 | 2265 | 2217 | 2262 |
| Grad. School of Arts and Sciences | 387 | 400 | 403 | 425 | 463 | 454 |
| All Depts. except College | 1779 | 1735 | 1680 | 1781 | 1906 | 1941 |
| Whole University [2] | 4026 | 4012 | 3918 | 4046 | 4123 | 4203 |

|  | 1912–13 | 1913–14 | 1914–15 | 1915–16 | 1916–17 | 1917–18 |
|---|---|---|---|---|---|---|
| College [1] | 2308 | 2359 | 2473 | 2519 | 2642 | 1720 |
| Grad. School of Arts and Sciences | 463 | 497 | 532 | 598 | 605 | 296 |
| All Depts. except College | 1971 | 2007 | 2131 | 2707 | 3014 | 1964 |
| Whole University [2] | 4279 | 4366 | 4604 | 5226 | 5656 | 3684 |

|  | 1918–19 | 1919–20 | 1920–21 | 1921–22 | 1922–23 | 1923–24 | 1924–25 |
|---|---|---|---|---|---|---|---|
| College [1] | 2221 | 2602 | 2609 | 2745 | 2787 | 2980 | 3041 |
| Grad. School of Arts and Sciences | 359 | 531 | 532 | 582 | 648 | 670 | 763 |
| All Depts. except College | 1673 | 2671 | 3058 | 3328 | 3570 | 3753 | 4034 |
| Whole University [2] | 3894 | 5273 | 5667 | 6073 | 6357 | 6733 | 7075 |

Percent Increase:

```
College ..................................... 52.66
Graduate School of Arts and Sciences .......... 123.75
All Departments except College ............... 75.69
Whole University ............................. 64.99
```

[1] Lawrence Scientific School not included, but, beginning 1906–07, special students formerly registered with Lawrence Scientific School now registered in Harvard College, on account of a change in the administration of the S.B. degree.

[2] University Extension and Summer School students not included.

Table 8. Enrollment — Harvard University, 1924–25

*The College* (total enrollment, 1924–25, *3041*). A limit of 1,000 in each Freshman Class has been fixed.

*The Graduate School of Arts and Sciences* (total enrollment, 1924–25, *763*). No limit desired.

*The Law School* (total enrollment, 1924–25, *1201*). Increased facilities for expanding numbers being planned without intention of limitation.

*The School of Education* (total enrollment, 1924–25, *272*). Coeducational; no limit proposed.

*The Graduate School of Business Administration* (total enrollment, 1924–25, *614*). First-year class entering September, 1924, limited to 335 — that in February, 1925, to 150. This limitation will prevail until the new buildings are completed.

*The Medical School* (total enrollment, 1924–25, *506*). Limited to 125 in each of the first two years, 135 in each of the second two years — total 520. Limit dictated by optimum use of existing laboratory space, clinical facilities and instructing staff. More students apply for admission than can be accepted, and the selection is made chiefly on the basis of an examination of the candidate's previous work — preference being given to men who have already prepared themselves in subjects which would more or less specially fit them for medical studies.

*School of Public Health* (total enrollment, 1924–25, *30*). No limitation.

*The Dental School* (total enrollment, 1924–25, *204*). No limitation.

*Engineering School* (total enrollment, 1924–25, *258*). No limitation.

*The Theological School* (total enrollment, 1924–25, *74*). No limitation.

*School of Architecture and Landscape Architecture* (total enrollment, 1924–25, *48* (Architecture) and *39* (Landscape Architecture)).

TABLE 9. LIMITATION OF NUMBERS IN ENDOWED COLLEGES OF NORTHEASTERN STATES

| College or University | Lee-way | Limitation | When Adopted | Number Admitted in fall of 1924 |
|---|---|---|---|---|
| Amherst | .. | No formal limitation. Will probably accept 230 in the fall of 1925 | .... | 210 |
| Bowdoin | 50 | Freshman Class limited to about 150. (500 for College) | .... | 136 |
| Brown | 0 | No rigid limitation. Try to limit Freshman Class to about 400 men (about 150 for Women's College) | .... | 422 Men [1] |
| Columbia | 0 | Total registration for College limited to about 2,000 | .... | 474 |
| Cornell | 0 | Limited to 500 (applies only to candidates for B.A. degree). College of Architecture limited to about 45. Other Schools not rigidly limited | Beginning with fall of 1925 | 490 (as candidates for B.A.) |
| Dartmouth | 0 | Trustee provision that total registration be limited to 2,000. The number admitted each year depends on size of upper classes | About 1918 | 673 |
| Princeton | 0 | Limited to 600 | .... | Slightly over 600 |
| Tufts | .. | ? | ? | 103 [1] |
| Williams | 50 | About 225 | 1924 | 254 |
| Yale | 50 | Limited to 850 | 1923 | 880 |

[1] Size of Freshman Class.

TABLE 10. GROWTH OF ENROLLMENTS AND ENDOWMENTS IN ELEVEN UNIVERSITIES AND COLLEGES

A. *Attendance*

|  | 1900–01 | | 1923–24 | |
|---|---|---|---|---|
|  | College | University | College | University |
| Amherst | 400 | ... | 561 | ... |
| Bowdoin | 254 | ... | 503 | ... |
| Brown [1] | 920 | 920 | ... | 2,013 |
| Dartmouth | 741 | ... | 2,060 | ... |
| Tufts | 802 | ... | 2,094 | ... |
| Williams | 375 | ... | 694 | ... |
| Columbia | 476 | 3,419 | 2,005 | 13,230 |
| Harvard | 1,992 | 4,288 | 2,980 | 6,733 |
| Princeton | 1,168 | 1,277 | 2,231 | 2,448 |
| Yale | 1,190 | 2,542 | 2,005 | 4,447 |
| Cornell | ... | 2,521 | ... | 5,588 |
|  | 8,318 | | 15,133 | |

[1] Women included.

B. *Income-Bearing Funds*

|  | 1900 | 1924 |
|---|---|---|
| Amherst | $1,600,000.00 | $7,340,000.00 |
| Bowdoin | 660,416.86 | 3,541,164.77 |
| Brown | 1,297,227.56 | 8,209,057.83 |
| Dartmouth | 2,500,000.00 [1] | 6,000,000.00 |
| Tufts | 48,926.00 (Income) [1] | 167,304.00 (Income) |
| Williams | 1,050,850.00 | 4,543,972.00 |
| Columbia | 435,000.00 (Income) | 1,975,000.00 (Income) [2] |
| Harvard | 12,614,448.19 | 66,624,462.12 |
| Princeton | 2,455,400.00 | 14,322,147.08 |
| Yale | 4,942,166.04 | 35,764,883.97 [2] (Exclusive of Sterling Bequest) |
| Cornell | ? | ? |

[1] 1901  [2] 1923

TABLE 10 (*continued*)

C. *Percentage Increase in*

|  | Attendance in College 1900–24 | Attendance in whole University Incl. College 1900–24 | Income-Bearing Funds, Whole University 1900–24 |
|---|---|---|---|
| Amherst | 40.25 | ... | 358.75 |
| Bowdoin | 93.03 | ... | 436.20 |
| Brown University | ... | 118.84 [1] | 532.81 |
| Dartmouth | 178.00 | ... | 140.00 [2] |
| Tufts | 161.09 | ... | 241.53 [2] (Income) |
| Williams | 85.06 | ... | 332.41 |
| Columbia | 321.21 | 286.95 | 354.02 [3] (Income) |
| Cornell | ... | 121.65 | ? |
| Harvard | 49.59 | 57.19 | 428.15 |
| Princeton | 91.01 | 91.69 | 408.33 |
| Yale | 68.48 | 74.94 | 623.66 [3] |

[1] Placed in this column in deference to the name; but might fairly be in column 1.
[2] 1901–24.
[3] 1900–23.

TABLE 11. ENROLLMENT IN DEPARTMENTS OF HARVARD UNIVERSITY, 1916–17 TO 1925–26

|  | 1916–17 | 1917–18 | 1918–19 | 1919–20 | 1920–21 | 1921–22 | 1922–23 | 1923–24 | 1924–25 | 1925–26 [1] |
|---|---|---|---|---|---|---|---|---|---|---|
| The College [2] | 2642 | 1720 | 2221 | 2602 | 2609 | 2745 | 2787 | 2980 | 3041 | 3279 |
| Grad. School of Arts and Sciences | 605 | 296 | 359 | 531 | 532 | 582 | 648 | 670 | 763 | 732 |
| Law School | 856 | 296 | 436 | 879 | 944 | 999 | 1019 | 1097 | 1201 | 1282 |
| School of Education | ... | ... | ... | ... | 121 | 153 | 241 | 285 | 272 | 236 |
| Grad. School of Bus. Administration | 222 | 93 | 159 | 394 | 442 | 466 | 468 | 539 | 614 | 675 |
| Medical School | 358 | 386 | 404 | 419 | 439 | 472 | 499 | 494 | 506 | 502 |
| School of Public Health | ... | ... | ... | ... | ... | 30 | 16 | 29 | 30 | 30 |
| Dental School | 240 | 211 | 154 | 189 | 232 | 205 | 219 | 191 | 204 | 186 |
| Engineering School | 577[3] | 591[3] | 59 | 126 | 214 | 261 | 257 | 253 | 258 | 283 |
| Mining School | 4 | 1 | ... | ... | ... | ... | ... | ... | ... | ... |
| Bussey Institution | 16 | 6 | 7 | 10 | 15 | 20 | 16 | 16 | 25 | 16 |
| Theological School | 73 | 59 | 51 | 58 | 53 | 61 | 95 | 86 | 74 | 69 |
| School of Arch. and Landscape Arch. | 63 | 25 | 44 | 65 | 66 | 79 | 92 | 93 | 87 | 91 |
| Total | 5656 | 3684 | 3894 | 5273 | 5667 | 6073 | 6357 | 6733 | 7075 | 7381 |

[1] On October 1, 1925.
[2] Including Special Students.
[3] In combination with Massachusetts Institute of Technology.

TABLE 12. HARVARD COLLEGE AS A FEEDER TO THE OTHER DEPARTMENTS

Degrees conferred in Harvard College, June 1923

(*From Rept. of President and Treasurer, 1923–24, p. 322*)

(1) A.B. .................................................... 400
    A.B. OcC. ............................................... 56
    A.B. for Honorable Service in the War ................. 9
    S.B. .................................................... 108
    S.B. OcC. ............................................... 17
    S.B. for Honorable Service in the War ................. 2

    Total ................................................. 592
(2) Total number continuing in post-graduate work in Harvard University ........................................... 185
    Total number that did not go on to post-graduate work in Harvard University ................................. 407
(3) Proportion continuing in post-graduate work in Harvard University ........................................... 31.25%

TABLE 13. HARVARD UNIVERSITY — ANALYSIS OF ENROLLMENT, 1924–25

*Geographical Distribution*

|  | College | | Graduate and Professional Schools | | Per cent of Total Population of U. S. area, 1920 [1] |
|---|---|---|---|---|---|
|  | No. | Per cent | No. | Per cent |  |
| *North Atlantic* |  |  |  |  |  |
| New England | 1717 | 56.46 | 1518 | 37.63 | ... |
| N. Y., N. J., Pa., Del. | 697 | .... | 773 | .... | ... |
|  | 2414 | 79.38 | 2291 | 56.79 | 28.3 |
| *South Atlantic* |  |  |  |  |  |
| Va., W. Va., Ga., Fla., N. C., S. C., D. C., Md. | 76 | 2.50 | 240 | 5.95 | 13.0 |
| *Western* |  |  |  |  |  |
| Colo., Calif., N. Mex., Ore., Mont., Wash., Ariz., Utah, Nev., Idaho, Wyo. | 87 | 2.86 | 304 | 7.54 | 8.4 |
| *North Central* |  |  |  |  |  |
| S. D., N. D., Ill., Mich., Minn., Iowa, Mo., Wis., Ohio, Ind., Nebr., Kans. | 357 | 11.74 | 740 | 18.34 | 32.2 |
| *South Central* |  |  |  |  |  |
| Ala., Tenn., Tex., Okla., Ark., Ky., La., Miss. | 55 | 1.81 | 198 | 4.91 | 18.1 |
| U.S. Territories and Foreign | 52 | 1.71 | 261 | 6.47 | ... |
| Total | 3041 | 100.00 | 4034 | 100.00 | 100.0 |

[1] In this column the Territories and Foreign Possessions do not enter into the 100 per cent; so there is a slight discrepancy in comparing it with percentages in columns 1 and 2.

26

TABLE 14. TABLE SHOWING GEOGRAPHICAL DISTRIBUTION OF CANDIDATES ADMITTED IN 1925
*Under the Old, New, and Honor Plans*

|  | Honor | New Plan | Old Plan | Total | Honor Admissions % of Total |
|---|---|---|---|---|---|
| *North Atlantic* | | | | | |
| Maine | 6 | 1 | 2 | 9 | |
| New Hampshire | 5 | 2 | 3 | 10 | |
| Vermont | 1 | 1 | 1 | 3 | |
| Massachusetts | 154 | 77 | 307 | 538 | |
| Connecticut | 11 | 0 | 8 | 19 | |
| Rhode Island | 3 | 3 | 3 | 9 | |
| Total, New England States | 180 | 84 | 324 | 588 | 30.6% |
| New York | 38 | 55 | 62 | 155 | |
| New Jersey | 12 | 8 | 13 | 33 | |
| Pennsylvania | 13 | 9 | 17 | 39 | |
|  | 243 | 156 | 416 | 815 | 29.77% |
| *South Atlantic* | | | | | |
| Florida | 0 | 1 | 0 | 1 | |
| Virginia | 2 | 1 | 0 | 3 | |
| Georgia | 3 | 1 | 0 | 4 | |
| District of Columbia | 3 | 0 | 2 | 5 | |
| West Virginia | 1 | 0 | 1 | 2 | |
| South Carolina | 1 | 0 | 0 | 1 | |
|  | 10 | 3 | 3 | 16 | 62.5% |
| *Western* | | | | | |
| California | 2 | 10 | 4 | 16 | |
| Washington | 2 | 0 | 1 | 3 | |
| New Mexico | 0 | 1 | 0 | 1 | |
| Colorado | 1 | 0 | 1 | 2 | |
| Utah | 1 | 1 | 0 | 2 | |
| Idaho | 0 | 1 | 0 | 1 | |
|  | 6 | 13 | 6 | 25 | 24% |
| *North Central* | | | | | |
| North Dakota | 1 | 0 | 0 | 1 | |
| South Dakota | 0 | 1 | 0 | 1 | |
| Illinois | 14 | 4 | 8 | 26 | |
| Michigan | 3 | 1 | 3 | 7 | |
| Minnesota | 2 | 1 | 3 | 6 | |
| Iowa | 0 | 1 | 2 | 3 | |
| Missouri | 2 | 0 | 10 | 12 | |
| Wisconsin | 3 | 2 | 1 | 6 | |
| Ohio | 15 | 8 | 6 | 29 | |
| Indiana | 3 | 0 | 0 | 3 | |
| Nebraska | 1 | 0 | 0 | 1 | |
|  | 44 | 18 | 33 | 95 | 46.3% |

27

TABLE 14 (*Continued*)

|  | Honor | New Plan | Old Plan | Total | Honor Admissions % of Total |
|---|---|---|---|---|---|
| *South Central* | | | | | |
| Alabama | 1 | 0 | 0 | 1 | |
| Tennessee | 4 | 0 | 1 | 5 | |
| Texas | 1 | 0 | 1 | 2 | |
| Oklahoma | 1 | 0 | 2 | 3 | |
| Kentucky | 4 | 0 | 0 | 4 | |
|  | 11 | 0 | 4 | 15 | 73.3% |
| Total for North Atlantic States plus Illinois and Ohio (schools which make a specialty of fitting for colleges like Harvard being numerous in these states) | 272 | 168 | 430 | 870 | 31.26% |
| Total for remainder of Continental United States | 42 | 22 | 32 | 96 | 43.7% |
| Total, Continental United States | 314 | 190 | 462 | 966 | 32.5% |
| *Insular Territories* | | | | | |
| Hawaii | 0 | 0 | 1 | 1 | |
| Porto Rico | 0 | 0 | 1 | 1 | |
|  | 0 | 0 | 2 | 2 | |
| *Foreign* | | | | | |
| Bermuda | 0 | 0 | 1 | 1 | |
| Canada | 0 | 0 | 2 | 2 | |
| Cuba | 0 | 0 | 1 | 1 | |
| Guatemala | 0 | 0 | 1 | 1 | |
| Jamaica | 0 | 1 | 0 | 1 | |
| Norway | 0 | 0 | 1 | 1 | |
| Peru | 0 | 0 | 1 | 1 | |
|  | 0 | 1 | 7 | 8 | |
| Total, Insular Territories and Foreign Countries | 0 | 1 | 9 | 10 | |
| Grand total | 314 | 191 | 471 | 976 | 32.17% |

In the fall of 1925–26 no candidates were admitted from the following states: Delaware, Maryland, North Carolina, Louisiana, Mississippi, Arkansas, Kansas, Arizona, Wyoming, Oregon.

Fig. 1. College Attendance — 1870-71 to 1924-25



Fig. 2. Population in the U. S. (Exclusive of Outlying Possessions) Compared with Enrollment (Men and Women) in Universities, Colleges, and Professional Schools. Added Below — Registration of Harvard Freshman Class in Hundreds





Fig. 3. The Rate of Growth of the College Compared with that of the University

Fig. 4. Certain Comparisons of the Rate of Growth of Population and College Enrollment

"Population in Millions" is that of the New England States plus New York and New Jersey.
"Registration in Thousands" is the total for Harvard, Yale, Columbia, Princeton, Brown, Cornell, Amherst, Dartmouth, Williams, Bowdoin, Tufts.
"Registration in Hundreds" is (above) that of the Harvard Freshman Class, (below) that of students from above named states in the Harvard Freshman Class.





Fig. 5. Comparison of Rates of Growth of Harvard University and Certain Departments