The United States District Court
The District of Massachusetts

LAWRENCE L CRAW-
ford AKA JONAH
GABRIEL JAHJAH
T. Tishbite et al,

PETITIONERS

CA

1:14-cu-14176-ADB

Affidavit of

SERVICE

vs.

Students for Fair
Admissions Inc to the
President of Harvard
College et al,
defendants

1 of 48

I, Jah Jah Al Mahdi, do hereby certify, that I have mailed and or served a copy of an affidavit of facts Giving Judicial Notice; motion To challenge The US District Courts Jurisdiction; motion To Transfer pursuant to the multi District Litigation Rule and the seeking of a 3 Judge Panel Review; motion To Inter Venue and Amend the parties; motion for a Pre Trial and or evidentiary hearing; motion for Federal custody and motion to motion Therefor pursuant to Federal Rules 18, 19, 20; 16 (a) (5) (2) (I);

2 of 48

24 (a) (2) (b) (1) (B) ; 6.2 ; 6.3 ; 57 VI.01;
60(b)(3) ; 28 USC §§ 1404, 1407, 1455(c),
1602-1612 et. seq., and the MASSACHUSSETTS
DISTRICT COURT AND ALL involved parties
by US MAIL POSTAGE PREPAID by
depositing it in the institution
mail box on September 29, 2018.
It is deemed filed that date,
Houston v Lack, 287 US, 266, 273-76,
108 SCt 2379 (1988).

Respectfully,

JAHJAH Al Mahdi

September 29, 2018

3 of 48

The United States District Court
The District of Massachusetts

Lawrence L Craw-
ford AKA Jonah
Gabriel Jah Jah
T. Tishbite et Al,

petitioner(s)

CIA
1:14-CU-14176-ADB

Affidavit of
Facts Giving
Judicial Notice;
motion To challenge
The US District
Courts Jurisdiction;
motion To Transfer
Pursuant to the
multi District
Litigation Rule
And

VS.

Students for
Fair Admissions
Inc.


Vs.

the seeking of a
3 Judge Panel
Review ; motion
to Intervene
and Amend the
Parties ; motion
for a Pretrial
and or Evidentiary
hearing ; motion
for Federal
custody and motion
to motion
Therefor pursuant
to Federal Rules
18, 19, 20 ; 16 (a)(s)(2)(E) ;

The President and
Fellows of HARVARD
College et al
defendants

24 (a) (2) (b) (1) (B) ; 6.2 ;
6.3 ; 57 VI. 01 ; 60 (b)
(3) ; 28 USC §§ 1404,
1407, 1455 (c) , 1602 -
1612 et. seq. ; WRIT
of ERROR

To. The US District Court,
The US Justice Dept,
Attorney Michelle Turnagee

et al.

I, JAHJAH Al MAHDI, A member
of The Sole Corporation, Fiduciary Foreign
Sovereign their, King, Khalifah, Prophet,
Law Giver, Imam and High Priest of
the (4) Thrones, To the Re-established
Global Theocratic State give all

6 of 48

parties Judicial Notice. PURSUANT
To Fed RULES of Civ Pro., RULES 18, 19,
20 And 24 (a) (2) (b) (1) (B), I motion to
intervene in this case. I motion
to be Added As A party along with
the defendants HARVARD University
And the Attorney For the NAACP
in order to protect my Acquired
interest in this case Also PURSUANT
to 28 USC §§ 1602- 1612 et seq. of
The Foreign Sovereign Immunity
Act. Writ of ERROR is now filed.

I, Jah Jah Al mahdi, Fiduciary
their, King-Khalifah to The (4) Global
Thrones challenge the courts

7 of 48

jurisdiction to even hear this case. Subject matter jurisdiction can be raised at any time, cannot be waived by me and the court shall not fail to take notice or it will constitute an act of fraud upon the court rendering these proceedings unconstitutional which would void your jurisdiction for due process violation as well, Grupo Dataflux v Atlas Global Group, LP, 541 US 567, 124 Sct 1920, 158 Led2d 866 (US 2004); Loumiet v United States, 65 FSupp.3d 19 (2014); US v Jisdale, FSupp.2d, 2007 WL 2156666 (DSC 2007); Sebelius v Auburn Regional Medical Center, 133

SCt 817, 184 LEEded 627, 81 USLW 4053 (US 2013) IN RE: GENESYS DATA Technologies, Inc, 204 F3d 124 (4th Cir 2000); United States v Conrad, 675 Fed Appx. 263, 265 C4U (N.C 2017); Fox Ex Rel Fox v ELK Run Coal Co. Inc, 739 F3d 131, 87 Fed. R. Serv. 3d 534 (4th Cir 2014), US V DENEDO, 556 US 904, 129 SCt 2213.

Here the Court and parties will find:

(1) Exhibit, "0084 #1". This is the (32) page Amended complaint dated filed JANUARY 16, 2013 in CASE 2013-CP-400-0084 out of Richland County S. CAROLINA Common Pleas Court.

9 of 48

Pages 1 and 8 are the initial indication that these proceedings, including this case presently before this court involving Harvard University constitute multi District litigation.

Please take notice of pages 2, 3, 7, 9, 10. They indicate that PAUL GUNTER and Kristy Kohl made appearance in this case, are Representatives of the United states and in Fraud the court and parties concealed their appearance. It is perspicuous by page (3) of this document and their E-mail address that we are dealing with employees of the U.S. Government. It doesn't matter that the state defendants defaulted in this case.

The United States did by hiding their APPEARANCE and failing to RESPOND, which binds this court and All state PARTIES by the SUPREMACY Clause. Voluntary APPEARANCE by A PARTY is equivalent to SERVICE. An APPEARANCE MAY be expressly made by A PARTY, such that the court Acquires jurisdiction over the PARTY, by A formal written or oral declaration as the United Nations did filed in this CASE, or RECORD ENTRY | By these documents filed in this CASE we have RECORD ENTRY, or it MAY be implied by some Act done with the intention of APPEARING and submitting to the

courts jurisdiction. The RECEIVING by the United STATES VIA its Agents of pleadings from the court is sufficient evidence of APPEARING And submitting to the courts juris-diction. STEARNS BANK NAT' Ass'n v GREEN WOOD FALLS, L.P., 373 SC 331, 644 SE 2d 793 REHEARING denied cert. denied (SC App. 2007) 1 BRANCH BANKING And Trust Co. v Hunt, FSupp 3d, 2015 WL 2173047 (DSC 2015).

Please take notice of PAGE(s) 4, 5, 11, 12, 13, 14, 19 And 20. It is con-spicuous that the King Khalifah filed " Affidavits of Facts ". Judge Lee made an oral determination of law And Fact And Adjudicated, " Ma-
13 of 48

Crawford You filed the documents
as an "Affidavit of facts" but you
also placed the word "motion" in
them. If the word "motion" is in
them. I have to Rule on them.
If the word "motion" is taken out
of the documents. They do not
have to be Ruled on. They stand
unless timely Rebutted by the court
or parties". This oral determina-
tion made by Judge Lee in that
April 3, 2014 hearing to which the
United States is party is also supported
by Federal Law. See MC KELVEY v.
Reynolds, F.supp3d, 2016 WL 6518337
(DSC 2016)¦ Clanton v Dolbey, F.supp 2d,

14 of 48

2013 WL 1786416 (DSC 2013); Del Zotto v Universal Physicians Services, LLC, 214 FSupp3d. 499 (DSC 2016); Farrara v Quadrozzi Equipment Leasing Corp, 2013 WL 3226735 (ED NY 2013); Anderson v Liberty Lobby Inc, 477 US. 242, 106 SCt 2505, 91 LEd2d 202 (US 1986); In Rei Clean Burn Fuels, LLC, 2014 WL 2987330 (NC 2014); Williams v Secretary of Veterans Affairs – FSupp.3d –, 2015 WL 5935169 (MD Ala 2015); Miller v Parrish, FSupp 2d, 2013 WL 1868028 (Va 2013).

In Absence of a Written decision on a particular issue for purposes of collateral estoppel party can point to the transcript and or court docu-

ments and or an oral decision such as the one made by Judge Lee made in the April 4, 2014 hearing containing findings of fact, IN RE Smith, 2016 WL 3943710 (WD 2016) ; IN RE: QIAO LIN, 576 B.R. 32 (N.Y. 2017) ; NEW HAMPSHIRE v MAINE, 532 US 742, 121 Sct 1808, 149 Led2d 968 (US 2001) ; BAKER by Thomas v Gen- ERAL motors Corp, 522 US 222, 118 Sct 657 ,139 Led2d 580 (US 1998) ; GATES v STRAIN, 2017 WL 2417051 (ED La 2017).

(5) Exhibit, "Judge Lee #2". This is the (92) page Affidavit of Facts , ***, filed may 13, 2014 . The King Khalifah and Anthony Cook then followed Judge Lee's oral determination

and then re-filed the default document due to other fraud occurring, producing "Judge Lee #2" as an Affidavit of Facts without the word "motion" in it as was determined by Judge Lee. This document sat in the court record unchallenged by the parties since its filing until this present date.

(6) Exhibit, "Judge Lee #3". This is the (152) page document filed October 1, 2015. The King-Khalifah and Anthony Cook then filed Exhibit, "Judge Lee #3" in the October 4, 2015 hearing, explaining how jurisdiction can be voided for unconstitutional action and

DUE PROCESS violation Also Addressing their other egregious Acts of FRAUD in that October 4, 2015 hearing which further constitute these proceedings establish multi District litigation.

(31) Exhibit, "JUDGE LEE # 4". This is the (31) page Affidavit of Facts filed December 4, 2015. Thereafter, the October 4, 2015 hearing. The King Khalifah and Anthony Cook then filed Exhibit, "JUDGE LEE # 4", As An Affidavit of Facts without the word "motion" in it. Judge Lee, the court, the United States government And the other de-

fendants missed the (30) day window allowed by civil Procedure to challenge the document. so they attempted FRAUD to obtain fraudulent protective orders to misrepresent the facts and to circumvent their failure to timely respond which WERE void Ab initio due to REMOVAL, which further voided their jurisdiction by this Additional FRAUD being Unconstitutional. They did not APPEAL or seek to challenge the filings which make them correct and valid. Judge Lee, the court, the United States government, nor the defendants

19 of 48

challenged the Affidavits. Their silence is Acceptance being Uncontested Affidavits of Facts, N. L. R. B. v Amax Coal Co., ... Div of Amax Inc, 453 US 322, 101 Sct 2789 (US 1980) Himmelys Management Co. LLC v affiliated F. M. Insurance Co. 152 F.supp. 3d 159 (2016); Bauer v Quest Communicators Co. LLC, 743 F.supp 3d 221 (2014); Global Tech, 131 Sct 2060 (US 2011).

(8) Exhibit, "my avit #1". This is the (7) page Affidavit of Facts dated July 9, 2018 filed in Case 8:17-cv-1804-RBH-JDA.

(9) Exhibit, "my avit #2". This is

20 of 48

the (20) page Affidavit of facts dated August 2, 2018 filed in case 8:17-cv-01804-RBH-JDA. I motion to expand the scope and all documents filed in this case and its parallel sister cases now be deemed filed in this case.

(10) Exhibit, "Sovereign Citizen - not". This is the (85) page document dated October 2, 2009. PLEASE TAKE NOTICE of page (60) of the (85) page document. This is where affirmative Action was argued before the court in case 2013-CP-400-0084 and defaulted on by the United States. As it was in other

21 of 48

documents filed in the state case to which the United states is party. This document further substantiate that this is no frivolous "Sovereign citizen" claim.

(U) Exhibit, "FBI REPORT". The court will see the issue of Affirmative Action discussed and argued in this document as it is in Exhibit "MV Out #2".

I motion to intervene and to amend to be added as a party in this case. Collateral estoppel attaches to any claim involving Affirmative Action without my consent. It is under my legal protection and fiduciary obligation as martin Luther King TRUs

22 of 48

SUCCESSOR, As King Khalifah of the Re-United Ethiopian Empire which is one of the (11) Global Thrones, All this defaulted on by the United States emerging from Case 2013 CA 400-0084 giving me legal standing to intervene and protect my interest pursuant to Federal Rules of Civ Pro.. Rules 18, 19, 20 and 24 (a) (2)(b) (1)(2)(3). Also 28 USC §§ 1602-1612 et-seq. A Non party to the Action can claim estoppel. I officially challenge this courts jurisdiction to hear this case. Best v Bank of America N.A., 2015 WL 512 4463 (ED. N.Y 2015); Workman v City of Syracuse, 2015 WL 300 4375 (N.D N.Y 2015); Beastie Boys v Monster

ENERGY Co., 2015 WL 736078 (SDNY 2015).

   I object to ANY claim of Frivolous
due to I, by DUE PROCESS Law filing
legal action to establish these rights
heared before a competent court having
jurisdiction to determine these
claims. Thus I AM not infringing upon
rights that have not been legally
established. Once Sessions entered this
case via the US Justice Dept as a
party. Collateral estoppel attaches
and the United States, which include
this court, is procedurally barred
from challenging this claim due to
the default and voiding of jurisdic-
tion emerging from case 2013-CP-Uoo-
24 of 48

0084. The US Supreme Court determined in the case of US v Lane, 75 US 185, 200-01, 19 LEd 445, 449 (US 1868) that once I've entered these documents in the court record the District court must give the same preclusive effect as it emerges from the state court. The Supreme Court further determined that once I filed these documents within the court record. The only thing the court can do is conduct a pretrial or evidentiary hearing to give the United States Government opportunity to demonstrate why they have not been given a fair opportunity to respond to the affidavits of facts establishing the default and

25 of 48

voiding of jurisdiction which they
cannot do because instead of taking
the opportunity to timely respond they
chose FRAUD. Thus, I motion for and
respectfully demand A hearing pursuant
to Fed. Rule 16 (a) (5) (a)(I). Once I have
served this court and defendants the
pleading now filed the court is required
to conduct A pretrial hearing to
address the claims of collateral
estoppel before this case proceeds
any further due to the default,
voiding of jurisdictions emerging
from case 2013-cp 400-0084, as well
as their FRAUD, obstruction of
justice and dilatory behavior on

26 of 48

the part of the United States government, Jeff Sessions and Donald Trumps boys placing them in forfeiture where this claim of collateral estoppel establish a legal challenge to this District courts jurisdiction, US v Lane 75 US 185, 200-01, 19 Led 445, 449 (US 1868); Looney v City of Wilmington Del., 723 F.Supp. 1025 (DC Del. 1989); In RE: Riggle, 389 B.R. 167 (D Colo 2007); In RE Bundick, 303 B.R. 90 (ED.Va 2003) - The court is barred from raising any issue which was adjudicated in a former suit and all issues which could have been raised in that former suit. The essential elements of Res Judicata and or collateral estoppel are identity of

27 of 48

PARTIES which mean once Sessions and the Justice Dept intervened. This opens the door for me to intervene and protect my and my peoples interest as Fiduciary heir, king, Khalifah to the (4) Global Thrones; identity of the subject matter, in this case it is Affirmative Action, for which as Martin Luther king Jrs successor, and due to protections now by law established to preserve Affirmative Action in its original integrity emerging from case 2013-cp-400-0084 to which the United States is party, jurisdictional bar exist; and Adjudication in a former suit. The issue of Affirmative Action being preserved in its original integrity is part of the Adjudication

28 of 48

IN CASE 2013-CP-400-0084 AND IS PRO-
CEDURALLY BARRED IN ANY FURTHER ATTACK
BY ANY ONE AS IS DECREED BY THE FOREIGN
SOVEREIGN CROWN AND DUE PROCESS LAW,
IN RE: GUY, 552 B.R. 89 (DSC 2016); HAY
GROUP MANAGEMENT, INC v. SCHNEIDER
— F.Supp.3d —, 2018 WL 655595 (ED PA 2018);
SARA Y. WILSON, APPELLANT v CHARLESTON
COUNTY School District RESPONDENT — SE3d —
2017 WL 1075196 (SC 2017); HARDWICK v
BANK of AMERICA N.A., 2016 WL 3563083
(DSC 2016); KEARNEY v FOLEY AND LARDINER
LLP, 2016 WL 5405552 (2016).

(12) Exhibit, "FOREIGN SOVEREIGN
#1". This is the Affidavit of Facts
Giving Judicial Notice ( ***, (34)
PAGES dated DECEMBER 20, 2017
29 of 48

filed in the pending ~~Federal cases~~.

(13) Exhibit, "~~Foreign Sovereign~~ #2". This is the (70) page Affidavit of ~~Facts~~ Giving Judicial Notice, *** dated October 5, 2017.

Please ~~take~~ Notice of pages (35) through (60) of the (70) page document. I give the court And parties official Notice that I am invoking all superseding Attorney, Judicial And legislative power of the Sole Corporation And ~~Foreign~~ Sovereign Crown which is binding upon this court due to default And collateral estoppel emerging from case 2013-CP-400-0084.

30 of 4B

Unless a hearing is conducted where Sessions and his Trump flunkies prove they timely challenged to defeat the affidavits of default and voiding of jurisdiction this court and parties are bound by your oath of office to uphold the Constitution where these now legally established Rights are protected under both Article 1 section 10 and Article IV & I to acknowledges all Rights, titles and immunities of the Sole Corporation namah Al namah As Due Process Requires

(C) Exhibit, "NFL players", This is the document sent to the NFL players by me via friends

31 of 48

Who E-mailed it to their face
book Accounts And the Black sports
writer(s). I am the Black Messiah.
Note the date of the document.
When the NFL notified the public
And players of their intent to
place sanctions on them I intervened
And sent them this document. A
month later the NFL withdrew
the document that established the
sanctions. I caused this which was
hid from the public. If I stepped
up to the plate to protect the
African Americans who are football
players. If I intervened by my
fiduciary duty to protect them. What

32 of 48

would make anyone think I would not fight like a whirlwind from God Himself to protect and preserve this legislation, my forefathers and fore-mothers along with their cherished white brethren fought for and died, sacrificing their best blood to establish and preserve? As fiduciary King-Khalifah to the (4) Global Thrones I motion to intervene and to amend the parties and my name be est-ablished within this Case to Exercise my right to establish Collateral Estoppel.

(15) Exhibit "New Jersey". This is the prelawsuit of first filing Judicial Notice 1 of (27) pages dated

33 of 48

JANUARY 16, 2018 that is also being ARGUED within the state of NEW JERSEY pursuant to CASE 2:18-cv-10129-JLL that is Attached to A § 1983 Action being processed to TRANSFER All CASES to which I AM A PARTY even As TAG-Alongs. I GIVE the COURT JUDICIAL NOTICE. ONCE I HAVE officially motioned to INTERVENE in this CASE. The provisions of the Prison Litigation Reform Act NOW Attaches. Thus, a structural error NOW Attaches to this CASE WHERE constitutional challenge is being made UNDER CASE 9:18-cv-01408-TLW-BM And it too, with this CASE, must be

34 of 48

placed before the jury as well which further establish that these are now multi-district litigation proceedings even related to every state that allows same sex marriage where this nation arrested, attached or executed the intellectual property of the foreign sovereign crown. This too is defaulted on under case 2013-cp-400-0084 barring challenge by any court due to collateral estoppel. Clark v United States 2017 WL 390294 (DC 2017).

(16) Exhibit, "Trustee". This is the mandamus that makes up case 16-2299. It establishes Judge Austin's exclusive jurisdiction over these proceedings. It explains the "Trust"

that all Christians, Muslims, Jews, Africa and its diaspora are required now by law to protect due to the default and protected by Due Process and Article I section 10 and Article VI § 2 of the US Constitution which all of you by your oath of office are bound to acknowledge within all court records, United States v Apple MAC Pro Comp, - F.3d -, 2017 WL 1046105 (3rd Cir 2017).

(17) Exhibit, "Trustee / 4th Circuit".

This is the affidavit of facts giving judicial notice | ***, (56) pages dated May 8, 2018 that supports the claim of Trustee now being established over these cases which is an additional challenge to this

36 of 48

courts jurisdiction. Once jurisdiction is Acquired, it is exclusive where Judge Austin is designated via Writ of commission by the Sole Corporation and the Foreign Sovereign Crown, Fifth Third BanCorp v. Diden hoeffer, 134 SCt 2459, 189 Led2d 457 (US 2014); Fobes v Forbes, 341 P.3d. 1041, 2015 Wly. 3, Jan, 2015 ; Trustees of Dartmouth College v. Woodward, 17 US 518, 1812 WL 2201; Presault v I.C.C., 494 US 1, 110 SCt 914, 108 Led2d 1 (US 1990); Brown v. Brown, FSupp. 2d., 2013 WL 2338233 (DC KY 2013) ; American mut. Liberty Ins Co. v Ply woods-Plastics Corp, 81 FSupp. 157 (DSC 1948); Oprah v The New York City Dept of Educ, FSupp 3d.,

37 of 48

2015 WL 404 0733 (NYDC 2015).
Sondra J Kottman Plaintiff v United
States, 2017 WL 4185401 (WD missouri
2017)...See Case 1:18-CV-13450-NLH in NJ...

(8) Exhibit "Transfer". This
is the affidavit of facts Giving
Judicial Notice 1 **- (36) pages
dated August 18, 2018 filed within
All Federal Cases, It was Recently
Served on the Federal Attorney
of The District of South Carolina,
The US Justice Department, the New
SC Attorney General. The New
Jersey District Court attached to a
§ 1983 Action being Processed As
We speak And all other Necessary
parties Including this SC Dept.

38 of 48

of corrections. This case is now a tag along case. I am seeking this cases transfer to Newark NewJersey. You want to address issues that can potentially effect African Americans to their detriment? Well then lets establish venue before the appropriate court where they as a jury can have a fair say so in the matter. Transfer of venue pursuant to 28 USC § 1407 now attaches. Panel review is sought and by the superseding power and authority of the foreign sovereign crown. This case is transferred to new district

in NEWARK N.J. 50 Walnut Street 07101 Under the multi-District Litigation Rule(s) 6.2 And 6.3. Lets bring this fight to the beach sands to give us litigants a little bit more elbow room to battle.

(19-21) Exhibits "PAGE 1-3".

This is the (34) page complaint, dated March 6, 2007, the intake sheet from SLED case 550104, the DNA Application that makes up case 04-385 pending in Richland County SC. For the record. The (34) page complaint also is an intrinsic part of the pleadings under case 2013-CP-400-0084 defaulted on by the United

states. Look at the intake sheet from SLED file 550 104. This is where the evidence of Actual innocence is concealed to which the Justice Dept. and United States are privy. Look at the cause of death. Note that it is after the autopsy was completed. If the King Khalifah allegedly murdered this child why is this file stating the cause of death is "mal nourish ment" and there is a question mark by the word "TRAUMA?". Its because she never died of a beating. They, these Klansmen dogs, like their David Dukes yellow dog of a President, concealed evidence of Actual innocence to allow them to produce false

41 of 48

forensic evidence to prevent me in the future from doing what I am doing now. That is protect affirmative action as the Black Messiah, Martin Luther King Jr's successor. I want this evidence pursuant to discovery via the pretrial hearing and I want that DNA in Johnny Jellor's possession, the Kershaw County Coroner, tested to Michael Lee before these cases proceed. Let's get at the truth of exactly what's going on here with Jeff Sessions and the Yellow Dog Trump being privy to it.

I and the parallel parties renew our motion, even before

42 of 48

this court for an investigation by an independent source other than the US Justice Dept. Attorney Michelle Jurnagee by your oath of office to uphold the constitution. It is your duty also to see that this is done. This include that you ensuring that all documents filed in case 2:17-cv-1300-RMG-MGB are obtain and filed in this case as well as those filed in cases 9:17-cv-440-TLW-BM and 9:16-cv-3808-TLW-BM and 8:17-cv-01804-RBH-JDA. We want the required pretrial hearing to establish in the court record all of these jurisdictional facts. All Exhibits are filed with court.

We motion to be taken into Federal custody pursuant to 28 USC § 1455 (c) and we be taken to a pre-release camp, the nicest one you can find. Case 2013-CP-400-0084 is a "False Imprisonment Tort" challenging conviction which is legally won. Non party collateral estoppel attaches to the parallel parties subject to tag along actions. This include being moved with all their personal property without exception and legal boxes. All parties listed except Jason Gourdine are motioned to be removed from

state custody And we be sent
to a Federal pre-release camp
together, held at one such camp,
within (10) days of the filing
of this pleading. Attorney Sessions
And Attorney michelle JURNAGEE.
You both pursuant to your oath
of office to uphold the constitution
are to see that this is done to
allow us to expedite these judicial
proceedings in a timely fashion,
The convictions are Already
invalidated And have been
since February 2016 due to
the default And voiding of
jurisdiction emerging from
45 of 48

CASE 2013-CR-400-0084. I give All parties notice that all exhibits - referenced to within this document are filed with the District Court. Please obtain them electronically. Justice And Fairness must prevail. Lets move this case to give me a little more elbow room to battle.

The deepest fear of the servants of the most high God, is not that we are inadequate. Their deepest fear is that we are more powerful beyond measure, more powerful than we could ever possibly imagine. You might then say, what right do we have to be fabulous, beautiful,

intelligent, strong, courageous, pious, righteous servants of The One True God? The reality is. What Right do we have not to be? What Right do we have not to accept the And, the divine decree of our God? Each generation out of relative obscurity must discover their mission in life and either fulfill it, ... or betray it. Our mission in life as Global Holy believers of Christianity, Islam, Judaism, of Africa and its diaspora, is to serve the God who created us, with all of our hearts, with all of our strengths, with all of our spirits, with all of our might, who is one God, having no partners to share in his Glory. He is the God of

47 of 48

Abraham, Issac, Jacob, Moses, Christ and Muhammad, the one true God whom we all serve. If we have not in life discovered something worth dying for, like this legislation our forefathers have sacrificed their best blood to establish, ... then we are not fit to live! We shall not betray ourselves nor our mortal souls which is the heart of this mission we embark. We shall manifest the Glory of our God. And when we do this. We give others the courage to do the same, Commonwealth of Virginia v Ayem El, Defendants, 2016 WL 4507814 (ED Va 2016).

Respectfully
Jakoah El Mahdi

September 4, 2018

48of48