# The United States District Court
# The District of Massachusetts

Lawrence L Crawford aka Jonah Gabriel Jah Jah Ti Tishbite et al,

~~petitioners~~

vs

Students For Fair Admissions Inc; The President of Harvard College et al,

defendants

C/A

1:14-cv-14176-ADB

Affidavit of ~~Facts~~ Giving Judicial Notice

1 of 3

To: The Massachusetts District Court,

I recently sent the court 2 large envelopes with a dead document (48) pages file for the purpose of seeking to intervene in this case pursuant to Federal Rules 18, 19, 20 and 24. These attached exhibits referred to within that document were left out as a matter of inadvertence. Please file these exhibits with the previously filing I sent into the court with all of its

attachments to allow Judge Burroughs to give full review. I thank you in advance.

Respectfully,
Jahtah Al mahdi

October 4, 2018