Exhibit

"TRAGE # 2"

"File in CASE 1:14-cv-14176-ADB"

Exhibit No (5)



**South Carolina Law Enforcement Division**
**Department of Child Fatalities**
**Initial Intake Sheet**

Coroner Fellers
op. # 1-800-312-5600



SLED Case No. __5501-014__   Person Receiving Call __CK__   Date of Call __1/26/01__   Time of Call __9:35 AM__

Regional Area of Death __Midlands__   County of Death __Kershaw__

Person Reporting __Johnny Fellers__   Agency __Kershaw Coroner__   Telephone _____

Death: Single __X__   Multiple ____   Name of Coroner __Johnny Fellers__

Name of Decedent __Korresha Crawford__   Race __B__   Sex __F__   SS No. _____   Age __11 yo__

Date of Birth __1/8/90__   Date of Death __1/26/01__   (Pronounced) Time __2:35 AM__   Telephone _____

Home Address of Decedent __188 Sheffield Drive, Elgin, SC 29045__

Location of Death: Residence __X__   Other __Pronounced at Providence Northeast__

Address of Death Scene _____   Telephone _____

Person Reporting Child Fatality to Coroner _____

Was child under prior medical care _____ Reason _____

Doctor's name _____ Address _____ Telephone _____

Suspected Cause of Death __Malnourishment / Trauma ?__   Autopsy Requested? Yes __X__ No __

Autopsy Performed? Yes __X__ No __ If yes, name of Pathologist __Dr. Sexton__   Hospital __Newberry__

Date of Autopsy __1/26/01__   Pathologist's Preliminary Cause of Death _____

If no, scheduled date and time of autopsy __1:00 PM__

Has Law Enforcement been notified? Yes __X__ No __

If yes, what agency __Kershaw County So__ Kershaw County __Kink Corley - Kershaw So.__ Telephone __425-1512__

Has DSS been notified? Yes __X__ No __ - DSS visited home 3-4 months ago due to a neighbor's complaint

If yes, caseworker(s) _____ County _____ Telephone _____

Do you need SLED assistance? DOCF __ Bloodhounds __ Forensics __ Regional Inv. __ Other __

Mother's name: __Sylvia Crawford__   DOB __5/7/68__   SS No. ▓▓▓▓

Father's name: __Lamar Crawford__   DOB __7/10/61__   SS No. ▓▓▓▓

Any surviving siblings: __Cylena - 17 yo, 13 yo Michael, Quinta - 11__

Additional Information: __Rectal @ hosp. 92.6°. V. a lot of marks on body. Acc. to father 17 yo sister in house w/ other kids. - Caught 13 yo brother having sex w/ 11 yo V. 17 yo disciplined bro. for this. Fa also stated that 11 yo was instigating 13 yo to have sex. 17 yo hit her (V.) w/ belt, a stick & kicked__