# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## AMICI CURIAE HARVARD STUDENT AND ALUMNI ORGANIZATIONS' NOTICE REGARDING TRIAL WITNESSES AND REQUEST REGARDING DELIVERY OF OPENING STATEMENT

Pursuant to this Court's October 3, 2018 Order Regarding Motions to Participate in Trial Proceedings by Amici Curiae, the amici Harvard Student and Alumni Organizations ("Organization Amici") submit the following notice and request concerning (1) the names of the witnesses whose testimony Organization Amici intend to offer at trial, and (2) Organization Amici's intent to deliver its opening statement in court rather than in writing.

**I.** **<u>Organization Amici Witnesses</u>**

In its October 3rd Order, this Court ruled that Organization Amici may present "up to 4 witnesses from among the individuals identified in their motion[] . . . ."  (Order at 5.)  In accordance with this Order, Organization Amici shall present the following witnesses:

1. Catherine Ho, Co-President, Asian American Women's Association;

2. Margaret Chin, Co-founder and Board member of the Coalition for a Diverse Harvard, Past President of the Harvard-Radcliffe Asian American Association, and former Board member of the Harvard Asian American Alumni Alliance;

3. Cecilia Nuñez, Vice President, Fuerza Latina of Harvard, and an officer of the Phillips Brooks House Association; and

4. Madison Trice, Political Action Chair of the Association of Black Harvard Women, and a member of the Harvard-Radcliffe Black Students Association.

Each of the foregoing witnesses was identified in Organization Amici's September 7, 2018 motion and has submitted a declaration in this matter. Organization Amici are in the process of conferring with the Student Amici and the parties regarding the scheduling of witness testimony, as set forth in the Court's Order.

## II.     Organization Amici's Opening Statement

The Court's October 3rd Order permits Organization Amici to either "submit a written opening statement or to deliver an opening statement in court, provided that it is (a) less than 15 minutes in length, and (b) delivered by an attorney with 5 years or less of experience." (Order at 4.) Organization Amici submit this Notice of their intent to present an oral opening statement, to be delivered by attorney Jennifer A. Holmes of the NAACP Legal Defense & Education Fund ("LDF").

As a 2012 law school graduate, Ms. Holmes falls just beyond the Court's directive that amici counsel delivering opening statements have "5 years or less of experience." Organization Amici request that the Court modestly extend the parameters of its Order to permit Ms. Holmes' delivery of the opening statement and examination of two witnesses for the following reasons: first, Ms. Holmes is the second-most junior attorney working for LDF on this matter, and the

least-tenured attorney on the case will be unavailable on October 15, 2018 due to an oral argument scheduled in another matter.  Second, Ms. Holmes has not yet had an opportunity to present an opening statement at trial.  Accordingly, allowing Ms. Holmes to deliver the Organization Amici's opening statement will be fully consistent with the spirit of the Court's Order.

WHEREFORE, Organization Amici respectfully request that the Court allow Ms. Holmes to deliver the opening statement and examine two Organization Amici witnesses.

Dated: October 10, 2018

Respectfully submitted,

/s/ Jennifer A. Holmes
Michaele N. Turnage Young*
Jennifer A. Holmes*
NAACP Legal Defense &
   Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300

Sherrilyn Ifill*
Janai Nelson*
Samuel Spital*
Jin Hee Lee*
Rachel Kleinman*
Cara McClellan*
Earl Kirkland*
NAACP Legal Defense &
   Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY  10006
(212) 965-2200

/s/ Kenneth N. Thayer
Kenneth N. Thayer, BBO #671029
thayer@sugarmanrogers.com
Kate R. Cook, BBO #650698
cook@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street (9th floor)
Boston, MA 02114-4737
(617) 227-3030

*Counsel for Amici Curiae 21 Colorful Crimson, Harvard Black Alumni Society, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans at Harvard College, and Task Force on Asian and Pacific American Studies at Harvard College.*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2018, a copy of the above and foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Kenneth N. Thayer
Kenneth N. Thayer, BBO #671029
thayer@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street (9th floor)
Boston, MA 02114-4737
(617) 227-3030

4844-5529-1768, v. 1