AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-14176-ADB |
| President and Fellows of Harvard College, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College            .

Date:   10/11/2018

/s/ Joseph J. Mueller
*Attorney's signature*

Joseph J. Mueller, No. 647567
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

Joseph.Mueller@wilmerhale.com
*E-mail address*

(617) 526-6396
*Telephone number*

(617) 526-5000
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on October 11, 2018 will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Joseph J. Mueller
Joseph J. Mueller
