# Exhibit 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1              Erin E. Driver-Linn

2          UNITED STATES DISTRICT COURT

3        FOR THE DISTRICT OF MASSACHUSETTS

4

5

6

7    ********************************

8    STUDENTS FOR FAIR ADMISSIONS, INC.,

9              Plaintiff

10   vs.              CA NO. 1:14-CV-14176

11   PRESIDENT AND FELLOWS OF

     HARVARD COLLEGE

12   (HARVARD CORPORATION),

13

              Defendant

14

     ********************************

15

16      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

17        DEPOSITION OF:  ERIN E. DRIVER-LINN

18              WILMERHALE

19            60 State Street

20          Boston, Massachusetts

21      July 27, 2017          9:03 a.m.

22        Darlene M. Coppola

23      Registered Merit Reporter

24      Certified Realtime Reporter

25   Job no. 127103

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 98

```
1                    Erin E. Driver-Linn
2    designations.
3
4                         (Exhibit No. 5 marked
5                         for identification.)
6
7    BY MR. STRAWBRIDGE:
8        Q.   I'm handing you a document that's
9    been marked as Exhibit 5.
10            Take a minute and familiarize
11   yourself with the document.  Let me know if
12   you've seen it before.
13       A.   (Witness reviews document.)
14            Yes, I have seen this document or
15   one very much like it.
16       Q.   Did you, in fact, review this
17   document in preparation for your deposition
18   today?
19       A.   I believe so.
20       Q.   So what is this document?
21       A.   Draft admissions, Part 2,
22   subtitle.
23       Q.   But that's what it says on the
24   cover.  But I'm asking for your description
25   of what this document is.
```

1                  Erin E. Driver-Linn

2                  MS. ELLSWORTH:  Objection.

3        A.   I believe it to be an internal work

4    product.

5    BY MR. STRAWBRIDGE:

6        Q.   Why do you believe it to be an

7    internal work product?

8        A.   Because it has blank pages, because

9    it has a subtitle called "subtitle,"

10   because the exhibits are very exploratory

11   and very limited.

12       Q.   Who prepared this document?

13       A.   I'm not sure.

14       Q.   You don't have any idea who prepared

15   this documents?

16                 MS. ELLSWORTH:  Objection.

17       A.   That's not what I said.

18   BY MR. STRAWBRIDGE:

19       Q.   Okay.  What do you know about who

20   prepared this document?

21       A.   I think it likely involved Erica

22   Bever and/or Mark Hansen.

23       Q.   Why do you think that?

24       A.   Because they were working on similar

25   kinds of work products.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 100

1                    Erin E. Driver-Linn

2      Q.   And why were they working on these

3   kinds of work products?

4              MS. ELLSWORTH:   Objection.

5      A.   Can you be more specific?

6   BY MR. STRAWBRIDGE:

7      Q.   Yes.

8           How did this work product come into

9   being?

10          Who asked OIR to prepare this work

11   product?

12             MS. ELLSWORTH:   Objection.

13     A.   I don't know.

14   BY MR. STRAWBRIDGE:

15     Q.   What steps did you take to try to

16   educate yourself as to how this work

17   product came into being in preparation for

18   your deposition today?

19     A.   I looked at a document like this, or

20   maybe this exact one, talked with John

21   Scanlon and Liam Schwartz.

22     Q.   And nobody -- none of them knew why

23   this document was created?

24     A.   They did not remember.

25     Q.   Was this document created to answer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 375

1       Erin E. Driver-Linn

2              CERTIFICATION

3       I, DARLENE M. COPPOLA, a Notary Public, do hereby

4   certify that ERIN E. DRIVER-LINN, after having

5   satisfactorily identifying herself, came before me on

6   the 27th day of July, 2017, in Boston, Massachusetts,

7   and was by me duly sworn to testify to the truth and

8   nothing but the truth as to her knowledge touching and

9   concerning the matters in controversy in this cause;

10  that she was thereupon examined upon her oath and said

11  examination reduced to writing by me; and that the

12  statement is a true record of the testimony given by

13  the witness, to the best of my knowledge and ability.

14       I further certify that I am not a relative or

15  employee of counsel/attorney for any of the parties,

16  nor a relative or employee of such parties, nor am I

17  financially interested in the outcome of the action.

18       WITNESS MY HAND THIS 9th day of August, 2017.

19

20

21  _____

22  DARLENE M. COPPOLA              My commission expires:

23  NOTARY PUBLIC                   November 11, 2022

24  REGISTERED MERIT REPORTER

25  CERTIFIED REALTIME REPORTER