# Exhibit 3

```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MASSACHUSETTS

 3     _____

 4     STUDENTS FOR FAIR ADMISSIONS, INC.,

 5                    Plaintiff,           Civil Action
                                           No. 14-14176-ADB
 6     v.
                                           October 17, 2018
 7     PRESIDENT AND FELLOWS OF HARVARD
       COLLEGE, et al.,                    Pages 1 to 241
 8
                      Defendants.
 9     _____

10

11
                TRANSCRIPT OF BENCH TRIAL - DAY 3
12            BEFORE THE HONORABLE ALLISON D. BURROUGHS
                  UNITED STATES DISTRICT COURT
13               JOHN J. MOAKLEY U.S. COURTHOUSE
                      ONE COURTHOUSE WAY
14                    BOSTON, MA   02210

15

16

17

18

19

20

21

22
                       JOAN M. DALY, RMR, CRR
23                      Official Court Reporter
                    John J. Moakley U.S. Courthouse
24                  One Courthouse Way, Room 5507
                          Boston, MA   02210
25                    joanmdaly62@gmail.com
```

───── SEALED -- ATTORNEYS' EYES ONLY ─────

```
 1    unqualified "I have a recollection of it," I think that is
 2    important.  And what he's disagreed with is how carefully he
 3    reviewed it before he gave that testimony.
 4            THE COURT:  They're willing to stipulate that he
 5    looked at it for six minutes.  I will accept for the record
 6    that he looked at it for six minutes.
 7            The questions that follow about how familiar he is
 8    with it, he's pretty clear that he is familiar with parts of
 9    it, and he remembers things about it.  So that's not
10    inconsistent.  He says he remembers parts of it.
11            You ask him questions about what you want to ask
12    him.  If it's a part that he remembers, he'll testify about
13    it.  If you need to refresh his recollection on something in
14    here that he used to have a recollection of that part but no
15    longer does, you can do that.
16            But let's get into the document and see what he
17    remembers and what he doesn't.  I will accept for the record
18    that he looked at it for six minutes.
19            MR. HUGHES:  Thank you, Your Honor.  What I'd like
20    to do is I'd like to offer P602 into evidence.
21            MR. LEE:  I object.  There's no foundation.  There
22    will be another witness who actually prepared the document
23    who will be here to testify.  But there's no foundation for
24    this witness.
25            THE COURT:  I can hold off on the admitting of the
```

SEALED -- ATTORNEYS' EYES ONLY

```
 1   exhibit, but I'm going to let him ask him questions about it.
 2             MR. LEE:  I understand.
 3             MR. HUGHES:  Just so Your Honor is clear, he
 4   testified in his deposition he had a recollection of it
 5   independent of his deposition preparation.  We'll get into
 6   all of that.  What I would prefer to do is actually show him
 7   the color version of this, which is Plaintiff's Exhibit 9,
 8   which I'd also like to offer into evidence, which I assume
 9   Mr. Lee has the same objection to.
10             THE COURT:  I assume this exhibit is going to come
11   in.  I'm going to let you ask questions of him about it now
12   so that he doesn't have to be recalled once it's admitted.
13   My guess is Mr. Lee is also expecting the document to come
14   in.
15             MR. LEE:  Yes.  At some point, Your Honor.  I think
16   having the color version is fine, and having him be examined
17   on the same basis Your Honor talked about, the non-color
18   version, is fine.
19             THE COURT:  So now it's not going to be admitted at
20   the moment.  I am going to let him be questioned about it.
21             What's your view on whether it's put up for the
22   studio audience here?  It's a not-admitted exhibit.
23             MR. LEE:  It's fine, Your Honor.
24             THE COURT:  Okay.  Karen, go ahead -- it's not
25   admitted at the moment, but we will put it up on the screen
```

SEALED -- ATTORNEYS' EYES ONLY