Lawrence L Crawford AKA
Jonah Gabriel Jah Jah T. Tishbite
#300839 Edisto A-16
Lieber C.I. PO Box 205
Ridgeville, SC 29472

FILED IN CLERKS OFFICE
2018 OCT 22 PM 1:44
US DISTRICT COURT DISTRICT OF MA

In Re: Case 1:14-CV-14176-ADB

To. The Boston District Court,

I recently sent you a copy of a document entitled Affidavit of Facts Giving Judicial Notice; Motion To Challenge the US District Courts jurisdiction; motion to transfer pursuant to the multi-district litigation rule and the seeking of a 3 judge

1 of 3

Panel Review; * * *, (48) pages dated September 4, 2018. This document was filed for the purpose of intervening in this case. An additional sheet plus a self addressed stamped envelope was served on you also. By my records the documents in question should have been filed by the Boston District Court no later than October 5, 2018. The clerk was required to send me a clocked stamped copy of the additional sheet to verify that the documents were filed before this court. Where is this additional clocked stamped page? Why was it not returned to me as is required by due process

2 of 3

law to preserve my right to appeal any action by this court. Please see that the Clerk return to me the required clock stamped copy in my return envelope. Failure would constitute an act of fraud upon the court and void this court's jurisdiction. Thank you.

Respectfully
Jah-Jah Al Mahdi

cc: Attorney Amadi
Attorney Junagee
Attorney Mortawa

October 15, 2018

3 of 3