The United States District Court
The District of Massachusetts et al.

Lawrence L Crawford aka Jonah Gabriel Jahjah Ti Tishbite et al.

Petitioners

vs

Students For Fair Admissions Inc
   plaintiffs

vs
The President of Harvard et al,
   defendants

CIA

1:14-cv-14176-ADB

Affidavit of Service

FILED IN CLERKS OFFICE
2018 OCT 25 PM 12:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

1 of 13

We, the petitioners in the above captioned matter do hereby certify that we have mailed and or served a copy of an Affidavit of Facts Giving Judicial Notice; motion to join in the (48) page document dated September 4, 2018 seeking to Intervene; notice seeking leave to Appeal, on the 1st circuit, the Boston District court and all involved parties by U.S mail postage prepaid by placing it in the institution mail box on October 16, 2018. It is deemed filed that date, Houston v Lack, 287 US 266, 273-76, 108 SCt 2379 (1988).

Respectfully,

Jahvah Al mahdi

Anthony Cook
Anthony Cook

Robert mitchell
Robert Mitchell

yahya muquit
Yahya Muqit

Joseph Rowland
Joseph Rowland

October 16, 2018

3 of 13

The United States District Court
The District of Massachusetts et al.

| | |
|---|---|
| Lawrence L Crawford aka Jonah Gabriel Tahtah T. Tishbite et al.,<br><br>Petitioners<br><br>vs<br><br>Students for Fair Admissions, Inc<br>Plaintiffs<br><br>vs | c/a<br><br>1:14-cv-14176-ADB<br><br>Affidavit of Facts Giving Judicial Notice; motion to join in the (48) page document dated September 4, 2018 seeking to Intervene; Notice seeking leave to Appeal |

| The President of Harvard College et al., | Rule 4(d) Attaches 1st circuit court |
|---|---|

defendants

In this case 1:14-cv-14176-ADB in seeking leave to appeal

To: The US District Court Boston, The 1st Circuit Court of Appeals et al.

Here the 1st circuit will find:

(1) A copy of the Affidavit of Facts giving Judicial Notice / motion to challenge the US District Courts

5 of 13

Jurisdiction; motion to transfer pursuant to the multi district litigation rule and the seeking of a 3 judge panel review; motion to intervene and amend the parties; *** , (48) pages dated September 4, 2018 that is filed in case 1:14-cv-14176-ADB.

The 1st Circuit and Boston District Court will find:

(2) A copy of the affidavit of facts giving judicial notice, supplementing the § 1983 action renewing all motions, petitions previously filed pursuant to the (45) page affidavit of facts dated

6 of 13

September 8, 2018 ; *** (51) pages dated September 27, 2018 and its (3) page prefix filed in both cases 1:14-cv-14176-ADB and 1:18-cv-13459-NLH.

(3) The Affidavit of Facts Giving Judicial Notice ; motion to stay and or recall ; *** (19) pages dated October 12, 2018 filed in cases 18-7077 ; 18-6947 ; 18-6954 ; 18-6279 ; 18-6606 ; 17-6925 et al within the 4th Circuit.

For the Record, We give all parties Judicial Notice. The parties Robert Mitchell #262003 ; Anthony Cook # 115157 ; Joseph Rowland # 290065

7 of 13

Yahya Muquit # 318455 at Lieber CI. join in the (18) page Affidavit dated September 4, 2018 seeking to intervene in Case 1:14-cv-14176-ADB. This is sought before the Boston District Court not requiring that the 1st Circuit give ruling on this issue. Crawford as Fiduciary via the Attorney Powers petitioned for and won under Case 2013-CP-400-0084 where collateral estoppel attaches. He filed for all of us. Thus, our names must be permitted officially added to the court record before the Boston District Court to protect our acquired interest as beneficiaries of the

Trust as is outlined in Exhibit "Trustee" before the Boston Court.

We give the court notice that after the signing of this document on October 15, 2018. Yahya Muquit has been transferred as an act of retaliation and machination to hinder our working on this case collectively. This is another reason why the other parallel plaintiffs felt it was necessary to now officially join in the intervention to protect our acquired interest.

Based upon the filing now attached. We motion to disqualify

the 4th Circuit in its totality. Any holding coming out of that court cannot be used by any court except to remedy the fraud or the proceedings in question becomes unconstitutional and voids all courts involved jurisdiction, Lourinet v United States, 65 FSupp3d 19 (2014); Montgomery v Louisiana, 136 SCt 718, 193 LEd2d 599, 84 USLW (US 2016); Hill v Snyder, N E3d, 2017 WL 1838423 (2017); 24 Senatorial Dist Republican Committee v Alcorn, 820 F3d 624 (4th Cir 2016).

Inasmuch, the Boston District court failed to give us notice of the hearing that occurred in this case

on October 15, 2018 conspiring with the judges in the 4th circuit who had a hearing scheduled the same exact day to in Acts of Fraud upon the court make the issues moot, to prevent the hearing where it would be required that the defendants respond to prove they timely responded to defeat the affidavits emerging from case 2013-CA-400-0084 where collateral estoppel attaches creating a jurisdictional bar under case 1:14-cv-14176-ADB. Thus, anything coming out of the hearing that occurred on October

11 of 13

15, 2018 must be construed as a final ruling on our seeking to intervene, waive the required hearing where we be called before the court under Federal Rule 16; our right to establish collateral estoppel and for class action certification allowing us to seek leave to appeal before the 1st circuit, Jarkorwoo v Hedwig, 2017 WL 4898260 (D.C.Md 2017); Bonner v Kilmore, 2017 WL 1057633, *4 N.D. Ala.; Strong v U.S., 57 F.Supp.2d 908, 1999 WL 543737 (N.D.Cali 1999); Intelligent Verification Systems LLC v Microsoft Corp, F.Supp.3d, 2015 WL 846012 (E.D. Va 2015); Montgomery v Internal Revenue Service, F.Supp3d. —

2018 WL 953331 (DDC 2018); <u>IN RE WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION</u>, 849 F3d 761, 96 Fed. R. Serv. 3d 1207 (8th Cir 2017); <u>Alila-Katila v US Bank National Association</u>, 2016 WL 4992464 (ND Cal. 2016). Therefore, this is also notice seeking leave to appeal. The Boston District Courts jurisdiction is now divested.

Joseph Rowland
*Joseph Rowland*

October 15, 2018

Respectfully
Jahjah Al Mahdi

*[signature]*
Yahya Muquit
*Yahya Muquit*

Anthony Cook
*Anthony Cook*

Robert Mitchell
*Robert Mitchell*

13 of 13