**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>       Plaintiff, <br>    v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>       Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## <u>MOTION TO SEAL EXHIBITS TO OFFER OF PROOF</u>

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby moves this Court for an order sealing exhibits to SFFA's Offer of Proof. The documents that SFFA seeks to seal are designated Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 55).

SFFA requests that the documents subject to this Motion be impounded until further order of the Court. In the event the Court has not previously ordered otherwise, the parties' submissions should be returned to their undersigned counsel upon resolution of this matter.

WHEREFORE, SFFA respectfully requests that the Court grant this motion and allow exhibits to SFFA's Offer of Proof be filed under seal on or before October 29 and to be viewed only by the Judge, her clerk(s), and Court personnel.

Dated: October 27, 2018                    Respectfully submitted,

                                           /s/ Katherine L.I. Hacker
                                           Adam K. Mortara
                                           J. Scott McBride
                                           Krista J. Perry
                                           Bartlit Beck Herman Palenchar & Scott LLP
                                           54 West Hubbard Street, Suite 300
                                           Chicago, IL 60654
                                           312.494.4400
                                           adam.mortara@bartlit-beck.com
                                           scott.mcbride@bartlit-beck.com
                                           krista.perry@bartlit-beck.com

                                           John M. Hughes
                                           Katherine L.I. Hacker
                                           Meg E. Fasulo
                                           Bartlit Beck Herman Palenchar & Scott LLP
                                           1801 Wewatta Street, Suite 1200
                                           Denver, CO 80202
                                           303.592.3100
                                           john.hughes@bartlit-beck.com
                                           kat.hacker@bartlit-beck.com
                                           meg.fasulo@bartlit-beck.com

                                           William S. Consovoy
                                           Thomas R. McCarthy
                                           Michael H. Park
                                           J. Michael Connolly
                                           CONSOVOY MCCARTHY PARK PLLC
                                           3033 Wilson Boulevard, Suite 700
                                           Arlington, Virginia 22201
                                           703.243.9423
                                           will@consovoymccarthy.com
                                           tom@consovoymccarthy.com
                                           park@consovoymccarthy.com
                                           mike@consovoymccarthy.com

                                           Patrick Strawbridge BBO #678274
                                           CONSOVOY MCCARTHY PARK PLLC
                                           Ten Post Office Square
                                           8th Floor South PMB #706
                                           Boston, MA 02109
                                           617.227.0548
                                           patrick@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100 Providence,
RI 02903
617.345.3000
psanford@burnslev.com
bcaldwell@burnslev.com

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), the undersigned conferred with counsel for Defendant on

October 26, 2018, and Defendant consents to this motion.

*/s/ Katherine L.I. Hacker*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of October, 2018.

*/s/ Katherine L.I. Hacker*