**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>        Plaintiff, <br>     v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>        Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF DEPOSITION DESIGNATIONS PLAYED IN COURT

Plaintiff Students for Fair Admissions, Inc. ("SFFA") files with this notice the script report of deposition designations that were played by video on October 26, 2018.

Dated: October 27, 2018                        Respectfully submitted,

                                               */s/ Katherine L.I. Hacker*
                                               Adam K. Mortara
                                               J. Scott McBride
                                               Krista J. Perry
                                               Bartlit Beck Herman Palenchar & Scott LLP
                                               54 West Hubbard Street, Suite 300
                                               Chicago, IL 60654
                                               312.494.4400
                                               adam.mortara@bartlit-beck.com
                                               scott.mcbride@bartlit-beck.com
                                               krista.perry@bartlit-beck.com

                                               John M. Hughes
                                               Katherine L.I. Hacker
                                               Meg E. Fasulo
                                               Bartlit Beck Herman Palenchar & Scott LLP
                                               1801 Wewatta Street, Suite 1200
                                               Denver, CO 80202
                                               303.592.3100
                                               john.hughes@bartlit-beck.com
                                               kat.hacker@bartlit-beck.com
                                               meg.fasulo@bartlit-beck.com

                                               William S. Consovoy
                                               Thomas R. McCarthy
                                               Michael H. Park
                                               J. Michael Connolly
                                               CONSOVOY MCCARTHY PARK PLLC
                                               3033 Wilson Boulevard, Suite 700
                                               Arlington, Virginia 22201
                                               703.243.9423
                                               will@consovoymccarthy.com
                                               tom@consovoymccarthy.com
                                               park@consovoymccarthy.com
                                               mike@consovoymccarthy.com

                                               Patrick Strawbridge BBO #678274
                                               CONSOVOY MCCARTHY PARK PLLC
                                               Ten Post Office Square
                                               8th Floor South PMB #706
                                               Boston, MA 02109
                                               617.227.0548
                                               patrick@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100 Providence,
RI 02903
617.345.3000
psanford@burnslev.com
bcaldwell@burnslev.com

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of October, 2018.

*/s/ Katherine L.I. Hacker*