**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| Designation | Source | Tx Duration | Remains | Barcode |
|---|---|---|---|---|
| **46:5 - 46:17** | Fitzsimmons, William 2017-08-03 | 00:00:57 | 00:27:39 | V1.1 |
| | 46:5  Q. Do you know what the annual budget is for | | | |
| | 46:6     the admissions office? | | | |
| | 46:7  A. We -- you know, we don't have a -- we | | | |
| | 46:8     submit a budget every year.  I don't have an exact | | | |
| | 46:9     amount to give you.  What we are told is that our | | | |
| | 46:10    mission is clear that we need to get, you know, the | | | |
| | 46:11    best, most interesting students who will be the | | | |
| | 46:12    best educators of others during the four years and | | | |
| | 46:13    beyond from all backgrounds.  We are not given a | | | |
| | 46:14    rigid limit on the amount of financial aid that | | | |
| | 46:15    we -- we would be -- we'd have to meet. | | | |
| | 46:16  Q. Ballpark, not the exact number, do you | | | |
| | 46:17    know what that annual budget is? | | | |
| **46:20 - 46:25** | Fitzsimmons, William 2017-08-03 | 00:00:18 | 00:26:42 | V1.2 |
| | 46:20  A. I don't have an exact number.  The | | | |
| | 46:21    financial aid budget these days for one year for | | | |
| | 46:22    Harvard College is around $180 million. | | | |
| | 46:23  Q. That's money to be distributed through | | | |
| | 46:24    financial aid, or does it also include the | | | |
| | 46:25    financial aid operations? | | | |
| **47:3 - 47:4** | Fitzsimmons, William 2017-08-03 | 00:00:06 | 00:26:24 | V1.3 |
| | 47:3  A. That would be money going directly to | | | |
| | 47:4     undergraduate for financial aid. | | | |
| **48:21 - 49:10** | Fitzsimmons, William 2017-08-03 | 00:00:45 | 00:26:18 | V1.4 |
| | 48:21  Q. I'm sorry.  I meant -- I thought you | | | |
| | 48:22    referred to recruitment groups as they reached out | | | |
| | 48:23    to people who were prospective candidates for | | | |
| | 48:24    admission who they thought would be eligible for | | | |
| | 48:25    HFAI? | | | |
| | 49:1              FITZSIMMONS | | | |
| | 49:2   A. Our own students who are part of HFAI, our | | | |
| | 49:3     current undergraduates, they would reach out to | | | |
| | 49:4     students in general we think might be eligible for | | | |
| | 49:5     the largest financial grants, if that's what you | | | |
| | 49:6     mean. | | | |
| | 49:7   Q. Yes.  And so those students who are | | | |
| | 49:8     identified as potentially eligible, do they receive | | | |
| | 49:9     an admissions benefit by dint of their potential | | | |
| | 49:10    eligibility? | | | |
| **49:12 - 49:18** | Fitzsimmons, William 2017-08-03 | 00:00:27 | 00:25:33 | V1.5 |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | | | | |
|---|---|---|---|---|---|
| | 49:12 | A. The fact that they would be eligible for | | | |
| | 49:13 | HFAI typically would be 80,000 or under.  And, | | | |
| | 49:14 | particularly, 65,000 or under would be one factor | | | |
| | 49:15 | among all the other factors that, you know, you | | | |
| | 49:16 | would find in any single application.  That would | | | |
| | 49:17 | certainly be one factor that would be taken into | | | |
| | 49:18 | account. | | | |
| **134:14 - 134:22** | Fitzsimmons, William 2017-08-03 | | 00:00:12 | 00:25:06 | V1.6 |
| | 134:14 | Q. Does Harvard intend to stop using race in | | | |
| | 134:15 | its admissions process? | | | |
| | 134:16 | A. No. | | | |
| | 134:17 | Q. No? | | | |
| | 134:18 | A. I'm sorry.  I didn't realize you didn't | | | |
| | 134:19 | finish your question.  I apologize. | | | |
| | 134:20 | Q. That's okay.  The answer is no? | | | |
| | 134:21 | A. No. | | | |
| | 134:22 | Q. At any point in time? | | | |
| **134:24 - 135:3** | Fitzsimmons, William 2017-08-03 | | 00:00:10 | 00:24:54 | V1.7 |
| | 134:24 | A. There is no evidence for that. | | | |
| | 134:25 | Q. And what evidence would it take to | | | |
| | 135:1 | FITZSIMMONS | | | |
| | 135:2 | convince you that Harvard should no longer use race | | | |
| | 135:3 | in the admissions process? | | | |
| **135:5 - 135:6** | Fitzsimmons, William 2017-08-03 | | 00:00:06 | 00:24:44 | V1.8 |
| | 135:5 | A. I haven't seen any evidence, and I don't | | | |
| | 135:6 | know what form such evidence might take. | | | |
| **142:2 - 142:5** | Fitzsimmons, William 2017-08-03 | | 00:00:10 | 00:24:38 | V1.9 |
| | 142:2 | Q. If Harvard wanted to, could it ensure that | | | |
| | 142:3 | readers of files did not receive information about | | | |
| | 142:4 | the box that the applicant checked with respect to | | | |
| | 142:5 | racial identity? | | | |
| **142:7 - 142:15** | Fitzsimmons, William 2017-08-03 | | 00:00:21 | 00:24:28 | V1.10 |
| | 142:7 | A. You mean mechanically? | | | |
| | 142:8 | Q. Yes. | | | |
| | 142:9 | A. I use the summary sheet, reader sheet, the | | | |
| | 142:10 | one we talked about before.  Could we not provide | | | |
| | 142:11 | it mechanically?  Yes. | | | |
| | 142:12 | Q. You could screen off that information from | | | |
| | 142:13 | being available to those reading the file, whether | | | |
| | 142:14 | they checked the box or not or what they identified | | | |
| | 142:15 | as? | | | |
| **142:17 - 142:23** | Fitzsimmons, William 2017-08-03 | | 00:00:11 | 00:24:07 | V1.11 |
| | 142:17 | A. Mechanically, yes. | | | |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | | | | |
|---|---|---|---|---|---|
| | 142:18 | Q. So in some cases it might still come | | | |
| | 142:19 | through from the essay or the personal statement or | | | |
| | 142:20 | some recommendation, right? | | | |
| | 142:21 | A. In any number of different ways. | | | |
| | 142:22 | Q. All right.  Do you think that's always | | | |
| | 142:23 | true? | | | |
| **142:25 - 143:6** | Fitzsimmons, William 2017-08-03 | 00:00:06 | 00:23:56 | | V1.12 |
| | 142:25 | A. In every case? | | | |
| | 143:1 |       FITZSIMMONS | | | |
| | 143:2 | Q. Yes. | | | |
| | 143:3 | A. No. | | | |
| | 143:4 | Q. Do you know how many applications, on | | | |
| | 143:5 | average, contain that information in those | | | |
| | 143:6 | statements? | | | |
| **143:8 - 143:8** | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:23:50 | | V1.13 |
| | 143:8 | A. There's no way to estimate that. | | | |
| **153:10 - 153:21** | Fitzsimmons, William 2017-08-03 | 00:00:24 | 00:23:47 | | V1.14 |
| | 153:10 | Q. Is Harvard attempting to obtain critical | | | |
| | 153:11 | mass of any particular ethnic group at the college? | | | |
| | 153:12 | A. I'm not sure what you would mean by | | | |
| | 153:13 | critical mass. | | | |
| | 153:14 | Q. Have you heard that term before? | | | |
| | 153:15 | A. I've heard it in physics.  I've heard it | | | |
| | 153:16 | in, you know, in -- you know, I've heard the term | | | |
| | 153:17 | before. | | | |
| | 153:18 | Q. Have you heard it used with respect to the | | | |
| | 153:19 | use of race in college admissions? | | | |
| | 153:20 | A. Occasionally. | | | |
| | 153:21 | Q. Is it ever used at Harvard? | | | |
| **153:23 - 154:5** | Fitzsimmons, William 2017-08-03 | 00:00:13 | 00:23:23 | | V1.15 |
| | 153:23 | A. I have never used it. | | | |
| | 153:24 | Q. Have you ever used it to describe what | | | |
| | 153:25 | Harvard's attempting to achieve? | | | |
| | 154:1 |       FITZSIMMONS | | | |
| | 154:2 | A. No. | | | |
| | 154:3 | Q. I take it, then, that Harvard does not | | | |
| | 154:4 | have its own definition of what constitutes | | | |
| | 154:5 | critical mass? | | | |
| **154:7 - 154:11** | Fitzsimmons, William 2017-08-03 | 00:00:15 | 00:23:10 | | V1.16 |
| | 154:7 | A. I certainly don't. | | | |
| | 154:8 | Q. And if I understand your testimony | | | |
| | 154:9 | previously, you can't provide any range or | | | |
| | 154:10 | quantification of what level of racial diversity is | | | |
| | 154:11 | sufficient to achieve Harvard's educational goals? | | | |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | | | | |
|---|---|---|---|---|---|
| **154:13 - 154:13** | Fitzsimmons, William 2017-08-03 | 00:00:01 | 00:22:55 | | V1.17 |
| | 154:13    A. That would be correct. | | | | |
| **180:10 - 180:13** | Fitzsimmons, William 2017-08-03 | 00:00:09 | 00:22:54 | | V1.18 |
| | 180:10    Q. Are you aware of any formal analysis on | | | | |
| | 180:11      paper that purports to analyze how these could be | | | | |
| | 180:12      used and what the result of them would be instead | | | | |
| | 180:13      of using race? | | | | |
| **180:15 - 180:18** | Fitzsimmons, William 2017-08-03 | 00:00:11 | 00:22:45 | | V1.19 |
| | 180:15    A. Formal analysis? | | | | |
| | 180:16    Q. Something in writing. | | | | |
| | 180:17    A. Something that doesn't -- nothing as | | | | |
| | 180:18      specific as what you're describing comes to mind. | | | | |
| **180:21 - 180:22** | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:22:34 | | V1.20 |
| | 180:21      Since this lawsuit, are you aware of any | | | | |
| | 180:22      such formal analysis? | | | | |
| **181:5 - 181:9** | Fitzsimmons, William 2017-08-03 | 00:00:17 | 00:22:31 | | V1.21 |
| | 181:5    A. I think the answer to that question would | | | | |
| | 181:6      be in the interrogatory regarding -- I believe, if | | | | |
| | 181:7      I understand your question, the Ryan committee and | | | | |
| | 181:8      then the committee that Dean Khurana and Dean Smith | | | | |
| | 181:9      and I are on. | | | | |
| **204:13 - 204:18** | Fitzsimmons, William 2017-08-03 | 00:00:08 | 00:22:14 | | V1.22 |
| | 204:13    Q. Do you know -- do you think that Harvard | | | | |
| | 204:14      is doing all it can to achieve socioeconomic | | | | |
| | 204:15      diversity? | | | | |
| | 204:16    A. Yes. | | | | |
| | 204:17    Q. Do you think there's anything else it can | | | | |
| | 204:18      do? | | | | |
| **204:20 - 204:21** | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:22:06 | | V1.23 |
| | 204:20    A. Not at the moment, but we stay open to | | | | |
| | 204:21      possibilities. | | | | |
| **213:5 - 213:9** | Fitzsimmons, William 2017-08-03 | 00:00:12 | 00:22:03 | | V1.24 |
| | 213:5    Q. When was the Ryan committee formed? | | | | |
| | 213:6    A. I'm not sure precisely, but I would guess | | | | |
| | 213:7      2014. | | | | |
| | 213:8    Q. Okay. Do you know why the Ryan committee | | | | |
| | 213:9      was formed? | | | | |
| **213:14 - 213:22** | Fitzsimmons, William 2017-08-03 | 00:00:25 | 00:21:51 | | V1.25 |
| | 213:14    A. Just from looking at the charge of the | | | | |
| | 213:15      committee, that's how I would know. | | | | |
| | 213:16    Q. What was your role in the Ryan committee? | | | | |
| | 213:17    A. One of, you know, any number of members. | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | 213:18 | Q. And what was the charge of the Ryan | | |
| | 213:19 | committee? | | |
| | 213:20 | A. It had do with race-neutral admissions. | | |
| | 213:21 | Q. And, in particular, what did it have to do | | |
| | 213:22 | with race-neutral admissions? | | |

| 213:24 - 214:3 | Fitzsimmons, William 2017-08-03 | 00:00:11 | 00:21:26 | V1.26 |
|---|---|---|---|---|
| | 213:24 A. I can't recall specifically, you know, | | | |
| | 213:25    other than the general -- the general topic. | | | |
| | 214:1              FITZSIMMONS | | | |
| | 214:2 Q. And do you know why the Ryan committee was | | | |
| | 214:3    asked to look at race-neutral admissions? | | | |

| 214:7 - 214:14 | Fitzsimmons, William 2017-08-03 | 00:00:33 | 00:21:15 | V1.27 |
|---|---|---|---|---|
| | 214:7 A. I don't really know, based -- I don't know | | | |
| | 214:8    what discussions, you know, Dean Ryan had with | | | |
| | 214:9    others, so I simply don't know. | | | |
| | 214:10 Q. How often did the Ryan committee meet? | | | |
| | 214:11 A. I believe it met perhaps three times. | | | |
| | 214:12 Q. Before the Ryan committee, are you aware | | | |
| | 214:13    of any other committee at Harvard that was tasked | | | |
| | 214:14    with analyzing race-neutral admissions? | | | |

| 214:16 - 214:20 | Fitzsimmons, William 2017-08-03 | 00:00:16 | 00:20:42 | V1.28 |
|---|---|---|---|---|
| | 214:16 A. No committee with that specific charge. | | | |
| | 214:17 Q. Are you aware of any committee that | | | |
| | 214:18    specifically discussed race-neutral admissions to | | | |
| | 214:19    replace the use of race in Harvard's admissions | | | |
| | 214:20    process? | | | |

| 214:22 - 214:25 | Fitzsimmons, William 2017-08-03 | 00:00:07 | 00:20:26 | V1.29 |
|---|---|---|---|---|
| | 214:22 A. I don't. | | | |
| | 214:23 Q. Do you expect that you would be aware of | | | |
| | 214:24    any such committee, given your role as dean of | | | |
| | 214:25    admissions? | | | |

| 215:3 - 215:3 | Fitzsimmons, William 2017-08-03 | 00:00:01 | 00:20:19 | V1.30 |
|---|---|---|---|---|
| | 215:3 A. Yes. | | | |

| 260:16 - 261:19 | Fitzsimmons, William 2017-08-03 | 00:01:43 | 00:20:18 | V1.31 |
|---|---|---|---|---|
| | 260:16 Q. Are you familiar with the phrase "standard | | | |
| | 260:17    strong" as it's used in the reading process? | | | |
| | 260:18 A. I am familiar with the phrase. | | | |
| | 260:19 Q. What does standard strong mean? | | | |
| | 260:20 A. I would say pretty much what the words | | | |
| | 260:21    mean in standard usage. We have, as I indicated | | | |
| | 260:22    before, many, many strong candidates and many | | | |
| | 260:23    people who present extremely strong standardized | | | |
| | 260:24    tests and grades, so that would certainly be a -- | | | |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | | | | |
|---|---|---|---|---|---|
| | 260:25 | someone who might be described as standard strong. | | | |
| | 261:1 | FITZSIMMONS | | | |
| | 261:2 | It's not a term that I use myself, particularly, | | | |
| | 261:3 | but it certainly indicates, you know, some real | | | |
| | 261:4 | strength to be in that pool, to be standard strong. | | | |
| | 261:5 | Q. What makes it standard? | | | |
| | 261:6 | A. There may not yet be something that might | | | |
| | 261:7 | make that person quite as strong an educator of | | | |
| | 261:8 | others or quite as strong as an applicant overall | | | |
| | 261:9 | as some others because it is, you know, it is a | | | |
| | 261:10 | competition where there's lots of strength.  But | | | |
| | 261:11 | that would probably be the best description I could | | | |
| | 261:12 | give. | | | |
| | 261:13 | Q. Is that something else, that other thing, | | | |
| | 261:14 | sometimes referred to in the admissions office as a | | | |
| | 261:15 | "distinguishing excellence"? | | | |
| | 261:16 | A. It could be. | | | |
| | 261:17 | Q. Or DE? | | | |
| | 261:18 | A. It could be. | | | |
| | 261:19 | Q. What's a distinguishing excellence? | | | |
| **261:21**-**262:2** | Fitzsimmons, William 2017-08-03 | 00:00:26 | 00:18:35 | | V1.32 |
| | 261:21 | A. It would be -- it could be an excellence | | | |
| | 261:22 | of any kind one could imagine, but it would be an | | | |
| | 261:23 | additional factor that might help the admissions | | | |
| | 261:24 | committee understand better what kind of a | | | |
| | 261:25 | contribution this particular applicant might make | | | |
| | 262:1 | FITZSIMMONS | | | |
| | 262:2 | to the -- to fellow classmates. | | | |
| **263:15**-**264:13** | Fitzsimmons, William 2017-08-03 | 00:01:16 | 00:18:09 | | V1.33 |
| | 263:15 | Q. What's a CJer? | | | |
| | 263:16 | A. A CJer used to be a person who was | | | |
| | 263:17 | interested in biological sciences which, I recall, | | | |
| | 263:18 | was the C.  And the J, I believe, was medicine. | | | |
| | 263:19 | So that would be a person who was interested in, | | | |
| | 263:20 | perhaps, something medical and who might be | | | |
| | 263:21 | interested in one of the various biological | | | |
| | 263:22 | sciences as a possible concentration. | | | |
| | 263:23 | Q. To borrow your phrase earlier, this | | | |
| | 263:24 | strikes me as it must be some form of | | | |
| | 263:25 | Harvard-speak.  Why would C and J be associated | | | |
| | 264:1 | FITZSIMMONS | | | |
| | 264:2 | with biological sciences and medical? | | | |
| | 264:3 | A. Simply because the coding used to use | | | |
| | 264:4 | alphabetic -- you know, use the alphabet to | | | |
| | 264:5 | indicate certain concentrations.  I'm not sure | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 264:6 | those are the same letters that are used today, but | | | |
| | 264:7 | certainly there are people around who would use | | | |
| | 264:8 | that. I think, B, I think, was humanities for | | | |
| | 264:9 | example. I may be wrong on that. | | | |
| | 264:10 | Q. But that's an artifact, essentially, of | | | |
| | 264:11 | the former database system? | | | |
| | 264:12 | A. Yes, it probably is an artifact at this | | | |
| | 264:13 | point. | | | |
| **279:17 - 279:19** | Fitzsimmons, William 2017-08-03 | | 00:00:07 | 00:16:53 | V1.34 |
| | 279:17 | Q. Before the subcommittee process begins, | | | |
| | 279:18 | does each docket receive a target number? | | | |
| | 279:19 | A. Yes. | | | |
| **279:21 - 281:3** | Fitzsimmons, William 2017-08-03 | | 00:02:14 | 00:16:46 | V1.35 |
| | 279:21 | Q. And how is that target number calculated? | | | |
| | 279:22 | A. It's the roughest of rough estimates based | | | |
| | 279:23 | on the quality of the applicants the previous year | | | |
| | 279:24 | from that area with the information about number of | | | |
| | 279:25 | applicants, the number of people admitted from that | | | |
| | 280:1 |       FITZSIMMONS | | | |
| | 280:2 | particular area, which would be a measure of the | | | |
| | 280:3 | quality. | | | |
| | 280:4 |     And then you would have the information | | | |
| | 280:5 | this year of any variations in the application | | | |
| | 280:6 | numbers. And then, depending on where you are in | | | |
| | 280:7 | the process, you would have the admits so far, | | | |
| | 280:8 | which would be, again, a rough measure of -- this | | | |
| | 280:9 | is on, say, a one-pager as we had talked about | | | |
| | 280:10 | before. | | | |
| | 280:11 |     So it's a very, very, very rough way to | | | |
| | 280:12 | start, just to -- but because our recruiting is so | | | |
| | 280:13 | comprehensive and because every year we are | | | |
| | 280:14 | writing, as you know, and communicating with | | | |
| | 280:15 | thousands and thousands of applicants in very much | | | |
| | 280:16 | the same way from year to year, we will tend to | | | |
| | 280:17 | have -- from one year to the next, you tend to have | | | |
| | 280:18 | the roughly the same number and then roughly the | | | |
| | 280:19 | same quality from an area. | | | |
| | 280:20 |     Although, and the reason I use the word | | | |
| | 280:21 | rough, very rough to describe the targets is that | | | |
| | 280:22 | until you actually read the applications, you -- | | | |
| | 280:23 | and go through committee, you don't really know | | | |
| | 280:24 | what the quality is this year. | | | |
| | 280:25 |     So the targets are just a starting point | | | |
| | 281:1 |       FITZSIMMONS | | | |
| | 281:2 | that we all know may end up not at all representing | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 281:3 the quality this year versus last year. |  |  |  |
| **285:11 - 285:17** | Fitzsimmons, William 2017-08-03 | 00:00:15 | 00:14:32 | V1.36 |
|  | 285:11 Q. So the targets that get generated through |  |  |  |
|  | 285:12 this series of assumptions and calculations you |  |  |  |
|  | 285:13 just described, those are distributed to each |  |  |  |
|  | 285:14 docket chair? |  |  |  |
|  | 285:15 A. Yes. |  |  |  |
|  | 285:16 Q. And are those docket chairs, do they |  |  |  |
|  | 285:17 consider those to be hard or soft targets? |  |  |  |
| **285:19 - 285:19** | Fitzsimmons, William 2017-08-03 | 00:00:02 | 00:14:17 | V1.37 |
|  | 285:19 A. I would say generally hard. |  |  |  |
| **285:20 - 287:8** | Fitzsimmons, William 2017-08-03 | 00:02:39 | 00:14:15 | V1.38 |
|  | 285:20 Q. They're expected to come to the full |  |  |  |
|  | 285:21 committee meeting -- |  |  |  |
|  | 285:22 A. Oh, I see what you're saying. I'm sorry. |  |  |  |
|  | 285:23 When I said hard, I thought you meant difficult to |  |  |  |
|  | 285:24 meet. Sorry. |  |  |  |
|  | 285:25   We look -- the way I would look at them is |  |  |  |
|  | 286:1    FITZSIMMONS |  |  |  |
|  | 286:2 that they are -- we know that the targets are the |  |  |  |
|  | 286:3 roughest of estimates, and so we tell our -- and we |  |  |  |
|  | 286:4 know that every docket has far more attractive |  |  |  |
|  | 286:5 students on the docket to admit than they have room |  |  |  |
|  | 286:6 to admit, given the targets. |  |  |  |
|  | 286:7   So we tell the dockets that here is the |  |  |  |
|  | 286:8 target, this is a number, but we also would like to |  |  |  |
|  | 286:9 know who are the strongest students who didn't make |  |  |  |
|  | 286:10 it at this time; who are the weakest students who |  |  |  |
|  | 286:11 did make it; who are the students who look |  |  |  |
|  | 286:12 promising, but perhaps we need additional |  |  |  |
|  | 286:13 information. |  |  |  |
|  | 286:14   And, occasionally, we'll even say to them |  |  |  |
|  | 286:15 in addition to that, we'll say to a subcommittee or |  |  |  |
|  | 286:16 a docket that -- we'll say, look, we know we'll be |  |  |  |
|  | 286:17 reviewing you in full committee. It'll be better |  |  |  |
|  | 286:18 for everyone if we just give you some more spaces |  |  |  |
|  | 286:19 now because we know -- I might, for example, read |  |  |  |
|  | 286:20 some of these cases, and I know how strong, based |  |  |  |
|  | 286:21 on my overview of the situation. |  |  |  |
|  | 286:22   There are also dockets that will sometimes |  |  |  |
|  | 286:23 come under target, so that they will keep lists of |  |  |  |
|  | 286:24 the strongest ones in, the weakest ones out. They |  |  |  |
|  | 286:25 may have people for whom they need additional |  |  |  |
|  | 287:1    FITZSIMMONS |  |  |  |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | | | | |
|---|---|---|---|---|---|
| | 287:2 | information, so they would say at this time we will | | | |
| | 287:3 | prefer to come in under target, and we'll get the | | | |
| | 287:4 | late information and see where all this goes. | | | |
| | 287:5 | Q. In the full committee process, can some | | | |
| | 287:6 | spots shift between dockets, so one docket ends up | | | |
| | 287:7 | with more than what their initial target was and | | | |
| | 287:8 | one docket ends up with less? | | | |
| **287:10 - 287:11** | Fitzsimmons, William 2017-08-03 | | 00:00:02 | 00:11:36 | V1.39 |
| | 287:10 | A. Yes. | | | |
| | 287:11 | Q. Does that happen a lot? | | | |
| **287:13 - 287:13** | Fitzsimmons, William 2017-08-03 | | 00:00:01 | 00:11:34 | V1.40 |
| | 287:13 | A. Yes. | | | |
| **291:19 - 292:5** | Fitzsimmons, William 2017-08-03 | | 00:00:26 | 00:11:33 | V1.41 |
| | 291:19 | MR. STRAWBRIDGE: Hand you a document | | | |
| Link > P177.1 | 291:20 | marked as Exhibit 5. | | | |
| | 291:21 | Q. Do you recognize this document? | | | |
| | 291:22 | A. Yes. | | | |
| Link > P177.1.1 | 291:23 | Q. Is this the copy of the target report that | | | |
| | 291:24 | would be prepared for the regular action cycle for | | | |
| | 291:25 | the class of 2018? | | | |
| | 292:1 | FITZSIMMONS | | | |
| | 292:2 | MS. ELLSWORTH: Why don't you look at the | | | |
| | 292:3 | whole document. | | | |
| | 292:4 | A. Can I look at the whole document first? | | | |
| | 292:5 | Q. If you need to. | | | |
| **292:6 - 292:12** | Fitzsimmons, William 2017-08-03 | | 00:00:17 | 00:11:07 | V1.42 |
| | 292:6 | A. Yes. | | | |
| | 292:7 | Q. Yes, this is the target for the class of | | | |
| | 292:8 | 2018? | | | |
| | 292:9 | A. Yes. | | | |
| | 292:10 | Q. Okay. And is this typical of the reports | | | |
| | 292:11 | that you receive during the process of setting the | | | |
| | 292:12 | targets? | | | |
| **292:14 - 292:17** | Fitzsimmons, William 2017-08-03 | | 00:00:07 | 00:10:50 | V1.43 |
| | 292:14 | A. It's certainly what we received this | | | |
| | 292:15 | particular year. | | | |
| | 292:16 | Q. I mean, does this look different than what | | | |
| | 292:17 | you're used to getting? | | | |
| **292:19 - 293:3** | Fitzsimmons, William 2017-08-03 | | 00:00:25 | 00:10:43 | V1.44 |
| | 292:19 | A. It looks, you know, I don't have another | | | |
| | 292:20 | one to look at, but it looks, certainly, relatively | | | |
| | 292:21 | similar. | | | |
| | 292:22 | Q. On the page of this document that begins | | | |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | |
|---|---|---|
| Link > P177.4 | 292:23 | in the lower right-hand corner with the suffix |
| Link > P177.4.1 | 292:24 | 4101, there is information broken up by ethnicity? |
| | 292:25 | A. Yes. |
| | 293:1 | FITZSIMMONS |
| | 293:2 | Q. So would you review this when the target |
| | 293:3 | information comes along? |

| **293:5 - 294:6** | Fitzsimmons, William 2017-08-03 | 00:01:45 | 00:10:18 | V1.45 |
|---|---|---|---|---|
| | 293:5 | A. It would be something I would look at | | |
| | 293:6 | along with all the other information, and -- but | | |
| | 293:7 | this is the information that I referred to | | |
| | 293:8 | previously.  This information that, you know, | | |
| | 293:9 | historically has been prepared is, you know, is | | |
| | 293:10 | interesting information, giving you variations, | | |
| | 293:11 | you know, from one year to the next.  But, | | |
| | 293:12 | realistically, what, you know, would really be | | |
| | 293:13 | important is where you ended up with last year. | | |
| | 293:14 | And as you can see, for example, with docket A, | | |
| | 293:15 | you know, it's -- you know, that's the kind of | | |
| | 293:16 | information that -- it essentially helps you to | | |
| | 293:17 | understand in summary fashion what happened, | | |
| | 293:18 | considering all the factors way beyond, you know, | | |
| | 293:19 | the things on the -- on this set of documents, you | | |
| | 293:20 | know, which would include ethnic information, | | |
| | 293:21 | information about lineage, athletes, information | | |
| | 293:22 | about economic background, you know, other | | |
| | 293:23 | information, that all of that is in a sense | | |
| | 293:24 | summarized by looking at where things ended up the | | |
| | 293:25 | previous year. | | |
| | 294:1 | FITZSIMMONS | | |
| | 294:2 | Q. Those aren't the only factors that Harvard | | |
| | 294:3 | considers in its admissions process? | | |
| | 294:4 | A. All factors are considered. | | |
| | 294:5 | Q. Right.  These are just the ones that are | | |
| | 294:6 | put on this report? | | |

| **294:8 - 294:8** | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:08:33 | V1.46 |
|---|---|---|---|---|
| | 294:8 | A. Yes, in this, yes. | | |

| **296:11 - 296:12** | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:08:30 | V1.47 |
|---|---|---|---|---|
| | 296:11 | Q. Do you have conversations about the racial | | |
| | 296:12 | changes by docket? | | |

| **296:14 - 296:16** | Fitzsimmons, William 2017-08-03 | 00:00:06 | 00:08:27 | V1.48 |
|---|---|---|---|---|
| | 296:14 | A. Occasionally.  On any of the variables, | | |
| | 296:15 | you know, there can be variations from year to | | |
| Link > Hide | 296:16 | year. | | |

| **323:25 - 323:25** | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:08:21 | V1.49 |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

|  | 323:25 | Q. Do ethnicities yield at different rates? |  |  |  |
|---|---|---|---|---|---|
| **324:3 - 324:5** | | Fitzsimmons, William 2017-08-03 | 00:00:04 | 00:08:18 | V1.50 |
| | 324:3 | A. Generally, yes. | | | |
| | 324:4 | Q. Does Harvard track yield rate by | | | |
| | 324:5 | ethnicity? | | | |
| **324:7 - 324:9** | | Fitzsimmons, William 2017-08-03 | 00:00:07 | 00:08:14 | V1.51 |
| | 324:7 | A. We're aware of it. | | | |
| | 324:8 | Q. Does it actually keep tabs and make | | | |
| | 324:9 | projections based on yield rate by ethnicity? | | | |
| **324:11 - 324:13** | | Fitzsimmons, William 2017-08-03 | 00:00:18 | 00:08:07 | V1.52 |
| | 324:11 | A. Be one of many factors that we would look | | | |
| | 324:12 | at in trying to come in with a class that would | | | |
| | 324:13 | meet the 1,662 ultimate goal. | | | |
| **325:6 - 325:7** | | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:07:49 | V1.53 |
| | 325:6 | Q. Is this information that's unusual | | (Edited) | |
| | 325:7 | for you to receive at Harvard? | | | |
| **325:9 - 325:10** | | Fitzsimmons, William 2017-08-03 | 00:00:04 | 00:07:46 | V1.54 |
| | 325:9 | A. I have not seen it, I don't think, in this | | | |
| | 325:10 | form. | | | |
| **325:20 - 325:21** | | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:07:42 | V1.55 |
| | 325:20 | Q. You don't know why this particular report | | | |
| | 325:21 | was prepared? | | | |
| **325:23 - 325:23** | | Fitzsimmons, William 2017-08-03 | 00:00:01 | 00:07:39 | V1.56 |
| | 325:23 | A. No. | | | |
| **326:14 - 327:15** | | Fitzsimmons, William 2017-08-03 | 00:00:59 | 00:07:38 | V1.57 |
| Link > P324.1.1 | 326:14 | Q. The bottom sort of third of this chart, | | | |
| | 326:15 | does that display yield rates by ethnicity for the | | | |
| | 326:16 | classes of 2014 through 2017? | | | |
| | 326:17 | MS. ELLSWORTH: Which page are you on? | | | |
| | 326:18 | THE WITNESS: Page one? | | | |
| | 326:19 | MR. STRAWBRIDGE: The first page. | | | |
| | 326:20 | MS. ELLSWORTH: 1859? | | | |
| | 326:21 | MR. LEE: Yes. | | | |
| | 326:22 | MS. ELLSWORTH: Okay. | | | |
| | 326:23 | Q. Do you see that? | | | |
| | 326:24 | A. Yes. | | | |
| | 326:25 | Q. All right. And so, for example, let's | | | |
| | 327:1 | FITZSIMMONS | | | |
| | 327:2 | just look at the most recent class on this chart, | | | |
| Link > P324.1.2 | 327:3 | the class of 2017. That indicated that Asian | | | |
| | 327:4 | Americans had an 83.8 percent yield that year? | | | |
| | 327:5 | A. Yes. | | | |

| | | | | | |
|---|---|---|---|---|---|
| Link > P324.1.3 | 327:6 | Q. And the prior year it was 87.5 percent for | | | |
| | 327:7 | Asian Americans? | | | |
| | 327:8 | A. Yes. | | | |
| Link > P324.1.4 | 327:9 | Q. And it was over 80 percent for both the | | | |
| | 327:10 | classes of '14 and '15, was it not? | | | |
| | 327:11 | A. Yes. | | | |
| Link > P324.1.5 | 327:12 | Q. And African American yield in 2017 was 67 | | | |
| | 327:13 | percent, correct? | | | |
| | 327:14 | A. Yes. | | | |
| | 327:15 | Q. 16 points lower? | | | |
| **331:5 - 331:6** | Fitzsimmons, William 2017-08-03 | 00:00:03 | 00:06:39 | | V1.58 |
| | 331:5 | Q. Well, isn't that what this is doing?  I | | | |
| | 331:6 | mean, you track yield rate, correct? | | | |
| **331:8 - 331:14** | Fitzsimmons, William 2017-08-03 | 00:00:14 | 00:06:36 | | V1.59 |
| | 331:8 | A. Yes. | | | |
| | 331:9 | Q. And you predict yield rate to set the | | | |
| | 331:10 | targets at the beginning of the process? | | | |
| | 331:11 | A. Yes. | | | |
| | 331:12 | Q. And if -- the prediction is based on the | | | |
| | 331:13 | prior year's statistics, right? | | | |
| | 331:14 | A. Yes. | | | |
| **331:15 - 331:22** | Fitzsimmons, William 2017-08-03 | 00:00:25 | 00:06:22 | | V1.60 |
| Link > Hide | 331:15 | Q. And those predictions, in turn, those | | | |
| | 331:16 | statistics reflect significant differences by | | | |
| | 331:17 | ethnicity in yield rates, then does it stand to | | | |
| | 331:18 | reason if the final 1,660 some-odd people selected | | | |
| | 331:19 | by the full committee is significantly more Asian | | | |
| | 331:20 | American than last year, you're going to have more | | | |
| | 331:21 | people accept their offers of admission than you | | | |
| | 331:22 | were planning? | | | |
| **331:24 - 332:10** | Fitzsimmons, William 2017-08-03 | 00:00:54 | 00:05:57 | | V1.61 |
| | 331:24 | A. It's possible.  But, again, one of the | | | |
| | 331:25 | things we do in our recruiting process is look for | | | |
| | 332:1 | FITZSIMMONS | | | |
| | 332:2 | people from a wide range of backgrounds, including | | | |
| | 332:3 | ethnicity, so that it's unlikely, if you continue | | | |
| | 332:4 | to do the kind of strong recruitment that we have | | | |
| | 332:5 | done, that you would end up in exactly the | | | |
| | 332:6 | situation we've been in. | | | |
| | 332:7 | Q. So your expectation based on the | | | |
| | 332:8 | recruiting that you do is that you're going to end | | | |
| | 332:9 | up with a pool and a final class that's similar to | | | |
| | 332:10 | what you've had before? | | | |
| **332:12 - 332:20** | Fitzsimmons, William 2017-08-03 | 00:00:45 | 00:05:03 | | V1.62 |

| | | | | | |
|---|---|---|---|---|---|
| | 332:12 | A. Given the strength of the recruitment | | | |
| | 332:13 | efforts across the board which we have described in | | | |
| | 332:14 | various ways today and in the interrogative, we | | | |
| | 332:15 | would expect to get an extremely strong and diverse | | | |
| | 332:16 | applicant pool. And given the vital importance of | | | |
| | 332:17 | having a class that is diverse ethnically and in | | | |
| | 332:18 | every other way for the educational value of our | | | |
| | 332:19 | undergraduates, it is very unlikely that the | | | |
| | 332:20 | hypothetical that you raise would ever occur. | | | |
| **336:16 - 336:16** | Fitzsimmons, William 2017-08-03 | 00:00:03 | | 00:04:18 | V1.63 |
| | 336:16 | Q. Why do you track yield rates by ethnicity? | | | |
| **336:18 - 337:7** | Fitzsimmons, William 2017-08-03 | 00:00:55 | | 00:04:15 | V1.64 |
| | 336:18 | A. It's simply important for us to understand | | | |
| | 336:19 | not just what might happen if a class turns out to | | | |
| | 336:20 | be a particular -- have a particular composition | | | |
| | 336:21 | ethnically, but we would look at other factors, | | | |
| | 336:22 | geography, for example, as well. | | | |
| | 336:23 | So it wouldn't simply be the only factor. | | | |
| | 336:24 | But we, again -- once the meetings, you know, are, | | | |
| | 336:25 | you know, completed, we, you know, we want to make, | | | |
| | 337:1 | FITZSIMMONS | | | |
| | 337:2 | you know, as we go through the process, we want to | | | |
| | 337:3 | be certain that we have given everybody a careful | | | |
| | 337:4 | review and that in the end, based on what we can | | | |
| | 337:5 | see, have a reasonable expectation that we would be | | | |
| | 337:6 | close to our target number of residents once the | | | |
| | 337:7 | yield is completed. | | | |
| **337:14 - 338:6** | Fitzsimmons, William 2017-08-03 | 00:01:07 | | 00:03:20 | V1.65 |
| | 337:14 | Q. As I understood your question is -- the | | | |
| | 337:15 | question was why do you track ethnicity yield rates | | | |
| | 337:16 | by ethnicity. And I understood your answer to be | | | |
| | 337:17 | that as you go through the process and you give | | | |
| | 337:18 | everyone consideration, you want to make sure at | | | |
| | 337:19 | the end you have an idea as to how many people are | | | |
| | 337:20 | going to come. | | | |
| | 337:21 | A. So if -- I think the -- certainly, we are | | | |
| | 337:22 | under an obligation to make certain that we're at | | | |
| | 337:23 | or close to our resident target. But, you know -- | | | |
| | 337:24 | and if at the end of the process one of the things | | | |
| | 337:25 | that you would -- if you found yourself, for | | | |
| | 338:1 | FITZSIMMONS | | | |
| | 338:2 | example, as an example, people from the South tend | | | |
| | 338:3 | to yield at a lower rate. If you had more people | | | |
| | 338:4 | from the South, you could then say you might feel | | | |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | | | | |
|---|---|---|---|---|---|
| | 338:5 | free to admit more people right at the end of the | | | |
| | 338:6 | process, if that answers the question. | | | |
| **451:23 - 452:5** | Fitzsimmons, William 2017-08-03 | | 00:00:17 | 00:02:13 | V1.66 |
| | 451:23 | Q. Do you know what ABAFAOILSS is? | | | |
| | 451:24 | A. Yes. | | | |
| | 451:25 | Q. Does Harvard send a representative to | | | |
| | 452:1 |       FITZSIMMONS | | | |
| | 452:2 | ABAFAOILSS meetings? | | | |
| | 452:3 | A. Usually. | | | |
| | 452:4 | Q. And does that representative participate | | | |
| | 452:5 | in the round-robin exchange at those meetings? | | | |
| **452:7 - 452:16** | Fitzsimmons, William 2017-08-03 | | 00:00:32 | 00:01:56 | V1.67 |
| | 452:7 | A. I'm not sure specifically whether every | | | |
| | 452:8 | year our representative has participated in the | | | |
| | 452:9 | round-robin. | | | |
| | 452:10 | Q. In the past has data from the round-robin | | | |
| | 452:11 | been given to you following the ABAFAOILSS | | | |
| | 452:12 | meetings? | | | |
| | 452:13 | A. I can recall some years getting some data. | | | |
| | 452:14 | Q. What did you do with that data? | | | |
| | 452:15 | A. Simply noted it. | | | |
| | 452:16 | Q. And why did you note it? | | | |
| **452:18 - 452:23** | Fitzsimmons, William 2017-08-03 | | 00:00:26 | 00:01:24 | V1.68 |
| | 452:18 | A. As information that it would be useful in | | | |
| | 452:19 | getting to know what happens beyond Harvard and our | | | |
| | 452:20 | profession. | | | |
| | 452:21 | Q. Is it useful for you to understand the | | | |
| | 452:22 | context of what other Ivy League schools are doing | | | |
| | 452:23 | with respect to their admissions? | | | |
| **452:25 - 453:4** | Fitzsimmons, William 2017-08-03 | | 00:00:09 | 00:00:58 | V1.69 |
| | 452:25 | A. It could be useful. | | | |
| | 453:1 |       FITZSIMMONS | | | |
| | 453:2 | Q. Does that include it's useful to have | | | |
| | 453:3 | information about the ethnic composition of their | | | |
| | 453:4 | admitted classes? | | | |
| **453:6 - 453:8** | Fitzsimmons, William 2017-08-03 | | 00:00:06 | 00:00:49 | V1.70 |
| | 453:6 | A. It could be useful. | | | |
| | 453:7 | Q. And to what use do you recall putting that | | | |
| | 453:8 | data from ABAFAOILSS? | | | |
| **453:10 - 453:12** | Fitzsimmons, William 2017-08-03 | | 00:00:15 | 00:00:43 | V1.71 |
| | 453:10 | A. Simply to have this information. And, of | | | |
| | 453:11 | course, this information would almost always be | | | |
| | 453:12 | publicly available. | | | |

**Fitzsimmons W MERGED PA DC on 10-25 PLAYED on 10-26**

| | | | | | |
|---|---|---|---|---|---|
| **453:13 - 453:15** | Fitzsimmons, William 2017-08-03 | 00:00:11 | 00:00:28 | | V1.72 |
| | 453:13 | Q. Does the ABAFAOILSS information include | | | |
| | 453:14 | information about the applications that were filed | | | |
| | 453:15 | by various ethnic applicants? | | | |
| **453:17 - 453:21** | Fitzsimmons, William 2017-08-03 | 00:00:19 | 00:00:19 | | V1.73 |
| | 453:17 | A. I don't recall specifically whether | | | |
| | 453:18 | institutions would provide that data per se. | | | |
| | 453:19 | Q. Do you know whether admission rate | | | |
| | 453:20 | information is provided? | | | |
| | 453:21 | A. I do not. | | | |

Play Time for this Script:  **00:27:39**

Total time for all Scripts in this report:  **00:27:39**