# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>    Plaintiff,<br>  v.<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## SFFA'S OFFER OF PROOF OF THE DEPOSITION DESIGNATIONS OF CHRISTINA LOPEZ, CASEY PEDRICK, AND FABIO ZULUAGA

SFFA offered deposition designations of the following three witnesses: (1) Christina Lopez, a Rule 30(b)(6) representative for the Association of Black Admissions and Financial Aid Officers of the Ivy League and Sister Schools; (2) Casey Pedrick, a Rule 30(b)(6) representative for Stuyvesant High School; and (3) Fabio Zuluago, a Rule 30(b)(6) representative for Thomas Jefferson High School. The Court ruled that the deposition designations of these witnesses should be excluded on relevance grounds under Rules 401 and 402. Therefore, SFFA submits the transcripts of the deposition designations as Exhibits 1, 2, and 3 to ensure a complete record.

Dated: October 30, 2018                            Respectfully submitted,

/s/ *Adam K. Mortara*
Adam K. Mortara
J. Scott McBride
Krista J. Perry
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
adam.mortara@bartlit-beck.com
scott.mcbride@bartlit-beck.com
krista.perry@bartlit-beck.com

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
Bartlit Beck Herman Palenchar & Scott LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303.592.3100
john.hughes@bartlit-beck.com
kat.hacker@bartlit-beck.com
meg.fasulo@bartlit-beck.com

William S. Consovoy
Thomas R. McCarthy
Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703.243.9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100 Providence,
RI 02903
617.345.3000
psanford@burnslev.com
bcaldwell@burnslev.com

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of October, 2018.

/s/ *Adam K. Mortara*