# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>    Plaintiff, <br>  v. <br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF FIRM NAME CHANGE

Please take notice that effective October 1, 2018, the name of Bartlit Beck Herman Palenchar & Scott LLP was changed to Bartlit Beck LLP. All address and contact information remains the same. Kindly use the new firm name on all pleadings, correspondence, and other documents.

Dated: November 5, 2018

Respectfully submitted,

*/s/ Adam K. Mortara*
Adam K. Mortara
J. Scott McBride
Krista J. Perry
Bartlit Beck LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
adam.mortara@bartlit-beck.com
scott.mcbride@bartlit-beck.com
krista.perry@bartlit-beck.com

John M. Hughes
Katherine L.I. Hacker
Meg E. Fasulo
Bartlit Beck LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303.592.3100
john.hughes@bartlit-beck.com
kat.hacker@bartlit-beck.com
meg.fasulo@bartlit-beck.com

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of November, 2018.

/s/ *Adam K. Mortara*