# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiff Students for Fair Admissions, Inc. ("SFFA") and Defendant President and Fellows of Harvard College ("Harvard") hereby jointly move this Court for entry of the following post-trial briefing schedule:

| Brief | Date Due |
|---|---|
| Plaintiff's Proposed Findings of Fact and Conclusions of Law | December 19, 2018 |
| Defendant's Proposed Findings of Fact and Conclusions of Law | December 19, 2018 |
| Amicus Briefs in Support of Plaintiff or Defendant | January 9, 2019 |
| Plaintiff's Response to Defendant's Proposed Findings of Fact and Conclusions of Law | January 23, 2019 |
| Defendant's Response to Plaintiff's Proposed Findings of Fact and Conclusions of Law | January 23, 2019 |

The parties also propose that opening and response submissions for both parties be 75 pages or fewer. SFFA and Harvard respectfully request that the Court enter a scheduling order as described above.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *William S. Consovoy* |
|  | William S. Consovoy |
|  | Thomas R. McCarthy |
|  | Michael H. Park |
|  | J. Michael Connolly |
|  | CONSOVOY MCCARTHY PARK PLLC |
| Dated: November 13, 2018 | 3033 Wilson Boulevard, Suite 700 |
|  | Arlington, Virginia 22201 |
|  | Tel: 703-243-4923 |
|  | Fax: 703.243.4923 |
|  | will@consovoymccarthy.com |
|  | tom@consovoymccarthy.com |
|  | park@consovoymccarthy.com |
|  | mike@consovoymccarthy.com |

Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

Adam K. Mortara
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
adam.mortara@bartlit-beck.com

John M. Hughes
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303.592.3100
john.hughes@bartlit-beck.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100 Providence,
RI 02903
Tel: 617-345-3000

Fax: 617-345-3299
psanford@burnslev.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*


*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth (BBO #665232)
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Elizabeth Mooney (BBO #679522)
Sarah R. Frazier (BBO #681656)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
william.lee@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Danielle Conley (*pro hac vice*)
Brittany Amadi (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Dated: November 13, 2018                          *Counsel for Defendant President and Fellows of Harvard College*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a)(2), I hereby certify that Harvard joins in this motion and consents to the requested relief.

s/ <i>William S. Consovoy</i><br>
William S. Consovoy

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

s/ <i>William S. Consovoy</i><br>
William S. Consovoy