# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## HARVARD'S NOTICE OF FILING CORRECTED ADMITTED EXHIBITS LIST

Defendant President and Fellows of Harvard College submits the attached corrected list of exhibits that were admitted into evidence during trial. This reflects several corrections to the exhibit list SFFA filed, Dkt. 611, including the addition of the dates of certain exhibits, the witnesses through whom certain exhibits were admitted, and the demonstrative exhibits used with Harvard's expert witnesses, in accordance with the parties' and Court's agreement. Tr. 10/30 11-12, 145-148.

|  |  |
|---|---|
|  | */s/ Felicia H. Ellsworth* <br> Felicia H. Ellsworth (BBO #665232) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Tel: (617) 526-6687 <br> Fax: (617) 526-5000 <br> felicia.ellsworth@wilmerhale.com |
| Dated: November 14, 2018 | *Counsel for Defendant President and Fellows of Harvard College* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth