Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| P001 |  | Reading Procedures, Class of 2018 | Fitzsimmons | 10/16/2018 |  |
| P002 | 8/14/2013 | Searches 2013 - Class of 2018 | Fitzsimmons | 10/15/2018 |  |
| P009 | 2/14/2013 | Admissions Part II - Subtitle | Hansen | 10/24/2018 |  |
| P012 | 2/20/2013 | Admissions and Financial Aid at Harvard College | Fitzsimmons | 10/17/2018 |  |
| P013 | 2/00/2013 | Admissions and Financial Aid at Harvard College | Driver-Linn | 10/19/2018 |  |
| P014 | 2/20/2013 | Donahue Email to Fitzsimmons re: two possible meetings | Fitzsimmons | 10/17/2018 |  |
| P015 | 2/20/2013 | Bever Email to Hansen re: Admissions power point | Bever | 10/18/2018 |  |
| P016 | 2/21/2013 | Hansen Email to Bever re: Admissions power point | Hansen | 10/24/2018 |  |
| P017 | 2/26/2013 | Hansen Email to Yong re: Admissions Data | Bever | 10/19/2018 |  |
| P019 | 4/15/2013 | Bever Email to Fitzsimmons re: Follow-up | Fitzsimmons | 10/17/2018 |  |
| P021 | 4/22/2013 | Bever Email to Fitzsimmons re: Exhibits on admissions and financial aid | Fitzsimmons | 10/17/2018 |  |
| P023 | 4/29/2013 | Bever Letter to Fitzsimmons re: Harvard College Admissions and Low Income Students | Bever | 10/18/2018 |  |
| P024 | 4/30/2013 | Bever Letter to Fitzsimmons re: Harvard College Admissions and Low Income Students | Driver-Linn | 10/19/2018 |  |
| P025 | 4/30/2013 | Bever Email to Driver-Linn re: Updated memo and exhibits | Bever | 10/18/2018 |  |
| P026 | 5/1/2013 | Bever Email to Fitzsimmons re: Admissions memo | Fitzsimmons | 10/17/2018 |  |
| P028 | 5/30/2013 | Demographics of Harvard College Applicants | Fitzsimmons | 10/17/2018 |  |
| P029 | 6/3/2013 | Bever Email to Fitzsimmons re: Low income demographics | Fitzsimmons | 10/17/2018 |  |
| P034 | 9/9/2013 | Meeting Invite re: Fisher v. University of Texas Discussion | Driver-Linn | 10/26/2018 |  |
| P035 | 10/7/2013 | Bever Email to Driver-Linn re: Admissions simulation power point | Bever | 10/18/2018 |  |
| P036 | 10/8/2013 | Meeting Invite re: Fisher v. University of Texas Discussion #2 | Bever | 10/18/2018 |  |
| P041 | 7/10/2014 | Bever Email to Driver-Linn re: Agenda for Khurana | Bever | 10/19/2018 |  |
| P043 | 8/28/2014 | Bever Email to Ortiz re: SAT distribution data | Bever | 10/18/2018 |  |
| P044 | 8/29/2014 | Bever Email to Ortiz re: Updated SAT distribution | Bever | 10/18/2018 |  |
| P046 | 5/21/2013 | Letter to Erica re: follow-up to Fitz's question | Hansen | 10/24/2018 |  |
| P050 |  | Searches 2012 - Class of 2017 | Fitzsimmons | 10/17/2018 |  |
| P055 | 10/31/2013 | Lavoie Email to Fitzsimmons, et al. re: Search, Video & UMRP Email Reports | Fitzsimmons | 10/15/2018 |  |
| P057 | 1/29/2014 | Yong Email to Fitzsimmons re: 2019 search | Fitzsimmons | 10/18/2018 |  |
| P062 | 2/2/2011 | Faust Memo to Members of the Corporation re: Proposed Changes in Admissions Policy | Faust | 11/1/2018 |  |
| P068 | 9/10/2013 | Admissions Calendar 2013-2014 | Yong | 10/23/2018 |  |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| P071 | 7/13/2015 | Reading Procedures, Class of 2019 | Looby | 10/18/2018 | |
| P072 | 4/24/2014 | Interviewer Handbook 2013-2014 | Walsh | 10/26/2018 | |
| P075 | | Harvard College Personal Interview Report | Ray | 10/24/2018 | |
| P081 | 8/24/2013 | Ortiz Email to McGrath re: Diversity Training | Ortiz | 10/26/2018 | |
| P088 | 4/24/2014 | Cheng Email to Boutte-Thompson re: Updating Intranet | Fitzsimmons | 10/15/2018 | |
| P095 | | Handwritten Notes | Howrigan | 10/26/2018 | |
| P096 | | Handwritten Notes | Howrigan | 10/26/2018 | |
| P099 | | Outline with Handwritten Notes re: Diversity and Admissions | Ray | 10/24/2018 | |
| P104 | 6/11/2013 | Ellwood Email to Fitzsimmons re: My Hero | Fitzsimmons | 10/17/2018 | Unredacted Version Sealed |
| P106 | 11/15/2013 | Cheever Email to Bouchard re: applicant | Fitzsimmons | 10/17/2018 | Unredacted Version Sealed |
| P111 | 4/3/2018 | Fish Email to Fitzsimmons re: Hi, Bill | Fitzsimmons | 10/17/2018 | Unredacted Version Sealed |
| P112 | 12/24/2013 | Applicant File from Suncoast Community High School | Arcidiacono | 10/25/2018 | Sealed |
| P116 | 1/1/2014 | Applicant File from Johns Creek High School | Arcidiacono | 10/25/2018 | Sealed |
| P117 | 1/15/2014 | Applicant File Suncoast Community High School | Arcidiacono | 10/25/2018 | Sealed |
| P147 | 3/19/2013 | Howrigan Email to Yong re: one pager | Yong | 10/23/2018 | |
| P148 | 11/5/2013 | Yong Email to Fitzsimmons, et al. re: one pager | Yong | 10/23/2018 | |
| P149 | 11/26/2013 | Class of 2018 - EA Applicants | Yong | 10/23/2018 | |
| P150 | 12/2/2013 | Early Action Admits 2017 vs 2018 | Yong | 10/23/2018 | |
| P152 | 12/2/2013 | Yong Email to Fitzsimmons re: stats | Yong | 10/23/2018 | |
| P153 | 12/5/2013 | Class of 2018 - EA Applicants | Yong | 10/23/2018 | |
| P154 | 12/6/2013 | Early Action Admits 2017 vs 2018 | Yong | 10/23/2018 | |
| P155 | 12/10/2013 | Early Action Admits 2017 vs. 2018 | Yong | 10/23/2018 | |
| P156 | 12/13/2013 | Early Action Admits 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P157 | 1/2/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P158 | 1/5/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P159 | 1/7/2014 | Yong Email to Banks re: EA Stats | Yong | 10/23/2018 | |
| P161 | 1/13/2014 | Applicants 2017 vs. 2018 | Yong | 10/23/2018 | |
| P163 | 3/2/2014 | McGrath Email to Yong re: stats for monday | Fitzsimmons | 10/15/2018 | |
| P164 | 3/14/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P165 | 3/17/2014 | McGrath Email to Yong re: 0317 stats | Yong | 10/23/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| P167 | 3/18/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P168 | 5/5/2014 | Yong Email to Banks re: one pager | Yong | 10/23/2018 | |
| P169 | 5/7/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P170 | 5/21/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P171 | 6/27/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P172 | 8/27/2014 | Applicants 2017 vs. 2018 Chart | Yong | 10/23/2018 | |
| P177 | 1/14/2014 | Projected Targets for the Class of 2018 | Fitzsimmons | 10/26/2018 | |
| P181 | 5/31/2017 | Area Assignments, Meeting Schedules | Ortiz | 10/26/2018 | |
| P182 | | Class of 2018 Admits | Yong | 10/23/2018 | |
| P200 | 3/15/2013 | Class of 2017 - Docket Lop List | Ray | 10/24/2018 | |
| P218 | 11/28/2012 | The Myth of American Meritocracy by Ron Unz | Fitzsimmons | 10/17/2018 | |
| P219 | 11/30/2012 | Stone Email to Cheng re: Harvard Women's Ice Hockey | Cheng | 10/26/2018 | Sealed |
| P220 | 11/30/2012 | McGrath Email to Gilman re: Asian-American Quotas at Ivy League Universities | McGrath | 10/19/2018 | |
| P225 | 12/20/2012 | McGrath Email to Vidra re: From Robert Dujarric re: Asian-American applicants | McGrath | 10/19/2018 | |
| P227 | 12/27/2012 | Pacholok Email re: Ron Unz | Fitzsimmons | 10/17/2018 | |
| P230 | 1/8/2013 | Yong Email to Howrigan re: RO data | Fitzsimmons | 10/17/2018 | |
| P234 | 1/19/2013 | Fitzsimmons Email to McGrath , et al. re: Draft statements | Yong | 10/23/2018 | |
| P236 | 1/21/2013 | Email to Pacholok re: Unz/David Brooks Articles | Fitzsimmons | 10/17/2018 | |
| P238 | 1/23/2013 | Yong Email to Zupan re: The orchid that | Yong | 10/23/2018 | |
| P257 | 7/24/2013 | McGrath Email re: Wait-List Applicant Offered a "Z" | McGrath | 10/19/2018 | Sealed |
| P265 | 1/26/2014 | Lewis Email to McGrath re: Utah Schools Committee - Results of Ranking Session | McGrath | 10/19/2018 | |
| P268 | 2/11/2014 | Clagett Email to Cheng re: a minute of your time | Cheng | 10/26/2018 | Sealed |
| P279 | 4/7/2014 | Jiang Letter to Faust re: Bessie Jiang | McGrath | 10/19/2018 | |
| P280 | 4/8/2014 | Weaver Email re: Chronicle of Higher Education Article | Weaver | 10/26/2018 | |
| P282 | 4/22/2014 | Cheng Email to Vidra re: Tonight's wrap up re: alum dinner | Cheng | 10/26/2018 | Sealed |
| P283 | 4/23/2014 | Cheng Email to Yong re: Intranet forms | Yong | 10/23/2018 | |
| P287 | 4/29/2014 | Bernhard Email to McGrath re: letter to President Faust from high school student re: admissions diversity | McGrath | 10/19/2018 | |
| P288 | 5/30/2014 | Memo from Driver-Linn to Khurana re: Harvard College Projects from the Office of Institutional Research | Bever | 10/19/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| P299 | 6/13/2014 | Farzan Email to Ryan, et al. re: Ryan Committee | Driver-Linn | 10/19/2018 | |
| P300 | 12/10/2014 | Lutz Memo re: Diversity Committee | Driver-Linn | 10/19/2018 | |
| P301 | 11/00/15 | Report of the College Working Group on Diversity and Inclusion | Khurana | 10/23/2018 | |
| P302 | | Report of the Committee to Study the Importance of Student Body Diversity | Khurana | 10/23/2018 | |
| P312 | 3/20/2018 | Smith Memo re: Committee to Study Race-Neutral Alternatives | Smith | 10/23/2018 | |
| P316 | 4/00/2018 | Report of the Committee to Study Race-Neutral Alternatives | Fitzsimmons | 10/16/2018 | |
| P319 | 4/15/2014 | McGrath Email to Balian re: stats | Yong | 10/23/2018 | |
| P324 | | Demographic Makeup of Applicants, Admits, and Matrics - New Methodology vs. IPEDS | Fitzsimmons | 10/26/2018 | |
| P326 | | Demographic Breakdown of Applicants and Matriculants | Yong | 10/23/2018 | |
| P340 | 4/7/2014 | The Chronicle: Affirmative-Action Foe Plans Campaigns Against 3 Universities | Weaver | 10/26/2018 | |
| P461 | 4/19/2012 | McGrath Letter re: admissions process | McGrath | 10/19/2018 | |
| P465 | 8/16/2018 | Harvard Office of Institutional Research Website | Bever | 10/18/2018 | |
| P467 | 8/21/2018 | Harvard Admissions Lawsuit Website: Key Points | Fitzsimmons | 10/15/2018 | |
| P509 | 2/2/2012 | Quay Letter to Merhill re: Complaint | Fitzsimmons | 10/15/2018 | |
| P516 | 4/10/2013 | Hibino Email to Fitzsimmons re: No subject | Fitzsimmons | 10/17/2018 | |
| P555 | | Statement of Findings | Fitzsimmons | 10/15/2018 | |
| P579 | | Email re R/A Reading | Cheng | 10/26/2018 | |
| P580 | 4/23/2014 | Yong Email to Bever re Report on differences in SAT scores | Cheng | 10/26/2018 | |
| P581 | 9/22/2012 | Howrigan Email to Cheng re Interview Friday | Cheng | 10/26/2018 | |
| P604 | 4/29/2013 | Heenan Email to Driver-Linn re: two quick things | Driver-Linn | 10/19/2018 | |
| P617 | | Academic Decile Intervals | Arcidiacono | 10/25/2018 | |
| P618 | | ALDC Admit Rates by Academic Rating | Arcidiacono | 10/25/2018 | |
| P619 | | ALDC Interview Stats | Arcidiacono | 10/25/2018 | |
| P620 | | Share Admits/Rejects Within Each Rating | Arcidiacono | 10/25/2018 | |
| P621 | | Share Admits/Rejects Within Each Rating | Arcidiacono | 10/25/2018 | |
| P622 | | Share Admits/Rejects Within Each Rating | Arcidiacono | 10/25/2018 | |
| P623 | | Share Admits/Rejects Within Each Rating | Arcidiacono | 10/25/2018 | |
| P624 | | Share Applicants by Academic Index | Arcidiacono | 10/25/2018 | |
| P625 | | Share Applicants by Academic Index | Arcidiacono | 10/25/2018 | |
| P626 | | Share Applicants by Academic Index | Arcidiacono | 10/25/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| P627 |  | Share Applicants by Academic Index | Arcidiacono | 10/25/2018 |  |
| P628 |  | Number and Share of Applicants with Personal Rating 2 or Higher | Arcidiacono | 10/25/2018 |  |
| P629 |  | Share of Applicants with Personal Rating 2 or Higher | Arcidiacono | 10/25/2018 |  |
| P630 |  | Number and Share of Applicants with Personal Rating 2 or Higher | Arcidiacono | 10/25/2018 |  |
| P631 |  | Share of Applicants with Personal Rating 2 or Higher | Arcidiacono | 10/25/2018 |  |
| P633 |  | Reading Procedures, Class of 2023 | n/a | 10/25/2018 |  |
| P634 |  | Share of Applicants/Admits for ALDCs | n/a | 11/1/2018 |  |
| P656 | 8/13/2018 | McGrath Email to Mascolo re Proposed changes to reading instructions | McGrath | 11/1/2018 |  |
| P657 | 8/20/2018 | Mascolo Email to Fitzsimmons and McGrath re Message from "RNP002673BF8318" | McGrath | 11/1/2018 |  |
| P658 |  | Personal Ratings | McGrath | 11/1/2018 |  |
| P659 | 9/12/2018 | Mascolo Email to Fitzsimmons and McGrath re Reading instructions | McGrath | 11/1/2018 |  |
| P660 |  | Reading Procedures - Class of 2023 (native version) | McGrath | 11/1/2018 |  |
| P696 | 6/12/2018 | Mascolo Email to Bryan re All staff retreat follow-up | McGrath | 11/1/2018 |  |
| P705 | 7/23/2018 | Mascolo Email to Fitzsimmons and McGrath re Potential changes to reading instructions | McGrath | 11/1/2018 |  |
| P706 |  | Coding Guidelines for Summary Sheets | McGrath | 11/1/2018 |  |
| P707 |  | Extracurricular, Community Employment, Family Commitments | McGrath | 11/1/2018 |  |
| P708 |  | Athletic | McGrath | 11/1/2018 |  |
| P720 | 9/19/2018 | Mascolo Email to admfao_officers-list re Reading instructions | McGrath | 11/1/2018 |  |
| P721 |  | Reading Procedures - Class of 2023 | McGrath | 11/1/2018 |  |
| P722 | 10/5/2018 | Mascolo Email to admfao_officers-list re Updated reading instructions | McGrath | 11/1/2018 |  |
| P723 |  | Reading Procedures - Class of 2023 | McGrath | 11/1/2018 |  |
| P741 | 9/12/2018 | McGrath Email to Mascolo re Reading instructions | McGrath | 11/1/2018 |  |
| P749 |  | Reading Procedures - Class of 2023 | McGrath | 11/1/2018 |  |
| P755 | 8/13/2018 | McGrath Email to Mascolo re Proposed changes to reading instructions | McGrath | 11/1/2018 |  |
| P767 | 9/7/2018 | McGrath Email to Mascolo re Reading instructions | McGrath | 11/1/2018 |  |
| DX002 | 2012 | 2012 Casebook | McGrath | 10/22/2018 |  |
| DX003 |  | New Staff Training Binder | McGrath | 10/22/2018 |  |
| DX004 | 9/6/2013 | Admissions Staff Orientation Schedule, Fall 2013 | Ray | 10/24/2018 |  |
| DX005 |  | Interviewer Handbook, 2013-2014 | Fitzsimmons | 10/17/2018 |  |
| DX012 | 5/27/2014 | Email from Drew Faust to William Fitzsimmons, "Invitation to Serve on University-wide Committee" | Faust | 11/1/2018 |  |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| DX013 | 2015 | Report of the College Working Group on Diversity and Inclusion, Harvard University | Khurana | 10/23/2018 | |
| DX016 | | Reading Procedures, Class of 2017 | McGrath | 10/22/2018 | |
| DX019 | | Select Topics in Casework and Diversity, Asian American and Black Populations: Implications for Admissions | Ray | 10/24/2018 | |
| DX024 | 2012 | Discussion Guide to the 2012 Casebook, Harvard College Admissions | McGrath | 10/22/2018 | |
| DX025 | 2/2/2012 | Letter from Heather Quay to Nicole Merhill, "Complaint No. 01-11-2078" | McGrath | 10/19/2018 | |
| DX026 | 8/1/2012 | Brief of Brown Univ. et. al., Fisher v. Univ. of Texas at Austin, No. 11-345 | Faust | 11/1/2018 | |
| DX027 | 7/1/2014 | Email from Sally Donahue to Staff, "FW: HFAI/First Gen presentation" | Kim | 10/24/2018 | |
| DX030 | | African-American applicants/admits/matriculants for classes of 1980-2018 | Yong | 10/23/2018 | |
| DX031 | | Hispanic applicants/admits/matriculants for classes of 1980-2018 | Yong | 10/23/2018 | |
| DX033 | | Asian-American applicants/admits/matriculants for classes of 1980-2018 | Yong | 10/23/2018 | |
| DX036 | | Select Topics in Casework and Diversity | Ray | 10/24/2018 | |
| DX039 | 2/2/2011 | Memorandum from President Faust and Dean Smith to Members of the Corporation, "Proposed Changes in Admissions Policy" | Smith | 10/23/2018 | |
| DX040 | 1/1/1996 | President's Report, 1993-1995, Harvard University | Faust | 11/1/2018 | |
| DX041 | | Harvard Admissions Calendar, 2013-2014 | Fitzsimmons | 10/18/2018 | |
| DX042 | | Demographic Breakdown of Applicants, Admits, and Matriculants, Class of 2000-2017 | Fitzsimmons | 10/18/2018 | |
| DX044 | 12/4/2001 | Letter from Thomas Hibino to Lawrence Summers, "Complaint No. 01-01-2029" | Fitzsimmons | 10/18/2018 | |
| DX047 | 2012 | Coordinator Manual, Harvard Admissions Officer Undergraduate Minority Recruitment Program | Banks | 10/24/2018 | |
| DX050 | | Docket binder "P, R, & S Dockets- Official #1 Class of 2018" | Fitzsimmons | 10/18/2018 | Sealed |
| DX053 | 2/1/2003 | Brief of Harvard Univ. et. al., Grutter v. Bollinger, No. 02-241, submitted for the U.S. Supreme Court's October 2002 Term | Faust | 11/1/2018 | |
| DX055 | 6/7/1977 | Brief of Columbia Univ. et. al., The Regents of the University of California v. Allan Bakke, No. 76-811 | Fitzsimmons | 10/18/2018 | |
| DX056 | 3/14/2014 | Memorandum from William Fitzsimmons to Staff, "Final Choices" | Fitzsimmons | 10/18/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| DX060 | 6/9/2017 | Memorandum from Michael Smith to Rakesh Khurana and William Fitzsimmons, "Committee to Study Race-Neutral Alternatives" | Khurana | 10/23/2018 | |
| DX076 | | Agenda of the Committee to Study Race-Neutral Alternatives, August 23, 2017 | Smith | 10/23/2018 | |
| DX079 | | Agenda of the Committee to Study Race-Neutral Alternatives, October 26, 2017 | Smith | 10/23/2018 | |
| DX080 | | Agenda of the Committee to Study Race-Neutral Alternatives, November 2, 2017 | Smith | 10/23/2018 | |
| DX081 | | Agenda of the Committee to Study Race-Neutral Alternatives, January 8, 2018 | Smith | 10/23/2018 | |
| DX082 | | Agenda of the Committee to Study Race-Neutral Alternatives, February 15, 2018 | Smith | 10/23/2018 | |
| DX083 | 3/26/2018 | Drew Faust, "Response to the Report of the Task Force on Inclusion and Belonging," Harvard University, Office of the President | Faust | 11/1/2018 | |
| DX084 | | Agenda of the Committee to Study Race-Neutral Alternatives, April 6, 2018 | Smith | 10/23/2018 | |
| DX097 | 3/28/2018 | "1,962 admitted to Class of '22," Harvard Gazette, https://news.harvard.edu/gazette/story/2018/03/1962-admitted-to-harvard-college-class-of-22/ | Fitzsimmons | 10/18/2018 | |
| DX100 | | "Charge for the Presidential Task Force on Inclusion and Belonging," Harvard University, https://inclusionandbelongingtaskforce.harvard.edu/task-force-charge | Faust | 11/1/2018 | |
| DX103 | | "First Generation Students," Harvard College Admissions & Financial Aid, https://college.harvard.edu/admissions/hear-our-students/first-generation-students | Kim | 10/24/2018 | |
| DX106 | | "How Aid Works," Harvard College Griffin Financial Aid Office, https://college.harvard.edu/financial-aid/how-aid-works | Kim | 10/24/2018 | |
| DX109 | 6/8/2018 | "Mission Vision and History," Harvard College, https://college.harvard.edu/about/mission-and-vision | Khurana | 10/23/2018 | |
| DX111 | | "Net Price Calculator," Harvard College Griffin Financial Aid Office, https://college.harvard.edu/financial-aid/net-price-calculator | Kim | 10/24/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| DX119 | 5/25/2017 | "Top Colleges Doing the Most for the American Dream," New York Times, https://www.nytimes.com/interactive/2017/05/25/sunday-review/opinion-pell-table.html | Kahlenberg | 10/22/2018 | |
| DX133 | | Curriculum Vitae for David Card | Card | 10/30/2018 | |
| DX134 | | Curriculum Vitae for Ruth Simmons | Simmons | 10/30/2018 | |
| DX139 | 2011 | Descriptor PLUS™ Cluster Description Guide, College Board, http://media.collegeboard.com/digitalServices/pdf/miscellaneous/ClusterDescriptionGuide.pdf | Kahlenberg | 10/22/2018 | |
| DX174 | 2008 | Peter Arcidiacono et al., "The Economic Returns to an MBA," *International Economic Review* 49(3), 2008, pp. 873–899 | Arcidiacono | 10/26/2018 | |
| DX195 | | 2018 Application Selected by Harvard | Ray | 10/24/2018 | Sealed |
| DX262 | | 2018 Application Selected by Harvard | Banks | 10/24/2018 | Sealed |
| DX276 | | 2019 Application Selected by Harvard | McGrath | 10/22/2018 | Sealed |
| DX293 | | 2019 Application Selected by Harvard | Fitzsimmons | 10/18/2018 | Sealed |
| DX527 | | 2019 Application Selected by SFFA | Kim | 10/24/2018 | Sealed |
| DX669 | | Domestic applicants, admitted students, and admission rates at Harvard by year | Card | 10/30/2018 | |
| DX670 | | Cumulative distribution of applicants' predicted probability of admission | Card | 10/31/2018 | |
| DX671 | | Test Scores, GPAs, and Ratings of Applicants and Admitted Students | Card | 10/30/2018 | |
| DX672 | | Applicants and admitted students by profile ratings combination | Card | 10/30/2018 | |
| DX673 | | Probability of admission for applicant with four profile ratings of 2 relative to applicant with three profile ratings of 2 and an athletic rating of 3 or worse | Card | 10/30/2018 | |
| DX674 | | Admission rates for applicants who are not athletic recruits, lineage applicants, on Dean's or Director's Interest List, or children of Harvard faculty and staff (ALDCs) | Card | 10/30/2018 | |
| DX677 | | Intended Careers for Asian-American and White Applicants | Card | 10/31/2018 | |
| DX678 | | Intended concentrations for Asian-American and White applicants | Card | 10/31/2018 | |
| DX679 | | ALDC attributes for Asian-American and White applicants | Card | 10/30/2018 | |
| DX680 | | Primary extracurricular activity by race | Card | 10/31/2018 | |
| DX681 | | Mother's and Father's occupation by race | Card | 10/31/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| DX683 | | Average marginal effect of Asian-American ethnicity in Prof. Card's model after parental occupation variables are modified to address Prof. Arcidiacono's critiques | Card | 10/31/2018 | |
| DX685 | | Average marginal effect of Asian-American ethnicity and confidence intervals in Prof. Card's model | Card | 10/30/2018 | |
| DX686 | | Distribution of, and average marginal effect of Asian-American ethnicity in Prof. Card's model for, female applicants and applicants from California | Card | 10/30/2018 | |
| DX688 | | Average marginal effect of Asian-American ethnicity on profile ratings in Prof. Arcidiacono's models | Card | 10/31/2018 | |
| DX692 | | Share of applicants in top deciles of the nonacademic admissions index and with top non-academic, school support, and alumni ratings | Card | 10/31/2018 | |
| DX693 | | Variables used in Card and Arcidiacono preferred logit models | Card | 10/30/2018 | |
| DX694 | | Average marginal effect of Asian-American ethnicity in Prof. Card's model with profile ratings adjusted to remove what Prof. Arcidiacono claims to be racial effects | Card | 10/31/2018 | |
| DX695 | | Average marginal effect of Asian-American ethnicity in Prof. Card's model, Prof. Arcidiacono's model, and several sensitivity analyses | Card | 10/30/2018 | |
| DX696 | | Average marginal effect of Asian-American ethnicity in Prof. Card's model, Prof. Arcidiacono's model, and several sensitivity analyses when recruited athletes are excluded | Card | 10/30/2018 | |
| DX697 | | Average marginal effect of Asian-American ethnicity in Prof. Card's model, interacting ALDC attributes with race | Card | 10/30/2018 | |
| DX698 | | Average marginal effect of Asian-American ethnicity in Prof. Card's model, excluding indicator for staff interview | Card | 10/31/2018 | |
| DX699 | | Average marginal effect of Asian-American ethnicity in Prof. Card's model, interacting disadvantaged status with race | Card | 10/31/2018 | |
| DX702 | | Standard Error and Pseudo R-Squared for Card and Arcidiacono Models | Card | 10/31/2018 | |
| DX703 | | Proportion of applicants by intended concentration | Card | 10/30/2018 | |
| DX704 | | The number of Harvard applicants receiving an application fee waiver and identified as "disadvantaged" varies over time | Card | 10/30/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| DX705 | | Predicted probability of admission for ALDC and non-ALDC applicants with the effect of ALDC attributes set to zero and Proportion of ALDC, LDC, and non-ALDC applicants receiving ratings of 1 or 2 | Card | 10/30/2018 | |
| DX706 | | Share of admitted students in ALDC categories | Card | 10/30/2018 | |
| DX707 | | Average marginal effect of Asian-American ethnicity on likelihood of admission for LDC applicants, from Prof. Arcidiacono's preferred model | Card | 10/30/2018 | |
| DX708 | | Share of applicants who received staff interviews who are in ALDC Categories | Card | 10/31/2018 | |
| DX709 | | Average sum of profile ratings for Asian-American and White applicants described as "Standard Strong" | Card | 10/31/2018 | |
| DX711 | | Annual percentage change in White, Asian-American, African-American, and Hispanic proportion of admitted and matriculating students | Card | 10/31/2018 | |
| DX713 | | Asian-American, African-American and Hispanic shares of applicants and admitted students to the classes of 1980 – 2019 | Card | 10/31/2018 | |
| DX715 | | Pseudo R-Squared values of admissions models containing various controls | Card | 10/31/2018 | |
| DX716 | | Change in the explanatory power of Prof. Card's model of admissions when the effects of different variables are removed | Card | 10/31/2018 | |
| DX718 | | Average marginal effect of various factors, by admissions index decile | Card | 10/31/2018 | |
| DX720 | | Simulated racial composition of the admitted class, after eliminating the consideration of race, lineage, athleticrecruit status, whether an applicant's parents are Harvard faculty and staff, and the Dean's and Director's interest lists | Card | 10/31/2018 | |
| DX721 | | Estimated change in racial composition, characteristics, and financial need of Harvard's admitted class after removing consideration of race, increasing preference for lower-SES applicants, and eliminating practices alleged to benefit White applicants | Card | 10/31/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| DX722 | | Estimated change in racial composition, characteristics, and financial need of Harvard's admitted class after removing consideration of race, increasing preference for lower-SES applicants, eliminating practices alleged to benefit White applicants, and eliminating consideration of standardized test scores | Card | 10/31/2018 | |
| DX723 | | Estimated change in racial composition, characteristics, and financial need of Harvard's admitted class after removing consideration of race, increasing preference for lower-SES applicants, eliminating practices alleged to benefit White applicants, eliminating consideration of standardized test scores, and doubling number of disadvantaged applicants | Card | 10/31/2018 | |
| DX724 | | Number of Harvard admitted students compared to the total number of U.S. high schools and total number of ZIP codes | Card | 10/31/2018 | |
| DX725 | | Racial composition of top students from each high school and comparison of admitted class of 2019 to top students at high schools | Card | 10/31/2018 | |
| DX726 | | Estimated change in racial composition, characteristics, and financial need of Harvard's admitted class after removing consideration of race, increasing preference for lower-SES applicants, eliminating practices alleged to benefit White applicants, eliminating consideration of standardized test scores, doubling number of disadvantaged applicants, and admitting an equal number of students from each neighborhood cluster | Card | 10/31/2018 | |
| DX727 | | Share of applicants, applicants applying for financial aid, and admitted students by race, and matriculation rates by race, before and after changes to financial aid policies | Card | 10/31/2018 | |
| DX728 | | Share of applicants and admitted students by race and matriculation rates by race before and after changes to early admission policy | Card | 10/31/2018 | |
| DX729 | | Mr. Kahlenberg's Simulations 1 through 7: Impact on class quality, composition, and/or characteristics | Card | 10/31/2018 | |
| DX730 | | Academic qualifications, profile ratings, and demographic profile of transfer applicants | Card | 10/31/2018 | |
| DX740 | 2018 | Report of the Task Force on Inclusion and Belonging, Harvard University, Office of the President | Faust | 11/1/2018 | |

Admitted Exhibits

| Ex. # | Date | Description | Admitted Through | Date Admitted | Sealed |
|---|---|---|---|---|---|
| DX742 | | Reading Procedures, Class of 2021 | McGrath | 11/1/2018 | |
| DX743 | | Reading Procedures, Class of 2020 | McGrath | 11/1/2018 | |
| DX744 | | Reading Procedures, Class of 2022 | McGrath | 11/1/2018 | |
| DX746 | | Racial Composition of ALDCs | n/a | 11/1/2018 | |
| AO-04 | 2016-2017 | ABHW Survival Guide Manual | Trice | 10/29/2018 | |
| AO-06 | 10/23/17 | Anti-black Racism in Asian Community Event Flyer | Ho | 10/29/2018 | |
| AO-17 | 03/26/18 | Cherry Blossom Study Break Flyer | Ho | 10/29/2018 | |
| AO-28 | | Fuerza Latina Mission Statement | Nunez | 10/29/2018 | |
| AO-31 | Feb. 28 | Org Collab. Unlearning Misogyny Event Flyer | Ho | 10/29/2018 | |
| SA-1 | | Harvard Admissions File – Sally Chen | Bever | 10/19/2018 | Sealed |
| SA-2 | | Harvard Admissions File – Thang Diep | Fitzsimmons | 10/18/2018 | Sealed |
| SA-3 | | Harvard Admissions File – Itzel Libertad Vasquez-Rodriguez | Kim | 10/24/2018 | Sealed |
| SA-4 | | Harvard Admissions File – Sarah Cole | Kim | 10/24/2018 | Sealed |
| PD23 | | Kahlenberg Models | n/a | 10/30/2018 | |
| PD24 | | Kahlenberg Simulations | n/a | 10/30/2018 | |
| PD25 | | Harvard's Admitted Class of 2019 | n/a | 10/30/2018 | |
| PD26 | | Simulation A | n/a | 10/30/2018 | |
| PD27 | | Simulation A (Kahlenberg Simulation 4) | n/a | 10/30/2018 | |
| PD28 | | Simulation B | n/a | 10/30/2018 | |
| PD29 | | Simulation B (Card Simulation 4x) | n/a | 10/30/2018 | |
| PD30 | | Simulation C | n/a | 10/30/2018 | |
| PD31 | | Simulation C (Kahlenberg Simulation 6) | n/a | 10/30/2018 | |
| PD32 | | Simulation D | n/a | 10/30/2018 | |
| PD33 | | Simulation D (Kahlenberg Simulation 7) | n/a | 10/30/2018 | |
| PD34 | | Smith Committee | n/a | 10/30/2018 | |
| PD38 | | Arcidiacono demonstratives | n/a | 10/30/2018 | |
| PD40 | | Card Demonstrative for Identification | n/a | 10/30/2018 | |
| DD09 | | Simmons Demonstratives | n/a | 10/30/2018 | |
| DD10 | | Card Demonstratives | n/a | 10/30/2018 | |
| DD10.A | | Card Whiteboard Demonstrative | n/a | 10/30/2018 | |
| DD10.B | | Card Whiteboard Demonstrative | n/a | 10/30/2018 | |