# APPENDIX

# Harvard Admits Students Who Are Strong on Multiple Dimensions



**Applicants**



**Admitted Students**

**Strengths = Profile Ratings of 1 or 2**

DX672

DD10.8

# No Significant Effect of Asian-American Ethnicity on Admission

| Class | Average Marginal Effect of Asian-American Ethnicity (Percentage Points; Not Statistically Significant) |
|---|---|
| 2014 | -0.39 |
| 2015 | -0.05 |
| 2016 | 0.09 |
| 2017 | 0.11 |
| 2018 | -0.42 |
| 2019 | 0.34 |
| **Overall** | **-0.05** |

DX685

DD10.30

# Proportion of ALDC vs. Non-ALDC Applicants Receiving Ratings of 1 or 2



DX705.0002

# No Significant Effect of Asian-American Ethnicity Using Modified Ratings

| Class | Average Marginal Effect of Asian-American Ethnicity (Percentage Points; Not Statistically Significant) |
|---|---|
| 2014 | -0.27 |
| 2015 | -0.18 |
| 2016 | -0.38 |
| 2017 | 0.36 |
| 2018 | -0.46 |
| 2019 | 0.29 |
| **Overall** | **-0.11** |

DX694

# Race Explains Less About Admissions Decisions Than Other Factors



DX715.0001

# Year-to-Year Changes in Admitted Students









# Year-to-Year Changes in Matriculating Students









DX711.0005 - 0008

**DD10.101**

# Composition of Applicant Pool and Admitted Class



DX713

DD10.104

# Effect of Eliminating Standardized Test Consideration + Low-SES Preference + Eliminating ALDC Consideration + Doubling Disadvantaged Applicants + Admitting Equal Number From Neighborhood Clusters



DX726.0001

# Effect of Eliminating Standardized Test Consideration + 1x Low-SES Preference + Eliminating ALDC Consideration + Doubling Disadvantaged Applicants + Admitting Equal Number From Neighborhood Clusters



DX726.0003

# Kahlenberg's Simulation 6



DX721.0001, DX729.0011

# Kahlenberg's Simulation 6



DX729.0011

# Changes in Admissions Levels, Expanded Dataset

|  |  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|
| Asian American | Model | 403 | 404 | 406 | 379 | 364 | 402 |
|  | No Racial Preferences | 543 | 550 | 503 | 481 | 517 | 514 |
|  | Difference | +140 | +146 | +97 | +102 | +153 | +112 |
| African American | Model | 231 | 246 | 201 | 228 | 226 | 235 |
|  | No Racial Preferences | 81 | 82 | 79 | 91 | 73 | 85 |
|  | Difference | -150 | -164 | -122 | -137 | -153 | -150 |
| Hispanic | Model | 212 | 246 | 207 | 222 | 245 | 233 |
|  | No Racial Preferences | 122 | 130 | 127 | 114 | 120 | 128 |
|  | Difference | -90 | -116 | -80 | -108 | -125 | -105 |
| White | Model | 945 | 865 | 805 | 748 | 760 | 679 |
|  | No Racial Preferences | 1,043 | 985 | 872 | 849 | 865 | 783 |
|  | Difference | +98 | +120 | +67 | +101 | +105 | +104 |

