# Appendix

# Difference in Average Scores for Asian and White Applicants



Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 3.1R)





# Admit Rates by Race/Ethnicity and Academic Decile

| Academic Decile | White | Asian American | African American | Hispanic | All Applicants |
|---|---|---|---|---|---|
| 10 | 15.3% | 12.7% | 56.1% | 31.3% | 14.6% |
| 9 | 10.8% | 7.6% | 54.6% | 26.2% | 10.4% |
| 8 | 7.5% | 5.1% | 44.5% | 22.9% | 8.2% |
| 7 | 4.8% | 4.0% | 41.1% | 17.3% | 6.6% |
| 6 | 4.2% | 2.5% | 29.7% | 13.7% | 5.6% |
| 5 | 2.6% | 1.9% | 22.4% | 9.1% | 4.4% |
| 4 | 1.8% | 0.9% | 12.8% | 5.5% | 3.3% |
| 3 | 0.6% | 0.6% | 5.2% | 2.0% | 1.7% |
| 2 | 0.4% | 0.2% | 1.0% | 0.3% | 0.5% |
| 1 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 5.2R)

PD38
SFFA v. Harvard

21



Marginal Effect of Race/Ethnicity on Probability of Receiving a 2 or Higher on Personal Rating

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 6.1R)

PD38
SFFA v. Harvard
31

Comparison of Observables to Race/Ethnicity Coefficients



Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table B.6.11R)



# Marginal Effect of Race/Ethnicity on Probability of Admission



Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Tables 7.2R, 8.1N)



# Change in Number of Admitted Asian American Students

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Model | 369 | 356 | 346 | 315 | 300 | 327 |
| Remove Asian American Penalty | 421 | 405 | 390 | 350 | 355 | 354 |
| Difference | +52 | +49 | +44 | +35 | +55 | +27 |

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 8.1R)

PD38
SFFA v. Harvard

36

# Changes in Admissions Levels, Baseline Dataset

| | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|
| Asian American | Model | 369 | 356 | 346 | 315 | 300 | 327 |
| | No Racial Preferences | 513 | 508 | 457 | 430 | 458 | 445 |
| | Difference | +144 | +152 | +111 | +115 | +158 | +118 |
| African American | Model | 198 | 219 | 178 | 180 | 195 | 193 |
| | No Racial Preferences | 55 | 61 | 57 | 52 | 47 | 52 |
| | Difference | -143 | -158 | -121 | -128 | -148 | -141 |
| Hispanic | Model | 189 | 215 | 182 | 194 | 217 | 191 |
| | No Racial Preferences | 98 | 105 | 97 | 90 | 96 | 95 |
| | Difference | -91 | -110 | -85 | -104 | -121 | -96 |
| White | Model | 572 | 526 | 460 | 401 | 390 | 355 |
| | No Racial Preferences | 660 | 624 | 517 | 477 | 479 | 438 |
| | Difference | +88 | +98 | +57 | +76 | +89 | +83 |

Baseline Dataset
P435 (Arcidiacono Rebuttal Report, Table 8.1R)

PD38
SFFA v. Harvard

39

TRIAL EXHIBIT P621 SFFA v. Harvard

# Number and Share of Applicants Admitted and Rejected

| | | White ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | Asian American ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | African American ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | Hispanic ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | All Applicants (Including All Races/Ethnicities) ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Rating** | 1 | 24 | 0.85% | 0 | 0% | 24 | 0.04% | 31 | 1.50% | 0 | 0% | 31 | 0.08% | 8 | 0.67% | 0 | 0% | 8 | 0.05% | 5 | 0.45% | 0 | 0% | 5 | 0.03% | 77 | 0.99% | 0 | 0% | 77 | 0.05% |
| | 2 | 1,656 | 58.85% | 873 | 1.59% | 2,529 | 4.39% | 1,261 | 60.86% | 664 | 1.73% | 1,925 | 4.76% | 694 | 58.47% | 126 | 0.87% | 820 | 5.23% | 550 | 49.68% | 142 | 0.84% | 692 | 3.85% | 4,498 | 57.79% | 1,975 | 1.46% | 6,473 | 4.54% |
| | 3 | 1,131 | 40.19% | 39,975 | 72.99% | 41,106 | 71.39% | 780 | 37.64% | 29,306 | 76.43% | 30,086 | 74.44% | 485 | 40.86% | 6,137 | 42.39% | 6,622 | 42.28% | 552 | 49.86% | 9,340 | 55.39% | 9,892 | 55.05% | 3,206 | 41.19% | 92,782 | 68.76% | 95,988 | 67.25% |
| | ≥4 | 3 | 0.11% | 13,920 | 25.42% | 13,923 | 24.18% | 0 | 0% | 8,373 | 21.84% | 8,373 | 20.72% | 0 | 0% | 8,214 | 56.74% | 8,214 | 52.44% | 0 | 0% | 7,381 | 43.77% | 7,381 | 41.07% | 3 | 0.04% | 40,187 | 29.78% | 40,190 | 28.16% |
| **Academic Rating** | 1 | 124 | 4.41% | 47 | 0.09% | 171 | 0.30% | 229 | 11.05% | 141 | 0.37% | 370 | 0.92% | 2 | 0.17% | 1 | 0.01% | 3 | 0.02% | 7 | 0.63% | 0 | 0% | 7 | 0.04% | 405 | 5.20% | 207 | 0.15% | 612 | 0.43% |
| | 2 | 2,374 | 84.36% | 23,532 | 42.97% | 25,906 | 44.99% | 1,727 | 83.35% | 22,236 | 57.99% | 23,963 | 59.29% | 703 | 59.22% | 733 | 5.06% | 1,436 | 9.17% | 717 | 64.77% | 2,285 | 13.55% | 3,002 | 16.71% | 5,986 | 76.90% | 53,745 | 39.83% | 59,731 | 41.85% |
| | 3 | 315 | 11.19% | 25,501 | 46.56% | 25,816 | 44.83% | 116 | 5.60% | 12,737 | 33.22% | 12,853 | 31.80% | 481 | 40.52% | 5,794 | 40.02% | 6,275 | 40.06% | 383 | 34.60% | 8,209 | 48.68% | 8,592 | 47.81% | 1,390 | 17.86% | 56,484 | 41.86% | 57,874 | 40.55% |
| | ≥4 | 1 | 0.04% | 5,688 | 10.39% | 5,689 | 9.88% | 0 | 0% | 3,229 | 8.42% | 3,229 | 7.99% | 1 | 0.08% | 7,949 | 54.91% | 7,950 | 50.75% | 0 | 0% | 6,369 | 37.77% | 6,369 | 35.44% | 3 | 0.04% | 24,508 | 18.16% | 24,511 | 17.17% |
| **Extra-curricular Rating** | 1 | 75 | 2.68% | 98 | 0.18% | 173 | 0.30% | 75 | 3.63% | 75 | 0.20% | 150 | 0.37% | 7 | 0.59% | 11 | 0.08% | 18 | 0.12% | 11 | 1.01% | 11 | 0.07% | 22 | 0.12% | 192 | 2.48% | 228 | 0.17% | 420 | 0.30% |
| | 2 | 1,980 | 70.87% | 11,866 | 21.82% | 13,846 | 24.21% | 1,547 | 74.81% | 9,713 | 25.42% | 11,260 | 27.96% | 610 | 51.69% | 1,806 | 12.63% | 2,416 | 15.61% | 616 | 56.31% | 2,386 | 14.29% | 3,002 | 16.88% | 5,179 | 66.94% | 28,223 | 21.06% | 33,402 | 23.56% |
| | 3 | 736 | 26.34% | 40,689 | 74.81% | 41,425 | 72.44% | 446 | 21.57% | 27,757 | 72.65% | 28,203 | 70.03% | 560 | 47.46% | 11,473 | 80.22% | 12,033 | 77.72% | 466 | 42.60% | 13,437 | 80.49% | 13,903 | 78.16% | 2,357 | 30.46% | 101,002 | 75.37% | 103,359 | 72.92% |
| | 4 | 3 | 0.11% | 1,735 | 3.19% | 1,738 | 3.04% | 0 | 0% | 659 | 1.72% | 659 | 1.64% | 3 | 0.25% | 1,012 | 7.08% | 1,015 | 6.56% | 1 | 0.09% | 859 | 5.15% | 860 | 4.83% | 9 | 0.12% | 4,560 | 3.40% | 4,569 | 3.22% |
| **Athletic Rating** | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 2 | 590 | 22.18% | 6,774 | 12.68% | 7,364 | 13.13% | 149 | 7.54% | 1,794 | 4.77% | 1,943 | 4.91% | 169 | 14.93% | 900 | 6.51% | 1,069 | 7.15% | 169 | 16.30% | 1,180 | 7.25% | 1,349 | 7.79% | 1,175 | 15.90% | 11,644 | 8.86% | 12,819 | 9.24% |
| | 3 | 1,260 | 47.37% | 29,248 | 54.73% | 30,508 | 54.38% | 911 | 46.13% | 18,384 | 48.90% | 19,295 | 48.76% | 576 | 50.88% | 7,144 | 51.70% | 7,720 | 51.64% | 474 | 45.71% | 8,272 | 50.85% | 8,746 | 50.54% | 3,497 | 47.33% | 68,329 | 52.01% | 71,826 | 51.76% |
| | 4 | 810 | 30.45% | 17,416 | 32.59% | 18,226 | 32.49% | 915 | 46.33% | 17,415 | 46.33% | 18,330 | 46.33% | 387 | 34.19% | 5,773 | 41.78% | 6,160 | 41.21% | 394 | 37.99% | 6,817 | 41.90% | 7,211 | 41.67% | 2,716 | 36.76% | 51,400 | 39.13% | 54,116 | 39.00% |
| **Personal Rating** | 1 | 19 | 0.68% | 8 | 0.01% | 27 | 0.05% | 3 | 0.14% | 1 | 0% | 4 | 0.01% | 1 | 0.08% | 2 | 0.01% | 3 | 0.02% | 1 | 0.09% | 1 | 0.01% | 2 | 0.01% | 26 | 0.33% | 13 | 0.01% | 39 | 0.03% |
| | 2 | 2,338 | 83.08% | 9,884 | 18.05% | 12,222 | 21.23% | 1,515 | 73.12% | 5,610 | 14.63% | 7,125 | 17.63% | 882 | 74.30% | 2,093 | 14.46% | 2,975 | 18.99% | 861 | 77.78% | 2,493 | 14.78% | 3,354 | 18.66% | 6,037 | 77.56% | 21,771 | 16.13% | 27,808 | 19.48% |
| | 3 | 457 | 16.24% | 44,629 | 81.49% | 45,086 | 78.30% | 554 | 26.74% | 32,538 | 84.86% | 33,092 | 81.88% | 304 | 25.61% | 12,309 | 85.02% | 12,613 | 80.52% | 245 | 22.13% | 14,283 | 84.70% | 14,528 | 80.85% | 1,721 | 22.11% | 112,496 | 83.36% | 114,217 | 80.02% |
| | ≥4 | 0 | 0% | 247 | 0.45% | 247 | 0.43% | 0 | 0% | 194 | 0.51% | 194 | 0.48% | 0 | 0% | 73 | 0.50% | 73 | 0.47% | 0 | 0% | 86 | 0.51% | 86 | 0.48% | 0 | 0% | 664 | 0.49% | 664 | 0.47% |
| **Teacher 1 Rating** | 1 | 476 | 16.92% | 1,118 | 2.10% | 1,594 | 2.85% | 328 | 15.84% | 715 | 1.91% | 1,043 | 2.64% | 61 | 5.14% | 83 | 0.64% | 144 | 1.02% | 81 | 7.32% | 152 | 0.98% | 233 | 1.40% | 1,019 | 13.09% | 2,273 | 1.76% | 3,292 | 2.40% |
| | 2 | 1,702 | 60.48% | 14,222 | 26.76% | 15,924 | 28.46% | 1,218 | 58.81% | 10,183 | 27.19% | 11,401 | 28.85% | 646 | 54.42% | 1,892 | 14.64% | 2,538 | 17.99% | 622 | 56.19% | 3,024 | 19.51% | 3,646 | 21.95% | 4,531 | 58.22% | 31,947 | 24.73% | 36,478 | 26.63% |
| | 3 | 636 | 22.60% | 37,503 | 70.57% | 38,139 | 68.16% | 525 | 25.35% | 26,357 | 70.39% | 26,882 | 68.03% | 480 | 40.44% | 10,804 | 83.60% | 11,284 | 79.97% | 404 | 36.50% | 12,186 | 78.61% | 12,590 | 75.80% | 2,232 | 28.68% | 94,123 | 72.86% | 96,355 | 70.35% |
| | ≥4 | 0 | 0% | 301 | 0.57% | 301 | 0.54% | 0 | 0% | 191 | 0.51% | 191 | 0.48% | 0 | 0% | 144 | 1.11% | 144 | 1.02% | 0 | 0% | 140 | 0.90% | 140 | 0.84% | 0 | 0% | 833 | 0.64% | 833 | 0.61% |
| **Teacher 2 Rating** | 1 | 465 | 17.03% | 934 | 2.09% | 1,399 | 2.95% | 298 | 14.89% | 570 | 1.76% | 868 | 2.52% | 72 | 6.34% | 71 | 0.72% | 143 | 1.30% | 76 | 7.16% | 119 | 0.96% | 195 | 1.45% | 984 | 13.11% | 1,844 | 1.71% | 2,828 | 2.45% |
| | 2 | 1,638 | 60.00% | 12,584 | 28.19% | 14,222 | 30.02% | 1,210 | 60.47% | 8,999 | 27.74% | 10,209 | 29.64% | 589 | 51.89% | 1,587 | 16.06% | 2,176 | 19.76% | 635 | 59.79% | 2,555 | 20.65% | 3,190 | 23.74% | 4,406 | 58.68% | 28,078 | 25.97% | 32,484 | 28.10% |
| | 3 | 627 | 22.97% | 30,908 | 69.24% | 31,535 | 66.57% | 492 | 24.59% | 22,706 | 69.99% | 23,198 | 67.36% | 474 | 41.76% | 8,142 | 82.42% | 8,616 | 78.23% | 351 | 33.05% | 9,597 | 77.56% | 9,948 | 74.05% | 2,117 | 28.20% | 77,591 | 71.77% | 79,708 | 68.94% |
| | ≥4 | 0 | 0% | 214 | 0.48% | 214 | 0.45% | 1 | 0.05% | 165 | 0.51% | 165 | 0.48% | 0 | 0% | 79 | 0.80% | 79 | 0.72% | 0 | 0% | 102 | 0.82% | 102 | 0.76% | 1 | 0.01% | 597 | 0.55% | 598 | 0.52% |
| **Counselor Rating** | 1 | 307 | 11.02% | 579 | 1.12% | 886 | 1.62% | 265 | 12.88% | 443 | 1.21% | 708 | 1.83% | 47 | 3.99% | 51 | 0.40% | 98 | 0.70% | 65 | 5.96% | 80 | 0.52% | 145 | 0.89% | 751 | 9.74% | 1,260 | 1.00% | 2,011 | 1.50% |
| | 2 | 1,832 | 65.73% | 11,836 | 22.81% | 13,668 | 25.00% | 1,251 | 60.82% | 8,193 | 22.31% | 9,444 | 24.35% | 640 | 54.28% | 1,433 | 11.20% | 2,073 | 14.83% | 581 | 53.30% | 2,233 | 14.61% | 2,814 | 17.18% | 4,651 | 60.33% | 25,831 | 20.40% | 30,482 | 22.69% |
| | 3 | 648 | 23.25% | 39,137 | 75.44% | 39,785 | 72.78% | 541 | 26.30% | 27,858 | 75.85% | 28,399 | 73.22% | 492 | 41.73% | 11,057 | 86.42% | 11,549 | 82.65% | 444 | 40.73% | 12,780 | 83.59% | 13,224 | 80.74% | 2,307 | 29.93% | 98,452 | 77.75% | 100,759 | 75.00% |
| | ≥4 | 0 | 0% | 329 | 0.63% | 329 | 0.60% | 0 | 0% | 236 | 0.64% | 236 | 0.61% | 0 | 0% | 254 | 1.99% | 254 | 1.82% | 0 | 0% | 196 | 1.28% | 196 | 1.20% | 0 | 0% | 1,089 | 0.86% | 1,089 | 0.81% |
| **Alumni Personal Rating** | 1 | 1,232 | 44.80% | 6,658 | 15.56% | 7,890 | 17.33% | 866 | 42.49% | 4,707 | 15.36% | 5,573 | 17.06% | 438 | 37.73% | 1,405 | 13.24% | 1,843 | 15.65% | 454 | 41.80% | 1,607 | 13.56% | 2,061 | 15.93% | 3,236 | 42.42% | 15,657 | 15.03% | 18,893 | 16.90% |
| | 2 | 1,342 | 48.80% | 19,515 | 45.61% | 20,857 | 45.80% | 1,035 | 50.79% | 13,734 | 44.83% | 14,769 | 45.20% | 604 | 52.02% | 4,286 | 40.40% | 4,890 | 41.53% | 558 | 51.38% | 4,818 | 40.65% | 5,376 | 41.55% | 3,838 | 50.31% | 46,097 | 44.25% | 49,935 | 44.66% |
| | 3 | 162 | 5.89% | 13,447 | 31.43% | 13,609 | 29.89% | 130 | 6.38% | 9,665 | 31.55% | 9,795 | 29.98% | 106 | 9.13% | 3,802 | 35.82% | 3,908 | 33.19% | 71 | 6.54% | 4,213 | 35.55% | 4,284 | 33.11% | 517 | 6.78% | 33,741 | 32.39% | 34,258 | 30.64% |
| | ≥4 | 14 | 0.51% | 3,165 | 7.40% | 3,179 | 6.98% | 7 | 0.34% | 2,532 | 8.26% | 2,539 | 7.77% | 13 | 1.12% | 1,120 | 10.55% | 1,133 | 9.62% | 3 | 0.28% | 1,214 | 10.24% | 1,217 | 9.41% | 38 | 0.50% | 8,684 | 8.34% | 8,722 | 7.80% |
| **Alumni Overall Rating** | 1 | 1,009 | 36.74% | 3,790 | 8.96% | 4,799 | 10.65% | 894 | 43.93% | 3,649 | 12.05% | 4,543 | 14.06% | 257 | 22.21% | 440 | 4.28% | 697 | 6.09% | 317 | 29.22% | 682 | 5.90% | 999 | 7.90% | 2,684 | 35.24% | 9,434 | 9.19% | 12,118 | 10.99% |
| | 2 | 1,427 | 51.97% | 14,787 | 34.96% | 16,214 | 36.00% | 978 | 48.06% | 11,006 | 36.34% | 11,984 | 37.08% | 615 | 53.15% | 1,952 | 18.98% | 2,567 | 22.43% | 570 | 52.53% | 2,674 | 23.15% | 3,244 | 25.67% | 3,910 | 51.33% | 33,319 | 32.47% | 37,229 | 33.78% |
| | 3 | 287 | 10.45% | 15,849 | 37.47% | 16,136 | 35.83% | 154 | 7.57% | 10,509 | 34.70% | 10,663 | 32.99% | 259 | 22.39% | 3,646 | 35.45% | 3,905 | 34.13% | 178 | 16.41% | 4,253 | 36.81% | 4,431 | 35.06% | 941 | 12.35% | 37,196 | 36.25% | 38,137 | 34.60% |
| | ≥4 | 23 | 0.84% | 7,868 | 18.60% | 7,891 | 17.52% | 9 | 0.44% | 5,119 | 16.90% | 5,128 | 15.87% | 26 | 2.25% | 4,247 | 41.29% | 4,273 | 37.34% | 20 | 1.84% | 3,944 | 34.14% | 3,964 | 31.37% | 82 | 1.08% | 22,655 | 22.08% | 22,737 | 20.63% |

Baseline Dataset



## Number and Share of Applicants Admitted and Rejected

| | | White ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | Asian American ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | African American ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | Hispanic ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share | All Applicants (Including All Races/Ethnicities) ADMITTED Number | Share | REJECTED Number | Share | TOTAL Number | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Rating** | 1 | 38 | 0.91% | 0 | 0% | 38 | 0.06% | 34 | 1.45% | 0 | 0% | 34 | 0.08% | 10 | 0.79% | 0 | 0% | 10 | 0.06% | 8 | 0.65% | 0 | 0% | 8 | 0.04% | 104 | 1.06% | 0 | 0% | 104 | 0.07% |
| | 2 | 2,422 | 58.00% | 973 | 1.69% | 3,395 | 5.51% | 1,426 | 60.89% | 682 | 1.76% | 2,108 | 5.12% | 743 | 58.60% | 133 | 0.91% | 876 | 5.49% | 608 | 49.47% | 146 | 0.85% | 754 | 4.12% | 5,644 | 57.45% | 2,121 | 1.53% | 7,765 | 5.22% |
| | 3 | 1,707 | 40.88% | 42,221 | 73.45% | 43,928 | 71.25% | 882 | 37.66% | 29,671 | 76.47% | 30,553 | 74.26% | 515 | 40.62% | 6,250 | 42.54% | 6,765 | 42.39% | 613 | 49.88% | 9,523 | 55.71% | 10,136 | 55.32% | 4,067 | 41.39% | 96,007 | 69.10% | 100,074 | 67.27% |
| | ≥4 | 9 | 0.22% | 14,287 | 24.86% | 14,296 | 23.19% | 0 | 0% | 8,447 | 21.77% | 8,447 | 20.53% | 0 | 0% | 8,308 | 56.55% | 8,308 | 52.06% | 0 | 0% | 7,424 | 43.43% | 7,424 | 40.52% | 10 | 0.10% | 40,816 | 29.38% | 40,826 | 27.44% |
| **Academic Rating** | 1 | 157 | 3.76% | 48 | 0.08% | 205 | 0.33% | 242 | 10.33% | 141 | 0.36% | 383 | 0.93% | 2 | 0.16% | 1 | 0.01% | 3 | 0.02% | 7 | 0.57% | 1 | 0.01% | 8 | 0.04% | 463 | 4.71% | 209 | 0.15% | 672 | 0.45% |
| | 2 | 3,408 | 81.61% | 24,682 | 42.94% | 28,090 | 45.56% | 1,945 | 83.05% | 22,465 | 57.90% | 24,410 | 59.33% | 738 | 58.20% | 743 | 5.06% | 1,481 | 9.28% | 803 | 65.34% | 2,343 | 13.71% | 3,146 | 17.17% | 7,514 | 76.48% | 55,335 | 39.83% | 62,849 | 42.25% |
| | 3 | 600 | 14.37% | 26,863 | 46.73% | 27,463 | 44.54% | 155 | 6.62% | 12,928 | 33.32% | 13,083 | 31.80% | 527 | 41.56% | 5,899 | 40.15% | 6,426 | 40.27% | 419 | 34.09% | 8,341 | 48.80% | 8,760 | 47.81% | 1,832 | 18.65% | 58,486 | 42.09% | 60,318 | 40.54% |
| | ≥4 | 11 | 0.26% | 5,888 | 10.24% | 5,899 | 9.57% | 0 | 0% | 3,266 | 8.42% | 3,266 | 7.94% | 1 | 0.08% | 8,048 | 54.78% | 8,049 | 50.44% | 0 | 0% | 6,408 | 37.49% | 6,408 | 34.97% | 16 | 0.16% | 24,914 | 17.93% | 24,930 | 16.76% |
| **Extracurricular Rating** | 1 | 99 | 2.38% | 102 | 0.18% | 201 | 0.33% | 80 | 3.42% | 77 | 0.20% | 157 | 0.38% | 7 | 0.56% | 11 | 0.08% | 18 | 0.11% | 13 | 1.07% | 11 | 0.07% | 24 | 0.13% | 228 | 2.33% | 236 | 0.17% | 464 | 0.31% |
| | 2 | 2,716 | 65.37% | 12,578 | 22.03% | 15,294 | 24.97% | 1,705 | 72.96% | 9,823 | 25.41% | 11,528 | 28.12% | 655 | 51.94% | 1,852 | 12.76% | 2,507 | 15.89% | 675 | 55.51% | 2,436 | 14.40% | 3,111 | 17.15% | 6,281 | 64.25% | 29,240 | 21.19% | 35,521 | 24.04% |
| | 3 | 1,332 | 32.06% | 42,615 | 74.64% | 43,947 | 71.75% | 552 | 23.62% | 28,092 | 72.66% | 28,644 | 69.87% | 595 | 47.18% | 11,633 | 80.14% | 12,228 | 77.51% | 525 | 43.17% | 13,606 | 80.41% | 14,131 | 77.91% | 3,249 | 33.23% | 103,863 | 75.27% | 107,112 | 72.49% |
| | 4 | 8 | 0.19% | 1,796 | 3.15% | 1,804 | 2.95% | 0 | 0% | 669 | 1.73% | 669 | 1.63% | 4 | 0.32% | 1,019 | 7.02% | 1,023 | 6.48% | 3 | 0.25% | 868 | 5.13% | 871 | 4.80% | 18 | 0.18% | 4,656 | 3.37% | 4,674 | 3.16% |
| **Athletic Rating** | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 2 | 970 | 24.23% | 7,286 | 12.99% | 8,256 | 13.74% | 198 | 8.84% | 1,853 | 4.87% | 2,051 | 5.09% | 192 | 15.84% | 924 | 6.59% | 1,116 | 7.32% | 198 | 17.14% | 1,215 | 7.37% | 1,413 | 8.01% | 1,706 | 18.15% | 12,343 | 9.12% | 14,049 | 9.71% |
| | 3 | 1,914 | 47.80% | 30,727 | 54.78% | 32,641 | 54.31% | 1,048 | 46.76% | 18,628 | 48.97% | 19,676 | 48.84% | 610 | 50.33% | 7,271 | 51.84% | 7,881 | 51.72% | 535 | 46.32% | 8,399 | 50.94% | 8,934 | 50.63% | 4,473 | 47.59% | 70,503 | 52.12% | 74,976 | 51.82% |
| | 4 | 1,120 | 27.97% | 18,081 | 32.23% | 19,201 | 31.95% | 995 | 44.40% | 17,562 | 46.16% | 18,557 | 46.07% | 410 | 33.83% | 5,830 | 41.57% | 6,240 | 40.95% | 422 | 36.54% | 6,875 | 41.69% | 7,297 | 41.36% | 3,221 | 34.27% | 52,434 | 38.76% | 55,655 | 38.47% |
| **Personal Rating** | 1 | 23 | 0.55% | 8 | 0.01% | 31 | 0.05% | 3 | 0.13% | 1 | 0% | 4 | 0.01% | 1 | 0.08% | 3 | 0.02% | 4 | 0.03% | 2 | 0.16% | 1 | 0.01% | 3 | 0.02% | 32 | 0.33% | 14 | 0.01% | 46 | 0.03% |
| | 2 | 3,290 | 78.78% | 10,594 | 18.43% | 13,884 | 22.52% | 1,678 | 71.65% | 5,705 | 14.70% | 7,383 | 17.95% | 947 | 74.68% | 2,147 | 14.61% | 3,094 | 19.39% | 938 | 76.32% | 2,552 | 14.93% | 3,490 | 19.05% | 7,419 | 75.51% | 22,789 | 16.40% | 30,208 | 20.31% |
| | 3 | 861 | 20.62% | 46,623 | 81.11% | 47,484 | 77.01% | 661 | 28.22% | 32,898 | 84.79% | 33,559 | 81.57% | 320 | 25.24% | 12,466 | 84.85% | 12,786 | 80.12% | 289 | 23.52% | 14,452 | 84.55% | 14,741 | 80.46% | 2,372 | 24.14% | 115,460 | 83.10% | 117,832 | 79.20% |
| | ≥4 | 2 | 0.05% | 256 | 0.45% | 258 | 0.42% | 0 | 0% | 196 | 0.51% | 196 | 0.48% | 0 | 0% | 75 | 0.51% | 75 | 0.47% | 0 | 0% | 88 | 0.51% | 88 | 0.48% | 2 | 0.02% | 681 | 0.49% | 683 | 0.46% |
| **Teacher 1 Rating** | 1 | 562 | 13.46% | 1,164 | 2.08% | 1,726 | 2.88% | 346 | 14.78% | 720 | 1.90% | 1,066 | 2.65% | 63 | 4.97% | 87 | 0.66% | 150 | 1.04% | 86 | 7.00% | 154 | 0.98% | 240 | 1.42% | 1,149 | 11.70% | 2,335 | 1.75% | 3,484 | 2.44% |
| | 2 | 2,462 | 58.96% | 14,930 | 26.74% | 17,392 | 28.98% | 1,362 | 58.18% | 10,293 | 27.16% | 11,655 | 28.97% | 697 | 54.97% | 1,919 | 14.62% | 2,616 | 18.17% | 673 | 54.76% | 3,078 | 19.57% | 3,751 | 22.12% | 5,643 | 57.45% | 32,952 | 24.75% | 38,595 | 27.00% |
| | 3 | 1,152 | 27.59% | 39,419 | 70.61% | 40,571 | 67.61% | 633 | 27.04% | 26,690 | 70.43% | 27,323 | 67.90% | 508 | 40.06% | 10,977 | 83.61% | 11,485 | 79.77% | 470 | 38.24% | 12,355 | 78.55% | 12,825 | 75.63% | 3,031 | 30.86% | 96,979 | 72.85% | 100,010 | 69.96% |
| | ≥4 | 0 | 0% | 316 | 0.57% | 316 | 0.53% | 0 | 0% | 194 | 0.51% | 194 | 0.48% | 0 | 0% | 146 | 1.11% | 146 | 1.01% | 0 | 0% | 141 | 0.90% | 141 | 0.83% | 0 | 0% | 856 | 0.64% | 856 | 0.60% |
| **Teacher 2 Rating** | 1 | 548 | 13.65% | 980 | 2.09% | 1,528 | 3.00% | 312 | 13.86% | 572 | 1.74% | 884 | 2.52% | 74 | 6.14% | 73 | 0.73% | 147 | 1.31% | 82 | 6.95% | 124 | 0.99% | 206 | 1.50% | 1,105 | 11.73% | 1,905 | 1.71% | 3,010 | 2.49% |
| | 2 | 2,338 | 58.22% | 13,241 | 28.19% | 15,579 | 30.56% | 1,340 | 59.53% | 9,127 | 27.79% | 10,467 | 29.82% | 629 | 52.20% | 1,611 | 16.03% | 2,240 | 19.90% | 695 | 58.90% | 2,599 | 20.67% | 3,294 | 23.95% | 5,437 | 57.70% | 29,024 | 26.02% | 34,461 | 28.49% |
| | 3 | 1,128 | 28.09% | 32,519 | 69.24% | 33,647 | 66.00% | 598 | 26.57% | 22,983 | 69.97% | 23,581 | 67.19% | 502 | 41.66% | 8,285 | 82.43% | 8,787 | 78.07% | 403 | 34.15% | 9,748 | 77.53% | 10,151 | 73.81% | 2,878 | 30.54% | 80,003 | 71.72% | 82,881 | 68.51% |
| | ≥4 | 2 | 0.05% | 223 | 0.47% | 225 | 0.44% | 1 | 0.04% | 165 | 0.50% | 165 | 0.47% | 0 | 0% | 82 | 0.82% | 82 | 0.73% | 0 | 0% | 102 | 0.81% | 102 | 0.74% | 3 | 0.03% | 613 | 0.55% | 616 | 0.51% |
| **Counselor Rating** | 1 | 352 | 8.51% | 606 | 1.11% | 958 | 1.63% | 277 | 11.91% | 448 | 1.21% | 725 | 1.84% | 48 | 3.81% | 51 | 0.39% | 99 | 0.69% | 75 | 6.19% | 83 | 0.53% | 158 | 0.94% | 836 | 8.59% | 1,300 | 1.00% | 2,136 | 1.52% |
| | 2 | 2,631 | 63.61% | 12,478 | 22.88% | 15,109 | 25.75% | 1,410 | 60.65% | 8,285 | 22.29% | 9,695 | 24.54% | 686 | 54.49% | 1,459 | 11.22% | 2,145 | 15.04% | 645 | 53.22% | 2,287 | 14.74% | 2,932 | 17.53% | 5,829 | 59.89% | 26,722 | 20.47% | 32,551 | 23.21% |
| | 3 | 1,153 | 27.88% | 41,107 | 75.39% | 42,260 | 72.04% | 638 | 27.44% | 28,208 | 75.87% | 28,846 | 73.02% | 525 | 41.70% | 11,235 | 86.42% | 11,760 | 82.47% | 492 | 40.59% | 12,948 | 83.45% | 13,440 | 80.35% | 3,068 | 31.52% | 101,414 | 77.69% | 104,482 | 74.49% |
| | ≥4 | 0 | 0% | 338 | 0.62% | 338 | 0.58% | 0 | 0% | 236 | 0.63% | 236 | 0.60% | 0 | 0% | 256 | 1.97% | 256 | 1.80% | 0 | 0% | 197 | 1.27% | 197 | 1.18% | 0 | 0% | 1,102 | 0.84% | 1,102 | 0.79% |
| **Alumni Personal Rating** | 1 | 1,585 | 38.97% | 7,097 | 15.68% | 8,682 | 17.60% | 953 | 41.38% | 4,779 | 15.39% | 5,732 | 17.18% | 456 | 36.74% | 1,432 | 13.26% | 1,888 | 15.68% | 498 | 41.36% | 1,651 | 13.69% | 2,149 | 16.21% | 3,813 | 39.68% | 16,303 | 15.12% | 20,116 | 17.13% |
| | 2 | 2,106 | 51.78% | 20,724 | 45.80% | 22,830 | 46.29% | 1,178 | 51.15% | 13,930 | 44.86% | 15,108 | 45.29% | 651 | 52.46% | 4,368 | 40.46% | 5,019 | 41.70% | 623 | 51.74% | 4,906 | 40.69% | 5,529 | 41.69% | 4,947 | 51.48% | 47,826 | 44.37% | 52,773 | 44.95% |
| | 3 | 346 | 8.51% | 14,126 | 31.22% | 14,472 | 29.34% | 159 | 6.90% | 9,780 | 31.49% | 9,939 | 29.79% | 120 | 9.67% | 3,864 | 35.79% | 3,984 | 33.10% | 78 | 6.48% | 4,275 | 35.46% | 4,353 | 32.83% | 785 | 8.17% | 34,761 | 32.25% | 35,546 | 30.28% |
| | ≥4 | 30 | 0.74% | 3,303 | 7.30% | 3,333 | 6.76% | 13 | 0.56% | 2,566 | 8.26% | 2,579 | 7.73% | 14 | 1.13% | 1,132 | 10.49% | 1,146 | 9.52% | 5 | 0.42% | 1,225 | 10.16% | 1,230 | 9.28% | 64 | 0.67% | 8,900 | 8.26% | 8,964 | 7.64% |
| **Alumni Overall Rating** | 1 | 1,272 | 31.34% | 4,025 | 9.00% | 5,297 | 10.85% | 974 | 42.37% | 3,703 | 12.06% | 4,677 | 14.18% | 262 | 21.18% | 447 | 4.27% | 709 | 6.06% | 342 | 28.43% | 699 | 5.95% | 1,041 | 8.03% | 3,112 | 32.45% | 9,775 | 9.21% | 12,887 | 11.13% |
| | 2 | 2,171 | 53.49% | 15,800 | 35.31% | 17,971 | 36.83% | 1,112 | 48.37% | 11,145 | 36.31% | 12,257 | 37.15% | 661 | 53.44% | 2,006 | 19.17% | 2,667 | 22.79% | 643 | 53.45% | 2,743 | 23.33% | 3,386 | 26.13% | 5,002 | 52.15% | 34,725 | 32.70% | 39,727 | 34.31% |
| | 3 | 562 | 13.85% | 16,727 | 37.39% | 17,289 | 35.43% | 194 | 8.44% | 10,660 | 34.73% | 10,854 | 32.90% | 284 | 22.96% | 3,717 | 35.52% | 4,001 | 34.19% | 197 | 16.38% | 4,337 | 36.89% | 4,534 | 34.99% | 1,343 | 14.00% | 38,521 | 36.28% | 39,864 | 34.43% |
| | ≥4 | 54 | 1.33% | 8,190 | 18.30% | 8,244 | 16.89% | 19 | 0.83% | 5,186 | 16.90% | 5,205 | 15.78% | 30 | 2.43% | 4,294 | 41.04% | 4,324 | 36.95% | 21 | 1.75% | 3,977 | 33.83% | 3,998 | 30.85% | 134 | 1.40% | 23,163 | 21.81% | 23,297 | 20.12% |

Expanded Dataset

## Share of Applicants Receiving a 2 or Higher on Personal Rating

| Academic Index Range | White | Asian American | African American | Hispanic | Total |
|---|---|---|---|---|---|
| 236.0 – 240.0 | 30.61% | 22.50% | 48.55% | 36.41% | 26.22% |
| 232.8 – 235.8 | 29.76% | 21.31% | 40.61% | 30.67% | 25.74% |
| 229.9 – 232.5 | 27.54% | 18.41% | 40.00% | 32.35% | 24.20% |
| 226.8 – 229.5 | 24.11% | 18.40% | 40.69% | 30.79% | 23.05% |
| 223.3 – 226.5 | 24.22% | 16.98% | 35.26% | 28.62% | 22.79% |
| 218.8 – 223.0 | 21.80% | 15.83% | 34.96% | 26.08% | 21.53% |
| 213.3 – 218.5 | 20.16% | 14.58% | 29.43% | 20.92% | 19.90% |
| 205.8 – 213.0 | 17.10% | 13.69% | 23.68% | 17.82% | 17.67% |
| 193.8 – 205.5 | 13.41% | 12.84% | 15.96% | 13.40% | 13.94% |
| 100.0 – 193.5 | 8.45% | 8.18% | 9.70% | 8.50% | 9.02% |

Expanded Dataset



TRIAL EXHIBIT

P631

SFFA v. Harvard

|  | White | | | Asian American | | | African American | | | Hispanic | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Number Applicants | Number Admits | Admit Rate | Number Applicants | Number Admits | Admit Rate | Number Applicants | Number Admits | Admit Rate | Number Applicants | Number Admits | Admit Rate |
| Athlete | 927 | 817 | 88.13% | 114 | 101 | 88.60% | 145 | 124 | 85.52% | 69 | 57 | 82.61% |
| Legacy | 3061 | 1079 | 35.25% | 463 | 163 | 35.21% | 233 | 67 | 28.76% | 281 | 97 | 34.52% |
| Child of Faculty or Staff | 167 | 80 | 47.9% | 81 | 39 | 48.15% | 9 | 2 | 22.22% | 19 | 8 | 42.11% |
| Dean or Director's Interest List | 1625 | 700 | 43.08% | 279 | 133 | 47.67% | 85 | 29 | 34.12% | 154 | 66 | 42.86% |
| All ALDC's | 5002 | 2179 | 43.56% | 841 | 371 | 44.11% | 440 | 205 | 46.59% | 462 | 191 | 41.34% |

Expanded Dataset Plus Athletes



TRIAL EXHIBIT

P634

SFFA v. Harvard

# For Competitive Applicants, Many Factors Have a Large Effect

## Average Marginal Effect by Predicted Probability of Admission Decile (Percentage Points)

DX718

