1              UNITED STATES DISTRICT COURT

2              DISTRICT OF MASSACHUSETTS

3     _____

4     STUDENTS FOR FAIR ADMISSIONS, INC.,

5                    Plaintiff,          Civil Action
                                         No. 14-14176-ADB
6     v.
                                         October 25, 2018
7     PRESIDENT AND FELLOWS OF HARVARD
      COLLEGE, et al.,                   Pages 1 to 250
8
                     Defendants.
9     _____

10

11

12          TRANSCRIPT OF BENCH TRIAL - DAY 9
        BEFORE THE HONORABLE ALLISON D. BURROUGHS
13           UNITED STATES DISTRICT COURT
           JOHN J. MOAKLEY U.S. COURTHOUSE
14               ONE COURTHOUSE WAY
                 BOSTON, MA  02210
15

16

17

18

19

20

21

22          JOAN M. DALY, RMR, CRR
              Official Court Reporter
23       John J. Moakley U.S. Courthouse
       One Courthouse Way, Room 5507
24            Boston, MA  02210
              joanmdaly62@gmail.com
25

```
 1    APPEARANCES:

 2
      COUNSEL FOR THE PLAINTIFF:
 3

 4            ADAM K. MORTARA, ESQUIRE
              J. SCOTT McBRIDE, ESQUIRE
 5            KRISTA J. PERRY, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
 6            54 West Hubbard Street
              Suite 300
 7            Chicago, Illinois 60654
              312.494.4400
 8            adam.mortara@bartlit-beck.com
              scott.mcbride@bartlit-beck.com
 9            krista.perry@bartlit-beck.com

10            JOHN M. HUGHES, ESQUIRE
              KATHERINE L.I. HACKER, ESQUIRE
11            MEG E. FASULO, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
12            1801 Wewatta Street
              Suite 1200
13            Denver, Colorado 80202
              303.592.3100
14            john.hughes@bartlit-beck.com
              kat.hacker@bartlit-beck.com
15            meg.fasulo@bartlit-beck.com

16            JOHN MICHAEL CONNOLLY, ESQUIRE
              THOMAS R. McCARTHY, ESQUIRE
17            WILLIAM S. CONSOVOY, ESQUIRE
              Consovoy McCarthy Park PLLC
18            3033 Wilson Boulevard
              Suite 700
19            Arlington, Virginia 22201
              703.243.9423
20            mike@consovoymccarthy.com
              tom@consovoymccarthy.com
21            will@consovoymccarthy.com

22

23

24

25
```

```
 1    APPEARANCES (cont.):

 2
            PATRICK STRAWBRIDGE, ESQUIRE
 3          Consovoy McCarthy Park PLLC
            Ten Post Office Square
 4          8th Floor, South, PMB #706
            Boston, Massachusetts 02109
 5          617.227.0548
            patrick@consovoymccarthy.com
 6
            MICHAEL H. PARK, ESQUIRE
 7          Consovoy McCarthy Park PLLC
            3 Columbus Circle
 8          15th Floor
            New York, New York 10024
 9          646.456.4432
            park@consovoymccarthy.com
10
            PAUL M. SANFORD ESQUIRE
11          BENJAMIN C. CALDWELL, ESQUIRE
            Burns & Levinson LLP
12          One Citizens Plaza
            Suite 110
13          Providence, Rhode Island 02903
            401.831.8330
14          psanford@burnslev.com
            bcaldwell@burnslev.com
15

16    COUNSEL FOR THE DEFENDANT:

17          WILLIAM F. LEE, ESQUIRE
            FELICIA H. ELLSWORTH, ESQUIRE
18          ANDREW S. DULBERG, ESQUIRE
            ELIZABETH C. MOONEY, ESQUIRE
19          SARAH R. FRAZIER, ESQUIRE
            Wilmer Cutler Pickering Hale and Dorr LLP
20          60 State Street
            Boston, Massachusetts 02109
21          617.526.6556
            william.lee@wilmerhale.com
22          felicia.ellsworth@wilmerhale.com
            andrew.dulberg@wilmerhale.com
23          elizabeth.mooney@wilmerhale.com
            sarah.frazier@wilmerhale.com
24

25
```

```
 1   APPEARANCES (cont.):

 2
            SETH P. WAXMAN, ESQUIRE
 3          DANIELLE CONLEY, ESQUIRE
            DANIEL WINIK, ESQUIRE
 4          BRITTANY AMADI, ESQUIRE
            PAUL R.Q. WOLFSON, ESQUIRE
 5          Wilmer Cutler Pickering Hale and Dorr LLP
            1875 Pennsylvania Ave, NW
 6          Washington, DC 20006
            202.663.6006
 7          seth.waxman@wilmerhale.com
            danielle.conley@wilmerhale.com
 8          daniel.winik@wilmerhale.com
            brittany.amadi@wilmerhale.com
 9          paul.wolfson@wilmerhale.com

10          DEBO P. ADEGBILE, ESQUIRE
            Wilmer Cutler Pickering Hale and Dorr LLP
11          7 World Trade Center
            250 Greenwich Street
12          New York, New York 10007
            212.295.6717
13          debo.adegbile@wilmerhale.com

14          ARA B. GERSHENGORN, ESQUIRE
            Harvard Office of the General Counsel
15          Smith Campus Center
            Suite 980
16          1350 Massachusetts Avenue
            Cambridge, Massachusetts 02138
17          617.495.8210
            ara_gershengorn@harvard.edu
18

19   COUNSEL FOR AMICI STUDENTS:

20          JON M. GREENBAUM, ESQUIRE
            BRENDA L. SHUM, ESQUIRE
21          GENEVIEVE BONADIES TORRES, ESQUIRE
            KRISTEN CLARKE, ESQUIRE
22          1500 K Street NW, Suite 900
            Washington, DC 20005
23          202.662.8315
            jgreenbaum@lawyerscommittee.org
24          bshum@lawyerscommittee.org
            gtorres@lawyerscommittee.org
25          kclarke@lawyerscommittee.org
```

```
 1    APPEARANCES (cont.):

 2
              LAWRENCE CULLEEN, ESQUIRE
 3            EMMA DINAN, ESQUIRE
              Arnold & Porter LLP
 4            555 Twelfth Street, NW
              Washington, DC 20004
 5            202.942.5477
              gina.dean@aporter.com
 6            emma.dinan@aporter.com

 7
      COUNSEL FOR AMICI ORGANIZATIONS:
 8
              JENNIFER A. HOLMES, ESQUIRE
 9            CARA McCLELLAN, ESQUIRE
              JIN HEE LEE, ESQUIRE
10            MICHAELE M. TURNAGE YOUNG, ESQUIRE
              RACHEL N. KLEINMAN, ESQUIRE
11            NAACP Legal Defense and Educational Fund, Inc.
              700 14th Street NW
12            Suite 600
              Washington, DC 20005
13            jholmes@naacpldf.org
              cmcclellan@naacpldf.org
14            jlee@naacpldf.org
              myoung@naacpldf.org
15            rkleinman@naacpldf.org

16            KENNETH N. THAYER, ESQUIRE
              KATE R. COOK, ESQUIRE
17            Sugarman Rogers
              101 Merrimac Street
18            Suite 900
              Boston, Massachusetts 02114
19            617.227.3030
              thayer@sugarmanrogers.com
20            cook@sugarmanrogers.com

21

22

23

24

25
```

1                        P R O C E E D I N G S

2              (The following proceedings were held in open court

3    before the Honorable Allison D. Burroughs, United States

4    District Judge, United States District Court, District of

5    Massachusetts, at the John J. Moakley United States

6    Courthouse, One Courthouse Way, Boston, Massachusetts, on

7    October 25, 2018.)

8              THE CLERK:  All rise.

9              THE COURT:  Good morning, everyone.

10             THE CLERK:  Court is in session.  Please be seated.

11             THE COURT:  I have what Mr. Mortara submitted this

12   morning.  Do you want to discuss that at sidebar?

13             MR. LEE:  That would be fine, Your Honor.

14             THE COURT:  Come on up.

15             [Sidebar redacted.]

16             MR. MORTARA:  Your Honor, the plaintiffs move

17   Plaintiff's Exhibit 633, the class of 2023 reading

18   procedures.

19             THE COURT:  Those are admitted.  I assume there's

20   no objection.

21             MR. LEE:  No objection.

22             THE COURT:  Those are admitted.

23             (Plaintiff Exhibit No. 633 admitted.)

24             MR. McBRIDE:  Your Honor, SFFA calls Professor

25   Peter Arcidiacono to the stand.

1          THE CLERK:  Can you please raise your right hand.

2          (PETER ARCIDIACONO duly sworn by the Deputy Clerk.)

3          THE CLERK:  Thank you.  You may be seated.  Can you

4    please state your name and spell your last name for the

5    record.

6          THE WITNESS:  Peter Arcidiacono,

7    A-R-C-I-D-I-A-C-O-N-O.

8                              EXAMINATION

9    BY MR. McBRIDE:

10   **Q.**  Good morning, Professor.

11   **A.**  Good morning.

12   **Q.**  A couple of housekeeping matters first with respect to

13   some evidence.

14          Was the Harvard admissions database produced to you

15   for your work in this matter?

16   **A.**  Yes, it was.

17   **Q.**  I'll represent to you that those are Plaintiff's

18   Exhibit 438 and Plaintiff's Exhibit 558, which is data on

19   thumb drives, so you don't have it in front of you.

20          But did you review and use the Harvard database for

21   the work that you did in this case?

22   **A.**  I did.

23          THE COURT:  438 and?

24          MR. McBRIDE:  438 and 558, Your Honor.

25   BY MR. McBRIDE:

1    **Q.**  If you could look in your binder there to your left,

2    you'll find there are a series of exhibits, Plaintiff's 617

3    through 631.  Would you take a moment to review those,

4    please.

5             Have you had a chance to look at those?

6    **A.**  I have.

7    **Q.**  Plaintiff's Exhibit 617 and 631, did you help prepare

8    those exhibits?

9    **A.**  I did.

10   **Q.**  Are those exhibits an accurate summary of portions of the

11   content of the Harvard database?

12   **A.**  It is.

13             MR. McBRIDE:  Your Honor, plaintiffs move in

14   exhibits P438, P558, and the summary exhibits P617 through

15   and including P631.

16             MR. LEE:  Your Honor, we have no objection to P617

17   through P631, which are the summary exhibits.

18             We do object to P38 -- 438 and P558, which are the

19   databases on the thumb drive.  There is, for instance, on one

20   of them 4 gigabytes of information on 200,000 individual

21   students.  It actually requires specialized software to even

22   access it.

23             The summary exhibits, which they have, which we're

24   not objecting to, is the analysis of that, which they'll be

25   offering.

1          But P438, for example, includes 475 Excel

2     spreadsheets, none of which are going to be talked about

3     during the course of his testimony.

4          P558 includes 4 gigabytes of individual information

5     that Your Honor could only access with specialized software.

6     We don't think they should come in.

7          The summary exhibits ought to be able to address

8     it.  Both experts are addressing the same data.  Their

9     summary exhibits are providing their opinions on the summary

10    data.

11          MR. McBRIDE:  Your Honor, there's no question that

12    the central issue in this case about whether or not Harvard's

13    admissions practices reflects discrimination against Asians

14    is being determined on the basis of statistical analysis of

15    those very application files that are in the database.  We

16    have no idea what the future holds in terms of where this

17    case will progress.  So whether or not we're going to

18    analyze --

19          THE COURT:  Really?

20          MR. McBRIDE:  We know up to a point.  One

21    possibility is we could be back in court in three or four

22    years.  Who knows what's going to happen?

23          But the content of that database is going to be

24    important to this case going forward, and we think it is

25    important that that database be in the court record for

1    whatever happens in the future, as opposed to relying on the

2    possibility that the parties will themselves maintain it.

3            Who knows what lawyers will be involved?  Who knows

4    if we will be back in this courtroom?  But the safest and

5    best option for preserving the information that will be vital

6    for whatever statistical analysis needs to be done in the

7    future, if this case were to come back in some way, is to

8    have those database records in the court.

9            MR. LEE:  Your Honor, let me just respond briefly

10   on two fronts.  The question of intentional discrimination is

11   not going to be decided just on the face of statistical

12   evidence.  Now, that may be all they have.  That would be our

13   position.  I think that is all they have.

14           On this statistical evidence, particularly the

15   opinions you're about to hear, it's legally insufficient.

16           But setting that aside, even if I were to accept

17   Mr. McBride's articulation of the issue, which is does the

18   statistical evidence demonstrate intentional discrimination,

19   putting before Your Honor literally gigabytes of information

20   that no one is going to have talked about in the courtroom is

21   not helpful.

22           Now, if what he's concerned about is that it be

23   maintained so that at some point down the road someone with

24   access it, I'm sure we can find a way to between the parties

25   and the firms to preserve the information.  But I just don't

1    think it should go into evidence.

2          THE COURT:  I need to take a look at this about

3    what the state of the law is on whether the data that

4    underlies the expert opinions comes in as a matter of course

5    or it doesn't.

6          I am not intending on looking at it because if

7    there's anything that I should know about it, I'm assuming

8    your two experts between them are going to give me everything

9    I always wanted to know about those statistics and possibly

10   more.

11         So -- and I assume that if I have any questions

12   about the data that requires anyone to access the actual

13   database, that you all will take care of that, too.  I'm not

14   intending on accessing it or running my own statistical

15   analysis on it.

16         So let me just take a quick look in the next couple

17   of days about what the law on that is, about whether what

18   underlies the summaries that the experts relied on, whether

19   that comes in or it doesn't.

20         MR. McBRIDE:  Your Honor, we also can investigate

21   that as well.  If we can find some helpful law information to

22   assist you, we'll provide that as well.

23         THE COURT:  If what underlies an expert opinion in

24   his summaries is supposed to come in, it comes in.  If it's

25   coming in just for maintenance, I suspect he's right that

1    there's other ways to do it.

2            MR. McBRIDE:  I would say it is -- there's no

3    objection from the other side in terms of its relevance.

4    Purely it's what Mr. Lee has articulated in terms of quantity

5    and the fact that you're not going to look at it, but its

6    relevance as evidence is not challenged.  Whether or not

7    you're going to dig into the database is not the primary

8    issue.  But it is relevant evidence, unobjected to on that

9    basis, and we think it should be part of the record.

10           MR. LEE:  Your Honor, two things quickly.

11           The first is if you have a Rule 1006 summary, which

12   are what these unobjected to purport to be, the underlying

13   data doesn't have to come in.

14           The second is this is a special type of underlying

15   data.  It's all about 200,000 applicants.  It is a host of

16   personal information specific to these individuals.  I think

17   that has to factor in as well.

18           MR. McBRIDE:  And we are willing to put it under

19   seal.  I don't know that the database itself has personally

20   identifying information in it.

21           MR. LEE:  It does.

22           MR. McBRIDE:  We are willing to put it under seal

23   in order to keep all of that protected.

24           THE COURT:  Okay.  So again, I am sure there is an

25   answer to this.  I don't know what it is.  Rule 1006, which

1  is how this would come in, doesn't actually address it.  I'll

2  take a look at it.  If you guys want to brief it, that's

3  fine.  Or you can wait until I take a look at it and then

4  decide if you want to brief it after that because I know you

5  have enough to do in the next few days without worrying about

6  that.  So I'm not going to admit it for the time being, but

7  I'm also not going to rule on it for the time being.

8          MR. McBRIDE:  Thank you, Your Honor.

9          THE COURT:  Go ahead, Mr. McBride.

10 BY MR. McBRIDE:

11 **Q.**  Good morning again, Professor.

12 **A.**  Good morning.

13 **Q.**  Could you please introduce yourself to the Court.

14 **A.**  My name is Peter Arcidiacono.  I'm a professor of

15 economics at Duke University.

16 **Q.**  Have you been hired to provide testimony in this case?

17 **A.**  I have.

18 **Q.**  What issues are you addressing with your testimony?

19 **A.**  Today I'll be addressing whether there's discrimination

20 against Asian-Americans in Harvard's admissions process as

21 well as the magnitude of racial preferences.

22 **Q.**  Did you reach any conclusions on those questions?

23 **A.**  I did.

24 **Q.**  And what were they, broadly?

25 **A.**  Broadly, there is evidence of discrimination against

1    Asian-Americans in the admissions process both in how they

2    rate applicants and in the admissions decisions themselves

3    and that the magnitude of racial preferences is quite large.

4    Roughly two-thirds of African-American admits are admitted as

5    a result of racial preferences and half of Hispanic

6    applicants.

7    **Q.**   We're going to come back to your opinions, but first I

8    want to briefly go through your background.  You said you're

9    a professor of economics at Duke University?

10   **A.**   That's right.

11   **Q.**   And how long have you been at Duke?

12   **A.**   I've been at Duke since the fall of 1999.

13   **Q.**   And when did you first get tenure?  I assume as a full

14   professor you are tenured?

15   **A.**   I am tenured.  I was promoted to associate professor with

16   tenure in 2006 and then to full professor in 2010.

17   **Q.**   Now, before you started at Duke, what were you doing?

18   **A.**   I was a graduate student at the University of

19   Wisconsin-Madison where I got my Ph.D. in economics.

20   **Q.**   And when was that?

21   **A.**   That was in '99.

22   **Q.**   Now, at Duke, what is the focus of your research?

23   **A.**   Broadly, applied microeconomics.  Within that, labor

24   economics; and more narrowly, higher education.

25   **Q.**   In higher education, what areas do you focus on?

1  **A.**  I do a lot of work on affirmative action in higher

2  education as well as how people make their college decisions,

3  what college to go to, what field to study, things of that

4  nature.

5  **Q.**  Now, do you specialize in using any particular methods in

6  your research?

7  **A.**  Yes.  We use econometric modeling.  And what that allows

8  you to do, it's statistics where applying standard methods to

9  understand how different variables affect choices.

10  **Q.**  And how much of your research involves using or building

11  econometric models?

12  **A.**  Virtually all of it.  I just have a couple of papers that

13  are more applied theory.

14  **Q.**  This kind of modeling, what is its relevance generally in

15  your field?

16  **A.**  It's quite common.  This is industry standard stuff.

17  **Q.**  We've heard and read testimony from Harvard about how

18  complex and subjective its admissions system is.  Have you

19  heard that?

20  **A.**  I have.

21  **Q.**  Does that make it incapable of being modeled with this

22  econometric modeling?

23  **A.**  No, not at all.  This is standard.  I've modeled

24  admissions processes myself.  I've done work modeling the

25  decisions of older individuals to drink or smoke and looked

1    at decisions about firms as to whether to enter particular

2    markets.  And in the economics field more generally, you can

3    see the models apply to the decision to get married, to

4    retire, or the decisions of organizations about who to hire

5    or fire.

6    **Q.**  Do you also teach?

7    **A.**  I do.

8    **Q.**  What do you teach?

9    **A.**  At the graduate level, I teach two courses.  One of those

10   is called dynamic discrete choice.  The discrete choice part

11   of that is where individuals are choosing among a small

12   number of alternatives.  And the dynamic part of that is that

13   when they're making those decisions, they take into account

14   the fact that they get to update those decisions over time.

15   **Q.**  And does that class involve teaching anything about

16   modeling?

17   **A.**  Yes.  It's virtually all about that.

18   **Q.**  Do you teach anything else at the graduate level?

19   **A.**  I teach a class called learning in economics, which is

20   basically an extension of that course.  And it's all about

21   how individuals update their information about their

22   abilities, about the quality of their relationships, their

23   beliefs about various products.

24   **Q.**  Do you teach anything at the undergraduate level?

25   **A.**  Yes.  Intermediate microeconomics.

1    **Q.**   What about publications?  Do you have any peer-reviewed

2    publications?

3    **A.**   I do.

4    **Q.**   About how many?

5    **A.**   I think it's 35 peer-reviewed publications.

6    **Q.**   And of those how many relate to econometric modeling?

7    **A.**   Virtually all of them.

8    **Q.**   Do any of those publications relate to issues of

9    affirmative action?

10   **A.**   Yes.  I think there are about 11 of those.

11   **Q.**   And with respect to work in affirmative action, do any of

12   your papers involve econometric modeling in the affirmative

13   action context?

14   **A.**   Yes.  Quite a bit, about nine of those.

15   **Q.**   Have you received any recognition from your work in

16   higher education and econometric modeling for affirmative

17   action?

18   **A.**   I have.  As a result of doing this work on affirmative

19   action, I was invited to write two survey papers on

20   affirmative action.  One of those appeared in the "journal of

21   economic literature," which is sort of the top outlet for

22   survey pieces.

23   **Q.**   Do you recall in opening Mr. Lee referring to you as an

24   opponent of affirmative action?

25   **A.**   I do.

1   **Q.**  Are you an opponent of affirmative action?

2   **A.**  I would not describe myself as an opponent of affirmative

3   action.  I would say that I'm a critic of some aspects of

4   affirmative action.  But my job is to more study how

5   affirmative action policies affect the outcomes of their

6   intended beneficiaries as well as other students.

7   **Q.**  Can you give me an example?

8   **A.**  Yes.  So in 2012, I published a paper where part of that

9   paper was about how students sort into majors.  A disturbing

10  fact is that African-Americans at this particular school,

11  while starting out just as interested in STEM fields --

12  science, technology, engineering, and mathematics -- were

13  substantially more likely to switch out.  This is a

14  well-recognized issue.  And what the paper showed is that it

15  wasn't really race at all that was driving these decisions

16  but differences in the academic backgrounds of the students.

17  **Q.**  And how did you -- were you a critic of affirmative

18  action in the context of that paper?

19  **A.**  Well, there are two reasons why you would see differences

20  in the background of the characteristics of the students.

21          The first is the legacy of discrimination in this

22  country.  So that has led to gross educational inequities.

23          But the second is affirmative action itself, which

24  actually puts less-prepared students at these schools.  While

25  in some areas this is not as relevant, there are some majors

1    where you're not building on what you've learned in the past.

2    In STEM fields, you see much more of this progression.  You

3    have to have single variable calculus to do multivariable

4    calculus.  You have to have a basic foundation in chemistry

5    to go further along.  So in those cases, the lack of academic

6    background can work against you in terms of sticking with the

7    major.

8    **Q.**   Did that article cause any reaction outside of your

9    field?

10   **A.**   It did.  This was first written before *Fisher*.  And at

11   that time, there was an amicus brief that cited my article.

12   And then "The Chronicle of Higher Education" did a write-up

13   of the article which in turn -- because the school was named,

14   and it was my school, African-American students felt singled

15   out and there was a protest at that time.

16   **Q.**   And what did you do as a consequence of that?

17   **A.**   Well, it was a very frightening experience.  But as a

18   result of that, I spent a lot of time reaching out to try to

19   find common ground with the students and help them to see

20   what the issues were and try to understand their perspectives

21   better.

22   **Q.**   Back to your qualifications.  Do you have any editorial

23   positions?

24   **A.**   I do.  I'm a co-editor at the journal "Quantitative

25   Economics," an associate editor at the "Journal of Applied

1    Econometrics."

2    **Q.**  I want to turn to your work in this case.  How does the

3    work that you've done here for this case compare to what

4    you've previously done for your research?

5    **A.**  Well, in one way it's very similar; in one way it's very

6    different.  The way it's very similar is that the methods I

7    used are pretty much what I've used in all my other research.

8              What's different about it is the breadth and depth

9    of this data.  This data is absolutely fantastic.  It's part

10   of the reason I was interested in this.

11   **Q.**  What do you mean by the breadth and depth of the data?

12   **A.**  We have all of Harvard's admissions decisions.  We have

13   their ratings of the applicants.  We have the geography.  You

14   can see how Harvard uses their dockets.  That's not something

15   I normally am able to work with.

16   **Q.**  And what's been the effect of that on your work in this

17   case?

18   **A.**  As a result, I feel like I'm much more confident in my

19   results here than in my published work.

20   **Q.**  Are you being paid for your work on this case?

21   **A.**  I am.

22   **Q.**  What are you being paid?

23   **A.**  So up to trial, I was being paid $450 an hour.  For

24   trial, I have a flat rate of $5,000.  And then on days when

25   I'm just traveling up here, $1,500.

1    **Q.**  And what were you asked to do, again, for your testimony

2    today?

3    **A.**   Two things:  one, evaluate whether there's discrimination

4    against Asian-American applicants in Harvard's admissions

5    process; and two, evaluate the magnitude of racial

6    preferences.

7    **Q.**  And how did you go about answering those questions?

8    **A.**   Well, it's a three-step process.  The first step is just

9    sort of cleaning the data and deciding what the relevant data

10   to use is.

11         The second step is what I would refer to as more

12   descriptive analysis, what sort of patterns do you see in the

13   data.  And those patterns that you see in the data then

14   inform what -- the modeling itself.  And the modeling itself

15   is where we try to get whether the patterns in the data are

16   real, you know, is there evidence of discrimination and what

17   are the magnitude of those preferences.

18   **Q.**  And so after you do the descriptive statistic, what was

19   the next stage then?

20   **A.**   Was the modeling.  And this is where we're going to be

21   doing some form of logistic regressions to evaluate these

22   decisions.

23   **Q.**  And what is it you get out of that model that allows you

24   to answer the questions you've posed?

25   **A.**   You get two things.  The first are what are called

1    coefficients.  And what that tells you is how these variables

2    relate to the decision.  They're literally just numbers.  So

3    it might tell you, for example, SAT scores.  You think that

4    SAT scores might be relevant for the admissions decision in a

5    positive way, and you expect sort of a positive coefficient

6    on that.  So it sort of gives you the weight on the

7    particular factors.

8            The second thing you get out of it is once you've

9    estimated the model, you can evaluate how you -- the

10   probability of admission would change if we, say, turned off

11   a penalty or turned off a preference.  And what that is

12   called is sort of the marginal effect of race.  So as an

13   example, if we see in the data that Asian-Americans are

14   admitted at a rate of 5 percent, some of that could be a

15   result of a penalty, and you could figure out how much that

16   penalty affects those decisions and maybe see that without

17   the penalty it would be 6 percent.

18   **Q.**  We're going to revisit both of those concepts in depth in

19   a bit.

20           But do you understand that Harvard has also hired

21   an economist for this case?

22   **A.**  Yes.  Professor Card.

23   **Q.**  And what were his disagreements with your use of

24   econometric modeling to determine the answer to these

25   questions?

1   **A.**   We're in agreement on that, that what we're both doing is

2   sort of a standard approach.  Where we disagree is on what

3   set of applicants should be included in the model and what

4   are the relevant controls.

5   **Q.**   Now, the first thing you mentioned in your progression

6   was constructing your data set for analysis; is that correct?

7   **A.**   That's correct.

8   **Q.**   What was the data that was your starting point?

9   **A.**   Well, I had the Harvard database.  And what the Harvard

10   database is it has all the applicants for the classes of 2014

11   to 2019.  That corresponds to what year they would graduate

12   from Harvard.  So we're talking about applying in 2010 to

13   2015.

14   **Q.**   And how many applicants were in the data set you got?

15   **A.**   There were over 200,000.

16   **Q.**   And what kind much information was there on the

17   applicants in the data set?

18   **A.**   It's a wide range of information.  Your demographics like

19   race, gender, whether the admissions office thought you might

20   be disadvantaged.  It has parental background measures like

21   parental education.  Has all their academic scores such as AP

22   scores for some of the years, test scores, grades.  And then

23   it has all of Harvard's ratings and geography.

24   **Q.**   When you say the Harvard ratings, what are you referring

25   to?

1    **A.**   Well, Harvard has a number of ratings.  One is the

2    overall rating.  Then you have the profile ratings that we've

3    heard about before.  So it's going to be academic,

4    extracurricular, athletic, and personal.  Then there are the

5    school support measures, and those refer to two teacher

6    evaluations and a counselor letter.  And then Harvard also

7    records how the alumni scores them on the personal rating and

8    the overall rating.

9    **Q.**   Did you get data on applicants from any other sources?

10   **A.**   I did.  College Board data was provided that allows you

11   to link the applicants to the quality of the high schools

12   that they're attending and the neighborhood.

13   **Q.**   Beyond the specific applicant data from your data set,

14   did you review any other documents as part of your work?

15   **A.**   I reviewed a lot of documents, a broad range of sources,

16   be it interview guidelines, deposition testimony, OIR

17   reports.  Harvard also has these things called one-pagers

18   that allow you to see how the class is evolving over the

19   admissions cycle as they admit, make decisions about various

20   applicants.  Lots of information.

21   **Q.**   Did you review any full application files?

22   **A.**   I did.  I reviewed 480 full application files, a third of

23   which were chosen by Harvard and two-thirds by SFFA.  And

24   then I also reviewed some of the files of the clients.

25   **Q.**   Did you review any expert reports?

1    **A.**   I did.   I reviewed all of Professor Card's expert reports

2    as well as Mr. Kahlenberg's.

3    **Q.**   So back to your data set, you have data on, you said,

4    around 200,000 applicants.   Did you include all of these

5    applicants in the data you used for your analysis?

6    **A.**   No.   Even though foreign applicants are part of the

7    admissions process, we have agreement that we're focusing

8    here on domestic applicants because that's where we're seeing

9    whether there's discrimination and whether racial preferences

10   are relevant.

11   **Q.**   I'm going to put on the screen Plaintiff's

12   Demonstrative 38, Slide 1.

13           What information is reflected in this demonstrative

14   slide?

15   **A.**   This is sort of the data cleaning steps that we've taken.

16           THE COURT:   Is his testimony sort of going to be

17   through these demonstratives?

18           MR. McBRIDE:   Yes, Your Honor.

19           THE COURT:   Do you have a hard copy?

20           MR. McBRIDE:   I apologize.   Why don't I hand out

21   all these binders, which I should have done.   I got caught up

22   in admitting exhibits, and it was my fault.

23           THE COURT:   That's fine.

24           Mr. McBride, do you happen to have an extra one of

25   these for my law clerk, just given the nature of the

1   testimony?

2          MR. McBRIDE:  Absolutely.  The demonstratives are

3   in the very front tab there.

4   BY MR. McBRIDE:

5   **Q.**  The demonstratives, if you'd like to follow along as

6   well, Professor, they'll be on the screen, but you can also

7   see them in the binder in the very front tab.  Let me try

8   again.

9          So we have Plaintiff's Demonstrative 38, Slide 1,

10  on the screen.  What does this demonstrative display in terms

11  of data?

12  **A.**  It displays the various cuts that we're making to the

13  data as we clean it up.

14  **Q.**  So I'm just going to highlight down for you here and ask,

15  this first set of cuts that you describe here, what is it

16  that those represent?

17  **A.**  This is just data cleaning.  So clearly if you've

18  withdrawn your application or submitted an application that

19  incomplete, you're going to be rejected.  These other things,

20  we see data that's missing.  So we don't use that in our

21  analysis.

22          And Professor Card and I agree on all of that.  I

23  should also say that at the top we're starting with the

24  non-foreign applicants, so that gets us to 170,000.

25  **Q.**  From your 200,000 originally?

1    **A.**   Exactly.

2    **Q.**   Now, in the last four here we see cuts for recruited

3    athlete, legacy, dean/director preference, staff or faculty

4    child.  Is the ALDC category we've heard about?

5    **A.**   It is.

6    **Q.**   And why did you remove those for the creation of this

7    data set?

8    **A.**   I removed those for what I call my baseline data set.

9    And the primary reason is that you're trying to get

10    apples-to-apples comparison.

11             Each of these athletes, legacy, dean/directors

12    preferences, staff or faculty child, their admission rates

13    are strikingly high.  So if we're really interested in

14    comparing what's happening for the 95 percent of applicants

15    who are not in one of those categories, you want to try to

16    have as apples-to-apples comparison as possible.

17             The second reason is that Harvard in the past has

18    said that the reason Asian-American admit rates are lower

19    than whites is because of legacies and athletes.  So it makes

20    sense to focus on the group that are not legacies and

21    athletes in order to determine whether discrimination is

22    happening.

23             The last two, dean/director preferences and staff

24    or faculty child, we'll see that those preferences seem to be

25    just as big as legacy preferences.

1    **Q.**   Now, if Harvard were right that any discrepancy in the
2    admit rates for Asian-Americans to whites is due to the
3    special preferences given, what would you see in your
4    analysis when you removed those individuals from the data
5    set?
6    **A.**   We would see no penalty against Asian-Americans.
7    **Q.**   So if you do analysis on a baseline data set without
8    those individuals and those individuals represent the reason
9    for the discrepancy, your analysis shows what?
10   **A.**   It shows -- well, if they don't matter, then it won't
11   show -- if that's the reason, then it would show no
12   discrimination.  What I'm going to find is that there is
13   discrimination.
14   **Q.**   You've mentioned that the significantly higher admission
15   rates is one of the issues that you've had with the ALDC
16   applicants?
17   **A.**   That's correct.
18   **Q.**   Did you prepare a slide showing what you saw in that
19   respect?
20   **A.**   I did.
21   **Q.**   I'm going to turn to Plaintiff's Demonstrative 38, second
22   slide.  What's the data that you put on this slide?
23   **A.**   This is the data from all the domestic applicants once
24   we've made some of these basic cuts.  And here what you can
25   see that the admission rates are dramatically different

1    across these groups.

2    **Q.**   Let's take a look.  Here on the left-hand side you're

3    representing categories athlete, not athlete.

4            In going across, what did you see with respect to

5    the difference in the admission rate for athletes versus

6    non-athletes?

7    **A.**   The differences are enormous.  Athletes have an admit

8    rate of 86 percent compared to 26 percent of non-athletes.

9    **Q.**   And legacies?

10   **A.**   Legacies, again very high admit probabilities, obviously

11   not as high as athletes but almost 34 percent compared to

12   less than 6 percent for non-legacies.

13   **Q.**   And just moving down for the remaining categories, child

14   of faculty or staff or dean or director's interest list, what

15   was the discrepancy in admission rates for members of that

16   group versus others?

17   **A.**   For both those groups, the admit rates are over

18   40 percent compared to something in the 6s for the other

19   groups.

20   **Q.**   What was of the significance to you of this difference in

21   admit rates between members of these preferred groups and

22   non-members?

23   **A.**   It's clear that they're given an enormous tip, and that

24   makes you suspicious that the way the process works might be

25   very differently for them.  And when you're constructing a

1  model, you're trying to get it so that, you know, how things

2  like the academic rating, how those things are going to be

3  treated.  You want them to be treated the same across these

4  groups.

5          And so as a good starting point, you should take

6  them out of the model, given that we see that there's

7  something different going on with them.

8  Q.  Now, with respect to your decision to remove ALDC from

9  the baseline data set, how does this information impact it?

10 A.  I think it makes it clear that these admission rates are

11 so different that it really makes it hard to do that

12 apples-to-apples comparison.

13 Q.  If you were to include these individuals in the model,

14 given what you've seen, what do you believe would be the

15 likely effect?

16 A.  I think, one, we'd see big tips for those groups.  But

17 the concern is that they would distort the model, effect

18 those coefficients and we wouldn't get accurate estimates for

19 the 95 percent of applicants who are not in one of those

20 groups.

21 Q.  Now, there are only about 7,500 of these ALDC individuals

22 out of 150,000.  So why would they be expected to have any

23 real effect on the outcome?

24 A.  While there's only 7,500, they represent 30 percent of

25 admits.  So they exercise undue influence in the model.  If

1  the process works differently for them where things like

2  academics don't matter as much if you're in one of those

3  categories, that has the effect of distorting the model.

4  **Q.**  Is there any other information or evidence from Harvard

5  that you saw that supported this decision?

6  **A.**  Yes.  Harvard often will report results separately for

7  what they call NLNA, which is non-legacy, non-athletes, and

8  everybody else.  Obviously the DC part of the ALDC is not

9  part of that.  The legacies and athletes represent the vast

10 majority of this group.

11            THE COURT:  Did you look at what percentage of each

12 of these groups are Asian?

13            THE WITNESS:  Yes.

14            THE COURT:  Is that later?

15            THE WITNESS:  I'm not sure if it's later.  But I

16 can give you a rough sense.  For across all the groups, it's

17 2 percent.

18            THE COURT:  Across the whole pool or these four

19 groups?

20            THE WITNESS:  For these four groups it's 2 percent

21 versus 5 percent of the applicant pool as a whole.  And I can

22 say Asian-Americans are especially underrepresented in

23 athletics.

24            THE COURT:  Hold on.  I'm sorry.

25            MR. McBRIDE:  Please go ahead.

```
 1              THE COURT:  Did you look at what percentage of each
 2      of these groups are Asian and then what percentage of these
 3      groups that got in were Asian?
 4              THE WITNESS:  Yes.  I have it in my report.  I'm
 5      happy to look up that number really quick.  It will just take
 6      a second.
 7              THE COURT:  That will be great, actually.
 8              MR. McBRIDE:  Your Honor, while we're doing that, I
 9      received a note that we never got an official admission of
10      P617 to P631.  There was no objection.  Those are the
11      summaries.
12              THE COURT:  I think I did admit them.  But if I
13      didn't, they are admitted.
14              MR. LEE:  There's no objection, Your Honor.
15              (Plaintiff Exhibits Nos. P617 to P631 admitted.)
16              THE COURT:  I also realized, while he's looking
17      that up, there's one other issue we discussed at sidebar
18      yesterday that I said I would take care of this morning that
19      I didn't.  Is it still an issue at the moment?
20              MR. MORTARA:  It's still an issue.
21              MR. LEE:  Still an issue.
22              THE COURT:  For the audience out there, we had some
23      extraneous noise in the gallery yesterday that made it
24      difficult for the court reporter and difficult for the
25      witnesses and the parties.  So if you are watching, you're
```

1      more than welcome.  We're thrilled you're here.  But if you

2      could just be quiet and not talk aloud amongst yourselves,

3      that would be appreciated.

4              THE WITNESS:  So this is in Table B.32 of my

5      opening report.

6              THE COURT:  B?

7              THE WITNESS:  B.32.  The reason I'm using my

8      opening report is that's where I provide the descriptive

9      statistics that include the athletes.

10             In my rebuttal report, I felt like the athletes

11     were such a big share that I just tossed them completely

12     because of the admit rates.

13             The samples are just slightly different, but

14     fundamentally the same things are going on.  So if we look at

15     athletes, .28 percent of Asian-Americans are athletes,

16     1.12 percent are legacies, .19 percent are faculty or staff

17     child, and .67 percent are deans/directors.

18             THE COURT:  That's of the 5 percent or that's how

19     the 2 percent breaks down?

20             THE WITNESS:  That's how the 2 percent breaks down.

21             THE COURT:  Okay.  And then -- can you give me

22     those in whole numbers?

23             THE WITNESS:  What?

24             THE COURT:  Do you have of the whole numbers in

25     front of you?

1          THE WITNESS:  Do I have the number?

2          THE COURT:  Like .28 is how many?  Do you have

3     that?

4          THE WITNESS:  .28 of 41,369.

5     BY MR. McBRIDE:

6     **Q.**  You mean .28 times that number?

7     **A.**  Well actually, .28, that would be 28 percent.  So it's

8     going to be .0028 times the 41,369, which I can't do that in

9     my head right now.

10         THE COURT:  I assure you that if you can't, I

11     definitely can't.

12         MR. McBRIDE:  I've been handed a calculator and it

13     says it's 116 individuals.

14         THE COURT:  So there's 116 Asian athletes.  How

15     many of those are admitted?

16         THE WITNESS:  So they represent 6.63 percent of

17     admits, and there are 2,459 Asian-American admits.  So .063

18     times the 2,459.

19     BY MR. McBRIDE:

20     **Q.**  .0263 times.

21     **A.**  Sorry.  .0663 times 2,459.

22     **Q.**  The calculator says that's 163.

23         THE COURT:  That's not possible.  Even I know that.

24         MR. McBRIDE:  Then I did it wrong.

25     BY MR. McBRIDE:

1  **Q.**  Should it be .00063?

2  **A.**  It should be .0663.  I'm sorry, I gave you the wrong

3  number.  That's why.

4  **Q.**  This is not what I imagined I'd do with my law degree.

5          THE COURT:  That's probably why you got your law

6  degree.

7          THE WITNESS:  You might want to hold that number

8  because that was the legacy number.

9          THE COURT:  I would like these numbers.  Does it

10  make sense you get them at the break?

11          MR. McBRIDE:  We can do that.  Can we go through

12  what specific numbers you want and we'll make sure we get

13  those?

14          THE COURT:  Yes.  I want to know of the athletes --

15  so of the 1,374, how many of them are Asians and how many of

16  them were admitted?

17          MR. McBRIDE:  Of the athletes?  Okay.

18          THE COURT:  Same with the legacy, child or faculty

19  of staff, or dean or directors list.

20          MR. McBRIDE:  So for each of the preferred

21  categories, how many of the number of applicants listed here

22  on the second slide were Asian and, of those, how many were

23  admitted?

24          THE COURT:  Right.  Because hypothetically if you

25  have 2,500 on the dean's list and he says almost half of them

1    are admitted, if all of those are Asians, that's going to

2    make a difference, right?  If none of them are Asians, that

3    might make a difference the other way.  I want to know how

4    those break out.

5              Did you ever look to see if the percentages were

6    the same?

7              THE WITNESS:  Across the racial groups?

8              THE COURT:  On the preferred groups.  I'm just

9    looking at this.  I'm guessing that of these preferred

10   groups, something like -- whatever, like 60 percent of them

11   are getting in?

12             THE WITNESS:  Yeah.  I'm not sure what the exact

13   percentage is, but that sounds reasonable.

14             THE COURT:  I want to know did you ever look at

15   what percentage of the -- so 30 percent of the class is

16   coming off of this page.

17             THE WITNESS:  Through the ALDC categories, yes.

18             THE COURT:  Did you ever look to see what

19   percentage of that 30 percent is Asian?

20             THE WITNESS:  Let's see if I can figure that out.

21   I think I'd have to calculate it.  What I can tell you, for

22   example, is what I said -- what I should have told you was

23   the athletes, it was 4 percent of Asian admits were athletes.

24   That corresponds for whites it's over 16 percent.

25   Asian-Americans are going to be much less represented among

1   those groups than white applicants for sure.

2                THE COURT:  Okay.  You'll get me those numbers?

3                MR. McBRIDE:  Yes, Your Honor.

4                THE COURT:  We don't have to do it now.

5   BY MR. McBRIDE:

6   **Q.**   Professor, you've also heard testimony about situations

7   where admissions personnel conduct interviews of potential

8   applicants?

9   **A.**   I have.

10  **Q.**   Did you prepare a slide with data on those interviews?

11  **A.**   Yes.

12  **Q.**   I am going to turn to Slide 3 of Plaintiff's

13  Demonstrative 38.  Is that information here on this slide?

14  **A.**   Yes, it is.

15  **Q.**   So generally what percentage of applicants get interviews

16  with admissions officers?

17  **A.**   So if you look at those last two rows that are above the

18  admit rate.

19  **Q.**   I've highlighted those here?

20  **A.**   Yes.  You can see the total number of applicants, then

21  the total number of applicants interviewed.  And in percent

22  the number in parentheses is what share were able to get a

23  staff interview.

24  **Q.**   So just over of the total applicant pool, what percentage

25  of applicants get staff interviews?

1    **A.**   2.2 percent.

2    **Q.**   And how does that break down in terms of the percent of

3    applicants who are ALDC group members versus those who are

4    not?

5    **A.**   Well, over 20 percent of ALDC applicants get staff

6    interviews as opposed to just 1.3 percent of non-ALDC

7    applicants.

8    **Q.**   And the admit rate for individuals who get staff

9    interviews?

10   **A.**   It's over 50 percent.

11   **Q.**   So what does this show you with respect to the ALDC

12   category?

13   **A.**   It again shows that the process is operating differently

14   for these groups, at least on this dimension.  And it also

15   suggests that staff interviews are, in part, a function of

16   preferences.  So that's not a particularly good variable.

17   **Q.**   And what did you conclude from this?

18   **A.**   That it's reasonable, particularly when we're trying to

19   do these apples-to-apples comparisons, to take the ALDC

20   applicants out at least for the baseline.

21            THE COURT:  Mr. McBride, another number I would

22   like is what percentage of the 2.2 is Asian.

23            MR. McBRIDE:  What percent of the applicants

24   interviewed, the 3,043 --

25            THE COURT:  Or actually, why don't you give me what

1  percent of the 1,711 are Asian.

2          MR. McBRIDE:  We can simply break it down both of

3  those numbers in terms of what percentage of the interviewed

4  ALDC applicants are Asian and are admitted and then for the

5  non-ALDCs as well.

6          THE COURT:  Yes.  Thank you.

7          THE WITNESS:  I have a table on that, if you'd

8  like.

9          THE COURT:  If you can give me in numbers.

10          THE WITNESS:  Yeah.  I think I've got it in numbers

11  this time.  It's funny, economists always think about things

12  in percents.

13          THE COURT:  Us lawyers are better with whole

14  numbers.

15          MR. McBRIDE:  We're going to work on that today,

16  Your Honor.

17          THE COURT:  I know we're under some time

18  constraints today.  I don't want to take up -- if you want to

19  get me this at lunch or whatever.

20          MR. McBRIDE:  If he can do it at now, Your Honor,

21  that's certainly preferable.  And by all means, we would like

22  to make sure you understand these difficult issues.

23          MR. LEE:  Can we just ask what page he's looking at

24  so we can look at it, too?

25          MR. McBRIDE:  Yes.  I'd like to know as well.

1            THE WITNESS:  So this is in my rebuttal report,

2    page 66.  Unfortunately, it's not reported the way you wanted

3    it.  What you can see in that table is that both for ALDC

4    applicants and for the non-ALDC, Asian-Americans have the

5    lowest rate of staff interviews across all the races.

6            MR. McBRIDE:  And I can put that table up on the

7    screen for Your Honor if you'd like to see the breakdown of

8    that information.

9            THE COURT:  I would like real numbers when you can.

10           MR. McBRIDE:  Certainly.

11   BY MR. McBRIDE:

12   **Q.**  I want to go back to the first slide on data sets.

13           At the end of this process after you've removed the

14   data cleaning and removed the preference group, the ALDC, how

15   many applicants did you have in your baseline data set?

16   **A.**  Almost 143,000.

17   **Q.**  Did you create any additional data sets for your

18   analysis?

19   **A.**  I did.  For my rebuttal report I created an expanded data

20   set.  So we're actually going to be modeling those decisions,

21   too.  Where I included the LDC parts of the ALDC, I left

22   athletes out.  I don't think that they're providing much

23   information to the model just because the admission rates are

24   so different.  And really there are some academic ratings

25   where only athletes get in and nobody else.

1    **Q.** So between your baseline data set, 143,000, how many

2    applicants in the expanded data set that included the LDC?

3    **A.** A little over 144,000.

4    **Q.** You said your second step after --

5    **A.** Sorry. I think I made a mistake. That was 149,000.

6    **Q.** 149,000 is where you would be for that data set?

7    **A.** Yeah. Because we removed the athletes in that row.

8    **Q.** Understood. So that number right there?

9    **A.** Yeah.

10   **Q.** The next step you said after you create the data set is

11   you look for patterns in the applicant data?

12   **A.** I did.

13   **Q.** Did you look at the basic qualifications of the

14   applicants?

15   **A.** Yes.

16   **Q.** And prepared a slide with that data?

17   **A.** Yes.

18   **Q.** So I'm going to Slide 4, applicant summary statistics.

19   What data did you look at for the applicants?

20   **A.** Well, here we're looking at the AP scores -- AP scores

21   are only available in the last few years of the data -- as

22   well as data on the academic index, which is a weighted

23   average of high school grades, and the various SAT scores.

24         Then we're looking at how that's broken out by

25   race.

1          Now, one of the things we have here for the

2     academic index and all the variables down there is we put in

3     the Z-score which basically allows you to compare it to the

4     average applicant.  So everything here if you see a positive

5     number on the Z-score, that means the group on average is

6     better than the average applicant, a negative number worse on

7     that measure.

8     **Q.**   Just as an example, on the academic index you see the .42

9     for Asian-Americans.  What does that represent?

10    **A.**   That represents that Asian-Americans are .42 standard

11    deviations stronger than the average applicant.

12    **Q.**   And when you looked at the objective qualifications along

13    these metrics for the different racial groups, what did you

14    see?

15    **A.**   Asian-Americans are clearly the strongest on these

16    measures, followed by whites, then Hispanics, then

17    African-Americans.  This holds true really for all the

18    measures except for SAT verbal where Asian-American and

19    whites have the same score.

20    **Q.**   Now, did you specifically isolate and compare

21    Asian-American and white applicants on these metrics?

22    **A.**   Yes.

23    **Q.**   I'm going to go to PD38, Slide 5.

24          What did you find when you looked at just white

25    versus Asian-American applicants on these objective

1  qualifications?

2  **A.**   So the way this table is constructed, we take the number

3  for Asian-Americans and subtract off the number for whites.

4         And the way the bars work is that the further to

5  the right the bar is, that indicates Asian-Americans being

6  stronger and how much stronger.  If the bar went to the left,

7  that would indicate whites being stronger on that measure.

8         So what you see is that across all these measures

9  Asian-Americans are substantially stronger than whites, again

10  with the exception of the SAT verbal where they're the same.

11  **Q.**   Now, one measure here was the academic index.  And I

12  believe you indicated that was a weighted average of what?

13  **A.**   Of the high school GPA, your SAT 2 scores and your SAT 1

14  scores.  There there's some subtly to it, but that's the

15  rough thing.

16  **Q.**   What's the scale for measuring the academic index, if you

17  know?

18  **A.**   It ranges from 60 to 240, but in practice in the data we

19  don't see anybody with less than 100.

20  **Q.**   In this chart, the academic index, was that an average

21  academic index?

22  **A.**   That's correct.

23  **Q.**   Did you do any analysis of how applicants were

24  distributed across different academic index scores?

25  **A.**   I did.

1  **Q.**   How did you do that?

2  **A.**   What I did is I broke it up by what I'll call academic

3  index deciles.  What that involves is sorting everybody based

4  on their academic index and taking the top 10 percent.  Those

5  are the people in the top academic index.  Then the next 10

6  percent of people are in the next academic index.

7  **Q.**   The next academic index decile?

8  **A.**   That's correct.

9  **Q.**   And did you prepare a slide showing how these deciles

10  correspond to the academic index?

11  **A.**   I did.

12  **Q.**   I'm going to Plaintiff's Demonstrative 38, Slide 6.

13       How did the different academic index deciles that

14  you identified in the Harvard data correspond to actual index

15  ranges?

16  **A.**   So you can see on this chart we've got the minimum

17  academic index for each decile.  So, for example, for

18  academic decile 10, the minimum was 236 and the maximum was

19  240.  So this gives you the ranges for each of those academic

20  index deciles.

21  **Q.**   Just so we can orient the Court on what we see later,

22  when you say an academic index decile number 10 in your

23  charts, that refers to the top academic index?

24  **A.**   That's the top academic index.  These are going to be all

25  the applicants who scored within that range on the academic

1 index.

2 **Q.** And the converse is that academic index decile number 1

3 actually represents the decile with the lowest performing

4 applicants by academic index?

5 **A.** That's correct.

6 **Q.** Now, once you had your deciles arranged, what did you do

7 with the applicants in terms of applying them within the

8 academic index decile?  What did you look at?

9 **A.** Well, we're going to look at the racial distribution

10 across these deciles to see where different groups lie in

11 terms of their academic index.

12 **Q.** I'm going to Plaintiff's Demonstrative 38, Slide

13 Number 7.  Is this the breakdown that you just described?

14 **A.** It is.

15 **Q.** Just taking a row here, we'll take the top two rows.

16 Going across here for academic index deciles 10 and 9, what

17 information is represented here?

18 **A.** So this shows the number of applicants -- this is again

19 in the baseline data, but the patterns are similar in the

20 expanded data -- for -- who were in each of these deciles and

21 who are in each of these races.  So for example, 4,963 whites

22 were in that top decile and 132 African-Americans.  7,225

23 Asian-Americans were here.

24 **Q.** When you looked at the distribution of applicants within

25 these academic decile indexes, what did you notice about that

1  distribution?

2  **A.**   It's striking how strong Asian-Americans are in terms of

3  their academic index.  You can see that not only do

4  Asian-Americans outnumber whites in that top decile, even

5  though they are a much smaller share -- well, they're a

6  smaller share of the applicant pool than whites.  You can

7  combine the other -- you know, whites, African-Americans, and

8  Hispanics and still be significantly lower than the number of

9  Asian-Americans in that top decile.

10          THE COURT:  What's the percentage of whites and

11  Asian-Americans in the applicant pool?

12          THE WITNESS:  I'll have to look that up really

13  quick.

14  BY MR. McBRIDE:

15  **Q.**   Professor, can you see below in the chart even though you

16  don't provide the actual percentage, you provide the total

17  number of applicants by race at least within your baseline

18  data set?

19  **A.**   Yeah.  That doesn't quite get it because there are a

20  couple of racial groups that are not reported.  So we're

21  going to have those who don't report their race are not going

22  to be in here.  Native Americans I believe are not in here.

23          THE COURT:  Those are the absolute numbers for

24  whites and Asians, right?

25          THE WITNESS:  That's right.

1          THE COURT:  That helps me.  Thank you.  Thank you,

2     Mr. McBride.

3     BY MR. McBRIDE:

4     **Q.**  Now, what you did remark, I believe here at the bottom,

5     what is the relationship between the total number of

6     applicants, of white applicants versus Asian-American

7     applicants?

8     **A.**  There's substantially more whites.

9          THE COURT:  So in terms of what percentage of the

10    applicant pool or what percentage of the Asian-American

11    applicant pool that this 7,225 represents, did you do any

12    analysis of how those shares of applicants per decile broke

13    out by race?

14          THE WITNESS:  I did.

15    BY MR. McBRIDE:

16    **Q.**  Turning to plaintiff demonstrative 38, Slide 8, does that

17    represent that analysis?

18    **A.**  It does.

19    **Q.**  And what did you see in the data in terms of the

20    percentage of applicant pool by race that occupied each

21    decile?

22    **A.**  It's very striking.  Just to take one example here, we

23    see the top decile, there's 17.9 percent of Asian-Americans

24    from the top decile.

25          If you look at the top two deciles, now we've got

1    over 34 percent of Asian-American applicants in the top two

2    deciles.  That's actually more than the share of whites in

3    the top three deciles, more than the share of Hispanics in

4    the top six deciles, and more than the share of

5    African-Americans in the top seven deciles.

6    **Q.**  What does this show you about Asian-Americans' objective

7    academic qualifications in the Harvard applicant pool?

8    **A.**  They are extremely strong.

9    **Q.**  Now, does Harvard only care about objective academic

10   qualifications?

11   **A.**  Certainly not.  If they did, the class would be over

12   50 percent Asian-American.

13   **Q.**  We heard testimony about how Harvard's admissions office

14   gives the ratings that you described to the different

15   applicants?

16   **A.**  Yes.

17   **Q.**  Did you do any analysis of the distribution of those

18   ratings across the different racial groups?

19   **A.**  I did.

20   **Q.**  I'm going to Plaintiff's Demonstrative 38, Slide 9.  Is

21   that what's on this slide?

22   **A.**  It is.

23   **Q.**  There's a lot of information here.  If we could orient,

24   please.  Just down the left-hand side here, what do you have?

25   **A.**  These are all the different Harvard ratings.

1   **Q.**  And then if we just focus in on a given set of rows -- of

2   the columns I assume with the labels "White" and

3   "Asian-American," these represent those individual racial

4   groups?

5   **A.**  That's correct.

6   **Q.**  So just looking within a given box here, in the overall

7   rating you have a series of percentages.  What do those

8   numbers represent about Asian-Americans in the overall

9   rating?

10  **A.**  They represent the share of Asian-American applicants --

11  again, this is the baseline data -- who received a 1, a 2, or

12  a 3 or worse.

13  **Q.**  So with respect to Asian-Americans who received a 1 or a

14  2 in the overall Asian-American applicant pool in the

15  baseline data set, about how many was that then?

16  **A.**  4.8 percent.

17  **Q.**  So if you look through these first three ratings, we'll

18  just look at the overall, the academic, and the

19  extracurricular first.

20         If you focus on the highest ratings, 1s and 2s,

21  what did you identify about the distribution of these high

22  ratings as between Asian-American applicants and white

23  applicants?

24  **A.**  So on the overall rating, Asian-Americans are slightly

25  stronger than whites.  When you look at the academic rating,

1    they are substantially stronger.  They are almost 15

2    percentage points higher in terms of the share getting those

3    top academic ratings.  Then you also see that they're a bit

4    stronger, too, on the extracurricular rating, having a higher

5    share of applicants in those top two ratings.

6              THE COURT:  Are these added together?  Like is two

7    1 plus 2, or is 2 just 2?

8              THE WITNESS:  2 is just 2.  So we would add them

9    together.

10   BY MR. McBRIDE:

11   Q.  If you look at the athletic rating, what did you see

12   there about the distribution as between whites and

13   Asian-Americans?

14   A.  Well, here Asian-Americans are scored much worse.  I want

15   to point out that the there's no 1 here because 1 would refer

16   to a recruited athlete.  They are scored much worse in terms

17   of getting 2s.  But there are reasons to believe that this

18   rating is not as significant in the admissions process.  It

19   matters but just not near as much as the other ones.

20   Q.  Did you do any analysis on this issue of the significance

21   of the athletic rating to admission?

22   A.  I did.

23   Q.  Going to go to Slide 10, PD38.  Is that the information

24   in this slide?

25   A.  It is.

1   **Q.**  And in terms of the columns, I see you have the ratings.

2   I guess we have the first academic, extracurricular,

3   athletic, and personal rating down the left side?

4   **A.**  That's correct.

5   **Q.**  Now, in terms of those two sets of columns here where it

6   says "Share of Applicants" and "Share of Admitted," is this

7   broken out by race?

8   **A.**  No.  This is for all the applicants there in the

9   baseline.

10  **Q.**  So what is the information in the box here with respect

11  to share of applicants on the academic rating?

12  **A.**  So what this shows is that 42 percent of applicants get a

13  1 or a 2 on the academic rating, 40.6 percent get a 3, and

14  17 percent get a 4 or worse.

15  **Q.**  Then when we go to the share of admitted, what does the

16  information in this box represent?

17  **A.**  This gives you the share of the admitted class.  That's a

18  subset of the applicants that are actually admitted.  Any

19  time you see a number that's much higher there, that tells

20  you that that characteristic had to be valid in admissions.

21  So here you see the 82 percent of the admitted class has a 1

22  or a 2 on the academic rating.

23  **Q.**  And so what is your conclusion about the significance of

24  the academic rating in getting high academic ratings for

25  purposes of being admitted to Harvard?

1    **A.**   It's very important.  You can see that both because the

2    share who get a 1 or a 2 is very high.  But you can also see

3    it in if you just look at getting ratings of 4 or worse.

4    There, 17 percent of the applicant pool gets a 4 or worse,

5    and yet virtually no one's admitted with that sort of rating.

6    **Q.**   So what does that tell you?  If virtually no one is

7    admitted with a 4 or worse academic rating, what is the

8    significance of that?

9    **A.**   That means the academic rating is very important to

10   having a shot at admissions.  You've got to score well on

11   that or at least above a particular level to be admitted.

12   **Q.**   And the same question about the extracurricular rating.

13           If we look at the distribution of high scores 1s

14   and 2s between the total pool and the admitted pool as well

15   as the share in the receiving a 4 or worse, what pattern did

16   you see there and what was its significance?

17   **A.**   Well, you see a similar pattern where getting a 1 or a 2,

18   those guys represent a much higher share of the admitted pool

19   than they do in the applicant pool.  And it's again difficult

20   to be admitted if you score poorly on the extracurricular

21   rating.  Less than 1 percent of admitted students score that

22   poorly.

23   **Q.**   And if we move down to the athletic rating and look at

24   the percentages receiving a 2 -- and I understand we don't

25   have the 1s, as you said, because those are the excluded

recruited athletes.  But we look at the significance of a 2

and the share receiving the 4 or worse, what does that tell

you?

**A.**   I think there are two reasons why what this data tells

you that the athletic rating is not as important.

The first is not as many people get a 2 on that

athletic rating.  While you do see the share of admits is

higher over there, it's not a large group, and it's not a

particularly big increase.  The real place for it is

basically doing very poorly on extracurriculars or academics

is just about a deal breaker, but that's not true for

athletics.  You can se that 39 percent got a score of 4 or

higher on the athletic rating.

**Q.**   Now, I see 4 or higher.  So does this include athletic

5s?

**A.**   Yes.  And athletic 5s actually are treated differently.

These are a group that -- they're unable to participate for

personal obligations.  But they're a very small group, and

taking them out does not change the findings here.

**Q.**   If you take them out, do you still see a significant

number of applicants receiving a 4 who are admitted?

**A.**   Oh, yes.  It's quite substantial.

**Q.**   While we're here, we have the personal rating.  What did

you see with respect to the significance of the personal

rating when you looked at the share of applicants receiving

1  high versus low ratings?

2  **A.**   Well, again, less than 20 percent of applicants -- less

3  than 20 percent of applicants receive a 1 or a 2 on the

4  personal rating, yet they represent 78 percent of the

5  admitted class.  You can't really see too much from the 4 or

6  higher just because so few people get 4's.  But if you ever

7  did, you're not getting in, at least in the baseline data.

8  **Q.**   And so when you compare that with the academic and the

9  extracurricular rating, what conclusion do you reach about

10  the significance of a high personal rating for admission to

11  Harvard?

12  **A.**   Quite important, yes.

13  **Q.**   Let's go back to our Slide 9, which was the share of

14  applicants broken out by race.  When we go now to the

15  personal score and we look at the distribution of ratings on

16  the personal score as between whites and Asians -- and again

17  white applicants are on the left, Asian applicants are on the

18  right of this blowup -- what did you see there?

19  **A.**   Whites are rated higher on the personal rating.  And in

20  fact, Asian-Americans not only are lower than whites, they're

21  lower than all the other groups.

22  **Q.**   I'll blow that up, if I can, please, just to make sure we

23  see what you're talking about.

24           If you look at personal rating distributions across

25  all of the four racial groups, what did you see?

1   **A.**   That Asian-Americans had the smallest share of getting a

2   2 or higher.

3   **Q.**   And just to wrap up the data that you have here, at the

4   bottom I see you've got the remaining ratings, the school

5   support and alumni ratings?

6   **A.**   That's correct.

7   **Q.**   Without having to go through each and every one, what did

8   you see in the distribution of high ratings between whites

9   and Asians in the remaining Harvard ratings?

10   **A.**   The shares are fairly similar.  They're all within

11   1 percent, with the exception of the alumni overall rating,

12   where there you see that Asian-Americans are scoring higher.

13   **Q.**   Just looking at these Harvard ratings and their

14   distributions on average, how would you describe the

15   comparison in terms of that distribution as between whites

16   and Asians overall?

17   **A.**   On many ratings, they're fairly similar.  But

18   Asian-Americans are stronger on the academic, extracurricular

19   rating, and the alumni overall rating.  But on the athletic

20   rating, which as I said is not as important for admissions,

21   they're scored significantly worse, and they're significantly

22   worse on the personal rating.

23   **Q.**   Did you do any other analysis of how these rankings were

24   distributed?

25   **A.**   I did.

1    **Q.**  What did you do?

2    **A.**  Well now we're going to see we created those academic

3    index deciles, and we're going to look at how these ratings

4    correspond with those deciles.

5          So what in particular we're looking at is do people

6    who score high on this academic index, do they also -- are

7    they also more likely to get high ratings.  So as an example,

8    you could look at that academic rating and see that

9    Asian-Americans are doing very well.  Maybe that's -- the

10    cost of that is that they don't do well in personal scores.

11    If that were the case, then you would expect higher values of

12    the academic index to be associated with lower personal

13    scores.  So we're going to be looking at that correlation.

14    **Q.**  And that's called correlation?

15    **A.**  That's the correlation we're going to be looking at.  So

16    do personal ratings track with the academic index or do they

17    not?

18    **Q.**  Let's start with the academic rating.  And we're going to

19    go to Slide 11.  What data are you showing here on Slide 11?

20    **A.**  This is for the baseline data.  And this is showing the

21    percentage of applicants receiving a 1 or a 2 on the academic

22    rating by academic decile.

23    **Q.**  So just to make sure we're clear, this is broken out by

24    race?

25    **A.**  No.  This is for all the applicants.

1    **Q.**   So when you look across all applicants in the applicant
2    pool, in the seventh academic decile, what does that
3    69.39 percent represent?
4    **A.**   That represents the fact that if you have an academic
5    index that was in that 7th decile, in that range, 69 percent
6    of those applicants received a 2 or better on the academic
7    rating.
8    **Q.**   Now, you talked about this exercise being related to
9    determining if there's correlation?
10   **A.**   Correct.
11   **Q.**   What does this chart tell you with respect to the
12   potential correlation between the academic index decile and
13   receiving a high academic rating?
14   **A.**   Well, they're clearly very highly correlated.  If you're
15   in the bottom couple deciles, there's virtually no way you're
16   going to have a 1 or 2 on the academic rating.  And if you're
17   at the top decile, you're in the high 90s in terms of your
18   probability of getting one of those high ratings.
19   **Q.**   So how would you qualitatively describe the level of
20   correlation?
21   **A.**   Strongly positively correlated.
22   **Q.**   We've heard testimony about how the admissions officers
23   don't use the academic index in their process.  Does that
24   change its relevance to your use here?
25   **A.**   I was actually surprised to hear that because on all the

1    summary sheets it's in bold what the academic index is.

2              But no, it wouldn't change it because even if they

3    weren't using the academic index, they're using the

4    components of the academic index such as their test scores

5    and grades.

6    **Q.**  So is this helpful to you in terms of your analysis and

7    your modeling?

8    **A.**  Yes.  It just gives you a way of making a comparison

9    between people who have similar grades and test scores.  You

10   know, are they are rated the same given similar grades and

11   test scores.

12   **Q.**  Now, did you have take this analysis where you identified

13   the percentage of applicants getting a high academic rating

14   by decile, and did you break that out by racial group?

15   **A.**  I did.

16   **Q.**  I'm going to go to the next slide, which is Slide 12.  Is

17   that this analysis here?

18   **A.**  It is.

19   **Q.**  Now, just to be clear when you look in one of these

20   deciles, what do these numbers now represent?  And I'll blow

21   up, for example, just decile 9.

22   **A.**  So what these number represent is for white applicants

23   who are in the 9th decile, 93 percent of them receive a 2 or

24   better.  For Asian-Americans, it's 95 percent and so on.

25   **Q.**  Why did you break it out by race?

1    **A.**  Well, what we're trying to do is move towards the

2    apples-to-apples comparison.  So now we're looking at people

3    who have similar academic scores, what do their ratings look

4    like.  If you saw lots of movement across races, then that

5    would say given the same scores they were getting very

6    different ratings.

7             THE COURT:  So this suggests like -- this suggests

8    a very even process across the academic rating.  Is that

9    right?

10            THE WITNESS:  That's correct.

11            THE COURT:  Okay.

12   BY MR. McBRIDE:

13   **Q.**  Why are you only showing the top four deciles here?

14   **A.**  That's where a lot of the admissions occur, sort of in

15   those top four deciles.  And we'll be showing that in a

16   little bit.

17   **Q.**  I believe you already answered this question for Her

18   Honor.  When you looked at this distribution and correlation,

19   what is it that you see about the distribution of the

20   academic rating?

21   **A.**  We don't see that much variation across races.  It is

22   true that Asian-Americans sort of are at the top within each

23   of these deciles, but they're not so far above that, for

24   example, in decile 8 they'd have a higher rating than

25   somebody in decile 9.  So it suggests that -- and we would

1   expect Asian-Americans to be near the top of each of these

2   deciles because we know that they score better on the

3   academic index.  So it basically suggests race is not really

4   influencing this rating, just suggests it because this is

5   just descriptive.

6   **Q.**   Now, did you also do this for the extracurricular rating?

7   **A.**   I did.

8   **Q.**   I'm going to go to Slide 13.  What did you see when you

9   looked at the breakdown of 1s and 2s on the extracurricular

10   rating by academic decile?

11   **A.**   Well, it's of course not as positively related and the

12   correlation is weaker.  But nonetheless you can still see

13   that even though it's not as strong as what we saw with the

14   academic ratings, there's a clear positive relationship.

15   Those on the bottom decile only get a 1 or a 2 on the

16   extracurricular 10 percent of the time.  At the top decile,

17   it's 36 percent.

18   **Q.**   So in terms of your likelihood of getting a high

19   extracurricular rating, how does that correlate with your

20   academic index performance?

21   **A.**   It's positively correlated.

22   **Q.**   Meaning if you get a high academic index, what does that

23   do for the likelihood you get a high extracurricular rating?

24   **A.**   It significantly increases it.

25   **Q.**   Did you also break this out by race?

1    **A.**  I did.

2    **Q.**  I'm going to go to Slide 14.  Is that what's here?

3    **A.**  It is.

4    **Q.**  When you look at the breakdown by race within each decile

5    for high extracurricular ratings, what did you see?

6    **A.**  Well, it's a bit noisier.  That's to be somewhat

7    expected, given that it's the extracurricular rating and not

8    the academic rating.  The way I see this data,

9    African-Americans are at the highest in decile 10.  There's

10   some evidence that Asian-Americans are slightly higher in

11   some of these deciles, but I view this as being noisy but

12   fairly flat within races.

13   **Q.**  Then what does this then suggest about the influence of

14   race in the assignment of the extracurricular rating?

15   **A.**  It suggests that it's likely not important.

16   **Q.**  What about the overall rating?  Did you similarly analyze

17   that?

18   **A.**  I did.

19   **Q.**  Going to Demonstrative Slide 15, when you looked at the

20   distribution of high overall ratings broken down by academic

21   decile across the entire applicant pool, what did you see?

22   **A.**  Well, here it's clearly quite positively correlated as

23   well.  There are very few people who get those coveted top

24   ratings.  So even in the top decile, it's 14.7 percent.  But

25   it's also the case that if you're in one of those bottom

1    deciles, you're out of luck.

2              THE COURT:  What's this slide showing?

3              THE WITNESS:  This is showing the probability of

4    receiving a 1 or a 2 on the overall rating.

5              THE COURT:  The overall rating.  Okay.

6              THE WITNESS:  And you can see at that bottom decile

7    it's zero, and it goes up with each academic decile.

8    BY MR. McBRIDE:

9    **Q.**  So just speaking broadly across the entire applicant

10   pool, as you have a higher academic index, what does the data

11   show you about your likelihood of receiving a high overall

12   rating?

13   **A.**  It substantially increases it.  The two are positively

14   correlated.

15   **Q.**  And did you also break this up by race?

16   **A.**  I did.

17   **Q.**  So just to be clear, on this slide what is the data that

18   you're showing?

19   **A.**  The percentage of applicants receiving a 1 or a 2 on the

20   overall rating by race and ethnicity for the top four

21   academic index deciles.

22   **Q.**  And again, is the ordering the same as we've seen before

23   with the white, Asian-American, African-American, Hispanic,

24   going left to right?

25   **A.**  It is.

1    **Q.**  I'm just going to blow up one here to make it a little

2    more visible on the screen.

3            When you look at the distribution of overall

4    ratings of 1 or 2 as broken down by race within a given

5    decile, what did you see?

6    **A.**  Wide disparities.  You can see that African-Americans

7    have a 45 percent chance of receiving a 1 or a 2 in that 9th

8    decile.  And that Hispanics, while substantially lower than

9    African-Americans, are still a lot higher than the other two

10   groups at almost 20 percent.  And then whites are at

11   11 percent and Asian-Americans bring up the rear at

12   7.6 percent.

13   **Q.**  And how does this compare with what you saw in the

14   academic and the extracurricular rating?

15   **A.**  It's very different.  It's just distorted.

16   **Q.**  And if you look across the deciles going from 10 to 9 to

17   8 to 7, did you notice anything?

18   **A.**  Well, this pattern is systematic.  In all the deciles you

19   see this clear rating, clear ordering with African-Americans

20   seeing the highest probabilities of getting a 1 or 2 in every

21   decile followed by Hispanics, followed by whites, followed by

22   Asian-Americans.  And this is so strong that

23   African-Americans in the 7th decile have well over double the

24   chances of getting a 1 or 2 on that overall rating than

25   Asian-Americans in the top decile.

1    **Q.**   What does the pattern you see about the distribution of

2    high overall ratings by race within a decile suggest to you?

3    **A.**   It suggests that race has clearly played a role in this

4    rating.

5    **Q.**   And what about with respect to Asian-American applicants?

6    **A.**   That it looks like a penalty here.

7    **Q.**   And is there anything about the racial preferences you

8    see in the data patterns that is consistent with what you

9    understand Harvard's stated use of race in admissions to be?

10   **A.**   Yes.  Harvard's acknowledged that they use race in the

11   overall rating to the benefit of African-Americans and

12   Hispanics.

13   **Q.**   And that's reflected how here?

14   **A.**   In the fact that African-Americans have such a

15   substantially higher probability of getting a 2 or better in

16   every decile, and similarly for Hispanics.

17   **Q.**   And did you do a similar analysis with the personal

18   rating?

19              THE COURT:  Can I ask you a question?  The

20   differences between whites and Asians on these charts, are

21   those sort of statistically significant?

22              THE WITNESS:  They are statistically significant,

23   but I don't report that in my reports.  I know that they look

24   small because they're next to these big gaps, but those are

25   real.

BY MR. McBRIDE:

**Q.**  Did you also look at the personal rating?

**A.**  I did.

**Q.**  I'm going to Plaintiff's Demonstrative Slide 17 in PD38.

Just again to be clear, what's the data that's on this slide?

**A.**  The percentage of applicants receiving a 1 or 2 on the personal rating by academic decile.

**Q.**  And as you go from low to high academic deciles, what happens to the probability of receiving a high personal rating from Harvard?

**A.**  Well, it looks a lot like the extracurricular rating where you still have a shot at the lowest decile, but your probability of getting one of these high ratings increases with each academic decile.  This again shows that the personal rating's positively correlated to this academic index.

**Q.**  Did you break these out by race as well?

**A.**  I did.

**Q.**  So I'm going to Slide 18 of Plaintiff's Demonstrative 38.

And when you look at the pattern of the personal score assignments of high personal rating assignments across the races, what did you see?

**A.**  Well, a pattern that looks an awful like the pattern we saw for the overall rating.

1   **Q.**   And how is that?

2   **A.**   Well, within each decile, focusing decile 9 here, we've

3   got 40 percent of African-Americans receiving a 2 or higher

4   on the personal rating.  That's the highest group by far.

5   Followed by Hispanic applicants, followed by

6   Asian-Americans -- sorry -- followed by whites and then,

7   bringing up the rear, Asian-Americans.

8   **Q.**   Did you look at the overall and personal distributions

9   together?

10   **A.**   I did.

11   **Q.**   I'm going to Slide 19.  Is that the overall rating

12   distribution we saw before there at the top?

13   **A.**   It is.

14   **Q.**   And the personal rating here at the bottom?

15   **A.**   It is.

16   **Q.**   What are the similarities that you see between the

17   distribution of the ratings across the different racial

18   groups as for the overall and the personal rating?

19   **A.**   Well, the shape is identical.  You see the same

20   systematic patterns with African-Americans scoring the

21   highest within each decile followed by Hispanics, then

22   whites, then Asian-Americans.  And on that personal rating,

23   Asian-Americans at the 10th decile, only 22 percent of them

24   get a 1 or a 2.  That's actually lower than the

25   African-American share at the 3rd decile.

1    **Q.**   That being decile 7, you mean?

2    **A.**   Yes.

3    **Q.**   When you compare the overall rating where racial

4    preferences are admitted to be utilized with the distribution

5    you see with the personal rating, what does that suggest to

6    you?

7    **A.**   It suggests that race is influencing the personal rating

8    just like it is with the overall rating.

9    **Q.**   And what does this suggest to you with respect to what's

10   happening to Asian-Americans in the assignment of the

11   personal and the overall rating?

12   **A.**   That they're receiving a penalty in it.

13   **Q.**   Now, what about the other ratings like the school support

14   ratings?  Did you do something similar with them?

15   **A.**   I did.

16   **Q.**   And what did you see in those distributions?

17   **A.**   There was some evidence of patterns that looked like the

18   patterns we see here, but it was much more muted.  You didn't

19   have this thing where African-Americans -- where

20   Asian-Americans were being scored worse than somebody at much

21   lower deciles the way you do -- you do here.

22   **Q.**   We'll come back to those ratings as well in a while.  But

23   I want to finish up by talking about your analysis of the

24   patterns in the admit rates for Harvard.

25            Did you look at that as well?

1    **A.**   I did.

2    **Q.**   I'm going to go to Slide 20, Plaintiff's

3    Demonstrative 38.

4              What's the data in Slide 20 of Plaintiff's

5    Demonstrative 38?

6    **A.**   This shows you the admit rates by race, ethnicity, and

7    year.

8    **Q.**   Are these average rates?

9    **A.**   That's correct.

10   **Q.**   When you looked at the average admission rates per year

11   across white, Asian-American, African-American, and Hispanic,

12   what did you see?

13   **A.**   We see that African-Americans are always the highest and

14   significantly higher than Asian-Americans.  And that whites

15   and Asian-Americans track fairly closely with the exception

16   of 2019 where whites are significantly lower.

17   **Q.**   Was there any statistically significant difference in the

18   average admit rates for Whites and Asians in these years 2014

19   to 2019?

20   **A.**   Yes.  In 2019.

21   **Q.**   Only in 2019?

22   **A.**   Only in 2019.

23   **Q.**   Is there any significance to the year 2019?

24   **A.**   That's the year after the lawsuit.

25   **Q.**   This lawsuit?

1   **A.**   Yes.

2   **Q.**   What is --

3           THE COURT:  This is just the admission rates by

4   ethnicity without taking into account any of the deciles or

5   any of the scores.  You have the number of applicants and the

6   number of them that are admitted.

7           THE WITNESS:  That's right.  We are going to show

8   you.  That's going to be the next slide.

9           THE COURT:  I know that once I get lost I will

10  never get back on track.

11          MR. McBRIDE:  Your Honor, I understand that.  The

12  train has narrow rails.  So please at any time if you want to

13  ask a question.

14          THE COURT:  Yes.  I just want to make sure I don't

15  lose the thread.

16  BY MR. McBRIDE:

17  **Q.**   What is the fact that these rates as between whites and

18  Asian-Americans are generally flat and not significantly

19  different, except for the first admission cycle after this

20  lawsuit -- what does that tell you?

21  **A.**   Absent any other information, it doesn't tell us much

22  because you need to know the qualifications of the

23  applicants.  We've already seen that Asian-Americans are

24  substantially stronger on the academic index.  So if the

25  academic index translates into higher admissions

1    probabilities, if there was no discrimination, you would

2    expect Asian-Americans to have higher admit rates.

3    **Q.**  So what did you do to investigate that further?

4    **A.**  We did the decile analysis again.

5    **Q.**  I'm going to go to Demonstrative 21.

6           MR. McBRIDE:  I see Your Honor chuckling at the

7    additional decile now.

8           THE COURT:  That wasn't why I was chuckling.

9    BY MR. McBRIDE:

10   **Q.**  What is the data that we have here on Slide 21?

11   **A.**  This gives the admit rates by race and ethnicity in the

12   academic index decile.

13   **Q.**  And, again, at the top decile, Decile 10, as we go

14   across, these numbers represent what?

15   **A.**  The admit rate for that group.

16   **Q.**  And what did you see when you looked at the relative

17   admit rates broken down by racial group within each decile?

18   **A.**  Wide disparities.  You can see that African-Americans in

19   that top decile are admitted at a rate of 56 percent.  That's

20   substantially higher than Hispanics at 31 percent, which is

21   substantially higher than whites at 15 percent.  And then

22   Asian-Americans bring up the rear at 12.7 percent.

23   **Q.**  And as you go down the deciles, how does that pattern

24   change?

25   **A.**  Well, it's clear that you have a higher admit probability

1    if you're in one of those higher deciles.  No one's admitted

2    in that bottom decile.  And as you continue to move up, you

3    see the admit rates rise.

4    **Q.**  Let me focus on that for a second.  This right-hand

5    column that says, "All Applicants," I assume that's not

6    broken out by race.  That's everyone?

7    **A.**  That's correct.

8    **Q.**  When you look at the admit rates for students in the

9    highest academic decile versus the lowest academic decile and

10   the pattern in between, what does that show you?

11   **A.**  It shows you that the academic index is positively

12   correlated with admission.  You see the strong rise in the

13   probability of admittance with higher deciles.

14           MR. LEE:  Your Honor, could I just ask for

15   clarification on the last question, which I think is on the

16   chart.  But this does not include ALDCs, right?

17   BY MR. McBRIDE:

18   **Q.**  What's the data set --

19   **A.**  This is the baseline data set.  It does not include

20   ALDCs.

21           MR. LEE:  Right.  Does not include ALDCs.

22   BY MR. McBRIDE:

23   **Q.**  Does this include ALDCs in this baseline data set?

24   **A.**  No.

25           MR. LEE:  Thank you.

1          THE WITNESS:  But I think that's part of the point

2     is that you're not getting -- the reason the white rate is

3     not higher is -- it cannot be because of ALDC preferences.

4     It has to do with comparing these apples to apples.

5     BY MR. McBRIDE:

6     **Q.**  Now, we're talking about the relative distribution in

7     terms of admit rates by race within a given decile.

8          Does the pattern that you identified in terms of

9     highest to lowest admit rates across the racial groups --

10    does that hold as you move into lower deciles?

11    **A.**  It holds it at all those deciles, yes.

12    **Q.**  And so the pattern you see between the racial groups at

13    all academic deciles is what again?

14    **A.**  That within each decile African-Americans are admitted at

15    a much higher rate than everyone else.  That Hispanics at a

16    much higher rate than whites and Asian-Americans, and then

17    whites at a higher rate than Asian-Americans, and this holds

18    in every decile.

19    **Q.**  And did you chart this data to see what the distribution

20    would look like in the bar graphs?

21    **A.**  I did.  I just want to raise one more point on this.

22          Asian-Americans in that top decile are admitted at

23    a lower rate than African-Americans in the 4th decile.

24    **Q.**  And are you comparing these two numbers here?

25    **A.**  I am.

1   **Q.**   Going to Plaintiff's Slide 22 in PD38, what data are you

2   showing here?

3   **A.**   So now we've just basically taken the data on the

4   previous slide.  This is the admit rates by race/ethnicity

5   and academic decile.

6   **Q.**   And to be clear, this is the same data that you showed on

7   the previous chart.  You've now put it in a graph?

8   **A.**   That's correct.

9   **Q.**   This is broken down by race, the same way your previous

10  chart was?

11  **A.**   That's correct.

12  **Q.**   What did you see when you looked at that distribution in

13  this bar chart form?

14  **A.**   Large disparities, and it's very consistent with what we

15  saw for the overall rating and the personal rating.

16  **Q.**   And if you were to compare the pattern that you saw in

17  terms of visually here with the admit rates by decile, how

18  does that compare to what you saw with the personal and the

19  overall rating?

20  **A.**   Same pattern.  You see the same systematic things

21  happening within each of these deciles.  Where at the top

22  decile -- where in every decile African-Americans are the

23  highest followed by the same ordering.

24  **Q.**   Taking a step back, when you look at the analyses you did

25  of all of the different descriptive data of the applicant

1   pool as well as its admission rate, what did you find?

2   **A.**   That race is very much -- appears to be influencing the

3   overall rating, the personal rating, and the admit rates.

4   With the other ones, the effects are muted.

5   **Q.**   Specifically with respect to Asian-American applicants,

6   what did your analysis of the descriptive data suggest to

7   you?

8   **A.**   It suggests the possibility of a penalty in those three

9   key measures, overall, personal, and admit.

10   **Q.**   And what did you do to analyze this further?

11   **A.**   Well, now, we're to developing a model because this is

12   only looking at one characteristic, the academic index.   Now

13   we want to know if we control for everything else, do we

14   still see some of these patterns.

15   **Q.**   What kind of model are you talking about?

16   **A.**   Talking about a logit model or some version of it.

17           And what a logit model is it's a way of modeling an

18   outcome that is like a yes/no outcome or 0/1.   In this case

19   that outcome would be admissions.   And we do something along

20   the same vein for modeling the ratings.

21   **Q.**   Did you provide a demonstrative to help you describe what

22   a logit model is?

23   **A.**   Yes.

24   **Q.**   I'm going to go to --

25           THE COURT:   You did all these correlations to the

1    academic rating so far, right?

2              THE WITNESS:  That's correct.

3              THE COURT:  Is that -- that embeds the assumption

4    that the academic rating is the most important?

5              THE WITNESS:  I don't think it embeds that

6    assumption.  I think what it just shows is that given the

7    same -- the advantage of the academic index is it gave us

8    something that was more continuous.

9              With those ratings we're talking about very limited

10   categories.  So we're able to more isolate down something

11   that's similar across them.  But certainly there's a bunch of

12   other factors here, and that's why I want to account for

13   those in the model.

14             It would have to be true for something like this

15   that Asian-Americans would have to be substantially worse on

16   those other things to explain the patterns that we've seen so

17   far.

18   BY MR. McBRIDE:

19   Q.   I'm going to go to Slide 23.  Can you describe briefly

20   how does a logit model function?

21   A.   The way a logit model functions is it takes -- rather

22   than just the academic index in one of the other ratings, it

23   takes all of those different variables from geography to the

24   academic variables to the ratings.  It throws them all in,

25   and then effectively assigns probabilities to people being

1    admitted or rejected.

2    **Q.**   Do you always use all of the variables and information

3    that you have when you generate a model?

4    **A.**   No.  You don't use all of the information.  And what

5    information you use depends on the question that you're

6    addressing as well.

7    **Q.**   I'm going to go to Slide 24 and ask what is your goal

8    specifically when you look at a logit model?  What's your

9    goal when you're using the model?

10   **A.**   Given the variables that you've deemed are appropriate to

11   include in the model, the goal is to effectively find

12   coefficients that will result in high probability of

13   admission for those who are actually admitted and high

14   probability of rejection for those who are rejected.  Now,

15   what those coefficients are, are weights on the various

16   factors.

17   **Q.**   Before we go any further, just to make sure we know what

18   you're talking about, on Slide 24 here coming out of the

19   logit model you have this equation.  What are the

20   coefficients you're talking about?

21   **A.**   Those are the colored letters, the A, B, C, D, and R.

22   **Q.**   Are the coefficients in this equation something emerges

23   from your model?

24   **A.**   They are.

25   **Q.**   And what do those coefficients then represent?

1    **A.**   They represent sort of the weight that these different

2    factors receive in the admissions process.

3    **Q.**   Taking as an example, since this case is about race, if

4    we look at the R coefficient, how does the R coefficient

5    provide you with information about the affect of race in the

6    logit model?

7    **A.**   So because you're controlling for everything else,

8    academics, extracurriculars, SATs, and such, what the

9    R coefficient gives you is, given all the other information

10   in the data, is that person receiving a penalty or a tip as a

11   result of their race.

12          So if we looked at, say, African-American, we know

13   that they're receiving tips in the process.  We would expect

14   that the coefficient on African-American would be positive.

15   **Q.**   Now, coefficient, is that anything other than just a

16   number?

17   **A.**   It's just a number.

18   **Q.**   What if a person were suffering a penalty because of his

19   or her race in the admissions process?  What would that

20   translate to in a coefficient?

21   **A.**   I should have actually been more explicit.  When I say

22   it's a positive number for African-American, this all has to

23   be relative to some baseline group.

24   **Q.**   What's the baseline?

25   **A.**   The baseline is going to be white applicants.  So when I

1    get that positive coefficient on African-American, that gives

2    you the tip relative to white applicants after holding

3    everything else fixed, all the ratings, geography, all that.

4           So to come back to your question, if we see a

5    negative number on, for example, a negative coefficient on

6    Asian-Americans, that would suggest a penalty relative to

7    white applicants conditional on controlling for all these

8    other factors.

9    **Q.**   What about the magnitude of the coefficient?  Does that

10   have some significance when you're looking at a -- within

11   given model at a specific variable?

12   **A.**   For something like race, yes, where you would say we saw

13   that -- it appeared that African-Americans might be getting a

14   bigger tip than Hispanics.  You would expect a larger

15   coefficient for African-Americans than for Hispanics, both

16   positive, but the African-American one would be larger.

17   **Q.**   To be clear, how does the positive coefficient -- we'll

18   use that as an example -- what does that translate into with

19   respect to the outcome of probability of admission?

20   **A.**   It increases the probability of admission.

21   **Q.**   And for the negative coefficient, how does that affect

22   the outcome on probability of admission?

23   **A.**   It reduces the probability of admission.

24   **Q.**   Now, other than these coefficients that relate to these

25   weights on factors, is there anything else that you can do

1   with the output of the model?

2   **A.**   Yes.  You can look at how your probabilities of admission

3   would change if you changed one of your characteristics.  For

4   example, if we turned off an Asian-American penalty or turned

5   off a particular racial preference.

6   **Q.**   What is that called?

7   **A.**   This is going to be called the "Marginal Effect."

8   **Q.**   Did you have a demonstrative to help explain marginal

9   effect of admission?

10  **A.**   I do.

11  **Q.**   I'm going to Slide 25, Plaintiff's Demonstrative 38.

12          I guess at a big level how do you determine the

13  marginal effect of race on admission in this context?

14  **A.**   So once you have all the coefficients, you already know

15  their characteristics.  You know what each applicant has

16  received on their academic ratings, on their teacher ratings,

17  and you know their race.  So with that information you can

18  calculate the probability of admission in the case where race

19  is considered.

20          Now, if we're looking at Asian-Americans, we would

21  calculate this for all Asian-Americans, and that would give

22  us the probability of admission for those Asian-Americans.

23  **Q.**   And is that this here at the top, "Probability of

24  Admission With Race"?

25  **A.**   That's correct.  Then if we're interested in, say,

1     removing a penalty against Asian-Americans, we would turn off

2     those -- take out that race part.  And then we can say,

3     "Okay.  If they were treated like a white applicant, then

4     here's how these characteristics, the academics and so on,

5     would translate into their probability of admission," which

6     would be the probability of admission without race.

7     **Q.**  And then to determine the marginal effect of race?

8     **A.**  So the marginal effect of race for a particular applicant

9     would be their probability of admission with race minus their

10     probability of admission without race.

11          You do this for all the Asian-American applicants,

12     in average that gives you your average marginal effect.

13     **Q.**  Can any model like this be a perfectly complete

14     representation of the Harvard admissions process?

15     **A.**  Certainly not.  There's always a role for unobservables.

16     **Q.**  What are "unobservables"?

17     **A.**  Unobservables are factors that your model does not

18     capture for whatever reason.  They can be things like --

19     certain ratings like the music rating where there's not

20     enough people there to include that in a model.

21          And then the assumption that you make is that --

22     when you're calculating these marginal effects, is that those

23     unobservables are uncorrelated after you've controlled for

24     everything else with race.

25     **Q.**  Now, does that make a model unreliable --

1          THE COURT:  I'm sorry.  You assume that they don't

2     correlate or they do?

3          THE WITNESS:  They don't correlate in order to

4     interpret -- interpret these effects.

5          THE COURT:  Unobservables don't correlate.  That's

6     what you assume?

7          THE WITNESS:  When you're calculating these

8     marginal effects of race, that's correct.

9          THE COURT:  But you assume don't correlate to race.

10         THE WITNESS:  Right.  That's why we condition on

11    all these other -- other variables.

12    BY MR. McBRIDE:

13    **Q.**  To be clear the lack of correlation of unobservables you

14    are talking about is a lack of correlation to race itself?

15    **A.**  That's right.

16    **Q.**  Not to other things necessarily.

17    **A.**  That's correct.

18    **Q.**  Does it make your model unreliable that there exists

19    unobservables?

20    **A.**  No.  That would be the downfall of empirical economics if

21    that were the case because all models have unobservables.

22    **Q.**  Now, we know what a logit model is.  How do you go about

23    building such a model?

24    **A.**  Again, this will depend on the question you're trying to

25    address.  So what we're going to do is think about the

1    different variables that we want to put into our model that

2    could possibly explain the disparities in admission rates

3    that we see.

4              But we want to be careful not to include variables

5    that are themselves a function of race because, if there's a

6    penalty against Asian-Americans in, say, the personal rating,

7    that's the mechanism through which they're receiving a

8    penalty.  So you wouldn't want to include that variable in

9    your model.

10   **Q.**  Now, did you prepare a demonstrative of the variables

11   that you included in some of your models?

12   **A.**  I did.

13   **Q.**  This is Slide 26 of Plaintiff's Demonstrative 38.

14              What are you representing here on this slide first?

15   **A.**  Well, these are all the variables I'm including in two of

16   my models of admissions for the baseline data set, Models 4

17   and Models 5.

18   **Q.**  These different categories and listings here, what do

19   these represent?

20   **A.**  These represent different variables.  What's important to

21   keep in mind is that each variable -- when we say "race"

22   there, that's actually many variables.  It's a separate

23   variable for African-Americans, for Hispanics, for

24   Asian-Americans.

25   **Q.**  So this category, these categories for things like

1    race/ethnicity, female, disadvantaged, application waiver,

2    they contain additional variables within that category?

3    **A.**   For something like female, no.  Because you just would

4    have females, and that would be relative to males.  That's

5    the omitted group.

6            But, for example, mother's education would contain

7    many categories or a few categories, anyway.

8            THE COURT:  Are you doing that by, like, graduate

9    degree, college, high school?

10           THE WITNESS:  That's right.  I'd have to look up

11   the exact ones.

12           THE COURT:  That's the kind of thing?

13           THE WITNESS:  Yes.

14           THE COURT:  Those are, like, each assigned a

15   number?

16           THE WITNESS:  So basically you'll have a variable

17   that would be -- "Did your mom receive a graduate degree,"

18   and that either take on a value of 1 or 0 if you did or did

19   not.

20   BY MR. McBRIDE:

21   **Q.**   How many variables total do you have when you account for

22   what you just described to Her Honor?

23   **A.**   Well, when the ratings are included, that's over

24   300 variables.

25   **Q.**   You just talked about when the ratings are included.

1   Were there models where you did not include Harvard's

2   ratings?

3   **A.**   That's correct.  And that's what Model 4 does.  The

4   reason we do that is, to the extent that race is affecting

5   all the ratings, you wouldn't want them in the model.  So

6   we're sort of covering the situation where race affects the

7   ratings and when race doesn't affect the ratings.

8   **Q.**   So to be clear, Model 4 is all of the ratings that we

9   have here but not -- all of the variables we have here but

10  not the Harvard ratings?

11  **A.**   That's correct.

12  **Q.**   And Model 5 contains what?

13  **A.**   Model 5 contains all those variables plus the Harvard

14  ratings with the exception of two.  I do not include the

15  overall and personal rating, and that's based on both the

16  descriptive analysis that I've already described, but also

17  we're going to proceed with models of those ratings.  And

18  it's very clear that race affects those ratings to such an

19  extensive margin that it's important to exclude them.

20  **Q.**   I'm going to call out one other set here.  There's a

21  category of variable categories that you label as

22  "Interactions" here.  Things like race/ethnicity times

23  disadvantaged is something we've heard in court.

24          What is an "Interaction"?

25  **A.**   An interaction allows the effect of a variable to vary

1    across the different groups.  So as an example, we might

2    think that the tip you receive for being disadvantaged may

3    vary with your race.

4    **Q.**   And when you have that situation where you think

5    something like disadvantaged status affects different races

6    differently, what do you do?

7    **A.**   In that case you want to include a variable that captures

8    that interaction.  So one of the variables will be Asian and

9    disadvantaged.

10   **Q.**   And if you don't include an interaction for a indicator

11   like disadvantaged and it does, in fact, vary across races,

12   what does that do to your model?

13   **A.**   Well, it would make it less reliable, and you wouldn't be

14   capturing the subtleties of how racial preferences operate.

15   **Q.**   Looking specifically at this interaction of race and

16   disadvantaged, why did you include that interaction in your

17   model?

18   **A.**   Two reasons.  One in my past work on affirmative action

19   in higher education, I have found that you get a tip for

20   being low-income and a tip for being African-American, but

21   you don't get the low-income tip if you are African-American

22   or at least the tip is diminished.

23            So I already knew ahead of time that that result

24   was likely there.

25            The other part was we saw in the OIR reports that

1    there was evidence that the tip you got for low income --

2    that you got a different tip for being low income depending

3    upon your race.

4    **Q.**  Did you hear or read any testimony that supported this

5    decision?

6    **A.**  I did.

7    **Q.**  What was that?

8    **A.**  I heard Dean Fitzsimmons testify about this.

9    **Q.**  What did you hear that he testified about?

10   **A.**  That he was looking at how the low-income tip varied by

11   race.

12   **Q.**  Do you recall reading the testimony of Ms. Bever?

13   **A.**  I do.

14   **Q.**  Do you recall a discussion with her about how exactly one

15   interprets and uses the coefficients for the interaction

16   terms?

17   **A.**  Yes.

18   **Q.**  Did you prepare a demonstrative that would help explain

19   how you interpret a chart of coefficients that includes

20   interactions?

21   **A.**  I did.

22          MR. McBRIDE:  Go to Plaintiff's Demonstrative 27.

23          THE COURT:  What are the interactions for female?

24   Why are those in there?

25          THE WITNESS:  Well, there's some evidence that, for

1    example, for African-Americans, if you look at the college

2    going rates for African-Americans, there are way more females

3    than males.  And so to the extent that people care about

4    gender diversity within race, you would expect to see

5    something like African-American men getting a bigger tip than

6    African-American women.

7              There's a joke about -- there's a t-shirt at MIT

8    that says -- for females that says "The odds are good, but

9    the goods are odd."  That sort of thing.

10             THE COURT:  I'm not sure whether to be insulted.

11             MR. LEE:  I think it's time for a break.

12             THE COURT:  Do you want a break?

13             MR. LEE:  No.

14             THE COURT:  Joan was going to try and forge through

15   to lunch.  That sounds like another 25 minutes or so.  Is

16   that all right with people?

17             MR. McBRIDE:  That's fine with us, Your Honor.

18   BY MR. McBRIDE:

19   **Q.**  Looking at this chart that you provided in your

20   demonstrative, I see you have got variables listed on the

21   left side and coefficients on the right side.  Is that right?

22   **A.**  That's right.

23   **Q.**  In terms of identification purposes, this is not a real

24   representation of a coefficient chart, is it?

25   **A.**  No.  These have many more variables there.

1  **Q.**  What are the variables that you provided for your

2  demonstrative?

3  **A.**  Just the Asian-American, the disadvantaged, and then the

4  interaction variable, Asian-American, and disadvantaged.

5  **Q.**  Now, as a starting point, with respect to each of these

6  individual variables, is there a baseline group that you're

7  comparing to?

8  **A.**  Yes.  For race we'd be talking about white students.  So

9  the Asian-American coefficient gives you the tip you would

10  receive for being Asian-American for applicants who are not

11  disadvantaged.

12  **Q.**  And the reason it's for them not being disadvantaged is

13  because you've included the interaction term?

14  **A.**  That's correct.

15  **Q.**  So what is the comparison, then, with respect to the

16  disadvantaged coefficient?  What is that comparing people?

17  **A.**  That coefficient is relative to the baseline category of

18  being not disadvantaged.  And so that would tell you what the

19  tip was for a white applicant for being disadvantaged.

20  **Q.**  Now, how does the interaction term come into play?  What

21  does that allow you to do?

22  **A.**  That allows the tip for being disadvantaged to vary by

23  race.  So in this case to vary -- to be different for

24  Asian-Americans relative to whites.

25  **Q.**  Now, I want to look at the comparisons you've made here

1    at the bottom.  What if you wanted to compare a disadvantaged

2    Asian-American applicant with a disadvantaged white

3    applicant?  How would you use these coefficients?

4    **A.**  So what the disadvantaged Asian-American applicant and

5    disadvantaged white have in common is they're both

6    disadvantaged.  They would both get the D tip.  So it's not

7    going to be different between the two.

8         If we're looking at how they're treated

9    differently, all else equal, then you have to add the tip or

10   penalty that Asian-Americans face, that's A, plus the

11   differential tip that you get for being Asian-American and

12   disadvantaged.  That's X.

13        A plus X gives you the tip or penalty that

14   disadvantaged Asian-Americans have relative to disadvantaged

15   white applicants.

16   **Q.**  And what if you wanted to make a comparison of the tip or

17   penalty as between a disadvantaged Asian-American applicant

18   and a not disadvantaged Asian-American applicant?

19   **A.**  Well, now what they have in common is that they're

20   Asian-American.  So they're not going to be treated

21   differentially based on their race.

22        The disadvantaged tip is then -- the baseline

23   disadvantaged tip D, plus the additional tip or penalty for

24   Asian-American and disadvantaged X.  So D plus X would give

25   you the total tip the disadvantaged Asian would receive

1    relative to a nondisadvantaged Asian.

2    **Q.**   And then finally if you were looking to compare a

3    disadvantaged Asian-American applicant versus a not

4    disadvantaged white applicant, what would you do to find the

5    coefficient for that?

6    **A.**   Now, they're different on both dimensions.  They're

7    different on the racial dimension but also different on the

8    disadvantaged dimension.  So you have to add all three of the

9    coefficients, A plus D plus X.

10   **Q.**   Now, once you've identified all of the relevant

11   variables, are you now ready to build your model?

12   **A.**   Yes.

13          MR. McBRIDE:  Can we go to Plaintiff's

14   Demonstrative 28.

15   BY MR. McBRIDE:

16   **Q.**   Is this a list of the different models that you built?

17   **A.**   It is.

18   **Q.**   Go ahead.

19   **A.**   So we have the final admission decision.  That's what

20   we've been talking about this whole time.  But I also have

21   models of each of these ratings measures:  the overall

22   rating, academic rating, extracurricular, and personal.  I

23   didn't do athletic because I didn't feel like I could model

24   that.  So I just took it as given, assumed that race wasn't

25   influencing that rating.

1          Then you have the school support measures like

2    teacher and counselor and then the alumni ratings.

3    Q.   Now, are all the different ratings models the same or

4    similar?

5    A.   They're very similar to what I already showed you.

6    There's a little bit of subtle differences about how the

7    admissions cycle affects it.  But they're basically the same.

8    And also it's the case that obviously if you're doing a model

9    of the academic rating, you can't control for the academic

10   rating.  So that would be pulled out.

11   Q.   Now why did you do models on all of these different

12   Harvard ratings?

13   A.   I wanted a sense for how race was influencing all of the

14   ratings to see -- the extent to which race effects the

15   ratings themselves after controlling for hundreds of

16   variables.

17   Q.   Now, if you found that there were significant racial

18   preferences or penalties in any of the Harvard ratings, what

19   should you do with respect to their use in your final

20   admissions decisions model?

21   A.   Well, if it's especially egregious, then you're going to

22   want to remove those variables from the model.

23          Professor Card and I agree with that.  That's why

24   neither one of us includes the overall rating in our

25   admissions model because we both know that it's affected by

1  race.

2  **Q.**  And just very briefly, why do you not want to include

3  those in the model if they're severely affected by race?

4  **A.**  Well, this is -- because that's one of the paths that

5  discrimination could take place.  Say, well, we're not

6  discriminating against Asian-Americans, they're just not

7  likeable.  Well, if the reason we're scoring them low on the

8  personal rating is because they're getting a penalty, we've

9  just masked the penalty.

10 **Q.**  By including a personal rating in the model?

11 **A.**  That's correct.

12 **Q.**  Before we talk about the final admissions model, then,

13 why don't we first look at the results of the ratings models.

14          At a high level, what is it that you found when you

15 looked at the ratings models?

16 **A.**  Clear effects of race on the overall rating and personal

17 rating.  And there were hints of racial effects -- on

18 virtually all ratings you see some hints, hints of this.  But

19 they're sufficiently muted that I included them in the model.

20 **Q.**  I want to look at the overall rating first.  Did you

21 prepare a demonstrative with the results from your overall

22 ratings model?

23 **A.**  I did.

24 **Q.**  Can we go to Plaintiff's Demonstrative 29.  Is this your

25 overall rating model coefficients that came out?

1    **A.**   It is.

2    **Q.**   I notice you have different categories of racial groups

3    down the left-hand side, but I also see here you have four

4    subgroups listed within each racial category.  What do those

5    specific groups represent in terms of who they are?

6    **A.**   So again, we have to keep in mind what the comparison is.

7    What we're talking about in the first row is how an

8    African-American male who is not disadvantaged, what sort of

9    tip would they receive relative to a white male who is not

10   disadvantaged.

11          Similarly for female disadvantaged, what sort of

12   tip does a female African-American who's disadvantaged

13   receive relative to a white female who is also disadvantaged.

14          So what the coefficients show is that large tips

15   are present in the overall rating for both African-Americans

16   and Hispanics.  And Asian-Americans face a penalty.  There's

17   no significant penalty for female disadvantaged students, but

18   the other ones are significant.

19   **Q.**   And again, what did the negative coefficients that you

20   see for Asian-American applicants in the overall rating model

21   mean with respect to the probability that they will receive a

22   high overall rating?

23   **A.**   It means that they will have a lower probability of

24   receive a high rating.

25   **Q.**   What did you then understand to be true with respect to

1    the coefficients about the influence of race on the overall

2    rating?

3    **A.**   I think it's clear that race influences the overall

4    rating.  And what I find especially interesting is how it

5    influences it.  You definitely see that African-Americans

6    receive tips, but it's a slightly smaller tip for female

7    African-Americans and substantially smaller tip for

8    disadvantaged African-Americans.  So it's really the not

9    disadvantaged African-Americans who are receiving the big tip

10   relative to similarly situated white applicants.

11   **Q.**   Now, how does the pattern that you saw in the charts of

12   the coefficients coming from your model compare with the

13   pattern that you saw in your descriptive analysis of

14   Harvard's data on the overall ratings by academic index

15   decile?

16   **A.**   The academic index decile showed that as a whole

17   African-Americans receiving higher ratings followed by

18   Hispanic applicants.  And the Asian-Americans were receiving

19   lower ratings.  So all these line up even after you control

20   for this large set of variables.

21   **Q.**   And how do the results of your model align with your

22   decision not to include the overall rating in the admissions

23   model?

24   **A.**   Well, it made sense not to include it because that's one

25   of the ways in which racial preferences operate.

1   **Q.**  I want to turn to the modeling you did for the personal

2   rating.  Did you prepare a demonstrative with your

3   coefficients that came out of your personal rating model?

4   **A.**  I did.

5   **Q.**  I'm going to Slide 30 of Plaintiff's Demonstrative 38.

6        I see the same groups listed here, so I assume

7   we're talking about the same comparative groups for purposes

8   of what your coefficients mean?

9   **A.**  Yes.

10   **Q.**  And what did you see with respect to the coefficients for

11   the different racial groups on the personal rating model?

12   **A.**  Basically the same qualitative patterns.  You see that

13   African-Americans get a large tip on the personal rating.

14   That tip is slightly muted for females and more muted for

15   being disadvantaged.  This is again relative to similarly

16   situated white applicants.

17        You see again a positive tip for Hispanic

18   applicants and then for Asian-Americans the same pattern of

19   male -- of a negative tip across the board.

20   **Q.**  So for Asian-American applicants, the coefficients that

21   you saw in all the different categories, they were negative?

22   **A.**  That's correct.

23   **Q.**  And what do the negative coefficients that you saw for

24   Asian-American applicants on the personal rating model mean

25   to you with respect to the likelihood that the

1    Asian-Americans would receive a high personal rating?

2    **A.**   The likelihood was lower of receiving a high personal

3    rating if you were Asian-American.

4    **Q.**   Looking at the overall pattern of the personal rating

5    model coefficients, what did this show you about the

6    likelihood that the personal rating was significantly

7    influenced by race?

8    **A.**   I think it clearly is.  We see the exact same pattern

9    that we saw with the overall rating and what we saw with the

10   descriptive analysis of both the overall and personal

11   ratings.

12   **Q.**   Now, when we talked earlier about models, you were

13   mentioning an output of something called the average marginal

14   effect.  Do you recall that?

15   **A.**   That's correct.

16   **Q.**   Is that something that you did here with respect to the

17   personal rating model?

18   **A.**   I did.

19   **Q.**   When you talk about the average marginal effect with

20   respect to the personal rating model, that's the average

21   marginal effect of what?

22   **A.**   In this case, we're going to calculate it of receiving a

23   2 or better.

24   **Q.**   We're going to go to Slide 31 of Plaintiff's

25   Demonstrative 38, titled "Marginal Effect of Race on

1    Probability of Receiving a 2 Or Higher on Personal Rating."

2              What are you showing here?

3    **A.**   So I'm showing is what your actual probability of

4    receiving a 2 is for each racial group.  That's in the darker

5    bars.  So for example, for Asian-American applicants,

6    17.8 percent receive a 2.  And then the lighter blue bars

7    represent what would happen to their probability of receiving

8    a 2 or higher if we turned off that penalty that they face in

9    the personal rating.

10   **Q.**   And what was the marginal effect on the probability of

11   receiving a personal rating for Asian-Americans coming out of

12   your model?

13   **A.**   You can see it's a 3.8 percentage points drop.

14   **Q.**   I'm sorry?

15   **A.**   You see a drop of 3.8 percentage points, which, given the

16   base, is a 17.6 percent decrease in the probability of

17   receiving a 2 or higher.

18   **Q.**   And just to complete this, with respect to the

19   coefficients you saw for African-Americans and Hispanics, how

20   did that translate into a marginal effect on their likelihood

21   of receiving a 2 or higher on the personal rating?

22   **A.**   You can see that you get big boosts in both cases,

23   27 percent increase for African-Americans and a 14 percent

24   increase for Hispanics.

25   **Q.**   I want to go back to Slide 10.

1          Do you recall we had a discussion about the

2     significance of the personal rating for admission?

3     **A.**   I do.

4     **Q.**   And how significant would you consider a 17 percent

5     decrease in getting a high personal rating, given the

6     significance that you found towards admission?

7     **A.**   Well, I think 17 percent decrease, it is really a

8     3 percentage point decrease, which -- but that is a big shift

9     for those applicants.

10    **Q.**   And how would you expect that to affect their likelihood

11    of admission, given the importance of a personal rating?

12    **A.**   That through the personal rating they're receiving a

13    penalty which would lower their probability of admission.

14    **Q.**   Back to Slide 31.

15          You've seen and read the testimony from Harvard

16    about what's in the school support in the form of teacher and

17    counselor letters, how that was important for the assignment

18    of the personal rating?

19    **A.**   I did.

20    **Q.**   Is that something that you saw in your model?

21    **A.**   Yes.   I control for those school support measures in my

22    model, and they are positively related to the personal

23    rating.

24    **Q.**   So what does that mean about good teacher and counselor

25    support with respect to the personal rating?

1    **A.**   Good teacher and counselor support translates into higher

2    probabilities of receiving good personal ratings.

3    **Q.**   So does that mean that differences in teacher and

4    counselor support as between Asians and whites could explain

5    the difference that you saw in how they are receiving

6    personal ratings?

7    **A.**   Certainly not how they're scoring the teacher support

8    measures cannot explain what we see.

9    **Q.**   And why is that?

10   **A.**   Because we're accounting for those scores in our model.

11   **Q.**   Based on all of this, what was your ultimate conclusion

12   about the likelihood the personal rating is influenced by

13   race?

14   **A.**   I think it's clearly influenced by race.

15   **Q.**   And what does that mean with respect to your belief about

16   whether or not you should include the personal rating in your

17   admissions model?

18   **A.**   I believe it should not be included.

19          MR. McBRIDE:  Your Honor, we're at a breaking point

20   right here if you wanted to stop earlier or I'm willing push

21   forward.

22          (Discussion off the record.)

23          THE COURT:  So like 12:35.

24          MR. McBRIDE:  Sounds good.

25          THE COURT:  12:30 in there somewhere.

1          MR. McBRIDE:  Thank you.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       **** AFTERNOON SESSION ****

2               THE CLERK:  Court is in session.  Please be seated.

3               MR. McBRIDE:  Your Honor, if we could have a quick

4       sidebar to address the administrative matter with respect to

5       Professor Arcidiacono.

6               THE COURT:  Yes.

7               [Sidebar redacted.]

8               THE COURT:  Go ahead.

9               MR. McBRIDE:  Your Honor, in response to your

10      questions, our team pulled together some data for you.  We've

11      already handed these out to the witness as well as to

12      opposing counsel.  But it has the data from the database on

13      these particular issues.

14              THE COURT:  Thank you very much.  I appreciate

15      that.

16      BY MR. McBRIDE:

17      **Q.**  Professor Arcidiacono, I want to turn to the other

18      ratings models.  We've talked about the overall and the

19      personal rating model.  You examined and did analysis with

20      other ratings models as well, specifically on school support

21      and the alumni measures?

22      **A.**  That's correct.

23      **Q.**  What did you find with respect to the teacher, the

24      counselor, and alumni personal rating?

25      **A.**  That there was a negative penalty against Asian-Americans

1    and some boost for African-Americans, but that was much

2    smaller than what we were seeing in the overall and personal

3    rating.

4    **Q.**  So why is it that you didn't take those out of the model

5    as well?

6    **A.**  For those variables I was effectively being conservative,

7    to the extent that there is a penalty.  That's going to work

8    to lower the estimate, lower the estimated penalty in the

9    model.  And I also have a version of the model where I take

10   out all the ratings as well.

11   **Q.**  What do you mean that keeping them in the model, that

12   that would have acted to reduce any admissions penalty?

13   **A.**  Well, it's similar to the arguments with the personal

14   score, that if there is a penalty being imposed on

15   Asian-Americans through the teacher ratings, it would falsely

16   conclude that it was through -- they just had the bad teacher

17   ratings, not because of race itself.

18   **Q.**  Did any ratings variables go the other way and show a

19   positive racial coefficient for Asian-American applicants in

20   that ratings model?

21   **A.**  Yes.  We saw that for the academic, the extracurricular

22   rating, and the alumni overall.

23   **Q.**  Now, with respect to those positive coefficients for

24   Asian-Americans, how do you know whether that coefficient

25   reflects a racial preference or is attributable to something

1    else?

2    **A.**   Well, we always worry about what's called omitted

3    variables bias, that there's some other unobserved variable

4    that if we had that, that's why we see the coefficient that

5    we have.

6           So you're looking for ways to figure out would it

7    make sense that there might be these unobserved variables

8    there that would do that or not.

9           Again we've controlled for lots of variables here.

10   So we're trying to get in as much in the model as we can.

11   But a general principle of economics is that if a group is

12   strong on observable characteristics, they tend to be strong

13   on unobservable characteristics.

14   **Q.**   And is the unobservables, is that the omitted variables

15   you talked about?

16   **A.**   That's correct.

17   **Q.**   What's the significance of this general principle that if

18   you're strong on the observable characteristics in the model

19   you're also strong on the unobservables?

20   **A.**   Well, if you're strong on the observables, then, and that

21   you're also strong on the unobservables, then you could see a

22   positive Asian coefficient that would reflect not the fact

23   that they're getting a bump in that rating but more that

24   there are other characteristics that if we included them in

25   the model would explain it.

1   **Q.**  So if you see that you're strong on the observable

2   characteristics let's say for Asian-Americans, what is your

3   belief with respect to whether or not the positive

4   coefficient reflects a racial preference as opposed to

5   something in the unobservables?

6   **A.**  So the principle being that if we do find that they are

7   actually strong on the observable characteristics associated

8   with the rating, then it makes it more likely that that

9   coefficient is not the result of racial preferences but

10  omitted variables that are leaning to the positive effect we

11  see.

12  **Q.**  When we say "observables," we're referring to the

13  variables that are actually in the model?

14  **A.**  That's correct.

15  **Q.**  I want to take the academic rating, for example, and I

16  want to talk about unobservables, not the variables or

17  observables in the model.

18          What kind of unobservables would there be possibly

19  for the academic rating?

20  **A.**  When I showed you what the AP scores looked like across

21  races, I don't actually use the AP scores in my model because

22  they're only available for the last few years.  That's

23  unobservable.

24          Things that we can't readily capture or control

25  for, like winning a science competition or taking college

1    courses, those are all the types of things that you might

2    think would go into that.  Those all part of the

3    unobservables.

4    **Q.**  Because they're not in the model as a variable?

5    **A.**  That's correct.

6    **Q.**  How would the variables or the observables that are

7    actually in the academic model potentially explain the

8    possible strength on these unobservables?

9    **A.**  Well, under that principle that, if anything, they're

10   going to be stronger on the unobservables.  It comes about

11   through the fact that if you have characteristics that result

12   in a high academic score, what are those characteristics

13   going to be?  Those are going to be that you have high SAT

14   scores, high grades, all those types of things.  You can sort

15   of see that those are the types of things that would also be

16   correlated with taking college classes or taking more AP

17   exams.

18   **Q.**  Now, just to be clear, we've used some obvious examples

19   here with the unobservables and observables.  In your

20   academic ratings model, are you only including as variables

21   obvious academic things like SAT scores or the academic

22   index?

23   **A.**  No.  I'm controlling for a whole host of variables.  All

24   the demographic variables, parental education, all the

25   regional variables, characteristics of the high school and

1    the neighborhood.  We're controlling for all of that.

2    **Q.**  Does your academic rating model -- does it include

3    variables that are measured that are not strictly academic in

4    their appearance?

5    **A.**  That's correct.

6    **Q.**  And what does the model do with those in reaching an

7    output from the academic rating model?

8    **A.**  What happens is if those variables turn out to be

9    unrelated to the academic rating, they would see no effect in

10   those variables.  If they are affected, then that's going to

11   be part of the observables.

12   **Q.**  So do these non-academic factors that are part of the

13   variable set that are still in the academic rating model --

14   do they have the opportunity to exert some kind of effect on

15   the likelihood of getting a high academic rating?

16   **A.**  That's correct.

17   **Q.**  So did you test the strength of the Asian-American data

18   set with respect to the observables that you had in the

19   academic rating model?

20   **A.**  I did.

21   **Q.**  Did you prepare a demonstrative for that?

22   **A.**  Yes.

23   **Q.**  I'm going to Slide 32 of Plaintiff's Demonstrative 38,

24   "Comparison of Observables to Race/Ethnicity Coefficient."

25              I want to make sure we understand what's on this

1  slide.  Just generally what are the two data points that
2  you're presenting here?
3  **A.**   The strength of each racial group on the observables
4  relative to white applicants and the coefficient -- now, the
5  coefficient here, it's always relative to something.  So this
6  is a nondisadvantaged Asian male, but the same patterns would
7  be observed with other variables.
8  **Q.**   So here you have the coefficient, and is this the
9  positive coefficient for being Asian that you found in your
10  academic ratings model?
11  **A.**   It is.
12  **Q.**   That was .136?
13  **A.**   That's correct.
14  **Q.**   In terms of the observable column, I see the value .259,
15  but how do you get this value of observables that you're
16  reporting in this demonstrative?
17  **A.**   So the model generates coefficients.  So you think about
18  those things like the test scores.  And it's going to have a
19  coefficient on it that's positive.  That's going to be all
20  added up together, the coefficient on or around the test
21  score times the test score, the coefficient on the grade
22  times the grades.  Add it all up.  Add up all those variables
23  in the model, and that tells you -- that effectively gives
24  you an index of how strong they are.
25              And so then what we do is we subtract off the

1     average index for white students, and that sort of tells you

2     how strong each race is relative to their white counterparts.

3     **Q.**   And to be clear, the observables that you're adding up,

4     these coefficients, these don't just include things like test

5     scores, do they?

6     **A.**   That's correct.

7     **Q.**   Do they include other factors, the other extensive

8     factors in your 300 variables that are in the model?

9     **A.**   That's right.  In fact, they include the ratings besides

10    the personal rating, where with the personal rating we could

11    already see -- of the bias present there.

12    **Q.**   So this includes something about the other ratings like

13    the extracurricular rating and the teacher support ratings

14    and things like that?

15    **A.**   That's correct.

16    **Q.**   And what is the significance then of having an observable

17    of .259 positive blue arrow and a coefficient of .136?

18    **A.**   Well, what that tells you is that Asian-American

19    applicants are strong on those variables that lead to higher

20    academic ratings.  So if they're strong on the observed

21    variables associated with higher ratings, you would expect

22    them to be at least as strong on the unobserved variables

23    associated with higher ratings.

24    **Q.**   And based on that examination, what do you conclude then

25    about this coefficient for being Asian-American in the

1  academic rating model?

2  **A.**   That it could reasonably be attributed to the strength of

3  the Asian-American applicants on unobservables.

4  **Q.**   And what do you conclude about whether or not the

5  variability for being Asian-American in the academic rating

6  model is attributable to the influence of race?

7  **A.**   We don't think it's because of race.  We think it's

8  because of these unobservable factors.

9  **Q.**   Does that same comparison yield a consistent result when

10  you look at African-American and Hispanic applicants?

11  **A.**   That's correct.

12  **Q.**   How so?

13  **A.**   Well, on the observables associated with higher academic

14  ratings, African-Americans and Hispanics are relatively

15  weaker.  And that's reflected in negative coefficients on

16  that rating.

17  **Q.**   And so what was your decision about whether or not to

18  keep the academic rating in the model?

19  **A.**   In my preferred model, I keep it in.  But then I also

20  have my model where I don't use any of the ratings.

21  **Q.**   Did you do the same test of other ratings models?

22  **A.**   I did.

23  **Q.**   So I'm going to Slide 33 of Plaintiff's Exhibit 38.  And

24  here I see overall rating and personal rating on the left and

25  academic rating and extracurricular rating on the right.  I'm

1    going to zoom in on this to make it a little easier to read

2    and look at extracurricular first.

3              When you looked at the observables for the

4    extracurricular rating as compared to coefficients for

5    Asian-American, African-American, and Hispanic, what did you

6    find?

7    **A.**   Basically the same pattern that we saw for the academic

8    rating.  Again Asian-Americans are stronger on the observable

9    components of the rating, and we see a positive coefficient

10   there.  African-Americans, their characteristics show that

11   they're relatively weaker on the observed characteristics

12   associated with higher extracurricular ratings.  We see the

13   same for Hispanics, and we see negative coefficients there.

14   **Q.**   So what did you conclude about the extracurricular rating

15   and whether or not you should keep it in your model?

16   **A.**   That it's likely due to Asian-Americans being stronger on

17   the unobservable factors, not due to racial preferences.

18   **Q.**   So I want to take a look at one of these ratings here on

19   the left.  Do you recall that we discussed that the overall

20   rating was acknowledged to be influenced by race?

21   **A.**   That's correct.

22   **Q.**   Did you do the same analysis with respect to the overall

23   rating, this comparison of observables and unobservables?

24   **A.**   I did.

25   **Q.**   And what did you find when did you that comparison?

1    **A.**   Now the script has flipped.  Asian-Americans here are

2    stronger on observables.  And this is a consistent theme for

3    every rating.  The observables are always going to be

4    positive for Asian-Americans.  But then the coefficient here

5    is negative.  So despite being stronger on the observables,

6    we see a negative coefficient.

7           When we look at for African-Americans, their

8    characteristics would suggest that they're weaker on the

9    observables associated with the overall rating.  Yet their

10   coefficient is very positive.  And the same holds true for

11   Hispanics.

12   **Q.**   And what does that disagreement in terms of the sign for

13   the observables versus the coefficient say to you about the

14   likelihood that a significant racial influence is in play?

15   **A.**   We can be confident that it is due to race.

16   **Q.**   And is that consistent with what you know to be the case

17   with the overall rating based on Harvard's acknowledgments?

18   **A.**   Yes.

19   **Q.**   So I want to then look at the personal rating.  When you

20   did the same analysis with the personal rating of observables

21   versus coefficients, what did you find?

22   **A.**   The same patterns that we saw with the overall rating.

23   Asian-Americans slightly stronger on the observables.  Really

24   pretty much the same as white applicants.  It's seeing a

25   large penalty.  African-Americans and Hispanics being weaker

1    on the observables associated with the personal rating and

2    seeing a large positive coefficient.

3    **Q.**  And what does that tell you about your conclusion

4    originally that there was the likely racial influence

5    associated or racial penalty for Asian-Americans associated

6    with the personal rating?

7    **A.**  I think it's clear that race influences the personal

8    rating.

9    **Q.**  Now, we talked about some other ratings where you noted

10   there was a small indication of possible racial influence in

11   the data.  I think that was specifically some of the school

12   support ratings.

13           What did you find when you looked at those and

14   compared their observables to their unobservables?

15   **A.**  Despite the fact that Asian-Americans were stronger on

16   the observables associated with those ratings, they were

17   facing a slight penalty.  And similarly for some of those

18   ratings we would see a bump up for African-Americans, despite

19   the fact that their observed characteristics went the other

20   way.

21           So that sort of points towards race influencing

22   those ratings as well.  But the patterns were sufficiently

23   muted that I kept them in the model.

24   **Q.**  You have, however, another model where you take those

25   out?

1    **A.**   That's right.

2    **Q.**   Now, you also mentioned that the alumni overall rating

3    showed a small positive coefficient for Asian-Americans; is

4    that correct?

5    **A.**   That's correct.

6    **Q.**   What did you conclude or what did you find when you

7    looked at the observables on the alumni overall rating and

8    compared them to the coefficient?

9    **A.**   Well, there you saw that Asian-Americans were strong in

10   the observables, and they received a bump.  That's consistent

11   with them being stronger on the unobservables associated with

12   that.

13          But for African-Americans and Hispanics, we see the

14   same thing where they're getting tips, but the observables

15   are going in the wrong direction.  So there's a role for race

16   there, too, for those other two groups, but I did keep them

17   in the model.

18   **Q.**   And why is that?

19   **A.**   In all these cases where you see an Asian-American

20   penalty and they're stronger on the observables, any time

21   you're doing that, you're going to weaken the effect of race

22   for that group.

23   **Q.**   And so were you being conservative when you kept those

24   in?

25   **A.**   Yes.

1    **Q.**  Now, let's assume, though, that the Court decided you'd

2    taken the wrong approach and you needed to remove all of

3    these ratings that showed even the possibility of racial

4    influence.  Does your Model 4 account for that possibility?

5    **A.**  It does.

6    **Q.**  So I want to look now at the models, the final models

7    that you did specific to the probability of admission now

8    that you've identified what variables you're going to use in

9    the model.

10           And just to be clear again, this is a logistic

11   regression model like you had already discussed?

12   **A.**  That's correct.

13   **Q.**  And personal and the overall score, they're in your

14   preferred Model 5?

15   **A.**  No, they are not.

16   **Q.**  Did you prepare a slide with the results for the

17   coefficients from your admissions model?

18   **A.**  I did.

19   **Q.**  I'm going to Slide 34 of Plaintiff's Demonstrative 38.

20           Does this give the results for the coefficients

21   from your admissions Models 4 and 5?

22   **A.**  That's correct.

23   **Q.**  These groups here, are these the same groups you talked

24   about previously?

25   **A.**  They are.

1    **Q.**  What did you find with respect to the coefficients from

2    your admissions Model 4 and 5 for the different racial groups

3    you looked at?

4    **A.**  It's very consistent with the theme that we've had

5    throughout.  Namely, African-Americans receive a large tip.

6    That tip is substantially smaller for disadvantaged students.

7          Similarly Hispanics receive a large tip, but it's

8    smaller for disadvantaged students.

9          And then we see a penalty for Asian-Americans.  And

10   all those penalties are statistically significant except the

11   female disadvantaged one there.

12   **Q.**  The female disadvantage in which model?

13   **A.**  Model 5.

14   **Q.**  And just to be clear -- let me blow this up here.  With

15   respect to the coefficient for Asian-American applicants in

16   your Models 4 and 5 for male not disadvantaged, you show a

17   negative coefficient of negative .378 in Model 4 and

18   negative .466 in model 5?

19   **A.**  That's correct.

20   **Q.**  What do these coefficients mean about the effect of race

21   on the probability of admission for Asian-American applicants

22   in both models?

23   **A.**  Well, that despite control for over 300 variables, we

24   still see this significant penalty against Asian-Americans.

25   And this is also surprising given that Asian-Americans, if

1   you look at admissions, are also stronger on the observables

2   associated with admissions.

3   **Q.**  We heard testimony about the idea that low-income

4   Asian-American applicants get a tip in the admissions

5   process.  Have you heard that?

6   **A.**  I have.

7   **Q.**  But I see, however, that with respect to the

8   disadvantaged applicants, there is a negative coefficient; is

9   that correct?

10  **A.**  Yeah.  I think it's the next ones down.

11  **Q.**  I'm sorry.  Thank you.  Did I highlight those correctly

12  here, Professor?

13  **A.**  That's correct.

14  **Q.**  So this negative coefficient here, is that a tip?

15  **A.**  Well, it all hinges on who we're comparing.  So for this

16  what we're comparing is a male and a disadvantaged

17  Asian-American to a male disadvantaged white student.

18  They're not getting a tip relative to that student.  What

19  they may getting a tip to is a non-disadvantaged white

20  student.

21  **Q.**  And what about for the female disadvantaged?  Same

22  analysis?

23  **A.**  Same analysis, yes.

24  **Q.**  Now, can you use these coefficients to determine the

25  marginal effect of race on the chances of admission for the

1  different racial groups?

2  **A.**  Yes.

3  **Q.**  And did you do that?

4  **A.**  I did.

5  **Q.**  I'm going to Slide 35.  This looks familiar from your

6  personal score slide earlier.  Is it the same basic analysis

7  for marginal effect?

8  **A.**  It's the same basic structure, yes.

9  **Q.**  Looking at the Asian-American population -- and just to

10  be clear, does this incorporate the coefficients for all the

11  different subgroups we looked at on the previous page?

12  **A.**  It does.

13  **Q.**  And does this include all the variables that you have in

14  your model that lead to those coefficients?

15  **A.**  That's right.

16  **Q.**  So what did you find was the marginal effect on the

17  probability of admission for Asian-Americans based on that

18  negative coefficient for race?

19  **A.**  That admit rates are 1 percentage point lower as a result

20  of the penalty against them.  That may seem small, but the

21  base is very small.  So that's an over 16 percent decrease in

22  their admissions chances as a result of the Asian-American

23  penalty.

24  **Q.**  And what about for African-American and Hispanic

25  applicants?  What was the marginal effect of their race on

1    the probability of admission?

2    **A.**   Well, it's quite substantial.  Absent racial preferences,

3    the admit rate here would be 2.3 percent for

4    African-Americans.  And you're seeing it go up by

5    7 percentage points, which is a 324 percent increase.

6              For Hispanics, the numbers are smaller, but

7    nonetheless quite large.  We're still talking about more than

8    doubling the admit rate.  We're starting off at about

9    3 percent and going to 7 percent, which is a 141 percent

10   increase.

11   **Q.**   Now, did you check to see how these changes in the

12   probability of admission would change the actual number of

13   students of different races that were admitted each year

14   based on the model?

15   **A.**   I did.

16   **Q.**   I'm going to Demonstrative PD38, Slide 36.

17             And just focusing on the Asian-American students,

18   what did you find would be the change in the number of

19   admitted students when you removed from your model the effect

20   of the Asian-American penalty?

21   **A.**   The first thing to keep in mind is that if we just

22   removed the Asian-American penalty, there would be more

23   students who were admitted than what we currently have.  And

24   Harvard can't do that.  They're constrained by the number of

25   beds and such.  So the way this works is the model is

1     adjusted so that we admit the same number of students.

2          What that means is we remove the Asian-American

3     penalty.  That's going to lead to some more Asian-Americans

4     being admitted, but some less of the other races until we get

5     to the right number.  So what this shows is what would happen

6     to the number of Asian-Americans admitted in each year.  And

7     you can see that the numbers range from between 27 to 55

8     additional Asian-American admits in each year.

9     Q.  And I notice the smallest year with respect to the number

10    of additional Asian-American applicants who would be admitted

11    when you turned off this penalty is in 2019; is that correct?

12    A.  That's correct.

13    Q.  What's the significance of that year?

14    A.  That's the year after the SFFA lawsuit.

15    Q.  Did you do a similar analysis of admissions for your

16    expanded data set where you put back in the legacies, dean's

17    list, and children of faculty and staff?

18    A.  I did.

19    Q.  And did you do an analysis with your model to find

20    coefficients for the probability of admissions?

21    A.  That's correct.

22    Q.  I'm going to Slide 37 in Plaintiff's Demonstrative 38.

23          First question is what group of applicants are

24    being considered here for purposes of your coefficient

25    analysis?

1    **A.**   So this is still non-LDC applicants.  But now using the

2    coefficients from this model that included the

3    LDC applicants.

4    **Q.**   So these same four categories are the same as we had in

5    the previous models.  There are no LDC students included in

6    the categories you have here?

7    **A.**   That's correct.

8    **Q.**   There are no LDC's.  These are all non-LDC's.  I think I

9    misspoke.

10   **A.**   Sorry.  Yes.  There are no LDC's in this table.

11   **Q.**   What did you find with respect to the coefficients on

12   your admissions model for the different races in the expanded

13   data set both for Model 4 and Model 5?

14   **A.**   The basic patterns still hold.  There's a small -- they

15   go down just a tiny bit for Asian-Americans, but the same

16   themes emerge.

17          We have large positive bumps for African-Americans

18   that are not as large if you're disadvantaged.  Large bumps

19   for Hispanics.  Same thing with disadvantaged.  And then

20   statistically significant penalties for Asian-American

21   applicants, again with the exception of female disadvantaged

22   in Model 5.

23   **Q.**   And in the ALDC subgroup, did you look to see whether

24   there was any evidence in the LDC subset of discrimination

25   against Asian-Americans?

```
1    A.   I did not find any discrimination against LDC
2    Asian-Americans.  If anything, the coefficient was positive
3    for them.
4              THE COURT:  I looked at this while we were sitting
5    here.  This is off the sheets that you gave me?
6              MR. McBRIDE:  Yes.
7              THE COURT:  On the ALDC categories, the Asians do
8    better than the average in every single category, right?
9              THE WITNESS:  For admit rates?
10             THE COURT:  Yes.
11   BY MR. McBRIDE:
12   Q.   You have these sheets in front of you, Professor, as
13   well.
14             THE COURT:  I managed to figure out the percentages
15   myself.
16             THE WITNESS:  You're talking about the admissions,
17   right?
18             THE COURT:  Right.  I'm looking at the sheet I got
19   at lunch.
20             MR. McBRIDE:  Is the title "Asian applicants
21   interviewed by" --
22             THE COURT:  No.  The other one.
23             MR. McBRIDE:  The "Asian-American Applicants and
24   Admits"?
25             THE COURT:  Yes.
```

```
1              THE WITNESS:  Yeah.  That's correct.
2              THE COURT:  They do better in every single
3    category, right?
4              THE WITNESS:  Yes.
5              THE COURT:  These categories look to me like
6    there's nothing subjective in them at all, right?
7              THE WITNESS:  What do you mean by that?
8              THE COURT:  Well, athletes, if they're a recruited
9    athlete, they're a recruited athlete.  It's like a binary.
10             THE WITNESS:  Right.
11             THE COURT:  They're either a legacy or they are
12   not.  There's not like a strong legacy and a weak legacy,
13   right there?
14             THE WITNESS:  I don't know about that per se.  But,
15   yeah, I take the point.
16             THE COURT:  And the dean's list is what it is and
17   then the children and of faculty and staff.
18             So the Asians do better in every single one of
19   those categories.  So your theory is that there's no penalty
20   against Asians in those categories, but then there's
21   discrimination against the Asian in the general applicant
22   pool.
23             THE WITNESS:  Yeah.  I think that that could be
24   quite consistent with how racial preferences could operate.
25             Here I'm giving you my own theory on this as
```

1    opposed to being able to say more than that.

2         But we know that Asians are very underrepresented

3    in those cases.  If anything, at that point, if you want to

4    the have a diverse group of legacies at your school, then you

5    wouldn't see a penalty against them.

6         If mainly you're worried about the total number of

7    Asian-Americans, you're not going to penalize the ones where

8    you've got this strong preference for that you see with

9    athletes and legacies.  You're going to penalize the other

10   ones.  That would be my explanation for why we see the

11   results that we do.

12        THE COURT:  Assuming a discriminatory animus,

13   right, you could still penalize the Asians in all these

14   categories, right?

15        THE WITNESS:  Oh, you could.  Take athletes, for

16   example, I just don't think that for something like that you

17   would ever -- that would ever play a role.

18        THE COURT:  But if you were going to take whatever

19   percentage off the dean's list -- the percentage that comes

20   off the dean's list is 42 percent.  But the Asians come off

21   the dean's list -- that are admitted off the dean's list at

22   48 percent.  So if you wanted to, if there was like a penalty

23   there, you could take lots of people off the dean's list

24   except the Asians, right?

25        THE WITNESS:  That could be one way that it

 1    manifests itself.  What we've seen is that the way the

 2    preferences operate is there's lots of variation.  We can see

 3    that with the fact that African-Americans who are

 4    disadvantaged get a smaller tip relative to their similarly

 5    situated whites.

 6            But I should say that we're coming up to a slide

 7    where that's true for this 2 percent of the applicant pool;

 8    that is, ALDC for Asian-Americans.  We're going to be coming

 9    up and showing that the total effect, even if you have them

10    all in, is a significant reduction in the number of

11    Asian-Americans admitted.

12            THE COURT:  I'm just trying to think this through

13    because, obviously, I think we've all figured out this

14    morning this is not my strong suit.

15            Have you looked at and would it be relevant to look

16    at, for example, the personal and overall scores on this

17    group and see if there's a negative effect?

18            THE WITNESS:  We actually have that in the tables.

19    What I know for sure is that legacies -- you see a bump in

20    the personal rating for legacies.  There might be, like, one

21    other case where you see a bump for legacies, but generally

22    you don't see legacies getting a bump.

23            I'd have to look at the coefficients to know what's

24    happening with all the different interactions between like

25    Asian-American and legacy.  But I could certainly do that if

1    you'd like.

2              THE COURT:  Again, this is not my strong suit, but

3    it looks to me like what you're arguing is that you have an

4    admissions office that's discriminating against Asians in

5    some way, but that they only do it in certain places.

6              THE WITNESS:  That's correct.

7              THE COURT:  So if you're discriminating against a

8    group, wouldn't you expect them to be discriminated against

9    across the board?

10             THE WITNESS:  I don't think so.  I'll give you one

11   example that we know from law, actually.  If you look at

12   under-represented minorities, there doesn't appear to be much

13   going on with being hired on right out of law school, but

14   there's more going on at the next level.

15             If there was going to be discrimination, it's

16   coming more in at the partner level than at, I guess, it's

17   the associate level.

18             And there's many economic studies where it starts

19   showing -- showing that that's the case.

20             So if we're think about a university trying to sort

21   of satisfy having a particular racial mix, they're going to

22   do it in the way that best fits their objectives.  You're not

23   going to want to upset your Asian-American legacies when

24   there's all this stuff going on about the fact that there's

25   this perception that Harvard discriminates against them.

1          THE COURT:  They're not only not being

2    discriminated against, they're actually being favored in

3    these categories.

4          THE WITNESS:  They're being favored, but the

5    estimates of this are not statistically significant.  I don't

6    know whether the difference in means are statistically

7    significant.  I'm just talking about when you're doing the

8    coefficients of the model.  So it's a noisier process.

9          THE COURT:  Okay.

10   BY MR. McBRIDE:

11   Q.  With respect to your expanded data set, did you analyze

12   how the coefficients that you saw changed the number of

13   students who were admitted?

14   A.  I did.

15   Q.  Then you go to Slide 38.

16          When you looked at the expanded data set and you

17   calculated the difference in the number of Asian-American

18   students who were admitted once you removed the

19   Asian-American penalty, what did you find?

20   A.  The numbers fall slightly for the reasons we were just

21   discussing, but there are still substantial increases between

22   20 and 55 additional students, and that's the result of very

23   few Asian-Americans in that ALDC group.

24   Q.  We've talked about the models that you made for your

25   work.  Did you also create models for Mr. Richard Kahlenberg?

1    **A.**  I did.

2    **Q.**  Did they include the ALDC subgroup?

3    **A.**  They did.

4    **Q.**  Why is that?

5    **A.**  We were looking at modeling different things here.  He's

6    looking to try to match the full distribution, not looking

7    specifically at the penalties Asian-Americans face.  And in

8    particular he's interested in doing things like turning off

9    legacy preferences or in some cases athletic preferences.

10   And in order to do that, you need another model.

11   **Q.**  What about the personal rating?  Did the models you made

12   for Mr. Kahlenberg include the personal rating?

13   **A.**  They did.

14   **Q.**  Why is that?

15   **A.**  He was trying to look at this from Harvard's perspective,

16   and Harvard's perspective is the personal rating is not

17   biased against Asians.  And that race doesn't affect the

18   personal rating.  So it makes sense if you're going to model

19   it from Harvard's perspective, to take what they say about

20   that rating seriously.

21   **Q.**  I heard some questions about whether these were pooled or

22   yearly models during his testimony.  What were they?

23   **A.**  They pooled models.

24   **Q.**  I heard testimony about how these models reflect the

25   Harvard's admissions process as it actually was.  Do you

1    agree with that?

2    **A.**   I should offer one clarification.  The models that he did

3    for me were pooled models.  The models that were taken from

4    Card's were yearly models.

5    **Q.**   Understood.  My question was so we heard some testimony

6    about how these models reflect the Harvard admissions process

7    as it actually was.

8           Do you agree with that characterization?

9    **A.**   To some extent, yes.  To some extent, no.  So, on the one

10   hand, all these models are designed to approximate the

11   Harvard admission process.  But they're not perfect

12   approximations, and we're not including variables that we

13   know are important to the Harvard admissions process.

14          The perfect example of that is the overall rating.

15   The overall rating matters in the Harvard admissions process.

16   It shows right up on there on the summary sheets, but we're

17   not including it because that's one of the channels through

18   which race operates.

19   **Q.**   Is that true for both your models and the models you made

20   for Mr. Kahlenberg?

21   **A.**   That's correct.

22   **Q.**   So I want to go back to Slide 35 in your Plaintiff's

23   demonstrative 38, which is your marginal effect of race on

24   the probability of admission.

25          Did your determination of the marginal effect of

1    race provide any sense or indication to you of how important

2    of a role race plays in determining admissions?

3    **A.**   Yes.  It's quite substantial for African-Americans and

4    Hispanics.

5    **Q.**   And how does this show that?

6    **A.**   Well, you've got a 324 percent increase in your

7    admissions probability for African-Americans and 141 percent

8    increase for Hispanics.

9    **Q.**   And did you look at how this would be reflected in

10    changes in the numbers of admitted students based on the

11    marginal effect when you turned off all racial preferences?

12    **A.**   I did.

13    **Q.**   We'll go to --

14          THE COURT:  Can I ask you another question

15    about 35?

16          MR. McBRIDE:  Sure.

17          THE COURT:  Assuming for the moment that you're

18    taking African-Americans and Hispanics that wouldn't get in

19    without some kind of racial preference, right?  That's

20    basically what this says, right?

21          THE WITNESS:  That's correct.

22          THE COURT:  Those numbers have to come from

23    someplace, and you're saying they come, at least in part,

24    from the Asian population, right?

25          THE WITNESS:  That's correct.  So the way to

1    interpret what we have here is like if we changed one
2    African-American's race, how would that affect their
3    probability.  Now, once you are going to get rid of the
4    preference as a whole, now we've got to spread out the fact
5    that, okay, now it's going to be a little bit easier to get
6    into Harvard because we don't -- those other students were
7    not admitted.  And so we're going to get to that I think in
8    one slide to show how everything gets spread around.
9               THE COURT:  Can you go back to 35 for a minute.
10              So you're saying that the decrease in Asians, is
11   that taking into account that -- I mean, if you're letting in
12   African-Americans and Hispanics that would not get in but for
13   the racial preference, are you saying it's all coming out of
14   the Asian population, or are you saying it's coming out of
15   the Asian population 16 percent more than it's coming out of
16   the white population?
17              THE WITNESS:  I'm sorry.  I was confusing in this
18   answer.
19              This is effectively doing these things one at a
20   time, not spreading out the admits at all.  So for
21   Asian-Americans, getting rid of the effect of race just means
22   turning off their Asian-American penalty.  Then when we look
23   at African-Americans, we're turning off the effect of race
24   for African-Americans and seeing how their admissions
25   probably would be affected.  You shouldn't interpret that as

1    though the number of beds is held fixed there.  This would be

2    just -- we're just changing the probabilities for everybody

3    for African-Americans.

4         The next slide, that's what a marginal effect does.

5    When we actually simulate the removal of all the preferences,

6    that's where we're going to do the adjustments, and that's

7    what we had when removed the Asian penalty.  So when we take

8    race out of the admissions process, we're going to be taking

9    away the Asian-American penalty, the bump African-Americans

10   receive and Hispanics receive, and then we'll see who the

11   winners and losers are as a result of that.

12        THE COURT:  Okay.

13   BY MR. McBRIDE:

14   **Q.**  So it's true then you did an analysis where you turned

15   off all the racial preferences and you basically answered Her

16   Honor's question as to where would you see increases in terms

17   of certain populations for racial groups and where would you

18   see decreases?

19   **A.**  That's correct.

20   **Q.**  And is that here on slide -- that's not where it is.

21        On Slide 39 here, changes in admissions levels,

22   baseline data set?

23   **A.**  Yes.  So this is just for the baseline.  So it's holding

24   what's going on with those LDC applicants fixed, though we do

25   it with the expanded data set in the slide coming up.

1           And what you can see is substantial drops in the

2    number of African-American admits.  The numbers aren't all

3    going to add up to zero because we do have another racial

4    group here, which is the others.  But you see substantial

5    drops in the number of African-American admits, the number of

6    Hispanic admits, big rises for whites and Asian-Americans,

7    but the increase is definitely higher for Asian-Americans

8    than it is for whites.

9    **Q.**  And roughly on a year-to-year basis, what percentage of

10   African-American applicants would not have been admitted but

11   for the racial preferences?

12   **A.**  About two-thirds.

13   **Q.**  And with respect to Hispanic applicants?

14   **A.**  About half.

15   **Q.**  And looking at the chart, does the removal of racial

16   preferences only benefit white applicants?

17   **A.**  No.  It benefits Asian-American applicants more than

18   white applicants.

19   **Q.**  Did you look at the same effect in the expanded data set?

20   **A.**  I did.

21   **Q.**  Going to Slide 40, changes in admissions levels for the

22   expanded data set, what did you see with respect to the

23   decrease in admitted students for African-American and

24   Hispanic populations versus Asian-American and whites?

25   **A.**  It's basically the same patterns.  I don't think it's

1    quite two-thirds there but substantial drops in both cases.

2    **Q.**   What does this tell you about the significance of race in

3    Harvard's admissions process?

4    **A.**   Well, race is a determinative factor.  It's changing the

5    admissions of underrepresented minorities in a very

6    substantial way.

7    **Q.**   I want to talk to you a little bit about your review of

8    the full application files, if I could.  How many of those

9    did you review?

10   **A.**   480 plus some from the clients.

11   **Q.**   Why did you review them?

12   **A.**   Well, when I'm seeing this -- this is actually the first

13   time where I've written something about an Asian-American

14   penalty.  So you want to look at the files and see does this

15   make any sense.  You're just trying to provide some context

16   for what the statistical analysis does.  I don't think that

17   reading the files necessarily proves something per se but

18   provides an illustration of what the statistical analysis is

19   showing.

20   **Q.**   And in your review of those files, did you become

21   familiar with the phrase "standard strong"?

22   **A.**   I did.

23   **Q.**   What did you understand that phrase to mean on these

24   application files?

25   **A.**   I understood it to mean that this is a strong applicant

1    but not quite good enough for Harvard.

2    **Q.**  Did you investigate the use of that phrase in those

3    files?

4    **A.**  That's correct.

5    **Q.**  What did you do?

6    **A.**  As part of this litigation, 10 percent of the

7    applications in 2018 were searched for comments, and one of

8    the search terms was "standard strong."

9    **Q.**  What did you determine from that?  How many files about

10   you find?

11   **A.**  255.

12   **Q.**  And did you do any analysis of the credentials and

13   qualifications of those files?

14   **A.**  I did.

15   **Q.**  I'm going to Slide 41 in Plaintiff's Demonstrative 38.

16          Does this reflect your analysis of the

17   qualifications of those 255 applicants?

18   **A.**  It does.

19          I do want to also just point out that this is for

20   all the files, so it's not excluding legacies or athletes.

21   Though I don't think they would -- I don't know what the

22   rates of them receiving that rating are actually.

23   **Q.**  What was of the breakdown of the 255 standard strong

24   applications that came out of this subset of applications?

25   **A.**  There were mainly whites and Asian-Americans.  We can see

1    that there were 126 whites received that label, 114

2    Asian-Americans, 3 African-Americans, and 12 Hispanic

3    applicants.

4    **Q.**   And in terms of the share of the applicant pool that was

5    searched that was labeled "standard strong," how did that

6    break down?

7    **A.**   You can see that Asian-Americans had the highest share of

8    that with over 15 percent, followed by whites with

9    12 percent, and then 1 percent for African-Americans and

10   3.6 percent for Hispanics.

11   **Q.**   Just to be clear, is this representative of the total

12   number of applicants receiving the "standard strong" label in

13   the entire 150,000 applicants in your data set?

14   **A.**   No.   This is a subset of the applicants just from 2018

15   from the 10 percent search.

16   **Q.**   What was Harvard's ultimate admissions decision on these

17   255 applicants?

18   **A.**   They were all rejected.

19   **Q.**   And down the left side, what objective qualifications did

20   you look at for your analysis?

21   **A.**   Well, we have the standard academic ones.   We have the

22   academic index, SAT math, and SAT verbal.

23            And what you can see like, for example, in the

24   academic index in SAT math, whites who receive the standard

25   strong rating had significantly lower academic indices than

1    Asian-Americans.

2              Same is true for SAT math and it's also the case

3    that Asian-Americans had significantly higher academic

4    indices than African-Americans and Hispanics who received

5    that rating.

6              SAT verbal, again Asian-Americans.  It's not

7    significant with respect to whites, it is with respect to the

8    other two.  It's always the case that Asian-Americans are the

9    strongest.

10   **Q.**  And what do you conclude from these differences in the

11   qualifications for the Asian-American standard strong

12   applicants?

13   **A.**  It's all quite consistent with Asian-Americans facing a

14   penalty in admissions.  They're being held to a higher

15   standard.

16   **Q.**  In your review of the full application files, did you see

17   full files that had students labeled "standard strong"?

18   **A.**  I did.

19             MR. McBRIDE:  I'd like to turn off the gallery

20   monitors, if I could, please.  I'm going to put an

21   application file on the screen.  Okay.

22   BY MR. McBRIDE:

23   **Q.**  I'm going to put on the screen Plaintiff's Exhibit 116,

24   which is in the binder.

25             Is this one of the files that you reviewed?

1    **A.**   It is.

2    **Q.**   And you have this in your binder if you need to refer to

3    that.

4              MR. McBRIDE:  Your Honor, I'd like to offer

5    Plaintiff's Exhibit 116 into evidence.

6              MR. LEE:  No objection.

7              THE COURT:  Admitted.

8              (Plaintiff Exhibit No. 116 admitted.)

9    BY MR. McBRIDE:

10   **Q.**   On this, this is second page of the file.  Where do we

11   find the standard strong notation?

12   **A.**   You have to go to the bottom left.

13   **Q.**   If I scroll down to the bottom left.

14   **A.**   You can see SS, standard strong.

15   **Q.**   And if we go to the top and we look at the academic

16   qualifications of this applicant -- I'll zoom in on these

17   here -- what do we see?

18   **A.**   You can see that their academic index of 234 would put

19   them in the 9th decile.  They have very strong test scores

20   and very strong grades.

21   **Q.**   Was there an alumni interview in this file?

22   **A.**   There was.

23   **Q.**   I'm going to go to page 4 of the file.  Are these the

24   alumni interview notes?

25   **A.**   They are.

1  **Q.**  And without being too descriptive so as not to give any

2  personally identifying information, what did you notice when

3  you looked in the academic and the extracurricular aspects of

4  the alumni interviewer's notes about this applicant?

5  **A.**  The alumni interviewer praises her for her strong

6  academic credentials.  What's also interesting is that she

7  wants -- let me actually get to the right point here.

8  **Q.**  I can zoom in on it, if you let me know where you want to

9  look specifically.

10  **A.**  On the academic side, the alumni praises her strengths

11  here.

12           At the end of the day, while the alumni always rank

13  them on academic, extracurricular, personal, and overall, the

14  ones that make it into the database are just the personal and

15  overall.

16           She's clearly very strong on the academics.  If we

17  get to the extracurriculars, this is where we really see some

18  distinguishing things.  She was a champion figure skater and

19  won many awards for that.

20  **Q.**  In fact, if we go to the front page, how did she

21  characterize her figure skating?

22  **A.**  She characterized it that she was a professional figure

23  skater.

24  **Q.**  And when you look at the extracurricular qualifications,

25  what kinds of accomplishments did she have with respect to

1   her figure skating?

2   **A.**   She won regional championships, was a national finalist

3   as well as getting numerous other medals.

4   **Q.**   What was the rating that the alumni interviewer gave her

5   with respect to extracurricular activities?

6   **A.**   1-.

7   **Q.**   If you turn to the next page of the alumni interview

8   notes and look under the personal qualities, was there

9   anything there that caught your attention?

10  **A.**   Yeah, there were quite a number of things.  She's

11  experienced a lot of personal adversity.  Her father was

12  diagnosed with a severe mental illness, which means that

13  she's had to share the responsibility of taking care of him

14  with her mother.  There was a short period when she was in

15  foster care because her parents were hospitalized.  In the

16  summer before her -- before she applied, her mother was hit

17  by a drunk driver, leaving her mother seriously injured.

18  **Q.**   If you look down at the bottom under the -- before we go

19  from there, Professor, what did the alumni interviewer rank

20  the applicant for personal qualities?

21  **A.**   A "1."

22  **Q.**   And when you look down at the overall rating, what were

23  the alumni interviewer's comments with respect to this

24  applicant?

25  **A.**   The alumni interviewer said this was generally one of the

1  best interview experiences I've had over the past five-plus

2  years.

3  **Q.**  And what did the alumni interviewer rate in applicant in

4  terms of the overall rating?

5  **A.**  1-.

6  **Q.**  Did any of this information get reflected in the personal

7  essay?

8  **A.**  It did.

9  **Q.**  In what way?

10  **A.**  Well, she spoke about -- in one of her essays she spoke

11  about her figure skating.  In another essay she spoke about

12  dealing with her dad's mental illness.  And in another essay

13  she talked about her experience in foster care.

14  **Q.**  If you turn to the teacher letter on the 26th page, it

15  ends in 125.  I just want to ask you about the bottom of

16  this.  I'll call out the last two paragraphs.

17       What did her teacher have to say in recommending

18  this applicant?

19  **A.**  I will start with the last sentence of that paragraph.

20  This is sort of characterizing what sort of happened after

21  the drunk driving accident.

22       The person "took on the role of the parent, calling

23  insurance, hospitals, managing transportation, etc., which

24  further matured her and helped her realize she could accept

25  any challenge with Grace and humility."

1          It goes on to say, "There honestly aren't enough

2     words or time for me to speak of how amazing a young woman

3     this person is.  She is incredibly mature, intelligent, and

4     motivated.  She will be an asset to any university.  I have

5     never taught a student as promising as this person, and I

6     looked forward to her contributions to society."

7     **Q.**  I want to go back to the summary sheet here on the second

8     page and just focus in on the bottom.

9          What did this reader of the file at Harvard enter

10    as the extracurricular and athletic rating for this figure

11    skater?

12    **A.**  3+ for the extracurricular and a 4 for the athletic.

13    **Q.**  And what was entered for personal score?

14    **A.**  A "3."

15    **Q.**  And what did the reader do with the alumni ratings that

16    we just read?

17    **A.**  It was not recorded.

18    **Q.**  And what was the admissions decision on this student?

19    **A.**  This student was rejected.

20    **Q.**  Does this one file from one year prove discrimination?

21    **A.**  No, it doesn't.  But it does provide context to the

22    file -- context to my results.

23    **Q.**  Just to be clear, what was the race or ethnicity of this

24    student?

25    **A.**  She was Asian.

1    Q.  I want to put Plaintiff's Exhibit 112 up on the screen.

2    Was this a file that you reviewed as part of your work?

3    A.  It was.

4            MR. McBRIDE:  Your Honor, I'd like to move

5    Plaintiff's Exhibit 112 into evidence.

6            MR. LEE:  No objection, Your Honor.

7            THE COURT:  It's admitted.

8            (Plaintiff Exhibit No. 112 admitted.)

9    BY MR. McBRIDE:

10   Q.  I'll put Plaintiff's Exhibit 117 up on the screen as

11   well.  Is Plaintiff's Exhibit 117 one of the application

12   files that you reviewed?

13           MR. McBRIDE:  I'd like to move Plaintiff's

14   Exhibit 117 into evidence.

15           MR. LEE:  No objection.

16           THE COURT:  It's admitted.

17           (Plaintiff Exhibit No. 117 admitted.)

18           MR. McBRIDE:  I think we can turn the gallery

19   monitors back on.  Thank you.

20   BY MR. McBRIDE:

21   Q.  We heard in opening some criticism of your model for not

22   doing it as a yearly model in the manner of Dr. Card.

23           Do you recall that?

24   A.  I do.

25   Q.  To be clear, instead of a yearly model what did you do?

1    **A.**   I ran a pooled model where you're using information from

2    all six admission cycles to inform the coefficients of the

3    model.

4    **Q.**   What are the advantages of pooling?

5    **A.**   Well, it allows -- by putting some restrictions on how

6    things are operate across years, you have more statistical

7    power for some of these coefficients.  And it also allows you

8    to get at some of the subtleties for how race operates.  For

9    example, you have enough disadvantaged applicants to do

10   things like interact African-American with disadvantaged.

11   **Q.**   Now, do students in one application year actually compete

12   with students from other years?

13   **A.**   Of course not.

14   **Q.**   So how can you pool across those different years?

15   **A.**   Well, the assumption is, is that things like the academic

16   rating are going to be valued in a similar manner from year

17   to year.  In fact, I think I heard Dean Fitzsimmons testify

18   about how little the admissions process has changed even

19   since the OCR report.

20   **Q.**   And in your field, is it common to pool when you have

21   yearly processes like this?

22   **A.**   People do it all the time.

23   **Q.**   Can you give me an example?

24   **A.**   We do it with something like promotion decisions.  You

25   can think about a promotion decision as being one where it's

1    going to depend on the pool of people you're going up against

2    in a particular year.

3            That doesn't mean we don't take into account the

4    fact that in one year things may be more competitive than in

5    another year.  That's part of the model.

6            But it's still going to be the case that in these

7    types of things that the same things that you're going to

8    value in a promotion decision, your ability to make a profit

9    for your firm, we would expect to be consistent from year to

10   year.

11   **Q.**  And did you do something like that with your model to

12   account for any variations across the careers?

13   **A.**  I did.  The most important of those is just including the

14   admissions cycle in the model.  What that does is it

15   guarantees that in every year the overall admission rates

16   that the model says will be predicted matches the actual

17   admissions rate.

18           I did more than that, too.  Namely, there are

19   things that Harvard keeps track of in terms of the

20   composition of the class.  And those things appear on

21   Harvard's one-pagers.

22           So for many of those variables we're also

23   interacting those with the admission cycle, and that would

24   sort of take into account that, for example, if there are

25   more humanities majors applying in one year than the other,

1   Harvard may admit more humanities majors when humanities

2   majors were scarce.

3   **Q.**  Given what you've done, do you agree that using a pooled

4   model is a reliable way for modeling Harvard's admissions

5   process?

6   **A.**  I do.

7   **Q.**  I want to turn to another criticism of Dr. Card's of your

8   model.  You said you have about 300 or so variables?

9   **A.**  Yeah.  More than 300, yes.

10  **Q.**  And I think we already touched on this, but did you

11  include -- I know you excluded overall and personal scores,

12  right?

13  **A.**  That's correct.

14  **Q.**  But beyond that, did you include every other

15  characteristic or variable from the database from your model?

16  **A.**  No.  You run the risk of overfitting if you're going to

17  control for too many things.

18          But then there are other aspects as well, such as

19  you want to be sure that the data you're working with are

20  reliable.

21  **Q.**  And did you account in constructing your model for any

22  data that you believed was not reliable?

23  **A.**  Yes.  There were a few variables that Professor Card uses

24  that I don't, and it's mainly because I don't think the

25  quality of the data is very good.  That being said, I do do

1  robustness analysis where we say, okay, well, what if we put

2  those variables back in?  And I still see a significant

3  penalty against Asian-Americans.

4  **Q.**  Can you give me an example of one of the variables that

5  Dr. Card said should be included but that you didn't?

6  **A.**  Yes.  Parental occupation.

7  **Q.**  I'm going to put up on the screen Slide 42 of Plaintiff's

8  Demonstrative 38.  What's the data on this slide?

9  **A.**  It has the number of applicants whose parents had

10  particular occupations.  Now, this doesn't cover all the

11  occupations.  The other occupations are going to be a bit

12  more stable than these.  But these provide examples of the

13  fact that the mother's and father's occupation vary in ways

14  that make me question the quality of the data.

15  **Q.**  Can you point us towards what you saw on the data with

16  respect to parental occupation that made you question its

17  reliability?

18  **A.**  Well, when you look at things like low-skilled, there's a

19  huge number in 2014 for both mother's occupation and father's

20  occupation.  Then in all the other years, the number is very

21  small.

22          You can see it in the context of homemaker.  The

23  idea that homemakers would switch in 2018 from 4,600 falling

24  by so much in 2019.

25          Unemployed moves around in a very strange way where

1     there's hardly any unemployed in 2018 and '19 but much bigger

2     in 2015 through '17 and then sort of half of that in 2014.

3     **Q.**   What about other and self-employed?  Did you see any

4     variations there that caused you to question the reliability

5     of the data?

6     **A.**   Yeah.  In 2014, no one is listed as self-employed whereas

7     you see larger numbers throughout there.  And in other, you

8     see very small in 2014, and then there are these big jumps

9     when you go to 2018 and 2019 over 2017.

10    **Q.**   What was your conclusion about whether or not you should

11    keep parental occupation in your model?

12    **A.**   Well, my basic standard was is this something I would

13    include if I was going to send this off for publication.  And

14    I would not, because I view this data as being not of high

15    quality.

16          But again, we do checks to see whether it affects

17    our findings, and we still find penalties against

18    Asian-Americans.

19    **Q.**   Are there any other variables that Professor Card

20    criticized you for not including?

21    **A.**   Yes.  Intended career.

22    **Q.**   If you look on Slide 43 of Plaintiff's Demonstrative 38,

23    is this the data on intended career?

24    **A.**   That's correct.

25    **Q.**   And what is it in the data for intended career that

1    caused you to question its reliability?

2    **A.**   Well, there are a lot -- and again, not all of them are

3    on here, but these are the ones we're looking at because they

4    vary substantially.

5            You can just see big jumps.  Just look at the

6    academic.  You see high values in 2014 and 2018 and very low

7    values in those other years.

8            If you look at health, there's this massive jump in

9    2018, smaller number in all the other years, but 2014 seems

10   bigger than all the other years.

11           In all of this data, it seems to be moving around

12   in ways that I don't trust what's going on.

13   **Q.**   Are there any other variables that you excluded of note?

14   **A.**   I think I mentioned before the interview with the

15   admissions officer.  That's one, too, where clear preferences

16   are affecting that rating.  You might think an interview

17   might matter, but that ought to be the scored interview, not

18   whether you had an interview.

19   **Q.**   Did Dr. Card have any criticisms about the statistical

20   strength of your models' findings?

21   **A.**   He did.

22   **Q.**   What was that criticism?

23   **A.**   He was concerned that the pseudo R-squared, which is a

24   measure of fits for these models, he viewed as being

25   relatively low.

1    Q.   And what do economists in your field consider to be a
2    good pseudo R-squared for a logit model like the ones you
3    did?
4    A.   The premier person in this area is Dan McFadden.  And
5    what he says is that pseudo R-squared between .2 and .4
6    actually provides an excellent fit to the data.  And he
7    really highlights the fact that there's another measure
8    called the R-squared which is used in another context, that
9    you cannot compare those two because you get much lower
10   values when you do the pseudo R-squared.
11   Q.   And what was the pseudo R-squared for your personal
12   ratings model?
13   A.   .28.
14   Q.   Does that fall within the range of excellent fit?
15   A.   It did.
16   Q.   Did Dr. Card create his own logit model to model the
17   Harvard admissions process?
18   A.   He did.
19   Q.   I know we've covered some of this in terms of these
20   variables, but generally how did his model differ from yours?
21   A.   The two most important differences were the inclusion of
22   the ALDC applicants and the inclusion of the personal rating.
23        But there's some other key differences, too,
24   particularly interacting -- choosing not to interact
25   disadvantaged status and including some of these variables

1    that I thought were too unreliable.

2    **Q.**  Now, in terms of his criticism of you for including the

3    personal rating, did Dr. Card, did he ever provide his own

4    model that shows the personal rating is free of any

5    significant influence from race?

6    **A.**  He did not.  He did add some variables to my model and

7    showed some decrease in the Asian, the penalty that

8    Asian-Americans face.  But the statistical significance of

9    that penalty, it was still significant at like the 1 percent

10   level.

11   **Q.**  What about interaction terms for race and disadvantaged

12   that you said he did not include?  What was his justification

13   for leaving those out?

14   **A.**  Well, the idea was you need some theoretical reason for

15   doing that particular interaction.  And really, you could do

16   interactions with everything.  Why those?  And he says that

17   there's no theoretical reason for including that interaction.

18   **Q.**  Did you agree with that criticism?

19   **A.**  I did not.

20   **Q.**  Why is that?

21   **A.**  For two reasons that I mentioned before.  One, in my past

22   work on affirmative action in higher education, I had

23   included such an interaction.  And what we saw in the OIR

24   reports, while I'm obviously interacting disadvantaged status

25   and there they did low income, we don't have low income in

1    the data.

2    **Q.**  Did you test whether or not -- and I believe I heard you

3    say something about robustness.  Is that correct?

4    **A.**  That's correct.

5    **Q.**  So were you testing how your model would react if you

6    actually made changes based on some of the criticisms of

7    Dr. Card?

8    **A.**  That's correct.

9    **Q.**  Did you prepare demonstratives showing that?

10   **A.**  Yes.

11   **Q.**  I'm going to Slide 44, marginal effect of race on

12   probability of admission using Card's assumptions, baseline

13   data set.

14        What did you do to your preferred model to

15   incorporate some of Dr. Card's criticisms?

16   **A.**  So I added the personal rating back in.  I added the

17   parental occupation, intended career variables back in.  I

18   removed all the interactions with gender.

19        In Card's opening report, he had a different way of

20   doing the ratings, and I included his way of doing the

21   ratings.  Even including all those things, you still see

22   negative penalty against Asian-Americans.

23        THE COURT:  You left in the other interactions,

24   though, right?

25        THE WITNESS:  I left in the interaction between --

1      the key one is the disadvantaged status with race.  That

2      really is an important one.  And the reason is a little

3      subtle, but I think provides a good illustration of what's

4      going on.

5             Namely, we know that African-Americans and

6      Hispanics don't get as much of a bump for being

7      disadvantaged.  So when they're included, when you don't

8      interact it, it makes disadvantaged status itself seem not

9      very important for Asian applicants and white applicants.

10            Now, why does that matter in the context of an

11     Asian-American penalty?

12            Well, as it turns out, Asian-Americans are

13     significantly more likely to be low income.  So given that

14     they're more likely to be disadvantaged, when you lower the

15     tip for being disadvantaged, it makes it look like the

16     penalty is not as big as what it actually is.

17            THE COURT:  I'm just thinking wasn't Harvard's data

18     that every ethnic group got the same tip for disadvantage,

19     basically?

20            THE WITNESS:  No.  On those OIR reports, you'll see

21     that they found a negative coefficient on the

22     African-American times low income.  And that was quite large

23     and statistically significant.

24            And in their model I think you actually saw a

25     positive Asian-American coefficient with disadvantaged.

1           Again, that's just the interaction term, not the

2    total penalty.  But it shows the disadvantaged -- well, they

3    were doing low income -- that the effect varied by race in a

4    significant way.

5           MR. McBRIDE:  Your Honor, that's Plaintiff's

6    Exhibit 28.8.  I can put that on the screen for you.

7           THE COURT:  Put that up for me, will you?

8           THE WITNESS:  What you're looking there, at the

9    bottom you can see right underneath "Asian," you can see

10   "African-American" and "Low Income."  And that coefficient is

11   negative and significant.  The P value is to the right of

12   that.  The fact it's all zeros means this is a significant

13   effect.

14          That does not mean that African-Americans don't get

15   a tip.  It's just that the tip they get, if they're low

16   income relative to whites who are low income, is lower.

17   BY MR. McBRIDE:

18   Q.  And is this a factor associated with the summing of the

19   coefficients for interaction terms that you went through

20   earlier?

21   A.  Exactly.

22          THE COURT:  Thank you.

23   BY MR. McBRIDE:

24   Q.  So just to conclude this.  Even incorporating these

25   criticisms of Dr. Card into your preferred model, what was

1   the marginal effect of being Asian-American on the

2   probability of admission?

3   **A.**   Negative .32 percent.  So if you do all those

4   corrections, it does reduce the size of the penalty, but

5   remains significant.  When you think about a baseline of a

6   5 percent admit rate, it's still a significant change.

7   **Q.**   Do you recall another opinion of Dr. Card's was that he

8   believed there was no evidence of discrimination in certain

9   subgroups that he claimed were important?

10  **A.**   That's correct.

11  **Q.**   What was that criticism?

12  **A.**   Well, that criticism was, if you estimated the model only

13  in female applicants or only on applicants from California,

14  that you actually saw a positive effect for Asian-American in

15  those models.

16  **Q.**   Do you agree with that criticism?

17  **A.**   I do not for a number of reasons.  First, ALDC applicants

18  are still in the model.  We still have the personal rating,

19  and we have all these other variables that I don't think

20  belong in the model.

21          The other issue with doing that is now you've cut

22  your sample in half and the number of variables that

23  Professor Card has is a lot more than mine because you're

24  estimating yearly model.  Roughly six times, give or take.

25          So now you've cut your sample in half, and you've

1    got all these variables in your model, and I think you're

2    really running a risk of overfitting.  And for California

3    you're talking about 30 percent of the applicants.

4    **Q.**  Let's assume, though, that the Court would agree with

5    Dr. Card's modeling choices.  Would that make these findings

6    valid in your eyes?

7    **A.**  No.  None of them are close to statistically significant.

8    **Q.**  So I want to just focus on the two main disagreements

9    here for a moment.  The inclusion of ALDC and the inclusion

10   of the personal rating that Dr. Card thinks are necessary.

11          Did you do any analysis of what would happen to the

12   results of Dr. Card's model if you corrected it by removing

13   the ALDC applicants and removing the personal rating?

14   **A.**  I did.

15   **Q.**  I'm going to Slide 45.  Is that this analysis?

16   **A.**  That's correct.

17   **Q.**  What did you find when you took Dr. Card's model and

18   added back in -- I'm sorry -- removed the ALDC applicants and

19   removed the personal rating?

20   **A.**  If you just removed the ALDC applicants, it's negative

21   but not statistically significant.  If you also remove the

22   personal rating, you're getting a fairly big effect of

23   negative .56 percent, and it's statistically significant.

24          Actually in Card's opening report, he shows what

25   the effect of removing the personal rating even with just --

1      keeping the ALDC applicants in there, and there you also see

2      a negative and significant penalty against Asian-Americans.

3      **Q.**   And what specifically is the penalty for being

4      Asian-American on the probability of admission when you

5      correct Dr. Card's model for ALDC and personal rating?

6      **A.**   Negative .56 percent penalty.

7      **Q.**   Taking a step back.  Given these results with the

8      correction of Dr. Card's model as well as the results of your

9      own model, what is your ultimate conclusion about the

10     presence of a penalty against Asian-Americans in the

11     admissions process?

12     **A.**   I think the evidence is quite compelling.  That there is

13     a penalty against Asian-American applicants, and these

14     results are stuff that I would fully expect that could be

15     published.

16     **Q.**   Thank you.

17             MR. McBRIDE:  No further questions.

18             MR. LEE:  Can we take a ten-minute break that will

19     allow us to get set up?

20             THE COURT:  Yes.  You will recall that I have a

21     quick status conference at 2:30.

22             Ten-minute break now is fine.

23             (Court recessed at 1:55 p.m.)

24                             EXAMINATION

25

1    BY MR. LEE:

2    **Q.**   Good afternoon.

3    **A.**   Good afternoon.

4    **Q.**   Before I go to the heart of the cross-examination, I want

5    to see if I can correct one thing with you on one of the

6    exhibits you discussed with Mr. McBride.

7              Do you have the notebook that he was using with you

8    up there still?  I believe it's to your right, perhaps.

9              You discussed Plaintiff's Exhibit 116, P116, with

10   Mr. McBride.  Do you remember that, a student file?

11   **A.**   P116, yes, a student file, yes.

12   **Q.**   If I turn you to the first page --

13             MR. LEE:  And, Your Honor, I think we'll have to

14   turn off the public monitor.

15             THE COURT:  Yes.

16   BY MR. LEE:

17   **Q.**   You looked at the summary sheet with Mr. McBride.  Do you

18   recall that?

19   **A.**   I do.

20   **Q.**   You discussed with him the different ratings that were

21   provided.  Do you recall that?

22   **A.**   I do.

23   **Q.**   And you made the point for Her Honor that the summary

24   sheet doesn't include the results of the interview rating,

25   correct?

1   **A.**   That's correct.

2   **Q.**   Now, the date on which the ratings were provided out of

3   the summary sheet is actually recorded, isn't it?

4   **A.**   It is.

5   **Q.**   January 13, correct?

6   **A.**   That's correct.

7   **Q.**   So if you go to the fourth page, which is the interview

8   that you discussed with Mr. McBride, do you have that before

9   you?

10  **A.**   I do.

11  **Q.**   That is the interview report, correct?

12  **A.**   That's correct.

13  **Q.**   The interview occurred on January 25, correct?

14  **A.**   That's correct.

15  **Q.**   So that when the ratings were filled out, the person

16  providing the ratings didn't have the interview report

17  because it hadn't occurred, correct?

18  **A.**   That's correct.  But they could have gone back to the

19  file.

20  **Q.**   You weren't trying to suggest that there was anything

21  wrong with the fact that the interview ratings were not

22  recorded, correct?

23  **A.**   What I think was wrong was that they didn't go back to

24  check what those ratings were.  But I don't know if I'd even

25  call it wrong.  I completely agree with you that they didn't

1    have the rating, the alumni interview at the time they filled

2    out the ratings.

3    **Q.**   Now, sir, you've been retained by SFFA in this case,

4    correct?

5    **A.**   That's correct.

6    **Q.**   SFFA has also sued the University of North Carolina,

7    correct?

8    **A.**   Correct.

9    **Q.**   And from that lawsuit SFFA claims that African-American

10   and Hispanic applicants are given preferences over whites,

11   correct?

12   **A.**   And Asian-Americans, yes.

13   **Q.**   And the person who's been retained to be SFFA's expert in

14   that case is you?

15   **A.**   That's correct.

16   **Q.**   And in the last four years, you've been an expert in two

17   cases, correct?

18   **A.**   I've got this case and then two others, yes.

19   **Q.**   And the two cases that involve college admissions

20   processes are this case; that's one, correct?

21   **A.**   Correct.

22   **Q.**   And University of North Carolina, correct?

23   **A.**   Correct.

24   **Q.**   And what they have in common is SFFA, correct?

25   **A.**   Correct.

1    **Q.**   Now, as you tell us in your report, you receive funding

2    from something called the Searle Freedom Trust, correct?

3    **A.**   Correct.

4    **Q.**   You receive somewhere in the neighborhood of $50,000 from

5    the Searle Freedom Trust, correct?

6    **A.**   That's correct.

7    **Q.**   You know that the Searle Freedom Trust is actually a

8    funder of SFFA, don't you?

9    **A.**   I have learned that.

10   **Q.**   In fact, they're a substantial funder of SFFA, correct?

11   **A.**   I don't know.

12   **Q.**   The work that the Searle Trust funded for you was some of

13   the affirmative action work you described for us earlier,

14   correct?

15   **A.**   Correct.

16   **Q.**   Now, to be clear in this case, as you told us, you

17   contend and SFFA contends, that Harvard considers race

18   improperly, correct?

19   **A.**   Correct.

20   **Q.**   In the North Carolina case, SFFA and you contend that the

21   University of North Carolina considers race improperly,

22   correct?

23   **A.**   Correct.

24   **Q.**   In both cases you've prepared statistical models,

25   correct?

1    **A.**   Correct.

2    **Q.**   And in both cases you're going to provide opinions to

3    support your basic conclusion, correct?

4    **A.**   Correct.

5    **Q.**   Now, you recall doing a series of reports and then having

6    your deposition taken, correct?

7    **A.**   Correct.

8    **Q.**   At the time of your deposition, you had not met with a

9    single student who was an SFFA member, correct?

10   **A.**   That's correct.

11   **Q.**   You had not spoken to a single student who was a member

12   of SFFA, correct?

13   **A.**   Correct.

14   **Q.**   You couldn't even name for me one SFFA member, could you?

15   **A.**   I don't remember that.

16   **Q.**   Could you name a single member of SFFA at the time of

17   your deposition?

18   **A.**   I guess not.

19   **Q.**   Right.  And you certainly hadn't reviewed any of their

20   application files to Harvard, correct?

21   **A.**   No.  I had reviewed their files.

22   **Q.**   Right.  Now, the file that you discussed today was not an

23   application file for an SFFA standing member, was it?

24   **A.**   Not the one that I discussed today, no.

25   **Q.**   In fact, you have not met with any Asian-American

1    applicant to Harvard at any point during your work on this

2    case, correct?

3    **A.**   I have not met any Asian-American applicants to Harvard?

4    **Q.**   To Harvard at any time during your work on this case,

5    correct?

6    **A.**   I'm not sure about that.

7    **Q.**   Can you tell me one way or another?

8    **A.**   No, I can't tell you one way or the other.

9    **Q.**   You have not spoken to any Asian-American applicant to

10   Harvard at any time during the course of your work in this

11   case, correct?

12   **A.**   Correct.

13   **Q.**   And, as we sit here today, you can't name for me one

14   current SFFA member who applied to Harvard and was not

15   accepted, correct?

16   **A.**   I reviewed the names for -- I mean, reviewed the files.

17   I don't remember the names, no.

18   **Q.**   So the answer would be correct, right?

19   **A.**   Correct.

20   **Q.**   You understand that SFFA's self-described mission is to

21   end use of race in college admissions, correct?

22   **A.**   I do.

23   **Q.**   Based upon your work in the field, the work you described

24   earlier today to Mr. McBride, do you recall that?

25   **A.**   Yes.

1    **Q.**   You understand that eliminating the consideration of race

2    in American universities like Harvard would result in the

3    reduction in the representation of African-Americans on

4    campus, correct?

5    **A.**   On Harvard's campus, correct.

6    **Q.**   And it would result in the reduction in the number of

7    Hispanics on Harvard's campus, correct?

8    **A.**   Correct.

9    **Q.**   In fact, if we looked at most of your slides today, what

10   we saw was comparisons among African-American applicants,

11   Hispanic applicants, and Asian-American applicants, correct?

12   **A.**   Correct.

13   **Q.**   And I think you started your direct today by saying in

14   your view the magnitude of preferences for African-American

15   and Hispanic applicants is quite large.   Correct?

16   **A.**   Correct.

17            MR. LEE:   Could I have PD 38, Slide 39 from

18   Mr. Bride's presentation.

19   BY MR. LEE:

20   **Q.**   Do you recall this slide?

21   **A.**   I do.

22   **Q.**   I'm going to ask you a few more questions about it so we

23   really understand what was the result of your analysis.   So

24   let's pick 2018.   Do you see that?

25   **A.**   Yes.

1   **Q.** I'm going to set aside 2019 because you seem to think

2   that the numbers are the result of SFFA bringing a lawsuit.

3   Let's focus on 2018.

4        The result of your analysis would be that the

5   number of African-Americans on the Harvard campus or in the

6   Harvard class would decrease from 195 to 47, correct?

7   **A.** Correct.

8   **Q.** The number of Hispanics would decrease from 217 to 96,

9   correct?

10  **A.** Correct.

11  **Q.** There would be a decrease of 148 African-Americans,

12  correct?

13  **A.** Correct.

14  **Q.** A decrease of 121 Hispanics, correct?

15  **A.** Correct.

16  **Q.** And you use the phrase "winners and losers."  Do you

17  remember that?

18  **A.** Yes.

19  **Q.** Let's see who the winners are.  The number of

20  Asian-Americans would increase by 158, correct?

21  **A.** Correct.

22  **Q.** And the numbers of whites would increase by 89, correct?

23  **A.** Correct.

24  **Q.** And so when you used the phrase "winners," the winners

25  would be Asian-Americans and whites, correct?

1    **A.**   In the context of admissions, yes.

2    **Q.**   In the context of your chart, sir, they would be the

3    winners, correct?

4    **A.**   Yes.  My chart is on admissions.  So, yeah.

5    **Q.**   And the losers would be African-Americans and Hispanics,

6    correct?

7    **A.**   Correct.

8    **Q.**   Now, you sat through the testimony of several of the

9    witnesses, correct?

10   **A.**   Some of the witnesses.  The other ones I read the

11   deposition testimony.

12   **Q.**   Fair enough.  And you heard some of the Harvard

13   representatives talk about the importance of a diverse

14   campus, correct?

15   **A.**   Yes.

16   **Q.**   And you heard them talk about the importance of having a

17   number of folks from different backgrounds on campus,

18   correct?

19   **A.**   Correct.

20   **Q.**   And your chart, which has the number of

21   African-Americans, is this per class?

22   **A.**   Yes.

23   **Q.**   So in one class there would be a reduction of 148

24   African-Americans, correct?

25   **A.**   And this is the baseline.

1   **Q.** Yes.  Harvard is a four-year college, correct?

2   **A.** Correct.

3   **Q.** It would be a reduction of 600 African-American students

4   on campus, correct?

5   **A.** Correct.

6   **Q.** And if we look at the Hispanics, it would be a reduction

7   of 480 Hispanics on campus, correct?

8   **A.** Correct.

9   **Q.** And you stand by these numbers, correct?

10  **A.** Yes.

11  **Q.** In fact, as you corrected me or you pointed out to me,

12  this is the baseline; so this is your data set, correct?

13  **A.** That's correct.

14  **Q.** If we go to your Slide 40.

15          MR. LEE:  Could I have the next slide.

16  BY MR. LEE:

17  **Q.** Do you see that slide?

18  **A.** I do.

19  **Q.** This is PD 38, 40.  This now is the expanded data set,

20  correct?

21  **A.** Correct.

22  **Q.** So, for instance, it includes athletes, correct?

23  **A.** Correct.

24  **Q.** Legacies, correct?

25  **A.** Correct.

1   **Q.**  Directors and dean's list, correct?

2   **A.**  Correct.

3   **Q.**  Faculty children, correct?

4   **A.**  I would need to check because it says expanded data set.

5   I think it includes the athletes for the purposes of this,

6   but I would have to check that.  But basically it's ALDC,

7   yes.

8   **Q.**  Expanded data set includes some of the people who are

9   excluded in the baselines, correct?

10  **A.**  That's right.  Yes.

11  **Q.**  Let's look at 2018 again.  I'm going to set 2019 aside.

12  Let's look at who the winners and losers are in your

13  calculation.

14          The winners would be Asian-Americans whose numbers

15  would go up by 153 and whites whose numbers would go up by

16  105, correct?

17  **A.**  Correct.

18  **Q.**  Per class?

19  **A.**  Per class.

20  **Q.**  For African-Americans per class there would be a

21  reduction of 153 students, correct?

22  **A.**  Correct.

23  **Q.**  Or 600 students on campus, correct?

24  **A.**  Correct.

25  **Q.**  And for Hispanics, there would be a reduction of

1   500 students on campus over a four-year period, correct?

2   **A.**   Correct.

3   **Q.**   And you stand by these numbers, do you not?

4   **A.**   I do.

5   **Q.**   Okay.  So let's talk about the mismatch theory.  You have

6   written a number of articles concerning the mismatch theory,

7   correct?

8   **A.**   I've written a number of articles analyzing the costs and

9   benefits for affirmative-action policies, yes.

10   **Q.**   You've specifically written articles that mention the

11   mismatch theory, correct?

12   **A.**   Correct.

13   **Q.**   That describe the mismatch theory, correct?

14   **A.**   Correct.

15   **Q.**   And explored data to see whether the mismatch theory is

16   legitimate or not, correct?

17   **A.**   Correct.

18   **Q.**   So let's start by seeing of we can agree upon just what

19   the mismatch theory is.

20          The theory is, in broadest terms, the idea that

21   affirmative action harms minorities by admitting students to

22   schools they are less likely to succeed at, correct?

23   **A.**   That's correct.

24   **Q.**   Now, in 2012 you published a study on racial differences

25   at Duke, correct?

1    **A.**   Correct.

2    **Q.**   And you specifically said, as you told Mr. McBride, that

3    you were studying racial differences in choice of majors,

4    correct?

5    **A.**   That was one part of the paper, yes.

6    **Q.**   And a major in and a concentration in Harvard parlance

7    are the same thing, correct?

8    **A.**   Correct.

9    **Q.**   The data you analyze was from Duke, correct?

10   **A.**   Yes.

11   **Q.**   That's where you work, correct?

12   **A.**   That's correct.

13   **Q.**   You understand that Duke has filed an amicus brief in

14   this case?

15   **A.**   I do.

16   **Q.**   Supporting Harvard, not SFFA, correct?

17   **A.**   That's correct.  But they have not said anything about my

18   analysis.

19   **Q.**   No.  But there was another amicus brief that I'm going to

20   come to that does say something about your analysis, correct?

21   **A.**   That's correct.

22   **Q.**   All right.  We'll come back to that one.

23           But let's stay with the 2012 study, if you could.

24           You concluded that the grade point averages of

25   white and African-American students at Duke got closer

1   together between freshman and sophomore year, correct?

2   **A.**   No, just a data fact.  Not a conclusion.  That's the

3   data.

4   **Q.**   I'll call it whatever you like.  It's a fact.

5   **A.**   It's a fact, yes.

6   **Q.**   And then you explored the cause for that conversion,

7   correct?

8   **A.**   Correct.

9   **Q.**   And you concluded that African-American students tended

10   to switch majors, correct?

11   **A.**   Correct.

12   **Q.**   And you concluded that African-Americans tended to switch

13   away from majors like the natural sciences, engineering, and

14   economics, and toward majors like the humanities and social

15   sciences, correct?

16   **A.**   Correct.

17   **Q.**   And you concluded that the shift from majors like natural

18   sciences, engineering, and economics towards disciplines like

19   the humanities explain the convergence in the GPAs between

20   African-Americans and whites, correct?

21   **A.**   That was part of why.

22   **Q.**   That was one of your conclusions, correct?

23   **A.**   Yeah.  That explained part of why things converged.

24   That's not the only reason.  That wasn't the only reason.

25   That's all.  I agree that's one of the conclusions.

1  **Q.**  Okay.  Now, in making that conclusion, you wrote for

2  publication that "natural science, engineering, and economics

3  courses are more difficult, associated with higher study

4  times, and have harsher grading standards."

5         Did you write that?

6  **A.**  That sounds right.

7  **Q.**  And you said, "All of this translates into students with

8  weaker academic backgrounds," that being minorities," being

9  less likely to choose these majors."

10        That's what you wrote, correct?

11  **A.**  Correct.

12  **Q.**  When your article was published, as you told Mr. McBride,

13  it created some controversy on the Duke campus, correct?

14  **A.**  Actually it created a controversy before it was

15  published.  But it created controversy.

16  **Q.**  Fair enough.  It created controversy before it was

17  published and it created controversy after it was published,

18  correct?

19  **A.**  Yes.

20  **Q.**  And the controversy was one that resulted from some

21  people viewing it as inflaming racial tensions on the Duke

22  campus, correct?

23  **A.**  That's correct.

24  **Q.**  And that is the event that you were referring to with

25  Mr. McBride, correct?

1  **A.**  Correct.

2  **Q.**  Incidentally, you were the chair of the economics -- the

3  graduate economics department's admissions committee at the

4  very time that you wrote that article, correct?

5  **A.**  That sounds right.

6  **Q.**  All right.  I'm going to come back to what happened when

7  you were the chair in a few minutes.

8          You've also written about the effects of

9  California's Proposition 209, correct?

10  **A.**  Correct.

11  **Q.**  Proposition 209 was a voter initiative, correct?

12  **A.**  Correct.

13  **Q.**  Among other things, it banned the use of race at public

14  universities and in admissions, correct?

15  **A.**  Correct.

16  **Q.**  And you studied and wrote about the effect of

17  Proposition 209 on minority enrollment in the University of

18  California system, correct?

19  **A.**  Correct.

20  **Q.**  And what you found and concluded and published was that

21  minority students after Proposition 209 entering the UC

22  system shifted from what you called more-selective campuses

23  to less-selective campuses, correct?

24  **A.**  Correct.

25  **Q.**  In fact, what you said was minority students shifted away

1    from schools like UC Berkeley and UCLA, correct?

2    **A.**   Correct.

3    **Q.**   You called those more selective, correct?

4    **A.**   Correct.

5    **Q.**   And they, in fact, shifted towards less-selective

6    campuses, correct?

7    **A.**   Correct.

8    **Q.**   Now, I want to see how you described this.  Turn, if you

9    would, in your notebook to Tab 8.  Do you have Tab 8 before

10   you?

11   **A.**   I do.

12   **Q.**   Is this an article that you wrote called "Affirmative

13   Action and University Fit:  Evidence From Proposition 209"?

14   **A.**   It is.

15   **Q.**   Turn, if you would, to page 23.  Do you have that before

16   you?

17   **A.**   Yes.

18   **Q.**   Okay.  And I'd like to draw your attention specifically

19   to the sentence that begins "Using data before."

20           Do you see that sentence on page 23?

21   **A.**   I do.

22   **Q.**   Would you read that sentence for the Court.

23   **A.**   "Using data before and after an affirmative action ban,

24   we found evidence that Prop 209 did lead to a more efficient

25   sorting of minority students within the UC system."

1    **Q.**   So I want to ask you about this phrase you wrote, "more
2    efficient sorting of minority students".
3    **A.**   I think the next sentence is important, too, because
4    there's a big "however" right after it.
5    **Q.**  Go ahead.
6    **A.**   "However, the effects are relatively small and we can say
7    little about what happened to those that did not attend the
8    UC campus as a result of Prop 209."
9    **Q.**   Now, in the first sentence you used the phrase "more
10   efficient sorting of minority students within the UC campus."
11          Do you see that?
12   **A.**   That's correct.
13   **Q.**   That was your phrase, correct?
14   **A.**   Yes.
15   **Q.**   And what you meant by "more efficient sorting" is that
16   you thought that some minority students gravitated after
17   Prop 209 to less-selective campuses, correct?
18   **A.**   What I meant by that was --
19   **Q.**   Is that right?
20   **A.**   I was going to tell you what I meant.
21   **Q.**   Can you tell me yes or no whether I'm right or not?  Then
22   we'll come back to how you'd like to expand.
23   **A.**   It's hard for me to tell you yes or no on that question.
24   **Q.**   Let me withdraw it and ask you a different question.
25          When you refer to more efficient sorting of

1  minority students within the UC system, you're referring to

2  the idea that some students went to more-selective

3  universities and some went to less-selective universities

4  after Prop 209, correct?

5  **A.**  That's correct.

6  **Q.**  Now, could I have from Mr. McBride's slide PD38,

7  Slide 22.  This is your slide that you discussed with Her

8  Honor today, correct?

9  **A.**  Correct.

10  **Q.**  On the slide, you compare Whites, Asian-Americans,

11  African-Americans, and Hispanics, correct?

12  **A.**  Correct.

13  **Q.**  And on many of the subsequent slides you compare only

14  Asian-Americans, African-Americans, and Hispanics, correct?

15  **A.**  No.  That means it's relative to white applicants.

16  **Q.**  Whites are the baseline, correct?

17  **A.**  That's correct.

18  **Q.**  So I want to ask you about this slide because you told

19  Her Honor that this slide shows what you call the Asian

20  penalty, correct?

21  **A.**  This provides -- suggests an Asian penalty.

22  **Q.**  Didn't you say that this slide supports your theory that

23  there is an Asian penalty?

24  **A.**  Supports, yes.

25  **Q.**  Okay.  And you said it supports your theory because if

1  you compare the admit rates of Asian-Americans to

2  African-Americans and Hispanics, there's a big difference in

3  absolute terms, correct?

4  **A.**  Well, in comparison to whites is what I was referring to

5  there.

6  **Q.**  You may have anticipated my next question.

7         With this chart in front of you, would you tell us

8  is there a white penalty in the Harvard admissions process?

9  **A.**  Every time we talk about -- I'm using whites as a

10  baseline.  Certainly whites are penalized relative to

11  African-Americans and Hispanics.  Asians are penalized

12  relative to all groups.  Hispanics are penalized relative to

13  African-Americans.

14  **Q.**  So just so I'm clear, can you answer my question yes or

15  no?  Using your phrasing, your characterization of the data

16  as showing an Asian penalty, is there a white penalty in the

17  Harvard admissions process?  Yes or no.

18  **A.**  It depends on the comparison group.  Penalties are always

19  relative.

20  **Q.**  Let's go back just for a minute and look at your slide,

21  PD38, Slide 39.

22         Do you remember this slide?  This is the data from

23  your baseline set, sir.

24  **A.**  That's correct.

25  **Q.**  If we flip to Slide 40, this is the data from your

1   expanded data set.  Do you recall that?

2   **A.**  That's correct.

3   **Q.**  And as you use the term "winners and losers," in both

4   cases the losers were African-Americans and Hispanics,

5   correct?

6   **A.**  That's correct.

7   **Q.**  And the winners were Asian-Americans and whites, correct?

8   **A.**  That's correct.

9   **Q.**  So if race is used as it is in the Harvard system, your

10  testimony is that Asian-Americans bear the burden of a

11  penalty, correct?

12  **A.**  That's correct.

13  **Q.**  Looking at this data, isn't the necessary corollary of

14  that under your analysis that there's a white penalty at

15  Harvard as well?

16  **A.**  A white penalty is the same thing as an African-American

17  or Hispanic tip.  They mean the same thing.

18  **Q.**  Okay.  So if an African-American is getting a tip, then a

19  white or an Asian-American is getting a penalty, according to

20  you, correct?

21  **A.**  They can always express it that way, correct.

22  **Q.**  Well, I'm trying to understand just what you meant by a

23  penalty, sir.

24          In your analysis, both Asian-Americans and whites

25  are operating under the burden of a penalty in the Harvard

1    admissions process, correct?

2    **A.**   Again, I would want to relate it back to who we're

3    comparing to.   If we're comparing white applicants to

4    Asian-American applicants, we can either call that a white

5    tip or an Asian-American penalty.   Would mean the exact same

6    thing to me.

7    **Q.**   Okay.   I think I understand you.   But maybe it's a little

8    simpler to just say, if we use your terms winners and losers,

9    the winners are the Asian-Americans and whites in your

10   analysis and the losers are the African-Americans and the

11   Hispanics, correct?

12   **A.**   That's correct.

13   **Q.**   And that's consistently the result of your analysis, is

14   it not, sir?

15   **A.**   Yes.   It's also consistent with Professor Card's analysis

16   when removing preferences.

17   **Q.**   You know Professor Card will be here, correct?

18   **A.**   Yeah.   He's here now.

19   **Q.**   Do you know him?

20   **A.**   I do.

21   **Q.**   Do you know him well?

22   **A.**   Yes.

23   **Q.**   You respect him?

24   **A.**   Very much.

25   **Q.**   You understand he won the John Bates Clark Medal?

1   **A.**   And deservedly so.

2   **Q.**   And that is, many people think, the most important

3   economics prize this side of the Nobel Prize.   Correct.

4   **A.**   Arguably more important.

5   **Q.**   And he was one of the winners, correct?

6   **A.**   That's correct.

7   **Q.**   I'm not going to sit here and wrestle with you what he

8   said because he's going to come here in a couple of days and

9   tell Her Honor what he says in person.

10         So let me ask you this.   I'm going to ask you a few

11   more questions and then Her Honor needs to break at 2:30.

12         You worked in graduation admissions at Duke,

13   correct?

14   **A.**   That's correct.

15   **Q.**   You were on the graduate admissions committee for the

16   economics department between 2004 and 2006, correct?

17   **A.**   I believe that's correct.

18   **Q.**   You were the chairman or the director of the committee

19   between 2011 and 2013, correct?

20   **A.**   Correct.

21   **Q.**   Now, you were the chair of that committee for the

22   graduate school of economics beginning in 2011, correct?

23   **A.**   That's correct.

24   **Q.**   And you continued through the academic year of 2013,

25   correct?

1    **A.**  Correct.

2    **Q.**  So the article that you and I discussed that caused some

3    racial tension on the Duke campus was published while you

4    were the chair, correct?

5    **A.**  Chair of the admissions committee, yes.

6    **Q.**  Now, one of the changes that you made -- withdrawn.

7           You had been on the committee for a period of time,

8    correct?

9    **A.**  That's correct.

10   **Q.**  You later became the chair, correct?

11   **A.**  Correct.

12   **Q.**  You thought you could improve the process, correct?

13   **A.**  Correct.

14   **Q.**  And one of the things that you did to improve the process

15   is you implemented a requirement of interviews, correct?

16   **A.**  That's correct.

17   **Q.**  Either by Skype or in person, correct?

18   **A.**  Correct.

19   **Q.**  You thought implementing the requirement of interviews

20   was an important innovation in the Duke interview and

21   application process, correct?

22   **A.**  That's correct.

23   **Q.**  You thought it was important to assess the personal

24   qualities of the applicant before you made a decision,

25   correct?

1    **A.**   That's correct.

2    **Q.**   And you wanted to meet them so you could determine what

3    their communication skills were like, correct?

4    **A.**   Correct.

5    **Q.**   To the extent you could, you could judge their candor and

6    truthfulness, correct?

7    **A.**   Correct.

8    **Q.**   You could judge their creativity, correct?

9    **A.**   Correct.

10   **Q.**   You could judge their intellectual curiosity, correct?

11   **A.**   Correct.  I mean, these are 15-minute interviews, but we

12   can get -- we get signals on those things for sure.

13   **Q.**   And you thought it was an important innovation, correct?

14   **A.**   I do, yeah.

15   **Q.**   And you thought that the information you have got in

16   these 15-minute interviews were important in making decisions

17   as to who you would accept into the graduate school of

18   economics at Duke, correct?

19   **A.**   That's correct.

20   **Q.**   And the purpose of the interviews was to observe

21   nonquantitative factors, correct?

22   **A.**   That's correct.

23   **Q.**   Now, during this process, the application process, you

24   asked the applicant for information about their race,

25   correct?

1    **A.**   That's correct.

2    **Q.**   But when I took your deposition and asked you just how

3    you considered race in the process at Duke, you declined do

4    answer because you thought it would be confidential, correct?

5    **A.**   That's correct.

6            MR. LEE:   Your Honor, I know you have the status

7    conference at 2:30.

8            THE COURT:   I'm wondering if they're all here.

9    Rachel, can you go out and see if they're all here for the

10   2:30?

11           MR. LEE:   Should I keep plugging?

12           THE COURT:   You may as well keep going.

13   BY MR. LEE:

14   **Q.**   Let me ask you this:   I want to focus now on the period

15   of 2011 to 2013.   Do you have that period in mind?

16   **A.**   I do.

17   **Q.**   This is the period during which you were the chair,

18   correct?

19   **A.**   Not of the department, but the admissions committee.

20   **Q.**   Yes.   Fair enough.   I'm talking about the admissions

21   committee for the graduate school of economics at Duke,

22   correct?

23   **A.**   Yes.

24   **Q.**   And during that period of time, you were the chair of

25   that committee, correct?

1    **A.**   Co-chair, but yes.  Yes.

2    **Q.**   And that's when you instituted this requirement of

3    interviews, correct?

4    **A.**   Yes.

5    **Q.**   And after of the interviews were done, people filled out

6    forms or emails describing the result of the interview for

7    your colleagues on the committee, correct?

8    **A.**   That's correct.

9    **Q.**   Those were substantive descriptions of what the candidate

10   communicated during the interview, correct?

11   **A.**   Correct.

12   **Q.**   Now, I want to ask you about some statistics --

13            THE COURT:  Before you start, we're ready for the

14   2:30.  So before you jump in on the statistics, let's break.

15            MR. LEE:  Okay.

16            THE COURT:  It won't take long, like 10 minutes.

17            (Recess at 2:32 p.m.)

18            THE COURT:  When you're ready.

19            MR. LEE:  Thank you, Your Honor.

20   BY MR. LEE:

21   **Q.**   Welcome back.  When we left we were talking about the

22   period 2011 to 2013.  Do you recall that?

23   **A.**   Correct.

24   **Q.**   We were talking about the committee to admit students to

25   the graduate school of economics at Duke, correct?

1    **A.**   Correct.

2    **Q.**   Now, Duke keeps statistics on the number of students

3    admitted to each class and each department, correct?

4    **A.**   Correct.

5    **Q.**   The year before you became the chair, the number of

6    African-American admits to the graduate school of economics

7    was about 7.5 percent, correct?

8    **A.**   I don't know.

9    **Q.**   Let me see if I can refresh your recollection by handing

10   you -- and I can put it on the screen if it's easier.  I can

11   give you a portion of the Duke website or put it on the

12   screen.

13   **A.**   I don't care.  Either way is fine.

14   **Q.**   We'll put it on the screen.  That way Mr. McBride can see

15   it as well.

16          My question just is this:  You know that Duke

17   publishes statistics on the number of admits and the

18   percentage of admits by race to different departments,

19   correct?

20   **A.**   I didn't know that, but apparently they do.

21   **Q.**   You don't know that?  Let me just see if this refreshes

22   your recollection that the year before you became the chair,

23   the number of folks admitted to the Duke graduate department

24   of economics was about 7.5 percent.

25   **A.**   Okay.

**Q.**   Now, then you become the chair, and the next year the number of African-American admits declines, correct?

**A.**   Yep.  From four admitted to one.  Yes.

**Q.**   It declines from 7.5 percent to 2 percent, correct?

**A.**   Correct.

**Q.**   Now, the numbers are small, correct?

**A.**   Correct.

**Q.**   It's a small but very vibrant department at Duke, correct?

**A.**   Correct.

**Q.**   You have very high standards, correct?

**A.**   Correct.

**Q.**   But given that it's small numbers, the percentages went from 7.5 percent African-American to 2 percent your first year as chair, correct?

**A.**   I'm taking your word for it.  But yes, correct.  I'm taking the website's word.

**Q.**   The next year it went to about 2.7 percent while you were still the chair, correct?

**A.**   Correct.

**Q.**   Now, those statistics don't tell us or you anything about whether you were discriminating against African-Americans, correct?

**A.**   Correct.

**Q.**   They're just descriptive statistics, as Mr. McBride said,

1   correct?

2   **A.**   Correct.

3   **Q.**   The when the number of -- or the percentage of

4   African-American admits dropped from 7.5 percent to

5   2 percent, no one accused you of intentionally discriminating

6   against African-Americans, correct?

7   **A.**   Correct.

8   **Q.**   No one suggested that you should do an investigation

9   about the reason for those numbers, correct?

10  **A.**   Correct.

11  **Q.**   You were interviewing each candidate as you saw them,

12  correct?

13  **A.**   We didn't interview all candidates, but we interviewed a

14  substantial number, yes.

15  **Q.**   Fair enough.  Bad question.

16          Let me say it this way:  You were evaluating the

17  candidates as they came to you, correct?

18  **A.**   Correct.

19  **Q.**   You interviewed some subset of them, correct?

20  **A.**   Correct.

21  **Q.**   The subset led to the people that you offered positions

22  to, correct?

23  **A.**   Correct.

24  **Q.**   The mere fact that the numbers declined from 7.5 percent

25  to 2 percent doesn't really tell us a thing about the reasons

1    that you made the decisions on the specific people that you

2    have invited to join the department, correct?

3    **A.**   That's correct.

4    **Q.**   Now, at the outset of your opinions today, you told Her

5    Honor that you had concluded that Harvard awards preferences

6    to African-Americans and Hispanic applicants.  Do you recall

7    that?

8    **A.**   That sounds right.

9    **Q.**   And I think, if I wrote your words down correctly, you

10   said precisely, "The magnitude of preference for

11   African-Americans and Hispanics is quite large," correct?

12   **A.**   Correct.

13   **Q.**   Is that your way of saying that the preferences are, in

14   your view, too great?

15   **A.**   I'm just saying that they're quite large.

16   **Q.**   Now, you told us that Harvard also discriminates against

17   some Asian-American applicants, correct?

18   **A.**   Correct.

19   **Q.**   You do not claim that Harvard discriminates against

20   Asian-American applicants who are recruited athletes,

21   correct?

22   **A.**   Correct.

23   **Q.**   You do not claim that Harvard discriminates against

24   Asian-American applicants who are legacies, correct?

25   **A.**   Correct.

1   **Q.**  You do not claim that Harvard discriminates against

2   Asian-American applicants on the dean's or director's list,

3   correct?

4   **A.**  Correct.

5   **Q.**  You do not claim that Harvard discriminates against

6   Asian-American applicants who are the children of faculty,

7   correct?

8   **A.**  Correct.

9   **Q.**  You do not claim that Harvard discriminates against

10  Asian-Americans who are the children of staff, correct?

11  **A.**  Correct.

12  **Q.**  And, in fact, as Her Honor pointed out after the lunch

13  break, your analysis actually shows that Asian-American

14  legacies are admitted at a higher rate than similarly

15  qualified white legacy applicants, correct?

16  **A.**  That's correct.

17  **Q.**  And your analysis shows that faculty children who are

18  Asian-American are actually admitted at a higher rate than

19  white faculty children, correct?

20  **A.**  Correct.

21  **Q.**  And your analysis shows that staff children who are

22  Asian-American are admitted at a higher rate than staff

23  children of white employees, correct?

24  **A.**  Correct.

25  **Q.**  And your analysis also shows that Asian-Americans who are

1   on the dean's list or the director's list are admitted at a

2   higher rate than similarly qualified white applicants,

3   correct?

4   **A.**   Correct.

5   **Q.**   So we can agree that for all of these groups we just went

6   through, you don't claim there's any discrimination against

7   Asian-Americans in those groups, correct?

8   **A.**   Correct.

9   **Q.**   In fact, you couldn't claim it because they're actually

10   doing a little bit better than the whites, correct?

11   **A.**   Correct.

12   **Q.**   And the list you and I just ran through for athletes,

13   legacies, staff children, faculty children, dean's list,

14   director's list, the results that we just described

15   controlled for all the academic qualities and variables,

16   correct?

17   **A.**   The charts that we just saw did not, but in my report, if

18   you add up the coefficients, you would get that effect, yes.

19   **Q.**   You did an analysis that controlled for all the academic

20   variables, correct?

21   **A.**   Yes.  Well, for a set -- we have a set of academic

22   variables that I controlled for, yes.

23   **Q.**   And you controlled for all the academic variables that

24   you had in your models, correct?

25   **A.**   Yes.

1   **Q.**  And having done that, the conclusion you came to is that

2   for each of the groups I just described, Asian-American

3   applicants do better than white applicants, correct?

4   **A.**  The effect is not distinguishable from zero, but it is

5   positive.

6   **Q.**  Well, it's not distinguishable from zero according to

7   you, but there was an effect, and the effect was one that

8   benefited each of those groups, correct?

9   **A.**  Typically when it's not distinguishable from zero, we

10  don't say that.  But it was positive, which would mean that

11  they were getting a tip that was insignificant.

12  **Q.**  So let me phrase it this way and see if we can get on the

13  same page.  You make no claims that Harvard uses race to

14  penalize Asian-Americans in any of those groups, correct?

15  **A.**  Correct.

16  **Q.**  Let me add one more group that has come up during the

17  course of the evidence.  You have make no claim that Harvard

18  discriminates against Asian-Americans who are the children of

19  donors, correct?

20  **A.**  Well, to the extent that they're on the dean's or

21  director list, true.  I don't know -- I'm not sure about the

22  rest.  I don't have a control for children of donors.

23  **Q.**  The fact that any applicant is the child or relation of a

24  donor was not something that you considered important in your

25  analysis, correct?

1    **A.**  I don't think I had that variable.

2    **Q.**  So donor status had nothing to do with the models that

3    you ran, correct?

4    **A.**  Except as it operated through the dean/director's

5    preferences.

6    **Q.**  Except to the extent that that fact got someone onto the

7    dean/director's list, you took no account for donor status?

8    **A.**  Dean's, director's, or legacy.

9    **Q.**  Fair enough.  If we focus on legacy, dean, director's,

10   one thing we know is that you do not claim there was any

11   discrimination against Asian-Americans in any of those three

12   categories, correct?

13   **A.**  That's correct.

14   **Q.**  Now, you were here for the openings, correct?

15   **A.**  Correct.

16   **Q.**  You understand that the claim here is intentional

17   discrimination, correct?

18   **A.**  Correct.

19   **Q.**  The question of whether any discrimination was

20   intentional or not is not something within your area of

21   expertise as an economist, correct?

22   **A.**  That's correct.

23   **Q.**  You're not here to talk about whether there was

24   intentional discrimination or not, correct?

25   **A.**  Not unless I'm asked my personal opinion, correct.

1    **Q.**  Well, you didn't offer any opinion on that issue in your

2    reports, correct?

3    **A.**  Correct.

4    **Q.**  So I'm pretty sure none of us is going to ask you about

5    it here.  So let me ask you about a different topic if we

6    could.  Race-neutral alternatives.

7             Do you recall discussing some of the work that you

8    did for Mr. Kahlenberg?

9    **A.**  Yes.

10   **Q.**  And you understand that he is someone who was retained by

11   SFFA as well, correct?

12   **A.**  Correct.

13   **Q.**  And he provided some testimony about race-neutral

14   alternatives, correct?

15   **A.**  Correct.

16   **Q.**  Now, you're not offering any opinion on the merits of

17   race-neutral alternatives -- withdrawn.

18             You're not offering any opinion on the

19   alternatives, the race-neutral alternatives that

20   Mr. Kahlenberg opined on, correct?

21   **A.**  That's correct.

22   **Q.**  You're not offering any opinion on whether Harvard could

23   or could not institute any of those policies, correct?

24   **A.**  That's correct.

25   **Q.**  You're not offering any opinion on whether any of those

1    possibilities, those race-neutral alternatives would create a

2    class that had the same level of diversity and academic

3    strength as the present Harvard class, correct?

4    **A.**   Correct.

5    **Q.**   Now, you did do some statistical simulations for

6    Mr. Kahlenberg, correct?

7    **A.**   Correct.

8    **Q.**   And in those simulations you included all domestic

9    applicants, correct?

10   **A.**   Subject to the data cleaning part, correct.

11   **Q.**   The data cleaning is the process you described to us very

12   early in your testimony today, correct?

13   **A.**   That's correct.

14   **Q.**   Now, Mr. Kahlenberg told us when he was here that he

15   asked you to replicate Harvard's admissions process as

16   closely as possible.  Did you know that?

17   **A.**   I was here for that testimony, and that sounds about

18   right.

19   **Q.**   Now, you understood that was your task, to replicate the

20   Harvard's admissions process as closely a possible?

21   **A.**   Correct.

22   **Q.**   That's what he asked you to do, correct?

23   **A.**   Yes.

24   **Q.**   Now, let's see what you did.  You included the personal

25   rating in the simulations you did for Mr. Kahlenberg,

1   correct?

2   **A.**   Correct.

3   **Q.**   You included legacies, correct?

4   **A.**   Correct.

5   **Q.**   You included recruited athletes, correct?

6   **A.**   Correct.

7   **Q.**   You included faculty children, correct?

8   **A.**   Correct.

9   **Q.**   You included staff children, correct?

10   **A.**   Correct.

11   **Q.**   You included on the dean's and director's list, correct?

12   **A.**   Correct.

13   **Q.**   And then you ran those simulations, and you gave them to

14   Mr. Kahlenberg to make whatever determinations he wanted to

15   make, correct?

16   **A.**   Correct.

17   **Q.**   Since you were here for his testimony, you recall that I

18   asked him whether the penalty of the race-neutral

19   alternatives that he described fell consistently on

20   African-American students.  Do you recall that?

21   **A.**   Yes.

22   **Q.**   And the answer is it did, didn't it?

23   **A.**   That's correct.

24   **Q.**   And the penalty was reducing the number of

25   African-Americans on campus by somewhere around 30 to

1   35 percent, correct?

2   **A.**   I believe that moved from 14 percent to 10 percent, yes.

3   **Q.**   So 14 percent to 10 percent is a reduction of 4 percent

4   against 14 percent.  So --

5   **A.**   Yes.

6   **Q.**   You would consider that to be a significant reduction,

7   correct?

8   **A.**   I don't really have an opinion on that.

9   **Q.**   Well, if I compare it to what you call the significant

10  reductions of Asian-Americans on campus, a reduction of 14 to

11  10 percent would be significant, would it not?

12  **A.**   Well, the penalties on Asians is a penalty, a

13  statistically significant penalty.

14  **Q.**   Yeah, according to you.  And I guess, since you're coming

15  back to that, let me ask you this question:  I want you to

16  focus on statistically significant penalty.  Do whites have a

17  statistically significant penalty as compared to

18  African-Americans?

19  **A.**   Yes.

20  **Q.**   Do whites have a statistically penalty as compared to

21  Hispanics, correct?

22  **A.**   Correct.

23  **Q.**   So if we apply your analysis, it's whites and Asians that

24  have a statistically significant penalty that benefits

25  African-Americans and Hispanics, correct?

1    **A.**   Correct.

2    **Q.**   So let's move to a related but slightly different claim.

3    You also understand that SFFA claims that Harvard uses race

4    as more than a plus factor, correct?

5    **A.**   Correct.

6    **Q.**   You're not a lawyer, correct?

7    **A.**   No.  I'm not a lawyer.

8    **Q.**   And you haven't reviewed the Supreme Court's decisions on

9    affirmative action, or have you?

10   **A.**   I have -- not at the level a lawyer would, certainly.

11   **Q.**   At the level of an economist who wants to know generally

12   what is said in the opinions, correct?

13   **A.**   That's correct.

14   **Q.**   So having done that, you do know that Harvard's

15   admissions process has been described as an illuminating

16   example of an appropriate admissions process, correct?

17   **A.**   Correct.

18   **Q.**   You do note that the Supreme Court has attached an

19   appendix to the *Bakke* opinion describing the Harvard process,

20   correct?

21   **A.**   Correct.

22   **Q.**   And I want to be sure that having had you describe the

23   Harvard process as discriminatory, I want to be sure that

24   you -- I understand what you understand about the Harvard

25   process.

1             You described the summary sheet for, for instance,

2   PX116, correct?

3   **A.**   Correct.

4   **Q.**   You understand that that's the beginning of the process,

5   correct?

6   **A.**   That's correct.

7   **Q.**   And the ratings are provided by a first reader, correct?

8   **A.**   Correct.

9   **Q.**   And then they can be provided by a second reader,

10  correct?

11  **A.**   Some of the time, yes.

12  **Q.**   And sometimes a third reader, correct?

13  **A.**   That's correct.

14  **Q.**   And sometimes the file can be evaluated by a faculty

15  member, correct?

16  **A.**   That's correct.

17  **Q.**   And then there are a series of steps that happen after

18  that including the subcommittee meetings, correct?

19  **A.**   Correct.

20  **Q.**   Full committee meetings, correct?

21  **A.**   Correct.

22  **Q.**   And at the full committee meetings there are 40 people

23  sitting in a room looking at files making decisions, correct?

24  **A.**   Correct.

25  **Q.**   And according to your analysis, these 40 people sitting

1    in a room decide, "For this Asian-American legacy we're going

2    to give them a little bit of a bump, but for this

3    Asian-American who's not, we're going to discriminate against

4    them."  That's your judgment, correct?

5    **A.**  I don't have any opinions on what the exact mechanism is.

6    I'm just telling you what the data show.

7    **Q.**  Well, let me ask you about one of your other slides, if

8    you could.

9         MR. LEE:  Could I bring up PD38, Slide 29.

10   BY MR. LEE:

11   **Q.**  Do you have that before you?

12   **A.**  I do.

13   **Q.**  This is the slide that you discussed with Mr. McBride,

14   correct?

15   **A.**  Correct.

16   **Q.**  And you briefly discussed the bottom category, which is

17   "Asian-American Female Disadvantage," correct?

18   **A.**  Correct.

19   **Q.**  Now, this is the category where you pointed out that the

20   coefficient was positive, correct?

21   **A.**  That's correct.

22   **Q.**  Not negative like the other three categories, correct?

23   **A.**  Correct.

24   **Q.**  So according to this model and these coefficients,

25   there's no discrimination against disadvantaged female

 1    Asian-Americans in the Harvard admissions process, correct?

 2    **A.**   There's no statistically significant effect for female

 3    disadvantaged students in the overall rating model.

 4    **Q.**   So we can take female disadvantaged and add it to the

 5    categories that we've already discussed where you don't claim

 6    that there's any discrimination, correct?

 7    **A.**   No.  This is the overall rating.  If you go to my

 8    admissions model, Model 4, it shows a statistically

 9    significant penalty there.  So it depends on what the

10    controls are.

11    **Q.**   So your opinion is that disadvantaged female

12    Asian-Americans are, in fact, discriminated against, correct?

13    **A.**   My opinion is that depending on what assumptions you want

14    to operate under, it can show up as statistically significant

15    penalty or not.

16    **Q.**   Let me make sure I have that right.  Depending on what

17    assumptions you operate under --

18    **A.**   That's correct.

19    **Q.**   -- you can get a result that's statistically significant

20    or not, correct?

21    **A.**   So --

22    **Q.**   Professor, is that what you said?

23    **A.**   I said that depending upon the assumptions you make, the

24    female disadvantaged coefficient is either statistically

25    significant or it's not.

1    **Q.**  Now, a large number of applicants to Harvard will be

2    rejected without race ever becoming a factor, correct?

3    **A.**  That's correct.

4    **Q.**  There are also a group of students who are so talented

5    and so qualified they'll be admitted without regard to their

6    race?

7    **A.**  There are very few of those; but, yes.

8    **Q.**  Then there's a competitive pool of applicants for which

9    race can make a difference, correct?

10    **A.**  Correct.

11    **Q.**  Now, that competitive pool is defined by a variety of

12    variables and factors, correct?

13    **A.**  Correct.

14    **Q.**  And there are variables or factors other than race that

15    determine whether a candidate is competitive or not, correct?

16    **A.**  Yes.  Other variables are important to the admissions

17    process.

18    **Q.**  Now, if I wrote this down correctly when you were

19    testifying to Mr. McBride, you said that race is a

20    determinative factor in admissions decisions at Harvard,

21    correct?

22    **A.**  Correct.

23    **Q.**  You did not say the determinative factor, correct?

24    **A.**  No.

25    **Q.**  And what you mean by "a determinative factor" is that it

1    has a substantial effect on admissions possibilities of some

2    applicants in the competitive pool, correct?

3    **A.**   It more than doubles the number of admits for these

4    underrepresented minority groups.

5    **Q.**   For African-Americans, correct?

6    **A.**   Correct.

7    **Q.**   And for Hispanics, correct?

8    **A.**   Correct.

9    **Q.**   Now -- and that's what it means to be determinative,

10   correct?

11   **A.**   Correct.

12   **Q.**   Okay.  Now, there are determinative factors other than

13   race that are used in the Harvard admissions process,

14   correct?

15   **A.**   Correct.

16   **Q.**   Profile ratings can have, as you said, a substantial

17   effect on the admission probabilities of an applicant?

18   **A.**   Correct.

19   **Q.**   An academic rating of 1 could be determinative, correct?

20   **A.**   Correct.

21   **Q.**   And an extracurricular rating of 1 could be

22   determinative, correct?

23   **A.**   Correct.

24   **Q.**   A personal rating of 1 could be determinative, correct?

25   **A.**   Correct.

1   **Q.**   Correct?

2   **A.**   Correct.

3   **Q.**   Now, let me move to another claim, and I'm going to come

4   back to the intentional discrimination claim, and that's

5   where we'll spend most of our time.

6            But you understand that there's another claim in

7   the case that's labeled "Racial Balancing," corrects?

8   **A.**   Correct.

9   **Q.**   You had a portion of your expert report that provided a

10  limited opinion on racial balancing, correct?

11  **A.**   Correct.

12  **Q.**   It was based upon IPEDS data, correct?

13  **A.**   Correct.

14  **Q.**   I tried to listen carefully when you were testifying

15  earlier today, but I didn't hear you testify about those

16  opinions to Her Honor at all today, correct?

17  **A.**   Not so far.  Correct.

18  **Q.**   I'm not going to ask you about them because you didn't

19  testify about them on your direct, and so I'm not going to

20  talk to you about them on cross.

21           But the opinion that you did give in your reports

22  was one based upon IPEDS data, correct?

23  **A.**   Correct.

24  **Q.**   And we can agree you didn't give that opinion today,

25  correct?

1  **A.**  Correct.

2  **Q.**  Now, I want to talk to you about the academic index, if

3  you could.  By my count in your slides from about Slide 4 or

4  5 through the slides where you began to talk about the

5  regression analysis, a predicate for your analysis is that

6  the academic index is something that's used in the admissions

7  process at Harvard, correct?

8  **A.**  No.

9  **Q.**  It's not?

10  **A.**  I think it is used in the admissions process, but to the

11  extent that it's not, all the components of it are.

12  **Q.**  Well, you used the academic index in the descriptive

13  statistical analysis that you described this morning,

14  correct?

15  **A.**  Yes.

16  **Q.**  Now, you were here when Dean Fitzsimmons testified,

17  correct?

18  **A.**  Correct.

19  **Q.**  You understand that the academic index is something that

20  each Ivy League institution prepares, correct?

21  **A.**  Correct.

22  **Q.**  It prepares the academic index so that it can exchange

23  that information with other institutions, correct?

24  **A.**  Correct.

25  **Q.**  And you understand that one of the reasons they've done

1    it historically is to be sure that as Ivy League institutions

2    admit athletes, they're doing it on sort of a fair and

3    square, even-handed basis, correct?

4    **A.**   Correct.

5    **Q.**   Now, Duke doesn't have the same type of system, correct?

6    **A.**   Correct.

7    **Q.**   Duke, in fact, just recruits athletes and gives

8    scholarships like other schools in the ACC, correct?

9    **A.**   Correct.

10   **Q.**   But in the Ivy League, the Ivy League schools have agreed

11   to exchange the academic index information so that for a

12   variety of purposes but including level setting athletes

13   people have common information, correct?

14   **A.**   That's my understanding.

15   **Q.**   Right.  And the academic index is based upon grades and

16   test scores, correct?

17   **A.**   Correct.

18   **Q.**   It does not reflect teacher recommendations, correct?

19   **A.**   Correct.

20   **Q.**   It does not reflect guidance counselor recommendations,

21   correct?

22   **A.**   Correct.

23   **Q.**   It does not reflect academic honors, correct?

24   **A.**   Correct.

25   **Q.**   Faculty review, correct?

**A.**   Correct.

**Q.**   It's a formula based upon grades and test scores?

**A.**   That's correct.

**Q.**   And you were here when Dean Fitzsimmons testified that the academic index is not used in the admissions process at Harvard, correct?

**A.**   I was.

**Q.**   And what you're telling us is you just don't believe him?

**A.**   Well, what I believe is that even if it's not used directly, it shows up bold on the summary sheets.

**Q.**   Because it has to be exchanged with other institutions, right?

**A.**   I don't know why that means it needs to go on the summary sheets.

**Q.**   Did you ask anybody why it's on the summary sheets?

**A.**   No, I did not.

**Q.**   Did you see any testimony about why it's on the summary sheets?

**A.**   I don't recall any.

**Q.**   Have you ever sat through a Harvard admissions meeting?

**A.**   I have not.

**Q.**   Have you ever sat through an undergraduate admissions meeting at Duke?

**A.**   No, I have not.

**Q.**   Now, other than the fact that the academic rating is on

1  the summary sheet -- and I think you said in bold --

2  **A.**  Yes.

3  **Q.**  -- what is your basis for believing that it's actually

4  used during the admissions process?

5  **A.**  Well, because -- the components period of time academic

6  index, even in the academic index itself are clearly used in

7  the admissions process.  I guess I'm basing that on the same

8  thing as why I think the academic index is because we see all

9  this information on the summary sheets.

10 **Q.**  The academic index actually tries to calibrate or

11 quantify the grade point average of a particular student

12 depending on where they went to school, correct?

13 **A.**  That's already calibrated through the GPA.

14 **Q.**  There's a formula in the academic index that actually

15 calibrates GPAs depending upon schools, correct?

16 **A.**  GPAs are converted to their 80-point scale, and that GPA

17 is on the summary sheet, too.

18 **Q.**  And have you seen a single folder where the academic

19 index is commented upon positively or negatively in the

20 400 files that you reviewed?

21 **A.**  I don't recall.

22 **Q.**  Now, I'm going to move beyond the racial balancing and

23 the IPEDS.  So I'd like now to come to your opinion on

24 discrimination.  Okay?

25 **A.**  Okay.

1  **Q.**  To be clear, it's an opinion on discrimination but not

2  intentional discrimination, correct?

3  **A.**  That's correct.

4  **Q.**  Now, I want to talk first about the importance of

5  non-academic and qualitative factors in the admissions

6  process, okay?

7  **A.**  Okay.

8  **Q.**  It's true, is it not, Professor, that in 2013

9  Asian-Americans made up about 5.1 percent of the United

10  States population?

11  **A.**  I'll trust you on it.

12  **Q.**  If I can refresh your recollection.  Would you turn to

13  Tab 17 in Volume 2 of the notebooks before you.  And you'll

14  find the NCES data.

15  **A.**  Okay.

16  **Q.**  Do you have that there?

17  **A.**  Yes.

18  **Q.**  Does that refresh your recollection that Asian-Americans

19  are approximately 5.1 percent of the United States

20  population?

21  **A.**  Sure, yeah.

22  **Q.**  And Asian-Americans accounted for about 5.2 percent of

23  college-aged Americans in 2013, correct?

24          And Mr. Lee can get you to the right year and the

25  right number.

1    **A.**   Okay.

2    **Q.**   So let's keep that in mind.  Approximately 5 percent or

3    so, okay?  What portion of the applicant pool at Harvard are

4    Asian-Americans?

5    **A.**   It's substantially higher than that.

6    **Q.**   It's like 17.6 percent, correct?

7    **A.**   That must include the -- yeah.  Okay.

8    **Q.**   Asian-Americans are applying to Harvard at almost more

9    than three times the rate that Asians are represented in the

10   United States population, correct?

11   **A.**   Correct.

12   **Q.**   They're applying to Harvard at a rate that's more than

13   three times the representation of college-aged

14   Asian-Americans in the United States, correct?

15   **A.**   Correct.

16   **Q.**   Now, I don't know if you have these numbers committed to

17   memory, but let me see if they are approximately correct.

18            Asian-Americans were 17.6 percent of all applicants

19   to Harvard, all domestic applicants to Harvard for the class

20   of 2016.  Does that sound right?

21   **A.**   I'd have to look it up.  But I'll take your word for it.

22   **Q.**   If you want, you can go to Tab 18 in Volume 2, and you'll

23   find P319.

24            Have you seen this before?

25   **A.**   Yes.

1   **Q.**  And there's some information about the applicants and

2   admits.  It's true, is it not, that Asian-Americans are about

3   5 percent of the college-aged population of the country,

4   correct?

5   **A.**  Correct.

6   **Q.**  They're about 17.6 percent of the applicants to the

7   Harvard class, correct?

8   **A.**  Where are you --

9   **Q.**  Class of 2016.  It's highlighted in the top right.

10          Do you see that?  17.5 percent?

11  **A.**  Okay.

12  **Q.**  And then Asian-Americans were about 16.9 percent of the

13  admitted class for 2016.  That's just a little further down,

14  correct?

15  **A.**  Correct.

16  **Q.**  Now, as you told Mr. McBride earlier today, if Harvard

17  only used test scores and grade point averages, even more

18  Asian-Americans would be admitted, correct?

19  **A.**  That's correct.

20  **Q.**  That was Model 1 in the OIR analysis, correct?

21  **A.**  That's correct.

22  **Q.**  No one has disputed, as far as you know, the fact that if

23  you just went on grades and board scores there would be more

24  Asian-Americans in the class, correct?

25  **A.**  That's correct.

1    **Q.**   You heard Dean Fitzsimmons agree that that would, in

2    fact, be true, correct?

3    **A.**   I don't remember but --

4    **Q.**   All right.  Now, you know that Harvard considers more

5    than simply grades and test scores, correct?

6    **A.**   Correct.

7    **Q.**   It includes a broader set of information for academics,

8    correct?

9    **A.**   Correct.

10   **Q.**   It includes a broader set of information for

11   extracurriculars, correct?

12   **A.**   Correct.

13   **Q.**   It includes a broader set of factors for athletics,

14   correct?

15   **A.**   Correct.

16   **Q.**   And it includes a broader set of factors in the personal

17   rating, correct?

18   **A.**   I am confused about what's in the personal rating but --

19   **Q.**   Well, did you sit here while Dean Fitzsimmons,

20   Director McGrath, and the other Harvard admissions officers

21   went through specific application files --

22   **A.**   Yes.

23   **Q.**   -- and described the information that educated the

24   personal rating in the application file?

25   **A.**   I did.

1  **Q.**  When you do your interviews, by Skype or otherwise, for

2  your graduate student applicants, are you able to make

3  evaluations of the personal characteristics and qualities as

4  a result of the interview?

5  **A.**  I haven't really thought about it that way.

6  **Q.**  That is one purpose of instituting the interviews,

7  correct?

8  **A.**  That can be, yes.

9  **Q.**  Now, some of the factors that you and I have just gone

10  through can be seen in the data, correct?

11  **A.**  Correct.

12  **Q.**  Some of the factors cannot be seen in the data, correct?

13  **A.**  Correct.

14  **Q.**  And as you said in answer to Her Honor's question,

15  factors that are not seen in the data can provide important

16  information on a process, correct?

17  **A.**  Correct.

18  **Q.**  And specifically for our purposes, it can provide

19  important information for an admissions process, correct?

20  **A.**  Correct.

21  **Q.**  So I want to come back again just very briefly one more

22  time to what you instituted at Duke as the interview or

23  evaluation or conversation process.  Okay?

24          Before you did the interview, you had the

25  applicant's GRE scores, correct?

1    **A.**   Correct.

2    **Q.**   They are the test scores if you want to be a graduate

3    student in economics at Duke, correct?

4    **A.**   Correct.

5    **Q.**   You had their college transcripts, correct?

6    **A.**   Correct.

7    **Q.**   You had letters of recommendation, correct?

8    **A.**   Correct.

9    **Q.**   You had probably -- or maybe some of their publications,

10   correct?

11   **A.**   Correct.

12   **Q.**   So you had some quantitative information, correct?

13   **A.**   Correct.

14   **Q.**   You had some qualitative information, correct?

15   **A.**   Correct.

16   **Q.**   But you still thought it was important to institute the

17   interviews as the chair to evaluate other additional

18   qualitative considerations, correct?

19   **A.**   Correct.  I said correct.

20   **Q.**   Okay.  Fair enough.  Now, most of the information that

21   you talked about -- I want to focus on the descriptive

22   statistics portion of your testimony this morning.  Do you

23   recall that?

24   **A.**   I do.

25   **Q.**   And many of the numbers that you were providing were

1  averages for Asian-Americans, averages for African-Americans,

2  averages for Hispanic, correct?

3  **A.**  Correct.

4  **Q.**  Now, many of the factors that Harvard considers in its

5  admissions process can vary on average across different

6  racial groups, correct?

7  **A.**  Correct.

8  **Q.**  So let's take an example.  One factor that Harvard

9  considers is SAT or ACT scores, correct?

10  **A.**  Correct.

11  **Q.**  You know based upon your research that SAT scores vary by

12  race on average, correct?

13  **A.**  Correct.

14  **Q.**  On average, African-American students score lower than

15  other groups on the SATs, correct?

16  **A.**  Correct.

17  **Q.**  Now, there's some African-American students that score

18  really high, correct?

19  **A.**  Correct.

20  **Q.**  There's some that score low, correct?

21  **A.**  Correct.

22  **Q.**  But on average they score a little bit lower, correct?

23  **A.**  Correct.

24  **Q.**  Now, you're not suggesting that colleges shouldn't

25  consider SAT scores merely because on average there are

1  differences amongst races, are you?

2  **A.**  No, I'm not.

3  **Q.**  So the mere fact that different factors vary according to

4  race doesn't mean that a college couldn't or shouldn't

5  consider them, correct?

6  **A.**  That's correct.

7  **Q.**  So if I look at SAT scores, the consideration of SAT

8  scores is a legitimate use of information by a college

9  admissions officer, correct?

10  **A.**  Correct.

11  **Q.**  And the mere fact that -- withdrawn.

12         The fact that it varies by race is not a reason not

13  to use it, correct?

14  **A.**  That's correct.

15  **Q.**  And of the -- how many factors did you use in your model?

16  **A.**  Over 300.

17  **Q.**  Many, many of those 300 actually on average will vary by

18  racial groups, won't they?

19  **A.**  Yes.

20  **Q.**  The fact that they vary by racial groups does not mean

21  they shouldn't be used in your model, correct?

22  **A.**  That's correct.

23  **Q.**  It doesn't mean that they're not useful information to

24  the decision-making process, correct?

25  **A.**  Correct.

1    Q.   And these averages tell you nothing about how a decision

2    was made on an individual application, correct?

3    A.   Sorry?

4    Q.   These averages across racial groups tell you nothing

5    about how a decision was made on an individual application,

6    correct?

7    A.   Well, I wouldn't go quite that far to say nothing, but

8    obviously, you know --

9    Q.   It won't tell you definitively why the decision was made,

10   correct?

11   A.   I agree.

12   Q.   Now, I think you told us that when you modeled the

13   Harvard admissions process, you were trying to model the

14   process as it worked in the real world, correct?

15   A.   Correct.

16   Q.   And in order to do that, it's important to use the same

17   inputs that Harvard uses to its admissions process as best

18   you could, correct?

19   A.   As long as they were not influenced by race.

20   Q.   Right.  Well, we're going to come back to that.

21              But as Her Honor -- when Her Honor asked you the

22   question, the question of whether someone is a legacy or not

23   is not influenced by race, is it?

24   A.   The point is that's an objective characteristic.  It's

25   not a rating given by the Harvard admissions office.

1          Similarly SAT scores vary by race.  If there's a
2    racial difference there, it's not as a result of Harvard
3    making decisions.
4    **Q.**  I think my question was different.  I apologize if I
5    didn't state it clearly.
6          There are a number of groups that you and I have
7    set aside from your pool:  athletes, legacies, faculty
8    children, staff children, dean's list, director's list,
9    correct?
10   **A.**  Correct.
11   **Q.**  And they're not part of your model, correct?
12   **A.**  They're not part of my baseline model.  They are part of
13   my expanded model.
14   **Q.**  And the expanded model was something that you put
15   together after Dr. Card provided you his report, correct?
16   **A.**  No.  That was in my opening report.
17   **Q.**  In your baseline model, you'd excluded these groups of
18   folks, correct?
19   **A.**  Correct.
20   **Q.**  None of those groups are defined by race, are they?
21   **A.**  No.
22   **Q.**  Okay.  Now, you told Mr. McBride that you used a
23   multivariate logit regression analysis.  Do I have that
24   right?
25   **A.**  Yes.

1    **Q.**   That's the same type of model that Professor Card uses,

2    correct?

3    **A.**   Correct.

4    **Q.**   And you both agree that a multivariate logit regression

5    analysis is an appropriate way to model the Harvard

6    admissions process, correct?

7    **A.**   Correct.

8    **Q.**   You had access to the same data, correct?

9    **A.**   Correct.

10   **Q.**   I think, as you told us, one of the things that

11   interested you was that Harvard produced extensive data and

12   information on the case -- in this case, correct?

13   **A.**   Correct.

14   **Q.**   Files from over 200,000 applications over a period of six

15   years, correct?

16   **A.**   Correct.

17   **Q.**   So you and Dr. Card used the same basic type of

18   regression tool, the same data, but reached different

19   conclusions, correct?

20   **A.**   That's correct.

21   **Q.**   So let's look at the different judgments you've made that

22   led to different conclusions, okay?

23   **A.**   Okay.

24   **Q.**   One of the judgments you made that you discussed with

25   Mr. McBride was to pool data from six years, correct?

1    **A.**   Correct.

2    **Q.**   Now, to be clear, you both analyzed data from six

3    admissions classes, correct?

4    **A.**   Correct.

5    **Q.**   The class of 2014 through the class of 2019, correct?

6    **A.**   Correct.

7    **Q.**   Your preferred model combines data for the six cycles

8    into a single model, correct?

9    **A.**   Correct.

10   **Q.**   Professor Card analyzed the data year by year, correct?

11   **A.**   Correct.

12   **Q.**   But he went one step further, didn't he?

13   **A.**   In averaging the marginal effects?

14   **Q.**   He then averaged the marginal effects of race for each of

15   the years, correct?

16   **A.**   He did.

17   **Q.**   That gave him a single marginal effect for race across

18   six years, correct?

19   **A.**   That's correct.

20   **Q.**   Now, I think as you told Mr. McBride, applicants for the

21   class of 2014 don't compete with applicants of the class of

22   2019, correct?

23   **A.**   Correct.

24   **Q.**   Now, would you agree that it's important to account for

25   the possibility that the effect of certain variables will

1    vary year by year?

2    **A.**   It depends on the variables.

3    **Q.**   For an admissions process, would it still depend on the

4    variables?

5    **A.**   Yes.

6    **Q.**   Now, one of the things that Professor Card did to address

7    this issue was to run separate models year by year, correct?

8    **A.**   That's correct.

9    **Q.**   Now, as you described to Mr. McBride, you tried to

10   account for the issue or to address the issue by using

11   interaction terms, correct?

12   **A.**   That's correct.

13   **Q.**   Which you described to Her Honor right before the lunch

14   break, correct?

15   **A.**   Correct.

16   **Q.**   An interaction term allows the effect of one variable to

17   change based upon another variable, correct?

18   **A.**   Correct.

19   **Q.**   So for example, you interacted the variable for the year

20   the applicant applied with certain other variables, correct?

21   **A.**   Correct.

22   **Q.**   You allowed the effect of being female, for instance, to

23   vary by the year the applicant applied, correct?

24   **A.**   Correct.

25   **Q.**   But you didn't do that for all variables, did you?

1    **A.**   No, I did not.

2    **Q.**   You selected certain variables to interact, correct?

3    **A.**   That's correct.

4    **Q.**   And you did that on the basis of the one-pagers, correct?

5    **A.**   Mostly on that basis, yes.

6    **Q.**   And who selected the one-pagers that you used to do your

7    analysis?

8    **A.**   I don't know.

9    **Q.**   You actually didn't interact all fields on these

10   one-pagers, did you?

11   **A.**   No.  I did miss the fee waiver, yes.

12   **Q.**   Were you the person who selected what fields would be

13   used to interact on the one-pagers?

14   **A.**   I was.

15   **Q.**   Okay.  Now, you combined the six years, I think, but tell

16   me if I've got this wrong, because you believed that it would

17   increase the statistical power of your model, correct?

18   **A.**   Yes.

19   **Q.**   You described the concept of standard error to Her Honor

20   earlier today, correct?

21   **A.**   Correct.

22   **Q.**   To those of us who are not in your field, a lower

23   standard error reflect greater statistical power, correct?

24   **A.**   Correct.

25   **Q.**   Now, based upon the standard error for Asian-American

1    average marginal effect, Professor Card's year-by-year model

2    actually had greater statistical power than your model,

3    correct?

4    **A.**   That is correct.  But that is driven by -- in part, by

5    the fact that I'm allowing the racial effects to differ along

6    things like disadvantaged status and such, which is something

7    you can't do with the yearly model because you don't have

8    enough power to do that.

9    **Q.**   The answer to my question is that his model had greater

10   statistical power than yours, correct?

11   **A.**   That the standard error was smaller, correct.

12   **Q.**   I want go to this question of ALDCs.  You've heard of the

13   concept of data mining, have you not?

14   **A.**   I have.

15   **Q.**   Data mining is when someone goes looking for the result

16   he or she wants to find, correct?

17   **A.**   Correct.

18   **Q.**   It's actually a well-recognized concept in the field of

19   economics and statistics, correct?

20   **A.**   Correct.

21   **Q.**   You also heard me use the phrase in my opening that if

22   you torture the data long enough it will confess to anything.

23   **A.**   That's correct.

24   **Q.**   That's also a well-recognized ditty in the field of

25   economics and statistics, correct?

1   **A.**  That's correct.

2   **Q.**  Data mining refers to the slicing and dicing of data in a

3   way that helps you get to the result that you want to find,

4   correct?

5   **A.**  Correct.

6   **Q.**  As a tenured member of the faculty at Duke, you would

7   agree with me that data mining is something that you would

8   want to avoid if you possibly can, correct?

9   **A.**  Correct.

10  **Q.**  It's certainly not something that you would do and then

11  submit the information for peer review, correct?

12  **A.**  Correct.

13  **Q.**  Now, as you told us, your baseline data set, I'd like to

14  focus there.  Okay.  Are you with me?

15  **A.**  Yeah.

16  **Q.**  Baseline data set excluded recruited athletes, correct?

17  **A.**  Correct.

18  **Q.**  Lineage applicants, correct?

19  **A.**  Correct.

20  **Q.**  Children of faculty and staff, correct?

21  **A.**  Correct.

22  **Q.**  Dean's and director's list, correct?

23  **A.**  Correct.

24  **Q.**  Now, all of the ALDC applicants you excluded are part of

25  the pool of candidates at Harvard, correct?

1  **A.**  As are foreign applicants, yes.

2  **Q.**  For each of the different categories, there are some

3  applicants that are accepted and there are some that are

4  rejected, correct?

5  **A.**  Correct.

6  **Q.**  Falling into any one of these categories doesn't

7  guarantee admission, correct?

8  **A.**  It does not guarantee admission, correct.

9  **Q.**  So the mere fact that you're a legacy or a faculty child

10  is not going to get you in by itself, correct?

11  **A.**  Correct.

12  **Q.**  In fact, two-thirds of the legacy children are actually

13  rejected, correct?

14  **A.**  Correct.

15  **Q.**  The decisions on whether one person falls into the

16  two-thirds rejected or the one-third accepted is dependent

17  upon a variety of other factors, correct?

18  **A.**  That's correct.

19  **Q.**  They are the factors that Dean Fitzsimmons and the other

20  admissions officers have described to the Court, correct?

21  **A.**  While that is correct, they may not affect the admissions

22  decisions of those applicants in the same way.  And that's

23  why you split them out.

24  **Q.**  And I'm going to ask you about your justification for

25  this.  When you issued your report, you said that your reason

1    for excluding these folks was that they were, and I'm

2    quoting, "Subject to a special admissions procedure."

3           Do you recall that?

4    **A.**   I don't recall the exact wording, but if that's --

5    **Q.**   Does that sound right?  If it helps you, go to Tab 3 to

6    your rebuttal report at 69.  And I think you'll see your

7    reference to special admissions procedures.

8           Do you recall that in your report?

9    **A.**   I'm just finding it here.  Sorry.  I have a hard time

10   reading it on the screen.

11   **Q.**   That's okay.  Let me know when you're there.

12   **A.**   Okay.  Yes.

13   **Q.**   Now, we asked you what special admissions procedures were

14   at your deposition.  Do you recall that?

15   **A.**   I do.

16   **Q.**   And you told us that for legacies the only special

17   admissions procedure you could identify is that they get a

18   tip, right?

19   **A.**   I'm not sure because I know at least in response to some

20   of the other ones I mentioned that the factors in the model

21   affect things differently for those applicants.  I'm not sure

22   if I got it every single time you asked me about every group,

23   but it shows up in at least three of the groups.

24   **Q.**   I've asked you about legacies right now, correct?

25   **A.**   Okay.

1 **Q.** Let's see what you said at your deposition.  Turn, if you

2 would, to Tab 1.  And if you go to page 92, line 15 to 19.

3 Tell me when you're there.  Are you there?

4 **A.** Not yet.  I'm sorry.

5 **Q.** I may be able to do a whole series of categories

6 together.  Are you at page 92?

7 **A.** I am.

8 **Q.** Let's look first at lines 7 to 14.  Now, professor, I

9 want you to have in mind your report where you refer to

10 special admission procedures.  Do you have that in mind?

11 **A.** I do.

12 **Q.** "QUESTION:  I'm now asking you to focus on one

13 category" --

14    MR. McBRIDE:  Your Honor, I object.  This isn't

15 really impeachment.  Doesn't he have to ask the question and

16 then prove it's a contradictory answer?

17    THE COURT:  If we can just go back.  I'm on page 69

18 of Tab 3.  I'm not sure what we're talking about.

19 BY MR. LEE:

20 **Q.** Let's do this first.  If we go to Tab 3, your rebuttal

21 report at page 69.  Do you have that before you?  I can get

22 us logically back to where I was, I hope.

23    "In my original report, my baseline model excluded

24 recruited athletes, legacies, faculty and staff children,

25 those on the director's/dean's list and applicants for early

1    admission in order to focus on the part of the admissions

2    process where anti-Asian discrimination was concentrated and

3    not on applicants who were subject to special admissions

4    procedures."

5            Do you have that in mind?

6    **A.**  I do.

7    **Q.**  Now I want to focus you on your phrase "special

8    admissions procedures".  Do you see that?

9    **A.**  Yes.

10   **Q.**  Let's start with faculty children.

11           The only special admissions procedure that you can

12   identify for a faculty child is the tip they get for being a

13   faculty child, correct?

14   **A.**  Where are we at?

15   **Q.**  Let's take what's on the screen down.  You had gone back

16   to your report, correct?

17   **A.**  I've got the report, but I'm trying to find --

18   **Q.**  Do you see the reference to special --

19   **A.**  Yeah.  I'm with you there.  I just want to know what page

20   am I looking at.

21   **Q.**  I'm going to ask you a question without referring to the

22   deposition, to address Mr. McBride's concern.  So you're at

23   that page of your report.

24   **A.**  Yes.

25   **Q.**  We're talking about faculty children.

1    **A.**   Okay.

2    **Q.**   Do you have that in mind?

3    **A.**   Yes.

4    **Q.**   That's one of the categories you were excluding, correct?

5    **A.**   That's correct.

6    **Q.**   And your belief or your view is that the special

7    admissions procedure is that faculty children get a tip,

8    correct?

9    **A.**   Correct.

10   **Q.**   And nothing else.

11   **A.**   No.

12   **Q.**   Correct?

13   **A.**   The tip operates differently for different groups.

14   **Q.**   And just to be clear, the special admissions procedure is

15   that a faculty child gets a tip in the admissions process,

16   and there is nothing else that defines a special admissions

17   procedure for a faculty child, correct?

18   **A.**   I say that that tip may operate differently for different

19   groups.

20   **Q.**   Well, there are other tips, are there not?

21   **A.**   There are.

22   **Q.**   And each at this point can operate differently for a

23   different applicant, correct?

24   **A.**   Right.  As an example, a legacy tip may operate more for

25   people who have low academic ratings than people who have

1   high academic ratings.

2   **Q.**   Well, actually, were you here when Dean Fitzsimmons

3   actually was asked the question of how the legacy pool

4   compared academically to the general pool?

5   **A.**   That has nothing to do with that question, though.  Yes,

6   I was here.

7   **Q.**   Were you here?

8   **A.**   Yes.

9   **Q.**   Did you make that comparison?

10  **A.**   I don't remember.

11  **Q.**   Now, let's go back to the special admissions process.

12  Again, faculty children, they get a tip, correct?

13  **A.**   That's correct.

14  **Q.**   And there's nothing else that describes a special

15  admissions process, correct?

16  **A.**   That tip may vary by group.

17  **Q.**   And that's it?

18  **A.**   Well, if it varies by group, that provides a lot of scope

19  for how it operates.

20  **Q.**   Other than the tip --

21  **A.**   Other than the tip that varies by group.

22  **Q.**   Nothing else, correct?

23  **A.**   Nothing else.

24  **Q.**   Subcommittee process is the same, correct?

25  **A.**   That's correct.

1    **Q.**   Summary sheet process is the same, correct?

2    **A.**   That's correct.

3    **Q.**   Full committee process is the same, correct?

4    **A.**   That's correct.

5    **Q.**   Lop process is the same, correct?

6    **A.**   That's correct.

7    **Q.**   Some get admitted, some get rejected, correct?

8    **A.**   That's correct.  Though I think --

9    **Q.**   Now, let's talk about the dean's and director's list, if

10   we could.

11   **A.**   Okay.

12   **Q.**   The special admissions process for the dean's and

13   director's list folks is also that they get a tip, correct?

14   **A.**   Correct.

15   **Q.**   Nothing else, correct?

16   **A.**   My understanding is Dean Fitzsimmons gets these names, so

17   that is something.

18   **Q.**   That's it, correct?  The dean gets these names.  They go

19   through the same process of summary sheet, first review,

20   subcommittee meeting, full review, vote.

21   **A.**   That is true.  How the tip operates may differ, but

22   that's true.

23   **Q.**   And the only thing that's different for them is they get

24   a tip, correct?

25   **A.**   A tip that may vary across groups, yes.

1    **Q.**   Athletes get a tip, correct?

2    **A.**   That's correct.

3    **Q.**   And I think as you told us, there are also tips for

4    legacies, correct?

5    **A.**   That's correct.

6    **Q.**   And for legacies, the special admissions process you're

7    describing is the tip, correct?

8    **A.**   The tip that can vary across groups, yes.

9    **Q.**   But again, the basic process is the same?

10   **A.**   The basic process is the same.

11   **Q.**   And the two-thirds of the legacies who go through that

12   process who don't get in are going through the same process,

13   correct?

14   **A.**   That's correct.

15   **Q.**   And the one-third of the legacies who get in are going

16   through the same process, correct?

17   **A.**   That's correct.

18   **Q.**   Now, there are a number of other groups that get tips in

19   the Harvard process, correct?

20   **A.**   That's correct.

21   **Q.**   There are written documents that describe who gets a tip

22   in the Harvard process, correct?

23   **A.**   That's correct.

24   **Q.**   Turn, if you would, to Tab 20 in Volume 2 of the notebook

25   that's before you.  Do you have it before you?

1   **A.**   I do.

2   **Q.**   Do you find DX5, which I believe is in evidence?  Do you

3   have it?

4   **A.**   I do.

5   **Q.**   You've seen this before?

6   **A.**   I have.

7   **Q.**   This is the 2013 to 2014 handbook, correct?

8   **A.**   That's correct.

9   **Q.**   And you reviewed this interviewer handbook in formulating

10   your opinions, correct?

11   **A.**   That's correct.

12   **Q.**   Now, turn if you would to the page that at the bottom in

13   the center is .0010.  Do you have that?

14   **A.**   Almost.  Yes, I do.

15   **Q.**   Tell me when you're there, and I'm going to draw your

16   attention to the sentence right before the paragraph that

17   begins "Outstanding and unusual intellectual ability."

18   **A.**   I'm there.

19   **Q.**   So do you see the sentence which reads, "These are among

20   the common tips by which applicants presenting distinguished

21   academic and extracurricular records might distinguish

22   themselves for admission."  Correct?

23   **A.**   That's correct.

24   **Q.**   One of the tips the applicants, one of the groups of

25   applicants who get a tip are those with outstanding and

1    unusual intellectual ability, correct?

2    **A.**   That's correct.   Though that tip is not recorded in the

3    database.

4    **Q.**   But they get that tip, according to the interview

5    handbook, correct?

6    **A.**   That's correct.

7    **Q.**   It's not something that you can reduce to a quantitative

8    number, correct?

9    **A.**   Correct.

10   **Q.**   But you have no doubt that people who have outstanding

11   and unusual intellectual abilities get a tip in the Harvard

12   admissions process, do you?

13   **A.**   That's correct.

14   **Q.**   Right.   They're not going through a separate admissions

15   process.   They're going through the same admissions process

16   even though they get a tip, correct?

17   **A.**   That's correct.

18   **Q.**   Now, another tip is for unusually appealing personal

19   qualities, correct?

20   **A.**   Correct.

21   **Q.**   The candidates or the applicant who get this tip go

22   through the same admissions process as the other candidates,

23   correct?

24   **A.**   That's correct.

25   **Q.**   Another tip is leadership, is it not?

1    **A.**   That's correct.

2    **Q.**   And the applicants who get that tip are going through the

3    same process, correct?

4    **A.**   That's correct.

5    **Q.**   Another tip is unusually creative ability, correct?

6    **A.**   Correct.

7    **Q.**   Those applicants who have unusual creative abilities go

8    through the same application process, correct?

9    **A.**   Correct.

10   **Q.**   Now, there can also be tips, if we go to the next page,

11   for geographic, ethnic, and economic factors.  Correct?

12   **A.**   Correct.

13   **Q.**   Those applicants who get a tip for geographic location or

14   geographic factors still go through the same admissions

15   process, correct?

16   **A.**   Correct.

17   **Q.**   And the same is true for those who get a tip for economic

18   factors, correct?

19   **A.**   Well, the geographic factors -- this is a minor point,

20   but the dockets are divided up by geography so they are --

21   but it is the same process of going through the committees

22   and all that.

23   **Q.**   It is the same process, correct?

24   **A.**   That's correct.

25   **Q.**   Right.  And at the end of the day, for every applicant

1    who gets admitted to Harvard, they go through the same basic

2    process but they may go through with different tips, correct?

3    **A.**   Different tips, that's correct.

4    **Q.**   And one of the tips that is described is an ethnic tip,

5    correct?

6    **A.**   That's correct.

7    **Q.**   But again, the student who gets the ethnic or the

8    socioeconomic tip still goes through the same admissions

9    process, correct?

10   **A.**   That's correct.

11   **Q.**   Now, you did not exclude from your model applicants who

12   received a tip for unusual intellectual ability, did you?

13   **A.**   No, I did not.

14   **Q.**   Or applicants who got an academic rating of 1, correct?

15   **A.**   I did not.  That would make no difference.

16   **Q.**   Or applicants who had outstanding leadership ability,

17   correct?

18   **A.**   That's correct.

19   **Q.**   Or applicants who had unusually creative abilities,

20   correct?

21   **A.**   That's correct.

22   **Q.**   You also didn't exclude disadvantaged candidates from

23   your model, correct?

24   **A.**   From my preferred model, that's true.  I do have one in

25   my robustness checks of Professor Card's Model 1, where we

1    estimated with only disadvantaged students.

2    **Q.**   So I'm going to do my best to focus on your preferred

3    model.  I'll come back later to some of these other models.

4    When I refer to your baseline model or your preferred model,

5    that's what I'm trying to focus you on, okay?

6    **A.**   Okay.

7    **Q.**   You eliminated from your preferred or baseline model some

8    of the groups that received tips but not all of them,

9    correct?

10   **A.**   That's correct.

11   **Q.**   Now, let me ask you to assume that you have a candidate

12   who got a tip for unusually creative ability.  Can you do

13   that?

14   **A.**   I can.

15   **Q.**   Now, you told us that Harvard has a fixed number of beds,

16   correct?

17   **A.**   Correct.

18   **Q.**   It can only house so many students, correct?

19   **A.**   Correct.

20   **Q.**   And you understand that it's important for the admitted

21   class and the enrolling class to match pretty carefully the

22   beds that are available for the students, correct?

23   **A.**   Correct.

24   **Q.**   So let me ask you to assume that someone gets a tip for

25   unusually creative abilities, okay?

1     **A.**  Okay.

2     **Q.**  That student gets in, okay?

3     **A.**  Okay.

4     **Q.**  Harvard is not discriminating against another student who

5     happens not to have creative abilities, are they?

6     **A.**  I mean, you have a preference for ones with high creative

7     abilities.

8     **Q.**  So you are discriminating?

9     **A.**  I don't know if you would use that particular word for

10    that.

11    **Q.**  I'm just trying to figure out precisely what you mean

12    when you talk about discrimination.

13           Let's take a different example.  If someone gets a

14    tip for geography because they are from, for instance,

15    Wyoming and they get into the class, does that mean that

16    Harvard has discriminated against someone from Massachusetts

17    or Alabama?

18    **A.**  Well, it does mean that there's a relative penalty for

19    those applicants.

20    **Q.**  Okay.  So when you use the word "penalty," let's talk

21    about this a little bit.  There is what you describe as a

22    relative penalty, right?

23    **A.**  That's right.

24    **Q.**  Because if one applicant gets in, another applicant

25    doesn't get in, right?

1  **A.**  No, that's not how I would put it.

2          When a characteristic results in a higher

3  probability, the person who doesn't have that characteristic

4  is either not getting the tip or it's a relative penalty.

5  **Q.**  But I guess to use your terms, if the student with the

6  unusual creative ability gets in, there's a relative penalty

7  for the student who doesn't have that ability who doesn't get

8  in, correct?

9  **A.**  If that's the only thing that's different about them,

10  okay.

11  **Q.**  Now, when you issued your opinion in this case, you

12  didn't cite the number of ALDC candidates in the pool as a

13  reason for excluding them, correct?

14  **A.**  I don't know.

15  **Q.**  You do agree with me that ALDC applicants comprise about

16  30 percent of the admitted class?

17  **A.**  I do agree.

18  **Q.**  And you did not do any analysis, regression analysis,

19  descriptive statistics, to compare the academic

20  qualifications of the legacy pool with the rest of the

21  applicant pool, correct?

22  **A.**  I feel that is embedded in my descriptive statistics.  My

23  descriptive statistics show things broken out with the

24  baseline data and the expanded data.  And so you can back it

25  out.

1    **Q.**   Okay.  So if I compared your baseline data to your

2    expanded data, I might be able to figure it out?

3    **A.**   That's correct.

4    **Q.**   Let's be clear.  By removing ALDC applicants from your

5    preferred model, the result was a more negative effect on

6    Asian-American ethnicity, correct?

7    **A.**   That's correct.

8    **Q.**   Now, as we said, you and Dr. Card made a series of

9    different judgments, correct?

10   **A.**   Correct.

11   **Q.**   And after you made your judgments or modeling decisions,

12   Dr. Card calculated the effect of each of the decisions that

13   you made, correct?

14   **A.**   That's correct.

15   **Q.**   And he prepared a chart, which you've seen I think

16   several times, that is entitled "Modeling Decisions Overstate

17   the Effect of Asian-American Ethnicity on Admissions,"

18   correct?

19   **A.**   I don't know what the title is, but that's right.  I know

20   what table you're referring to.

21   **Q.**   Okay.  It's at Tab 19, which is the Card rebuttal report

22   at page 55, Exhibit 13.  And I'm going to bring it up on the

23   screen.  But I think you'll recall that you and I discussed

24   this on a number of occasions at your deposition.

25   **A.**   Yes.

1          THE COURT:  Do you know what page this is on?

2          MR. LEE:  Yes, Your Honor.  It's at page 55 of

3    Tab 19 in Volume 2.

4          THE COURT:  Got it.

5    BY MR. LEE:

6    **Q.**  So to be sure we're on the same page, what Dr. Card did

7    is he took your preferred model, excluding ALDC applicants as

8    Item 1, correct?

9    **A.**  That's correct.

10   **Q.**  He took your average marginal effect of Asian-American

11   ethnicity, correct?

12   **A.**  That's correct.

13   **Q.**  And then what he did is in 2, 3, 4, 5, 6, 7, 8, and 9 he

14   computed the effect of the judgments you had made on the

15   average marginal error, correct?

16   **A.**  Cumulatively, yes.

17   **Q.**  Now, you saw this table during the discovery process,

18   correct?

19   **A.**  Yes.

20   **Q.**  You did not -- you don't believe there's anything --

21   there is no computational problem with the numbers

22   represented on the table, correct?

23   **A.**  That's correct.

24   **Q.**  So we can understand the table, the effect of excluding

25   ALDC applicants can be determined by comparing the average

1  marginal effect of Item 1 with the average marginal effect of

2  Item 2, correct?

3  **A.**   That's correct.

4  **Q.**   So the average marginal effect of Asian-American

5  ethnicity in your model is negative 1.02, correct?

6  **A.**   Correct.

7  **Q.**   And the asterisk indicates that that is statistically

8  significant, correct?

9  **A.**   At the 5 percent level, yes.

10 **Q.**   Now, if you just add ALDC applicants back into the mix,

11 the average marginal effect of Asian-American ethnicity is

12 reduced to .81?

13 **A.**   Yes.  And that's for two reasons:  one, because there's

14 some that experience a penalty; and two, it changes the other

15 coefficients of the model.

16 **Q.**   And according to Dr. Card's chart, the difference is

17 approximately 25 percent.  It goes from 1.02 to .81, correct?

18 **A.**   That's correct.

19 **Q.**   And you don't quarrel with the math?

20 **A.**   I don't quarrel with the math.

21 **Q.**   You've also identified an alternative to excluding ALDC

22 applicants from your model, correct?

23 **A.**   That's correct.

24 **Q.**   You have said that instead of removing those applicants

25 you can allow for the possibility that the effect of race is

1    different for the ALDC applicants, correct?

2    **A.**   That's correct.

3    **Q.**   And the way you go about -- the way you do that is to

4    include, again, interaction terms for the ALDC categories and

5    race, correct?

6    **A.**   That's correct.  But I would argue that you need to do

7    more interactions than just that.

8    **Q.**   And the interaction terms and processes are what we

9    discussed before, correct?

10   **A.**   That's correct.

11   **Q.**   Now, Dr. Card, in fact, did exactly that, did he not?

12   **A.**   He never calculates the average marginal effect for the

13   non-ALDC group.

14   **Q.**   But he, in fact, did as part of his analysis the

15   interactions that we just discussed, correct?

16   **A.**   He interacted those ALDC applicants with race but not

17   with anything else.  And the reported results are for all

18   Asian-American applicants, not the non-ALDCs.

19   **Q.**   My question was did he interact race with the ALDC

20   applicants.

21   **A.**   I don't think that was your question; but, yes.

22   **Q.**   Right.  Did you?

23   **A.**   Yes.

24   **Q.**   Did you run a model that is similar to Dr. Card's?

25   **A.**   I did.

1    **Q.**  Right.  And Dr. Card's model showed no statistically

2    negative effect for Asian-American ethnicity, correct?

3    **A.**  When you put in everything else, the other decisions he's

4    made, correct.

5    **Q.**  Okay.  Now, let me take you to a different but related

6    topic.  In your initial report, as you told us, you excluded

7    ALDCs, correct?

8    **A.**  Correct.

9    **Q.**  But you also excluded early-action applicants, did you

10   not?

11   **A.**  I did.

12   **Q.**  And you did that because, in your view, early-action

13   students had higher chances for admissions, correct?

14   **A.**  That's correct.  Trying to get the apples-to-apples

15   comparison as much as possible.

16   **Q.**  Just as ALDC students had a higher chance of admissions,

17   correct?

18   **A.**  That's correct.

19   **Q.**  Early-action candidates at Harvard were admitted at a

20   late between 5.8 and 7 times higher than regular decision

21   applicants, correct?

22   **A.**  I'd have to look that up, but that sounds reasonable.

23   **Q.**  This is important.  So if you'd go to Tab 2 in your

24   report at 22.

25          Do you have it before you?

**A.**  Yes.

**Q.**  Are you at page 22?

**A.**  That's correct.

**Q.**  Do you see the section entitled "Early Action"?

**A.**  Yes.  I also say that:  "This is partially explained by the fact that early applicants are more likely to exhibit characteristics associated with higher admit rates such as legacy or athlete status."

**Q.**  Professor, I know you've been up there for a while today. My question just was do you see the section entitled "Early Action"?

**A.**  I do.

**Q.**  And do you see the second sentence -- third sentence, which reads:  "Early-action admit rates are between 5.8 and 7 times regular decision admit rates in the same year."
          Correct?

**A.**  Correct.

**Q.**  And that was one of the reasons that you excluded them from your baseline model, correct?

**A.**  That's correct.

**Q.**  Now, you later actually added early applicants back into your model, correct?

**A.**  That's correct.

**Q.**  And you added them in after you concluded that Asian-Americans actually were being penalized, to use your

1    word, during early action, correct?

2    **A.**   At the tips that were given for all things, including

3    that one, were similar.

4    **Q.**   Professor, my question was a little different.  Let me

5    try it again, and let me break it down.

6                When you first did your baseline model, early

7    action was out, correct?

8    **A.**   That's correct.

9    **Q.**   It was out for the same reason -- of one of the reasons

10   that ALDCs were out; they had a higher admission rate,

11   correct?

12   **A.**   That's right.

13   **Q.**   That admission rate didn't change, did it?  It was still

14   5.8 to 7 times higher than the normal rate, correct?

15   **A.**   Correct.  Part of the reason --

16   **Q.**   Then you got to your rebuttal report, correct?

17   **A.**   Correct.

18   **Q.**   Then you decided to put early action back into the model,

19   correct?

20   **A.**   Correct.

21   **Q.**   And you put it back in after you determined that early

22   action had a negative effect -- there was a negative effect

23   associated with early action and Asian-Americans, correct?

24   **A.**   That is part of it.

25   **Q.**   So you found out that you had another number you could

1  put into the mix that indicated or might indicate

2  discrimination, and so you put it back into the mix.

3  **A.**   I put it back into the mix because the way the

4  early-action process rewards all characteristics, including

5  race, was similar between the early-action applicants and the

6  non-early-action applicants.

7          The way -- for ALDC applicants, the way race

8  affects things is different, but that is, in part, because it

9  also operates -- effects all the other coefficients as well.

10 **Q.**   I think the answer to my question is you determined there

11 was a negative effect of being Asian-American for

12 early-action candidates, correct?

13 **A.**   Correct.

14 **Q.**   And a negative effect means it's not helping, correct?

15 **A.**   That's correct.

16 **Q.**   It means it's hurting, correct?

17 **A.**   That's correct.

18 **Q.**   And once you discovered that, you put it back into the

19 model, correct?

20 **A.**   That makes it appear as though that's the sole reason

21 it's back in the model, and that's just not true.

22 **Q.**   It's one of the reasons you put it back in?

23 **A.**   Yes.  Because the processes operate similarly.

24 **Q.**   Fair enough.  There are categories which we discussed

25 earlier today for which you found a positive effect for being

1    Asian-American, correct?

2    **A.**  That's correct.

3    **Q.**  But for any category for which you found a positive

4    effect of being Asian-American, you excluded it from your

5    model, correct?

6    **A.**  I don't know.

7    **Q.**  Let's move to a different concept.  In your field you're

8    familiar with a concept of "omitted variable bias"?

9    **A.**  I am.

10           MR. LEE:  Your Honor, I should ask how late you

11   want to go.  I won't finish with him today.

12           THE COURT:  I can go for as long as you want.

13   Maybe you should ask him.

14           You've been on the stand all day.  And I know --

15           THE WITNESS:  How much more you got?  That's the

16   big question.

17           THE COURT:  He's not going to finish today.  Do you

18   want to keep going?  Do you want to start fresh tomorrow?

19   You've had the hardest job in the room today.

20           THE WITNESS:  Ending soon would be nice.

21           THE COURT:  He's honest.

22           THE WITNESS:  Unless you can finish with me.  I'll

23   be more than happy.

24           THE COURT:  He's not going to finish today.

25           MR. LEE:  There are many commitments I can make to

1    you, but that's not one of them.

2              THE COURT:  He's not going to finish today.  Are

3    you at a good stopping spot?

4              MR. LEE:  I'm at a good stopping point, and I can

5    use the evening to try to pare things down and make crisp

6    tomorrow morning.

7              THE COURT:  Let me tell you where we are for the

8    next couple days.

9              I would like, if possible, to quit at 3:30

10   tomorrow.  Monday I have a meeting I have to go to from 12:30

11   to 1:30.  So we'll just take a slightly longer lunch break.

12             Other than that we're going to try and move what's

13   on the schedule until later in the day.  So we should be able

14   to go pretty full days.

15             So we'll be back at 9:30 tomorrow.  Thanks,

16   everyone.

17             (Court recessed at 3:57 p.m.)

18

19

20

21

22

23

24

25

1                   - - - - - - - - - - -

2                      CERTIFICATION

3

4          I certify that the foregoing is a correct

5     transcript of the record of proceedings in the above-entitled

6     matter to the best of my skill and ability.

7

8

9

10    /s/ Joan M. Daly                October 25, 2018

11    _____            _____

12    Joan M. Daly, RMR, CRR          Date
      Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF WITNESSES

WITNESS                                                        PAGE

PETER ARCIDIACONO

    Examination By Mr. McBride.........................   7
    Examination By Mr. Lee............................ 156

```
 1                    E X H I B I T S

 2

 3      Plaintiff Exhibit                              Received

 4        112          ....................................    142

 5        116          ....................................    137

 6        117          ....................................    142

 7        P617         ....................................     32

 8        P618         ....................................     32

 9        P619         ....................................     32

10        P620         ....................................     32

11        P621         ....................................     32

12        P622         ....................................     32

13        P623         ....................................     32

14        P624         ....................................     32

15        P625         ....................................     32

16        P626         ....................................     32

17        P627         ....................................     32

18        P628         ....................................     32

19        P629         ....................................     32

20        P630         ....................................     32

21        P631         ....................................     32

22        633          ....................................      6

23

24

25
```