```
 1                    UNITED STATES DISTRICT COURT

 2                     DISTRICT OF MASSACHUSETTS

 3    _____

 4    STUDENTS FOR FAIR ADMISSIONS, INC.,

 5                    Plaintiff,          Civil Action
                                          No. 14-14176-ADB
 6    v.
                                          October 29, 2018
 7    PRESIDENT AND FELLOWS OF HARVARD
      COLLEGE, et al.,                    Pages 1 to 217

 8                    Defendants.

 9    _____

10

11
                    TRANSCRIPT OF BENCH TRIAL - DAY 11
12            BEFORE THE HONORABLE ALLISON D. BURROUGHS
                    UNITED STATES DISTRICT COURT
13              JOHN J. MOAKLEY U.S. COURTHOUSE
                        ONE COURTHOUSE WAY
14                      BOSTON, MA  02210

15

16

17

18

19

20

21                 JOAN M. DALY, RMR, CRR
                 KELLY MORTELLITE, RMR, CRR
22                 Official Court Reporter
              John J. Moakley U.S. Courthouse
23            One Courthouse Way, Room 5507
                    Boston, MA  02210
24                 joanmdaly62@gmail.com

25
```

1    APPEARANCES:

2
     COUNSEL FOR THE PLAINTIFF:
3

4            ADAM K. MORTARA, ESQUIRE
             J. SCOTT McBRIDE, ESQUIRE
5            KRISTA J. PERRY, ESQUIRE
             Bartlit Beck Herman Palenchar & Scott
6            54 West Hubbard Street
             Suite 300
7            Chicago, Illinois 60654
             312.494.4400
8            adam.mortara@bartlit-beck.com
             scott.mcbride@bartlit-beck.com
9            krista.perry@bartlit-beck.com

10           JOHN M. HUGHES, ESQUIRE
             KATHERINE L.I. HACKER, ESQUIRE
11           MEG E. FASULO, ESQUIRE
             Bartlit Beck Herman Palenchar & Scott
12           1801 Wewatta Street
             Suite 1200
13           Denver, Colorado 80202
             303.592.3100
14           john.hughes@bartlit-beck.com
             meg.fasulo@bartlit-beck.com
15           kat.hacker@bartlit-beck.com

16           JOHN MICHAEL CONNOLLY, ESQUIRE
             THOMAS R. McCARTHY, ESQUIRE
17           WILLIAM S. CONSOVOY, ESQUIRE
             Consovoy McCarthy Park PLLC
18           3033 Wilson Boulevard
             Suite 700
19           Arlington, Virginia 22201
             703.243.9423
20           mike@consovoymccarthy.com
             tom@consovoymccarthy.com
21           will@consovoymccarthy.com

22

23

24

25

```
 1    APPEARANCES (cont.):

 2
          PATRICK STRAWBRIDGE, ESQUIRE
 3        Consovoy McCarthy Park PLLC
          Ten Post Office Square
 4        8th Floor, South, PMB #706
          Boston, Massachusetts 02109
 5        617.227.0548
          patrick@consovoymccarthy.com
 6
          MICHAEL H. PARK, ESQUIRE
 7        Consovoy McCarthy Park PLLC
          3 Columbus Circle
 8        15th Floor
          New York, New York 10024
 9        646.456.4432
          park@consovoymccarthy.com
10
          PAUL M. SANFORD ESQUIRE
11        BENJAMIN C. CALDWELL, ESQUIRE
          Burns & Levinson LLP
12        One Citizens Plaza
          Suite 110
13        Providence, Rhode Island 02903
          401.831.8330
14        psanford@burnslev.com
          bcaldwell@burnslev.com
15

16    COUNSEL FOR THE DEFENDANT:

17        WILLIAM F. LEE, ESQUIRE
          FELICIA H. ELLSWORTH, ESQUIRE
18        ANDREW S. DULBERG, ESQUIRE
          ELIZABETH C. MOONEY, ESQUIRE
19        SARAH R. FRAZIER, ESQUIRE
          Wilmer Cutler Pickering Hale and Dorr LLP
20        60 State Street
          Boston, Massachusetts 02109
21        617.526.6556
          william.lee@wilmerhale.com
22        felicia.ellsworth@wilmerhale.com
          andrew.dulberg@wilmerhale.com
23        elizabeth.mooney@wilmerhale.com
          sarah.frazier@wilmerhale.com
24

25
```

1    APPEARANCES (cont.):

2

3            SETH P. WAXMAN, ESQUIRE
             DANIELLE CONLEY, ESQUIRE
             DANIEL WINIK, ESQUIRE
4            BRITTANY AMADI, ESQUIRE
             PAUL R.Q. WOLFSON, ESQUIRE
5            Wilmer Cutler Pickering Hale and Dorr LLP
             1875 Pennsylvania Ave, NW
6            Washington, DC 20006
             202.663.6006
7            seth.waxman@wilmerhale.com
             danielle.conley@wilmerhale.com
8            daniel.winik@wilmerhale.com
             brittany.amadi@wilmerhale.com
9            paul.wolfson@wilmerhale.com

10           DEBO P. ADEGBILE, ESQUIRE
             Wilmer Cutler Pickering Hale and Dorr LLP
11           7 World Trade Center
             250 Greenwich Street
12           New York, New York 10007
             212.295.6717
13           debo.adegbile@wilmerhale.com

14           ARA B. GERSHENGORN, ESQUIRE
             Harvard Office of the General Counsel
15           Smith Campus Center
             Suite 980
16           1350 Massachusetts Avenue
             Cambridge, Massachusetts 02138
17           617.495.8210
             ara_gershengorn@harvard.edu

18

19    COUNSEL FOR AMICI STUDENTS:

20           JON M. GREENBAUM, ESQUIRE
             BRENDA L. SHUM, ESQUIRE
21           GENEVIEVE BONADIES TORRES, ESQUIRE
             KRISTEN CLARKE, ESQUIRE
22           1500 K Street NW, Suite 900
             Washington, DC 20005
23           202.662.8315
             jgreenbaum@lawyerscommittee.org
24           bshum@lawyerscommittee.org
             gtorres@lawyerscommittee.org
25           kclarke@lawyerscommittee.org

1    APPEARANCES (cont.):

2

3             LAWRENCE CULLEEN, ESQUIRE
              EMMA DINAN, ESQUIRE
              Arnold & Porter LLP
4             555 Twelfth Street, NW
              Washington, DC 20004
5             202.942.5477
              gina.dean@aporter.com
6             emma.dinan@aporter.com

7

      COUNSEL FOR AMICI ORGANIZATIONS:

8

9             JENNIFER A. HOLMES, ESQUIRE
              CARA McCLELLAN, ESQUIRE
              JIN HEE LEE, ESQUIRE
10            MICHAELE M. TURNAGE YOUNG, ESQUIRE
              RACHEL N. KLEINMAN, ESQUIRE
11            NAACP Legal Defense and Educational Fund, Inc.
              700 14th Street NW
12            Suite 600
              Washington, DC 20005
13            jholmes@naacpldf.org
              cmcclellan@naacpldf.org
14            jlee@naacpldf.org
              mturnageyoung@naacpldf.org
15            rkleinman@naacpldf.org

16            KENNETH N. THAYER, ESQUIRE
              KATE R. COOK, ESQUIRE
17            Sugarman Rogers
              101 Merrimac Street
18            Suite 900
              Boston, Massachusetts 02114
19            617.227.3030
              thayer@sugarmanrogers.com
20            cook@sugarmanrogers.com

21

22

23

24

25

1          P R O C E E D I N G S

2                    (The following proceedings were held in open

3     court before the Honorable Allison D. Burroughs, United

4     States District Judge, United States District Court, District

5     of Massachusetts, at the John J. Moakley United States

6     Courthouse, One Courthouse Way, Boston, Massachusetts, on

7     October 29, 2018.)

8               MR. MORTARA:  Good morning, Your Honor.

9               THE COURT:  This is a surprise, Mr. Mortara.

10              MR. MORTARA:  It could be a pleasant one.  Could we

11     see you at sidebar, please?

12              THE COURT:  Who gets to decide if it's a pleasant

13     one?

14              MR. MORTARA:  I think Harvard's lawyers.

15              THE COURT:  Sure.

16              [Sidebar sealed and redacted.]

17              THE COURT:  Today I think we're going to get right

18     to the Amici presentations, correct?  And I assume you all

19     have worked out how you're going to do this, so I'll just let

20     you have at it.

21              MS. TORRES:  Okay.  Your Honor, again, Genevieve

22     Torres.  I represent the students, Amici Organization, and

23     I'm joined here by my colleague Jon Greenbaum, Brenda Shum,

24     Emma Dinan and Lawrence Culleen in the back, and the students

25     for the Amici --

1         THE COURT:  Okay.  Hold on.  Do me a favor.  When

2    you're talking -- I can see you're straining.  When you're

3    talking, you need to be near a microphone.

4         MS. TORRES:  Okay.

5         THE COURT:  Because that's how she's recording.

6         MS. TORRES:  Thank you.

7         And the students will be calling as their first

8    witness Itzel Libertad Vazquez-Rodriguez.  And as she's

9    coming in, we've prepared a binder with all of the exhibits

10   that we'll be using during today's presentation.  And we've

11   given these to the parties, and I'm just going to give a copy

12   to the court.

13        THE COURT:  So I take it you're going to do the

14   four student witnesses and then the four alumni witnesses?

15        MS. TORRES:  Sorry.  We're actually going to be

16   doing one student.

17        THE COURT:  Okay.

18        MS. TORRES:  And go -- go back and forth.  Thank

19   you.

20        THE COURT:  Also fine.  Alumni.

21        (ITZEL LIBERTAD VASQUEZ-RODRIGUEZ duly sworn by the

22   Deputy Clerk.)

23        COURTROOM CLERK:  Will you please state your name

24   and spell your last name for the record.

25        THE WITNESS:  My name is

1    Itzel Libertad Vasquez Rodriguez, spelled I-T-Z-E-L,

2    L-I-B-E-R-T-A-D, V-A-S-Q-U-E-Z, hyphen, R-O-D-R-I-G-U-E-Z.

3            THE COURT:  All right.  We're going to get started

4    anyway, but you're going to have to speak up really loudly

5    because she's -- the microphone is not actually for the

6    audience.  It's for the recording device.

7            Will you let me know if this is workable, Kelly?

8            COURT REPORTER:  Yes.

9            THE WITNESS:  Do you want me to say it again?

10           THE REPORTER:  Oh, no.  That's fine.

11           THE WITNESS:  Okay.

12           THE COURT:  Really loud because now you're

13   recording in her mic and one of these other microphones.

14   Okay?

15           THE WITNESS:  Okay.

16   EXAMINATION BY MS. TORRES:

17   **Q.**   Itzel, can you describe your educational background for

18   the Court?

19   **A.**   Yeah.  So I graduated from Harvard College cum laude with

20   a 3.7 GPA in the spring of 2017.  I graduated with highest

21   honors in sociology.  I also had a minor in economics, a

22   citation in Spanish and a certificate in Latin American

23   studies.

24   **Q.**   And this case involves Harvard's ability to consider race

25   and ethnicity in admissions.

1          Do you identify with a particular race or

2    ethnicity?

3    **A.**   Yes.  I'd actually like to start by acknowledging that

4    the land that we are on today is the traditional territory of

5    the Wampanoag Nation.  Along those same lines, I identify as

6    indigenous Mexican-American or Chicana.  On my mother's side,

7    we are Cora, which is a tribe in the state of Nayarit in

8    Mexico.  And more broadly, I identify as Latina.

9    **Q.**   And did you have particular experiences growing up that

10   you attribute to being Chicana?

11   **A.**   Yes.  There are a number of instances.  I from a young

12   age understood that my culture and identity was different

13   than a lot of my peers.  I grew up going to powwows which are

14   Native American events that a lot of people I know today have

15   never been to or have never heard of.  I also grew up in a

16   bicultural home, where my grandparents spoke and speak

17   primarily Spanish.  Meanwhile, myself, my siblings, my

18   younger cousins, all speak English.

19          We also grew up celebrating different holidays and

20   listening to different types of music.  Along those same

21   lines, I also understood from a young age that I would be

22   stereotyped and critiqued for my ethnoracial identity.  So if

23   I spoke, for example, using more advanced vocabulary, people

24   would say that I was talking white.  They would say that I

25   was a coconut, that I was brown on the outside and white on

1    the inside, and at that -- on the same token, in high school,

2    when people would realize I was in AP courses or honors

3    courses, they would tell me, "Oh, Itzel, I didn't know you

4    were smart."  And I knew that was mostly because people

5    usually see being Latina and being smart as mutually

6    exclusive, and in my case they are not.

7              And I also grew up being mistaken for my sister's

8    mother from a young age.  So we're actually eight years apart

9    and ever since I was 15 people would think that I was her

10   mother, and that, in part, is because people assumed that

11   Latinas like myself have children very young.

12   **Q.**  And how did these experiences impact the perspectives

13   that you developed prior to college?

14   **A.**  Yeah.  So these experiences helped me to become a better

15   listener, a more empathetic person, someone who was more

16   open-minded and who has a more expanded world view.

17   **Q.**  How did it impact the issues that you were interested in?

18   **A.**  So, again, growing up as a Chicana, I understood

19   injustice first-hand at a really young age, and I was able to

20   see inequalities in my communities, again, from a really

21   young age, and that made me want to fight for social justice.

22   **Q.**  And did you share an ethnoracial identity when you

23   applied to Harvard?

24   **A.**  Yes.  I actually had a whole essay titled "Different"

25   that was about my experiences as a young Chicana in southern

1   California.

2   **Q.**  And so before you, you'll see that there's a document

3   that's been marked SA3.  And you can go ahead and flip

4   through it.

5           And do you recognize that document?

6   **A.**  Yes.

7   **Q.**  What is it?

8   **A.**  This is my admissions file from the Harvard admissions

9   office.

10  **Q.**  When did you first see this file?

11  **A.**  I first saw this file my senior year of undergraduate --

12  or of Harvard.  Admitted applicants and admitted students are

13  able to see their files while at Harvard.

14  **Q.**  And could I have you turn back to page 8 and flip through

15  to page 12.

16          Is this a copy of the common application that you

17  submitted to Harvard?

18  **A.**  Yes.

19  **Q.**  Turning to page 10, you'll see that there's a section

20  called "Academics" that has a variety of information about

21  your GPA, class rank.

22          How would you describe the rigor of your academic

23  course load in high school?

24  **A.**  So I took advantage of every academic opportunity that

25  was available to me both at my high school and outside of my

1   high school.  So for example, I took 10 AP tests in high

2   school, which was the majority of the classes that were

3   offered.  I received a score of five on seven of those exams

4   and a score of four on three of those exams.  Five being the

5   highest score.  When I applied to Harvard, I had taken six AP

6   courses.  I had received a five on all but one of those

7   tests.

8           I graduated from high school with a 4.5 GPA and I

9   was ranked first in my class of about 500 students from

10  grades ten to 12.  I also, during the summers, took community

11  college courses.  So I received a grade of an A in each of

12  those courses as well.

13  **Q.**  Thank you.

14          Can I have you turn to page 13?

15          THE COURT:  Are you moving to admit this?

16          MS. TORRES:  I think it's already admitted.

17          THE COURT:  Is this one already in?  Okay.

18          Thank you.

19  BY MS. TORRES:

20  **Q.**  And you'll see that it says "Different" at the top.

21          Is this the essay that you were referencing?

22  **A.**  Yes.

23  **Q.**  Why did you choose to discuss your Latina identity in

24  this essay?

25  **A.**  For me, at the time and both then and now, being Chicana

1    was such a core piece of who I am, and I felt like my

2    ethnoracial identity had impacted every decision I had made,

3    every experience that I had had, and I wanted to write about

4    it because I felt like it was something important and

5    something of value that I could bring to a school like

6    Harvard.

7    **Q.**   And can you look at the third paragraph, the sentence

8    starts, "Here, I discovered."

9           Can you read that sentence out loud?

10   **A.**   "Here, I discovered my life's ambition.  I want to

11   represent my heritage and inspire my fellow Latinos to

12   embrace our culture."

13   **Q.**   How could you have fully shared about your ambitions

14   without any reference to your ethnoracial identity?

15   **A.**   I could not have done that.  All of my life's ambitions

16   revolve around communities of color and my ethnoracial

17   identity.

18   **Q.**   I'm going to have you look at the last paragraph and the

19   last lines, and can you read out loud starting at "I had

20   realized," to the end of the paragraph?

21          THE COURT:  We're working on it.

22          THE WITNESS:  Thank you.  I keep touching it.

23          THE COURT:  We're working on it.

24          THE WITNESS:  "I had realized that my background

25   was unique and I was glad that I had a culture to celebrate

1   and represent.  I took this love and pride with me to high

2   school and I will undoubtedly carry it with me to college."

3   BY MS. TORRES:

4   **Q.**  What did you mean by you would carry it with you to

5   college?

6   **A.**  I meant that the pride and love that I have of my

7   ethnoracial identity was something that I felt was important

8   to bring with me to a school like Harvard.  I wanted to make

9   sure that other students also felt open and willing to also

10   share their pride and their love of their respective

11   ethnoracial identities.  I was also very interested in

12   joining cultural groups and different multi-ethnoracial

13   groups on campus.

14   **Q.**  How would you have shared about your potential

15   contributions to Harvard without any reference to your

16   ethnicity?

17   **A.**  I would not have been able to do that.

18   **Q.**  And we talked about your essay.  Did your ethnoracial

19   identity show up anywhere else in your application?

20   **A.**  Yes.  I, in high school, was also a part of multiple

21   cultural groups and different ethnoracial students' groups.

22   I was secretary of my high school's Latino club for three

23   years.  I was president of my high school Spanish club for

24   two years and I was a member of that club for, I believe, six

25   years.  And I also had a letter of recommendation that

1    referenced my volunteer work with Latinas in native

2    communities.

3    **Q.**   Do you recall when you first became interested in

4    applying to Harvard?

5    **A.**   Yeah.  So I initially did not plan to apply to Harvard.

6    I thought it was a school that was too white, that was too

7    elite, that was too expensive, that was too far.  And it

8    wasn't until my junior year that I started to seriously

9    consider applying because mainly, someone had recommended it

10   to me.

11   **Q.**   And what aspects of Harvard appealed to you?

12   **A.**   I was interested in going to a school where I would be

13   challenged academically and I felt like Harvard had an

14   academic caliber that I was interested in.  I wanted to learn

15   amongst the best and brightest students in the world and I

16   wanted to learn from the best professors; and upon looking at

17   Harvard's website, I saw that they also seemed to value

18   diversity and ethnicity and race, which was also something

19   that spoke to me.  As someone who was Chicana who comes from

20   a pretty diverse area in southern California, I wanted to

21   make sure that I would feel welcome at a school like that.

22   **Q.**   Did you have any conversations with anybody at Harvard

23   before you attended?

24   **A.**   Yes.  I had some e-mail correspondence with the

25   undergraduate minority recruitment program at some point

1    during my application process.  And they were helpful in

2    giving me sort of a sense of what the school culture would be

3    like.

4    **Q.**  When you applied, what was your understanding of whether

5    Harvard considered race in its admissions process?

6    **A.**  So I was under the impression that Harvard took race,

7    along with a number of different factors, under consideration

8    as like part of a holistic admissions process.

9    **Q.**  Did that matter to you?

10   **A.**  Yes.

11   **Q.**  Why?

12   **A.**  I felt like so much of my experience and so much of my

13   perspective and world view has been colored by my ethnoracial

14   identity and I wanted a school that took that into

15   consideration and that valued that -- that part of myself.

16   And I also wanted to make sure that there would be other

17   students who were people of color like my myself who would be

18   at that school so that I could have a more safe environment,

19   a more welcoming environment and a better, like, learning

20   environment.

21   **Q.**  If Harvard had not considered race in admissions, how

22   would that have impacted your interest in Harvard?

23   **A.**  Honestly, I probably would not have applied to Harvard if

24   they didn't take race into account.  Again, I was coming from

25   a pretty diverse area in southern California and I wanted to

1   go to a school that reflected the diversity of the U.S.

2   population and of the world population.

3   **Q.**   I'm going to turn now to your experience at Harvard.

4   While there, did you interact with students of racially

5   diverse backgrounds?

6   **A.**   Yes.

7   **Q.**   And how did that impact your education?

8   **A.**   Yeah.  So being around students from different

9   ethnoracial backgrounds made me a more critical thinker and a

10  more independent thinker.  So I actually learned a lot about

11  the Israeli/Palestinian conflict from a student group on

12  campus that was, like, Palestinian student focused, and they

13  would hold events and attend different Latinx groups, group

14  meetings or different native group meetings and draw

15  parallels between the situations of what was happening in the

16  Gaza Strip and experiences of Latinxes and natives in the

17  U.S. and that, for me, was really mind-opening and I became

18  more and more curious about this topic and ended up learning

19  a lot more about it, mainly because of parallels that they

20  drew.

21  **Q.**   To what extent did you encounter diversity within a given

22  racial group?

23  **A.**   Yeah.  I encountered a good amount of diversity between

24  ethnoracial groups at Harvard.  So for example, I met a

25  number of Afro-Latinx students at Harvard and I -- again,

1    being from southern California, that wasn't a group of people

2    that I had known much about before coming to college and it

3    was these students and having conversations with them and

4    attending meetings that they were holding about their

5    experiences in the U.S. as being both black and Latinx was

6    also really mind-opening for me and a big learning

7    experience.  And I began to understand the African diaspora

8    in Latin America and I feel like I became a better advocate

9    for the Latinx community and was also better able to identify

10   classism, and racism, and colorism within my own community.

11   **Q.**   What cross-racial efforts did you engage in?

12   **A.**   So I was a part of a number of cross-racial, cross-ethnic

13   groups.  For example, one that comes to mind is my work with

14   the Ethnic Studies Coalition.  So my sophomore year of

15   undergrad, myself and two Asian-American students began

16   meeting.  We were all interested in pushing for more ethnic

17   studies resources at the college.  We started creating

18   petitions, we started meeting with different stakeholders

19   like deans, administrators, different student groups of color

20   and different professors.  And in a short amount of time we

21   were able to form a really powerful coalition.

22           My senior year of college, we actually had an

23   ethnic studies track approved, which was a huge

24   accomplishment for us.  And in part, I think, our movement

25   was so powerful because we were a cross-racial multiethnic

1   coalition and we had so many different perspectives and world

2   views and we were all coming together to fight for a common

3   cause, and I think that's what made our work worthwhile and,

4   in the end, very powerful.

5   **Q.**   Now, while you were at Harvard, did you feel like there

6   was adequate representation of students of color?

7   **A.**   No, absolutely not.

8   **Q.**   Why?

9   **A.**   I think students of color were a huge minority in almost

10  every space.  So for example, I would walk around campus and

11  see a lot of white faces.  I would go into classrooms and

12  buildings that were named after mainly old white men and see

13  portraits on the walls of mainly old white men, and over time

14  that really started to wear on me and made me sort of

15  question, "Well, what am I doing here?  Why are none of these

16  portraits reflective of me or people that I know in my

17  community?"  And it also affected sort of the way that I

18  interacted in the class.

19          So whenever I would walk into a classroom, I would

20  take note mentally of the number of people of color that I

21  could see and if it was a majority white class, I would

22  become very nervous and I didn't want to speak in those

23  classes.  I didn't want to be seen or stereotyped as someone

24  who, you know, is just talking about communities of color

25  because that's where I came from.  And it was a very

1    uncomfortable experience.

2              And I think on top of that, I was just -- when I

3    would walk around campus, again, I was constantly

4    stereotyped.  I would have people come up to me and ask me

5    questions like "Oh, Itzel, like, where are you really from?

6    Where is your family from?  Were you born here?  Are you a

7    citizen?"  And that -- those types of questions are very

8    alienating.

9    **Q.**   Were there spaces that helped you ease that sense of

10   nervousness and alienation?

11   **A.**   Yes.  I found my solace and relief in student groups on

12   campus and -- and groups that were focused on students of

13   color, or like ethnoracial student groups, cultural groups.

14   So I was a part of a number of Latinx organizations, Native

15   American organizations, multi-ethnoracial coalitions on

16   campus.

17   **Q.**   And how did the existence of those spaces impact your

18   participation in majority white spaces?

19   **A.**   I felt like in these groups, I could finally breathe.  I

20   could really be myself.  I felt like these were groups of

21   students that I could vent to and that they would be there to

22   support me.  These groups are where I met some of my closest

23   friends on campus.  And it was going to these group meetings

24   and to these events where I felt like I gained the confidence

25   and the sense of self to be able to confront going to

1    majority white classes the next day.  I felt like it was a

2    safe place for me and for people like me.  And it was there

3    that I got the strength to be able to get up and -- and

4    navigate through Harvard day after day.

5    **Q.**   Now, there is a question in this case about a reduction

6    in the number of black and Latinx students on campus.

7         If there were a 50 percent reduction in the number

8    of black and Latinx students on Harvard's campus, how would

9    that have impacted your experience?

10   **A.**   I think that type of reduction would have been, frankly,

11   catastrophic for a student like me.  I think that there are

12   so few students of color and under-represented minority

13   groups at Harvard as it is that any sort of reduction in any

14   of those groups would be really detrimental to the community

15   at Harvard, both for students of color, but also just for

16   students in general.

17        I think, in particular, like a reduction in the

18   number of black students at Harvard would be really

19   problematic because black student groups on campus tend to be

20   more established, more well established within the

21   university.  And for example, there were many, like, Latinx

22   student events or student meetings that were loosely based

23   off of events and meetings that were held in the black

24   community, and I think losing any part of that -- that cohort

25   would have been really problematic and I think that a lot of

1    the power and positive change at Harvard comes from student

2    groups of color.  And I think, again, having a reduction in

3    any of those groups is -- is awful.

4    **Q.**   Now, we talked about your ethnic identity.

5            Do you also identify with a particular

6    socioeconomic background?

7    **A.**   Yes.  I consider myself to be low-income.

8    **Q.**   And during your time at Harvard, were there benefits to

9    greater socioeconomic diversity in the classroom?

10   **A.**   Yeah.  I think having greater socioeconomic diversity in

11   a classroom was helpful, but I think that the benefits that

12   come from socioeconomic diversity are different than the

13   benefits that come from having ethnoracial diversity in a

14   classroom.

15   **Q.**   How are they different?

16   **A.**   At least in my experience, ethnoracial diversity is

17   something that's more visibly salient.  So for example, like

18   when I was walking around campus, I didn't feel judged or

19   discriminated against because of my socioeconomic status.  I

20   felt discriminated against because of my ethnoracial

21   identity.

22   **Q.**   And, Itzel, you graduated in 2017.  What have you pursued

23   since that time?

24   **A.**   So after graduation, I spent a year volunteering with two

25   different nonprofit organizations in Peru.  Both of those

1    nonprofits were focused on indigenous groups within the

2    country.  And this year, I am starting the California

3    Assembly Fellowship, where I'll be working as a legislative

4    aide in Sacramento.

5    **Q.**  And has Harvard's racial diversity prepared you for this

6    work?

7    **A.**  Yes.  I think having had experiences and relationships

8    with people from different ethnoracial groups made me a much

9    better listener, a more empathetic person, someone who is a

10   more critical thinker, and whose, like, perspective of the

11   world is more broad.  And so I think with my work in Peru, it

12   was really important that I had an understanding of the

13   diversity within the Latinx or the Latin American experience

14   because I was working with indigenous people in Peru who have

15   a very different history and relationship with their country.

16            And I think now, with my work in California,

17   working in a state that is so diverse and that is only

18   becoming more ethnoracially diverse, it was important for me

19   to have had experience and to have had interactions with

20   people from a variety of ethnoracial backgrounds.  And I

21   think, again, like having had those experiences made me a

22   better policy maker, a better policy thinker and much better

23   equipped for this fellowship.

24   **Q.**  And as a final question:  Why did you choose to

25   participate in this case?

1    **A.**   So there are a number of reasons that I decided to

2    participate.  For one, I think for me, having ethnoracial

3    diversity on campus is something that is so sacred because it

4    has been such a huge part of my life, such a huge part of my

5    experiences and I think for colleges to continue to take that

6    into account is of the utmost importance to me.

7            And I also wanted to be a part of this case because

8    I think of people like my sister, Nayati, I think of people

9    in her generation who are younger than her, and I want them

10   to have a better college experience than I did.

11           MS. TORRES:  Thank you.  No further questions.

12           MS. HACKER:  SFFA has no questions for this

13   witness, Your Honor.

14           Thank you for being here today, Ms. Itzel Vazquez.

15           THE COURT:  How about Harvard?  Does Harvard want

16   to do any cross of the witness?

17           MR. LEE:  Very brief.

18           THE COURT:  Sorry.  I was looking over at him and

19   he's just staring at me.  He's going to have me do it.

20   EXAMINATION BY MR. LEE:

21   **Q.**   Good morning.  Did you know that SFFA is not having any

22   of its student members sit in the seat that you're sitting

23   in?

24   **A.**   I only recently learned that, like, yesterday, so.

25   **Q.**   With that in mind, we just want to thank you for having

1    the courage to sit in the chair and to tell us your story.

2    Thank you very much.

3    **A.**   Thank you.

4             THE COURT:  That was not a question, Mr. Lee.

5             MR. LEE:  That's true.

6             MR. HUGHES:  I restrained myself, Your Honor.

7    Stayed in my chair.

8             THE COURT:  I'll impute that same sentiment to

9    SFFA, so you don't have to get up and say it.

10            MR. HUGHES:  Of course.

11            THE COURT:  You're excused.

12            MS. HOLMES:  Jennifer Holmes for the Amici

13   organizations.  The Amici organizations would like to call

14   Margaret Chen to the stand.

15            (MARGARET Chen duly sworn by the Deputy Clerk.)

16            COURTROOM CLERK:  Would you please state your name

17   and spell your last name for the record.

18            THE WITNESS:  Margaret M. Chen.  My last name is

19   C-H-I-N.

20   EXAMINATION BY MS. HOLMES:

21   **Q.**   Good morning, Professor Chen.  I would just ask you

22   during your testimony to keep your voice up.  I don't think

23   your microphone is working.  So the court reporter, for her

24   sake, just try to keep your voice up during your testimony,

25   please?

```
1              THE COURT:  By which, she means super loud.
2              THE WITNESS:  Super loud.  Okay.
3              THE COURT:  Super loud because you're being picked
4    up by this microphone.  Okay?
5              THE WITNESS:  Oh, okay.  Project over there.  Can
6    you hear me?  Yes.
7    BY MS. HOLMES:
8    Q.  Good morning, Professor Chen.
9    A.  Good morning.
10   Q.  Where did you go to college?
11   A.  I went to Harvard College.
12   Q.  And what year did you graduate?
13   A.  1984.
14   Q.  What did you major in?
15   A.  Applied math and economics.
16   Q.  And did you have a minor?
17   A.  No, I didn't.
18   Q.  Where do you live now?
19   A.  In New York City.
20   Q.  And what's your current employment?
21   A.  I'm a sociologist at Hunter College and CUNY Graduate
22   Center.
23   Q.  Do you have any advanced degrees?
24   A.  I have a Ph.D. in sociology.
25   Q.  And what was the focus of your Ph.D.?
```

1    **A.**   Immigration, family, race and ethnicity.

2    **Q.**   Are you working on any research now?

3    **A.**   Yes, I am.  I'm looking at Asian-Americans moving up in

4    the professional work world, and one of the findings is that

5    diversity programs actually help them move up a little bit

6    faster, a little bit quicker.

7    **Q.**   And why did you decide to go to graduate school to study

8    these issues?

9    **A.**   While I was at Harvard, I was exposed to, I guess,

10   inequality, and I decided that that was something that I was

11   interested in; and I was also exposed to a lack of research

12   on Asian-Americans, in general, especially Asian-Americans

13   from my background.  So I wanted to research those topics.

14   **Q.**   And how would you describe your racial and ethnic

15   background?

16   **A.**   I'm Asian-American with a Chinese ethnicity.

17   **Q.**   And why are you here testifying today?

18   **A.**   I'm here testifying because I wrote a declaration for one

19   of the 25 Amici groups that support Harvard.

20   **Q.**   You mentioned you wrote a declaration for one of 25

21   groups.

22            What group was that?

23   **A.**   The Coalition For A Diverse Harvard.

24   **Q.**   And what is the Coalition For A Diverse Harvard?

25   **A.**   The coalition is a volunteer group, membership group that

1    supports diversity, equity and inclusion in higher education

2    and at Harvard.

3    **Q.**   Is it a volunteer organization?

4    **A.**   Yes, it is.

5    **Q.**   And do you call it just Diverse Harvard for short?

6    **A.**   Yes, we do.

7    **Q.**   What is your role in Diverse Harvard?

8    **A.**   I'm one of the founding board members.  There are five of

9    us.

10   **Q.**   And when was Diverse Harvard founded?

11   **A.**   It was founded in 2016.

12   **Q.**   What was -- or why was Diverse Harvard founded?

13   **A.**   It was founded because we were -- we had read in the New

14   York Times that there was a set of outside overseers running

15   who actually were using -- it seemed like they were using

16   Asian-Americans as a cover to eliminate race-conscious

17   admissions at Harvard.  And all of us were supportive of a

18   diverse learning environment for the current students.  So we

19   got together and formed this group to try to prevent them

20   from winning the election for the Overseers.

21   **Q.**   And what are Harvard Overseers?

22   **A.**   It's the second highest governing board at Harvard.

23   **Q.**   And what did Diverse Harvard do to oppose these

24   candidates for Overseers?

25   **A.**   We decided to learn about everybody's position, everybody

1    who was running for Overseers.  So we created a questionnaire

2    and we sent them out to every single candidate.  And when the

3    answers came back, we formed a nominating committee from the

4    volunteers, about ten people, and we endorsed certain

5    candidates.

6    **Q.**   And did those endorsed candidates ultimately win?

7    **A.**   Most of them did.

8    **Q.**   How many members does Diverse Harvard currently have?

9    **A.**   1,200.

10   **Q.**   And who are the members?

11   **A.**   The members are alumni from the college and all of the

12   rest of the schools, students, as well as faculty members.

13   **Q.**   Do you know the racial and ethnic makeup of Diverse

14   Harvard's membership?

15   **A.**   Diverse Harvard is a multi-racial group.

16   **Q.**   Do you know what proportion of the membership is

17   Asian-American?

18   **A.**   It's about 20 percent.

19   **Q.**   And does Diverse Harvard receive any funding from Harvard

20   University?

21   **A.**   No, it does not.

22   **Q.**   Beyond being involved in the Overseers election, what

23   other activities has Diverse Harvard been engaged in?

24   **A.**   Diverse Harvard tries to educate its members and the

25   community at large about holistic admissions and diverse

1    education.  We just had a panel last April that talked about

2    this particular case, Asian-Americans and affirmative action.

3    We also have a web page.  We have a Twitter feed, a Facebook

4    page and we also send out e-mail blasts to our members.

5    **Q.**  And why was it important to you, personally, to get

6    involved with Diverse Harvard?

7    **A.**  Personally, I felt that it was important to maintain a

8    diverse learning environment at -- at Harvard and in

9    universities at large.  And I felt that what -- at the time,

10   during that election, I felt that what the outside candidates

11   were doing was not right and that we should maintain

12   race-conscious admissions at Harvard.

13   **Q.**  Have you had discussions about this lawsuit with the

14   other members of the board of Diverse Harvard?

15   **A.**  Yes, I have.

16   **Q.**  And why did the board decide to get involved -- decide to

17   have Diverse Harvard get involved in this lawsuit?

18   **A.**  Similarly, I think we all agreed.  We all felt strongly

19   that we wanted to make sure that we maintain a diverse

20   learning environment at Harvard for the current students, for

21   them to become future leaders of their organizations, of

22   their communities and society at large.

23   **Q.**  I'd like to ask you some questions about your background

24   before you came to Harvard.

25             Where did you grow up?

1    **A.**   I grew up in New York City, on the Upper West Side, in

2    the Amsterdam houses, which is a housing project.

3    **Q.**   And what was your parents' background?

4    **A.**   My parents were working class.  My father was a waiter

5    and my mother was a garment worker for most of her life.

6    **Q.**   And were they from the U.S. or did they immigrate here?

7    **A.**   They immigrated here from China.

8    **Q.**   And what was your parents' educational background?

9    **A.**   My father attended a little bit of high school in Eurasia

10   high school, but he had to dropout because his father passed

11   away and he had to work.  My mother only attended elementary

12   school in China.

13   **Q.**   When you were growing up in New York in the Amsterdam

14   Houses, what was the racial makeup of your community?

15   **A.**   In the projects, it was mostly black and Latino, at that

16   time was mostly Puerto Rican.  So it's African-American,

17   Puerto Rican, some Asian-American families and some white

18   families.

19   **Q.**   And where did you go to school?

20   **A.**   Public schools in New York City.

21   **Q.**   I'd like to ask you about applying to Harvard.

22          Why did you decide to apply to Harvard?

23   **A.**   Harvard was never on my radar.  I already -- I was

24   admitted to Princeton University already as an early action

25   candidate, and my close friend in high school at that point,

1    Shirley, brought me down to Chinatown to go to an East Coast

2    Asian Student Union, Chinese college fair.  And at that

3    college fair, I met Harvard undergraduate recruitment

4    coordinators and they convinced me that I should take a

5    serious look at Harvard because of its -- it was in an urban

6    environment and that I might enjoy that even more than

7    Princeton University.  And since I had already gotten into

8    Princeton, I -- it's a good chance that I could get into

9    Harvard.

10   **Q.**  And would you have applied to Harvard had you not met

11   those Asian-American undergraduate recruitment students?

12   **A.**  No.  I would not have applied to Harvard at all.  My

13   parents really wanted me to stay close to home.  In fact,

14   their first choices for me were NYU and City College and

15   Columbia or Barnard.  Princeton was the furthest they thought

16   I should go, which was two hours away, but it was enhanced

17   because my uncle owned a Chinese restaurant in Trenton.  So

18   they felt that I could go on weekends to have dinner with

19   them or I could come home to New York City to have dinner at

20   home on the weekends.  Harvard was way too far.

21   **Q.**  And on your application to Harvard, did you identify your

22   race?

23   **A.**  Yes, I did.

24   **Q.**  Did you do an alumni interview?

25   **A.**  Yes, I did.

1   **Q.**   And what did you discuss during that interview?

2   **A.**   My interviewer was surprised that there was actually a

3   housing project called the Amsterdam Houses behind Lincoln

4   Center, which was a, I guess, an upscale neighborhood now.

5   And so she asked, "What was it like to grow up in a housing

6   project with blacks and Puerto Ricans and you being an

7   Asian-American?"  So we talked a lot about growing up in that

8   particular neighborhood.

9   **Q.**   I'd like to ask you some questions about your experience

10  at Harvard.

11  **A.**   Mm-hmm.

12  **Q.**   When you were a student at Harvard College, did you

13  consider the school to have a diverse student body?

14  **A.**   No.  When I arrived at Harvard University, I was actually

15  surprised to find -- well, I never had met so many rich white

16  people in my life, at Harvard.  So I was -- okay.  I'll just

17  stop there.  I was pretty shocked.

18  **Q.**   And what year did you start Harvard as a first-year

19  student?

20  **A.**   1980.

21  **Q.**   Do you know how the Harvard of 1980 compares to the

22  racial makeup of Harvard today?

23  **A.**   Today it's very diverse compared to my day, and I can

24  tell this when I go to reunion events.  So I'm class of 1984.

25  We usually have reunion events in a tent or in a giant room

1    at Harvard, and I'm one of very few numbers -- I'm one of a

2    few people of color there.  And then when I leave that room,

3    I am absolutely flabbergasted at how many Asian-Americans or

4    African-Americans or Latino students there are on campus.

5    It's a really -- and it's not only me that is shocked, but

6    all of my classmates are.

7    **Q.**  When you were at Harvard as a student, did the school's

8    lack of significant diversity affect your experience?

9    **A.**  I felt it did.  I felt like I needed to find people like

10   me to feel comfortable, especially in the very beginning

11   because I was intimidated.  I thought I could do well, but I

12   was intimidated, especially in the classroom.  And so I

13   searched out for the Asian-American Association.  I searched

14   out for the other -- well, students alliance.  I searched out

15   for all of our -- people of color.

16   **Q.**  And what is the Asian-American Association?

17   **A.**  The Asian-American Association is a social, political,

18   cultural group who -- whose membership was not just

19   Asian-American, but who also put on events to educate the

20   community about Asian-Americans.  We also have lots of

21   parties.

22   **Q.**  And let me back up for -- let me back up for a moment.

23         Do you think Harvard's lack of significant

24   diversity affected you in an academic sense in the classroom?

25   **A.**  Yes, it did.  I felt, oftentimes, very self-conscious

1    when I spoke out in the classroom because I would be one of a

2    few Asian-American students in the particular class.  I also

3    felt that sometimes I would hear the term "Oriental" being

4    used, referring to Asian-Americans, and I would feel

5    uncomfortable, because I thought most people would have

6    changed to using the term "Asian-American."

7    **Q.**  Would having more students of color have changed that

8    experience?

9    **A.**  I think so.  Mostly because it would have given me a

10   choice, you know.  It would have given me a choice in terms

11   of social organizations to attend, although I love the

12   Asian-American Association, and I think it would have made me

13   feel more comfortable speaking up in class.

14   **Q.**  Returning to the Asian-American Association, were there

15   many other Asian-American organizations, student

16   organizations on campus at the time?

17   **A.**  I only recall five.  The Asian-American Association, the

18   Chinese Students -- CSA -- Association, the Japanese Cultural

19   Society, the Radcliffe Asian-American Women's Group and the

20   Koreans of Harvard Radcliffe.

21   **Q.**  And do you know how many Asian-American student

22   organizations Harvard has today?

23   **A.**  I thought there -- I think there are over 20.

24   **Q.**  Why did you decide to get involved with the

25   Asian-American Association as a student?

1    **A.**  I felt -- well, there are two reasons.  One was that my

2    undergraduate minority recruitment -- sorry -- my

3    undergraduate minority recruiter who asked me to apply to

4    Harvard was also a member of the Asian-American Association;

5    and in addition, I was interested in finding other people who

6    were Asian-Americans to become friends with.

7    **Q.**  And you mentioned parties.

8          Were there any other events that the Asian-American

9    Association hosted?

10   **A.**  Yes.  It hosted many social, cultural and educational

11   events.  One of the events that I remember quite clearly that

12   really struck a chord with me was that we hosted the redress

13   and reparations hearings of the Japanese that were interned

14   during World War II, Japanese-Americans who were interned

15   during World War II.  We had Asian-American playwrights come

16   put on plays.  We -- we had films.  It was quite a vibrant

17   group.  We also had a newsletter that we all worked on

18   together.

19   **Q.**  What was the purpose of having these events or putting

20   out the newsletter?

21   **A.**  Part of it was to educate ourselves, to form a community,

22   and it was also to educate the population at large at

23   Harvard, at Harvard University.

24   **Q.**  And who would attend these events?

25   **A.**  Well, there weren't a whole lot of Asian-Americans on

1   campus.  So a lot of Asian-Americans would come and so did

2   the community at large.

3   **Q.**   And does that include students from all backgrounds?

4   **A.**   Yes, it does.

5   **Q.**   Did other non-Asian student cultural groups put on

6   events?

7   **A.**   Yes, they did.

8   **Q.**   And did you attend any of those?

9   **A.**   Yes, I did.

10   **Q.**   Can you give an example?

11   **A.**   Yes.  So some of my favorites were the cultural events,

12   like when the Kuumba singers performed.  They were an

13   African-American gospel group.  They sang beautifully.  And

14   another was the Ballet Folklorico, who was a cultural dance

15   troop, and I think it was through them that I learned about

16   Mexican-Americans, which I knew very little about because I

17   only knew about Puerto Ricans.

18   **Q.**   Other than attending events from different cultural

19   organizations, did you interact with students from different

20   backgrounds in other settings?

21   **A.**   Yes.  It was hard not to, but yes.  My roommates, in

22   fact, were pretty diverse.  My roommates, one was an

23   African-American from -- I had four total -- African-American

24   from Florida; a white working-class woman who played for the

25   hockey team, women's hockey team, and I guess a wealthier

1    white woman who grew up in Newton, Massachusetts.

2    **Q.**   And what did you learn from these interactions with

3    students who came from a different background from you?

4    **A.**   Well, it really helped a lot because I had never left

5    home before and so most of my -- in fact, all of my roommates

6    had lived away from home.  And so they taught me a lot about

7    being independent, living away from home and just being --

8    even some study skills as well.  So just about everything.

9    **Q.**   Are you in touch with any of the current students --

10   student members of the Asian-American Association?

11   **A.**   Yes, some.

12   **Q.**   And do you know if that organization has joined this

13   lawsuit?

14   **A.**   Yes, they have.

15   **Q.**   And going back to the time when you were a student, did

16   the Asian-American lobby Harvard on any issues related to

17   admissions?

18   **A.**   Yes, we did.  During that time, the admissions office

19   considered us minorities.  Considered us, meaning

20   Asian-Americans, as minorities.  And as a whole, they would

21   sponsor events during pre-freshman week when people who were

22   accepted could come, but the university at large did not

23   consider -- did not host events hosted by the minority groups

24   during freshmen week when they actually enrolled.  So we

25   petitioned the college to actually have events for the

1    incoming freshmen.

2    **Q.**   And when you were a student at Harvard, did you have a

3    job on campus?

4    **A.**   Yes, I did.  I worked for the undergraduate -- I worked

5    for the admissions officer as an undergraduate minority

6    recruiter.

7    **Q.**   And what did your work as an undergraduate minority

8    recruiter entail?

9    **A.**   I, basically, coordinated other Asian-American students

10   to go, usually, back to their home cities to recruit in

11   schools that normally did not send many students to Harvard.

12   **Q.**   And was that a paid position?

13   **A.**   Yes, it was.  It was my work-study job.

14   **Q.**   Why did you get involved in the undergraduate minority

15   recruitment office?

16   **A.**   I thought it was very important for the recruiter who

17   recruited me to make an effort to reach out because I would

18   have never thought about applying to Harvard, and I felt like

19   I should return that because I knew that there were other

20   students like me out there who would never think about

21   applying to Harvard.

22   **Q.**   Were there other ways in which you or the Asian-American

23   Association was involved in recruiting students?

24   **A.**   So when students got in, we also had phone call sessions.

25   So when students were accepted into Harvard, all of the

1    Asian-American Association would go into the admissions

2    office and phone call every single one of the students who

3    got in and encourage them to come visit and encouraged them

4    to enroll at Harvard and to feel free to ask us any

5    questions.  We also volunteered to host anybody who wanted to

6    come spend a night at Harvard and to show them around.

7    **Q.**   And who sponsored or coordinated that phone call session

8    to prospective students?

9    **A.**   It was the admissions office.

10   **Q.**   And who sponsored or coordinated hosting perspective

11   students on campus?

12   **A.**   It was the admissions office.

13   **Q.**   Did you have any other jobs when you were a student?

14   **A.**   I worked briefly as a maid and briefly in the computer

15   lab.  And in my senior year, I worked for the Harvard

16   Foundation for Race Relations and -- for Intercultural and

17   Race Relations.

18   **Q.**   And what is the Harvard Foundation?

19   **A.**   They sponsored events that, basically, promoted

20   individuals who -- I guess minority leaders in the community

21   and brought the community together to understand what they

22   did.

23   **Q.**   You testified earlier about how interacting with your

24   roommates and students from other backgrounds helped with the

25   study skills and helped with support.

1          Were there any ways in which those interactions

2     challenged your assumptions or perhaps stereotypes that you

3     had?

4     **A.**  Yeah.  So I -- yeah.  I think for -- in fact, my

5     African-American roommate was actually quite good

6     in literature, and so we would discuss literature.  My two --

7     and I guess some people might have stereotypes about

8     African-American students.  The others were about -- just

9     learning about working-class white people more.  My roommate

10    who was the hockey player was a lot of fun.  So we hung out

11    with athletes a lot.

12    **Q.**  When you were a student at Harvard, did you write about

13    the admissions process for Asian-Americans at selective

14    universities?

15    **A.**  Yes, I did.

16    **Q.**  And was that article ever published?

17    **A.**  Yes, it was.

18    **Q.**  Do you recall the title?

19    **A.**  It was called "Admissions Impossible."

20    **Q.**  And were you the only author of that article?

21    **A.**  No, I wasn't.  There was a first author, David Ho.  We

22    wrote that article with -- in consensus with 25 other

23    students.

24    **Q.**  And can you explain what you mean when you say "in

25    consensus with 25 other students"?

1  **A.**   Those 25 other students and us, we were all --

2  basically had the same position as undergraduate minority

3  recruiters.  We actually recruited via the East Coast Asian

4  Student Union in different cities across the east coast to

5  try to recruit Asian-Americans to apply to the respective

6  schools.

7          And so one summer, we decided -- because we had

8  been talking about the issues of Asian-Americans in general,

9  we decided to discuss our issues at the various colleges and

10 write an article to educate ourselves and the admissions

11 officers.

12 **Q.**   And so does that article discuss the group of those 25

13 universities or just Harvard?

14 **A.**   The group of 25 universities.

15 **Q.**   What was the motivation for writing the article?

16 **A.**   It was mostly to dispel stereotypes, to dispel the model

17 minority myth, and also to encourage universities that did

18 not include Asian-Americans as part of their official

19 minority recruitment program, to include them, and also, to

20 ask that Asian-Americans be included or continue in the

21 affirmative action process.

22 **Q.**   And at the time of that article, did Harvard include

23 Asian-American students in its affirmative action process?

24 **A.**   Yes, it -- yes, it did.  And I, in particular, was one of

25 the recruiters.

1  **Q.**  Did you look -- in researching this article, did you look

2  at any data about schools' use of academic ratings or

3  personal ratings?

4  **A.**  As students, we did not have access to any -- any

5  specific data.

6  **Q.**  And does that include Harvard data?

7  **A.**  Yes, that includes Harvard data.

8  **Q.**  And at the time you co-wrote the article, how did the

9  percentage of Asian-American students at Harvard compare to

10  now?

11  **A.**  I think at the time we wrote the article it was under --

12  definitely under 10 percent, maybe under 8 percent.  And

13  right now, the incoming class is close to 23 percent.

14  **Q.**  At the time you wrote this article, how many

15  Asian-American admissions officers did Harvard have?

16  **A.**  I don't think any.  Zero.

17  **Q.**  Do you know how many Harvard has now?

18  **A.**  I think about a handful.

19  **Q.**  And do you know if this article "Admissions Impossible"

20  has been cited in this lawsuit?

21  **A.**  Yes, it has.

22  **Q.**  By whom?

23  **A.**  By SFFA.

24  **Q.**  And what was your reaction to learning that?

25  **A.**  I was actually shocked because my article was written to

1    support race conscious admissions by using and looking at

2    Asian-Americans in particular, to actually understand

3    Asian-Americans and to actually include them in the minority

4    recruitment process and affirmative action.

5    **Q.**   I'd like to talk about your time after graduating.

6           What did you do after graduating from Harvard?

7    **A.**   I worked for IBM for six years and then I -- I decided I

8    didn't like that and I went back to graduate school.

9    **Q.**   And did your time at Harvard influence your decision to

10   go to graduate school?

11   **A.**   Yeah.  So at Harvard, I was mentioning that I had never

12   seen so many rich white people before and I thought that

13   there was tremendous inequality.  I learned that there was

14   tremendous inequality because I felt like there were many

15   people of different -- all kinds of backgrounds who could

16   attend schools like that.  So I decided that I would study

17   inequality and study people of my background, and that's what

18   encouraged me to go back to graduate school.

19   **Q.**   And do you work at Hunter College now?

20   **A.**   Mm-hmm.

21   **Q.**   Why did you decide to work there?

22   **A.**   I think Hunter College is a tremendous school.  It's a

23   public school with a very diverse student body, and I enjoy

24   being in the classroom with my students.

25   **Q.**   Have you been involved with Harvard as an alum?

1    **A.**  Yes, I have.

2    **Q.**  In what ways?

3    **A.**  I am -- I was or I am an alumni interviewer.  I then

4    became a subcommittee group chair that coordinated

5    interviews.  And then in 2008, the Harvard Asian-American

6    Alumni Alliance formed and I became a board member there, and

7    now I'm a university liaison.

8    **Q.**  And you mentioned the Harvard Asian-American Alumni

9    Alliance.

10             Do you know if that organization has joined this

11   case?

12   **A.**  Yes, it has.

13   **Q.**  What do you do as an alumni interviewer?

14   **A.**  As an alumni interviewer, basically, when we're assigned

15   an interviewee, we go out and talk to them to try to learn

16   about their lives.  We know that what the admissions office

17   gets is just paper and we're supposed to bring life to that

18   paper.

19   **Q.**  And over the years that you've worked as an alumni

20   interviewer, how many students would you estimate that you've

21   interviewed?

22   **A.**  Probably over 100.

23   **Q.**  Do you still conduct alumni interviews?

24   **A.**  Yes, I have.  But not recently.

25   **Q.**  And as a subcommittee chair for the alumni interview

1    process, what is your role?

2    **A.**   So in New York City, we have a unique interviewing

3    process where we actually have the interviewers and the

4    interviewees come in on a particular weekend date, and I,

5    basically, coordinate when the interviewers meet the

6    interviewees every hour.

7    **Q.**   And on that specific interview date, do the interviewers

8    ever discuss the applicants in a group?

9    **A.**   Yes, we do.  We usually have two -- we try to have two

10   interviewers per student and any time we have a question

11   about their backgrounds or their extra-curricular activities

12   or anything they've told us that we may not know anything --

13   we may not understand fully, we discuss them during breaks

14   and during lunchtime and --

15   **Q.**   Sorry.  Continue.

16   **A.**   Go ahead.

17   **Q.**   Why is it helpful to have a discussions?

18   **A.**   It's helpful to have discussions because my interviewers

19   are multi-ethnic, multi-racial of all different kinds of

20   backgrounds, and so we serve to have a discussion to educate

21   ourselves and the -- and to learn about the background of the

22   student.

23   **Q.**   As a subcommittee chair, did you make any changes to the

24   alumni interview process under your jurisdiction?

25   **A.**   Yes.  I invited many more Asian-American alumni, since I

1    know the number has been increasing, to enroll or encourage

2    them to volunteer to be interviewers.  I also encouraged

3    other African-American and Latinos, too.

4    **Q.**  Based on your experiences as a Harvard student and as a

5    minority recruiter in the admissions office and as an alumni

6    interviewer, if you had concerns about discrimination about

7    Asian-Americans, what would you suggest?

8    **A.**  For the admissions?

9    **Q.**  For -- in the admissions process.

10   **A.**  I think they should probably hire more admissions

11   officers, learn about demographic differences within the

12   Asian-American community, because in New York City, at least,

13   we have 27 -- Asian-Americans speak 27 languages.  So they're

14   really different culturally as well.  And I would encourage

15   them to maybe have implicit bias training.

16   **Q.**  Has Harvard done any of these things?

17   **A.**  Well, the admissions officers have increased since I've

18   been there and as a coordinator of the interviewers, I was --

19   I know that they've done studies and have presented on the

20   different demographic groups of Asian-Americans to us.  So I

21   know they've done that.

22   **Q.**  Based on your experience, would you suggest going to a

23   race-blind admissions process?

24   **A.**  No, I would not.

25   **Q.**  And why not?

1    **A.**   I feel that race matters in everyday life and race should

2    matter even in your admissions process.  So for example,

3    Asian-Americans are always seen as forever foreign, no matter

4    how old you are, no matter whether you're wealthy or poor or

5    whether -- or what country or what -- I mean, what state you

6    might live in.  So I believe that you should recognize those

7    differences and those differences may have impacted their

8    lives up to the application.

9    **Q.**   Do you personally support the continued use of race as a

10   factor in Harvard's admissions process?

11   **A.**   I personally do.

12           MS. HOLMES:  Thank you.  No further questions, and

13   I'll pass the witness.

14           THE COURT:  Ms. Chen, are you having any trouble

15   keeping your voice up?  We have a -- we can hear you, but if

16   it's a strain on you, we have a lapel microphone we can try.

17   If you're like doing --

18           THE WITNESS:  I'm okay.

19           THE COURT:  Okay.  All right.  Because I'm not

20   having any trouble hearing you, but I'm wondering if they

21   are.

22           THE WITNESS:  I'm okay.  I lecture, too.

23           THE COURT:  Guys, I think what we're going to do --

24   because we're going until 12:30 today, until the lunch break,

25   so when she's done, we'll take a break for the court reporter

1    and try and reboot the system before the next witness.  Okay?

2              MS. FASULO:  May I approach the witness, Your

3    Honor?

4              THE COURT:  Yes, of course.

5              MS. FASULO:  Would you like a copy, too?

6              THE COURT:  Okay.  Sure.

7              MS. FASULO:  May I approach?

8              THE COURT:  Sure.  Thank you.

9    EXAMINATION BY MS. FASULO:

10   **Q.**  Good morning, Dr. Chen.  I'm Meg.  We haven't met before.

11   I have a little bit of a cold, so please bear with me.  I'd

12   like to start by talking with you today about an article that

13   you wrote with David Ho called "Admissions Impossible."

14             You helped co-write this article; is that correct?

15   **A.**  Yes.  Yes, it is.  Yes, I did.

16   **Q.**  Okay.  Let's take a look at some of the things that you

17   helped write in this article.

18             This article says that you surveyed 25

19   universities; is that correct?

20   **A.**  That's correct.

21   **Q.**  And in doing this, you talked to some admissions

22   officers?

23   **A.**  No, we didn't.

24   **Q.**  Okay.  One of the things that you wrote about here is the

25   selection process; is that right?

1   **A.**   Yes, we did.

2   **Q.**   Great.  Let's turn to the second page of the article and

3   see what you wrote about the selection process.  I have

4   highlighted here that you wrote, "A student profile is

5   created for each applicant, combining an academic rating and

6   a personal rating."  Do you see that?

7   **A.**   Mm-hmm.  Yes, I do.

8   **Q.**   And you also wrote that, "The academic rating is fairly

9   objective since academic credentials are difficult to

10  misjudge."

11  **A.**   Yes, we wrote that.

12  **Q.**   And then you also wrote about the personal rating.  You

13  wrote, "A personal rating is based on a personality

14  assessment, recommendations, essays, interviews,

15  extra-curricular activities, community involvement,

16  et cetera."  Is that right?

17  **A.**   Yes, that's right.

18  **Q.**   And then you wrote, "The personal rating often hinges on

19  the subjective evaluation of a particular admissions

20  officer."

21  **A.**   Yes, that's right.

22  **Q.**   And then you give an example.  You wrote, "In other

23  words, a soft-spoken applicant could be judged quietly

24  confident by one admissions officer, an introverted or

25  painfully shy by another."

1   **A.**  Yes, that's in there.

2   **Q.**  And then you say, "It is this subjective rating that is

3   the downfall of many Asian-American applicants."

4   Those are your words, correct?

5   **A.**  Yes, it's our words by consensus, 25 schools.

6   **Q.**  Understood.  And then in your article, you go on to talk

7   about myths that exist, and what you wrote is, "We feel that

8   many admissions officers believe in stereotypes that work

9   against Asian-American applicants."  Is that correct?

10  **A.**  Yes, that's correct, but you should put this in the

11  context of the historical period.  This was written in 1983.

12  **Q.**  Exactly.  I'm -- we're talking about the words that you

13  wrote in this article -- that you helped write in this

14  article in 1983.

15  **A.**  That's correct.

16  **Q.**  Okay.

17  **A.**  And in 1983, Asian-Americans in particular, just started

18  to -- the children of immigrants just started applying to

19  colleges.  So there are very few on college campuses.

20  **Q.**  Okay.  And then you say that there are stereotypes that

21  are most prevalent and they fall into four categories?

22  **A.**  Mm-hmm.

23  **Q.**  Great.  So let's see what you wrote about those

24  stereotypes.  The first stereotype that you wrote about is

25  over-representation.

1    **A.**  That's right.

2    **Q.**  So you quote from one Johns Hopkins admissions officer

3    who says, "They, Asian-Americans, are not necessarily

4    under-populated here."  Do you see that?

5    **A.**  Yes, I see that.

6    **Q.**  And then you quote from the New York Times, which says,

7    "At the Berkeley campus of the University of California, more

8    than 20 percent of the undergraduates these days are Asian,

9    even though they make up only 5.3 percent of the state's

10   population.  At major graduate schools of business, such as

11   Harvard and Stanford, there has also been a disproportionate

12   representation of Asian students for almost a decade."

13   **A.**  Yes, I see that.  Can I go back and talk about the Johns

14   Hopkins University admissions officer?

15   **Q.**  We're just going to keep going.

16   **A.**  One of the students who worked for Johns Hopkins quoted

17   that to us to put in that article.

18   **Q.**  Excellent.  Thank you.

19          You've then write, "We believe this attitude

20   prevails among admissions officers and is reinforced by the

21   news media.  We feel there is no rationale in limiting the

22   percentage of Asian-American students in schools to the same

23   ratios reflected in the general population."

24          Those -- that's what you wrote, correct?

25   **A.**  That's correct.

1    **Q.**   Great.

2    **A.**   And Harvard does not limit the students to the general

3    population.

4    **Q.**   Okay.  The second stereotype that you wrote about is

5    narrow career interests; is that correct?

6    **A.**   That's correct.

7    **Q.**   Here, you quote a Harvard admissions officer who says,

8    "It is the diversity element that hurts most of the Asian

9    applicants because many who apply are pre-medical, science,

10   technical types."  Is that correct?

11   **A.**   That's correct.  We've heard that said.

12   **Q.**   Then you go on to say, "We feel admissions officers fail

13   to understand the cultural and historical reasons that

14   Asian-Americans turn to these fields."  Is that right?

15   **A.**   That's correct.

16   **Q.**   And you've then write, "We feel admissions officers must

17   learn to understand the cultural and historical reasons

18   behind many" -- or "behind the career choices of many

19   Asian-Americans and stop viewing these choices as symptoms of

20   some type of cultural deficiency."  Is that correct?

21   **A.**   That's correct?

22   **Q.**   Great.  Let's go now --

23   **A.**   So Asian-Americans at that point, as I said before, were

24   just beginning to come on campus.  So the only thing that

25   admissions officers learned about some of these students were

1    things that they've seen and read in the media.  So we wrote

2    this to educate the admissions officers.

3    **Q.**  Okay.  Let's talk about the third category of stereotypes

4    that you talked about.  You wrote about the stereotype of

5    passive personalities, which I have on the screen now.  And

6    you say, "We feel that some admissions officers think all

7    Asian-Americans are passive or should be.  So they penalize

8    those who do not conform to their racist stereotypes."

9            That's what you wrote in 1983; is that correct?

10   **A.**  That's what the 25 of us agreed to, yes.

11   **Q.**  Okay.

12   **A.**  But this may not be in particular about Harvard.

13   **Q.**  I absolutely understand that, yes.

14   **A.**  Okay.

15   **Q.**  Yes.  We are very clear.  Thank you.

16   **A.**  Okay.

17   **Q.**  And then finally, the fourth stereotype that you wrote

18   about is the model minority myth.

19   **A.**  Yes.

20   **Q.**  To be clear, the model minority myth is the myth that

21   Asian-American students are the most hardworking, disciplined

22   students, driven people imaginable.  That's -- that's the

23   myth, correct?

24           And what you wrote about the myth is, "This model

25   minority myth has long been perpetuated to pit third world

1    student groups against us.  Both we and they are held up to

2    an impossible ideal image.  At the same time, this myth is

3    also used to whitewash the fact that we as a group have not

4    made it.  It is a myth difficult to reconcile with the

5    realities of discrimination, poverty, poor housing, cultural

6    repression and the like that still exist."

7              So these were the four stereotypes that you wrote

8    about, and you go on to say that, "Admissions officers must

9    acknowledge their responsibility to ensure that the exclusion

10   of Asian-American" -- "Asian-Americans into higher education

11   does not continue."

12   **A.**  Yes, that's correct.  And it has that Asian-American

13   admissions has improved since 1983.

14   **Q.**  Great.  So what I'd like to talk to you now about is the

15   brief that was filed in the case that you're -- for the

16   organizations that you are here to represent.

17   **A.**  Mm-hmm.

18   **Q.**  This is the that brief; is that correct?

19   **A.**  Yes, that's correct.

20   **Q.**  Okay.  So let's take a look at it.  On page 29, do you

21   see the brief says, "Asian-Americans have a long and tragic

22   history of racial discrimination in the United States."

23              Do you see that?

24   **A.**  Yes, I do.  I haven't read this since it was filed.  I'm

25   sorry.

1    **Q.**  No.  No need to apologize.  We'll just look at a couple

2    of passages together.

3           If we look down further on that same page, the

4    brief says, "Vestiges of this history remains.  Today,

5    Asian-Americans continue to face racial bias and are often

6    falsely stereotyped as timid, exotic, perpetual foreigners or

7    model minorities.  These views translate into barriers in the

8    workplace, where Asian-Americans are the group least likely

9    to be promoted to management even in industries where they

10   are employed in high numbers, such as the tech industry."

11          Do you see that?

12   **A.**  Yes, I see that.  And that's the reason why we have to

13   recognize these conditions.

14   **Q.**  And you agree with this statement; that's correct?

15   **A.**  Yes.

16   **Q.**  Yes.

17          And what this means is, that Asian-Americans still

18   face some of the same kinds of racial stereotyping that you

19   wrote about in your 1983 article?

20   **A.**  Some of them, yes.

21   **Q.**  So I'd now like to take a look at the declaration that

22   you submitted that went along with this brief.

23   **A.**  Mm-hmm.

24   **Q.**  This is your declaration; is that right?

25   **A.**  Yes, it is.

1    **Q.**  And here, in paragraph 27, which is on page 8, you

2    mention the article that we have been talking about, the

3    "Admissions Impossible" article; is that correct?

4    **A.**  Correct.

5    **Q.**  And then what you write about in the next paragraph, you

6    say that you "urged colleges to set up minority recruitment

7    programs, to hire Asian-American officers, to increase

8    training on cultural bias, and to be educated on the

9    stereotypes that work against Asian-American applicants."

10   **A.**  Yes.

11   **Q.**  Do I have that right?

12   **A.**  Yes.  The sentence before says, "Instead of demanding the

13   elimination of race as a consideration in admissions, as

14   plaintiff seeks in this lawsuit, we urge colleges to set up

15   minority recruitment programs, to hire Asian-American

16   admissions officers, to increase training and cultural bias,

17   and to become educated on stereotypes that worked against

18   Asian-American applicants."  Yes.

19   **Q.**  And you agree that all of the things that you identify in

20   this paragraph are important to addressing the bias against

21   and stereotyping of Asian-Americans at Harvard?

22   **A.**  Yes, that's what we wrote in 1983.

23   **Q.**  And that's what you agree with today?

24   **A.**  I think so, and Harvard has done many of these.  They

25   have actually increased the number of Asian-American

1    admissions officers.  They continue to recruit minorities,

2    and as far as I understand, understanding the demographics is

3    part of training on cultural bias.

4              MS. FASULO:  Thank you for your testimony,

5    Dr. Chen.

6              I have no further questions.

7              MS. HOLMES:  Your Honor, if I may, I have a very

8    brief --

9              THE COURT:  Let's give Mr. Lee his turn and then --

10             MS. HOLMES:  Oh, I'm sorry.

11             MR. LEE:  I'll ask a question.

12   EXAMINATION BY MR. LEE:

13   **Q.**  Good morning.

14   **A.**  Good morning.

15   **Q.**  Just a couple of questions.  You were asked a number of

16   questions about your article written in 1983.

17             Have you been involved with Harvard admissions

18   since 1983?

19   **A.**  Yes.  In 2000, I became an alumni interviewer, but not in

20   the admissions office, an alumni interviewer.

21   **Q.**  Has much changed since 1983 in Harvard admissions?

22   **A.**  Yes, much has changed.

23   **Q.**  Last set of questions.

24             You mentioned that one of the activities of the

25   coalition was to oppose a write-in slate of candidates to the

1  Board of Overseers; is that correct?

2  **A.**  Correct.

3  **Q.**  Was one of them named Ron Unz?

4  **A.**  Yes, one of them was named Ron Unz.

5  **Q.**  He was sponsoring the elimination of race as a

6  consideration of Harvard admissions?

7  **A.**  Yes, that's right.

8  MR. LEE:  Thank you.  Thanks very much.

9  EXAMINATION BY MS. HOLMES:

10  **Q.**  Thanks, Professor Chen.  I just have a few follow-up

11  questions.

12  Concerning the article "Admissions Impossible,"

13  what was the ultimate recommendation of the 25 people who

14  were involved in preparing that article?

15  **A.**  The ultimate recommendation was to ensure and to keep

16  affirmative action and to make sure Asian-Americans were

17  included in race-conscious admissions at these colleges.

18  **Q.**  And you've personally studied what helps the promotion of

19  Asian-Americans in professional settings; is that right?

20  **A.**  Yes, that's right.

21  **Q.**  And what did you conclude?

22  **A.**  We concluded that professionals who were in diversity

23  programs such as those sponsored by their workplace or even

24  outside workplaces, in leadership programs, actually learn

25  different skills, met different people, that helped them move

1  up higher in the professional world and a little bit faster

2  as well.

3  **Q.**  And those diversity programs, is that something that is

4  race-conscious or race-blind?

5  **A.**  They are race-conscious.

6  **Q.**  Do you think that admissions officers are more aware of

7  stereotypes against Asian-Americans today than in 1983?

8  **A.**  Yes, I do.

9  **Q.**  And has this increased knowledge dispelled, to some

10  degree, the negative stereotypes against Asian-Americans in

11  admissions?

12  **A.**  Yes, I do.  To some degree, yes.

13           MS. HOLMES:  Okay.  No further questions.  Thank

14  you.

15           MS. FASULO:  We have no further questions.

16           MR. LEE:  Nothing further, Your Honor.

17           THE COURT:  You're excused.

18           We will take a break to let us reboot the system.

19  How long do you think you're going to need in?

20           THE COURT:  All right.  How about 11:15, we'll be

21  back on.

22           (Recess taken, 11:16 a.m.)

23           THE COURT:  All right.  You can call your witness.

24           Is everyone here?  Is everyone -- are we missing

25  anybody?

```
 1              Ms. Hacker, do you have everyone at your table?
 2   You have an empty chair there.
 3              MS. HACKER:  We're ready to proceed, Your Honor.
 4              THE COURT:  Okay.  Mr. Hughes, one of you.  Go
 5   ahead, when you're ready.
 6              MS. DINAN:  Your Honor, my name is Emma Dinan.  I
 7   represent the student Amici.  We'd now like to bring to the
 8   witness stand Sarah Cole.
 9              THE COURT:  Go ahead.
10              (SARAH COLE duly sworn by the Deputy Clerk.)
11              COURTROOM CLERK:  Will you please state your name
12   and spell your last name for the record.
13              THE WITNESS:  Sarah Francis Cole, Cole is spelled
14   C-O-L-E.
15   EXAMINATION BY MS. DINAN:
16   Q.  Can you describe your collegiate and graduate education
17   for the Court?
18              THE COURT:  All right.  Now that we have the
19   witness microphone fixed, you're going to have to really keep
20   your voice up.  Okay?  I'd like to be able to hear everybody
21   all on the same witness.
22   Q.  Can you describe your collegiate and graduate education
23   for the court?
24   A.  Yes.  I graduated from Harvard College in 2016 and the
25   Harvard Graduate School of Education in 2017.
```

1  **Q.**  What did you study in college?

2  **A.**  In college, I created any own concentration in education

3  and American Society.

4  **Q.**  How did you do academically at Harvard?

5  **A.**  I did well.  I got mostly A minuses and B pluses, earning

6  about a 3.6 GPA.  I did prioritize my activism and

7  extra-curricular activities, especially the Black Students

8  Association, over my classes, which is not anything I regret.

9  I feel like I got a lot out of those experiences and I was

10  still able to be admitted into the Graduate School of

11  Education with the grades that I got.

12  **Q.**  What have you done professionally since graduating from

13  Harvard?

14  **A.**  I teach.  I taught one year at a public school in Denver,

15  and I've been teaching for the last two years at a public

16  school in Washington, D.C. where I teach fifth grade

17  humanities.

18  **Q.**  Can you describe the demographics of your students?

19  **A.**  Sure.  My school is about 50 percent Latino, 40 percent

20  black, and the school I taught in in Denver was almost

21  entirely Latino, and both schools were serving students that

22  were mostly on free or reduced launch.

23  **Q.**  Prior to Harvard, where did you grow up?

24  **A.**  I grew up in Kansas City, Missouri.

25  **Q.**  Can you tell us a little about your family.

**A.**   Sure.  I have a younger brother, an older sister, and an older brother.  I grew up with both of my parents.  They were chronically underemployed and sometimes even unemployed.  My father had a bachelor's degree from the University of Central Missouri State, and my mom did not go to college.

We had a lot of financial instability growing up, so there were some times when my family had enough money to take vacations to Disney World and other times where we were struggling to keep the lights on.  And for my family, being black Americans, we didn't have generational wealth to really fall back on.  So when my father lost his job, we were struggling more.

Then on top of that, my parents were faced with racial discrimination when they were trying to secure new jobs.

**Q.**   How did your family's situation impact you?

**A.**   It definitely motivated me.  My parents, from the time I was young, always told me that they wanted me to be able to have a job that would allow me financial stability, and that was also a job that I chose, that I found meaning in.  And so that was always a big motivation for me.  And then also, when I was younger, I didn't necessarily realize or understand how we were facing financial instability, but as I got older, I was more aware.

And in high school, once when my father was laid

off, I got to witness him waking up early to get in line for food pantries so that we could have food, applying for programs that would help us to be able to pay for our utilities.  He took a job working for the Census Bureau, going door to door just so that we could have income.  And I was just so proud of him and so inspired by his commitment to do whatever it took to make sure our family was taken care of, to make sure we had a roof over our head, food in our bellies, electricity and seeing how hard he was working.  And the sacrifices he was making made me want to work as hard as possible so that his sacrifices would be worth it.

**Q.**  How did this motivation drive you in middle school and high school?

**A.**  If I was going to have a career that was going to allow me to have financial security and was going to be a career that I found meaning in, I knew that I would have to go to a college that was a great college, and I knew that if I had -- wanted to go to a great college, I would have to go to a great high school, and that wasn't going to be the public's high school that I was supposed to go to because that high school didn't have full accreditation.

So I knew from a very young age that I would have to be able to earn a scholarship to attend a private college prep high school.  So in middle school, I was always working to that end and working really hard to that end, and I was

1    able to earn a nearly full ride scholarship to the Pembroke

2    Hill School, which is arguably the best private college prep

3    school in Kansas City.

4    **Q.**   How did you obtain your academic scholarship to attend

5    Pembroke?

6    **A.**   I had to submit my grades, take some of tests, get

7    letters of recommendation and write an essay my eighth-grade

8    year.  And actually, it was the first year Pembroke was able

9    to offer a scholarship of that size.  And the two other

10   students that received that scholarship were also -- happened

11   to be students of color.  They were lower-income students and

12   they both ended up going to Stanford and Princeton when we

13   graduated.

14   **Q.**   I'm going to show you page 6 of Exhibit SA4.

15           Do you recognize it?  What is it?

16   **A.**   Yes.  This is my high school transcript.

17   **Q.**   How did you do academically at Pembroke Hill?

18   **A.**   I did really well.  I got straight As and A pluses, and I

19   took challenging courses, lots of advanced placement courses,

20   and I worked really hard in all of my classes to make sure I

21   earned an A.

22   **Q.**   I am now going to show you page 19.

23           Do you recognize it?  What is it?

24   **A.**   Yes.  This is from my resume.  It's a summary of my

25   academic achievements.

1  **Q.**  The first entry describes the Duke University Talent
2  Identification Program.
3           Can you tell me what that is and how you were
4  involved with it?
5  **A.**  Sure.  So through the Next Generation Venture Fund I was
6  able to go to Duke TIP, the Talent Identification Program.
7  And the Next Generation Venture Fund was a scholarship
8  program for lower income/higher achieving students of color
9  that allowed us to go to different summer camps.  I went
10  to -- over the course of a few years, Duke a couple of times,
11  Davidson College and even was able to travel to China to take
12  a course there.
13           But even more importantly, I really credit this
14  program with being able to go to Harvard because they
15  provided us with so much support during the college
16  application process.  I received a coach for my essay, my
17  application essay, and they also paid for ACT and SAT test
18  prep.  The SAT test prep increased my scores by about 200
19  points, which was a lot, and this is obviously something that
20  was very great for me, but it was also, on the other hand,
21  frustrating for me because I knew my friends at Center High
22  School, which is high school I would have attended, did not
23  have access to be able to pay for a test like -- pay for test
24  prep like that or even knew about test prep like that.
25  Whereas my friends at Pembroke had been taking it since their

1   sophomore year of high school.

2            So it was just another example to me of the

3   differences and access to opportunities to be able to, like,

4   really cultivate and curate a strong college application

5   process depending on where you're from.

6   **Q.**   Please turn to the next page.

7            Do you recognize it?

8   **A.**   Yes.  This is also for my resume.  It's a summary of my

9   extra-curricular activities, my community service and my

10  employment at TJ Max.

11  **Q.**   What is Engaged KC Youth Leadership Board?

12  **A.**   Engage KC was a board of youth in Kansas City that were

13  each of us selected by our counselor person, and we would

14  meet, I think it was once a week, maybe once every other

15  week, to discuss and strategize around issues affecting youth

16  in Kansas city.  For example, how many youth in Kansas City

17  were college bound, and I was on the communications body,

18  meaning that I was in charge of the social media and

19  outreach.

20  **Q.**   How would you describe your experience at Pembroke Hill?

21  **A.**   I received an excellent education at Pembroke.  By the

22  time I was graduating from Pembroke, I felt ready for a

23  rigorous education at Harvard and -- yeah, I just felt very

24  prepared.

25            On the other hand, it was pretty socially

1  isolating.  I was one of only a few -- a small handful of

2  black students there, which made it difficult to feel really

3  racially and culturally a part of the school, but we did --

4  the small handful of us, we did really stick together and

5  support each other, especially when we encountered, like,

6  casual racism, which was not infrequent.

7  **Q.**  Can you recall your sentiments during high school about

8  your contribution to the Pembroke community?

9  **A.**  Yeah.  I felt like I had a responsibility to and the

10  opportunity to show my peers and my teachers what a different

11  example of what it could look like to be both black and

12  academically excellent.  I didn't coax, which by that I mean

13  I didn't try to talk more formally or present myself in a way

14  that's more white passing.  I just spoke the way that I

15  spoke.  I walked the way that I walked.  I dressed the way

16  that I dressed, and I still did really, really well

17  academically.

18         And so I tried to challenge their stereotypes and

19  their understandings of what you had to look like and what

20  you had to sound like in order to be intelligent.

21  **Q.**  Why did you apply to Harvard?

22  **A.**  My college counselor told me to.  He felt like I had a

23  chance.  At -- at Pembroke we had, actually, a college

24  counseling suite with several college counselors, and I was

25  assigned one of them.  And he felt like I would have a very

1    good chance of getting in Harvard, which, again, this is

2    another example of something that was really great for me to

3    have a college counselor that took the time to get to know me

4    and actually believed in me.  But when I think of my friends

5    at Center, the school I would have gone to, in conversations

6    I had with them just learning about how they had to fight to

7    be able to get a chance to see their college -- not their

8    college counselor -- their school counselor, their guidance

9    counselor to get advice on the college application process.

10   And then when they would finally get to see her, she would

11   often discourage them from even applying to college at all.

12   And this was just another example of students, because of

13   where they're from, because of what they look like, not

14   having someone believe in them, whereas, because I was at a

15   school that had the resources to have counselors actually get

16   the time to get to know me, I had just a different

17   experience.

18   Q.   What was your reaction when you were admitted to Harvard?

19   A.   I cried.  I felt like my acceptance to Harvard validated

20   all of the hard work that I had put in my entire life,

21   validated the sacrifices my family had made, and yet I had

22   zero desire to go to Harvard.  I saw Harvard as a, like,

23   stage two of my high school.  A school -- I saw Harvard as a

24   school that was made for wealthy white people and where I

25   would be, again, in the minority and where I would, again,

1    have to constantly deal with casual racism, constantly try to

2    teach my peers and superiors how to be less racially biased,

3    and I didn't want to have to go through another four years of

4    that.  So I didn't have any interest in attending Harvard.

5    **Q.**   Why did you decide to attend Harvard?

6    **A.**   So I had the chance to visit Harvard and that visit

7    completely changed my mind about it.  The undergraduate

8    recruitment minority -- the undergraduate minority

9    recruitment program connected me with a young black woman who

10   was a student there at the time, and she and I are still

11   friends.  So I was able to stay with her and she introduced

12   me to her group of friends.

13         And I can just remember sitting in Annenberg Hall

14   eating dinner at a table full of young black people and we

15   were laughing together and talking about politics and pop

16   culture and academia and having this, like, huge wide breadth

17   of conversation, and I just enjoyed it so much.  I was like

18   "Oh, wait.  I actually can see myself here, and I feel like I

19   could fit in here, and I feel like I could have community

20   here in ways that I just never imagined I could have."  And

21   that made me want to go there.

22   **Q.**   What was your experience as a freshman at Harvard?

23   **A.**   Not what I expected.  It was an interesting year.  My

24   freshman fall, I took a class called Urban Problems and

25   Politics, and I was reviewing the syllabus and saw that there

1    was -- at no point, a chance for us to learn about urban

2    violence, which is something that I think is like an

3    essential part of the conversation, if you're talking about

4    urban problems.

5            So when I asked the professor about it, he was

6    like, "Oh, yeah.  Well, I just don't really know anything

7    about it, so we're not going to talk about it."  And I was

8    like, "Well, can we in the next reading?"  He was like, "No,"

9    which was very frustrating to me because it showed to me that

10   he didn't think that this was an important topic.  And so

11   instead of addressing issues that I see as important, we

12   spent the semester learning about building codes.

13   **Q.**  Can you explain further why you perceive this to be a

14   fundamental issue?

15   **A.**  Yeah.  It's a personal issue.  It hits really close to

16   home.  Kansas City has some of the highest homicide rates in

17   the country, some of the highest youth homicide rates in the

18   country, and the summer after my junior year of high school,

19   I -- one of my closest childhood friends lost her best friend

20   to gun violence.  He was shot and killed by another young

21   person.  And the loss of his life, which was -- I mean, we

22   always say like a promising life, but it really was just a

23   promising exuberant life.  It really woke me up and I

24   committed myself to try to find solutions in ways to prevent

25   youth violence in Kansas City.

1          I spent my senior year at Capstone Project

2     researching the issue and looking for solutions.  I brought

3     it up to the Engaged KC Youth Board, and we ended up making

4     recommendations to city leadership.  I was able to work with

5     the mayor the following summer on a major initiative that was

6     actually fairly successful at preventing or at least

7     decreasing youth violence in Kansas City, and that program

8     actually still continues.  And this was -- that experience

9     and the path that it kind of sent me on was the subject of my

10    essay.

11         And so after I had just spent a year, like, really

12    pouring myself into this issue of youth violence and urban

13    violence, to then hear this Harvard professor dismiss the

14    topic altogether and make it seem like it wasn't important

15    was just absurd to me.  And to me, it shined a light on

16    Harvard's disinterest in the particular problems of

17    communities of color and how Harvard's faculty kind of

18    determined what they prioritize in the classes they offer and

19    in their research.

20    **Q.**  I'm going to show you page 18 of your admissions file.

21         Is this your personal statement to which you were

22    referring?

23    **A.**  Yes, it is.

24    **Q.**  Were there other significant events during your freshman

25    year that impacted your impression of the racial diversity

1    climate at Harvard?

2    **A.**   Yes.  And in, I think it was November of my freshman

3    year, a Harvard student published an article in Harvard's

4    newspaper about affirmative action.  And in that article she

5    said that admitting black students to Harvard was like

6    teaching a blind person how to be a pilot.

7    **Q.**   How did this impact you?

8    **A.**   I was outraged.  Up to that point no one had suggested to

9    me, not anyone from back home, not anyone at Harvard had

10    suggested to me that I did not deserve to be at Harvard

11    because of my race.  And then it wasn't even just me.  It was

12    an entire race of people.  The suggestion that an entire race

13    of people could never actually deserve to be at Harvard was

14    ridiculous to me.

15           But I will say that the Black Students Association

16    was a saving grace at that time.  I was able to really find

17    community, and we were able to really lean on each other.

18    And even though we were outraged that someone had the

19    audacity to assert that despite our accolades and our

20    achievements and all the challenges we had overcome we

21    weren't deserving of being at Harvard, we were able to

22    support each other and remain steadfast in our confidence

23    that we did deserve to be there, and we did deserve the

24    opportunity to be at Harvard.

25    **Q.**   What effect did these experiences have in motivating you

1   to engage in activist spaces on campus?

2   **A.**  It definitely pushed me to participate in and create

3   spaces of activism on campus.  My sophomore year I had helped

4   to create The Diversity Report, which was a coalition of

5   students of color, so it was black students, Latino students,

6   Asian students working together to advocate that Harvard

7   better provide institutional support to lower-income students

8   of color.

9         We created a grade card for different

10   administrators on how they were supporting racial diversity

11   on campus, and we found them to have received an

12   unsatisfactory grade.  And with that grade, we provided them

13   a set of demands in order to have a better score, demands

14   like increasing the number of faculty of color, demands like

15   providing diversity, racial diversity training for the

16   faculty so that they could better engage with students of

17   color and with lower-income students of color.  Yeah.

18   **Q.**  What other activities were you involved in?

19   **A.**  Starting my freshman year I was really involved with the

20   Black Students Association, and by my senior year I was the

21   president of the Black Students Association.

22         This was an interesting time to be president

23   because that summer before junior year started, Eric Garner

24   was killed by police and Michael Brown was also shot and

25   killed by police.  And the deaths of black people at the

1   hands of police completely became my focus as president of

2   BSA, and I had quite a bit of responsibilities in that role.

3   I was responsible for, like, trying to come up with ways for

4   Harvard's black community to grieve and process and feel

5   empowered through demonstrations and rallies.  I had the

6   responsibility of helping administrators figure out how to

7   really support the campus.  I worked with other student

8   groups, white student groups, Latino student groups to help

9   them think through, first of all, just what was Black Lives

10  Matter and also figure out how they could be better allies.

11          So I had a lot on my plate, and it was a pretty

12  intense year.  And it was an intense year coming after

13  another intense year.  So my sophomore year I was doing the

14  work with the diversity report where I was advocating for

15  administrators to better support lower-income students of

16  color and felt like most of my advocacy got ignored pretty

17  blatantly, so that was an emotionally exhausting and pretty

18  disheartening year.  And then I kind of went through that in

19  another way when I was BSA president seeing life after life

20  after life being ended and not much justice being given to

21  black people at that time.  So by the end of junior year, I

22  was even more emotionally and physically exhausted.

23  Q.  What were your interactions with Harvard's administration

24  when you were president of the Harvard Black Students

25  Association?

1    **A.**   Yeah.  So Dean Khurana called me one day out of the blue

2    and asked me to help him write an email that he was going to

3    send to the entire student body in response to the police

4    shootings of black people.  And honestly, I was a little

5    frustrated by the call because we ended up spending about an

6    hour drafting this email, and that wasn't time that I had

7    offered, and this was on top of all the other

8    responsibilities I had to tend to.

9            But I will say that after that phone call, Dean

10   Khurana continued to call me, but those phone calls were

11   often to check in on me, see how I was doing.  If he saw me

12   in the dining hall, he would ask me how I was doing and would

13   ask if there were things that he could do with the black

14   community.  So I do think even though that first phone call

15   was a bit frustrating, his heart was in the right place, and

16   he did really want to see -- he did really want to make

17   Harvard's campus a more welcoming and supportive space for

18   black students.  And I often wondered if his willingness to

19   feel that and to think that way was because he was also a man

20   of color.

21          Because when I think of other Harvard

22   administrators, not necessarily that I had conversations with

23   while I was BSA president but especially while I was working

24   with the diversity report, I often felt like they were

25   unwilling to take the claims and opinions and pain of

1      students of color seriously.  We would sit at a table with

2      Harvard administrators and ask them what felt like nothing,

3      ask them to provide diversity trainings to professors, and

4      they would just tell us no, or they would tell us it's not

5      possible without much thought, and it just felt like they

6      were being so dismissive.  But there was another

7      administrative figure, the late Dr. Counter, who was at the

8      time a director of the Harvard Foundation.  He was someone

9      else who I felt like was invested in my personal well-being

10     but also in the uplift of the black community.  He always

11     showed up.  He always gave his time.  He also would check in.

12     But again, this was another man of color, a black professor.

13     And I think this kind of shows me again the importance of

14     being able to have more faculty of color on Harvard's campus

15     so that students of color have access to these mentors, these

16     support systems and the professors and faculty at Harvard as

17     well.

18     **Q.**  In your personal experience, do you think the Harvard

19     administration adequately supports students of color?

20     **A.**  I don't think so.  And in conversations even with black

21     alumni, it's clear to me that the same problems we were

22     dealing with the alumni had been dealing with decades ago.

23     It was the same problems being iterated over and over again,

24     and there might have been like some progress, but Harvard as

25     an institution in general had refused to make actual

1    institutional changes to better support students of color,

2    which to me is like why representation of students of color

3    on Harvard's campus matters so much, because Harvard

4    administration and Harvard as an institution has so

5    consistently refused to provide support to students of color,

6    so we've had to do that work ourselves.  We've had to create

7    those support systems.  We've had to create the community

8    that allows us students of color to feel confident and able

9    to thrive on its campus.  And if you have fewer students of

10   color on Harvard's campus, then there's fewer people to do

11   that work and that work becomes more exhausting.

12   **Q.**  What impact would a reduction of African-American

13   representation at Harvard have on Harvard's racial climate in

14   academic benefits?

15   **A.**  It would have a severely adverse impact on Harvard's

16   racial climate.  I think back to when the black community on

17   Harvard's campus was grieving deeply when we were being

18   inundated with news story after news story of black people

19   being killed by police officers, meanwhile our white

20   classmates seemed completely unfazed.  And we couldn't lean

21   on them.  We could only really lean on each other to be able

22   to grieve and process what was happening.  And it was so

23   important at that time to be able to have like a strong

24   community that we could lean on for that type of support.

25           And then in terms of academics, there is so much

1    value that black students offer academically.  They make
2    classes -- the class and learning experiences so much richer.
3    I can't tell you how many times I've had professors email me
4    thanking me for the contributions I've made in class or
5    classmates stopping me outside of class thanking me for
6    sharing my perspective.  I remember once I had shared my
7    perspective on an issue as a black woman specifically, and
8    the woman stopped me after class and thanked me for sharing
9    my prospective.  That's just me.  I'm only one person.  I'm
10   sure that that's happened, even if people aren't
11   communicating it to so many of the black students on
12   Harvard's campus.  So the learning would be less.  There
13   would be less learning if there were fewer black students.
14   Q.  Now, we've focused on your racial identity and related
15   experience for some time.  Do you also identify with a
16   particular socioeconomic status?
17   A.  Yes.  Working class.
18   Q.  How is your perspective shaped by your socioeconomic
19   identity?
20   A.  As I touched on earlier, my experiences as a
21   working-class black person motivate me to be able to make the
22   sacrifices and hard work of my parents worthwhile.  I also
23   think that my experiences lead me to really feel in
24   solidarity with lower-income people and lead me to feel a
25   strong commitment to fighting for a world where people don't

1    have to endure the hardships of poverty, and this is a big

2    reason why I teach.

3    **Q.**   To what extent does your perspective differ in any way

4    from others of the same socioeconomic status because of your

5    ethnicity?

6    **A.**   It just does differ.  The experiences of a black

7    working-class person are different from the experiences of a

8    white working-class person and are different from the

9    experiences of an Asian or Latino working-class person.  The

10   particular prejudices and stigmas and barriers that I face as

11   a black working-class woman are simply different than those

12   other groups.

13   **Q.**   What benefits does socioeconomic diversity produce on

14   Harvard's campus?

15   **A.**   I think it definitely produces both social and learning

16   benefits.  It makes Harvard's campus a richer place, and it's

17   one of many parts of students' identities that adds benefits

18   to Harvard's campus, including like the racial diversity, how

19   that also adds benefits to Harvard's campus.

20   **Q.**   What differences are there in the academic benefits

21   flowing from socioeconomic diversity compared to those

22   flowing from racial diversity?

23   **A.**   They're different.  The perspectives and experiences that

24   low-income students bring to Harvard's campus to make it a

25   richer campus are different than the perspectives and

experiences that students of color bring, and those are
different than the perspectives and experiences that lie at
the intersection of low-income students of color.  And so
because they're different, like, we get different benefits
from them.

**Q.**  Do you have any personal experience on that, on the
difference between those?

**A.**  Yeah.  So when I think about the students who were most
likely to advocate for Harvard to do better by students of
color, oftentimes it was the low-income students of color
because they were more impacted by the racial barriers at
Harvard, and we have -- like, all students of color
experience them, but it was often most impacting lower-income
students of color.

Then when I think about my own family and my own
family's history of financial instability, I can see where
there's like that difference in experience and perspective
that comes from being a person of color in addition to
experiencing financial instability.  So I imagine a white
working-class father being laid off from his job and maybe
even struggling to find work, but he doesn't have to face the
disadvantages and discrimination that my black father had to
face when he was laid off from his job and unable to find
work.

But on the on the other hand, even when we were

1    doing well financially and we were able to take vacations, we

2    couldn't fully enjoy those vacations because when we entered

3    white spaces, we were being called the "N" word.  I have

4    memories of that from what I was eight years old; or when my

5    mother didn't have to work because my father was making

6    enough income and she could be more involved in our

7    education, she was often pretty ridiculously mistreated by my

8    teachers because they didn't want to take her claim seriously

9    that her black daughter might be gifted and that her black

10   daughter might be deserving of a more rigorous education.

11          And so regardless of whether we were struggling

12   financially or not, our race has always shaped our

13   experience, and that is a part of what I'm able to offer and

14   black students are able to offer to the learning environment,

15   because we have those particular experiences.

16   **Q.**   What do you think Harvard needs to do to attend to its

17   student community?

18   **A.**   It needs to be honest about the experience of students of

19   color.  And it needs to be willing to listen to the students

20   of color.  It needs to really take seriously the need to

21   cultivate a culture of basic respect where I am not cursed at

22   or physically assaulted just because I'm marching through

23   campus saying that black lives matter.

24          There should probably be a high-level administrator

25   who is specifically dedicated to the work of making sure

1    Harvard's campus is a welcoming campus for students of color.

2    They need to be willing to invest in adequate racial

3    diversity training for their professors so that the

4    professors are able to teach black and brown students but

5    also model for all of their students what it looks like to be

6    a leader in a diverse world, because all of their students

7    are looking to them as mentors in that way.

8             Harvard needs to be more proactive about attracting

9    and placing on tenure professors of color, not only because

10   professors of color are often -- students of color more

11   readily see professors of color as mentors because also

12   because the research of your professors is often, at least in

13   what I experience, shaped by their identity.  And right now

14   Harvard has a social responsibility to support professors

15   that are doing research that affect communities of color, to

16   name a few things.

17   **Q.**  Based on your experience, what do you think would happen

18   if Harvard invested less in or got rid of race-conscious

19   admissions and focused more on supporting students of color

20   on campus?

21   **A.**  I think, first of all, fewer students of color would

22   apply.  If Harvard adopted race-blind admissions, that would

23   signal to students of color that Harvard was disinterested in

24   us.  Race-blind admissions is an active erasure.  To try to

25   not see my race is to try to not see me simply because there

1    is no part of my experience, no part of my journey, no part

2    of my life that has been untouched by my race.  And because

3    of that, it would be nearly impossible for me to try to

4    explain my academic journey, to try to explain my triumphs

5    without implicating my race.  So I couldn't even submit an

6    application, and so many other students of color would

7    probably feel that way, too.

8              And if there are fewer students of color applying

9    to Harvard, that means there are a fewer students of color

10   accepting the chance to go to Harvard, and there would be

11   fewer students of color there, which means there would be

12   fewer students of color able to create that support system

13   that I talked about earlier.  So it would actually be pretty

14   counterintuitive to try to make Harvard a more supportive

15   place for students of color if you adopted race-blind

16   admissions.

17             It's really important to value representation on

18   campus in addition to finding ways to provide greater

19   institutional support.  Representation and institutional

20   support are equally important.

21             MS. DINAN:  Thank you, Sarah.

22             MS. HACKER:  SFFA has no questions for this

23   witness, Your Honor.  Ms. Cole, thank you for being here

24   today and sharing your testimony with us.

25             MS. CONNOLLY:  And Harvard has no questions.  Thank

1   you, Ms. Cole, for your testimony.

2              THE COURT:  You're excused.  Thank you.

3              MS. McCLELLAN:  Good morning, Your Honor.  Cara

4   McClellan for Amici Organizations.  Amici organizations would

5   like to call Ms. Catherine Ho.

6              (CATHERINE HO duly sworn by the Deputy Clerk.)

7              COURTROOM CLERK:  Can you please state your name

8   and spell your last name for the record.

9              THE WITNESS:  Catherine Ho, H-O.

10  EXAMINATION BY MS. McCLELLAN:

11  **Q.**  Good morning, Ms. Ho.

12  **A.**  Good morning.

13  **Q.**  Where do you attend college?

14  **A.**  I go to Harvard College.

15  **Q.**  And when are you expected to graduate from Harvard?

16  **A.**  I'm in the class of 2021.

17  **Q.**  And how are you associated with this lawsuit?

18  **A.**  I am a co-president of the Asian-American Women's

19  Association, also known as AAWA.

20  **Q.**  And how is AAWA associated with this lawsuit?

21  **A.**  So AAWA and I submitted a declaration as an Amici.

22  **Q.**  And did you also submit an amicus brief?

23  **A.**  Yes.

24  **Q.**  How would you describe your racial or ethnic background?

25  **A.**  I identify as Asian-American, more specifically

1    Vietnamese-American.

2    **Q.**   And when did your family emigrate from Vietnam?

3    **A.**   So my parents came in the early '90s.  My parents were

4    both refugees because of the war, and my dad came over in I

5    believe '91, and my mom came over in '94.  And in that time

6    they maintained communication through writing letters to each

7    other, which I still have now.

8    **Q.**   What do your parents do for a living?

9    **A.**   My mom is a small business owner and my dad is an artist

10   and blows glass.

11   **Q.**   Have your parents' experiences as refugees from Vietnam

12   impacted you in any way?

13   **A.**   Definitely.  So besides the fact that I'm a

14   first-generation American, like, bridging that divide between

15   what I experience at home and what I experience, like,

16   outside of the house, also, the fact that they weren't able

17   to obtain a higher education because of the war and because

18   of their status as refugees has informed how I think about

19   education as a privilege and, like, how privileged I am to be

20   able to go to college at Harvard.

21   **Q.**   Where did you grow up?

22   **A.**   I grew up in Louisville, Kentucky.

23   **Q.**   And where did you attend high school?

24   **A.**   I went to duPont Manual High School.

25   **Q.**   What kind of high school is that?

1   **A.**   It's a public magnet school, so we had five magnets, and

2   everyone who was at the school had to apply in some way.

3   **Q.**   I want to talk a bit about your experience applying to

4   Harvard.  First of all, when you applied to Harvard, what was

5   your GPA or class ranking?

6   **A.**   I believe I was seventh out of the class of 400 plus, and

7   my GPA was weighted at the end of graduation, 4.48.

8   **Q.**   Did you take the ACT?

9   **A.**   Yes.

10  **Q.**   Would you be willing to share your ACT scores?

11  **A.**   Yes.  It was a 35 composite.

12  **Q.**   And when you applied to Harvard, did you submit an essay?

13  **A.**   Yes.  I submitted three.

14  **Q.**   Okay.  Can you tell us about your first essay?

15  **A.**   Yeah.  So the one on the common app was about the

16  Vietnamese language, so Vietnamese doesn't have the

17  conjugations that other languages might have.  So how we talk

18  about the past, the present and the future are all the same

19  conjugation.  So I wrote about that and how that's kind of

20  reflective of my parents' experience coming to America.  And

21  even though obviously they did not ask for the war, they did

22  not ask to have to move and leave everything they knew

23  behind, they just kept rolling on, like, this is life, we

24  have to deal with it, and how that has informed how I feel

25  about my life.  And yes, life will throw difficulties your

1    way, but you just got to keep going sometimes.

2    **Q.**  Tell us about your second essay.

3    **A.**  My second essay that was also on the common app was about

4    working in the refugee center that my mom utilized when they

5    first went to Louisville.  So she went to this community

6    center, and that's where she learned English and, like, how

7    to be an American, how to live in America.  And the community

8    center still exists today, and when I was in high school, I

9    volunteered there, and how I felt like it was coming full

10   circle and how my identity and how my mother's experience had

11   encouraged me to pursue these opportunities.

12   **Q.**  Tell us about your third essay.

13   **A.**  Yes.  So this was the one that Harvard -- the

14   supplemental one for Harvard.  And it was about going to

15   Vietnam and seeing how different the world there is and how

16   different the lived experience there is and having a better

17   appreciation for everything that my parents had to go through

18   and, like, the divide they really had to bridge.  And also it

19   impacted me in the way that I view, like, the world, and

20   we're all connected and how, even if I don't necessarily

21   impact Vietnam, there's things that I can do in Louisville or

22   in Cambridge and Boston that can impact my direct community.

23   **Q.**  All three of your essays indicated that you are

24   Vietnamese?

25   **A.**  Yes.

1    **Q.**  Was it important to you to be able speak about your race

2    and ethnicity in your application to Harvard?

3    **A.**  Definitely.

4    **Q.**  Why?

5    **A.**  Because for me race has influenced all of these factors

6    of my life, like the idea of intersectionality, which is the

7    idea that facets of our identity are not concrete, like the

8    fact that they all influence each other, and I can identify

9    more with the fact I'm Vietnamese-American or a woman or

10   college student or my age or whatever, the amount to which

11   these different things affect me differs from room to room

12   and from time to time.  And these factors are not static.

13   They, like, all influence each other.

14           So if race were to have been removed and I couldn't

15   have talked about that, I don't know what I would have

16   written about because all of my experiences are informed by

17   the fact that I am Vietnamese-American.

18   **Q.**  Could speaking about your socioeconomic status have

19   allowed you to present your whole self if you could not

20   discuss race?

21   **A.**  No.

22   **Q.**  Why not?

23   **A.**  Because going back to the idea that all of these factors

24   influence each other, part of coming from my socioeconomic

25   background is because my parents are refugees, and, like,

1    that is part of the story.  So if you remove this critical

2    part, the story is not complete.  The story can't really even

3    be told, really.

4    **Q.**   Have you ever viewed your Harvard application packet?

5    **A.**   I have.

6    **Q.**   Why?

7    **A.**   Because I think it was just something that I was

8    interested in.  And also, as a first semester, first year, as

9    a freshman, I think a lot of students just want to see what

10   the school thinks about them.  It's kind of fun because

11   there's so much mystery around it.

12   **Q.**   What was your reaction when you reviewed your application

13   packet?

14   **A.**   At first I was a little creeped out because Harvard had

15   identified me as somebody who would be interested in the PBH,

16   which is the Phillips Brooks House, which is an umbrella

17   organization for all of these service organizations on

18   campus.  So I viewed this in the winter of like the second --

19   I guess like this time last year.

20          And I had already started working with PBH and

21   certain programs.  It was really weird that Harvard, like,

22   had been able to identify that.  But also it mentioned my

23   essays and being Vietnamese-American.  And I actually called

24   my dad right after the viewing, and I was like, they've

25   talked about how I was Vietnamese-American.  Because for him

1    and for my mother as well, I don't think there are many

2    narratives about being Vietnamese-American in America, so

3    just to be able to say, like, our story matters to them was

4    really important.

5    **Q.**   Was Harvard your first choice?

6    **A.**   It was not.

7    **Q.**   What was your first choice?

8    **A.**   I applied early decision to Columbia and got first

9    deferred and then did not obtain admission to Columbia.

10   **Q.**   Why did you decide to go to Harvard?

11   **A.**   Because I think for me Harvard provided a lot of

12   opportunities, like the idea of the liberal arts.  And even

13   now, like, being able to take so many different classes and

14   not really having to put yourself into, like, one

15   concentration, which is what we call our fields of study, I

16   think that was really important.

17          And coming in, I knew I had an interest in two very

18   different subjects that I wouldn't be able to bridge

19   otherwise.  But also, like, going to Harvard meant like

20   something that I could, like, show to other

21   Vietnamese-Americans that they could also obtain this.  And I

22   think that was really important to me as well.

23   **Q.**   Was the diversity that Harvard offered important to you

24   when you applied?

25   **A.**   Definitely.

1    **Q.**   And did you visit Harvard?

2    **A.**   I visited Harvard during Visitas, which is the admissions

3    weekend for seniors in high school.

4    **Q.**   And can you tell us a little bit about that visit.

5    **A.**   Yes.  So during the visit, we have something called the

6    activities fair where all these hundreds of organizations,

7    like, hand out promotional material or, like, talk about

8    their organization.  And even though, like, walking around I

9    just saw people who I felt like I could connect with or saw

10   diversity of students, at this activities fair specifically I

11   saw like booths for the Asian-American Association or

12   Asian-American Women's Association, which I later became

13   involved in, like, the reality that these organizations were

14   on campus and provided a space for students to come together

15   and just make friends and also, like, for other reasons was

16   really important for me.  And seeing these organizations made

17   me realize that Harvard definitely could be a home for me and

18   has since become a home for me.

19   **Q.**   And now that you are a student at Harvard, how are you

20   doing academically?  What grades have you received?

21   **A.**   Yeah.  I've been doing pretty well.

22   **Q.**   Will you be willing to share with us your grades?

23   **A.**   Yeah.  It's a 3.8.

24   **Q.**   So you mentioned that you are involved in AAWA.

25   **A.**   Yes.

1   **Q.**   What is AAWA?

2   **A.**   So AAWA is again the Asian-American Women's Association.

3   It was active when Radcliffe, which was the institution that

4   was the sister school to Harvard when Harvard was only for

5   men, it was active during that time.  And it kind of died off

6   for a while.

7           But in the 2014-2015 school year our co-presidents,

8   refounding co-presidents felt there was a need for there to

9   be a space on campus for Asian-American women that was

10  non-competitive and open to all genders and identities to

11  where we could come together and not only support each other

12  but specifically identify forces and I guess -- yeah, forces

13  that have affected your lives not only at Harvard but beyond

14  and how to put that and to -- like, to be able to express

15  that and to realize those forces are the same, even if they

16  manifest in different ways, and then also how to take

17  tangible steps to address those barriers.

18  **Q.**   Is there more than one affinity group for Asian-American

19  students at campus?

20  **A.**   Yes.

21  **Q.**   Approximately how many are there, if you know?

22  **A.**   I think it's hard.  There are so many because there's

23  such a wide diversity of Asian-American experiences but

24  probably like 20 or 30, somewhere along there.

25  **Q.**   Would you say there's diversity within AAWA?

1   **A.**   Yes.

2   **Q.**   Is the diversity within AAWA important to you?

3   **A.**   Definitely.  As a Southeast Asian-American, I think

4   that -- especially Vietnamese-American, I think that that is

5   very different than some other experiences, Asian-American

6   experiences.  So I think that even within AAWA, being

7   Pan-Asian is really important because we realize how diverse

8   the Asian-American experience is.

9   **Q.**   You mentioned that you are co-president of AAWA.

10  **A.**   Yes.

11  **Q.**   What are your duties as co-president?

12  **A.**   Specifically I kind of oversee the dialogue committee and

13  also outreach committee, but also we go to meetings where,

14  for our board meetings we will organize events for all of the

15  general members.  We also are on the women's cabinet and also

16  Pan Asian Council.

17  **Q.**   How much time do you spend in your role as co-president?

18  **A.**   About five to ten hours a week.

19  **Q.**   And how has AAWA affected your experience at Harvard?

20  **A.**   So when I was a first-year, I always knew that I wanted

21  to, like, be in an Asian-American organization, and

22  specifically for me, AAWA was really important because it was

23  particularly identity-based, and I felt like it was a place

24  where I could talk about things that I had experienced.

25           And AAWA for me, especially during my first year,

1    was a huge source of support, not only having friends but

2    also tangibly.  Like, there are older students in the

3    organization who could tell me like, oh, maybe don't take

4    these two classes together, just very tangible information

5    about, like, how to be a student at Harvard.

6              And then now, as a sophomore and having sort of a

7    leadership role, I think being able to be in a mentor-type

8    role to first-year students is really important because I

9    think that it just shows that you belong on campus and you

10   have a space on campus.

11   **Q.**  And did you have mentors who were Vietnamese women before

12   coming to Harvard?

13   **A.**  No.

14   **Q.**  Approximately how many students participate in AAWA?

15   **A.**  So the mailing list is 200 to 250 people.  But one of the

16   biggest things about AAWA is that we never want it to be a

17   burden on you, and we want you to be in the right head space

18   or at least feel like you want to come to our events, so the

19   attendance at our events differs.

20   **Q.**  What types of events does AWWA host?

21   **A.**  So we have two main type of events.  We have

22   community-building events and dialogue events.

23   **Q.**  Can you please turn to what has been marked as Amici

24   organization Exhibit 17.  Do you recognize this?

25   **A.**  Yes.

1    **Q.**   How do you recognize this?

2    **A.**   This was one of our publicity materials for a study

3    break, which is a type of community-building event that we

4    did this past spring.

5    **Q.**   And did someone in AAWA create this?

6    **A.**   Yes.

7    **Q.**   Is this a true and accurate copy of the flier for this?

8    **A.**   Yes.

9              MS. McCLELLAN:  Your Honor, I move to submit Amici

10   Organization Exhibit 17 into evidence.  Counsel has been

11   provided with a copy.

12             MS. HACKER:  No objection, Your Honor.

13             MS. CONLEY:  No objection.

14             THE COURT:  It's admitted.

15             (Amici Exhibit 17 admitted into evidence.)

16   **Q.**   Now, does this flier indicate that the event was open to

17   students who don't identify as Asian-American?

18   **A.**   Yes.  It says all genders and identities welcome.

19   **Q.**   Why did you include this description?

20   **A.**   Because for AAWA, it's always been all gender and

21   identities welcome.  Even if it's not explicitly on our

22   publication material, it's on the emails we send out.  And

23   it's really important for us as an organization to express

24   that it's just not for people who identify with the

25   experiences of Asian-American womanhood.  If you're

1    interested in learning more about who we are as an

2    organization or about what we as individuals care about, we

3    want you to be able to feel like you can talk to us and not

4    just this exclusive space.

5    **Q.**   And where was the event hosted?

6    **A.**   It was in the women's center.

7    **Q.**   And what is mochi?

8    **A.**   Mochi is a traditional Japanese snack.  It's like a

9    sticky rice.  It's kind of sweet and usually goes on top of

10   ice cream.

11   **Q.**   Why did you decide to make mochi?

12   **A.**   First of all, because it was spring and we wanted to have

13   something bright, especially, like, after a Boston winter,

14   but also because it's a little time-intensive to make, but

15   it's pretty easy, it just takes time, and it was an easy way

16   for our board to bond.  So making mochi, listening to music

17   and having that was a board-bonding activity.

18   **Q.**   Was mochi a cultural -- making mochi a cultural

19   experience?

20   **A.**   I think it was -- it was, yeah.

21   **Q.**   And were there people in attendance who were not familiar

22   with mochi before they attended?

23   **A.**   Definitely.

24   **Q.**   You mentioned a second type of event that AAWA hosts.

25   What are dialogue events?

1    **A.**   So dialogue events are a little bit more guided and

2    focused, whereas with community-building events, it's not --

3    like, obviously we're going to talk about things that matter

4    to us and affect us, but it's not like there's a specific

5    topic of the day.

6              With dialogue events, they're a little more

7    focused.  So, for example, we've had grad students who

8    identify with the experiences of Asian-American women that

9    come in to talk to us.  We've also had, like, anti-black

10   racism in the AAPI community, things like that.

11   **Q.**   I'm showing you what has been marked as Amici

12   Organization Exhibit 6.  Do you recognize this?

13   **A.**   Yes.

14   **Q.**   How do you recognize this?

15   **A.**   This was also publicity material for an event that we had

16   last fall.

17   **Q.**   And is this a true and accurate copy of the flier for the

18   event?

19   **A.**   Yes.

20             MS. McCLELLAN:  Your Honor, I move to submit Amici

21   Organization 6 into evidence.  Counsel has been provided a

22   copy.

23             MS. HACKER:  No objection.

24             MS. CONLEY:  No objection.

25             THE COURT:  Admitted.

```
 1                    (Amici Exhibit 6 admitted into evidence.)
 2     Q.   Now, were there other hosts for this event?
 3     A.   Yes, there were.  So the Chinese Association and the
 4     Harvard -- Association were also co-sponsors.
 5     Q.   And was there a facilitator?
 6     A.   There was.
 7     Q.   What happened during the event?
 8     A.   So at first the event had a lot of interest.  Actually
 9     600 people were interested in the event.  And because of the
10     nature of the event, we had to kind of do a lottery.  But
11     people came in Teknor and we sat around and we first
12     discussed very basic terms so that we were all on the same
13     page.  So we defined power and privilege and structures so we
14     were all using the same language and there was no ambiguity
15     as to what we were talking about.  Then we broke out into
16     smaller groups.  And each group had a piece of journalism or
17     newspaper report in which there was evidence or reporting of
18     Asian-American violence or bias towards black people in the
19     community.
20                    And then after that we came together and the
21     facilitator asked us all to close our eyes, and then the
22     facilitator asked us questions about our own biases or our
23     own experiences.  But with our eyes closed, we raised our
24     hands, and we all opened our eyes with hands raised.  And we
25     looked around to just realize that this was not singular
```

1    experience but something more prevalent in the community.

2    Then we talked about what that means and how to approach

3    these conversations with people outside of the people who had

4    been at the event.

5    **Q.**   And can you read for us what was the title of the event?

6    **A.**   Yes, Anti-Black Racism in the Asian-American Community.

7    **Q.**   Why did you feel it was important to have a discussion

8    about this topic?

9    **A.**   Because I definitely think that anti-black racism is very

10   prevalent in the Asian-American community, and it was really

11   important that we, first of all, like, acknowledge that this

12   bias exists and stereotypes exist within the community and

13   how to work forward from that.  Because all communities of

14   color -- like, solidarity is so important, and it's not like

15   we should be dividing ourselves.  Yes, there are differences

16   in our lived experiences, but by recognizing those

17   differences, we can be stronger together.

18   **Q.**   I want to show you what's been marked as AO31 next.

19   **A.**   Mm-hmm.

20   **Q.**   Do you recognize this?

21   **A.**   Yes.

22   **Q.**   How do you recognize this?

23   **A.**   This was part of the women's week event, and this was

24   also a publication that we sent out over the email list.

25   **Q.**   And what is this?

1    **A.**   This is a flier for an event titled Unlearn the Language

2    of Misogyny, which is something the women's center does every

3    year, and together with CSA and OAASIS, which are two other

4    organizations on campus, AAWA organized and asked professors

5    to come in and talk about how misogyny in language is --

6    like, how even like misogyny is perpetuated throughout our

7    language, even things we don't think about have connotations.

8    And there were really interesting conversations about the

9    German language and poetry and the idea of, like, a

10   gender-neutral language.

11   **Q.**   Is this a true and accurate copy of the flier for the

12   event?

13   **A.**   Yes.

14          MS. McCLELLAN:   Your Honor, I move to submit Amici

15   Organization Exhibit 31 into evidence.

16          MS. HACKER:   No objection.

17          MS. CONLEY:   No objection.

18          THE COURT:   Admitted.

19          (Amici Exhibit 31 admitted into evidence.)

20   **Q.**   Who hosted this event?

21   **A.**   Yes.   AAWA, CSA and OAASIS, which are the other two

22   organizations co-sponsored with the women's center.

23   **Q.**   Can you tell me what the other organizations -- I know

24   you shared their acronyms, but what are they, and what do

25   they stand for?

1    **A.**   CSA is the Chinese Students Association, and then OAASIS

2    is Organization of Asian-American Sisters in Service.

3    **Q.**   Now, what is Breaking Barriers?

4    **A.**   Breaking Barriers was the theme of women's week last

5    year, so the idea of, like, tangible steps that we can walk

6    away with and implement in our daily lives to kind of, like,

7    address this problem of the patriarchy.

8    **Q.**   And why did AAWA decide to host an event during women's

9    week?

10   **A.**   Because as an Asian-American Women's Association, we

11   obviously value the intersectionality of womanhood and the

12   Asian-American experience, and we thought that it was really

13   important that we are able to talk about, like, things that

14   we care about.  And, like, language is something we all use

15   every day, so it was important that we were able to kind of

16   sit down and analyze where this comes from.

17   **Q.**   How often does AAWA co-host events with other

18   organizations on campus?

19   **A.**   Regularly.

20   **Q.**   Is AAWA part of the Women of Color Collective?

21   **A.**   Yes.

22   **Q.**   And what is Wok Tales?

23   **A.**   Wok Tales is an event that we have with other women of

24   color organizations on campus, Latinas Unidas, Association of

25   Black Harvard Women and the South Asian Women's Collective.

1    And we all get together and we have, like, cheese and, like,

2    wine and non-alcoholic drinks.  And it's just a nice way for

3    all of these other organizations to be able to come together

4    when we usually -- like, to have all these people meet each

5    other and talk about, like, just class or life or like forces

6    that have impacted all of us.

7    **Q.**  What would you say is the racial or ethnic background of

8    students who attend Wok Tales?

9    **A.**  It's hard to say because there's such a diversity of

10   students who attend.

11   **Q.**  And if we take the Unlearning the Language of Misogyny

12   event that we just discussed as an example, what was the

13   racial or ethnic background of the students who attended that

14   event?

15   **A.**  It was also very diverse.  Because of the organizations,

16   there were many Asian-Americans.  There were also a lot of

17   black students and white students, like, a lot of people were

18   there.

19   **Q.**  Would you say students of all backgrounds attend AAWA

20   events?

21   **A.**  Yes.

22   **Q.**  Now, you mentioned earlier that you do community service

23   with the Phillips Brooks House Association; is that right?

24   **A.**  Yes.

25   **Q.**  Do you think the diversity at Harvard impacts the service

1    that PBHA or the Phillips Brooks House Association can
2    provide to the community?
3    **A.**   For sure.
4    **Q.**   How?
5    **A.**   Because I think that when volunteers come into a
6    community, especially like a specific community that has a
7    specific background, I think the community is much more
8    receptive to these volunteers so they can understand where
9    they're coming from and understand their story.
10            So for example, like Chinatown ESL, I think the
11   community is much more receptive if you can understand what
12   Chinatown is and where these people are coming from or even
13   being able to speak to them in Mandarin or Cantonese or,
14   like, similar programs in Dorchester.
15   **Q.**   Are you familiar with the Vietnamese community within
16   Boston?
17   **A.**   Yes, in Dorchester.
18   **Q.**   How are you familiar?
19   **A.**   So Dorchester is an area where there are many
20   Vietnamese-Americans.  Not only do I have family there, but
21   there are certain programs that go on, certain programs that
22   work with refugee youth or children of refugees.  And also
23   Dorchester has really good food, Vietnamese food.
24   **Q.**   Have you interacted with the Vietnamese community through
25   your work in PBHA?

1    **A.**   I've not directly worked with programs in Dorchester, but

2    many of my Vietnamese friends, even people who are not

3    Vietnamese, go into Dorchester quite often.

4    **Q.**   Do you feel that having Vietnamese students who are part

5    of the students that volunteer impacts the services they're

6    able to provide?

7    **A.**   Definitely.  Because I think that -- like, obviously it's

8    not mandatory that you are Vietnamese or whatever to be a

9    volunteer, and we want a lot of people to become involved.

10   But I think that if there are Vietnamese voices in the room

11   to talk about, like, what it means to be a refugee or there's

12   certainly baggage that comes with being a refugee, I think it

13   can inform the whole group of how we should approach these

14   maybe barriers to connecting with people or even how we

15   should approach the community at large.

16   **Q.**   Do you feel that Harvard has a diverse learning

17   environment?

18   **A.**   Yes.

19   **Q.**   Has Harvard's diversity affected your educational

20   experience?

21   **A.**   Yes.

22   **Q.**   How so?

23   **A.**   Because education is not just what you learn in the

24   classroom.  I think that Harvard really emphasizes the

25   learning that goes on in dorms and dining halls.  And

1    specifically, like last year I had a roommate who is black.

2    And given everything that happened on campus with the police

3    violence last year --

4    **Q.**  Sorry.  Can you first explain, was there an incident that

5    produced police brutality on campus last year?

6    **A.**  There was, towards a black student.  And being with her

7    and, like, literally being her roommate through that and

8    seeing how -- like, obviously I was very upset, but how

9    differently she was upset and how she as an individual had to

10   respond and how she as an individual who is part of an

11   organization that was releasing statements had to respond.

12   Like seeing how much we can learn from each other, like, how

13   I would never have thought that, like, I would be so

14   emotionally responsive.  Like, I would have never seen that

15   if I hadn't had that, like, living experience with her.

16        And also just like my roommate this year who is a

17   first-generation student as well and whose parents are also

18   immigrants, like, talking to her about the pressure of coming

19   to Harvard and like the pressure of being the first one in

20   your family to go to college or like even gender expectations

21   within certain communities, I think that was really important

22   because then, like, I feel the same things, but I just never

23   knew that they were so widespread.  So I think that that has

24   definitely affected my educational experience.

25   **Q.**  To clarify, when you mentioned the incident of police

1    brutality, did it involve a student who was black?

2    **A.**  Yes.

3    **Q.**  And had you had black friends before attending Harvard?

4    **A.**  I had, but never anyone that I lived with or even talked

5    about, like, race dynamics as much as with my roommate.

6    **Q.**  And your roommate was African-American last year?

7    **A.**  Yes.

8    **Q.**  Do you feel that your experience with diversity at

9    Harvard, in particular your experience living with an

10   African-American roommate, has really impacted how you think

11   about social problems?

12   **A.**  Definitely, because I think that, obviously, like, we

13   know that our -- I think a lot of us can realize that our

14   lived experience is not the only lived experience.  But I

15   think that we can sometimes forget how vast those lived

16   experiences can be.  And living and learning with people who

17   do share very different experiences than you do just I think

18   brings to the forefront that there are so many different

19   experiences.  So you go into conversations or problem-solving

20   situations knowing that there's so much out there in the

21   world and that you should be a little more nuanced and come

22   from your own perspective and only -- know that your

23   perspective is one lived experience and not everyone's

24   experience.

25   **Q.**  And you mentioned that your second roommate was Latina?

1    **A.**   Yes.

2    **Q.**   Did you have friends who were Latinx before coming to

3    Harvard?

4    **A.**   No.

5    **Q.**   What did you learn from your experience living with a

6    student who was Latinx?

7    **A.**   So obviously, we just shared snacks, which is great, but

8    also, she's also a first-generation student, and her parents

9    also came to America, are immigrants.  And I think that

10   talking to her about, like, what it means to be at Harvard

11   and what it means to be part of a community in which so

12   much -- not pressure but, like, you yourself put pressure on

13   your Harvard experience to, like, succeed or to be role

14   models for other people in the community, I think that was

15   really important so it's not like, oh, I'm not going through

16   this alone, and just having someone to talk to I think is

17   really important.  But also similar to my roommate last year,

18   sometimes things just go on in life at Harvard.  And we're

19   like, wow, maybe that wasn't, like, the best thing that was

20   said, or, like, wow, that was weird, did you think that was

21   weird.  And having someone to be like, oh, this is weird,

22   like, you also thought that wasn't okay, that's so important

23   because then you know you're not the only one.  You're not

24   overreacting.  You're not making things up, they're

25   questionable things that happen.

1   **Q.**   Are you familiar with concerns about the potential impact

2   on black and Latinx students' admissions if race were

3   eliminated from Harvard's admissions process?

4   **A.**   I'm aware of those concerns.

5   **Q.**   What are those concerns?

6   **A.**   I think it's the fear that if race were to be removed

7   from the admissions process, the number and the presence of

8   Latinx, black, indigenous students on campus would be

9   definitely decreased.

10  **Q.**   Would a decrease of black and Latinx students impact your

11  experience?

12  **A.**   Without a doubt.

13  **Q.**   How so?

14  **A.**   From the perspective being the co-president of AAWA, as I

15  mentioned before, AAWA does do a lot of events with other

16  organizations of color.  And obviously, if those

17  organizations of color have fewer members and the

18  organization itself is not as strong, doesn't have as many --

19  doesn't have as many opportunities to cohost events,

20  obviously that's going to be detrimental to AAWA.

21          But also, as an individual student, we learn from

22  other people, and we learn from listening to their stories,

23  listening to their perspectives.  And if their perspectives

24  and stories aren't present on campus or aren't as present on

25  campus, who are we supposed to be learning from?  I

1   definitely think my educational experience, like I talked

2   about before, would definitely have been worse off if there

3   were fewer -- like, if I couldn't have these conversations.

4   **Q.**  And you mentioned that it was affirming to be able to

5   have these conversations with your Latinx roommate in the

6   face of weird occurrences on campus.

7   **A.**  Yes.

8   **Q.**  Can you explain what in particular do you mean when weird

9   occurrences happen?

10   **A.**  Yeah.  So I think that there are jokes made about, like,

11   certain races that I think students, like, don't think of, as

12   the person making them may not think that they're like

13   harmful, but as students of color we, like, definitely felt

14   that was weird, like, they shouldn't have said that.

15   **Q.**  Are these in particular racially-insensitive comments?

16   **A.**  Yes.  And I think that, like, if I were the only one who

17   maybe thought that was weird, maybe I would have brushed it

18   off as like, oh, I made it up, or they didn't mean that.  But

19   being able to have someone to affirm like, no, that was

20   weird, that was wrong, I think that is super important in

21   that we can -- we have to first recognize that there's a

22   problem before we can fix it.

23   **Q.**  And you mentioned that it would be difficult for AAWA to

24   host as many events if there was a decrease in black and

25   Latinx students.  Could you give us an example of what you

1   mean by that?

2   **A.**   Yes.  For example, like Wok Tales.  Every year, obviously

3   the organization sends people but also the organizations

4   contribute money.  And if the money comes from dues or from

5   funding from the school, that depends on the number of

6   students who are in the organization.  If the organization is

7   smaller, they just can't contribute, like, the members can't

8   come, there are fewer members that can come, and also they

9   can't contribute monetarily.  So we would definitely have

10  more difficulty having these events.

11  **Q.**   As a co-president of AAWA, did you take part in the

12  decision of AAWA to join this lawsuit?

13  **A.**   Yes.

14  **Q.**   How was that decision made?

15  **A.**   So over the summer, my co-president Stephanie and I

16  talked about it.  And then we reached out to the chairs of

17  our board and also to senior advisors who were former

18  co-presidents.  And together we decided that it was really

19  important for AAWA and Asian-American women and

20  Asian-Americans in general to be able to tell the story for

21  themselves and also that we stand in solidarity with other

22  communities and with our own community.

23  **Q.**   Why was it important to AAWA members to be able to tell

24  the story for themselves?  What do you mean?

25  **A.**   Because as AAWA, we realize that within the

1    Asian-American community there's such a diversity of stories,

2    and we should be able to tell those stories, and we should be

3    able to write about these stories for ourselves.  So that's

4    what telling stories -- like, it's my story; I should be able

5    to tell it.

6    **Q.**  Do you support the continued use of race as a factor in

7    Harvard's admissions process?

8    **A.**  Yes.

9            MS. McCLELLAN:  Thank you.

10           THE WITNESS:  Thank you.

11           MS. HACKER:  No questions for this witness from

12   SFFA.  Thank you for being here today, Ms. Ho.

13           MS. CONLEY:  No questions from Harvard.  Thank you,

14   Ms. Ho.

15           THE COURT:  You're excused, Ms. Ho.

16           We're going to break for lunch in ten minutes.  Do

17   you all have a preference on starting your next witness or

18   breaking a little bit early?

19           MS. HOLMES:  I think we would prefer to break a

20   little bit early so we don't have to interrupt the testimony.

21           THE COURT:  Okay.  I have a meeting I have to do

22   right now, so we'll come back on at 1:30.  All right.

23   Thanks, everyone.

24           (Recess taken 12:22 p.m.)

25

1              **** AFTERNOON SESSION ****

2          MS. HOLMES:  Amici organizations calls Cecelia

3    Nunez to the stand.

4          THE CLERK:  Can you please stand and raise your

5    right hand.

6          (CECELIA NUNEZ duly sworn by the Deputy Clerk.)

7                        EXAMINATION

8    BY MS. HOLMES:

9    **Q.**  Good afternoon, Ms. Nunez.

10   **A.**  Good afternoon.

11   **Q.**  Where do you go to school?

12   **A.**  I go to Harvard College.  I'm a third-year student.

13   **Q.**  When are you expected to graduate?

14   **A.**  May of 2020.

15   **Q.**  What is your major?

16   **A.**  I study history and literature with a focus in Latin

17   American studies.

18   **Q.**  Do you have a minor?

19   **A.**  I have a secondary in Spanish.

20   **Q.**  Do you live on campus?

21   **A.**  I do.  I live in Leverett House, which is one of the

22   upperclassman houses.

23   **Q.**  How would you describe your racial and ethnic background?

24   **A.**  I identify as African American and Mexican-American.  My

25   father is Mexican-American; he was born in the U.S.  My

1    mother is African American.

2    **Q.**   Why are you here testifying today?

3    **A.**   I am on board for two of the organizations that signed

4    onto the amicus briefs, so I am on board for Fuerza Latina

5    and the Phillips Brooks House Association, and I'm also just

6    here as a student who is interested in this case and the

7    precedent it will set.

8    **Q.**   What is Fuerza Latina?

9    **A.**   Fuerza Latina is the pan-Latinx organization on campus,

10   so it is a social space to help represent Latinx and Latin

11   American students on campus.

12   **Q.**   And what is the Phillips Brooks House Association?

13   **A.**   The Phillips Brooks House Association is a kind of center

14   for public service on campus, so we run a lot of programming

15   in the Greater Boston area.

16   **Q.**   Does it also go by PBHA?

17   **A.**   It does.

18   **Q.**   Have you ever testified in court before?

19   **A.**   I have not.

20   **Q.**   I'd like to ask you some questions about before you came

21   to Harvard.  Where did you grow up?

22   **A.**   I am from San Gabriel, California, which is in

23   Los Angeles County.

24   **Q.**   Can you describe your high school?

25   **A.**   I went to an all-girls Catholic school.  It was pretty

1   small.  It was about 636 people in my graduating class.  Most
2   students there identified as Latina, but we had students from
3   other backgrounds as well.
4   **Q.**  You mentioned most students identified as Latina.
5         With are there any black students there?
6   **A.**  In my graduating class only myself and another girl
7   identified as black.  There may have been one or two other
8   students in the lower classes.
9   **Q.**  And what was it like to be one of two black students in
10  your high school class?
11  **A.**  I think that it was difficult in the sense that I think
12  it put certain expectations on you and how you were meant to
13  kind of behave and present yourself, especially with people
14  who aren't familiar with kind of -- your identity as a black
15  person.  And I think it makes it especially hard when you
16  also identify as Latina, as I do myself.  Because I think
17  that it makes it so that if your experience doesn't match up
18  to what other people expect your experience to be, they don't
19  tend to kind of view it as valid.
20  **Q.**  Did you experience any bullying growing up?
21  **A.**  In middle school I think I was bullied more just because
22  I went to a different school.  So there was one incident
23  where a student had basically filmed me for a few weeks,
24  along with other students she had been doing this to, and
25  then posted it onto YouTube with a lot of insults kind of

1    behind it, most of which I think were racial slurs.  I never

2    actually saw the video, but that's what I was told.

3    Q.   How did that incident make you feel?

4    A.   I think that it makes you kind of feel invalidated in

5    your identity and kind of who you are, and I think in some

6    ways is meant to kind of make you feel as if you should feel

7    like you're less than because of your identity.

8    Q.   Growing up, did you ever face stereotypes or assumptions

9    about you or your family that were based on race?

10   A.   I think that for me a lot of the assumptions were made

11   kind of about my family's background and who they were

12   especially because of my race.  So I think that for most

13   people, they often assume that I came from a low

14   socioeconomic background or that my family wasn't educated or

15   that we in some way were less than other families in my city.

16   Q.   And can you think of any examples of those assumptions?

17   A.   I think especially in elementary school and in middle

18   school when most of my friends came from different racial

19   backgrounds, often their parents wouldn't want them to come

20   to my house or interact with my family because I think they

21   assumed that we came from a very low background, as I

22   mentioned, or in some ways we were going to be a bad

23   influence on their children.

24   Q.   You mentioned your parents.  What was their socioeconomic

25   and educational background?

**A.**   Both my parents come from low-income backgrounds, but they were also both the first in their families to go to college.  So my mother went to Tulane University in Louisiana.  My father went to Loyola Marymount in Los Angeles.  And they both went to Harvard Medical School later on.

**Q.**   I'd like to ask you about applying to Harvard.  Did you have a top choice or a dream school when you started the college application process?

**A.**   I didn't.  I think in most people's experiences, Harvard was kind of their like dream from a very young age.  I think for me it wasn't always some place that I thought I would have wanted to go to.  So I think that for me -- it was certainly up there in schools in terms of which ones I might end up selecting, but it was never kind of my dream to go to Harvard.

**Q.**   And what did you consider when you were choosing between colleges?

**A.**   Obviously I think academics and kind of the program that would be in place were a large part of my decision.  But I think that it was also very important to me as a person of color and also someone coming from a diverse place like Los Angeles to be in a school that had a very diverse student body and a student body that felt very welcoming to all students who would be coming there.

1  **Q.**  When you made your decision, were you coming down to
2  Harvard and another school or a couple of schools?
3  **A.**  I ended up being between going to Harvard and University
4  of Chicago.
5  **Q.**  How did you make that choice?
6  **A.**  So I visited both schools in the same weekend as part of
7  their visiting weekends.  So I during that time interacted
8  with a lot of students that were currently on campus and a
9  lot of organizations on campus that I thought I might be
10  interested in, such as cultural orgs or service orgs.
11          And I think that speaking to those students, for me
12  personally, Harvard felt like for me a better fit and a place
13  that had the diverse student body and welcoming student body
14  that I was looking for.
15  **Q.**  Can you elaborate on the conversations that you had with
16  students at either Harvard or University of Chicago that
17  influenced your decision?
18  **A.**  Mm-mm.  So I went to the University of Chicago's visiting
19  weekend first, and I went to their activities fair there.
20  They have -- from what I understand, they have a Latinx
21  organization, but they weren't present at the time.  I spoke
22  to the Black Students Association and spoke to them kind of
23  briefly about the schools I was thinking about going to, my
24  own experience.  And they told me that they, in their
25  opinion, felt that Harvard could be a more welcoming place

1    for me and that they didn't really feel supported by their

2    own student body.

3            And I think this was kind of corroborated when I

4    went to Harvard.  And for me, I felt like it was a much more

5    welcoming space.

6    **Q.**  Would you have decided to go to Harvard if the number of

7    black or Latinx students were substantially decreased, say by

8    50 percent?

9    **A.**  I don't think so.  I think especially because for me

10   Harvard wasn't always my kind of dream school or number one

11   choice.  I think I was still looking very critically at kind

12   of what it had to offer.  And I think I had visited a number

13   of schools that had a much less diverse population.  And it

14   was something that me and my family were definitely noting in

15   my decisions.  So I think that had I gone to Harvard and

16   hadn't felt like it was a space that would be welcoming to

17   people of color and it hadn't felt like a very diverse space,

18   it probably would have affected my ultimate decision to go.

19   **Q.**  Let's talk about your application to Harvard.

20           If you don't mind my asking, what were your

21   standardized test scores?

22   **A.**  So I received a 2280 on the SAT.  I believe the old

23   system was 2400.  I'm not sure what it would be on the

24   current system.  And I took the SAT, which is out of 36, and

25   I received a 35.

1   **Q.**  And what high school extracurriculars did you include in

2   your application?

3   **A.**  I was in our student government.  So I was our class

4   president for our senior year and our treasurer for our

5   junior year.  I also was the president of the student board

6   of trustees for a nonprofit that I worked with in my

7   hometown, and I was their site supervisor for one of their

8   programming sites.  And I also was on board for two of the

9   service organizations at our high school.  So I was president

10  of our national honor society and vice president of our key

11  club.

12  **Q.**  What academic awards or other honors did you include in

13  your application?

14  **A.**  I was on our honors list for most of my time at high

15  school, so I included that.  I also received the Wellesley

16  Book Award for my PSAT scores as well as other academic

17  achievement in high school.  And I also included -- I was

18  also the salutatorian for our school.  That isn't decided

19  based on grades at my school because we didn't rank.  But it

20  was kind of based on academic achievement as well as kind of

21  an application process you had to go through.

22  **Q.**  What responsibilities does the salutatorian have for

23  graduation?

24  **A.**  So they give the class speech.  So because we don't have

25  a ranking system and a valedictorian, it's kind of the person

1    who will give the class speech.

2    **Q.**   Did you identify your race on your application to

3    Harvard?

4    **A.**   I did.  So I checked off that I identified as black and

5    Mexican-American.

6    **Q.**   And other than self-identifying, did you discuss race in

7    your application anywhere?

8    **A.**   I think the biggest place that I probably would have

9    discussed race was in my personal essay.  I talked a lot

10   about the work I had done in high school as a mentor and

11   working with youth.  And in that, I talked a lot about my own

12   identity and how that had kind of been a tool that I used to

13   build a relationship with the youth I worked with, especially

14   because most of the students also identified as black or

15   Latina in some way.

16   **Q.**   Why did you choose to write about that topic?

17   **A.**   For me, mentoring was a large part of my high school

18   experience, and service in general was a large part of my

19   family life and kind of how I grew up.  So it felt natural

20   for me to talk about that topic.  And I think in my

21   experience as a mentor, identity is a large part of how you

22   make those relationships and how you build a connection with

23   youth and kind of create trust.  And I think for me, race was

24   a large part of that.

25   **Q.**   If you had been prohibited from identifying your race in

1    your application to Harvard, would that have affected your

2    ability to present yourself in the application?

3    **A.**   I think that I could have written an essay about

4    mentoring, but I think it would have felt very disingenuous

5    in that I would have kind of been going around the real

6    relationships I built and the connections I built because of

7    my race.  So I think it wouldn't have felt kind of as strong

8    an essay and as honest an essay as it came off as.

9    **Q.**   Did you do an alumni interview?

10   **A.**   I did.

11   **Q.**   Can you tell me about that discussion?

12   **A.**   So we ended up having a very long discussion.  We talked

13   a lot about family background and kind of what my

14   interviewer's experience had been being a person of color at

15   Harvard.  He identified as Asian American, and we talked a

16   lot about kind of what diversity was like at schools and kind

17   of what it was like to be a person of color at college.

18   **Q.**   If Harvard had a color-blind admissions process, would

19   that have impacted your decision to attend?

20   **A.**   I think that I probably still would have filled out the

21   application, but I think certainly it would have jumped out

22   to me as something strange.  And I think I would have

23   questioned maybe the motives of the school and if the school

24   was really that dedicated to diversity and to its students of

25   color if it was failing to recognize them from the get-go, so

1    I think it certainly would have affected my thinking in some

2    way.

3    **Q.**   I'd like to ask you about your current Harvard

4    experience.

5          Do you think Harvard is -- the Harvard student body

6    is racially and ethically diverse?

7    **A.**   I think that it's certainly more diverse than other

8    schools I've come into contact with.  I'm sure there might be

9    other schools in the community that are more diverse.  But in

10   my experience, I think it's a pretty diverse place.

11   **Q.**   How does the diversity compare to schools that you've

12   previously attended?

13   **A.**   So I -- in my high school experience and my middle school

14   experience, most students identified as Latinx or Asian

15   American just because that was the makeup of my hometown.

16          But I think Harvard's diversity in terms of

17   percentages is more diverse than the schools I came from in

18   terms of just the percentages of minority students.  But even

19   I think that within those racial groups, there's a lot more

20   diversity of ethnic background or family experience than I'm

21   used to.

22   **Q.**   What do you mean that within those racial groups there's

23   more diversity?  Can you give an example?

24   **A.**   I'm very involved in the Latinx organizations and life on

25   campus.  So I think often in the places where I'm from, that

1  usually only means people who identify as Mexican-American.

2  But I think that Harvard encompasses a lot of students from

3  Central America, the Caribbean, South America.  So I think

4  that in that way it's a much more diverse group of students.

5  **Q.**  And how has Harvard's diverse environment affected your

6  college experience?

7  **A.**  I think that for me it's been really rewarding to be on a

8  campus where there are other students of color, who I think

9  can kind of connect to my own issues and my own identity,

10 that I can have meaningful conversations with.  And I think

11 it's also been very powerful to interact with students who

12 don't share my ethnic identity per se, and therefore I think

13 we can have various conversations about what the differences

14 are and what kind of the cultural experiences there have been

15 like.

16 **Q.**  What have you learned from those interactions with

17 students who don't share your background?

18 **A.**  I think, like I mentioned, Los Angeles is a diverse

19 place, but I think that it's kind of limited in terms of its

20 kind of ethnic diversity.  So I think I've learned a lot more

21 about what it means to identify as black or what it means to

22 identify as Latinx in talking to students who kind of come at

23 those identities from a very different way and who have had

24 very different experiences with it.

25 **Q.**  Has Harvard's diverse environment affected your academic

1    experience?

2    **A.**   I think so, especially because I'm someone who works in

3    Latin American studies.  I talk a lot about kind of culture

4    and diversity in a lot of my classes.  Therefore I think

5    being in classrooms when those conversations are happening

6    with people who also come from diverse experiences and who

7    also have a relationship to the subject matter has been

8    really rewarding and, I think, given me the power to kind of

9    talk about my own identity and make those conversations

10   happen in class when I know that there are other people in

11   class who may also feel that way.

12   **Q.**   How about your social experience?  Has Harvard's racial

13   and ethnic diversity affected your social experience?

14   **A.**   I think so.  I'd like to think that my kind of

15   relationships at Harvard are pretty diverse.  My rooming

16   group, for example, is myself, two other students who

17   identify as Latina, and a student who identifies as black and

18   Chinese-American.  So I think in a lot of ways my friendship

19   groups are made up of very diverse students.

20   **Q.**   You mentioned that you did a lot of community service in

21   high school.  Have you continued this in Harvard?

22   **A.**   I did.  So I am currently the mentoring programming

23   officer for PBHA, so I oversee all of the mentoring programs

24   we do at PBHA.

25               I also direct one.  So I direct the Boston Refugee

1   Youth Enrichment Program, which is shorted to BRYE is the

2   acronym.  I direct their teen program, so I work with

3   recently emigrated youth in the Dorchester area.

4   **Q.**  How many programs does PBHA oversee?

5   **A.**  PBHA currently has over 70 programs.  At this moment,

6   it's over 70.  I oversee about ten or so of them.

7   **Q.**  And is PBHA run by students or run by the administration,

8   the Harvard administration?

9   **A.**  PBHA is a 501(c)(3) nonprofit that's student led.  So our

10  officers team is all students, and the majority of our board

11  of trustees is students, but certainly it does have a

12  relationship with the Harvard administration.

13  **Q.**  You mentioned BRYE, the Boston Refugee Youth Enrichment

14  Program.  Can you describe your work with BRYE?

15  **A.**  Mm-hmm.  So I started working with them the summer after

16  my freshman year.  I worked with their summer camp and then

17  from there I worked with the teen program.

18          So I think that's been really rewarding to be able

19  to make relationships with students who come from similar and

20  also very different backgrounds as myself.  And I think that

21  is similar to my high school mentoring.  A lot of really

22  rewarding relationships have been made through discussing

23  culture and family.

24  **Q.**  Has your experience at PBHA been influenced by the

25  diversity of Harvard student body?

1    **A.**   Yes.  I think as an officer for PBHA but even just as

2    someone who works in the programming, I think we really value

3    diversity and understand that a lot of the relationships

4    we're making with constituents are made through kind of talks

5    about identity and talks about where you come from and how

6    that can be similar or different to our students.

7            So I think that even from a logistical standpoint,

8    it's very important that we have people who kind of

9    understand our constituents' diverse experiences and can kind

10   of create relationships in that way.

11   **Q.**   What is the racial makeup of the constituents or the

12   people of the community that the PBHA serves?

13   **A.**   We don't necessarily have specific statistics, but most

14   of the communities we work with are predominantly communities

15   of color in that we work with a lot of communities of color

16   and low-income communities in Boston which are made

17   predominantly of Asian and black and Latinx identifying

18   people.

19   **Q.**   What are the racial makeup of PBHA volunteers from

20   Harvard?

21   **A.**   I think that we certainly do have a large group of white

22   students who do work with PBHA.  But I think we've also made

23   important strides, especially in the recent years, to make

24   sure we are also working with a lot of diverse communities on

25   campus to encourage students of color to get involved in PBHA

1    programming.

2    **Q.**  As a board member of PBHA, were you involved in

3    discussions about whether the organization should join this

4    case?

5    **A.**  I was.

6    **Q.**  And why did PBHA decide to get involved?

7    **A.**  I think that it's for a lot of the reasons I mentioned,

8    in that I think diversity is something that's always been

9    very important to PBHA and its ability to continue its

10   mission in working with underserved populations of Boston.

11           So I think that cases like these are very important

12   to us in that they could have a very large effect on what the

13   diverse makeup of Harvard would look like.

14   **Q.**  What's your understanding of that effect that this case

15   could have?

16   **A.**  I think that -- at least from my own personal

17   understanding, I think that policies such as race-blind

18   admissions or ending a lot of inclusive admissions at schools

19   like Harvard could be detrimental to the diverse populations

20   that exist at Harvard.  And I think from the PBHA side of

21   things, that means a less diverse volunteer kind of base and

22   people who understand where our constituents are coming from.

23   **Q.**  Have you personally had any negative experiences related

24   to race while at Harvard?

25   **A.**  I think so.  I think certainly I've had kind of smaller

1   instances of racism such as kind of the ones I mentioned in

2   high school, people making a lot of assumptions about my

3   background or who I am because of my race.

4            There's been examples of more overt racism.  For

5   example, me and some students from Fuerza Latina last year

6   went out to celebrate Mexican independence day.  And someone,

7   who we believed to be another student at Harvard, called us a

8   bunch of wetbacks and essentially told us to stop being out

9   and being happy that night.  So I think that for us, that was

10  a pretty clear example of a student committing a racist act.

11  **Q.**  And what was your reaction to being called that racial

12  slur?

13  **A.**  I think that we were able to kind of laugh it off and

14  keep going on with our night because we were a large group of

15  students.  I think at that moment we didn't necessarily feel

16  threatened by that student, but I think we also talked about

17  how if it had just been one of us or he had been a part of a

18  larger group, it could have felt a lot more like a threat.

19  **Q.**  I'd like to turn to Fuerza Latina.  Can you remind us

20  what Fuerza Latina is?

21  **A.**  Fuerza Latina is a pan-Latinx group on campus, so we are

22  a space for all students on campus who either identify as

23  Latinx or Latin American in some way or who just feel a

24  connection to the culture.

25  **Q.**  When was Fuerza Latina founded?

1    **A.**   1993.

2    **Q.**   You mentioned that the organization is pan-Latinx.  Are

3    there also clubs at Harvard for specific Latinx ethnicities?

4    **A.**   There are.  So we have a few clubs that currently exist

5    right now which includes RAZA, which is the Mexican-American

6    club on campus, as well as a Cuban students association and

7    Columbian students association.  And we've had a few more in

8    the past that have also existed.

9    **Q.**   Have those clubs for specific ethnicities been around as

10   consistently as Fuerza Latina?

11   **A.**   I think it certainly depends on the club.  RAZA existed

12   before Fuerza Latina.  It was originally the only Latin

13   organization on campus.  I think that other clubs kind of --

14   attendance and membership depends a lot on admissions that

15   year, especially because many Latinx students on campus kind

16   of exist as a minority within our minority.  It can often be

17   very dependent on whether any students from that ethnic

18   origin were admitted that year.

19   **Q.**   What happens to those clubs if very few students of that

20   ethnic group are admitted in a certain year?

21   **A.**   We've certainly had clubs in the past that didn't

22   continue to exist or exist at a much smaller rate than they

23   do -- or exist as much smaller now than they used to in the

24   past because I think simply there aren't as many students who

25   are interested in them anymore.

1   **Q.**   What is your role in Fuerza Latina?

2   **A.**   I am the vice president currently.

3   **Q.**   How many hours do you spend on Fuerza Latina activities

4   per week?

5   **A.**   Usually about 12 to 15.  It kind of depends on what

6   events we're doing that week.  So if we're having a larger

7   event outside of our general meeting space, I might spend

8   more time on it.

9   **Q.**   What the mission of Fuerza Latina?

10   **A.**   So we identify as kind of a social space, one, for

11   students who identify as Latinx on campus.  But we also try

12   to be a space to help advocate for those students and their

13   families' rights, both on campus and in a larger community.

14   **Q.**   I'm showing you on your screen what has been marked as

15   Amici Organization's Exhibit 28.  Counsel has been provided a

16   copy.

17           Do you recognize this exhibit?

18   **A.**   I do.  So this is our mission statement from the website.

19   **Q.**   Is this a screen shot from the Fuerza Latina website?

20   **A.**   Yes.

21   **Q.**   I know it's a little blurry.  There is also a hard copy

22   in the folder on the witness stand.

23           MS. HOLMES:  I would like to offer Amici Exhibit 28

24   into evidence.

25           MS. HACKER:  No objection, Your Honor.

```
1              MS. ELLSWORTH:  No objection.

2              THE COURT:  Admitted.

3              (Amici Exhibit No. 28 admitted.)

4    BY MS. HOLMES:

5    Q.  Turning to Exhibit 28, Fuerza's mission statement says

6    that the organization strives "to promote awareness of issues

7    that affect the Latino community both at Harvard and in the

8    Greater Boston area."

9              How does Fuerza do that?

10   A.  I think that we try to do that by using our meeting space

11   as a place to talk critically about issues that may be

12   affecting the community at any given time and making a space

13   for students where they feel like they can talk about those

14   issues in a serious way without being judged for that.

15   Q.  And in that space where students can talk about those

16   issues, is that a space for students from different

17   backgrounds or just Latinx backgrounds?

18   A.  I think it probably will depend conversation to

19   conversation.  So we do have some talks that are kind of

20   focused more within our general meeting space, and therefore

21   usually the attendees of those events are Latinx students who

22   like having a space where they feel like they can talk about

23   things without being judged.

24              But we also have a lot of events that we pub out to

25   the larger kind of Harvard community, and therefore I think
```

1    those are more tailored to letting other people know about

2    these issues.

3    **Q.**   "Pub out," does that mean publish to the broader

4    community?

5    **A.**   Yes.  Sorry.

6    **Q.**   I know there's a lot of Harvard slang.

7    **A.**   Yes.  I'm sorry.

8    **Q.**   Turning back to the exhibit, Fuerza's mission statement

9    says that the organization "wishes to provide a nurturing and

10   caring environment for all Latinos."

11          How does Fuerza do that?

12   **A.**   I think we do at that by creating a space where people

13   feel like they can be comfortable in their identity and

14   making it feel like they can have friendships with people in

15   the community where they can talk seriously about any issues

16   that they might be going through.

17          So I think using our general meeting space and kind

18   of the relationships we make outside of that space as a place

19   to make students feel welcome both in our community and on

20   campus.

21   **Q.**   Does Fuerza also help connect its members to services or

22   resources at Harvard?

23   **A.**   We do.  I think most of that is probably done informally.

24   But certainly we also have a lot of members that come to the

25   meeting space to talk about an issue they might be having on

1    campus.  So for example, we have students come asking about

2    if anyone recommends a good mental health clinician at the

3    campus mental health services or if anyone recommends a good

4    tutor that they might be looking for.  So I think we try to

5    connect students with other students who might be able to

6    help them with those resources.

7    **Q.**  Why is Fuerza Latina concerned about the mental health of

8    its members?

9    **A.**  I think that we recognize that a lot of mental health

10   issues especially for students of color often come from their

11   identity and from issues that they might be dealing with

12   because of their identity or their family backgrounds.

13   Therefore I think it's really important for us to have those

14   conversations and make sure students feel safe and secure in

15   talking about mental health in a way that they maybe weren't

16   able to back home.

17   **Q.**  Has Fuerza lobbied the Harvard administration on issues

18   of mental health?

19   **A.**  We were part of larger conversations that happened in the

20   past, and I think are still ongoing, with Harvard to talk

21   about the need for more clinicians of color and clinicians

22   who had cultural competency training to be able to talk

23   critically with students of color.

24   **Q.**  What was the outcome of those lobbying efforts?

25   **A.**  I think certainly more clinicians of color were hired

1   because of those efforts.  Obviously we're not a perfect

2   system and we're still having those conversations, but I

3   think that in many ways good did come out of those

4   conversations.

5   Q.   Does Fuerza collaborate with other cultural organizations

6   on campus?

7   A.   We do.  So I think it obviously depends event to event,

8   but especially when we're talking about maybe aspects of

9   identity that might be relevant to other students on campus,

10   we often partner with different cultural orgs.

11   Q.   Can you give an example of one of those events?

12   A.   So every year we have the celebration of Afro-Latinidad,

13   which is mean to be kind of an event celebrating people who

14   identify as Afro-Latinx, and we often collaborate on that

15   event with the Black Students Association and the Harvard

16   Caribbean Club.

17   Q.   And what's the purpose of hosting celebration of

18   Afro-Latinidad?

19   A.   I think that we try to use it as a space for students to

20   feel validated in that identity and as a space for students

21   to discuss that identity both with people in the Latinx

22   community who maybe don't identify that way and don't know a

23   lot about it, but also people who maybe identify as other

24   things and have simply never heard of that experience.

25   Q.   So is there an educational component?

1    **A.**   There is.  It is usually kind of a dual part of a

2    meeting.  So we usually use the first half as kind of a

3    discussion space and people to talk about their experiences,

4    and we use the second half for more fun and kind of cultural

5    activities.

6    **Q.**   Does Fuerza collaborate with Asian American student

7    organizations?

8    **A.**   We have.  So in the past we've done a few social spaces

9    that we've collaborated with with the Asian American students

10   association or the Asian American Association and the Chinese

11   students association.  So in the past we've had parties

12   together.  We've also worked together a lot on this case and

13   the talks that have happened in terms of affirmative action

14   around this case.  So we often collaborate with BSA and AAA

15   for those discussions.

16   **Q.**   Is AAA the Asian American Association?

17   **A.**   Yes.

18   **Q.**   At those events where you collaborate with any other

19   student organization, what is the racial makeup of the

20   students who attend?

21   **A.**   I think that for our larger events they're more open to

22   the public in that way.  They often are attended by a much

23   more diverse population of the student body.  So in that way,

24   I think that our events are often seen as very welcoming

25   spaces for other students as well.

1    Q.   Looking back at Exhibit AO 28, Fuerza's mission statement
2    says it "strives to enhance the presence of Latinos at
3    Harvard University."
4            How does Fuerza do that?
5    A.   I think that for us it's very important that we use our
6    organization as a way to really encourage Harvard and other
7    groups on campus to include Latinx voices in the
8    conversations that they often have about race or identity or
9    anything that we see as pertinent to our community.  So I
10   think in that way we really advocate for ourselves and
11   encourage people to include us in our conversations.
12   Q.   How has Harvard responded to this advocacy?
13   A.   I think that obviously it's kind of a complicated
14   relationship, especially when you're lobbying Harvard to do
15   something for itself.  Often that can be something that isn't
16   always received positively.
17           But I think Harvard has done a lot of work to
18   really work with us and try to hear our concerns.  For
19   example, Harvard administration put on a retreat for Latinx
20   leaders last year where we kind of sat down with
21   administration and talked about a lot of our concerns.
22   Q.   Is Fuerza involved in recruiting students to Harvard?
23   A.   So we aren't officially in charge of recruiting students
24   per se, but we do work with the offices that do to make sure
25   that there are students who can host Latinx prospective

1    students.  And we often put on events during visiting
2    students weekend as a place for students to get involved in
3    the Latinx community.
4    **Q.**  At those events, have you ever personally met a
5    prospective student who has then gone on to attend Harvard?
6    **A.**  I have.  So two of my hostees currently attend Harvard,
7    so students that I hosted in the past.  I've also spoken with
8    a lot of students at those events that later went on to go to
9    Harvard.
10   **Q.**  As vice president of Fuerza Latina, did you participate
11   in discussions about whether Fuerza should join this lawsuit?
12   **A.**  I did.
13   **Q.**  Why did Fuerza decide to join this lawsuit?
14   **A.**  I think that for us, anytime you're talking about
15   diversity on campus, we try to include ourselves, whether
16   that be for our own benefit or the benefit of other
17   communities of color on campus.
18           I think that for us personally, the idea that there
19   could be a much smaller pool of Latinx students at campus --
20   on campus is concerning was just for us as an organization to
21   be able to continue to exist.  But also just for the
22   well-being of our constituents, I think especially like I
23   talked about earlier, many of our students kind of are a
24   minority in that they come from backgrounds that are even
25   lesser represented at Harvard.  So often when it comes to

```
 1   diversity, that could mean even more students feeling that
 2   much more alone on campus.
 3   Q.  And do you support the continued use of race as a factor
 4   in Harvard's admissions process?
 5   A.  I do.  I think that it opens up the admissions process to
 6   students who maybe don't have access to resources that other
 7   students might be having access to.
 8              MS. HOLMES:  Thank you very much.  No further
 9   questions, and I'll pass the witness.
10              MS. HACKER:  No questions from SFFA.  Ms. Nunez,
11   thank you for coming out today.
12              MS. ELLSWORTH:  No questions from Harvard.  Thank
13   you, Ms. Nunez.  We appreciate your testimony.
14              THE COURT:  You're excused.
15              MS. TORRES:  Student Amici would like to call Thang
16   Diep.
17              THE CLERK:  Can you please raise your right hand.
18              (THANG DIEP duly sworn by the Deputy Clerk.)
19              THE CLERK:  Thank you.  You may be seated.
20              Can you please state your name and spell your last
21   name for the record.
22              THE WITNESS:  Thang, T-H-A-N-G, Diep, D-I-E-P.
23                              EXAMINATION
24   BY MS. TORRES:
25   Q.  Good afternoon, Thang.  And you do prefer to be called
```

1    Thang; is that correct?

2    **A.**   Yes.

3    **Q.**   Okay.  Thang, are you currently a student at Harvard?

4    **A.**   I'm currently a senior.

5    **Q.**   What are you currently studying?

6    **A.**   Neurobiology.

7    **Q.**   Do you identify with a particular race or ethnicity?

8    **A.**   Vietnamese.

9    **Q.**   And can you share about your family's history?

10   **A.**   Yeah.  I immigrated to the U.S. when I was eight, I moved

11   with my family so we can have like a better opportunity.  And

12   I moved to San Fernando Valley, which is a region of

13   Los Angeles.

14   **Q.**   Can you share about the demographic makeup of the

15   community where you grew up?

16   **A.**   Yeah.  It was predominantly black and Latinx.

17   **Q.**   What about the socioeconomic demographics?

18   **A.**   Low income.

19   **Q.**   And how did your ethnicity impact your experiences

20   growing up?

21   **A.**   Yeah.  When I first moved here, I didn't really speak

22   English that well.  And so I had an accent.  And I think of

23   kids like my friends who make fun of my accent and call me

24   names like Chink and Chineto, which didn't really make sense

25   to me because I'm Vietnamese and those terms refer to Chinese

1    people.  People also made fun of my name.  And I think like

2    to those experiences I really ended up distancing myself away

3    from --

4    **Q.**  Would it help to take one moment and just take a sip of

5    water?

6    **A.**  I'm good.  Yeah.

7          And I think after those experiences it really, you

8    know, pushed me to distance myself away from my Vietnamese

9    identity.  And I didn't really partake in any, like, cultural

10   activities.  And I stopped -- like my parents at home would

11   tell me, oh, you should like learn Vietnamese.  And I didn't

12   really listen to them.

13          I was frustrated because I really wanted to get rid

14   of my accent.  And I didn't talk with any other Vietnamese

15   students in my high school because I was, like, those

16   students didn't speak English at school.  And I was like why

17   can't they just speak English as well just like me in high

18   school.

19          And so I think those things, like my experiences

20   growing up really forced me to like as a kid like view the

21   things that were so core to me as foreign and as something I

22   need to erase in order for me to fit in, in order for me to

23   do certain things that would allow me to be successful.

24   **Q.**  Did your relationship with your Vietnamese identity

25   change over time?

**A.**   Yeah.  It changed dramatically in high school because I enrolled myself in the humanities magnet program which I think my -- one of my motivations was to really improve my English, since the program was very intensive in like reading, writing, and speaking.  And so I wanted to work on areas that I needed to work on.

And the other thing is the program focused a lot on addressing -- or like looking at the academics through a social justice lens.  And so in going through the program, I learned a lot about like the languages and the concepts that explained why I was feeling the way I felt as a kid and why I, you know, like hated that part of myself.

And by high school, grappling with my identity at the end of junior year and beginning of senior year, I really felt this connection to my Vietnamese identity and the connection to my culture.  It became such a huge part of who I was.  And that journey itself of understanding my identity was really like crucial to who I am today.

**Q.**   And was it crucial to when you applied to college?

**A.**   Yeah.  Definitely.  When I applied to college, I felt like in order for me to express myself authentically and really like show me as a full person, I needed -- I wrote about my Vietnamese identity on my application because I think it was such a big part of myself.

And I was also just feeling really tired of erasing

1 my identity for so long and feeling like my identity has been

2 erased.  And so I took like the power back and wrote about

3 that on my college essay.

4 **Q.**  And we are going to jump into that application.

5    Before we do that, do you identify with a

6 particular socioeconomic background?

7 **A.**  Low income.

8 **Q.**  And you mentioned that your neighborhood was

9 predominantly black and Latinx students.  Do you think that

10 children of different races who are low income are treated

11 the same?

12 **A.**  No, they're not treated the same.

13 **Q.**  How did you see them being treated differently?

14 **A.**  Growing up there was a lot of assumptions around my black

15 and Latinx friends being dangerous.  The same assumptions

16 were not made about me.

17 **Q.**  Can you provide an example about that?

18 **A.**  Yeah.  In middle school when there was a stabbing on

19 campus, teachers and students immediately assumed it was

20 either a black or Latinx student.  And no one assumed or

21 thought it could have been someone who looked like me.

22 **Q.**  How do you think that impacted your education?

23 **A.**  I think in the classroom when you look at teachers and

24 they don't see you as, like, dangerous, you just feel

25 automatically more comfortable.  I felt automatically more

1    comfortable in school and the classroom, and so that really

2    pushed me to -- I think that created an environment where I

3    was able to excel academically.

4    **Q.**   Were there other ways that you saw that your schooling

5    was racialized?

6    **A.**   Yeah.  The same friends who went to my -- black and

7    Latinx friends who went to my middle school were not tapped

8    for the same humanities magnet program that I ended up

9    enrolling in, even though they were just as smart and

10   talented.

11   **Q.**   And do you think that you also had to overcome racial

12   prejudice as a Vietnamese immigrant?

13   **A.**   Yes.

14   **Q.**   And how would you compare that experience to what you saw

15   your peers who were black and Latinx?

16   **A.**   I think feeling like I'm foreign and having people look

17   at me as like a foreigner, I think it's very different from

18   my black and Latinx friends being perceived as dangerous.

19   **Q.**   I'm going to turn to your application.

20            MS. TORRES:  Your Honor, may I approach the

21   witness?

22            THE COURT:  Sure.

23   BY MS. TORRES:

24   **Q.**   You're one step ahead of me, Thang.  You have before you

25   what's been marked as SA-2, and you can go ahead and look

1  through the document.  Let me know if you recognize it.

2  **A.**  It's my admissions file.

3  **Q.**  When was the first time that you saw it?

4  **A.**  August 2018.

5  **Q.**  Can I have you turn to page 10 at the bottom?

6  **A.**  Yes.

7  **Q.**  What is this?

8  **A.**  It's my personal statement.

9  **Q.**  And can you look at the last sentence of the third

10  paragraph on page 10.  It starts with "I was no longer."

11  **A.**  Yes.

12  **Q.**  And can you read that sentence out loud for us.

13  **A.**  "I was also no longer ashamed of my Vietnamese identity

14  as the program allowed me to embrace it."

15  **Q.**  And is that the magnet program you were describing

16  previously?

17  **A.**  Yes.

18  **Q.**  Why did you choose to share about your changed attitude

19  towards your Vietnamese identity?

20  **A.**  I think in order for -- in order to portray myself, in

21  order to portray my growth authentically and really show, you

22  know, like the admission officer who I really am, I think

23  it's crucial for me to like share this journey of not just

24  learning English, but this journey of rejecting and erasing

25  my own identity first.  And then how I came from despite like

1    racial prejudice and despite the messages that I was

2    receiving that I -- it had become such a huge part of who I

3    was when applying and still who I am now.  And I think it's

4    so -- like if I didn't write about this experience, I don't

5    know what I would have written about.

6    **Q.**  Okay.  Did your Vietnamese identity come up anywhere else

7    in your application?

8    **A.**  Yeah.  During my interview my name, my birthplace, my

9    parents' birth places.  Also during when I described a media

10   conference that did I in high school where I had to make a

11   video about discrimination and where I had to draw a lot from

12   my own personal experiences with discrimination into the

13   video.  And yeah.

14   **Q.**  Thanks.  We're now going to turn to page 29.  You'll see

15   it's labeled "Personal Interview Report."  Under "Academic,"

16   you'll see the sentence "Thang has perfect grades."

17           Can you read that sentence out loud for us?

18   **A.**  Yeah.  "Thang has perfect grades in a wide range of

19   classes, but his SAT score is on the lower end of the Harvard

20   average."

21   **Q.**  Were you surprised by that comment?

22   **A.**  No, I was not.

23   **Q.**  Why?

24   **A.**  Because when I applied, I knew I had a below-average SAT

25   scores, but based on what I researched online.  And that was

1    actually one the reasons why I ended up applying to Harvard

2    like three days before the deadline.

3    **Q.**   What changed your mind?

4    **A.**   My mom literally just said you should just give it a

5    shot.  Who knows what will happen?  That's what I did.

6    **Q.**   What were the other aspects of your application that you

7    thought might make you stand out?

8    **A.**   My GPA.  I was valedictorian at my high school and also I

9    think my commitment to public service and my -- my passion

10   for like social justice.  And I think I think those are like

11   great achievements, but I don't think they can be necessarily

12   understood without taking into account the fact that I moved

13   here when I was eight, I didn't speak English that well, me

14   overcoming my -- you know, like accepting my identity and

15   understanding my identity was so crucial in me and like

16   motivating me to pursue or like involve myself in like public

17   service and giving back to the community.

18   **Q.**   And there were lots of comments throughout your

19   application file.  Which comments resonated with you the

20   most?

21   **A.**   The comment that I had shown a strong sense of self, and

22   it also said -- mentioned my Vietnamese immigrant identity.

23   **Q.**   And briefly why did that matter to you?

24   **A.**   I think because I felt that part of myself, again just

25   being invisible, I think it was really nice to feel like that

1  part was valued and noticed by someone.

2  **Q.**  I'm going to turn now to your time at Harvard.

3  How would you describe the level of Asian American

4  representation on Harvard's campus?

5  **A.**  I think as a group, Asian Americans have a fairly like

6  strong representations as compared to black and Latinx

7  groups.

8  **Q.**  How would you describe the level of diversity within the

9  Asian American community?

10  **A.**  There are more East Asian students who are Chinese and

11  Korean than Southeast Asian students like Vietnamese,

12  Cambodian, Laotian.

13  **Q.**  How has the lower representation of Southeast Asian

14  students made you feel?

15  **A.**  I think it just really sucked if you're in spaces on

16  campus where it is like an Asian space, but I don't think

17  I -- you know when you don't see yourself represented, I

18  think it's just like a sucky feeling to have.  And I think

19  like right after me being like, yeah, my Vietnamese identity

20  means so much to me and then going to spaces where I don't

21  see that represented, I think it sucks.

22  **Q.**  Can you use one other word besides "sucks" just in case

23  this goes up on appeal?

24  **A.**  Yeah.  I felt marginalized and I felt -- I think I

25  felt -- I felt erased again.  And I think it's -- yeah, I

1    think "marginalized" and "erased" are two words I would use.

2    **Q.**  They're all great, great words.

3            THE COURT:  Some heard in here less frequently than

4    others.

5    BY MS. TORRES:

6    **Q.**  Can you provide an example of where you felt erased or

7    marginalized?

8    **A.**   Yeah.  I think -- I don't think it was their intention,

9    but for example, there's an organization called Asian

10   American Dance Troupe where every semester they host like a

11   dance night, cultural dance night.  I think it's just

12   really -- not sucky, but also I think when -- in the dance

13   routines, there are not as many -- there are very few Asian

14   routines, if not like at all.

15           And so I think like when I go to these spaces to

16   support my friends who are in them, I think it really -- I

17   again feel erased when I just don't see myself reflected in

18   the greater Asian community on campus.

19   **Q.**  Are there any other instances where you felt erased or

20   that your voice wasn't heard?

21   **A.**   Yeah.  During my sophomore year when the affirmative

22   action issues became more -- like people started talking

23   about it on campus, I remember an e-mail from -- again, I

24   don't think it was the intention, but an e-mail coming from

25   the Asian American Association, which is a pan-Asian group on

1     campus, saying that because the community is so split on the

2     topic that we're not -- as a group, we're not going to

3     discuss it.

4            And so I think I remembered this very vividly.

5     Because there are a lot of East Asian students on campus, the

6     people on board of a lot of these pan-Asian organizations end

7     up being East Asian students.

8            And so I, you know, feeling -- and seeing who has

9     power and who has representation, I think I -- at that moment

10    I didn't really see that being like reflected in like the

11    Vietnamese students.

12           And so I think a lot of Vietnamese students feel

13    differently.  I think it has always just been very nice to

14    have been engaged during this conversation so that at least a

15    part of the Vietnamese perspective or Southeast Asian

16    perspective is represented in like conversations on campus.

17    Q.   Are there spaces where you have felt that there is a

18    greater voice for Southeast Asian students?

19    A.   Yeah.  I just think in spaces where there's a higher

20    representation of Southeast Asian students.

21           For example, in the Phillips Brooks House

22    Association, which is a nonprofit, but like a public service

23    group, we work with a lot of students in a lot of communities

24    in Boston.  One of them is the Vietnamese community.

25           So when there are higher representation of

1    Southeast Asian students in PBHA, I don't feel the burden of

2    having to translate or communicate with parents who don't

3    speak English all the time.  I don't feel that burden of

4    having to navigate like identity and cultures all the time

5    because it's tiring.

6              Another example would be like in my Asian American

7    literature class where we talk about different Asian

8    identities.  I don't have to be the only one people turn to

9    or expect -- or turn to when we talk about the Vietnamese

10   experience or like the refugee experience because I had like

11   other classmates who can share different perspectives.

12             I can't represent every single Vietnamese person in

13   this world and in this country.  So I can only represent what

14   I know and a piece of that, and there's only so much I can

15   say.

16             And when there are other students who look like me

17   and who have similar experiences, I don't have to be the only

18   one talking, even like, you know, because many of my

19   experiences are like traumatic and like, I don't have to

20   always be so emotionally drained in class to discuss these

21   topics with my classmates.

22             Can I add one more thing?

23   **Q.**  Yes.

24   **A.**  Also this happened this year when I was in my Asian

25   American graphic novel class.  One of my professors was

Vietnamese and she pronounced my name correctly.  And that was the first time in 13 years throughout my whole education that a teacher and a professor at Harvard pronounced my name correctly.

So I think that's just like I think to show how validating it is to have people who can understand your experiences, even if it comes down to understanding like pronouncing your name correctly.

And yes, I said you can say Thang because I think that's a form of survival because I'm not going to spend every day telling people the correct way to pronounce it.

I think it's very validating.

**Q.**  Than you.  Has AAA gotten involved in this lawsuit since it's been filed?

**A.**  Yeah.  I think because the conversations on campus have been like -- there's just more conversations.  AAA signed onto the LDF brief.  And I think the climate on campus has changed because conversations and -- there's definitely been more effort to engage students of different background and different experiences in the case.  And I think my involvement in this case as a Vietnamese immigrant shows that.

**Q.**  Thank you.  So we're going to move on from the Asian American community.

Have you had interactions with classmates of color

1     from different racial backgrounds while at Harvard?

2     **A.**  Yes.

3     **Q.**  And how have those interactions impacted your education?

4     **A.**  I think they were very beneficial in the sense that we

5     all have different life experiences.  So when I interact with

6     students who are black and Latinx, I gain new perspectives.

7     New perspectives on how to look at different issues.

8     **Q.**  Can you provide an example of that?

9     **A.**  In my public health class, one of the students raised a

10    point that a lot of scientific research about health revolves

11    around the white population.

12          What that means is the health needs of different

13    communications of color or other communities are not being

14    addressed -- are not addressed -- yeah, are not being

15    addressed because there is no research about that population.

16          And I think that was like a point that I have not

17    really thought fully about before.  And I think in really

18    reflecting on the comment that my classmate said, I was able

19    to think about my own experiences in the scientific community

20    and how when we look at ethical practices and how to design

21    scientific studies, how can we be more inclusive and

22    encompassing of all communities so that all communities'

23    health needs are being addressed.

24    **Q.**  How has that perspective impacted your conversations

25    about public health issues up to this point?

**A.**   Yeah.  When I talk to my friends about it, I think the perspective allowed me to challenge a -- so for example, in one of the labs I'm in, there is research being done on immigrant populations in Boston.  But the lab has no research participants who are Vietnamese immigrants.

And so it allowed me to reflect on my own identity and experiences and also, you know, like that perspective pushed me to challenge why is it that the research doesn't include Vietnamese immigrants and really grapple with that with my friends.

**Q.**   And can you remind us of the racial background of the classmate who made that comment?

**A.**   A black classmate.

**Q.**   There's an issue in this case about the reduction of students of color on campus.

Can I ask you specifically how would a 30 percent reduction in the number of black students, African American students on campus impact your education?

**A.**   I think it would hurt my education dramatically, not just education in the classroom but also outside the classroom.

**Q.**   Why?

**A.**   Being Vietnamese and already underrepresented on campus, I think I've learned a lot about how to build coalition, how to collaborate with other communities of color, and how to be aware of class differences because of efforts made by my

1    black friends and black students from organizations.

2              And like, for instance, when there was an arrest

3    of -- an unfair arrest of a black college student on campus,

4    I think all the like black student organizations worked

5    together to push and advocate and create -- created for

6    space -- created spaces where students can come and grapple

7    with what happened and really understand, like, yeah,

8    understand what happened.

9              And I think they were very open to like members

10   outside the communities.  And I think in doing so, it

11   improved the campus climate because I was able to learn more

12   about issues and like understand a bit better about issues

13   affecting a different community.

14             But I also think that that allowed me to understand

15   how my own -- the issues affecting my own communities are

16   like inherently tied to issues affecting other communities of

17   color.  And then how can we work together to advocate and to

18   build power together so that you can really create systematic

19   change.

20   **Q.**   Thang, when do you graduate?

21   **A.**   May 2019.

22   **Q.**   And have you thought about what you want to pursue after

23   college?

24   **A.**   I hope to become a pediatrician working in an immigrant

25   community and communities of color.

1    **Q.**   How has Harvard's racial diversity prepared you for this
2    work?
3    **A.**   Yeah.   I think in my interactions with my friends who are
4    black and Latinx and who are just different from me, I really
5    learned how to work across differences and how to build
6    meaningful connections and collaborations so that every
7    single stakeholders are being accounted for and how you can
8    like make the collaboration meaningful and that you're not
9    working for someone but you're working with someone.
10        And I think the other thing is my interactions
11   really gave me a tool set to think about cultural sensitivity
12   and cultural competency.
13        And so when I become a doctor, I'll be working with
14   young people who all have very different living experiences.
15   Like someone who experienced trauma from fleeing a war or
16   leaving the country or being separated from their family is
17   very different from someone who was born in the U.S.
18        And I think how can you look at young people in a
19   way that is very holistic and take into account like full
20   consideration of their backgrounds so that you can provide a
21   really good, like an informed healthcare so that they can
22   have a normal development trajectory and so that they can
23   grow up and have the same opportunities and like have like
24   the health to fulfill whatever they need to fulfill.
25        So I think like my interactions with my friends who

1    are just different from me just opened my eyes to things like

2    just seeing people as people and not just as a single

3    identity or aspect of them.

4    **Q.**   I think we can all say you're going to be a great doctor.

5           Last question is, why did you choose to participate

6    in this case about Harvard's race-conscious admissions

7    policy?

8    **A.**   I have multiple reasons.  My first one is I think, like

9    I've mentioned in conversations around Asian American

10   identity, oftentimes the Vietnamese perspective and voices

11   are not considered.  And I think it's important for us to

12   really take into account that even if I can only represent a

13   partial, like a piece of the puzzle or like a piece of that

14   voice, and I think that is important.

15          And secondly, I think based on my own experiences

16   with racial prejudice and discrimination and growing up with

17   and having friends who are growing up and also having friends

18   who are Latinx and black, I think I -- you know, I have a

19   shared understanding of oppression and I think we have a

20   shared understanding of structural systems in place that

21   often limits opportunities, educational opportunities, job

22   opportunities.

23          I think it matters for me so much that I like stand

24   in solidarity with other communities of color.  Because even

25   though the way our racial prejudice and discrimination

1   manifests differently, I think we're all under the same

2   system that continues to like erase and limit our voices.

3            And lastly, I just personally really believe that I

4   benefited from affirmative action.  Like in allowing the

5   admission process to take into account race and ethnicity, it

6   allows my immigration history to be taken into account.  It

7   allows my own experiences of overcoming the -- my racial

8   identify when I was younger and understanding that to really

9   be portrayed.  And I think that matters in not only the

10  college admissions process but also in this case.

11           MS. TORRES:  Thank you.  No further questions.  I

12  pass the witness.

13           MS. PERRY:  Your Honor, I have hard copies of a few

14  things, if I may approach?

15           THE COURT:  Yes, of course.

16                          EXAMINATION

17  BY MS. PERRY:

18  Q.  Hi.  I'm Krista Perry.  We've never met, but I've spoken

19  with your lawyers this weekend about the topics I thought we

20  would cover today.  Thank you very much for being here to

21  share your perspective.

22           You mentioned that you attended the Cleveland

23  Humanities Magnet High School in Los Angeles?

24  A.  Yes.

25  Q.  That's a pretty rigorous program, right?

1    **A.**   Yes.

2    **Q.**   About how many students were in your graduating class?

3    **A.**   The magnet program was a program within a larger high

4    school.  So the total high school has 700 students.  I'm not

5    sure how many students were in my class for the magnet

6    program.

7    **Q.**   Close enough.  But you came in number one in your

8    graduating class overall, correct?

9    **A.**   Yes.

10   **Q.**   You managed that while spending some pretty serious time

11   and energy on extracurriculars like key club, ASB, a

12   filmmaking summit, and volunteering at a hospital --

13   **A.**   Yes.

14   **Q.**   -- to name just a stew few.  That's pretty impressive.

15            I'd like to talk to you briefly about diversity on

16   Harvard's college campus, if that's all right.

17   **A.**   Okay.

18   **Q.**   You mentioned in your direct that you identified with a

19   low-income background.

20            In your experience, there are more wealthy students

21   on Harvard's campus than there are students from a low-income

22   background, correct?

23   **A.**   I think that's hard to say because I tend to hang out

24   with students who have similar socioeconomic backgrounds.  So

25   I can't say for sure.

1  Q.  Would you agree that Harvard could and should do more to

2  increase socioeconomic diversity on campus?

3  A.  I think if there were a lack of diversity in terms of

4  socioeconomic status, they should try to address that.  But I

5  think it shouldn't just be about socioeconomic diversity, but

6  it should be about diversity of all forms.

7  Q.  Great.  Would you agree that Harvard should give greater

8  weight in admissions decisions to extraordinary students who

9  achieve with fewer resources?

10  A.  Can you reframe the question?

11  Q.  Sure.  Would you agree that it's important for Harvard to

12  give greater weight in admissions decisions to students who

13  can achieve a lot with fewer resources?

14  A.  I think that depends on context.  And I think we need to

15  take into account the identity, like all identities of the

16  students.  So I can't -- I'm not sure how to answer your

17  question.

18  Q.  Okay.  Great.  I'd also like to talk with you about bias

19  against Asian American students.

20          The student amici submitted a brief during the

21  summary judgment phase of this case.  This is that brief,

22  yes?

23  A.  Yes.

24  Q.  And if you go to page 9, the brief refers to "the reality

25  of a society where certain ethnoracial minorities, Asian

1    Americans among them, encounter structural racism and

2    implicit bias because of their identity."

3            Did I read that right?

4    **A.**   Sorry.  Did you say page 9?

5    **Q.**   Page 9 --

6    **A.**   Oh, oh.  At the top.

7    **Q.**   Yes.  Page 1 of the main brief.

8    **A.**   Okay.

9    **Q.**   They described "the reality of a society where certain

10   ethnoracial minorities, Asian Americans among them, encounter

11   structural racism and implicit bias because of their

12   identity."

13   **A.**   Sorry.  I'm just trying to identify that on this page.

14   **Q.**   I have it up on the screen as well, but it's towards the

15   bottom of the top paragraph, I believe.

16   **A.**   Towards the bottom.  Okay.

17   **Q.**   All I'd like to know is if you would agree with the

18   description that Asian Americans are among the groups that

19   might encounter structural racism and implicit bias because

20   of their identity?

21   **A.**   So I think Asian American students are students of color,

22   so yes.  And I think we should also think about in the Asian

23   American community the different ethnic groups who might just

24   experience that differently as well.

25   **Q.**   You filed a declaration to go along with this brief as

1  well; is that right?

2  **A.**  Yes.

3  **Q.**  So let's go there.  In Paragraphs 3 and 4, you discussed

4  some of your own personal experience with racial bias, as you

5  mentioned earlier today as well.

6       Would you consider racial and ethnic bias to be a

7  serious problem in this country?

8  **A.**  Yes.

9  **Q.**  And in your declaration, you wrote about Harvard as well.

10  And what you wrote is that "there are still many problems

11  with diversity at Harvard, which continues to be dominated by

12  white students.  Asian Americans are the second largest group

13  at Harvard, but the university fails to take into account the

14  diverse needs of this broad population."

15       Are those your words?

16  **A.**  Yes.

17  **Q.**  Okay.  Now, this is an op ed that came out in the Harvard

18  Crimson entitled "Students for Fair Admissions and Harvard

19  Both Got It Wrong."

20       You're familiar with this article, right?

21  **A.**  I read it back then, but I don't remember much of it.

22  **Q.**  I'd like to just look at a few of the conclusions.

23       You're familiar with the authors of this, right?

24  They're classmates of yours?

25  **A.**  Yeah.  They're my friends.

1   **Q.**  I'd like to look at a few of the things they wrote and

2   see if you agree with their conclusion, if that's okay.

3   **A.**  All right.

4   **Q.**  So in the article, the Harvard Crimson states that

5   "however, our firm support of affirmative action does not

6   negate our disappointment with the college's admissions

7   office for failing to address potential systematic prejudices

8   against Asian Americans."

9        And then it continues, "While admissions officers

10   receive cultural sensitivity training for certain racial

11   groups, instruction regarding racial bias is noticeably

12   absent for Asian Americans.  Therefore, we call on Harvard to

13   provide stronger diversity training for admissions officers

14   to identify and challenge such biases, whether they originate

15   from the application materials or from the review process

16   itself.  An institution which seeks to support historically

17   marginalized minorities should also dismantle negative biases

18   towards Asian Americans."

19        Do you agree with this article that Harvard should

20   provide stronger diversity training for admissions officers

21   to identify and challenge racial bias?

22   **A.**  I think it should not just be about racial biases but

23   biases against all forms of identities or marginalized

24   groups.  And I also think that -- yeah, that's it.

25   **Q.**  And do you agree that an institution which seeks to

1    support historically marginalized minorities should also

2    dismantle negative biases towards Asian Americans?

3    **A.**   Sorry.  I kind of blanked out.  Can you repeat the

4    question?

5    **Q.**   Sure.  Do you agree that an institution which seeks so

6    support historically marginalized minorities should also

7    dismantle negative biases towards Asian Americans?

8    **A.**   I think it should try to get rid of biases across all

9    forms of identities and all racial groups.

10                  MS. PERRY:  Thank you very much for your testimony.

11                            EXAMINATION

12   BY MS. ELLSWORTH:

13   **Q.**   Hi, Thang.

14   **A.**   Hi.

15   **Q.**   I'm Felicia Ellsworth.  I represent Harvard.

16                  MS. ELLSWORTH:  Mr. Lee, do you have the summary

17   judgment brief that Ms. Perry was asking about?  On page 1,

18   could you pull it up, please?

19   BY MS. ELLSWORTH:

20   **Q.**   Thang, do you remember Ms. Perry asking you about a

21   sentence in that brief?

22   **A.**   Yes.

23   **Q.**   I'd like to read the full sentence to you.

24                  "Plaintiff's lawsuit uses Asian Americans as a

25   cover to force every institution of higher education in the

 1    United States to ignore the reality of a society where

 2    certain ethnoracial minorities, Asian Americans among them,

 3    encounter structural racism and implicit bias because of

 4    their identity."

 5              Do you see that there?

 6    **A.**  Yes.

 7    **Q.**  Do you agree with that sentence?

 8    **A.**  Yes.

 9              MS. ELLSWORTH:  Thank you very much.  Thanks for

10    your testimony today.

11              THE WITNESS:  I'm done?

12              THE COURT:  Hold on.  We'll see.  Hold on.

13              MS. TORRES:  No further questions.

14              THE COURT:  You are done.

15              (Applause.)

16              THE COURT:  The Thang Fan Club.

17              MS. McCLELLAN:  Your Honor, Amici Organizations

18    call Ms. Madison Trice as our next witness.

19              THE CLERK:  Can you please raise your right hand.

20              (MADISON TRICE duly sworn by the Deputy Clerk.)

21              THE CLERK:  Can you please state your name and

22    spell your last name for the record.

23              THE WITNESS:  Yes.  Madison Trice, T-R-I-C-E.

24                        EXAMINATION

25    BY MS. McCLELLAN:

1  **Q.**  Good afternoon, Ms. Trice.

2  **A.**  Good afternoon.

3  **Q.**  Where do you attend college?

4  **A.**  I attend Harvard College.

5  **Q.**  And what is your expected year of graduation?

6  **A.**  2021.

7  **Q.**  How are you associated with this lawsuit?

8  **A.**  I am a member of BSA, which is a member of the amici, and

9  I am also a member and political action chair of the

10  Association of Black Harvard Women, which is another member

11  of the amici.

12          For the record, BSA stands for the Black Students

13  Association.

14  **Q.**  And how are those organizations associated with this

15  lawsuit?  Did they file an amicus brief?

16  **A.**  Yes.  Both did.

17  **Q.**  How would you describe your racial and ethnic background?

18  **A.**  I am African American.

19  **Q.**  And where did you grow up, as in elementary school?

20  **A.**  I grew up in rural Illinois and attended elementary

21  school there.

22  **Q.**  Do you feel that race was a barrier in your academic

23  experience when you were in elementary school?

24  **A.**  Yes.  I recall one time my parents wondered what it would

25  take to for me to get into the gifted class because I was

doing very well academically and I still wasn't being promoted.  So they scheduled a conference with the teacher administrator, and the teacher said that I needed to have ten 100s on tests to be able to enter the class.

So my parents pulled out my tests which they had been keeping records of and found that they had at least ten, if not more -- I think there were more -- 100s on the past tests.

And they said, oh, okay, you can join the class. And I believe from that point on I was the only black student in the gifted class there.

**Q.**  Was there a policy that you had to have ten 100s?

**A.**  Not that I know of.

**Q.**  Where did you attend high school?

**A.**  I attended high school -- I spent one year in Maryland, half of a year in D.C., and the rest of my high school years were spent in Houston, Texas.

**Q.**  And when you were in Houston, Texas, where you spent most of your high school years, what type of high school did you attend?

**A.**  I attended a private predominantly white, pretty wealthy high school.

**Q.**  What would you say was the racial makeup of your high school?

**A.**  It was about 70 percent white, 20 percent Asian American,

1   and maybe somewhere between 7 and 8 percent black, like

2   1 percent Latinx and maybe 2 percent of mixed race.

3   **Q.**   What was it like in your classes racially?  What was the

4   racial makeup of your classes?

5   **A.**   The racial makeup of my classes was definitely

6   predominantly white.  I also found that it varied depending

7   on the course.  So for upper-level classes at that school

8   also it was kind of -- I was more likely to be one of the

9   only black students in the room.

10   **Q.**   And what was it like to be one of the only black students

11   in your classes?

12   **A.**   It was difficult.  It was pretty isolating at times.

13   There were times where you felt like a representative for

14   your entire race, where someone would say something offensive

15   and you'd have to be able to discuss it in a very logical and

16   calm manner.  But there was nobody else to back up what you

17   were saying, so you were kind of alone -- nobody else who had

18   experienced it to back up what you were saying, so you were

19   kind of alone in doing so.

20   **Q.**   Did race have an impact on your social experience in high

21   school?

22   **A.**   Yes.

23   **Q.**   How so?  Can you give an example?

24   **A.**   Yes.  I remember that for my junior and senior year, to

25   my knowledge, there were only two black girls asked to prom

1    out of like 14 of us.  And most girls at the school were

2    asked to prom, which made it a very different experience

3    socially.  It's still fun to go with your friends, but it's

4    not exactly the same.

5            I think also I found it more difficult in

6    comparison to my other schools to make friends who were not

7    minorities.  At my high school I do have a few friends who

8    are not minorities from high school.  But most of my friends

9    were other minorities, which is something that I -- it wasn't

10   as difficult to make friends who were from other backgrounds

11   who were white at any of my other schools that I attended.

12   **Q.**  I want to talk to you a little bit about your experience

13   applying to Harvard.

14           When you applied to Harvard, what was your grade

15   point average?

16   **A.**  My grade point average was a little bit over 92 percent

17   out of 100.

18   **Q.**  When you applied to Harvard, what was your SAT score, if

19   you remember?

20   **A.**  A 2300 out of 2400.

21   **Q.**  Did you submit an essay?

22   **A.**  Yes.

23   **Q.**  What did your essay discuss?

24   **A.**  My essay discussed having been bullied for being

25   different, whether that was in terms of my age or in terms of

1    my personality or in terms of being African American.  And it
2    discussed how because I was bullied it made it very difficult
3    for me to learn self-love.  And then eventually I was told in
4    my D.C. school by a friend of mine that I didn't need to
5    change myself, and it kind of sparked this journey towards
6    self-love.
7    **Q.**  Did your experience being bullied because of your race
8    impact how you think about social justice?
9    **A.**  Yes.  Absolutely.  I think that because of that I'm able
10   to understand what it feels like to be hurt for something
11   that you can't control, for looking different or being of a
12   different background.
13              I think that it's helped me to gain an attachment
14   to my culture and to ensuring that other people are able to
15   be treated equally -- to be treated well for their identities
16   as well.  And I think that that experience also contributed
17   to the empathy that I hope to turn into action in a lot of
18   different ways because I don't want anybody else to
19   experience what I went through.
20   **Q.**  If you had been prohibited from identifying your race in
21   your essay, would this have affected your ability to present
22   your full self in your application?
23   **A.**  Yes.
24   **Q.**  How so?
25   **A.**  I think that the way that I was bullied was kind of

1    inextricable from my race.  I remember just thinking about --

2    even when I talk about being different in terms of my age or

3    my personality, it was always like being different and black,

4    appearing a certain way and being black so people couldn't

5    identify -- people couldn't understand what my racial makeup

6    was because I was black.

7            It wasn't just that -- I mentioned in my essay

8    being a light-skinned African American.  It wasn't being

9    light skinned; it was being light skinned and black and

10   people viewing that as somehow racially inferior to other

11   combinations of skin tone and race.

12           I think that also the pride that I have in my

13   culture and my drive for social justice and my drive for

14   encouraging others to love themselves is so deeply connected

15   to my experiences, having been mistreated for my race, that

16   it would be very difficult to articulate who I am without

17   being able to discuss it.

18   Q.  What is your social economic background, if you feel

19   comfortable sharing?

20   A.  Yes.  I would say my family is upper middle class.

21   Q.  Do you feel that if you had been able to talk about -- do

22   you feel that speaking about your socioeconomic status in

23   your essay, if you were not permitted to talk about your

24   race, would have allowed you to convey your full self in your

25   application?

1     **A.**   Not at all.

2     **Q.**   Why not?

3     **A.**   Because I was discriminated against.  Although I believe

4     there are privileges that come with being upper middle class,

5     I was discriminated against in spite of those.  I was

6     mistreated for my race in spite of those.

7           So if I were able to say that I was upper middle

8     class, it would be -- it wouldn't take into account the

9     racism that I experienced.  It wouldn't take into account the

10    other oppressions that I faced or denials of opportunity that

11    I faced.  It wouldn't enable me to encompass the experiences

12    that I wanted to have in college and the things that I wanted

13    to do with being able to support black students or being able

14    to support minority students in general.

15          And it mostly just wouldn't allow me to account for

16    the ways that my identity has affected me.

17    **Q.**   Why did you want to go to Harvard?

18    **A.**   I was really excited by the academic opportunities in

19    terms of extracurriculars.  I could do basically anything

20    that I wanted to, which was really exciting.  And I was also

21    excited about how diverse it was.

22    **Q.**   Why was the diversity of Harvard important to you?

23    **A.**   I wanted to have a very different experience than what I

24    had in my high school in Houston.  I wanted to be surrounded

25    by people who had -- I wanted to have the chance to delve

1   more deeply into my cultural heritage and to get to celebrate

2   that with people who shared it, but I also wanted the

3   opportunity to get to know people from all different

4   backgrounds and to be in a place that celebrated and embraced

5   all those different backgrounds.  I think that the critical

6   mass that Harvard has of minority students was really

7   important for me into taking that into account.

8   **Q.**   Did you visit Harvard before deciding to go there?

9   **A.**   Yes.

10  **Q.**   Could you tell us a little bit about what that was like?

11  **A.**   Yes.  Something that comes to mind was Visitas, Harvard's

12  visiting weekend for admitted students.

13          And I remember getting to come up and going to

14  Jollies, which is the black men's foreign party, and getting

15  to go to the big black community barbecue and seeing all of

16  the different extracurricular groups and being welcomed by

17  them and having black upperclassmen talk to me about their

18  experiences and being excited to talk to me and sign me up

19  for different things and just feeling like the campus was a

20  place where I would be welcomed and where I would be able to

21  feel at home.

22          I remember seeing a black upperclassman girl who

23  started crying when she saw me and other black students

24  walking into the activities fair because she was, like, it's

25  just so beautiful seeing all of you.

1          And just feeling the love that was expressed in

2     that statement and the warmth made me feel like I would be

3     cared for within the Harvard community.

4     **Q.**   Would you say that your visit at Visitas affected your

5     decision to go to Harvard?

6     **A.**   Absolutely.

7     **Q.**   Did you visit other colleges?

8     **A.**   Yes.

9     **Q.**   And how did your visits at other colleges compare to your

10    visit at Harvard?

11    **A.**   Sometimes -- for instance, at Princeton I remember

12    visiting and noticing that the way that different groups of

13    students or different ethnic groups seemed to interact with

14    each other was very different than at Harvard.

15         Like at Princeton, I noticed that I saw a lot of

16    white students hanging out together and a lot of the black

17    students hanging out together but not a lot of intermingling.

18    And I decided that that wasn't a place where I would like to

19    be.

20         I remember going to Georgetown and there was this

21    really, really cool Native American cultural event happening,

22    but it was super unattended.  So it was like the students who

23    were planning it and then the students who I was with on a

24    tour, but I had seen other students going to things that I

25    felt were less important and being really excited about

1    those.

2             And I wanted to be a campus that was excited about

3    diversity, and so I decided that that also wasn't for me.

4    **Q.**   When you say things that are less important, what does

5    that mean?

6    **A.**   Things like drinking in the middle of the day or getting

7    picked up by a Rolls Royce to go to a party, also in the

8    middle of the day.

9    **Q.**   Are you familiar with the "I, Too, Am Harvard" campaign?

10   **A.**   Yes.

11   **Q.**   What is it?

12   **A.**   It's a creative movement to state that black students

13   have a place on Harvard's campus and that because of the

14   depictions that you see a lot of the time of different Ivy

15   League schools, and particularly Harvard in media, black

16   students are not always taken into account of being a part of

17   Harvard by outsiders, but they are.

18   **Q.**   Did seeing the "I, Too, Am Harvard" campaign impact your

19   decision to attend Harvard?

20   **A.**   Yes.

21   **Q.**   How so?

22   **A.**   It was really cool seeing the unity that had been formed

23   in response to microaggressions and the support that people

24   had in creating a space for themselves but also being

25   celebrated and taking that space.

1          I remember reading some of the signs that people

2     would say and I would be like, oh, I've heard people would

3     say similar things about my hair, about my background to me.

4          And being able to have a place on a campus in spite

5     of that or being able to have a place on a campus that

6     doesn't always involve that experience sounds really special.

7     And it made me feel like I could carve out a space for myself

8     on Harvard's campus as well.

9     **Q.**   How does your experience with Harvard's racial diversity

10    compare to your experience in high school?

11    **A.**   It's so different.

12    **Q.**   How so?

13    **A.**   I have friends from all different backgrounds.  I get to

14    celebrate within -- it's different being involved in black

15    community organizations.  I was involved in a black community

16    organization in high school, but there are so many of us that

17    we're able to have a number of different organizations, so

18    every niche of black identity is celebrated and has a space

19    on campus.  And if there isn't one, it can be created and

20    other people will come, you can celebrate your culture that

21    way.

22          Microaggressions happen a lot less frequently.  So

23    I'm able to really devote myself to academics,

24    extracurriculars, and friendships without having to worry as

25    much about the feeling of being represented or being

1    distracted by the types of discrimination that I faced in

2    high school.  And I feel like my identity is really embraced

3    and supported.

4    **Q.**  When you say microaggressions happen less are frequently,

5    do you feel that that's related to the amount of diversity on

6    campus?

7    **A.**  Yes.

8    **Q.**  Why?

9    **A.**  I think that when you have -- I think that's true for a

10   number of reasons.  I think when you're interacting with a

11   critical mass of minorities, it's harder to have stereotypes

12   about them.  It's also harder to express those without

13   somebody saying, hey, that's not okay, as opposed to having

14   one minority in a room and, if there are five people who want

15   to say something that might be offensive to that person,

16   there's only one person who can respond.

17            And I think that because there's already a

18   committed value to diversity, it's kind of expressed that

19   discrimination and microaggressions are not something that

20   the broader community would tolerate.

21   **Q.**  Now that you are a student at Harvard, how are you doing

22   academically?

23   **A.**  I'm doing pretty well.

24   **Q.**  What grades have you received?  What's your average?

25   **A.**  My GPA is a 3.66 right now.

1    **Q.**   Now, you mentioned learning about the Black Students

2    Association during your visit at Visitas.

3              Do you participate in the Black Students

4    Association or BSA now that you're on campus?

5    **A.**   Yes.  I am a member of the BSA.

6    **Q.**   What is the BSA?

7    **A.**   The BSA is the Black Students Association.  Its mission

8    is to create a space for black students to have community and

9    support and professional development and to share in those

10   things together and to create kind of a home within a home

11   for black students and also to facilitate engagement with a

12   broader community.

13   **Q.**   When was the BSA founded, if you know?

14   **A.**   1970.

15   **Q.**   And approximately how many members or participants are

16   there in BSA?

17   **A.**   I would say about 400 to 500.

18   **Q.**   Is there diversity within the BSA?

19   **A.**   Yes.

20   **Q.**   And are there other affinity groups that serve black

21   students specifically?

22   **A.**   Yes.  I would say there are somewhere between 10 and 15

23   organizations on campus that serve black students.

24   **Q.**   Is the diversity within BSA important?

25   **A.**   Yes.

1   **Q.**   Why?

2   **A.**   I think that for us to be able to learn from each other,

3   for us to be able to learn about the different shapes that

4   blackness can take, and to be able to learn about the

5   different ways that people are impacted by being black or by

6   racism or by classism and to be able to be good leaders for

7   the broader community, it's important to be able to have that

8   diversity reflect -- that is in the nation reflected in our

9   community.

10          I think also it's important for the broader Harvard

11   community to be able to interact with a number of different

12   black people who have very different experiences, whether

13   that's in terms of religion or class or politics or national

14   origin, and to be able to see that black people are not a

15   monolith.  And I think that the diversity of BSA does a

16   really good job of making those things possible.

17   **Q.**   You've already spoken about the role of BSA during

18   Visitas and recruiting students.  Does BSA do anything for

19   students when they arrive on campus in September?

20   **A.**   Yes.  We have black convocation, which is similar to

21   Harvard's general convocation except the attendants are all

22   member of BSA.  The freshmen sit in the front and they have

23   pins for the end of the ceremony.  The upperclassmen come in

24   the back and support them.  Everyone is dressed in white.

25          We have speeches from black faculty members,

1  prominent members of the black community who are

2  undergraduates, and performances from black students.

3  **Q.**  Do you know if there is a Latinx convocation?

4  **A.**  Yes.

5  **Q.**  And how did that start?

6  **A.**  That came about this year after the success of black

7  convocation creating a sense of welcome in the freshman class

8  and after seeing how beautiful that event was.  The Latinx

9  community also wanted to have that kind of space for their

10  freshman.

11  **Q.**  Does BSA provide any opportunity for professional

12  development?

13  **A.**  Yes.  We have a minority career fair every year.

14  **Q.**  And does BSA cosponsor events?

15  **A.**  Yes.

16  **Q.**  Can you give us an example?

17  **A.**  Yes.  One such event is rush hour, which is a party

18  that's thrown every year, cohosted between BSA, BMF, and the

19  Asian American men's forum.

20  **Q.**  What does BMF stand for?

21  **A.**  Black men's forum.  Sorry.  The Asian American men's

22  association.  And that event is really fun because it has

23  this huge diversity in terms of music and in terms of the

24  students who come.

25          I think because it's cohosted by multiple cultural

1    groups, it ends up being a space that people from all

2    cultural groups feel welcome in, and so it's one of the most

3    diverse parties of the year, and that's really cool.

4             I know that BSA has also sponsored events with

5    mental health organizations and with the college's imam on

6    religious diversity and mental health.

7    **Q.**   Are there ever incidents of racial hostility on campus?

8    **A.**   Yes.

9    **Q.**   Has there ever been an incident of police brutality

10   against a black student on campus?

11   **A.**   Yes.

12   **Q.**   When?

13   **A.**   Last year towards the end of second semester.

14   **Q.**   How did BSA respond to this incident?

15   **A.**   BSA members were at the forefront of organizing in the

16   aftermath of the incident.  They were at the forefront of

17   ensuring that the student was cared for; and that discussions

18   would be held with the administration, with the Cambridge

19   Police Department to ensure that something like that didn't

20   happen again; and that there was advocacy on behalf of the

21   student.  BSA members were the ones who gathered and

22   eventually formed a coalition to deal with the event as a

23   whole, stepped up within a matter of weeks to have leadership

24   in that advocacy, created community healing events, etc.

25   **Q.**   Do you feel that this advocacy was effective?

1    **A.**   Yes.

2    **Q.**   How so?

3    **A.**   CPD, the Cambridge Police Department, and BSA and the

4    Harvard community in general now have more frequent meetings

5    to discuss relationships between the communities.  Harvard

6    administration was very receptive, and we were able to

7    discuss ways as well for Harvard to respond effectively to

8    police interactions with students.  And I believe that

9    advocacy on the student's behalf was successful as well.

10   **Q.**   Overall, how does BSA ensure that its members are

11   supported?

12   **A.**   There are all kinds of different ways, including the

13   black legacy ball where everybody gets to come and support

14   each other's businesses and each other in general and spends

15   time together talking and dancing and listening to music or

16   having a big-sibling, little-sibling program, which is in BSA

17   is actually a family.

18           So you can have a freshman, sophomore, and junior

19   and senior who all mentor each other and who are all in

20   relationship together.  There are a number of different ways

21   that the BSA supports its students.

22   **Q.**   And are these efforts to provide support successful?

23   **A.**   Yes.

24   **Q.**   How do you know?

25   **A.**   Because people end up having really fulfilling

1    relationships with upperclassmen that they wouldn't otherwise

2    have.  They find another outlet besides the advisers that

3    Harvard provides, finding the ability to talk to people

4    within their community about issues that they feel might be

5    pertinent to them.  Or being able to go to an event where you

6    can hear music or discuss spirituality in a way that's

7    familiar to you at home and being supported and welcomed in a

8    way through even things like black convocation so that you

9    know that there are people rooting for you to be successful

10   and people that you can turn to if you're struggling

11   academically and personally.

12            And I know that for me that's been a big cushion,

13   and I think that's been for a number of other students as

14   well.

15   **Q.**  I want to talk a little bit about your involvement with

16   the Association of Black Harvard Women or ABHW.

17            What is ABHW?

18   **A.**  ABHW is an organization that was founded in 1975, and was

19   actually the Association of Black Radcliffe Women, to create

20   a space for sisterhood, empowerment, professional

21   advancement, academic support, and community within the black

22   women's community of Harvard, and also to facilitate positive

23   interactions with the broader Radcliffe and eventually

24   Harvard community.

25   **Q.**  Do you have a leadership role within ABHW?

**A.**   Yes.  I am ABHW's political action chair.

**Q.**   What made you to decide to become involved as political action chair?

**A.**   I remember after the event of hostility last year --

**Q.**   Just to clarify, what event of hostility are you referring to?

**A.**   Yes.  My apologies.  The police brutality event against the student.

I remember gathering in a room with a really big chunk of the black community on Harvard's campus and just thinking about how much I cared for them and how much I wanted to make sure that they were supported in all of the different issues that we face politically on campus and in the world in general, and that I wanted to help create a space for that.

And I love black women and I love being able to be a support for black women.  So I wanted to be a part of advancing ABHW's general goals as well.

**Q.**   Approximately how much time would you spend in your role as a political action chair?

**A.**   I would say at least four hours a week, maybe four to six hours in general.

**Q.**   And in terms of the programs that ABHW provides, is there an orientation for members?

**A.**   Yes.  We have a week of initiation where we host events

1    discussing everything from interactions with faculty and

2    who's there to support you to inclusivity to legacy and how

3    to make a positive impact on campus.  Days where you can ask

4    students about what their experience is about.

5    **Q.**   Just to be clear, when you say "legacy," what do you

6    mean?

7    **A.**   By "legacy," I mean the legacy you'll leave on campus.

8    We discuss black women who came before us and their positive

9    impacts in the world and who were Harvard alumni, and we talk

10   about ways that we would like to represent our family and our

11   heritage on campus.

12   **Q.**   Does ABHW provide opportunities for mentoring?

13   **A.**   Yes.

14   **Q.**   Can you give us an example?

15   **A.**   We have a big-sister, little-sister program where you're

16   matched with someone who is younger than you if you're an

17   upperclassman or older than you if you're a younger member.

18   You're encouraged to form a relationship with them and to

19   spend time with them, and you can go to them with anything

20   that you're struggling with.

21   **Q.**   And does ABHW provide guidance for younger students?

22   **A.**   Yes.  One example I think would be our survival guides

23   which have been handed out to freshmen women for a really

24   long time.

25   **Q.**   Well, let's take a look at that.

1          Can you please turn to what has been marked as

2    Amici Organization Exhibit 4?

3    **A.**   Yes.

4    **Q.**   Do you recognize this?

5    **A.**   I do.

6    **Q.**   How do you recognize this?

7    **A.**   I received it when I was a freshman.

8    **Q.**   And what is it?

9    **A.**   It is the 2016-2017 survival guide by ABHW.

10   **Q.**   Is this a true and accurate copy of the ABHW survival

11   guide?

12   **A.**   It is.

13          MS. McCLELLAN:  Your Honor, I move to admit what

14   has been marked as Amici Organization Exhibit 4 into

15   evidence.  Counsel have been provided a copy.

16          MS. HACKER:  No objection, Your Honor.

17          MS. ELLSWORTH:  No objection.

18          THE COURT:  Do I have a copy?

19          MS. McCLELLAN:  You should in the binder, but I can

20   also hand you one right now.

21          (Amici Exhibit No. 4 admitted.)

22   BY MS. McCLELLAN:

23   **Q.**   About how long is the ABHW survival guide?

24   **A.**   About 50 pages.

25   **Q.**   You said you received it as a freshman?

1    **A.**   Yes.

2    **Q.**   Did you view it?

3    **A.**   Yes, I did.  It's really, really helpful.  There are a

4    lot of things that I wouldn't have known about at Harvard and

5    a lot of things that made me feel more comfortable coming

6    into campus that I wouldn't have felt as prepared for if I

7    hadn't had it.

8    **Q.**   What are some of the topics that it covers?

9    **A.**   Everything from relationships to food on campus and how

10   to spice it up to food off campus, international travel, how

11   to get good grades, where to shop, what to do for the winter,

12   hair, socializing, and how to experience different social

13   spaces depending on what you like.

14   **Q.**   Can you give us an example of something in the ABHW

15   survival guide that wouldn't be found in other Harvard

16   survival guides?

17   **A.**   The section on hair is definitely unique to black women

18   and is really important because it has information that I

19   wouldn't know otherwise.

20   **Q.**   Can we turn to page 32 of the survival guide.

21              As a black student why was it useful to have advice

22   about hair care when you arrived at Harvard?

23   **A.**   It can be very hard to find a salon in Harvard Square

24   that knows how to do black hair.  But if you go to a salon

25   that doesn't know how to do black hair, a lot of time it can

1   be irreparably damaged.

2   **Q.**  To clarify, does every salon service African American

3   clients?

4   **A.**  A lot of salons try to but don't know how to.

5   **Q.**  Have you ever felt limited in terms of how you could

6   style your hair as an African American woman in an academic

7   or professional setting?

8   **A.**  Yes.

9   **Q.**  Can you give us an example?

10  **A.**  Yes.  I didn't start wearing my natural hair until I was

11  like 16 just because straight hair is much more accepted and

12  viewed still as more professional by the broader community.

13  And I didn't actually start wearing my natural hair almost

14  all of the time until I came to college.

15  **Q.**  On the top of the page on page 32, do you see that it

16  says, "Black hair is beautiful, versatile" -- I'm sorry.  I

17  misread that.

18          "Black hair is versatile, beautiful, and amazing,"

19  and it goes on to say "the possibilities are truly endless."

20  **A.**  Yes.

21  **Q.**  What was your reaction when you read this?

22  **A.**  It was so encouraging just because I feel like there are

23  so many assumptions that you get from outside of the

24  community about how you wear your hair.

25          And it was very affirming to hear someone say that

1    regardless of the way you wear it it's wonderful and that

2    it's okay to wear it in different styles.  And I think that

3    encouragement from the community definitely helped me to

4    embrace my natural hair, and I think it's helped some of my

5    friends as well.

6    **Q.**  Does ABHW cosponsor events?

7    **A.**  Yes.

8    **Q.**  And does ABHW participate in the Women of Color

9    Collective?

10   **A.**  Yes, we do.

11   **Q.**  Why?

12   **A.**  We believe that it's important to create spaces for women

13   of color on campus to organize and to talk about our shared

14   experiences and to be able to support each other.

15   **Q.**  And you've mentioned that inclusivity is part of ABHW's

16   mission.

17           How does ABHW fulfill its mission of fostering

18   inclusion?

19   **A.**  We have an inclusivity chair.  One example of one of the

20   things that we do with inclusivity is that during initiation

21   we have a day specifically devoted to inclusivity.

22   **Q.**  And what happens during this day?

23   **A.**  We discuss people's fears of different experiences at

24   Harvard and how diverse those can be.  And then we discuss

25   different terms and different identities that people might

1   not be aware of and how to be sensitive to those and

2   inclusive of those within the ABHW space and in the broader

3   community.

4   **Q.**  Does the inclusivity chair provide any training?

5   **A.**  Yes.

6   **Q.**  Can you explain an example?

7   **A.**  Yes.  One example is within the inclusivity training for

8   freshmen, we discuss PGPs or personal gender pronouns, which

9   are, like my personal gender pronouns would be "she" or

10   "hers."  Someone else's might be "he," "him," "his" or

11   "they," "them," "theirs."  It's important to be able to

12   discuss those for students who might be either transgender or

13   gender nonconforming.

14          Because ABHW devotes so much attention to that, it

15   ends up being one of the most inclusive spaces on campus, and

16   ABHW members tend to make other spaces on campus more

17   inclusive as well.

18   **Q.**  Has Harvard's diversity had any impact on your long-term,

19   professional, or other goals?

20   **A.**  Yes.

21   **Q.**  How so?

22   **A.**  I've always been interested in activism and I've always

23   been interested in the intersection of politics and culture.

24          I think that the diversity at Harvard has helped me

25   to learn about the different ways that I can be involved and

1   the different causes that I want to devote myself to.  Like I
2   have one class where I'm taught by someone who lived in South
3   Africa during apartheid, and many of the students in it come
4   from countries that have faced different types of conflicts.
5           And I've always been interested in conflict, but I
6   think that diversity in the classroom and getting to know
7   people who faced it helps me to better learn how to serve
8   hopefully in conflict regions and in peace building as I get
9   older and also helps me to have a personal connection that I
10  think has strengthened my desire to work in that field.
11  **Q.**  Are you familiar with concerns about the impact on the
12  admissions of black and Latinx students if race were
13  eliminated from Harvard's admissions process?
14  **A.**  Yes.
15  **Q.**  What are those concerns?
16  **A.**  That the black and Latinx population at Harvard would
17  decrease by at least 50 percent.
18  **Q.**  Would the decrease of black students affect BSA?
19  **A.**  Yes.
20  **Q.**  How so?
21  **A.**  BSA is really bolstered and made full and vibrant because
22  of the diversity of our members, because of the critical mass
23  of our members.  The ideas that we have in our events that we
24  put on and our ability to put them on is related to the
25  numbers that we have.  And I think a loss of any of that

1    diversity, a loss of that mass would be a huge loss for BSA's

2    ability to put together programming and also for us to learn

3    and grow together.

4    **Q.**   If BSA were not able to put on the same amount of

5    programming, how would that impact the larger Harvard

6    community?

7    **A.**   The larger Harvard community could suffer a loss as well

8    as the black community, whether it was the minority career

9    fair, which is for all minorities, that would be a loss.  Or

10   rush hour, which is one of the most inclusive events that you

11   can attend as a freshman.

12          Seeing that loss or losses of things like black

13   convocation which sparked other events.  There are so many

14   ways that BSA touches other communities that I think the

15   general community would lose out.

16   **Q.**   How would a reduction in the amount of black students on

17   campus impact Harvard more broadly, aside from BSA?

18   **A.**   I think there are so many things that we bring to the

19   table.  We bring our experiences with racism and with social

20   justice and with our culture, and we are the only people in

21   classrooms who can speak to our own unique experiences.

22          Every year there are remarkable theses that are put

23   together by black seniors that are to some degree framed by

24   their experiences.

25          Our contributions to spirituality and advocacy and

1    arts and athletics on campus are also really deep, alongside

2    our contributions academically.

3                Without any of those things, I think that the

4    richness of Harvard and Harvard's ability to create leaders

5    who are really knowledgeable about the world and about

6    different experiences and are really empathetic would be

7    lost.

8    **Q.**  Are you involved in recruiting black students through

9    Visitas?

10   **A.**  Yes.

11   **Q.**  How do you feel when you see new black students arrive at

12   Harvard?

13   **A.**  It's so wonderful.  I'm so excited to get to welcome them

14   to our community, and I want it to be a place that they know

15   will be theirs, that they know will care for them, and where

16   they can hopefully take pride in who they are.  Maybe for a

17   lot of them, or for some of them, the first time that they

18   can really do that.

19   **Q.**  How does this compare, this feeling compare to how you

20   felt welcoming new black students to your high school?

21   **A.**  Welcoming new black students to my high school was a

22   different experience.  Because even though I was happy to see

23   them and I was excited to have them there, I knew that it

24   would be to some extent a harmful experience because there

25   was a lot of pain that they would face academically,

1    socially, etc., and that it caused a lot of pain to me and my

2    other black friends.

3            So it was like bittersweet because this degree of

4    knowing that you couldn't protect them from what was coming

5    while also hoping that you would be able to carve out some

6    degree, some semblance of acceptance for them, but that you

7    couldn't make the general community that way.

8    Q.   Why did you decide to get involved in this case?

9    A.   I think that my love for Harvard is entirely or mostly

10   rooted in the people that I get to encounter.  And I think

11   that part of the reason that my experience has been so

12   wonderful is getting to know myself better through these

13   communities but also getting to experience the joy that they

14   bring to others and to see other people come into themselves.

15           And I think it would be a shame if that diversity

16   was lost because it really means the world to me.  And I also

17   think that it would be a shame if, because race-conscious

18   admissions was eliminated, students from around the country

19   wouldn't have the same opportunities to experience a Diverse

20   Harvard and a really wonderful education that I've had.  So

21   it's really important to me to try to ensure that that

22   doesn't happen.

23   Q.   Do you support the continued use of race as one of the

24   factors in Harvard's admissions process?

25   A.   Yes.

```
 1              MS. McCLELLAN:  Thank you.

 2              THE WITNESS:  Thanks so much.

 3              MS. HACKER:  SFFA has no questions for this

 4     witness.  Ms. Trice, thank you for coming here to testify

 5     today.

 6              THE WITNESS:  Thank you.

 7              MS. ELLSWORTH:  Harvard has no questions.  Thank

 8     you very much for your testimony.

 9              THE COURT:  You're excused.

10              THE WITNESS:  Thank you.

11              MS. DINAN:  Your Honor, our next witness is Sally

12     Chen.

13              THE CLERK:  Can you please raise your right hand.

14              (SALLY CHEN duly sworn by the Deputy Clerk.)

15              THE CLERK:  Can you please state your name and

16     spell your last name for the record.

17              THE WITNESS:  My name is Sally Chen, C-H-E-N.

18                            EXAMINATION

19     BY MS. DINAN:

20     Q.  Ms. Chen, where do you go to school?

21     A.  I'm currently a senior at Harvard.

22     Q.  What are you studying at Harvard?

23     A.  I am joint concentrating in history and literature and

24     studies of women, gender, and sexuality with a secondary in

25     ethnicity immigration rights.
```

1    **Q.**  Before getting to your application to Harvard, I would

2    like to discuss your high school experiences.

3              What high school did you attend?

4    **A.**  I went to Lowell High School in San Francisco.

5    **Q.**  How would you describe Lowell?

6    **A.**  Lowell is a public magnet high school in San Francisco.

7    It is application or test-based for its admissions process.

8              When I was at Lowell, the student population was

9    majority Asian American.  There were very few black or Latinx

10   students when I was there, a handful at most.

11             I think that -- I didn't know this at the time that

12   I went there, but this was largely due to a very dramatic

13   series of lawsuits that Lowell had undergone, itself,

14   removing race as a factor for its admissions process and

15   essentially reinstituting segregation in the San Francisco

16   Unified School District, a fact that I only really heard

17   about when I came across Lowell High School as one of the

18   case studies in my Asian American history class at Harvard.

19   **Q.**  Do you think of your high school as racially diverse?

20   **A.**  No.  I would not say so.  I think that in terms of its

21   demographics, it did not really in any way reflect the

22   overall racial diversity of the Bay Area or San Francisco.

23   And I don't think that the student body reflected that

24   reality.

25   **Q.**  How did the lack of diversity at Lowell affect your

1    educational experiences?

2    **A.**   A lack of racial diversity at Lowell I think was very

3    detrimental to my overall I think learning experience.

4         It was really difficult and often just didn't

5    happen.  The kinds of really critical conversations around

6    current events and the issues that were facing the

7    communities that we were coming from or that I was coming

8    from, the kind of neighborhoods in San Francisco that were

9    really fighting against things like gentrification and

10   displacement that really predominantly impact communities of

11   color.

12        Lowell High School is fairly academically

13   well-resourced.  It had more AP course offerings than any

14   other public high school in my school district, but in many

15   ways did not have -- I mean it had the science and history

16   program, a robotics team, but we didn't have the kind of

17   critical conversations that went beyond the strict curriculum

18   that were really critical to the later parts of my education.

19        So in a lot of ways, I found this kind of space and

20   these learning opportunities outside of high school.  So I

21   was a part of a youth steering committee at the University of

22   California, San Francisco.  I was one of many high school

23   representatives from across the school districts, the high

24   school districts that, you know, we formed a very racially

25   and socioeconomically diverse cohort coming from multiple

1  high schools across the district.

2        And it was there that I really concretely saw in

3  our conversations about what issues young women, young high

4  school-aged women were facing in our different schools as we

5  were planning for our holistic health and women's leadership

6  summit.

7        It was there that I saw that we were facing really

8  different kinds of issues precisely because of this kind of

9  de facto segregation that occurred.  The kinds of concerns

10  that we had were very different and a lot of it had to do

11  with the kind of opportunities and resources that we had.

12  **Q.**  Based on your experience attending Lowell High School,

13  what are your views on test-based admissions?

14  **A.**  I think test-based admissions are really incorrect in the

15  ways that they're assumed to measure merit or kind of

16  worthiness of the middle schoolers who are applying for spots

17  in high school.

18        I think that coming from a public middle school

19  myself, I think I saw that the admissions process was often

20  more a measurement of the kinds of resources that one had in

21  middle school, in their middle schools, whether students had

22  role models, whether they had their teacher's support, and

23  whether those teachers saw them as someone who could succeed.

24        And I think that that really impacted really

25  negatively how I think the overall student population

1    experience was shaped at Lowell.

2    **Q.**   Now I would like to show you a document that has been

3    admitted as Exhibit SA1.

4              Do you recognize this document?

5    **A.**   Yes.  It is my admissions file.

6    **Q.**   When did you first see this document?

7    **A.**   I viewed my admissions file in the summer after my

8    sophomore year, which would have been 2017.

9    **Q.**   Why did you review your admissions file?

10   **A.**   I think I was really curious to see the kinds of I

11   think -- I really wanted to see the kinds of information and

12   the process overall of Harvard's fairly opaque admissions

13   process, and I think I also really wanted to see how my own

14   application, my own experiences were viewed by the admissions

15   readers and by Harvard.

16   **Q.**   Can you share with the Court how you identify in terms of

17   your race or ethnicity?

18   **A.**   Yes.  So I am a Chinese-American.  My parents emigrated

19   to the United States from China in the 1980s.  They were

20   warehouse and factory workers in China before they came to

21   the United States.

22   **Q.**   To what extent did your race or ethnicity shape your

23   application materials in any way?

24   **A.**   It really fundamentally shaped my application materials.

25   I wrote very directly about how being the daughter of Chinese

1    immigrants and being a kind of translator and advocate for

2    them across barriers of cultural and linguistic difference in

3    different settings, whether that's with our landlord, with

4    helping my dad get his driver's license, in all these

5    different settings, how far that really shaped my views on

6    social responsibility, on my dedication to being an advocate

7    for communities that -- for different communities.

8    **Q.**   Please turn to page 9.

9         Is this the personal statement to which you were

10   referring when you said you wrote about being the child of

11   Chinese immigrants?

12   **A.**   Yes, it is.

13   **Q.**   What advice did you receive on what to write about in

14   your personal statement?

15   **A.**   So when I was preparing my personal statement for

16   college, I had a counselor in my high school who was telling

17   Asian American students, including myself, that writing a --

18   and he said this fairly reductively -- that writing an Asian

19   immigrant story was overdone; that it was not compelling, not

20   interesting, and would ultimately hurt our admissions, our

21   applications.

22         And as someone who as the daughter of Chinese

23   immigrants wanted to write, I think, very candidly about my

24   background and my story, I found this very, I think,

25   difficult to navigate.

**Q.**   Why did you choose to write about being a child of immigrants from China despite that?

**A.**   I think that it was really fundamental to explaining who I am.  And I don't think there was any way I could authentically get across my motivations, my story, my inspirations, my academic kind of curiosities without really explaining and talking about the significance of how I grew up.

Being Chinese-American, being the daughter of Chinese immigrants and how -- as I kind of discussed, how I navigated being a translator and advocate.  That was so fundamental to my background and my story, my identity, that I don't think I could have left it out.

And I think the other part is that talking about these parts of my identity really lent significance to the kinds of activities I would later gravitate towards in school that were related to oftentimes kind of community advocacy work.  I was student body president of my high school for three years.

As I kind of mentioned, I work with the University of California, San Francisco representing kind of young women's voice on issues of health and leadership.  And I was a youth producer for the Bay Area-based podcast OutLoud Radio that really focuses on hearing the often unheard queer youth voices.

1  **Q.**  When you reviewed your admissions file, did anything
2  stand out to you?
3  **A.**  Yes.  I really, I think, appreciated the ways in which my
4  admissions reader saw what I was trying to say when I was
5  talking about the significance of growing up in a culturally
6  Chinese home, of the kinds of work and responsibility that I
7  took on from that.
8        I think in addition to that, tying that directly to
9  my, I think, other experiences and the significance of it,
10 they spoke -- they wrote about how I understood and could
11 sympathize with the experiences and the view of an outsider.
12       I think the kinds of cultural-linguistic, barriers
13 that my parents faced because of their race and because of
14 their class I think really lent an understanding for me of
15 what that meant to take on roles of leadership while
16 forefronting in my mind this kind of alienating experience of
17 being an outsider.
18       And I talk about it in even my academic interests
19 when I was talking about my favorite book was "Invisible Man"
20 by Ralph Ellison.  And the ways in which I talked about
21 that and my admissions reader said that I could do well in
22 the humanities and the sciences and how that all related to
23 the kinds of meaning and strength that I drew from, I think,
24 my experiences.
25 **Q.**  Is your Chinese-American identity highlighted by other

1    aspects of your application?

2    **A.**   Yes.  So my last name is Chen, which is a Chinese last

3    name.  I took AP Chinese language and culture.  And as a

4    heritage speaker, I wrote in my personal statement very

5    directly about how my parents spoke Chinese to me at home.

6    And in my interview itself, it's noted that I ask about the

7    food at Harvard, which came up in conversation because I had

8    just come from dinner from home.  And I think so I was saying

9    that I typically eat Chinese food at home, so I was wondering

10   what the situation was like at Harvard.

11   **Q.**   Please turn to pages 29 and 30 of your admissions file.

12            Do you recognize these pages?

13   **A.**   Yes.  It is my personal interview report.

14   **Q.**   What is the text on page 30 under "Supporting Comments on

15   Personal Qualities Rating" discussing?

16   **A.**   It discusses pretty directly how I come from a culturally

17   Chinese home and how that came up as a topic of conversation

18   in how I feel a sense of kind of responsibility to advocacy

19   and kind of speaking up.

20   **Q.**   Do you recall your counselor advising you on your SAT

21   scores?

22   **A.**   I do.  When I met with him, he very gently said -- after

23   hearing my scores -- AP, GPA, and SAT, but mostly SAT -- that

24   students with higher scores have not gotten in.  And he told

25   me to consider some other schools.

1    **Q.**   Why did you apply to Harvard anyway?

2    **A.**   I think that -- you know, I wasn't valedictorian of my

3    school, but I think that I hoped -- I hoped that in the

4    context of my other experiences and my background that my

5    achievements would be able to give a more cohesive narrative

6    of the kind of person that I was and that I would hope to be

7    in college and beyond.

8    **Q.**   Did you get into Harvard?

9    **A.**   Yes.

10   **Q.**   Now turning to your time at Harvard, do you recall

11   experiencing racial hostility on campus?

12   **A.**   Yes.  So there's kind of a specific experience.  I was

13   doing homework.  I was studying in a student space called

14   Ticknor Lounge when a staff person approached me and said,

15   "Tourists aren't allowed here.  This is a space for students

16   only."

17          And she essentially told me to leave, which in that

18   moment I don't think I even processed what was happening.  I

19   pulled out my ID and I said "I go here."

20          She was unfazed.  She didn't really -- she didn't

21   apologize.  She just said, "Well, that's the school policy.

22   I have to enforce it.  Tourists aren't allowed in this

23   building."

24          And at that point, I mean, this is a back-and-forth

25   conversation surrounded kind of in this student space by

1    other students, couches, and tables.  And I just got the

2    sense that, you know, someone must have heard that, and I

3    felt -- you know, I just packed up my stuff and left.

4    **Q.**   How did this experience make you feel?

5    **A.**   I think it made me feel like I didn't belong there.  It

6    made me feel foreign.  And it really, I think, triggered a

7    kind of internal critique of myself.  In that moment, I was

8    wondering what did I wear that day, what did I do with my

9    hair, why was it that someone saw the need to -- or saw that

10   I didn't -- or identified or believed that I didn't belong

11   there.  What was it about me and why did that happen.

12           And I think that feeling of, as well, being very

13   troubled, but I and other Asian American students use that

14   space.  I am a U.S. citizen.  I was born here.

15           And yet there was this kind of push from this kind

16   of compulsion from staff members to enforce this kind of view

17   and how as well the idea that an Asian tourist in Harvard

18   Yard trespassing would somehow be so disruptive and so

19   threatening that you would have to go up to them and ask them

20   or demand that they leave.

21           I think this really brought this feeling of being

22   perpetually foreign really brought that forward.

23   **Q.**   Did something happen at Harvard that helped you

24   understand your racial identity and related experiences?

25   **A.**   Yes.  I think that the language of perpetual foreignness

1    was something that I was only able to articulate and speak to

2    after I'd taken my first Asian American history course.

3    **Q.**   How else did this course impact you?

4    **A.**   I think very personally.  In a lot of ways, it answered a

5    lot of tensions that I was feeling both at home and at

6    school, specifically around the model minority myth that

7    Asian Americans are professionally successful, that they are

8    economically secure, and that they are across the board

9    entirely high-achieving, whatever that might mean.

10              So to speak to how the experience was at home, I

11   had grappled for a really, really long time, growing up with

12   three sisters and my parents living in a one-bedroom

13   apartment in San Francisco and not understanding why our

14   experiences didn't fit that of whatever the American dream

15   might be and how that kind of dream is often ascribed to

16   Asian Americans at large, and yet we were really struggling,

17   still concretely struggling today.

18              I think the -- the Asian American history course

19   helped me parse through exactly why my story and my family's

20   stories came to be; that how my family ended up in

21   San Francisco rather than any other city; that my dad became

22   a Chinese restaurant worker despite never having cooked a day

23   in his life really in a kind of professional capacity before

24   coming to the United States; why Chinese restaurant work is

25   so undervalued and criminally underpaid and how that relates

1    to the ways in which the histories of that kind of racialized

2    labor were shaped, such that my dad would have to take up

3    this occupation.

4              And as well, how these kinds of jobs have so little

5    access to things like social mobility and how that really

6    shaped the ways in which my family and I struggled with

7    poverty.

8              The ways in which race and class and so many other

9    kind of factors came to play through immigration systems,

10   larger legal structures that would really have more to --

11   would be more, I think, explanatory of what we experienced

12   rather than what I had kind of faced in thinking, you know,

13   my dad works long hours, my mom made a lot of sacrifices for

14   my sisters and I to go to school.

15             And I think that flipping that idea that, no,

16   they're not lazy, they're not undeserving, it is not that

17   they did not work hard.  It is factors that are much larger

18   than that and more complex than that.  That was really kind

19   of what I grappled with in kind of thinking about my home

20   setting.

21   **Q.**  Is the Asian American studies class that you took part of

22   the ethnic studies department at Harvard?

23   **A.**  No.  There is no ethnic studies department.

24   **Q.**  What have you done to advocate for ethnic studies at

25   Harvard?

**A.**   So I am a co-coordinator for the task force on Asian and Pacific American studies, which organizes and advocates for an Asian and Pacific American studies program or a coherent course of study.

I also through TAPAS work with the Harvard ethnic studies coalition to advocate cross-racially for the critical opportunity to study race and ethnicity in a really critical way.  And we are really advocating for a structured department and program that can provide the space and the critical analysis and those tools for students.

**Q.**   Why do you think Harvard needs to adopt a full ethnic studies program?

**A.**   So ethnic studies is beneficial for all students.  It is so important to have the language and the skills to really grapple with the critical issues, particularly around race and ethnicity that are so salient in communities beyond the gates of Harvard.

It is particularly important in this current political moment where ignorance and bigotry are common in a lot of political spaces, to instead imbue our education with a different kind of critical lens.

In addition to that, you know, besides I think ethnic studies being beneficial for all students, it is also critical for, I think, recentering and uplifting the experiences and the histories of people of color and students

1     of color who are coming from communities beyond Harvard.

2              It is so important to when having these

3     conversations in the classroom to go beyond the abstract, you

4     know, to talk about the legacies of things like colonialism

5     and kind of deep-rooted racism in a way that is very much

6     centering on how these structures and their legacies

7     continue.

8              And in that sense, ethnic studies classes are

9     really only possible by having a really diverse, racially and

10    ethically diverse cohort of students that can bring very

11    different perspectives on these critical issues.

12    **Q.**  How did you benefit from racial diversity at Harvard?

13    **A.**  So I think that in large part it was really critically

14    changing, I think, for me to I think meet Asian Americans who

15    are different from me.

16             I think that a concrete example of that was that I

17    had -- in the spaces beyond, I think, Asian American studies

18    classes, it was so important to meet and talk to other Asian

19    Americans who are different from me as kind of an impetus for

20    me to learn more, for me to demand an education that would

21    discuss these differences that I would have in these

22    one-on-one encounters.

23             So as a concrete example of that, I had never met

24    an undocumented Asian American before coming to Harvard.

25    Despite the fact that Asian immigrants are the fastest

1    growing immigrant population in the United States, a lot of

2    the public media around immigration and immigration reform is

3    often centered around Latinx communities.

4              But this was really eye-opening for me to see how

5    these issues affect Asian Americans and what is defined as an

6    Asian American issue and the things that we should be

7    learning really need to be reoriented and re-kind of

8    centered.

9              So it's really, I think, critical to have these

10   different perspectives and have these -- have a student body,

11   an Asian American -- have an Asian American population that

12   is also racially and ethically diverse as well as

13   socioeconomically diverse to really dispel these kinds of

14   overarching myths about what it means to be Asian American.

15   **Q.**   If Harvard's race-conscious admissions process were to be

16   dismantled, how do you think that might impact your college

17   experience?

18   **A.**   I think dismantling the race-conscious admissions policy

19   would really rob students of that critical part of education

20   where you learn from and with people who are different from

21   you and have different experiences from you.

22             I think that my experience at college would be

23   reflective of some of the worst aspects of my high school

24   experience in being altogether too comfortable with being in

25   a room of people who have similar experiences and are already

1    being validated for these kinds of experiences.

2              I think that there would be a kind of overwhelming

3    pressure to buckle under that weight of assimilation, too,

4    and I think that those different experiences would very much

5    be pushed to the margins of those conversations and create

6    being a very one-track kind of way of learning and thinking.

7    **Q.**   If race were not considered in the admissions process,

8    how would that have affected you?

9    **A.**   I don't think I would be here.  I think that as someone

10   who during -- during my admissions process when my counselor

11   said that a story like mine would be overdone, not

12   compelling, despite that I decided to write about being

13   Chinese-American and being from a working-class immigrant

14   family, precisely because I felt like stories like mine were

15   fading under this model minority myth.

16             And how I could not -- I could not see myself being

17   part of an institution that didn't value me and my

18   experiences when I was fighting so hard to articulate them.

19   So I really do think that I don't think that I could be in a

20   space like this.

21   **Q.**   Based on your review of your admissions file, how do you

22   think writing about your race impacted Harvard's review of

23   your application?

24   **A.**   So when I wrote about my experiences growing up

25   Chinese-American, from a low-income, working-class kind of

1    immigrant family and made significance of that, talking about

2    being a translator and advocate, I think that I saw in my

3    admissions file the way that that was seen.  That they

4    recognized I was coming from a culturally Chinese home, and

5    that I had a sense of responsibility to my communities, kind

6    of going back to what they saw in the fact that these kind of

7    identities lent themselves to the sympathy and the

8    understanding for the view of an outsider, contextualizing

9    the leadership roles that I would take.

10          I was, I think, very much seen and my story was

11   heard in my admissions file.  And concretely in their words,

12   they saw that I could have a potential contribution to

13   college life that would be truly unusual.  And I think that

14   there was no way in which flat numbers and a resume could

15   have gotten across how much of a whole person that I am, and

16   I think that it's truly incredible to have been seen and been

17   heard for who I am and valued for it.

18          MS. DINAN:  Thank you, Sally.

19          THE WITNESS:  Thank you.

20          MS. HACKER:  SFFA has no questions.  Ms. Chen,

21   thank you for sharing your story.

22          MS. ELLSWORTH:  No questions from Harvard.  Thank

23   you, Ms. Chen.

24          THE COURT:  She's already leaving.  Now you're

25   excused.

1          I think that concludes for the day, correct?

2          MR. HUGHES:  Yes, Your Honor.  Although I think

3     maybe a brief sidebar with Harvard's lawyers.

4          THE COURT:  We can do that.  Otherwise the case is

5     recessed for the day.  We'll reconvene at sidebar.

6          MS. McCLELLAN:  Your Honor, we just wanted to

7     clarify what Your Honor has in mind in terms of amici

8     participating in closing briefing and closing arguments --

9     posttrial briefing and closing arguments.

10          THE COURT:  I'm amenable to the amici submitting a

11     written closing statement.  I am amenable to them giving a

12     closing statement orally if it's under 15 minutes and given

13     by a younger lawyer, as previously discussed, but only if we

14     have time to get everything done on Friday.  So I'm reserving

15     on that.

16          The parties are then going to submit findings of

17     fact and conclusions of law and will be given another

18     opportunity to close, and the amici can give an oral

19     presentation at that second closing regardless of time

20     constraints.

21          So the only issue that I'm seeing as open is

22     whether or not we'll have time for an oral closing from the

23     amici on Friday.

24          MS. McCLELLAN:  Will Her Honor permit us to file a

25     response to the findings of fact and conclusions of law?

1          THE COURT:  Let me think about that.  I haven't

2     thought that far ahead.  I'm just trying to get through the

3     week, but I will think about that.  Thank you for raising it.

4          All right.  Anything else before we reconvene at

5     sidebar?  Okay.

6                    [Sidebar sealed and redacted.]

7                    (Court recessed at 4:08 p.m.)

1                    - - - - - - - - - - - -

2                        CERTIFICATION

3

4           I certify that the foregoing is a correct

5    transcript of the record of proceedings in the above-entitled

6    matter to the best of my skill and ability.

7

8

9

10   /s/ Joan M. Daly                    October 20, 2018

11   _____         _____

12   Joan M. Daly, RMR, CRR              Date
     Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

1                        INDEX OF WITNESSES

2    WITNESS                                                 PAGE

3
     ITZEL LIBERTAD VASQUEZ-RODRIGUEZ
4
         Examination by Ms. Torres...........................   8
5        Examination by Mr. Lee..............................  24

6
     MARGARET CHEN
7
         Examination by Ms. Holmes...........................  25
8        Examination by Ms. Fasulo...........................  49
         Examination by Mr. Lee..............................  58
9        Examination by Ms. Holmes...........................  59

10
     SARAH COLE
11
         Examination by Ms. Dinan............................  61
12

13   CATHERINE HO

14       Examination by Ms. McClellan........................  85

15
     CECELIA NUNEZ
16
         Examination by Ms. Holmes:.......................... 113
17

18   THANG DIEP

19       Examination by Ms. Torres........................... 139
         Examination by Ms. Perry............................ 158
20       Examination by Ms. Ellsworth........................ 164

21
     MADISON TRICE
22
         Examination by Ms. McClellan........................ 165
23

24   SALLY CHEN

25       Examination by Ms. Dinan............................ 195

E X H I B I T S

| Amici Exhibit | | Received |
|---|---|---|
| 4 | ..................... | 186 |
| 6 | ..................... | 99 |
| 17 | ..................... | 96 |
| 28 | ..................... | 132 |
| 31 | ..................... | 101 |