1                 UNITED STATES DISTRICT COURT

2                   DISTRICT OF MASSACHUSETTS

3    _____

4    STUDENTS FOR FAIR ADMISSIONS, INC.,

5                     Plaintiff,          Civil Action
                                          No. 14-14176-ADB
6    v.
                                          October 31, 2018
7    PRESIDENT AND FELLOWS OF HARVARD
     COLLEGE, et al.,                     Pages 1 to 206

8                     Defendants.

9    _____

10

11            TRANSCRIPT OF BENCH TRIAL - DAY 13
          BEFORE THE HONORABLE ALLISON D. BURROUGHS
12             UNITED STATES DISTRICT COURT
            JOHN J. MOAKLEY U.S. COURTHOUSE
13               ONE COURTHOUSE WAY
                 BOSTON, MA  02210

14

15

16

17

18

19

20            JOAN M. DALY, RMR, CRR
          KELLY MORTELLITE, RMR, CRR
21           Official Court Reporter
          John J. Moakley U.S. Courthouse
22        One Courthouse Way, Room 5507
             Boston, MA  02210
23           joanmdaly62@gmail.com

24

25

```
 1    APPEARANCES:

 2
      COUNSEL FOR THE PLAINTIFF:
 3

 4            ADAM K. MORTARA, ESQUIRE
              J. SCOTT McBRIDE, ESQUIRE
 5            KRISTA J. PERRY, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
 6            54 West Hubbard Street
              Suite 300
 7            Chicago, Illinois 60654
              312.494.4400
 8            adam.mortara@bartlit-beck.com
              scott.mcbride@bartlit-beck.com
 9            krista.perry@bartlit-beck.com

10            JOHN M. HUGHES, ESQUIRE
              KATHERINE L.I. HACKER, ESQUIRE
11            MEG E. FASULO, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
12            1801 Wewatta Street
              Suite 1200
13            Denver, Colorado 80202
              303.592.3100
14            john.hughes@bartlit-beck.com
              meg.fasulo@bartlit-beck.com
15            kat.hacker@bartlit-beck.com

16            JOHN MICHAEL CONNOLLY, ESQUIRE
              THOMAS R. McCARTHY, ESQUIRE
17            WILLIAM S. CONSOVOY, ESQUIRE
              Consovoy McCarthy Park PLLC
18            3033 Wilson Boulevard
              Suite 700
19            Arlington, Virginia 22201
              703.243.9423
20            mike@consovoymccarthy.com
              tom@consovoymccarthy.com
21            will@consovoymccarthy.com

22

23

24

25
```

1    APPEARANCES (cont.):

2

3            PATRICK STRAWBRIDGE, ESQUIRE
             Consovoy McCarthy Park PLLC
             Ten Post Office Square
4            8th Floor, South, PMB #706
             Boston, Massachusetts 02109
5            617.227.0548
             patrick@consovoymccarthy.com
6
             MICHAEL H. PARK, ESQUIRE
7            Consovoy McCarthy Park PLLC
             3 Columbus Circle
8            15th Floor
             New York, New York 10024
9            646.456.4432
             park@consovoymccarthy.com
10
             PAUL M. SANFORD ESQUIRE
11           BENJAMIN C. CALDWELL, ESQUIRE
             Burns & Levinson LLP
12           One Citizens Plaza
             Suite 110
13           Providence, Rhode Island 02903
             401.831.8330
14           psanford@burnslev.com
             bcaldwell@burnslev.com
15

16   COUNSEL FOR THE DEFENDANT:

17           WILLIAM F. LEE, ESQUIRE
             FELICIA H. ELLSWORTH, ESQUIRE
18           ANDREW S. DULBERG, ESQUIRE
             ELIZABETH C. MOONEY, ESQUIRE
19           SARAH R. FRAZIER, ESQUIRE
             Wilmer Cutler Pickering Hale and Dorr LLP
20           60 State Street
             Boston, Massachusetts 02109
21           617.526.6556
             william.lee@wilmerhale.com
22           felicia.ellsworth@wilmerhale.com
             andrew.dulberg@wilmerhale.com
23           elizabeth.mooney@wilmerhale.com
             sarah.frazier@wilmerhale.com
24

25

1    APPEARANCES (cont.):

2

3           SETH P. WAXMAN, ESQUIRE
            DANIELLE CONLEY, ESQUIRE
            DANIEL WINIK, ESQUIRE
4           BRITTANY AMADI, ESQUIRE
            PAUL R.Q. WOLFSON, ESQUIRE
5           Wilmer Cutler Pickering Hale and Dorr LLP
            1875 Pennsylvania Ave, NW
6           Washington, DC 20006
            202.663.6006
7           seth.waxman@wilmerhale.com
            danielle.conley@wilmerhale.com
8           daniel.winik@wilmerhale.com
            brittany.amadi@wilmerhale.com
9           paul.wolfson@wilmerhale.com

10          DEBO P. ADEGBILE, ESQUIRE
            Wilmer Cutler Pickering Hale and Dorr LLP
11          7 World Trade Center
            250 Greenwich Street
12          New York, New York 10007
            212.295.6717
13          debo.adegbile@wilmerhale.com

14          ARA B. GERSHENGORN, ESQUIRE
            Harvard Office of the General Counsel
15          Smith Campus Center
            Suite 980
16          1350 Massachusetts Avenue
            Cambridge, Massachusetts 02138
17          617.495.8210
            ara_gershengorn@harvard.edu

18

19   COUNSEL FOR AMICI STUDENTS:

20          JON M. GREENBAUM, ESQUIRE
            BRENDA L. SHUM, ESQUIRE
21          GENEVIEVE BONADIES TORRES, ESQUIRE
            KRISTEN CLARKE, ESQUIRE
22          1500 K Street NW, Suite 900
            Washington, DC 20005
23          202.662.8315
            jgreenbaum@lawyerscommittee.org
24          bshum@lawyerscommittee.org
            gtorres@lawyerscommittee.org
25          kclarke@lawyerscommittee.org

```
 1    APPEARANCES (cont.):

 2
              LAWRENCE CULLEEN, ESQUIRE
 3            EMMA DINAN, ESQUIRE
              Arnold & Porter LLP
 4            555 Twelfth Street, NW
              Washington, DC 20004
 5            202.942.5477
              gina.dean@aporter.com
 6            emma.dinan@aporter.com

 7
      COUNSEL FOR AMICI ORGANIZATIONS:
 8
              JENNIFER A. HOLMES, ESQUIRE
 9            CARA McCLELLAN, ESQUIRE
              JIN HEE LEE, ESQUIRE
10            MICHAELE M. TURNAGE YOUNG, ESQUIRE
              RACHEL N. KLEINMAN, ESQUIRE
11            NAACP Legal Defense and Educational Fund, Inc.
              700 14th Street NW
12            Suite 600
              Washington, DC 20005
13            jholmes@naacpldf.org
              cmcclellan@naacpldf.org
14            jlee@naacpldf.org
              mturnageyoung@naacpldf.org
15            rkleinman@naacpldf.org

16            KENNETH N. THAYER, ESQUIRE
              KATE R. COOK, ESQUIRE
17            Sugarman Rogers
              101 Merrimac Street
18            Suite 900
              Boston, Massachusetts 02114
19            617.227.3030
              thayer@sugarmanrogers.com
20            cook@sugarmanrogers.com

21

22

23

24

25
```

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | (The following proceedings were held in open |
| 3 | court before the Honorable Allison D. Burroughs, United |
| 4 | States District Judge, United States District Court, District |
| 5 | of Massachusetts, at the John J. Moakley United States |
| 6 | Courthouse, One Courthouse Way, Boston, Massachusetts, on |
| 7 | October 31, 2018.) |
| 8 | THE COURT:  Good morning, everyone.  Happy |
| 9 | Halloween.  Give me two seconds. |
| 10 | MR. MORTARA:  We have a very short issue Mr. Waxman |
| 11 | and I would like to raise. |
| 12 | THE COURT:  That is fine. |
| 13 | [Sidebar sealed and redacted.] |
| 14 | THE COURT:  When you're ready, Mr. Waxman. |
| 15 | MR. WAXMAN:  Thank you, Your Honor. |
| 16 | Just one housekeeping matter.  I am not clear -- we |
| 17 | had offered Defense Exhibit 685, which is at Tab 13, Volume |
| 18 | 2.  My records don't indicate whether the Court admitted it |
| 19 | or not. |
| 20 | MR. MORTARA:  Your Honor, to the extent there needs |
| 21 | to be any record on this, no objection. |
| 22 | THE COURT:  All right.  My record shows it's been |
| 23 | admitted.  Karen's records. |
| 24 | MR. WAXMAN:  Thank you. |
| 25 | EXAMINATION BY MR. WAXMAN: (Continued) |

1    **Q.**   Good morning, Professor Card.

2    **A.**   Good morning.

3    **Q.**   I believe that the last question I asked you was whether

4    or not you were concerned that your model was overfitted, and

5    that you said -- do you have any concern, and you said, I

6    don't, no.  Which was then clarified as, I don't, period, no.

7                THE COURT:  I like the whole Oxford comma debate.

8                MR. WAXMAN:  Yes.

9    **Q.**   Why do you have no concern that your model is overfitted?

10               MR. MORTARA:  Your Honor, I object.  We have to

11   return to the sidebar.

12               THE COURT:  Okay.

13               [Sidebar sealed and redacted.]

14   BY MR. WAXMAN:

15   **Q.**   Professor Card, do you recall my last question?

16   **A.**   Yes, I do, I think.

17   **Q.**   So why -- when you said you didn't have any concerns

18   about your model being overfitted, why do you have no

19   concerns?

20   **A.**   Well, the primary interest in my analysis is on the

21   average marginal effect of Asian-American ethnicity.  And

22   with regard to that marginal effect, I don't think that

23   there's any particular problem with, for example, including

24   many, many variables that represent academic strength, for

25   example, even though it might be hard to distinguish the

1    individual contributions of any one of them.

2           So you might say, for example, that if one was

3    focusing on the SAT, it might not be appropriate or might be

4    a concern to worry about them, that particular variable being

5    -- or that set of variables being potentially rather rich.

6           But for my purposes of estimating the effect on the

7    average marginal effect of Asian-Americans relative to

8    whites, which is the entire purpose of this exercise, I'm not

9    worried about that.

10   **Q.**  Let's turn to parental occupation.  And Mr. Lee, can you

11   take us to Demonstrative 10.47.

12          Can you walk us through this, please, Professor

13   Card?

14   **A.**  Yes.  So this is actually a summary of the four main

15   factors that are omitted from Professor Arcidiacono's model,

16   which, I believe, are, in fact, important variables in the

17   admissions process that help inform the way that admission

18   officers evaluate different candidates in terms of their

19   context and how they should be compared against other

20   students.

21          And in each case, the reason why the white sheet to

22   the left is shown, that's the summary sheet that goes along

23   with each application folder and shows kind of a summary of

24   some of the main information about the students, which my

25   understanding is that the admissions officers could easily

1    refer to quickly to find some of the most salient aspects of

2    a student.

3              And in each case, all four of these variables are,

4    in fact, included on this summary sheet.  So parental

5    occupation.  A student's intended career, whether or not they

6    had a staff interview, and, of course, the personal rating

7    are all included here.

8              So I'm trying to emphasize that not only are these

9    variables potentially salient for lots of different reasons,

10   but they're, in fact, directly on the summary sheet.

11   **Q.**  So let's turn to the next demonstrative, 10.48, and talk

12   about parental occupation.

13             Is parental occupation considered in the admissions

14   process?

15   **A.**  Yes.  My understanding from, for example, some of the

16   training materials that are distributed to the interviewers

17   and the case studies mention specifically parental

18   occupation, I actually, in a conversation call with the Dean,

19   actually directly asked him about this because it seemed like

20   it was important, and he strongly confirmed that.  And my

21   understanding is that it is, in fact, part of the process.

22   **Q.**  And did you also hear testimony in this courtroom by

23   admissions officers to that effect?

24   **A.**  Yes, I did.  Mm-hmm.

25   **Q.**  In the field of economics, is occupation considered a

1   useful variable to include in modeling?

2   **A.**   Yes, in both economics and sociology, parental occupation

3   is one of the most important variables for understanding,

4   especially, intergenerational issues; issues of how a

5   family's background might translate to some outcome for

6   children of the next generation.

7         I guess it's no accident that many -- in many

8   cultures last names are based on occupations.  My own last

9   name is actually an occupation.

10        And I think when an admissions officer -- so

11  there's a huge literature on that, in economics and

12  sociology.  And when an officer was thinking about looking at

13  a student, it would be almost inconceivable that they

14  wouldn't think about that as one of the most important

15  variables in putting the students' achievement in context.

16  **Q.**   In reviewing the data, did you determine that parental

17  occupation is one of the variables that varies by race?

18  **A.**   Yes, I did.

19  **Q.**   Please turn to Tab 11 in your binder, Volume 2, and tell

20  me when you've found Defense Exhibit 681.

21  **A.**   Yes.

22  **Q.**   What does this show?

23  **A.**   So it's two slides showing -- or two exhibits showing

24  mother's occupation and father's occupation by

25  race/ethnicity.

1          MR. WAXMAN:  Your Honor, we offer Defense Exhibit
2     681.
3          MR. MORTARA:  No objection.
4          THE COURT:  It's admitted.
5          (Defendant Exhibit 681 admitted into evidence.)
6     **Q.**  Mr. Lee, let's turn to Demonstrative 10.49.
7          And Professor Card, let me ask you what this is
8     showing.
9     **A.**  So this is an illustration -- this is a selected number
10    of mothers' occupations and fathers' occupations.  The way
11    that I've classified them, there's over 20 of each of these,
12    so these are three for mothers and two for fathers that are
13    notably different for white students and Asian-American
14    students.
15         So one place where they differ is in terms of the
16    fraction of the mothers who are elementary and secondary
17    school teachers.  So ten percent of all white applicants,
18    their mother is a -- is that kind of a teacher, or a
19    librarian, where, like, half as many Asian-Americans.
20         In terms of lawyers and judges, four percent of
21    white applicants are -- their mother is a lawyer or a judge
22    versus less than one percent of Asian-Americans.
23         Offsetting that you can see a stark difference in
24    terms of mothers who are in the computer and
25    mathematical-type occupations, which is much, much higher for

1    Asian-American kids.

2          On the father's side, business executive is much

3    more prominent among white applicants versus architecture and

4    engineering for fathers of Asian-Americans.

5    **Q.**  And Professor Card, given that you found that parental

6    occupations varied by race, does that -- does omitting that

7    variable give rise to any concern about omitted variable

8    bias?

9    **A.**  Yes, I think it would be a very important concern.

10          First, recall when we're talking about omitted

11    variable bias, there's really two things that are

12    particularly salient.  One is, does the omitted variable

13    potentially differ by race groups, in this case whites and

14    Asian-Americans, and the answer clearly is yes.

15          And the second is, is that variable itself

16    important in the process.  And the answer, again, is clearly

17    yes.

18          So this is exactly the situation where one would

19    be, I think, extremely concerned that excluding this variable

20    or the set of variables could give rise to omitted variable

21    bias, yeah.

22    **Q.**  Did you hear Dr. Arcidiacono testify that he excluded

23    this variable because of what he says are year-to-year

24    fluctuations?

25    **A.**  Yes.

1   **Q.**  Let's turn to -- I guess it's Plaintiff's Demonstrative

2   38, slide 42.

3           Can you remind us -- this is one of Dr.

4   Arcidiacono's demonstratives.  Can you remind us what this

5   shows?

6   **A.**  So this is showing five occupational categories that

7   Professor Arcidiacono has noted vary somewhat in terms of the

8   fraction of applicants that are classified with their mother

9   or father and in that occupation group from year to year.

10          I would emphasize that most of the other groups are

11  much more stable than this, so these are the ones that he has

12  sort of highlighted as being the problematic ones.

13  **Q.**  And are fluctuations like this common in economic data?

14  **A.**  Yes.  Actually, this kind of problem arises quite often,

15  and I've had to deal with it many times in my own research.

16          For instance, parental occupation is classified in

17  a different way in some of the older data sets that we use,

18  and then one has to try and make a concordance between the

19  way it's classified in one and in another.  And oftentimes

20  that concordance is somewhat incomplete, and there's --

21  that's just an inevitable consequence of the fact that on the

22  one hand, this is a somewhat complicated variable and

23  classification systems change over time.

24          And that's exactly what's -- part of the reason why

25  results that we see here are arising.

1  **Q.**  Let me ask you first.  When you say fluctuations like

2  this in the data that you have to analyze over years in which

3  the system for coding or inputting occupations varies, does

4  this mean that including this data in your model is that the

5  data itself are unreliable?

6  **A.**  No, not at all.  Actually, the same thing happened with

7  the docket.  So the docket changed, they introduced a new

8  docket in one year, and saw a bunch of states and parts of

9  states got moved, and so we have to deal with a change in the

10  classification system.

11      That's what -- you know, that's the kind of thing

12  that one has to do all the time in real research.

13  **Q.**  Mr. Lee, can we have the next demonstrative.

14      And here I'm highlighting a couple of numbers from

15  2014 that Professor Arcidiacono focused on.  Do you see those

16  changes in low-skilled and self-employed?

17  **A.**  I do, yes.

18  **Q.**  Do you know what explains the changes from the 2014 to

19  the 2015 cycle?

20  **A.**  Yes.  So occupations in the NEVO database are -- most of

21  them are coded in one of two types of systems.  It's sort of

22  like the way students' standardized tests are reported in the

23  SAT or the ACT.

24      And so what happens is that in 2014 -- after 2014,

25  one of these systems is used more widely.  And so the set of

1    parents who are coded in this one bucket of low skill goes

2    down.

3            Now, of course, that same kind of information is

4    actually being presented to the application officers or

5    admissions officers, so in some sense, they are dealing with

6    the same process when they're making their evaluation of each

7    student in context.

8    **Q.**  So let me just make sure the record is clear about what

9    you're talking about when you're saying that the applicants

10   in 2014 had one system, which I gather you mean one form of

11   application in which they were given one series of choices to

12   report occupations, and then in 2015, there were two

13   different systems available that -- for applicants to use in

14   order to indicate their parents' occupation.

15           Is that correct?

16   **A.**  There's a switch in the preponderance of the two systems,

17   yes.

18   **Q.**  Okay.  Let's turn to the next demonstrative.  And here

19   I've highlighted a couple of numbers from the classes of 2018

20   and 2019 that SFFA focused on.

21           Do you know what explains the changes from the 2017

22   cycle to those cycles?

23   **A.**  Yes, it's, again, a similar kind of problem.

24           So when one is asking someone their occupation,

25   sometimes the way that's done is one first asks if they have

1    a job; and if they do, they ask if you're unemployed --

2    excuse me, if you're unemployed, they don't ask any further

3    about your occupation, so the occupation then becomes

4    unemployed.

5           Another system that's actually used in most

6    government surveys is if one doesn't have a current job, one

7    is asked about the job they had most recently, and that's the

8    -- that's -- my understanding is that's exactly what's

9    happened here.

10          So, again, this is a kind of thing that would be

11   represented in the data that would be presented to the

12   admission officers themselves.  So they -- I think they would

13   understand or would notice that there's no longer anybody

14   unemployed.

15          Now, of course that doesn't mean that they suddenly

16   got rid of unemployment in the economy for that class.  What

17   it means is that those people -- the information that's being

18   captured in the system has changed a little bit.

19          Because I fit my model separately year by year,

20   this is of no particular consequence because the -- I'm

21   allowing presence of a student's mother or father to be in a

22   certain bucket to have a slightly different effect in

23   different years depending on what kind of classification,

24   who's moved around, exactly like I do with the docket.

25          So before the J docket was introduced, the other

1    dockets are kind of absorbing those students.  Once the J

2    docket is introduced, that set of students who are in that

3    docket are treated separately.  The fact we have different

4    docket coefficients in different years, those variables are

5    separate and it allows the model to capture that.

6    **Q.**  And is the effect of fitting your model year to year,

7    that the model is actually evaluating the parental occupation

8    choices, indicators that the admissions office itself is

9    looking at and considering?

10   **A.**  Yeah, largely, yes.

11   **Q.**  Did you do anything else to address the variation in

12   occupation coding systems year by year?

13   **A.**  Yes.  So in response to concerns that Professor

14   Arcidiacono raised, I did a very standard kind of check that

15   one would do in this kind of analysis.  So I took, first of

16   all, the low-skilled type occupations, so some of the

17   low-skilled occupations are amongst the ones that have a --

18   some fluctuations from year to year, and I made that into all

19   one group, a larger bucket across all the years.

20          And then I took the occupations that would include

21   unemployed, homemaker, other and put them in another bucket

22   that's constant across all the years.

23          And I evaluated what would happen to my model if

24   instead of using the slightly more granular information I was

25   to use those two classifications one at a time or together,

1    and the results are extremely similar, virtually identical to

2    what I get with my main model.

3    **Q.**  Well, let's look now, if you can, at Tab 12 of -- by the

4    way, I believe all of these are in Volume 2.  So Tab 12 of

5    Volume 2.

6              And let me ask you this, when you've found Defense

7    Exhibit 683.

8    **A.**  Yes.

9    **Q.**  And is this showing the results of the sensitivity check

10   that you just described?

11   **A.**  Yes, there's two sets of sensitivity checks in these two

12   sets of exhibits.  Average marginal effect of Asian-American

13   ethnicity, after parental occupation variables are modified,

14   yes.

15             MR. WAXMAN:  Your Honor, we offer Defense Exhibit

16   683 into evidence.

17             MR. MORTARA:  No objection.

18             THE COURT:  Admitted.

19             (Defendant Exhibit 683 admitted into evidence.)

20   **Q.**  And so looking at Defense Exhibit 683, can you just show

21   what your conclusion was?

22   **A.**  Right.  So --

23   **Q.**  Mr. Lee?  Thank you.

24   **A.**  So recall for -- in my main specification, the one that

25   we've been focusing on, the average marginal effect across

1   all the years was minus 0.05, not statistically significant,

2   and this is minus 0.07, which is essentially a trivial change

3   in the estimated marginal effect.  And the same is true year

4   to year.

5   **Q.**  Let me ask you to suppose that the occupation data were

6   as unreliable as Dr. Arcidiacono has opined.  Would including

7   that data in the regression ruin the results?

8   **A.**  Well, as I -- no.  As I pointed out, I think when we were

9   talking about my hypothetical case of retirement, if you were

10  to include in our regression model some variable that's truly

11  garbage, it's truly, you know, so poorly measured that it

12  just doesn't represent anything useful, that doesn't hurt a

13  regression model.  The regression model will just essentially

14  set that variable to have zero effects on everything and say,

15  well, you've given me garbage so I'm going to give you a zero

16  on that.  And that then does not lead to any change in

17  anything else in the model.  Especially with the kinds of

18  sample size I have here.

19  **Q.**  So to be clear, Professor Card, you included parental

20  occupation in your model, correct?

21  **A.**  I did, yes.

22  **Q.**  Let's talk about intended career and look at

23  Demonstrative 10.53.

24          Is the applicant's intended career considered in

25  the admissions process?

**A.**   Yes.  Again, it's a variable that's included directly on
the summary sheet as shown in this slide.  It's also a
variable that is -- comes up in discussions in the training
materials and case studies.  It's also a variable that I
understand from depositions is important in evaluating and
comparing different candidates.

**Q.**   And is intended career also a variable that varies by
race?

**A.**   Yes.

**Q.**   Would you please turn to Tab 7 in your binder.

        Do you have it?

**A.**   I do, yes.

**Q.**   This is Defense Exhibit 677.  And what is this document?

**A.**   It's a summary of differences in intended career for
Asian-American and white applicants.

        MR. WAXMAN:  Your Honor, we offer Defense Exhibit
677.

        MR. MORTARA:  No objection, Your Honor.

        THE COURT:  It's admitted.

        (Defendant Exhibit 677 admitted into evidence.)

**Q.**   Turn, please, to Tab 8 in your binder, the next tab.

        Do you find Defense Exhibit 678?

**A.**   I do, yes.

**Q.**   What is this?

**A.**   It's a summary of intended concentration for

1    Asian-American and white applicants.

2              MR. WAXMAN:  Your Honor, we offer Defense Exhibit

3    678 into evidence.

4              MR. MORTARA:  No objection, Your Honor.

5              THE COURT:  Admitted.

6              (Defendant Exhibit 678 admitted into evidence.)

7    **Q.**  Please turn to Tab 10 in your binder.

8    **A.**  Yes.

9    **Q.**  What is this document -- well, this is on Defense Exhibit

10   680.

11             And what is it, please?

12   **A.**  This is a summary of primary extracurricular activities

13   by race.

14             MR. WAXMAN:  Your Honor, we offer Defense Exhibit

15   680 into evidence.

16             MR. MORTARA:  No objection.

17             THE COURT:  Admitted.

18             (Defendant Exhibit 680 admitted into evidence.)

19   **Q.**  Mr. Lee, please project Demonstrative 10.54 on the

20   screen.

21             And let me ask you, Professor Card, what does this

22   show?

23   **A.**  Well, this is showing in simple graphical form some of

24   the information contained in those documents that were just

25   admitted.  So it's showing the share of applicants, white and

1    Asian-American, on the average across the six years in my
2    sample who state that their intended careers are medicine or
3    health, science, undecided, government or law, arts,
4    communications, design or social science.  And this is a
5    selection of the possible careers they can list.
6            And you can see that there are some notable
7    differences.  For example, white students are quite a bit
8    more likely to say that they intend to pursue a career in
9    government or law.  They're also more likely to be undecided.
10   They're about equal in terms of their intention to pursue a
11   career in science.
12           And on the other hand, Asian-American students are
13   quite a bit more likely to say that they would intend to
14   pursue a career in medicine or health.
15   **Q.**  So why are these differences on average between the two
16   groups important?
17   **A.**  They're important because Harvard is thinking about
18   trying to get a set of students -- or my understanding, at
19   least, is Harvard is trying to get a set of students who will
20   have lots of diversity.  And I think, for instance, having a
21   large fraction of students who all intend to pursue, for
22   example, a career in medicine would be -- would not
23   accomplish that goal.  So, you know, they want to have
24   students who are, for instance, interested in pure science,
25   applied science, social science, humanities, political

1    science, government, things like that, and so having a too

2    unbalanced class would be a problem, I think.

3    **Q.**   Mr. Lee, can you please project Plaintiff's Demonstrative

4    38, slide 34.

5            And Professor Card, I'm showing you this from one

6    of the demonstratives that Dr. Arcidiacono projected and

7    discussed.

8            Can you remind us what this shows?

9    **A.**   Yes.  So this is a selection of some of the intended

10   careers and the numbers of applicants classified as stating

11   that intended career from year to year from Professor

12   Arcidiacono's testimony.

13   **Q.**   And Mr. Lee, can we have the next demonstrative.

14           I'm highlighting a couple of careers that I believe

15   Mr. Arcidiacono pointed out fluctuated significantly in one

16   or more years.

17           Do you see that?

18   **A.**   Yes.

19   **Q.**   And what does it show?

20   **A.**   Well, it's showing -- this is a -- kind of an interesting

21   example of the kind of thing that happens in any kind of

22   coding system like this.

23           So it seems clear that in 2018, for some reason,

24   medicine was essentially not available.  Now, I should remind

25   you that there are a very small number of students who are

1    filling in applications, pencil and paper and things like

2    that, so there's always, interestingly enough, a very small

3    number of students doing that even in this day.  So you can

4    get rise of a very small number, not a complete zero.

5              But virtually everybody, it seems, that previously

6    would have said they're intending a career in medicine seems

7    to have moved to health.  And you can see that in 2019 it

8    moves back.

9              Now, my understanding is that this is, in fact, the

10   kind of information that, again, the admissions officers

11   would themselves be seeing.  So, and, of course, they know

12   that many, many students are intending a career in medicine

13   so they know that didn't suddenly disappear.  So I think they

14   would fully understand the situation.

15             And so my understanding is that that's all that's

16   happened, is that one bucket has been relabeled.  And, again,

17   because my model is fit year to year with separate variables

18   representing each of these intended careers, the variable

19   that represents health in 2018 is more or less taking the

20   place of the variable that represents medicine in all the

21   other years.  So I think this is, again, not a concern.  This

22   is, again, the kind of thing that arises in lots of other

23   situations, and economists and other social scientists have

24   to deal with and regularly deal with.

25   **Q.**  So does this, the variation that we see here, give you

1  any greater degree of concern than the fluctuations we

2  discussed in parental occupation categories?

3  **A.**  No, not at all.

4  **Q.**  And to be clear, you included intended career in your

5  model, correct?

6  **A.**  Yes, I did.

7  **Q.**  Now let's talk, switch gears and talk about the staff

8  interview indicator.  And may we have Demonstrative 57,

9  please.

10          What is the -- what is a staff interview again?

11  **A.**  So students who are applying to Harvard can request, at

12  their kind of initiative, an interview with an admissions

13  staff member, an admissions officer.  And my understanding is

14  historically that was done at the campus and nowadays more

15  and more of it is done by Skype interview, but it's entirely

16  a process that's initiated by the student.

17          So the student -- there's information on how you

18  can request such a thing and the student would do that.

19  **Q.**  And why do you include this variable in your model?

20  **A.**  Well, again, there's, first of all, the fact that the

21  staff interview is indicated on the admissions file in the

22  summary sheet I think is important.  If a student has had a

23  staff interview, it means that one of these admissions

24  officers has actually talked to that student in person.

25          And just like when Professor Arcidiacono was

1   mentioning how Duke had moved to a process of trying to

2   interview students for their graduate program, I think that

3   kind of personal information and insight by someone who is

4   going to be present at the subcommittee and committee can

5   really fill in some holes about that student and help explain

6   or understand some issues, and that person could well turn

7   out to be an advocate for that person or potentially the

8   opposite.  And so I think that it makes a lot of sense that

9   this would be an important variable.

10         Moreover, you know, as an empirical matter, it is

11   an important variable in the admissions process.

12   **Q.**  Did you hear Dr. Arcidiacono explain that he excluded the

13   staff interview because ALDC applicants are

14   disproportionately likely to receive them?

15   **A.**  Yes.

16   **Q.**  Is that a reason to exclude the variable?

17   **A.**  No, not at all.  I mean, first of all, lots of other

18   non-ALDC students are interviewed.  There is something like

19   500 students a year are interviewed.  So when you think about

20   the burden on the admissions staff, quite a large amount of

21   interviews, and the ALDCs are in no way a majority of those

22   interviews.

23         And just because one group has a higher

24   representation I don't think is any reason -- in my model of

25   admissions, I'm going to actually have, of course, controls

1    for whether you're an A or an L or a D or a C.  So that's

2    going to be itself represented by those variables, and then

3    any importance of the staff variable is going to be a

4    separate variable in the regression model.

5           And so both for ALDCs and for non-ALDCs, I'm going

6    to be identifying any additional impact of having had the

7    staff interview on the admissions rate.  So it's a separate

8    variable in my model.

9    **Q.**  Let me ask you to turn to Tab 30 in your binder and tell

10   me when you've found Defense Exhibit 708.

11   **A.**  Yes.

12   **Q.**  What is this?

13   **A.**  This is a share of applicants who received staff

14   interviews who are ALDC categories.

15          MR. WAXMAN:  Your Honor, we offer Defense Exhibit

16   708.

17          MR. MORTARA:  No objection.

18          THE COURT:  Admitted.

19          (Defendant Exhibit 708 admitted into evidence.)

20   **Q.**  Did you hear Dr. Arcidiacono explain that Asian-American

21   applicants received staff interviews at a rate lower than

22   white applicants?

23   **A.**  Yes.

24   **Q.**  Is that a reason to include or exclude the variable?

25   **A.**  No, not at all.  First --

1   **Q.**  Not at all as to include or exclude or neither?

2   **A.**  My apologies.  It's not --

3   **Q.**  I just want to make sure I understand the answer.

4   **A.**  Not at all a reason to exclude it.

5          First of all, about 16 percent of Asian-Americans

6   receive a staff interview.  So it's not a trivial fraction --

7   excuse me, 16 percent of all people who get an interview are

8   Asians.  Excuse me.  So it's not completely out of line with

9   their share in the overall admission pool, which is in the

10  20s.

11         And lots of other variables differ substantially

12  between Asian-Americans and whites.  For example, the share

13  in California, a lot of these parental occupation variables

14  we noted are different.  The fraction of female applicants

15  amongst Asians, nearly half of the applicants are female, and

16  amongst whites it's only 45 percent.  So there's a fairly

17  large gap even in that variable.

18         So there's lots of gaps between the Asian and white

19  applicants and so I don't think that's at all a reason to

20  exclude it.  In fact, if we're concerned about omitted

21  variable bias, which I am, it's an important reason to

22  include it because it is a variable that differs, it is

23  important in the process, and so excluding it necessarily

24  leads to, in my view necessarily leads to omitted variable

25  bias.

1  **Q.**  Did you hear Dr. Arcidiacono explain also that applicants

2  who receive staff interviews are disproportionately likely to

3  be admitted?

4  **A.**  Yes.

5  **Q.**  More likely to be admitted than applicants who do not

6  request and receive a staff interview?

7  **A.**  Yes.

8  **Q.**  Is that a reason to exclude the variable?

9  **A.**  No, not at all.  I mean, we don't exclude somebody who

10  has an academic rating of 1, which have very high admission

11  rates.  So just because that's true is no basis for excluding

12  it.  It makes no sense to me.

13      It's going to be included in the regression model

14  along with other variables, a lot of these other positive

15  tips, for example, or benefits or preferences or factors that

16  help influence admission officers' decisions, so I think it's

17  important to include it.

18  **Q.**  Did you look at what would happen if you did exclude the

19  staff interview rating variable from your model?

20  **A.**  I did, yes.

21  **Q.**  Please turn to Tab 22 in your binder and tell me when

22  you've found Defense Exhibit 698.

23  **A.**  Yes.

24  **Q.**  What is it?

25  **A.**  It's an exhibit from one of my reports showing the

1   average marginal effect of Asian-American ethnicity when they

2   exclude the staff interview.

3   Q.   So is this the analysis that you just described?  This

4   represents the results of the analysis you just described?

5   A.   Yes.

6        MR. WAXMAN:  Your Honor, we offer Defense Exhibit

7   698 into evidence.

8        MR. MORTARA:  No objection.

9        THE COURT:  It's admitted.

10        (Defendant Exhibit 698 admitted into evidence.)

11   Q.   And what is the result?

12   A.   Well, as you would expect, I think, the effect of

13   Asian-American ethnicity becomes slightly more negative, but

14   year to year and, again, overall, it's not statistically

15   significant.

16        So if one, for some reason, really wanted to

17   exclude it or felt that it was useful to find out what would

18   happen if one excluded it, it does not make any of the

19   estimated marginal effects statistically significant, and the

20   overall effect remains relatively small and negative, but --

21   Q.   And to be clear, you did include the staff interview

22   rating in your model, correct?

23   A.   I did, yes.

24   Q.   Let's turn to --

25        MR. MORTARA:  Can I object just a little bit?  I

1   think you meant to say staff interview rating indicator, not

2   rating.

3           MR. WAXMAN:  Thank you, Counsel.

4   **Q.**  You included this variable in your model?

5   **A.**  Yes.  In fact, precisely as Mr. Mortara has said.  This

6   is an indicator for whether a student got a staff interview.

7   **Q.**  Let's turn now to the personal rating.  And may we see

8   the next demonstrative, which is 10.58.

9           Why did you include the personal rating in your

10  model?

11  **A.**  Well, the personal rating is one of the four ratings that

12  are conducted or made by admissions officers.  My

13  understanding is that it's one of the important variables

14  that are evaluated and considered in the admissions process.

15  Every student who is admitted -- or every student who is

16  evaluated, excuse me, every student who has got an

17  application, they're given a personal rating, and my

18  understanding is that it's an extremely important part of the

19  overall process.

20  **Q.**  What does the personal rating capture?

21  **A.**  Well, my understanding is the personal rating is meant to

22  capture a wide variety of factors that the admissions

23  officers characterize as personal qualities.  So they're

24  looking for evidence, I think, of issues like personal

25  integrity.  I think Harvard is very concerned about admitting

1    students who have a high level of personal integrity.

2    They're looking for evidence of leadership skills.  They're

3    extremely interested in leadership skills and trying to

4    educate leaders of the future.  They're looking for

5    evidence -- one of the personal qualities that I think is

6    definitely mentioned in the training materials, and the

7    testimony has emphasized, they're looking for evidence that

8    an individual is someone who can interact with a group and

9    try and create groups and create cohesion among students.

10   And with their emphasis on that in all of their applications,

11   I think that's an example of an important variable for them.

12   **Q.**   Does the personal rating reflect a range of information

13   in the application file and available to and considered by

14   the admissions officers that otherwise isn't quantified in

15   the -- in your model or Professor Arcidiacono's model?

16   **A.**   Yes, clearly.  Actually, I think all of the ratings

17   include information like that.

18          So, in fact, even the academic rating, which

19   there's a lot of quantified information, I've emphasized

20   before, I think yesterday, that even the academic rating has

21   a large component that isn't quantified.  And the same is

22   true with the other ratings, but particularly for the

23   personal rating, my understanding is a lot of that

24   information about the presence of personal qualities is

25   coming from the teacher letters and narratives of the -- what

1    the teacher says about a student, what the guidance counselor

2    says, coming from the letter that an alumni interviewer is

3    providing, coming in many cases from additional kinds of

4    letters of support from community leaders and religious

5    leaders and things like that.

6              So that's going to be not quantified directly in my

7    dataset.

8    Q.  And would the dataset otherwise quantify what the

9    admissions officer considers or gleans about the applicant

10   from the applicant's essays or personal statement?

11   A.  It does include some quantification of that, and we're

12   going to talk about that in a moment.

13   Q.  Okay.  In your opinion, can a model that excludes the

14   personal rating accurately model Harvard's admissions process

15   and decisions?

16   A.  No.  My opinion is that if one looks at, for example,

17   analysis of the probabilities of admission, one can see very

18   clearly that having like a 2 or better on a personal rating

19   is extremely important.  It's one of those four strengths I

20   was talking about when I talked about having one strength

21   versus two strengths versus three versus four.  And very,

22   very clearly, someone who is rated with a personal rating of

23   2 versus someone who is rated with a personal rating of 3 is

24   assessed differently by the committee.  And that's just a

25   very important feature that is helping them to distinguish

1  candidates.

2  **Q.**   In addition to Dr. Arcidiacono's main model, do you

3  understand that he also constructed regression models of the

4  academic, extracurricular and personal ratings?

5  **A.**   Yes.

6  **Q.**   Let's talk first about his model for the personal rating.

7  Does it support a conclusion that the personal rating is

8  affected by race?

9  **A.**   No, not in my opinion at all.

10  **Q.**   Let's turn, Mr. Lee, please, to the next demonstrative

11  and ask you, please, to walk through this demonstrative for

12  us.

13  **A.**   Well, this is a summary of four things that I'd like to

14  try and raise about Dr. Arcidiacono's personal rating

15  conclusions and my personal rating conclusions.

16  **Q.**   Excuse me, we'll go through these separately, but at the

17  outset, could you just explain at a high level the four

18  reasons -- your four conclusions?

19  **A.**   Yes.  So as I'm going to show next, Dr. Arcidiacono's

20  model explains very little of the variation in the personal

21  rating.

22          Secondly, I'm going to point out that Dr.

23  Arcidiacono's academic and extracurricular models, the models

24  he's developed for those ratings, actually show statistically

25  significant positive effects of Asian-American ethnicity.

1    I'm going to show -- third, I'm going to show that

2    Asian-American applicants are less strong on average than

3    white applicants on non-academic factors in the data.

4    And finally, I'm going to show, as a kind of

5    analysis, if one was concerned about bias in the ratings as a

6    whole, taking account of the fact that there's a positive and

7    statistically significant Asian-American gap in two of the

8    ratings and a negative gap in one of the ratings, if one was

9    concerned about bias as a whole, rather than throw out the

10   ratings, what one could do is adjust each of the ratings for

11   that racial component and then use the racially adjusted

12   ratings in the model.

13   And I'll show that when I do that, again, one gets

14   essentially the same results as I got in my main model.

15   **Q.**  All right.  Well, let's start with number one.

16   And let me ask you, what type of information cannot

17   be captured in Dr. Arcidiacono's personal rating model?

18   You mentioned a couple of things like the teacher

19   evaluations.  But can you speak more generally about the

20   kinds of information that is in the file and considered by

21   the admissions committee that is not captured in his personal

22   rating model?

23   **A.**  Yes.  So one -- obviously one set of variables is a close

24   reading of the teacher letters and the guidance counselor

25   letters, as I mentioned before.

1           A second very important component emphasized in the

2     admissions materials and in the testimony is the individual's

3     personal essay and personal statement.  And so a lot of

4     students spend a lot of time writing these personal essays

5     and trying to particularly emphasize things like obstacles

6     that they have overcome or special accomplishments that they

7     have made, and these -- my understanding is that those kind

8     of -- that kind of information would be very important in

9     evaluating some of these personal qualities.

10    **Q.**  So let me just ask you a question about the teacher

11    evaluations and the guidance counselor evaluations.  Each one

12    of these evaluations independently gets a rating by the first

13    reader, correct?

14    **A.**  Yes, and potentially by second readers.  It would be

15    updated if a second reader felt it should be updated.

16    **Q.**  And why doesn't that fully capture whatever is in those

17    recommendations about the personal qualities of the

18    applicant?

19    **A.**  So that's an extremely important question.

20           The rating is assigned to the teacher letter as a

21    whole.  The teacher letter, of course, is trying to get

22    across these multiple dimensions of the student.  So the

23    teacher is writing probably about the academic

24    accomplishments of the students.  That would be the natural

25    thing they would probably write in many cases first just to

1    reassure Harvard that this is a very strong academic

2    candidate because that's, of course, primary, first order

3    concern for Harvard.

4            Then they would be talking about potentially their

5    extracurricular or athletic accomplishments.

6            And then they would be talking about -- not

7    necessarily in this order, of course, but then they would be

8    talking about their personal qualities, things like, are they

9    a leader, have they had a leadership role in some kind of

10   activity on campus or even off campus in some personal

11   community.

12           And so the letter has -- the rating for the teacher

13   letter, for example, teacher letter -- teacher 1, has to kind

14   of summarize all four of those dimensions.  So just looking

15   at it by itself, it's got a combination of those four

16   features.

17   Q.  Now let's talk for a minute about the academic and

18   extracurricular ratings which Dr. Arcidiacono also modeled.

19           Do those two ratings, academic and extracurricular,

20   also reflect factors that are outside the data?

21   A.  Yes, very much so.  As I mentioned with reference to

22   academic, for instance, the kind of information that's used

23   to distinguish particularly an academic 1 or 2 would include

24   much more than just test scores and GPA because, of course,

25   there's many, many students, many more students applying to

1    Harvard that have virtually perfect, only one or two

2    questions wrong on the SAT or ACT, virtually perfect GPA than

3    there is gets an academic 1 or 2.

4          And that difference is driven by things like some

5    information about the student's context and information about

6    the high school that they're in, which the admissions

7    officers are normally -- especially for any high school that

8    has a significant number of students going to Harvard or

9    applying to Harvard over -- in the past, the admissions

10   officers normally specialize in individual schools and know a

11   lot about that context.  And they would be able to know if

12   this student has these kind of accomplishments from that

13   school is that, like, really an outstanding accomplishment.

14   If the student came from a disadvantaged high school and has

15   very good test scores, very good standardized test scores,

16   that's a really important accomplishment; whereas if they

17   came from an upper middle class high school in a place where

18   lots and lots of students have very high test scores, that's

19   a much different kind of accomplishment.

20        So that kind of understanding of the credentials --

21   the quantified credentials, I think, is just crucial in

22   translating quantified credentials into a rating.  And the

23   same thing, of course, is true with extracurricular.

24   **Q.**  Before we turn to extracurricular, let me just ask you,

25   did you hear testimony in this case, or did you see from your

1    review of the application files, indications in files that an

2    applicant had, you know, won the national math contest or had

3    written a publishable paper or had had her work evaluated by

4    a faculty member?

5    **A.**   Yes.

6    **Q.**   And would any of that information be part of the

7    quantifiable data that is captured in the -- in Professor

8    Arcidiacono's model of the academic rating?

9    **A.**   No.

10   **Q.**   Okay.  I interrupted you before you got to the

11   extracurricular rating.

12          Why is there information about the extracurricular

13   rating that's not captured in the data?

14   **A.**   Well, my understanding is that, again, it would be things

15   like, not just are you a participant in junior varsity sports

16   or something like that, but what level of accomplishment you

17   had, what role you played in a team, things like that.  And

18   that would be pretty important in assessing extracurricular

19   strengths.

20   **Q.**   Would you please turn to Tab 15 of your binder, and tell

21   me when you've found Defense Exhibit 688.

22   **A.**   I've got it, yeah.

23   **Q.**   What is this?

24   **A.**   This is a series of exhibits, average marginal effect of

25   Asian-American ethnicity on profile ratings, pseudo R-squared

1  for the profile ratings models, average marginal effect in

2  Professor Arcidiacono's regression models, and average

3  marginal effect on receiving a personal rating of 2 or

4  higher, modifying Professor Arcidiacono's model.

5  **Q.**  And are these all exhibits that you've prepared based on

6  data obtained and from evaluating Professor Arcidiacono's

7  models?

8  **A.**  Yes.

9       MR. WAXMAN:  Your Honor, we offer Defense Exhibit

10  687.

11       MR. MORTARA:  No objection.

12       THE COURT:  It's admitted.

13       (Defendant Exhibit 687 admitted into evidence.)

14  **Q.**  Mr. Lee, can we have, please, Demonstrative 61.

15       And we may have to take a little bit of a deep

16  breath here because I'm noticing a concept that I may have

17  forgotten to ask you about in the retirement hypothetical.

18       But let me just ask you at a general level, what is

19  this showing?

20  **A.**  Yes.  So this is showing the concept of each of these

21  different models that's somewhat important in understanding

22  the model.  And that is on the vertical axis, there's a scale

23  between zero and 100 percent, and the -- that representation

24  of what's called -- and I apologize for the jargon, it's

25  called an R-squared or even a pseudo R-squared.  And it's a

1    summary representation between zero and 100 percent of the
2    fraction of the variation from student to student in the
3    particular thing we're looking at.
4              So, for example, in the first column we're looking
5    at the academic rating.  And so this is a summary of the
6    variation from student to student and whether they're
7    assigned a 1, or a 2, or a 3, or a 4 academically that can be
8    explained by the factors included in Professor Arcidiacono's
9    model.  So that would be the yellow components.  So in the
10   case of academic rating it's 57 percent.
11             And then, of course, the other balance of the 100
12   percent, or 43 percent in this case, is attributed to factors
13   outside the model.  So that would be the components like
14   national competitions, like the evaluation in context, like
15   variables that Professor Arcidiacono has not included in his
16   models, parental occupation or something like that that could
17   potentially be informing the determination of the rating but
18   are not in the data as he used it.
19             THE COURT:  This is just the qualitative versus the
20   quantitative?
21             THE WITNESS:  Yes, that's one way to think about
22   it.  It's the part of the qualitative that's not quantifiable
23   in the data, yes.
24             THE COURT:  And how do you come up with that
25   percentage?

1                    THE WITNESS:  So the result of the estimation, it's

2          one of the things that comes out when you run -- estimate one

3          of these models.  It actually tells you this number.  Or it's

4          possible to calculate it very straightforwardly.

5                    So loosely speaking, it's taking the predictions

6          from the model and comparing them to who actually got what

7          actual score, actual rating, trying to make an assessment of

8          how often it got -- how closely it was able to reproduce the

9          right answer.

10     Q.   Let me ask a question just to make sure I'm fully

11          understanding this.

12                    So with respect to the academic rating regression,

13          is this R-squared statistic, tell me if I'm wrong, the

14          R-squared statistic shows that of the data that is captured

15          in Dr. Arcidiacono's model, it will explain 57 percent of the

16          actual rating that an applicant receives by the reader?

17     A.   I would state it slightly differently.  I think it would

18          be helpful to get this straight.

19     Q.   Fine.

20     A.   So think of -- there's lots of different students.

21          There's 150,000 students here in this -- he's pooling the six

22          years.  And so there's an enormous range of variation as we

23          emphasized in the individual variation in the ratings.  And

24          this is saying, okay, think of a way to summarize -- think of

25          a quantitative summary statistic that you could develop of

1    how much variation there is from student to student on this 1

2    to 4 scale.  And now what fraction of that student-to-student

3    variation is explainable by the factors in the model.

4    **Q.**  And what do we see with respect to the personal rating

5    regression and the extracurricular rating regression?

6    **A.**  Well, one can see a very important difference.

7         The quantifiable factors in the model are strongest

8    or most richest with respect to academic variables.  When we

9    get to the personal rating regression, the factors in

10   Professor Arcidiacono's model can only explain about 29

11   percent of the overall student-to-student variation.  And

12   when we get to the extracurricular, it only explains 13

13   percent.

14        So there's a much wider range of these unobserved

15   factors -- unquantifiable qualitative factors that Your Honor

16   was talking about.  And so that's 71 percent of the personal

17   rating and 87 percent of the extracurricular rating.

18   **Q.**  Would it be fair to say, maybe not, that what the

19   R-squared calculation is -- is measuring is the explanatory

20   power of the model, how much of the observed outcome the

21   model can explain?

22   **A.**  That would be absolutely, precisely correct.  And

23   oftentimes when someone says, you know -- an economist says

24   to another economist, what's the explanatory power of your

25   model, I would respond what the R-squared was.

1   **Q.**   Why is it important to think about the magnitude of the

2   unexplained variance?

3   **A.**   Yes.  So this is getting back to a question that Your

4   Honor asked yesterday.

5         When the unexplained component is larger, it means

6   that more of the variation from student to student is being

7   determined by unobserved factors, as far as my model is

8   concerned.  It doesn't mean that the application officers --

9   admissions officers don't see them.  They see this amazing

10  range of material that I don't see.

11        So it means that more and more the variation is

12  being determined by factors outside of my particular data, or

13  our particular data.  Professor Arcidiacono and I have access

14  to the same data.  But, and that opens up more and more of a

15  possibility that those unobserved factors are leading to

16  inadvertent omitted variable biases in the model.  Because

17  now with 71 percent of the variation unexplained, there's

18  just a lot more possibilities for things that we're not

19  measuring driving any difference that we're seeing attributed

20  to variables inside the model; for example, the difference

21  between Asian-American and white students.

22  **Q.**   Mr. Lee, can we have Demonstrative 62, please.

23        Let's now focus, Professor Card, on the second of

24  four reasons that you mentioned.  Did Dr. Arcidiacono

25  conclude that there is an effect of Asian-American ethnicity

1    for the other ratings he modeled?

2    **A.**  Yes, his models show statistically significant effects of

3    Asian-American ethnicity on all three ratings.  Positive

4    effects for academic and extracurricular ratings.

5    **Q.**  Can we have Demonstrative 63, please.

6          Can you explain using this demonstrative what he

7    found?

8    **A.**  Yes.  So in the upper right panel, I'm showing a kind of

9    illustration of the -- of the Asian-American average marginal

10   effect in academic rating, the extracurricular rating, and

11   the personal rating.

12         So the average marginal effect, or the magnitude of

13   the effect associated with being Asian-American relative to

14   white in the academic rating, all three of these are

15   statistically significant, is positive.  The magnitude for

16   the extracurricular rating is also positive but bigger, quite

17   a bit bigger.  And the personal rating is comparable to the

18   extracurricular rating but negative.

19         And what I'm showing down below there is the

20   ratings themselves.  And the way that I think about this is

21   the following:  What's going on is an admissions officer is

22   looking at a file, and they've got the quantitative

23   information that I have and they've got the qualitative

24   information that they in addition see.  And when it comes to

25   on average, again, on average, comparing Asian-American

1   students and white students, they're able to see and they

2   successfully report that qualitative information, which is on

3   average leading them to give a higher score to -- higher

4   rating to Asians than whites on the academic dimension.

5           So they're digging into the file and finding

6   information that is assuring that -- or giving them the

7   impression, leading them to conclude that this student is

8   better than the quantitative information indicates.

9           And on average that's what they're finding for

10  Asian-Americans, they're finding that they're better than the

11  quantitative information than whites.

12          And when we come to the extracurricular, they're

13  doing the same thing.  So they're looking through the file

14  material.  They're seeing information on the qualitative

15  side, which is giving them information so that they reach a

16  conclusion that the Asian-American students are better than

17  the white students conditional on the quantitative

18  information that I have.

19          And then what will Professor -- and Professor

20  Arcidiacono is arguing, and I agree with that, that that's

21  the right interpretation of those two variables.

22  **Q.**   Which is what interpretation?

23  **A.**   The interpretation that there's unobserved factors that

24  they're seeing in the qualitative information.

25          But then when it comes to the personal rating, what

1    he's asserting is that the same officers are digging into the

2    file, they've previously found positive information on the

3    academic dimension, positive information on the

4    extracurricular dimension relative to the quantitative

5    information, but then they're, in some sense, suppressing or

6    even putting a negative spin on things so that they --

7    they're actually exerting a bias against Asian-American

8    students in assigning the personal rating.

9             So that's how he is interpreting this exercise,

10   which I find very, very hard to understand or believe.

11   **Q.**  Okay.  Can you explain why?

12   **A.**  Well, for the reasons I've just said.  I don't think --

13   it just doesn't seem plausible to me that an officer who is

14   going through the file and looking at the individual by

15   individual, looking at students and on the average finding

16   very positive unobserved features about extracurricular

17   dimensions and academic dimensions and reporting that so that

18   on average the Asian students appear to be, or are coded as

19   more strong than can be justified on the basis of the

20   quantitative information.

21            And yet, that same officer is going and somehow

22   exerting bias against Asian-Americans when it comes to

23   assigning the personal rating.  So it's like there's some

24   kind of schizophrenia going on.  They're somehow on the one

25   hand positively giving boosts to Asian-Americans, but then on

1    the other hand giving them this negative animus, basically,

2    in assigning the personal rating.

3              And I just don't find -- I just do not find that

4    understandable or consistent.

5    Q.   Did you hear Dr. Arcidiacono testify that he reached the

6    conclusion that because Asian-Americans are stronger on

7    factors that are captured in the data that affect the -- I'm

8    sorry.  Withdraw the question.

9              Did you hear Dr. Arcidiacono testify that he

10   reached the conclusion that because Asian-Americans are

11   stronger on factors captured in the data that affect the

12   personal rating?

13             Did you hear that conclusion?  His conclusion that

14   the personal rating average marginal effect -- that one

15   reason why he reached the conclusion that the average

16   marginal effect for the personal rating was lower is that he

17   found that Asian-Americans are stronger on factors, those

18   factors that are quantifiable that affect the personal

19   rating?

20   A.   Yes.  He asserts that they are stronger on those.

21   Q.   Do you agree with that?

22   A.   No.

23   Q.   Why not?

24   A.   Well, I'm going to look, in the next series of slides,

25   I'm going to look carefully at the kinds of information, this

1    qualitative information and information that's summarized in

2    the teacher evaluations and the alumni interviewer

3    evaluations, and I'm going to show that that's not correct.

4    **Q.**   Did you see Dr. Arcidiacono present various statistics

5    showing personal ratings of applicants of different races

6    within academic index deciles?

7    **A.**   Yes.

8    **Q.**   Are those analysis illuminating?

9    **A.**   Not in my opinion, no.  And the reason why is that it's

10   true that those academic index variables, which is GPA and

11   SAT, inform, you know, and are very highly related to

12   academic index, but when it comes to the personal -- academic

13   rating.  When it comes to the personal rating, those

14   variables are almost uninformative.  And so making that

15   comparison is not very informative at all.

16   **Q.**   Mr. Lee, can we please show Plaintiff's Demonstrative

17   38.11 and 38.117 next to each other.

18         I'm showing you two of Dr. Arcidiacono's

19   demonstratives.

20         What does this show?

21   **A.**   Well, the left panel shows the percentage of applicants

22   receiving a 1 or a 2 by academic decile, on the academic

23   rating, and if you focus on the top six deciles, which are

24   the top half of the class, and, of course, there's such a

25   large group of students applying to Harvard that that's kind

1    of the relevant group, you can see that when you go from --

2    Mr. Lee -- yeah, there.

3             When you go from the sixth to the tenth decile, in

4    fact, the fraction of students who are classified as having

5    an academic 1 or 2 virtually doubles.  So there's a very

6    strong relationship between the academic index and the

7    academic rating.  Not perfect, but it's correlated.

8    Q.   And what about the next demonstrative of Professor

9    Arcidiacono?

10   A.   So this demonstrative -- let me point out one important

11   thing about this demonstrative.  The scale of this

12   demonstrative is no longer zero to 100 percent.  The scale of

13   this demonstrative is only zero to 30 percent.  So it's, in

14   my view, a slightly -- one has to interpret this extremely

15   carefully.

16   Q.   Can we see the two side by side again?

17   A.   So if you look at the one on the left, it's zero to 100.

18   You look at the one on the right, it's zero to 30.

19   Q.   Okay.

20   A.   So then focusing on the one on the right with the

21   personal rating, again, focusing on the top six deciles of

22   the academic index, you notice that when you go from the

23   sixth decile to the tenth decile, where the fraction of

24   students who get classified as a 1 or 2 academically has gone

25   up substantially.  The fraction of students who get

1   classified with a higher personal rating has only gone up by

2   a very small amount.

3           So illustrating this very extremely important point

4   that that academic decile or academic variables alone are not

5   particularly informative about the personal rating.  It's a

6   different dimension of students.  And I think it's not very

7   helpful to focus on the relationship between the academic

8   decile and the personal rating because they're different

9   things.

10  **Q.**  Mr. Lee, can we have Demonstrative 65, please.

11          What is this showing?

12  **A.**  So this is putting them now on the same scale.  So this

13  is showing the academic deciles from 6 to 10, now in the 100

14  percent scale, and it's comparing what happens to the

15  fraction of students within academic rating of 1 or 2, which

16  is rising as we've just shown, from around 50 percent to 98

17  percent.  Whereas the personal rating, the fraction of

18  students with the personal rating of 1 or 2, has gone from 22

19  to 25 percent.

20          So there's very, very different content from

21  academic variables like SAT and GPA in the academic dimension

22  represented by the academic rating versus the personal

23  dimension represented by the personal rating.

24          THE COURT:  Wait, sorry.  You just lost me.

25          So you're saying that the personal ratings --

1    you're basically just saying they're pretty flat across the

2    academic rating so there's no correlation between the two.

3             Is that what you said?

4             THE WITNESS:  Yes, Your Honor.  Thank you.

5             They're not -- there's a slight correlation.

6    You've gone from 22 to 25.5, but it's not anything like the

7    correlation with academic.  And this difference is pretty

8    small, the 21.7 to 25.5.  So there's a small component, but

9    it's just not the first order of things that's going on.

10   **Q.**  Let's turn, please, to the next demonstrative, 66.  And

11   we're going to focus on the third conclusion that you drew

12   with respect to Professor Arcidiacono's model.

13            Professor Arcidiacono, I think you said you heard

14   him testify that he had some confidence in his bias

15   conclusion that when you look at Asian-Americans, generally,

16   they are stronger than whites on those non-academic factors

17   that are in the data.

18            And I want to ask you again whether you agree or

19   disagree with that conclusion.

20   **A.**  I disagree with that.

21   **Q.**  And why is this important?

22   **A.**  Well, it's important because my understanding is it's the

23   basis of Professor Arcidiacono's conclusion that there's

24   animus against Asians in assigning the personal rating, and

25   so this is really a fundamental fact in his conclusion.

1   **Q.**  Can we -- can you please turn to Tab 16 in your binder.

2          Do you see Defense Exhibit 692?

3   **A.**  I do, yes.

4   **Q.**  What is that document?

5   **A.**  It's a series of exhibits showing share of applicants in

6   top decile of non-academic admissions indexes by race;

7   percentage of Asian-American and white applicants with

8   profile ratings of 1 or 2; percentage of Asian-American and

9   white applicants with school support and alumni rating of 2

10  or better by academic rating; share of applicants who

11  collectively receive strong school support, alumni interview,

12  and non-academic profile ratings; share of Asian-American and

13  white applicants with strong non-academic ratings;

14  distribution of some with school support scores; distribution

15  of some with school support and alumni interview scores.

16  **Q.**  Are these all exhibits that you prepared in order to

17  evaluate Dr. Arcidiacono's claim that the non-academic

18  factor -- that Asian-American applicants are stronger than

19  white applicants on the observed non-academic factors in the

20  model?

21  **A.**  Yes.

22  **Q.**  And so does this summary fairly reflect the strength of

23  Asian-American applicants across the various non-academic

24  factors?

25  **A.**  Across the observable components, yes.

1           MR. WAXMAN:  Your Honor, we offer Defense

2    Exhibit 692.

3           MR. MORTARA:  No objection, Your Honor.

4           THE COURT:  Admitted.

5           (Defendant Exhibit 692 admitted into evidence.)

6    **Q.**  May we have the Demonstrative 67, please.

7           What does this show?

8    **A.**  So now I'm going to focus on three very important

9    variables that we've discussed in some aspects before in my

10   testimony and also other people have talked about.  Excuse

11   me.  And that is the teacher 1 recommendation, the teacher 2

12   recommendation rating, and the guidance counselor

13   recommendation.

14          So these are the three ratings which together

15   Harvard calls the school support ratings.  So each applicant

16   gets a letter of recommendation from two teachers and from a

17   guidance counselor, and so this is the summary of the ratings

18   that are assigned to those three letters.

19   **Q.**  And do those ratings inform the personal rating?

20   **A.**  Yes, I think that's very clear they do, yes.

21   **Q.**  Let's look at the next Defense Demonstrative, 68.

22          What does this show?

23   **A.**  Excuse me.

24          So this shows the -- for each groups of students

25   classified by their academic rating of having a 1, so that's

1   the two columns on the left, or having an academic rating of

2   2, that's the two columns in the middle, or groups of

3   students that have academic rating of 3, on the right, I'm

4   showing within each of those groups the fraction of white

5   students and Asian-American students for whom the sum of

6   these three school support ratings -- excuse me.

7   **Q.**   Take your time.

8   **A.**   Excuse me.  I'm not used to talking this long.

9   **Q.**   Your lectures may be shorter than my oral arguments.

10  **A.**   Yes.

11          So this is showing the sum of those school support

12  ratings.  So to remind you, each of the ratings is from 1 to

13  4.  And 1 is good -- 1 is outstanding, 2 is quite good, 3 is

14  kind of, pretty good, and 4 is not so good.

15          And so a student that got, for example, on the

16  three ratings, got three 2s would get a 6, and that would be

17  a quite a strong rating.  A student who got, of course, three

18  1s would be a 3.  That would be almost unheard of.  But a

19  student who got, say, two 2s and a 3, they would get 7.

20          So I'm going to classify as having two 2s and a 3

21  or better.  And that's what this shows.  So the fraction --

22  amongst students who get an academic rating of 2, the

23  fraction of white students in that bucket who have the sum of

24  the school support ratings, these three ratings that's less

25  than 7, is around 43 percent, and the fraction of Asian

1    students in that category is -- who have that sum of ratings

2    less than 7 is around 37 percent.

3    **Q.**   And does that relationship, the relative percentage of

4    the white applicants versus Asian-American applicants also

5    hold for those applicants who got an academic rating of 1 and

6    an academic rating of 3?

7    **A.**   Yes, you can see that in the graph quite clearly.

8    **Q.**   And what do you conclude from those results?

9    **A.**   Well, it's important to classify the students by academic

10   rating.

11   **Q.**   And why is that?

12   **A.**   Well, the reason why is because, remember, as we talked

13   about a moment ago, the teacher -- the rating that's assigned

14   to the teacher letter is a single rating, but the teacher

15   letter is containing information about academic and

16   non-academic factors.

17           So what I'm trying to do by classifying conditional

18   academic rating of 2, for example, focusing on the middle

19   panel, I'm saying, well, imagine that the teacher has --

20   excuse me -- the admissions officer has pulled out of that

21   teacher letter the academic information in that letter and

22   putting that together with other information has decided that

23   this student is an academic 2, then the other components of

24   what's left after we hold constant to that is informing these

25   non-academic qualities.

1          So the non-academic qualities for students who are
2     assigned an academic 2 are obviously higher for white
3     students than for Asian students.
4     **Q.**  Now, I see in your next demonstrative that we have a
5     little shading around academic rating 2.  Can you tell us why
6     or what you're going to do with that?
7     **A.**  I can, yes.
8     **Q.**  Why, and what are you going to do with it?
9     **A.**  Well, one might be concerned that I've somehow fixed --
10    chosen the 7 number strategically.  And so what I'm going to
11    do is I'm going to take the students that are assigned an
12    academic rating of 2, and I'm going to show the full
13    distribution of the sum of the school support scores.
14    **Q.**  All right.  May we have the next demonstrative, please,
15    68 -- or 69.
16          So what is this showing?
17    **A.**  So recall, the school support, the 3 ratings could be 3
18    for unbelievably outstanding student.  They could be 4 if you
19    got two 1s and a 2 all the way up to 7, as I mentioned
20    before, which would be two 2s and a 3.
21          And we can see in each of these sort of better
22    ratings buckets white students are overrepresented relative
23    to Asian students who are more likely to be in that set of
24    categories amongst the students who have an academic rating
25    of 2.

1  **Q.**  And what does the next demonstrative show?

2  **A.**  So it shows that that preponderance of white students in

3  the better side of the distribution is offset or balanced out

4  by a preponderance of Asian students on the lower side.

5          So Asian students are, in particular, much more

6  represented in the 9 category, which would be three 3s, which

7  would still be quite a good category but not nearly as good

8  as the others.

9  **Q.**  Did you conduct the same analysis for students with an

10  academic rating of 1 and an academic rating of 3?

11  **A.**  Yes.

12  **Q.**  And what did you find?

13  **A.**  I found that the pictures look very, very similar.

14  **Q.**  And are those results reflected in Defense Exhibit 692 in

15  evidence?

16  **A.**  Yes, they are.

17  **Q.**  Did you hear Dr. Arcidiacono testify that white and

18  Asian-American applicants actually have similar school

19  support ratings?

20  **A.**  Yes.

21  **Q.**  How did he reach that conclusion?

22  **A.**  Well, one very important thing he did was he focused

23  entirely on the non-ALDC group.  And so that's an important

24  group which I believe should be included, and when we're --

25  we know that's almost 30 percent of all the admitted

1    students, and so this is a very large group in terms of high

2    performers in the admissions pool.

3               And so by excluding them, it gives, in my view, a

4    biased picture of the difference between whites and Asians.

5    **Q.**   And did he -- did his analysis look, as you did, within

6    different academic ratings or different academic index

7    deciles?

8    **A.**   Not that I recall, no.

9    **Q.**   So even though virtually all of his other analyses are

10   keyed to the academic index or the academic ratings, in this

11   respect he did not do that control, correct?

12   **A.**   Yes, that's absolutely correct, yes.

13   **Q.**   Did you consider how Asian-American applicants fare on

14   other factors that inform the personal rating?

15   **A.**   Yes.  So I went and looked at the two ratings variables

16   that are provided by the alumni interviewer.

17   **Q.**   And do those also inform the personal rating?

18   **A.**   Yes.  My understanding is one of those ratings is, in

19   fact, the alumni interviewer's ratings of personal qualities

20   of the student and the other is an overall rating of the

21   student.

22   **Q.**   Let's look at Demonstrative 71, please, Mr. Lee.

23               What is this showing?

24   **A.**   So this shows from the summary sheet for each student the

25   location of the alumni interviewer information.  So the

1    alumni interviewer scores the students on the same scale, and

2    that one of the reasons for that document, that interviewer

3    guide, is really for purposes of alumni interviewers to

4    understand the Harvard process.

5    **Q.**   And the next demonstrative, please.

6    **A.**   So what I'm going to do now is I'm going to sum the three

7    ratings for the school support variables, so teacher 1,

8    teacher 2, guidance counselor, and I'm going to add to those

9    three the alumni interviewer rating and the alumni

10   interviewer overall rating and the alumni personal rating.

11   So now there's going to be five scores that can be -- again,

12   I mean, it's technically possible to have five 1s.  So it's

13   possible that somebody actually has a 5.  A very good score

14   would be something like four 2s and a 3, which would be

15   around 11.  So I'm going to --

16   **Q.**   Can we look at the next demonstrative.  I think this may

17   help in your explanation.

18           So what is this showing?

19   **A.**   So now I'm going to focus, as I did before, but now

20   adding in two more ratings, so now there's five ratings.  And

21   I'm going to look at the fraction of students who have the

22   five ratings summing to 11 or lower, so equivalent to four 2s

23   and a 3 or better.  So quite a strong rating.  But I'm going

24   to do that, again, for the same reasons as before, because I

25   want to try and isolate the component of the school support

1    and alumni evaluation that's apart from their academic

2    evaluation.  And I'm going to compare -- within each of the

3    1s, the 2s and the 3s, I'm going to compare the fraction of

4    Asian-American and white students that have 11 or lower of

5    scores.

6              And you can see across the three buckets that white

7    students are more likely to get the better sum of scores.

8    Q.  And did you review how Asian-American -- strike that.

9              Can we have the -- well, there we go.

10             THE COURT:  Hold on one second.

11             (Discussion off the record.)

12   Q.  So you've now highlighted, again, the comparison among

13   applicants who have an academic rating of 2.  And, again, why

14   have you done that, and what are we going to see next?

15   A.  Well, we're going to look at the full histogram, the full

16   representation of sums of scores again.

17   Q.  Okay.  May we have the next demonstrative, Mr. Lee.

18             So on Demonstrative 74, what are we seeing?

19   A.  So here we're seeing is the sum of school support; again,

20   focusing on Asian and white students who receive an academic

21   rating of 2, and I'm showing the fractions of students who

22   get 5.  There are, you know, some students with a 5, 6, 7, 8,

23   9, 10, 11, 12.  So that would be the better ratings.  And you

24   can see on the -- kind of the better half of the

25   distribution, white students are uniformly more represented

1    there.  So more likely to get a 9 than Asian students, more

2    likely to get a 10 and so on.

3              And if we go to the right side of the graph --

4    **Q.**  Can we have Demonstrative 75, please?

5              Yes, thank you.

6    **A.**  -- we can see that the opposite pattern is there.

7              So, again, the white students are represented more

8    in the higher end of the ratings with better ratings and the

9    Asian students are represented in the lower end.

10   **Q.**  And did you conduct a similar analysis with respect to

11   applicants who received an academic rating of 1 and an

12   academic rating of 3?

13   **A.**  Yes, I did.

14   **Q.**  And is that analysis reflected in Defense Exhibit 692?

15   **A.**  Yes.

16   **Q.**  And what did you conclude?

17   **A.**  I concluded that the same pattern is present in both --

18   in those other groups as well.

19   **Q.**  Did you analyze whether the data that show the school

20   support ratings and the alumni ratings inform the personal

21   ratings?

22   **A.**  I did, yes.

23   **Q.**  And can we have Defense Demonstrative 76, please.

24             What is this showing?

25   **A.**  Yes, so this is a way to show how different variables in

1    the context of Professor Arcidiacono's model of the personal

2    rating contribute to the overall explanatory power of that

3    model.

4            So just to remind you, that's the extent to which

5    the model can successfully explain the student-to-student

6    variability in the personal rating.

7            So he presents a series of five models.  And,

8    again, the -- the height of each bar is representing the

9    explanatory power of the model.

10           So if we start with just demographics, so just

11   focusing only on differences across the race groups, that

12   explains 6.8 percent of the variation.  If we add in academic

13   information, all those different academic variables that

14   Professor Arcidiacono uses, it rises a little bit to 9.5

15   percent.

16           And this illustrates the point we were making

17   before that academic variables, despite their richness and

18   availability in the dataset, explain a relatively modest

19   fraction of the overall variation in the personal rating.

20           If we add in the interaction variables that

21   Professor Arcidiacono often uses in his specifications, you

22   can see it really doesn't make that much difference to that

23   specification.

24           If we add in the context variables, so these are

25   the variables representing information from the college board

1    and schools and neighborhoods, that adds some more to the

2    data.

3              Finally, though, the big jump is when we add in

4    these ratings variables.  And I'd like to try and explain a

5    little bit more clearly how that works.  And I think it would

6    be helpful to go back to my hypothetical of retirement.

7              So imagine that I have the model that I call the

8    sparse model over here, with just age and salary, and then I

9    think about adding in health as a new variable.  The

10   explanatory power that health will add to the model is the

11   part of health that can't already be explained by age.  So

12   when you add a new variable to a regression model with other

13   variables in the model, the additional contribution to the

14   explanatory power represents the contribution of the part of

15   that new set of variables that are added that couldn't be

16   explained by the variables that were already in the model.

17   So it would be the component of health that if I adjusted

18   health for age, it's that component of health.  Not the part

19   that is correlated perfectly with age but the other part.

20             And so exactly what's going on here is when we add

21   in the information from the ratings variables, the part of

22   that that's not explained by academics and context and so on,

23   that's when we get this big jump in explanatory power.

24             So one can see that more than twice as much of the

25   personal rating, explanatory powers -- or twice as much of

 1     the explanatory power is coming from those variables as, for

 2     example, than demographics and academics alone.

 3              So much more of the personal rating is driven by

 4     this academics-adjusted addition of the ratings variables.

 5              MR. WAXMAN:  Thank you.

 6              Your Honor, this is a good stopping point.

 7              THE COURT:  Wait.  Hold on a second.

 8              It's driven by the academics adjusted addition?

 9              THE WITNESS:  Yeah, so -- Your Honor, as I was

10     trying to make the case with the hypothetical, so if I took

11     my sparse model and added health --

12              THE COURT:  Yeah.

13              MR. WAXMAN:  I think you mean the richer model.

14              THE WITNESS:  Excuse me, the richer model.

15              -- and I added health, then the R-squared would go

16     up by the amount of information contained; age-adjusted

17     health.  Because age was already in the model and it was

18     trying to do the best it could with just age.

19              I add in health, the part of that that's adding to

20     the explanatory power is the part of health that can't be

21     explained by age.

22              And so in this context with the personal rating,

23     it's the part of these ratings variables that I've added to

24     the model that couldn't be explained by the academics.

25              THE COURT:  So you're saying that the difference in

1    the personal ratings between Asian applicants and white

2    applicants is being driven by the school support and alumni

3    rating?

4              Is that what we're talking about?

5              THE WITNESS:  This is the overall explanatory power

6    only.

7              THE COURT:  You just lost me where you're

8    explaining it's the part not explained by anything else but

9    the part of what?

10             THE WITNESS:  The part of the variable you added

11   in, the new variable you've added in.

12             THE COURT:  Well, adding to what?

13             THE WITNESS:  Oh, to the model.

14             THE COURT:  But which factor are -- are we talking

15   about the personal rating here, just the personal rating?

16             THE WITNESS:  Yes.  Excuse me.  So these are

17   different versions of Professor Arcidiacono's model of the

18   personal rating.  I apologize for not making that clear.

19             THE COURT:  So you're saying that the difference

20   between white applicants and Asian applicants is being

21   largely driven by the ratings variables.

22             THE WITNESS:  I'm not saying that in this graph

23   here.  This graph here is just about the overall explanatory

24   power of the model.

25             So we were talking about, like, how much can the

1   model explain, and I was pointing out that it had relatively

2   low explanatory power and so on.

3          THE COURT:  Yeah.

4          THE WITNESS:  I'm trying to sort of separate just

5   assessing the explanatory power of the model in this stage.

6   I'm going to come back, you know, after the break and talk

7   about how that's related to the gaps, but for now I'm just

8   trying to assess the explanatory power.  And I'm saying if

9   you take a model that only has --

10          THE COURT:  Of his model, right?

11          THE WITNESS:  Yes, these are all his models, yes.

12          THE COURT:  Okay.  I think I have it.

13          MR. WAXMAN:  Your Honor, after the break, we're

14   going to be looking at a line graph representation of this

15   that I think, I hope, will make clear to both of us the

16   difference between average marginal effect and explanatory

17   power in this context.

18          THE COURT:  All right.  Thank you.

19          (Recess, 11:11 a.m.)

20          THE COURT:  So I feel like the most important

21   decision I make every day is about what time we're having

22   lunch.  It's certainly what everyone is most interested in.

23          So is everyone all right with a half-hour lunch

24   break today to just try and make up some of the time we're

25   losing at the other end?  Will that give everybody enough

1   time?

2           How about you?  Can you manage with a half an hour

3   break?

4           THE WITNESS:  Yeah, sure.

5           THE COURT:  We'll recess a little early this

6   afternoon.  It's a national holiday.

7           THE WITNESS:  Yes.  That would be fine.

8           THE COURT:  So let's go till 12:30 and we'll recess

9   from 12:30 to 1:00.

10          MR. WAXMAN:  Very good, Your Honor.

11  BY MR. WAXMAN:

12  **Q.**  So Professor Card, this issue that Her Honor was asking

13  about I think I will come back to somewhat later.  But let me

14  just ask you a couple of questions that perhaps will clarify

15  what this means and doesn't mean.

16          To be clear, in addressing the court's question,

17  are you saying that the difference in the ratings that are

18  quantified in the data explains the average differences

19  across race in the personal rating?

20  **A.**  No.

21  **Q.**  Do you believe that the effect of Asian-American

22  ethnicity on the personal rating that's estimated by Dr.

23  Arcidiacono's model reflects a genuine effect of race or

24  rather the effects of factors outside of the data?

25  **A.**  I believe it reflects factors outside of the data.

1    **Q.**  And so what do you learn from the factors in the data

2    like ratings about those factors outside the data?

3    **A.**  So what we're trying to do is follow this logic of a

4    pattern which is often true; that the observable factors

5    inside the data that most inform the personal rating, which

6    are as shown in this slide here, those school support and

7    alumni interview ratings, those factors are stronger for

8    white students than for Asian students when we hold constant

9    academic factors.

10   **Q.**  Did you also compare Asian-American and white applicants

11   on other factors besides the five that we've already talked

12   about, on other factors that inform the personal rating?

13   **A.**  Yes, I did.  I actually took Professor Arcidiacono's

14   model 5 and added some additional contextual-type variables,

15   parental occupation and so on, and showed that those

16   variables also lead to an increase in explanatory power.

17   **Q.**  Did you conduct an analysis that looks at all of the

18   non-academic measures in the data?

19   **A.**  Oh, yes, I did.

20   **Q.**  And why is it relevant to look at non-academic factors in

21   general?

22   **A.**  Well, as we've been talking about, I think, extensively,

23   there's obviously differences across candidates on average.

24   So Asian-American students are stronger in academic factors,

25   white students are stronger on non-academic factors, and so

1    trying to understand differences, particularly as they inform

2    the personal rating.  What I've shown here is that personal

3    rating is representing mostly non-academic factors, and so

4    what I did was I took my overall admissions model and I

5    isolated all the factors in that model that are non-academic

6    components.  And I used just those components to rank the

7    students by their strength.  So this would be some

8    combination of all the factors in my model except the

9    academic variables.

10   **Q.**  And then if we may have Defense Demonstrative 10.77,

11   please.

12           What is this showing?

13   **A.**  So this shows when I look at this total combination of

14   all non-academic factors that white students are

15   substantially more highly represented in the top three

16   deciles.

17   **Q.**  And to be clear, these are the top three deciles of the

18   non-academic index?

19   **A.**  Yes.  So these -- as I said, the personal rating is

20   largely informed by these non-academic factors.  So in

21   understanding how the observable features differ between

22   whites and Asians, I use this construct of the total summary

23   of their non-academic strengths.  And one can see very

24   clearly that the white students are stronger on these

25   non-academic dimensions.

1   **Q.**  Now, does your analysis -- in creating the non-academic

2   index, did you also include the personal factor as a

3   non-academic factor?

4   **A.**  The personal rating, yes.

5   **Q.**  Yes.

6           And did you also include the ALDC attributes as

7   non-academic factors?

8   **A.**  I did, yes.

9   **Q.**  What happens if you remove the ALDC attributes and the

10  personal rating as factors?

11  **A.**  So I did that exercise as shown on the next slide.

12  **Q.**  Can we have Demonstrative 78, please.

13          And what is this showing?

14  **A.**  It shows the same pattern still persists.  So even when

15  you take all these non-academic factors but turn off any

16  preference given to the As or Ls or Ds or Cs, so that that's

17  no longer part of any difference, and completely throw out

18  the personal rating, which I believe is an overly extreme

19  assumption, but do that, it's still the case, and on the

20  remaining non-academic dimensions white students are more

21  highly represented in the top deciles than Asian students.

22  **Q.**  Does Dr. Arcidiacono analyze the non-academic index as

23  well?

24  **A.**  I believe he does, yes.

25  **Q.**  And does he agree with you that white applicants are

1    stronger than Asian applicants on the non-academic index?

2    **A.**  Well, again, the analysis that he presents focuses on a

3    subset of white students and Asian students, the non-ALDC

4    students.  And, of course, what I showed before was ALDC

5    students on many, many non-ALDC components are much stronger.

6    And so throwing away that group gives rise to, in my view, a

7    biased perception of the non-academic strengths of white

8    students versus Asian students.

9              THE COURT:  Okay.  Stop for a second.

10             So non-academic, you've taken out the academic

11   rating, you've taken out the personal rating.  What's left in

12   here is just extracurriculars and --

13             THE WITNESS:  No, Your Honor.  There's a whole

14   range of variables, all of the school support and variables

15   like that and all of the contextual variables, parental

16   occupation, things like that.

17             THE COURT:  So you've left everything in except the

18   ALDC effects and the personal rating?

19             THE WITNESS:  And the academic variables per se,

20   SAT and GPA and so on.  Yes.

21   BY MR. WAXMAN:

22   **Q.**  I had a question based on your last answer, but I can't

23   remember what the answer is, so let me just ask you.

24             Among the group -- I think you've testified that

25   among the ALDC applicants, independent of any tip that they

1    receive, I believe we saw a chart showing that on every

2    measure, every rating they get substantially higher ratings

3    than non-ALDCs; is that correct?

4    **A.**   Yes.  And they're also -- when you combine ratings, one

5    also sees that, remember, that they are more multidimensional

6    and so they are a much stronger group, yes.

7    **Q.**   And what percentage, approximately, of the ALDCs are

8    white applicants?

9          This isn't a memory game.  If you don't remember,

10   you can just give an adjective.

11   **A.**   A relatively high fraction.  I actually have a document

12   we've prepared, but I don't quite remember off the top of my

13   head.

14   **Q.**   Do you recall what share of the ALDC applicants are

15   Asian-American?

16   **A.**   I know that only two percent of all -- two or three

17   percent of all Asian-Americans are ALDCs, which is a slightly

18   different question.

19   **Q.**   Yeah.

20         So what is -- what is the effect in terms of being

21   able to compare really strong white applicants with really

22   strong Asian applicants if you exclude all ALDCs?

23   **A.**   Well, in my view, that gives an inappropriate assessment

24   of the white applicant pool because, of course, amongst the

25   strongest people in the white applicant pool are the ALDC

1    groups.

2              So when I do this non-academic comparison -- again,

3    let me emphasize, in that second set of charts I was turning

4    off any particular tip given for A or L or D or C.  So I was

5    just trying to isolate these other components of strength as

6    represented here.

7    Q.   And so to sum up, Professor Card, what is your view about

8    the relative strength of white and Asian-American applicants

9    on factors in the data that inform the personal rating?

10   A.   My assessment is that they are stronger.  The white

11   students are stronger than Asian-American students on the

12   factors that are most relevant for informing the personal

13   rating, the observable factors.

14   Q.   And why is that important?

15   A.   Well, as I said, economists often argue that if the

16   observed factors inside the data that inform a particular

17   variable are in one direction, then the unobserved factors

18   may well be in that same direction.

19   Q.   And is that, in fact, the reasoning that Dr. Arcidiacono

20   uses in his interpretation of the positive average marginal

21   effect for Asian-American ethnicity that he observed in

22   modeling the academic rating and the extracurricular rating?

23   A.   Yes, precisely.

24   Q.   Did you do any other analysis to examine that conclusion?

25   A.   Yes, I did.

1    **Q.**   Can we have Defense Demonstrative 10.79.

2         And let me ask you what this shows.

3    **A.**   Well, I think this is going to more directly address Her

4    Honor's question about the average marginal effect between

5    Asian-Americans and whites in these different models that

6    Professor Arcidiacono developed for explaining the personal

7    rating.

8         So what I've done here is I've taken each of his

9    models from 2, 3, 4, 5, so model 2 starts with just

10   demographic variables and academic variables and goes on.

11   And what I've shown is the average marginal effect for

12   Asian-American ethnicity relative to whites and the

13   probability of receiving a personal rating of 2 or better.

14        And so according to his model 2, for example, this

15   very sparse model that only has demographics and academic

16   variables, there's a seven percentage point gap in the

17   probability of receiving a 2 or better between

18   Asian-Americans and whites.

19   **Q.**   This is a 2 or better on the personal rating?

20   **A.**   2 or better on the personal rating, yes.

21   **Q.**   What are you indicating by the R-squared value for model

22   2?

23   **A.**   Well, we saw that before the break.  The slide that we

24   were talking about shows the R-squared of that model is quite

25   low.  In fact, when I showed that slide, I showed that that's

1    mostly the demographic factors.  The academic variables

2    themselves don't add much at all to the personal rating, and

3    that's the point we've tried to emphasize earlier in my

4    testimony as well.

5            So the academic variables per se don't really

6    inform the personal rating very much.

7            So that's the starting point.

8            If you go to model 3, this is the model that he

9    shows that adds some of the interaction variables that he

10   uses in many of his models.  Of course that doesn't change

11   the average marginal effect for Asians versus whites much.

12           When we add the contextual variables, so these are

13   the variables representing high school and neighborhood

14   variables, we can see an important change.  Now instead of

15   seven percent it goes down to six percent, so it's 15

16   percent, 16 percent smaller effect.  And so those variables

17   are -- they're also adding some explanatory power to the

18   model, but importantly, those variables are different and are

19   helping to explain the gap.

20           But then when we go to model 5 where we add in the

21   personal variables, so now we're adding the variables, the

22   observed variables that are most relevant for determining the

23   personal rating, we can see not only does the R-squared go

24   up, which is -- the previous slide showed, but importantly,

25   now the unexplained gap between Asian-Americans and whites is

1    only half as big as it started before.

2            So this is the kind of analysis that economists

3    often do.  They take a model and add more and more of the

4    observable variables that they have and they say, well, this

5    is a situation where as I add more variables, and

6    particularly when I add these variables that are most

7    informative to the personal rating, I see that I have removed

8    a very large component of the average marginal effect of

9    Asians and whites.

10           And I would be concerned because there are so many

11   unobserved factors left out, I would be concerned that if I

12   had access to more and more of that information, this trend

13   would continue and one could easily, in my view, logically

14   conclude that it may well be that it's a zero if you could

15   account for all of those factors.

16           So the observed variables are moving in this

17   direction.  There's a very large unobserved component.  If,

18   following Professor Arcidiacono's logic, the unobserved

19   variables move in the same direction as the observed

20   variables, then this would tend -- this trend would continue

21   and could reach the ceiling.

22   **Q.**  Can you summarize your conclusion regarding factors

23   outside the data and the personal rating?

24   **A.**  So my view is that just as factors outside the data

25   account for the unobserved positive average marginal effect

1    for Asian-Americans in the academic rating, and account for

2    the large positive unobserved gap between Asian-Americans and

3    whites, the average marginal effect in the extracurricular

4    rating, so there's unobserved factors that the admissions

5    officers are finding on top of the -- any kind of

6    quantitative factors, my interpretation is that exact same

7    explanation is the most logical and sensible for the negative

8    personal rating.

9    **Q.**   Let's turn to Defense Demonstrative DD 10.80.  And let's

10   focus on the last personal rating conclusion.

11            And let me ask you to assume now, contrary to the

12   conclusion that you've expressed, that race really does

13   influence the ratings in ways estimated by Dr. Arcidiacono's

14   models.

15            And let me ask you first, would that justify

16   throwing the ratings out?

17   **A.**   No.  I don't think that would be the right thing to do at

18   all.

19   **Q.**   What would -- why wouldn't you throw the ratings out?

20   **A.**   Well, because the ratings include all of this information

21   and they capture some of the information that I can't

22   quantify.  And so if one was concerned about that, it

23   wouldn't make sense to throw them out entirely.

24   **Q.**   And so what did you do?

25   **A.**   So instead of throwing them out entirely, what I did was

1    I took Professor Arcidiacono's models for these three ratings

2    variables, and they all have a component -- an Asian-American

3    effect, and I turned off that effect.

4    **Q.**   So let's see the next demonstrative, if we could.

5            And what is this -- is this -- this is showing the

6    effects, the estimated average marginal effect of

7    Asian-American ethnicity on the three ratings that

8    Dr. Arcidiacono modeled?

9    **A.**   Right.  So just to remind you, for instance, the

10   extracurricular effect here is representing the fact that

11   controlling for all of the observed variables in the model

12   that Professor Arcidiacono, his model 5, his most complete

13   model, richest model for the extracurricular rating, there is

14   still a large, or relatively large unexplained Asian-American

15   effect.  So they're getting higher extracurricular ratings

16   than can be explained by factors in the data.  Similar for

17   the academic rating and similar for the personal rating.

18   **Q.**   What does the next slide show?

19   **A.**   The next slide visually illustrates that I turned them

20   off.  So I take those three components, but only the race

21   components of the three variables, the three ratings

22   variables, and I turn off that, but leave in all the other

23   components in his prediction models.

24   **Q.**   Would you please turn to Tab 18 in your volume?

25   **A.**   Yes.

1    **Q.**  And what is -- this is document Defense Exhibit 694.

2            What is it?

3    **A.**  So it's average marginal effect of Asian-American

4    ethnicity in my models with profile ratings adjusted to

5    remove what Professor Arcidiacono claims to be racial

6    effects.

7    **Q.**  Does this reflect the analysis you just described?

8    **A.**  Yes.

9            MR. WAXMAN:  Your Honor, we'd offer Defense Exhibit

10   694.

11           MR. MORTARA:  No objection.

12           THE COURT:  It's admitted.

13           (Defendant Exhibit 694 admitted into evidence.)

14   **Q.**  Mr. Lee, if we can have Demonstrative 83, please.

15           So what is this showing?

16   **A.**  So this shows if I take Professor Arcidiacono's models,

17   turn off these race components for the ratings, the three

18   ratings variables, and then predict each person's ratings

19   from his models with what's left after taking out these

20   potential effects of race, then include those variables as

21   the ratings in the model, so these would be ratings that are

22   in some sense purged of any unexplained racial differences.

23           When I do that analysis, I get average marginal

24   effects from year to year that look quite similar to the

25   estimates I had before.  None of them are individually

1    significant.  Some are positive, some are negative.  The

2    average marginal effect across all the years is minus .011.

3    So eleven one-hundredths of a percentage point.  Not

4    statistically significantly different from zero.

5          So my conclusion is from that that if one believed

6    that the right thing to do was to turn off the race component

7    on the ratings, to imagine that there's some kind of racial

8    bias that's generating these phenomena, then I would get --

9    in fact, after taking off the race component of the three

10   ratings, I would get more or less the same results as I get

11   from my main specifications.

12   Q.  Which is in every -- if I'm correct, in every instance

13   results that are not statistically significant than zero?

14   A.  Not statistically significantly different from zero, and

15   especially, for example, the overall rating is quite small in

16   magnitude and could have easily occurred by chance.  Would be

17   quite consistent with there, in fact, being no difference at

18   all.

19   Q.  Did you hear Mr. Mortara speak during his opening

20   statement about a different analysis that you conducted in

21   your opening report in which you did entirely throw the

22   personal rating out of the model?

23   A.  I did, yes.

24   Q.  Why did you do that analysis?

25   A.  Well, it's like the kind of analysis I did in the chart

1    where we walk from my model, which I believe is the correct

2    model and includes all the variables that should be included,

3    and make the series of changes that Professor Arcidiacono

4    makes.

5           So one way to start that analysis and to understand

6    the differences between his model and my model would be to

7    exclude the personal rating altogether.  So it's a way to

8    understand how important is the personal rating to my

9    conclusions and what are the differences when I have that

10   model -- it's not that I'm endorsing that model; it's that

11   I'm trying to understand how one gets from my model to

12   Professor Arcidiacono's model.

13   **Q.**  So how would you compare that analysis to the one that we

14   just discussed and is in your rebuttal report in which you

15   use the adjusted ratings?

16   **A.**  Well, I don't think they're really the same thing.  I

17   think that what we've just discussed, if one believed that

18   the ratings variables were affected by race, then I think

19   what we've just discussed is by far the appropriate thing.

20          The analysis where I throw out the personal rating

21   is not really that type of exercise.  It's an exercise to

22   understand the extreme bound of throwing out the personal

23   rating altogether.

24   **Q.**  Now, Dr. Card, your model doesn't consider the

25   preliminary overall rating; is that right?

1    **A.**   That's right, yes.

2    **Q.**   And why did you not include the overall -- the

3    preliminary overall rating but did include the personal

4    rating?

5    **A.**   Well, my understanding from a variety of testimony in the

6    case is that the personal -- excuse me, the preliminary

7    overall rating, the POR, is assigned by the first reader, or

8    the second reader, but is assigned as kind of an estimate by

9    that reader of the likelihood of admission given what

10   materials they have at that time, which may, of course, not

11   be the complete set of materials, and is meant to incorporate

12   sort of their overall assessment and may well include

13   information about the race and ethnicity.

14          So, for instance, if a student was a URM, an

15   underrepresented minority, and was highly competitive in

16   other dimensions, the preliminary overall rating could easily

17   include the potential that that would be another one of their

18   many strengths for that kind of student.  So it would be, in

19   some sense, affected directly by race per se for that set of

20   candidates.

21          And so I didn't want to include a variable like

22   that that's affected by race per se.

23   **Q.**   Let me ask you just a few final questions on the personal

24   rating.

25          Mr. Lee, may we have Plaintiff's Demonstrative 38,

 1    slide 19.

 2              Do you recall when Dr. Arcidiacono showed this

 3    slide?

 4    **A.**  Yes, I did.

 5    **Q.**  And do you recall his testimony that the slide showed

 6    that the personal rating was affected by race?

 7    **A.**  Yes.

 8    **Q.**  Was he correct?

 9    **A.**  I don't think so at all.  I think what -- remember, these

10    are -- each of these panels is an academic decile, 7, 8, 9,

11    the top four deciles now, and as I've pointed out with regard

12    to the personal rating, once you're comparing decile 7,

13    decile 8, decile 9, decile 10, there's virtually no

14    difference because going across these deciles doesn't really

15    inform the personal rating.

16              So it's not very surprising that the gaps across

17    the different race groups look the same as we go from decile

18    10 to decile 9 to decile 8 because, as I've shown, the

19    personal rating really doesn't depend on the academic index.

20              So I find this completely uninformative about any

21    issue with the personal rating.

22    **Q.**  Mr. Lee, can we project the trial transcript from October

23    25 at page 205, line 14 through page 206, line 6.

24              Were you here when Mr. -- when Dr. Arcidiacono gave

25    the following testimony:

1              "Question:  You don't claim that Harvard

2      discriminated against Asian-American applicants who are

3      recruited athletes, correct?

4              "Correct.

5              "You don't claim that Harvard discriminates against

6      Asian-American applicants who are legacies, correct?

7              "Correct.

8              "You do not claim that Harvard discriminates

9      against Asian-American applicants on the dean's or director's

10     list, correct?

11             "Correct.

12             "You do not claim that Harvard discriminates

13     against Asian-American applicants who are the children of

14     faculty, correct?

15             "Correct.

16             "You do not claim that Harvard discriminates

17     against Asian-Americans who are the children of staff,

18     correct?

19             "Correct."

20             You heard that testimony, correct?

21     **A.**   I did, yes.

22     **Q.**   So Dr. Arcidiacono claims that Harvard discriminates

23     against some Asian-American applicants but not Asian-American

24     ALDC applicants.

25             Is that what you understand?

1    **A.**   That's my understanding, yes.

2    **Q.**   And do you recall Her Honor asking Dr. Arcidiacono about

3    the personal ratings of ALDC applicants?

4    **A.**   I do, yes.

5    **Q.**   How do the personal ratings of Asian-American ALDC

6    applicants compare to the personal ratings of white ALDC

7    applicants?

8    **A.**   Well, in fact, they, on average, have a lower personal

9    rating than white ALDCs.  And the gap between Asian-American

10   ALDCs and white ALDCs and the fraction with a personal rating

11   of 1 or 2 is slightly bigger than the gap between

12   Asian-American and whites who are non-ALDC.

13   **Q.**   So what does that tell you?

14   **A.**   I find that extremely hard or impossible to reconcile

15   with Professor Arcidiacono's claim that the personal rating

16   is the mechanism by which discrimination against Asians is

17   operating, and that there's no discrimination against ALDCs.

18   Because on the one hand if there's no discrimination against

19   ALDCs, then the personal rating should be fine.  On the other

20   hand if there's -- if there's -- it just doesn't make any

21   sense.

22   **Q.**   So just to put a fine point on it, if Dr. Arcidiacono is

23   right, that there's no discrimination against Asian-American

24   ALDC applicants, what would that tell us about the personal

25   rating?

1   **A.**   Well, as far as I can understand what that would mean is

2   their personal rating is not tainted by bias.

3   **Q.**   In light of everything that you've seen and everything

4   that you've done in this case, is the personal rating an

5   instrument of discrimination against Asian-American

6   applicants?

7   **A.**   Well, as this exercise with the comparison between the

8   ALDCs and non-ALDCs show, I just don't think that makes any

9   sense.  So I don't believe that that's the correct

10   interpretation of the data at all.

11   **Q.**   Let's turn briefly to the issue of interactions.

12          Did you hear Dr. Arcidiacono testify that you

13   should have included an interaction term between race and

14   disadvantaged status?

15   **A.**   Yes.

16   **Q.**   And, again what is an interaction term?

17   **A.**   So an interaction term is a term that allows the effect

18   of one variable to depend on another variable in the model.

19   **Q.**   And did you run your model including Dr. Arcidiacono's

20   interaction terms, including the one between race and

21   disadvantaged status?

22   **A.**   Yes, I did.

23   **Q.**   Please turn to Tab 23 in your binder and tell me when

24   you've found Exhibit 699.

25   **A.**   Tab -- excuse me.

1    **Q.**  23.

2    **A.**  23.  Oh, excuse me.  Okay.

3          Yes.

4    **Q.**  Is this showing the results of the model that you just

5    described?

6    **A.**  This is showing the results of a model where I don't

7    include all the interactions that Professor Arcidiacono has

8    in his model but just the interactions with race.

9             MR. WAXMAN:  We offer Defense Exhibit 699.

10            MR. MORTARA:  No objection.

11            THE COURT:  It's admitted.

12            (Defendant Exhibit 699 admitted into evidence.)

13   **Q.**  And what does this show?

14   **A.**  This shows that the average marginal effect of

15   Asian-American ethnicity in a model that includes that set of

16   interactions, not his full set but that set of his

17   interactions, is minus 0.14.  Not statistically significant

18   across all the years, so very comparable to my overall model.

19   And, again, none of the individual estimates from year to

20   year are different.

21   **Q.**  So let's look in sum at Defense Demonstrative 10.84.

22            And will you remind us again what this shows?

23   **A.**  Yes.  So this is kind of a summary of the set of

24   exclusions that Professor Arcidiacono has made from my model,

25   in my view the right model of the overall admissions process,

1    to get to his model.

2            So we start with the -- it's showing or summarizing

3    the average marginal effect, the estimated marginal effect

4    for Asian-Americans relative to whites in each case.

5            So I start with my model, which I believe is the

6    best representation of the overall admissions process, so

7    I've included all the groups, and I've included the variables

8    that are relevant, and I have a minus 0.05 average marginal

9    effect.  Not statistically significant across all the years.

10   I've estimated the models separately over the years as well.

11           If I include the interaction variables that

12   Professor Arcidiacono includes in his specifications, so this

13   would be disadvantaged status times race, but in addition

14   disadvantaged -- or excuse me, gender times race and so on,

15   if I include that set of variables, the average marginal

16   effect across all years is minus 0.08, which in my view is

17   not fundamentally or even incrementally different than my

18   overall model.

19           So that, I don't think that's a substantively

20   important issue in comparison of his model and my model

21   looking at that full set of interactions.

22           If I include -- or if I now then, starting from

23   that base, for example, if I was to make the exclusions he

24   makes, so excluding the intended career and staff interview,

25   and excluding parental occupation, which I don't believe is

1    the right thing to do and I think is inconsistent with the

2    way the application admissions procedure works, inconsistent

3    with the use of those variables, what I'm exhibiting here is

4    that one could get to a minus 0.38 by that set of exclusions,

5    which, in my view, represents an effect of omitted variable

6    bias.

7            If in addition one was to exclude the personal

8    rating, which I don't think makes sense, which I don't think

9    is legitimate for the model, but if one was to do that, then

10   one would get to an average marginal effect of minus 0.79,

11   which includes an -- which shows an additional omitted

12   variable bias.

13           If one was to take that model and estimate the

14   model in a pooled framework, which Professor Arcidiacono

15   does, essentially it doesn't make any difference, so one is

16   still there.

17           But if one was to make one final exclusion, which

18   is to exclude the ALDCs, which, again, I think doesn't make

19   any sense, given the admissions process, given that they're

20   part of the overall process, that they're almost 30 percent

21   of all admitted students, that they're particularly strong in

22   these combinations of skills and so on, but if one was to do

23   that, one could get to minus 1.02, which is his preferred

24   model.

25           THE COURT:  You're basically saying that the

1    difference between -- what accounts for the fact that you

2    conclude one thing and he concludes another thing is the

3    inclusion of the personal rating and the ALDCs.

4         THE WITNESS:  Inclusion of the personal rating,

5    yes, Your Honor.  Inclusion of the -- actually, inclusion of

6    the other variables:  The parental occupation and staff

7    interview, intended career variables.

8         THE COURT:  But that doesn't have much of an

9    effect, right?

10        THE WITNESS:  Well, that gets him to minus 0.38.

11   What is statistically significant --

12        THE COURT:  But the things that really are driving

13   your different conclusions are the personal rating and the

14   ALDCs?  Or no?

15        THE WITNESS:  Well, it's a combination of the three

16   things, actually, Your Honor.

17        THE COURT:  Parental occupation, personal rating,

18   ALDCs.

19        THE WITNESS:  Yeah, parental occupation and the

20   intended career and staff interview, together, the three.

21        My recollection is if I just exclude the ALDCs,

22   that the average marginal effect is not statistically

23   significant, but I may be incorrect on that.

24   Q.  Just to clarify, when Her Honor was asking you the

25   question yesterday whether the order matters and whether you

1    can sort of estimate what the model will show about average

2    marginal effect irrespective of what order they're in, do you

3    recall that in his testimony Dr. Arcidiacono used to explain

4    his view of this point a table that is from your report?

5    **A.**   Yes.

6    **Q.**   So focusing on the disputed modeling choices here, did

7    Dr. Arcidiacono make any modeling choice that makes his

8    estimate of Asian-American effect less negative?

9    **A.**   No.

10   **Q.**   And what does that tell you about his model?

11   **A.**   Well, it suggests that these exclusions are very

12   one-sided.

13   **Q.**   Can we have Defense Demonstrative 85, please.

14           And just very briefly summarize the differences

15   between your model and Dr. Arcidiacono's modeling choices

16   with respect to the actual process that Harvard uses.

17   **A.**   Right.  So in my view, the actual admissions process

18   includes all the applicants in the process, so that includes

19   the ALDCs.  It's a separate process across years for a

20   variety of reasons that I mentioned before.  And these sets

21   of factors, including the personal rating and then the other

22   set of factors, parental occupation, intended career, and

23   staff interview, are all important ingredients of the

24   admissions process.

25           So in my view, that's the actual process, and

1  that's what I've tried to do in my model.

2            Professor Arcidiacono, on the other hand, has

3  excluded the ALDCs, fit a model -- single model and excluded

4  these factors.

5  **Q.**  Did you examine which model, that is, yours or his,

6  better explains the actual admissions decisions?

7  **A.**  Yes, I did.

8  **Q.**  Please turn to Tab 24 in your binder and tell me when

9  you've found Defense Exhibit 702.

10 **A.**  Yes.

11 **Q.**  What is this document?

12 **A.**  The first document shows the standard error of his model

13 and my model in different years for his model, and then

14 pooled and then my model pooled, talking about this issue of

15 power that we talked about yesterday.

16           And the second shows the R-squared for his model

17 and my model.

18           MR. WAXMAN:  Your Honor, we'd offer Defense Exhibit

19 702 in evidence.

20           MR. MORTARA:  No objection, Your Honor.

21           THE COURT:  It's admitted.

22           (Defendant Exhibit 702 admitted into evidence.)

23 **Q.**  Mr. Lee, may we have slide 86, please.

24           What does this demonstrative show?

25 **A.**  So this is showing the difference in explanatory power of

1    my preferred model and Professor Arcidiacono's preferred

2    model in terms of how they're explaining the variation.

3            So my model has about 64 percent of the overall

4    variation from student to student and whether they're

5    admitted or not, explained by the factors in the model.  So

6    importantly still 36 percent is omitted, and that is a higher

7    fraction, a notably higher fraction than Professor

8    Arcidiacono's model, which is only 56 percent.

9    **Q.**  So in your view, is this a significantly different -- is

10   this a significant difference in the explanatory power of

11   your model versus Dr. Arcidiacono's model?

12   **A.**  In my view, this is a very important difference.  And

13   quite notable.

14   **Q.**  Let me now turn to one other topic before we leave the

15   personal rating.

16           Did you hear Dr. Arcidiacono testify about the

17   phrase "standard strong" as applied to certain applicants?

18   **A.**  I did, yes.

19   **Q.**  And Mr. Lee, may we please have Plaintiff's Demonstrative

20   38.41.

21           Do you recall Dr. Arcidiacono showing this chart to

22   suggest that Asian-Americans with comments indicating

23   standard strong are stronger than white applicants who

24   receive that evaluation?

25   **A.**  I do, yes.

1    **Q.**  Is it true?

2    **A.**  Not in my view, no.  The problem is that Professor

3    Arcidiacono is looking, most importantly, here, in terms of

4    math, SAT math, SAT verbal, academic index, academic rating

5    of 2 or better.  So he's, again, kind of focusing on the

6    academic dimension.

7              And as I've tried to emphasize, it's a

8    multidimensional admissions process.  And what's really

9    important in understanding different students is that overall

10   strength on these multiple dimensions.  So this chart doesn't

11   even show the fraction rated athletic 2 or better, which I've

12   shown is a very important additional component.

13   **Q.**  Please turn to Tab 31 of your binder and tell me when you

14   find Defense Exhibit 709.

15   **A.**  I found it, yes.

16   **Q.**  What is this document?

17   **A.**  It's the average sum of profile ratings for

18   Asian-American and white students who are described as

19   standard strong.

20   **Q.**  So does this include all four of the profile ratings as

21   opposed to Dr. Arcidiacono's demonstrative?

22   **A.**  Yes.

23   **Q.**  And what does it show?

24   **A.**  Well, evaluating students in terms of their combinations

25   of these four strengths, it shows that amongst the students

1    who are labeled as standard strong, the sum of the ratings

2    for Asian-American and white students is essentially the

3    same.  It's very, very far from statistically significant

4    difference and very, very small in magnitude.

5                So my understanding of this, my interpretation of

6    this is that effectively on -- in terms of their overall

7    evaluation on the multiple dimensions that Harvard values,

8    they're identical.

9                MR. WAXMAN:  Your Honor, we offer Defense Exhibit

10   709 in evidence.

11               MR. MORTARA:  No objection.

12               (Defendant Exhibit 709 admitted into evidence.)

13   Q.   Mr. Lee, can you please project Defense Demonstrative 89?

14               THE COURT:  Can I ask one more question?

15               MR. WAXMAN:  Oh, I'm sorry.

16               THE COURT:  Did you look at the admissions data for

17   the standard strongs?

18               THE WITNESS:  Thank you, Your Honor.

19               No, I couldn't really do that because there was

20   just a set of files that had standard strong.  There was a

21   relatively small number of such files, but I don't believe

22   that we had a measure of whether, like, any, you know, in the

23   overall 150,000, we didn't have a variable that indicated

24   whether standard strong appeared.  Just like we didn't have

25   any of the other marginal comments or anything like that.

1    **Q.**  Do you recall whether the Office of Civil Rights, when it

2    did its two-year study, did do something like that?

3    **A.**  They mention that in their report, yes.

4    **Q.**  So looking at -- can we have Defense Demonstrative 89,

5    please.

6           And what does this show?

7    **A.**  Well, this shows what we just reviewed.

8           So this is a simplified summary of the previous --

9    the exhibit.  And it shows the sum of the four ratings among

10   students who are labeled standard strong and the set of files

11   that were pulled out that had standard strong mentioned.

12   **Q.**  And what do you conclude from this with respect to

13   Dr. Arcidiacono's demonstrative?

14   **A.**  Well, I think it's an incomplete representation of the

15   actual relative strengths of Asians and whites who are

16   labeled standard strong.

17          If you look closely at their overall combination of

18   strengths, they're virtually identical.

19   **Q.**  Bottom line, does Harvard admissions office treat Asian

20   applicants any different than white applicants?

21   **A.**  In my view, no.  In my view, the statistical evidence

22   strongly supports the conclusion that there's no difference

23   between them.  There's no statistically significant

24   difference.  The magnitude of the average marginal effect in

25   the admissions model taken as a whole across all the years is

1   very small in size, very far from statistically significant.

2   None of the individual years is statistically significant.

3   They bounce around, some positive, some negative.  So it's

4   exactly the kind of pattern of findings that one would expect

5   if there was truly a zero difference between the two.  And

6   that's what I conclude.

7   **Q.**   Have you seen any evidence to suggest that Harvard

8   discriminates against Asian-American applicants?

9   **A.**   I don't believe any statistical evidence support that

10  claim, and I'm not aware of any evidence from testimony or

11  evidence of actual process of discrimination.

12  **Q.**   Let's turn to Defense Demonstrative 10.92.

13         It's been a while since we've had this up.  We have

14  to retrieve it from archives, I think.

15         And let's focus on the second question that you

16  were asked to address in this case.  How did you go about

17  analyzing the extent to which race plays a role in Harvard's

18  admissions process?

19  **A.**   Well, the main things I did were two.  First, I looked at

20  the individual effect or the specific effect of race

21  variables alone in the admissions procedure and compared that

22  to the effects of other single sets of variables, for

23  example, variables like parental occupation or variables like

24  the ratings of teachers and the alumni interviewers.

25         And then I used my model, my admissions model, to

1    look at the magnitude of the tip that is offered to different

2    race groups across different groups of students.

3    **Q.**  Well, let's start with the first analysis.  How did you

4    analyze the extent to which race alone can predict admission

5    outcomes?

6    **A.**  What I did was along the same lines of some of the

7    exercises we've seen before.  I looked at the overall

8    explanatory power of race alone in explaining

9    student-to-student admissions decisions relative to the

10   overall explanatory power of other types of factors in

11   explaining student-to-student admissions outcomes.

12   **Q.**  And would you turn to your -- in your binder to Tab 34.

13   **A.**  Yes.

14   **Q.**  What is Defense Exhibit 715?

15   **A.**  It's pseudo R-squared values of various admissions

16   models -- of admission models containing various controls.

17              MR. WAXMAN:  We offer Defense Exhibit 715 into

18   evidence.

19              MR. MORTARA:  No objection.

20              THE COURT:  Admitted.

21          (Defendant Exhibit 715 admitted into evidence.)

22   **Q.**  Please turn, Professor Card, to Tab 35.

23   **A.**  Yes.

24   **Q.**  Do you find Defense Exhibit 716?

25   **A.**  I do, yes.

1    **Q.**   And what is that?

2    **A.**   It's changes in explanatory power of my model of

3    admissions when the effects of different variables are

4    removed.

5          MR. WAXMAN:   Your Honor, we offer Defense Exhibit

6    716 into evidence.

7          MR. MORTARA:   No objection.

8          THE COURT:   Admitted.

9          (Defendant Exhibit 716 admitted into evidence.)

10   **Q.**   Mr. Lee, let's please display 10.93 on the screen.

11         And Professor Card, what does this show?

12   **A.**   So this is the graphical illustration of this first

13   exercise I did to assess the magnitude or importance of race

14   in the admissions decision.

15         So each of these is the R-squared -- each of these

16   bars represents the R-squared or the fraction of explained

17   variability from student to student in the yes-no decision of

18   whether a student is admitted.

19         So starting on the left, I show what fraction of

20   that would be explained if one only used the four profile

21   ratings, nothing else.  So none of the other contextual

22   variables, no race information, nothing else.  And one can

23   see that those four variables alone would explain about 38

24   percent of the overall differences from student to student in

25   probability of admission.

1          The next bar shows the teacher and guidance
2     counselor ratings alone.  So these are just the three school
3     support ratings variables, and those variables alone, you can
4     see, have a fairly high explanatory power.  So those three
5     variables alone explain about 19 percent of the outcome.
6          The alumni interviewer ratings, the next bar,
7     explain about 13 percent.
8          The next bar shows explanatory power of a set of
9     contextual factors from the college board data on
10    characteristics of high schools and neighborhoods.  Those
11    variables explain about 6 percent.
12         And this is individually, I emphasize.  So in each
13    case I'm using these variables alone in my model, nothing
14    else.
15         So when I get -- docket explains about 2 percent,
16    so there's these domestic dockets we've talked about.
17         Intended career one of the variables we talked
18    about explains about 1 percent, that in itself.  Intended
19    major explains about 1 percent.  And by comparison, race by
20    itself explains 0.2 percent.  So relative to all these other
21    factors, race per se is a very, very small component of
22    explanatory power.
23    **Q.**  So does that mean that race has no effect on admissions?
24    **A.**  No, not at all.
25    **Q.**  How so?

1    **A.**   Well, this is an example of the fact that any individual

2    factor in the admissions process can be important but only

3    for students who are highly competitive, exactly the kind of

4    point I was making in my hypothetical example where I looked

5    at the S-curve relationship for retirement and pointed out,

6    for example, that presence of a spouse at home, for instance,

7    would not necessarily have much effect on retirement except

8    for people who are in kind of the bubble range.  And for that

9    group of people, there can be an effect, even though on

10   average the effect across everyone is relatively small, or

11   that variable doesn't explain very much of the outcome.

12   **Q.**   And the bubble range for purposes of this case is what?

13   **A.**   For purposes of this case, the bubble range is going to

14   be for students who have at least, I would argue, one

15   strength and possibly two strengths, are in the upper group

16   of the entire admissions pool in terms of their combination

17   of strengths.

18   **Q.**   So when we talk about the upper range, are we talking

19   about applicants who are highly competitive on many

20   dimensions?

21   **A.**   We are, yes.

22   **Q.**   So turning to the second analysis that you mentioned,

23   comparing race to other factors for competitive applicants,

24   how did you determine which applicants were the most

25   competitive?

1    **A.**   So I used my admissions model and I constructed -- or I

2    thought about it in terms of exactly the same kind of

3    framework as we're thinking about in this hypothetical with

4    retirement.

5            So I used my admissions model, and I looked at the

6    overall strength of an applicant, taking account of all of

7    their different features.  So there's the school support,

8    their profile ratings, the contextual factors and all of that

9    additional information, and then I tried to -- but in the

10   case of race, what I would do is I would ignore or turn off

11   any impact of race in that evaluation.  So I'd rank all the

12   students by that characteristic and then proceed.

13   **Q.**   Okay.  Can you turn to Tab 2 of Volume 2?

14   **A.**   Yes.

15   **Q.**   Do you find Defense Exhibit 670?

16   **A.**   Yes.

17   **Q.**   What is this?

18   **A.**   So this is four -- this is the cumulative distribution of

19   applicants' predicted probability of admission.

20           MR. WAXMAN:  Your Honor, we offer Defense Exhibit

21   670 into evidence.

22           MR. MORTARA:  No objection.

23           THE COURT:  It's admitted.

24           (Defendant Exhibit 670 admitted into evidence.)

25   **Q.**   Turning now, Mr. Lee, to Defense Demonstrative 94.

1          What is this showing?

2     **A.**   So this is showing, based on the -- exactly the previous

3     document that just went into evidence, this is showing the

4     predicted probability of admission for students when I use

5     the procedure I was describing of ranking students by their

6     strength.

7          And one can see that it's got the same kind of

8     S-curve relationship or logistical curve relationship as we

9     saw in my simple hypothetical.

10         So for something like the bottom two-thirds of the

11    admissions pool, their predicted probability of admissions is

12    essentially zero.  So that group of students is out of the

13    money.  There's no combination -- there's no single variable

14    that can have any effect on their admissions probability.  So

15    that's the first group.

16         The next group of students -- we can see that

17    contrary to my retirement example, there really aren't any

18    students who have extraordinarily high probabilities.

19    There's like a couple of students who are in the 90s.

20    **Q.**   We're now talking about the right hand?

21    **A.**   The right hand, yes.  So we can say there's a group of

22    students who I would say are on the bubble, and that's

23    starting around the 75th percentile of academic strength.  So

24    when I take all the applicants and order them by their

25    strength, I get to the 75th percentile.

1          And the point that's important to take away from

2    this graph is, while it's the case that for students with low

3    probabilities of admission, some feature like one more

4    strength or going to a single type of strength or being from

5    sparse country or being of a particular racial group, for

6    those students with low probabilities of admission, we have

7    essentially a negligible effect.

8          But when we get to the bubble range, now when I

9    take a student, for example, at around, say, the 90th

10   percentile -- remember, only seven percent of all students

11   are going to get in.  So the 90 percentile group on average

12   is not too good.  They're only the tenth percent -- they're

13   out of the money.

14         But for that group students at the 90th percentile,

15   if I could give them one more factor that would push them up

16   from the 90th percentile to the 93rd or 94th percentile, one

17   can see that could have a very large effect on the

18   probability of admission.

19         And so this is an extremely important point:  That

20   once a student has some combination of strengths, then one

21   more can really make a big marginal difference.  So that one

22   additional strength can have a very large effect relative to

23   the set of previous strengths that they had.

24         Now, importantly, which of those strengths -- so

25   suppose a student has -- I talked about this before.  But

1    suppose a student has three strengths and I move them to

2    four.  Which of the ones is the one that caused them to have

3    the high probability is entirely unclear because it's one of

4    many.

5            So this kind of illustrates this concept of when

6    students are highly competitive and in the bubble range, it's

7    really due to a combination of strengths, and it's -- the

8    isolating effect of any one of many has to be put in that

9    context.

10   **Q.**   Would you please turn to Tab 36 in your binder.

11   **A.**   Yes.

12   **Q.**   What is Defense Exhibit 718?

13   **A.**   So it's average marginal effects of various factors by

14   admissions index decile.

15   **Q.**   Is this a summary of the analysis you just described?

16   **A.**   In part.

17           MR. WAXMAN:  Your Honor, we offer Defense Exhibit

18   718 into evidence.

19           MR. MORTARA:  No objection.

20           THE COURT:  It's admitted.

21           (Defendant Exhibit 718 admitted into evidence.)

22   **Q.**   Turn, please, Mr. Lee, to Demonstrative 97.

23           What is this showing?

24   **A.**   So now what I'm going to do is I'm going to focus on the

25   marginal effect of African-American or Hispanic or other

1    ethnicity.  And I apologize, I'm going to say Hispanic

2    sometimes when I mean Hispanic or other.  So in my analysis

3    and Professor Arcidiacono's analysis, the Hispanic group

4    includes some other people of other ethnicities, Hawaiian,

5    Alaskan-American and stuff like that.  So that's the group

6    we're talking about.

7            And so what I've done on the axis, as before, I've

8    ranked all the students in the application pool, all the

9    students, not just African-American students, but all the

10   students in the application pool, including the

11   African-American students, by their strength of admission and

12   from 1 to 10 deciles but not using any tip for race.

13           So when we get to the sixth or seventh decile,

14   we're into a range wherein students are getting to be having

15   some combination of strengths already.  And one can see when

16   one gets -- first of all, when one is in the bottom half of

17   the distribution, when a student is in the bottom half of the

18   distribution, there really is no effect of race on the

19   additional probability of admission.

20           But when one gets to, say, like the eighth decile,

21   now one is well into the bubble range, independent of any tip

22   associated with race.  So now a student would probably have,

23   say, two or even three strengths.

24           And now one of those in that case, having that base

25   of strength, being in addition an African-American applicant

1    would increase the probability of admission by an additional

2    25 percent.  Being a Hispanic would increase their

3    probability of admission by 8 or 9 percent.

4              And similarly, if one goes now to the ninth decile,

5    now one is into the very steep part of the S-curve.

6    **Q.**  Just to be clear, the ninth decile is from -- is the 80th

7    to the 89th percent highest group of applicants?

8    **A.**  Yes.  89.999 percent, yes.

9    **Q.**  Sorry.  We lawyers are not good with decimal points, but

10   I take your point.

11   **A.**  Yes.  But it goes all the way up but does not touch.

12   **Q.**  So the tenth decile is the decile between 90 and 100?

13   **A.**  Yes, yes.

14   **Q.**  Okay.

15   **A.**  So if we focus on students -- now we're ranking all the

16   students -- I want to emphasize very clearly that I'm ranking

17   all the students by all of their strengths except race.  So

18   there's some 200 factors in this model.  So all 200 are in

19   there except any effect of race.

20             I'm putting these into these different groups.  And

21   now in the ninth decile, this is the group of students who

22   are at the very steepest part of the S-curve.  For that group

23   of students, if at that point I turn on the effect of being

24   African-American, then I'm going to increase their

25   probability of admission by about 50 percentage points.  And

1    if I take an Hispanic student, for those students in the

2    ninth decile with these very strong combination of skills,

3    then I'm going to increase their probability of admission by

4    around 21 or 22 percentage points.

5    Q.   And is this result that we're seeing here consistent with

6    what you would expect?

7    A.   Yes, it's driven by this important feature of the S-curve

8    that I talked about yesterday in regard to the retirement

9    hypothetical.

10            So it's driven by the fact that, first of all,

11   very, very many students are out of the money.  And when one

12   gets to the upper deciles, in particular the upper two or

13   three deciles, those are the students that have a combination

14   of strengths.  And then with that base of, say, good

15   academics and a good extracurricular, then one additional

16   factor could make a substantial difference.

17            And that's exactly I believe how the admissions

18   process works.

19   Q.   And these -- what we're showing here are marginal

20   effects, correct, not coefficients?

21   A.   Yes.  Again, these are average marginal effects across

22   all the students in that decile.

23   Q.   And can you just remind us again of the difference

24   between the two?

25   A.   Yes.  So I want to emphasize that the average effect does

1    not mean that this is an effect for any given individual.

2    So, for example, in the ninth decile or eighth decile,

3    there's going to be students who get in and students who

4    don't get in.  So the individual is always much different

5    than the average.

6    **Q.**  What's termed --

7              THE COURT:  I'm sorry, Mr. Waxman.  Did you do this

8    analysis for Asians?

9              THE WITNESS:  No, Your Honor, because there's no

10   tip for Asians in my model.  It's minus .05, yeah.

11             THE COURT:  Okay.

12   BY MR. WAXMAN:

13   **Q.**  Mr. Lee, can we please have Demonstrative 98.

14             What is this showing?

15   **A.**  This is a set of graphs very similar in setup meant to

16   contextualize or help interpret the bumps or boosts that we

17   see for African-American and Hispanic students in different

18   deciles compared to other important attributes of students.

19             So, for example, focusing on the lineage case in

20   the middle upper panel, what I've done is taken all the

21   students in the admissions pool from my admissions model and

22   I've turned off lineage.  I said, I'm going to ignore lineage

23   and rank them by all other strengths.

24             Then for students in the eighth or ninth decile, by

25   that overall measure of combination of strengths, I'm going

1    to look at what would be the increase in admissions

2    probability if, say, starting in the ninth decile in this

3    very sharp S-curve part of the relationship, what would be

4    the effect of being a lineage student and, similarly, what

5    would be the effect of different ratings combinations.

6            Now, in the case of the ratings combinations, what

7    I've done is I've taken a student, for example, with an

8    academic rating of 1.  I've taken all of those students and

9    I've turned them down to a 3, which is kind of the base group

10   for academics.  Similarly for extracurricular or similarly

11   for personal.

12           So taking all the students but turning down the

13   academic 1s to an academic 3, re-rank them into the groups,

14   and now turn on their academic 1.  And so this is the result

15   showing the average marginal effect, for instance, if a

16   student with -- who would otherwise be an academic 1, but

17   I've put them into, say, the eighth decile by turning off

18   their academic 1, and then I turn on their academic 1, it's

19   going to increase their probability of admission if they're

20   in the eighth decile with all these other strengths up to

21   around 65 percent or so.

22   **Q.**  And, again, why do any of these factors have such a large

23   marginal effect for competitive applicants when the process

24   considers so many, many different factors?

25   **A.**  Well, as I tried to emphasize, once one gets into the

1    bubble range, those are going to be students that have a

2    combination of strengths.  So they're going to have two,

3    three, four strengths.

4            So when you're in that range, first of all, there's

5    a base of strength -- thank you -- and so you're starting,

6    let's say, around the 90th percentile.  So one more factor

7    that pushes you up a relatively small amount in terms of

8    going, say, from the 90th to the 93rd percentile can have

9    quite a large effect on your probability of admission.  So

10   that's a characteristic.

11           It's a combination of the fact that it's a multiple

12   dimensional admissions procedure.  So there's multiple

13   factors, any one of which, if it was considered the marginal

14   one, could have a big positive effect.

15   **Q.**  Can we go back to the previous demonstrative, 98, and

16   let's focus, and use, for example, the lineage applicants.

17   Let's consider a lineage applicant in decile 9.  This would

18   be the applicants in the decile between 80 percent

19   probability of admission and 89 if I have you right, .999

20   percent?

21   **A.**  Yes.

22   **Q.**  What is roughly the average marginal effect of lineage

23   status for that applicant?

24   **A.**  Reading off the graph, it's around 31 or 32 percentage

25   points.

1   **Q.**   Does that mean that the applicant is likely to be

2   admitted?

3   **A.**   It means that I don't, off the top of my head, know the

4   average -- the underlying average probability of admission.

5   It would mean that the probability of admission is far below

6   1.  So any given individual, even in that group and even with

7   the lineage turned on, would not be assured admission.

8   **Q.**   And so is lineage -- would this mean, this increase in

9   their probability of admission mean that lineage status is

10   decisive for that applicant?

11   **A.**   No, not at all because you recall to get to the ninth

12   decile they would have to have a combination of these other

13   strengths.  So if I took a student who, say, is an academic

14   2, an extracurricular 2 and an athletic 2, got them into the

15   ninth decile and then turned on their lineage, then I would

16   see an effect like a 30 percent point.

17         But if I gave them the lineage and the academic 2

18   and the extracurricular 2 and turn on the athletic 2, I would

19   see a similar boost.  So any one of those four factors would

20   have this large marginal effect because I'm starting with a

21   base of three other factors that are strong.

22   **Q.**   Consider an African-American applicant in decile 9.  What

23   is, roughly, the average marginal effect of race for that

24   applicant?

25   **A.**   It's just over 50 percentage points.

**Q.**  And does that mean that race is decisive for that applicant?

**A.**  No, not at all.  Because there are other factors that are contributing to getting them to the ninth decile and at that point, on average, it's true that there's an increase in probability, big increase in the probability of admission for that group, but that's on top of this other base.

And even accounting for that increase in probability, there is still uncertainty as to whether they're going to get in or not.

**Q.**  Is it possible to think of these graphs as showing the magnitude of the various, quote, tips for highly competitive applicants?

**A.**  Yes.  This is showing that the magnitude of any specific tip taken individually, one at a time, can appear to be quite large in a process which values many dimensions of strength when one gets into the bubble range.

THE COURT:  Why are the tips in the ninth percentile worth more than in the tenth percentile?

THE WITNESS:  Good question, Your Honor.

The reason why is by reference to the S-curve.  When you're up to the high end, if you're really high, like, let's say, someone who gets an academic rating of one 1 -- thank you Mr. Lee -- if you're at an academic -- if you're in the tenth decile without your academic 1, an academic 1 is

1    going to put you to 100 percent.  So the marginal boost --

2    they're so strong already that it doesn't have far to go.

3            THE COURT:  Sorry.  Flagging.

4            MR. WAXMAN:  Did that answer Your Honor's question?

5            THE COURT:  Yes.  Doesn't make any difference for

6    them because they're already getting in, basically.

7            THE WITNESS:  They're at the upper part of the

8    S-curve, so the gap that they can possibly go up is smaller,

9    yes.

10   BY MR. WAXMAN:

11   Q.  If somebody doesn't have one of these tips, say the

12   legacy tip, does that person suffer a penalty?

13   A.  Well, again, that's not my interpretation of the process.

14   My interpretation is that there's kind of a baseline group,

15   and then from that base, anybody who has a valuable attribute

16   like an extracurricular rating of 1 gets a tip.  Or, you

17   know, more specifically thinking of somebody who has a very

18   specific skill like a very high level of academic

19   achievement, those individuals can get a tip.

20           But that doesn't mean that the other people are

21   being disadvantaged by the presence of those highly talented

22   people, in my view.

23   Q.  Do these graphs show, for example, that Harvard

24   discriminates against non-legacy applicants?

25   A.  That would not be my interpretation, no.

**Q.**   Did you hear Dr. Arcidiacono concede that under his analysis there is a white penalty?

**A.**   I heard him say that, yes.

**Q.**   Do you agree that there is a white penalty?

**A.**   That would -- no.  No, that's not the way I would pose it, no.

**Q.**   Can you please summarize your conclusions regarding the effect of race in the admissions process?

**A.**   Yes.  So I have two rather straightforward summary points.

             The first is that if one looks just at race per se as a variable, it has a very, very small, almost negligible effect on the overall probability of admission.

             So race in isolation has almost no contribution to the overall explanatory power, is very, very small, and much below many, many other factors, including variables like contextual factors and certainly including variables like the profile ratings.  So that's the first conclusion.

             The second conclusion is that when you get to highly competitive applicants in the upper ranges of skill of the applicant pool who have characteristics that already put them in the bubble and already put them in a range where they're competitive, then the presence of being an African-American or being an Hispanic can be one more factor that increases their probability of admission in some cases

1    by a notable amount.

2    **Q.**  Thank you.

3             Before we turn to the racial balancing claim that

4    is Count 3 of the complaint, I just want to return you back

5    to the personal rating because my even older partner,

6    Mr. Lee, thinks that I have not asked questions that

7    clarified something sufficiently.

8             So that he's clarified, let me just beg your

9    indulgence on a couple of questions.

10            Professor Arcidiacono claims that the way Harvard

11   discriminates against Asian-Americans is by the personal

12   rating.  Do you understand that?

13   **A.**  Yes, I believe he has asserted that that's one of the

14   primary or the primary mechanism by which they do it, yes.

15   **Q.**  Now, let me focus you on the gap between whites and

16   Asian-Americans on the personal rating.  Do you have that in

17   mind?

18   **A.**  Yes.

19   **Q.**  For both the ALDC and the non-ALDC applicants, the

20   Asian-American personal ratings were lower than for whites.

21   Correct?

22   **A.**  Yes, that's correct.

23   **Q.**  Was the difference greater for the ALDCs or the

24   non-ALDCs?

25   **A.**  Well, the difference is actually greater.  In other

1    words, the Asian-American ALDCs are further behind the white

2    ALDCs than is the case for the non-ALDCs, yes.

3    Q.  But you understand that Professor Arcidiacono has

4    conceded that there is no discrimination against

5    Asian-American applicants who are in the ALDC group?

6    A.  Yes, that's my understanding, yes, clearly.

7    Q.  And the gap is smaller between Asian-Americans and whites

8    for the non-ALDC group; is that correct?

9    A.  The gap in the personal rating is smaller for the

10   non-ALDC group, yes.

11   Q.  But in that instance, his contention is there is

12   discrimination against Asian-Americans, correct?

13   A.  Yes.

14           MR. WAXMAN:  Is that quite clear to you, Mr. Lee?

15           MR. LEE:  It is now.  It happens with age.

16   Q.  Let's turn now to the racial balancing claim, Count 3 of

17   the complaint.  And can we have Demonstrative 99 and the

18   third question you examined:  Whether statistics support

19   SFFA's claim of racial balancing.

20           Did you hear or review testimony earlier in this

21   trial on the use of one-pagers?

22   A.  I did, yes.

23   Q.  And you heard -- did you hear Mr. Mortara argue in his

24   opening statement that Harvard uses the one-pagers, what are

25   referred to as the one-pagers to, quote, match up the racial

1   composition of the class to the prior year?

2         Did you hear that?

3   **A.**  I recall that, yes.

4   **Q.**  Did you do any statistical analysis that sheds light on

5   whether Harvard actually acted in that way?

6   **A.**  I did, yes.

7   **Q.**  And what did you find?

8   **A.**  Well, what I found is that, in my view, there's no

9   evidence that that's going on.

10  **Q.**  Can you please turn to Tab 32 in your binder and tell me

11  when you've found Defense Exhibit 711.

12  **A.**  Yes.

13  **Q.**  And what is this document?

14  **A.**  So this is the annual percentage change in various race

15  groups in the proportion of admitted students and annual

16  percentage change in various race groups in the proportion of

17  matriculating students.

18        MR. WAXMAN:  Your Honor, we offer Defense Exhibit

19  711 into evidence.

20        MR. MORTARA:  No objection.

21        THE COURT:  Admitted.

22        (Defendant Exhibit 711 admitted into evidence.)

23  **Q.**  Mr. Lee, let's display demonstrative 100.

24        And what is this showing?

25  **A.**  So this is meant to directly address the question of

1    whether there's somehow year-to-year balancing in the

2    composition of the admitted pool of students, racial

3    composition of the admitted pool of students at Harvard.

4              So what I've done for each of these four racial

5    groups is I've -- and I'm using here data that is not -- it's

6    a combination of other data because I'm able to go back all

7    the way to 2001 for using some aggregated data that Harvard

8    has made available.

9              So I'm showing, for example, the percentage change

10   in the share of one of these racial groups from the previous

11   year to the current year.

12   **Q.**  So can you illustrate that by showing us a few -- pick

13   out a few years?

14   **A.**  Yes.  So let's start with the African-American admitted

15   students 2001, minus 4 percent.  It would say that relative

16   to the previous year, the share of African-American students

17   in the admitted pool of students, all the students who are

18   admitted, their share fell by 4 percent.

19              In 2002, between -- that's relative to 2001.

20              From 2001 to 2002 it then rose by 14 percent.  If

21   one looks, for example, at the Asian-American graph, one can

22   see from 2000 to 2001, their share, the Asian-American share

23   in the admitted pool, rose by 5 percent between 2000 and

24   2001.  It rose by another 5 percent between 2001 and 2002.

25   Then it fell by 8 percent between 2002 and 2003.

1    And one can see if one looks at this graph a

2    pattern of often fairly large changes in the year-to-year

3    shares of each race group in the admitted pool.

4    **Q.**  And if Harvard were trying to match the racial

5    composition of the prior class, what do these charts suggest?

6    **A.**  Well, they're not doing a very good job, I guess, would

7    be one way of putting it.  Another way to say it would be it

8    doesn't seem like that that could possibly be going on

9    because these changes -- these are big percentage changes in

10   year to year.

11   **Q.**  So in addition to analyzing the year-to-year changes in

12   the pool of students who get acceptance letters, did you also

13   analyze the change in the share of the matriculating class,

14   that is, the students who actually attend?

15   **A.**  I did, yes.

16   **Q.**  And please display 101.

17   And what is this showing?

18   **A.**  So this is an exactly parallel analysis now focusing on

19   the shares of matriculating students.  So the students who

20   are offered admission and decide to take it up and come to

21   Harvard, agree to come, from year to year for each of the

22   four racial groups.

23   So, for example, focusing on the Asian-American in

24   the upper left from 2000 to 2001, the Asian-American share of

25   the matriculating students rose by 5 percent; 2002, rose by

1    7; '3, fell by 7 and so on.

2    **Q.**  So what do you conclude based on the data that we've just

3    discussed?

4    **A.**  Well, again, it seems there's not any evidence of trying

5    to stabilize the year-to-year racial shares of the

6    matriculating class.

7    **Q.**  Did you look at any other data on these issues?

8    **A.**  Yes, I looked at a broader perspective on the actual

9    levels of the shares of each of the race groups over time.

10   **Q.**  Can you please turn to Tab 33 in your book and tell me

11   when you've found Defense Exhibit 713.

12   **A.**  Yes.

13   **Q.**  What does that show?

14   **A.**  It's two exhibits, the Asian-American, African-American

15   and Hispanic shares of applicants to the class of 2018 [sic]

16   to 2019, and the shares admitted to the class of 2018 [sic]

17   to 2019.

18   **Q.**  When you said it's two exhibits, I think what you meant

19   to say is it's two pages to the exhibit.

20   **A.**  Two pages, sorry.

21                MR. WAXMAN:  Your Honor, we offer Defense 713

22   into evidence.

23                MR. MORTARA:  No objection.

24                THE COURT:  Admitted.

25                (Defendant Exhibit 713 admitted into evidence.)

1  **Q.**  Let's turn to slide 102, please, Mr. Lee.  What is this

2  showing?

3  **A.**  Okay.  So this is showing the share -- the applicant

4  pool.  So this is the share of all the students who apply to

5  Harvard who are in different racial groups between 1970 and

6  2019.  And this is the share overall, including in the

7  denominator, international students.  So slightly different

8  than some of the shares that we've talked about before or

9  things we've talked about before.

10  **Q.**  Let's turn now to Defense Demonstrative 10.103.

11          And what is this showing?

12  **A.**  This is showing the share of admitted -- the share -- the

13  different race groups in the admitted class from 1980 to

14  2019.

15  **Q.**  Now, Mr. Lee, if you can display slide 104.  I think

16  we'll see the two graphs together on one page.

17          Looking particularly at the years in question in

18  this case, which chart shows more year-to-year variation?

19  **A.**  To me it seems clear that, for instance, looking at

20  Hispanic and African-American, you can see wide swings from

21  year to year, particularly in the Hispanic share, but also

22  the African-American share of admitted students, whereas the

23  shares of applicants are a little bit more stable.  So this

24  is the opposite pattern than one would expect to see if

25  Harvard was trying to stabilize the admitted students

1    relative to the students who apply.

2              So if they were really trying to stabilize the

3    shares of admitted students, then they would take kind of a

4    noisy share of applicants and create a smooth or constant

5    share of admitted students.  And the pattern is actually

6    completely contrary to that.

7    Q.  Let's turn to Demonstrative 105, please.

8              And let's look now at the last question you

9    addressed in this case.

10             MR. WAXMAN:  Your Honor, it's 12:30 and we are at

11   great stopping point.

12             THE COURT:  We will recess until 1:00.  Thank you,

13   all.

14             (Recess taken 12:33 p.m.)

15

16

17

18

19

20

21

22

23

24

25

```
 1                    **** AFTERNOON SESSION ****

 2              THE CLERK:  All rise.  Court is in session.  Please

 3    be seated.

 4              THE COURT:  Did you get lunch?

 5              MR. WAXMAN:  I did, thank you.

 6              THE COURT:  Did you get lunch, Dr. Card?

 7              THE WITNESS:  Yes, I did.

 8              THE COURT:  All right.  Excellent.  When you're

 9    ready.

10              MR. WAXMAN:  Thank you.

11    BY MR. WAXMAN:

12    Q.  Looking at demonstrative 105 and the last question you

13    were asked to address in this case, the effect that

14    eliminating race on the admissions process would have on the

15    composition of Harvard's class.

16              Before we discuss your analysis, Professor Card,

17    are you expressing any view on what characteristics Harvard

18    should value in an admitted class?

19    A.  No.

20    Q.  Did you review the report produced by the committee to

21    study race-neutral alternatives in Harvard College admission?

22    A.  Yes, I did.

23    Q.  And what was your understanding of the division of labor

24    between you and the committee?

25    A.  My understanding was that I was to try and do essentially
```

1   the calculations involved in evaluating alternative

2   race-neutral alternatives, first to find some of them, to

3   look at the ones that Mr. Kahlenberg had done, and then

4   provide the numbers that the committee could then use.

5   **Q.**   Was it your job or the committee's job to decide whether

6   classes with those characteristics would or would not satisfy

7   Harvard's educational objectives?

8   **A.**   That was entirely the committee's job.

9   **Q.**   Let's look at demonstrative 106, please.  Can you please

10  walk us through the steps of your analysis.

11  **A.**   Yes.  So there's three basic steps.  The first step is to

12  consider the composition of the class if Harvard were to

13  remove consideration of race entirely in the admissions

14  process.

15          The second step would be to evaluate how the

16  composition of the class would change if it employed various

17  race-neutral alternatives.

18          And the third step was to evaluate how the

19  composition of the class would change if it used the approach

20  preferred by Mr. Kahlenberg.

21  **Q.**   So let's start with the effect of eliminating race.

22          Did you hear Dean Fitzsimmons and others testify

23  about Harvard's existing race-neutral efforts to promote

24  diversity?

25  **A.**   I did, yes.

1    **Q.**  If Harvard were to continue with all of those efforts but

2    then eliminate all consideration of race, would the racial

3    composition of its class change?

4    **A.**  Yes, I think so.

5    **Q.**  How did you calculate that?

6    **A.**  So what I did was I -- for today's purposes, I'm going to

7    focus on the class of 2019, which is the last of the six

8    years in the data set that we've analyzed.

9    **Q.**  May I interrupt you?  Is that also the class that

10   Mr. Kahlenberg identified and focused on?

11   **A.**  Yes.

12   **Q.**  Okay.

13   **A.**  So what I did is I took my model for that class, and I

14   used the exact model that I developed earlier and we've

15   talked about extensively, and I took that model and

16   effectively turned off all of the preference or whatever

17   effects associated with race and then, using that analysis,

18   recalculated the probabilities of admission for each student

19   without any race tips or whatever.  And then considered

20   through simulation methods the characteristics of the class

21   that would result in that case.

22   **Q.**  All right.  If we could have Slide 107, please.

23          What is this showing?

24   **A.**  So this is showing two charts.  The left chart is the

25   racial composition of the actual admitted class for the class

1    of 2019.  And I'm showing the five racial categories that

2    we've been using throughout the analysis and is employed in

3    all of my statistical models and so on.  So that class was

4    40 percent white, 24 percent Asian-American, 14 Hispanic or

5    other, 14 percent African-American, and 8 percent of those

6    students had race missing.

7                 And the second bar --

8    Q.  Thank you.

9    A.  -- is my estimate.  I should say this is an estimate

10   under the assumptions that the set of students who actually

11   apply to Harvard stayed the same in 2019, but the procedures

12   and admissions were changed to remove consideration of race.

13   So that class would be 48 percent white, 27 percent Asian,

14   9 percent Hispanic, 6 percent African-American, and

15   10 percent missing race.

16   Q.  Now, what data did you use for this analysis?  This is

17   again the class of 2019.

18   A.  Yes.  I'm using the NEVO database for the actual

19   characteristics of the students who applied to the class,

20   merged with the College Board data on information on the

21   characteristics of schools and neighborhoods.

22   Q.  Did you do a similar analysis for the class years in this

23   case other than 2019?

24   A.  Yes, I did.  I did an analysis for all of the other

25   years.

1    **Q.**   And were the results similar?

2    **A.**   Yes.  Broadly similar, yes.

3    **Q.**   Let's turn to Slide 108 and look at the second step.  Can

4    you remind us what the second step of your analysis was?

5    **A.**   Right.  So the second step of my analysis is to try and

6    evaluate how the composition of the class would change if

7    Harvard employed various race-neutral alternatives.

8    **Q.**   And how did you decide which alternatives to examine?

9    **A.**   Well, some of them were the kind of race-neutral

10   alternatives that have been proposed or discussed in the

11   existing literature.

12          There is an existing literature in this area.  Most

13   often the existing literature is evaluating proposals that

14   have been implemented or have been considered being

15   implemented in different settings, typically not a

16   Harvard-type setting.

17          And then I also used -- looked at the kind of

18   proposals that were in Mr. Kahlenberg's report.

19   **Q.**   Were there proposals that you considered from the

20   literature that were not in Mr. Kahlenberg's report?

21   **A.**   Yes.  In fact, I do consider one of those.

22   **Q.**   Which is that?

23   **A.**   I considered the possibility of eliminating the use of

24   the SAT in evaluating students, which is -- a number of even

25   fairly elite schools are doing that or have considered doing

1    that and a number of other schools as well.

2    **Q.**   Mr. Kahlenberg and SFFA have not proposed that; is that

3    correct?

4    **A.**   That's correct, yes.

5    **Q.**   Now, let's look at demonstrative 109, please.  And could

6    you identify the first -- can you identify the categories of

7    race-neutral alternatives that you explored?

8    **A.**   Right.  First I'm going to show what happens if in

9    addition to eliminating the effect of race in the admissions

10   process Harvard were also to eliminate policies that -- in

11   particular that Mr. Kahlenberg has alleged to benefit white

12   applicants.

13          Then I'm going to evaluate what would happen if

14   Harvard tried to change the admissions process and put more

15   weight on candidates with lower levels of socioeconomic

16   status as measured by the variables that are available in the

17   NEVO database.

18          Then I'm going to look at a couple of policies that

19   Mr. Kahlenberg points to that may -- that he argues could

20   promote diversity.

21          And then I'm going to look -- at the end, the

22   fourth thing I'm going to do is look at place-based-type

23   admissions policies.

24   **Q.**   Let's look at the first.  Can you identify the category

25   of practices that you analyzed under policies that allegedly

1   benefit white applicants?

2   **A.**   Well, the main thing I'm doing here is I'm turning off

3   any tip associated with ALDC groups.  So I'm taking --

4   eliminating ALDC.  I'm going to look at the effect of ending

5   early action, which Harvard did and then restored, and I'm

6   going to consider eliminating consideration of standardized

7   test scores.

8   **Q.**   So looking at demonstrative 112, please.  Let's start

9   with eliminating ALDC consideration.  First of all, can you

10  please turn to Tab 37 of your binder --

11  **A.**   Yes.

12  **Q.**   -- and tell me when you've found Defense Exhibit 720.

13  **A.**   720 is the simulated racial composition of the admitted

14  class after removing consideration of race, lineage, athletic

15  recruit status, whether an applicant's parents are Harvard

16  faculty and staff, or on the dean's or director's interest

17  list.

18          MR. WAXMAN:  Your Honor, we offer Defense

19  Exhibit 720.

20          MR. MORTARA:  No objection.

21          THE COURT:  Admitted.

22          (Defendant Exhibit No. 720 admitted.)

23          MR. WAXMAN:  Mr. Lee, may we have Slide 112 again?

24  BY MR. WAXMAN:

25  **Q.**   What is this showing?  First of all let me just ask you,

1     are the left-hand bar and the middle bar the same as the two

2     bars that we had previously; that is, the actual admitted

3     class and then what happens if you remove consideration of

4     race, what the model would predict would happen to the ethnic

5     and racial composition of the class if you remove

6     consideration of race?  Is that right?

7     **A.**  Yes.

8     **Q.**  And is that right for all of these slides we're going to

9     be seeing for the next few minutes?

10    **A.**  Yes.  So as a benchmark, all of the slides will always

11    have the actual admitted -- the racial composition of the

12    actual admitted class and then the racial composition if one

13    was to remove consideration of race.  And then from there,

14    I'm going to proceed.

15    **Q.**  Okay.  So what does the third column here add.

16    **A.**  That shows the racial composition if, in addition to

17    removing consideration of race, one were to turn off the tips

18    associated with ALDC.

19            And one can see a couple of important features.

20    First in terms of the race-missing group, no large effect.

21    African-American fraction would fall slightly from 6 percent

22    to 5 percent.  Hispanic and other fraction would be about

23    constant.  Asian fraction would rise by about 4 percentage

24    points and the white fraction would fall about 4 percentage

25    points.

1  **Q.**  Are you aware of the claim in this case that the children

2  of donors or potential donors may be on the dean's or

3  director's interest list?

4  **A.**  Yes.

5  **Q.**  And to be clear, when you simulated eliminating the

6  consideration of the ALDC attributes, one of the things you

7  included was eliminating consideration of the interest list.

8  Am I right?

9  **A.**  Yes.  Because that's included in the D of the ALDC group.

10  **Q.**  Do you recall that Mr. Kahlenberg also suggested that

11  Harvard eliminate what it calls the Z list or the offer of

12  deferred admission for certain applicants?

13  **A.**  Yes.

14  **Q.**  Did you simulate that?

15  **A.**  Well, actually, yes.  It's simulated here directly, in

16  the sense that I'm simulating the actual set of people who

17  were admitted in 2019, including anybody who was admitted for

18  deferred admission.  So I'm essentially assuming there's one

19  admissions decision.

20  **Q.**  Let's turn to early action.  How did you assess the

21  effect of eliminating early action?

22  **A.**  Well, as I think has been clear from some of the earlier

23  testimony, in the case of early action, there's direct and

24  empirical evidence available from the record because Harvard

25  had early action for quite a long time and then eliminated it

1    for a number of years and then restored it.  So one can use

2    comparisons of characteristics of the class when early action

3    is in place and when it's been eliminated.

4    **Q.**  And did you look at whether the racial composition of the

5    applicant and admit pools changed when early action was

6    eliminated?

7    **A.**  Excuse me for a second.  Yes, I did.

8    **Q.**  And what did you find?

9    **A.**  I found that there doesn't seem to be any discernible

10   shift in either of those.

11   **Q.**  Did anything change?

12   **A.**  Yes.

13   **Q.**  What was that?

14   **A.**  What changed very consistently -- and this was, in fact,

15   noted by an evaluation done by Harvard itself -- was that the

16   matriculation rate of certain students fell.

17   **Q.**  Would you please turn to Tab 45 of your binder.

18   **A.**  Yes.

19   **Q.**  What is Defense Exhibit 728?

20   **A.**  728 is share of applicants by race before and after

21   changes to early admission and share of admitted students by

22   race before and after changes to early admission.

23              MR. WAXMAN:  Your Honor, we offer Defense

24   Exhibit 728 in evidence.

25              MR. MORTARA:  No objection, Your Honor.

1          THE COURT:  Admitted.

2          (Defendant Exhibit No. 728 admitted.)

3    BY MR. WAXMAN:

4    **Q.**  Mr. Lee, turning to demonstrative 113, what does this

5    show?

6    **A.**  So this is a before, during, and after comparison of the

7    period when Harvard had early action available, 2000 to 2011,

8    during the period when it had abolished that and then during

9    the period when it restored it.

10         I'm focusing on the matriculation rate, which is

11   the fraction of students who were offered admission who come

12   to Harvard.  And so I'm showing it for these four groups:

13   whites, Asian-Americans, African-American, Hispanic or other,

14   and unknown.

15   **Q.**  And what do you find?

16   **A.**  One can see that there's potentially no change in, for

17   example, the Asian-American matriculation rate.  But there's

18   a pretty large and discernible drop in the fraction of

19   African-American and Hispanics or other students who

20   matriculate.  They're already the lowest of the groups.  So

21   their matriculation rate compared to the earlier period and

22   compared to the later period falls by 5 to 6 percentage

23   points, which is something like nearly a 10 percent drop in

24   the matriculation rate.

25   **Q.**  Did you review documents in this case about why Harvard

1    actually decided to reinstate early action?

2    **A.**  Yes.

3    **Q.**  And did you hear or review testimony on that issue

4    earlier in this trial?

5    **A.**  Yes, I did.

6    **Q.**  Is your analysis of the data consistent with those

7    historical documents and the testimony in this court?

8    **A.**  Yes.  I think all of us find that all of that analysis is

9    totally consistent with this analysis and suggests that

10   elimination of early action would -- if it had any effect,

11   the main effect it would be would be to reduce the fraction

12   of African-American and Hispanic students who are in the

13   Harvard class.

14   **Q.**  So did you draw any conclusion from these data about the

15   likely effect if Harvard were to eliminate early action

16   again, as Mr. Kahlenberg thinks it should?

17   **A.**  My conclusion is that that would work contrary to the

18   goal of trying to increase the representation of these

19   underrepresented groups.  So my conclusion is it works in the

20   wrong direction.

21           MR. WAXMAN:  Mr. Lee, can we have demonstrative

22   115, please.

23   **Q.**  Let's turn now to your analysis of increasing

24   socioeconomic preferences.  How did you conduct that

25   analysis?

1  **A.**  Well, this is a highly -- at least somewhat artificial

2  exercise.  It's comparable to exercises that have been done

3  in the literature.  I'm going to take information that's

4  available in the database about a number of indicators of low

5  socioeconomic status.  I'm going to, for short, call it "SES"

6  because I am going to stumble over socioeconomic.

7        So I'm going to look at a set of factors that are

8  associated with low-SES status.  And I'm going to imagine

9  simulations where I change the Harvard admissions procedure

10 and consider what would happen if in addition to what they're

11 currently doing for evaluating low-SES students, which as far

12 as I can tell already in my model that they're already giving

13 them some boost, I'm going to increase the boost that this

14 group of students gets.

15       MR. WAXMAN:  Mr. Lee, may we see Slide 116?

16 **Q.**  Can you walk us through this slide?

17 **A.**  Yes.  What I'm going to do is I'm going to consider four

18 factors.  Each of these is a simple yes/no about individuals.

19       Are you identified as disadvantaged?  In other

20 words, was that a flag in the admissions file which we've

21 been using in my admissions model?

22       Are you a first-generation college student?  So did

23 neither of your parents go to college.

24       Did you apply for a fee waiver, which is an

25 indicator of relatively low-SES status.

1          And finally from the College Board data, are you

2     coming from a neighborhood where family income is 65,000 or

3     below, which is the -- in 2019 was -- for the class of 2019

4     was the reference point.  Anybody whose family income was

5     $65,000 or below essentially got to go to Harvard for free

6     with no parental contribution.

7          And I'm going to combine these four and I'm going

8     to sum.  A student that has all four of these, I will

9     consider them to have a 1X, one times boost.  A student who

10    has two of these will get a .5X.  The student who has just

11    one will be a quarter of an X.

12         And then what I'm going to do is I'm going to

13    gradually go from 1X to 2X to 3X and multiply up this

14    combined set of factors.

15         MR. WAXMAN:  May we have Slide 117, please.

16    **Q.**  What is this showing?

17    **A.**  This is helping to understand what does it mean to impose

18    a 1X boost.  So with my actual model but on average across

19    all domestic students, the average application rate --

20    average acceptance rate is 7 percent.

21         And for a student that had a 1X boost -- in other

22    words, all four of these components were turned on, and I was

23    in a 1X simulation -- their probability of admission would

24    rise to 36 percent.  So as we've been talking about before,

25    the average marginal effect of a 1X boost for someone who has

1    all four categories of low-SES status would be 29 percentage

2    points.

3                I'm going to show some simulations that also

4    increase that boost up to ranges of 4 and far beyond that.

5    So at a 4X boost, in other words, four times the boost that

6    I'm calling a standard boost.

7    **Q.**   That is the boost that Harvard is currently giving it?

8    **A.**   Harvard is currently giving a 0X boost.

9                THE COURT:  I'm sorry.  Where does the 29 come

10   from?

11               THE WITNESS:  The difference between 7 and 36, Your

12   Honor.

13               THE COURT:  I see it.  Thank you.

14               THE WITNESS:  I'm speaking a little too quickly in

15   anticipation of --

16   BY MR. WAXMAN:

17   **Q.**   -- of finishing.  Sorry.  Finishing with me.  He's so

18   eagerly anticipating his dialog with you, Mr. Mortara, as are

19   we all.

20   **A.**   On the right panel, I'm showing when I increased the

21   boost for this combined set of factors to a 4 times or 4X

22   level, so again as a benchmark, the average probability of

23   admissions is 7 percent for domestic students.

24               And in my current model there's no boost.  Now,

25   that doesn't mean that disadvantaged students aren't getting

1  some benefit, but this means there's no extra boost.  So this
2  is the extra boost.
3          With 7X -- excuse me -- with 4X boost, somebody who
4  would be kind of at a 7 percent probability of admission
5  would rise to 100 percent.  At a 4X boost, these four factors
6  essentially allow to you get in with certainty.
7  **Q.**  So in other words, an applicant who had simply an average
8  probability of admission of all applicants, 7 percent, now
9  slightly less, if the applicant were given what you're
10 calling a 4X boost over the current boost that Harvard gives
11 would be admitted, period?
12 **A.**  Yes.
13 **Q.**  Just by virtue of that?
14 **A.**  Yes.
15 **Q.**  Did you analyze -- when you were analyzing the low-SES
16 boost, were you analyzing it in isolation or combined with
17 other race-neutral alternatives?
18 **A.**  No.  So I'm going to start by turning off all of the race
19 tips and then eliminating the preference for ALDC groups.
20 **Q.**  Please turn to Tab 38 of your volume, please, and tell me
21 when you've found Defense Exhibit 721.
22 **A.**  Yes.
23 **Q.**  Does this show the results of the various simulations you
24 just described?
25 **A.**  Yes, it does.

1          MR. WAXMAN:  Your Honor, we offer Defense

2   Exhibit 721 into evidence.

3          MR. MORTARA:  No objection.

4          THE COURT:  Admitted.

5          (Defendant Exhibit No. 721 admitted.)

6          MR. WAXMAN:  Mr. Lee, would you please display --

7   yes, thank you -- Slide 118.

8   BY MR. WAXMAN:

9   Q.   There's a lot of columns here.  What does Slide 118 show?

10  A.   Yes.  As before, the first two columns are ones we've

11  seen before, so actual composition of the class, just

12  removing of the effect of race.

13          And then as we go across from there, I'm

14  simultaneously removing ALDC consideration and offering a 1X,

15  2X, 3X, and so on boost for low-SES students.  I'm seeing

16  what that kind of simulated admission model, what the racial

17  composition of the class would be under that simulation, each

18  of those simulations.

19  Q.   And so what SES boost would you calculate would be

20  required after eliminating consideration of race, removing

21  any ALDC consideration in order to have a class with a

22  combined level of African-American and Hispanic

23  representation comparable to the class of 2019?

24  A.   Yes.  So the class of 2019 is about 28 percent combined

25  African-American, Hispanic, or other.  And so looking across

1    the columns, one can see if I get to something like a 4X

2    boost, it's about 27 percent, the combined fraction.

3            So I'll use that as an illustrative benchmark in

4    the next slide.

5    Q.   And if I recall your testimony, that is the boost that

6    essentially automatically puts in any applicant among the

7    entire applicant pool with an average probability of

8    admission?

9    A.   Yes.

10   Q.   And what boost would be required, according to your

11   model, what your model predicts, to simulate a class that

12   would have a share of the admitted class represent the share

13   of the African-American share of the 2019 class?

14   A.   Yes.  So the 2019 class is about 14 percent

15   African-American.  And according to these simulations, one

16   would have to go out to something like a 10X boost to get

17   that share.

18   Q.   Now, under these simulations, would other characteristics

19   of the class change if you applied a large low-SES boost?

20   A.   Yes.

21           MR. WAXMAN:  Please turn, Mr. Lee, to Slide 118.

22   I'm sorry, 119.  Yes.

23   Q.   What does Defense Demonstrative 10.119 show?

24   A.   So this is summarizing characteristics of the class in

25   terms of these four key profile ratings.

1          If compared to the current class, so the actual

2     classes fractions of the four types of strengths is shown in

3     blue.  So for instance, 75 percent or so of the actual

4     admitted class had an academic 1 or 2.  And this would show

5     what would happen to those fractions of 1 or 2 rating on

6     academic, extracurricular, personal, and athletic under that

7     simulated admissions system with a 4X boost for low-SES

8     students.

9     **Q.**   So if I'm understanding this correct with respect to, for

10    example, the academic rating, the predicted class with a 4X

11    boost, that is the boost that you estimated would be required

12    in order to achieve a share of the admitted class comprising

13    African-Americans, Hispanics, and other that are represented

14    in the class of 2019, would produce -- is predicted to

15    produce a class with 13 percent fewer academic 1s and 2s,

16    correct?

17    **A.**   Yes.  9 percent fewer extracurricular 1 or 2s, 11 percent

18    fewer with the personal rating at 1 or 2, and 33 percent

19    lower with the athletic rating 1 or 2.

20    **Q.**   Do you know what would happen with a 10X boost?

21    **A.**   It would be in the same direction but bigger drops in

22    these components.

23    **Q.**   Let's turn to the alternative of eliminating

24    consideration of standardized test scores.  That is a

25    simulation, if I understand your testimony, that

1    Mr. Kahlenberg didn't propose but has been proposed and done

2    in some institutions, correct?

3    **A.**   Yes.  My understanding is a number of schools have

4    already done it and are talking about it, yes.

5    **Q.**   And did you simulate eliminating test score --

6    standardized test score consideration?

7    **A.**   Yes, I did.

8    **Q.**   And did you do so on its own or combined with alternative

9    practices?

10   **A.**   So I did it building on the previous simulations.  So I

11   did all of the things I'd done in the previous simulations

12   and now in addition remove any consideration of SAT.

13   **Q.**   Would you please turn to Tab 39.

14   **A.**   Yes.

15   **Q.**   Does this show the results of the simulations you just

16   described?

17   **A.**   Yes.

18          MR. WAXMAN:  You were, we offer Defense

19   Exhibit 722.

20          MR. MORTARA:  No objection.

21          THE COURT:  You've broken Mr. Mortara's spirit.

22          MR. MORTARA:  For the record, Your Honor, I think

23   you'll see he hasn't.

24          MR. WAXMAN:  It's not even a goal of mine.  May it

25   be admitted, Your Honor?

1          THE COURT:  Yes, it may.

2          (Defendant Exhibit No. 722 admitted.)

3   BY MR. WAXMAN:

4   Q.   Please turn to demonstrative 120 and tell us what this

5   shows.

6   A.   So this is a set of simulations very similar to the

7   previous one.  So the first is the actual class, the second

8   is just removing the consideration of race, and then from

9   then on I'm eliminating any ALDC preferences.  I'm

10  eliminating the use of standardized test components in the

11  admissions model, and I'm imposing a 1X to 10X low-SES boost

12  as before.

13  Q.   What level of boost would be required in order to

14  simulate a class that had a share -- an admitted class that

15  had a share of African-American, Hispanic, or other students

16  comparable to the actual admitted class of 2019?

17  A.   Again, the admitted class was about 28 percent, those

18  combined groups.  And so looking across the columns here, one

19  would need to go to something like a 3X boost to get to

20  around that level.

21  Q.   And what boost does the model predict would be required

22  in order to produce an African-American share of the admitted

23  class similar to the class of 2019?

24  A.   That would be like a 5 or 6 X SES boost.

25  Q.   And would other characteristics of the class change if

1    you did that?

2    **A.**   Yes.  As before.

3    **Q.**   Let's look at Slide 120, please.  And what is this

4    showing?

5    **A.**   This shows that relative to the actual class in terms of

6    their fractions with an academic 1, 2, or extracurricular 1,

7    2, and so on, the simulated class, if I was to do this

8    combination of policies, the fraction with an academic rating

9    of 1 or 2 would fall by 17 percent; extracurricular rating

10   would fall by 7 percent; personal rating would fall by

11   7 percent; athletic rating by 27 percent.

12             MR. WAXMAN:  Mr. Lee, please put up 122.

13   **Q.**   Now, let's turn back to category C.  You said earlier

14   that you also assessed policies that Mr. Kahlenberg has

15   suggested might promote diversity.  Correct?

16   **A.**   Yes.

17   **Q.**   What policies did you assess?

18   **A.**   They're the three shown below there.

19             I looked at the possible, potential impact of

20   increasing the number of transfer students who are admitted

21   to Harvard, of trying to increase recruiting of disadvantaged

22   students, and increasing financial aid.

23   **Q.**   Let's turn to -- well, how did you assess the effect of

24   increasing transfer admissions?

25   **A.**   So here we've got some empirical evidence because we have

a number of students who applied over the sample period who

were actually applying from other colleges and universities.

And so I take a look at their characteristics relative to the

existing class.

**Q.**   In order to show what?

**A.**   In order to show first how they compare in terms of race

and ethnicity differences; and second, how they compare in

terms of characteristics like academic 1, 2, and so on.

**Q.**   Please turn to Tab 47 in your binder.

**A.**   Yes.

**Q.**   What does Defense Exhibit 730 show?

**A.**   It shows academic and demographic characteristics of

transfer applicants and other applicants.

MR. WAXMAN:  Your Honor, we offer Defense

Exhibit 730.

MR. MORTARA:  No objection.

THE COURT:  Admitted.

(Defendant Exhibit No. 730 admitted.)

MR. WAXMAN:  Mr. Lee, please display demonstrative

124.

BY MR. WAXMAN:

**Q.**   Professor Card, what is this showing?

**A.**   This is a side-by-side comparison of the racial

composition of students who in the sample had applied as

transfer applicants, in yellow, and the actual composition of

1   other students who are non-transfers.  So they would be -- I
2   guess you would call them first-time freshmen, prospective
3   first-time freshmen.
4          When looking across these categories, one can see
5   in terms of the white share it's about the same.  In terms of
6   other groups, African-American and Hispanic or others, it's
7   about the same.  The one difference is more of the transfers
8   have race missing and fewer are Asian-American.
9   **Q.**  When you say fewer are Asian-American, in other words,
10  fewer applicants in the transfer pool are Asian-Americans
11  than applicants in the regular pool?
12  **A.**  Correct, yes.
13  **Q.**  Turning to demonstrative 125, what is this showing?
14  **A.**  So this is a side-by-side comparison of the fractions of
15  transfer and non-transfer applicants with academic rating of
16  1 or 2, personal rating 1 or 2, extracurricular rating 1 or
17  2, athletic rating 1 or 2.
18  **Q.**  And what do you conclude from those data?
19  **A.**  That shows that the transfer students are relatively
20  weaker on all four of these dimensions.  So they would be
21  substantially less strong than the existing class in terms of
22  those dimensions if more of them were admitted, yes.
23  **Q.**  Now let's turn to recruiting.
24  **A.**  Could I just say one thing?
25  **Q.**  Of course.

1    **A.**   Because on the one hand these students are weaker, on the

2    other hand they have about the same fraction of

3    African-American and Hispanic students.  Increasing the

4    number of transfers would have very little effect on the

5    racial diversity of the campus in terms of the

6    underrepresented racial groups, but it would lower the

7    quality of the student pool.

8              So again, I think that would be kind of in the

9    wrong direction for the kind of thing that Mr. Kahlenberg

10   would like to promote.

11   **Q.**   Thank you.

12             THE COURT:  This assumes that the caliber of your

13   transfer applicants will be the same as the caliber of the

14   applicants in your regular pool, right?

15             THE WITNESS:  Thanks for clarifying, Your Honor.

16             It assumes that the caliber of the transfer

17   applicants will be the same as they have been in the past.

18   There have been transfer applicants in the past, and so this

19   is their average characteristics.  This is not a simulation.

20   This is historical data.

21             THE COURT:  Okay.  Thanks.

22   BY MR. WAXMAN:

23   **Q.**   Just to be clear, on demonstrative 125, if you look at

24   the academic ratings of non-transfer applicants, am I

25   understanding that 39.4 percent of non-transfer applicants

1   have an academic rating of 1 or 2?  Correct?

2   **A.**  Yes.  We've talked a lot about that, that there's a large

3   abundance of highly qualified students in the overall

4   application pool.

5   **Q.**  And if you look at the profile, the academic profile

6   rating of non-transfer applicants, only 18.2 percent have an

7   academic rating of 1 or 2?

8   **A.**  Yes.  You have slightly misspoke.  This is the transfer

9   applicants.

10   **Q.**  I'm sorry.

11   **A.**  They are half as likely to be an academic 1 or 2, yes.

12   **Q.**  Now let's turn to recruiting.

13         First, did you develop an understanding of

14   Harvard's current recruiting efforts?

15   **A.**  I developed some understanding of it, yes.

16   **Q.**  And how did you do that?

17   **A.**  Well, some of it is actually well known.  They're

18   constantly stealing good students from California.

19         But some of it is known from other information that

20   was provided in terms of evidence of what they actually do.

21   And then there's testimony of the dean and director of

22   admissions.

23   **Q.**  Did Mr. Kahlenberg adopt a particular approach to

24   simulating the effects of increased recruitment?

25   **A.**  Yes, he did.

1    **Q.**   What did he do?

2    **A.**   So what he did was he assumed that by some form of

3    outreach, without specifying specifically what that was, but

4    by some form of expanded effort and outreach, Harvard could

5    double the number of students in its application pool who

6    would be disadvantaged while maintaining exactly the same

7    characteristics of those disadvantaged students.

8            And so the way that's done in the simulation is I

9    take every single person in the existing application pool for

10   the class of 2019 who is disadvantaged, and I clone them or I

11   create a double of them.

12           And then I imagine the admission pool has now this

13   extra boost of people who are all disadvantaged that look

14   exactly like the other disadvantaged people that were already

15   there.

16   **Q.**   Do you think it's reasonable to think that Harvard could

17   double the number of disadvantaged students without loss of

18   applicant quality?

19   **A.**   I think that's an extreme bound.  I think that would be

20   like the most optimistic bound that one could have.  Normally

21   I think most economists and others would think if you reached

22   further, especially given in light of -- for example, all the

23   mailing and contact that Harvard does with highly qualified

24   students, you would reach down the pool and their

25   characteristics would decline.  But this provides kind of an

1    upper bound on the effect.

2    **Q.**   And I think, if I understand your testimony, that you did

3    nonetheless simulate Mr. Kahlenberg's proposal that by some

4    mechanism Harvard could double the number of equally

5    qualified disadvantaged students?

6    **A.**   Yes.

7    **Q.**   And did you do that alone or in combination with other

8    race-neutral alternatives?

9    **A.**   So again I basically built on the previous simulation.

10   So I took all of the things that were in the previous

11   simulation.  So turning off ALDCs, eliminating consideration

12   of race, not using standardized test scores, and now on top

13   of that I'm going to add in this extra group of disadvantaged

14   students.

15   **Q.**   Please turn to Tab 40 in your book and tell me when

16   you've found Defense Exhibit 723.

17   **A.**   Yes.

18   **Q.**   I'm not going to ask you to read the title.  Does this

19   show the results of the various simulations that you just

20   described?

21   **A.**   Yes.

22   **Q.**   We offer 723, Your Honor.

23              MR. MORTARA:  No objection, Your Honor.

24              THE COURT:  Admitted.

25              (Defendant Exhibit No. 723 admitted.)

1          MR. WAXMAN:  Mr. Lee, may we have demonstrative

2     126.

3     BY MR. WAXMAN:

4     **Q.**  What is this showing?

5     **A.**  So again, exactly as all the previous charts of this

6     type, we begin with the actual admitted class's racial

7     composition.  We then show what would happen if there was

8     elimination of consideration of race.  And then from then on,

9     I show what would happen if they, in addition to eliminating

10    ALDC, eliminated the use of tips, eliminated the use of

11    standardized testing, doubled the number of disadvantaged

12    students effectively by cloning each one that's in the

13    existing data set, and imposing various low-SES boosts.

14    **Q.**  And what does this show about the level of boosts that

15    would be required to get a combined level of African-American

16    and Hispanic other representation comparable to the class of

17    2019?

18    **A.**  Well, again, in the overall, in the class of 2019, about

19    28 percent were Hispanic or African-American.  So looking

20    across the columns, one would get to something like a 2X

21    boost to get back the 28 percent as a benchmark.

22    **Q.**  And what boost would be required to get to a comparable

23    level of African-American representation?

24    **A.**  Looking across the columns to get to 14 percent, one

25    would have to get to something around the range of a 5X

1    boost.

2    **Q.**   And would that change other characteristics of the class?

3    **A.**   Yes.

4         MR. WAXMAN:   Please turn, Mr. Lee, to Defense

5    Demonstrative 127.

6    **Q.**   And what is this showing?

7    **A.**   Well, this is showing that with that combined set of

8    features in the simulation -- so eliminating ALDC,

9    eliminating standardized test scores, doubling the

10   disadvantaged applicants, and applying a 2X low-SES boost --

11   the fraction of students with an academic rating of 1 or 2

12   would fall about 17 percent relative to the existing class.

13   The fraction with an extracurricular rating of 1 or 2 would

14   fall just a little bit, about 1 percent.  The fraction with a

15   personal rating of 1 or 2 would rise a little bit, by about

16   3 percent.  The fraction with an athletic rating of 1 or 2

17   would fall by 27 percent.

18   **Q.**   Do you know what would happen if you did the same -- if

19   you showed the same slide for the 5X boost that would be

20   required to replicate the African-American share of the 2019

21   class?

22   **A.**   Yes.  The most important thing that could happen is the

23   fraction with the academic rating with 1 or 2 would fall

24   further.

25   **Q.**   Let's move to the effect of increasing financial aid.

1    How did you assess that effect?

2    **A.**   Well, in a way similar to what I was able to do

3    considering the effect of early action.  Because Harvard has

4    changed its financial aid program in the past, I was able to

5    analyze how those previous changes in the past had

6    empirically affected characteristics of the students and use

7    that to try and consider what additional effort would do.

8    **Q.**   What past expansions in financial aid are you referring

9    to?

10             MR. WAXMAN:  And perhaps, Mr. Lee, we could have

11   Slide 128 to help Professor Card.

12   **A.**   Yes.  The first major change in this is an effort that

13   was started for the class of 2008.  At that point, Harvard --

14   I believe this was a very, very important thing in American

15   higher education -- introduced the HFAI program.

16             So students with family income less than $40,000

17   didn't pay anything at Harvard.  And for students with up to

18   $60,000 in family income would pay, at most, 10 percent of

19   their family income.

20   **Q.**   And what is the next change that you looked at?

21   **A.**   For the class of 2010, the $40,000 was raised to $60,000,

22   and the $60,000 was raised to $80,000.  So this was

23   increasing the range of students who would receive these

24   benefits.

25   **Q.**   What's the third change?

1    **A.**   The third change is another major change in the program.

2    They introduce what they call the affordability initiative.

3             They didn't change the zero family contribution

4    limit.  That stayed constant at $60,000, but they expanded

5    substantially the range of family incomes who were eligible

6    for very low parental contribution.

7             So now into the new program if families had income

8    under 180,000, so between 60 and 180,000, they would pay no

9    more than 10 percent of their average income or their income

10   as tuition.

11   **Q.**   What is the last change that you examined?

12   **A.**   Excuse me.  And I meant to mention they also eliminated

13   loans for those groups, which is an important consideration

14   these days.

15   **Q.**   It was an important consideration in my day, but it

16   didn't exist.  Sorry.

17            What is the last change?

18   **A.**   Finally, there was another change for the class of 2016.

19            They raised the lower limit and somewhat lowered

20   the 10 percent or lower family contribution limit.  So the

21   zero 0 PC limit went from 60 to 65 importantly.

22   **Q.**   Now let's turn to -- did you look at the effects of those

23   changes on the applicant pool?

24   **A.**   Yes.  What I tried to do was look at historical data on

25   the racial composition of the applicant pool, along the lines

1    of data we've looked at before, and how that may or may not

2    have changed as these various initiatives were introduced.

3    **Q.**  Can you turn to Tab 44 in your binder, please.

4    **A.**  Yes.

5    **Q.**  Do you find Defense Exhibit 727?

6    **A.**  I do, yes.

7    **Q.**  And what is this?

8    **A.**  It's a series of charts with information on shares of

9    race before and after various financial policies and shares

10   of admitted students and so on.

11            MR. WAXMAN:  Your Honor, we offer Defense

12   Exhibit 727.

13            MR. MORTARA:  No objection.

14            THE COURT:  Admitted.

15            (Defendant Exhibit No. 727 admitted.)

16            MR. WAXMAN:  Mr. Lee, would you please display

17   slide 132.

18   BY MR. WAXMAN:

19   **Q.**  Professor Card, what is this showing?

20   **A.**  This is showing the timeline up to 2012.  So this is

21   incorporating the first of the three changes in the financial

22   aid program that were introduced by Harvard.

23   **Q.**  The first or the first two?

24   **A.**  Sorry.  It's only showing the first two.  Sorry.  Thank

25   you.

1    **Q.**   Yeah.

2    **A.**   And I'm showing how those changes to the 2008 and then

3    the 2010 changes are related to the fraction of students in

4    the applicant pool who are Asian-American, which is

5    unfortunately mislabeled on this graph.  Asian-Americans is

6    the red one at the top.

7    **Q.**   Okay.  We'll substitute the right one.

8    **A.**   The green one is the share of African-American,

9    Hispanic -- no, that's not right.  My mistake.  I'm getting

10   confused.

11          So the green one is the share of Asian-American,

12   Hispanic or other, the blue one is the share of

13   Asian-Americans, and the red one is the share of whites.

14          Sorry.  My apologies.

15   **Q.**   What is this showing?

16   **A.**   This is showing first when Harvard introduced its first

17   HFAI program with the zero for parental contribution limit,

18   we can see just prior to that the fraction of, for example,

19   African-American and Hispanic students was around

20   19-20 percent.  And thereafter it starts to rise.  And when

21   they additionally raise the zero parental contribution limit

22   from 40,000 to 60,000, it looks like that rise continued for

23   the fraction of African-American or Hispanic students.

24          So it looks like there was a notable increase in

25   the share of those two groups applying to Harvard, from

1   around a base of 19 or 20 percent to something like

2   27 percent as a result of these two changes in the policy.

3            For Asian-Americans, it doesn't look like there was

4   that kind of an effect.

5   **Q.**   Can we turn to the next slide, which is defense 133.

6            What are we now seeing?

7   **A.**   So now we're seeing -- now we're looking at the

8   affordability initiative, which was in some sense a middle

9   class or upper middle class program, looking at the effect of

10  that and looking at the effect of the most recent adjustment

11  to the HFAI parameters to raise the zero parental

12  contribution limit to $65,000.

13           One can see just before that a set of changes, the

14  fraction of the applicant pool that was African-American or

15  Hispanic was around 27 percent, and that more or less stays

16  constant through these two subsequent changes.

17           So my conclusion from that is that the first two

18  initiatives had some effect; in fact, a notable effect on the

19  fraction of African-American and Hispanic students in the

20  application pool.  But subsequent adjustments, including the

21  affordability initiative, did not have that kind of effect at

22  all.

23  **Q.**   Do you draw any conclusion from those data about how

24  further expansions of financial aid would be likely to affect

25  the diversity of the applicant pool?

1    **A.**  Yes.  My conclusion would be, for example, if one was to

2    further raise the zero parental contribution limit another

3    $5,000 or so that it probably would have the kind of effect

4    it had in 2016.  In other words, no effect on the fraction of

5    underrepresented minorities who apply.

6    **Q.**  So currently no parental contribution is required for

7    applicants with families $65,000 or below, correct?

8    **A.**  Yes.

9    **Q.**  Would raising that threshold to $75,000 be likely to

10    increase the number of African-American and Hispanic

11    applicants?

12    **A.**  No.  As I said, no for two reasons, in my view, or

13    unlikely at least.

14          And one is that the previous increase of that zero

15    parental contribution from 60 to 65 didn't seem to do much.

16    And also I went and looked at the family income distribution

17    data using information from the American Community Survey,

18    which is a U.S. government survey that's used to estimate

19    these things.  And there's a relatively modest fraction of

20    underrepresented minority families in the range between 65

21    and 75,000.  So the set of people who could be affected by

22    that change is quite small.

23    **Q.**  Did you also look at how past expansions of financial aid

24    have affected matriculation rates?

25    **A.**  I did, yes.

1    **Q.**  And what did you find?

2    **A.**  I did not find any systematic pattern there.

3    **Q.**  Let's turn now to Slide 134 and ask about the final

4    race-neutral alternative, the final category of race-neutral

5    alternatives employing place-based admissions.

6           First of all, what is a place-based policy?

7    **A.**  So a place-based admissions policy is a policy that

8    offers preferences to students in the admissions process

9    based on where they live or where their school is.  And such

10   policies have been adopted by a couple of states.  California

11   and Texas both have such programs, or California has had such

12   a program.

13          And so that's an example of how they work.

14   **Q.**  And which place-based policies did you assess?

15   **A.**  I looked at policies that could be directed at a

16   student's high school, individual high school, at the ZIP

17   Code that they live in, and then finally I looked at based on

18   which particular of the College Board neighborhood clusters

19   that their school was situated in.

20   **Q.**  And was each of those three place-based policies a

21   suggestion of Mr. Kahlenberg?

22   **A.**  Yes.

23   **Q.**  Did you hear Mr. Kahlenberg acknowledge that admitting

24   the top student from each ZIP Code or the top student from

25   each high school would not be feasible at Harvard?

1    **A.**   Yes.

2    **Q.**   Please turn to Tab 41 in your book.

3            What does Defense Exhibit 724 show?

4    **A.**   It shows the number of high schools and the number of ZIP

5    codes relative to the number of actual admitted students at

6    Harvard.

7            MR. WAXMAN:  We offer 724 into evidence.

8            MR. MORTARA:  No objection.

9            THE COURT:  Admitted.

10           (Defendant Exhibit No. 724 admitted.)

11           MR. WAXMAN:  Mr. Lee, may we have Slide 135.

12   BY MR. WAXMAN:

13   **Q.**   What does this show, Professor Card?

14   **A.**   This shows -- by way of benchmark, the yellow line at the

15   bottom is the total number of admitted domestic students for

16   the class of 2019.

17   **Q.**   And that's 1,719?

18   **A.**   Yes.  And then by comparison, there's around 4,100 or so

19   public and private high schools in the United Sates.

20   **Q.**   I think you meant to say 41,000?

21   **A.**   41,000.  Excuse me.

22           And there's around 3,300 ZIP Codes in the United

23   States.

24   **Q.**   Again, 33,000?

25   **A.**   33,000 ZIP Codes in the United States.

1          And even if one looks inside the Harvard database

2      at high schools that had at least one student apply at some

3      time over the six years in my sample, there's about 7,561 of

4      those high schools.  All three of those numbers swamp the

5      number of available slots at Harvard.

6      **Q.**  So obviously it's infeasible for a college that is

7      admitting 1,700 students a year to take the "top" student

8      either from all high schools or even the high schools that

9      currently send one or more applicants to Harvard.

10          But can you imagine a policy in which Harvard would

11     say, well, we will look at how many top students we get, one

12     from each high school, and just have some sort of lottery

13     that would pick 1,719 of them?  Do you have that hypothetical

14     in mind?  Mr. Kahlenberg hasn't suggested it, but I'd like

15     you to consider it.

16     **A.**  Yes.  I have considered that, yes.

17     **Q.**  And thinking of that, did you try to identify the

18     characteristics of the top student from each of the schools

19     that applied to the class of 2019?

20     **A.**  I did, yes.

21     **Q.**  And how did you do that?

22     **A.**  I used some of their profile ratings.

23     **Q.**  Please turn to Tab 42 of Volume 2.

24          What does Defense Exhibit 725 show?

25     **A.**  So this shows the racial composition of top students from

1   each high school and then characteristics of academic and

2   other characteristics of that group.

3   **Q.**   Thank you.

4          MR. WAXMAN:  We offer Defense Exhibit 725.

5          MR. MORTARA:  No objection.

6          THE COURT:  Admitted.

7          (Defendant Exhibit No. 725 admitted.)

8   BY MR. WAXMAN:

9   **Q.**   Did you look at what would happen to the characteristics

10  of the admitted class if you admitted from among the top

11  student in each high school?

12  **A.**   Yes.

13  **Q.**   Can we have Slide 136, please.

14          And what does this show?

15  **A.**   So this is a comparison.  Taking this kind of

16  probabilistic or lottery-based admissions system, so we

17  somehow got the top student ranked from each high school

18  based on some of their profile ratings and then

19  probabilistically admitted that group.

20          It would show what would happen to the fraction of

21  the admitted class that had academic 1 or 2, extracurricular

22  1 or 2, personal 1 or 2, and athletic 1 or 2 ratings.

23  **Q.**   What does it show?

24  **A.**   It shows on all four dimensions there would be a notable

25  decline in the fractions with these higher profile ratings.

1    **Q.**  And if Harvard were taking the top student from a

2    representative sample of high schools, why would that occur?

3    Why would you see such a pronounced decline in the quality of

4    applicants on all four profile measures?

5    **A.**  Yes.  It's a very unfortunate feature of our American

6    education system that many, many high schools have relatively

7    disadvantaged and not very highly performing students.

8            And so this is just a set of high schools that

9    actually had an applicant that came to Harvard, an applicant

10    who applied to Harvard.  And even in that group of schools,

11    the top student from those schools is typically not really

12    competitive at Harvard in many cases.

13    **Q.**  So under this policy, do you understand that Harvard

14    would be precluded from accepting the second-top or third-top

15    or fourth-top high school students from any school regardless

16    how well the school was preparing students for college or

17    regardless how qualified the applicants from that school

18    would be?

19    **A.**  If Harvard were to -- yes.  If Harvard were to base their

20    admissions decision entirely on this type of method, then

21    that would preclude that, yes.

22    **Q.**  And you said you also assessed a policy also suggested by

23    Mr. Kahlenberg under which Harvard would admit students in

24    equal shares from the neighborhood clusters maintained by the

25    College Board; is that correct?

1    **A.**   Yes.

2    **Q.**   What are these clusters?

3    **A.**   So clusters -- what the College Board does is it actually

4    does an analysis of data of students who are applying for

5    college and other characteristics of students based on other

6    data.  And it classifies those neighborhoods along various

7    dimensions, including income and race most importantly.

8         And so a cluster would be defined by some degree of

9    similarity in the income and race of students from that

10   cluster, and it would include neighborhoods from all around

11   the country that were sort of similar on those key clustering

12   dimensions.

13   **Q.**   And did you simulate what the model would predict the

14   admitted class would be if Harvard had a plan to accept from

15   each of the 33 neighborhood clusters the same number of

16   students, which I think would be something like 53 or 54

17   students from each cluster?

18   **A.**   Yes.

19   **Q.**   Did you do that in isolation or in combination with the

20   other practices we've discussed?

21   **A.**   No.  What I did was I did it in combination with all the

22   other practices, kind of consistent with what I've been doing

23   so far.

24   **Q.**   Please turn to Tab 43 of your binder.

25   **A.**   Yes.

1   **Q.**  Does this show the results of the simulations that you

2   just described?

3   **A.**  Yes.

4           MR. WAXMAN:  Your Honor, we offer Defense

5   Exhibit 726.

6           MR. MORTARA:  No objection.

7           THE COURT:  Admitted.

8           (Defendant Exhibit No. 726 admitted.)

9           MR. WAXMAN:  Mr. Lee, please put up Slide 137.

10  BY MR. WAXMAN:

11  **Q.**  What does this show, Professor Card?

12  **A.**  So this is again -- and I believe this is the last of the

13  slides that I'll be showing -- what the actual racial

14  composition of the class of 2019 as a benchmark, the class

15  removing any consideration of race, and then the simulated or

16  predicted composition at various levels of the low-SES boost

17  after eliminating standardized test scores, eliminating

18  consideration of ALDCs, doubling the number of disadvantaged

19  applicants basically from each cluster, then changing the

20  low-SES preference and admitting something like 51 or 52

21  students per cluster.

22  **Q.**  And what does this show?  What kind of a boost above the

23  boost that Harvard already gives if it implemented this

24  mother of all race-neutral alternatives would be required in

25  order to replicate the African-American, Hispanic, and other

1    share of the admitted class?

2    **A.**   So in this case, one can see that a 1X boost gets to --

3    fairly close to the existing class.

4    **Q.**   And if you pursued that set of practices, would the

5    composition of the admitted class change in other ways?

6    **A.**   Yes.

7    **Q.**   May we have the next demonstrative, 138, please.

8            What is this showing?

9    **A.**   So this shows if Harvard were to somehow adopt this

10   admissions procedure, my simulation suggests that the

11   fraction of students who would have an academic 1 or 2 would

12   fall about 17 percent.  The fraction with extracurricular

13   rating of 1 or 2 would fall about 3 percent.  The fraction

14   with the personal rating 1 or 2 would rise by about

15   3 percent.  The fraction of students with an athletic rating

16   1 or 2 would fall about 25 percent.

17           MR. WAXMAN:  Mr. Lee, can we please have

18   demonstrative 139.

19   BY MR. WAXMAN:

20   **Q.**   What is the third analysis that you conducted?

21   **A.**   So the third analysis is I did a very similar analysis

22   but looking at the approach that Mr. Kahlenberg says is his

23   preferred approach.

24   **Q.**   And can you turn in your exhibit binder to Tab 46,

25   please.

1  **A.**  Yes.

2  **Q.**  What is Defense Exhibit 729 showing?

3  **A.**  It's a series of tables showing an analysis of

4  Mr. Kahlenberg's Simulations 1 through 7.

5         MR. WAXMAN:  Your Honor, we offer Defense

6  Exhibit 729.

7         MR. MORTARA:  No objection.

8         THE COURT:  Admitted.

9         (Defendant Exhibit No. 729 admitted.)

10         MR. WAXMAN:  Mr. Lee, can we have Slide 140,

11  please.

12  BY MR. WAXMAN:

13  **Q.**  What's displayed here?

14  **A.**  This is a summary of the racial composition arising in

15  the class, first as usual, the first two bars, the actual

16  admitted class and with removing consideration of race.  And

17  then under Mr. Kahlenberg's Simulation 6.

18  **Q.**  And why did you choose Simulation 6?

19  **A.**  Well, my understanding is that that is one of his

20  preferred simulations.

21  **Q.**  And what do we see?

22  **A.**  We can see that under that simulation the fraction of

23  African-American students is about 10 percent.  The fraction

24  of Hispanic and other students is around 20 percent.

25  **Q.**  And did you also look at how preferred Simulation 6 would

1  be expected to change the class in other ways?

2  **A.**  I did, yes.

3       MR. WAXMAN:  Can we have slide 141, Mr. Lee.

4  **Q.**  And what is this showing?

5  **A.**  This is showing under that simulation the fraction of

6  students with an academic 1 or 2 would fall about 19 percent,

7  the fraction with an extracurricular rating would fall about

8  13 percent, the fraction with a personal 1 or 2 rating would

9  fall about 13 percent, and the fraction with an athletic

10  rating 1 or 2 would fall by about 26 percent.

11  **Q.**  So would Simulation 6, Mr. Kahlenberg's preferred

12  simulation, achieve either comparable diversity or comparable

13  quality of the admitted class?

14  **A.**  Well, it certainly does not achieve comparable quality to

15  the admitted class.

16       It achieves a level of combined African-American

17  and Hispanic diversity that's comparable to the existing

18  class.  It does not achieve the same level in terms of the

19  fraction of African-American students.

20  **Q.**  So based on the analyses that we've discussed today, how

21  would eliminating the consideration of race in admissions

22  affect Harvard's class?

23  **A.**  So in my opinion, all of the simulations show the same

24  thing, which is one can achieve some level of racial

25  diversity comparable to the existing class by imposing or

1    using these various race-neutral alternatives.  But

2    inevitably that involves some decline in particular in the

3    academic quality of the class and in many cases in other

4    dimensions as well.

5    **Q.**  And is that conclusion consistent with all of the

6    literature that you've reviewed on this issue?

7    **A.**  Yes.  My understanding of the existing literature is that

8    for elite colleges, colleges that are focusing on highly

9    qualified students, that's been the empirical conclusion in

10   the past.  And there's also theoretical literature which

11   suggests this would also be true.

12             MR. WAXMAN:  Mr. Lee, can we please have

13   demonstrative 10.2.

14   **Q.**  I'll end where we began and ask again, are these the

15   questions that you addressed in this case?

16   **A.**  Yes.

17   **Q.**  And at a high level, will you summarize your opinions on

18   these questions for the Court?

19   **A.**  Yes.  First, I was asked if statistical evidence supports

20   the plaintiff's claim that Harvard discriminated against

21   Asian-American applicants.  And my opinion is that the

22   evidence does not support that claim.

23             Second, I was asked to what extent does race affect

24   admissions decisions at Harvard.  In my view, the evidence

25   shows that race does have an effect on admissions decisions

1    at Harvard.  For students who are highly qualified on other

2    dimensions, race can be one of the many factors that are

3    associated with a higher probability of admission, comparable

4    in size to other favorable tips that Harvard awards in the

5    admissions process.

6            For the third question, is there statistical

7    evidence that Harvard has engaged in racial balancing, my

8    opinion is that there's no statistical evidence of that.

9            And finally, for the fourth question, how would the

10   admitted class change if Harvard eliminated consideration of

11   race and pursued race-neutral alternatives.  My opinion is

12   that if Harvard were to do so, it would potentially be

13   possible to achieve some level of diversity comparable to the

14   level of diversity in the current class, but that would

15   necessarily entail a trade-off and a reduction in several

16   dimensions, several important dimensions in the quality of

17   the class.

18   **Q.**  And can we have demonstrative 10.30.

19           Would you tell Her Honor why you don't think

20   Harvard admissions process discriminates against

21   Asian-American applicants?

22   **A.**  Yes.  So to reiterate an argument, a point I've made

23   before, when I take my admissions model, which I believe is

24   the best representation of the actual admissions process that

25   Harvard uses, taking account of the weight it puts on

1    multidimensionality, taking account of the way it uses

2    information and so on, using all of the data, so including

3    the ALDCs, my model shows that year by year there's no

4    statistically significant difference in the admission rate

5    between Asian-Americans and whites.

6          On average across the six years, three of the

7    estimates are positive, three of them are negative.  And then

8    if one looks averaging across the years, the average of these

9    effects is minus 0.05, this average marginal effect, which

10   means that the difference between the admission rates of

11   Asian-Americans and whites, controlling for all the

12   observable factors in my model, is about 5/100 of a

13   percentage point, not statistically significant.

14         So I believe the evidence strongly supports the

15   view that there's no statistical evidence of discrimination.

16         MR. WAXMAN:  Thank you, Dr. Card.  Pass the

17   witness.

18         THE WITNESS:  Could I take a break?

19         MR. MORTARA:  No problem for me, Your Honor.  We

20   can get set up.  Ten minutes?

21         THE COURT:  Ten minutes.

22         (Court recessed at 2:11 p.m.)

23         [Sidebar sealed and redacted.]

24         MR. MORTARA:  Whenever you're ready, I think I'm

25   ready, Your Honor.

1          THE COURT:  I am ready when you are.

2                      EXAMINATION

3     BY MR. MORTARA:

4     Q.  Good afternoon, Professor Card.  My name is Adam Mortara.

5     It's really nice to meet you.  I'm hoping that we'll spend a

6     few hours together getting to know each other.

7              I got to get a few questions out of the way I was

8     genuinely surprised Mr. Waxman didn't ask you.

9              You've been in court on and off a lot for the last

10    couple of weeks, right?

11    A.  Yes, I have.

12    Q.  And you know about the *Bakke* decision, don't you?  You

13    actually mentioned it in one of your articles?

14    A.  I know a little bit about it.  I am in no way an expert

15    on the law.

16    Q.  Did you know that the *Bakke* decision, actually just the

17    opinion of one member of the Court, described the Harvard

18    admissions system as an illuminating example in 1978?  Did

19    you know that?

20    A.  I think I've heard someone use that phrase.

21    Q.  More than once, huh?

22    A.  Yes.

23    Q.  Did you take that into account when preparing your

24    opinions in this case?

25    A.  No.

1    **Q.**  All right.  Let's hit a few things out of the gate before

2    delving more deeply into your opinions.

3           You testified on direct that race was a small

4    factor in admissions, and you used this slide that I'm

5    showing on the screen, which is DD 10.93, right?

6    **A.**  No.  I said that -- no.

7    **Q.**  You didn't say race was a small factor in admissions?

8    **A.**  No.  I believe I said that alone and by itself, race was

9    a small factor in admissions.

10   **Q.**  Great.  Thanks for that clarification.

11          And you also gave a nice discussion in your direct

12   about the importance of average marginal effect.  Do you

13   recall talking about that quite a bit?

14   **A.**  Yes.

15   **Q.**  But you discussed your computation of the average

16   marginal effect of Asian-American ethnicity across your whole

17   admissions model.  That was one of the last things you went

18   through with Mr. Waxman, right?

19   **A.**  Yes.

20   **Q.**  You didn't actually discuss your computation of the

21   average marginal effect of African-American race or Hispanic

22   ethnicity, did you?

23   **A.**  I didn't directly present it, no.

24   **Q.**  It's in your report.  Your reports are right next to you,

25   sir, for your review.  This is in your opening report.  I'm

1    going to go to it.  It's on page 81 of your opening report,

2    Figure 26.

3              You can look at it on the screen or you can look at

4    it in your report.  Your choice.  Do you see that?

5    **A.**   Yes.

6    **Q.**   The average marginal effects are at the bottom.  Plus

7    6 percent for African-Americans, plus 3.73 percent for

8    Hispanics.  Do you see that?

9    **A.**   Yes.

10   **Q.**   You know that this represents an over 300 percent

11   increase in the chances of admission on average for an

12   African-American, correct?

13   **A.**   No.  I don't think that calculation sounds rights to me.

14   **Q.**   You don't think that's right.  What percentage do you

15   think it is, sir?  What do you think the base is?  The base

16   is about 3 percent, isn't it?

17   **A.**   The overall fraction of admission -- it's possible that's

18   right, yes.

19   **Q.**   And you know it represents an over 200 percent increase

20   in the chances of admission for a Hispanic applicant,

21   correct?

22   **A.**   I don't know that for a fact, but I'll trust you on it.

23   **Q.**   You can come back and let me know tomorrow if it was

24   incorrect.  You can think about that if you want or we'll go

25   through it some more in a little bit.

1          I want to talk about some, I'm not going to say

2   mistakes, but some inaccuracies on your slides.  We'll go

3   back to this one.

4          This is the one I showed you where we talked about

5   race, if it was the only thing not being a big factor.  Do

6   you remember that?  It was just three minutes ago.

7   **A.**  Yes.

8   **Q.**  You got this thing over here, R-squared.  Do you see

9   that?

10  **A.**  Yes.

11  **Q.**  That's a mistake, isn't it?

12  **A.**  Well, yes, technically.  But as I think I explained early

13  on to the Court, I would be using R-squared and pseudo

14  R-squared interchangeably.

15  **Q.**  Okay.  Well, I'm glad we cleared that up, but there is

16  actually a difference between them, right?

17  **A.**  Yes.  They're calculated differently, yes.

18  **Q.**  And let's just quickly go through all the slides where

19  you said R-squared but you meant pseudo R-squared.  So here

20  we are at DD 10.93.  You said R-squared, but you meant pseudo

21  R-squared, right?

22  **A.**  Yes.

23  **Q.**  You did that again on -- you substituted 76 today.  But

24  DD 10.76, you did it again.  I don't have it in my computer.

25  We'll get to that tomorrow.  You did it again on this graph.

1    You showed 79.  You've got R-squareds here in a couple of

2    places.  Those are actually pseudo R-squareds, right?

3    **A.**   Yes.  As I said, I think to save space and not jargon up

4    my presentation, I tried to explain that that's what I was

5    going to be doing.

6    **Q.**   That's great.  We're going to talk about the difference

7    in a second.

8              And you did it over here on DD 10.86.  Do you see

9    that?

10   **A.**   Yes.

11   **Q.**   That's a pseudo R-squared, right?

12   **A.**   Yes.

13   **Q.**   And you did it again on 93.  We already did that one.  So

14   you did it in a few places, right?

15   **A.**   Yes.

16   **Q.**   Now, you know for a discrete choice model you don't use

17   R-squared, you use pseudo R-squared.  Don't you know that?

18   **A.**   I do know that, yes.

19   **Q.**   And you're well aware of the difference between the two,

20   right?

21   **A.**   Yes, I believe I am, yes.

22   **Q.**   Who is Daniel McFadden?

23   **A.**   Daniel McFadden is an emeritus professor at Berkeley,

24   formerly my colleague.  He was a very well-known figure in

25   the field in various aspects of economics.

1    **Q.**  He was your colleague.  He won a Nobel Prize?

2    **A.**  He did, yes.

3    **Q.**  All right.  So in your binder at C121 is an article by

4    your former colleague, Professor McFadden?

5            THE COURT:  Do I have a copy of this?

6            MR. MORTARA:  No, Your Honor.  I'm always terrible

7    with binders for you.  There you are.

8            THE COURT:  I don't have enough.

9            MR. MORTARA:  It's got 90 percent of everything I'm

10   going to use except the awesome stuff that I like to hand up.

11   BY MR. MORTARA:

12   **Q.**  If you could, turn to C121, please, Professor.

13   **A.**  Yes.

14   **Q.**  This is a paper by McFadden.  You've seen it before,

15   right?

16   **A.**  Yes.

17   **Q.**  If you turn to page 34 in the McFadden paper, there's a

18   footnote double star at the bottom.  Just tell me when you're

19   there, sir.

20   **A.**  Yes.

21   **Q.**  And it carries over to the next page, and I've got it on

22   the screen.

23            It says, "While the R-squared is a more familiar

24   concept to planners who are experienced in ordinary

25   regression analysis, it is not as well-behaved a statistic as

1    the" --

2              And that means pseudo R-squared.  That's a Greek

3    rho, isn't it?

4    **A.**  I'll have to read the whole thing to know what he's

5    referring to precisely.  If you give me a second.

6    **Q.**  You know that pseudo R-squared is sometimes written as

7    rho squared, right?

8    **A.**  No.  To tell you the truth, in my profession rho usually

9    refers to the correlation.  And so it would be -- and in

10   fact, R-squared is the same as the squared correlation.  So

11   I'm finding it a bit confusing.

12   **Q.**  Sir, this came up in your expert report, remember?  You

13   criticized Professor Arcidiacono's models for having a low

14   pseudo R-squared and he cited the McFadden paper and he said

15   exactly what's going to be said right here, which is that --

16   for example, values of .2 to .4 represent an excellent fit.

17             Do you remember you talked about that in your

18   expert report, right?

19   **A.**  I did say that.  I do remember that, yes.

20   **Q.**  And what you remember is that there was a debate between

21   you and Professor Arcidiacono about whether .2 to .4

22   represents an excellent fit.

23             Do you remember that from the McFadden paper?

24   **A.**  Yes.  I remember words to that effect.

25   **Q.**  So Professor McFadden here, saying, as you remember from

1    your expert reports, .2 to .4 is an excellent fit on the

2    pseudo R-squared, correct?

3    **A.**   That's what it -- yes, that's what it says here.  In my

4    view -- I mean, this paper was written in 1977, before the

5    era of modern computer.

6    **Q.**   Mr. Waxman can ask you questions when I'm done.  My

7    question was correct.

8              THE COURT:  You sit down.  You let him finish his

9    answer.

10             You finish your answer.

11             THE WITNESS:  Well, I was going to say this paper

12   was written in 1977, possibly even before that, back in the

13   day before modern computing methods.

14             And at that time, it was very difficult to estimate

15   especially discrete choice for multinomial logit models or

16   logit models with more than several dozen variables on large

17   data sets.  And so I think at that time that might have been

18   what he was thinking of in his experience.

19             I don't know whether I would say that that would

20   qualify today with modern data sets and modern methods.

21   BY MR. MORTARA:

22   **Q.**   All right.  So here's a question for you.

23             How many articles have you written that use

24   discrete choice models and report a pseudo R-squared.  Only a

25   handful, right?

1  **A.**  I'm not entirely sure, actually.

2  **Q.**  Glad you asked.  So let's go into my folder here for

3  David Card articles.  I've got a lot.  Let's just search

4  "pseudo" and see what comes back.

5          Do you see those articles there on the screen, what

6  to editors maximize, the effect of firm level contracts.  Do

7  you see that?

8          MR. WAXMAN:  Your Honor, I'm not exactly sure what

9  we're doing here.  If this is meant to be a demonstrative,

10  it's not disclosed.

11          MR. MORTARA:  It's not meant to be a demonstrative.

12          MR. WAXMAN:  He's using it as a demonstrative.

13  Maybe it's not meant to be, but it's being used as a

14  demonstrative.

15          MR. MORTARA:  I haven't even asked a question yet.

16          THE COURT:  You have it up on the screen.  That

17  means you are demonstrating it, which makes it a

18  demonstrative.

19  BY MR. MORTARA:

20  **Q.**  Do you see that?

21          MR. MORTARA:  It's also being done live, which I

22  don't need to disclose.  Under the pretrial memorandum, live

23  demonstratives don't need to be disclosed.  This is a live

24  demonstrative.

25          MR. WAXMAN:  I don't understand how this live

1  demonstrative is any different than the demonstratives that
2  we provided them in advance that he objected to and
3  successfully excluded yesterday.
4       THE COURT:  Let me hear what his question is, but I
5  take your point.  What is your question?
6  BY MR. MORTARA:
7  Q.  There's a handful of titles of articles on the screen.
8  Do you see that?
9  A.  I do see a handful of articles, yes.  I don't really
10  understand how this was constructed, what exactly you did to
11  get this list of articles.
12  Q.  Don't worry.  If you think of more than five or six
13  articles that you have a pseudo R-squared, you can come back
14  tomorrow and tell me, and I'll ask you first thing.
15       The question I have is, what's this article you
16  wrote from 2018 on editor gender bias, "Are Referees and
17  Editors in Economics Gender Neutral?"
18       Do you see that?
19  A.  I'm confused because you've got something here called
20  "Editor Gender Bias."
21  Q.  I'll clarify your confusion.
22       THE COURT:  If you have a copy of the article, why
23  don't you put it in front of him.
24       MR. MORTARA:  I intend to.  May I approach, Your
25  Honor?

1              THE COURT:  Yes, of course.

2              MR. MORTARA:  There's one for you, too.

3    BY MR. MORTARA:

4    Q.  Does this refresh your recollection that last week you

5    published an article called "Are Referees and Editors in

6    Economics Gender Neutral?"

7    A.  I distributed such an article to a number of my friends

8    and colleagues, yes.  I didn't publish it.

9              MR. WAXMAN:  May I just inquire whether this was

10   disclosed to us?

11             MR. MORTARA:  It's not, Your Honor.  It's

12   impeachment of the opinion I just got on pseudo R-squared.

13             THE COURT:  He doesn't have to disclose things that

14   he's using to impeach.

15             MR. WAXMAN:  It's not impeachment.

16             MR. MORTARA:  I was just told that the standards

17   for pseudo R-squareds have changed since the 1970s.  I'm

18   about to inquire.

19             THE COURT:  I thought he said the precision had

20   changed since the '70s.  But go ahead.

21   BY MR. MORTARA:

22   Q.  Sure.  So this is a paper where you found, among other

23   things, possible evidence of discrimination against female

24   economists in the refereeing of articles for journals; is

25   that right?

1   **A.**   Could you give me a second to review exactly the wording

2   we used?

3   **Q.**   Let me see if I can help you.  Turn to page 26.  And at

4   the top you'll see.  Just want to get a sense of what the

5   article is about.

6           Do you see that at the top what I've got

7   highlighted?  "Our findings are consistent with the presence

8   of some discrimination towards female economists"?

9   **A.**   Yes.  But if you read the context it says, "What accounts

10   for these patterns?  While we do not have direct evidence, we

11   envision three main explanations.  First, our findings are

12   consistent with the presence of some discrimination towards

13   female economists," and so on.

14           "Second, it could be that female economists submit

15   papers with somewhat different characteristics than those of

16   male authors," and so on.

17           And "A third possibility is that female economists

18   wait longer for submission," and so on.

19   **Q.**   Sure.  One of the possibilities of your findings in this

20   paper that you published last week is that there's some

21   discrimination towards female economists in reviewing.  One

22   of the possibilities.  Is that fair?

23   **A.**   Well, first I don't claim to have published this paper

24   last week.  This paper was distributed to some friends.  This

25   is still -- this has not been submitted.  This paper is still

1   in active editing stage, to tell the honest truth.

2   **Q.**  Great.  Well, let's take a look at what's on page 46,

3   Table 7.

4   **A.**  Yes.

5   **Q.**  You've got a bunch of models, and I just want to focus

6   you on the pseudo R-squareds of the models here.  Do you see

7   those?

8   **A.**  Yes.

9   **Q.**  And every one of them is between .2 and .4, correct?

10  **A.**  Well, to tell you the truth, this is a combination of

11  R-squared and pseudo R-squared.  So some of these models are

12  actually linear regression models.  In fact -- in fact, it's

13  possible that all of these are linear regression models, in

14  fact, reflecting the fact that this is a work in progress.

15          I believe, if I remember correctly, that all of

16  these are actually linear regressions, according to the top

17  heading.  So it isn't -- actually, it's a misstatement on me

18  and my coauthors here.

19  **Q.**  Let me go back to McFadden.

20          He said, the goodness of fit range for pseudo

21  R-squared was lower than regular R-squared, right?  That's

22  the standard in your industry; isn't that right?  So if these

23  are R-squareds, they're between .2 and .4, too, aren't they?

24  **A.**  No.  What he said was he said those unfamiliar with the

25  rho squared index should be forewarned that its values tend

1   to be considerably lower than an R-squared index.

2   **Q.**   What's the standard for regular R-squared for goodness of

3   fit, as far as you're concerned?

4   **A.**   Well, actually there is no real standard for goodness of

5   fit.  For example, one could have a model based on data from

6   year to year for the national economy, and it could have a

7   very high R-squared because those kind of variables tend to

8   correlate together very highly.  And yet many, many, many,

9   hundreds and thousands of those kinds of models are estimated

10  all the time and most people kind of think of them as junk or

11  very uninformative.

12          On the other hand, one could have data from an

13  experimental design, for example, where one had randomly

14  assigned some covariate of interest.

15          Like I could assign, for example, some kind of a

16  blinded resume that I send in for jobs.  And some of them

17  could be African-American candidates or names and some of

18  them could have non African-American names.  And there you

19  could have potentially quite a low R-squared and yet the

20  model could be extremely informative because of the design,

21  because of the randomized design.

22          So there isn't really a connection between

23  R-squared and whether a model is good or bad necessarily.

24  **Q.**   I'm just a little confused.  You were talking about the

25  explanatory power of several of Professor Arcidiacono's

1  models and you had a chart on the screen showing R-squareds.

2  Do you remember that?  You weren't testifying that the lower

3  R-squareds meant they had lower explanatory power?

4  **A.**  I was saying that lower pseudo R-squareds meant lower

5  explanatory power, yes.

6  **Q.**  So the junk models, you're talking about the national

7  economy where they have super high R-squareds, they have real

8  good explanatory power, but they're still junk, right?

9  **A.**  I wouldn't necessarily say that they're always junk, but

10  some models with high explanatory power could be very

11  informative; some models with low could be not very

12  informative.

13  **Q.**  And some models with low explanatory power could be very

14  informative; isn't that right?

15  **A.**  Yes, I would certainly agree to that.

16  **Q.**  All right.

17         You spent a lot of time in your direct testimony

18  trying to explain the difference between white and Asian

19  applicants to Harvard in the personal rating.  Do you

20  remember that?

21  **A.**  I do, yes.

22  **Q.**  I want to be clear about a few things.  As of the time

23  you were deposed, you had not constructed your own model of

24  the personal rating, did you?

25  **A.**  I believe that's correct, yes.

1    Q.   And you didn't disclose any model of the personal rating

2    in your expert reports, correct?

3    A.   I'm not entirely sure because I believe that I had done

4    some extensions of Professor Arcidiacono's model.

5    Q.   We're going to talk about those in just a little bit.

6            You used Professor Arcidiacono's models and you did

7    some extensions where you added some variables, right?

8    A.   I did, I believe, report some of those models.  Whether

9    those are my models or his models I guess is a matter of some

10   art.

11   Q.   You referred to, in your report, in "unexplained gap

12   between whites and Asians in the personal rating," right?

13   Your rebuttal report.

14   A.   Yes.

15   Q.   And I've got it on the screen, just 35 and 36, your

16   rebuttal report.  It says "unexplained gap" four times.  If

17   you just want to see it on the screen, I'm just going to

18   stop.  I'm not going to use any more of it.

19   A.   Just a second while I look at the rebuttal report.  What

20   page are we on?

21   Q.   Paragraph 35 and 36.  It's on page 19, sir.  The question

22   is, have I highlighted and underlined "unexplained gap" four

23   times?

24   A.   Yes.  I used those words there, correct.

25   Q.   But you can't actually rule out racial bias as the

1    explanation for that gap, can you?

2    **A.**  No, not on the basis purely of statistical evidence, no.

3    **Q.**  Now, you did a lot of summing of the scores with

4    Mr. Waxman to try to show that whites were better than Asians

5    on the personal rating.

6              Do you remember all those sums you did, some less

7    than 7, some less than 11?  Do you remember those?

8    **A.**  I remember those scores, yes.

9    **Q.**  You did some charts with sort of bar charts, histograms

10   of who got 7 or less.  Do you remember those?

11   **A.**  Yep.

12   **Q.**  You've been here for a while.  You've listened to a lot

13   of Harvard witnesses.

14             Have you ever heard one single sentence of

15   testimony in this trial or before in discovery that anyone at

16   Harvard ever sums up profile ratings ever?

17   **A.**  I've never heard that.  But I've never heard they fit

18   logistic regression models either, the people on the

19   admissions committee for sure.

20   **Q.**  To be clear, you weren't fitting a logistic regression

21   model when you showed those histograms of who got a sum less

22   than 7 or 11.  You weren't doing a logistic regression model,

23   were you?

24   **A.**  No.  They're just sums.

25   **Q.**  Right.  And everybody can add?

1   **A.**   Yes.  It's surprising how often mistakes can come in, but

2   yes, almost everybody can add, I think.

3   **Q.**   And you've seen no evidence in the dozen or so

4   depositions you've read with hundreds of hours of testimony

5   maybe and all the time you've been here listening to Harvard

6   witnesses that anyone ever once summed a profile rating,

7   correct?

8   **A.**   No.  I didn't hear that or I don't remember hearing it,

9   but I am not sure I was looking for it.

10  **Q.**   If you are remember, you can let me know tomorrow.

11              And the effect of the summing that you did is to

12  treat each rating equally and each point on those ratings

13  equally.  So having a 1 and a 2 and a 3 on school support is

14  the same as 2, 2, 2, even though 1s are far more rare.  Is

15  that right?

16  **A.**   It does just add them up, that's true, yes.

17  **Q.**   I'm trying to find one of those histograms for you, sir,

18  just so that we can -- this is one of them.  I've just got

19  one on the screen so we all know what we're talking about.

20              So it treats 1, 2, 3 the same as a 2, 2, 2, right?

21  **A.**   Yes.

22  **Q.**   And you didn't construct any model in your reports that

23  would tell you if, in fact, the ratings should all be treated

24  equally and each point in the ratings should be treated

25  equally, did you?

1    **A.**  No, I didn't.  But I didn't believe that that was

2    necessary for illustrating the points here.

3    **Q.**  You just did a bunch of arithmetic and then you showed

4    these descriptive statistics; is that right?

5    **A.**  Well, this is descriptive statistics, and it does involve

6    adding these scores.  That's correct, yes.

7    **Q.**  I want to show you Defendant's 692, which you also used

8    today, and you were talking about this non-academic

9    admissions index.  Do you remember that?

10   **A.**  Can I take a look at the whole thing?

11   **Q.**  Sure.  You have a big binder in front of you, sir.

12   Defendant's 692 is in there.

13   **A.**  So that's D 692?

14   **Q.**  Correct.

15          THE COURT:  I don't think I have 692.

16          MR. MORTARA:  You don't, Your Honor?  You should.

17          THE WITNESS:  I don't think I do either.

18   BY MR. MORTARA:

19   **Q.**  So that's okay.  Why don't we use your slide.  This is

20   it.  Do you remember this one?

21   **A.**  Yes, I do.  Yes.

22   **Q.**  Do you see down at the bottom it says Defendant's 692.

23   Do you see that.

24   **A.**  Yes.

25   **Q.**  And that's where it comes from, right?

1    **A.**   Yes.

2    **Q.**   And you constructed this non-academic index decile thing,

3    and it shows these higher percentages for whites and lower

4    percentages for Asians.

5              Do you see that?

6    **A.**   In each of the deciles, yes.

7    **Q.**   And it's your opinion that this explains, in part, or

8    maybe in whole, the unexplained gap in the personal rating

9    between whites and Asians?

10   **A.**   No.

11   **Q.**   Does it explain any of it?

12   **A.**   No.   That's not what I was saying that this explained.

13   **Q.**   What do you think this explains?

14   **A.**   Well, as I tried to explain, a central hypothesis that

15   Professor Arcidiacono is putting forth is that Asian students

16   are stronger than white students on the observed factors that

17   contribute toward the personal rating and then using that to

18   make some argument about the unobserved factors, which are,

19   of course, the things that are represented in the unexplained

20   gap or what's measured by the average marginal effect.

21             So what I'm trying to do in this slide is take a

22   look at the combination of all the non-academic observed

23   factors, weighting them by the way that they enter into the

24   admissions model, and look at how they differ for students in

25   the top several deciles between whites and Asians in terms of

1    the fractions, for example, in the ninth decile here.

2    **Q.**   And your basic point is that what we're looking at on the

3    screen, which now has the personal rating and ALDC effects

4    removed, it's DD 10.78, your basic point is that because

5    whites are doing better than Asians on these observable

6    characteristics, the gap between whites and Asians in the

7    personal rating may be explained by that.

8           Is that your basic point?

9    **A.**   Yes.   So the basic -- following on exactly the same kind

10   of logic that Professor Arcidiacono is using to explain, say,

11   the significant positive Asian-American average marginal

12   effect in the academic rating with a significant positive

13   Asian-American effect in the extracurricular rating.

14          He's asserting that that's due to unobserved

15   characteristics of the Asian-Americans and arguing that

16   that's consistent or -- consistent with this idea that the

17   observed characteristics of Asian-Americans that contribute

18   to each of those two variables are somewhat higher than the

19   observed characteristics for white students.

20          So I'm trying to evaluate that same kind of

21   argument when we look at the personal rating.   And so when we

22   look at the personal rating, what's really relevant because I

23   showed that personal rating is hardly at all affected by

24   academic factors, was to look at these non-academic factors.

25          So that's what I'm trying to do here and take a

1    look at whether the non-academic factors when they're

2    weighted by the way that they enter into the admissions

3    process are higher for whites than Asians.  And I believe

4    that's what it shows.

5  **Q.**  Thank you.  Are you done?

6          MR. WAXMAN:  Your Honor, it's one thing for counsel

7    to be asking questions.  It's another thing for counsel to be

8    making snide remarks like this.  Now, I suggest it reflects

9    more on the questioner than the witness, but I object.

10         THE COURT:  All right.  The speech isn't required.

11   Ask the question.  Skip the narrative.

12         MR. MORTARA:  Your Honor, I will happily do so.

13   But next time we get three paragraphs after a "yes," I'm

14   going to move to strike and ask you to intervene.  That's

15   what I'm trying to move it along.

16         THE COURT:  My experience in this trial is that

17   experts often answer questions with three paragraphs instead

18   of one.  Yours did the same thing.  Okay?

19         MR. MORTARA:  Your Honor, respectfully, he didn't.

20   And that's the problem.  But we'll come back.  I'll keep

21   going.  Thank you, Your Honor.

22         MR. WAXMAN:  Just for the record, the question that

23   he asked was something like, well, what is this showing or

24   isn't this what you mean?  It was a question that required an

25   explanation, and an explanation was provided.

1          MR. MORTARA:  Moving on.

2          THE COURT:  Yes.

3    BY MR. MORTARA:

4    Q.  You showed this graph in your direct testimony with

5    Mr. Waxman, didn't you?

6    A.  Yes.

7    Q.  And in fact, I think you and I were just talking about it

8    with respect to you said you added some additional variables

9    onto Professor Arcidiacono's models, and you discovered

10   that -- I think you said something like we could almost hit

11   the ceiling eventually, the ceiling would be zero, which is

12   no difference between Asians and whites, right?

13   A.  No.  I didn't say that at all.

14   Q.  You didn't say we might almost hit the ceiling?

15   A.  I didn't say with the addition of the variables that I

16   added to his model that we almost hit the ceiling.  No, I

17   didn't say that.

18   Q.  I understand.  I'm not trying to quibble with you.

19          What you said was, if we kept adding variables, we

20   would almost hit the ceiling, right?

21   A.  I said something like that, yes.

22   Q.  I think you have this in your binder.  You have

23   Defendant's Exhibit 688.  Take a look to make sure you got

24   it.  I'm told that you do.

25   A.  I found it.  Here it is.

1    **Q.**   You found it.  Great.  Something is working.

2              Defendant's 688 has that analysis.  It actually has

3    a version of this graph in it, right?  Just confirm that for

4    you, sir.

5    **A.**   It has the information that is used to construct this

6    graph, yes.

7    **Q.**   It's also got the information about the additional

8    variables you added, right?  Keep flipping pages.  I think

9    it's on a subsequent page.  It's got your graph in there, the

10   one I've got on the screen, and it's got the additional

11   numbers, right?

12   **A.**   Yes.

13   **Q.**   Staying with the graph that's on the screen, just looking

14   at Professor Arcidiacono's Model 5, you spent a lot of time

15   with the histograms about the school support rating, right,

16   looking at the differences between whites and Asians,

17   correct?

18   **A.**   I did spend some time going through them.  They're not --

19   I don't quite understand what that has to do with Model 5.

20   **Q.**   Those involve the school support ratings, correct?

21   **A.**   Yes, that's correct.  Sorry.

22   **Q.**   Some of them involved the alumni ratings, correct?

23   **A.**   Yes.

24   **Q.**   And the school support and the alumni ratings are all

25   included in Professor Arcidiacono's Model 5?

1    **A.**   Right.  My understanding is other rating variables are

2    also included in that model, yes.

3    **Q.**   But the ones that you talked about with Mr. Waxman in the

4    histogram, school support, alumni ratings, they're included

5    in Arcidiacono's Model 5, correct?

6    **A.**   Yes.

7    **Q.**   Now, if you look at the fourth page of Defendant's 688,

8    it has those numbers we've been talking about when you added

9    variables, and the average marginal effect went down, right?

10   **A.**   Yes.  It becomes smaller in magnitude.  It actually goes

11   up because it's becoming more positive.  It becomes smaller

12   in magnitude.

13   **Q.**   Smaller magnitude.  Thanks for the correction.

14             And the first set of variables you added where you

15   ran it year by year, which is your preferred way of doing the

16   model, right?

17   **A.**   It's my preferred way of doing the admissions model, yes.

18   **Q.**   And you added additional card model variables.  Do you

19   see that?  Do you see that, sir?

20   **A.**   Yes.

21   **Q.**   And those variables are -- I'm highlighting on the

22   screen -- intended career, indicator for a staff rating,

23   parental occupations, measures of participation in

24   extracurricular activities and indicators for being born in

25   the United States and having lived outside of the United

1    States.

2            Those were the variables you added in the first

3    round, right?

4    **A.**  Yes.

5    **Q.**  And then you added still more variables.  That was the

6    additional extracurricular variables, right?

7    **A.**  Yes.

8    **Q.**  And so you got these two numbers there, right?

9            Now, just a quick question.  Are those

10   statistically significant still?

11   **A.**  Which numbers are you referring to?  There's three

12   numbers there.  Which numbers?

13   **Q.**  All of them.  Any of them.

14   **A.**  Yes, I believe they are.

15   **Q.**  They all are.  But that's not here on your

16   Defendant's 688.  Okay.  Now let's go back to your

17   demonstrative.  You could have graphed those two additional

18   points that you have on your demonstrative, couldn't you?

19   **A.**  Yes.

20   **Q.**  Let's do that.  See I've got the version of your graph

21   right here on the screen, sir?

22   **A.**  Yes.

23   **Q.**  All right.  I'm going to call the number 2 one you did

24   card 2, and that was minus 3.23, right?

25   **A.**  Yes.

1   **Q.**  And the other one is going to be called card 3.  That was

2   minus 3.01; right?  Do you see that I've entered that on the

3   Excel spreadsheet on my computer?

4   **A.**  Yes.

5   **Q.**  Let's see what that looks like now.  Do you see that I've

6   added your two additional layering on of variables, and we

7   look at what the graph looks like now?  Do you see that?

8   **A.**  Yes.

9   **Q.**  And you see that I've created an axis of zero.  That's

10  where the ceiling is, right?  That's no effect, correct?

11  **A.**  Yes.

12  **Q.**  And when you added on as many variables as you had,

13  basically every variable you had available to you, what

14  happened here is that the average marginal effect of the

15  difference between Asians and whites on the personal rating,

16  it didn't head to the ceiling, did it?

17  **A.**  No.  Well, first of all, I would say two things about

18  this graph.

19          First of all, if one were to include all of those

20  variables and go directly from Model 5 to card 3, the graph

21  would look different, first of all.

22          Secondly, I wasn't actually asserting that adding

23  additional observed variables would make it go to the

24  ceiling.

25          MR. MORTARA:  Your Honor, we're going to mark this

1    as Plaintiff's Demonstrative 40.  We'll submit it and offer

2    it into evidence.

3           MR. WAXMAN:  Well, I'm going to -- he's obviously

4    made it as a demonstrative.  We object to it being in

5    evidence because the witness just said if he were calculating

6    his -- I can't remember what it's being called here, card

7    Model 3, the graph would not look like that.  So I don't

8    think there's a foundation for offering it into evidence.

9           MR. MORTARA:  Your Honor, the foundation is I just

10   made it, and we just agreed that demonstratives go back into

11   evidence.  I thought we had a rule about demonstratives now.

12          MR. WAXMAN:  We had a rule about disclosed

13   demonstratives.  This is a demonstrative again created on the

14   fly, and there's no agreement.

15          THE COURT:  This is what I'm going to do.  We'll

16   sort this out tomorrow morning.  I'm tired.  I'm sure

17   Dr. Card is tired.  It's 3:00.  It's been a long day.

18          We will resume tomorrow.  What time would you all

19   like to start?  Karen, do we have anything before this?

20          What time would you guys like to start tomorrow?

21          MR. MORTARA:  As early as the Court could

22   accommodate us.

23          MR. LEE:  9:30, if you could, Your Honor.

24          THE COURT:  Let's start at 9:30.  All right.  And

25   we will take this up.  I think there is an agreement about

1    demonstratives, but he's called into question the accuracy of

2    this demonstrative.  The witness hasn't adopted it.  We can

3    sort out some way to deal with that, but it's not going to

4    come in as a demonstrative that's been accepted as having

5    accuracy.

6                MR. MORTARA:  Sure.

7                THE COURT:  So we'll figure out some other way like

8    demonstrative marked for identification rather than --

9                MR. MORTARA:  That's fine.

10               THE COURT:  We'll get back to all those angels on

11   the head of a pin.  We'll see everyone tomorrow.  Okay?

12               MR. MORTARA:  Thank you, Your Honor.

13               MR. LEE:  Thank you, Your Honor.

14               (Court recessed at 3:04 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1                      - - - - - - - - - - - -

2                         CERTIFICATION

3

4           I certify that the foregoing is a correct

5    transcript of the record of proceedings in the above-entitled

6    matter to the best of my skill and ability.

7

8

9

10   /s/ Joan M. Daly                    October 31, 2018

11   _____                _____

12   Joan M. Daly, RMR, CRR              Date
     Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        INDEX OF WITNESSES

2     WITNESS                                           PAGE

3     DAVID CARD

4
          Examination By Mr. Waxman .........................   6
5         Examination By Mr. Mortara........................  174

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           E X H I B I T S

2

       Defendant Exhibit                              Received
3
              670      .................................   103
4
              677      .................................    20
5
              678      .................................    21
6
              680      .................................    21
7
              681      .................................    11
8
              683      .................................    18
9
              687      .................................    40
10
              692      .................................    54
11
              694      .................................    80
12
              698      .................................    30
13
              702      .................................    93
14
              708      .................................    27
15
              709      .................................    96
16
              713      .................................   122
17
              715      .................................    99
18
              716      .................................   100
19
              718      .................................   106
20
              720      .................................   131
21
              721      .................................   141
22
              722      .................................   145
23
              723      .................................   152
24
              724      .................................   162
25
              725      .................................   164

726  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  167

727  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  157

728  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  135

729  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  169

730  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  147

699  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  88