UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Michael H. Park of Consovoy McCarthy Park PLLC hereby withdraws his appearance on behalf of Plaintiff in the above-captioned action.

                                                                                         Respectfully submitted,

                                                                                          */s/ Michael H. Park*

                                                                                        Michael H. Park
                                                                                        Consovoy McCarthy Park PLLC
                                                                                        745 Fifth Avenue, Suite 500
                                                                                        New York, New York 10151
                                                                                        (212) 247-8006
                                                                                        park@consovoymccarthy.com

                                                                       *Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: May 14, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Michael H. Park
Michael H. Park