**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.        ) | |
|                                                                            ) | |
|                  Plaintiff,        ) | |
|                                                                            ) | |
|        v.                                              ) | Civil No. 1:14-CV-14176 (ADB) |
|                                                                            ) | |
| PRESIDENT AND FELLOWS OF HARVARD    ) | |
| COLLEGE (HARVARD CORPORATION)         ) | |
|                                                                            ) | |
|                  Defendant.   ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Pursuant to the Federal Rules of Civil Procedure, Brenda L. Shum hereby withdraws her appearance *pro hac vice* as co-counsel for Student Amici in this proceeding as she will no longer be employed by the Lawyers' Committee for Civil Rights Under Law as of May 17, 2019. Student Amici will continue to be represented by other attorneys at the Lawyers' Committee for Civil Rights Under Law, Boston Lawyers Committee, Asian Americans Advancing Justice-Los Angeles, and Arnold & Porter Kaye Scholer LLP, who have already filed an appearance on behalf of Student Amici in this matter.

WHEREFORE, Brenda L. Shum respectfully requests this Court to permit her to withdraw as co-counsel for Student Intervenors.

DATED:	May 16, 2019

/s/ BLS
Brenda L. Shum (pro hac vice)
Lawyers' Committee for Civil Rights Under Law
OSB Bar Number 961146
1500 K Street NW, Suite 900
Washington, DC  20005
(202) 662-8662
bshum@lawyerscommittee.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

DATED: May 16, 2019

                                                /s/ Lawrence E. Culleen
                                                  Lawrence E. Culleen (pro hac vice)
                                                  Arnold & Porter Kaye Scholer LLP
                                                  601 Massachusetts Avenue NW
                                                  Washington, D.C.  20001
                                                  (202) 942-5477
                                                  lawrence.culleen@arnoldporter.com