# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to the Federal Rules of Civil Procedure, Nicole K. Ochi hereby withdraws her appearance *pro hac vice* as co-counsel for Student Amici in this proceeding, as she will no longer be employed by Asian Americans Advancing Justice – Los Angeles as of June 7, 2019. Student Amici will continue to be represented by other attorneys at Asian Americans Advancing Justice – Los Angeles, Lawyers' Committee for Civil Rights Under Law, Boston Lawyers Committee, and Arnold & Porter Kaye Scholer LLP, who have already filed an appearance on behalf of Student Amici in this matter.

WHEREFORE, Nicole K. Ochi respectfully requests this Court to permit her to withdraw as co-counsel for Student Amici.

| | |
|---|---|
| Dated: June 4, 2019 | /s/ Nicole K. Ochi <br> Nicole K. Ochi (*pro hac vice*) <br> California State Bar No. 268678 <br> Asian Americans Advancing Justice – Los Angeles <br> 1145 Wilshire Blvd. <br> Los Angeles, CA 90017 <br> (213) 241-0211 <br> nochi@advancingjustice-la.org |

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on June 4, 2019 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Lawrence E. Culleen
        Lawrence E. Culleen