## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Oren Sellstrom, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Christopher Lapinig, a member of the California Bar, to this Court for the purpose of representing Student *Amici Curiae*[1] in the above-captioned matter, and states as follows:

1.      Christopher Lapinig is a Staff Attorney in the Impact Litigation unit at Asian Americans Advancing Justice – Los Angeles. His business address is 1145 Wilshire Boulevard, Los Angeles, CA 90017 and his telephone number is (213) 977-7500.

---

[1] Student *Amici Curiae* are a group of current and prospective students of Harvard whom the Court granted leave to participate in this action as *amici*. Order at 23, June 15, 2015, ECF No. 52.

2.      Christopher Lapinig is an active member of the California Bar with no record of discipline.  There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. See Declaration of Christopher Lapinig, attached hereto as Exhibit A.

3.      Christopher Lapinig is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4.      Oren Sellstrom, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Student *Amici Curiae* if this motion is granted.

5.      Pursuant to Local Rule 7.1(a), Student *Amici Curiae* have conferred with counsel for the Plaintiff and Defendant and they have stated that they have no objection to this motion.

WHEREFORE, the Student *Amici Curiae* respectfully request that Christopher Lapinig be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Student *Amici Curiae* in the above referenced proceeding in accordance with the Rules of this Court.

Respectfully submitted,

Dated: June 7, 2019

/s/ Oren Sellstrom
Oren Sellstrom, Esq.
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0608
osellstrom@lawyersforcivilrights.org

ATTORNEY FOR *AMICI CURIAE*

# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

STUDENTS FOR FAIR ADMISSIONS,
INC,

        Plaintiff,

        v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE (HARVARD
CORPORATION),

        Defendant.

Civil Action No. 1:14-cv-14176-ADB

## DECLARATION OF CHRISTOPHER LAPINIG

I, CHRISTOPHER LAPINIG, depose and state as follows:

1.      I am an attorney licensed to practice law in California.

2.      I am a resident of California.

3.      I am a Staff Attorney at Asian Americans Advancing Justice – Los Angeles,

located at 1145 Wilshire Boulevard, Los Angeles, CA 90017. The office telephone number is

(213) 977-7500.

4.      I am licensed to practice law in the State of New York and the State of California

and have been admitted to practice law in the following federal jurisdictions: United States

District Court for the Central District of California.

5.      I was admitted to practice law in New York on February 3, 2014, and in

California on November 26, 2018. My New York Bar number is 5198866; my California Bar

number is 322141.

-1-

- 2 -

6.      I am a member in good standing in every jurisdiction where I have been admitted to practice.

7.      I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

8.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Student *Amicus Curiae* in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalty of perjury on this 7th day of June, 2019.

/s/ Christopher Lapinig

Christopher Lapinig, Esq.

-3-

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on June 7, 2019 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Oren Sellstrom
Oren Sellstrom