# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendant*. | Civil Action No. 14-14176 (ADB) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c), attorney Andrew R. Varcoe withdraws his appearance *pro hac vice* as counsel for amici Economists Michael P. Keane, Hanming Fang, Yingyao Hu, Glenn C. Loury, John P. Rust, and Matthew S. Shum in this matter. All other counsel who have entered appearances for these amici will remain as counsel of record.

Dated: August 16, 2019                              Respectfully submitted,

/s/ Andrew R. Varcoe
BOYDEN GRAY & ASSOCIATES
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620
avarcoe@boydengrayassociates.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                /s/ Andrew R. Varcoe
                                                Andrew R. Varcoe