UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

   Students for Fair Admissions, Inc.
          **Plaintiff**

         v.                      CIVIL ACTION NO.   14-14176-ADB

   President and Fellows of Harvard College
          **Defendant**

## JUDGMENT IN A CIVIL CASE

**Burroughs, D.J.**

_____      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__      **Decision by the Court**.  This action came to Bench Trial before the Court.  The issues have been tried or heard and a decision has been rendered pursuant to the FINDINGS OF FACT AND CONCLUSIONS OF LAW entered September 30, 2019.

     **IT IS  ORDERED AND ADJUDGED:** Judgment for the Defendant President and Fellows of Harvard College (Harvard Corporation).

ROBERT M. FARRELL
CLERK OF COURT

Dated:  September 30, 2019         By  /s/ Christina McDonagh
                                                                   Deputy Clerk