# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF APPEAL

Plaintiff, Students for Fair Admissions, Inc., now appeals to the United States Court of Appeals for the First Circuit this Court's final judgment entered on October 1, 2019.

Dated: October 4, 2019

Respectfully submitted,

    /s/ *William S. Consovoy*

| | |
|---|---|
| Adam K. Mortara<br>J. Scott McBride<br>Krista J. Perry<br>BARTLIT BECK LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>312.494.4400<br>adam.mortara@bartlitbeck.com<br>scott.mcbride@bartlitbeck.com<br>krista.perry@bartlitbeck.com<br><br>John M. Hughes<br>Katherine L.I. Hacker<br>Meg E. Fasulo<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>303.592.3100<br>john.hughes@bartlitbeck.com<br>kat.hacker@bartlitbeck.com<br>meg.fasulo@bartlitbeck.com | William S. Consovoy<br>Thomas R. McCarthy<br>J. Michael Connolly<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22209<br>703.243.9423<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>Patrick Strawbridge BBO #678274<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>617.227.0548<br>patrick@consovoymccarthy.com |

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
617.345.3000
psanford@burnslev.com

## CERTIFICATE OF SERVICE

 I certify that this document was filed via the CM/ECF system, which will notify all counsel of record.

                */s/ William S. Consovoy*
                Counsel for Plaintiff