# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civ. Act. No. 1:14-cv-14176-ADB |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of attorney Elizabeth C. Mooney as counsel for President and Fellows of Harvard College ("Harvard") in this matter. Ms. Mooney is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP, which represents Harvard in this matter. All other counsel who have entered appearances for Harvard will remain as counsel of record.

February 24, 2020

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth (BBO# 665232)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
felicia.ellsworth@wilmerhale.com

*Counsel for Defendant*

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth