# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>　　　　Plaintiff, <br>　v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>　　　　Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## **NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

Please take notice that on April 12, 2018 Adam K. Mortara of the law firm Bartlit Beck LLP was permitted to appear and participate as *pro hac vice* counsel for Plaintiff Students for Fair Admissions, Inc. in the above-captioned matter. Effective August 31, 2020 Mr. Mortara is no long affiliated with Bartlit Beck LLP and his updated contact information is below.

　　Adam K Mortara
　　125 South Wacker Dr., Suite 300
　　Chicago, IL 60606
　　(773) 750-7154
　　adam@mortaralaw.com

Dated: August 31, 2020

Respectfully submitted,

*/s/ Adam K. Mortara*
Adam K Mortara
125 South Wacker Dr., Suite 300
Chicago, IL 60606
(773) 750-7154
adam@mortaralaw.com

*Attorney for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) on this 31st day of August, 2020.

*/s/ Adam K. Mortara*