# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS

Defendant

**MANDATE**

Entered: December 3, 2020

In accordance with the judgment of November 12, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Debo P. Adegbile
Brittany Amadi
Eri Andriola
Peter Antonelli
Hector H. Balderas
Sheila Baynes
Xavier Becerra
Ishan Kharshedji Bhabha
Thomas Mark Bondy
Ruth A. Bourquin
Sarah Burg

Thomas E. Chandler
Apalla U. Chopra
Randall Baldwin Clark
Keefe Bryant Clemons
Danielle Conley
John Michael Connolly
Clare E. Connors
William S. Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Lawrence E. Culleen
Mark S. Davies
Elliott M. Davis
Elizabeth N. Dewar
Emma Dinan
Matthew J. Donnelly
Eric Dreiband
Andrew S. Dulberg
Dwight Gerard Duncan
Keith Ellison
Felicia H. Ellsworth
Jessica Lynn Ellsworth
William E. Evans III
Wencong Fa
Gordon M. Fauth Jr.
Aaron D. Ford
Aaron M. Frey
Brian E. Frosh
T. Elliot Gaiser
Bradley N. Garcia
Ara B. Gershengorn
Stephanie J. Gold
Jon M. Greenbaum
Samuel P. Groner
Adam R.F. Gustafson
Sarah Elaine Harrington
Maura T. Healey
Matthew S. Hellman
Alex Hemmer
Mark R. Herring
Matthew J. Higgins
Sarah Hinger
David Hinojosa
Derek Tam Ho
Jennifer A. Holmes
John M. Hughes

Sherrilyn Ann Ifill
Letitia James
Kathleen Jennings
Rachel Kleinman
Katie Kopp
Douglass C. Lawrence
Jin Hee Lee
Jin Hee Lee
William F. Lee
Haiying Li
Yong Li
Donald Campbell Lockhart
Janine Marie Lopez
Ann E. Lynch
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Patrick D. McKegney
Anton Metlitsky
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Peter F. Neronha
Cameron Thomas Norris
Bradley Oppenheimer
Seth B. Orkand
Eric Grant Penley
Nancy Leeds Perkins
Timothy J. Perry
Harrison David Polans
Karl A. Racine
Marc John Randazza
Kwame Raoul
Dean Richlin
Madeleine Kristine Rodriguez
Sabrina Rose-Smith
E. Joshua Rosenkranz
Richard J. Rosensweig
Jessie J. Rossman
Dennis J. Saffran
Michelle Liszt Sandals
Paul M. Sanford
Jaime Ann Santos
Gregory M. Schmidt
Sigmund D. Schutz
Matthew R Segal

Oren McCleary Sellstrom
Josh Shapiro
Emma Simson
Sarah Hartman Sloan
Samuel Spital
Patrick N. Strawbridge
Darren Teshima
Kenneth N. Thayer
Elisabeth S. Theodore
Joshua P. Thompson
Natashia Tidwell
Genevieve Bonadies Torres
Michaele N. Turnage Young
David Urena
Seth P. Waxman
Philip J. Weiser
Joseph Wenner
Cody J. Wisniewski
Paul R.Q. Wolfson
Jun Xiao
Xiaoying Yu