# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 1, 2021

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re: Students for Fair Admissions, Inc.
            v. President and Fellows of Harvard College
            No. 20-1199
            (Your No. 19-2005)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 25, 2021 and placed on the docket March 1, 2021 as No. 20-1199.

Sincerely,

**Scott S. Harris**, Clerk

by

Clara Houghteling
Case Analyst