# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c), attorney Paul R. Q. Wolfson withdraws his appearance *pro hac vice* as counsel for President and Fellows of Harvard College in this matter. After August 20, 2021, Mr. Wolfson will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP. All other counsel who have entered appearances for President and Fellows of Harvard College will remain as counsel of record.

Respectfully submitted,

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO# 665232)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
felicia.ellsworth@wilmerhale.com

*Counsel for Defendant President and Fellows of Harvard College*

Dated:  August 5, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth