# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 24, 2022

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Students for Fair Admissions, Inc.
v. President and Fellows of Harvard College
No. 20-1199
(Your No. 19-2005)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petition for a writ of certiorari in No. 21-707 is granted. The cases are consolidated, and a total of one hour is allotted for oral argument. VIDED.

Sincerely,

**Scott S. Harris**, Clerk