OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

October 26, 2022

Robert Farrell, Clerk
US District Court of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:  Students for Fair Admissions v. President & Fellows of Harvard
          Appeal No. 19-2005
          (Your No. 1:14-cv-14176-ADB)

Dear Clerk Farrell:

    Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.

    Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

    Thank you for your cooperation.

                        Sincerely,

                        Gerry Claude
                        Case Manager
                        U.S. Court of Appeals
                        for the First Circuit
                        (617) 748-4275

Enclosures

cc:
Paul M. Sanford
William S. Consovoy
Patrick N. Strawbridge
Thomas R. McCarthy
John Michael Connolly
Cameron Thomas Norris
Adam K. Mortara
John M. Hughes
Felicia H. Ellsworth

Seth P. Waxman
Ara B. Gershengorn
William F. Lee
Joseph J. Mueller
Debo P. Adegbile
Andrew S. Dulberg
Brittany Amadi
Sigmund D. Schutz
Eric Grant Penley
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Cara McClellan
Jennifer A. Holmes
Michaele N. Turnage Young
Samuel Spital
Kenneth N. Thayer
Dwight Gerard Duncan
Dennis J. Saffran
Jessica Lynn Ellsworth
Natashia Tidwell
Stephanie J. Gold
Matthew J. Higgins
Thomas E. Chandler
Donald Campbell Lockhart
Elliott M. Davis
Matthew J. Donnelly
Madeleine Kristine Rodriguez
Sarah Burg
Marc John Randazza
Gordon M. Fauth Jr.
Richard J. Rosensweig
Kevin K. Russell
Jon M. Greenbaum
Lawrence E. Culleen
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Oren McCleary Sellstrom
Genevieve Bonadies Torres
Elisabeth S. Theodore
David Hinojosa
Eri Andriola
Lawrence L. Crawford
Seth B. Orkand

Matthew S. Hellman
Ishan Kharshedji Bhabha
Apalla U. Chopra
Patrick D. McKegney
Anton Metlitsky
Ruth A. Bourquin
Matthew R Segal
Jessie J. Rossman
Sarah Hinger
Randall Baldwin Clark
Adam R.F. Gustafson
Jin Hee Lee
Peter Antonelli
Douglass C. Lawrence
Joshua P. Thompson
Wencong Fa
Derek Tam Ho
Bradley Oppenheimer
Joseph Wenner
Xiaoying Yu
Haiying Li
Yong Li
Jun Xiao
Timothy J. Perry
Cody J. Wisniewski
T. Elliot Gaiser
Jaime Ann Santos
William E. Evans III
Sabrina Rose-Smith
Peter F. Neronha
Maura Tracy Healey
Elizabeth N. Dewar
Karl A. Racine
Brian E. Frosh
Hector H. Balderas
Xavier Becerra
Mark R. Herring
Josh Shapiro
Aaron M. Frey
Kwame Raoul
Aaron D. Ford
Kathleen Jennings
Letitia James
Keith Ellison
Clare E. Connors
Philip J. Weiser

Ann E. Lynch
David Urena
Mark S. Davies
Thomas Mark Bondy
E. Joshua Rosenkranz
Keefe Bryant Clemons
Katie Kopp
Sarah Hartman Sloan
Darren S. Teshima
Sheila Baynes
Dean Richlin
Samuel P. Groner
Harrison David Polans