# HARVARD LAW SCHOOL

JEANNIE SUK GERSEN
JOHN H. WATSON, JR. PROFESSOR OF LAW
Cambridge, MA 02138
jsg@law.harvard.edu

November 11, 2022

The Honorable Allison D. Burroughs
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   **Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al, No. 14cv14176-ADB**

Dear Judge Burroughs:

I am writing as a scholar who is conducting research and writing on the case of *Students for Fair Admissions v. Harvard*. I have also reported on the case for The New Yorker since 2017 and will continue to do so throughout the Supreme Court proceedings and afterwards.

On November 2, 2022, the Clerk's Office of the District of Massachusetts responded to the United States Supreme Court's request, pursuant to Rule 12.7, to "certify and transmit immediately the entire District Court record (including transcripts)," with a letter indicating that it was transmitting an encrypted thumb drive containing "any sealed or confidential pleadings." I am writing specifically about the trial transcripts in the case, which are publicly available but also indicate that transcripts of all sidebars in the trial were sealed. Given that it has been four years since the trial, and assuming the sidebars do not contain information that is properly designated as confidential, I am respectfully requesting that you unseal the transcripts of sidebars, so that the entire trial transcript may now be available to the public, for purposes of knowledge, transparency, and reporting about a case of great public importance.

Thank you.

Sincerely,

*[signature]*

Jeannie Suk Gersen
John H. Watson, Jr. Professor of Law
Harvard Law School

Contributing Writer
The New Yorker