AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Students for Fair Admissions | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-14176 |
| President and Fellows of Harvard College, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeannie Suk Gersen                                                                                           .

Date:   11/18/2022

/s/ Jeannie Suk Gersen
*Attorney's signature*

Jeannie Suk Gersen, BBO # 601070
*Printed name and bar number*

Hauser Hall
1563 Massachusetts Avenue
Cambridge, MA 02138

*Address*

jeannie.gersen@gersen.com
*E-mail address*

(917) 749-5059
*Telephone number*

*FAX number*