UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE ET AL.,<br>                                        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 14-cv-14176-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF ROBERT A. BERTSCHE FOR
### THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-captioned matter for The Reporters Committee for Freedom of the Press.

Respectfully submitted,

Date: November 18, 2022

*/s/ Robert A. Bertsche*
Robert A. Bertsche
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

### CERTIFICATE OF SERVICE

I, Robert A. Bertsche, hereby certify that I have filed the foregoing Notice of Appearance electronically with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in this case who are registered as CM/ECF Filers will be served by the CM/ECF system.

Date: November 18, 2022

*/s/ Robert A. Bertsche*
Robert A. Bertsche