

November 18, 2022

**VIA ECF**

The Honorable Allison D. Burroughs
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:  *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al.*, No. 14 Civ. 14176 (ADB)

Dear Judge Burroughs,

I write on behalf of the Reporters Committee for Freedom of the Press ("Reporters Committee"), which has previously participated in this matter as an amicus curiae. *See* ECF Nos. 391, 432. By letter dated November 11, 2022, Professor Jeannie Suk Gersen requested that the Court unseal the transcripts of all sidebar conferences held during trial in this matter. ECF No. 691. On November 17, the New York Times submitted to the Court a letter in support of Professor Gersen's request. ECF No. 693.

The Reporters Committee concurs with the New York Times's letter of support and respectfully urges the Court to unseal the transcripts at issue. To that end, I have noticed an appearance in this matter and intend to be available to answer the Court's questions at the hearing now set for Monday, November 21 at 10:00 A.M., should the Court seek input from counsel for a representative of the news media.

                                            Respectfully submitted,

cc:  Prof. Jeannie Suk Gersen         */s/ Robert A. Bertsche*
      Counsel of record via ECF        Robert A. Bertsche
                                                    KLARIS LAW PLLC
                                                    6 Liberty Square #2752
                                                    Boston, MA 02109
                                                    857-303-6938
                                                    rob.bertsche@klarislaw.com
                                                    *Counsel of Record for the Reporters Committee for Freedom of the Press*