UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF )<br>HARVARD COLLEGE (HARVARD CORPORATION), )<br>)<br>Defendants. )<br>) | Case No. 1:14-cv-14176-ADB |

**MOTION FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, Robert A. Bertsche, a member of the bar of this Court and counsel of record for proposed intervenor Reporters Committee for Freedom of the Press, respectfully move that attorneys Katie Townsend and Grayson Clary of the Reporters Committee for Freedom of the Press, 1156 15th Street NW, Suite 1020, Washington, DC 20005, be permitted to appear *pro hac vice* to represent the Reporters Committee in this matter.

1. Ms. Townsend is the Deputy Executive & Legal Director of the Reporters Committee for Freedom of the Press. She is a member in good standing of the California Bar, as well as the bars of the District of Columbia, New York, the U.S. Courts of Appeals for the First, Second, Third, Fifth, Seventh, Ninth, Eleventh, and D.C. Circuits; and the U.S. District Courts for the Central District of California, Northern District of California, District of Colorado, District of Columbia, Southern District of Indiana, District of Maryland, Southern District of New York, Southern District of Texas, and Eastern District of Wisconsin. Ms. Townsend has

1

not previously had a *pro hac vice* admission to this court revoked for misconduct, and there are no disciplinary proceedings pending against Ms. Townsend in any jurisdiction.

2. Mr. Clary is a Staff Attorney at the Reporters Committee for Freedom of the Press. He is a member in good standing of the District of Columbia Bar, as well as the bars of the U.S. Courts of Appeal for the Ninth and D.C. Circuits and the U.S. District Court for the District of Columbia. Mr. Clary has not previously had a *pro hac vice* admission to this Court revoked for misconduct, and there are no disciplinary proceedings pending against Mr. Clary in any jurisdiction.

3. Ms. Townsend and Mr. Clary are familiar with the rules of this Court.

4. In support of this motion, the undersigned relies on the Certifications of Ms. Townsend and Mr. Clary filed herewith.

**WHEREFORE**, the undersigned respectfully moves that this Court admit Ms. Townsend and Mr. Clary *pro hac vice* for the purpose of representing proposed intervenor Reporters Committee for Freedom of the Press in this matter, as co-counsel with the undersigned.

Respectfully submitted,

Date: December 7, 2022

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

*Counsel of Record for Reporters Committee for Freedom of the Press*

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for the Reporters Committee for Freedom of the Press hereby certifies that counsel for the Reporters Committee conferred with counsel to Harvard and Students for Fair Admissions, Inc. in a good-faith attempt to resolve this issue and informed them that the Reporters Committee intended to file this Motion for Admissions Pro Hac Vice.  Counsel for both parties indicated they do not oppose the motion.

*/s/ Robert A. Bertsche*_____
Robert A. Bertsche

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2022, the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Robert A. Bertsche*_____
Robert A. Bertsche