UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.

       Plaintiff,

  v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE (HARVARD CORPORATION),

       Defendants.

Case No. 1:14-cv-14176
Hon. Allison D. Burroughs

## CERTIFICATION OF KATIE TOWNSEND

Katie Townsend certifies as follows:

1. I make this certification in support of the accompanying motion for *pro hac vice* admission and have personal knowledge of the facts stated herein.

2. I am the Deputy Executive Director & Legal Director of the Reporters Committee for Freedom of the Press, 1156 15th Street NW, Suite 1020, Washington, DC 20005.

3. I am a member in good standing of the California Bar, as well as the bars of the District of Columbia and New York. I am also admitted to practice before the U.S. Courts of Appeals for the First, Second, Third, Fifth, Seventh, Eighth, Ninth, Eleventh, and D.C. Circuits; and the U.S. District Courts for the Central District of California, Northern District of California, District of Colorado, District of Columbia, Southern District of Indiana, District of Maryland, Southern District of New York, Southern District of Texas, and Eastern District of Wisconsin.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. No disciplinary proceedings are pending against me in any jurisdiction.

6.	I am familiar with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 7th day of December.

s/ 
Katie Townsend
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

5