UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF <br> HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No.  1:14-cv-14176 <br> )    Hon. Allison D. Burroughs <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION OF GRAYSON CLARY

Grayson Clary certifies as follows:

1.      I make this certification in support of the accompanying motion for *pro hac vice* admissions and have personal knowledge of the facts stated herein.

2.      I am a Staff Attorney at the Reporters Committee for Freedom of the Press, 1156 15th Street NW, Suite 1020, Washington, DC 20005.

3.      I am a member in good standing of the District of Columbia Bar, as well as the bars of the U.S. Courts of Appeal for the Ninth and D.C. Circuits and the U.S. District Court for the District of Columbia

4.      I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5.      No disciplinary proceedings are pending against me in any jurisdiction.

6.      I am familiar with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 7th day of December.

6

s/

Grayson Clary

gclary@rcfp.org
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310