AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:14-cv-14176 |
| President & Fellows of Harvard College ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor Reporters Committee for Freedom of the Press    .

Date:    12/08/2022

/s/ Katie Townsend
*Attorney's signature*

Katie Townsend, CA Bar No. 254321
*Printed name and bar number*
Reporters Committee for Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005

*Address*

ktownsend@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*