UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF <br> HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendants. | Case No. 1:14-cv-14176-ADB |

**NOTICE OF APPEAL**

Proposed intervenor the Reporters Committee for Freedom of the Press hereby appeals to the U.S. Court of Appeals for the First Circuit from this Court's December 19, 2022 order denying leave to intervene and ordering that portions of the sidebar transcripts in this case remain sealed.

Respectfully submitted,

Date:   January 18, 2023

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

*Counsel of Record for Reporters Committee for Freedom of the Press*

Katie Townsend*
Grayson Clary*
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020

1

Washington, D.C. 20005
Telephone:  202-795-9300
Facsimile:  202-795-9310
ktownsend@rcfp.org
gclary@rcfp.org

* *Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Robert A. Bertsche*
Robert A. Bertsche