UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al

District Court Number: 14cv14176-ADB

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes _X_ No ____   Sealed documents  Yes _X_ No ____
If yes, document # 713   If yes, document # (see attached addendum)

*Ex parte* documents  Yes ____ No _X_   Transcripts  Yes _X_ No ____
If yes, document # ____   If yes, document # (see attached addendum)

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent ____ Other: _X_

Appeal from:
#711 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#711 and #723

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 723 filed on January 18, 2023.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2023.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

68,69,80,81,122,127,133,134,140,145,162,163,168,169,195,198,202,203,204,205,207,208, 214,219,220,221,224,225,226,227,233,234,235,241,242,247,248,255,256,257,260,261,262, 266,273,274,284,285,286,287,289,290,296,297,308,309,310,313,317,326,328,330,333,344, 347,348,352,356,361,367,368,373,374,381,383,413,420,421,427,435,437,438,449,452,454, 487,497,548,552,553,556,569,570,603,620

**TRANSCRIPTS:**

43,84,128,143,152,173,193,195,384,402,582,583,631,632,633,634,635,636,637,638,639, 640,641,642,643,644,645,646,647,648,649,650,651,652,653,654,655,656,657,666,714,721