# UNITED STATES DISTRICT COURT
# DISTRICT MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISS…, | |
| Plaintiff, | 1:14-cv-14176-ADB |
| v. | |
| PRESIDENT AND FELLOWS OF HARVARD COLL… | NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Brittany Amadi and Seth Waxman is:

>Wilmer Cutler Pickering Hale and Dorr LLP

>2100 Pennsylvania Ave, NW

>Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

Dated: January 25, 2023                    Respectfully submitted,

                                           By:     /s/ Brittany Amadi
                                                   Brittany Amadi
                                                   Seth Waxman

WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
Brittany.Amadi@wilmerhale.com
Seth.Waxman@wilmerhale.com

*Counsel for Defendant*