UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Students for Fair Admissions, Inc.</u>
   Plaintiff

V.

<u>President and Fellows of Harvard College</u>
<u>(Harvard Corporation)</u>
   Defendant

CIVIL ACTION

NO. <u>1:14-cv-14176-ADB</u>

## <u>JUDGMENT</u>

<u>Burroughs, D. J.</u>                   August 1, 2023

   Pursuant to the Judgment of the United States Court of Appeals for the First Circuit dated July 31, 2023, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff, Students for Fair Admissions, Inc., on its equal protection claims.  Costs are awarded to Plaintiff, Students for Fair Admissions, Inc., in the amount of $46,676.45.

                        /s/ Allison D. Burroughs
                        Allison D. Burroughs
                        United States District Judge