# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Students for Fair Admissions, Inc. ("SFFA") and Defendant President and Fellows of Harvard College ("Harvard") respectfully request that the Court enter the attached proposed final judgment in this action.  In support thereof, the parties state as follows:

1. SFFA filed this action on November 17, 2014.

2. On September 30, 2019, this Court entered a judgment in this proceeding in favor of Harvard, which SFFA appealed to the First Circuit.

3. On November 12, 2020, the First Circuit affirmed this Court's judgment.

4. On June 29, 2023, the Supreme Court of the United States issued a decision reversing the judgment of the First Circuit.

5. On July 31, 2023, the Supreme Court issued its judgment.

6. On August 1, 2023, this Court entered judgment on the merits of SFFA's claims (Doc. 741).

7.  Since then, the parties have met and conferred in an effort to resolve any need for further remedial proceedings, including SFFA's motion for attorney's fees and costs.

8. The parties have resolved their differences and now jointly move this Court to enter the attached proposed final judgment.

Respectfully submitted,

/s/ Felicia H. Ellsworth
William F. Lee (BBO #291960)
Felicia H. Ellsworth (BBO #665232)
Andrew S. Dulberg (BBO #675405)
Sarah R. Frazier (BBO #681656)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com
andrew.dulberg@wilmerhale.com
sarah.frazier@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Brittany Amadi (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
brittany.amadi@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

*Counsel for Defendant President and Fellows of Harvard College*

/s/ Patrick Strawbridge
Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

Thomas R. McCarthy
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: 703-243-4923
Fax: 703.243.4923
tom@consovoymccarthy.com
mike@consovoymccarthy.com

Adam Mortara
Lawfair LLC
40 Burton Hills Blvd.
Suite 200
Nashville, TN 37215
Tel: (773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: January 8, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Patrick Strawbridge*
Patrick Strawbridge
