# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

v.

PRESIDENT & FELLOWS OF HARVARD COLLEGE,

    Defendant.

No. 1:14-cv-14176-ADB

## [PROPOSED] FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and consistent with the Supreme Court's June 29, 2023 decision, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Harvard has affirmed to SFFA (and provided supporting documentation) that Harvard College:

    a. shall not use the fact of an applicant's race as a factor in making admissions decisions;

    b. has updated its reading procedures and other admissions training materials to make clear that race may not be used as a factor in making admissions decisions; and

    c. will ensure that admissions readers do not have access to either (1) self-reported check-box race or ethnicity from the Common App or any similar application form or (2) aggregated data (meaning data about two or more

applicants assembled in any form, physical or digital) reflecting applicants' self-reported race or ethnicity at any time until after the admissions process has concluded.

2. The Court hereby amends its final judgment in this matter to incorporate these terms.

**IT IS SO ORDERED.**

_____
Allison D. Burroughs
United States District Judge

Dated: _____